# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) **4-23CV-1224P** |
| | ) FILED UNDER SEAL |
| AGRIDIME LLC, | ) JURY TRIAL DEMANDED |
| JOSHUA LINK, and | ) |
| JED WOOD, | ) |
| | ) |
| Defendants, | ) |
| | ) |

## APPENDIX IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER, ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER ANCILLARY EMERGENCY RELIEF, AND BRIEF IN SUPPORT

The U.S. Securities and Exchange Commission submits the attached appendix in support of its *Ex Parte* Motion for Preliminary Injunction, Temporary Restraining Order, Asset Freeze, Appointment of Receiver, and Other Ancillary Emergency Relief, and Brief in Support. The appendix contains:

| EXHIBIT | DESCRIPTION | APPENDIX CITATION |
|---|---|---|
| A | Declaration of Tom Keltner | APP. 0001 - 0002 |
| A-1 | Texas Secretary of State Certificate of Formation | APP. 0003 - 0005 |
| | | |
| B | Declaration of Joseph Morgan | APP. 0006 - 0008 |
| B-1 | Web Capture, Agridime, "Cattle Backgrounding" (Oct. 13, 2023) | APP. 0009 - 0010 |
| B-2 | Web Capture, Agridime "Meat Distribution" (Oct. 13, 2013) | APP. 0011 - 0012 |
| | | |
| C | Declaration of Leevented Henley | APP. 0013 - 0014 |

| C-1 | Web Capture, Agridime, "Farm to Table Beef" (Nov. 20, 2023) | APP. 0015 - 0050 |
|---|---|---|
| | | |
| D | Declaration of Candace Johnson | APP. 0051 - 0055 |
| D-1 | Web Capture, Agridime, "Buy Cattle Here" (April 26, 2023) | APP. 0056 - 0066 |
| D-2 | Analysis of North Dakota Investor List | APP. 0067 - 0071 |
| D-3 | Fulfilled Contracts | APP. 0072 - 0085 |
| D-4 | Unfulfilled Contracts | APP. 0086 - 0092 |
| D-5 | Summary of Cattle Contract Sales after Cease and Desist Order | APP. 0093 - 0094 |
| D-6 | Summary of Contract Sales to GM and TB | APP. 0095 - 0100 |
| D-7 | Agridime Sales Agreement with TB | APP. 0101 - 0105 |
| D-8 | Summary of Commissions to TB and GM | APP. 0106 - 0107 |
| D-9 | Agridime Sales Agreement with GM | APP. 0108 - 0113 |
| | | |
| E | Affidavit of Jordan Frieberg | APP. 0114 - 0118 |
| E-1 | Temporary Order to Cease and Desist and Notice of Opportunity for Hearing | APP. 0119 - 0130 |
| E-2 | Affidavits of Service | APP. 0131 - 0137 |
| E-3 | Answer of Agridime, LLC to Temporary Order to Cease and Desist | APP. 0138 - 0148 |
| E-4 | Cattle Contract Investor List | APP. 0149 - 0200 |
| E-5 | Transcript from Examination under Oath of Joshua Link | APP. 0201 - 0295 |
| E-6 | Transcript of Examination under Oath of Justin Williams | APP. 0296 - 0386 |
| E-7 | Cover Letter from Matt P Fisher (ACC00016-ACC00017) | APP. 0387 - 0389 |
| E-8 | Video Offering of Cattle Contracts (ACC004570) | APP. 0390 |
| E-9 | Online Solicitations regarding Cattle Contracts (ACC004571-ACC004575, ACC004576, ACC004577-ACC0004581) | APP. 0391 - 0402 |
| | | |
| F | Affidavit of Cody Turley | APP. 0403 - 0413 |
| F-1 | Analysis of Agridime Investor Lists | APP. 0414 - 0415 |
| F-2 | Account Summary for Agridime LLC Dealer Account 2742 | APP. 0416 – 0418 |
| F-3 | Agridime Profit & Loss | APP. 0419 – 0426 |
| F-4 | Investor Liabilities | APP. 0427 - 0428 |
| F-5 | Dealer Account Summary | APP. 0429 - 0430 |
| | | |
| G | North Dakota Securities Commission Cease and Desist Order, Notice of Civil Penalty, and Notice of Right to Request a Hearing | APP. 0431 - 0438 |

| | | |
|---|---|---|
| H | Affidavit of William Woerner | APP. 0439 - 0443 |
| | | |
| I | Declaration of Russell Castillo | APP. 0444 – 0445 |
| I-1 | Web Capture, Agridime, "1 Live Bred Cow" (Oct. 27, 2023) | APP. 0446 – 0448 |
| | | |
| J | Declaration of Leevented Henley | APP. 0449 – 0450 |
| J-1 | Web Capture, Agridime, "Land Purchase and lease Back" (Nov. 20, 2023) | APP. 0451 – 0455 |

DATED:  December 11, 2023

Respectfully submitted,

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Matthew J. Gulde
Illinois Bar No. 6272325
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-3821
Facsimile:  (817) 978-4927
guldem@sec.gov
*Attorney for Plaintiff*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) |
| | ) **FILED UNDER SEAL** |
| AGRIDIME, LLC, JED WOOD, and | ) JURY TRIAL DEMANDED |
| JOSHUA LINK | ) |
| | ) |
| Defendants, | ) |
| | ) |
| | ) |

**DECLARATION OF D. TOM KELTNER IN SUPPORT OF
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY
*EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY
INJUNCTION, ASSET FREEZE AND OTHER ANCILLARY EMERGENCY RELIEF**

I, D. Thomas Keltner, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, and that I am competent to testify to the matters stated herein:

1.      I am currently employed as a Staff Attorney in the Division of Enforcement of Enforcement of the United States Securities and Exchange Commission (the "Commission") in the Fort Worth Regional Office.  I have been employed at the Commission in this and other capacities for over fifteen years.  I am a member in good standing of the State Bar of Texas.  I submit this declaration in support of Plaintiff's Application for an Ex Parte Temporary Restraining Order and other relief.  The facts set forth herein are based upon my personal knowledge or upon information contained in the files of the Commission.

1.      My official duties with the Commission include participating in fact-finding inquiries and investigations to determine whether the federal securities laws have been violated and assisting

in the Commission's litigation of securities laws violations.  My tasks include: (1) interviewing witnesses and taking sworn investigative testimony; (2) requesting and subpoenaing documents from various individuals and entities; (3) requesting access to materials from other federal and state agencies; (4) reviewing and analyzing records of various entities and individuals; and (5) analyzing legal issues.

2.      As part of my official duties, I have been a member of the Commission's investigative team responsible for the investigation related to Defendants Agridime, LLC, Jed Wood and Joshua Link (collectively, "Defendants").  In that role, I investigated whether the Defendants violated the federal securities laws.

3.      During the course of that investigation, I and other members of the investigative team collected a number of documents using public and government sources, voluntary requests, and access requests to other federal and state agencies.  I also reviewed sworn testimony from witnesses. Attached as Exhibit 1 is a true and correct copy of a Texas Secretary of State Certificate of Formation for Agridime, LLC obtained during the course of the investigation, showing the entity is owned and controlled by Jed Wood and Joshua Link, as Agridime, LLC's only managing members.  Jed Wood signed the Certificate of Formation as Agridime's President.

4.      I also reviewed Agridime, LLC 2021 K-1 tax documents, produced by Agridime, LLC, that list Jed Wood and Josh Link each as 45.5% owners of Agridime, LLC.


Dated: December 8, 2023

_D. Thomas Keltner_

D. Thomas Keltner

2

# EXHIBIT A-1

APP 0003

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 802698098 04/13/2017
Document #: 728486300002
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## Agridime LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

## CT Corporation System

**OR**

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

Street Address:
**1999 Bryan Street
Suite 900  Dallas  TX  75201-3136**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

**OR**

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐A. The limited liability company is to be managed by managers.

**OR**

☑B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Managing Member 1: **Josh    Link**                Title: **Managing Member**
Address: **3000 South Hulen Street   Suite 124  Fort Worth  TX, USA  76109**

Managing Member 2: **Jed    Wood**                Title: **Managing Member**
Address: **3000 South Hulen Street   Suite 124  Fort Worth  TX, USA  76109**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

APP 0004

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Jed Wood**      **3000 South Hulen Street, Suite 124, Fort Worth, Texas 76109**

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Jed Wood, President of Agridime LLC**

Signature of Organizer

**FILING OFFICE COPY**

APP 0005

# EXHIBIT B

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04607

### DECLARATION OF JOSEPH MORGAN

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Joseph Morgan I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties I have been trained to preserve various forms of online content. For investigation # FW-04607 I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/Live Stream/Blog.

3. In support of investigation number # FW-04607, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL.

   https://www.agridime.com/

   https://agridimestore.com/

   https://www.facebook.com/agridime/

   https://www.instagram.com/agridime/?hl=en

   https://www.youtube.com/watch?v=vWQavniHGYI

4. I completed the above mentioned internet preservation on, October 13, 2023, using the following tools:

   Adobe Acrobat Pro / FireShot Pro / Google Chrome Browser / Video Downloader Tool / WebPreserver

   The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled # FW-04607 and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   \\ad.sec.gov\ENFDataExchange\HQtoFWRO_dropoff\Webcapture

APP 0007

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Joseph Morgan*

[Analyst Name]                                    Executed on this 13th day of October 2023.

# EXHIBIT B-1

APP 0009



**Agridime**   HOME   STORE   MEAT DISTRIBUTION   CATTLE BACKGROUNDING   CATTLE FINISHING

# CATTLE BACKGROUNDING

# BUY OR SELL FEEDER CATTLE

Work with us to buy and/or sell your feeder cattle. We can help with backgrounding, spot contracts, and hedging your calves as finished cattle. Fill out the form below or give us a call to get a bid on your calves or discuss finishing opportunities.

Learn More



AGRIDIME is an online cattle and agricultural products brokerage company that utilizes a proprietary trading platform to connect buyers and sellers.

We are registered with the USDA, and bonded in accordance of the P&S Act.



## Get In Touch

Full Name

Phone

Email

Message

Submit

---

 **Agridime**

Mailing Address:
3000 South Hulen St.
Suite 124
Fort Worth, TX 76109

Phone: (888) 664-6621

MEAT DISTRIBUTION

CATTLE BACKGROUNDING

CATTLE FINISHING

CONTACT US

JOIN OUR NEWSLETTER

YOUR NAME

YOUR EMAIL ADDRESS

SUBMIT

APP 0010

# EXHIBIT B-2

APP 0011



# MEAT DISTRIBUTION

**Our meat is sourced from local farms in the United States, USDA inspected, and certified for resale.**



No special approval process. Fill out the form below, give us a call or see our products to place your order.

## Guaranteed Pricing, Year-round Availability



We offer beef and other protein products to restaurants, food service distributors, meat distributors, grocery stores, and deli consumers.

Meeting the volume needs of our customers, we rely on our live animal supply chains to ensure consistent product quality and guarantee year-round availability.

These same live animal supply chains allow us to lock-in pricing for our customers three, six, and even twelve months in advance.



We work directly with farmers and ranchers to supply farm fresh beef to our customers.

You can eat our beef with the confidence of knowing it came straight from local American farms and ranches.

## Details for Ordering

Our meat is distributed from Herington, Kansas, Gilbert, Arizona, and Fort Worth, Texas.

**We have nationwide delivery options for households and businesses.**

Option to pay with credit card online or over the phone. We also have payment options.

**Fill out the form below, give us a call, or take a look at our products to place your order.**

## Get In Touch

Full Name

Phone

Email

Message

Submit



Agridime

Headquarters:
1260 S Airport Rd
Suite E
Fort Worth, TX US

Phone: (682) 316-6224

**MEAT DISTRIBUTION**
**CATTLE BACKGROUNDING**
**CATTLE FINISHING**
**CONTACT US**

**JOIN OUR NEWSLETTER**

# EXHIBIT C

APP 0013

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04607

### DECLARATION OF LEEVENTED HENLEY

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Leevented Henley I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # FW-04607, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3. In support of investigation number # FW-04607, at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

   https://agridimestore.com/

   I completed the above-mentioned internet preservation on November 20, 2023, using the following tools:

   Adobe Acrobat Pro / Google Search Browser / Fire shot Pro /

      The above listed tools are commonly used to preserve internet content.

4. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled # FW-04607, and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

5. I also saved a copy of the above-mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   \\ad\enfdataexchange\HQtoFWRO_dropoff\Webcapture

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

_Leevt) Henly_____[Analyst Name]                Executed on this Day of November 20, 2023.

# EXHIBIT C-1





  



  

     





     





**Agridime**



**Chicken Teriyaki**



**Irish Beef Stew**



**Papa's Queens NY Meatballs**



**Tomahawk Steak**



**Philly Cheesesteak Sandwiches**



**Hanging Tender**



**Smoked Queso Dip**



**Beef Back Ribs**



**Sirloin Butt Boneless (Coulottes and Roast)**



**Poor Man's Burnt Ends**



**Grilled Ribeye**



**Pan Seared New York Strip**





Page 3
Agridime E-Gift Card | Agridime: Farm-to-Table Meats
https://agridime.com/products/purchase-a-gift-card?



Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For in-time inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

Agridime

Beef • Chicken • Pork • Meat Boxes • Fall Festival Sale • Heat n' Serve • Spices • Produce & Plants • Coffee • Merchandise • For Pets • Feed the Hungry



## AGRIDIME E-GIFT CARD

**$10.00**

Shipping calculated at checkout.

Denominations

$10.00

Quantity

1

ADD TO CART

Looking for the perfect gift for your favorite foodie? Look no further than an Agridime gift card! Our E-Gift Cards are the perfect way to give the gift of delicious, high-quality meat.

With our gift cards, your loved ones can choose from our wide selection of grass & grain-fed beef, free-range chicken, and pasture-raised pork, all raised by American farmers. Give the gift of delicious, responsibly raised meat today with an Agridime gift card!

Once purchased, we'll email you a unique gift card number that you can use at checkout. Be sure to keep the email or write down the gift card number!

If you have any questions, don't hesitate to email us at order@agridime.com.

f SHARE    TWEET    PIN IT

**LOOKING FOR A DIFFERENT OPTION?**

## Customer Reviews

☆☆☆☆☆
Be the first to write a review

WRITE A REVIEW

ASK A QUESTION

### YOU MAY ALSO LIKE









**Perfect Gift Set**
$64.98

**10lb Specialty Beef Box**
SHIPS FREE!
★★★★★ 2 reviews
$195.88

**Cookout Variety Box (14+ Packages)**
★★★★½ 4 reviews
from $123.37

**20lb All Steak Cuts Box**
SHIPS FREE!
★★★★★ 3 reviews
$255.26

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

© 2023, Agridime







**START EARNING $ TODAY!**

# BECOME AN AGRIDIME AFFILIATE

Start earning money just for telling your friends and family to buy Agridime meat too! We're partnering with customers, influencers, foodies, and publishers who love our meat just as much as we do and want to share the word. Are you ready to join the Agridime family and start making money?

JOIN NOW

Already a member? Login >>



**EARN 5% OF EACH SALE**
You'll get 5% cash back for every order you refer.



**MONTHLY PAYOUT**
Receive your earnings every 30 days!



**NO LIMIT**
You can earn as much as you want without a cap! Cha-ching!

## HOW IT WORKS

It's **FREE** to to sign-up! Simply fill out the application and wait for approval. Once approved, you'll have a custom link you can share with your friends and family. You'll get 5% cash back for every sale you refer. Then, every 30 days you'll receive your earnings via PayPal. Log into your account anytime to keep track of your earnings. Plus, there is no cap. You can earn as much as you want!

GET STARTED




**STEP 1**
SIGN UP
JOIN NOW


**STEP 2**
Share your tracking link on your website, social profiles, blogs, and more!


**STEP 3**
Automatically earn 5% for each sale you bring in with your tracking link.


**STEP 4**
Automatically receive your earnings every 30 days via PayPal.

**Get In Touch**
(888) 664-6621
info@agridime.com

**Discover**
Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**
About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**
Email Address
SUBSCRIBE

© 2023, Agridime

Page 6
Refersion - Login (Affiliate)
https://agridime.refersion.com/affiliate/login



APP 0021

Page 1
About Us - Agridime
https://buyagridime.com/pages/about-us





## About Us

**At Agridime we believe that buying the BEST beef at the BEST price should be simple.**

It is our goal to help beef consumers and agriculture producers alike the most ethical and wholesome products with any other.

- So far this year we have helped over 200 farmers and ranchers throughout the Midwest and western states successfully sell their beef directly to our customers online.
- When you buy your beef from us you can KNOW it is coming directly from one of our partner farms right here in the United States of America – In God We Trust.

Our purpose is very simple and transparent, give us the best deal we possibly can!

If we can help us to revitalize 40% of our ethically grown, antibiotic free farms in rural America.

**We humbly ask, would you be willing to help us revitalize rural America by trying our beef?**

Don't forget to subscribe to our newsletter and save at least $50 or more.

## Our Team

  

**Josh Link** | **Tia Link** | **Jed Ward**

  

**Jason Link** | **Dallas Garcke** | **Kevin Vargas**

  

**Shanton Chastana** | **Reyana Thomas** | **Justin Williams**

  

**Kaylee Hernandez** | **Brooke Bosemer** | **Daniel Hernandez**

  

**Sam Brooks** | **Zach Williams** | **Caleb Weaver**

  

**Charlie Hicks** | **Jake Teel** | **Justin Nettles**



**Kody Kind**

### Get in Touch

(888) 664-2621
info@buyagridime.com

### Discover

Reviews
Gift Cards
Call us at
Become an Affiliate
Affiliate Login

### Company

About Us
Our Farmers
FAQ
Press Policy
Feed the Hungry

### Join Our Newsletter

[ ]
**SUBSCRIBE**



© 2023 Agridime

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email orders@agridime.com.

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 Agridime

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

## Meet Our Farmers

Agridime partners with farmers right here in the USA to source top quality meat. Meet our farmers that make it all possible.















**Get in Touch**

(888)-864-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

© 2023, Agridime

Due to holiday demand, orders placed after 11/18 may not arrive by Thanksgiving Day
To futher hasten, place most orders this week!

Get 2 New York Strips & 1lbs of Ground Beef with purchase of $150 or more! Use code FREEBEEF at checkout!



Agridime

Beef ▾   Chicken   Pork   Meat Boxes   Wall Festival Gifts   Meat In Store   Spices
Freebies + Perks ▾   Coffee   Merchandise ▾   Pet Pals   Feed the Hungry

# FAQs

**1. How long does shipping take?**
- Once the order is processed it can take anywhere from 1-4 business days to ship. Then, once the order has shipped it should arrive within 1-2 business days. You'll receive an email when your order is processed and ready to ship

**2. Is your meat shipped fresh or frozen?**
- All of our meat is shipped frozen!

**3. Is shipping my only option?**
- No you can also pick up your meat at either of our locations. Simply choose in store pickup during checkout. You'll receive an email when your order is packed and ready. You can pickup your package at your earliest convenience the day – Friday 9:00am to 5:00pm.
  - 1610 N. Colorado Street, Suite 110 Gilbert, AZ
  - 412 O Main Highland, mya 84
  - 8242 cross Grove Rd, BLDG D SPR, 330 Fort Worth Ln 78

**4. Why can't I ship my order?**
- We only offer shipping for orders over $35. If your cart has a subtotal below $35, you will not see the shipping option during checkout. If you're having trouble placing an order please email help@agridime.com for assistance.

**5. Why can't I pickup my order?**
- We offer pickup from both of our locations. In order to pickup your order, you must have all items or in our warehouse in the same location. If you have items in our warehouse in our warehouse, you may not see the pickup option during checkout. If you're having issues placing an order please email order.help@agridime.com for assistance.

**6. How do I make changes to an order I already placed?**
- We've set a team of reps for any issues or questions you have regarding your order, as soon as possible. We can not guarantee products or address changes if your order has already been placed, but can do our best!

**7. What shipping carrier do you use?**
- We ship with UPS and FedEx

**8. How does the meat stay frozen during shipment?**
- We use a corrugated box that has an insulated inner envelope with dry ice and then packed within the order at the bottom of the page to see how you package your box.

**9. Where does the meat come from?**
- We process our boxes and stock it from the USA to show consumers to purchase their beef products directly from the Farm.

**10. How much is shipping?**
- Shipping is FREE when you spend $150 or more. If you purchase less than $150, the standard shipping fee is $14.95.

**11. Can I pay for my order in installments?**
- Yes, when using Shop Pay in its greater on orders between $50 and $3,000 you can pay for your order in 4 bi-weekly payments. The payments are interest-free. Plus, are no late fees and it won't impact your credit score. Eligibility is managed by Affirm and based on your credit score. For issues with your installments, contact Shop Pay directly

  **Here's how:**
  1. Add items to your cart
  2. Checkout with Shop Pay
  3. Choose to pay 4 installments

  Learn more about installments

**12. How can I make a return?**
- For all issues and refunds, please contact order@agridime.com within 14 days of receiving your meat and be sure to include a photo of the order packaging slip.

## LOOKING FOR EVEN MORE?

Watch our video series to learn more about how we're able to deliver frozen meat right to your door!



**Get in Touch**
(888) 854-0637
info@agridime.com

**Discover**
Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**
About Us
Our Farmers
FAQS
Iowa Paints
Feed the Hungry

**Join Our Newsletter**
Enter email here
SUBSCRIBE

   

© 2024 Agridime

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com!

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄  Chicken  Pork  Meat Boxes  Fall Festival Sale  Heat n' Serve  Spices
Produce & Plants ⌄  Coffee  Merchandise ⌄  For Pets  Feed the Hungry

# Issue Policy

Mistakes happen from time to time, but we're here to help! If you've experienced an issue with your order please contact us right away.

**Email, order@agridime.com and include a photo of your order packaging slip from your box and photos of any damaged items.**

## OUR POLICY

You have up to 15 days after receiving your order to submit an issue. Please inspect your order for damage and mistakes as soon as you receive your order. If your order is damaged or incorrect, contact us as soon as possible.

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

          

© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:21:28
https://getfireshot.com

APP 0025

Page 11
Help Feed the Hungry – Agridime
https://agridimestore.com/products/help-agridime-feed-the-hungry?



Beef ▾   Chicken   Pork   Meat Boxes   Full Festival Sale   Heat or Serve   Spices
Produce & Plants ▾   Coffee   Merchandise ▾   For Pets   Feed the Hungry



## HELP FEED THE HUNGRY

$2.00

Shipping calculated at checkout.

Quantity

1

**ADD TO CART**

SHARE   TWEET   PIN IT

## Partner with us to Feed the Hungry in your Local Community!

We have been helping feed the widows & orphaned and homeless in the Phoenix Metro Area now for the last 6 months.

We are currently donating about 2,800 lbs per week of meat and heat and serve style meals. This helps feed about 4,000-4,500 people each week that would go hungry otherwise.

We are aiming for a big goal this year in 2023 as we have seen the needs of the hungry grow worse this often.

It is our goal to donate 1 million lbs of meat and heat and serve style meals each week to the widowed, orphaned and homeless. This will help feed 30,000-40,000 people that would go hungry otherwise each week this year.

We are asking for your help in the form of a one time, weekly or monthly donation to help feed as many people as you are able to.

Example:

- Donating $2 per week feeds one person, one time each week.
- Donating $100 per week feeds 50 people, one time each week.
- Donating $500 per week feeds 250 people, one time each week.
- Donating $2,500 per week feeds 1,250 people, one time each week.

**Meet Our Farmers**

## Customer Reviews

☆☆☆☆☆
Be the first to write a review

**WRITE A REVIEW**

**ASK A QUESTION**

Reviews (0)   Questions (0)

## YOU MAY ALSO LIKE



**Grain Fed Minute Steak 8oz**
★★★★★
$4.49



**The Open Range Tallow Collection**
$41.50 $46.49
SALE



**Ground Pork 1lb No Antibiotics, No Hormones**
★★★★★
$8.99



**Grain Fed Hanging Tender (Hanger Steak)**
★★★★★
from $8.59 $11.99
SALE

**Get In Touch**

(800)-XXX-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

**SUBSCRIBE**



© 2023, Agridime

Captured by FireShot Pro 28 November 2023, 11:23:17
https://getfireshot.com

Case 4:23-cv-01224-P    Document 7    Filed 12/11/23    Page 30 of 460    PageID 112

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 12/15 may not arrive by The Shipping Day.
For holiday inquiries, please email orders@agridime.com!

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $200 or more! Use code #FREEBEEF at checkout!

 **Agridime**

Beef · Chicken · Pork · Meat Boxes · Fall Festival Sale · Heat n' Serve · Spices
Produce & Plants · Coffee · Merchandise · For Pets · Feed the Hungry



## HELP FEED THE HUNGRY

$2.00

Shipping calculated at checkout.

○ One-time purchase

○ Recurring Purchase

Quantity

1

**ADD TO CART**

f SHARE   ✓ TWEET   ℗ PIN IT

## Partner with us to Feed the Hungry in your Local Community!

We have been helping feed the widows, orphaned and homeless in the Phoenix Metro Area now for the last 6 months.

We are currently donating about 2000 lbs per week of meat and heat and serve style meals. This helps feed about 3000–4000 people each week that would go hungry otherwise.

We are aiming for a big goal this year in 2023 as we have seen the needs of the hungry go way up this often.

It is our goal to donate 70,000 lbs of meat and heat and serve style meals each week to the widowed, orphaned and non-bipoc. This will help feed 20,000–40,000 people that would go hungry otherwise each week this year.

We are asking for your help in the form of a one-time, weekly or monthly donation to help feed as many people as you are able to.

**Example:**

- Donating $2 per week feeds one person, one time each week.
- Donating $100 per week feeds 50 people, one time each week.
- Donating $500 per week feeds 250 people, one time each week.
- Donating $2,500 per week feeds 1,250 people, one time each week.

**Meet Our Farmers**

### Customer Reviews

☆☆☆☆☆
Be the first to write a review

**WRITE A REVIEW**

**ASK A QUESTION**

Reviews (0)    Questions (0)

### YOU MAY ALSO LIKE



Grass Fed Minute Steak 8oz
★★★★★ 3 reviews
$4.49



The Open Range Tallow Collection
$41.50  $48.49
SALE



Ground Pork, No Antibiotics, No Hormones
★★★★★ 1 review
$8.99



Grass Fed Hanging Tender (Hanger Steak)
★★★★★ 4 reviews
from $8.99  $11.99
SALE

**Get In Touch**

(888) 664-0521

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
News Policy
Feed the Hungry

**Join Our Newsletter**

Your email here

**SUBSCRIBE**

© 2023 Agridime

**Free shipping on orders $175 +**
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com!

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

# Farm to Table Grain Fed Beef

Grain-fed beef is highly nutritious. It has a buttery flavor due to the increased marbling provided from the grain-finish. Beef contains almost every nutrient you need to survive. At Agridime, our grain-fed grain-finished beef is sustainably, humanely, and ethically produced. We're passionate about sourcing the best quality beef from none other than our local American farmers. We are proud to source both grain-fed and grass-fed beef because each has its own distinct flavor valued by those with well-trained palates.

sort by   Featured ⌄                    *56 products*   40 per page ⌄



**PRIME Grain Fed New York Strip Steak**
★★★★★ 1 review
**$14.06** $18.74
[SALE]



**Grain Fed Choice Tomahawk Steak**
★★★★★ 52 reviews
**from $46.87** $93.73
[SALE]



**Grain Fed Porterhouse Steak 24oz**
★★★★½ 19 reviews
**$35.99**



**Grain Fed Ribeye Steak**
★★★★★ 86 reviews
**from $12.50**



**Grain Fed Choice Center Cut New York Strip 14oz (6 per package)**
★★★★★ 2 reviews
**$99.70**



**Grain Fed New York Strip Steak**
★★★★★ 193 reviews
**from $6.11** $10.18
[SALE]



**Grain Fed Steak Tips 1lb**
★★★★★ 13 reviews
**$9.74** $14.99
[SALE]



**Grain Fed Tenderloin (Filet Mignon)**
★★★★★ 40 reviews
**from $6.75**

« Previous   1   2   3   ...   7   Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

[SUBSCRIBE]

  

  

© 2023, Agridime

**Free shipping on orders $176 +**
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email orders@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef · Chicken · Pork · Meat Boxes · Fall Festival Sale · Heat n' Serve · Spices · Produce & Plants · Coffee · Merchandise · For Pets · Feed the Hungry

## 100% Grass Fed–Grass Finished Beef

According to well-trained palates, grass-fed beef is the best of the best. And Agridime agrees. Our grass-fed beef is the best because our beef comes from cows that have never ingested anything other than mother's milk and pastured forages which is just as Mother Nature intended. Our beef is grass-fed grass- finished, 100% lifetime pasture raised, antibiotic-free, and hormone-free. It is jam-packed with naturally occurring, nutrient dense vitamins such as Vitamin A, Vitamin E, B12, B6, Selenium, Iron, and Zinc. Please join us in trying the most nutrient dense protein that nature has to offer.

sort by  Featured ⌄ | 37 products  40 per page ⌄



**Grass-Fed 80% Lean/20% Fat Ground Beef, 1lb Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 34 reviews
$7.49



**Grass-Fed Ribeye Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 32 reviews
from $16.00



**Grass-Fed New York Strip 10oz Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★½ 32 reviews
$12.49



**Grass-Fed Tenderloin (Filet Mignon) Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 29 reviews
from $9.75



**Grass-Fed 90% Lean/10% Fat Ground Beef, 1lb Grass-Fed Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 19 reviews
$8.49



**Grass-Fed Chuck Roast Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 12 reviews
from $23.78



**Grass-Fed Flat Iron Steak Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 9 reviews
from $7.50

**Grass-Fed Center Cut Sirloin Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 8 reviews
from $7.49

« Previous  1  2  3  …  5  Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

   

© 2023, Agridime

Case 3:23-cv-01224-B   Document 7   Filed 12/11/23   Page 33 of 460   PageID 115

**Free shipping on orders $175 +**
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ˅   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ˅   Coffee   Merchandise ˅   For Pets   Feed the Hungry

# Grain Fed Primal Beef Cuts

Grain-fed beef is highly nutritious. It has a buttery flavor due to the increased marbling provided from the grain-finish.
Beef contains almost every nutrient you need to survive. At Agridime, our grain-fed grain-finished beef is sustainably,
humanely, and ethically produced. We're passionate about sourcing the best quality beef from none other than our local
American farmers. We are proud to source both grain-fed and grass-fed beef because each has its own distinct flavor
valued by those with well-trained palates.

Sort by   Featured ˅                                                37 products   40 per page ˅



**Grain Fed Ribeye Lip On
Boneless (Whole Prime Rib)**
★★★★★ 16 reviews
from $66.51  $78.25
SALE



**Grain Fed Chuck Short Rib
Bone In**
★★★★½ 13 reviews
from $8.89



**Grain Fed Short Rib, Bone-In
(123A Plate)**
★★★★★ 94 reviews
from $17.98



**Grain Fed Frenched Ribeye**
from $259.90  $324.87
SALE



**Grain Fed Strip Loin Boneless
0x1 (Whole New York Strip
Loin)**
★★★★★ 10 reviews
from $78.70  $104.93
SALE



**Grain Fed Tenderloin Peeled
Side Muscle On (Whole
Tenderloin)**
★★★★★ 5 reviews
from $47.97



**Grain Fed Back Ribs**
★★★★★ 16 reviews
from $12.77  $15.96
SALE



**Grain Fed Tri Tip Defatted**
★★★★★ 25 reviews
from $8.39  $11.99
SALE

« Previous   1   2   3   ...   5   Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

P   AMEX   Pay   DISCVR   Meta   G Pay   [] Shop   VISA

f   y      

© 2023, Agridime

 Agridime

Beef   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants   Coffee   Merchandise   For Pets   Feed the Hungry

# Grass Fed Primal Beef Cuts

According to well-trained palates, grass-fed beef is the best of the best. And Agridime agrees. Our grass-fed beef is the best because our beef comes from cows that have never ingested anything other than mother's milk and pastured forages which is just as Mother Nature intended. Our beef is grass-fed grass- finished, 100% lifetime pasture raised, antibiotic-free, and hormone-free. It is jam-packed with naturally occurring, nutrient dense vitamins such as Vitamin A, Vitamin E, B12, B6, Selenium, Iron, and Zinc. Please join us in trying the most nutrient dense protein that nature has to offer.

SORT BY   Featured ⌄       24 products    40 per page ⌄









**Grass-Fed Ribeye Lip On Boneless (Whole Prime Rib) Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 6 reviews
from $74.95

**Grass-Fed Strip Loin Boneless 0x1 Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 2 reviews
from $69.95

**Grass-Fed Short Rib Bone-In Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 23 reviews
from $17.58   $21.98
SALE

**Grass-Fed Brisket Deckle Off Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 6 reviews
from $40.75









**Grass-Fed Bistro Filet (Teres Major) Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 4 reviews
from $7.99

**Grass-Fed Beef Belly (Boneless Navel) Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 12 reviews
from $32.37   $35.97
SALE

**Grass-Fed Tri Tip Defatted Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★½ 6 reviews
from $20.99   $29.98
SALE

**Grass-Fed Tenderloin Peeled Side Muscle On (Whole Tenderloin) Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ 3 reviews
from $19.99

« Previous   1   2   3   Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

    

  

© 2023, Agridime

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day
For further inquiries, please email orders@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ˅    Chicken    Pork    Meat Boxes    Fall Festival Sale    Heat n' Serve    Spices
Produce & Plants ˅    Coffee    Merchandise ˅    For Pets    Feed the Hungry

# Farm to Table Chicken

We partner with American farmers to provide the best quality chicken. At Agridime, our chicken is free range, all natural, and always free of antibiotics and hormones. Raising free range chickens is not just healthier for the chickens, it's healthier for you too. Free range chickens generally have lower fat content and more essential vitamins and minerals.

Sort by    Featured  ˅                                              7 products    40 per page ˅



**Boneless Skinless Chicken Breast All Natural, Free Range, No Antibiotics, No Hormones**
★★★★★ 10 reviews
from $16.50



**Chicken Thighs (.61-1.1lbs) All Natural, Free Range, No Antibiotics, No Hormones**
★★★★★ 7 reviews
$14.00



**Ground Chicken 1lb All Natural, Free Range, No Antibiotics, No Hormones**
★★★★★ 2 reviews
$12.99



**Chicken Tenderloin (.74-.84lbs) All Natural, Free Range, No Antibiotics, No Hormones**
★★★★★ 4 reviews
$16.50



**Chicken Wings (1.35-1.65lbs) All Natural, Free Range, No Antibiotics, No Hormones**
★★★★★ 11 reviews
$13.99



**Chicken Drumsticks (1.35-1.65 lbs) All Natural, Free Range, No Antibiotics, No Hormones**
★★★★★ 7 reviews
$11.50



**Whole Chicken All Natural, Free Range, No Antibiotics, No Hormones**
★★★★★ 3 reviews
from $10.49

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

 

  

© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:21:49
https://getfireshot.com

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com!

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

# Farm to Table Pork

At Agridime we offer only the best farm-to-table pork. They're raised and fed on American farms, plus they're free of antibiotics and hormones.

Sort by   Featured ⌄                                    21 products   40 per page ⌄



**Ground Pork 1lb No Antibiotics, No Hormones**
★★★★★ 5 reviews
$8.99



**Pork Cured Hickory Smoked Bacon 16oz No Antibiotics, No Hormones**
★★★★★ 13 reviews
$13.00



**Premium Sliced Deli Ham**
★★★★★ 3 reviews
$17.99



**Pork Picnic Roast No Antibiotics, No Hormones**
★★★★★ 1 review
from $17.94



**Pork Shoulder Steak No Antibiotics, No Hormones**
★★★★★ 5 reviews
from $5.74



**Pork Breakfast Sausage 1lb No Antibiotics, No Hormones**
★★★★★ 6 reviews
$8.99



**Hickory Smoked Fully Cooked & Cured Ham - No Antibiotics, No Hormones**
★★★★★ 1 review
from $40.75  $54.33
SALE



**Pork Boston Butt No Antibiotics, No Hormones**
★★★★★ 6 reviews
from $31.92

« Previous  1  2  3  Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE



 

© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:21:52
https://getfireshot.com

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email orders@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

# Meat Boxes

SORT BY   Featured ⌄                                           19 products   40 per page ⌄



**Breakfast Box (23 Packages + Coffee)**
Ships Free!
★★★★★ 1 review
$242.17



**Half Beef Box (Includes FREE Traeger or Blackstone!)**
Ships Free!
★★★★★ 3 reviews
$2,723.97  ~~$3,023.94~~
SALE



**Quarter Beef Box (Includes FREE 7.0 cu. ft. Freezer!)**
Ships Free!
★★★★★ 6 reviews
$1,447.23  ~~$1,599.73~~
SALE



**Cookout Variety Box (14+ Packages)**
★★★★☆ 6 reviews
from $123.37



**Eighth Beef Box (INCLUDES FREE NINJA FOODI SMART GRILL!)**
Ships Free!
$770.80  ~~$856.44~~
SALE



**Beef, Chicken & Pork Box**
Ships Free!
$245.22



**Side of Beef Subscription Box**
Ships Free!
★★★★★ 8 reviews
$203.75



**Premium Grass Fed Beef Box**
Ships Free!
★★★★★ 12 reviews
$253.64

« Previous   1   2   3   Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**
Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**
About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**
Email address
SUBSCRIBE





© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:21:54
https://getfireshot.com

APP 0034

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ˅   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ˅   Coffee   Merchandise ˅   For Pets   Feed the Hungry

## Fall Festival Sale

Savor the flavors of the season with amazing discounts of up to 50% off all your fall-inspired essentials! Shop now and
stock your fridge before the holiday rush!

SORT BY   Featured ˅                                                              35 products   40 per page ˅


**Half Beef Box (Includes FREE Traeger or Blackstone!)**
Ships Free!
★★★★★ 3 reviews
$2,723.97 ~~$3,023.94~~
SALE


**Grain Fed Ribeye Lip On Boneless (Whole Prime Rib)**
★★★★★ 15 reviews
from $66.51 ~~$78.25~~
SALE


**Grain Fed Beef Stew Meat 1lb**
★★★★★ 15 reviews
$6.10 ~~$9.39~~
SALE


**Grain Fed Choice Tomahawk Steak**
★★★★★ 52 reviews
from $46.87 ~~$93.73~~
SALE


**Grain Fed Strip Loin Boneless 0x1 (Whole New York Strip Loin)**
★★★★★ 14 reviews
from $78.70 ~~$104.93~~
SALE


**Hickory Smoked Fully Cooked & Cured Ham - No Antibiotics, No Hormones**
★★★★★ 1 review
from $40.75 ~~$54.33~~
SALE


**Quarter Beef Box (Includes FREE 7.0 cu. ft. Freezer!)**
Ships Free!
★★★★★ 6 reviews
$1,447.23 ~~$1,699.73~~
SALE


**15lb Slow Cooker Beef Box**
Ships Free!
★★★★★ 4 reviews
$111.10 ~~$138.87~~
SALE

« Previous   1   2   3   ...   5   Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

   

  

© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:21:57
https://getfireshot.com



Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/18 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

**Agridime**

Beef | Chicken | Pork | Meat Boxes | Fall Festival Sale | Heat n' Serve | Spices
Produce & Plants | Coffee | Merchandise | For Pets | Feed the Hungry

# Heat n' Serve

Meals Ready in Minutes

SORT BY  Featured ⌄                                          14 products    40 per page ⌄



**Beef Marinara Sauce 16oz**
$13.99



**Premium Sliced Deli Ham**
★★★★★ 3 reviews
$17.99



**Fully Cooked BBQ Beef**
★★★★★ 6 reviews
$14.99



**Cooked Beef Barbacoa 16oz
(Taco/Fajita Meat)**
★★★★★ 2 reviews
$14.99



**Beef Steak Breakfast Burrito
8oz**
★★★★★ 5 reviews
$7.99



**Beef Sausage Breakfast
Burrito 8oz**
★★★★½ 6 reviews
$7.99



**Beef Fajita Burrito 8oz**
★★★★½ 5 reviews
$7.99



**Beef Tallow Cooking Oil**
★★★★★ 22 reviews
from $10.79 $11.99
SALE

« Previous   1   2   Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

             

© 2023, Agridime



Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email orders@agridime.com

**Agridime**

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

# Spices and Rubs

SORT BY  Featured ⌄                                    15 products    40 per page ⌄



**Signature Steak Seasoning**
★★★★★ 6 reviews
$12.99



**Santa Maria Style Seasoning**
★★★★½ 2 reviews
$11.99



**Ultimate Steakhouse Burger Seasoning**
★★★★★ 2 reviews
$12.99



**Cattlemen's Ranch Seasoning**
★★★★☆ 1 review
$12.99



**Smoky Roasted Garlic & Onion Seasoning**
★★★★★ 2 reviews
$12.99



**Kansas City Steak Rub**
★★★★★ 2 reviews
$12.99



**Competition Beef Rub**
★★★★★ 10 reviews
$15.99



**Competition Pork Rub**
★★★★★ 1 review
$15.99

« Previous   1   2   Next »

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

     

f   y   ⊙   ▶

© 2023, Agridime

 **Agridime**

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email orders@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

# Shop All | Gilbert Greens

Discover Gilbert Greens, now in partnership with Agridime, presenting an extraordinary selection of microgreens, fruit, citrus, and house plant starters. Immerse yourself in a greener lifestyle with their unwavering commitment to excellence. Every product is carefully nurtured, free from hormones, pesticides, and GMOs.

Taste the vibrant flavors of their meticulously cultivated microgreens, experience the joy of growing your own food with their fruit and citrus starters, or add a touch of nature to your home with their captivating house plant starters. Gilbert Greens and Agridime join forces to provide you with the freshest, highest quality produce, while promoting sustainable farming practices. Embrace a healthier future and indulge in the exceptional offerings of Gilbert Greens!

SORT BY   Featured ⌄                                          24 products   40 per page ⌄










**Spicy Salad Mix Microgreens | 4 Pack**
$28.77 $35.96
SALE

**Red Acre Cabbage Microgreens | 4 Pack**
$35.96

**Broccoli Microgreens | 4 Pack**
$28.77 $35.96
SALE

**Organic Rambo Purple Radish Microgreens | 4 Pack**
$28.77 $35.96
SALE









**Zucchini Starter | Small | 4 Pack**
$14.40 $16.00
SALE

**Zanzibar Gem (ZZ Plant) Starter | Medium | 4 Pack**
$36.00
SOLD OUT

**Rubber Tree Starter | Medium | 4 Pack**
$36.00
SOLD OUT

**Roma Tomato Plant Starter | Small | 4 Pack**
$16.00
SOLD OUT

‹ Previous   1   2   3   Next ›

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

  

© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:22:05
https://getfireshot.com

APP 0038

**Free shipping on orders $175 +**
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com!

**Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!**

 **Agridime**

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices

Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

# Microgreens

Take your culinary creations to new heights with our diverse collection of fresh and flavorful microgreens! Perfect for home chefs and foodies alike, our microgreens offer a wide range of delectable tastes and textures that will enhance any dish. Not only do they add a burst of flavor, but they are also packed with powerful nutrients that can boost your health and wellbeing. With our microgreens, you can enjoy a delicious and nutritious meal every time.

SORT BY   Best selling  ⌄                                                                    4 products    40 per page  ⌄









**Broccoli Microgreens | 4 Pack**
$28.77  ~~$35.96~~
SALE

**Spicy Salad Mix Microgreens | 4 Pack**
$28.77  ~~$35.96~~
SALE

**Organic Rambo Purple Radish Microgreens | 4 Pack**
$28.77  ~~$35.96~~
SALE

**Red Acre Cabbage Microgreens | 4 Pack**
$35.96

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes

Gift Cards

Eat Local

Become an Affiliate

Affiliate Login

**Company**

About Us

Our Farmers

FAQs

Issue Policy

Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

           

© 2023, Agridime

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.

For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices

Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

# Fruit & Vegetable Starters

Skip the tedious seed-growing process and embrace the joy of instant greenery. Our robust starter tomato plants and vibrant citrus trees offer a head start, saving you time and ensuring a thriving garden. Experience the delight of nurturing well-established plants, ready to bloom into fruitful wonders. Unleash your inner gardener and reap the rewards sooner with our exquisite starter plants!

SORT BY   Alphabetically, A-Z ⌄                                    10 products   40 per page ⌄


**Better Boy Tomato Plant Starter | Small | 4 Pack**
$16.00


**Celebrity Tomato Plant Starter | Small | 4 Pack**
$14.40  $16.00
SOLD OUT


**Clemson Spineless Okra Starter | Small | 4 Pack**
$16.00
SOLD OUT


**Cucumber Starter | Small | 4 Pack**
$16.00


**Marketmore Cucumber Starter | Small | 4 Pack**
$16.00


**Provider Bush Bean Starter | Small | 4 Pack**
$16.00
SOLD OUT


**Roma Tomato Plant Starter | Small | 4 Pack**
$16.00
SOLD OUT


**Sweet California Wonder Pepper Starter | Small | 4 Pack**
$14.40  $16.00
SALE

« Previous   1   2   Next »

### Get in Touch

(888)-664-6621

info@agridime.com

### Discover

Recipes

Gift Cards

Eat Local

Become an Affiliate

Affiliate Login

### Company

About Us

Our Farmers

FAQs

Issue Policy

Feed the Hungry

### Join Our Newsletter

Email address

SUBSCRIBE

         

© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:22:10
https://getfireshot.com

APP 0040

House Plant Starters | Small – Agridime Store
https://agridimestore.com/collections/house-plant-starters

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email orders@agridime.com!

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ▾   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices

Produce & Plants ▾   Coffee   Merchandise ▾   For Pets   Feed the Hungry

# House Plant Starters | Small

Transform your home into a lush oasis with Gilbert Greens' exquisite collection of house plants. Unlike mass-produced options at large retailers, our plants are nurtured with love, expert care, and attention to detail. Experience the difference in quality, as our hand-picked selection boasts vibrant colors, lush foliage, and a guarantee of healthy growth. Elevate your space with our unique house plants and create an ambiance that reflects your style and sophistication. Let Gilbert Greens bring nature's beauty to your doorstep!

SORT BY  Best selling ▾                                      6 products   40 per page ▾



**Monstera Deliciosa Starter | Small | 4 Pack**
$20.00



**Peperomia Emerald Isle Starter | Small | 4 Pack**
$20.00



**Queen Marble Pothos Starter | Small | 4 Pack**
$20.00
SOLD OUT



**Citrus Twist Peperomia Starter | Small | 4 Pack**
$20.00



**Pothos Starter | Small | 4 Pack**
$20.00



**Pothos Exotica Starter | Small | 4 Pack**
$20.00
SOLD OUT

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

         

© 2023, Agridime

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄    Chicken    Pork    Meat Boxes    Fall Festival Sale    Heat n' Serve    Spices

Produce & Plants ⌄    Coffee    Merchandise ⌄    For Pets    Feed the Hungry

# House Plant Starters | Medium

Create a captivating indoor retreat with Gilbert Greens' stunning assortment of medium-sized starter house plants. Each plant is meticulously cultivated with utmost care, ensuring exceptional quality and attention to detail. Revel in the brilliance of vibrant hues, luxurious foliage, and assured vitality that our carefully chosen collection offers. Embellish your surroundings with these extraordinary house plants, establishing an ambiance that mirrors your refined taste and elegance. Let Gilbert Greens infuse the allure of nature into your home!

SORT BY   Best selling ⌄                                        4 products    40 per page ⌄









**Zanzibar Gem (ZZ Plant) Starter | Medium | 4 Pack**
$36.00
SOLD OUT

**Rubber Tree Starter | Medium | 4 Pack**
$36.00
SOLD OUT

**Pothos Starter | Medium | 4 Pack**
$36.00

**Citrus Twist Peperomia Starter | Medium | 4 Pack**
$36.00

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes

Gift Cards

Eat Local

Become an Affiliate

Affiliate Login

**Company**

About Us

Our Farmers

FAQs

Issue Policy

Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

            

© 2023, Agridime

Page 28
Ott's Flatiron Coffee | Partnered with Agridime Farm-to-Table Meats — Agridime
https://agridime.com/collections/ott...

**Free shipping on orders $175 +**
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email sales@agridime.com!

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 Agridime

Beef ⌄    Chicken    Pork    Meat Boxes    Fall Festival Sale    Heat n' Serve    Spices
Produce & Plants ⌄    Coffee    Merchandise ⌄    For Pets    Feed the Hungry

# Ott's Flatiron Coffee

Discover the perfect coffee to pair with your farm-to-table meats! Agridime is excited to partner with Ott's Flatiron Coffee, a veteran and family-owned business located in Apache Junction, Arizona. Their high-quality coffee is roasted in small batches, using a special air roaster that brings out the best in every bean. Ott's unique blends target specific tastes, notes, and mouthfeel, ensuring a unique and satisfying experience with every cup. Plus, their coffee pods offer the same rich, bold flavor in a convenient K-cup form. Whether you're a coffee aficionado or just starting out, Ott's Flatiron Coffee has a blend that will suit your preferences. Shop now and taste the difference!

Filter By    Featured ⌄                                          8 products    40 per page ⌄



**Ott's Coffee Trio Pack (Ground or Whole Bean)**
$48.60 $54.00
SALE



**Ott's Coffee Trio Pack | K-Cups**
$37.80 $42.00
SALE



**Dutchman's Gold Coffee**
$18.00



**Dutchman's Gold Coffee | K-Cups**
$14.00



**Breakfast Blend Coffee | K-Cups**
$14.00



**Breakfast Blend Coffee**
★★★★★ 1 review
$18.00



**Flatiron House Blend Coffee | K-Cups**
★★★★★ 1 review
$14.00



**Flatiron House Blend Coffee**
★★★★★ 1 review
$18.00



0:00 / 0:51

**Get In Touch**
(888)-664-6624
info@agridime.com

**Discover**
Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**
About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**
Email address
SUBSCRIBE

© 2023, Agridime



Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

## Agridime

Beef ⌄   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ⌄   Coffee   Merchandise ⌄   For Pets   Feed the Hungry

# Tallow-Based Bath, Body & Home Essentials

## OPEN RANGE TALLOW CO.

At Agridime, we believe it's important in life not to waste what you're blessed with.

Our sister company, **Open Range Tallow Co.**, helps us accomplish this vision by utilizing Tallow in all of their products.

Enjoy luxurious candles, gentle lotions & fragrant hand soaps knowing that you're joining us on our mission to **waste less,
live sustainably & honor the life of the animal.**

Sort by   Featured ⌄      28 products   40 per page ⌄



**Lover's Lane Tallow &
Beeswax Candle**
★★★★★ 1 review
**$22.50** $30.00
SALE



**Tallow Lotion 8oz**
★★★★★ 16 reviews
**$11.99**



**Travel Tallow Lotion 2oz**
★★★★★ 2 reviews
from **$5.60** $7.00
SALE



**Tallow Lip Balm**
★★★★★ 5 reviews
from **$3.50** $5.00
SALE



**Travel Whipped Tallow Balm
1oz**
★★★★★ 2 reviews
**$12.99**



**Whipped Tallow Balm 3.3oz**
★★★★★ 2 reviews
**$25.49** $29.99
SALE



**Reusable Food Wraps**
**$10.00**



**The Open Range Tallow
Collection**
★★★★★ 5 reviews
**$41.50** $46.49
SALE

« Previous   1   2   3   4   Next »

| Get in Touch | Discover | Company | Join Our Newsletter |
|---|---|---|---|
| (888)-604-6621 | Recipes | About Us | Email address |
| info@agridime.com | Gift Cards | Our Farmers | SUBSCRIBE |
| | Eat Local | FAQs | |
| | Become an Affiliate | Issue Policy | |
| | Affiliate Login | Feed the Hungry | |

    

© 2023, Agridime

Page 30
Appliances – Agridime
https://agridimestore.com/collections/appliances

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com!

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄    Chicken    Pork    Meat Boxes    Fall Festival Sale    Heat n' Serve    Spices
Produce & Plants ⌄    Coffee    Merchandise ⌄    For Pets    Feed the Hungry

# Appliances

SORT BY   Featured ⌄

4 products    40 per page ⌄









Traeger Pro Series 22 Pellet Grill
$797.00

Blackstone 4-Burner Propane Griddle
$797.00

7.0 cu. ft. Deep Freezer
$499.00

14.8 cu. ft. Deep Freezer
$1,097.00

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes

Gift Cards

Eat Local

Become an Affiliate

Affiliate Login

**Company**

About Us

Our Farmers

FAQs

Issue Policy

Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

     

   

© 2023, Agridime

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄    Chicken    Pork    Meat Boxes    Fall Festival Sale    Heat n' Serve    Spices
Produce & Plants ⌄    Coffee    Merchandise ⌄    For Pets    Feed the Hungry

# Gifts Cards & Other Merchandise

Sort by    Best selling ⌄                                                      *7 products*    40 per page ⌄



**Beef Tallow Cooking Oil**
★★★★★ 22 reviews
from $10.79  ~~$11.99~~
SALE



**Agridime E-Gift Card**
from $10.00



**Grass-Fed Beef Tallow
Cooking Oil 1lb**
★★★★★ 5 reviews
$18.99



**America. Freedom. Beef. —
Tee**
$25.00



**Eat More Beef — Tee**
★★★★★ 1 review
$25.00



**Freedom Since 1776 — Tee**
$25.00



**Premium Beef Tallow From
Kidney Fat Only**
$335.86

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes

Gift Cards

Eat Local

Become an Affiliate

Affiliate Login

**Company**

About Us

Our Farmers

FAQs

Issue Policy

Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

        

© 2023, Agridime

**Free shipping on orders $175 +**
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ∨   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ∨   Coffee   Merchandise ∨   For Pets   Feed the Hungry

# For Pets

SORT BY   Featured ∨

8 products   40 per page ∨



**Beef Dog Food**
★★★★★ 2 reviews
from $4.50



**Hickory Smoked Dog Bone - Hind Shank Center Cut**
$5.99  ~~$7.99~~
SALE



**Hickory Smoked Dog Bone - Femur Center Cut**
$5.99  ~~$7.99~~
SALE



**Hickory Smoked Dog Bone - Saddle Knuckle**
$5.99  ~~$7.99~~
SALE



**Hickory Smoked Dog Bone - Humerus Center Cut**
$5.99  ~~$7.99~~
SALE

**Hickory Smoked Dog Bone - Knee Caps**
$5.99  ~~$7.99~~
SALE

**Hickory Smoked Dog Bone - Arm Knuckle**
$5.99  ~~$7.99~~
SALE



**Ground Chicken Frames/Backs 16oz All Natural, Free Range, No Antibiotics, No Hormones**
★★★★★ 5 reviews
$7.00

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

 

© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:22:29
https://getfireshot.com

APP 0047

Free shipping on orders $175 +
$35 Minimum to Ship

Due to holiday demand, orders placed after 11/15 may not arrive by Thanksgiving Day
For further inquiries, please email orders@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout

 **Agridime**

Beef    Chicken    Pork    Meat Boxes    Fall Festival Sale    Heat n' Serve    Spices
Produce & Plants •    Coffee    Merchandise •    For Pets    Feed the Hungry



## HELP FEED THE HUNGRY

$2.00

Shipping calculated at checkout.

Pay in 4 interest-free installments for orders over $50.00 with shop
Learn more

◉ One-time purchase

○ Recurring Premium

Quantity
1

[ ADD TO CART ]

Share    Tweet    Pin it

## Partner with us to Feed the Hungry in your Local Community!

We have been helping feed the endowed, orphaned and homeless in the Phoenix Metro Area now for the last 4 months

We are currently donating about 2,000 cts per week of meat and heat and serve style meals. This helps feed about 4,000-8,000 people each week that would go hungry otherwise.

We are aiming to a big goal this year in 2023 as we have to serve the needs of the hungry go unmet too often.

It is our goal to donate 10,000 lbs of meat and heat and serve style meals each week to the widowed, orphaned and homeless. This will help feed 20,000-40,000 people that would go hungry otherwise each week fills year.

We are asking for your help in the form of a one time, weekly or monthly donation to help feed as many people as you are able to.

Example:

• Donating $2 per week feeds one person, one time each week.

• Donating $100 per week feeds 50 people, one time each week.

• Donating $500 per week feeds 250 people, one time each week.

• Donating $2,500 per week feeds 1,250 people, one time each week.

Meet Our Farmers

### Customer Reviews

☆☆☆☆☆
Be the first to write a review

[ WRITE A REVIEW ]

[ ASK A QUESTION ]

Reviews (0)    Questions (0)

### YOU MAY ALSO LIKE


Grain Fed Minute Steak 8oz
★★★★★
$4.49


The Open Range Tallow Collection
$41.50 $46.49
SALE


Ground Pork 1lb No Antibiotics, No Hormones
★★★★★
$8.99


Grain Fed Hanging Tender (Hanger Steak)
★★★★★
from $9.59 $11.99
SALE

**Get In Touch**
(888)-444-6691
info@agridime.com

**Discover**
Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**
About Us
Our Farmers
FAQs
Return Policy
Feed Our Hungry

**Join Our Newsletter**

Your email here

[ SUBSCRIBE ]

    

© 2023, Agridime

**Free shipping on orders $175 +**
$35 Minimum to Ship

**Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.**
For further inquiries, please email order@agridime.com

**Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!**

 **Agridime**

Beef ⌄    Chicken    Pork    Meat Boxes    Fall Festival Sale    Heat n' Serve    Spices
Produce & Plants ⌄    Coffee    Merchandise ⌄    For Pets    Feed the Hungry

# Login

Email

Password

Forgot your password?

**SIGN IN**

Create account

## HAVING ISSUES MANAGING YOUR SUBSCRIPTION?

Receive a link to access your subscriptions. No password needed.

**FIND MY SUBSCRIPTION**

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes

Gift Cards

Eat Local

Become an Affiliate

Affiliate Login

**Company**

About Us

Our Farmers

FAQs

Issue Policy

Feed the Hungry

**Join Our Newsletter**

Email address

**SUBSCRIBE**

  

© 2023, Agridime

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day.
For further inquiries, please email order@agridime.com

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 **Agridime**

Beef ⌄    Chicken    Pork    Meat Boxes    Fall Festival Sale    Heat n' Serve    Spices
Produce & Plants ⌄    Coffee    Merchandise ⌄    For Pets    Feed the Hungry

*Your shopping cart is empty*

## Want FREE Beef?

Add $250 worth of products to you cart and proceed to the checkout, where you'll enter the discount code **FREEBEEF**. It's that easy! You will receive a second email after submitting your order, letting you know we added your FREE beef. If you prefer Grass-Fed or Grain-Fed, you can leave a note to our staff above. *Not to be combined with other discount codes.*

*You may also like...*

‹



**Grain Fed Choice Tomahawk...**
32-34oz
~~$99.93~~ $49.99
[ − ] [ 1 ] [ + ]
Add to cart



**Grain Fed New York Strip Steak**
10oz
~~$10.18~~ $6.11
[ − ] [ 1 ] [ + ]
Add to cart



**Beef Fajita Burrito 8oz**

$7.99
[ − ] [ 1 ] [ + ]
Add to cart



**Grain Fed Short Rib, Bone-In...**
7 lbs (2pc. per ... ⌄
$62.93
[ − ] [ 1 ] [ + ]
Add to cart

›

**Get in Touch**

(888)-664-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

            

© 2023, Agridime

Captured by FireShot Pro: 20 November 2023, 11:22:37
https://getfireshot.com

# EXHIBIT D

## STATE OF NORTH DAKOTA

## SECURITIES DEPARTMENT

|  |  |  |
|---|---|---|
| In the Matter of Agridime LLC, a Texas limited liability company, and Joshua Link<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF CANDACE JOHNSON ON BEHALF OF THE NORTH DAKOTA SECURITIES DEPARTMENT** |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

[1] I, Candace Johnson, being under penalty of perjury, declare the following statements are true and correct.

[2] I am a Securities Investigator and Examiner for the North Dakota Securities Department (the "Department") and have held that position since 2020.  Some of my duties include conducting investigations regarding violations of the North Dakota Securities Laws.

[3] I am and have been the investigator assigned to Agridime LLC since the Department became aware of the business activities in North Dakota in March of 2023. My investigative analysis concluded that the activity by Agridime LLC met the definition of unregistered sales of securities in the form of investment contracts under N.D.C.C. § 10-04-02(19). Attached as Exhibit 1 is true and correct copy of a page from Agridime's website captured on April 26, 2023 in which Agridime offers for sale certain "cattle contracts," which contracts, based upon the Department's analysis, constitute securities.

[4] In consultation with Department legal counsel a Cease-and-Desist Order was drafted. The Securities Commissioner signed and issued the Cease-and-Desist Order on May 24, 2023. The Order contained the following language:

IT IS ORDERED, pursuant to N.D.C.C. § 10-04-16 that the Respondents shall immediately CEASE AND DESIST from any further violations of the Securities Act, N.D.C.C. Chapter 10-04, including:

1. Offering for sale or selling in North Dakota the subject securities, or any other securities however denominated, unless and until such securities have been registered with the Department under N.D.C.C. §§ 10-04-07, 10-04-07.1, 10-04-07.2, 10-04-08, or 10-04-08.1 and have not been offered for sale or been sold in exempt transactions under Section 10-04-05 or 10-04-06 or are properly filed as federal covered securities under 10-04-08.4.

2. From offering for sale or selling securities in North Dakota unless and until they have registered with the Securities Commissioner as broker dealers, issuer-dealers or agents under N.D.C.C. § 10-04-10; and

3. From engaging in a scheme or artifice to defraud investors, or from engaging in any fraudulent or deceptive practices in connection with the offer and/or sale of securities in this state under N.D.C.C. § 10-04-15.

[5] Agridime, LLC retained local counsel in North Dakota and the local counsel, through Agridime's general counsel in Texas, has been providing information to the Department. Based upon my review of the records and information that were produced by Agridime and other state securities regulators, I analyzed the information and created a North Dakota investor list including both fulfilled and unfulfilled contracts in North Dakota. See Exhibit 2; see also Exhibit 3 (fulfilled contracts) & 4 (unfulfilled contracts).

[6] My investigation of investment contracts sold in North Dakota leading up to June 7, 2023, identified and confirmed 149 distinct investors, including individuals and entities. There were 118 fulfilled investment contracts totaling $25,453,600 and 148 unfulfilled investment contracts totaling $33,617,700. Id.

[7] Based upon records received, there have been at least 18 contracts sold to North Dakota investors after the Cease-and-Desist Order was issued May 24, 2023. See

Exhibit 5 (summary of contracts sold to North Dakota investors after Cease-and-Desist Order issued).

[8] The Department recently received documents and information regarding commissions paid to agents of Agridime LLC for the sale of these investment contracts in North Dakota. Based upon the information received, two agents received commissions from June 10th, 2022, to June 16th, 2023, this in violation of securities laws in North Dakota. According to records, Taylor Bang received a total of $5,625,839.24 in commissions and sold 145 investment contracts. See Exhibits 6 (summary of contract sales by Bang and Murray), 7 & 8 (summary of commissions paid to Bang and Murray). Glenn Murray received a total of $195,900 in commissions and sold 6 investment contracts. See Exhibits 6, 8, & 9.  These transactions were conducted while neither party was registered as an agent with the North Dakota Securities Department as required and in violation of N.D.C.C. § 10-04-10. Attached here as Exhibit 7 is a true and correct copy of a sales representative agreement between Agridime, LLC and Taylor Bang, which was produced to the Department by Agridime, LLC.  Attached here as Exhibit 9 is a true and correct copy of a sales representative agreement between Agridime, LLC and Glenn Murray, which was produced to the Department by Agridime, LLC

[9] The attached exhibits are true and correct copies of the original documents produced by Agridime, LLC to the Department or are copies of documents created by the Department.  These documents were produced in response to a request from the Department and/or were created at or near the time of the events they record by someone with knowledge, have been kept in the regular course of the Department's activities, and it is a regular practice of the Department to maintain such documents.

[10] I declare, under penalty of perjury, that the foregoing is true and correct.

Dated this ⁷ᵗʰ day of December 2023.


_____

Candace Johnson

# EXHIBIT D-1

APP 0056

 **Agridime**

HOME    STORE    BUY CATTLE HERE    MEAT DISTRIBUTION    CATTLE BACKGROUNDING    CATTLE FINISHING    AFFILIATES    CONTACT

https://www.agridime.com
https://www.agridime.com/buy-cattle-here

4-26-23



### Step One

We are offering cattle for sale at $2,000 per calf. Each calf is contracted into our proprietary beef supply chain

All cattle purchased during Q2 of 2023 will be guaranteed 15-20% yearly profits. Ask us about a higher guaranteed return for purchases of 50 head or more.

Each calf purchased will be raised and finished on our partner farms in Kansas until they are ready to go to the butcher



### Step Two

Once your cattle have been processed we sell the beef to our online store and grocery store customers.

All of this results in a fair price for anyone who purchases Agridime beef, and a generous profit for you as the owner of the cattle.

All customers that purchase cattle are issued a contract at the time of purchase certifying and describing payment of cattle contract profits



### Step Three

We look forward to discussing the opportunity with you further. Feel free to reach out at cattle@agridime.com or make your first cattle purchase below

Note: Only a limited number of cattle available for Q2 of 2023.



### Proven Results: 2021 Client Averages

In 2021, our customers averaged over 20% profit on more than 5,000 head of cattle raised in our system.

APP 0057

 **Agridime**

HOME   STORE   BUY CATTLE HERE   MEAT DISTRIBUTION   CATTLE BACKGROUNDING   CATTLE FINISHING   AFFILIATES   CONTACT

## Financial Summary

**Here's how the financials breakdown for the 15-20% return on our cattle contracts:**

The customer purchases cattle from us for $2,000 per head. That $2,000 is used to purchase one steer or heifer, feed that animal to finish, fully process the beef into retail packaging and then ultimately sell the beef.

Each steer or heifer purchased will yield an average of 500 lbs of retail-able beef products.

Our average sale price for those products is $6.00 per lb.

With that, our average top line revenue per head is $3,000.

This results in $300-$400 per head profit (15-20% return) for the customer and $600 per head profit (30% return) for Agridime.

As mentioned, our average top line revenue per head is $3,000.

Respectively, we feel if we were giving much less than a 15-20% return that we wouldn't be doing right by our customers. Our aim is to create a sustainable supply chain that we can have 100% transparency with start to finish and everybody still wins. Our goal is to be able to offer these same contracts to our customers year over year. We look forward to working with you to provide sustainable food for everyone.

**BUY CATTLE HERE**

APP 0058

 **Agridime**

HOME   STORE   BUY CATTLE HERE   MEAT DISTRIBUTION   CATTLE BACKGROUNDING   CATTLE FINISHING   AFFILIATES   CONTACT

All customers that purchase cattle are issued a contract at the time of
purchase, certifying and describing payment of cattle contract profits.
Feel free to reach out to us for alternative payment options on larger
contracts.



Interested?
## Get in Touch to Learn More

Full Name                    Phone

Email

Message

Submit

 **Agridime**

HOME   STORE   BUY CATTLE HERE   MEAT DISTRIBUTION   CATTLE BACKGROUNDING   CATTLE FINISHING   AFFILIATES   CONTACT

## WHO WE ARE

Helping ag producers and consumers make the most valuable and informed decision with every dime

## Our Team

   

**Josh Link**
Owner, Executive Director

**Tia Link**
Owner, Meat Production Director

**Jed Wood**
Owner, Operations Director

**Jason Link**
Meat Supply Chain Director

APP 0060

 **Agridime**

HOME   STORE   BUY CATTLE HERE   MEAT DISTRIBUTION   CATTLE BACKGROUNDING   CATTLE FINISHING   AFFILIATES   CONTACT


**Charlie Hicks**
Lead Cattle Buyer


**Dallas Goracke**
Meat Sales Consultant


**Kevin Morgan**
Animal Care & Nutrition Manager


**Shaston Challans**
General Operations, Inventory Manager


**Royana Thomas**
Financial Controller


**Justin Williams**
Operations Manager & Meat Sales Consultant


**Kaylee Hernandez**
Customer Service Specialist


**Brooke Besemer**
Web Development Director


**Daniel Hernandez**
Warehouse Manager - Ft Worth


**Sam Brooks**
Sales Representative


**Janie Tho mas**
Customer Service Specialist


**Zach Williams**
Marketing Director

APP 0061



**Agridime**

HOME    STORE    BUY CATTLE HERE    MEAT DISTRIBUTION    CATTLE BACKGROUNDING    CATTLE FINISHING    AFFILIATES    CONTACT



**Caleb Weaver**
Treasury Sales Manager



## Get In Touch

Full Name                    Phone

Email

Message

Submit

.

# BUY LIVE CATTLE

**Have you ever wanted to make money raising cattle without having to do all the work?**

We know it sounds too good to be true, however, in order to meet increased demand we are partnering with individuals and organizations to contract cattle into our beef supply chain.

We supply retails outlets, meat distributors and restaurant food service companies with farm fresh beef. We are inviting individuals and organizations to purchase cattle with us in order to supply beef to these customers.

All cattle purchased during Q2 of 2023 will be guaranteed 15-20% yearly profits. We also offer 20% yearly profits on contracts of 50 or more.

APP 0063

 **Agridime**

HOME   STORE   BUY CATTLE HERE   MEAT DISTRIBUTION   CATTLE BACKGROUNDING   CATTLE FINISHING   AFFILIATES   CONTACT



## Make 15-20% Yearly Returns and Help Us Produce Farm Fresh Beef

We invite you to become a part of providing fellow Americans with the highest quality farm fresh beef available

EXPLORE NOW

## BUY LIVE CATTLE

Have you ever wanted to make money raising cattle without having to do all the work?

APP 0064

 **Agridime**

HOME   STORE   BUY CATTLE HERE   MEAT DISTRIBUTION   CATTLE BACKGROUNDING   CATTLE FINISHING   AFFILIATES   CONTACT

## PRODUCING THE BEST MEAT FOR THE BEST PRICE.
## RAISED BY AMERICAN FARMERS.

VIEW STORE

## WHAT WE DO



**MEAT DISTRIBUTION**

Learn More



**CATTLE BACKGROUNDING**

Learn More



**CATTLE FINISHING**

Learn More



**BUY CATTLE HERE**

Learn More

APP 0085



HOME    STORE    BUY CATTLE HERE    MEAT DISTRIBUTION
CATTLE BACKGROUNDING    CATTLE FINISHING    AFFILIATES
CONTACT

# Make 15-20% Yearly Returns and Help Us Produce Farm Fresh Beef

We invite you to become a part of providing fellow Americans with the highest quality farm fresh beef available

∨ EXPLORE NOW

## BUY LIVE CATTLE

**Have you ever wanted to make money raising cattle without having to do all the work?**

APP 0066

# EXHIBIT D-2

APP 0067

| Expires(d) | Investor number | Contract Name | Last Name | # IC | # Cattle | Investment | ROI | Interest | Total Payout | Address | City | State | ZIP | Phone | Email | Fulfilled | Unfulfilled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/2022 | 60 | | | 3158 | 5 | $10,000 | 20% | $3,000 | $13,000 | | | | | | | x | |
| 2/9/2022 | 104 | | | 3159 | 250 | $600,000 | 25% | $125,000 | $625,000 | | | | | | | x | |
| 2/17/2022 | 115 | | | 3129 | 100 | $300,000 | 22.5% | $67,500 | $367,500 | | | | | | | x | |
| 2/23/2022 | 11 | | | 3155 | 1 | $2,000 | 20% | $400 | $2,400 | | | | | | | x | |
| 2/23/2022 | 29 | | | 3157 | 20 | $40,000 | 20% | $8,000 | $48,000 | | | | | | | x | |
| 2/23/2022 | 42 | | | 3162 | 15 | $26,000 | 20% | $5,200 | $31,200 | | | | | | | x | |
| 2/23/2022 | 52 | | | 3153 | 20 | $40,000 | 20% | $8,000 | $48,000 | | | | | | | x | |
| 2/23/2022 | 69 | | | 3164 | 20 | $40,000 | 20% | $8,000 | $48,000 | | | | | | | x | |
| 2/23/2022 | 87 | | | 3165 | 10 | $20,000 | 20% | $4,000 | $24,000 | | | | | | | x | |
| 2/25/2022 | 105 | | | 3150 | 30 | $60,000 | 20% | $12,000 | $72,000 | | | | | | | x | |
| 2/26/2022 | 42 | | | 3170 | 25 | $50,000 | 20% | $10,000 | $60,000 | | | | | | | x | |
| 3/1/2022 | 114 | | | 3171 | 10 | $20,000 | 20% | $4,000 | $24,000 | | | | | | | x | |
| 3/6/2022 | 77 | | | 3174 | 7.5 | $15,000 | 20% | $3,000 | $18,000 | | | | | | | x | |
| 3/9/2022 | 135 | | | 3173 | 10 | $20,000 | 20% | $4,000 | $24,000 | | | | | | | x | |
| 3/9/2022 | 13A | | | 3172 | 20 | $40,000 | 20% | $8,000 | $48,000 | | | | | | | x | |
| 3/13/2022 | 38 | | | 3175 | 40 | $80,000 | 20% | $16,000 | $96,000 | | | | | | | x | |
| 3/13/2022 | 4 | | | 3177 | 1 | $2,000 | 15% | $300 | $2,300 | | | | | | | x | |
| 3/19/2022 | 5 | | | 13229 | 500 | $1,000,000 | 30% | $300,000 | $1,300,000 | | | | | | | x | |
| 3/23/2022 | 28 | | | 3184 | 19 | $35,000 | 20% | $7,000 | $42,000 | | | | | | | x | |
| 3/24/2022 | 66 | | | 3186 | 25 | $50,000 | 20% | $10,000 | $60,000 | | | | | | | x | |
| 4/1/2022 | 109 | | | 13229 | 500 | $1,000,000 | 30% | $300,000 | $1,300,000 | | | | | | | x | |
| 4/20/2022 | 98 | | | 3160 | 100 | $200,000 | 20% | $40,000 | $240,000 | | | | | | | x | |
| 4/26/2022 | 148 | | | 3160 | 3 | $6,000 | 20% | $1,200 | $7,200 | | | | | | | x | |
| 4/29/2022 | 43 | | | 3163 | 2 | $4,000 | 20% | $800 | $4,800 | | | | | | | x | |
| 4/29/2022 | 143 | | | 13237 | 200 | $400,000 | 20% | $80,000 | $500,000 | | | | | | | x | |
| 5/5/2022 | 137 | | | 3196 | 150 | $150,000 | 30% | $45,000 | $195,000 | | | | | | | x | |
| 5/5/2022 | 28 | | | 3196 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 5/7/2022 | 61 | | | 3198 | 100 | $200,000 | 30% | $60,000 | $260,000 | | | | | | | x | |
| 5/7/2022 | 102 | | | 3160 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 5/11/2022 | 3 | | | 3205 | 25 | $50,000 | 30% | $15,000 | $65,000 | | | | | | | x | |
| 5/11/2022 | 10 | | | 3204 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 5/11/2022 | 117 | | | 2377 | 500 | $1,600,000 | 32% | $512,000 | $2,112,000 | | | | | | | x | |
| 5/11/2022 | 129 | | | 3203 | 250 | $500,000 | 30% | $150,000 | $650,000 | | | | | | | x | |
| 5/11/2022 | 145 | | | 3201 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 5/11/2022 | 146 | | | 3202 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 5/11/2022 | 66 | | | 3206 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 5/13/2022 | 50 | | | 3207 | 5 | $10,000 | 30% | $3,000 | $13,000 | | | | | | | x | |
| 5/13/2022 | 131 | | | 3204 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 5/14/2022 | 13 | | | 3209 | 20 | $40,000 | 30% | $12,000 | $52,000 | | | | | | | x | |
| 5/17/2022 | 117 | | | 3210 | 12 | $24,000 | 30% | $7,200 | $31,200 | | | | | | | x | |
| 5/9/2022 | 126 | | | 23230 | 500 | $1,000,000 | 30% | $300,000 | $1,300,000 | | | | | | | x | |
| 6/16/2022 | 140 | | | 3242 | 18.5 | $37,000 | 30% | $11,100 | $48,100 | | | | | | | x | |
| 6/17/2022 | 104 | | | 3245 | 67.5 | $135,000 | 30% | $40,500 | $175,500 | | | | | | | x | |
| 6/20/2022 | 73 | | | 23233 | 20 | $40,000 | 20% | $8,000 | $48,000 | | | | | | | x | |
| 10/18/2022 | 126 | | | 7124427 | 50 | $100,000 | | $0 | $100,000 | | | | | | | x | |
| 11/16/2022 | 109 | | | 7124406 | 400 | $800,000 | 32% | $256,000 | $1,056,000 | | | | | | | x | |
| 11/17/2022 | 49 | | | 3051 | 25 | $50,000 | 30% | $15,000 | $65,000 | | | | | | | x | |
| 12/15/2022 | 119 | | | 3405 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 12/16/2022 | 84 | | | 3040 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 12/17/2022 | 29 | | | 3452 | 55 | $110,000 | 20% | $22,000 | $132,000 | | | | | | | x | |
| 12/17/2022 | 52 | | | 3480 | 125 | $250,000 | 30% | $75,000 | $325,000 | | | | | | | x | |
| 12/22/2022 | 21 | | | 3481 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | x | |
| 12/29/2022 | 88 | | | 3482 | 1 | $2,000 | 15% | $300 | $2,300 | | | | | | | x | |
| 12/29/2022 | 111 | | | 3510 | 50 | $100,000 | 20% | $20,000 | $120,000 | | | | | | | x | |
| 12/29/2022 | 130 | | | 3513 | 150 | $300,000 | 20% | $60,000 | $360,000 | | | | | | | x | |
| 12/29/2022 | 133 | | | 3512 | 50 | $100,000 | 20% | $20,000 | $120,000 | | | | | | | x | |
| 1/3/2023 | 49 | | | 3513 | 10 | $20,000 | 20% | $5,000 | $25,000 | | | | | | | x | |
| 1/3/2023 | 88 | | | 3556 | 50 | $100,000 | 20% | $20,000 | $120,000 | | | | | | | x | |
| 1/9/2023 | 117 | | | 3570 | 20 | $40,000 | 20% | $8,000 | $48,000 | | | | | | | x | |
| 1/12/2023 | 122 | | | 3578 | 125 | $250,000 | 20% | $50,000 | $300,000 | | | | | | | x | |
| 1/7/2023 | 55 | | | 3569 | 50 | $100,000 | 20% | $15,000 | $85,000 | | | | | | | x | |
| 1/13/2023 | 3 | | | 3591 | 25 | $50,000 | 20% | $10,000 | $60,000 | | | | | | | x | |
| 1/13/2023 | 131 | | | 3605 | 50 | $120,000 | 20% | $24,000 | $144,000 | | | | | | | x | |
| 1/14/2023 | 38 | | | 3606 | 75 | $150,000 | | $0 | $150,000 | | | | | | | x | |
| 1/21/2023 | 104 | | | 3647 | 182 | $394,000 | 20% | $100,000 | $471,200 | | | | | | | x | |
| 1/25/2023 | 137 | | | 3647 | 100 | $200,000 | 30% | $60,000 | $260,000 | | | | | | | x | |
| 1/26/2023 | 130 | | | 3670 | 50 | $100,000 | 20% | $20,000 | $120,000 | | | | | | | x | |
| 1/27/2023 | 18 | | | 3683 | 8 | $16,000 | 20% | $3,200 | $19,200 | | | | | | | x | |
| 1/27/2023 | 58 | | | 3684 | 20 | $40,000 | 20% | $8,000 | $48,000 | | | | | | | x | |
| 1/29/2023 | 100 | | | 3690 | 12 | $24,000 | 20% | $4,800 | $28,800 | | | | | | | x | |
| 2/1/2023 | 114 | | | 3684 | 10 | $20,000 | 20% | $4,000 | $24,000 | | | | | | | x | |
| 2/7/2023 | 141 | | | 3707 | 96 | $136,000 | 20% | $27,200 | $163,200 | | | | | | | x | |
| 2/9/2023 | 28 | | | 3722 | 50 | $100,000 | 20% | $20,000 | $120,000 | | | | | | | x | |
| 2/9/2023 | 60 | | | 3729 | 500 | $1,000,000 | | $0 | $1,000,000 | | | | | | | x | |
| 2/14/2023 | 104 | | | 3743 | 350 | $700,000 | 20% | $50,000 | $750,000 | | | | | | | x | |
| 2/14/2023 | 8 | | | 3779 | 50 | $100,000 | 25% | $25,000 | $125,000 | | | | | | | x | |

APP 0069

APP 0070

| 4/3/2024 | 62 | | 7068 | 150 | $300,000 | 30% | $90,000 | $540,000 | | | | | | | |
| 4/4/2024 | 179 | | 7046 | 5 | $10,000 | 15% | $1,500 | $11,500 | | | | | | | |
| 4/4/2024 | 51 | | 7123 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | |
| 4/5/2024 | 12 | | 7146 | 5 | $10,000 | 15% | $1,500 | $11,500 | | | | | | | |
| 4/7/2024 | 4 | | 7178 | 7 | $14,000 | 15% | $2,100 | $16,100 | | | | | | | |
| 4/11/2024 | 30 | | 7191 | 100 | $200,000 | 25% | $50,000 | $250,000 | | | | | | | |
| 4/11/2024 | 93 | | 7207 | 19 | $20,000 | 15% | $3,000 | $23,000 | | | | | | | |
| 4/11/2024 | 121 | | 7185 | 75 | $150,000 | 25% | $37,500 | $187,500 | | | | | | | |
| 4/12/2024 | 132 | | 7214 | 2 | $4,000 | 15% | $600 | $4,600 | | | | | | | |
| 4/13/2024 | 48 | | 7223 | 125 | $250,000 | 30% | $75,000 | $325,000 | | | | | | | |
| 4/13/2024 | 98 | | 7224 | 250 | $500,000 | 30% | $150,000 | $600,000 | | | | | | | |
| 4/13/2024 | 127 | | 7222 | 125 | $250,000 | 30% | $75,000 | $325,000 | | | | | | | |
| 4/13/2024 | 177 | | 7117 | 500 | $1,000,000 | 25% | $250,000 | $1,250,000 | | | | | | | |
| 4/16/2024 | 89 | | 7268 | 50 | $100,000 | 20% | $20,000 | $120,000 | | | | | | | |
| 4/20/2024 | 67 | | 7301 | 1 | $2,000 | 15% | $300 | $2,300 | | | | | | | |
| 4/21/2024 | 36 | | 7313 | 2 | $4,000 | 15% | $600 | $4,600 | | | | | | | |
| 4/22/2024 | 4 | | 7328 | 1 | $2,000 | 15% | $300 | $2,300 | | | | | | | |
| 4/22/2024 | 12 | | 7325 | 5 | $10,000 | 15% | $1,500 | $11,500 | | | | | | | |
| 5/9/2024 | 119 | | 7493 | 50 | $100,000 | 30% | $30,000 | $130,000 | | | | | | | |
| 5/9/2024 | 67 | | 7458 | 62.5 | $125,000 | 30% | $37,500 | $162,500 | | | | | | | |
| 5/10/2024 | 68 | | 7464 | 300 | $600,000 | 30% | $180,000 | $780,000 | | | | | | | |
| 5/10/2024 | 88 | | 7406 | 125 | $250,000 | 30% | $75,000 | $325,000 | | | | | | | |
| 5/11/2024 | 4 | | 7512 | 1 | $2,000 | 15% | $300 | $2,300 | | | | | | | |
| 5/12/2024 | 33 | | 7520 | 50 | $100,000 | 20% | $20,000 | $120,000 | | | | | | | |
| 5/12/2024 | 34 | | 7519 | 1 | $2,000 | 15% | $300 | $2,300 | | | | | | | |
| 5/15/2024 | 92 | | 7840 | 25 | $50,000 | 30% | $15,000 | $65,000 | | | | | | | |
| 5/16/2024 | 124 | | 7522 | 1000 | $2,000,000 | 30% | $600,000 | $2,600,000 | | | | | | | |
| 5/22/2024 | 143 | | 7571 | 100 | $300,000 | 25% | $75,000 | $375,000 | | | | | | | |
| 5/7/2024 | 88 | | 7885 | 125 | $250,000 | 30% | $75,000 | $325,000 | | | | | | | |

APP 0071

# EXHIBIT D-3

APP 0072

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 3956

This Contract entered into on **MARCH 18th, 2022** by and between ▇▇▇▇▇▇▇ hereinafter called Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 40 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,400 per head | Freight on Buyer- Hope, KS: March 18th, 2022 to March 28th, 2023 |

**CONTRACT TERMS:** ▇▇▇▇▇▇▇ **agrees to purchase forty steers and/or heifers for $2,000 per steer or heifer ($80,000 total). Agridime agrees to pay 20% per year profit on those cattle. Guaranteed yearly profits of 20%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via wire transfer or check. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature: ▇▇▇▇▇▇▇
Seller: ▇▇▇▇▇▇▇
Accepted By: ▇▇▇▇▇▇▇
Date accepted: _____ 3/18/2022

Signature: _Josh Link_
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: _____ 3/18/2022

1

**Fulfilled Contracts**                    APP 0073



3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com



2/21/23 AC#

$ 72,000.00

## <u>LIVESTOCK CONTRACT# 3743</u>

This Contract entered into on **February 4th, 2022** by and between ████████████ hereinafter called Seller, and **Agridime** Of **Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 30 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,400 per head | Freight on Buyer-Hope, KS; February 4th, 2022 to February 14th, 2023 |

**CONTRACT TERMS:** ████████████ **agrees to purchase thirty steers and/or heifers for $2,000 per steer or heifer ($60,000 total). Agridime agrees to pay 20% per year profit on those cattle. Guaranteed yearly profits of 20%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via wire transfer or check. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature:_____
Seller: ████████████
Accepted By: ████████████
Date accepted:_____

Signature:_____
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted:_____

1

DocuSign Envelope ID: DA3360C1-A9E143EF-AB98-736F826DABBC



**Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 4117

This Contract entered into on **April 21st, 2022** by and between ███████████████ hereinafter called
Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer")
agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which
are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are
insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set
forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 650 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,600 per head | Freight on Buyer- Hope, KS: April 21st, 2022 to May 1st, 2023 |

**CONTRACT TERMS:** ██████████████████ **agrees to purchase six hundred
and fifty steers and/or heifers for $2,000 per steer or heifer ($1,300,000 total). Agridime
agrees to pay 30% per year profit on those cattle. Guaranteed yearly profits of 30%.
Contract to be paid 7-10 business days after the final date set forth in the above
delivery schedule. Payment to be made by Agridime via wire transfer or check.
Contract terms are payable 12 months post the date set forth in this contract, or upon
receipt of funds from the aforementioned "seller".**

Signature: ████████████████         Signature: _Josh Link_
Seller: ███████████████                        Buyer: Agridime LLC
Accepted By: ████████████                Accepted By: Josh Link
Date accepted: ____4/23/2022____    Date accepted: ____4/21/2022____

1

DocuSign Envelope ID: 1325748F-39A5-460F-8AF8-643B260A4FDC

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 3138

This Contract entered into on **January 11th, 2021** by and between ▬▬▬▬▬hereinafter called Seller, and **Agridime** Of **Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 8 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,400 per head | Freight on Buyer- Hope, KS: January 11th, 2021 to January 10th, 2022 |

CONTRACT TERMS: ▬▬▬▬ agrees to purchase eight steers and/or heifers for **$2,000 per steer or heifer ($16,000 total). Agridime agrees to pay 20% per year profit on those cattle. Guaranteed yearly profits of 20%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via wire transfer or check.**

Signature: ▬▬▬▬▬
Seller: ▬▬▬▬
Accepted By: ▬▬▬▬
Date accepted: 1/11/2021

Signature: *Josh Link*
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 1/11/2021

1

DocuSign Envelope ID: FEE4026D-5513-4436-867F-4D6C3609TFC2

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 4173

This Contract entered into on **May 2nd, 2022** by and between ▮▮▮▮▮ hereinafter called Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions and the Master Terms and Conditions on the following 2 pages (total of 3 pages), which are legally binding on the Seller and Buyer.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 7 +/- | Cows | Angus Based Cows for Slaughter/Harvest | 1000 lbs | $1,680 per head | FOB Hope, KS May 2nd 2022 – December 25th, 2022 |

**COST OF GAIN:** Included in the purchase cost listed below.

**PAYMENT ON CONTRACT: 7 head will be purchased by** ▮▮▮▮▮ **from Agridime for $1,400 per head. Agridime will pay Ryan Gronlie $1,680 per head at time of delivery on contract, December 25, 2022. Payment for cattle will be made upon receipt of carcass closeout from the processor via check or wire transfer.**

Signature: ▮▮▮▮▮
Seller: ▮▮▮▮▮
Accepted By: ▮▮▮▮▮
Date accepted: _____ 5/5/2022

Signature: _____
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: _____ 5/2/2022

DocuSigned by:
Josh Link
08453B400817402...

1

DocuSign Envelope ID: E948A6D2-08D1-4633-8234-56C517B77BE5

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT #7685

This Contract entered into on **June 7th, 2023** by and between ████████ hereinafter called Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 125 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,600 per head | Freight on Buyer-Hope, KS and/or Satanta, KS: June 7th, 2023 to June 17th, 2024 |

**CONTRACT TERMS:** ████████ **agrees to purchase one hundred and twenty-five steers and/or heifers for $2,000 per steer or heifer ($250,000 total). Agridime agrees to pay 30% per year profit on those cattle. Guaranteed yearly profits of 30%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via electronic funds transfer. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature:
Seller: ████████
Accepted By: ████████
Date accepted: 6/8/2023

Signature: Dave Link
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 6/7/2023

1

DocuSign Envelope ID: E948A6D2-08D1-4633-8234-56C517B77BE5

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## <u>LIVESTOCK CONTRACT #7685</u>

This Contract entered into on **June 7th, 2023** by and between ▆▆▆▆▆▆ hereinafter called Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 125 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,600 per head | Freight on Buyer- Hope, KS and/or Satanta, KS: June 7th, 2023 to June 17th, 2024 |

CONTRACT TERMS: ▆▆▆▆▆▆ **agrees to purchase one hundred and twenty-five steers and/or heifers for $2,000 per steer or heifer ($250,000 total). Agridime agrees to pay 30% per year profit on those cattle. Guaranteed yearly profits of 30%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via electronic funds transfer. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature:
Seller: ▆▆▆▆▆▆
Accepted By: ▆▆▆▆▆▆
Date accepted: 6/8/2023

Signature: _Josh Link_
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 6/7/2023

1

 Gmail                    Royana Thomas <royana@agridime.com>

## Livestock Contract #3743

2 messages

---

**Royana Thomas <royana@agridime.com>**           Tue, Feb 7, 2023 at 8:00 AM
To: 
Cc: Josh Link <josh@agridime.com>

Hello ███,

Your Livestock Contract #3743 will reach its due date on 2/14/23 and is payable on 2/21/23 in the amount of $72,000.00.

Please let me know how you would like to receive payment.

ACH - I will need your Routing number and Account number
Wire - Please send instructions provided by your bank.

I can be reached at 817-913-8651 should you have any questions or concerns.

Best Regards,
Royana


Royana Thomas
Financial Controller
Cell - 817-913-8651
Main - 888-664-6621
Direct - 682-308-7636

www.agridime.com

 Agridime

---

███████████████              Tue, Feb 7, 2023 at 9:24 AM
To: Royana Thomas <royana@agridime.com>

Good morning

Please send check to

Routing number ███████

Acct # ██████

Thank You

███

[Quoted text hidden]

--


APP 0080



## Agridime

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com



PAID
11/22/23 Wire
$ 1,056,000.00

### LIVESTOCK CONTRACT# 7124909

This Contract entered into on **November 8, 2021** by and between ▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓ hereinafter called Seller, and **Agridime Of Fort Worth, TX**
hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below
described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 400 Steers or Heifers | Steers Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,640 per head | Freight on Buyer-Hope, KS: November 8, 2021 to November 15, 2022 |

CONTRACT TERMS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ agree to purchase 400 steers or
**heifers for $800,000. Agridime agrees to pay 32% per year profit on those cattle.
Guaranteed yearly profits of 32%. Contract to be paid 7-10 business days after the final
date set forth in the above delivery schedule. Payment to be made by Agridime via wire
transfer, check, or cash.**

Signature: ▓▓▓▓▓▓▓
Seller: ▓▓▓▓▓▓▓▓▓▓
Accepted By:
Date accepted: 11/9/2021

Signature: Josh Link
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 11/8/2021

Signature: ▓▓▓▓▓▓▓
Seller: ▓▓▓▓▓▓▓▓▓▓
Accepted By:
Date accepted: 11/9/2021

1

APP 0081



R+

Corner Stone Bank

Acct

DocuSign Envelope ID: DEB770CB-A1B5-4E40-B52C-5D60678C8DBF



**Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

PAID

Date 7/13/23   Ck# Wire

## LIVESTOCK CONTRACT# 3832



BITTER CREEK

This Contract entered into on **February 24th, 2022** by and between ▮▮▮▮▮▮▮▮▮▮ hereinafter called Seller, and **Agridime** Of **Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 250 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,500 per head | Freight on Buyer-Hope, KS: February 24th, 2022 to March 6th, 2023 |

CONTRACT TERMS: ▮▮▮▮▮▮▮▮▮▮ agrees to purchase **two hundred and fifty steers and/or heifers for $2,000 per steer or heifer ($500,000 total). Agridime agrees to pay 25% per year profit on those cattle. Guaranteed yearly profits of 25%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via wire transfer or check. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature: ▮▮▮▮▮▮▮▮
Seller: ▮▮▮▮▮▮▮▮
Accepted By: ▮▮▮▮▮▮▮▮
Date accepted: 2/25/2022

Signature: _Josh Link_
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 2/24/2022

1

APP 0083

 Gmail

Royana Thomas <royana@agridime.com>

---

**Livestock Contract #3832**

1 message

---

**Royana Thomas** <royana@agridime.com>            Mon, Feb 27, 2023 at 8:00 AM
To: 
Cc: Josh Link <josh@agridime.com>

Hello ▇

Your Livestock Contract #3832 will reach its due date on 3/6/23 and is payable on 3/13/23 in the amount of $625,000.00.

Please respond to this email and let me know how you would like to receive payment.

ACH - I will need your Routing number and Account number.
Please specify if your account is Checking or Savings.

Wire - Please send instructions provided by your bank.

I can be reached at 817-913-8651 should you have any questions or concerns.

Best Regards,
Royana


Royana Thomas
Financial Controller
Cell - 817-913-8651
Main - 888-664-6621


www.agridime.com

 Agridime



3000 S Hulen St Suite 124

Fort Worth, TX 76109

888-664-6621 Phone

888-992-4333 Fax

Cattle@agridime.com



PAID
DATE 6/28/22    CK# ACH
$96,000.00

## LIVESTOCK CONTRACT# 3175

REVD

This Contract entered into on **March 10th, 2021** by and between ███████ hereinafter called Seller, and **Agridime** Of **Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 40 | Steers And/O r Heifers | Home raised calves, Angus Based | 1,300-1,50 0 | $2,400 per head | Freight on Buyer-Hope, KS: March 10th, 2021 to March 20th, 2022 |

CONTRACT TERMS: ███████ agrees to purchase fourty steers and/or heifers for **$2,000 per steer or heifer ($80,000 total). Agridime agrees to pay 20% per year profit on those cattle. Guaranteed yearly profits of 20%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via wire transfer or check.**

Signature:_____
Seller: ███████
Accepted By: ███████
Date accepted:_____

Signature:_____
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted:_____

1

APP 0085

# EXHIBIT D-4

APP 0086

DocuSign Envelope ID: 2276CB97-8DEE-42FA-A987-D296308F99F3

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 5569

This Contract entered into on **January 9th, 2023** by and between ▇▇▇▇▇▇ hereinafter called Seller, and **Agridime** Of **Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 50 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,600 per head | Freight on Buyer- Hope, KS: January 9th, 2023 to January 19th, 2024 |

**CONTRACT TERMS:** ▇▇▇▇▇ **agrees to purchase fifty steers and/or heifers for $2,000 per steer or heifer ($100,000 total). Agridime agrees to pay 30% per year profit on those cattle. Guaranteed yearly profits of 30%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via wire transfer or check. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature: ▇▇▇▇▇▇▇▇
Seller: ▇▇▇▇▇▇
Accepted By: ▇▇▇▇▇
Date accepted: 1/9/2023

Signature: _Josh Link_
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 1/9/2023

**Unfulfilled Contracts**

Agridime_00047

DocuSign Envelope ID: 23D1FAC5-616C-40BC-BB2A-8396C1CB2B3F

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 7122

This Contract entered into on **April 4, 2023** by and between ▮▮▮▮▮▮ hereinafter called Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| ~~60~~ 50 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,600 per head | Freight on Buyer-Hope, KS and/or Satanta, KS: April 4, 2023 to April 14, 2024 |

**CONTRACT TERMS:** ▮▮▮▮▮ **agrees to purchase Sixty steers and/or heifers for $2,000 per steer or heifer ($120,000 total). Agridime agrees to pay 30% per year profit on those cattle. Guaranteed yearly profits of 30%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via electronic funds transfer. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature:
Seller: ▮▮▮▮▮ C8FCA27D6477...
Accepted By: ▮▮▮▮▮
Date accepted: 4/6/2023

Signature: *Josh Link* B48384D0517402...
Buyer: Josh Link
Accepted By: Josh Link
Date accepted: 4/4/2023

1

APP 0088



**Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## <u>LIVESTOCK CONTRACT# 7003</u>

This Contract entered into on **March 27, 2023** by and between ▆▆▆▆▆▆▆▆ hereinafter called Seller, and **Agridime** Of **Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 12 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,500 per head | Freight on Buyer- Hope, KS and/or Satanta, KS: March 27, 2023 to April 6, 2024 |

**CONTRACT TERMS:** ▆▆▆▆▆▆▆ **agree to purchase Twelve steers and/or heifers for $2,000 per steer or heifer ($24,000 total). Agridime agrees to pay 25% per year profit on those cattle. Guaranteed yearly profits of 25%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via electronic funds transfer. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature: ▆▆▆▆▆▆
Seller: ▆▆▆▆▆▆
Accepted By: ▆▆▆▆▆▆
Date accepted: 3/28/2023

Signature: _Josh Link_  483B4D9517492...
Buyer: Josh Link
Accepted By: Josh Link
Date accepted: 3/27/2023

1



**Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 5704

This Contract entered into on **January 24th, 2023** by and between ▇▇▇▇▇▇ hereinafter called Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 300 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,600 per head | Freight on Buyer- Hope, KS: January 24th, 2023 to February 3rd, 2024 |

**CONTRACT TERMS:** ▇▇▇▇▇▇ **agrees to purchase three hundred steers and/or heifers for $2,000 per steer or heifer ($600,000 total). Agridime agrees to pay 30% per year profit on those cattle. Guaranteed yearly profits of 30%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via electronic funds transfer. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature: ▇▇▇▇▇▇▇▇▇▇
Seller: ▇▇▇▇▇▇▇▇▇▇
Accepted By: ▇▇▇▇▇▇
Date accepted: 1/25/2023

Signature: _Josh Link_
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 1/24/2023

1

APP 0090

DocuSign Envelope ID: 6524FA8A-6B6A-4B88-A331-08169BE1A6D0

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 5635

This Contract entered into on **January 17ᵗʰ, 2023** by and between ▉▉▉▉▉ hereinafter called Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 100 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,600 per head | Freight on Buyer- Hope, KS: January 17ᵗʰ, 2023 to January 27ᵗʰ, 2024 |

CONTRACT TERMS: ▉▉▉▉▉ **agrees to purchase one hundred steers and/or heifers for $2,000 per steer or heifer ($200,000 total). Agridime agrees to pay 30% per year profit on those cattle. Guaranteed yearly profits of 30%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via wire transfer or check. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".**

Signature: ▉▉▉▉▉
Seller: ▉▉▉▉▉
Accepted By ▉▉▉▉▉
Date accepted: 1/17/2023

Signature: _Josh Link_
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 1/17/2023

DocuSign Envelope ID: 0071A1A8-51E2-42FF-09BD-6B5040127431

 **Agridime**

3000 S Hulen St Suite 124
Fort Worth, TX 76109
888-664-6621 Phone
888-992-4333 Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT# 6040

This Contract entered into on **February 23rd, 2023** by and between ███████████████ hereinafter called
Seller, and **Agridime** Of Fort Worth, TX hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer")
agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which
are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are
insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set
forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 625 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,640 per head | Freight on Buyer- Hope, KS: February 23rd, 2023 to March 5th, 2024 |

CONTRACT TERMS: ███████████████ agrees to purchase six hundred
and twenty-five steers and/or heifers for $2,000 per steer or heifer ($1,250,000 total).
**Agridime agrees to pay 32% per year profit on those cattle. Guaranteed yearly profits
of 32%. Contract to be paid 7-10 business days after the final date set forth in the
above delivery schedule. Payment to be made by Agridime via electronic funds
transfer. Contract terms are payable 12 months post the date set forth in this contract,
or upon receipt of funds from the aforementioned "seller".**

Signature: ███████████████
Seller: ███████████████
Accepted By: ███████████████
Date accepted: _____ 2/22/2023 _____

Signature: _____ *Josh Link* _____
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: _____ 2/22/2023 _____

1

# EXHIBIT D-5

APP 0093

| Date | Expires(d | Contract Name | | Sc | Last Nam | # IC | # Cattle | Investme | ROI | Interest | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/18/2023 | 7/18/2024 | | | | | 7699 | 34 | $68,000 | | $0 | $68,000 |
| 6/15/2023 | 6/15/2024 | | | | | 7724 | 50 | $100,000 | | $0 | $100,000 |
| 7/19/2023 | 7/19/2024 | | | | | 37836 | 150 | $300,000 | | $0 | $300,000 |
| 7/18/2023 | 7/18/2024 | | | | | 37821 | 72 | $144,000 | | $0 | $144,000 |
| 6/14/2023 | 6/14/2024 | | | | | 7712 | 91 | $182,000 | | $0 | $182,000 |
| 8/18/2023 | 8/18/2024 | | | | | 37900 | 66 | $132,000 | | $0 | $132,000 |
| 6/22/2023 | 6/22/2024 | | | | | 7754 | 75 | $150,000 | | $0 | $150,000 |
| 6/13/2023 | 6/13/2024 | | | TB | | 7710 | 1350 | $2,700,000 | | $0 | $2,700,000 |
| 8/31/2023 | 8/31/2024 | | | | | 38159 | 871 | $1,742,000 | | $0 | $1,742,000 |
| 6/28/2023 | 6/28/2024 | | | | | 7771 | 75 | $150,000 | | $0 | $150,000 |
| 7/11/2023 | 7/11/2024 | | | | | 7796 | 75 | $150,000 | | $0 | $150,000 |
| 6/14/2023 | 6/14/2024 | | | | | 7697 | 250 | $500,000 | | $0 | $500,000 |
| 8/17/2023 | 8/17/2024 | | | | | 37895 | 333.3333 | $666,667 | | $0 | $666,667 |
| 6/30/2023 | 6/30/2024 | | | | | 7778 | 100 | $200,000 | | $0 | $200,000 |
| 8/10/2023 | 8/10/2024 | | | | | 37852 | 33.33 | $66,660 | | $0 | $66,660 |
| 6/13/2023 | 6/13/2024 | | | | | 7711 | 50 | $100,000 | | $0 | $100,000 |
| 6/13/2023 | 6/12/2024 | | | | | 7698 | 50 | $100,000 | | $0 | $100,000 |
| 5/30/2023 | 5/30/2024 | | | | | 7444 | 500 | $3,600,000 | | $0 | $3,600,000 |

APP 0094

# EXHIBIT D-6

APP 0095

Fulfilled Contracts

| Day | Customer/Contract # | Sales Person | # Cattle Purchased | Address | City | State | Zipcode | Phone | Email Address |
|---|---|---|---|---|---|---|---|---|---|
| 2/16/2021 | | T | 240 | | | | | | |
| 2/24/2021 | | T | 13 | | | | | | |
| 2/24/2021 | | T | 10 | | | | | | |
| 2/24/2021 | | T | 1 | | | | | | |
| 2/24/2021 | | T | 20 | | | | | | |
| 2/24/2021 | | T | 20 | | | | | | |
| 2/24/2021 | | T | 20 | | | | | | |
| 2/26/2021 | | T | 150 | | | | | | |
| 3/4/2021 | | T | 10 | | | | | | |
| 3/5/2021 | | T | 25 | | | | | | |
| 3/8/2021 | | T | 30 | | | | | | |
| 3/11/2021 | | T | 40 | | | | | | |
| 3/12/2021 | | T | 8 | | | | | | |
| 3/12/2021 | | T | 10 | | | | | | |
| 3/12/2021 | | T | 20 | | | | | | |
| 3/13/2021 | | T | 1 | | | | | | |
| 3/16/2021 | | T | 500 | | | | | | |
| 3/24/2021 | | T | 25 | | | | | | |
| 3/24/2021 | | T | 10 | | | | | | |
| 4/2/2021 | | T | 100 | | | | | | |
| 4/7/2021 | | T | 500 | | | | | | |
| 4/26/2021 | | T | 100 | | | | | | |
| 4/29/2021 | | T | 5 | | | | | | |
| 5/10/2021 | | T | 50 | | | | | | |
| 5/10/2021 | | T | 150 | | | | | | |
| 5/12/2021 | | T | 50 | | | | | | |
| 5/12/2021 | | T | 800 | | | | | | |
| 5/13/2021 | | T | 5 | | | | | | |
| 5/13/2021 | | T | 50 | | | | | | |
| 5/20/2021 | | T | 525 | | | | | | |
| 5/24/2021 | | T | 32 | | | | | | |
| 6/15/2021 | | T | 100 | | | | | | |
| 8/4/2021 | | T | 500 | | | | | | |
| 8/17/2021 | | T | 68 | | | | | | |
| 8/24/2021 | | T | 19 | | | | | | |
| 8/27/2021 | | G | 10 | | | | | | |
| 8/27/2021 | | T | 10 | | | | | | |
| 11/10/2021 | | T | 400 | | | | | | |
| 11/18/2021 | | T | 25 | | | | | | |
| 12/2/2021 | | T | 100 | | | | | | |
| 12/15/2021 | | T | 54 | | | | | | |
| 12/17/2021 | | T | 125 | | | | | | |
| 12/17/2021 | | T | 50 | | | | | | |
| 12/21/2021 | | T | 1 | | | | | | |
| 12/29/2021 | | T | 50 | | | | | | |
| 1/5/2022 | | T | 50 | | | | | | |
| 1/6/2022 | | T | 50 | | | | | | |
| 1/7/2022 | | T | 100 | | | | | | |
| 1/10/2022 | | T | 25 | | | | | | |
| 1/10/2022 | | T | 50 | | | | | | |
| 1/10/2022 | | T | 20 | | | | | | |
| 1/11/2022 | | T | 10 | | | | | | |
| 1/12/2022 | | T | 50 | | | | | | |
| 1/13/2022 | | T | 125 | | | | | | |
| 1/14/2022 | | T | 75 | | | | | | |
| 1/18/2022 | | T | 25 | | | | | | |
| 1/20/2022 | | T | 60 | | | | | | |
| 1/21/2022 | | T | 100 | | | | | | |
| 1/26/2022 | | T | 25 | | | | | | |
| 1/27/2022 | | T | 25 | | | | | | |
| 1/28/2022 | | T | 102 | | | | | | |
| 1/28/2022 | | T | 20 | | | | | | |
| 1/28/2022 | | T | 10 | | | | | | |

| Date | | | Amount | |
|---|---|---|---|---|
| 1/31/2022 | | | 8 | |
| 2/4/2022 | | | 500 | |
| 2/4/2022 | | | 50 | |
| 2/7/2022 | | | 68 | |
| 2/7/2022 | | | 30 | |
| 2/7/2022 | | | 12 | |
| 2/14/2022 | | | 40 | |
| 2/14/2022 | | | 50 | |
| 2/15/2022 | | | 50 | |
| 2/15/2022 | | | 25 | |
| 2/16/2022 | | | 26 | |
| 2/22/2022 | | | 100 | |
| 2/25/2022 | | | 250 | |
| 2/26/2022 | | | 10 | |
| 2/28/2022 | | | 130 | |
| 3/1/2022 | | | 5 | |
| 3/7/2022 | | | 250 | |
| 3/15/2022 | | | 10 | |
| 3/18/2022 | | | 50 | |
| 3/25/2022 | | | 50 | |
| 3/29/2022 | | | 25 | |
| 3/29/2022 | | | 25 | |
| 3/31/2022 | | | 5 | |
| 4/1/2022 | | | 63 | |
| 4/12/2022 | | | 500 | |
| 4/13/2022 | | | 110 | |
| 4/18/2022 | | | 25 | |
| 4/19/2022 | | | 10 | |
| 4/20/2022 | | | 150 | |
| 4/21/2022 | | | 50 | |
| 4/22/2022 | | | 13 | |
| 4/22/2022 | | | 100 | |
| 4/25/2022 | | | 1650 | |
| 4/26/2022 | | | 38 | |
| 4/27/2022 | | | 25 | |
| 4/28/2022 | | | 25 | |
| 4/29/2022 | | | 50 | |
| 4/29/2022 | | | 50 | |
| 4/29/2022 | | | 50 | |
| 5/2/2022 | | | 13 | |
| 5/4/2022 | | | 25 | |
| 5/10/2022 | | | 105 | |
| 5/20/2022 | | | 1056 | |
| 5/20/2022 | | | 100 | |
| 5/2/2022 | | | 50 | |
| 5/2/2022 | | | 100 | |
| 5/25/2022 | | | 150 | |
| 5/2/2022 | | | 50 | |

APP 0097

Unfulfilled Contracts

| Date | Name | Qty |
|---|---|---|
| 6/10/2022 | Taylor Bang | 100 |
| 6/10/2022 | Taylor Bang | 75 |
| 6/11/2022 | Taylor Bang | 50 |
| 6/13/2022 | Taylor Bang | 25 |
| 6/14/2022 | Taylor Bang | 65 |
| 6/28/2022 | Taylor Bang | 25 |
| 7/13/2022 | Taylor Bang | 10 |
| 8/11/2022 | Taylor Bang | 660 |
| 8/23/2022 | Glen Murray | 100 |
| 8/23/2022 | Taylor Bang | 1375 |
| 8/25/2022 | Glen Murray | 100 |
| 8/26/2022 | Taylor Bang | 25 |
| 8/29/2022 | Taylor Bang | 500 |
| 8/31/2022 | Taylor Bang | 8 |
| 9/4/2022 | Taylor Bang | 5 |
| 9/12/2022 | Taylor Bang | 125 |
| 9/17/2022 | Taylor Bang | 1 |
| 9/20/2022 | Taylor Bang | 250 |
| 9/21/2022 | Taylor Bang | 50 |
| 9/26/2022 | Taylor Bang | 500 |
| 9/28/2022 | Taylor Bang | 13 |
| 10/4/2022 | Taylor Bang | 50 |
| 10/11/2022 | Taylor Bang | 100 |
| 10/12/2022 | Taylor Bang | 8 |
| 10/12/2022 | Taylor Bang | 63 |
| 10/19/2022 | Taylor Bang | 100 |
| 11/1/2022 | Glen Murray | 150 |
| 11/4/2022 | Taylor Bang | 125 |
| 11/7/2022 | Taylor Bang | 1000 |
| 11/12/2022 | Taylor Bang | 5 |
| 11/16/2022 | Taylor Bang | 100 |
| 11/17/2022 | Taylor Bang | 500 |
| 11/21/2022 | Taylor Bang | 125 |
| 12/7/2022 | Glen Murray | 250 |
| 12/7/2022 | Taylor Bang | 250 |
| 12/8/2022 | Taylor Bang | 50 |
| 12/14/2022 | Taylor Bang | 25 |
| 12/14/2022 | Taylor Bang | 150 |
| 12/15/2022 | Taylor Bang | 65 |
| 12/15/2022 | Taylor Bang | 40 |
| 12/15/2022 | Taylor Bang | 18 |
| 12/15/2022 | Taylor Bang | 31 |
| 12/16/2022 | Taylor Bang | 25 |
| 12/16/2022 | Taylor Bang | 100 |
| 12/19/2022 | Taylor Bang | 17 |
| 12/19/2022 | Taylor Bang | 50 |
| 12/19/2022 | Taylor Bang | 77 |
| 12/19/2022 | Taylor Bang | 63 |
| 12/19/2022 | Taylor Bang | 15 |
| 12/20/2022 | Taylor Bang | 100 |
| 12/20/2022 | Taylor Bang | 50 |
| 12/20/2022 | Taylor Bang | 25 |
| 12/20/2022 | Taylor Bang | 50 |
| 12/23/2022 | Taylor Bang | 25 |
| 12/23/2022 | Taylor Bang | 250 |
| 12/29/2022 | Taylor Bang | 50 |
| 12/29/2022 | Taylor Bang | 250 |
| 1/3/2023 | Taylor Bang | 50 |
| 1/4/2023 | Taylor Bang | 50 |
| 1/4/2023 | Taylor Bang | 67 |
| 1/9/2023 | Taylor Bang | 1 |
| 1/9/2023 | Taylor Bang | 50 |
| 1/9/2023 | Taylor Bang | 100 |

APP 0098

| | | |
|---|---|---|
| 1/16/2023 | Taylor Bang | 100 |
| 1/20/2023 | Taylor Bang | 25 |
| 1/24/2023 | Taylor Bang | 50 |
| 1/24/2023 | Taylor Bang | 20 |
| 1/24/2023 | Taylor Bang | 8 |
| 1/24/2023 | Taylor Bang | 158 |
| 1/24/2023 | Taylor Bang | 15 |
| 1/24/2023 | Taylor Bang | 100 |
| 1/25/2023 | Taylor Bang | 250 |
| 1/25/2023 | Taylor Bang | 300 |
| 1/25/2023 | Taylor Bang | 250 |
| 1/25/2023 | Taylor Bang | 100 |
| 1/27/2023 | Taylor Bang | 1 |
| 1/30/2023 | Taylor Bang | 100 |
| 2/1/2023 | Taylor Bang | 11 |
| 2/2/2023 | Taylor Bang | 100 |
| 2/6/2023 | Taylor Bang | 13 |
| 2/7/2023 | Taylor Bang | 2 |
| 2/7/2023 | Taylor Bang | 1 |
| 2/8/2023 | Taylor Bang | 5 |
| 2/9/2023 | Taylor Bang | 20 |
| 2/10/2023 | Taylor Bang | 100 |
| 2/13/2023 | Taylor Bang | 110 |
| 2/14/2023 | Taylor Bang | 30 |
| 2/15/2023 | Taylor Bang | 86 |
| 2/22/2023 | Taylor Bang | 625 |
| 2/22/2023 | Taylor Bang | 25 |
| 2/23/2023 | Taylor Bang | 50 |
| 2/24/2023 | Taylor Bang | 2 |
| 2/24/2023 | Taylor Bang | 5 |
| 2/24/2023 | Taylor Bang | 125 |
| 2/28/2023 | Taylor Bang | 55 |
| 3/1/2023 | Taylor Bang | 1 |
| 3/1/2023 | Taylor Bang | 100 |
| 3/7/2023 | Taylor Bang | 100 |
| 3/7/2023 | Taylor Bang | 63 |
| 3/7/2023 | Taylor Bang | 33 |
| 3/9/2023 | Taylor Bang | 1 |
| 3/14/2023 | Taylor Bang | 500 |
| 3/14/2023 | Taylor Bang | 100 |
| 3/17/2023 | Taylor Bang | 50 |
| 3/17/2023 | Taylor Bang | 100 |
| 3/20/2023 | Taylor Bang | 110 |
| 3/22/2023 | Taylor Bang | 350 |
| 3/22/2023 | Taylor Bang | 50 |
| 3/23/2023 | Taylor Bang | 50 |
| 3/24/2023 | Taylor Bang | 15 |
| 3/25/2023 | Taylor Bang | 1 |
| 3/26/2023 | Taylor Bang | 5 |
| 3/27/2023 | Taylor Bang | 130 |
| 3/29/2023 | Taylor Bang | 25 |
| 3/31/2023 | Taylor Bang | 50 |
| 3/31/2023 | Taylor Bang | 12 |
| 4/2/2023 | Taylor Bang | 5 |
| 4/5/2023 | Taylor Bang | 5 |
| 4/7/2023 | Taylor Bang | 7 |
| 4/7/2023 | Taylor Bang | 150 |
| 4/11/2023 | Taylor Bang | 10 |
| 4/12/2023 | Taylor Bang | 2 |
| 4/12/2023 | Taylor Bang | 100 |
| 4/12/2023 | Taylor Bang | 50 |
| 4/13/2023 | Taylor Bang | 125 |

APP 0099

| 4/14/2023 | Taylor Bang | 250 |
| 4/14/2023 | Taylor Bang | 125 |
| 4/19/2023 | Taylor Bang | 500 |
| 4/19/2023 | Taylor Bang | 75 |
| 4/20/2023 | Taylor Bang | 1 |
| 4/21/2023 | Taylor Bang | 2 |
| 4/21/2023 | Taylor Bang | 50 |
| 4/22/2023 | Taylor Bang | 1 |
| 4/22/2023 | Taylor Bang | 5 |
| 5/8/2023 | Taylor Bang | 50 |
| 5/9/2023 | Taylor Bang | 50 |
| 5/10/2023 | Taylor Bang | 1 |
| 5/10/2023 | Taylor Bang | 950 |
| 5/10/2023 | Taylor Bang | 125 |
| 5/11/2023 | Taylor Bang | 1 |
| 5/11/2023 | Taylor Bang | 63 |
| 5/12/2023 | Taylor Bang | 300 |
| 5/16/2023 | Taylor Bang | 1300 |
| 5/17/2023 | Taylor Bang | 25 |
| 5/19/2023 | Glen Murray | 50 |
| 5/19/2023 | Taylor Bang | 50 |
| 5/19/2023 | Taylor Bang | 1000 |
| 5/25/2023 | Glen Murray | 150 |
| 6/8/2023 | Taylor Bang | 125 |
| 6/13/2023 | Taylor Bang | 1350 |
| 6/16/2023 | Taylor Bang | 1000 |

APP 0100

# EXHIBIT D-7

APP 0101

DocuSign Envelope ID: 8F1E661D-C128-4BB3-A268-7E89E837

# AGRIDIME LLC

## SALES REPRESENTATIVE AGREEMENT

THIS SALES REPRESENTATIVE AGREEMENT dated this 2nd day of June, 2022 BETWEEN Agridime LLC of 3000 South Hulen Street, Suite 124, Fort Worth, Texas and ███████ (Sales Representative) of ███

WHEREAS, Agridime LLC is engaged in the marketing and sale of livestock and beef products.

WHEREAS, Sales Representative desires to sell Agridime LLC's services in accordance with the terms and conditions of this Agreement.

NOW, THEREFORE, it is agreed as follows:

1. Agridime LLC hereby appoints Sales Representative as an authorized non-exclusive independent representative to sell and promote all services provided by Agridime LLC

2. Sales Representative shall devote such time, energy and skill on a regular and consistent basis as is necessary to sell and promote the sale of Agridime LLC's services. Sales Representative shall represent Agridime LLC with the highest of standards fairly and accurately in all Agridime LLC sales transactions. Sales Representatives shall be responsible for fair representation of the livestock and to be present at the delivery of any livestock to buyer and or buyer's representative. If applicable, Sales Representative will be responsible for verifying all information necessary for participation in USDA approved PVP/QSA program including: Source of Origin, Health, and Age

Sales Representative's sales and promotional efforts shall be directed toward the following:

The aforementioned customers are intended only to be examples of the nature and type of market to which Agridime LLC desires that its services be sold and should not be construed as a limitation upon the contracts that can be made by Sales Representative under this Agreement. In addition to the foregoing, Sales Representative shall assist Agridime LLC and shall perform any and all services required or requested in connection with Agridime LLC's business, including, but

DocuSign Envelope ID: 871E661D-C128-46B3-A268-7E9BE037

not limited to, such services of an advisory nature as may be requested from time to time by Agridime LLC. Sales Representative shall periodically, or at any time upon Agridime LLC's request, submit appropriate documentation of any and all sales and promotional efforts performed and to be performed for Agridime LLC pursuant to this Agreement.

3. For each contract for the performance of Agridime LLC's services as arranged by Sales Representative under this Agreement, Sales Representative shall be entitled to a commission as follows:

a. if the sales representative acts as the sales representative for selling the livestock (e-commerce contracts), (s)he shall be given 10% of the total gross sales amount that Agridime receives, as a commission. For live cattle contracts, sales representative shall receive 1/3 of the net profits from the sale of the cattle.

b. if the sales representative acts as the sales representative for selling of beef products, (s)he shall be given 5% of the total gross sales amount that Agridime receives for the sale on wholesale orders, and 7% on retail orders.

The commission rate and time periods set forth in this paragraph shall commence as of the date of the first invoice on the contract; provided, however that no commission will be due and payable to Sales Representative until (30) days from receipt of payment of Agridime LLC from any customer on the contract for any underlying invoice. Commissions will be paid on fees for services rendered and shall not include freight, supplies, and other charges incidental to the performance of said services. For purposes of this Agreement, "Contract" shall mean any agreement and/or order of Agridime LLC's services sold or arranged by Sales Representative. Any and all commissions payable to Agridime LLC to Sales Representative under this Agreement shall terminate on the day of the full month after termination of this Agreement and Agridime LLC shall then be discharged and released of any further obligation to pay commissions to Sales Representative under this Agreement.

4. During the term of this Agreement or within 1 year after its termination, Sales Representative, or any agents or representatives under Sales Representative's control, shall not compete with Agridime LLC, directly or indirectly, for Sales Representative or on behalf of any other person, firm, partnership, corporation or other entity in the sale or promotion of services the same as or similar to Agridime LLC's.

APP 0103

DocuSign Envelope ID: 3F1E091D-C128-4B93-A268-7E9DE83?CF

Under no circumstances and at no time shall Sales Representative disclose to any person any of the secrets, methods or systems used by Agridime LLC in its business. All customer lists, brochures, reports, and other such information of any nature made available to Sales Representative by virtue of Sales Representative's association with Agridime LLC shall be held in strict confidence during the term of this Agreement and after its termination.

5. The rights and duties of Sales Representative under this Agreement are personal and may not be assigned or delegated without prior written consent of Agridime LLC.

6. Sales Representative is not authorized to extend any warranty or guarantee or to make representations or claims with respect to Agridime LLC's services without express written authorization from Agridime LLC.

7. Sales Representative shall indemnify and hold Agridime LLC harmless of and from any and all claims or liability arising as a result of negligent, intentional or other acts of Sales Representative or his agent or representatives.

8. Agridime LLC shall indemnify and hold Sales Representative harmless of and from any and all liability attributable solely to the negligent, intentional or other acts of Agridime LLC or its employees.

9. This agreement, and all transactions contemplated hereby, shall be governed by, construed and enforced in accordance with the laws of the State of Texas. The Parties herein waive trial by jury and agree to submit to the personal jurisdiction and venue of a court of subject matter jurisdiction located in Tarrant County, State of Texas. In the event that litigation results from or arises out of this Agreement or the performance thereof, the Parties agree to reimburse the prevailing party's reasonable attorney's fees, court costs, and all other expenses, whether or not taxable by the court as costs, in addition to any other relief to which the prevailing party may be entitled. In such event, no action shall be entertained by said court or any court of competent jurisdiction if filed more than one year subsequent to the date the cause(s) of action actually accrued regardless of whether damages were otherwise as of said time calculable.

10. This agreement shall remain in full force and effect for an initial period of one (1) year beginning on January 23 through January 22 of the following year and shall automatically be extended for successive

APP 0104

DocuSign Envelope ID: 87IE661D-C128-48B3-A250-7E70E837CF

one (1) year periods on the same terms and conditions expressed herein unless either party gives the other party thirty (30) days prior written notice of termination.

Either party may terminate this agreement for cause by giving fourteen days (14) advance written notice. Cause is defined as a material breach of this agreement.

Upon termination, all compensation to Sales Representative will be paid only to the date of such termination. The compensation paid under this Agreement shall be Sales Representatives exclusive remedy.

12. Any notice under this Agreement shall be deemed given on the third business day following the mailing of any such notice, postage paid, to the address set forth above.

13. This Agreement contains the entire agreement between the parties and any representation, promise or condition not incorporated herein shall not be binding upon either party.

IN WITNESS WHEREOF, the parties have hereunto executed this Agreement on the 2nd day of June, 2022, to become effective as of the 2nd day of June, 2022.

"AGRIDIME LLC"                     Date

_____                   6/2/2022

"SALES REPRESENTATIVE"            Date

█████████                         6/1/2022

# EXHIBIT D-8

APP 0106

**North Dakota Information**

**Commissions Paid:**

████████        $5,625,839.24

████████        $195,900.00

# EXHIBIT D-9

APP 0108

DocuSign Envelope ID: 93394956-829E-4C6E-B45F-E794C42EA01C

# AGRIDIME LLC

# SALES REPRESENTATIVE AGREEMENT

THIS SALES REPRESENTATIVE AGREEMENT dated this 13th day of April, 2021 BETWEEN Agridime LLC of 3000 South Hulen Street, Suite 124, Fort Worth, Texas and G███████████ (Sales Representative) of ████████████████████████

WHEREAS, Agridime LLC is engaged in the marketing and sale of livestock and beef products

WHEREAS, Sales Representative desires to sell Agridime LLC's services in accordance with the terms and conditions of this Agreement.

NOW, THEREFORE, it is agreed as follows:

1. Agridime LLC hereby appoints Sales Representative as an authorized non-exclusive independent representative to sell and promote all services provided by Agridime LLC

2. Sales Representative shall devote such time, energy and skill on a regular and consistent basis as is necessary to sell and promote the sale of Agridime LLC's services. Sales Representative shall represent Agridime LLC with the highest of standards fairly and accurately in all Agridime LLC sales transactions. Sales Representatives shall be responsible for fair representation of the livestock and to be present at the delivery of any livestock to buyer and or buyer's representative. If applicable, Sales Representative will be responsible for verifying all information necessary for participation in USDA approved PVP/QSA program including: Source of Origin, Health, and Age

Sales Representative's sales and promotional efforts shall be directed toward the following:

The aforementioned customers are intended only to be examples of the nature and type of market to which Agridime LLC desires that its services be sold and should not be construed as a limitation upon the contracts that can be made by Sales Representative under this Agreement. In addition to the foregoing, Sales Representative shall assist Agridime LLC and shall perform any and all services required or requested in connection with Agridime LLC's business, including, but

not limited to, such services of an advisory nature as may be requested from time to time by Agridime LLC. Sales Representative shall periodically, or at any time upon Agridime LLC's request, submit appropriate documentation of any and all sales and promotional efforts performed and to be performed for Agridime LLC pursuant to this Agreement.

3. For each contract for the performance of Agridime LLC's services as arranged by Sales Representative under this Agreement, Sales Representative shall be entitled to a commission as follows:

a. if the sales representative acts as the sales representative for selling the livestock, (s)he shall be given 10% of the total gross sales amount that Agridime receives, as a commission.

b. if the sales representative acts as the sales representative for selling of beef products, (s)he shall be given 5% of the total gross sales amount that Agridime receives for the sale on wholesale orders, and 8% on retail orders.

The commission rate and time periods set forth in this paragraph shall commence as of the date of the first invoice on the contract; provided, however that no commission will be due and payable to Sales Representative until (30) days from receipt of payment of Agridime LLC from any customer on the contract for any underlying invoice. Commissions will be paid on fees for services rendered and shall not include freight, supplies, and other charges incidental to the performance of said services. For purposes of this Agreement, "Contract" shall mean any agreement and/or order of Agridime LLC's services sold or arranged by Sales Representative. Any and all commissions payable to Agridime LLC to Sales Representative under this Agreement shall terminate on the day of the full month after termination of this Agreement and Agridime LLC shall then be discharged and released of any further obligation to pay commissions to Sales Representative under this Agreement.

4. During the term of this Agreement or within 1 year after its termination, Sales Representative, or any agents or representatives under Sales Representative's control, shall not compete with Agridime LLC, directly or indirectly, for Sales Representative or on behalf of any other person, firm, partnership, corporation or other entity in the sale or promotion of services the same as or similar to Agridime LLC's. Under no circumstances and at no time shall Sales Representative disclose to any person any of the secrets, methods or systems used by

DocuSign Envelope ID: 93394956-829E-4C6E-B45F-E794C^^5A01C

Agridime LLC in its business. All customer lists, brochures, reports, and other such information of any nature made available to Sales Representative by virtue of Sales Representative's association with Agridime LLC shall be held in strict confidence during the term of this Agreement and after its termination.

5. This Agreement shall not create a partnership, joint venture, agency, employer/employee or similar relationship between Agridime LLC and Sales Representative. Sales Representative shall be an independent contractor. Agridime LLC shall not be required to withhold any amounts for state or federal income tax or for FICA taxes from sums becoming due to Sales Representative under this Agreement. Sales Representative shall not be considered an employee of Agridime LLC and shall not be entitled to participate in any plan, arrangement or distribution by Agridime LLC pertaining to or in connection with any pension, stock, bonus, profit sharing or other benefit extended to Agridime LLC's employees. Sales Representative shall be free to utilize his time, energy and skill in such manner as (s)he deems advisable to the extent that (s)he is not otherwise obligated under this Agreement.

6. Sales Representative shall bear any and all costs or expenses incurred by Sales Representative to perform his obligation under this Agreement, including, but not limited to, vehicle insurance, travel expenses, telephone expenses, and any or all expenses needed to make a sales transaction.

7. The rights and duties of Sales Representative under this Agreement are personal and may not be assigned or delegated without prior written consent of Agridime LLC.

8. Sales Representative is not authorized to extend any warranty or guarantee or to make representations or claims with respect to Agridime LLC's services without express written authorization from Agridime LLC.

9. Sales Representative shall indemnify and hold Agridime LLC harmless of and from any and all claims or liability arising as a result of negligent, intentional or other acts of Sales Representative or his agent or representatives.

10. Agridime LLC shall indemnify and hold Sales Representative harmless of and from any and all liability attributable solely to the negligent, intentional or other acts of Agridime LLC or its employees.

DocuSign Envelope ID: 93394956-829E-4C6E-B45F-E794C^^EA01C

11. This agreement, and all transactions contemplated hereby, shall be governed by, construed and enforced in accordance with the laws of the State of Texas. The Parties herein waive trial by jury and agree to submit to the personal jurisdiction and venue of a court of subject matter jurisdiction located in Tarrant County, State of Texas. In the event that litigation results from or arises out of this Agreement or the performance thereof, the Parties agree to reimburse the prevailing party's reasonable attorney's fees, court costs, and all other expenses, whether or not taxable by the court as costs, in addition to any other relief to which the prevailing party may be entitled. In such event, no action shall be entertained by said court or any court of competent jurisdiction if filed more than one year subsequent to the date the cause(s) of action actually accrued regardless of whether damages were otherwise as of said time calculable.

12. This agreement shall remain in full force and effect for an initial period of one (1) year beginning on January 23 through January 22 of the following year and shall automatically be extended for successive one (1) year periods on the same terms and conditions expressed herein unless either party gives the other party thirty (30) days prior written notice of termination.

Either party may terminate this agreement for cause by giving fourteen days (14) advance written notice. Cause is defined as a material breach of this agreement.

Upon termination, all compensation to Sales Representative will be paid only to the date of such termination. The compensation paid under this Agreement shall be Sales Representatives exclusive remedy.

13. Any notice under this Agreement shall be deemed given on the third business day following the mailing of any such notice, postage paid, to the address set forth above.

14. This Agreement contains the entire agreement between the parties and any representation, promise or condition not incorporated herein shall not be binding upon either party.

IN WITNESS WHEREOF, the parties have hereunto executed this Agreement on the 13th day of April, 2021, to become effective as of 13th day of April, 2021.

"AGRIDIME LLC"                                        Date


_____                            4/14/2021
084B3B4D9517402...                                 _____

"SALES REPRESENTATIVE"                      Date


_____                            4/18/2021
AED6086TD892457...                                 _____

# EXHIBIT E

APP 0114

STATE OF ARIZONA

County of Maricopa

AFFIDAVIT OF JORDAN FRIEBERG

I, Jordan Frieberg, being duly sworn, say as follows:

1. I am a resident of Maricopa County, Arizona and am over the age of eighteen (18).

2. I have personal knowledge of the matters stated in this affidavit and am competent to testify to them.

3. I understand that this affidavit may be used in a court of law.

4. I have been employed as an Investigator with the Securities Division ("Division") of the Arizona Corporation Commission ("Commission") since July 19, 2022.

5. I have a Bachelor of Science degree in Criminal Justice and a Master of Science degree in Law Enforcement Intelligence and Analysis.

6. On April 6, 2023, I was assigned to investigate a complaint the Division received regarding Agridime, LLC ("Agridime").

7. The results of that investigation are detailed in paragraphs 2–44 of the Temporary Order to Cease and Desist and Notice of Opportunity for Hearing ("Temporary Order"), which was issued by the Commission on April 18, 2023. An accurate copy of the Temporary Order is attached as Exhibit 1.

8. During my investigation on behalf of the Division, each of the eight Agridime cattle contract investors I interviewed told me they did not authorize their investment funds to be used for anything other than their intended investments.

9. On April 19, 2023, I served the Temporary Order upon Agridime, Joshua Link, and Tia Link (the "Respondents"). Accurate copies of the Affidavits of Service are attached as Exhibit 2.

10. On May 8, 2023, Respondents requested a hearing.

APP 0115

11. On June 21, 2023, Administrative Law Judge Yvette Kinsey issued a procedural order setting a hearing date.

12. On June 23, 2023, Respondents filed an answer to the Temporary Order. A true and correct copy of this Answer is attached as Exhibit 3.

13. The Temporary Order prohibited the Respondents from making any further unlawful offers or sales of securities within or from Arizona.

14. On June 1, 2023, in response to a subpoena served upon it by the Division, Agridime provided me with their General Ledger as of May of 2023. My review of Agridime's General Ledger revealed investor funds were pooled into one or more of Agridime's bank accounts.

15. On June 1, 2023, and September 29, 2023, in response to a subpoena served upon it by the Division, Agridime provided me with lists of cattle contract investors. An accurate combined copy of which is attached as Exhibit 4.

16. In my review of these lists, I discovered Agridime has sold at least $1,036,000 worth of cattle contracts to Arizona investors since the Temporary Order was entered.

17. One Arizona investor I interviewed purchased at least $100,000 of cattle contracts after the Temporary Order and asked for a picture of his cattle, which Agridime refused.

18. That same investor told me an Arizona Agridime salesman by the name of Justin Williams also told him the Temporary Order was issued because Agridime was "probably advertising incorrectly."

19. On August 2, 2023, I was present for the Examination Under Oath ("EUO") of Joshua Link. An accurate copy of the transcript from Link's EUO is attached as Exhibit 5.

20. On October 18, 2023, I was present for the EUO of Justin Williams. An accurate copy of the transcript from Williams's EUO is attached as Exhibit 6.

21. On September 19, 2023, I discovered Agridime was soliciting investments in bred cows for $4,500 per head for a 22% return on its public website. As of December 5, 2023, the

webpage is still active at URL https://agridimestore.com/products/1-live-bred-cow (the "Bred Cow Webpage").

22.    A potential investor can purchase an investment by adding it to their "cart" on the Bred Cow Webpage.

23.    The Bred Cow Webpage also offers the ability to "buy now, pay later" with interest rates up to 36%.

24.    The Bred Cow Webpage contains the following statement: "Important: This opportunity will not be available in Arizona & North Dakota."

25.    The Bred Cow Webpage also contains the following statement: "Agridime offers their customers the opportunity to become a cow owner, without having a farm! This is a great way for people to earn extra income."

26.    After determining that Agridime was not complying with the Temporary Order to Cease and Desist, the Arizona Corporation Commission filed an Application for Order to Show Cause Why Defendants Should Not Be Held in Contempt.  This Application is still pending and is set for a return hearing on December 14, 2023.

27.    I have been provided with copies of all documents filed with Docket Control at the Arizona Corporation commission since the Temporary Order was served.

28.    In connection with my investigation of Agridime, Respondents produced a number of documents at the Commission's request. Attached to this affidavit are true and of correct copies certain of these documents produced by Agridime, including a cover letter via email from Agridime's counsel, Matthew P. Fischer (Exhibit 7, bates labeled ACC000016-ACC000017), a video advertisement for the sale of live cattle (Exhibit 8, bates labeled ACC004570), and certain online solicitations regarding the sale of cattle contracts (Exhibit 9, bates labeled ACC004571-ACC004581).

29.    I am a custodian of records for the Arizona Corporation Commission.  The attached exhibits are true and correct copies of the original records produced by Agridime, LLC to the Commission or are copies of records created by the Commission. These records were produced in response to a request from the Commission and/or were created at or near the time of the events they record by someone with knowledge, have been kept in the regular course of the Commission's activities, and it is a regular practice of the Commission to maintain such records.

30.    I declare under penalty of perjury that the foregoing is true and correct. I am prepared to testify to the matters stated herein.



_____
(Signature)

SUBSCRIBED AND SWORN TO BEFORE me this 5TH day of December, 2023.

_William C. Woerner_
NOTARY PUBLIC

My Commission Expires:

_9/29/2024_



WILLIAM C. WOERNER
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 598851
Expires September 29, 2024

APP 0118

# EXHIBIT E-1

APP 0119

1    **BEFORE THE ARIZONA CORPORATION COMMISSION**

2

3    <u>COMMISSIONERS</u>

4    JIM O'CONNOR - CHAIRMAN
     LEA MÁRQUEZ PETERSON
     ANNA TOVAR
5    KEVIN THOMPSON
     NICK MYERS

6

7    | In the matter of: | DOCKET NO.  S-21240A-23-0097 |

8    | Agridime LLC, a Texas limited liability | **TEMPORARY ORDER TO CEASE AND** |
     | company, | **DESIST AND NOTICE OF OPPORTUNITY** |
9    | | **FOR HEARING** |
     | Joshua Link and Tia Link, husband and wife, | |
10   | Respondents. | |

11

12   **NOTICE:    THIS ORDER IS EFFECTIVE IMMEDIATELY**

13   **EACH RESPONDENT HAS 20 DAYS TO REQUEST A HEARING**

14   **EACH RESPONDENT HAS 30 DAYS TO FILE AN ANSWER**

15        The   Securities   Division   ("Division")   of   the   Arizona   Corporation   Commission

16   ("Commission") alleges that respondents Agridime LLC ("Agridime") and Joshua Link ("Link")

17   are engaging in or are about to engage in acts and practices that constitute violations of A.R.S. §

18   44-1801, *et seq.,* the Arizona Securities Act ("Securities Act"), and that the public welfare requires

19   immediate action.

20        The Division also alleges that Link is a person controlling Agridime within the meaning of

21   A.R.S. § 44-1999(B), so that he is jointly and severally liable under A.R.S. § 44-1999(B) to the

22   same extent as Agridime for its violations of the antifraud provisions of the Securities Act.

23                                                **I.**

24                                         **JURISDICTION**

25        1.    The Commission has jurisdiction over this matter pursuant to Article XV of the

26   Arizona Constitution and the Securities Act.

ACC - Docket Control - Received 4/18/2023 10:13 AM
ACC - Docket Control - Docketed 4/18/2023 10:38 AM

Docket No. S-21240A-23-0097

## II.

### RESPONDENTS

2.  Agridime is a limited liability company organized under the laws of Texas on April 13, 2017.

3.  Agridime has a storefront located at 1019 N. Colorado Street, Ste. 100, Gilbert, AZ 85233.

4.  Agridime has not been registered by the Commission as a dealer.

5.  Link is a co-owner and the Executive Director of Agridime. He has been a resident of Arizona since at least January 16, 2015.

6.  Link has not been registered by the Commission as a salesperson. Link and Agridime may be referred to collectively as "Respondents."

7.  Tia Link has been the spouse of Respondent Link since at least 2018. Tia Link may be referred to as "Respondent Spouse." Respondent Spouse has been joined in this action under A.R.S. § 44-2031(C).

8.  At all relevant times, Respondent Link and Respondent Spouse were acting for their own benefit and on behalf of and for the benefit of the marital community.

## III.

### FACTS

9.  Agridime advertises itself as a meat distribution company with a "proprietary beef supply chain."

10.  Its website lists Josh Link, Tia Link, and Jed Wood as owners of the company.

11.  Tia Link has been a resident of Arizona since at least April 21, 2021.

12.  Jed Wood is a resident of Texas.

13.  On agridime.com/buy-cattle-here, a website accessible to the general public as of April 18, 2023, Agridime invites potential investors to "make money raising cattle without having to do all the work."

2.

Docket No.  S-21240A-23-0097

14.     The website includes reviews, purportedly from the public, describing the deal as an investment.

15.     According to Agridime, investors can "purchase" a steer or heifer for $2,000 per head.

16.     The cattle will then be raised by Agridime's contractors and the $2,000 purportedly covers feed, healthcare, processing, and all other expenses for the life of the cattle.

17.     Then, once the cattle have been processed, Agridime "sell[s] the beef to our online store and grocery store customers."

18.     In exchange for their capital, investors are promised "guaranteed 15-20% yearly profits."

19.     This guarantee is displayed prominently and frequently throughout Agridime's website, as in the example below:



## BUY LIVE CATTLE

Have you ever wanted to make money raising cattle without having to do all the work?

We know it sounds too good to be true, however, in order to meet increased demand we are partnering with individuals and organizations to contract cattle into our beef supply chain.

We supply retails outlets, meat distributors and restaurant food service companies with farm fresh beef. We are inviting individuals and organizations to purchase cattle with us in order to supply beef to these customers.

All cattle purchased during Q2 of 2023 will be guaranteed 15-20% yearly profits. We also offer 20% yearly profits on contracts of 50 or more.

APP 0122

Docket No. S-21240A-23-0097

20.     Investing in a calf is as simple as adding the investment to one's "cart" on Agridime's public website and then entering billing and credit card information.

21.     There are also options to finance the investment, with interest rates ranging between 0% and 36%.

22.     According to the website, the contract for this investment is not available to the investor until after the purchase is completed.

23.     Upon request, Agridime will send a sample contract to potential investors.

24.     Agridime also advertises this investment on Facebook with an animated video titled "Make 15%-20% Yearly Returns by Purchasing Cattle With Us."

25.     This opportunity has been available since at least October 10, 2021, the date the Facebook advertisement video was posted.

26.     This advertisement has appeared on the Facebook feed of at least one Arizona resident as recently as April 5, 2023.

27.     The video describes how investors can purchase cattle for $2,000 per head, which will pay to "feed that animal to finish, fully process the beef into retail packaging, and then ultimately sell the beef."

28.     In an email sent to an Arizona resident seeking to invest, Agridime explained that 1–49 head of cattle, or a $2,000–$98,000 investment, yields a 15% return, and 50 head of cattle and above, or a $100,000 or more investment, yields a 20% return.

29.     On April 12, 2023, a representative from Agridime ("Representative") spoke on the phone with the Arizona resident.

30.     The Representative told the Arizona resident the investment was guaranteed at a 20% return if he invested $100,000, and if he invested $500,000 at one time, or $1,000,000 over a year, the return would be 21%.

4

APP 0123

Docket No. S-21240A-23-0097

31.     The Representative told the Arizona resident that he's had people buy anywhere from one to 500 head of cattle at a time, and someone had even purchased 1,000 head of cattle.

32.     The Representative stated Agridime fed 50,000 head of cattle in 2021.

33.     According to the Representative, investors receive their principal investment and return after about a year and ten days.

34.     When the Arizona resident asked about risks, the Representative did not disclose any risks and said the investment was a guaranteed return.

35.     The Representative stated that once the investor signed the contract, the profit and principal are guaranteed "no matter what" and if all of the cattle died, Agridime would replace them all at no extra cost.

36.     When the Arizona resident asked about taxes, the Representative said he can't help with taxes but thinks "they record numbers, not names."

37.     On April 13, 2023, after the Arizona resident spoke with the Representative, Link sent the Arizona resident a one-page contract via DocuSign for his investment.

38.     The first paragraph of the contract identifies the Arizona resident as the "Seller" and Agridime as the "Buyer."

39.     The contract states Agridime will buy the five steers and/or heifers from the Arizona resident at "$2,300 per head."

40.     The contract also represents "[a]ll cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below."

41.     The second half of the contract states the investor "agrees to purchase Five steers and/or heifers for $2,000 per steer or heifer ($10,000)" and "Agridime agrees to pay 15% per year profit on those cattle."

42.     The contract is signed by Link and includes instructions on how the Arizona resident could send his investment proceeds to Agridime via wire or ACH transfer.

APP 0124

Docket No. S-21240A-23-0097

43. Link also informed the Arizona resident that all management of the cattle would be handled by Agridime.

44. There are no risks disclosed in the contract.

## IV.

### VIOLATION OF A.R.S. § 44-1841

### (Offer and Sale of Unregistered Securities)

45. From on or about October 10, 2021, for Agridime, and from at least April 13, 2023 for Link, Respondents have been offering or selling and/or making, participating in, and/or inducing the sale of securities in the form of investment contracts and/or commodity investment contracts, within or from Arizona.

46. The securities referred to above were not registered pursuant to Articles 6 or 7 of the Securities Act.

47. This conduct violates A.R.S. § 44-1841, and Respondents are liable pursuant to A.R.S. § 44-2003(A).

## V.

### VIOLATION OF A.R.S. § 44-1842

### (Transactions by Unregistered Dealers or Salesmen)

48. Respondents are offering or selling and/or making, participating in, and/or inducing the sale of securities within or from Arizona while not registered as dealers or salesmen pursuant to Article 9 of the Securities Act.

49. This conduct violates A.R.S. § 44-1842, and Respondents are liable pursuant to A.R.S. § 44-2003(A).

6

APP 0125

Docket No.  S-21240A-23-0097

## VI.

## VIOLATION OF A.R.S. § 44-1991

### (Fraud in Connection with the Offer or Sale of Securities)

50.     In connection with the offer or sale of securities within or from Arizona, Respondents are, directly or indirectly: (i) employing a device, scheme, or artifice to defraud; (ii) making untrue statements of material fact or omitting to state material facts that are necessary in order to make the statements made not misleading in light of the circumstances under which they are made; or (iii) engaging in transactions, practices, or courses of business that operate or would operate as a fraud or deceit upon offerees and investors. Respondents' conduct includes, but is not limited to, the following:

a)     Making the untrue statement of material fact that the investment is guaranteed to return 15-21% while omitting to state any risks the investment could fail.

51.     This conduct violates A.R.S. § 44-1991.

52.     Respondents have been making, participating in, and/or inducing these unlawful sales of securities and are liable pursuant to A.R.S. § 44-2003(A).

## VII.

## CONTROL PERSON LIABILITY PURSUANT TO A.R.S. § 44-1999

53.     From at least August 17, 2017 through at least the present, Link has been and/or held himself out as the co-owner and Executive Director of Agridime.

54.     From at least April 13, 2023, through at least the present, Link directly or indirectly controlled Agridime within the meaning of A.R.S. § 44-1999. Therefore, Link is jointly and severally liable to the same extent as Agridime for its violations of A.R.S. § 44-1991 from at least April 13, 2023 through at least the present.

APP 0126

Docket No. S-21240A-23-0097

# VIII.

## TEMPORARY ORDER

### Cease and Desist from Violating the Securities Act

THEREFORE, based on the above allegations, and because the Commission has determined that the public welfare requires immediate action,

IT IS ORDERED, pursuant to A.R.S. § 44-1972(C) and A.A.C. R14-4-307, that Respondents, their agents, servants, employees, successors, assigns, and those persons in active concert or participation with Respondents CEASE AND DESIST from any violations of the Securities Act.

IT IS FURTHER ORDERED that this Temporary Order to Cease and Desist shall remain in effect for 180 days unless sooner vacated, modified, or made permanent by the Commission.

IT IS FURTHER ORDERED that if a request for hearing is made, this Temporary Order shall remain effective from the date a hearing is requested until a decision is entered unless otherwise ordered by the Commission.

IT IS FURTHER ORDERED that this Order shall be effective immediately.

# IX.

## REQUESTED RELIEF

The Division requests that the Commission grant the following relief:

1.     Order Respondents to permanently cease and desist from violating the Securities Act, pursuant to A.R.S. § 44-2032;

2.     Order Respondents to take affirmative action to correct the conditions resulting from Respondents' acts, practices, or transactions, including a requirement to make restitution pursuant to A.R.S. § 44-2032;

3.     Order Respondents to pay the state of Arizona administrative penalties of up to five thousand dollars ($5,000) for each violation of the Securities Act, pursuant to A.R.S. § 44-2036;

8

Docket No. S-21240A-23-0097

4. Order that Respondent and Respondent Spouse be subject to any order of restitution, rescission, administrative penalties, or other appropriate affirmative action; and

5. Order any other relief that the Commission deems appropriate.

## X.

## HEARING OPPORTUNITY

Each respondent, including Respondent Spouse, may request a hearing pursuant to A.R.S. § 44-1972 and A.A.C. Rule 14-4-307. **If a Respondent or Respondent Spouse requests a hearing, the requesting respondent must also answer this Temporary Order and Notice.** A request for hearing must be in writing and received by the Commission within 20 days after service of this Temporary Order and Notice. The requesting respondent must deliver or mail the request for hearing to Docket Control, Arizona Corporation Commission, 1200 West Washington, Phoenix, Arizona 85007. Filing instructions may be obtained from Docket Control by calling (602) 542-3477 or on the Commission's Internet website at http://www.azcc.gov/hearing.

If a request for hearing is timely made, the Commission shall schedule a hearing to begin 10 to 30 days from the receipt of the request unless otherwise provided by law, stipulated by the parties, or ordered by the Commission. **Unless otherwise ordered by the Commission, this Temporary Order shall remain effective from the date a hearing is requested until a decision is entered.** After a hearing, the Commission may vacate, modify, or make permanent this Temporary Order, with written findings of fact and conclusions of law. A permanent Order may include ordering restitution, assessing administrative penalties, or other action.

If a request for hearing is not timely made, the Division will request that the Commission make permanent this Temporary Order, with written findings of fact and conclusions of law, which may include ordering restitution, assessing administrative penalties, or other relief.

Persons with a disability may request a reasonable accommodation such as a sign language interpreter, as well as request this document in an alternative format, by contacting Carolyn D.

9

1    Buck, ADA Coordinator, voice phone number (602) 542-3931, e-mail cdbuck@azcc.gov.

2    Requests should be made as early as possible to allow time to arrange the accommodation.

3                                                    **XI.**

4                                    **ANSWER REQUIREMENT**

5          Pursuant to A.A.C. R14-4-305, if a Respondent or Respondent Spouse requests a hearing,

6    the requesting respondent must deliver or mail an Answer to this Temporary Order and Notice to

7    Docket Control, Arizona Corporation Commission, 1200 W. Washington, Phoenix, Arizona

8    85007, within 30 calendar days after the date of service of this Temporary Order and Notice.

9    Filing instructions may be obtained from Docket Control by calling (602) 542-3477 or on the

10   Commission's Internet web site at http://www.azcc.gov/hearing.

11         Additionally, the answering respondent must serve the Answer upon the Division.

12   Pursuant to A.A.C. R14-4-303, service upon the Division may be made by mailing or by hand-

13   delivering a copy of the Answer to the Division at 1300 West Washington, 3rd Floor, Phoenix,

14   Arizona, 85007, addressed to Sasha Andersen.

15         The Answer shall contain an admission or denial of each allegation in this Temporary

16   Order and Notice and the original signature of the answering respondent or the respondent's

17   attorney. A statement of a lack of sufficient knowledge or information shall be considered a denial

18   of an allegation. An allegation not denied shall be considered admitted.

19         When the answering respondent intends in good faith to deny only a part or a qualification

20   of an allegation, the respondent shall specify that part or qualification of the allegation and shall

21   admit the remainder. Respondent waives any affirmative defense not raised in the Answer.

22   ...

23   ...

24   ...

25   ...

26   ...

APP 0129

Docket No. S-21240A-23-0097

1    The officer presiding over the hearing may grant relief from the requirement to file an

2  Answer for good cause shown.

3    BY ORDER OF THE ARIZONA CORPORATION COMMISSION, this 18th day of April,

4  2023.

5    /s/ _____

    Mark Dinell

6    Director of Securities

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

11

APP 0130

# EXHIBIT E-2

APP 0131



EXHIBIT
**A-2**

# STATE OF ARIZONA
# CORPORATION COMMISSION

## To all to Whom these Presents shall Come Greeting:

I, DOUGLAS R. CLARK, EXECUTIVE DIRECTOR OF THE ARIZONA CORPORATION COMMISSION, DO HEREBY CERTIFY THAT

The attached is a true, complete and correct copy of the SECURIITES AFFIDAVIT as filed with this Commission on April 19, 2023, in DOCKET NO. S-21240A-23-0097 IN THE MATTER OF:

Jordan Frieberg (Agridime, LLC)

**IN WITNESS WHEREOF,** I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF THE ARIZONA CORPORATION COMMISSION, AT THE CAPITOL, IN THE CITY OF PHOENIX,

THIS *9th* DAY OF *November*, 2023

DOUGLAS R. CLARK
EXECUTIVE DIRECTOR

APP 0132

Docket No. S-21240A-23-0097

STATE OF ARIZONA

County of Maricopa

**AFFIDAVIT OF SERVICE**

I, Jordan Frieberg, Investigator for the Securities Division of the Arizona Corporation Commission, hereby certify that on April 19, 2023, I served a copy of a Temporary Order to Cease and Desist and Notice of Opportunity for Hearing, S-21240A-23-0097, upon Agridime LLC, by leaving a copy of the same with an employee, Delia Jacquez, at its usual place of business, Agridime LLC, located at 1019 N Colorado St, #100, Gilbert, AZ 85233.

AFFIANT          4/19/2023
                               DATE

SUBSCRIBED AND SWORN TO BEFORE me this 19th day of April, 2023.

William C. Woerner
NOTARY PUBLIC

My Commission Expires:

WILLIAM C. WOERNER
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 586851
Expires September 29, 2024

 

# STATE OF ARIZONA
# CORPORATION COMMISSION

## To all to Whom these Presents shall Come Greeting:

I, DOUGLAS R. CLARK, EXECUTIVE DIRECTOR OF THE ARIZONA CORPORATION
COMMISSION, DO HEREBY CERTIFY THAT

The attached is a true, complete and correct copy of the SECURIITES AFFIDAVIT as filed with
this Commission on April 19, 2023, in DOCKET NO. S-21240A-23-0097 IN THE MATTER OF:

Jordan Frieberg (Tia Link)



**IN WITNESS WHEREOF,** I HAVE HEREUNTO SET MY HAND AND
AFFIXED THE OFFICIAL SEAL OF THE ARIZONA CORPORATION
COMMISSION, AT THE CAPITOL, IN THE CITY OF PHOENIX,

THIS _____9th_____ DAY OF _____November_____, 2023

DOUGLAS R. CLARK
EXECUTIVE DIRECTOR

APP 0134

ORIGINAL

000026073

Docket No. S-21240A-23-0097

1

STATE OF ARIZONA

2

County of Maricopa

**AFFIDAVIT OF SERVICE**

3

4

5

I, Jordan Frieberg, Investigator for the Securities Division of the Arizona Corporation

6

Commission, hereby certify that on April 19, 2023, I served a copy of a Temporary Order to Cease

7

and Desist and Notice of Opportunity for Hearing, S-21240A-23-0097, upon Tia Link by leaving a

8

copy of the same with an employee, Delia Jacquez, at her usual place of business, Agridime LLC,

9

located at 1019 N Colorado St, #100, Gilbert, AZ 85233. Delia Jacquez verbally indicated that Tia

10

Link works at that specific Agridime LLC location at 1019 N Colorado St, #100, Gilbert, AZ

11

12

85233.

13

14

15

16

17

_____          4/19/2023

AFFIANT                                                    DATE

18

19

SUBSCRIBED AND SWORN TO BEFORE me this 9TH day of APRIL , 2023.

20

21

22

_____

William C. Woerner

23

NOTARY PUBLIC

24

My Commission Expires:

25

26

WILLIAM C. WOERNER
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 586851
Expires September 29, 2024

 

## STATE OF ARIZONA
## CORPORATION COMMISSION

### To all to Whom these Presents shall Come Greeting:

I, DOUGLAS R. CLARK, EXECUTIVE DIRECTOR OF THE ARIZONA CORPORATION COMMISSION, DO HEREBY CERTIFY THAT

The attached is a true, complete and correct copy of the SECURIITES AFFIDAVIT as filed with this Commission on April 19, 2023, in DOCKET NO. S-21240A-23-0097 IN THE MATTER OF:

Jordan Frieberg (Joshua Link)



**IN WITNESS WHEREOF,** I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF THE ARIZONA CORPORATION COMMISSION, AT THE CAPITOL, IN THE CITY OF PHOENIX,

THIS ___7th___ DAY OF ___November___, 2023

DOUGLAS R. CLARK
EXECUTIVE DIRECTOR

APP 0136

Docket No. S-21240A-23-0097

STATE OF ARIZONA

County of Maricopa

**AFFIDAVIT OF SERVICE**

I, Jordan Frieberg, Investigator for the Securities Division of the Arizona Corporation Commission, hereby certify that on April 19, 2023, I served a copy of a Temporary Order to Cease and Desist and Notice of Opportunity for Hearing, S-21240A-23-0097, upon Joshua Link by leaving a copy of the same with an employee, Delia Jacquez, at his usual place of business, Agridime LLC, located at 1019 N Colorado St, #100, Gilbert, AZ 85233. Delia Jacquez verbally indicated that Joshua Link works at that specific Agridime LLC location at 1019 N Colorado St, #100, Gilbert, AZ 85233.

AFFIANT        4/19/2023
                DATE

SUBSCRIBED AND SWORN TO BEFORE me this 19th day of April , 2023.

William C. Woerner
NOTARY PUBLIC

My Commission Expires:

WILLIAM C. WOERNER
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 586851
Expires September 29, 2024

# EXHIBIT E-3

APP 0138

**BEFORE THE ARIZONA CORPORATION COMMISSION**

<u>COMMISSIONERS</u>

JIM O'CONNOR, Chairman
LEA MÁRQUEZ PETERSON
ANNA TOVAR
KEVIN THOMPSON
NICK MYERS

| | |
|---|---|
| In the matter of: | DOCKET NO. S-21240A-23-0097 |
| Agridime LLC, a Texas limited liability company, | **RESPONDENTS' ANSWER TO TEMPORARY ORDER TO CEASE AND DESIST AND NOTICE OF OPPORTUNITY FOR HEARING** |
| Joshua Link and Tia Link, husband and wife, | |
| Respondents. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602.382.6000

For their Answer to the Temporary Order to Cease and Desist and Notice of Opportunity for Hearing (the "TOCD"), dated April 18, 2023, Respondents Agridime LLC ("Agridime"), Joshua Link, and Tia Link (collectively, "Respondents") admit, deny, and allege as follows:

**<u>Preliminary Statement</u>**

"Registered broker" carries specific meaning under the Arizona Securities Act. Agridime is not a "registered broker" as that term is used by the Arizona Corporation Commission's Securities Division (the "Division"). Rather, Agridime is a <u>registered and bonded livestock broker and market agency</u> that falls under the jurisdiction of the United States Department of Agriculture ("USDA"), which has its own regulatory framework for protecting the public and the livestock that ultimately feeds Arizona families. Through this action, the Division attempts to improperly supplant the USDA by transmuting cattle brokers into securities brokers. This action is based on a misunderstanding of how cattle are purchased, raised, fed, processed, and sold across the United States. For those business activities in which Agridime engages, it is in fact a

1  registered and bonded livestock broker and market agency authorized to and properly

2  operating under the USDA's regulatory framework.

3  <div align="center">**Answer to Unnumbered Paragraphs**</div>

4  To the extent the two unnumbered paragraphs on page 1, lines 14-22 of the TOCD

5  call for a response, Respondents deny the allegations of those paragraphs.

6  <div align="center">**Answer to Numbered Paragraphs**</div>

7  <div align="center">**I.**</div>

8  <div align="center">**JURISDICTION**</div>

9  1.  Responding to the allegations in Paragraph 1 of the TOCD, Respondents

10  deny that the Arizona Corporation Commission ("Commission") has any Constitutional

11  authority in this matter. *See, e.g., Corporation Comm'n v. Pacific Greyhound Lines*, 54

12  Ariz. 159, 94 P.2d 443 (1939) (holding that the Commission's constitutional authority is

13  limited to setting utility rates).

14  <div align="center">**II.**</div>

15  <div align="center">**RESPONDENTS**</div>

16  2.  Respondents admit the allegations in Paragraph 2 of the TOCD.

17  3.  Respondents admit the allegations in Paragraph 3 of the TOCD.

18  4.  Respondents admit the allegations in Paragraph 4 of the TOCD.

19  5.  Responding to the allegations in Paragraph 5 of the TOCD, Respondents

20  admit that Joshua Link is a co-owner and Executive Director of Agridime, and deny the

21  remaining allegations.

22  6.  Respondents admit the allegations in Paragraph 6 of the TOCD.

23  7.  Responding to the allegations in Paragraph 7 of the TOCD, Respondents

24  admit that Tia Link has been the spouse of Joshua Link since at least 2018, and deny that

25  her joinder in the TOCD is proper.

26  8.  Respondents lack knowledge or information sufficient to form a belief about

27  the truth of the allegations in Paragraph 8 of the TOCD.

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602-382-6000

APP 0140

### III.

### FACTS

9.      Responding to the allegations in Paragraph 9 of the TOCD, Respondents admit that Agridime provides meat distribution, cattle backgrounding, cattle finishing and has a proprietary beef supply chain.

10.      Responding to the allegations in Paragraph 10 of the TOCD, Respondents admit that Agridime's websites identify Joshua Link, Tia Link, and Jed Wood as owners of Agridime.

11.      Respondents admit the allegations in Paragraph 11 of the TOCD.

12.      Respondents admit the allegations in Paragraph 12 of the TOCD.

13.      Responding to the allegations in Paragraph 13 of the TOCD, Respondents admit that a webpage on one of Agridime's websites, specifically agridime.com/buy-cattle-here, was accessible to the general public as of April 18, 2023, and stated, "Have you ever wanted to make money raising cattle without having to do all the work?" Respondents deny the remaining allegations in Paragraph 13 of the TOCD.

14.      Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14 of the TOCD, as Respondents cannot definitively discern to which "website" Paragraph 14 refers and to what "deal" Paragraph 14 refers.

15.      Responding to the allegations in Paragraph 15 of the TOCD, Respondents admit that customers could purchase a steer or heifer from Agridime for $2,000 per head, and deny the remaining allegations.

16.      Responding to the allegations in Paragraph 16, Respondents affirmatively allege that cattle are also raised by Agridime, and admit the remaining allegations.

17.      Respondents admit the allegations in Paragraph 17 of the TOCD.

18.      Respondents deny the allegations in Paragraph 18 of the TOCD.

- 3 -

APP 0141

19. Responding to the allegations in Paragraph 19 of the TOCD, Respondents admit that the screenshot is from one of Agridime's websites in or around April 2023, and deny the remaining allegations.

20. Respondents deny the allegations in Paragraph 20 of the TOCD.

21. Responding to the allegations in Paragraph 21 of the TOCD, Respondents admit that customers could finance their purchase of cattle from Agridime using a third-party provider, and deny the remaining allegations.

22. Respondents deny the allegations contained in Paragraph 22 of the TOCD.

23. Responding to the allegations in Paragraph 23 of the TOCD, Respondents deny that its customers are investors, and admit the remaining allegations.

24. Responding to the allegations in Paragraph 24 of the TOCD, Respondents admit that Agridime formerly advertised its cattle purchase program on Facebook with an animated video with the description: "Make 15–20% Yearly Returns by Purchasing Cattle With Us," and deny the remaining allegations.

25. Respondents admit the allegations contained in Paragraph 25 of the TOCD.

26. Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26 of the TOCD.

27. Responding to the allegations in Paragraph 27 of the TOCD, Respondents admit that the Facebook video describes how individuals can purchase cattle for $2,000 per head, which will pay to "feed that animal to finish, fully process the beef into retail packaging, and then ultimately sell the beef," and deny the remaining allegations.

28. Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28 of the TOCD.

29. Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29 of the TOCD.

30. Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30 of the TOCD.

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602.382.6000

APP 0142

31.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31 of the TOCD.

32.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32 of the TOCD.

33.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33 of the TOCD.

34.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 of the TOCD.

35.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35 of the TOCD.

36.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36 of the TOCD.

37.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37 of the TOCD.

38.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38 of the TOCD.

39.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39 of the TOCD.

40.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40 of the TOCD.

41.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41 of the TOCD.

42.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42 of the TOCD.

43.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43 of the TOCD.

44.     Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44 of the TOCD.

APP 0143

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602-382-6000

1

## IV.

## VIOLATION OF A.R.S. § 44-1841

### (Offer and Sale of Unregistered Securities)

45.    Respondents deny the allegations in Paragraph 45 of the TOCD.

46.    Responding to the allegations in Paragraph 46 of the TOCD, Respondents admit that Agridime's cattle purchase contracts with customers were not registered as securities, and deny the remaining allegations.

47.    Respondents deny the allegations in Paragraph 47 of the TOCD.

## V.

## VIOLATION OF A.R.S. § 44-1842

### (Transactions by Unregistered Dealers or Salesmen)

48.    Respondents deny the allegations in Paragraph 48 of the TOCD.

49.    Respondents deny the allegations in Paragraph 49 of the TOCD.

## VI.

## VIOLATION OF A.R.S. § 44-1991

### (Fraud in Connection with the Offer or Sale of Securities)

50.    Respondents deny the allegations in Paragraph 50 of the TOCD.

51.    Respondents deny the allegations in Paragraph 51 of the TOCD.

52.    Respondents deny the allegations in Paragraph 52 of the TOCD.

## VII.

## CONTROL PERSON LIABILITY PURSUANT TO A.R.S. § 44-1999

53.    Respondents admit the allegations in Paragraph 53 of the TOCD.

54.    Respondents deny the allegations in Paragraph 54 of the TOCD.

55.    To the extent that any response to the "Temporary Order" is required, Respondents deny the allegations, deny that the Temporary Order is valid, and deny that the Director has the authority to issue the Temporary Order.

56.    To the extent that any response to the "Requested Relief" is required, Respondents deny that any relief is warranted.

- 6 -

1   57.   To the extent that any response to the remaining unnumbered paragraphs is

2   required, Respondents deny the same.

3   58.   Respondents deny each and every allegation not specifically admitted

4   herein.

5   ## AFFIRMATIVE DEFENSES

6   59.   Agridime is a registered and bonded livestock broker and market agency

7   operating in full compliance with governing regulations promulgated by the United States

8   Department of Agriculture.

9   60.   As applied to registered and bonded livestock brokers and market agencies,

10   such as Agridime, the Arizona Securities Act is preempted by the Packers and Stockyards

11   Act of 1921.

12   61.   The claims are barred based on public policy.

13   62.   To the extent the cattle purchase contracts allegedly offered or sold are

14   determined to be securities, Respondents allege that the cattle purchase contracts are

15   exempt from the registration provisions of the Arizona Securities Act.

16   63.   All actions taken by Respondents were taken for a proper purpose.

17   64.   The claims are barred by waiver, estoppel, laches, or acquiescence.

18   65.   Respondents allege that they did not know, and in the exercise of reasonable

19   care could not have known, of any alleged untrue statements or material omissions.

20   66.   Respondents did not act with the requisite scienter.

21   67.   The customers of Agridime have suffered no injuries or damages as a result

22   of Respondents' acts.

23   68.   Respondents have not caused any damages.

24   69.   Customers relied, at least in part, on others, and not on Respondents, in

25   connection with the matters at issue.

26   70.   An award of restitution is barred, in whole or in part, because the damages,

27   if any, were caused by customers' own acts or omissions.

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602.382.6000

APP 0145

71.     The claims and an award of restitution are barred, in whole or in part, by the doctrine of contributory negligence.

72.     The claims and an award of restitution are barred, in whole or in part, because customers' damages, if any, were caused by the acts of others over whom Respondents had no control, and for whose acts Respondents are not legally answerable.

73.     The claims and an award of restitution are barred, in whole or in part, because customers' damages, if any, were caused by intervening and/or superseding causes over which Respondents had no control.

74.     The claims and an award of restitution are barred, in whole or in part, because customers' damages, if any, were caused, in whole or in part, by factors beyond Respondents' control.

75.     The claims and an award of restitution are precluded, in whole or in part, by setoff, offset, accord and satisfaction, and/or payment.

76.     Customers were aware of all material facts with respect to their cattle purchases.

77.     The claims are, in whole or part, subject to the right to jury trial established by Article 2, Section 23 of the Arizona Constitution and the Seventh Amendment to the United States Constitution.  Respondents hereby assert their right to a jury trial and, accordingly, this case cannot proceed before the Commission because the Commission lacks the power to summon and empanel a jury.

78.     This is a statutory enforcement action that falls within the Judicial Power of the State of Arizona.  Pursuant to Article 6, Section 1 of the Arizona Constitution, the "judicial power shall be vested in an integrated judicial department consisting of a supreme court, such intermediate appellate courts as may be provided by law, a superior court, such courts inferior to the superior court as may be provided by law, and justice courts."  The Commission is not any of the courts enumerated in Article 6, Section 1, and the Commission is not part of the integrated judicial department of Arizona.  Accordingly, the Commission is prohibited from hearing this case by Article 6, Section 1 of the Arizona

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602.382.6000

APP 0146

1   Constitution.  This does not mean that statutory securities enforcement cases cannot be

2   heard, because the Superior Court has jurisdiction to hear securities enforcement actions

3   under A.R.S. §§ 44-2031 and 44-2032(2), (3), and (4).  As a matter of policy, the Division

4   choses to bring proceedings before the Commission rather than the Superior Court in

5   order to grant advantages to itself that it would not have in Superior Court, and to deny

6   Respondents the rights they would be entitled to in Superior Court.  The Division's policy

7   cannot prevail over the clear mandate of Article 6, Section 1 of the Arizona Constitution.

8       79.      Respondents allege such other affirmative defenses set forth in Rule 8(c),

9   Arizona Rules of Civil Procedure, as may be determined through discovery to be

10  applicable.

11                      **REQUESTED RELIEF**

12      WHEREFORE, having fully answered, Respondents request that the Commission

13  vacate the Temporary Order to Cease and Desist and Notice of Opportunity for Hearing,

14  dismiss all claims and this matter in its entirety, enter an order finding that Respondents

15  have committed no violations, finding that the cattle purchases are not securities,

16  awarding Respondents their attorneys' fees, expert witness fees, costs, and other expenses

17  incurred, and for such other and further relief as the Commission deems appropriate.

18

19      DATED this 23rd day of June, 2023.

20                          SNELL & WILMER L.L.P.

21

22                  By: *s/ Matthew P. Fischer*
                        Matthew P. Fischer (#019770)
23                      Cory L. Braddock (#024668)
                        Zachary G. Schroeder (#36266)
24                      One East Washington Street, Suite 2700
                        Phoenix, Arizona  85004-2556
25                      Telephone: (602) 382-6000
                        Email:      mfischer@swlaw.com
26                                  cbraddock@swlaw.com
                                    zschroeder@swlaw.com
27                      *Attorneys for Respondents*

28

Snell & Wilmer
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona  85004-2556
602.382.6000

- 9 -                          APP 0147

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORIGINAL of the foregoing e-filed
with Docket Control this 23rd day
of June, 2023, via the Arizona
Corporation Commission Portal.

COPY of the foregoing served via
e-mail this 23rd day of June, 2023,
to:

Sasha Andersen, Esq.
Securities Division
Arizona Corporation Commission
1300 West Washington Street
Third Floor
Phoenix, Arizona 85007
sandersen@azcc.gov

/s/ Martín Lucero
4855-4610-2634

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602.382.6000

- 10 -

APP 0148

# EXHIBIT E-4

APP 0149

| Day | Customer/Contract # | # Cattle Purchased | Address | City | State | Zipcode | Phone | Email Address |
|---|---|---|---|---|---|---|---|---|
| 5/17/2022 | █████ | 2 | ███ | Chandler | AZ | ███ | ███ | ████████ |
| 6/1/2022 | █████ | 10 | ███ | SUN CITY | AZ | █████ | | ████████ |
| 6/5/2022 | █████ | 1 | ███ | Gilbert | AZ | ███ | ███ | ████████ |
| 6/30/2022 | █████ | 9 | ███ | Gilbert | AZ | ███ | ███ | ████████ |
| 7/2/2022 | █████ | 5 | ███ | Queen Creek | AZ | ███ | ███ | ████████ |
| 7/11/2022 | █████ | 1 | ███ | Queen Creek | AZ | ███ | ███ | ████████ |
| 7/12/2022 | █████ | 5 | ███ | Tucson | AZ | ███ | ███ | ████████ |
| 7/24/2022 | █████ | 2 | ███ | Phoenix | AZ | ███ | ███ | ████████ |
| 7/28/2022 | █████ | 2 | ███ | PEORIA | AZ | ███ | | ████████ |
| 7/28/2022 | █████ | 3 | ███ | PEORIA | AZ | | | ████████ |
| 8/7/2022 | █████ | 5 | ███ | Sierra Vista | AZ | | ███ | ████████ |
| 8/8/2022 | █████ | 2 | ███ | Surprise | AZ | | ███ | ████████ |
| 8/8/2022 | █████ | 5 | ███ | Mesa | AZ | | ███ | ████████ |
| 8/10/2022 | █████ | 5 | ███ | Mesa | AZ | | ███ | ████████ |
| 8/16/2022 | █████ | 1 | ███ | Sun City | AZ | ███ | ███ | ████████ |
| 9/12/2022 | █████ | 5 | ███ | Queen Creek | AZ | ███ | ███ | ████████ |
| 9/14/2022 | █████ | 5 | ███ | Queen Creek | AZ | ███ | ███ | ████████ |
| 9/15/2022 | █████ | 1 | ███ | Gilbert | AZ | ███ | ███ | ████████ |

AGRIDIME000001
APP 0150

ACC000018   EF-9585

| 9/30/2022 | ███ | 50 | ███ | GILBERT | AZ | ███ | | ███ |
| 10/17/2022 | ███ | 5 | ███ | Queen Creek | AZ | ███ | ███ | ███ |
| 10/18/2022 | ███ | 100 | ███ | SOLOMON | AZ | ███ | | ███ |
| 10/25/2022 | ███ | 1 | ███ | TUCSON | AZ | ███ | | ███ |
| 10/26/2022 | ███ | 3 | ███ | Peoria | AZ | ███ | ███ | ███ |
| 10/26/2022 | ███ | 1 | ███ | Scottsdale | AZ | ███ | ███ | ███ |
| 10/29/2022 | ███ | 3 | ███ | Oro Valley | AZ | ███ | ███ | ███ |
| 11/2/2022 | ███ | 10 | ███ | PHOENIX | AZ | ███ | | ███ |
| 11/2/2022 | ███ | 61 | ███ | MESA | AZ | ███ | | ███ |
| 11/3/2022 | ███ | 150 | ███ | MESA | AZ | ███ | | ███ |
| 11/7/2022 | ███aff | 5 | ███ | Queen Creek | AZ | ███ | ███ | ███ |
| 11/8/2022 | ███ | 5 | ███ | Gilbert | AZ | ███ | ███ | ███@███ |
| 11/8/2022 | ███ | 100 | ███ | SAFFORD | AZ | ███ | | ███ |
| 11/9/2022 | ███ | 50 | ███ | SAFFORD | AZ | ███ | | ███ |
| 11/15/2022 | ███ | 40 | ███ | SOLOMON | AZ | ███ | | ██b███ |
| 11/18/2022 | ███ | 1 | ███ | Paradise Valley | AZ | ███ | ███ | ███ |
| 11/19/2022 | ███ | 5 | ███ | Gilbert | AZ | ███ | ███ | ███ |

Confidential

| 11/21/2022 | Mark Schuch | 2 | ███ | Phoenix | AZ | ███ | ███ | ███████████ |
| 12/6/2022 | ███ | 2 | ███ | Mesa | AZ | ███ | ███ | ███████████ |
| 12/6/2022 | ███ | 1 | ███ | Chandler | AZ | ███ | ███ | ███████████ |
| 12/8/2022 | ███ | 5 | ███ | Tempe | AZ | ███ | ███ | ███████████ |
| 12/12/2022 | ███ | 5 | ███ | Wickenburg | AZ | ███ | ███ | ███████████ |
| 12/14/2022 | ███ | 50 | ███ | TEMPE | AZ | ███ | | |
| 12/30/2022 | ███ | 2 | ███ | Tucson | AZ | ███ | ███ | ███████████ |
| 1/9/2023 | ███ | 122 | | MESA | AZ | ███ | | ███████████ |
| 1/9/2023 | ███ | 161 | ███ | COOLIDGE | AZ | ███ | | ███████████ |
| 1/14/2023 | ███ | 1 | ███ | Mesa | AZ | ███ | ███ | ███████████ |
| 1/19/2023 | ███ | 18 | ███ | Gilbert | AZ | ███ | ███ | ███████████ |
| 1/23/2023 | ███ | 150 | ███ | SCOTTSDALE | AZ | ███ | | ███████████ |
| 1/24/2023 | ███ | 1 | ███ | Bullhead City | AZ | ███ | ███ | ███████████ |
| 1/31/2023 | ███ | 1 | ███ | Nogales | AZ | ███ | ███ | ███████████ |
| 2/1/2023 | ███ | 3 | ███ | Goodyear | AZ | ███ | | ███████████ |
| 2/4/2023 | ███ | 2 | ███ | Litchfield Park | AZ | ███ | ███ | ███████████ |
| 2/4/2023 | ███ | 1 | ███ | Chandler | AZ | ███ | | ███████████ |
| 2/8/2023 | ███ | 50 | ███ | Prescott | AZ | ███ | | ███████████ |
| 2/11/2023 | ███ | 2 | ███ | Payson | AZ | ███ | ███ | ███████████ |

AGRIDIME5000003
APP 0152
ACC000020   EF-9585

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/15/2023 | ███ | 6 | ███ | Payson | AZ | ██ | ███ | ███████ |
| 2/17/2023 | ████ | 1 | ███ | Phoenix | AZ | ██ | ███ | ███████ |
| 2/23/2023 | ████ | 50 | ███ | TEMPE | AZ | ██ | | ███████ |
| 2/28/2023 | ████ | 50 | ██ | SAFFORD AZ | AZ | ███ | | ██████ |
| 3/7/2023 | ███ | 3 | ███ | Mesa | AZ | ████ | | ███ |
| 3/7/2023 | ███ | 5 | ███ | Tempe | AZ | ███ | ██ | ████ |
| 3/15/2023 | ████ | 5 | ███ | Gilbert | AZ | ███ | | ███████ |
| 3/21/2023 | ███ | 3 | ███ | Fountain Hills | AZ | ██ | ██ | ████ |
| 3/24/2023 | ███ | 1 | ███ | Queen Creek | AZ | ██ | ███ | ████ |
| 4/8/2023 | ███ | 1 | ███ | Queen Creek | AZ | ██ | ███ | ███████ |
| 4/10/2023 | ███ | 1 | ███ | Surprise | AZ | ██ | ███ | █████ |
| 4/10/2023 | ███ | 1 | ███ | Queen Creek | AZ | ██ | ███ | ████ |
| 4/14/2023 | ████ | 10 | ███ | PHOENIX | AZ | ██ | | ██████ |
| 4/18/2023 | ███ | 8 | ███ | Gilbert | AZ | ██ | ██ | ███████ |
| 4/18/2023 | ███ | 1 | ███ | Phoenix | AZ | ██ | ██ | ███████ |
| 4/20/2023 | ███ | 17 | ███ | Gilbert | AZ | ██ | ██ | ███████ |
| 4/23/2023 | ███ | 1 | ███ | Mesa | AZ | ██ | ███ | ███████ |

Confidential

AGRIDIME000004
APP 0153

ACC000021   EF-9585

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/26/2023 | ███ | 125 | ██ | GILBERT | AZ | ███ | | ████ |
| 4/26/2023 | ███ | 10 | ███ | Wickenburg | AZ | ██ | ███ | █████ |
| 5/2/2023 | ███ | 60 | ███ | PHOENIX | AZ | ██ | | ████ |
| 5/2/2023 | ███ | 60 | ███ | PHOENIX | AZ | ██ | | ████ |
| 5/4/2023 | ██ | 50 | ███ | Saint Johns | AZ | █ | ██ | ████ |
| 5/4/2023 | ██ | 2 | ██ | PHOENIX | AZ | | | ████ |
| 5/4/2023 | ██ | 50 | ██ | SAINT JOHNS | AZ | █ | | ████ |
| 5/11/2023 | ████ | 3 | ██ | QUEEN CREEK | AZ | █ | | ████ |
| 5/11/2023 | ███ | 50 | ██ | CHANDLER | AZ | ██ | | ███ |
| 5/18/2023 | ███ | 10 | ██ | PEORIA | AZ | █ | | ███ |
| 5/18/2023 | ███ | 25 | ██ | PAYSON | AZ | ██ | | ████ |

Confidential

AGRIDIME000005

APP 0154

ACC000022   EF-9585

3:36 PM

09/25/23

Accrual Basis

## Agridime LLC
## Transaction Detail by Account
### May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **Cow Contract Sales** | | | | | | | | | | |
| **#37820** | | | | | | | | | | |
| Deposit | 07/19/2023 | | ▮▮▮▮ | 60 head co... | Cattle O... | | Worthington ... | | 120,000.00 | 120,000.00 |
| Total #37820 | | | | | | | | 0.00 | 120,000.00 | 120,000.00 |
| **#37821** | | | | | | | | | | |
| Deposit | 07/18/2023 | | ▮▮▮▮ | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #37821 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37822** | | | | | | | | | | |
| Deposit | 07/25/2023 | COL... | ▮▮▮▮ | 75 head co... | Cattle O... | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #37822 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |
| **#37836** | | | | | | | | | | |
| Deposit | 07/19/2023 | COL... | ▮▮▮▮n | 150 head c... | Cattle O... | | Worthington ... | | 300,000.00 | 300,000.00 |
| Total #37836 | | | | | | | | 0.00 | 300,000.00 | 300,000.00 |
| **#37845** | | | | | | | | | | |
| Deposit | 07/20/2023 | | ▮▮▮▮.. | 40 head co... | Cattle O... | | Worthington ... | | 120,000.00 | 120,000.00 |
| Total #37845 | | | | | | | | 0.00 | 120,000.00 | 120,000.00 |
| **#37846** | | | | | | | | | | |
| Deposit | 07/24/2023 | | ▮▮▮▮ | 40 head co... | Cattle O... | | Worthington ... | | 120,000.00 | 120,000.00 |
| Total #37846 | | | | | | | | 0.00 | 120,000.00 | 120,000.00 |
| **#37847** | | | | | | | | | | |
| Deposit | 07/21/2023 | COL... | ▮▮▮▮ps | 1 head cont... | Cattle O... | | Worthington ... | | 2,000.00 | 2,000.00 |
| Total #37847 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#37848** | | | | | | | | | | |
| Deposit | 07/24/2023 | COL... | ▮▮▮▮ | 66 head co... | Cattle O... | | Worthington ... | | 198,000.00 | 198,000.00 |
| Total #37848 | | | | | | | | 0.00 | 198,000.00 | 198,000.00 |
| **#37849** | | | | | | | | | | |
| Deposit | 07/25/2023 | | ▮▮▮▮ | 33.33 head ... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #37849 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37852** | | | | | | | | | | |
| Deposit | | | ▮▮▮▮ | 33.33 head ... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #37852 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |

Confidential

Page 1

AGRIDIME005042

ACC008771   EF-9585

3:36 PM
09/26/23
Accrual Basis

# Agridime LLC
## Transaction Detail by Account
### May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#37864** | | | | | | | | | | |
| Deposit | 08/02/2023 | | | 33.33 head ... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #37864 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37865** | | | | | | | | | | |
| Deposit | 08/07/2023 | | | 66 head co... | Cattle O... | | Worthington ... | | 198,000.00 | 198,000.00 |
| Total #37865 | | | | | | | | 0.00 | 198,000.00 | 168,000.00 |
| **#37866** | | | | | | | | | | |
| Deposit | 08/07/2023 | COL... | | 16.66 head ... | Cattle O... | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #37866 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#37867** | | | | | | | | | | |
| Deposit | 08/03/2023 | | | 50 head co... | Cattle O... | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #37867 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |
| **#37868** | | | | | | | | | | |
| Deposit | 08/16/2023 | | | 33.33 head ... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #37868 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37869** | | | | | | | | | | |
| Deposit | 08/04/2023 | | | 34 head co... | Cattle O... | | Worthington ... | | 102,000.00 | 102,000.00 |
| Total #37869 | | | | | | | | 0.00 | 102,000.00 | 102,000.00 |
| **#37872** | | | | | | | | | | |
| Deposit | 08/08/2023 | COL... | | 27 head co... | Cattle O... | | Worthington ... | | 81,000.00 | 81,000.00 |
| Total #37872 | | | | | | | | 0.00 | 81,000.00 | 81,000.00 |
| **#37878** | | | | | | | | | | |
| Deposit | 08/04/2023 | COL... | | 40 head co... | Cattle O... | | Worthington ... | | 120,000.00 | 120,000.00 |
| Total #37878 | | | | | | | | 0.00 | 120,000.00 | 120,000.00 |
| **#37879** | | | | | | | | | | |
| Deposit | 08/04/2023 | COL... | | 40 head co... | Cattle O... | | Worthington ... | | 120,000.00 | 120,000.00 |
| Total #37879 | | | | | | | | 0.00 | 120,000.00 | 120,000.00 |
| **#37882** | | | | | | | | | | |
| Deposit | 08/07/2023 | | | 166.666666... | Cattle O... | | Worthington ... | | 500,000.00 | 500,000.00 |
| Total #37882 | | | | | | | | 0.00 | 500,000.00 | 500,000.00 |

Confidential

APP 0156
AGRIDIME005043
ACC008772   EF-9585

3:36 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#37886** | | | | | | | | | | |
| Deposit | 08/04/2023 | COL... | | 1 head cont... | Cattle O... | | Worthington ... | | 3,000.00 | 3,000.00 |
| Total #37886 | | | | | | | | 0.00 | 3,000.00 | 3,000.00 |
| **#37895** | | | | | | | | | | |
| Deposit | 08/17/2023 | | | 333.333333... | Cattle O... | | Worthington ... | | 1,000,000.00 | 1,000,000.00 |
| Total #37895 | | | | | | | | 0.00 | 1,000,000.00 | 1,000,000.00 |
| **#37900** | | | | | | | | | | |
| Deposit | 08/09/2023 | | | 13.333333... | Cattle O... | | Worthington ... | | 40,000.00 | 40,000.00 |
| Total #37900 | | | | | | | | 0.00 | 40,000.00 | 40,000.00 |
| **#37900** | | | | | | | | | | |
| Deposit | 08/18/2023 | | | 66 head co... | Cattle O... | | Worthington ... | | 198,000.00 | 198,000.00 |
| Total #37900 Kelsie Hutchison | | | | | | | | 0.00 | 198,000.00 | 198,000.00 |
| **#38054** | | | | | | | | | | |
| Deposit | 08/21/2023 | | | 33.3333333... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #38054 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| Total Cow Contract Sales | | | | | | | | 0.00 | 4,172,000.00 | 4,172,000.00 |
| **TOTAL** | | | | | | | | **0.00** | **4,172,000.00** | **4,172,000.00** |

Confidential

APB 0157

AGRIDIME005044

ACC008773   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **Livestock Contract Sales** | | | | | | | | | | |
| **#** | | | | | | | | | | |
| General Journal | 07/17/2023 | | ▇▇▇▇ | REFUND (o... | Cattle O... | | Meat Sales | 6,000.00 | | -6,000.00 |
| **Total #** ▇▇▇▇ | | | | | | | | 6,000.00 | 0.00 | -6,000.00 |
| **#** | | | | | | | | | | |
| General Journal | 08/01/2023 | | Shopify | | Cattle O... | | Meat Sales | 2,000.00 | | -2,000.00 |
| **Total #** ▇▇▇▇ | | | | | | | | 2,000.00 | 0.00 | -2,000.00 |
| **#** | | | | | | | | | | |
| General Journal | 06/05/2023 | | Shopify | REFUNDED | Cattle O... | | Meat Sales | | 110,000.00 | 110,000.00 |
| General Journal | 06/06/2023 | | Shopify | REFUND (o... | Cattle O... | | Meat Sales | 110,000.00 | | 0.00 |
| **Total #** ▇▇▇▇ | | | | | | | | 110,000.00 | 110,000.00 | 0.00 |
| **# Always Best** | | | | | | | | | | |
| Deposit | 05/26/2023 | | Always Best | ALWAYSB... | Cattle O... | | Worthington ... | | 10,000.00 | 10,000.00 |
| Deposit | 06/29/2023 | | Always Best | Deposit | Cattle O... | | Worthington ... | | 10,000.00 | 20,000.00 |
| Deposit | 07/27/2023 | | Always Best | ALWAYSB... | Cattle O... | | Worthington ... | | 10,000.00 | 30,000.00 |
| Deposit | 08/28/2023 | | Always Best | Deposit | Cattle O... | | Worthington ... | | 10,000.00 | 40,000.00 |
| **Total # Always Best** | | | | | | | | 0.00 | 40,000.00 | 40,000.00 |
| **#3614** | | | | | | | | | | |
| Deposit | 08/14/2023 | | ▇▇▇▇ | 7 of 11 for c... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| **Total #3614** ▇▇▇ | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37798** | | | | | | | | | | |
| Deposit | 07/10/2023 | | ▇▇▇▇ | 90 head co... | Cattle O... | | Worthington ... | | 180,000.00 | 180,000.00 |
| **Total #37798** | | | | | | | | 0.00 | 180,000.00 | 180,000.00 |
| **#37800** | | | | | | | | | | |
| Deposit | 07/12/2023 | | ▇▇▇▇ | 5 head cont... | Cattle O... | | Worthington ... | | 10,000.00 | 10,000.00 |
| **Total #37800** ▇▇▇ | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#37801** | | | | | | | | | | |
| Deposit | 07/11/2023 | COL... | ▇▇▇▇ | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| **Total #37801** | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37803** | | | | | | | | | | |
| Deposit | 07/17/2023 | COL... | ▇▇▇▇... | 15 head co... | Cattle O... | | Worthington ... | | 30,000.00 | 30,000.00 |
| **Total #37803** ▇▇▇▇ | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |

Confidential

AGRIDIME005901
APR-0153
ACC008774   EF-9585

3:39 PM
09/26/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#37804** | | | | | | | | | | |
| General Journal | 07/10/2023 | | ▮▮▮ | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #37804 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#37805** | | | | | | | | | | |
| General Journal | 07/10/2023 | | ▮▮▮ | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #37805 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#37806** | | | | | | | | | | |
| General Journal | 07/12/2023 | | ▮▮▮ | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #37806 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#37807** | | | | | | | | | | |
| Deposit | 07/11/2023 | | ▮▮▮ | 2 head cont... | Cattle O... | | Worthington ... | | 4,000.00 | 4,000.00 |
| Total #37807 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#37808** | | | | | | | | | | |
| Deposit | 07/18/2023 | | ▮▮▮ | 10 head co... | Cattle O... | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #37808 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#37809** | | | | | | | | | | |
| General Journal | 08/01/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #37809 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#37810** | | | | | | | | | | |
| General Journal | 07/19/2023 | | ▮▮▮ | 4 head cont... | Cattle O... | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #37810 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#37811** | | | | | | | | | | |
| General Journal | 07/27/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #37811 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#37812** | | | | | | | | | | |
| Deposit | 07/13/2023 | | ▮▮▮ | 64 head co... | Cattle O... | | Worthington ... | | 128,000.00 | 128,000.00 |
| Total #37812 | | | | | | | | 0.00 | 128,000.00 | 128,000.00 |
| **#37813** | | | | | | | | | | |
| General Journal | 07/20/2023 | | ▮▮▮ | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #37813 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |

Confidential

APP 0159
AGRIDIME005902
ACC008775   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#37817** | | | | | | | | | | |
| General Journal | 07/19/2023 | | ▮ | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #37817 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#37819** | | | | | | | | | | |
| Deposit | 07/18/2023 | | ▮ | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #37819 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37823** | | | | | | | | | | |
| General Journal | 07/18/2023 | | ▮ | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #37823 | z | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#37824** | | | | | | | | | | |
| General Journal | 07/24/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #37824 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#37825** | | | | | | | | | | |
| Deposit | 07/20/2023 | COL... | ▮ | 6 head cont... | Cattle O... | | Worthington ... | | 12,000.00 | 12,000.00 |
| Total #37825 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |
| **#37826** | | | | | | | | | | |
| General Journal | 07/18/2023 | | ▮ | 15 head co... | Cattle O... | | Meat Sales | | 30,000.00 | 30,000.00 |
| Total #37826 | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |
| **#37827** | | | | | | | | | | |
| General Journal | 07/18/2023 | | ▮ | lx | 1 of 2 | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| General Journal | 07/20/2023 | | | 2 of 2    6 h... | Cattle O... | | Meat Sales | | 6,000.00 | 12,000.00 |
| Total #37827 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |
| **#37828** | | | | | | | | | | |
| General Journal | 07/19/2023 | | ▮ | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #37828 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#37829** | | | | | | | | | | |
| General Journal | 07/18/2023 | | ▮ | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #37829 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#37830** | | | | | | | | | | |
| Deposit | 07/19/2023 | | ▮ | 51 head co... | Cattle O... | | Worthington ... | | 102,000.00 | 102,000.00 |
| Total #37830 | | | | | | | | 0.00 | 102,000.00 | 102,000.00 |

Confidential

AGRIDIME005903
APP 0160
ACC008776   EF-9585

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#37831** | | | | | | | | | | |
| General Journal | 07/31/2023 | | ▐ | 52 head co... | Cattle O... | | Meat Sales | | 104,000.00 | 104,000.00 |
| **Total #37831** | | | | | | | | 0.00 | 104,000.00 | 104,000.00 |
| **#37832** | | | | | | | | | | |
| General Journal | 08/11/2023 | | ▐ | 53 head co... | Cattle O... | | Meat Sales | | 106,000.00 | 106,000.00 |
| **Total #37832** | | | | | | | | 0.00 | 106,000.00 | 106,000.00 |
| **#37833** | | | | | | | | | | |
| General Journal | 08/30/2023 | | Shopify | 54 head co... | Cattle O... | | Meat Sales | | 108,000.00 | 108,000.00 |
| **Total #37833** | | | | | | | | 0.00 | 108,000.00 | 108,000.00 |
| **#37834** | | | | | | | | | | |
| General Journal | 08/03/2023 | | Shopify | 4 head cont... | Cattle O... | | Meat Sales | | 8,000.00 | 8,000.00 |
| **Total #37834** | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#37835** | | | | | | | | | | |
| Deposit | 07/21/2023 | COL... | | 1,5 head co... | Cattle O... | | Worthington ... | | 3,000.00 | 3,000.00 |
| Check | 07/26/2023 | | ▐ | ACH Charg... | Cattle O... | | Worthington ... | 3,000.00 | | 0.00 |
| Deposit | 08/07/2023 | ACH | | Deposit | Cattle O... | | Worthington ... | | 3,000.00 | 3,000.00 |
| **Total #37835** | | | | | | | | 3,000.00 | 6,000.00 | 3,000.00 |
| **#37837** | | | | | | | | | | |
| General Journal | 07/20/2023 | | ▐ | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| **Total #37837** | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#37838** | | | | | | | | | | |
| General Journal | 07/14/2023 | | ▐ | 1 of 3 | Cattle O... | | Meat Sales | | 40,000.00 | 40,000.00 |
| General Journal | 07/17/2023 | | | 2 of 3 | Cattle O... | | Meat Sales | | 40,000.00 | 80,000.00 |
| General Journal | 07/19/2023 | | | 3 of 3   50 ... | Cattle O... | | Meat Sales | | 20,000.00 | 100,000.00 |
| **Total #37838** | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37839** | | | | | | | | | | |
| Deposit | 07/31/2023 | | ▐ | 1 head cont... | Cattle O... | | Worthington ... | | 2,000.00 | 2,000.00 |
| **Total #37839** | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#37840** | | | | | | | | | | |
| General Journal | 07/20/2023 | | Shopify | 1 of 2 | Cattle O... | | Meat Sales | | 58,000.00 | 58,000.00 |
| General Journal | 07/21/2023 | | Shopify | 2 of 2   50 ... | Cattle O... | | Meat Sales | | 42,000.00 | 100,000.00 |
| **Total #37840** | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |

Confidential

AGRIDIME005904

ACC008777   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#37841** | | | | | | | | | | |
| General Journal | 07/20/2023 | | | 15 head co... | Cattle O... | | Meat Sales | | 30,000.00 | 30,000.00 |
| Total #37841 Trung Bao Vu | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |
| **#37843** | | | | | | | | | | |
| Deposit | 07/20/2023 | | | 40 head co... | Cattle O... | | Worthington ... | | 80,000.00 | 80,000.00 |
| Total #37843 | | | | | | | | 0.00 | 80,000.00 | 80,000.00 |
| **#37844** | | | | | | | | | | |
| General Journal | 07/21/2023 | | Shopify | 4 head cont... | Cattle O... | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #37844 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#37853** | | | | | | | | | | |
| General Journal | 07/21/2023 | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #37853 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#37855** | | | | | | | | | | |
| General Journal | 07/27/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #37855 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#37856** | | | | | | | | | | |
| General Journal | 07/31/2023 | | | 1 of 2 | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Deposit | 08/01/2023 | | | 2 of 2   17... | Cattle O... | | Worthington ... | | 24,000.00 | 34,000.00 |
| Total #37856 | | | | | | | | 0.00 | 34,000.00 | 34,000.00 |
| **#37860** | | | | | | | | | | |
| General Journal | 07/31/2023 | | | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #37860 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#37861** | | | | | | | | | | |
| General Journal | 08/01/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #37861 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#37863** | | | | | | | | | | |
| General Journal | 08/04/2023 | | Shopify | 20 head co... | Cattle O... | | Meat Sales | | 40,000.00 | 40,000.00 |
| Total #37863 | | | | | | | | 0.00 | 40,000.00 | 40,000.00 |
| **#37870** | | | | | | | | | | |
| Deposit | 08/01/2023 | | | 220 head c... | Cattle O... | | Worthington ... | | 440,000.00 | 440,000.00 |
| Total #37870 | | | | | | | | 0.00 | 440,000.00 | 440,000.00 |

Confidential

Page 5

AGRIDIME005905

ACC008778   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#37873** | | | | | | | | | | |
| Deposit | 08/01/2023 | | | 2 head cont... | Cattle O... | | Worthington ... | | 4,000.00 | 4,000.00 |
| Total #37873 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#37874** | | | | | | | | | | |
| General Journal | 08/01/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #37874 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#37875** | | | | | | | | | | |
| General Journal | 08/14/2023 | | uf | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #37875 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#37877** | | | | | | | | | | |
| General Journal | 08/01/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #37877 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#37883** | | | | | | | | | | |
| General Journal | 08/02/2023 | | Shopify | 11 head co... | Cattle O... | | Meat Sales | | 22,000.00 | 22,000.00 |
| Total #37883 | | | | | | | | 0.00 | 22,000.00 | 22,000.00 |
| **#37884** | | | | | | | | | | |
| General Journal | 08/03/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #37884 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#37885** | | | | | | | | | | |
| General Journal | 08/03/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #37885 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#37889** | | | | | | | | | | |
| Deposit | 08/08/2023 | | | 150 head c... | Cattle O... | | Worthington ... | | 300,000.00 | 300,000.00 |
| Total #37889 | | | | | | | | 0.00 | 300,000.00 | 300,000.00 |
| **#37890** | | | | | | | | | | |
| General Journal | 08/04/2023 | | Shopify | 10 head co... | Cattle O... | | Meat Sales | | 20,000.00 | 20,000.00 |
| Total #37890 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#37894** | | | | | | | | | | |
| Deposit | 08/08/2023 | | | 15 head co... | Cattle O... | | Worthington ... | | 30,000.00 | 30,000.00 |
| Total #37894 | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |

Confidential

APP 0163

AGRIDIME005908

ACC008779   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#37896** | | | | | | | | | | |
| Deposit | 08/10/2023 | | ███████ | 34 head co... | Cattle O... | | Worthington ... | | 68,000.00 | 68,000.00 |
| Total #37896 | | | | | | | | 0.00 | 68,000.00 | 68,000.00 |
| **#37898** | | | | | | | | | | |
| General Journal | 08/09/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #37898 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#37899** | | | | | | | | | | |
| Deposit | 08/08/2023 | COL... | ███████ | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #37899 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#37970** | | | | | | | | | | |
| Deposit | 08/15/2023 | | ███████ | 7 head cont... | Cattle O... | | Worthington ... | | 14,000.00 | 14,000.00 |
| Total #37970 | | | | | | | | 0.00 | 14,000.00 | 14,000.00 |
| **#38005** | | | | | | | | | | |
| Deposit | 08/18/2023 | | ███████ | 2 head cont... | Cattle O... | | Worthington ... | | 4,000.00 | 4,000.00 |
| Total #38005 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#38014** | | | | | | | | | | |
| Deposit | 08/23/2023 | | ███████ | 2 head cont... | Cattle O... | | Worthington ... | | 4,000.00 | 4,000.00 |
| Total #38014 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#38015** | | | | | | | | | | |
| Deposit | 08/23/2023 | | ███████ | 3 head cont... | Cattle O... | | Worthington ... | | 6,000.00 | 6,000.00 |
| Total #38015 oyer | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#38019** | | | | | | | | | | |
| General Journal | 08/16/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #38019 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#38124** | | | | | | | | | | |
| Deposit | 08/24/2023 | | ███████ ... | 40 head co... | Cattle O... | | Worthington ... | | 80,000.00 | 80,000.00 |
| Total #38124 | | | | | | | | 0.00 | 80,000.00 | 80,000.00 |
| **#38138** | | | | | | | | | | |
| General Journal | 08/25/2023 | | Shopify | 1 of 3 | Cattle O... | | Meat Sales | | 20,000.00 | 20,000.00 |
| General Journal | 08/29/2023 | | Shopify | 2 of 3 | Cattle O... | | Meat Sales | | 21,000.00 | 41,000.00 |
| General Journal | 09/01/2023 | | Shopify | 3 of 3   31 ... | Cattle O... | | Meat Sales | | 21,000.00 | 62,000.00 |
| Total #38138 | | | | | | | | 0.00 | 62,000.00 | 62,000.00 |

Confidential

AGRIDIME005907

ACC008780   EF-9585

3:39 PM

09/26/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#38139** | | | | | | | | | | |
| General Journal | 08/28/2023 | | Shopify | 1 of 5 | Cattle O... | | Meat Sales | | 20,000.00 | 20,000.00 |
| General Journal | 08/31/2023 | | Shopify | 2 of 5 | Cattle O... | | Meat Sales | | 20,000.00 | 40,000.00 |
| Total #38139 | | | | | | | | 0.00 | 40,000.00 | 40,000.00 |
| **#38159** | | | | | | | | | | |
| Deposit | 08/31/2023 | | | 871 head c... | Cattle O... | | Worthington ... | | 1,742,000.00 | 1,742,000.00 |
| Total #38159 | | | | | | | | 0.00 | 1,742,000.00 | 1,742,000.00 |
| **#38163** | | | | | | | | | | |
| General Journal | 08/30/2023 | | Shopify | 50 head co... | Cattle O... | | Meat Sales | | 100,000.00 | 100,000.00 |
| Total #38163 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#38164** | | | | | | | | | | |
| General Journal | 08/30/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #38164 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#38195** | | | | | | | | | | |
| General Journal | 09/05/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #38195 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#4354** | | | | | | | | | | |
| Deposit | 06/27/2023 | | | ACH Charg... | Cattle O... | | Worthington ... | | 4,600.00 | 4,600.00 |
| Check | 06/28/2023 | | | Memo:AGR... | Cattle O... | | Worthington ... | 4,600.00 | | 0.00 |
| Total #4354 | | | | | | | | 4,600.00 | 4,600.00 | 0.00 |
| **#4629** | | | | | | | | | | |
| Deposit | 08/21/2023 | | | Chargeback... | Cattle O... | | Worthington ... | | 4,000.00 | 4,000.00 |
| Total #4629 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#5764** | | | | | | | | | | |
| Deposit | 05/11/2023 | | | 50 head co... | | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #5764 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#5765** | | | | | | | | | | |
| Deposit | 06/09/2023 | | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #5765 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#5766** | | | | | | | | | | |
| Deposit | 07/10/2023 | | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #5766 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |

Confidential

Page 8

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#5819** | | | | | | | | | | |
| General Journal | 05/11/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #5819 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#5820** | | | | | | | | | | |
| General Journal | 05/03/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #5820 | vas | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#5821** | | | | | | | | | | |
| General Journal | 07/07/2023 | | | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #5821 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#5822** | | | | | | | | | | |
| General Journal | 07/31/2023 | | | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #5822 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#5823** | vas | | | | | | | | | |
| General Journal | 08/24/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #5823 | vas | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7089** | | | | | | | | | | |
| Deposit | 05/08/2023 | | | 50 head co... | | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7089 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7230** | | | | | | | | | | |
| General Journal | 05/31/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7230 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7265** | | | | | | | | | | |
| General Journal | 05/05/2023 | | Shopify | 6 of | | | Meat Sales | | 4,000.00 | 4,000.00 |
| General Journal | 05/06/2023 | | Shopify | 7 of | | | Meat Sales | | 6,000.00 | 10,000.00 |
| General Journal | 05/07/2023 | | Shopify | 8 of | | | Meat Sales | | 4,000.00 | 14,000.00 |
| General Journal | 05/09/2023 | | Shopify | 9 of | | | Meat Sales | | 8,000.00 | 22,000.00 |
| General Journal | 05/16/2023 | | Shopify | 10 of | | | Meat Sales | | 6,000.00 | 28,000.00 |
| General Journal | 05/25/2023 | | Shopify | 11 of | | | Meat Sales | | 20,000.00 | 48,000.00 |
| Total #7265 | | | | | | | | 0.00 | 48,000.00 | 48,000.00 |
| **#7368** | | | | | | | | | | |
| Deposit | 05/11/2023 | | | 50 head co... | | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7368 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |

Confidential

AGRIDIME005909
APP 0166

ACC008782   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7381** | | | | | | | | | | |
| General Journal | 06/08/2023 | | Shopify | 7 head cont... | Cattle O... | | Meat Sales | | 14,000.00 | 14,000.00 |
| Total #7381 | | | d | | | | | 0.00 | 14,000.00 | 14,000.00 |
| **#7382** | | | | | | | | | | |
| General Journal | 07/10/2023 | | | 7 head cont... | Cattle O... | | Meat Sales | | 14,000.00 | 14,000.00 |
| Total #7382 | | | | | | | | 0.00 | 14,000.00 | 14,000.00 |
| **#7383** | | | | | | | | | | |
| General Journal | 08/09/2023 | | Shopify | 7 head cont... | Cattle O... | | Meat Sales | | 14,000.00 | 14,000.00 |
| Total #7383 | | | | | | | | 0.00 | 14,000.00 | 14,000.00 |
| **#7410** | | | | | | | | | | |
| Deposit | 05/05/2023 | | | 1 of 2 | | | Worthington ... | | 40,000.00 | 40,000.00 |
| Deposit | 05/05/2023 | | | 2 of 2     50... | | | Worthington ... | | 60,000.00 | 100,000.00 |
| Total #7410 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7417** | | | | | | | | | | |
| Deposit | 05/25/2023 | | | 25 head co... | Cattle O... | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7417 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7418** | | | | | | | | | | |
| General Journal | 05/08/2023 | | Shopify | 1 of 2 | | | Meat Sales | | 10,000.00 | 10,000.00 |
| General Journal | 05/11/2023 | | Shopify | 2 of 2     10 ... | | | Meat Sales | | 10,000.00 | 20,000.00 |
| Total #7418 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7425** | | | | | | | | | | |
| General Journal | 05/08/2023 | | Shopify | 1 of 2 | | | Meat Sales | | 8,000.00 | 8,000.00 |
| General Journal | 05/16/2023 | | Shopify | 2 of 2     7 h... | | | Meat Sales | | 6,000.00 | 14,000.00 |
| Total #7425 | | | | | | | | 0.00 | 14,000.00 | 14,000.00 |
| **#7443** | | | | | | | | | | |
| Deposit | 05/11/2023 | COL... | | 75 head co... | | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #7443 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |
| **#7444** | | | | | | | | | | |
| Deposit | 05/30/2023 | | | 1 of | Cattle O... | | Worthington ... | | 3,600,000.00 | 3,600,000.00 |
| Total #7444 | | | | | | | | 0.00 | 3,600,000.00 | 3,600,000.00 |

Confidential

APR-0167
AGRIDIME005910
ACC008783   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7450** | | | | | | | | | | |
| Deposit | 05/15/2023 | | ▮▮▮▮ | New Direction IRA | 50 head co... | | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7450 | ▮▮▮▮ | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7451** | | | | | | | | | | |
| Deposit | 05/08/2023 | COL... | ▮▮▮▮ | 125 head c... | | | Worthington ... | | 250,000.00 | 250,000.00 |
| Total #7451 | ▮▮▮▮ | | | | | | | 0.00 | 250,000.00 | 250,000.00 |
| **#7452** | | | | | | | | | | |
| Deposit | 05/11/2023 | | ▮▮▮▮ ... | 250 head c... | | | Worthington ... | | 500,000.00 | 500,000.00 |
| Total #7452 | ▮▮▮▮ | | | | | | | 0.00 | 500,000.00 | 500,000.00 |
| **#7453** | | | | | | | | | | |
| Deposit | 05/19/2023 | | ▮▮▮▮ | 50 head co... | | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7453 | ▮▮▮▮ | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7454** | | | | | | | | | | |
| Deposit | 08/20/2023 | | ▮▮▮▮ | 10 head co... | Cattle O... | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #7454 | ▮▮▮▮ | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7455** | | | | | | | | | | |
| Deposit | 08/20/2023 | | ▮▮▮▮ | 10 head co... | Cattle O... | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #7455 | ▮▮▮▮ | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7456** | | | | | | | | | | |
| Deposit | 08/20/2023 | | ▮▮▮▮ | 10 head co... | Cattle O... | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #7456 | ▮▮▮▮ | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7458** | | | | | | | | | | |
| General Journal | 05/05/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7458 | ▮▮▮▮ | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7462** | | | | | | | | | | |
| General Journal | 05/06/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7462 | ▮▮▮▮ | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7463** | | | | | | | | | | |
| Deposit | 05/05/2023 | | ▮▮▮▮ ... | 25 head co... | | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7463 | ▮▮▮▮ | | | | | | | 0.00 | 50,000.00 | 50,000.00 |

Confidential

AGRIDIME005911

ACC008784   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7464** | | | | | | | | | | |
| Deposit | 05/10/2023 | COL... | ███ | 75 head co... | | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #7464 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |
| **#7465** | | | | | | | | | | |
| Deposit | 05/08/2023 | COL... | ███ | 162 head c... | | | Worthington ... | | 324,000.00 | 324,000.00 |
| Total #7465 | | | | | | | | 0.00 | 324,000.00 | 324,000.00 |
| **#7466** | | | | | | | | | | |
| General Journal | 05/05/2023 | | Shopify | 6 head cont... | | | Meat Sales | | 12,000.00 | 12,000.00 |
| Total #7466 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |
| **#7467** | | | | | | | | | | |
| General Journal | 05/05/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7467 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7468** | | | | | | | | | | |
| General Journal | 05/05/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7468 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7469** | | | | | | | | | | |
| General Journal | 05/05/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7469 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7470** | | | | | | | | | | |
| General Journal | 05/05/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7470 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7471** | | | | | | | | | | |
| General Journal | 05/05/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7471 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7472** | | | | | | | | | | |
| General Journal | 05/06/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7472 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7473** | | | | | | | | | | |
| General Journal | 05/06/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7473 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |

Confidential

AGRIDIME005912

APP-0169

ACC008785   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#7474** | | | | | | | | | | |
| General Journal | 05/06/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7474 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7475** | | | | | | | | | | |
| General Journal | 05/07/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7475 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7476** | | | | | | | | | | |
| General Journal | 05/07/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7476 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7477** | | | | | | | | | | |
| General Journal | 05/07/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7477 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7478** | | | | | | | | | | |
| General Journal | 05/08/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7478 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7479** | | | | | | | | | | |
| Deposit | 05/10/2023 | | | 5 head cont... | | | Worthington ... | | 10,000.00 | 10,000.00 |
| Total #7479 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7481** | | | | | | | | | | |
| Deposit | 05/11/2023 | | ... | 25 head co... | | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7481 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7482** | | | | | | | | | | |
| Deposit | 05/17/2023 | | | 9 head cont... | | | Worthington ... | | 18,000.00 | 18,000.00 |
| Total #7482 | | | | | | | | 0.00 | 18,000.00 | 18,000.00 |
| **#7483** | | | | | | | | | | |
| Deposit | 05/09/2023 | | | 50 head co... | | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7483 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7484** | | | | | | | | | | |
| Deposit | 05/11/2023 | COL... | | 4 head cont... | | | Worthington ... | | 8,000.00 | 8,000.00 |
| Total #7484 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |

Confidential

APP 0179
AGRIDIME005913
ACC008786   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7487** | | | | | | | | | | |
| Deposit | 05/11/2023 | | | 50 head co... | | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7487 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7488** | | | | | | | | | | |
| Deposit | 05/11/2023 | | | 62.5 head c... | | | Worthington ... | | 125,000.00 | 125,000.00 |
| Total #7488 | | | | | | | | 0.00 | 125,000.00 | 125,000.00 |
| **#7489** | | | | | | | | | | |
| Deposit | 05/10/2023 | | | 118 head c... | | | Worthington ... | | 236,000.00 | 236,000.00 |
| Total #7489 | | | | | | | | 0.00 | 236,000.00 | 236,000.00 |
| **#7490** | | | | | | | | | | |
| General Journal | 05/11/2023 | Shopify | | 9 head cont... | | | Meat Sales | | 18,000.00 | 18,000.00 |
| Total #7490 | | | | | | | | 0.00 | 18,000.00 | 18,000.00 |
| **#7491** | | | | | | | | | | |
| General Journal | 05/10/2023 | Shopify | | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7491 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7492** | | | | | | | | | | |
| Deposit | 05/10/2023 | | | 950 head c... | | | Worthington ... | | 1,900,000.00 | 1,900,000.00 |
| Total #7492 | | | | | | | | 0.00 | 1,900,000.00 | 1,900,000.00 |
| **#7494** | | | | | | | | | | |
| Deposit | 05/12/2023 | | | 300 head c... | | | Worthington ... | | 600,000.00 | 600,000.00 |
| Total #7494 | | | | | | | | 0.00 | 600,000.00 | 600,000.00 |
| **#7495** | | | | | | | | | | |
| Deposit | 05/16/2023 | COL... | | 125 head c... | | | Worthington ... | | 250,000.00 | 250,000.00 |
| Total #7495 | | | | | | | | 0.00 | 250,000.00 | 250,000.00 |
| **#7496** | | | | | | | | | | |
| Deposit | 05/10/2023 | | | 125 head c... | | | Worthington ... | | 250,000.00 | 250,000.00 |
| Total #7496 | | | | | | | | 0.00 | 250,000.00 | 250,000.00 |
| **#7497** | | | | | | | | | | |
| Deposit | 05/11/2023 | | | 3 head cont... | | | Worthington ... | | 6,000.00 | 6,000.00 |
| Total #7497 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |

Confidential

Page 14

AGRIDIME005914

ACC008787   EF-9585

3:39 PM
09/26/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
**May 5 through September 5, 2023**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#7498** | | | | | | | | | | |
| Deposit | 05/12/2023 | | ▮▮▮ | 125 head c... | | | Worthington ... | | 250,000.00 | 250,000.00 |
| Total #7498 | | | | | | | | 0.00 | 250,000.00 | 250,000.00 |
| **#7499** | | | | | | | | | | |
| General Journal | 05/09/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7499 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7500** | | | | | | | | | | |
| General Journal | 05/09/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7500 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7502** | | | | | | | | | | |
| General Journal | 05/10/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7502 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7503** | | | | | | | | | | |
| General Journal | 05/09/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7503 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7504** | | | | | | | | | | |
| General Journal | 05/09/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7504 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7505** | | | | | | | | | | |
| General Journal | 05/09/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7505 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7506** | | | | | | | | | | |
| General Journal | 05/09/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7506 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7507** | | | | | | | | | | |
| General Journal | 05/09/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7507 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7508** | | | | | | | | | | |
| General Journal | 05/10/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7508 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |

Confidential

APR-0172
AGRIDIME005918

ACC008788   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#7509** | | | | | | | | | | |
| General Journal | 05/09/2023 | | Shopify | 8 head cont... | | | Meat Sales | | 16,000.00 | 16,000.00 |
| Total #7509 | | | | | | | | 0.00 | 16,000.00 | 16,000.00 |
| **#7510** | | | | | | | | | | |
| Deposit | 05/16/2023 | | | 1300 head ... | | | Worthington ... | | 2,600,000.00 | 2,600,000.00 |
| Total #7510 | rge | | | | | | | 0.00 | 2,600,000.00 | 2,600,000.00 |
| **#7511** | | | | | | | | | | |
| Deposit | 05/12/2023 | | | 125 head c... | | | Worthington ... | | 250,000.00 | 250,000.00 |
| Total #7511 | | | | | | | | 0.00 | 250,000.00 | 250,000.00 |
| **#7512** | | | | | | | | | | |
| General Journal | 05/10/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7512 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7513** | | | | | | | | | | |
| General Journal | 05/10/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7513 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7514** | | | | | | | | | | |
| General Journal | 05/11/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7514 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7515** | | | | | | | | | | |
| General Journal | 05/10/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7515 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7516** | | | | | | | | | | |
| General Journal | 05/17/2023 | | Shopify | 1 of 2 | | | Meat Sales | | 40,000.00 | 40,000.00 |
| General Journal | 05/18/2023 | | Shopify | 2 of 2     50 ... | | | Meat Sales | | 60,000.00 | 100,000.00 |
| Total #7516 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7517** | | | | | | | | | | |
| General Journal | 05/11/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7517 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7518** | | | | | | | | | | |
| Deposit | 05/17/2023 | | ... | 2 head cont... | | | Worthington ... | | 4,600.00 | 4,600.00 |
| Total #7518 | | | | | | | | 0.00 | 4,600.00 | 4,600.00 |

Confidential

APB 0173

AGRIDIME005916

ACC008789   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7519** | | | | | | | | | | |
| General Journal | 05/11/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7519 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7520** | | | | | | | | | | |
| Deposit | 05/19/2023 | | | 50 head co... | | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7520 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7521** | | | | | | | | | | |
| Deposit | 05/15/2023 | | | 37 head co... | | | Worthington ... | | 74,000.00 | 74,000.00 |
| Total #7521 | | | | | | | | 0.00 | 74,000.00 | 74,000.00 |
| **#7525** | | | | | | | | | | |
| General Journal | 05/16/2023 | | Shopify | 15 head co... | | | Meat Sales | | 30,000.00 | 30,000.00 |
| Total #7525 | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |
| **#7526** | | | | | | | | | | |
| Deposit | 05/26/2023 | | | 25 head co... | Cattle O... | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7526 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7528** | | | | | | | | | | |
| General Journal | 05/12/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7528 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7529** | | | | | | | | | | |
| General Journal | 05/14/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7529 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7530** | | | | | | | | | | |
| General Journal | 05/14/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7530 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7531** | | | | | | | | | | |
| General Journal | 05/15/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7531 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7532** | | | | | | | | | | |
| Deposit | 05/16/2023 | | | 1 head cont... | | | Worthington ... | | 2,000.00 | 2,000.00 |
| Total #7532 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

AGRIDIME005917
ACC008790   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7533** | | | | | | | | | | |
| General Journal | 05/15/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7533 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7534** | | | | | | | | | | |
| General Journal | 05/13/2023 | | Shopify | 6 head cont... | | | Meat Sales | | 12,000.00 | 12,000.00 |
| Total #7534 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |
| **#7535** | | | | | | | | | | |
| General Journal | 05/14/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7535 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7536** | | | | | | | | | | |
| General Journal | 05/14/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7536 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7537** | | | | | | | | | | |
| General Journal | 05/15/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7537 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7538** | | | | | | | | | | |
| Deposit | 05/23/2023 | | | AGRIDIME ... | | | Worthington ... | | 30,000.00 | 30,000.00 |
| Check | 05/23/2023 | | | ACH Charg... | Admin ... | | Worthington ... | 30,000.00 | | 0.00 |
| Total #7538 | | | | | | | | 30,000.00 | 30,000.00 | 0.00 |
| **#7538** | | | | | | | | | | |
| Deposit | 05/18/2023 | | | 15 head co... | | | Worthington ... | | 30,000.00 | 30,000.00 |
| Total #7538 | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |
| **#7540** | | | | | | | | | | |
| Deposit | 05/17/2023 | | | 25 head co... | | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7540 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7541** | | | | | | | | | | |
| Deposit | 06/02/2023 | COL... | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7541 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7542** | | | | | | | | | | |
| Deposit | 05/18/2023 | | | 10 head co... | | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #7542 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |

Confidential

APP 0172
AGRIDIME005918
ACC008791   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7543** | | | | | | | | | | |
| Deposit | 05/18/2023 | | ▮▮▮▮▮▮... | 25 head co... | | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7543 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7544** | | | | | | | | | | |
| General Journal | 05/15/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7544 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7545** | | | | | | | | | | |
| General Journal | 05/15/2023 | | Shopify | 1 of 2 | | | Meat Sales | | 4,000.00 | 4,000.00 |
| General Journal | 05/16/2023 | | Shopify | 2 of 2   3 h... | | | Meat Sales | | 2,000.00 | 6,000.00 |
| Total #7545 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7546** | | | | | | | | | | |
| General Journal | 05/15/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7546 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7547** | | | | | | | | | | |
| General Journal | 05/16/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7547 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7548** | | | | | | | | | | |
| General Journal | 05/16/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7548 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7549** | | | | | | | | | | |
| General Journal | 05/17/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7549 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7550** | | | | | | | | | | |
| General Journal | 05/15/2023 | | Shopify | 4 head cont... | | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #7550 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#7551** | | | | | | | | | | |
| Deposit | 05/25/2023 | | ▮▮▮▮▮▮ | 4 head cont... | | | Worthington ... | | 8,000.00 | 8,000.00 |
| Total #7551 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#7552** | | | | | | | | | | |
| General Journal | 05/15/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7552 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

APB 0176
AGRIDIME005919
ACC008792   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7553** | | | | | | | | | | |
| General Journal | 05/16/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7553 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7554** | | | | | | | | | | |
| General Journal | 05/16/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7554 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7555** | | | | | | | | | | |
| General Journal | 05/17/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7555 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7556** | | | | | | | | | | |
| General Journal | 05/16/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7556 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7557** | | | | | | | | | | |
| General Journal | 05/16/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7557 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7558** | | | | | | | | | | |
| General Journal | 05/16/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7558 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7559** | | | | | | | | | | |
| General Journal | 05/17/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7559 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7560** | | | | | | | | | | |
| General Journal | 05/18/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7560 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7561** | | | | | | | | | | |
| General Journal | 05/18/2023 | | Shopify | 6 head cont... | | | Meat Sales | | 12,000.00 | 12,000.00 |
| Total #7561 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |
| **#7562** | | | | | | | | | | |
| Deposit | 05/19/2023 | COL... | | 6 head cont... | | | Worthington ... | | 12,000.00 | 12,000.00 |
| Total #7562 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |

Confidential

Page 20

AGRIDIME005920

APP 0177

ACC008793   EF-9585

3:39 PM
09/26/23
Accrual Basis

# Agridime LLC
## Transaction Detail by Account
### May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7563** | | | | | | | | | | |
| Deposit | 06/05/2023 | | ▓▓▓ | 8 head cont... | Cattle O... | | Worthington ... | | 16,000.00 | 16,000.00 |
| Total #7563 | | | | | | | | 0.00 | 16,000.00 | 16,000.00 |
| **#7565** | | | | | | | | | | |
| General Journal | 05/18/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7565 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7566** | | | | | | | | | | |
| General Journal | 05/18/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7566 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7567** | | | | | | | | | | |
| General Journal | 05/19/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7567 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7568** | | | | | | | | | | |
| General Journal | 05/19/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7568 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7569** | | | | | | | | | | |
| General Journal | 05/19/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7569 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7570** | | | | | | | | | | |
| Deposit | 05/22/2023 | | ▓▓▓ | 2 head cont... | | | Worthington ... | | 4,000.00 | 4,000.00 |
| Total #7570 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7571** | | | | | | | | | | |
| Deposit | 05/25/2023 | | ▓▓▓ | 150 head c... | | | Worthington ... | | 300,000.00 | 300,000.00 |
| Total #7571 | | | | | | | | 0.00 | 300,000.00 | 300,000.00 |
| **#7572** | | | | | | | | | | |
| Deposit | 06/08/2023 | | ▓▓▓ ones ... | 150 head c... | Cattle O... | | Worthington ... | | 300,000.00 | 300,000.00 |
| Total #7572 | | | | | | | | 0.00 | 300,000.00 | 300,000.00 |
| **#7574** | | | | | | | | | | |
| General Journal | 05/22/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7574 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

AGRIDIME005921

APP. 0173

ACC008794   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7577** | | | | | | | | | | |
| General Journal | 05/19/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7577 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7578** | | | | | | | | | | |
| General Journal | 05/20/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7578 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7579** | | | | | | | | | | |
| General Journal | 05/21/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7579 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7580** | | | | | | | | | | |
| General Journal | 05/22/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7580 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7581** | | | | | | | | | | |
| General Journal | 05/22/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7581 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7582** | | | | | | | | | | |
| General Journal | 05/20/2023 | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7582 | | | amante | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7583** | | | | | | | | | | |
| General Journal | 05/22/2023 | | Shopify | 4 head cont... | | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #7583 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#7584** | | | | | | | | | | |
| General Journal | 05/18/2023 | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7584 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7585** | | | | | | | | | | |
| General Journal | 05/22/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7585 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7586** | | | | | | | | | | |
| General Journal | 05/22/2023 | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7586 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |

Confidential

APR-0179
AGRIDIME005922
ACC008795    EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7587** | | | | | | | | | | |
| General Journal | 05/23/2023 | | | Shopify | 4 head cont... | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #7587 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#7588** | | | | | | | | | | |
| General Journal | 05/23/2023 | | | Shopify | 2 head cont... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7588 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7589** | | | | | | | | | | |
| General Journal | 05/23/2023 | | | Shopify | 2 head cont... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7589 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7590** | | | | | | | | | | |
| General Journal | 05/22/2023 | | | Shopify | 10 head co... | | Meat Sales | | 20,000.00 | 20,000.00 |
| Total #7590 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7591** | | | | | | | | | | |
| General Journal | 05/23/2023 | | | Shopify | 10 head co... | | Meat Sales | | 20,000.00 | 20,000.00 |
| Total #7591 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7592** | | | | | | | | | | |
| General Journal | 05/23/2023 | | | Shopify | 10 head co... | | Meat Sales | | 20,000.00 | 20,000.00 |
| Total #7592 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7593** | | | | | | | | | | |
| General Journal | 05/25/2023 | | | Shopify | 9 head cont... | | Meat Sales | | 18,000.00 | 18,000.00 |
| Total #7593 | | | | | | | | 0.00 | 18,000.00 | 18,000.00 |
| **#7594** | | | | | | | | | | |
| General Journal | 05/23/2023 | | | Shopify | 1 head cont... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7594 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7595** | | | | | | | | | | |
| General Journal | 05/23/2023 | | | Shopify | 1 head cont... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7595 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7596** | | | | | | | | | | |
| General Journal | 05/24/2023 | | | Shopify | 1 head cont... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7596 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

APP 0180

AGRIDIME005923

ACC008796   EF-9585

3:39 PM

09/26/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7597** | | | | | | | | | | |
| General Journal | 05/24/2023 | | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7597 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7599** | | | | | | | | | | |
| General Journal | 05/26/2023 | | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7599 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7600** | | | | | | | | | | |
| General Journal | 05/23/2023 | | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7600 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7601** | | | | | | | | | | |
| General Journal | 05/25/2023 | | | Shopify | REFUNDED | | | Meat Sales | | 12,000.00 | 12,000.00 |
| General Journal | 06/09/2023 | | | Shopify | REFUND {o... | Cattle O... | | Meat Sales | 12,000.00 | | 0.00 |
| Total #7601 | | | | | | | | 12,000.00 | 12,000.00 | 0.00 |
| **#7602** | | | | | | | | | | |
| General Journal | 05/25/2023 | | | Shopify | 2 head cont... | | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7602 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7603** | | | | | | | | | | |
| General Journal | 05/24/2023 | | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7603 | os | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7604** | | | | | | | | | | |
| General Journal | 05/24/2023 | | | Shopify | 3 head cont... | | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7604 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7606** | | | | | | | | | | |
| General Journal | 05/25/2023 | | | Shopify | 5 head cont... | | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7606 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7607** | | | | | | | | | | |
| Deposit | 08/02/2023 | | | | 17 head co... | Cattle O... | | Worthington ... | | 34,000.00 | 34,000.00 |
| Total #7607 | Trust | | | | | | | 0.00 | 34,000.00 | 34,000.00 |
| **#7608** | | | | | | | | | | |
| Deposit | 05/26/2023 | | | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7608 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |

Confidential

APR 0181

AGRIDIME005924

ACC008797   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#7609** | | | | | | | | | | |
| Deposit | 05/26/2023 | | ██████ | 110 head c... | Cattle O... | | Worthington ... | | 220,000.00 | 220,000.00 |
| Total #7609 | | | | | | | | 0.00 | 220,000.00 | 220,000.00 |
| **#7610** | | | | | | | | | | |
| General Journal | 05/24/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7610 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7611** | | | | | | | | | | |
| General Journal | 05/25/2023 | | Shopify | 1 head cont... | | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7611 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7612** | | | | | | | | | | |
| Deposit | 06/13/2023 | | ██████ | 60 head co... | Cattle O... | | Worthington ... | | 120,000.00 | 120,000.00 |
| Total #7612 | | | | | | | | 0.00 | 120,000.00 | 120,000.00 |
| **#7614** | | | | | | | | | | |
| Deposit | 05/31/2023 | | ███████ | 533 head c... | Cattle O... | | Worthington ... | | 1,066,000.00 | 1,066,000.00 |
| Total #7614 | nsen | | | | | | | 0.00 | 1,066,000.00 | 1,066,000.00 |
| **#7615** | | | | | | | | | | |
| Deposit | 05/30/2023 | | ██████ | 24 head co... | Cattle O... | | Worthington ... | | 48,000.00 | 48,000.00 |
| Total #7615 | | | | | | | | 0.00 | 48,000.00 | 48,000.00 |
| **#7616** | | | | | | | | | | |
| General Journal | 05/26/2023 | | Shopify | 4 head cont... | Cattle O... | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #7616 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#7617** | | | | | | | | | | |
| General Journal | 05/27/2023 | | Shopify | 6 head cont... | Cattle O... | | Meat Sales | | 12,000.00 | 12,000.00 |
| Total #7617 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |
| **#7618** | | | | | | | | | | |
| General Journal | 05/26/2023 | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7618 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7619** | | | | | | | | | | |
| General Journal | 05/29/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7619 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |

Confidential

AGRIDIME005923
APR 0182
ACC008798   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7620** | | | | | | | | | | |
| General Journal | 05/26/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7620 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7621** na | | | | | | | | | | |
| General Journal | 05/30/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7621 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7622** r | | | | | | | | | | |
| General Journal | 05/30/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7622 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7622** | | | | | | | | | | |
| General Journal | 05/30/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7622 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7623** | | | | | | | | | | |
| Deposit | 05/31/2023 | | | 15 head co... | Cattle O... | | Worthington ... | | 30,000.00 | 30,000.00 |
| Total #7623 | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |
| **#7624** | | | | | | | | | | |
| Deposit | 05/31/2023 | | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7624 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7625** | | | | | | | | | | |
| General Journal | 05/31/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7625 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7626** | | | | | | | | | | |
| General Journal | 05/30/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7626 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7627** | | | | | | | | | | |
| General Journal | 05/31/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7627 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7628** | | | | | | | | | | |
| General Journal | 05/31/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7628 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

APP 0182
AGRIDIME005926
ACC008799   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7629** | | | | | | | | | | |
| General Journal | 05/30/2023 | | | Shopify | 2 head cont... | Cattle O... | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7629 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7631** | | | | | | | | | | |
| General Journal | 05/31/2023 | | | Shopify | 3 head cont... | Cattle O... | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7631 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7632** | | | | | | | | | | |
| General Journal | 06/07/2023 | | | Shopify | 3 head cont... | Cattle O... | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7632 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7635** | | | | | | | | | | |
| General Journal | 06/01/2023 | | | Shopify | 25 head co... | Cattle O... | Meat Sales | | 50,000.00 | 50,000.00 |
| Total #7635 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7636** | | | | | | | | | | |
| Deposit | 06/01/2023 | | | | 5 head cont... | Cattle O... | Worthington ... | | 10,000.00 | 10,000.00 |
| Total #7636 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7637** | | | | | | | | | | |
| Deposit | 05/26/2023 | | | ... | 25 head co... | Cattle O... | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7637 | | LLC | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7638** | | | | | | | | | | |
| General Journal | 06/01/2023 | | | Shopify | 3 head cont... | Cattle O... | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7638 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7639** | | | | | | | | | | |
| General Journal | 05/31/2023 | | | Shopify | 5 head cont... | Cattle O... | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7639 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7640** | | | | | | | | | | |
| General Journal | 06/01/2023 | | | Shopify | 2 head cont... | Cattle O... | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7640 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7641** | | | | | | | | | | |
| General Journal | 05/31/2023 | | | Shopify | 1 head cont... | Cattle O... | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7641 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

AGRIDIME005927

ACC008800   EF-9585

3:39 PM

09/25/23

Accrual Basis

# Agridime LLC
## Transaction Detail by Account
### May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7642** | | | | | | | | | | |
| General Journal | 06/01/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7642 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7644** | | | | | | | | | | |
| Deposit | 06/07/2023 | | Stripe | 15 head co... | Cattle O... | | Worthington ... | | 30,000.00 | 30,000.00 |
| Total #7644 | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |
| **#7646** | | | | | | | | | | |
| Deposit | 06/02/2023 | | | 22 head co... | Cattle O... | | Worthington ... | | 44,000.00 | 44,000.00 |
| Total #7645 | C | | | | | | | 0.00 | 44,000.00 | 44,000.00 |
| **#7646** | | | | | | | | | | |
| General Journal | 06/01/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7646 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7647** | | | | | | | | | | |
| Deposit | 06/06/2023 | | Bart Hiller | 350 head c... | Cattle O... | | Worthington ... | | 700,000.00 | 700,000.00 |
| Total #7647 | | | | | | | | 0.00 | 700,000.00 | 700,000.00 |
| **#7648** | | | | | | | | | | |
| Deposit | 06/02/2023 | | | 15 head co... | Cattle O... | | Worthington ... | | 30,000.00 | 30,000.00 |
| Total #7648 | | | | | | | | 0.00 | 30,000.00 | 30,000.00 |
| **#7649** | | | | | | | | | | |
| General Journal | 06/02/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7649 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7650** | | | | | | | | | | |
| General Journal | 06/01/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7650 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7651** | | | | | | | | | | |
| General Journal | 06/01/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7651 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7652** | | | | | | | | | | |
| General Journal | 06/01/2023 | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7652 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |

Confidential

AGRIDIME005928

APP 0185

ACC008801   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7653** | | | | | | | | | | |
| General Journal | 06/01/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7653 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7654** | | | | | | | | | | |
| General Journal | 06/01/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7654 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7655** | | | | | | | | | | |
| General Journal | 06/02/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7655 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7656** | | | | | | | | | | |
| Deposit | 06/14/2023 | | | | 1 head cont... | Cattle O... | | Worthington ... | | 2,000.00 | 2,000.00 |
| Total #7656 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7657** | | | | | | | | | | |
| Deposit | 06/06/2023 | | | . | 10 head co... | Cattle O... | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #7657 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7658** | | | | | | | | | | |
| General Journal | 06/02/2023 | | | Shopify | 6 head cont... | Cattle O... | | Meat Sales | | 12,000.00 | 12,000.00 |
| Total #7658 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |
| **#7659** | | | | | | | | | | |
| General Journal | 06/02/2023 | | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7659 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7660** | | | | | | | | | | |
| General Journal | 06/02/2023 | | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7660 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7661** | | | | | | | | | | |
| General Journal | 06/02/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7661 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7662** | | | | | | | | | | |
| General Journal | 06/02/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7662 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

AGRIDIME005929

ACC008802   EF-9585

3:39 PM

09/25/23

Accrual Basis

## Agridime LLC
## Transaction Detail by Account
### May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7663** | | | | | | | | | | |
| General Journal | 06/02/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7663 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7664** | | | | | | | | | | |
| General Journal | 06/03/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7664 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7665** | | | | | | | | | | |
| General Journal | 06/03/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7665 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7666** | | | | | | | | | | |
| General Journal | 06/03/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7666 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7667** | | | | | | | | | | |
| General Journal | 06/04/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7667 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7668** | | | | | | | | | | |
| General Journal | 06/04/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7668 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7669** | | | | | | | | | | |
| General Journal | 06/05/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7669 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7670** | | | | | | | | | | |
| General Journal | 06/03/2023 | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7670 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7671** | | | | | | | | | | |
| General Journal | 06/03/2023 | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7671 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7672** | | | | | | | | | | |
| General Journal | 06/03/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7672 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |

Confidential

APP 0187
AGRIDIME005930
ACC008803   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7673** | | | | | | | | | | |
| General Journal | 06/05/2023 | | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7673 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7674** | | | | | | | | | | |
| General Journal | 06/05/2023 | | | Shopify | 10 head co... | Cattle O... | | Meat Sales | | 20,000.00 | 20,000.00 |
| Total #7674 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7675** | | | | | | | | | | |
| Deposit | 06/07/2023 | | | | 110 head c... | Cattle O... | | Worthington ... | | 220,000.00 | 220,000.00 |
| Total #7675 | | | | | | | | 0.00 | 220,000.00 | 220,000.00 |
| **#7676** | | | | | | | | | | |
| Deposit | 06/07/2023 | | | nt | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7676 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7677** | | | | | | | | | | |
| Deposit | 06/06/2023 | | | | 2 head cont... | Cattle O... | | Worthington ... | | 4,000.00 | 4,000.00 |
| Total #7677 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7678** | | | | | | | | | | |
| General Journal | 06/05/2023 | | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7678 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7679** | | | | | | | | | | |
| General Journal | 06/08/2023 | | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7679 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7680** | | | | | | | | | | |
| General Journal | 06/05/2023 | | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7680 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7681** | | | | | | | | | | |
| General Journal | 06/05/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7681 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7682** | | | | | | | | | | |
| General Journal | 06/07/2023 | | | Shopify | 9 head cont... | Cattle O... | | Meat Sales | | 18,000.00 | 18,000.00 |
| Total #7682 | | | | | | | | 0.00 | 18,000.00 | 18,000.00 |

Confidential

AGRIDIME005931

ACC008804   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#7683** | | | | | | | | | | |
| General Journal | 06/06/2023 | | | Shopify | 4 head cont... | Cattle O... | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #7683 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#7684** | | | | | | | | | | |
| Deposit | 06/07/2023 | | | 75 head co... | Cattle O... | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #7684 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |
| **#7685** | | | | | | | | | | |
| Deposit | 06/08/2023 | | | 125 head c... | Cattle O... | | Worthington ... | | 250,000.00 | 250,000.00 |
| Total #7685 | | | | | | | | 0.00 | 250,000.00 | 250,000.00 |
| **#7686** | | | | | | | | | | |
| Deposit | 06/20/2023 | | | 100 head c... | Cattle O... | | Worthington ... | | 200,000.00 | 200,000.00 |
| Total #7686 | | | | | | | | 0.00 | 200,000.00 | 200,000.00 |
| **#7687** | | | | | | | | | | |
| General Journal | 06/06/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7687 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7688** | | ne | | | | | | | | |
| General Journal | 06/07/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7688 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7689** | | | | | | | | | | |
| General Journal | 06/07/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7689 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7690** | | | | | | | | | | |
| General Journal | 06/07/2023 | | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7690 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7691** | | | | | | | | | | |
| General Journal | 06/07/2023 | | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7691 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7693** | | | | | | | | | | |
| General Journal | 06/08/2023 | | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7693 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |

Confidential

Page 32

AGRIDIME005932
APP 0189
ACC008805   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7694** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7694 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7695** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7695 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7696** | | | | | | | | | | |
| Deposit | 06/14/2023 | | | 6 head cont... | Cattle O... | | Worthington ... | | 12,000.00 | 12,000.00 |
| Total #7696 | | | | | | | | 0.00 | 12,000.00 | 12,000.00 |
| **#7697** | | | | | | | | | | |
| Deposit | 06/14/2023 | COL... | | 250 head c... | Cattle O... | | Worthington ... | | 500,000.00 | 500,000.00 |
| Total #7697 | | | | | | | | 0.00 | 500,000.00 | 500,000.00 |
| **#7698** | | | | | | | | | | |
| Deposit | 06/13/2023 | COL... | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7698 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7699** | | | | | | | | | | |
| Deposit | 07/18/2023 | COL... | ... | 34 head co... | Cattle O... | | Worthington ... | | 68,000.00 | 68,000.00 |
| Total #7699 | | | | | | | | 0.00 | 68,000.00 | 68,000.00 |
| **#7700** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7700 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7701** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 10 head co... | Cattle O... | | Meat Sales | | 20,000.00 | 20,000.00 |
| Total #7701 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7702** | | | | | | | | | | |
| Deposit | 06/12/2023 | | | 30 head co... | Cattle O... | | Worthington ... | | 60,000.00 | 60,000.00 |
| Total #7702 | | | | | | | | 0.00 | 60,000.00 | 60,000.00 |
| **#7703** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7703 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Page 33

Confidential

AGRIDIME005993

ACC008806   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7704** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7704 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7705** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7705 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7706** | | | | | | | | | | |
| General Journal | 06/13/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7706 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7707** | | | | | | | | | | |
| General Journal | 06/12/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7707 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7708** | | | | | | | | | | |
| General Journal | 06/13/2023 | | Shopify | 4 head cont... | Cattle O... | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #7708 | | LLC | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#7710** | | | | | | | | | | |
| Deposit | 06/13/2023 | | | 1350 head... | Cattle O... | | Worthington ... | | 2,700,000.00 | 2,700,000.00 |
| Total #7710 | | | | | | | | 0.00 | 2,700,000.00 | 2,700,000.00 |
| **#7711** | | | | | | | | | | |
| Deposit | 06/13/2023 | COL... | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7711 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7712** | | | | | | | | | | |
| Deposit | 06/14/2023 | COL... | | 91 head co... | Cattle O... | | Worthington ... | | 182,000.00 | 182,000.00 |
| Total #7712 | | | | | | | | 0.00 | 182,000.00 | 182,000.00 |
| **#7713** | | | | | | | | | | |
| General Journal | 06/10/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7713 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7714** | | | | | | | | | | |
| General Journal | 06/10/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7714 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

AGRIDIME005934

APP 0191

ACC008807   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7715** | | | | | | | | | | |
| General Journal | 06/12/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7715 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7716** | | | | | | | | | | |
| Deposit | 06/15/2023 | | ████ | 100 head c... | Cattle O... | | Worthington ... | | 200,000.00 | 200,000.00 |
| Total #7716 | | | | | | | | 0.00 | 200,000.00 | 200,000.00 |
| **#7718** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7718 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7719** | | | | | | | | | | |
| General Journal | 06/09/2023 | | Shopify | 7 head cont... | Cattle O... | | Meat Sales | | 14,000.00 | 14,000.00 |
| Total #7719 | | | | | | | | 0.00 | 14,000.00 | 14,000.00 |
| **#7720** | | | | | | | | | | |
| General Journal | 06/13/2023 | | Shopify | 7 head cont... | Cattle O... | | Meat Sales | | 14,000.00 | 14,000.00 |
| Total #7720 | | | | | | | | 0.00 | 14,000.00 | 14,000.00 |
| **#7722** | | | | | | | | | | |
| Deposit | 06/15/2023 | | ████ | 1 head cont... | Cattle O... | | Worthington ... | | 2,000.00 | 2,000.00 |
| Total #7722 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7723** | | | | | | | | | | |
| Deposit | 06/15/2023 | | ████ | 1 head cont... | Cattle O... | | Worthington ... | | 2,000.00 | 2,000.00 |
| Total #7723 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7724** | | | | | | | | | | |
| Deposit | 06/15/2023 | COL... | ████ | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7724 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7725** | | | | | | | | | | |
| General Journal | 06/12/2023 | | Shopify | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7725 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7726** | | | | | | | | | | |
| General Journal | 06/11/2023 | , | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7726 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |

Confidential

AGRIDIME005935

ACC008808   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7727** | | | | | | | | | | |
| General Journal | 06/11/2023 | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7727 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7728** | | | | | | | | | | |
| General Journal | 06/13/2023 | | Shopify | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7728 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7729** | | | | | | | | | | |
| General Journal | 06/14/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7729 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7730** | | | | | | | | | | |
| Deposit | 06/15/2023 | COL... | | 25 head co... | Cattle O... | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7730 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7731** | | | | | | | | | | |
| General Journal | 06/15/2023 | | | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7731 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7732** | | | | | | | | | | |
| General Journal | 06/05/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7732 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7735** | | | | | | | | | | |
| General Journal | 06/15/2023 | | | 50 head co... | Cattle O... | | Meat Sales | | 100,000.00 | 100,000.00 |
| Total #7735 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7736** | | | | | | | | | | |
| Deposit | 06/22/2023 | | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7736 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7737** | | | | | | | | | | |
| General Journal | 06/14/2023 | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7737 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7738** | | | | | | | | | | |
| General Journal | 06/15/2023 | | Shopify | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7738 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |

Confidential

AGRIDIME005598

APP-0193

ACC008809   EF-9585

3:39 PM

09/25/23

Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#7739** | | | | | | | | | | |
| General Journal | 06/15/2023 | | ■■■■■ | 4 head cont... | Cattle O... | | Meat Sales | | 8,000.00 | 8,000.00 |
| Total #7739 | | | | | | | | 0.00 | 8,000.00 | 8,000.00 |
| **#7741** | | | | | | | | | | |
| Deposit | 06/20/2023 | | ■■■■■ | 1 head cont... | Cattle O... | | Worthington ... | | 2,000.00 | 2,000.00 |
| Total #7741 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7742** | | | | | | | | | | |
| General Journal | 06/15/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7742 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7743** | | | | | | | | | | |
| General Journal | 06/15/2023 | | Shopify | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7743 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7745** | | | | | | | | | | |
| Deposit | 06/23/2023 | | ■■■■■ ri | 75 head co... | Cattle O... | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #7745 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |
| **#7746** | | | | | | | | | | |
| Deposit | 06/20/2023 | | ■■■■ | 100 head c... | Cattle O... | | Worthington ... | | 200,000.00 | 200,000.00 |
| Total #7746 | | | | | | | | 0.00 | 200,000.00 | 200,000.00 |
| **#7748** | | | | | | | | | | |
| Deposit | 06/21/2023 | | ■■■■ | 25 head co... | Cattle O... | | Worthington ... | | 50,000.00 | 50,000.00 |
| Total #7748 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7749** | | | | | | | | | | |
| Deposit | 06/22/2023 | | ■■■■■ | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7749 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7752** | | | | | | | | | | |
| Deposit | 06/28/2023 | | ■■■■■ | 3 head cont... | Cattle O... | | Worthington ... | | 6,000.00 | 6,000.00 |
| Total #7752 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7754** | | | | | | | | | | |
| Deposit | 06/22/2023 | | ■■■■■ | 75 head co... | Cattle O... | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #7754 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |

Confidential

AGRIDIME005597

APP 0197

ACC008810   EF-9585

3:39 PM
08/26/23
Accrual Basis

# Agridime LLC
## Transaction Detail by Account
### May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7755** | | | | | | | | | | |
| General Journal | 07/10/2023 | | ▇▇▇ | 25 head co... | Cattle O... | | Meat Sales | | 50,000.00 | 50,000.00 |
| Total #7755 | | | | | | | | 0.00 | 50,000.00 | 50,000.00 |
| **#7756** | | | | | | | | | | |
| General Journal | 07/05/2023 | | ▇▇▇ | 9 head cont... | Cattle O... | | Meat Sales | | 18,000.00 | 18,000.00 |
| Total #7756 | | | | | | | | 0.00 | 18,000.00 | 18,000.00 |
| **#7757** | | | | | | | | | | |
| Deposit | 06/30/2023 | COL... | ▇▇▇ | 11 head co... | Cattle O... | | Worthington ... | | 22,000.00 | 22,000.00 |
| Total #7757 | | | | | | | | 0.00 | 22,000.00 | 22,000.00 |
| **#7758** | | | | | | | | | | |
| General Journal | 06/22/2023 | | ▇▇▇ | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7758 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7759** | | | | | | | | | | |
| General Journal | 06/23/2023 | | ▇▇▇ | 2 head cont... | Cattle O... | | Meat Sales | | 4,000.00 | 4,000.00 |
| Total #7759 | | | | | | | | 0.00 | 4,000.00 | 4,000.00 |
| **#7760** | | | | | | | | | | |
| Deposit | 06/30/2023 | | ▇▇▇ | 100 head c... | Cattle O... | | Worthington ... | | 200,000.00 | 200,000.00 |
| Total #7760 | | | | | | | | 0.00 | 200,000.00 | 200,000.00 |
| **#7761** | | | | | | | | | | |
| Deposit | 06/28/2023 | | ▇▇▇ ... | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7761 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7762** | | | | | | | | | | |
| General Journal | 06/27/2023 | | ▇▇▇ | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7762 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7763** | | | | | | | | | | |
| General Journal | 06/27/2023 | | ▇▇▇ | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7763 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |
| **#7764** | | | | | | | | | | |
| General Journal | 06/27/2023 | | ▇▇▇ | 1 head cont... | Cattle O... | | Meat Sales | | 2,000.00 | 2,000.00 |
| Total #7764 | | | | | | | | 0.00 | 2,000.00 | 2,000.00 |

Confidential

APP 0195
AGRIDIME005558
ACC008811   EF-9585

3:39 PM
09/25/23
Accrual Basis

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **#7770** | | | | | | | | | | |
| Deposit | 07/11/2023 | | | 50 head co... | Cattle O... | | Worthington ... | | 100,000.00 | 100,000.00 |
| Total #7770 | | | | | | | | 0.00 | 100,000.00 | 100,000.00 |
| **#7771** | | | | | | | | | | |
| Deposit | 06/28/2023 | | | 75 head co... | Cattle O... | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #7771 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |
| **#7772** | | | | | | | | | | |
| Deposit | 06/30/2023 | COL... | | 14 head co... | Cattle O... | | Worthington ... | | 28,000.00 | 28,000.00 |
| Total #7772 | | | | | | | | 0.00 | 28,000.00 | 28,000.00 |
| **#7773** | | | | | | | | | | |
| Deposit | 07/05/2023 | | | 10 head co... | Cattle O... | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #7773 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7774** | | | | | | | | | | |
| Deposit | 06/30/2023 | | | 10 head co... | Cattle O... | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #7774 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7776** | | | | | | | | | | |
| Deposit | 07/06/2023 | | | 3 head cont... | Cattle O... | | Worthington ... | | 6,000.00 | 6,000.00 |
| Total #7776 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7778** | | | | | | | | | | |
| Deposit | 06/30/2023 | | | 100 head c... | Cattle O... | | Worthington ... | | 200,000.00 | 200,000.00 |
| Total #7778 | | | | | | | | 0.00 | 200,000.00 | 200,000.00 |
| **#7780** | | | | | | | | | | |
| Deposit | 07/07/2023 | | | 5 head cont... | Cattle O... | | Worthington ... | | 10,000.00 | 10,000.00 |
| Total #7780 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7781** | | | | | | | | | | |
| Deposit | 07/07/2023 | | | 85 head co... | Cattle O... | | Worthington ... | | 170,000.00 | 170,000.00 |
| Total #7781 | | | | | | | | 0.00 | 170,000.00 | 170,000.00 |
| **#7782 The** | | | | | | | | | | |
| Deposit | 07/03/2023 | | | 105 head c... | Cattle O... | | Worthington ... | | 210,000.00 | 210,000.00 |
| Total #7782 | | | | | | | | 0.00 | 210,000.00 | 210,000.00 |

Confidential

AGRIDIME005599
APP 0196
ACC008812   EF-9585

3:39 PM
09/25/23
Accrual Basis

# Agridime LLC
## Transaction Detail by Account
### May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **#7783** | | | | | | | | | | |
| Deposit | 07/03/2023 | | | 64 head co... | Cattle O... | | Worthington ... | | 128,000.00 | 128,000.00 |
| Total #7783 | | | | | | | | 0.00 | 128,000.00 | 128,000.00 |
| **#7785** | | | | | | | | | | |
| General Journal | 07/05/2023 | | | 5 head cont... | Cattle O... | | Meat Sales | | 10,000.00 | 10,000.00 |
| Total #7785 | | | | | | | | 0.00 | 10,000.00 | 10,000.00 |
| **#7786** | | | | | | | | | | |
| Deposit | 07/13/2023 | | | 20 head co... | Cattle O... | | Worthington ... | | 40,000.00 | 40,000.00 |
| Total #7786 | | | | | | | | 0.00 | 40,000.00 | 40,000.00 |
| **#7787** | | | | | | | | | | |
| Deposit | 07/03/2023 | | | 10 head co... | Cattle O... | | Worthington ... | | 20,000.00 | 20,000.00 |
| Total #7787 | | | | | | | | 0.00 | 20,000.00 | 20,000.00 |
| **#7789** | | | | | | | | | | |
| General Journal | 07/05/2023 | | | 30 head co... | Cattle O... | | Meat Sales | | 60,000.00 | 60,000.00 |
| Total #7789 | | | | | | | | 0.00 | 60,000.00 | 60,000.00 |
| **#7790** | | | | | | | | | | |
| Deposit | 07/06/2023 | | | 7 head cont... | Cattle O... | | Worthington ... | | 14,000.00 | 14,000.00 |
| Total #7790 | | | | | | | | 0.00 | 14,000.00 | 14,000.00 |
| **#7791** | | | | | | | | | | |
| Deposit | 07/10/2023 | | | 12 head co... | Cattle O... | | Worthington ... | | 24,000.00 | 24,000.00 |
| Total #7791 | | | | | | | | 0.00 | 24,000.00 | 24,000.00 |
| **#7792** | | | | | | | | | | |
| General Journal | 07/07/2023 | | | 3 head cont... | Cattle O... | | Meat Sales | | 6,000.00 | 6,000.00 |
| Total #7792 | | | | | | | | 0.00 | 6,000.00 | 6,000.00 |
| **#7793** | | | | | | | | | | |
| Deposit | 07/11/2023 | | | 125 head c... | Cattle O... | | Worthington ... | | 250,000.00 | 250,000.00 |
| Total #7793 | | | | | | | | 0.00 | 250,000.00 | 250,000.00 |
| **#7794** | | | | | | | | | | |
| Deposit | 07/07/2023 | | | 90 head co... | Cattle O... | | Worthington ... | | 180,000.00 | 180,000.00 |
| Total #7794 | | | | | | | | 0.00 | 180,000.00 | 180,000.00 |

Confidential

AGRIDIME005940
APP 0197
ACC008813   EF-9585

**Agridime LLC**
**Transaction Detail by Account**
May 5 through September 5, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| #7796 | | | | | | | | | | |
| Deposit | 07/11/2023 | COL... | | 75 head co... | Cattle O... | | Worthington ... | | 150,000.00 | 150,000.00 |
| Total #7796 | | | | | | | | 0.00 | 150,000.00 | 150,000.00 |
| #7797 | | | | | | | | | | |
| Deposit | 07/06/2023 | | | 17 head co... | Cattle O... | | Worthington ... | | 34,000.00 | 34,000.00 |
| Total #7797 | | | | | | | | 0.00 | 34,000.00 | 34,000.00 |
| Total Livestock Contract Sales | | | | | | | | 167,600.00 | 30,836,200.00 | 30,668,600.00 |
| TOTAL | | | | | | | | 167,600.00 | 30,836,200.00 | 30,668,600.00 |

ACC008814   EF-9585

DocuSign Envelope ID: AC765460-D2A4-4E59-A8FE-5EA78F49069F

 **Agridime**

Fort Worth, TX
Phone
Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT #7615

This Contract entered into on **May 31st, 2023** by and between ⬛⬛⬛ hereinafter called Seller, and **Agridime** Of **Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 24 | Steers And/Or Heifers | Home raised calves, Angus Based | 1,300-1,500 | $2,400 per head | Freight on Buyer- Hope, KS and/or Satanta, KS: May 31st, 2023 to June 10th, 2024 |

**CONTRACT TERMS:** ⬛⬛⬛ agrees to purchase twenty-four steers and/or heifers for $2,000 per steer or heifer ($48,000 total). Agridime agrees to pay 20% per year profit on those cattle. Guaranteed yearly profits of 20%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via electronic funds transfer. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".

Signature:
Seller:
Accepted By:
Date accepted: 5/30/2023

Signature: _Josh Link_
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 5/30/2023

CONFIDENTIAL

1

AGRIDIME005942
APP 0199

ACC008815   EF-9585

DocuSign Envelope ID: 15C29AAF-09DE-41EB-8C70-188D59438B61

 **Agridime**



Fort Worth, TX
Phone
Fax
Cattle@agridime.com

## LIVESTOCK CONTRACT #7741

This Contract entered into on **June 15th, 2023** by and between █████████████ hereinafter called Seller, and **Agridime Of Fort Worth, TX** hereinafter called Buyer. The Seller agrees to sell and Agridime (the "Buyer") agrees to purchase from the Seller the below described cattle in accordance with the preceding terms and conditions, which are legally binding on the Seller and Buyer. Agridime is licensed and bonded in accordance with the USDA. All cattle are insured for death loss. In the event of death, Agridime will replace any lost cattle and maintain the guaranteed return set forth below.

| Number of Head | Sex | Breed, Sire & Dam Breakdown or Color | Base Wt (lbs) | Price | Delivery Schedule And Dates |
|---|---|---|---|---|---|
| 1 | Steer And/Or Heifer | Home raised calves, Angus Based | 1,300-1,500 | $2,300 per head | Freight on Buyer- Hope, KS and/or Satanta, KS: June 15th, 2023 to June 25th, 2024 |

CONTRACT TERMS: █████████████ agrees to purchase one steer and/or heifer for $2,000 per steer or heifer ($2,000 total). Agridime agrees to pay 15% per year profit on those cattle. Guaranteed yearly profits of 15%. Contract to be paid 7-10 business days after the final date set forth in the above delivery schedule. Payment to be made by Agridime via electronic funds transfer. Contract terms are payable 12 months post the date set forth in this contract, or upon receipt of funds from the aforementioned "seller".

Signature: ████████████████
Seller: ████████████
Accepted By: ███████████
Date accepted: 6/15/2023

Signature: _Josh Link_
Buyer: Agridime LLC
Accepted By: Josh Link
Date accepted: 6/15/2023

CONFIDENTIAL

AGRIDIME005943
APP 0200

ACC008816   EF-9585

# EXHIBIT E-5

APP 0201

1                    BEFORE THE ARIZONA

2                CORPORATION COMMISSION

3                  SECURITIES DIVISION

4   IN THE MATTER OF THE        ) FILE NO. EF-9585
    INVESTIGATION OF:           )
5                               )
    AGRIDIME, LLC               )
6                               )

7

8

            EXAMINATION UNDER OATH OF JOSHUA LINK
9

10                   Phoenix, Arizona
                     August 2, 2023
11                     10:06 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24   Glennie Reporting Services, LLC   Prepared by:
     1555 East Orangewood Avenue       Andres Efren Anaya, RPR
25   Phoenix, Arizona 85020            CR No. 50964

```
 1                    INDEX TO EXAMINATIONS

 2   Witness                                  Page

 3   JOSHUA LINK

 4       EXAMINATION BY MS. ANDERSEN:              6

 5
                        INDEX TO EXHIBITS
 6
     No.          Description          Marked/Identified
 7

 8   Exhibit 1    Sample LIVESTOCK CONTRACT#      31
                  7124771
 9
     Exhibit 2    Agridime LLC Profit & Loss      49
10                Accrual Basis January 1, 2021
                  through May 4, 2023
11                AGRIDIME000008, ACC000025
                  AGRIDIME000014, ACC000031
12
     Exhibit 3    Agridime LLC Balance Sheet      54
13                Accrual Basis As of May 4,
                  2023
14                AGRIDIME000006, ACC000023
                  AGRIDIME000007, ACC000024
15
     Exhibit 4    Customer/Contract List          64
16                5/17/2022 through 5/18/2023
                  AGRIDIME000001, ACC000018
17                AGRIDIME000005, ACC000022

18   Exhibit 5    Agridime LLC Journal            63
                  January through May 2023
19                AGRIDIME002876, ACC002893

20   Exhibit 6    Agridime LLC Journal            64
                  January through May 2023
21                AGRIDIME003413, ACC003430

22   Exhibit 7    Agridime LLC Journal            65
                  October through December 2022
23                AGRIDIME002774, ACC002791

24   Exhibit 8    Agridime LLC Journal            65
                  January through December 2021
25                AGRIDIME000647, ACC000664
```

1  INDEX TO EXHIBITS

2  No.              Description              Marked/Identified

3  Exhibit 9       Agridime LLC Journal              66
                   January through December 2021
4                  AGRIDIME000638, ACC000655

5  Exhibit 10      Agridime, LLC Schedule K-1        67
                   (Form 1065) 2021
6                  AGRIDIME004505, ACC004639

7  Exhibit 11      Agridime, LLC Form 1065 for       68
                   2020 and 2021
8                  AGRIDIME004455, ACC004589
                   AGRIDIME004499, ACC004633
9
   Exhibit 12      Agridime LLC General Ledger       71
10                 Accrual Basis As of May 4,
                   2023
11                 AGRIDIME003767, ACC003784
                   AGRIDIME004404, ACC004421
12
   Exhibit 13      Agridime LLC General Ledger       74
13                 Accrual Basis As of May 4,
                   2023
14                 AGRIDIME004408, ACC004425
                   AGRIDIME004411, ACC004428
15
   Exhibit 14      Agridime LLC Balance Sheet -      54
16                 2023 As of March 31, 2023
                   ACC004520-ACC004522
17
   Exhibit 15      Agridime LLC Bank Statement       86
18                 for account ending in 2742
                   6/30/2023 statement
19                 ACC005571-ACC005578

20

21

22

23

24

25

GLENNIE REPORTING SERVICES, L.L.C.
602.266.6535   www.glennie-reporting.com

APP 0204

```
 1              EXAMINATION UNDER OATH OF JOSHUA LINK,

 2   taken on August 2, 2023, commencing at 10:06 a.m., at the

 3   Arizona Corporation Commission, Securities Division, 1300

 4   West Washington Street, Third Floor, Phoenix, Arizona,

 5   before Andres Efren Anaya, Certified Reporter No.

 6   50964.

 7

     APPEARANCES:
 8

 9   For the Securities Division:

10              BY:   Sasha Andersen, Enforcement Attorney
                      Cody Turley, Chief Accountant
11                    Jordan Freiburg, Investigator
                      Securities Division
12                    1300 West Washington Street, Third Floor
                      Phoenix, Arizona 85007-2996
13

14   FOR THE RESPONDENT:

15              BY:   Cory L. Braddock, Esq.
                      Zachary Schroeder, Esq.
16                    SNELL & WILMER
                      One East Washington Street #2700
17                    Phoenix, AZ 85004
                      (602) 382-6336
18                    Cbraddock@swlaw.com

19

20

21

22

23

24

25
```

1               MS. ANDERSEN:  This is part of an inquiry by

2     the Securities Division of the Arizona Corporation

3     Commission in the matter of Agridime, LLC, enforcement

4     file number 9585, in order to determine if there has been

5     full compliance with the Securities Act of Arizona and/or

6     the Arizona Investment Management Act.  The information

7     obtained today may reveal violations of statutes outside

8     of these two acts.

9               Persons present for the Division are myself,

10    Sasha Andersen, Enforcement Counsel for the Division;

11    Cody Turley, Chief Accountant for the Division; and

12    Jordan Freiburg, Investigator for the Division.

13              And I will let everyone else introduce

14    themselves for the record.  I want to start with you,

15    Mr. Link.

16              THE WITNESS:  Josh Link.

17              MR. BRADDOCK:  And Josh Link is with

18    Agridime.

19              I'm Cory Braddock with Snell & Wilmer,

20    counsel for Agridime.

21              MR. SCHROEDER:  And I'm Zach Schroeder of

22    Snell and Wilmer, counsel for Agridime.

23              MR. BRADDOCK:  That may be the first time

24    you've spoken in a deposition.

25              MR. SCHROEDER:  No.

```
 1              MR. BRADDOCK:  Okay.

 2              MS. ANDERSEN:  Will you administer the oath,

 3    please, when you're ready.

 4

 5                     JOSHUA LINK,

 6    called as a witness herein, having been first duly sworn,

 7    was examined and testified as follows:

 8

 9                     EXAMINATION

10    BY MS. ANDERSEN:

11      Q.    Mr. Link, you have the right to refuse to

12    answer any questions if you think the answer may tend to

13    incriminate you.  You have the right to refuse to produce

14    any private papers that you feel may tend to incriminate

15    you.  You do not have the right to refuse to produce

16    corporate papers based upon any claim of

17    self-incrimination.

18              The reporter will go off the record at my

19    direction. If you or your attorneys would like to go off

20    the record, tell me and I will try to accommodate you.

21              The reporter will note for the record each time

22    you consult with your attorney before answering.  This is

23    done to ensure an accurate record.

24              Because your testimony is being recorded by a

25    reporter, please respond verbally as opposed to nodding
```

1    or shaking your head.  Also let me finish asking you a

2    question before you answer so two people will not be

3    speaking at once?

4            If you don't hear a question or don't

5    understand a question, say so and the reporter will

6    repeat it or I will explain the question further.

7            You are under oath.  So any false statements

8    you make may be criminally prosecuted as perjury.  Do you

9    understand what I have explained to you today?

10   A.     Yes, ma'am.

11   Q.     Are you on any medication today or under any

12   physical disability that might interfere with your

13   ability to answer questions?

14   A.     No, ma'am.

15   Q.     Please state your full name for the record.

16   A.     Joshua Link.

17   Q.     Have you ever used any other name?

18   A.     No, ma'am.

19   Q.     What is your home address?

20   A.     2957 East Franklin Avenue, Gilbert, Arizona.

21   Q.     What -- how long have you resided there?

22   A.     I don't know exactly off the top of my head for

23   the exact date, but a couple years.  My wife and I go

24   back and forth between a residence here, and in Kansas

25   where our ranches are at.

```
 1        Q.    What's your address in Kansas?
 2        A.    620 West Main Street.  Herington, Kansas.
 3        Q.    Do you know the ZIP code?
 4        A.    I do -- not off the top of my head.  I could
 5  guess at it.
 6        Q.    And what is your home telephone number?
 7        A.    I just have my mobile.
 8        Q.    What is that?
 9        A.    (309) 351-9860.
10        Q.    Please state your work history for the past ten
11  years.
12        A.    Past ten years.  I -- I guess that'd be back --
13  I'm 29 right now.  So that would be since I was 19.
14              I worked at O'Brien Steel Service as a inside
15  sales representative and I also did electronic data
16  integration.  And after that, I did consulting out here
17  in Scottsdale, actually for a data solutions company.
18              We did big data architecture and electronic
19  data integration for Fortune 100 to Fortune 500
20  companies.
21              And after that, launched Agridime.  And I've
22  always done freelance web development as well since, you
23  know, for my entire work -- work history.  And yeah, I've
24  been doing Agridime ever since.
25        Q.    Tell me what you mean by you launched Agridime.
```

```
 1      A.     My business partner and I cofounded Agridime.
 2   And --
 3             THE REPORTER:  I'm sorry.  Can you say that
 4   again.  Your business partner and you --
 5             THE WITNESS:  My business partner and I.
 6             THE REPORTER:  Did you say the name?
 7             THE WITNESS:  No.
 8   MS. ANDERSEN:
 9      Q.     Why don't you go ahead and say their name.
10      A.     Sure.  Jed Wood.
11      Q.     All right.  Please continue.
12      A.     Yes.  My business partner and I founded
13   Agridime together.
14             MS. ANDERSEN:  Do you need clarification or
15   spelling of the name?
16             THE REPORTER:  No, thank you.
17   BY MS. ANDERSEN:
18      Q.     What is your educational history?
19      A.     I graduated high school, and went to a semester
20   of college at Joliet Junior College.
21             And I also went off and on for about a year and
22   a half to Illinois Central College.
23      Q.     I'm going to ask you to confirm the last four
24   digits of your Social Security number.  However, under
25   the federal right to privacy act, you are not obligated
```

1      to answer.  If you do answer, the information will only

2      be used for identification purposes.

3                Are the last four digits of your Social

4      Security number 0269?

5      A.      Yes, ma'am.

6      Q.      Are you a registered securities broker or

7      dealer?

8      A.      No.

9      Q.      Are you a securities salesman?

10     A.      No, ma'am.

11     Q.      Are you a registered investment advisor?

12     A.      No, ma'am.

13     Q.      Do you hold any state licenses other than a

14     driver's license?

15     A.      Not to my knowledge.

16     Q.      Have you given any prior testimony in

17     connection with Agridime?

18     A.      No, ma'am, not to my knowledge.

19     Q.      Are you connected to any other businesses?

20              MR. BRADDOCK:  Objection.  Form.

21              THE WITNESS:  Do I --

22              MR. BRADDOCK:  Yeah, you can -- you can

23     still answer if you understand it.

24              THE WITNESS:  Can you clarify?

25

```
 1   BY MS. ANDERSEN:

 2       Q.    Sure.  Do you work for any other businesses?

 3       A.    No, ma'am.

 4       Q.    Do you own any other businesses?

 5       A.    Technically, my web development company, which

 6   is basically just freelancing web development that my

 7   wife and I do for folks that -- you know, it could be a

 8   roofing company, or a -- a septic tank company that, you

 9   know, wants a -- a website.  But other than that,

10   nothing.

11       Q.    What is the name of your web development

12   company?

13       A.    JJMDA Media.

14       Q.    N as in Nancy?

15       A.    M as in Mary.

16       Q.    M as in Mary.  Thank you.

17             Are you an officer or director of any other

18   business?

19       A.    No, ma'am.

20       Q.    Have you taken any courses in investments?

21       A.    No, ma'am.

22       Q.    Have you ever been arrested?

23       A.    Yes, ma'am.

24       Q.    What was that for?

25       A.    DUI.
```

```
1      Q.    Do you know around when?

2      A.    Just guessing, 2019 and 2017.

3      Q.    Have you ever been indicted?

4      A.    Not to my knowledge.

5      Q.    Were you ever convicted of a crime other than a

6  minor traffic offense?

7      A.    Not to my knowledge.

8      Q.    Have you ever been the defendant in a civil

9  lawsuit?

10     A.    Not to my knowledge.

11     Q.    Have you ever been the subject of an

12 investigation by any government agency?

13     A.    No, ma'am.

14     Q.    What is your date of birth?

15     A.    10/13/1993.

16     Q.    What is your place of birth?

17     A.    Joplin, Missouri.

18     Q.    So you say Missouri?

19     A.    Yeah.  My -- my mother is a speech therapist,

20 so she -- she made sure I got it right.  She's, like,

21 you're from the "Show-Me State," you're going to

22 pronounce it right, too.

23     Q.    What is your marital status?

24     A.    Married.

25     Q.    And your spouse's name?
```

 1        A.      Tia Link.

 2        Q.      How long have you been married?

 3        A.      Almost five years.

 4        Q.      What vehicles do you own?

 5        A.      A Volkswagen Atlas and a -- a Ford Fusion, and

 6     a Ford Flex.  Just got that.  And that's all that we

 7     personally own.

 8        Q.      Have you ever filed for bankruptcy?

 9        A.      No, ma'am.

10        Q.      What is your role at Agridime?

11        A.      I'm the executive director.

12        Q.      What does that mean?  What does your day-to-day

13     look like?

14        A.      Well, I always say executive director because I

15     hate to say CEO, but technically that would be my title.

16     And I oversee all of our sales and all of our business

17     operations, kind of boots on the ground operations.  Yes.

18        Q.      Do you have decision-making authority at

19     Agridime?

20        A.      Yes, ma'am.

21        Q.      So what does Agridime do?

22        A.      We are a -- Agridime's an end-to-end beef

23     supply chain company.

24        Q.      Say more.

25        A.      Yes.  So we manage every aspect of the beef

```
 1    supply chain, all the way from producer, you know, cow
 2    calf operations, all the way to selling beef.  Our -- our
 3    online store is -- is kind of -- kind of our flagship
 4    station and, you know, the end point of that supply chain
 5    there.  And so I like to say we're end-to-end beef supply
 6    chain, producer all the way to plate.
 7         Q.    Explain what producer means.
 8         A.    A -- someone who's raising cattle, someone who
 9    is actively farming or ranching.  They've got a cow herd,
10    and -- somewhere in the United States.
11         Q.    How does Agridime make money?
12         A.    We buy and sell cattle and -- as well as meat.
13         Q.    What's the difference?  Tell me what buying and
14    selling cattle versus meat means.
15         A.    Certainly.  So we -- we got multiple kind of
16    facets of our business.
17               We contract cattle to large packers, and raise
18    them, feed them all the way to finish.  And then we also
19    have our -- our end-to-end beef supply chain, as I
20    mentioned there.  We're -- we've got a retail program
21    where we're processing cattle, and then selling the beef
22    from those cattle.
23         Q.    Does Agridime obtain all that beef from its own
24    supply line?
25         A.    Yes.  The majority of it.  I would say
```

1   99 percent.  A lot of our -- our beef is fully end to

2   end.  But the chicken and the pork, we're still getting

3   up and going.  So we outsource a lot of that.

4        Q.    How many employees does Agridime have?

5        A.    Just guessing -- we've -- we've grown real

6   quickly, over the last few years especially -- we're --

7   we're over 50 now, so.

8        Q.    Tell me more about growing quickly.

9        A.    Sure thing.  Well, we -- with the dawn of

10  COVID, you know, it obviously changed a lot of

11  industries.  But it really changed our industry

12  especially being so closely tied to the cold chain,

13  and -- and with the -- the very weak cold chain

14  distribution that the United States had, especially going

15  into COVID, we -- we had been working on building our

16  supply chains up until that point and we have really good

17  nationwide distribution.  We've got a warehouse here in

18  Gilbert, Arizona, warehouse in Herington, Kansas, and

19  another one in Fort Worth, Texas.

20        And so coming into COVID we were really poised

21  for being able to distribute our product well and really

22  kind of cap off the end part of that supply chain that I

23  was talking about there.  And, you know, amidst all of

24  the massive supply chain woes that were going on during

25  that time, our company was very -- very poised with

1    our -- our supply chains to be able to scale very

2    efficiently.  And we've got a very good team behind us.

3    But I -- I really, you know, hang our hat on our -- our

4    beef program and our meat program and how well we've been

5    able to distribute that product.

6        Q.    Is the beef program, is that the retail

7    business selling through the website?

8        A.    Yes.  And -- and we also have -- we sell a lot

9    of wholesale product to, you know, distributors like a --

10   a Ben E. Keith or a Sysco, and also we sell to grocers,

11   kind of small, midsized grocers are kind of our bread and

12   butter.

13       Q.    Does Agridime raise all of the cattle itself?

14       A.    We do raise some, you know, where our employees

15   are directly overseeing.  We also have a lot of leases

16   with what I call farmer feeders or, you know, those cow

17   calf-type producers where -- where they take care of the

18   animals they're best suited for because they're the --

19   the stewards of the land already.

20            So we do work with a lot of farmers too.

21       Q.    Are those leases specifically for the land?

22       A.    Specifically for the land, and then also the

23   care of the animals is included in a lot of those leases

24   also.

25            Plus there's -- I guess there's the aspect of

1    custom feed yards that we work with as well where -- a

2    common thing in our -- our industry is custom feeding

3    with -- with feed yards where you send them cattle and

4    they care for them and feed them until they're ready for

5    market.

6        Q.    Are those also land leases?

7        A.    Those are not leases; those are just custom

8    feeding agreements.

9        Q.    So kind of like contractors?

10       A.    Yeah.  Yeah, that would be probably a good way

11   to put it.

12       Q.    Where does Agridime find contractors or other

13   producers?

14       A.    Mainly word-of-mouth.  Also online, we -- we

15   have a pretty good presence.  And with, you know, how

16   effective online advertising is nowadays too, I know a

17   lot of folks find us through ads and then going to our

18   website.

19       Q.    What are the criteria for a contractor to join

20   Agridime or supply Agridime?

21              MR. BRADDOCK:  Form.

22              Go ahead.

23              THE WITNESS:  Really just for -- for

24   somebody to -- if we're going to lease land with

25   somebody, or -- or they're going to custom-feed cattle

APP 0218

1   for us, we vet them very hard.  You know, because that's

2   how this process is.  We're very, very detailed and

3   extraneous about who we work with because we want to make

4   sure that the cattle are getting the optimum care, that

5   the land is being regenerated, that -- that we're truly

6   giving back to the earth with our supply chain and making

7   the world a better place and being able to feed as many

8   people as possible.

9              So a lot goes into somebody who is a -- you

10  know, I would call them almost more of a partner with us.

11  And, you know, we -- we have -- we have to have the same

12  values and terms of caring for the land as -- as really

13  something that is a huge deal for us.

14  BY MS. ANDERSEN:

15     Q.    How much does Agridime pay, say, the custom

16  feeding operations?

17              MR. BRADDOCK:  Form.

18              You -- you can answer.  Yeah.

19              THE WITNESS:  Okay.  It varies very

20  respectively depending on -- on a wide range of factors.

21  BY MS. ANDERSEN:

22     Q.    Can you give me an example.

23     A.    Yeah.  Maybe the size of the animal when it

24  goes on feed, or even the time of the year can have a lot

25  to do with it.  Also the -- the ration to even -- you

1    know, whether it's our people that -- that are taking

2    care of the animal or a custom feeder,

3    there's different -- if we do it ourselves, it's a lot

4    cheaper.  So it's a number of factors.

5         Q.    So what is the average cost of an outside

6    custom feeder?

7                   MR. BRADDOCK:  Objection, form.

8                   THE WITNESS:  Once again, it's just a

9    super-wide range there.  It really just depends on how

10   long they're on -- on feed, how -- how old the -- the

11   animal is when it goes on feed.

12   BY MS. ANDERSEN:

13        Q.    So how does Agridime budget for these costs?

14        A.    That's part of -- kind of how -- the reason why

15   we have set up the supply chain like we have, it allows

16   us to be very efficient with how we manage these costs.

17   And we -- we have a very good idea of what it costs for

18   us to take an animal from -- from kind of birth all the

19   way to finish.  And we know that if we can purchase

20   animals at the right spot in the supply chain, that

21   really we can -- we can keep that cost as low as

22   possible.  So it really just depends on a lot of seasonal

23   factors.

24        Q.    Okay.  So you said you -- Agridime has a very

25   good idea of how much it costs to raise an animal.

```
 1              What is that cost?
 2      A.    Once again, it really depends on what -- what
 3   phase of the life cycle we start with that animal.
 4              So it could be -- you know, it could only cost
 5   $200 to -- to raise that animal to harvest or it could
 6   only cost -- or it cost over a thousand dollars.
 7      Q.    So does Agridime own any of the land that the
 8   cattle are raised on?
 9      A.    No.  Not to my knowledge.
10      Q.    How much of the land does it lease?
11      A.    All of the land that we run cattle on is
12   leased.  We did purchase a piece of land recently; we
13   have not ran any cattle on it yet.  But beyond that,
14   we -- everything that we have is leased or in custom feed
15   yards.
16      Q.    So not all of the cattle is raised on leased
17   land.  It can be contracted out?
18      A.    Correct.
19      Q.    So how long does it take to raise a calf from
20   being a calf until it's slaughtered, packaged and sold?
21      A.    Looking at -- it varies on what program
22   they're -- they're going into for our supply chain.  But
23   it could take a year all the way to a couple months.  We
24   try to focus on cattle that will finish in about 3 to
25   6 months in our -- our supply chain.
```

1     Q.     Can that be a calf?  Will a calf be done in 3

2  to 6 months?

3     A.     I guess it depends on how big of a calf it is.

4  If it's a larger calf which we focus on, then yes, most

5  definitely.

6     Q.     When does a calf go from being a calf to a cow?

7     A.     Well, technically, there's -- there's, like,

8  steers and heifers as far as calves go.  And heifer

9  would -- would become a cow, per se, once she's been bred

10  and had a calf.

11          And a -- a steer would be considered a cow for

12  its whole -- its whole life.  And kind of probably

13  transition from a -- a calf to a yearling, per se, at

14  about a year's age or 600 to 800 pounds.  And then on

15  a --

16     Q.     Is a yearling, is that an adult?

17     A.     Well, almost -- it's like semi, but young

18  adult.  That is kind of what I call it.

19     Q.     What is the industry standard for the time it

20  takes to raise a calf to adulthood to be ready to

21  slaughter and sell?

22     A.     I'm not sure off the top of my head what that

23  would be considered.

24     Q.     What are the profit margins on the sale of

25  beef?

JOSHUA LINK - 08/02/2023

```
 1                    MR. BRADDOCK:  Form.

 2                    You can answer to the best you can.

 3   BY MS. ANDERSEN:

 4        A.     Could you repeat the question?

 5        Q.     What are the profit margins on the sale of

 6   beef?

 7        A.     Once again, it very much varies from cut to

 8   cut.  And kind of what program that -- those cattle have

 9   been in and -- and what type of beef it is, even

10   grass-fed versus grain-fed.

11        Q.     What is the profit margin on grass-fed beef

12   that has been raised from cows in the cattle contracts?

13        A.     I -- I would have to guess at that.  I don't

14   know off the top of my head.

15        Q.     Do you have an idea of Agridime's average

16   profit margins?

17        A.     On beef?

18        Q.     Yes.

19        A.     Yes.

20        Q.     And what is that?

21        A.     We try to be anywhere from 30 to 100 percent if

22   we can to cover our cost.

23        Q.     A hundred percent profit margin?

24        A.     Mm-hmm.

25        Q.     What about tallow?
```

```
 1      A.      That would be a great example of one of those
 2   products that is a hundred percent profit margin or
 3   greater, even.
 4      Q.      I understand.  So on average how many head of
 5   cattle does Agridime process in one year?
 6      A.      Like I mentioned there, we've -- we've grown
 7   very quickly over the years.  I don't know off the top of
 8   my head.
 9      Q.      Do you know what the industry standard is?
10      A.      The number of cattle processed per year for
11   like a company?
12      Q.      Mm-hmm.
13      A.      I would say it would depend on whether they're
14   a small or large company.  The -- the beef industry has
15   become very consolidated in the U.S. unfortunately.  So I
16   know that there's a -- there's a -- a couple companies
17   that do the majority of the processing and -- and so
18   their numbers would be a lot larger.  And then there's
19   kind of us little guys out there.
20      Q.      So is Agridime one of the little guys?
21      A.      Yes.  Very much so.
22      Q.      What is Agridime's current herd size?
23      A.      I'd have to -- I'd have to guess at that.  Once
24   again, I get a good idea but I -- I don't want to be
25   wrong.
```

```
 1        Q.      Do you know Agridime's average herd size?

 2        A.      It can fluctuate anywhere from 15- to over

 3   20,000.

 4        Q.      So between 15,000 and 20,000?

 5        A.      And -- and it can vary up and down from there,

 6   even just depending on the seasonality.  The majority of

 7   the cattle in the United States are -- give birth in the

 8   spring and the fall.  So there's -- there's definitely a

 9   cyclicalness to our -- seasonality to our business.

10        Q.      Sure.  How much of Agridime's beef is

11   grass-fed?

12        A.      Just guessing, once again, it -- it would have

13   to just be a guess.  But I -- I hate to guess at that.

14   But it's growing.  It grows every year.  And it's

15   definitely becoming -- it's a major focus of our

16   business.

17        Q.      How many acres do you need for grass-fed beef?

18                MR. BRADDOCK:  Form.

19                THE WITNESS:  Once again, very arbitrary and

20   a lot of conditions go into that.  But it really depends

21   on the type of ground that the -- the cows are running

22   on.

23                We have -- a large portion of our grass-fed

24   beef program is the Flint Hills which is -- I call it the

25   last stand of prairie grass on the -- on the planet
```

1    really.

2              It's -- it's the largest contiguous prairie

3    grassland left in the United States.  And I've got some

4    of the -- some of the best subsoil for retaining water

5    and naturally filtering it through -- through the earth.

6    And if you -- if you rotate the pastures right, you can

7    really build the ecosystem rather than degrade it like a

8    lot of the farming practices out there.

9              So with -- with our focus on the ecosystem

10   and the permaculture specifically, and taking a lot of

11   those prairie lands that farmers have gone in, or a lot

12   of our people that we work with, they have taken that

13   prairie land and before they met us they were out there

14   ploughing the dirt and tilling it up and -- and doing

15   monocropping, a kind of conditional agriculture.

16             We partner with those folks to transition

17   those real crop grounds into multi-variety, multi-species

18   cover crop mixes.  So our -- the tonnage that we're able

19   to yield off of our ground per acre on forage is -- is

20   substantially more than just a regular, you know, pasture

21   of grass and -- and that is even more dependent on the

22   time of year even.

23             So really to answer your question, it's very

24   dependent upon ecosystem.

25

1    BY  MS. ANDERSEN:

2         Q.    Where is Flint Hills?

3         A.    Really, the -- the eastern portion of Kansas,

4    all the way down to the -- the top northeastern tip of

5    Oklahoma.

6         Q.    Where does Agridime get its feed?

7         A.    We source -- once again, it depends on the --

8    the region of the country.  Because we feed cattle in,

9    you know, eastern Kansas, western Kansas.  But we try to

10   source all of our feed within as small of a radius as

11   possible to our farms.  We try to partner with other

12   farmers that either touch our land even or are -- are at

13   least within the same region.  But the majority of our

14   feed stuffs come from within a 50- to 100-mile radius,

15   even, of -- of that farm typically.

16           We're buying hay from a lot further and some of

17   our grain products.  Especially as we've seen from

18   tougher droughts over the last couple of years.  But we

19   try to be very sustainable with how we source all of our

20   feed stuffs.

21        Q.    So what I've gathered so far is the cost of

22   raising a calf and selling it varies greatly?

23        A.    Yes, ma'am.

24        Q.    How long has Agridime been offering the cattle

25   contract investments?

```
 1                   MR. BRADDOCK:  Objection, form.
 2                   THE WITNESS:  So as a note, we do not offer
 3      investments.
 4      BY MS. ANDERSEN:
 5           Q.    What do you offer?
 6           A.    We offer the ability for people to purchase
 7      cattle.
 8           Q.    Tell me more about that.
 9           A.    So we have, until recently, offered a program
10      where customers are able to purchase a cow in our supply
11      chain and then we purchase them -- it back from them once
12      it's ready for finish.
13           Q.    Do you purchase it back from them for more than
14      it costs them?
15           A.    Yes, ma'am.
16           Q.    So they earn a return on the amount that they
17      purchase the calf for?
18           A.    Yes, ma'am.
19           Q.    So what's your preferred term?
20           A.    They're customers -- they're customers to us
21      that purchase cattle.
22           Q.    How does Agridime find purchasers for the
23      cattle contracts?
24           A.    A number of different ways.  Predominantly,
25      word-of-mouth.  We've done a lot of marketing online as
```

1    well through Facebook ads, Instagram ads.

2         Q.    How does Agridime verify their income?

3         A.    Can you please clarify the question.

4         Q.    When an individual wants to purchase a cattle

5    contract, that Agridime would then buy back from them,

6    does Agridime do anything to verify that individual's

7    income?

8         A.    Not to my knowledge.  We just -- when we had

9    the online portion, they could just purchase through

10   online checking or checkout shopping cart or they could

11   call in a customer service person and -- and talk to them

12   and they could issue, you know, a contract.  But yeah.

13        Q.    Does Agridime discuss risks with purchasers?

14        A.    Yes.  I mean, especially, that's something

15   our -- our customers -- you know, they -- they have a

16   number of questions for us when they -- when they call in

17   and when I'm talking to somebody, and I know that we have

18   shared this with all of our salespeople but, you know,

19   obviously there can be a number of act of God situations.

20   And Agridime will always do everything in our power to

21   one hundred percent back every contract and make sure

22   it -- it is always made whole.  But, you know, there are

23   those -- those cataclysmic world events, of course, that

24   are out of everybody's control and, you know, there's

25   always those risks.

1       Q.      So are acts of God the only risks?
2       A.      I mean, there's all sorts of risks throughout,
3    you know, the process of raising cattle, but we have done
4    our best to mitigate every risk point in our supply chain
5    to make it a no-risk purchase.  And, you know, we -- we
6    carry very heavy general liability insurances throughout
7    or supply chains.  The USDA does an incredible job of
8    taking care of farmers in this country, I would -- would
9    say.  You know, if I had to take a vote for the best
10   government organization, my vote's going to the USDA
11   because they -- they -- it makes me want to cry how well
12   they take care of us.  Because even -- we had a -- we had
13   a pretty bad death lawsuit on cattle probably a couple of
14   years ago.  And it was -- it was just -- it gets me
15   choked up, because, you know, a cow dying is like a
16   person dying to me.  And it was incredible, though, to
17   see the USDA make that whole or they even have program
18   where even a heat death loss, they cover up to
19   70 percent.  And -- sorry.  Just thinking of that, of
20   the -- those cattle dying is -- is hard, especially when
21   they're that close to being able to be something for, you
22   know, nutrition for people.  But it's incredible, the --
23   what our government especially does to keep food
24   sustainable in this country.
25               And they are a big part of -- of eliminating

1   that risk in -- in the contract as well.

2       Q.    So what risks specifically do you discuss with

3   investors or purchasers?

4       A.    With -- with our purchasers, we -- any

5   discuss -- any risk that they have -- have a -- a fear

6   of, or -- or want to discuss, you know, we talk through

7   with them.

8       Q.    So it's only when a purchaser asks about risk?

9       A.    Not necessarily.  Our -- really just kind of

10  depends on the situation.

11      Q.    So give me an example of specific risk that

12  Agridime would discuss with a purchaser.

13                MR. BRADDOCK:  Objection, form.

14                THE WITNESS:  A number of those same things

15  that we discussed there before.

16  BY MS. ANDERSEN:

17      Q.    So the USDA is the main way Agridime hedges

18  against risk?

19      A.    No.  They're just a -- a very -- they're one of

20  our best hedges for those act of God types of situations.

21  As I mentioned earlier, we've got a number of general

22  liability insurances.  We -- we have -- we carry very,

23  very heavy insurances on our -- even our meat side or our

24  supply chain especially.  You know, for -- if a freezer

25  goes out or a trailer runs off the road, or anything like

 1   that.

 2       Q.    Let's go back to the online purchasing back

 3   when purchasers could add cattle to their cart.

 4             Was there a limit to how many head of cattle a

 5   purchaser could buy?

 6       A.    Yes, ma'am.  Limited to the amount of cattle

 7   that we have available for sale.

 8       Q.    And the website had the ability to limit that?

 9   Was it dynamic?

10       A.    Yes.  Just an ability to limit the stock on the

11   back end.

12       Q.    Okay.  I'm going to show you -- it's been

13   marked as Exhibit 1.  I'll give you a second to review

14   it.  Let me know --

15             MR. BRADDOCK:  Do you have a copy for us?

16             MS. ANDERSEN:  We only have the digital.

17             MR. BRADDOCK:  Can you send it to us after?

18             MS. ANDERSEN:  Actually, no, we don't.  It's

19   not like a typical deposition.

20             MR. BRADDOCK:  This is a deposition.  It's

21   pretty typical.

22             MS. ANDERSEN:  Right.  But it's an

23   examination under oath, and you can certainly request --

24             MR. BRADDOCK:  Yeah, I think there's a --

25             MS. ANDERSEN:  -- them, and I think we can

```
 1   show you in the office.  But it's not like an automatic
 2   thing.  You will have to go through it.  I can send you
 3   the --
 4                MR. BRADDOCK:  You do like a typical
 5   discovery request for something that you're showing our
 6   witness in a deposition?
 7                MS. ANDERSEN:  I think it's a discovery
 8   request.  Let me -- I would have to look at
 9   the specific --
10                MR. BRADDOCK:  I mean, these are documents
11   that you got from us, right?
12                MS. ANDERSEN:  Yes.  So you should have
13   them, right?
14                MR. BRADDOCK:  Well -- but my point is I
15   want to have them in an organized form.  I guess I get
16   them from the court reporter?
17                MS. ANDERSEN:  Let me look at the statute on
18   our break and I'll get back to you because I don't know
19   it off the top of my head.
20   BY MS. ANDERSEN:
21        Q.    Do you recognize this?
22        A.    Yes, ma'am.
23        Q.    So explain -- Agridime here is called buyer.
24              Explain that term to me?
25        A.    Yeah.  So we're going to be the purchaser of
```

1    that steer or heifer for 2400 dollars.

2        Q.    And then seller would be the purchaser of the?

3        A.    The seller would be the John Doe in this

4    contract.

5        Q.    Okay.

6        A.    Could you scroll down a little bit?

7        Q.    Sure.  Yes.

8              MR. BRADDOCK:  Could you scroll all the way

9    down until you see the Bates number?  Maybe that's how we

10   can track with what we're talking about.

11             MS. ANDERSEN:  This one actually doesn't

12   have a Bates number from you guys on it.

13             MR. BRADDOCK:  So we're not -- these aren't

14   the documents we produced?

15             MS. ANDERSEN:  Some of them are.

16             MR. BRADDOCK:  Okay.

17   BY MS. ANDERSEN:

18       Q.    So what does it mean when it says Agridime is

19   licensed and bonded in accordance with the USDA?

20       A.    We are governed, if you will, by the USDA.  And

21   they're -- they're allowed to audit all of our records

22   any time they want, even for specific cattle

23   transactions.  A lot of states even have brand inspectors

24   where they're -- I call them the livestock police.  Those

25   guys have more -- those cowboys have more power than I

1    think -- than anybody, than a soldier, maybe. But

2    that -- that is a -- we are under their oversight, the

3    USDA, in order to run our business.

4        Q.    So what is Agridime licensed to do?

5        A.    Buy and sell cattle.

6        Q.    So explain to me what it means when it says:

7    All cattle are ensured for death loss?

8        A.    Agridime ensures those cattle so that if -- if

9    there's an animal that dies for this contract, we make

10    them whole and -- and make that -- make that in full.

11        Q.    What is the insurance?

12        A.    Well, as -- as I mentioned earlier, we have a

13    number of insurances throughout our supply chain, so it

14    kind of just depends on the situation. But I guess in --

15    in this context, we're just meaning Agridime ensuring

16    this contract.

17        Q.    So Agridime is self insuring?

18        A.    This -- on this contract specifically. And

19    then we have our own insurances within our organization.

20        Q.    So explain the self insurance to me.

21        A.    Just that if -- if an animal dies for John

22    Doe's contract here per se, then we would reimburse them

23    for that animal.

24        Q.    You would replace it with another --

25        A.    Replace -- exactly. Replace it with another,

1    and they still would -- even if it -- if that animal --

2    animal dies, you know, the day before the contract is

3    supposed to end, we still pay them that $2,400.

4        Q.    How is Agridime able to do that?

5        A.    As I mentioned there, we have a number of

6    insurances throughout our supply chain.  The worst case

7    scenario I've ever seen is -- is, you know, that -- that

8    70 percent reimbursement, but -- and then in that case,

9    some of it has to come out of our pocket.  But in most

10   cases, we're even reimbursed above what the value is

11   because we -- we try to -- our insurance team is very

12   conservative.

13       Q.    So earlier, we talked about how much it would

14   cost to raise, finish, and sell cattle.  You said it

15   varies greatly.  You couldn't give me an average,

16   correct?

17       A.    (Indicates).

18             Correct.  Correct.

19             MR. BRADDOCK:  You have to answer out loud.

20   BY MS. ANDERSEN:

21       Q.    That's okay.  We all do it.

22             How does Agridime guarantee yearly profits of

23   20 percent?

24       A.    In -- in a number of different ways.  But

25   the -- the best way that we ensure a profitable contract

APP 0236

1    for our cattle is by buying them, right?  We --we have a

2    very extensive buying network across, really, the entire

3    United States.

4              That's really what we spent the first two years

5    of our inception doing.  I would say I've set foot in

6    just about every feed yard west of the Mississippi.  And

7    I can -- I can name you an ol' boy on this side of about

8    every deer trail from here to wherever they're at too.

9              And that's really how you have to -- in order

10   to compete with the big boys in our industry, we have to

11   be very efficient with how we buy and we've got very

12   strong relationships with a number of producers across

13   the country, as I mentioned.  And -- so really, the --

14   you know, purchase, also how we raise them.  We're very

15   efficient with how we raise our cattle, specifically our

16   grass-fed.

17             It's -- not only is it better for the

18   environment when you just raise cattle where they're

19   meant to go on pasture, but it's also -- it also costs

20   way less.  And that's another huge factor for us.

21        Q.    So a purchaser can purchase cattle for a flat

22   $2,000 per head.  Even though Agridime doesn't have an

23   average cost, they can guarantee that they will pay that

24   purchaser 20 percent?

25        A.    Yes.  If I understand your question correctly,

1      yes.

2          Q.      What happens if Agridime's supply chain is

3      disrupted, there was a bad year for crops and it costs

4      more to raise and sell that calf?  Say it costs Agridime

5      $1,900 per calf.

6                  Agridime will still pay the 20 percent

7      guaranteed profit?

8          A.      We -- we -- I've always honored every contract

9      that we have ever made.  And thankfully, you know, our

10     industry is based on a ton of different market

11     conditions.  And as I mentioned, we're very tested in

12     COVID.  We saw -- we saw meat prices in the industry that

13     I -- I pray to God that no American ever has to see

14     again.

15                 And we -- really the cost management and the

16     cost-efficiency management in our supply chain really

17     allowed us to thrive during those times of being very --

18     very economically stressed.  And with our industry being

19     based on market conditions too, with that increase of

20     cost, also the price of beef comes up or the price of

21     live cattle.  And -- and those are all regulated very

22     heavily, those prices by the USDA as well.  And there's

23     even price floor-type insurances too that you can take

24     out with the USDA if there are massive market swings and

25     hedges.  We -- we always have the ability to hedge cattle

```
 1    as well in order to buffer anything before any tough
 2    market conditions.
 3         Q.    Explain what you mean by hedging cattle.
 4         A.    Really, it's when you basically lock in a price
 5    with a -- say a price with a packer for a -- a price
 6    on -- on that cow, for them to be sold at.
 7               It's a type of insurance, essentially.  And a
 8    type of cattle, livestock insurance is the way that it's
 9    been described to me.
10         Q.    Do you know the average annual premium cost to
11    Agridime for all of its insurance?
12         A.    Not off the top of my head.
13         Q.    Do you know any of the premiums?
14         A.    Yes.
15         Q.    Continue.
16         A.    Like for our general liability insurances, you
17    know, all of out meat insurances, that I mentioned there,
18    my -- my business partner is our kind of accounting
19    insurances guy.  He takes care of all that stuff for us.
20         Q.    And by business partner, you're referring to
21    Jed Wood?
22         A.    Yes, ma'am.
23         Q.    Are purchasers for the cattle contract
24    purchasing the cattle for consumption?
25         A.    With -- by consumption, you mean like to
```

1    consume the beef?

2        Q.    For themselves.

3        A.    Not in most cases.

4        Q.    Are individual heads of cattle tied to each

5    individual purchaser?

6        A.    Yes.

7        Q.    How does Agridime keep track of that?

8        A.    Well, when the customers ask us specifically,

9    we will track that all the way down to the tag number.

10   But -- and we've talked with our -- actually, our tax

11   accountant on going to an entire tagging system where the

12   tag number goes on every single contract even.  And I

13   think it would just make it easier for everybody and

14   especially from an accounting perspective.  But

15   currently, that's -- that's our method.

16       Q.    So currently:  Only when an investor asks, they

17   get -- or purchaser asks, they get a tag number?

18       A.    Yes.  When a purchaser asks.

19       Q.    So you said it varies how long it takes to

20   raise a calf to be able to sell it as beef, correct?

21       A.    Yes, ma'am, that is correct.

22       Q.    Why is the standard timeline one year and 7 to

23   10 days on this contract?

24       A.    Our -- we wanted to have it be a 12-month

25   contract.  Because in general, it takes about 3 to

1    6 months to -- to finish an animal in our supply chain

2    and about 3 to 6 months for them -- for us to market,

3    sell, and distribute the meat.  And so we've -- we've

4    used that as a conservative number that we know we can

5    fully get that -- that animal processed in our supply

6    chain in that duration.

7        Q.    So if a purchaser's cow is ready earlier than a

8    year and ten days, you've already sold it, received the

9    money, does the purchaser get paid early?

10       A.    No, ma'am.

11       Q.    How does Agridime keep track of that individual

12   cow or beef once it's sold but the purchaser's not yet

13   been paid?

14       A.    We have a -- a very robust accounting team.

15   And a back office that does a great -- great job of

16   keeping records.

17       Q.    How many cattle or cow contracts has Agridime

18   sold?

19       A.    I do not know off the top of my head.

20       Q.    Is Agridime still selling cattle contracts?

21       A.    Not in this form.  We still sell -- are buying

22   and selling cattle.

23       Q.    You mean not in this form?

24       A.    Not using this specific contract.

25       Q.    Do you use a different contract?

```
 1      A.      Yes.

 2      Q.      Tell me about that contract.

 3      A.      It is a commercial livestock contract.

 4      Q.      Can individuals still purchase it?

 5      A.      Yes.  But we are not -- we don't have an

 6   online -- or an online marketing editor or anything like

 7   that.  So it's really just our existing customer base of

 8   farmer-feeders that we already currently work with and

 9   our established supply chain.

10              MS. ANDERSEN:  Let's take a ten-minute

11   break.

12              THE REPORTER:  That's fine.

13              MS. ANDERSEN:  Okay.  We can go off the

14   record.  We'll be back at 11:11.

15              (Whereupon a brief recess was taken.)

16              MS. ANDERSEN:  We can go back on the record.

17              Mr. Link, you are still under oath.

18              MR. BRADDOCK:  Yeah, I -- the point I want

19   to make is you filed an action; and discovery happens

20   under the civil rules.  And so, I -- I think that the

21   courts in our state have held that.  And so, I'm aware of

22   your objections.

23              I -- I just -- we'll have the record reflect

24   that you're not going to provide us with copies of

25   exhibits, that's what you're saying?
```

```
 1                  MS. ANDERSEN:  No.

 2                  MR. BRADDOCK:  Okay.

 3                  MS. ANDERSEN:  I'm saying we will provide

 4      copies of the exhibits, maybe, in the LWE if we deem the

 5      EUO worth having as an exhibit.

 6                  You can also come in and inspect them

 7      according, to the Rule.  And you can also send me a

 8      formal request via email, if you want, and I'll run it up

 9      the flagpole to get authorization for disclosure.

10                  Because everything -- everything we obtain

11      in our investigation is confidential.  So we have to get

12      authorization to disclose.  That's our statutory

13      obligation, even if it came from you.

14      BY MS. ANDERSEN:

15          Q.     Okay.  I think we're -- oh, gosh.

16                  Can Agridime purchasers use self-directed IRAs

17      to purchase cattle contracts?

18          A.     To my knowledge, yes.

19          Q.     Who is the custodian that Agridime uses?

20          A.     We do not use a custodian.  That would be a --

21      a purchaser could purchase -- use their -- their SDIRA to

22      purchase cows.

23          Q.     Does Agridime suggest any custodians?

24          A.     No, we do not.

25          Q.     The purchasers just use whatever they --
```

APP 0243

1      A.    Yeah.  It's -- it's all based on what -- who

2  the purchaser's currently working with.

3           We -- I know there's a -- I've seen a few out

4  there that poached our information or that I think these

5  guys maybe have -- have run across that, you know, copy

6  and pasted information from our site I think.  But

7  none -- we don't endorse anything or any -- any specific

8  company or anything like that.

9      Q.    Does Agridime have any relationship with a

10 custodian?

11     A.    No, ma'am.

12     Q.    No agreements with a custodian?

13     A.    No, ma'am, not to my -- not to my knowledge, at

14 least.

15     Q.    Does Agridime have any material for

16 self-directed IRAs that it distributes?

17     A.    Not to my knowledge.

18     Q.    Have you advertised the cattle contracts on

19 Twitter?

20     A.    I don't believe so, unless my marketing manager

21 snuck some past me.  Not to my knowledge, no.  Just

22 Facebook and Instagram ads.

23     Q.    Do you know how many people have seen the

24 Facebook ad?

25     A.    Not off the top of my head.

```
 1        Q.     Would your director of marketing know that
 2   information?
 3        A.     I think he could probably get close.
 4        Q.     Do you know an individual by the name of
 5   Michael Galloway?
 6        A.     I don't believe so.
 7        Q.     Sandra Galloway?
 8        A.     I don't believe so.
 9        Q.     Have you heard of a company called Montana
10   Ranch and Cattle?
11        A.     I don't believe so.
12        Q.     Is there a reason why you would show up as the
13   author of their cattle investment contract?
14        A.     As the author?
15        Q.     In the metadata, correct.
16        A.     Like -- no.  I -- I -- unless I -- like I said,
17   I don't know that name off the top of my head.  Maybe it
18   was something my -- my assistant wrote a contract.  I
19   don't know.  Off the top of my head, I -- I don't know
20   that name, I don't believe.
21        Q.     You have no relationship with Montana Ranch and
22   Cattle?
23        A.     No, not personally.
24        Q.     Does Agridime have a relationship with them?
25        A.     Not to my knowledge.  Like I said, unless it's
```

1    a -- a customer, a contract I'm not thinking of.  But I

2    don't think I've ever heard that name I don't believe.

3         Q.    So if there was a website for Montana Ranch and

4    Cattle, offering the same terms as Agridime for cattle

5    purchases, Agridime has no knowledge of that?

6         A.    No.  I want to look that up right now.  I've

7    never -- I -- I don't think I've ever heard of them.

8    Yeah.

9         Q.    Okay.

10        A.    I thought we were one of a kind.

11        Q.    Okay.  Just making sure.  Do you know Justin

12   Williams?

13        A.    Yes, ma'am.

14        Q.    What is his job title?

15        A.    He's our Arizona territory manager and

16   warehouse manager.

17        Q.    Does he earn commissions from selling cattle

18   contracts?

19        A.    Yes, ma'am.

20        Q.    What is his commission structure?

21        A.    I would have to go back and -- and look

22   specifically at his agreement, at his sales agreement.

23        Q.    Do you know what the standard commission

24   structure is for Agridime's?

25        A.    Anywhere from 5 to 10 percent commissions.

```
 1        Q.    For selling cattle contracts?

 2        A.    Yes, ma'am.  For selling cattle, yeah.

 3              MS. ANDERSEN:  Okay, Cody.  I think I --

 4   I'll review my notes.  If you want to --

 5              MR. TURLEY:  Okay.

 6   BY MR. TURLEY:

 7        Q.    So questions, and I have a lot of exhibits.

 8   Those are basically all mine that you saw on the side

 9   there.

10              So just a few basic general questions.  Who

11   maintains the company's financial records?

12        A.    That's all under Jed's umbrella.  And we've got

13   an accounting department at our Fort Worth office.  So

14   Royana Thomas, or James, you know, kind of is over the --

15   the accounting like I am over the sales and then under

16   him he's got Royana Thomas and James Roberts, Mark

17   Miller, Gina Eastman.

18              (Clarification by the reporter.)

19        Q.    And just what are their backgrounds?  Like are

20   they accountants?  Like, prior to working at Agridime,

21   what were their -- what were they doing?

22        A.    Yes.  Jed, he was a supply chain specialist.

23   And like I call him spreadsheet specialist, is my -- my

24   ranching term for him.

25              He works from a helicopter in Martin Marietta
```

 1    doing government contracting and supply chain
 2    management-type stuff.  So very -- very much a numbers
 3    guy.  Royana's got a bookkeeping background.  Came from
 4    Edward Jones.  James Roberts, who we're kind of training
 5    as our -- our CFO, he'll probably take over as official
 6    CFO.  Technically, he is now but still is learning the
 7    business.  He's got a CFO background.  Mark Miller, the
 8    same.  Gina, she is a -- she's kind of just Royana's
 9    assistant.
10        Q.    Are any of them CPAs or any sort of accounting
11    certification that you know about?
12        A.    I believe James is.  That's what we brought him
13    specifically for -- in here for.  Since we ended up
14    spending so much money on outside accountants, it was
15    time to have one internally.
16        Q.    So you said outside accountants, can you -- do
17    you know the names of the accountants you used?
18        A.    Yes.  What was their name?  Name?  I forget the
19    name of our -- our guy that does our taxes on one side of
20    it, but I'm blanking on his firm.  His name is Truitt.
21    Like I said, that's Jed's umbrella.  I'm blanking off of
22    it.  It'll come to me in a second, but I'm blanking off
23    the top of my head.
24        Q.    And is it just tax that you hire outside
25    accountants for or do you hire any for things like audit

1   or bookkeeping?

2       A.    Yes.  I believe we have two -- two different

3   types of accounting.  We got our tax accountant and then

4   another accounting firm we hired to do another type of

5   accounting.  But that's really what we brought James on

6   for is to do -- be able to do full-audited weekly

7   financials.  Because we're really -- Jed and I are both

8   really into analytics and we've got to have that really

9   day-to-day transparency that we're looking -- to go, you

10  know, beyond just the QuickBooks small business level of

11  things.

12      Q.    Are you still using QuickBooks?

13      A.    We're about to graduate.  James is getting us

14  graduated.  But up until this point, yes.

15      Q.    Okay.  And in talking to any of the cattle

16  contract purchasers, have you ever disclosed any

17  financial -- anything about the financial status or

18  health of your company?

19      A.    Yes.  In the past we used to be extremely open

20  with that, kind of up until recently.  You know, over the

21  last year we've gotten a lot more stringent with that

22  just because we -- we could tell that there was things

23  going on.  But we typically like to be very open with

24  that.  And in the past we have.

25      Q.    And so can you just give me a couple examples

```
 1    about what you told them.
 2                   MR. BRADDOCK:  Objection, form.
 3                   THE WITNESS:  Yeah.  Just like sales numbers
 4    that we've done, kind of company growth numbers.
 5    BY MR. TURLEY:
 6        Q.    Okay.  Let's take a look at a document.
 7              Do you recognize this?
 8              (Exhibit 2 identified.)
 9        A.    Yes, sir.
10    MR. TURLEY:
11        Q.    Okay.  Can you just tell me what -- what it is
12    in --
13        A.    Yeah.  That is our Agridime, LLC profit and
14    loss for January 1st, '21 through May 4th of '23.
15        Q.    Okay.  And I just have -- I kind of want to get
16    some definitions from you with what certain items are
17    just to kind of help me understand them a little bit
18    better.
19              So there's a --
20                   MR. SCHROEDER:  Before you start asking, can
21    you just scroll down to the bottom so I could get the
22    Bates numbers.
23                   Perfect.
24    BY MR. TURLEY:
25        Q.    Okay.  So there's a line item on here -- I
```

JOSHUA LINK - 08/02/2023

 1    think right here -- that says six-month cattle contract

 2    sales.  Then there's one that says cattle sales.  There's

 3    one that says cow contract sales.  Then there's one that

 4    says livestock contract sales.  I can re-go through those

 5    as I ask about them.

 6            But can you just kind of explain the

 7    differences between those, if you know, and what each one

 8    would mean?

 9        A.    Sure thing.  The six-month contract sales is

10    referencing contracts that have a duration of six months.

11    The cattle sales is referencing when those live cattle

12    are sold, or, you know, marketing.  We're paid for them

13    by, say, you know, a packer.

14            The cow contract sales, those are for

15    specifically cows.  So as we've discussed earlier, being

16    a more-aged version of an animal.  So it's just another

17    variation of our -- our commercial cattle contracts.  And

18    livestock contract sales, that would be livestock

19    contracts, similar to the -- Exhibit 1.

20        Q.    Okay.  And then those -- going back to the

21    six-month contract sales, would -- is that essentially

22    the same thing, just a six-month version of what was --

23    the contract that was in Exhibit 1?  Or is that

24    different?

25        A.    Yes.  A -- a large portion of those would be --

```
 1      Q.    They would be?

 2      A.    Similar to the -- the 12-month version.

 3      Q.    Okay.

 4  BY MS. ANDERSEN:

 5      Q.    How much do those cost?

 6      A.    Most of them would be about the same, $2,000.

 7      Q.    Is it still a 20 percent profit?

 8      A.    Yeah.  It could be a -- a range depending on

 9  the size of that individual contract.

10  BY MR. FREIBURG:

11      Q.    When were those being offered and sold?

12      A.    It looks like through -- January 1st

13  through '23, in there.  And -- and I know that

14  seasonally, you know, we had those shorter contracts

15  available from time to time.

16      Q.    In the year 2023, were those six-month cattle

17  contracts still available for purchase?

18      A.    I'd have to look to know for sure but I believe

19  so.

20      Q.    Okay.  And were those six-month cattle

21  contracts available for purchase on the website, or --

22      A.    No, sir.

23      Q.    How did purchasers purchase those contracts?

24  How did they go about that?

25      A.    Just on an individual basis.  So typically, it
```

1    would be the existing customers.   .

2    BY MR. TURLEY:

3        Q.    Okay.  And then let's see.  I'm sorry.  There's

4    also meat sales-other.

5             Would any of the -- can you just describe what

6    that is too.

7        A.    Yes.   That would be the meat sold from the

8    cattle in our supply chain.

9        Q.    Okay.  This would be processed meat or?

10       A.    Yes.  Yes, sir.

11       Q.    Then I have the same sort of questions about

12   some of the expenses.  Let me try to find out where they

13   are.  So right here.  So three items right here, cattle

14   purchased, and underneath cow contracts purchased

15   livestock contract purchase, cattle purchased-other.

16            Can you describe what those three are and how

17   they're different.

18       A.    I believe -- once again, I'm not the -- the

19   financial expert here on our team.  But I believe those

20   would be referring to the purchase side of the -- the

21   contracts at the beginning.  So basically, the

22   fulfillment of them.

23       Q.    So -- so this would be -- like the livestock or

24   the cattle contracts, livestock contracts purchase, this

25   would be -- in referring to Exhibit 1 this would be when

1  you buy the cows back from the purchasers?

2      A.    I believe so.

3      Q.    Okay.  And then if you need me to go to it, I

4  can, but there's an Agridime Logistics listed in there.

5  And I'm assuming that's a logistics company created by

6  Agridime.

7            Does it have any external customers?  Or is it

8  specifically for use by Agridime?

9      A.    Specifically for use by Agridime.

10           I know like backhauls or stuff like that, like

11  if we're -- if we have, like, trucks idle in a region,

12  they'll do some other hauling to make things more

13  efficient.  But we launched Agridime Logistics, too, to

14  cut down trucking costs for us.  So that's one of our

15  greatest expenses.

16     Q.    Okay.  And then on this document I have two

17  other questions.  So just commission on cattle sales, can

18  you describe what that is for me.

19     A.    Yes.  Those would be commissions paid on cattle

20  sold.

21     Q.    Okay.  And does that include some of the

22  purchases of the cattle contracts?

23     A.    Correct, yes.

24     Q.    Okay.  And then there's also another line item

25  a little further down called meat sales commission.

1          Does that -- how is that?  Or what is that for?

2     A.    That is for sales representatives who have sold

3     meat.

4     Q.    So profit?

5     A.    Yeah, yeah.

6     Q.    Okay.

7     A.    Most of those folks are, like, outside sales

8     reps, selling to wholesalers or retailers.

9     Q.    Okay.  Let's look at Exhibit 3 now.  So we'll

10    scroll down for you.  So are there -- starting right

11    here -- well, first off, do you recognize this document?

12    A.    Yes, sir.

13    Q.    Okay.  And can you describe what it is for me.

14    A.    Yes.  It's an Agridime, LLC balance sheet as of

15    May 4th, 2023.

16          (Whereupon Exhibit 14 was identified.)

17    Q.    Okay.  And so we have this other current

18    assets, then there's inventory listed.  There's five line

19    items, I think.

20    A.    Yes.

21    Q.    Can you just describe the different inventory,

22    like what does that include, why are they different?

23    A.    Yes.  Those would be inventories that are

24    different, either lease locations or custom feeding

25    locations.  In addition to our meat there, which would be

1   our -- our meat inventory obviously.  So those would be

2   our livestock inventories and meat inventories --

3       Q.    Okay.

4       A.    -- for Agridime.

5       Q.    And so there's the first one at CE, and then

6   there's the third one at MCreek, those are just different

7   locations?

8       A.    Yes, sir.

9       Q.    Okay.  And then so the cattle that are

10  purchased from Exhibit 1 from the contracts that are

11  purchased by the contract purchasers, are they included

12  in this inventory?

13      A.    Yes.

14      Q.    Okay.  And then --

15      A.    I -- I believe so.

16      Q.    Okay.  And then the inventory meat, would that

17  be -- would that have to be in cold storage?

18      A.    Yes, sir.

19      Q.    Okay.

20      A.    And -- and that's another part of our supply

21  chain there that I mentioned that is -- is very unique

22  and allows us to kind of go toe-to-toe with the -- the

23  big boys is our -- our cold storage and our distribution.

24  We've got a really good cold storage at our facility here

25  in Gilbert as well as in Kansas and in Texas.

1        Q.     Okay.  And how much -- let's just say the

2    Gilbert -- Grant -- or Gilbert storage.

3               How much could that store?  Like how many -- I

4    guess pounds of meat could that store?

5        A.     That's a -- that's a great question.  I was

6    asking Justin that the other day.  It, you know, kind of

7    depends on how much we push those limits but our Arizona

8    facility could hold a million pounds if we -- if we

9    pushed it, probably more, give or take.

10       Q.     What's the electric costs with the A/C?

11       A.     Actually, it's very -- very efficient there.

12   We -- we were very blessed to get into that lease kind of

13   around the COVID time and our landlord was very eager to

14   have somebody in there rather than just have it sit

15   there.  So we -- we made a very good deal on that and

16   we're located within an industrial park.  So we've got

17   right next to the power station actually.  So it's not

18   that -- it's not too bad.

19       Q.     Okay.

20       A.     Really efficient condensers too.

21       Q.     And then I'm going to ask these questions.

22   Again, it's the same sort of thing on the liabilities,

23   you can see here cattle contracts, cow contracts, and

24   livestock contracts purchased at liability.

25               Can you describe the differences between those

1   three and what they are and the differences between them.
2       A.      So those would be all, you know, various types
3   of -- of cow contracts that we have throughout our supply
4   chain.
5       Q.      Okay.  So are there differences between the
6   three of them, or are they relatively the same thing?
7       A.      Yes.  There's differences between them.  Some
8   would be -- some of the cattle would be dedicated for
9   like a retail branded program per se.  Some of the other
10  cattle would be dedicated for like a -- a grid premium,
11  more of a live cattle-type contract with like a -- a
12  Tyson or a JBS per se.
13      Q.      Okay.
14  BY MS. ANDERSEN:
15      Q.      Let me jump in for a second.
16              So the contracts where someone can purchase a
17  head of cattle for $2,000 and earn 15 to 20 percent
18  profit, what does Agridime call those?
19      A.      Livestock contract.  Well, I mean, I guess it
20  depends on the type of context of what -- what you're
21  asking about.  Like in the context of Exhibit A --
22              MR. BRADDOCK:  Exhibit 1?
23              THE WITNESS:  Or sorry, Exhibit 1.  I
24  believe it was -- I think -- I think it says cattle
25  contract on there.  I'd have to go back and look at the

1   title.

2   BY MS. ANDERSEN:

3       Q.    So on the balance sheets, are those included in

4   all kinds of categories?  Or what is it called on the

5   balance sheet?

6       A.    Once again, I'm not the -- the expert here on

7   this specifically.

8             But I believe it's livestock contracts.

9   BY MR. TURLEY:

10      Q.    Okay.  And then there's two more.  A little bit

11  different that I wanted to ask you about.  So there's

12  just these two note tables to Cattle Empire, and CRI

13  Feeders.

14            Can you just tell me what those are.

15      A.    Yes.  So while we feed at those locations, they

16  have, like, feed financing options where they finance the

17  feed until the cattle leave and then that gets taken out

18  of the proceeds.

19            So it's basically just so they don't seize

20  their accounting, is to do all their accounting at one

21  time.  So basically, that's essentially a feed bill that

22  is -- will be owed.

23      Q.    Okay.  I think that's all I have for this

24  exhibit for now.  Do you recognize this document?

25            I'll scroll down.

1    A.    I do not recognize that document specifically,
2    but I do recognize a few names on here.
3    Q.    Okay.  So what -- what do you recognize their
4    names from?
5    A.    I believe some of those folks we had done --
6    had purchased cattle from us.
7    Q.    Okay.  So this was given to us as part of
8    production.
9    A.    Okay.
10    Q.    And if you don't recognize this, do you know
11    who would have prepared it?
12    A.    Is this a document that we gave to you all?
13    Q.    Mm-hmm.
14    A.    It would have been prepared by Royana Thomas,
15    most likely.
16    Q.    Okay.  So you said that you recognize some of
17    the names.
18          Which names do you recognize?
19    A.    Sierra Gray, I believe I've seen that.
20          Jesus Nieto.
21          I mean, if there are -- if this is a -- a
22    document that we produced, then I've seen all of these.
23    Spear Slash Cattle Company, Palmer Sudeck, J. Skouson,
24    Susan Graff, those are customers that have purchased
25    cattle from us.

1        Q.     All right.

2        A.     Yeah.

3        Q.     So there's this line item -- or this column

4   here that has the number of head of cattle purchased.  Is

5   it safe to assume that those were all purchased for

6   $2,000 dollars?

7        A.     Yes, sir.

8        Q.     Okay.  And so, this question might have been

9   asked before, but, you know, you state that the $2,000

10  covers everything from purchasing the cattle to feeding

11  to processing.

12               What's the initial cost of purchasing a head of

13  cattle for one of these contracts, averaged, if you can

14  do that number?

15       A.     It very much varies.

16       Q.     Can you give me a range?

17       A.     Yeah.  I mean, just guessing, 500 to $1200.

18       Q.     Okay.  And so it's like for this contract here

19  it says ten.  So ten cattle would have been purchased

20  specifically for this after this contract was entered

21  into; is that correct?

22       A.     Yes.  That, or we already had those.

23       Q.     So sometimes you have cattle that you already

24  own that you then sell as part of these cattle contracts?

25       A.     Yeah, yeah.  I mean, that's -- that's the

1    majority of the time, how we -- how we do it.

2       Q.    Okay.  And so just kind of thinking about it,

3    at the end when you repurchase the cattle they just kind

4    of go back into the herd, right?  If they're not

5    processed immediately?

6       A.    Yes.

7       Q.    Would there ever be an opportunity where -- or

8    situation where one of those cattle would then be resold

9    to other cattle contract purchaser?

10      A.    Not to my knowledge.

11      Q.    Okay.

12   BY MS. ANDERSEN:

13      Q.    Can the purchasers take possession of the cows?

14      A.    Yes, ma'am, if they -- if they would like to.

15      Q.    At any time?

16      A.    Yeah.  Well, I guess not -- not at any time,

17   per se.  That would have to be kind of at our discretion

18   and their discretion.  You know, as I mentioned earlier,

19   cows are very near and dear to myself and us.  It's kind

20   of like a dog.  Not everybody should be in charge of a

21   dog.  Not a little child, or anything of that matter.

22            But -- but we -- we would have to make sure

23   that they were capable of -- of possessing that cow

24   and -- and able to handle it.

25                   MR. BRADDOCK:  I mean -- I'm sorry.  I'm not

APP 0262

```
 1    the witness:  But the meeting can't go at 11 o'clock on a

 2    Friday night and pick it up at the last second.  You've

 3    got to make arrangements.

 4                   THE WITNESS:  Yeah.

 5    BY MR. TURLEY:

 6        Q.    And so at the end of the contract, someone on

 7    this, when they're getting their money return, their

 8    termination of a contract, is a cow resold or is a cow

 9    sold to pay that, or would you sometimes maintain the cow

10    even after the contract was fulfilled?

11                   MR. BRADDOCK:  Objection; form.

12                   THE WITNESS:  I'd have to -- I'd have to

13    look into that.  But I would say -- I mean, the -- when

14    the cow is -- is marketed and sold.

15    BY MS. ANDERSEN:

16        Q.    So when a purchaser purchases a contract and

17    then they discover they can sell a cow for $2,600,

18    Agridime would let them do that?

19        A.    Like if they -- if they said:  Hey, I want to

20    take my cow and sell it elsewhere for 2,600, that would

21    be -- that would be interesting.  And I'd love to

22    discuss -- we'd love to discuss that with them.  But we

23    would -- we would push to fulfill the contract since

24    it's -- it's already been put in the contract.  But I

25    mean, it's -- it's their cow.  They have technically
```

```
 1   contracted it to us.  But we'd have to handle that on a
 2   case-by-case basis.
 3   BY MR. TURLEY
 4       Q.    And so just kind of going off on this, if
 5   someone took the cow, took the cattle, took possession of
 6   it, would you still then expect it at the end of the year
 7   for it to be returned to you?
 8       A.    Yes.  I mean, to fulfill that contract.
 9       Q.    Okay.  So let's look at another exhibit.
10             We mentioned -- we mentioned John Skouson.  And
11   then I have another one for him.  It's Exhibit 5, yes.
12             I'll scroll down for you.
13             So John Skouson here -- I'm sorry.
14             Do you recognize this document?
15       A.    It doesn't look like -- I don't specifically
16   recognize this document but it does look like it was
17   produced by our accounting software from our team.
18       Q.    Okay.  So there's this transaction here for
19   John Skouson on January 1st -- or January 9th of 2023.
20   Can you just kind of explain to me what you think this
21   would be.
22       A.    That would have been cattle that we sold to
23   John Skouson here.  I believe he lives in Arizona.
24       Q.    And so I just to want to make sure I'm
25   understanding this right so I don't give the team any bad
```

1    information.

2              I'm going to scroll down to right here,

3    January 1st, on Exhibit 4.  January 9th, 2023, John

4    Skouson, 122.

5              Would -- is it safe to assume these would match

6    each other?

7        A.    It appears to be so.  Yes, sir.

8        Q.    And then on Exhibit 6, same sort of question.

9    Just I noticed that it was in a different form on this.

10   There is this sale here, and there is a -- well, do you

11   see this group of transactions here?

12       A.    Yes, sir.

13       Q.    Can you kind of describe what you would assume

14   it was for -- or what you think it's for.  Sorry.

15       A.    Yes.  Those appear to be cattle purchases via

16   our website.

17       Q.    Okay.  And so there's one I want to point out

18   specifically.  It's this William HA dot-dot-dot for I

19   believe $10,000.  Again, going back to Exhibit 4, the

20   date on this -- -- so the date was 3/15.  We saw a

21   William Harris here, five.

22              Would those -- would that transaction on the

23   journal be representative of this transaction here?

24       A.    Yes, sir.

25       Q.    Okay.  So now I'm going to look at some other

```
 1    documents kind of similar to the -- well, same thing from

 2    the journal.  Looking at Exhibit 7 there is a purchaser

 3    named Dustin Barrows.

 4              So a repayment of $100,000 and $20,000 stating

 5    profit paid, do you understand what this transaction is?

 6        A.    Yes, sir, I believe so.

 7        Q.    What -- what is it to you, in your --

 8        A.    I believe that is the fulfillment of Dustin's

 9    contract.

10        Q.    Okay.  And so I think I have the original as

11    exhibit 8?

12              MR. SCHROEDER:  Can we just get the Bates

13    number?

14    BY MR. TURLEY:

15        Q.    So Exhibit 8, this is dated 12/27, I believe.

16    So on 12/13, there's a purchase from Dustin Barrows for

17    $100,000.

18              Would the -- would this be the original

19    purchase of the transaction we just looked at?

20              MR. BRADDOCK:  Form.

21        A.    Yes, sir.  It looks to be so.

22    BY MR. TURLEY:

23        Q.    Okay.  I'm sorry.  I know I'm asking a lot of

24    these questions over and over again, but I want to make

25    sure I understand.
```

```
 1      A.    Sure.  Sure.
 2      Q.    So going back to Exhibit 7, there is listed as
 3   cattle contracts.  So right here, there's a -- there's
 4   this group of transactions called cattle contracts with
 5   profit paid being at the bottom.
 6            Can you just describe what that is.  Do you see
 7   what I'm talking about?
 8      A.    Yes.  Yes, that -- sorry, what was the question
 9   again?
10      Q.    Can -- can you describe what this group of
11   transactions was for?
12      A.    Yes, it looks like those were contracts that
13   are being fulfilled.
14      Q.    Okay.  So I want to just point out Collins, I
15   think it's Caru and Trevor Horne.  And then I just want
16   to look at Exhibit 9 and there's this group of
17   transactions on 12/10/2021.  And we could see listed a
18   Collins OK dot-dot-dot and Trevor HOR, dot-dot-dot-dot.
19   Would this be the original purchase of those?
20      A.    Yes, sir.  It appears to be so.
21      Q.    Okay.
22            MR. BRADDOCK:  Can you get the number for
23   this?
24            MR. TURLEY:  Oh, yes.  Sorry.
25            MR. SCHROEDER:  Thank you.
```

```
 1   BY MR. TURLEY:

 2        Q.     And then moving on these, this is -- well, do

 3   you recognize this document?

 4        A.     Yes.  I believe so.

 5        Q.     Okay.  What do you recognize it to be?

 6        A.     It looks like it's a 2021 Schedule K-1.

 7               (Whereupon Exhibit 10 was identified.)

 8   Form 1065 for -- issued by Agridime, LLC for O'Reilly

 9   Venture Group.

10        Q.     Do you know what O'Reilly Venture Group is?

11        A.     Yes.  Greg O'Reilly, the owner of O'Reilly

12   Venture Group, is a minority owner in Agridime.

13        Q.     Okay.  Does he -- does either him or O'Reilly

14   Venture have any part in managing the company?

15        A.     No, sir.

16        Q.     Would you describe them as passive?

17        A.     Greg lives here in Arizona.  And I mean, I

18   guess technically as far as our LLC is formed because Jed

19   and I are majority owners.  Jed owns 45, I own 45.

20               But he helps from time to time because he lives

21   here in Arizona.  I've known him since I was 19.  Since I

22   was 20 when I lived out here.

23        Q.     So what does he do when he helps?

24        A.     He's got a lot of connections in the Valley.

25   He's helped refer us to wholesale customers specifically.
```

1      Q.    Okay.  So I think we've talked a little bit

2    about this, but I want to look at some more documents,

3    now starting on Exhibit 11.

4          Do you recognize this document?

5      A.    Not -- like I said, I'm -- I'm not a -- a

6    financial expert, or a financial expert but that looks

7    like it is a sheet from one of our tax returns.

8      Q.    Okay.  And so, yes, that's -- that's where we

9    got it from.  We received it from you as part of your

10   production.  Do you see this labeled:  Balance sheet per

11   books, which means the balance sheets as of the books

12   based on your records.

13         And so I just kind of want to talk about -- you

14   see line 14 here, $1.4 million.  Do you see that?

15     A.    Yes, sir.

16     Q.    As your total assets for -- so this is for

17   year -- let's see.

18             MS. ANDERSEN:  It looks like '21's.

19             MR. BRADDOCK:  I don't see any 2021 on here.

20             MR. TURLEY:  It's right here.

21             MR. FREIBURG:  It says 2020.

22             MR. TURLEY:  So it's 2020, a prior year,

23   Form 1065.

24             MR. BRADDOCK:  Yeah.  And just so the

25   record's clear, this is not the complete return but an

1    excerpt from that return.

2                    MR. TURLEY:  Yes.  So that would mean the

3    beginning of the year would be January 1st, 2020, from

4    this side end of the year.  Just to December 31, 2020.

5                    So just here we have 1.4 million in total

6    assets.  Then if we go back to -- I think it was

7    Exhibit 2, you have -- that's not Exhibit 2.

8                    It's Exhibit 3.  Sorry.  Total assets of 135

9    million.

10                   So that's pretty substantial growth.

11                   Can you just give any -- so over -- you

12   know, 2020, 2021, '22 and part of '23, almost a hundred

13   times growth.

14                   Can you just describe how that happens.

15                   THE WITNESS:  Definitely.  As we spoke about

16   earlier, our robust supply chains and well-developed

17   distribution network really -- really was -- was

18   catapulted by the hold on of COVID.

19                   And we've been able to put a lot more cattle

20   on feed, sell a lot more cattle, and -- and grow our

21   supply chains substantially.  Especially in areas where

22   our competitors are underservicing or the big four

23   packers, specifically, have kind of left our producers

24   for dead.  And we -- we were able to go in and -- and

25   take up that market share and -- and fill the void.  So

1    really, kind of as a result of -- of good timing and a

2    lot of hard work and effort and really hats off to our

3    meat distribution team and our -- our operations team

4    that gets the cattle through the supply chain.

5    BY MR. TURLEY:

6        Q.    So how would you say you financed the growth?

7    Like where did the money go?

8                MR. BRADDOCK:  Objection, form, foundation.

9                THE WITNESS:  I don't know if it would be --

10   financed, would be the right term for it.  But we were

11   able to grow very quickly as a result of -- building our

12   distribution out as I mentioned.  And the ability to feed

13   additional cattle, you know, we view cattle as -- as

14   inventory.  And folks partnering with cattle with us

15   definitely helped that growth.

16   BY MR. TURLEY:

17       Q.    Well, I guess my question comes back to like:

18   For example, we have here an inventory of $121 million.

19                To purchase that inventory, that money would

20   have had to come from somewhere.

21                So where did that money come from?

22                MR. BRADDOCK:  Form.

23                THE WITNESS:  In large part, from cattle --

24   cattle that we sold.

25

 1   BY MR. TURLEY:

 2       Q.    So your cattle contracts, just the various

 3   contracts on that?

 4       A.    Well, yeah.  Well, and -- and, you know, those

 5   assets, you know, are predominantly made up of cattle and

 6   meat, and that is a reflection of the growth of our --

 7   our business and the growth of the cattle that we have on

 8   feed and the growth of the cattle that we've continued to

 9   buy and sell.

10       Q.    Okay.  I'm going back to the tax document,

11   Exhibit 11.

12             We see here, it says net income per books of

13   342,000.

14             So this is -- would be on December 31st, 2020.

15   Then I have the next year's document as well here.  So

16   2021, it's the same document from the next year's filing

17   and we see here, there's a loss of 1.1 million and then

18   comparing it to the income statement we were provided as

19   well.

20             So this is cumulative for the entire period, so

21   from January 1st, 2021, to May 1st, 2023, so it looks

22   like there was around $10 million in net income, like,

23   growth.  Are you following?

24       A.    I believe so.

25             (Whereupon Exhibit 12 was identified.)

```
 1        Q.    Okay.  So it went from negative 1 million the
 2   previous year, to -- well, at the end of 2021 to
 3   12 million by May 4th?
 4                 MR. BRADDOCK:  Objection, form.
 5   BY  MR. TURLEY:
 6        Q.    Just kind of:  What happened to change the --
 7   from that negative 1 million and that 300,000, what
 8   happened to then that income then become 12 million?
 9   Do you understand my question?
10        A.    Yes, sir.
11                 MR. BRADDOCK:  Objection, form.
12                 THE WITNESS:  As far as how that goes, as I
13   mentioned earlier, our business is very cyclical.  And
14   based on where inventories are at.
15                 It's like at the end of the year and through
16   the fall, we were buying a lot of cattle which creates
17   liabilities and billing into the end of the year.
18                 Naturally, we -- we watch that number and
19   that would be -- it increased, then, after, you know,
20   the -- throughout the winter, we sell cattle and are able
21   to make a lot of income.  And actually, the springtime is
22   probably our busiest time of the year sales-wise as a
23   business.  And really, that increase of that profit into
24   that time is -- is as a big result of our years of hard
25   work before that of building up our inventory so that it
```

```
 1    essentially figuratively and physically be harvested.
 2              MR. TURLEY:  Okay.
 3              MS. ANDERSEN:  Take a second.
 4              How much -- how many more questions do you
 5    have?
 6              MR. TURLEY:  I -- I don't know.  I mean,
 7    I've got documents.  I'm sorry.
 8              MS. ANDERSEN:  No, I'm just -- I'm
 9    evaluating whether we should take a lunch break, or
10    plough through until one.
11              What do you guys --
12              MR. BRADDOCK:  I'm super comfortable.  I
13    have some built-in storage.  But do you need a break for
14    lunch?  Or would you rather keep going?
15              THE WITNESS:  I'm good to go too.  We can --
16    we can keep going.
17              MS. ANDERSEN:  Okay, great.  Do you need a
18    break?
19              MR. TURLEY:  Yeah, a quick five-minute
20    break.
21              MS. ANDERSEN:  Okay.  Let's come back at
22    12:06.
23              (A brief recess was taken.)
24              MS. ANDERSEN:  Okay.  We can go back on the
25    record.  Mr. Link, you are still under oath.
```

1              MR. TURLEY:  Good to start?

2              MS. ANDERSEN:  Yes.

3    BY MR. TURLEY:

4         Q.    So just going to Exhibit 12 now.  And I'll

5    note, this is just portions of this document.  It's not

6    the full general ledger.  But every page is going to have

7    a different -- like it's not going to be the same.

8              Do you recognize this document?

9         A.    Yes, sir.

10        Q.    Okay.  So can you just quickly describe what it

11   is?

12        A.    Yes.  This is the Agridime, LLC general ledger

13   as of May 4th, 2023.

14             (Whereupon Exhibit 13 was identified.)

15        Q.    Okay.  So this -- I took a selection of the

16   general ledger which contains Worthington accounts.

17             Can you just describe what -- what are these

18   accounts?

19        A.    These -- these are our bank accounts with

20   Worthington National Bank.

21        Q.    Okay.  So just here, there's a total of

22   $410,000 being deposited in the first Worthington

23   account.  Then on this next Worthington dealer account,

24   there's $194 million being deposited.  Then on the

25   Worthington meat sales account, there's 62 million.  And

1    then finally on the Worthington operating account there's

2    50 million which equals I think around $300 million being

3    deposited in these accounts.  So I guess, who -- who

4    oversees the deposits of funds into these accounts?  Or

5    who --

6         A.    Sure.  That would be Jed and Royana, primarily.

7    They're the -- the oversight of that.  And I -- I have

8    received notifications as well on some deposits.  I try

9    to -- try to just keep a really close eye on that as

10   well, being an owner.  But Jed and Royana specifically

11   oversee, I guess, bank deposits per se.  And putting --

12   and putting this ledger together.

13   BY MS. ANDERSEN:

14        Q.    What is the Worthington custodial account for?

15        A.    I believe that is an account that the USDA just

16   requires us to have.  I actually think that they require

17   us to have it but require us not to use it.  It's for one

18   of our certifications that we have, I believe, with them.

19        Q.    Okay.

20             MS. ANDERSEN:  Okay.  Go ahead.

21   BY MR. TURLEY:

22        Q.    And the same question on the opposite side.

23   Who would oversee or -- who would oversee the payments,

24   the outflow from these accounts?

25        A.    That would be Royana as well, and then Jed and

**JOSHUA LINK - 08/02/2023**

1    I also kind of just -- account for that as well.

2        Q.    Okay.  And are there any controls in place

3    to -- are you familiar with the term internal control?

4        A.    I don't believe so.

5        Q.    So that would be to -- an internal control is

6    something that businesses have in accounting terms that

7    is used to protect assets so they're not misappropriated,

8    stolen.

9            What controls or protections do you have over

10   these accounts to make sure that the money is there?

11                MR. BRADDOCK:  Objection, form.

12                THE WITNESS:  We try to take a number of

13   approaches to -- to keeping our -- our financials

14   accountable.  The -- the number one thing is -- is we do

15   our best to have monthly financial meetings with Jed and

16   myself, my wife, Royana, kind of our leaderships team

17   so to speak.  And we're always constantly monitoring

18   the -- the incoming and outgoing of the accounts.

19   BY MR. TURLEY:

20       Q.    Okay.  Who's had access to the accounts?  Like

21   who's the signatory on them?

22       A.    I believe signers are myself and Jed, of

23   course.  I think Royana is a signer as well.  And our new

24   CFO, James, I believe, is also, right now -- I'd have to

25   look to see about any others.  But I believe that's the

1    extent.

2    BY MS. ANDERSEN:

3        Q.    What is James's last name?

4        A.    Roberts.

5        Q.    Where does he live?

6        A.    He lives in the Fort Worth area.  He works out

7    of our Fort Worth office.

8    MS. ANDERSEN:

9        Q.    While Cody's pulling that up, I just have one

10   other question:  After a purchaser purchases a cattle

11   contract, can they roll over their contract?

12       A.    They cannot.  It is a one-year contract.  So

13   we -- we pay out every contract.

14       Q.    So if they wanted to invest again, they would

15   have to cash out, and then use that money to purchase the

16   cattle contract again?

17       A.    Yes.  For the record, not invest but they're

18   able to get -- but they're able to -- yes, they'd have

19   to -- we'd have to pay them back and we would have to

20   purchase again.

21       Q.    Okay.

22             MR. TURLEY:  So actually I think that's most

23   of my questions and exhibits.

24   BY MR. TURLEY:

25       Q.    I have a couple more questions just as I

1    thought about as we've talked.

2              So the original $2,000 that you received from

3    the cattle contract purchase, do you -- does the company

4    consider that to be revenue?

5        A.    I believe so.

6        Q.    Okay.  And so that's money that the company has

7    then earned?  So would --

8        A.    Sorry.  I forgot the headphones.

9        Q.    So in that situation you sell a cattle

10   contract, receive $2,000, would that money ever then be

11   used to repay previous purchasers of cattle contracts at

12   their payout?

13             MR. BRADDOCK:  Form.

14             THE WITNESS:  I don't know.  I'd have to --

15   not to my knowledge.  But as I mentioned, I'm not the --

16   the numbers expert here.  I don't believe so.

17             MR. TURLEY:  Okay.  That's all I have,

18   Sasha.

19   BY MR. FREIBURG:

20       Q.    Do you know an individual by the name of Tyler

21   Wilson?

22       A.    Yes, sir.

23       Q.    Who is Tyler Wilson?

24       A.    Tyler Wilson is someone who tried to purchase

25   cattle with us.  He might have purchased cattle with us.

1    But he -- basically it turned into him harassing us.  And

2    he was very invasive and -- anyway, he -- he was someone

3    who had attempted to buy cattle with us, harassed a lot

4    of our salespeople and myself included.

5           But I'm not sure if he purchased with us or

6    not.

7       Q.    What was Tyler harassing you about?

8       A.    He would continue to ask the same questions

9    over and over and over again.  It appeared as if he was

10   trying to get us to step on third rails.

11      Q.    What do you mean by that?

12      A.    That's a term that is used when there --

13   someone is trying to get you in trouble.

14      Q.    Okay.  What kind of questions was he asking?

15   Could you provide some examples?

16      A.    Well, he -- he just kept trying to make our --

17   our buying and selling of -- of contracts into something

18   that it's not.  He would try very hard to put words in

19   our mouth.  And he called basically every single person

20   in our company and questioned them as if he was an

21   interrogator.  And he didn't introduce himself and was

22   very disrespectful in his tone.

23      Q.    Okay.  Were any purchasers of the cattle

24   contracts not paid via the advertised repayment schedule

25   of one year and 7 to 10 days?

JOSHUA LINK - 08/02/2023                                    80

1       A.      No, sir.  Not to my knowledge.

2       Q.      Let me reorganize this briefly.

3    BY MS. ANDERSEN:

4       Q.      While he's doing that:  Does Agridime operate

5    under any other names?

6       A.      We have a d/b/a called Open Range Tallow Co.

7    So that if EDAs are included in that, it would be that.

8    And then we have a recent d/b/a also that's Gilbert

9    Greens.  I guess technically, they're -- I think they

10   might be an LLC by itself.  But we're -- we're growing

11   that out of our compost, growing produce starters out of

12   our compost that we create from our cattle.

13      Q.      Okay.  So Open Range Tallow Co, I'm assuming

14   that's your tallow business?

15      A.      Yes.

16      Q.      And then Gilbert Greens, that's produce you're

17   growing from?

18      A.      From the compost and manure.

19      Q.      You don't have -- does Agridime have websites

20   under other names?

21      A.      We've got agridime.com, agridimestore.com and

22   then there's a website for Open Range and Gilbert Greens.

23   But -- and then there's a website for Agridime Logistics.

24              But to my knowledge, that's all I can think of

25   off the top of my head.

1     Q.    So it's not selling any cattle contracts under

2   other names?

3     A.    No, ma'am.  No, ma'am.

4   BY MR. FREIBURG:

5     Q.    Okay.  So at one point Sasha had asked if

6   individual heads of cattle tied to investors and you had

7   indicated yes.  And you had also indicated that if a

8   purchaser had asked for your tag numbers for their

9   representative cattle, they would be provided, correct?

10    A.    So we didn't say anything about investors.

11    Q.    I apologize.  I understand.

12    A.    Sure.  But if -- yes, if -- if -- if a customer

13  asked for ear tags, we issue those.

14  BY MR. FREIBURG:

15    Q.    Okay.  Now, what if some investors provided ear

16  tag numbers for their cattle but others were told they

17  cannot see their cattle.  When they asked for a picture

18  of them, they were told that, quote/unquote, they were

19  mixed together?

20              MR. BRADDOCK:  Form, foundation.

21              THE WITNESS:  Once again, people are

22  purchasing cattle with us.  It's not an investment.

23  But -- but I'm not -- I guess I -- I'd like for you to

24  clarify on -- on what you're saying there.  Maybe could

25  you repeat what you said.

1   BY MR. FREIBURG:

2       Q.    Sure.   There may have been a purchaser that

3   asked to see a picture of the cattle that they purchased,

4   and they were told, no, that they were, unquote, mixed

5   together?

6               MR. BRADDOCK:   Form.

7               THE WITNESS:   I'm not sure who in our

8   organization said that or if they said that.   However,

9   customers are always welcome to see a picture of their

10  cows or -- we are very much an open book when it comes to

11  that.   And that is definitely not the case.

12  BY MS. ANDERSEN:

13      Q.    Without ear tags, how does Agridime identify

14  which cow belongs to which purchaser?

15      A.    Basically, just based on our numbering system.

16  BY MR. FREIBURG:

17      Q.    Okay.   So we're going to revisit Exhibit 2.

18            Okay.   So we're going to revisit the commission

19  on cattle sales portion.   You had indicated Justin

20  Williams, I believe, was an Arizona territorial

21  manager -- warehouse manager?

22      A.    That is correct.

23      Q.    Okay.   Does he sell any cattle contracts?

24      A.    Yes.   He sells -- buys and sells cattle.

25            He is a -- one of our sales leaders.

1      Q.      Okay.  Why is he not reflected on the
2  commission for cattle sales list?
3      A.      That's a good question.  I don't know.
4      Q.      Okay.  Do you know how much commission Justin
5  Williams has received for selling these cattle contracts?
6      A.      I don't know.
7      Q.      By looking at this list, is there any other
8  sales representative for Agridime that is not represented
9  for having sold cattle contracts?
10     A.      I do not know.  And I wonder too if -- if that
11 was included in his salary or how that was included in
12 there.  But I'd have to look deeper into these numbers
13 and -- and see the entire document to really -- to really
14 answer accurately to that.
15     Q.      Are there any other employees of Agridime their
16 commission may have been combined with their salary?
17     A.      I'm not sure.  I'd have to -- we have
18 individual agreements with -- with each of our either
19 contract employees, contractors per se or W-2 employees
20 and then a lot of that varies between that.  I'm -- I'm
21 definitely not the HR -- HR guy either.  So I'd have to
22 ask our expert on -- on that.
23     Q.      We're going to visit Exhibit 3.  So under other
24 current liabilities, it states that there's 3,934,000 for
25 Harvest Return.

1              Can you explain that to me.

2                    MR. BRADDOCK:  Before you -- before we go to

3      witness answers, can you scroll out so you see the whole

4      page.

5                    THE WITNESS:  So a Harvest Return is

6      referring to cattle that Harvest Return has purchased

7      from us.

8      BY MS. ANDERSEN:

9         Q.     What is Harvest Return?

10        A.     They are a financial company.

11     BY MR. FREIBURG:

12        Q.     So did they purchase cattle from you and then

13     sell it?

14        A.     I'm not sure how Harvest Return's business

15     model works exactly.  But they are a purchaser of a

16     cattle contract with us.  Jed was the handler of that

17     relationship.

18        Q.     Earlier on you had stated that Agridime had

19     purchased land recently; there was not cattle on it yet.

20               Where is that land?

21        A.     That is in Illinois.

22        Q.     What city in Illinois?

23        A.     I believe Galesburg, Illinois.  I'd have to

24     look at the -- it's that Galesburg, Illinois area.

25        Q.     Okay.  And looking back to when we were talking

1    about the six-month cattle contract sales, why were some

2    investors allowed to purchase six-month cattle contracts

3    but some could only purchase one-year cattle contracts?

4         A.     So as a note, we don't have investors.  But to

5    answer your question, people are allowed to purchase six

6    versus 12 months, just based on -- the 12-month contracts

7    purchase opportunity, we advertised online more heavily

8    than kind of elsewhere, word-of-mouth.  And we only have

9    so many contracts that we're able to do at six months.

10   That's obviously a tighter window, so we don't have

11   nearly as many of those available.  That's kind of just

12   based on a first come first served basis and we just

13   always offered those to our existing customers.

14        Q.     Okay.  Earlier on we were talking about

15   different insurances that Agridime possesses.  What are

16   the names of some -- what are the names of some of the

17   insurance providers?

18        A.     I'd have to ask our team on that.  I don't have

19   that off the top of my head, any answer there.

20        Q.     Can employees purchase cattle contracts?

21        A.     Yes, sir.

22        Q.     What Agridime branch does Royana Thomas work

23   out of?

24        A.     Royana works out of our Fort Worth office.

25        Q.     I'm going to show you what has been marked as

1     Exhibit 15.  So for the Agridime, LLC dealer account, as

2     you see here, it shows $15,609,060.81 in credits.  How

3     did Agridime make that money in June 2023?

4                     MR. BRADDOCK:  Form.

5                     MR. TURLEY:  So are you may.  Was the last

6     statement 5/31?

7                     MR. BRADDOCK:  You are correct.

8                     THE REPORTER:  Can we do one at a time,

9     please.

10                    THE WITNESS:  So yes.  To clarify, this is

11    for June.

12    BY MR. FREIBURG:

13       Q.    Correct.  Yeah.  June 1, 2023, through June 30,

14    2023, right where the curser is.

15       A.    And can you repeat your question.

16       Q.    Sure.  So it shows that there were 83 credits

17    and a total of $15,609,060.81.  How did Agridime make

18    that money in June of 2023?

19                    MR. BRADDOCK:  Same objection.

20                    THE WITNESS:  That would have been through

21    cattle sales and meat sales.  And I'm sure a number of

22    other -- you know, a sprinkling of other things.

23    BY MR. FREIBURG:

24       Q.    Okay.  And you had described it as commercial

25    livestock contracts.

1              Were commercial livestock contracts sold in

2    June of 2023?

3         A.    Yes, I believe so.

4         Q.    Okay.  So that would be a portion of the

5    approximate 15.6 million credits?

6         A.    Yes.

7         Q.    Okay.  Let's scroll on the page here.  Would

8    you like me to zoom in or can you see this?

9         A.    I can see that.

10        Q.    Okay.  So here I show an incoming wire on

11   June 13, 2023 for $2.7 million.  Can you explain what

12   that was for?

13        A.    It does not have a description next to it.  I'd

14   have to look at the ledger.

15        Q.    So the same question here.  Incoming wire on

16   June 16th, 2023, for $2 million, do you know what that's

17   for?

18        A.    I'd have to -- I'd have to look at the -- the

19   ledger on that one as well.  It doesn't have a

20   description.

21        Q.    So here we're looking at debits of money

22   flowing out of the account.  I show an outgoing wire on

23   June 2, 2023 in the amount of $2,745,600.00.

24              Do you know what that's for?

25        A.    Once again, it -- no description there.  I'd

1   have to look.

2        Q.   So the question remains the same.  For the

3   June 15th $2.8 million wire outgoing, and then on

4   June 16th, a 1.742 million outgoing wire?

5        A.   Once again, I don't know the exact -- what --

6   what the exact transaction that would be for.  But I

7   would assume payment on cattle.

8        Q.   Okay.

9             MR. BRADDOCK:  So question on the exhibit:

10  Are the stars placed there by the Division?

11            MS. ANDERSEN:  Yes.  For the record, those

12  are internal markups by the Division.

13  BY MR. FREIBURG:

14       Q.   Okay.  And touching back on the credits here,

15  and I had asked, you know, if some of this money would

16  have been from commercial livestock contracts.  Who would

17  have been selling these commercial livestock contracts in

18  June 2023, i.e. sales representatives?

19       A.   Yes.  Our -- our sales team.

20       Q.   Okay.  Is any of that sales team located here

21  Arizona?

22       A.   Yes.  Justin would be.  Justin Williams is --

23  operates out of Arizona.

24       Q.   Okay.  And he had sold some of these commercial

25  livestock contracts?

1                    MR. BRADDOCK:  Form.

2                    THE WITNESS:  I do not know.

3     BY MR. FREIBURG:

4         Q.    Okay.

5         A.    During this time period of June?

6         Q.    June 2023 specifically.

7         A.    I do not know specifically during that time

8     period.

9         Q.    Okay.

10                   MR. FREIBURG:  That's all I have, Sasha.

11    BY MS. ANDERSEN:

12        Q.    How often does Jed Wood communicate with you

13    about his operations in Agridime?

14        A.    Kind of just depends on how busy we both are

15    but we try to connect at least once a week.  We have team

16    calls, and -- and team meetings on a weekly basis where

17    either my wife or I will have -- like we have a weekly

18    team meeting with our Texas warehouse to go over just

19    kind of important action items.

20                   Jed will be on those calls.  So of course,

21    there's weeks where we're not able to connect.  But

22    really at least weekly, sometimes daily.

23        Q.    How much insight do you have into the way Jed

24    Wood operates his side of Agridime?

25        A.    A fair amount.

JOSHUA LINK - 08/02/2023

1    Q.    Does -- do cattle purchasers for those cattle
2    contracts, is their only role to provide capital?
3                MR. BRADDOCK:  Objection, form.
4                THE WITNESS:  Not necessarily.  It depends
5    on who -- who the customer is.  You know, they -- they --
6    we've got a lot of people that purchase cattle with us
7    that are industry professionals.  And even, you know,
8    they've done it their whole lives or they're fifth
9    generation cattle ranchers.  A lot of those guys give us
10   advice or we could, you know, partner on where they're
11   fed at, or you know, feed them in a specific spot or feed
12   them at their location.  So it really kind of just
13   depends on a situation-by-situation basis.
14   BY MS. ANDERSEN:
15   Q.    If Agridime is able to guarantee 20 percent
16   profit on cattle purchases, why does it need outside
17   capital?
18   A.    We have chosen to retain our company equity for
19   the option to assert institution financing to grow our
20   distribution as really the next growth phase of our
21   company.
22                We view cattle as inventory.  So we feel like
23   it's the wisest business decision to maintain our company
24   equity to grow our operation as opposed to grow our
25   inventory.  Therefore, we've -- we've -- allowing outside

1    folks to purchase cattle and -- and we're giving them
2    a -- a good purchase price back for us has been a great
3    way to grow our inventory but maintain our equity for
4    institutional financing if necessary.
5        Q.    Why doesn't the rest of the beef industry offer
6    the same deal where you can purchase a cow and get
7    20 percent return?
8        A.    That -- that's a great question.  It's really
9    kind of a -- a lot of feed yards and packers essentially
10   do do that.  We have just kind of set it in a unique way
11   or -- or put it in a very -- marketed it in a more
12   condensable -- what's the word? -- comprehensible format,
13   whereas buying cattle has been kind of like a foreign
14   thing to people for a long time.  And I think we've
15   just -- we're doing the same thing that cattle feeders
16   and -- and ranchers have done all of our lives.  Just
17   doing it in a more -- kind of a 2023 format.
18   BY MR. TURLEY:
19       Q.    What would happen to your operations if you
20   were no longer able to sell cattle contracts?
21       A.    We would go on and continue to operate our
22   supply chains as they are.  And we'd continue to buy and
23   sell cattle on our own.  And, you know, there's --
24   there's a number of other ways to continue to buy and
25   sell cattle and -- and put food on people's tables.

APP 0292

1     Q.     How would you finance it?

2     A.     We've got a very strong equity position as a

3  company and really good sales.  Really good growth.  So

4  there's a number of institutions that we could seek

5  institutional financing with that I think would be -- you

6  know, we've actually had a number of -- of banks that

7  would -- that solicited our business, that would like to

8  do business with us.  So that's definitely an option for

9  us in the future.

10 BY MS. ANDERSEN:

11    Q.     Don't those banks offer better terms than

12 20 percent interest?

13              MR. BRADDOCK:  Form, foundation.

14              THE WITNESS:  Yes, in a lot of ways.  I

15 mean, actually it used to be a lot more attractive

16 before, you know, interest rates have gone up now

17 considerably and really tripled in the last three years.

18 So it's not nearly as attractive as it -- as it used to

19 be.  But yes, in essence, however with this just being a

20 one-year contract for us, the paperwork encumbrance and

21 the labor opportunity cost for that for us was really a

22 factor.  Especially with, you know, like I said, it being

23 a one-year contract term.

24              And so we really have to factor that labor

25 cost into our costs, especially in our back of office end

1   of the things -- and the cattle end of things.  So really

2   by the time you go through those extra steps with the

3   institutional side of things, it kind of comes out to be

4   apples to apples if we're able to just handle it

5   internally.

6   BY MS. ANDERSEN:

7       Q.    How much decision-making authority does your

8   wife have over Agridime?

9              MR. BRADDOCK:  That's an excellent --

10  limiting the scope on that.

11             THE WITNESS:  What a loaded question.

12             She -- she is my wife and she has a ton of

13  decision-making authority.  However, ultimately, Jed and

14  I are 45 percent, 45 percent owners of Agridime and we're

15  the -- kind of where the buck stops with

16  decision-making-wise.

17             MS. ANDERSEN:  Do you guys have anything?

18             MR. BRADDOCK:  No.

19             MS. ANDERSEN:  Is there anything you'd like

20  to put on the record?

21             MR. BRADDOCK:  No.

22             MS. ANDERSEN:  Okay.  We can go off the

23  record.

24             (Whereupon the proceeding concluded at 12:48

25  p.m.)

1   STATE OF ARIZONA      )
                          ) ss.
2   COUNTY OF MARICOPA    )

3
              BE IT KNOWN that the foregoing proceedings
4   were taken before me; that the foregoing pages are a
    full, true, and accurate record of the proceedings, all
5   done to the best of my skill and ability; that the
    proceedings were taken down by me in shorthand and
6   thereafter reduced to print under my direction.

7             I CERTIFY that I am in no way related to any
    of the parties hereto nor am I in any way interested in
8   the outcome hereof.

9             I CERTIFY that I have complied with the
    ethical obligations set forth in ACJA 7-206(F)(3) and
10  ACJA 7-206(J)(1)(g)(1) and (2).

11
              Dated:  This 15th day of August, 2023.
12

13
                     *Andres E. Anaya*
14
                   ───────────────────────
                     ANDRES E. ANAYA
15                 Certified Reporter No. 50964

16
              I CERTIFY that GLENNIE REPORTING SERVICES, LLC,
17  INC., has complied with the ethical obligations set forth
    in ACJA 7-206.
18

19

20

21

22

23                   *Lisa L. Glennie*
                   ───────────────────────
24                 GLENNIE REPORTING SERVICES, LLC
                     Registered Reporting Firm
25                   Arizona RRF No. R1034

              GLENNIE REPORTING SERVICES, L.L.C.
         602.266.6535    www.glennie-reporting.com

# EXHIBIT E-6

```
 1                    BEFORE THE ARIZONA

 2                  CORPORATION COMMISSION

 3                   SECURITIES DIVISION

 4  IN THE MATTER OF THE      )  FILE NO. EF-9585
    INVESTIGATION OF:         )
 5                            )
    AGRIDIME, LLC             )
 6                            )

 7

 8         EXAMINATION UNDER OATH OF JUSTIN WILLIAMS

 9

10

11                    Phoenix, Arizona
                      October 18, 2023
12                       9:00 a.m.

13

14

15

16

17

18

19

20

21

22

23

24  Glennie Reporting Services, LLC   Prepared by:
    1555 East Orangewood Avenue       Andres Efren Anaya, RPR
25  Phoenix, Arizona 85020            CR No. 50964
```

GLENNIE REPORTING SERVICES, L.L.C.
602.266.6535   www.glennie-reporting.com

APP 0297

1                        INDEX TO EXAMINATIONS

2     Witness                                         Page

3     JUSTIN WILLIAMS

4     DIRECT EXAMINATION BY MS. ANDERSEN:              5

5                          INDEX TO EXHIBITS

6     No.            Description            Marked/Identified

7

8      Exhibit 1     Livestock Contract 3693 dated    29
                     January 29th, 2022
9
       Exhibit 2     Livestock Contract 4476 dated    31
10                   July 1, 2022

11     Exhibit 3     Livestock contract 4886 dated    31
                     September 30, 2022
12
       Exhibit 4     Livestock Contracted 77119       34
13                   dated April 24, 2023

14     Exhibit 5     Livestock Contract 7409 dated    41
                     May 3, 2023
15

16

17

18

19

20

21

22

23

24

25

1              EXAMINATION UNDER OATH OF JUSTIN WILLIAMS,

2      taken on October 18, 2023, commencing at 9:00 a.m., at

3      the Arizona Corporation Commission, Securities Division,

4      1300 West Washington Street, Third Floor, Phoenix,

5      Arizona, before Andres Efren Anaya, Certified Reporter

6      No. 50964.

7

       APPEARANCES:
8

9      For the Securities Division:

10              BY:   Mark Dinell, Director
                      Sasha Andersen, Enforcement Attorney
11                    Holly Wan, Enforcement Attorney
                      Chet Taylor, Enforcement Attorney
12                    Cody Turley, Chief Accountant
                      Jordan Frieberg, Investigator
13                    Securities Division
                      1300 West Washington Street, Third Floor
14                    Phoenix, Arizona 85007-2996

15

       FOR THE RESPONDENT:
16

17              BY:   Cory L. Braddock, Esq.
                      Zachary Schroeder, Esq.
18                    SNELL & WILMER
                      One East Washington Street #2700
19                    Phoenix, AZ 85004
                      (602) 382-6336
20                    Cbraddock@swlaw.com

21

22

23

24

25

1          MS. ANDERSEN:  This is part of an inquiry by

2    the Securities Division of the Arizona Corporation

3    Commission in the matter of Agridime, LLC.  Enforcement

4    File No. 9585, in order to determine if there has been

5    full compliance with the Securities Act of Arizona and/or

6    the Arizona Investment Management Act.

7          The information obtained today may reveal

8    violations of statutes outside of these two acts.

9          Persons present for the Division are myself,

10   Sasha Andersen, enforcement counsel for the Division;

11   Cody Turley, chief accountant for the Division; and

12   Jordan Frieberg, investigator for the Division.

13          I will let everybody else introduce

14   themselves for the record.

15          THE WITNESS:  Justin Williams.

16          MR. BRADDOCK:  Cory Braddock with Snell &

17   Wilmer on behalf of Justin Williams.

18          MR. SCHROEDER:  Zack Schroeder with Snell &

19   Wilmer on behalf of Justin Williams.

20          MS. ANDERSEN:  And Holly Wan, an enforcement

21   attorney for the Division will be observing today.

22          MR. BRADDOCK:  And before we start, I do

23   want to make one objection.  I think we're past the

24   investigation stage.  I think this is an action.  And

25   that's -- I just want that to be the record.

1          MS. ANDERSEN:  Okay.  Your objection is

2    noted for the record.

3

4                    JUSTIN WILLIAMS,

5    called as a witness, having been duly sworn, was examined

6    and testified follows:

7

8                    DIRECT EXAMINATION

9    BY MS. ANDERSEN:

10     Q.    Mr. Williams, you have the right to refuse to

11   answer any questions if you think the answer may tend to

12   incriminate you.

13          You have the right to refuse to produce any

14   private papers that you feel may tend to incriminate you.

15          If you choose to be represented by Snell &

16   Wilmer, who has also represented other parties in this

17   investigation, you should be aware that a possible

18   conflict of interest may exist on the part of such

19   counsel, that is to say that the facts developed during

20   this investigation as revealed to such counsel may result

21   in a situation where counsel is required to choose

22   between competing positions with the result that he may

23   not be able to objectively represent both interests?

24          MR. BRADDOCK:  Sasha, I -- I'd ask you not

25   to give legal advice to my client.

1              MS. ANDERSEN:  Okay.  This isn't legal

2    advice.

3    BY MS. ANDERSEN:

4       Q.    We are just bringing this to your attention --

5              MR. BRADDOCK:  It is.

6    BY MS. ANDERSEN:

7       Q.    -- to advise you of your independent right to

8    counsel of your own choosing.  It is not intended to

9    dissuade you from engaging a particular attorney nor do

10   these comments directly or indirectly reflect upon the

11   character or integrity of Snell & Wilmer.

12             Are you aware of the possible conflicts that

13   may arise in connection with Snell & Wilmer, if any?

14      A.    Yes.

15      Q.    Do you still wish to be represented by Snell &

16   Wilmer?

17      A.    Yes.

18      Q.    The reporter will go off the record at my

19   direction.  If you or your attorney would like to go off

20   the record, tell me and I will try to accommodate you.

21             The reporter will note for the record each time

22   you consult with your attorney before answering.  This is

23   done to ensure an accurate record.

24             Because your testimony is being recorded by a

25   reporter, please respond verbally as opposed to nodding

1    or shaking your head.

2              Also, let me finish asking questions before you

3    answer so two people will not be speaking at once.

4              If you don't hear a question or don't

5    understand a question, say so, and the reporter will

6    repeat it or I will explain the question further.

7              You are under oath so any false statements you

8    make may be criminally prosecuted as perjury.

9              Do you understand what I have explained to you?

10   A.    Yes.

11   Q.    Are you on any medication today or under any

12   physical disability that might interfere with your

13   ability to answer questions?

14   A.    No.

15   Q.    And please state your full name?

16   A.    Justin Kenneth Williams.

17   Q.    Have you ever used any other name?

18   A.    No.

19   Q.    What is your home address?

20   A.    ████████████████████████████████████.

21             MR. SCHROEDER:  Sasha, could we also get on

22   the record that someone else has walked into the room.

23             MS. ANDERSEN:  Yes.  For the record, Chet

24   Taylor, an enforcement attorney for the division has also

25   joined us just to observe.

1   BY MS. ANDERSEN:

2       Q.      How long have you lived at your home address?

3       A.      I moved in mid-2020, June or July, somewhere in

4   there.

5       Q.      Where did you live previous to that?

6       A.      I lived in Gilbert. ███████████████████

7       Q.      How long did you live there?

8       A.      From 2014 to 2020.

9       Q.      And what is your home telephone or cell phone

10  number?

11      A.      Cell phone number is ████████████

12      Q.      Do you currently have any other addresses?

13      A.      No.

14      Q.      Please state your work history for the past ten

15  years?

16      A.      For the past ten years?  So I started working

17  with Grainger Industrial Supply in 2011.  I was there

18  from 2011 to 2014.

19              In 2014, I then began working for Aerotek, it's

20  a recruiting staffing agency.  I left there late 2020.

21              I worked for a few months at Skyline Steel.  It

22  was a industrial steel fabricator and erector.

23              And then in April of '21, I began working at

24  Agridime.

25      Q.      What is your educational history from high

1   school forward?

2        A.    Just a couple college classes.

3        Q.    I'm going to ask you to confirm the last four

4   digits of your Social Security number; however, under the

5   federal right to privacy act, you are not obligated to

6   reveal your Social Security number.  If you do answer,

7   the information will only be used for identification

8   persuasions.

9              Are the last four digits of your Social

10  Security number ████?

11       A.    Yes.

12       Q.    What is your current job title?

13       A.    Operations manager.

14       Q.    At Agridime?

15       A.    Yes.

16       Q.    Do you have a business phone number?

17       A.    No.  I use my phone.

18       Q.    Are you a registered broker/dealer?

19       A.    No.

20       Q.    Securities salesman?

21       A.    No.

22       Q.    Registered investment advisor?

23       A.    No.

24       Q.    Do you hold any state licenses other than a

25  driver's license?

1        A.      No.

2        Q.      Have you given any prior testimony in

3    connection with Agridime?

4        A.      No.

5        Q.      Are you connected to any other businesses?

6                MR. BRADDOCK:  Objection, form.

7                You can answer if you -- you can answer.

8                THE WITNESS:  No.

9    BY MS. ANDERSEN:

10       Q.      Are the officer or director of any corporation?

11       A.      No.

12       Q.      Have you taken any courses in investments?

13       A.      No.

14       Q.      Have you ever been arrested?

15       A.      Yes.

16       Q.      For what?

17       A.      DUI.

18       Q.      Were you indicted on that?

19               MR. BRADDOCK:  Objection, form.

20               You can answer, if you know.

21               THE WITNESS:  What does "indicted" mean?

22   BY MS. ANDERSEN:

23       Q.      Were you charged with a DUI?

24       A.      Charged, yes.

25       Q.      Were you convicted?

```
 1       A.     No.
 2       Q.     Have you ever been the defendant in a civil
 3  lawsuit?
 4       A.     No.
 5       Q.     Have you ever been the subject of an
 6  investigation by any government agency?
 7       A.     No.
 8       Q.     And what is your date of birth?
 9       A.     ██████90.
10       Q.     Where were you born?
11       A.     In Arizona.
12       Q.     What is your marital status?
13       A.     Married.
14       Q.     And what is your spouse's name?
15       A.     Sierra.
16       Q.     How long have you been married?
17       A.     Three years this month.
18       Q.     What vehicles do you own?
19       A.     I own a 2009 Dodge Ram pickup truck and a 2016
20  Subaru Legacy.
21       Q.     Have you ever filed for bankruptcy?
22       A.     No.
23       Q.     Tell me more about being the operations manager
24  at Agridime?
25       A.     What would you like to know about it?
```

1       Q.      What does your day-to-day look like?

2       A.      My day-to-day varies quite a bit as the

3   operations manager.  I have a hand in a lot of different

4   parts of the business.

5               So first and foremost, I kind of oversee all

6   warehouse operations.  Agridime does sell direct to

7   consumer nationwide.  Our Gilbert, Arizona warehouse

8   fulfills all west coast officers out of there, so I'm --

9   I ensure that our team is getting out all the orders in a

10  timely manner, getting them picked correctly.

11              Managing inventory records, ordering any new

12  product that we need from our Texas warehouse or Kansas

13  warehouse to be sent trucked to us.

14              We also started manufacturing a cosmetic line,

15  so we take the kidney fat from the cattle that we raise

16  and turn it into tallow and we could make lotions, lip

17  balms, hand soaps, things of that nature.

18              So helping hire for that team, getting them up

19  and running, help them with efficiencies, development of

20  a new product as well as help them just boots on the

21  ground with actually manufacturing and package.

22              I work a lot with our marketing team, coming up

23  with new add sets, new demographics we may want to

24  target, new sales ideas that we want to run.

25              I also work with a lot of Arizona ranchers.  I

1    go out and meet with these ranchers when they have cattle

2    that they want to sell, and bid those cattle along with

3    Josh Link.

4              Those are some of the many things I do.

5        Q.   Can you give us the names of some of the

6    ranchers you work with?

7        A.   Yeah.  B█████████, Je███████████.

8        Q.   I'm sorry.  Can you spell that real quick for

9    the --

10       A.   Yeah, J█████████, J-█████.  Last name is

11   ████████████.  B█████████.  Me████ spelled the same way.

12             A█████████████, JT███████████.  There's a ranch

13   up in Kingman, I'm forgetting their name right now.

14       Q.   And you said that you helped out with

15   advertisements?

16       A.   Mm-hmm.  Yes.

17       Q.   Is the Facebook video advertising the sale of a

18   cow for $2,000, were you involved in that?

19       A.   No, I was not.

20       Q.   Do you sell anything at Agridime?

21       A.   Yes.

22       Q.   Tell me more about that?

23       A.   I sell our meat products.  I do a lot of

24   wholesales to restaurants, butcher shops, distribution

25   centers, mainly here in the Phoenix Valley.  I do have a

 1   couple customers in Texas that I sell to.

 2          I assist with acquisition of new customers for

 3   our cosmetic lines for the tallow products.

 4          We recently started growing and harvesting

 5   micro greens as well as house plants and produce.  And so

 6   I've been working with that team to help them get new

 7   customers so we could sell house plants to nurseries,

 8   things like that.  Sell the micro greens as a finished

 9   product to restaurants.

10          And then, I also sell cattle contracts.

11   Q.     How long have you been selling the cattle

12   contracts?

13   A.     Since some time in 2021.

14   Q.     Who is your boss?

15   A.     Joshua Link.

16   Q.     Do you report to anyone else?

17   A.     Not directly.

18   Q.     What is your relationship to Joshua Link?

19   A.     He is my brother-in-law's brother-in-law.

20   Q.     Do you have a relationship with Jed Wood?

21   A.     No.

22   Q.     How often do you communicate with Josh Link?

23   A.     Pretty much every day, Monday through Friday.

24   Q.     How did you come to work at Agridime?

25   A.     I was working at the Skyline Steel company.  I

1   was looking for a change.  I grew up in the ag industry.

2   I was wanting to get back into it.  I wasn't sure what

3   capacity that was going to look like.

4           Josh Link had mentioned that he wanted to open

5   a west coast distribution center.  And so it just kind

6   of -- the timing worked out well where I was looking and

7   he was needing someone to hire in the area.

8       Q.    Have you always been the operations manager?

9       A.    Started off as warehouse manager.

10      Q.    And then how did you come to be the operations

11  manager?

12      A.    As we've grown, since the inception of our

13  warehouse, my duties have just evolved to oversee more

14  facets of the business.

15          I have since hired someone to directly manage

16  the warehouse and the warehouse team.  And as I said, my

17  duties have just grown to oversee more.

18      Q.    Do you have any salesman underneath you?

19      A.    No.  No people that have a title of salesman.

20  I try to teach all the people there how to do some sales

21  to restaurants.  So our delivery drivers, I've helped

22  them get accounts and I taught them some basics of sales.

23  The warehouse manager, I've helped him do some sales.  I

24  thought it was a good thing to do so they could get some

25  commission as well.

1       Q.     Do you have anyone that also sells cattle

2    contracts?

3       A.     Do I have anyone that sells cattle contracts?

4       Q.     Underneath you or that works with you?

5       A.     No, not underneath me.  There are other people

6    in the company that I worked alongside that settle cattle

7    contracts.

8       Q.     In the west region?

9              MR. BRADDOCK:  Objection, form.

10             THE WITNESS:  Not to my knowledge, no.

11   BY MS. ANDERSEN:

12      Q.     Tell me about your pay structure?

13      A.     Salaried.  I get paid bi-monthly.  And

14   commission is bi-monthly as well.

15      Q.     How does the commission work?

16      A.     I earn a percentage of commission based on the

17   products that I sell.

18      Q.     What is your salary?

19      A.     115.

20      Q.     How much commission do you get for cattle

21   contracts?

22      A.     Ten percent.

23      Q.     Does that number go up the more you sell?

24      A.     No.

25      Q.     Do you have quarterly goals?

GLENNIE REPORTING SERVICES, L.L.C.
602.266.6535   www.glennie-reporting.com

```
 1      A.    For sales?

 2      Q.    For cattle contract sales?

 3      A.    No.

 4      Q.    Do you have any yearly goals or any kind of

 5 goals for cattle contract sales?

 6      A.    No.

 7      Q.    Do you get any kind of bonuses for selling

 8 cattle contracts?

 9      A.    Outside of the commission, per cattle contract,

10 no.

11      Q.    Do you get bonus -- other bonuses?

12      A.    Yes.

13      Q.    Explain those, please?

14      A.    I get a year-end bonus based off of the

15 wholesale sales that I do for meat sales.

16      Q.    Cattle contracts are not included in that?

17      A.    No.

18      Q.    How are you paid?

19      A.    What do you mean?

20      Q.    Checks?  Direct deposit?

21      A.    Direct deposit.

22      Q.    How much have you earned, including commission,

23 in the past two years?

24      A.    I don't know that number off the top of my

25 head.
```

1       Q.     Less than 300,000?

2       A.     I don't want to speculate.  I don't -- I don't

3    know the number off the top of my head.

4       Q.     Do you have a ballpark?

5              MR. BRADDOCK:  Objection, form.

6              THE WITNESS:  No.  I -- I can't -- I don't

7    know off the top of my head.

8    BY MS. ANDERSEN:

9       Q.     Do you know if it's less than 500,000?

10      A.     In just commissions tied to cattle contracts?

11      Q.     No.  Altogether?

12      A.     All commissions?

13      Q.     All commissions and salary?

14      A.     I really can't say.

15      Q.     What kind of training have you received at

16   Agridime?

17              MR. BRADDOCK:  Form.

18              Go ahead.  You could answer.

19              THE WITNESS:  Okay.  Training in regards to

20   what?

21   BY MS. ANDERSEN:

22      Q.     Selling cattle contracts?

23      A.     Specifically cattle contracts?

24              Josh Link was the one that had explained cattle

25   contracts to me, how they work.  I listened to him sell a

1    few.  And he sat along with me while I sold the first few

2    of them.

3        Q.    So what did he explain to you about the cattle

4    contracts?

5        A.    Just how they -- how they work, all the facets

6    of it.

7        Q.    So how do they work?

8        A.    So an individual is able to purchase a cattle

9    in our supply chain for $2,000.  At one year and

10   seven days, they sell that cattle back to us for a profit

11   of either 15 or 20 percent depending on how many cattle

12   they purchase on our supply chain.

13       Q.    What's the threshold to get from 15 percent to

14   20 percent return?

15       A.    100,000.  50 a head.

16       Q.    Do you have a sales script?

17       A.    No.

18       Q.    So what does Agridime have you tell potential

19   purchasers of cattle contracts?

20              MR. BRADDOCK:  Form.  Foundation.

21              THE WITNESS:  In addition to what I had just

22   mentioned is what I tell them.  I also let them know we

23   have liability insurances covering all parts of our

24   supply chain.  So if there was death, loss, or anything

25   like that, any act of God, transportation, deaths

1    anything like that, they're covered.

2                   We hold USDA level, state level, national

3    level bonds should anything happen to Agridime as a

4    company, that covers the contracts.

5                   And they can wire money, they can send a

6    check.  That's all -- I mean, that's all I could think of

7    without further questions.

8    BY MS. ANDERSEN:

9        Q.    When you say you tell them Agridime has

10   liability insurance of an act of God or something

11   happens, they're covered; what do you mean by "they're

12   covered"?

13       A.    We have insurance on all of our animals through

14   all the supply chains, so if an animal dies, we could

15   file an insurance claim and get money back on that

16   animal.

17       Q.    So in that event, would they be paid back their

18   principal, or they would also get their return?

19                   MR. BRADDOCK:  Objection, form.

20                   THE WITNESS:  We will replace the animal

21   with another one that is in our supply chain that is not

22   currently under a contract.

23   BY MS. ANDERSEN:

24       Q.    And then, do they get 2,400 back?

25       A.    They will --

    1              MR. BRADDOCK:  Objection, foundation.  Form.
    2              THE WITNESS:  They will get the initial
    3    agreed upon profit that was signed in their contract.
    4    BY MS. ANDERSEN:
    5        Q.    Okay.  So if they originally were supposed to
    6    get 2,400, their cow dies, you guys replace it, they'll
    7    still get 2,400?
    8        A.    Yes.
    9        Q.    Do you discuss any risks?
   10        A.    I let them know that -- about the liability
   11    insurance, the USDA level, state bonds.  We hedge the
   12    cattle on the open market and we buy them accordingly to
   13    make sure that we're locking in our profit ahead of time.
   14    So even if that cattle has a slower rate of gain or
   15    anything like that, our -- our profit's locked in on
   16    those.
   17        Q.    Tell me more about hedging the cow on the open
   18    market?
   19        A.    I'm not the right person to explain hedging.
   20        Q.    Well, what would you tell a customer?
   21        A.    That we hedge them on the open market based on
   22    the future's price for cattle through the Chicago
   23    Mercantile Exchange.
   24        Q.    And if a customer said, what's hedging, what
   25    would you tell them?

1                    MR. BRADDOCK:  Objection, form.  Foundation.
2                    THE WITNESS:  I've never had a customer ask
3     that of me before.  But if I did, I would probably have
4     Josh Link answer that one for me.  I am -- I'm not the
5     person to teach someone about hedging.
6     BY MS. ANDERSEN:
7         Q.    Where do you find potential purchasers of
8     cattle contracts?
9         A.    Primarily they call in.  They're -- they email
10    a general Agridime email account.
11        Q.    How do they find out about the cattle
12    contracts?
13                   MR. BRADDOCK:  Form.
14                   THE WITNESS:  I mean, I -- I can't say how
15    they all find out about it.  I mean, I've had some people
16    that were referred to us.  Their friends or parents or,
17    you know, someone -- acquaintance of them has done it
18    before and they have called in.
19                   The Facebook video, I know people had heard
20    about it through there.  As far as any other avenues,
21    I -- I don't know.
22    BY MS. ANDERSEN:
23        Q.    So when someone who's interested in purchasing
24    a cattle contract goes through the website, do you get
25    notified directly or do you get assigned to this person?

1   How does that work?

2       A.    What do you mean "goes through the website"?

3       Q.    So if they send an email through the website

4   saying they're interested in purchasing a cattle, how do

5   you get them?

6       A.    The -- any leads that are generated through

7   that email account, do not come to me.  They go through

8   Josh Link.  They may go to others, I'm unaware.  And then

9   they get divvied out from there.

10      Q.    So would Josh Link typically be the one that

11  says, Hey, Justin this person is interested in purchasing

12  cattle, will you please talk with them?

13      A.    Yes.

14      Q.    Walk me through a pitch.  Say I emailed

15  Agridime.  I'm interested.  Josh put us in contact.  Now

16  what?

17      A.    Yeah.  So I will generally call the individual,

18  let them know that they we received an inquiry that they

19  had emailed in about.  I usually start off asking if they

20  have any questions.  I just don't want to word vomit

21  if -- if they have direct questions they need answers to,

22  so I let them ask what questions they have.

23            I go through explaining to them what we've

24  already discussed here today.  I let them know I will

25  send them a sample contract so they could look at the

1    language in it and tell them to either give me a call

2    back or send me an email if they'd like to do one.

3        Q.    Is there any other paperwork they have to fill

4    out?

5        A.    No.

6        Q.    Does Agridime encourage purchasers to reinvest

7    after their contract has been paid out?

8        A.    No.  And it's not -- they're not investing with

9    us, they are purchasing cattle --

10       Q.    Of course.

11       A.    -- in our supply chain and selling it back to

12   us.  It's -- they're not -- they're not investing,

13   they're not buying ownership in Agridime or anything of

14   the nature.  Once we pay out a contract, if they would

15   like to purchase another one, that is up to them.

16       Q.    So Agridime never encourages purchasers to

17   purchase more cattle contracts --

18               MR. BRADDOCK:  Form.

19   BY MS. ANDERSEN:

20       Q.    -- once they cash out?

21               MR. BRADDOCK:  Objection, form.

22               THE WITNESS:  I do not -- I do not try to

23   persuade them or whatever the word was that you used, no.

24   BY MS. ANDERSEN:

25       Q.    Are you aware of anyone at Agridime encouraging

1    purchasers to repurchase cattle contracts?

2        A.    I am not aware.

3        Q.    Do you know if purchasers are offered more

4    favorable terms if they do repurchase cattle contracts?

5        A.    That has not been my experience.

6        Q.    Do you have authority to sign the cattle

7    contracts?

8        A.    They are DocuSigned.  Josh Link as the signer.

9        Q.    Do you ever sign them?

10       A.    Through DocuSign, yes.

11       Q.    Under what circumstances would you sign through

12   DocuSign instead of Josh?

13       A.    If he is unavailable to do so.

14       Q.    Do you need Josh's permission to do that?

15       A.    I don't know if I'd say permission.  I always

16   let him know that a cattle contract is in process, and

17   that a DocuSign is being sent to them.  But I do not

18   specifically ask for permission.

19       Q.    Do you run all deals through Josh?

20             MR. BRADDOCK:  Objection, form.

21             THE WITNESS:  Generally, yes.  That -- I

22   mean, there may have been some in the past that he was

23   unavailable and -- and I told him about it the next time

24   that I got to speak with him.

25             MR. BRADDOCK:  Sasha, just so -- maybe I

1    could help with minimizing objections.  When you're

2    asking about sales or deals or contracts, you're just

3    focused on the cattle contracts?

4              MS. ANDERSEN:  Correct.

5              MR. BRADDOCK:  Okay.  So if you're asking --

6    why don't we just work off the convention that that's

7    what you're asking off and then I won't object to the

8    form of the question.  And if you have any questions

9    about meat sales or lip balm or any of that, you will

10   specify?

11             MS. ANDERSEN:  Yes.

12             MR. BRADDOCK:  Thank you.

13   BY MS. ANDERSEN:

14      Q.    Do you have authority to offer discounts on

15   cattle contracts?

16      A.    No.

17      Q.    What about more favorable returns on cattle

18   contracts?

19             MR. BRADDOCK:  Objection, form.

20             THE WITNESS:  Profits, no.

21   BY MS. ANDERSEN:

22      Q.    So if a purchaser does a really big deal, a

23   purchaser wanted to buy $500,000 worth of cattle

24   contracts and they said, but I'll only do it if I get 25

25   percent profit, what would you do?

1      A.     I would call Josh Link and see if he wants to

2   do that.

3      Q.     Does Josh Link do that on occasion?

4      A.     Do what?

5      Q.     Correct.

6             Does Josh Link offer more unfavorable profits

7   on occasion?

8      A.     I can't speak to Josh Link's contracts that

9   he's done with purchasers that he speaks with.

10     Q.     You've never encountered that?

11     A.     I've never encounter that.  I've had customer's

12  request higher profits and I go to Josh and he either

13  says "yes" or "no."

14     Q.     Has he ever said "yes"?

15     A.     Yes.

16     Q.     When did you become aware of the temporary

17  cease-and-desist order against Agridime?

18     A.     I believe it was late April.

19     Q.     Does April 19th, 2023, sound about the date

20  that Agridime may have been served?

21     A.     I can't be sure of the date.  I was on vacation

22  with my family in April.  I believe I found out about it

23  when I returned from vacation.

24     Q.     So you would have found out about it in late

25  April?

1      A.     Sometime in 6check April.

2      Q.     What were you told about the order?

3             MR. BRADDOCK:  Objection.

4             You can answer that question to the extent

5      it's what you learned from Agridime about the order.  But

6      I'm going to instruct you not to answer what you may have

7      learned from counsel about the order.

8      BY MS. ANDERSEN:

9      Q.     Correct.  I'm not seeking any --

10     A.     I had just learned that there was a cease and

11     desist in place and that we were to stop selling cattle

12     contracts to Arizona residents.

13     Q.     When were you told that?

14     A.     I can't be sure of the date.  It would have

15     been roughly around the time that I -- that I heard about

16     the cease and desist.

17     Q.     When did you first learn of the

18     cease-and-desist order issued by North Dakota?

19     A.     I can't be sure of the date on that.

20     Q.     Have you, yourself, purchased cattle contracts?

21     A.     Yes.

22     Q.     When?

23     A.     I've purchased multiple and I -- I can't be

24     sure of the -- the date on those.

25     Q.     Okay.  We'll get into those in a minute.

```
 1        A.      Okay.

 2        Q.      Whose idea was it to purchase -- for you to

 3   purchase cattle contracts?

 4        A.      Mine.

 5        Q.      Did you pay with cash?

 6        A.      The first one I paid with card.  I did the

 7   transaction online.  Most recent one, I did a wire

 8   transfer.  And I'm unsure about the other.

 9        Q.      And by doing the transaction online, are you

10   referring to adding head of cattle to your cart, and then

11   checking out on the website?

12        A.      Yes.

13        Q.      Have other families -- have other family

14   members purchased cattle contracts?

15                    MR. BRADDOCK:  Form.

16                    His family?

17                    MS. ANDERSEN:  Yes.

18                    THE WITNESS:  My wife's uncle.

19   BY MS. ANDERSEN:

20        Q.      What's his name?

21        A.      ███████████.

22        Q.      I'm going to show you what's been marked as

23   Exhibit 1.

24                Can you see this?

25        A.      Yes, I can see this.
```

GLENNIE REPORTING SERVICES, L.L.C.
602.266.6535   www.glennie-reporting.com

1              MR. SCHROEDER:  Could we get the Bates
2    number on this, Sasha?
3              MS. ANDERSEN:  Yes.
4    BY MS. ANDERSEN:
5        Q.    This is a livestock contract between and you
6    Agridime dated January 29th, 2022.  Do you recognize
7    this?
8        A.    Yes.
9        Q.    So first of all, up at the top, it looks like
10   $12,000 is written -- handwritten in pen up here.  Do you
11   know what that is?
12       A.    I do not.
13       Q.    So it looks like you invested a total of
14   $10,000 for 20 percent return; is that right?
15             MR. BRADDOCK:  Objection, form.
16   BY MS. ANDERSEN:
17       Q.    For 20 percent profit?
18       A.    I purchased several heads of cattle.
19       Q.    Yes.  For 20 --
20       A.    And sold them --
21       Q.    -- percent profit?
22       A.    -- and sold them back to Agridime at a 20
23   percent profit.
24       Q.    Were you paid the profit?
25       A.    Was I what?

1        Q.      Paid the profit?

2        A.      Yes.

3        Q.      I'm going to show you what's been marked as

4    Exhibit 2.  This is a livestock contract between ▮▮▮▮

5    ▮▮▮▮  and Agridime dated July 1st, 2022.  Do a recognize

6    this?

7        A.      Yes.

8        Q.      And Sierra Gray is your wife, correct?

9        A.      Correct.

10       Q.      And it looks like she invested a total -- or

11   purchased a total of $18,000 for a 20 percent profit; is

12   that right?

13       A.      That is correct.

14       Q.      Was she paid that profit?

15       A.      Yes, she was.

16       Q.      Did you earn commission on the sale?

17       A.      No, I did not.

18       Q.      I'm going to show you what's been marked as

19   Exhibit 3.  This is the livestock contract between you

20   and Agridime dated September 30th, 2022.

21               MS. ANDERSEN:  Did you get the --

22               THE STENOGRAPHER:  Yes, thank you.

23   BY MS. ANDERSEN:

24       Q.      Do you recognize this?

25       A.      Yes, I do.

1      Q.    So this one looks a little bit different from
2   the last two we looked at.
3            Under "contract terms," it says that you
4   purchased a total of $100,000, correct?
5      A.    Correct.
6      Q.    So still under contract terms here, where I
7   highlight ed, it says "Guaranteed six-month profits of
8   32 percent."
9            Why six months?
10     A.    Josh Link had some cattle that he wanted to get
11  contracted and was offering six-month contracts at that
12  time.
13     Q.    Were they older cattle?
14     A.    I can't be sure of why they were six-month
15  contracts.  He just had let me know that he had had a
16  certain number of head, I don't remember how many head of
17  cattle, that he was able to do six-month contracts on.
18     Q.    Why 32 percent profit?
19     A.    That is the percentage that he told me I could
20  have.
21     Q.    Have you seen anyone else be offered 32 percent
22  profit?
23     A.    32 percent?  No.
24     Q.    Is this the highest profit you've seen?
25     A.    Yes, sir.

1       Q.      How did you pay for this investment?

2               MR. BRADDOCK:   Form.

3    BY MS. ANDERSEN:

4       Q.      Or for this purchase, excuse me?

5       A.      I believe this was a wire transfer from my

6    bank, if I remember correctly.

7       Q.      Were you paid your profit?

8       A.      Yes, I was.

9       Q.      Have you sold six-month cattle contracts to

10   other purchasers?

11      A.      Yes, I have.

12      Q.      When would six months be offered versus a year?

13      A.      As I said, I'm probably not the best person to

14   answer that.  Josh let's me know that every now and again

15   we do have cattle that he's able to do a six-month

16   contract on.

17              I believe I've only seen it twice.  But I'm

18   unsure as to the circumstances of why those are -- why

19   we're able to do those particular cattle at six months.

20      Q.      Does the percent profit change?

21      A.      In a couple of the cases where I've sold

22   six-month contracts, I believe profits varied, yeah, from

23   the standard 15 to 20 percent.

24      Q.      More than 20 percent?

25      A.      I believe so, yes.

1      Q.     And you don't know why?

2      A.     I do not.  I can't answer that.

3      Q.     I'm going to show you what's been marked as

4   Exhibit 4.  This is a livestock contract dated between

5   you and Agridime dated April 24th, 2023.  Do you

6   recognize this?

7      A.     I do.

8      Q.     So it looks like you purchased a total of

9   $250,000 for a 25 percent yearly profit.  Is that right?

10     A.     That is correct.

11     Q.     Do you know why it's 25 percent profit this

12  time?

13     A.     I do not.

14     Q.     How did you pay for this investment?

15     A.     It was a wire transfer from my bank.

16     Q.     So earlier we established the Division's order

17  against Agridime was served, you learned about it some

18  time late April.

19            Would it have been before or after this

20  contract?

21     A.     I can't be sure.  I believe I learned about it

22  after this contract.

23     Q.     Were you offered a refund on this contract?

24     A.     No, I was not.  I did not ask for one.

25     Q.     Do you know why, under contract terms here,

 1    first it says "Guaranteed yearly profits of 25 percent,"

 2    and then down here it says, "Contract terms are payable

 3    six months post the dates set forth in this contract"?

 4         A.    Do I know why that sentence is in there?

 5         Q.    Yeah.

 6         A.    No.   I mean, I don't know why it's in there.

 7    It looks like it's explaining the pay out schedule.

 8         Q.    So I guess let me rephrase my question.

 9         A.    Okay.

10         Q.    Is this supposed to be paid out in a year, or

11    in six months?

12         A.    Six months.

13               MR. TURLEY:   Whose idea was it to enter this

14    contract?

15               MR. BRADDOCK:   Just a second.   I don't think

16    he could ask questions.

17               MS. ANDERSEN:   Yes, he can.

18               MR. BRADDOCK:   No.   No.   Are you a lawyer?

19               MR. TURLEY:   I'm an accountant.

20               MR. BRADDOCK:   I'm not going to participate

21    in the unauthorized practice of law, so if he wants to

22    tell you what questions to ask, I'm fine with that, but

23    I'm not going to let him ask questions.

24               MS. ANDERSEN:   Asking questions is not the

25    unauthorized practice of law, he's not --

```
 1                    MR. BRADDOCK:  It certainly is.

 2                    MS. ANDERSEN: -- complying --

 3                    MR. BRADDOCK:  This is a legal proceeding

 4     and it would be the unauthorized practice of law.  And if

 5     he wants to run it through any of the three lawyers you

 6     have here, he's free to do that.  But I don't think he

 7     should be participating under the Rules of Professional

 8     Conduct.

 9                    MS. ANDERSEN:  Would you like me to take a

10     break and go get the Division's rules for you?

11                    MR. BRADDOCK:  Sure.

12                    MS. ANDERSEN:  Okay.  Let's take a

13     five-minute break.

14                    MR. BRADDOCK:  Good.

15                    (Whereupon a recess was taken.)

16                    MS. ANDERSEN:  Let's go back on record.

17                    Corey, here are the rules.  You'll be able

18     to look at 304(h), I believe.

19                    This is Mark Dinell, the Director of the

20     Securities Division.

21                    MR. BRADDOCK:  Great.

22                    Are we back on the record?

23                    THE STENOGRAPHER:  Yes.

24                    MR. BRADDOCK:  Mark, are you a lawyer?

25                    MR. DINELL:  Yes, I am a lawyer.
```

1               MR. BRADDOCK:  Okay.  Great.  Great.

2               I'm going to start by, on the record --

3               MR. DINELL:  Excuse me.  Let me continue

4       first.  My name is --

5               MR. BRADDOCK:  I'm sorry, Mark.  Mark, I'm

6       here on behalf of my client, sir.

7               MR. DINELL:  That's okay.

8               MR. BRADDOCK:  And your position as the

9       Director of the Division, doesn't provide you the

10      opportunity to interfere with my client's legal rights.

11              MR. DINELL:  Nope.  No argument there.  But

12      I think we are --

13              MR. BRADDOCK:  Before we start --

14              MR. DINELL:  -- doing that, could I please

15      make my statement, and then you may make your objection.

16              MR. BRADDOCK:  As soon as I -- no, I'm going

17      to object to what Sasha did before --

18              MR. DINELL:  Okay.

19              MR. BRADDOCK:  -- we took our break and then

20      I'll be happy to give you all the time.  You could take

21      all day as far as I care.

22              MR. DINELL:  Well, I have no intention of

23      doing that.

24              MR. BRADDOCK:  Okay.  Sasha, I want on the

25      record that you instructed the court reporter to go off

1    the record prior to our discussion.  That's

2    inappropriate.  You don't control the record.  We both

3    have to agree before we go off the record.

4              So our entire discussion on this issue was

5    not recorded by the court reporter.  And so I want to

6    make our position clear, we are not going to participate

7    in the unauthorized practice of law by your investigator,

8    or by your accountant.

9              We were clear that they could ask -- they

10   could tell you questions that they wanted you to ask, but

11   non-lawyers are not here to examine the witness.

12             MR. DINELL:  Okay.  I -- again, my name is

13   Mark Dinell.  I'm Director of the Securities Division.

14             I am here pursuant to Rule 14-4-304 of the

15   Corporation Commission, Rule H states:  "In connection

16   with examination or investigation, the Director may

17   delegate authority to members of the Staff to administer

18   oaths and affirmations, sign subpoenas, take evidence,

19   receive books, papers, contracts, agreements and other

20   documents, records or information, whether filed or kept

21   in original or copied form, or electronically stored or

22   recorded."

23             Pursuant to this rule, I've delegated

24   authority to Sasha Andersen, Jordan Frieberg and Cody

25   Turley to take questions -- to ask questions during this

1    examination under oath.

2              Thank you.

3              MS. ANDERSEN:  And I would just like to

4    clear up on the record that we discussed taking a break

5    so I could go get the rule.  And then I said:  Okay,

6    let's go off the record, and then you chose to continue

7    speaking.

8              So you already got on the record, I think,

9    what you wanted to get on the record?

10             MR. BRADDOCK:  Yeah.

11             MS. ANDERSEN:  Is that correct?

12             MR. BRADDOCK:  I sense that, but you don't

13   get to say:  "Take a break," and walk away and close the

14   record.  You just don't get to do that.

15             MS. ANDERSEN:  Yes, I do.

16             MR. BRADDOCK:  Well, we continue to

17   disagree.

18             MS. ANDERSEN:  Okay.  So don't agree to take

19   a break next time if you don't want to take a break.

20             Are we clear?

21             MR. BRADDOCK:  I don't -- if we had a court

22   reporter who was taking the record, we'd be able to go

23   back and listen to that, Sasha, but I think you're

24   misstating what was said.

25             MS. ANDERSEN:  Okay.

1                MR. BRADDOCK:  So you're free to continue.

2                I'm still not -- I'm going to instruct the

3     witness not to answer any questions offered by

4     Mr. Frieberg or your accountant.  They're free to tell

5     you what questions to ask.  I don't understand why that's

6     not going to work for you.  And you're free to raise it

7     with the ALJ.  This is a legal proceeding.

8                MS. ANDERSEN:  Okay.  For the record, this

9     is not a legal proceeding, this is an investigative

10    examination under oath, pursuant to the Division's rules.

11               We will continue to ask our questions.

12               MR. BRADDOCK:  Okay.

13               MR. TURLEY:  So whose idea was it to enter

14    into contract?

15               MR. BRADDOCK:  I'm going to -- we're not

16    going to participate in allowing him to ask questions.

17    I'm going to instruct the witness not to answer a

18    question offered by a non-lawyer.  Zach and I are --

19    BY MS. ANDERSEN:

20      Q.    So whose idea was it to ask -- to purchase this

21    contract?

22               MR. BRADDOCK:  You can answer the question.

23               THE WITNESS:  It was my idea.

24    BY MS. ANDERSEN:

25      Q.    I'm going to show you what's been marked as

```
 1   Exhibit 5.  This is a contract -- a livestock contract
 2   between ████████ and Agridime dated May 3rd, 2023.
 3              You sold this to Mr. ████, correct?
 4   A.    Yes.  That's correct.
 5   Q.    He's an Arizona resident, correct?
 6   A.    Yes.  That's correct.
 7   Q.    It looks like he purchased a total of $100,000
 8   for a 20 percent profit, correct?
 9   A.    Yes, that's correct.
10   Q.    This was about two weeks after the Division's
11   order against Agridime, correct?
12   A.    I don't remember the exact date.
13   Q.    Okay.  Well, you said you learned about it in
14   late April, this is date May 3rd.
15   A.    It's not two weeks but...
16   Q.    So this is after you learned about the order
17   against Agridime, correct?
18   A.    Yeah.  Correct.
19   Q.    Who told you to sell this contract?
20              MR. BRADDOCK:  Objection, foundation.  Form.
21              You can answer.
22              THE WITNESS:  Okay.  I can't be sure of who
23   told me.  I can't recall.
24   BY MS. ANDERSEN:
25   Q.    Was it Josh Link?
```

1       A.     I can't recall.  General -- yeah, I can't

2    recall.

3       Q.     Was it Jed Wood?

4       A.     No.  It would not be Jed.

5       Q.     Who else would have told you to sell this

6    contract?

7       A.     Josh Link is the person I generally go to to

8    approve of contracts.  I do not know if I went to him on

9    this specific one.  That is why I cannot recall.

10      Q.     Do you know why you continued to sell livestock

11   contracts after the Division order against Agridime?

12      A.     I do not recall.

13      Q.     Are you still selling cattle contracts?

14      A.     To Arizona residents?

15      Q.     To anybody?

16      A.     Yes.

17      Q.     Tell me about that?

18      A.     What do you want to know about it?

19      Q.     How do you find purchasers?

20      A.     Same way as before.  Minus the Facebook

21   advertising leads.

22      Q.     What do you do to confirm they're not Arizona

23   residents?

24      A.     I ask them where they live and they provide us

25   with a address of where they live.

```
 1      Q.    How much are these cattle contracts?
 2            MR. BRADDOCK:  Form.
 3            THE WITNESS:  What do you mean how much are
 4   they?
 5   BY MS. ANDERSEN:
 6      Q.    How much is a head of cattle?
 7      A.    $2,000.
 8      Q.    Do you sell any cattle for $4,500?
 9      A.    That is our Bred Cow Program, yes.
10      Q.    How many of those have you sold?
11      A.    I can't be sure.  Not very many.
12      Q.    More than ten?
13      A.    I do not believe so.
14      Q.    Do you sell both the bred cattle contracts and
15   the $2,000 cattle contracts?
16      A.    Yes, I do.
17      Q.    How many, total, including bred cattle
18   contracts have you sold?
19      A.    I can't be sure the number.
20      Q.    Less than ten?
21      A.    Just bred cattle?
22      Q.    Altogether?
23      A.    Since when?
24      Q.    Since May of 2023?
25      A.    I can't be sure.
```

```
1      Q.    You don't know if it's less than ten?

2      A.    I don't want to speculate.

3      Q.    You're an Arizona resident, right?

4      A.    Yes, I am.

5      Q.    Do you have an office?

6      A.    Yes.

7      Q.    At Agridime?

8      A.    Yes.

9      Q.    Where is that?

10     A.    At Gilbert in our warehouse.

11     Q.    Who has ultimate authority at Agridime?

12     A.    In regards to what?

13     Q.    Cattle contracts.

14     A.    I don't know if I know who has ultimate

15  authority.  The individual that I discuss cattle

16  contracts with mainly is Josh Link.

17     Q.    Does Josh ever have to ask Jed Wood for

18  permission?

19     A.    I wouldn't know.

20     Q.    Do your customers ever use self-directed IRAs?

21     A.    Yes, they do.

22     Q.    How often?

23     A.    I don't think I'd be able to put a number to it

24  or a percentage to it.  I've had a number of people use

25  self-directed IRAs, though.
```

1     Q.    Do you ever using self-directed IRAs?

2     A.    No.  I think I let them know that it's an

3  option if they ask.

4     Q.    Does Agridime tell you to let them know it's an

5  option if they ask?

6     A.    No.

7     Q.    Do you suggest any particular company?

8     A.    No.

9     Q.    Are you familiar with a company by the name of

10  Advanta?

11     A.    I don't recall that name.

12     Q.    Why did you decide to purchase cattle contracts

13  from Agridime?

14     A.    It seemed like a profitable opportunity.

15     Q.    Have you seen an opportunity in the cattle

16  industry more profitable than Agridime's cattle

17  contracts?

18     A.    Can you -- what do you mean?

19     Q.    Have you seen anybody selling cattle and

20  offering to buy them back for more than 20 percent

21  profit.

22     A.    I haven't really researched any other cattle

23  opportunities.

24     Q.    What do you know about cattle?

25     A.    I grew up on a hog farm on the border of

 1   Gilbert.  We raised cattle, hogs, chickens, sheep.
 2   Competed in livestock judging throughout 4H and FFA.  And
 3   that's where I gained most of my experience.
 4        Q.    What is a hog farm?
 5        A.    We had two and a half acres where we raised
 6   livestock.  I showed livestock at the County Fair, State
 7   Fair, Arizona National Livestock Show, among other
 8   jackpot shows, and we raised cattle mainly for our own
 9   consumption and gave some to friends and family.  We
10   weren't producers.
11        Q.    Why did Agridime originally start?
12              MR. BRADDOCK:  Foundation.
13              THE WITNESS:  I wouldn't be able to answer
14   that question.
15   BY MS. ANDERSEN:
16        Q.    Do you know whose idea it was to start selling
17   cattle contracts?
18        A.    I do not.
19        Q.    Does Agridime ever buy lead lists?
20        A.    Not to my knowledge.
21        Q.    How many cattle -- how many head of cattle does
22   Agridime have?
23        A.    I do not have that number.
24        Q.    What is Agridime's preferred method of
25   payment --

1              MR. BRADDOCK:   Form.

2       BY MS. ANDERSEN:

3              Q.     -- when purchasers are purchasing cattle

4       contracts?

5              A.     I don't think the -- I don't know if I can say

6       the company has a preferred method.  Personally, when

7       people ask me about cattle contracts and how they could

8       pay it, I let them know how they could send a wire, they

9       could send a check.  I believe wires to be more secure.

10             Q.     When someone purchases a cattle contract on the

11      website, they put it in their cart, they check out, they

12      put it in their credit card information, do you ever talk

13      to those individuals or is that pretty much done?

14             A.     I have.

15             Q.     Why?  What leads to speaking to them?

16             A.     There have been times where I've spoken to them

17      prior to them going to the website.  They have had

18      questions about them.  I spoke to them.  Generally,

19      anyone that purchases through the website is a smaller

20      number of head.  And I let them know that that is also an

21      option to pay for them.

22             Q.     So if they don't have questions, they purchase

23      the cattle contract, you don't ever end up speaking to

24      them?

25             A.     Correct.

 1      Q.      What states do you sell cattle contracts to?

 2      A.      Currently?

 3      Q.      Yes.

 4      A.      All states except Arizona and North Dakota.

 5      Q.      So you're not limited to just the western

 6   region?

 7      A.      Me personally?

 8      Q.      Yes.

 9      A.      No.

10      Q.      What state purchases the most cattle contracts?

11      A.      I don't have that information.

12      Q.      What state do you feel like you see the most?

13      A.      Off the top of my head, I don't -- I don't

14   know.  I deal with a lot of people.

15      Q.      Take me through the life cycle of a cow?

16      A.      In what regards?

17      Q.      A calf is born, and then?

18              MR. BRADDOCK:  Thank you for starting there.

19              THE WITNESS:  A calf is born.  At that point

20   it will nurse from the mother cow.  Generally, around six

21   months, you'll wean the cow, get it off the mother's

22   milk, begin introducing it to feed and water.  And

23   generally, it will be market ready 18 to 24 months.

24   BY MS. ANDERSEN:

25      Q.      How much does it cost to raise a single cow?

1      A.      There are lots of factors that could go into

2   that that are going to change the price of it.

3      Q.      Do you have an average?

4      A.      No, I do not.

5      Q.      What if a customer that wanted to purchase

6   cattle contracts asked you, how much does it cost to

7   raise this cow when purchasing?

8      A.      I would let them know that it depends on a

9   number of factors and that the number varies.

10      Q.      What if it costs more than $2,400?

11      A.      If it costs more than $2,400?

12      Q.      Mm-hmm.   Yes.

13      A.      As far as the financials of raising the cow and

14   what Agridime's cost is on raising cows, I don't have

15   those numbers.

16      Q.      Have any of your customers not been paid their

17   returns?

18              MR. BRADDOCK:   Objection, form.

19              THE WITNESS:   No, they have all sold

20   their -- sold their cattle back to us in the agreed-upon

21   contracts.

22   BY MS. ANDERSEN:

23      Q.      Have any of your customers asked for refund on

24   their cattle contract?

25      A.      Yes.

1      Q.     How does that work?

2      A.     We'll wire the money back to them.

3      Q.     Is there a time limit within which they can ask

4   for a refund?

5      A.     I've only had that experience once.  I don't

6   remember how far into the contract it was much.  I would

7   be unable to answer if there is a time limit.  In the one

8   example that I've had, we've paid the individual back.

9      Q.     So what happens to that cow?

10      A.     Goes back into our supply chain to either be

11   owned by Agridime or would be available for a different

12   contract.

13             MR. FRIEBERG:  I'll ask questions, she'll

14   just restate them, and I'm going to state them aloud

15   instead of whispering to her.

16             MR. BRADDOCK:  That's fine.  But it is

17   important, it's actually important issue to me.

18             MR. FRIEBERG:  For these $4,500 contracts,

19   how many are available right now?

20   BY MS. ANDERSEN:

21      Q.     For these $4,500 cattle contracts, how many are

22   available right now?

23      A.     I do not have that information.

24             MR. FRIEBERG:  For an individual who goes on

25   Agridime's website to purchase one of these $4,500 cattle

1    contracts, what is the address verification process to

2    ensure they're not in Arizona or North Dakota?

3                  MS. ANDERSEN:  Wait.  Repeat.

4                  I asked that same question.

5                  THE WITNESS:  Can you repeat his?

6                  MR. BRADDOCK:  Have the court reporter

7    repeat it, Sasha.  He has it.

8                  MS. ANDERSEN:  Will you please repeat the --

9                  (Whereupon the requested record was read

10   back.)

11                 THE WITNESS:  I'm unsure of that.

12                 MR. FRIEBERG:  So if an individual were to

13   call you and want to purchase a $4,500 cattle contract

14   but refused to provide an address, what would you do?

15   BY MS. ANDERSEN:

16       Q.   So if an individual wanted to purchase a $4,500

17   cattle contract but refused to provide an address, what

18   would you do?

19       A.   I would let them know that we need their

20   address on file.

21                 MR. FRIEBERG:  Okay.  Is it required in the

22   checkout process online to provide your address when

23   purchasing a cattle contract.

24   BY MS. ANDERSEN:

25       Q.   Is it required in the online checkout process

```
 1   to provide your address when purchasing a cattle
 2   contract?
 3        A.    I am unsure of what information is gathered on
 4   the back end of -- with our systems when someone
 5   purchases.
 6               MR. FRIEBERG:  But earlier we established
 7   that you went online and paid with a credit card for of
 8   you your cattle contracts.  Were you required to put your
 9   address in?
10   BY MS. ANDERSEN:
11        Q.    Earlier we established that you went online for
12   one of your cattle contracts, were you required to put
13   your address in?
14        A.    I was not, no.
15               MR. FRIEBERG:  Okay.  You said ███████████
16   was your wife's uncle, correct?
17   BY MS. ANDERSEN:
18        Q.    You said ████████████ was your wife's uncle,
19   correct?
20        A.    Correct.
21               MR. FRIEBERG:  What role, if any, does ████████
22   █████████ have at Agridime?
23   BY MS. ANDERSEN:
24        Q.    What role, if any, does ███████████ have at
25   Agridime?
```

GLENNIE REPORTING SERVICES, L.L.C.
602.266.6535    www.glennie-reporting.com

1      A.      Outside of purchasing cattle contracts, he is

2   not affiliated with the company.

3              MR. FRIEBERG:  Does ███████████  provide any

4   cattle to Agridime?

5   BY MS. ANDERSEN:

6      Q.      Does ███████████  provide any cattle to

7   Agridime?

8      A.      No, he does not.

9              MR. FRIEBERG:  So looking at this, let's say

10  that -- for instance, Whit Lann here purchased 50 head of

11  cattle.  After this contract is signed and executed, what

12  is the process of procurement -- procurement?  Who

13  procures the 50 head of cattle specific to this contract?

14  BY MS. ANDERSEN:

15     Q.      Use ██████████'s contract, for example, he

16  purchased 50 head of cattle, what is the procurement

17  process to get these 50 head of cattle?

18             MR. FRIEBERG:  Mm-hmm.

19             THE WITNESS:  I'm unsure.

20             MR. FRIEBERG:  Do you know who at Agridime

21  handles procurement of cattle?

22  BY MS. ANDERSEN:

23     Q.      Do you know who at Agridime handles procurement

24  of cattle?

25     A.      We have multiple people that purchase cattle

```
1   for our supply chain.

2              MR. FRIEBERG:  Provide some names.

3   BY MS. ANDERSEN:

4       Q.    Provide some names?

5       A.    Josh Link is one.  I have been a liaison for

6   introducing Agridime to cattle ranchers that we mentioned

7   earlier, that we have procured cattle from.  I'm unaware

8   of other buyers that -- that we have within the company.

9   We have people that go to multiple ranches of the country

10  and various sale barns.

11             MR. FRIEBERG:  Is Agridime currently

12  offering six-month cattle contracts?

13             THE WITNESS:  Not to my knowledge.

14             MR. BRADDOCK:  Yeah.

15             THE WITNESS:  My fault.

16             MR. BRADDOCK:  Would you reask the question,

17  please, Sasha?

18  BY MS. ANDERSEN:

19      Q.    Is Agridime currently offering six-month cattle

20  contracts?

21      A.    Not to my knowledge.

22             MR. FRIEBERG:  Why not?

23  BY MS. ANDERSEN:

24      Q.    Why not?

25      A.    I wouldn't have the answer to that.
```

GLENNIE REPORTING SERVICES, L.L.C.
602.266.6535   www.glennie-reporting.com

APP 0350

1           MR. TURLEY:  What other relatives of yours

2    or Joshua Link that you know work at Agridime?

3    BY MS. ANDERSEN:

4       Q.    What other relatives of yours or Joshua Link's

5    that you know work at Agridime?

6       A.    My sister-in-law, Josh's younger sister started

7    up our tallow production at our Gilbert facility.

8           Her husband does the micro green, house plants,

9    produce.

10          Josh's wife works for the company.  My -- my

11   other brother-in-law was employed with us as a warehouse

12   associate for some time.  And those are all the ones that

13   I could think of at this time.

14          MR. FRIEBERG:  You provided their familial

15   relationships, can you provides their names?

16   BY MS. ANDERSEN:

17      Q.    You provided their familial relationships, can

18   you provide their names?

19      A.    Yes.    ███████████  is Josh's sister, started

20   our tallow production.

21          ██████████, her husband, does the micro greens,

22   house plants.

23          And then ████████████  was ███████'s younger

24   brother, also my brother-in-law, that was employed as a

25   warehouse associate of ours.

1           MR. TURLEY:  Would it surprise you if

2    Agridime owed over $100 million to contract purchasers?

3    BY MS. ANDERSEN:

4       Q.   Would it surprise you if Agridime owed over

5    $100 million to contract purchasers?

6       A.   Yes, that would surprise me.

7           MR. TURLEY:  Would it surprise you if

8    Agridime was using proceeds from new contracts to pay off

9    old contract purchasers?

10   BY MS. ANDERSEN:

11      Q.   Would it surprise you --

12          MR. BRADDOCK:  Objection, form.  Sorry.

13   BY MS. ANDERSEN:

14      Q.   Would it surprise you if Agridime was using

15   proceeds from new cattle contracts to pay off old cattle

16   contracts?

17          MR. BRADDOCK:  Form, foundation.

18          THE WITNESS:  Yes, that would surprise me.

19          MR. TURLEY:  Would it surprise you that

20   Agridime's income from cattle contracts massively

21   outceeds -- exceeds its income from other sales?

22   BY MS. ANDERSEN:

23      Q.   Would it surprise you if Agridime's income from

24   cattle contracts massively exceeds its income from other

25   sales?

1      A.     No, that would not surprise me.

2      Q.     Why is that?

3      A.     Why would it not surprise me?

4      Q.     Yes.

5      A.     We sell a lot of live cattle, finished cattle

6   to other entities, other companies that don't end up

7   going to their supply chain.  So I know that there are

8   sales that are derived from that.  I am unaware of what

9   the numbers are, though.

10     Q.     What are finished cattle?

11     A.     Market ready.  They have reached the weight

12  that is expected from the viet (sic) to go to market.

13     Q.     And when they go to market that means they're

14  slaughtered for meat?

15     A.     Yes.  That is correct.

16            (Reporter requests clarification.)

17            THE WITNESS:  I don't remember the exact

18  word I used there.  Market ready is they have reached the

19  expected weight for them to go to slaughter.

20            MR. TURLEY:  How many head of cattle do you

21  think Agridime owns or has?

22  BY MS. ANDERSEN:

23     Q.     How many head of cattle do you think Agridime

24  owns?

25     A.     I wouldn't have an answer to that.  The numbers

```
 1    are fluctuating daily.
 2                    MR. TURLEY:  Would 20,000 seem like a
 3    reasonable amount that they would own?
 4    BY MS. ANDERSEN:
 5        Q.    Would 20,000 seem like a reasonable amount that
 6    they would own?
 7        A.    I really have no idea.
 8                    MR. FRIEBERG:  How much have you earned in
 9    cattle contract commission in September of 2023?
10    BY MS. ANDERSEN:
11        Q.    How much have you owned in cattle contract
12    commission in September of 2023?
13        A.    I do not know the number off the top of my
14    head.
15                    MR. FRIEBERG:  How many cattle contracts
16    have you sold in December of 2023?
17    BY MS. ANDERSEN:
18        Q.    How many cattle contracts have you sold in
19    September of 2023?
20        A.    Again, I do not know the exact number.
21                    MR. FRIEBERG:  Since October 1st, 2023, how
22    many cattle contracts have you sold?
23    BY MS. ANDERSEN:
24        Q.    Since October 1st, 2023, how many cattle
25    contracts have you sold?
```

1      A.      I can't be sure.  If -- if any, not many.  But
2  I can't be sure of the number.

3      Q.      Have you sold any?

4      A.      I can't be sure without going back and looking.

5              MR. FRIEBERG:  So you don't know if you sold
6  a single cattle contract in the past 18 days?

7  BY MS. ANDERSEN:

8      Q.      So you don't know if you sold a single cattle
9  contract in the past 18 days?

10     A.      To the best of my recollection, at this time,
11  no, I do not know.  It's a small part of my job.

12             MR. FRIEBERG:  Let's revisit Exhibit 5,
13  which is still up on the screen.

14             Earlier we accomplished Division's order
15  against Agridime was served on April 19th, 2023.  You
16  stated you became aware of it in late April.

17             However, if you scroll down, as discussed,
18  this contract was executed on May 3rd.

19             Earlier, we also established, you were aware
20  that ██████████ was an Arizona resident.  Why did you
21  still choose to sell this contract?

22  BY MS. ANDERSEN:

23     Q.      Why did you still choose to sell this contract?

24     A.      I can't recollect as far as how this contract
25  came to be, who I spoke to about the contract.  I believe

1    earlier in the record, I said it was late April, early

2    May that I found out about the cease and desist.  I can't

3    be sure of the exact date.

4         Q.    Does anyone at Agridime purchase cattle

5    contracts without cash?

6         A.    Can you repeat that, please?

7         Q.    Yeah.  Let me rephrase that.

8               Can anyone at Agridime get a cattle contract,

9    say 10 head of cattle, 20 percent profit in exchange for

10   labor?

11        A.    Not to my knowledge.  That's not been my

12   experience.

13        Q.    Can they obtain a cattle contract for anything

14   other than money?

15        A.    Not to my knowledge.  It has not been my

16   experience.

17               MR. FRIEBERG:  I believe we've already

18   established this but I'll ask it one more time.

19               Have you sold cattle contracts since

20   April 19th, 2023?

21   BY MS. ANDERSEN:

22        Q.    Have you sold cattle contracts since

23   April 19th, 2023?

24        A.    Yes, I have.

25               MR. FRIEBERG:  Have you discussed with any

1    of these purchasers the Arizona cease-and-desist order or

2    the North Dakota cease-and-desist order?

3    BY MS. ANDERSEN:

4        Q.    Have you discussed with any of these purchasers

5    the North Dakota cease-and-desist order or the Arizona

6    cease-and-desist order?

7        A.    I know I've had multiple conversations about it

8    with multiple purchasers, I can't say for certain that

9    every purchaser has had a conversation with me about

10   that.

11            MR. FRIEBERG:  Did they initiate that or did

12   you initiate that?

13   BY MS. ANDERSEN:

14       Q.    Did they initiate that or did you initiate

15   that?

16            MR. BRADDOCK:  Form.

17            THE WITNESS:  I can't recall.

18   BY MS. ANDERSEN:

19       Q.    What do you tell them about those orders?

20       A.    I let them know that there is a current

21   cease-and-desist order, that we cannot sell cattle

22   contracts to Arizona and North Dakota and it's ongoing.

23       Q.    Do you tell them what the allegations in these

24   cease-and-desist order are?

25       A.    Yes.

JUSTIN WILLIAMS - 10/18/2023                                      62

1      Q.     What are the risks of purchasing a cattle

2  contract?

3      A.     The way the cattle contracts are set up, we've

4  done everything we can to mitigate all the risks that I'm

5  aware of with these cattle contracts, such as the

6  liability insurance on our supply chain to replace any

7  animal, the state-level and national-level USDA bonds

8  that we hold that cover these in the event that Agridime

9  goes under and the hedging of the market price.

10     Q.     Are there any risks?

11     A.     Not that I'm aware of.

12            MR. FRIEBERG:  Do you know the insurance

13  provider for the liability insurance you mentioned?

14  BY MS. ANDERSEN:

15     Q.     Do you know the insurance provider for the

16  liability insurance you mentioned?

17     A.     I do not.

18            MR. FRIEBERG:  Do you know the bonds that

19  are through that you've mentioned?

20  BY MS. ANDERSEN:

21     Q.     Do you know the bonds you've done that are

22  mentioned?

23     A.     All I know is that we hold USDA bonds.

24     Q.     If you were to divide up your duties at

25  Agridime into percentages, what percent is devoted to

1    selling cattle contracts?

2        A.    I would say under 5 percent, 10 percent;

3    somewhere in there.

4              MR. FRIEBERG:  What would you say makes up

5    the majority of your job duties the largest percentage?

6    BY MS. ANDERSEN:

7        Q.    What would you say makes up the majority of

8    your job duties, the largest percentage?

9        A.    Largest percentage would probably be running

10   the warehouse and the shipping side of it for all of the

11   products second to meat sales.

12             MR. FRIEBERG:  Is there any greater

13   escalation of guaranteed profits above the 20 percent?

14   BY MS. ANDERSEN:

15       Q.    Is there any greater escalation of guaranteed

16   profits above the 20 percent?

17             MR. BRADDOCK:  Form.

18             THE WITNESS:  I don't understand what you

19   mean by "greater escalation."

20             MR. FRIEBERG:  Sure.  So you said that the

21   escalation to receive a 20 percent return was $100,000,

22   correct?

23   BY MS. ANDERSEN:

24       Q.    You said the guaranteed profit to run a

25   20 percent profit was around $100,000, correct?

1      A.     That is the standardized metric.

2             MR. FRIEBERG:   So if somebody invested a

3      million, they would also get a 20 percent return?

4      BY MS. ANDERSEN:

5      Q.     So if somebody invests a million, they would

6      also get a 20 percent return?

7      A.     They would qualify for a 20 percent profit.

8      There have been instances where they received higher

9      profits.

10     Q.     Who decides that?

11     A.     The person that I'm aware, that I go to, if

12     profits are to be changed from the standardized metrics

13     would be Josh Link.

14            MR. FRIEBERG:   Do you know why one investor

15     may earn a better return than other if they invested the

16     same exact amount?

17     BY MS. ANDERSEN:

18     Q.     Do you know why one investor might earn a

19     better profit than another if they purchased the same

20     exact amount?

21     A.     I do not.

22            MR. TURLEY:   In your view, what's the

23     difference between return and profit?

24     BY MS. ANDERSEN:

25     Q.     In your view, what's the difference between and

GLENNIE REPORTING SERVICES, L.L.C.
602.266.6535   www.glennie-reporting.com

1    return profit?

2        A.    They're selling a product to us and a making

3    profit on it.   I guess it's just more common nomenclature

4    for me to talk about profit when they're selling

5    something for a profit as opposed to return.

6        Q.    Does that Agridime deliver the head of cattle

7    to the purchaser?

8        A.    Can you restate that?

9        Q.    Sure.

10            When a purchaser purchases cattle, in ▮▮▮▮

11    ▮▮▮▮'s case 50 head, does Agridime deliver those 50 head

12    to whit Lann?

13            MR. BRADDOCK:  Objection, form.

14            And the clarification, just so we have a

15    clear record, is that you're talking still about purchase

16    under a cattle contract, right?

17            MS. ANDERSEN:  Correct.

18            MR. BRADDOCK:  You can answer.

19            THE WITNESS:  No, we do not deliver the live

20    cattle directly to the purchaser.

21    BY MS. ANDERSEN:

22        Q.    What happens to those live cattle?

23        A.    They stay within our supply chain.

24        Q.    How do you keep track of them?

25        A.    Each animal has a UED tack, it's a unique

1    identifier, that uniquely identifies each animal.

2         Q.    All head of cattle have one of those

3    identifiers?

4         A.    To my knowledge, yes.

5         Q.    And they are tied to the individual purchaser?

6              MR. BRADDOCK:  Form.

7              THE WITNESS:  Yes, to my knowledge.

8    BY MS. ANDERSEN:

9         Q.    Where are those records kept?

10        A.    I wouldn't have the answer to that.

11        Q.    Who would?

12        A.    I would look -- I would ask Josh Link if I was

13   looking for them.  But I can't say for certain that he

14   has those records.

15             MR. FRIEBERG:  Do you provide these ID tag

16   numbers to purchasers?

17   BY MS. ANDERSEN:

18        Q.    Do you provide these ID tags to purchasers?

19        A.    I remember on one instance specifically that we

20   did, yes.

21             MR. FRIEBERG:  What was the name of that

22   purchaser.

23   BY MS. ANDERSEN:

24        Q.    What was the name of that purchaser?

25        A.    ███████████  (phonetic).

```
 1              MR. FRIEBERG:  Reiterating, earlier we
 2  established the Division's order against Agridime was
 3  served on April 19th, 2023.
 4              Have any Arizonans or North Dakotans
 5  attempted to purchase catalysts contracts from you since
 6  April 19th, 2023?
 7  BY MS. ANDERSEN:
 8      Q.    Have any Arizonans or North Dakotans attempted
 9  to purchase cattle contracts from you since April of
10  2023?
11              MR. FRIEBERG:  And before you answer, I want
12  to establish that we're well aware and we've already
13  accomplished that ████████ is one.  So outside of ████
14  ██.
15  BY MS. ANDERSEN:
16      Q.    Outside of ████████?
17      A.    Yes.
18              MR. FRIEBERG:  What are the names of those
19  purchasers?
20              THE WITNESS:  ████████ --
21              MR. BRADDOCK:  Wait.
22              THE WITNESS:  Sorry.
23  BY MS. ANDERSEN:
24      Q.    What are the names of those purchasers?
25      A.    ████████ recently has asked if he could
```

1    purchased another.  I told him no.

2                    ███████████████ (phonetic) is another

3    individual.

4                    And there is an individual that toured through

5    our warehouse some time earlier this year after the cease

6    and desist.  I forget his name, but he was a referral

7    from a past purchaser, and he has recently asked if he

8    could purchase one, and we have not.

9                    MR. FRIEBERG:  Any North Dakotans?

10   BY MS. ANDERSEN:

11       Q.    Any North Dakotans?

12       A.    Not to my knowledge have I spoke with people

13   from North Dakota.

14                   MR. FRIEBERG:  Explain to me the difference

15   between the $2,000 cattle contract and the $4,500 cattle

16   contract?

17   BY MS. ANDERSEN:

18       Q.    Explain to me the difference between the $2,000

19   cattle contract and the $4,500 cattle contract?

20       A.    So the $2,000 cattle contract is for what we

21   call feeder cattle.  We are buying cattle that we are

22   going to feed out using that $2,000, and it goes into our

23   supply chain and become's marketed beef.

24                   The 4,500 cattle contract is a Bred Cow Program

25   so you are purchasing -- as the purchaser you are

1    purchasing a cow calf payer.

2        Q.    When did Agridime role out the Bred Cow

3    Program?

4        A.    I can't be sure of the date.

5        Q.    Was it in 2023?

6        A.    Yes.

7        Q.    Do you know why Agridime rolled out the Bred

8    Cow Program?

9        A.    I do not.

10              MR. FRIEBERG:  What is the typical age of

11   the cattle that Agridime purchases for these cattle

12   contracts?

13   BY MS. ANDERSEN:

14       Q.    What is the typical age of the cattle that

15   Agridime purchases for these cattle contracts?

16       A.    To my knowledge -- well, I -- I'm not a part of

17   the procurement process.  Based off of the weight that it

18   has in the contract, 14, 15 months.  But that's not --

19   I'm not procuring them so I...

20       Q.    Is the pay out terms for the bred cattle

21   contracts, is it still one year and seven days?

22       A.    Yes.

23              MR. FRIEBERG:  Have you sold any of the

24   $4,500 bred cow cattle contracts but with a six-month pay

25   out schedule?

1    BY MS. ANDERSEN:

2        Q.    Have you sold any of the bred cow cattle

3    contracts with a six-month pay out schedule?

4        A.    Personally, no, I have not.

5        Q.    Have you ever met Jed Wood?

6        A.    Yes.

7        Q.    When?

8        A.    I don't know the exact date.  We did an event

9    at our warehouse in, I believe it was August of 2022.  He

10   had come down for that event and then I had flown to

11   Texas and I met with him there as well.

12       Q.    So he came to your warehouse in Arizona?

13       A.    Yes.

14       Q.    Does he come to Arizona often?

15       A.    That's the only time I have seen him in

16   Arizona.

17             MR. FRIEBERG:  Could you remind me the

18   amount of months that it takes for a cattle to get to the

19   point where it's processed and turned into meat?  I think

20   you said 18 to 24 months, but I want to clarify.

21   BY MS. ANDERSEN:

22       Q.    Could you remind me of the amount of time it

23   takes for a cattle to be processed and turned into meat?

24   I thought you said 18 to 24 months, but we want to

25   clarify?


1       A.      You are correct.  I did say 18 to 24 months.
2   There are outlying factors that could affect the cattle's
3   rate of gain that could extend that period.
4               MR. FRIEBERG:  Okay.  So be it that it's 18
5   to 24 months and that it's greater than the typical one
6   year pay out schedule on these cattle contracts, is it
7   possible for one cattle to be owned by two different
8   purchasers throughout its lifetime?
9   BY MS. ANDERSEN:
10      Q.      Is it possible for one cattle to be owned by
11  two different purchasers throughout its lifetime?
12      A.      To my knowledge, no.
13      Q.      Do you ever give the cattle names?
14      A.      Personally, no, I do not.
15      Q.      Do your purchasers ever try to name their
16  cattle?
17      A.      You would have to ask the purchasers.
18              MR. FRIEBERG:  How many different ranches
19  are Agridime's herd held on?
20  BY MS. ANDERSEN:
21      Q.      How many different ranches are Agridime's herd
22  held on?
23      A.      I do not have that answer.
24              MR. FRIEBERG:  How many are in Arizona?
25

APP 0367

JUSTIN WILLIAMS - 10/18/2023                    72

1   BY MS. ANDERSEN:

2        Q.    How many are in Arizona?

3        A.    How many what are in Arizona?

4              MR. FRIEBERG:  Ranches where Agridime's

5   cattle is held on.

6   BY MS. ANDERSEN:

7        Q.    Ranches where Agridime's cattle is held on.

8              MR. FRIEBERG:  Specific to cattle contracts.

9   BY MS. ANDERSEN:

10       Q.    Specific to cattle contracts?

11       A.    Zero.

12             MR. FRIEBERG:  Earlier you mentioned that

13  Agridime works with ████ and █████████, ████████████████,

14  and ██████████, all of those are just for meat salesmen

15  presumably?

16  BY MS. ANDERSEN:

17       Q.    All of the ranchers you told us about earlier

18  are for meat sales presumably?

19       A.    I don't oversee the allocation of cattle in

20  our -- in our supply chain.  As I stated earlier, we have

21  some cattle that we sell as finished animals.  I don't

22  oversee that.

23             MR. FRIEBERG:  Sure.

24             And I'm just further establishing that no

25  cattle from these contracts, these cattle contracts, both

GLENNIE REPORTING SERVICES, L.L.C.
602.266.6535   www.glennie-reporting.com

1   the $2,000 one and the had $4,500 one, none of these

2   cattle are held in Arizona?

3   BY MS. ANDERSEN:

4       Q.    None of the cattle for the $2,000 or $4,500

5   cattle contracts are in Arizona?

6       A.    I'm sorry.  Are you asking if we hold ranches

7   in Arizona and finish cattle in Arizona?

8             MR. FRIEBERG:  I'm not asking if you hold

9   ranches.  The cattle for this one, for instance, on

10  Exhibit 5 says "Hope, Kansas and/or Satanta, Kansas."

11            Do any of those say "Arizona"?

12  BY MS. ANDERSEN:

13      Q.    Do any of the cattle contracts where it has the

14  delivery schedule and dates instead of saying "Hope" or

15  "Satanta, Kansas," do any of those say Arizona?

16      A.    I have never seen one that says Arizona.

17      Q.    Do any cattle that are purchased for cattle

18  contracts, do any of them get held in Arizona?

19      A.    No.

20            MR. FRIEBERG:  What states are they held in?

21  BY MS. ANDERSEN:

22      Q.    What states are they held in?

23      A.    We have multiple ranches in Kansas that we

24  either own and operate or lease and operate, and that

25  hold cattle there.

1             We also have a number of feed lots that we

2    partner with for our grain-finished line of cattle.  I'm

3    unaware of all the locations that our grain-finished

4    cattle are held at.

5             MR. FRIEBERG:  The only state you mentioned

6    was Kansas.  Is that it?

7             THE WITNESS:  No.  The only state I'm aware

8    of is Kansas where we hold cattle.  But, as I said, we do

9    have feed yards where we finish grain-finished cattle on,

10   and I'm aware -- unaware of the locations of all of the

11   feed yards that we partner with.

12            MR. FRIEBERG:  And to clarify, you said "we

13   own ranches"?  By "we," you mean Agridime, correct?

14   BY MS. ANDERSEN:

15        Q.    By "we" you mean Agridime, correct?

16        A.    Correct.  I do not personally own a ranch.

17            MR. FRIEBERG:  Sure.

18            How many ranches does Agridime own in

19   Kansas?

20   BY MS. ANDERSEN:

21        Q.    How many ranches does Agridime own in Kansas?

22        A.    I'm unaware of that number.

23            MR. FRIEBERG:  Do you know the names of the

24   ranches that Agridime owns in Kansas?

25   BY MS. ANDERSEN:

1     Q.    Do you know the names of the ranches that

2  Agridime owns in Kansas?

3     A.    I do not know the names of the ranches we own.

4     Q.    Do you have your own cows apart from Agridime?

5     A.    Personal cows that I physically raised?

6     Q.    Mm-hmm.  Yes, sorry.

7     A.    I do not.

8           MR. TURLEY:  What can a purchaser do with

9  their cattle?

10 BY MS. ANDERSEN:

11    Q.    What can a purchaser do with their cattle?

12    A.    In regards to what?

13    Q.    Anything.  What can they do with it?  If they

14 wanted to come pick it up and paint its hoofs and put

15 bows on its ears, could they?

16    A.    No, they cannot.

17    Q.    Why not?

18    A.    The cattle need to stay within our supply chain

19 under management, our feeding practices, and they're held

20 at a number of different places.

21    Q.    Do you explain that to the purchasers when they

22 purchase the cattle?

23    A.    Explain what to them?

24    Q.    What you just said?

25    A.    That they're held in multiple different

1   locations and --

2       Q.    And that they can't do what they want with the

3   cattle?

4       A.    Yes.

5             MR. TURLEY:  If they own the cattle, why

6   not?

7   BY MS. ANDERSEN:

8       Q.    If they own the cattle, why not?

9       A.    For reasons I just listed.  They need to stay

10  in our care follow our feeding -- feeding schedules, our

11  feeding regimen.  We -- we can't guarantee the quality of

12  our meat and that they stay all natural and non-hormone,

13  any of the above, if we release ownership of, physically,

14  and ship those cattle to individuals to raise.

15            MR. FRIEBERG:  So --

16  BY MS. ANDERSEN:

17      Q.    That's not in the contract, right?

18      A.    What's not in the contract?

19      Q.    Everything you just said.

20      A.    That they can't physically have ownership --

21      Q.    Correct.

22      A.    -- or physical ownership?

23            No, that is -- I do not believe that that is in

24  the contract.

25            MR. FRIEBERG:  So if a purchaser took

```
 1   physical ownership of these 50 cattle as shown in
 2   Exhibit 5, you would not be able to guarantee a return
 3   of --
 4                 MR. TURLEY:  20.
 5                 MR. FRIEBERG:  -- 20 percent?
 6   BY MS. ANDERSEN:
 7       Q.    So if a purchaser did take possession of the
 8   cattle they purchased, you -- Agridime would not be able
 9   to pay the 20 percent profit?
10       A.    They would not be able to physically have, in
11   this case, the 50 head of cattle at their place.
12                 MR. FRIEBERG:  So these purchasers are
13   reliant on Agridime to care for the animal to be able to
14   produce a profit?
15   BY MS. ANDERSEN:
16       Q.    So these purchasers are reliant on Agridime to
17   care for the cattle in order to produce a profit?
18       A.    Yes.
19                 MR. TURLEY:  What if they said, we don't
20   want to sell our cattle to you at the end of the
21   contract, we want our cattle back or we want cattle?
22   BY MS. ANDERSEN:
23       Q.    What if they said, we don't want to sell our
24   cattle to Agridime at the end the contract, we want to
25   keep the cattle?
```

APP 0373

```
 1       A.    That's never happened.  But we have a signed
 2    document showing a schedule that they will sell it back
 3    to us at that time.
 4       Q.    Is this contract, for example, Exhibit 5, is
 5    that the signed document you're referring to?
 6       A.    It is, correct.
 7             MR. FRIEBERG:  So looping back to my
 8    question, the purchaser has no role in the raising and
 9    processing of this cattle besides just providing the
10    money, correct?
11    BY MS. ANDERSEN:
12       Q.    The purchaser has no role in raising and
13    processing of the cattle besides providing capital,
14    correct?
15       A.    That is correct.
16       Q.    What other animals does Agridime raise?
17       A.    Chickens, pigs, and, recently, sheep.
18       Q.    Does Agridime sell any contracts related to
19    chickens, pigs or sheep?
20       A.    Not to my knowledge, no.
21       Q.    Why not?
22       A.    That's not my decision to make.
23       Q.    Who would make that decision?
24       A.    I wouldn't know the answer to that.
25       Q.    If Jed Wood and Joshua Link had a disagreement,
```

1    who would be the tie breaker?

2         A.    I have no idea.

3         Q.    Do you ever sit in on meetings with Joshua Link

4    and Jed Wood?

5         A.    No.

6         Q.    How often do you communicate with purchasers of

7    the cattle contracts?

8                    MR. BRADDOCK:  Form.

9                    THE WITNESS:  My purchasers or all

10   purchasers of contracts?

11   BY MS. ANDERSEN:

12        Q.    Your purchasers?

13        A.    It's on an as-needed basis.  If they have

14   questions, I answer.  In ████████, using him as an

15   example, we recently bid cattle of his that he raises,

16   and so I speak with him more frequently than other

17   purchasers.

18                   MR. FRIEBERG:  How many --

19   BY MS. ANDERSEN:

20        Q.    Do you ever text them?

21        A.    Yeah.

22        Q.    Do you ever email them?

23        A.    Yeah, occasionally.

24        Q.    Do you keep notes about your purchasers?

25        A.    No.

```
 1              MR. FRIEBERG:  You referenced bidding on
 2   cattle of ███████'s, presumably to bring those into
 3   Agridime's supply chain for cattle contracts?
 4   BY MS. ANDERSEN:
 5       Q.    You mentioned bidding on ████████'s cattle
 6   presumably for cattle contracts?
 7              MR. BRADDOCK:  Objection, form.
 8              Is there a question?
 9   BY MS. ANDERSEN:
10       Q.    Is it for cattle contracts?
11       A.    Again, I don't oversee the allocation of
12   cattle.  We get cattle in our supply chain, if they get
13   dedicated to a contract or stay in our supply chain,
14   that's outside of my knowledge.
15              MR. FRIEBERG:  Sure.
16   BY MS. ANDERSEN:
17       Q.    How much did Agridime bid on ████████'s
18   cattle?
19       A.    He had four different sets of cattle that we
20   bid.  He had some calves that were -- he had steer
21   calves, heifer calves, and then he had yearling heifers,
22   and yearling steers.  And I don't remember the exact
23   number that we bid on them.  It was in the low $2 per
24   pound range.
25       Q.    Did Agridime win the bid?
```

1       A.      No, we did not.

2       Q.      Do you know what the winning bid was?

3       A.      I do not.

4       Q.      Is $2 per pound, is that roughly average for

5    the industry?

6       A.      For these cattle in particular, yes.

7       Q.      What's the average weight of a yearling heifer?

8       A.      Right around -- probably right around

9    800 pounds.

10              MR. FRIEBERG:  Does ▮▮▮▮▮▮▮, your wife,

11   or, now ▮▮▮▮▮▮▮▮▮, have a role in Agridime outside

12   of being a cattle contract purchaser?

13   BY MS. ANDERSEN:

14      Q.      Does ▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮, your wife, have a

15   role in Agridime outside being a cattle contract

16   purchaser?

17              MR. FRIEBERG:  Correct.

18              THE WITNESS:  No, she does not.

19              MR. FRIEBERG:  Have you discussed the

20   financial health of Agridime with ▮▮▮▮▮▮▮▮▮?

21   BY MS. ANDERSEN:

22      Q.      Have you discussed the financial health of

23   Agridime with ▮▮▮▮▮▮▮▮▮?

24      A.      I have -- yes.

25      Q.      Tell me about Agridime's financial health.

```
1       A.      To my knowledge, we have had record year over
2   year sales.  I'm unsure of the year-end sales at this
3   time.  But we're growing.
4       Q.      Is Agridime a small company for what it does?
5       A.      How would you define "small"?
6       Q.      How would you define small?
7       A.      I -- I don't know.  It's a little objective or
8   subjective.
9       Q.      Compared to similar companies, where does
10  Agridime fall?
11              MR. BRADDOCK:  Form.
12              THE WITNESS:  I wouldn't be able to answer
13  that.
14              MR. FRIEBERG:  You said that ████████
15  asked for ID tag numbers, did you provide those to him?
16  BY MS. ANDERSEN:
17      Q.      Did you provide ID tag numbers to ██████████?
18      A.      Yes, we did.
19      Q.      Okay.
20              MR. FRIEBERG:  Now, when you say "we did,"
21  who provided those numbers?
22  BY MS. ANDERSEN:
23      Q.      Who provided those numbers?
24      A.      Josh Link.
25              MR. TURLEY:  Do you know of, like, in what
```

1    communication format he did that?  Over the phone?  Text?

2    Email?

3    BY MS. ANDERSEN:

4        Q.    Do you know in what communication format he did

5    that?

6              Over the phone, text, email?

7        A.    Josh Link provided the ID tag numbers to me in

8    an Excel format that I emailed to ████████.

9        Q.    So those ID tags exist in Excel format?

10       A.    The ones that we provided to ████████, yes.

11       Q.    Only the once provided to ████████?

12       A.    I won't be able to speak as to where all the ID

13   tags for the company are held, only the ones that I

14   received.

15       Q.    So if a purchaser said, Hey, Justin, I want to

16   know the ID tag numbers for my 20 head of cattle, what

17   are they?  What would you do?

18       A.    I would ask Josh Link to provide those to me.

19             MR. FRIEBERG:  If a purchaser wanted to see

20   a picture of their cattle purchased from a cattle

21   contract or visit in per- -- visit it in person, would

22   that be allowed?

23   BY MS. ANDERSEN:

24       Q.    Would a purchaser be able to visit the cattle

25   or see a picture that they purchased?

1      A.    We have had multiple people tour all three of
2  our locations being in Arizona, Texas, and Kansas and
3  see, being a part of that touring, the ranches that we
4  have in Kansas, seeing the cattle.  I do not know if they
5  were taken to see their individual cattle.
6            Our cattle are spread out.  It's a pretty vast
7  supply chain between the ranches that they're on, and the
8  feed yards that we work with.
9            However, if they were determined enough to see
10  their individual cow, we could locate it, where it's at
11  in the supply chain, and be more than happy to show it to
12  them.
13            MS. ANDERSEN:  How are you doing?
14            THE WITNESS:  If it has not gone to process
15  yet.
16            MS. ANDERSEN:  Okay.  Let's take a
17  five-minute break.  We'll come back at, I guess, 11:01.
18            We could go off the record well unless,
19  Cory, there's something that you want to put on record?
20            MR. BRADDOCK:  No.  I think it's a great
21  time for a break.
22            (Whereupon a recess was taken.)
23            MS. ANDERSEN:  Okay.  We could go back on
24  the record.
25            Mr. Williams, you are still under oath.

1              MR. FRIEBERG:  Who is the next most senior

2    person at Agridime outside of Josh Link and Jed Wood?

3    BY MS. ANDERSEN:

4         Q.    Who is the next most senior person at Agridime

5    outside of Josh Link and Jed Wood?

6         A.    Senior, meaning what?

7              MR. FRIEBERG:  Most authority.

8    BY MS. ANDERSEN:

9         Q.    Who has the most authority?

10        A.    I -- I wouldn't know that answer.

11        Q.    Who is Josh Link's boss?

12        A.    I wouldn't have that answer.

13        Q.    Do you expect to -- your most recent cattle

14   contract purchase, do you expect to get paid the profits?

15        A.    Yes, I do.

16             MR. FRIEBERG:  Revisiting Exhibit 3, did you

17   make a commission off of the sale of this cattle contract

18   to yourself?

19   BY MS. ANDERSEN:

20        Q.    Did you make a commission off the sale of this

21   cattle contract to yourself?

22        A.    No, I did not.

23             MR. FRIEBERG:  Did anybody make a commission

24   off the sale of this cattle contract?

25   BY MS. ANDERSEN:

1      Q.    Did anybody make a commission off the sale of

2  this cattle contract?

3      A.    To my knowledge, no.

4            MR. FRIEBERG:  Revisiting Exhibit 2, a

5  contract with ██████████, now ███████████, your

6  wife, did anybody make a commission off this cattle

7  contract?

8  BY MS. ANDERSEN:

9      Q.    Did anybody make a commission off of ███████

10 ████'s cattle contract?

11     A.    To my knowledge, no.

12           MR. FRIEBERG:  When cattle contracts are

13 sold to family members of employees of Agridime, does

14 anybody get a commission on those?

15 BY MS. ANDERSEN:

16     Q.    When family member --

17           MS. ANDERSEN:  Say it again?

18           MR. FRIEBERG:  When a cattle contract is

19 sold to a family member of an Agridime employee, if

20 anybody, do they get a commission?

21 BY MS. ANDERSEN:

22     Q.    When a cattle contract is sold to a family

23 member of an employee at Agridime, does anybody get a

24 commission?

25     A.    Not to my knowledge.

1          MS. ANDERSEN:  Cody, do you have any other
2     questions?  Jordan?

3          MR. FRIEBERG:  I don't think so.

4          MS. ANDERSEN:  Let me go through my notes.

5          I'll just go on the record to state that the
6     Division vehemently disagrees with Mr. Braddock's
7     position that Division employees asking questions in an
8     examination under oath is the practice of law, it is an
9     investigative tool authorized by the Commission statutes
10    and rules.  It is not practicing law.

11         We've only gone through this charade of me
12    repeating questions for expediency, and they have been
13    dully authorized by the Director of the Division to ask
14    questions in our investigative EUOs.

15         Do you have anything you want to put on the
16    record?

17         MR. BRADDOCK:  Just that we maintain our
18    position.  And I'm sure the State Bar also agrees with
19    us.

20         MS. ANDERSEN:  Yeah.  Go get a position
21    paper from the State Bar.

22         MR. BRADDOCK:  Do you want us to file a Bar
23    complaint against these two people for the unauthorized
24    practice of law?

25         MS. ANDERSEN:  No.

1           MR. BRADDOCK:  We're trying to prevent that.

2    That's what we're trying to do.

3           MS. ANDERSEN:  If you want to get an opinion

4    that asking investigative questions is the practice of

5    law, I would be very interested in seeing that.

6           MR. BRADDOCK:  Yeah.  Well, once you file an

7    action, you're no longer conducting an investigation, you

8    filed an action.  This is called discovery, that's how

9    the process works.

10           MS. ANDERSEN:  That's how the process works

11   outside of the administrative process that we're in.

12   That is still an investigation.  And there is a lot of

13   case law.

14           MR. BRADDOCK:  I think we've cited the case

15   law where that's been held against the Division.  So I

16   think that's kind of our whole point.

17           MS. ANDERSEN:  It wasn't the Division.  It

18   was the Utilities Division.

19           MR. BRADDOCK:  Are we done?  No more

20   questions for the witness?

21           MS. ANDERSEN:  I think that's it.  We're

22   good?  Any clarifying --

23           MR. BRADDOCK:  We'll read and sign.

24           MS. ANDERSEN:  We'll what?

25           MR. BRADDOCK:  Read and sign.

1                    (Whereupon the proceeding concluded at 11:07

2      a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    STATE OF ARIZONA      )
                           ) ss.
2    COUNTY OF MARICOPA    )

3

             BE IT KNOWN that the foregoing proceedings
4    were taken before me; that the foregoing pages are a
     full, true, and accurate record of the proceedings, all
5    done to the best of my skill and ability; that the
     proceedings were taken down by me in shorthand and
6    thereafter reduced to print under my direction.

7            I CERTIFY that I am in no way related to any
     of the parties hereto nor am I in any way interested in
8    the outcome hereof.

9            I CERTIFY that I have complied with the
     ethical obligations set forth in ACJA 7-206(F)(3) and
10   ACJA 7-206(J)(1)(g)(1) and (2).

11
             Dated:  This 31st day of October, 2023.
12

13                      *Andres E. Anaya*

14                      _____
                        ANDRES E. ANAYA
15                      Certified Reporter No. 50964

16
             I CERTIFY that GLENNIE REPORTING SERVICES, LLC,
17   INC., has complied with the ethical obligations set forth
     in ACJA 7-206.
18

19

20

21

22
                        *Lisa L. Glennie*
23
                        _____
24                      GLENNIE REPORTING SERVICES, LLC
                        Registered Reporting Firm
25                      Arizona RRF No. R1034

                 GLENNIE REPORTING SERVICES, L.L.C.
           602.266.6535    www.glennie-reporting.com

# EXHIBIT E-7

APP 0387

## Jordan Frieberg

| | |
|---|---|
| **From:** | Lucero, Martín <mlucero@swlaw.com> |
| **Sent:** | Thursday, June 1, 2023 3:45 PM |
| **To:** | Sasha Andersen |
| **Cc:** | Jordan Frieberg; Braddock, Cory; Schroeder, Zachary; Fischer, Matt |
| **Subject:** | Agridime LLC Voluntary Initial Document Production - ACC Docket No. S-21240A-23-0097 |
| **Attachments:** | 2023 0601 Agridime Cover Letter to AZCC re Doc Production.pdf |

Dear Ms. Anderson:

Attached please find correspondence from Matthew P. Fischer regarding the above-referenced matter.  A share file link containing the production documents will be sent under separate cover.

**Martín Lucero** (he/him/his)
**Legal Administrative Assistant Matthew P. Fischer**
office: 602.382.6417
mlucero@swlaw.com

Snell & Wilmer
swlaw.com | disclaimer

1

# Snell & Wilmer

ONE EAST WASHINGTON STREET
SUITE 2700
PHOENIX, AZ  85004-2556
602.382.6000 P
602.382.6070 F

**Matthew P. Fischer**
**(602) 382-6227**
**mfischer@swlaw.com**

June 1, 2023

**VIA E-MAIL ONLY**

Sasha Andersen, Esq.
Securities Division
Arizona Corporation Commission
1300 West Washington Street
Phoenix, Arizona 85007
sandersen@azcc.gov

Re:   Agridime LLC Voluntary Initial Document Production
ACC Docket No. S-21240A-23-0097

Dear Ms. Andersen:

Consistent with our discussions, today, you will receive an email containing a link to a secure Sharefile site that contains Respondent Agridime LLC's first voluntary production of documents bearing Bates numbers AGRIDIME000001-AGRIDIME004434.  The documents are in PDF format.  Please let us know if you do not receive the email, or if have any issues obtaining the documents.

The documents contain confidential, personally identifiable, and personally identifiable financial information; thus, they should be treated as confidential pursuant to A.R.S. § 44-2042(A).  Respondent Agridime LLC produces the documents without prejudice to its ability to fully respond and object to the Division's Subpoena dated April 18, 2023, at a later date.

Agridime looks forward to working with the Division to resolve the issues raised by the Division in the Temporary Order to Cease and Desist and Notice of Opportunity for Hearing.

Sincerely,

SNELL & WILMER L.L.P.

Matthew P. Fischer

MPF:ml
cc:   Jordan Frieberg (jfrieberg@azcc.gov)
Cory L. Braddock
Zachary G. Schroeder

ALBUQUERQUE   BOISE   DALLAS   DENVER   LAS VEGAS   LOS ANGELES   LOS CABOS   ORANGE COUNTY
PHOENIX   PORTLAND   RENO   SALT LAKE CITY   SAN DIEGO   SEATTLE   TUCSON   WASHINGTON, D.C.  APP 0389

ACC000017   EF-9585

# EXHIBIT E-8
# IS BEING FILED CONCURRENTLY WITH
# PLAINTIFF'S MOTION AND BRIEF

# EXHIBIT E-9

APP 0391


**Agridime**

HOME    STORE    MEAT DISTRIBUTION    CATTLE BACKGROUNDING

CATTLE FINISHING    AFFILIATES    CONTACT

# Make 15-20% Yearly Returns and Help Us Produce Farm Fresh Beef

We invite you to become a part of providing fellow Americans with the highest quality farm fresh beef available

⌄ EXPLORE NOW

# BUY LIVE CATTLE

**Have you ever wanted to make money raising cattle without having to do all the work?**

APP 0392
AGRIDIME004437
ACC004571   EF-9585

 **Agridime**

HOME    STORE    MEAT DISTRIBUTION    CATTLE BACKGROUNDING

CATTLE FINISHING    AFFILIATES    CONTACT

We supply retails outlets, meat distributors and restaurant food service companies with farm fresh beef. We are inviting individuals and organizations to purchase cattle with us in order to supply beef to these customers.

All cattle purchased during Q2 of 2023 will be guaranteed 15-20% yearly profits. We also offer 20% yearly profits on contracts of 50 or more.

---

### Step One

We are offering cattle for sale at $2,000 per calf. Each calf is contracted into our proprietary beef supply chain.

All cattle purchased during Q2 of 2023 will be guaranteed 15-20% yearly profits. Ask us about a higher guaranteed return for purchases of 50 head or more.

Each calf purchased will be raised and finished on our partner farms in Kansas until they are ready to go to the butcher.



### Step Two

Once your cattle have been processed we sell the beef to our online store and grocery store customers.

All of this results in a fair price for anyone who purchases Agridime beef, and a generous profit for you as the owner of the cattle.

All customers that purchase cattle are issued a contract at the time of purchase certifying and describing payment of cattle contract profits.

 **Agridime**

cattle@agridime.com or make your
first cattle purchase below.

head of cattle raised in our system.

Note: Only a limited number of
cattle available for Q2 of 2023.

---

# Financial Summary

### Here's how the financials breakdown for the 15-20% return on our cattle contracts:

The customer purchases cattle from us for $2,000 per head. That $2,000 is
used to purchase one steer or heifer, feed that animal to finish, fully process
the beef into retail packaging and then ultimately sell the beef.

Each steer or heifer purchased will yield an average of 500 lbs of retail-able
beef products.

Our average sale price for those products is $6.00 per lb.

With that, our average top line revenue per head is $3,000.

This results in $300-$400 per head profit (15-20% return) for the customer
and $600 per head profit (30% return) for Agridime.

As mentioned, our average top line revenue per head is $3,000.

APP 0394
AGRIDIME004439
ACC004573    EF-9585

 **Agridime**

HOME    STORE    MEAT DISTRIBUTION    CATTLE BACKGROUNDING
CATTLE FINISHING    AFFILIATES    CONTACT

you to provide sustainable food for everyone.

BUY CATTLE HERE

**All customers that purchase cattle are issued a contract at
the time of purchase, certifying and describing payment of
cattle contract profits. Feel free to reach out to us for
alternative payment options on larger contracts.**

Interested?

# Get in Touch to Learn More

Full Name                              Phone

Email

AGRIDIME004440    APP 0395
ACC004574    EF-9585

 Agridime

HOME    STORE    MEAT DISTRIBUTION    CATTLE BACKGROUNDING

CATTLE FINISHING    AFFILIATES    CONTACT

Submit

 Agridime

Mailing Address:
3000 South Hulen St.
Suite 124
Fort Worth, TX 76109

Phone: (888) 664-6621

**MEAT DISTRIBUTION**

**CATTLE BACKGROUNDING**

**CATTLE FINISHING**

**CONTACT US**

**JOIN OUR NEWSLETTER**

YOUR NAME

YOUR EMAIL ADDRE:

SUBMIT

AGRIDIME004441

APP 0396

ACC004575    EF-9585

5/16/23, 9:44 PM                   (3) Agridime - Learn how to make 15%-20% yearly returns by purchasing... | Facebook

                                                      

 **Agridime**
October 10, 2021 · 🌐                                    ...

Learn how to make 15%-20% yearly returns by purchasing cattle with
us. View more information in the video below. Visit the following link
to purchase cattle today:
https://www.agridime.com/buy-cattle-here



AGRIDIME.COM
**Make 15-20% Yearly Returns by Purchasing          Learn more
Cattle With Us**

  7.8K                      4.3K comments   1.1K shares

 Like             Comment             Share

AGRIDIME004442

APP 0397

ACC004576   EF-9585

Free shipping on orders $175 +
$35 Minimum to Ship

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!


**Agridime**

Beef ⌄   Chicken   Pork

Meat Boxes   Heat n' Serve

Spices   Coffee   Merchandise ⌄

Spring into Summer Sale!

For Pets   Feed the Hungry

APP 0398
AGRIDIME004443
ACC004577   EF-9585

Free shipping on orders $175 +
$35 Minimum to Ship

▶

AGRIDIME004444
APP 0399
ACC004578   EF-9585

Free shipping on orders $175 +
$35 Minimum to Ship

AGRIDIME004449                    APP.0400
ACC004579   EF-9585

Free shipping on orders $175 +
$35 Minimum to Ship

 

# 1 LIVE STEER OR HEIFER

APP 0401
AGRIDIME004446
ACC004580   EF-9585

Free shipping on orders $175 +
$35 Minimum to Ship

From **$180.52**/mo with shop Pay   View sample plans

Quantity

1

ADD TO CART

We are offering cattle for sale at $2,000 per calf. Each calf is contracted into our proprietary beef supply chain.

All customers that purchase cattle are issued a contract at the time of purchase certifying and describing payment of cattle contract profits.

You will be emailed a copy of the contract after completion of purchase for this product. Please allow 24-48 hours to receive your contract.

One of the Agridime associates from our About Page will send you the contract via your preferred email address at the time of check out.

SHARE   TWEET   PIN IT

AGRIDIME004447   APR 0402
ACC004581   EF-9585

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) |
| | ) **FILED UNDER SEAL** |
| AGRIDIME LLC, | ) |
| JOSHUA LINK, and | ) |
| JED WOOD, | ) |
| | ) |
| Defendants, | ) |
| | ) |

## DECLARATION OF CODY TURLEY

I, Cody Turley, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct and that I have personal knowledge of, and am competent to testify to, the matters stated herein.

1.      I am currently employed as a Staff Accountant in the Division of Enforcement of the United States Securities and Exchange Commission ("SEC" or "Commission"). My office is in the Commission's Atlanta Regional Office in Atlanta, Georgia, where I have been employed since October 2023. Prior to October 2023, I spent three years working at the Arizona Corporation Commission Securities Division where I investigated various violations of Arizona's securities statutes. While at the Arizona Corporations Commission, I also investigated Agridime, LLC ("Agridime"). My work on that investigation, as well as my work on the SEC's investigation of Agridime, forms the basis for my knowledge as set forth in this declaration. I am a Certified Public Accountant, licensed by the Idaho State Board of Accountancy. I am also a Certified Fraud Examiner and Certified in Financial Forensics.

2.      My official duties with the Commission include participating in fact-finding

inquiries and investigations to determine whether the federal securities laws have been violated and assisting in the Commission's litigation of securities laws violations. This includes interviewing witnesses, taking investigative testimony of witnesses, reviewing and analyzing financial and other records of various entities and individuals, and tracing financial transactions to determine their source and use.

3.       As part of my official duties, I participated in a Commission investigation involving the Defendants Agridime, Joshua Link, and Jed Wood to determine whether the Defendants violated federal securities laws in connection with the offer and sale of multiple offerings (the "Offerings"). In connection with this investigation, and pursuant to document requests, I, and other members of the SEC staff, reviewed various documents related to the Defendants, including but not limited to, offering materials, bank-account records, public records, and records produced by the Defendants, witnesses, and other third-parties.

4.       These records revealed the following facts:

- Joshua Link and Jed Wood, owned, managed, and otherwise controlled Agridime.

- To raise capital for Agridime, Link, Wood, and individuals and entities retained by Agridime, produced and distributed advertisements in the form of videos, social media posts, and web pages to offer and sell "cattle contracts." These advertisements were distributed to the general public through sponsored Facebook posts and Agridime's online store.

- The advertisements stated that the cattle contracts were an opportunity to raise "cattle without having to do all the work." The advertisements and agreements stated that an individual could purchase heads of cattle for $2,000 each with a guaranteed return of 15% to 32%, paid within a year and seven to ten days. The

Declaration of Cody Turley                                                    Page 2 of 10

advertisements provided the $2,000 would be used to purchase a head of cattle, raise it, and process the meat.

- From at least August 2023, Agridime began selling a similar investment to purchase a "bred cow" for $4,500. The cow remains in Agridime's control and is advertised as an "opportunity to become a cow owner, without having a farm" and a "great way for people to earn extra income." After a year and seven days, Agridime guarantees a payment of $5,500, a 22% return.

- Agridime enlisted internal employees and contracted with third parties to sell the various investments.

- Agridime heavily relied on these funds.

5.      These records further show that these contracts were offered from at least January 2021 through September 2023. Over this period, Agridime sold over $191 million cattle contracts to at least 2,100 individuals and entities. **Exhibit 1**, attached, is a true copy of a summary I prepared of the various investor lists created by Agridime that the SEC received during the investigation. Records show that investor funds were received in a variety of ways, including via wire transfer, check, Shopify, and transfers from self-directed IRAs. Based on my review of the records, investors were located in at least 15 states. Agridime claimed that these investments were guaranteed and risk-free. Additionally, those who sold the contracts received an undisclosed commission.

6.      As discussed further below, a portion of new investor proceeds was paid out as purported profits to existing investors, even though the profits received by Agridime from cattle and meat sales was insufficient to support such payments. In other words, these payments were actually Ponzi payments.

Declaration of Cody Turley                                              Page 3 of 10

7.      In connection with the Commission's investigation, on or about December 6, 2023, I conducted research to determine whether Agridime has ever filed a registration statement with the SEC in connection with the offering of any securities.  In conducting my research, I searched the SEC's EDGAR (Electronic Data Gathering, Analysis, and Retrieval System) database.  EDGAR is the primary system for companies and others submitting documents under the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, and the Investment Company Act of 1940. EDGAR contains millions of company and individual filings.  My research indicated that Agridime has never filed a registration statement with the SEC in connection with the offering of any securities.

### GUARANTY/RISK DISCUSSIONS

8.      A large focus of the offering is the purported guaranty.  The advertisements state that the contracts will produce "guaranteed 15-20% yearly profits."  The contracts contain multiple similar guarantees.

9.      No risk disclosures are found within any of the advertisements or contracts.  In sworn testimony, Joshua Link claimed Agridime had made the investments "a no-risk purchase." In sworn testimony, Justin Williams, Agridime's Arizona operation manager and relative of Joshua Link, was asked if there are any risks to investing to which he responded, "not that I'm aware of."

### UNDISCLOSED COMMISSIONS

10.      In agreements with staff and outside sales representatives, Agridime offered a 10% commission on cattle contracts sold.  This commission was not disclosed to investors.

11.      Agridime records show that the company employed at least 20 salespeople, including both internal employees and outside salespeople. Through May 2023, Agridime has

Declaration of Cody Turley                                             Page 4 of 10

paid its sales force an excess of $11.1 million in commissions for cattle sales, the vast majority

of which are likely from sales of Cattle Contracts.  At least one of Agridime's representatives,

located in North Dakota, was paid commissions of at least $5.6 million.  Joshua Link and his

wife, Tia, each received at least $650,000 in sales commissions, while Wood received $1.3

million in commissions.

## SUMMARY OF FINANCIAL-RECORD REVIEW

12.      As part of my duties in investigating the Defendants, I analyzed records for five

bank accounts held in the name of the Defendants for period of January 1, 2021, through

September 30, 2023.  These accounts are identified in the table below:

| Account Name | Financial Instutution | Account Number |
| --- | --- | --- |
| Agridime LLC | Worthington Bank | xx0845 |
| Agridime LLC | Worthington Bank | xx0853 |
| Agridime LLC Dealer Account | Worthington Bank | xx2742 |
| Agridime Logistics LLC | Worthington Bank | xx8386 |
| Agridime LLC Meat Sales | Worthington Bank | xx3203 |

13.      In reviewing the records for the bank accounts listed above, and in hearing Link's

sworn testimony, I learned that Joshua Link and Jed Wood have signatory authority and control

over all of the accounts listed above.  For each account, I reviewed account statements, signature

cards, and supporting documentation for certain deposits and withdrawals.

14.      Based on my review of the account documentation, I learned that the vast

majority of investor-related transactions occurred in the Agridime LLC Dealer Account xx2742.

Agridime LLC Meat Sales xx3203 appeared to have also received some investor funds.  The

remaining accounts did not appear to have substantial amounts of investor-related transactions

Declaration of Cody Turley                                                          Page 5 of 10

and were funded mainly through transfers from other Agridime accounts.

15.    I also analyzed Agridime's tax filings for the years 2020 and 2021.  From this I learned that Joshua Link and Jed Wood each own 45.5% of Agridime.

16.    Additionally, I reviewed accounting records created by Agridime.  This included a General Ledger, Accounting Journals, Investor Lists, Balance Sheets, and Profit and Loss statements.

## RELIANCE ON INVESTOR FUNDS

17.    In reviewing these various records, I have found that Agridime is heavily reliant on investor funds.

18.    On Agridime's May 4, 2023 Balance Sheet, Agridime listed Total Assets of $135,533,708.60.  The liabilities of the balance sheet include lines for "Livestock Contracts Purchased," "Cow Contracts," and "Total Cattle Contracts" which total $110,853,723.43, 82% of purported assets.  **Exhibit 2**, attached, is a true copy of the Balance Sheet created by Agridime that the SEC received during the investigation.

19.    Agridime's Profit & Loss statement for the period of January 1, 2021 to May 5, 2023 lists total revenue of $286,183,077.86.  Included in this number are "Livestock Contract Sales," "Cow Contract Sales," and "6 Month Contract Sales" which total $161,562,464.72, over 56% of purported revenue.  The company lists "Net Income" of only $12,099,806.65.  **Exhibit 3**, attached, is a true copy of the Profit & Loss statement created by Agridime that the SEC received during the investigation.

20.    From January 1, 2021 to September 30, 2023, Agridime's Dealer and Meat Sales bank accounts received $345,423,010.96 of total deposits.  Of these deposits, $263,107,293.55 (76%) were received into Agridime LLC Dealer Account xx2742.  This account is primarily

composed of investor activity.  Agridime LLC Meat Sales Account xx3203 received

$82,315,717.41, including a large amount of investor funds via Shopify deposits.



Agridime Worthington Bank Deposits

## OUTSTANDING LIABILITIES

21.     In advertising materials and contracts, Agridime told investors that their funds

would be used to purchase and raise cattle and return between 15% and 32% within a year and

seven days to a year and ten days.

22.     Using the records obtained in this investigation, I calculated the approximate

outstanding liabilities that Agridime owed to investors at various dates.

23.     The principal amount owed to investors was approximately $120 million on August 2, 2023. At $2,000 per head of cattle, this would equate to a needed herd size of approximately 60,000. In sworn testimony on August 2, 2023, Joshua Link stated that Agridime's herd size "can fluctuate anywhere from 15- to over 20,000." Based on the calculation, the necessary herd size to cover the contracts would not have been less than 25,000 since approximately June 2022.



24.     The amount owed to investors on December 31, 2021, was approximately $25 million. An estimated $5 million of profit would be owed by Agridime to investors at the contracts' end date. As of Dec 31, 2022, these numbers had increased to over $86 million and $17 million. By September 5, 2023, Agridime owed investors approximately $123 million with an estimated additional profit of $24 million for a total of $147 million. Agridime's current revenue is not sufficient to pay these obligations. Unless Agridime can continue to raise larger amounts of investor funds each month through the sale of cattle contracts, it likely will not be able to continue making returns payments to investors.

25.     **Exhibit 4,** attached, is a true and correct copy of an analysis of the Investor Lists that I prepared from the accounting records identified above.

Declaration of Cody Turley                                                                 Page 8 of 10

26.     Agridime has also received substantial sums from feed lots further increasing the company's liabilities.  On Agridime's May 4, 2023 Balance Sheet, **Exhibit 2**, Agridime listed a liability of $8.8 million titled "Note Payable – Cattle Empire."  From May 5, 2023, to September 30, 2023, Agridime received at least an additional $4.3 million from Cattle Empire for a total of $13.1 million.

### PONZI PAYMENTS:  NEW INVESTOR FUNDS PAID TO EXISTING INVESTORS FROM DECEMBER 1, 2022, THROUGH SEPTEMBER 30, 2023

27.     Between December 2022 and September 2023, Agridime LLC Dealer Account xx2742 accounted for the majority of Agridime's activity and was the primary account used for investor transactions.  During this time frame, approximately $106 million of investor funds were received by this account.  Only $32 million of potentially non-investor funds were available in this account.

28.     Investors received returns of $90 million from this account.  With only $32 million of potential non-investor funds available, at least $58 million of the returns were Ponzi payments sourced from investors. Agridime's accounting records similarly show that the company does not have sufficient revenue to have made these returns payments from any other source.

29.     **Exhibits 5,** attached, is a true and correct copy of an account summary for Agridime LLC Dealer Account xx2742 that I prepared from the bank and accounting records identified above.

### ONGOING ACTIVITY

30.     During the course of the investigation, I learned that the Arizona Corporation Commission Securities Division issued a Temporary Cease & Desist on April 18, 2023, and the

Declaration of Cody Turley                                           Page 9 of 10

North Dakota Securities Department issued a Cease & Desist on May 24, 2023, directing Agridime to cease selling securities and violating the relevant state securities statutes.

31.     Since April 18, 2023, Agridime has sold at least $39 million of cattle contracts. Joshua Link, an Arizona resident, continues to sign or authorize the contracts.  In sworn testimony on October 18, 2023, Justin Williams, an Arizona resident, admitted to continuing to sell the investments.  Since April 18, 2023, Agridime has issued contracts to multiple Arizona residents. Since May 5, 2023, Agridime has sold at least $25 million of cattle contracts. Since May 5, 2023, contracts have been issued to multiple North Dakota residents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ *12. 11. 2023* _____.

_____

Cody Turley

# EXHIBIT F-1

APP 0414

## Summary of Investor Lists
## Agridime, LLC (FW-04607)

| Jorunal Type | Period | Balance |
|---|---|---|
| Cow Contract Sales | January 1, 2021 through May 4, 2023 | $ 11,097,018.90 |
| Livestock Contract Sales | January 1, 2021 through May 4, 2023 | 146,065,445.82 |
| Cow Contract Sales | May 5, 2023 through September 5, 2023 | 4,172,000.00 |
| Livestock Contract Sales | May 5, 2023 through September 5, 2023 | 30,668,600.00 |
| | Total | $ 192,003,064.72 |

# EXHIBIT F-2

11:12 AM
05/18/23
Accrual Basis

## Agridime LLC
## Balance Sheet
### As of May 4, 2023

| | May 4, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Frost Bank - Checking | 7,000.00 |
| Frost Bank - Savings | 328,479.67 |
| RCG - Hedge Fund | 92,353.21 |
| Worthington Custodial 6030853 | 3,168.32 |
| Worthington Dealer 6032742 | 4,024,398.44 |
| Worthington Meat Sales 6033... | 361,186.31 |
| Worthington Operating 6030845 | 87,373.27 |
| **Total Checking/Savings** | 4,903,959.22 |
| | |
| **Accounts Receivable** | |
| **Accounts Receivable** | |
| King Soopers | 150,401.70 |
| Accounts Receivable - Other | 1,290,003.25 |
| **Total Accounts Receivable** | 1,440,404.95 |
| | |
| Agridime Logistics LLC | 2,807,669.00 |
| **Total Accounts Receivable** | 4,248,073.95 |
| | |
| **Other Current Assets** | |
| Inventory - Livestock @ CE | 11,063,869.49 |
| Inventory - Livestock @ Various | 22,050,000.00 |
| Inventory - Livestock @MCreek | 8,467,500.00 |
| Inventory - Livestock @Mid-A... | 2,172,500.00 |
| Inventory - Meat | 78,118,634.84 |
| **Total Other Current Assets** | 121,872,504.33 |
| **Total Current Assets** | 131,024,537.50 |
| | |
| **Fixed Assets** | |
| Accumulated Amortization | -36,779.00 |
| Accumulated Depreciation | -327,726.48 |
| Barn In Herington | 103,527.00 |
| Building in Herington - 315 N B | 33,996.89 |
| Building in Herington -106 N Br | 38,923.39 |
| Building In Herington -6 W Main | 18,847.05 |
| Equipment | 3,140,629.33 |
| Herrington Building | 370,049.78 |
| Hope Kansas Buildings | 130,078.87 |
| Land | 774,710.17 |
| Office Equipment | 41,502.05 |
| Software Developement -WIP - CI | 22,700.00 |
| Software Development | 36,779.00 |
| Software Development - WIP - IN | 161,933.05 |
| **Total Fixed Assets** | 4,509,171.10 |
| **TOTAL ASSETS** | 135,533,708.60 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 635,696.15 |
| **Total Accounts Payable** | 635,696.15 |

Confidential

APP 0117
AGRIDIME000006
ACC000023   EF-9585

11:12 AM
05/18/23
Accrual Basis

**Agridime LLC**
**Balance Sheet**
As of May 4, 2023

|  | May 4, 23 |
|---|---|
| **Other Current Liabilities** | |
| **Cattle Contracts** | |
| ██████ | 50,000.00 |
| | 3,934,000.00 |
| **Jason Link** | 20,000.00 |
| ██████ | 576,558.71 |
| **Total Cattle Contracts** | 4,580,558.71 |
| **Cow Contracts** | 8,938,418.90 |
| **Mid-America Feed Yard** | 1,678,207.68 |
| **Note Payable - Cattle Empire** | 8,813,576.11 |
| **Note Payable - CRI Feeders** | 1,236,089.25 |
| **Payroll Liabilities** | 123,604.96 |
| **Total Other Current Liabilities** | 25,370,455.61 |
| **Total Current Liabilities** | 26,006,151.76 |
| **Long Term Liabilities** | |
| **Livestock Contracts Purchased** | 97,334,745.82 |
| **Total Long Term Liabilities** | 97,334,745.82 |
| **Total Liabilities** | 123,340,897.58 |
| **Equity** | |
| ██████ | 26,680.76 |
| | -1,222.49 |
| **Capital-Jed Wood** | -12,313.96 |
| **Capital-Josh Link** | 63,339.04 |
| ██████ | 9,389.43 |
| | -3,318.24 |
| | -10,452.00 |
| | -6,968.00 |
| **Distribution-Jed Wood** | -158,527.92 |
| **Distribution-Josh Link** | -158,527.92 |
| **Distrib** ██████ | -3,484.00 |
| | -10,453.00 |
| **Retained Earnings** | 755,071.15 |
| **Net Income** | 11,703,598.17 |
| **Total Equity** | 12,192,811.02 |
| **TOTAL LIABILITIES & EQUITY** | 135,533,708.60 |

Confidential

APP 0418
AGRIDIME000007
ACC000024   EF-9585

# EXHIBIT F-3

APP 0419

11:17 AM
05/18/23
Accrual Basis

## Agridime LLC
## Profit & Loss
### January 1, 2021 through May 4, 2023

|  | Jan 1, '21 - May 4, 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 6 Month Contract Sales | 4,475,000.00 |
| **Cattle** | |
| Cattle Sales | 81,761,913.08 |
| FSA Program Payment Dickinson | 28,726.00 |
| **Total Cattle** | 81,790,639.08 |
| Cow Contract Sales | 11,022,018.90 |
| Hedge Loss(Gain) | -228,594.59 |
| Hedging gain/loss | 181,199.86 |
| Livestock Contract Sales | 146,065,445.82 |
| **Meat Sales** | |
| Apparel | 972.23 |
| Meat Sales - Other | 41,379,080.23 |
| **Total Meat Sales** | 41,380,052.46 |
| Meat Sales - Kroger | 1,370,707.83 |
| Tallow Products Sales | 122,947.72 |
| Web Income | 3,660.78 |
| **Total Income** | 286,183,077.86 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 0.00 |
| **Total COGS** | 0.00 |
| **Gross Profit** | 286,183,077.86 |
| **Expense** | |
| *Reconciliation Discrepancies | 14.67 |
| Advertising & Marketing | 520.21 |
| **Cattle Expenses** | |
| Advertizing & Marketing | 5,523.00 |
| Backgrounding | 800.00 |
| Barn Rental | 8,800.00 |
| Car and Truck | 2,194.00 |
| **Cattle Audit Expense** | |
| Ear Tags | 29,267.13 |
| Cattle Audit Expense - Other | 73,546.56 |
| **Total Cattle Audit Expense** | 102,813.69 |
| **Cattle Contracts** | |
| Profit Paid | 13,120,573.00 |
| **Total Cattle Contracts** | 13,120,573.00 |
| **Cattle Contracts Profit Paid** | |
| Harvest Return | 195,000.00 |
| Cattle Contracts Profit Paid - Ot... | 890,108.97 |
| **Total Cattle Contracts Profit Paid** | 1,085,108.97 |
| Cattle Medical Bill | 2,620.55 |
| **Cattle Purchased** | |
| Cow Contracts Purchased | 3,408,600.00 |
| Livestock Contract Purchase | 49,234,700.00 |
| Cattle Purchased - Other | 121,042,614.28 |
| **Total Cattle Purchased** | 173,685,914.28 |

Confidential

APP 0420
AGRIDIME000008
ACC000025   EF-9585

11:17 AM
05/18/23
Accrual Basis

# Agridime LLC
# Profit & Loss
## January 1, 2021 through May 4, 2023

|  | Jan 1, '21 - May 4, 23 |
|---|---|
| **Commission on Cattle Sales** |  |
| ███████ | 24,750.00 |
|  | 30,988.00 |
|  | 600.00 |
|  | 15,100.00 |
|  | 113,500.00 |
|  | 22,425.00 |
|  | 52,000.00 |
|  | 116,616.80 |
|  | 17,260.00 |
| ██ █ | 195,900.00 |
|  | 623,865.00 |
| **Jed Wood** | 1,313,600.00 |
|  | 6,350.00 |
|  | 0.00 |
| **Josh Link** | 656,800.00 |
|  | 122,070.00 |
|  | 11,200.00 |
|  | 27,060.00 |
|  | 4,332.00 |
|  | 888.00 |
|  | 429,950.00 |
|  | 5,600.00 |
|  | 20,000.00 |
|  | 500.00 |
|  | 1,057,100.00 |
| ██ █  Cattle Sales | 5,625,212.44 |
| **Tia Link** | 656,800.00 |
|  | 9,700.00 |
| **Total Commission on Cattle Sales** | 11,160,167.24 |
|  |  |
| **Equipment Parts & Repair** | 17,805.47 |
| **Equipment Rental** | 13,104.51 |
| **Feed & Care** | 2,896,366.81 |
| **Feed & Interest** | 4,302,086.85 |
| **Feed Bill** | 18,539,009.24 |
| **Grass Seed** | 45,779.04 |
| **Harvest Return Filing Fees** | 239,875.00 |
| **Land Improvement** | 537,669.88 |
| **Mileage** | 1,517.04 |
| **Ranch Hand Labor** | 41,473.90 |
| **Small tools and equipment** | 22,516.47 |
| **Sponsorship** | 4,000.00 |
| **Travel Expenses** |  |
| Airfare | 28,560.32 |
| Cash | 135,840.09 |
| Fuel | 32,640.52 |
| Hotel | 15,202.78 |
| Meals | 12,290.95 |
| Mileage | 38,855.84 |
| Miscellaneous | 2,177.95 |
| Mobile Hotspot | 525.00 |
| Taxi, Tolls, Car Rental | 3,534.77 |
| **Total Travel Expenses** | 269,628.22 |
|  |  |
| **Trucking** |  |
| Inbound | 2,279,420.29 |
| Trucking - Other | 653,690.11 |
| **Total Trucking** | 2,933,110.40 |
|  |  |
| **Total Cattle Expenses** | 229,038,457.36 |

Confidential

AGRIDIME000069
APP 0421
ACC000026   EF-9585

11:17 AM
05/18/23
Accrual Basis

# Agridime LLC
# Profit & Loss
## January 1, 2021 through May 4, 2023

| | Jan 1, '21 - May 4, 23 |
|---|---|
| De minimis Expenses | 128,777.58 |
| Depreciation | 606,315.86 |
| Forfeited Deposit on Equipment | 10,000.00 |
| Fraud Charge | 0.00 |
| Gain/Loss on Sale of Assets | -2,641.12 |
| **Meat Purchase** | |
| Beef Barbacoa #1 | 5,764.68 |
| Brisket | 297,028.53 |
| Burritos | 2,503.44 |
| Carcass | 1,288.20 |
| Chicken | 31,026.01 |
| Corned Beef | 3,140.84 |
| Tenderloin | 52,553.27 |
| Trim | 5,039.04 |
| Meat Purchase - Other | 51,317.71 |
| **Total Meat Purchase** | 449,661.72 |
| **Meat Sales Expenses** | |
| Affiliate Commissions | 37,413.29 |
| Apparel | 18,804.57 |
| Ascendant Fees | 2,900.00 |
| Broker Fees | 34,495.04 |
| Building | 510.00 |
| Building Maintenance | 368,996.41 |
| Caleb Weaver | 500.00 |
| Chicken Purchase | 85,313.67 |
| Coffee | 5,625.00 |
| Cold Gear | 1,135.23 |
| Cold Packs | 580,689.37 |
| Cold Storage | 2,597,523.68 |
| Consulting Fee | 15,647.05 |
| **Delivery Charges** | |
| King Soopers | 23,958.10 |
| Delivery Charges - Other | 50,763.19 |
| **Total Delivery Charges** | 74,721.29 |
| Door Dash Fees | 39.96 |
| E-Coli Test | 1,023.75 |
| Equipment Parts & Repair | 523,728.20 |
| Equipment Rental | 494,865.69 |
| Fuel | 802,990.24 |
| Halal Blesser | 3,963.02 |
| Halal Meat Certification | 28,319.37 |
| **Hog Processing** | |
| Breakfast Sausage | 38.00 |
| Cry-O-Vac | 9,498.90 |
| Curing | 207.35 |
| Kill Fee | 74,605.84 |
| Labeling Fee | 5,247.48 |
| Lard | 100.00 |
| Processing | 31,614.99 |
| Hog Processing - Other | 79,425.57 |
| **Total Hog Processing** | 200,738.13 |
| Hog Purchase | 121,503.30 |
| Hotel | 3,649.98 |
| Internet Service | 5,321.93 |
| King Soopers - Meat Purchase | 1,143,794.02 |
| **Kroger Commission** | |
| ▮▮▮▮▮ | 45,850.86 |
| | 39,300.74 |
| **Total Kroger Commission** | 85,151.60 |

Confidential

AGRIDIME000010
ACC000027   EF-9585
APP 0423

11:17 AM

05/18/23

Accrual Basis

# Agridime LLC
# Profit & Loss
## January 1, 2021 through May 4, 2023

| | Jan 1, '21 - May 4, 23 |
|---|---|
| Licenses and Fees | 18,681.06 |
| Marketing | |
|   Promotional | 48,792.17 |
|   Marketing - Other | 3,522,604.42 |
| **Total Marketing** | 3,571,396.59 |
| Meals | 50,231.34 |
| Meat Grader | 3,600.00 |
| Meat Labels | 81,634.16 |
| Meat Sales Commission | |
| | 78,327.68 |
| | 148,561.49 |
| | 982.21 |
| | 40,500.00 |
| | 2,093.06 |
| | 503.79 |
| | 1,285,445.08 |
| | 1,390.77 |
| | 93,687.54 |
| | 2,468.55 |
| | 820.75 |
| | 71.69 |
| | 251.90 |
| | 69.79 |
| | 31,617.63 |
| | 1,783.26 |
|   Meat Sales Commission - Other | 0.00 |
| **Total Meat Sales Commission** | 1,688,575.19 |
| Meat Sales Salary & Wages | |
| | 3,591.90 |
| | 4,350.00 |
| | 2,956.50 |
| | 7,421.40 |
| | 6,047.73 |
| | 2,634.93 |
| | 525.78 |
| | 143.00 |
| | 6,120.54 |
| | 2,245.41 |
| | 6,837.39 |
| | 145,000.00 |
| | 15,758.86 |
| | 95.40 |
| | 95,500.30 |
| | 476.10 |
| | 28,706.47 |
| | 2,160.00 |
| | 584.30 |
| | 522.00 |
| | 10,560.50 |
| **Total Meat Sales Salary & Wages** | 342,238.51 |
| Mileage | 6,782.84 |
| Miscellaneous | 2,679.00 |
| Office Supplies | 65,774.75 |
| Packaging | 513,566.01 |
| Pallet Charge | 24,241.50 |
| Pest Control | 9,016.36 |
| Pork Puchase | 31,920.56 |
| Postage | 17,055.16 |

Confidential

AGRIDIME000043

APP 0423

ACC000028   EF-9585

11:17 AM
05/18/23
Accrual Basis

# Agridime LLC
# Profit & Loss
### January 1, 2021 through May 4, 2023

|  | Jan 1, '21 - May 4, 23 |
|---|---|
| **Processing** | |
| Cryovac | 87,154.96 |
| Cut | 197,979.32 |
| Cutting Primals and Grinding | 2,804.18 |
| Dice | 299.52 |
| E-Coli Test | 42,707.50 |
| Export Charges | 384.88 |
| Fabrication - Kosher | 6,011.47 |
| Grinding | 188,909.44 |
| Halal Blesser | 76,350.00 |
| Halal Meat Certification | 296,281.82 |
| Hot Dogs | 7,318.56 |
| Jerky | 8,072.29 |
| Kill Fee & Fabrication | 7,153,496.79 |
| Kosher Blesser | 4,000.00 |
| Meat Grader | 101,250.00 |
| OFFAL | 373,411.61 |
| Pallet Charge | 61,948.88 |
| Pet Food | 2,995.92 |
| Pork | 37,063.10 |
| Sausage | 2,432.22 |
| Processing - Other | 2,495,133.22 |
| **Total Processing** | 11,146,005.68 |
| | |
| Purchased Meat | 129,901.01 |
| Sales Tax | 66,576.93 |
| Security | 142,605.39 |
| Shipping | 1,116,141.42 |
| Shopify Fees | 44,780.55 |
| Small Tools and Equipment | 108,830.74 |
| Spices | 22,925.06 |
| Tallow Tubs | 235,539.44 |
| Trailer Rental | 41,315.96 |
| Training | 1,425.45 |
| **Travel** | |
| Airfare | 11,983.01 |
| Cash | 15,985.00 |
| Hotel | 8,919.53 |
| Meals | 4,545.31 |
| Miscellaneous | 261.20 |
| Taxi, Tolls, Rental Car | 6,859.50 |
| **Total Travel** | 48,553.55 |
| | |
| Trolley Fees | 392.49 |
| Truck Maintenance | 77,106.91 |
| **Trucking Bill** | |
| Inbound | 3,244,998.39 |
| Outbound | 680,310.80 |
| **Total Trucking Bill** | 3,925,309.19 |
| | |
| Uniforms & Boots | 8,546.55 |
| Utilities | 222,525.87 |
| **Total Meat Sales Expenses** | 31,005,239.01 |
| | |
| **Operations General Expenses** | |
| Accounting Services | 37,043.52 |
| Advertizing & Marketing | 13,685.29 |
| Airfare | 148.98 |
| Auto Repair | 3,438.83 |
| Bank Charges & Fees | 112,696.03 |
| Building Maintenance | 6,827.82 |
| Corporate Gifts | 3,052.24 |
| Distributions | 0.00 |

Confidential

AGRIDIME000012

APP 0424

ACC000029    EF-9585

11:17 AM
05/18/23
Accrual Basis

**Agridime LLC**
# Profit & Loss
## January 1, 2021 through May 4, 2023

|  | Jan 1, '21 - May 4, 23 |
|---|---|
| **Donations** | 38,750.00 |
| **Employee Placement Fees** | 7,800.00 |
| **Insurance** |  |
|   **Auto** | 220,647.32 |
|   **Cattle** | 318.15 |
|   **Cyber** | 20,326.78 |
|   **Dental** | 59,463.74 |
|   **General Liability** | 522,317.34 |
|   **Health** | 736,516.61 |
|   **Jeff Auerback** | 5,670.00 |
|   **Life** | 47,908.78 |
|   **Property** | 19,394.17 |
|   **Stock Throughput** | 102,634.98 |
|   **Vision** | 7,411.95 |
|   **Worker's Comp** | 130,716.53 |
|   **Insurance - Other** | 124,040.88 |
| **Total Insurance** | 1,997,367.23 |
| **Internet Service** | 1,073.95 |
| **IRS** | 335.89 |
| **Kansas Vehicle Registration Fee** | 3,080.51 |
| **Legal Fees** | 216,049.45 |
| **License & Fees** | 24,354.09 |
| **Logistics Start Up** | 0.00 |
| **Managed IT** | 198,137.66 |
| **Meals** | 5,460.97 |
| **Miscellaneous** | 4,617.05 |
| **Moving Expenses** | 14,144.44 |
| **Office Supplies & Software** | 183,541.53 |
| **Phone Bill** | 120,961.71 |
| **Postage** | 9,864.59 |
| **Real Estate Tax** | 4,594.17 |
| **Rent & Lease** |  |
|   **Phoenix** | 450,984.77 |
|   **Texas - Will Rogers** |  |
|     **CAM Expenses** | 58,245.30 |
|     **Property Taxes** | 78,970.40 |
|     **Texas - Will Rogers - Other** | 587,639.44 |
|   **Total Texas - Will Rogers** | 724,855.14 |
|   **Texas Oak Grove** |  |
|     **Cam Expenses** | 18,950.40 |
|     **Texas Oak Grove - Other** | 688,495.51 |
|   **Total Texas Oak Grove** | 707,445.91 |
|   **Texas Office** | 126,893.73 |
|   **Rent & Lease - Other** | 2,000.00 |
| **Total Rent & Lease** | 2,012,179.55 |
| **Salaries & Wages** | 1,554,975.00 |
| **Security** | 260.00 |
| **Small tools and Equipment** | 5,123.66 |
| **Texas Franchise Tax** | 51,761.39 |
| **Tolls, Car Rental** | 1,779.71 |
| **Travel** |  |
|   **Mileage** | 2,539.57 |
| **Total Travel** | 2,539.57 |
| **Web Expense** | 5,244.51 |
| **Operations General Expenses - O...** | 0.00 |
| **Total Operations General Expenses** | 6,640,889.34 |

Confidential

AGRIDIME000043
APP 0425
ACC000030   EF-9585

11:17 AM

05/18/23

Accrual Basis

# Agridime LLC
# Profit & Loss
January 1, 2021 through May 4, 2023

|  | Jan 1, '21 - May 4, 23 |
|---|---|
| Payroll Expenses | 5,950,935.61 |
| Repairs & Maintenance | -10,156.56 |
| Software Development - WIP - CI | 650.00 |
| **Tallow Expenses** |  |
| Apparel | 1,728.91 |
| Fuel | 2,353.55 |
| Hotel | 270.00 |
| Labels | 5,310.43 |
| License & Permits | 340.00 |
| Marketing | 7,488.64 |
| Meals | 646.62 |
| Parking | 1.50 |
| Software | 43.24 |
| Tallow Supplies | 183,217.54 |
| Tallow Tubs | 57,027.92 |
| Tallow Expenses - Other | 45.00 |
| **Total Tallow Expenses** | 258,473.35 |
| Taxes & Licenses | 2,490.02 |
| Utilities | 3,644.16 |
| VOID | 0.00 |
| **Total Expense** | 274,083,271.21 |
| **Net Ordinary Income** | 12,099,806.65 |
| **Net Income** | 12,099,806.65 |

Confidential

AGRIDIME000049

APP 0426

ACC000031   EF-9585

# EXHIBIT F-4

APP 0427

# Outstanding Investment Liabilities
# Agridime, LLC (FW-04607)
# For the period of December 31, 2021 to September 5, 2023

| Date | Outstanding Principal | Estimated Profit Liability | Total | Estimated Necessary Herd Size |
|---|---|---|---|---|
| 12/31/21 | $ 25,850,750 | $ 5,170,150 | $ 31,020,900 | 12,925 |
| 01/31/22 | 29,322,985 | 5,864,597 | 35,187,582 | 14,661 |
| 02/28/22 | 32,416,900 | 6,483,380 | 38,900,280 | 16,208 |
| 03/31/22 | 35,406,000 | 7,081,200 | 42,487,200 | 17,703 |
| 04/30/22 | 43,491,200 | 8,698,240 | 52,189,440 | 21,746 |
| 05/31/22 | 46,430,563 | 9,286,113 | 55,716,675 | 23,215 |
| 06/30/22 | 50,769,200 | 10,153,840 | 60,923,040 | 25,385 |
| 07/31/22 | 52,718,200 | 10,543,640 | 63,261,840 | 26,359 |
| 08/31/22 | 60,648,200 | 12,129,640 | 72,777,840 | 30,324 |
| 09/30/22 | 66,184,769 | 13,236,954 | 79,421,723 | 33,092 |
| 10/31/22 | 69,060,969 | 13,812,194 | 82,873,163 | 34,530 |
| 11/30/22 | 76,540,979 | 15,308,196 | 91,849,175 | 38,270 |
| 12/31/22 | 86,889,704 | 17,377,941 | 104,267,645 | 43,445 |
| 01/31/23 | 93,905,704 | 18,781,141 | 112,686,845 | 46,953 |
| 02/28/23 | 98,954,269 | 19,790,854 | 118,745,123 | 49,477 |
| 03/31/23 | 104,424,480 | 20,884,896 | 125,309,376 | 52,212 |
| 04/30/23 | 108,694,280 | 21,738,856 | 130,433,136 | 54,347 |
| 05/31/23 | 114,396,080 | 22,879,216 | 137,275,296 | 57,198 |
| 06/30/23 | 118,168,280 | 23,633,656 | 141,801,936 | 59,084 |
| 07/31/23 | 119,645,880 | 23,929,176 | 143,575,056 | 59,823 |
| 08/31/23 | 122,383,079 | 24,476,616 | 146,859,695 | 58,484 |
| 09/05/23 | 122,889,579 | 24,577,916 | 147,467,495 | 58,275 |

# EXHIBIT F-5

APP 0429

**Bank Account Summary**
**Agridime, LLC (FW-04607)**
**Agridime LLC Dealer Account xx2742**
**For the Period of December 1, 2022 to September 30, 2023**

### Deposits

| | | | |
|---|---|---|---|
| Beginning Balance | $ 972,306.02 | | |
| Transfers from Other Accounts | 2,710,565.43 | | |
| Other Deposits | 27,601,273.58 | | |
| Non Investor Deposits | | $ | 31,284,145.03 |
| Investors Deposits | | | 107,230,001.74 |
| **Total Deposts** | | **$** | **138,514,146.77** |

| | | | |
|---|---|---|---|
| Investor Payments | | $ | 90,258,099.80 |
| Less: Non-Investor Deposits | | | (31,284,145.03) |
| **Investor Payments Sourced from Investors** | | **$** | **58,973,954.77** |

APP 04█

# EXHIBIT G

## STATE OF NORTH DAKOTA

## SECURITIES DEPARTMENT

|  |  |  |
|---|---|---|
| In the Matter of Agridime LLC, a Texas<br>Limited liability company, and Joshua Link | )<br>)<br>)<br>)<br>) | **CEASE AND DESIST ORDER,<br>NOTICE OF CIVIL PENALTY,<br>AND NOTICE OF RIGHT TO<br>REQUEST A HEARING** |
| Respondents. | ) | |

**THE SECURITIES COMMISSIONER OF THE STATE OF NORTH DAKOTA TO:**

**AGRIDIME LLC, and JOSHUA LINK, RESPONDENTS.**

The North Dakota Securities Commissioner has a reasonable basis to believe that the Respondents Agridime LLC (Agridime) and Joshua Link (Link) have engaged in, are engaging in, or are about to engage in, acts, practices or transactions, as more fully described below, which are prohibited under Chapter 10-04 of the North Dakota Century Code (N.D.C.C.). It is necessary and appropriate in the public interest and for the protection of investors to restrain these acts, practices, or transactions of the Respondents.

The North Dakota Securities Department (Department) also alleges that Link is a person controlling Agridime within the meaning of the North Dakota Securities Act (Act), so that he is jointly and severally liable to the same extent as Agridime for its violations of the Act.

### FINDINGS OF FACT

1.  Agridime is a limited liability company organized under the laws of Texas on April 13, 2017. The business address is listed as 3000 South Hulen Street, Fort Worth, TX 76109.

1

2.     Link is a co-owner and the Executive Director of Agridime and is a resident of Arizona.

3.     Agridime advertises itself as a meat distribution company with a "proprietary beef supply chain."

4.     Agridime's website lists Josh Link, Tia Link and Jed Wood as owners of the company.

5.     On agridime.com/buy-cattle-here, a website accessible to the general public as of May 12, 2023, Agridime invites potential investors to "make money raising cattle without having to do all the work."

6.     The website includes reviews, purportedly from the public, describing the deal as an investment.

7.     According to Agridime, investors can "purchase" a steer or heifer for $2,000 per head.

8.     Agridime represents that the cattle will then be raised by Agridime's contractors and the $2,000 purportedly covers feed, healthcare, processing, and all other expenses for the life of the cattle. Then, once the cattle have been processed, Agridime "sell[s] the beef to our online store and grocery store customers."

9.     The Agridime website states that in exchange for their capital, investors are promised "guaranteed 15-20% yearly profits." This guarantee is displayed prominently and frequently throughout Agridime's website, as in the example below:

APP 0433



**BUY LIVE CATTLE**

Have you ever wanted to make money raising cattle without having to do all the work?

We know it sounds too good to be true, however, in order to meet increased demand we are partnering with individuals and organizations to contract cattle into our beef supply chain.

We supply retails outlets, meat distributors and restaurant food service companies with farm fresh beef. We are inviting individuals and organizations to purchase cattle with us in order to supply beer to these customers.

All cattle purchased during Q2 of 2023 will be guaranteed 15-20% yearly profits. We also offer 20% yearly profits on contracts or 50 or more.

10.     According to the Agridime website, investing in a calf is as simple as adding the investment to one's "cart" on Agridime's publicly available website and then entering billing and credit card information. There are also options to finance the investment, with interest rates ranging between 0% and 36%.

11.     According to the website, the contract for this investment is not available to the investor until after the purchase is completed.

12.     Upon request, Agridime will send a sample contract to potential investors.

13.     Agridime also advertises this investment on Facebook with an animated video titled "Make 15%-20% Yearly Returns by Purchasing Cattle With Us."

3

14.     This opportunity has been available since at least October 10, 2021, the date the Facebook advertisement video was posted.

15.     The video describes how investors can purchase cattle for $2,000 per head, which will pay to "feed that animal to finish, fully process the beef into retail packaging, and then ultimately sell the beef."

16.     Upon information and belief Respondents entered into at least one investment contract with a North Dakota resident that included the following terms: the investor "agrees to purchase one hundred and twenty-five steers and/or heifers for $2,000 per steer or heifer ($250,000 total)" and "Agridime agrees to pay 25% per year profit on those cattle. Guaranteed yearly profits of 25%."

17.     The contract is signed by Link and includes instructions on how the resident could send his investment proceeds to Agridime via wire or ACH transfer.

18.     There are no risk disclosures in the contract.

**VIOLATIONS**

19.     The investment contracts issued by Respondents are "securities" as defined in N.D.C.C. § 10-04-02(19). Section 10-04-04 of the N.D.C.C. requires that securities offered for sale or sold in or from North Dakota be registered or exempt from registration.

20.     The investment contracts issued by Respondents have not been registered with the Department under N.D.C.C. §§ 10-04-07, 10-04-07.1, 10-04-07.2, 10-04-08, or 10-04-08.1 and have not been offered for sale or been sold in exempt transactions under Section 10-04-05 or 10-04-06 or 10-04-08.4, N.D.C.C. The offers and sales of the subject investments were made in violation of N.D.C.C. § 10-04-04.

4

21.    Respondent Agridime, controlled and operated by Respondent Link, is not now and has never been registered as an issuer-dealer or broker-dealer in North Dakota.

22.    Respondent Agridime was offering or selling securities within or from North Dakota at a time when they were not registered as an issuer-dealer or broker-dealer with the Department selling its own securities. This is a violation of N.D.C.C. § 10-04-10(1).

23.    Respondent Link is not now and was not then registered as an agent with the Department as to the sale of these securities.

24.    On September 7, 2022, Link acted as an agent of Agridime by offering and selling securities in the form of an investment contract to a North Dakota resident in a principal sum of $250,000.

25.    Respondent Link made the offer or sales of securities in violations of N.D.C.C. § 10-04-10(2).

26.    In connection with the offer and sale of these securities, the Respondents have made false oral and written statements to investors, potential investors and the public. Representations made by the company about the offering include material omissions, including the omission of material risk disclosures such as the investment is high risk and that investors could lose their entire investment. These material omissions and misrepresentations were made in violation of N.D.C.C. § 10-04-15.

### CEASE AND DESIST ORDER

IT IS ORDERED, pursuant to N.D.C.C. § 10-04-16 that the Respondents shall immediately CEASE AND DESIST from any further violations of the Securities Act, N.D.C.C. Chapter 10-04, including:

APP 0436

1.  Offering for sale or selling in North Dakota the subject securities, or any other securities however denominated, unless and until such securities have been registered with the Department or are exempt from registration under N.D.C.C. §§ 10-04-05, 10-04-06 or 10-04-08.4;

2.  From offering for sale or selling investments in North Dakota unless and until they have registered with the Securities Commissioner as broker-dealers, issuer-dealers or agents under N.D.C.C. § 10-04-10; and

3.  From engaging in a scheme or artifice to defraud investors, or from engaging in any fraudulent or deceptive practices in connection with the offer and/or sale of securities in this state under N.D.C.C. § 10-04-15.

### NOTICE OF AND ORDER FOR CIVIL PENALTIES

**YOU ARE NOTIFIED** that the above-cited violations are sufficient grounds for the imposition of civil penalties pursuant to N.D.C.C. § 10-04-16(1). The Securities Commissioner does not herein assess a civil penalty, but the Commissioner expressly reserves the authority to assess civil penalties, not to exceed $10,000 per violation, regarding the violations outlined above, any other violations subsequently discovered, or any future securities violations or violations of this order.

### NOTICE OF RESERVATION OF COMMISSIONER'S AUTHORITY TO AMEND ORDER

**YOU ARE HEREBY NOTIFIED** that the above-cited violations are sufficient grounds for the relief imposed in this Order. The Department's investigation of the Respondents continues, and the Commissioner expressly reserves the authority to Order additional relief under N.D.C.C. Chapter 10-04, regarding the violations outlined

6

APP 0437

above, any other violations subsequently discovered, or any future securities violations or violations of this order, in the public interest and for the protection of investors.

## NOTICE OF RIGHT TO REQUEST A HEARING

**YOU ARE NOTIFIED** that pursuant to N.D.C.C. § 10-04-12 you may request a hearing before the Securities Commissioner if such a request is made in writing <u>WITHIN FIFTEEN (15) DAYS AFTER THE RECEIPT OF THIS ORDER.</u> The Respondents have the right to be represented by legal counsel at the hearing.

**IN TESTIMONY WHEREOF**, witness my hand and seal this __24th__ day of May, 2023.

Karen J. Tyler, Securities Commissioner
North Dakota Securities Department
600 East Boulevard Ave.
State Capitol – Fourteenth Floor
Bismarck, ND  58505-0510
(701) 328-2910

7

# EXHIBIT H

APP 0439

STATE OF ARIZONA

County of Maricopa

AFFIDAVIT OF WILLIAM WOERNER

I, William Woerner, being duly sworn, say as follows:

1.    I am a resident of Maricopa County, Arizona and am over the age of eighteen (18).

2.    I have personal knowledge of the matters stated in this affidavit and am competent to testify to them.

3.    I understand that this affidavit may be used in a court of law.

4.    I have been employed as an Investigator with the Securities Division ("Division") of the Arizona Corporation Commission ("Commission") since May of 2016.

5.    Previous to my employment with the Division, I was a Special Agent for the Federal Bureau of Investigation for 25 years.

6.    I am aware of and have read the Commission's Temporary Order to Cease and Desist and Notice of Opportunity for Hearing ("Temporary Order") issued against Agridime LLC ("Agridime") and Joshua and Tia Link on April 18, 2023.

7.    On October 4, 2023, I emailed info@agridime.com in an undercover capacity as a potential investor.

8.    On October 10, 2023, a representative from Agridime (the "Agridime Representative") emailed me back to set up a time to talk.

9.    On October 18, 2023, I spoke with the Agridime Representative by telephone in my undercover capacity as a potential investor residing in Arizona.

10.    During my conversation, I made it clear multiple times to the Agridime Representative that I am an Arizona resident.

11.    The Agridime Representative did not disclose the Temporary Order until I asked if there was anything else I should know before investing.

**EXHIBIT**

**C**

12.    The Agridime Representative told me the Temporary Order was mostly regarding Agridime's marketing.

13.    The Agridime Representative told me, "If you can touch and physically locate an asset, it can't be a security."

14.    The Agridime Representative told me the Temporary Order was only valid for 180 days from May of 2023.

15.    The Agridime Representative told me Arizona worked with Agridime's legal team and "was satisfied."

16.    The Agridime Representative told me if I had another address "somewhere else," Agridime would rather use that address for the contract, "nor would anybody come looking."

17.    I told him I live in Arizona, but I could use an address from a house I own in Alabama.

18.    After I reiterated that I am an Arizona resident and did not want to get in trouble, the Agridime Representative assured me Arizona is not "digging" and Agridime "has not even heard from [Arizona] in three months."

19.    The Agridime Representative told me one of Agridime's largest warehouses is located in Gilbert, Arizona.

20.    The Agridime Representative told me if I invested in at least 500 head of cattle, I could get a 25% return.

21.    The following day, the Agridime Representative sent me an email to inform me Agridime was willing to sell me the cattle contract if I used my Alabama address. He also sent me a sample contract, an accurate copy of which is attached as Exhibit 1. Joshua Link is named as the signatory on the contract on behalf of Agridime.

22.    I am prepared to testify to the matters stated herein.

1

2

_William Woerner_

3
(Signature)

4

5          SUBSCRIBED AND SWORN TO BEFORE me this _13ᵀᴴ_ day of November,

6     2023.

7

8          _Maryanne Montoya_
NOTARY PUBLIC

9

10

My Commission Expires:

11

12     _4-22-2027_

MARYANNE MONTOYA
Notary Public - Arizona
MARICOPA COUNTY
Commission # 645905
Expires April 22, 2027

13

14

15

16

17

18

19

20

21

22

23

24

25

26

 **Agridime**

# COMMERCIAL LIVESTOCK CONTRACT #00000

This Livestock Contract is entered into as of the **XXth** day of **XXXXX**, 2023, by and between____**Name**____, having his/her principal place of residence/business located at _____**Address**_____and Agridime, LLC having its principal place of business located at ▮▮▮▮▮▮▮▮▮▮▮▮ Fort Worth, Texas, ▮▮▮▮ both of whom agree to be bound by this Contract.

WHEREAS ____**Name**____ desires to purchase cattle from Agridime, LLC and leave such cattle in the care and custody of Agridime, LLC for one year; and

WHEREAS Agridime, LLC desires to purchase the cattle back one year from the date of this Contract, at a specified price, ____**Name**____ and Agridime, LLC mutually desire to enter into an arrangement according to the terms and conditions herein.

NOW, THEREFORE, in consideration of the mutual covenants and promises made by the parties hereto,____**Name**____ and Agridime, LLC covenant and agree as follows:

1.  **PURCHASE OF CATTLE BY <u>NAME</u>:** Simultaneous with the date of this Contract, ____**Name**____ has purchased from Agridime, LLC and paid in full for the purchase of __**Number (X) head of cattle**__, at the cost of **$4,500** each, resulting in a total sale price of **$000,000**. The cattle purchased from Agridime, LLC under this Contract shall remain in the care and custody of Agridime, LLC. Agridime, LLC is licensed and bonded in accordance with the regulations of the United States Department of Agriculture (USDA). All cattle owned by ____**Name**____ in the care and custody of Agridime, LLC are insured for death loss by a policy owned by Agridime, and in the event of death Agridime will replace any lost cattle and maintain the repurchase price set forth in Section 2.

2.  **REPURCHASE OF CATTLE BY AGRIDIME, LLC:** One year from the date of this Contract or date of receipt of funds, Agridime, LLC will buy back (repurchase) the cattle owned by ____**Name**____ under this Contract. Agridime, LLC will pay the original total purchase price for the cattle paid by ____**Name**____ specified in Section 1, plus **$1,000 per Cow Calf pair**, resulting in a total purchase price of **$000,000**.

3.  **TERMS OF PAYMENT:** Agridime, LLC will remit to ____**Name**____ the total purchase price specified in Section 2 within 7 to 10 business days, either by ACH or Wire Transfer.

4.  **NO MODIFICATION UNLESS IN WRITING.** No modification of this Contract shall be valid unless in writing and agreed upon by all named Parties.

5.  **ENTIRE AGREEMENT.** This Contract represents the full understanding of the Parties and shall supersede all previous oral or written agreements regarding the subject matter herein.

6.  **APPLICABLE LAW.** This Contract and the interpretation of its terms shall be governed by and construed in accordance with the laws of the State of Texas and subject to the exclusive jurisdiction of the federal and state courts located in Tarrant County, Texas.

IN WITNESS IN THEREOF, each of the Parties has executed this Livestock Contract as of the 13th day of **July, 2023.**

Signature:_____          Signature:_____
Printed:____**Name**____                          Printed: Josh Link, Co-Owner, Executive Director
                                                 Agridime, LLC

**EXHIBIT**
**C-1**
APP 0443

# EXHIBIT I

APP 0444

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04607

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.   My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.   I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties, I have been trained to preserve various forms of online content.  For investigation # FW-04607. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.   In support of investigation number FW-04607, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

https://agridimestore.com/products/1-live-bred-cow

https://agridimestore.com/

4.   I completed the above mentioned internet preservation on October 27, 2023, using the following tools:

Fireshot Pro

The above listed tools are commonly used to preserve internet content.

5.   I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage.  Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled FW-04607, and saved to the following location:

K:\Other_Projects\Webcaptures\imagefiles

6.   I also saved a copy of the above mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

\\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo*

[Russell Castillo]

Executed on this 27th day of October 2023

# EXHIBIT I-1

APP 0446

Free shipping on orders $175 +
$35 Minimum to Ship

Get 2 New York Strips & 2lbs of Ground Beef with purchase of $250 or more! Use code FREEBEEF at checkout!

 Agridime

Beef v   Chicken   Pork   Meat Boxes   Fall Into Savings Sale!   Heat n' Serve   Spices   Produce & Plants v   Coffee
Merchandise v   For Pets   Feed the Hungry



## 1 LIVE BRED COW

**$4,500.00**

Shipping calculated at checkout.

From **$409.36**/mo with shop [   ] View sample plan

Quantity

1

**ADD TO CART**

SHARE   TWEET   PIN IT

**Description:** We are offering bred cows for sale at $4,500 per cow.

All customers that purchase cattle are issued a contract at the time of purchase certifying and describing payment of cow contract.

You will be emailed a copy of the contract after completion of purchase for this product. Please allow 24-48 hours to receive your contract.

**How It Works:**

1. The customer purchases a Bred Cow from us for $4,500 per head. That $4,500 pays for the purchase of one bred cow in our supply chain and to feed that cow until it gives birth to its calf. This cow will remain on our ranches & will be fed and cared for during this time.

2. After one year and seven days after the initial purchase of the Bred Cow, we will purchase the cow AND calf pair from you (the cow owner) for $5,500. This results in $1,000 per cow in profit (22%+ return) for the customer after one year and seven days.

3. In approximately one year from the date of this purchase, we will contact you (two weeks before payment) and arrange for a wire/ACH transfer to be sent you.

**Frequently Asked Questions:**

Q: What is the point of buying a cow in Agridime's supply chain?
A: Agridime offers their customers the opportunity to become a cow owner, without having a farm! This is a great way for people to earn extra income.

Q. What happens if the cow I purchase dies during the year and seven days?
A. We carry all associated liability insurances throughout our supply chain. If any of the animals die we will replace them at no cost to you.

Q. What forms of payment are accepted?
A. Payment is accepted via wire, ACH, check or credit card online.

Please reach out to info@agridime.com if you have any questions or would like to be sent a contract for review.

*Important: This opportunity will not be available in Arizona & North Dakota.*

**Meet Our Farmers**



**Customer Reviews**

★★★★★ 5.00 out of 5
Based on 23 reviews

| ★★★★★ | | 23 |
| ★★★★☆ | | 0 |
| ★★★☆☆ | | 0 |
| ★★☆☆☆ | | 0 |
| ★☆☆☆☆ | | 0 |

WRITE A REVIEW

ASK A QUESTION

Reviews (23)    Questions (2)

Reviews Filter ⌄

★★★★★                09/24/2023
henry Garcia  Verified

1 Live Bred Cow

★★★★★                08/18/2023
Raymond Snyden  Verified

1 Live Bred Cow

★★★★★                08/04/2023
Robert Putnam  Verified

**So far so good**
Received the contract promptly.

★★★★★                08/02/2023
John Mattiello  Verified

1 Live Bred Cow

LOAD MORE



**YOU MAY ALSO LIKE**

Freedom Since 1776 — Tee
$25.00

Grass-Fed Bistro Filet (Teres
Major) Grass-Finished,
Pasture Raised, No
Hormones, No Antibiotics
★★★★★ 3 reviews
from $7.99

Flatiron House Blend Coffee |
K-Cups
★★★★★ 1 review
$14.00

Hickory Smoked Dog Bone -
Hind Shank Center Cut
$5.99  $7.99
SALE

**Get in Touch**

(888)-584-6621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email address

SUBSCRIBE

© 2023, Agridime

# EXHIBIT J

APP 0449

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04607

## DECLARATION OF LEEVENTED HENLEY

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Leevented Henley I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties, I have been trained to preserve various forms of online content.  For investigation # FW-04607, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number # FW-04607, at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

    1.  Live bred cow: https://agridimestore.com/products/1-live-bred-cow?_pos=8&_sid=ede468e2d&_ss=r

    2.  Land deal: https://agridimestore.com/products/land-purchase-and-lease-back?_pos=1&_sid=405680241&_ss=r

    I completed the above-mentioned internet preservation on November 20, 2023, using the following tools:

    Adobe Acrobat Pro / Google Search Browser / Fire shot Pro /

      The above listed tools are commonly used to preserve internet content.

4.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage.  Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled # FW-04607, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

5.  I also saved a copy of the above-mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

    \\ad\enfdataexchange\HQtoFWRO_dropoff\Webcapture

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

_Leevtd Henley_____ [Analyst Name]          Executed on this Day of November 20, 2023.

APP 0450

# EXHIBIT J-1

APP 0451

Page 1
Land Purchase and Lease Back - Agridime
https://agridimestore.com/products/land-purchase-and-lease-back?_pos=16_sid=4056802638_ss=r







## LAND PURCHASE AND LEASE BACK

**$10,000.00**

Shipping calculated at checkout.

Plot Size

1/10 Acre

Quantity

1

**ADD TO CART**

**Description:** We are offering land for purchase at $100,000 per acre.

Buyers have the option to acquire a minimum of one-tenth of an acre up to a maximum of five acres.

All customers that purchase land are issued a lease contract following purchase, certifying and describing that Agridime will lease back the purchased property at $10,000 per acre, per year for a 15 year lease period.

Additionally, deed of ownership will be transferred to all customers upon purchase.

Yearly average return of 10% per year.

Only a total of 75 acres of land currently available.

### How It Works:

1. The customer purchases one acre from Agridime for $100,000 per acre. That $100,000 pays for the purchase of one acre in our supply chain and the management of that acre.

2. Upon purchase, Agridime will send a lease contract to the customer certifying and describing that Agridime will lease back the purchased property at $10,000 per acre, per year for a 15 year lease period. Additionally, Deed of ownership will be transferred to all customer upon purchase. This results in a yearly average return of 10% per year.

3. In approximately one year from the date of this purchase, we will contact you and arrange for a wire/ACH transfer to be sent to you for your yearly lease payment of $10,000 per acre, and each year thereafter.

**Meet Our Farmers**

## Customer Reviews

☆☆☆☆☆
Be the first to write a review

**WRITE A REVIEW**

**ASK A QUESTION**

Reviews (0)    Questions (0)

## YOU MAY ALSO LIKE



1 Live Bred Cow
★★★★★
$4,500.00



Agridime Farmers Market Booth
★★★★★
from $50.00



Grass-Fed Coulotte (Sirloin Cap) Steak Grass-Finished, Pasture Raised, No Hormones, No Antibiotics
★★★★★
from $6.00



Grass-Fed Beef Kabob 16oz Grass-Finished, Pasture Raised, No Hormones, No Antibiotics
★★★★★
$13.99

**Get in touch**
(888)-464-6627
info@ag4dice.com

**Discover**
Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**
About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

**SUBSCRIBE**



© 2023, Agridime

Page 2
Land Purchase and Lease Back - Agridime
https://agridimestore.com/products/land-purchase-and-lease-back?variant=40733345362956



 Agridime





## LAND PURCHASE AND LEASE BACK

**$10,000.00**

ADD TO CART

**Description:** We are offering land for purchase at $10,000 per acre.

**How It Works:**

### Meet Our Farmers

## Customer Reviews

WRITE A REVIEW

ASK A QUESTION

>> **agridimestore.com** replied:

>> **agridimestore.com** replied:

## YOU MAY ALSO LIKE


**1 Case Beef Care**
$4,500.00


**Agridime Farmers Market Booth**
from $50.00


**Grass-Fed Coulotte (Whole Cap) Steak Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
from $6.00


**Grass-Fed Beef Kabob 10oz Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
$13.99

### Get in Touch

### Discover

### Company

### Join Our Newsletter

SUBSCRIBE




Page 3
Land Purchase and Lease Back – Agridime
https://agridimestore.com/products/land-purchase-and-lease-back?variant=40162802229424



 **Agridime**

Beef ▾   Chicken   Pork   Meat Boxes   Fall Festival Sale   Heat n' Serve   Spices
Produce & Plants ▾   Coffee   Merchandise ▾   For Pets   Feed the Hungry



## LAND PURCHASE AND LEASE BACK

**$500,000.00**

Shipping calculated at checkout

Pay in 4 interest-free installments for orders over $500 with shop. Learn more

Plot Size

| 5 Acres |

Quantity

1

**ADD TO CART**

f SHARE   ▾ TWEET   ℗ PIN IT

**Description:** We are offering land for purchase at $100,000 per acre.

Buyers have the option to acquire a minimum of one-tenth of an acre up to a maximum of five acres.

All customers that purchase land are issued a lease contract following purchase, certifying and describing that Agridime will lease back the purchased property at $10,000 per acre, per year for a 15 year lease period.

Additionally, Deed of Ownership will be transferred to all customers upon purchase.

Yearly average return of 10% per year.

Only a total of 15 acres of land currently available.

**How It Works:**

1. The customer purchases one acre from Agridime for $100,000 per acre. That $100,000 pays for the purchase of one acre in our supply chain and the management of that acre.

2. Upon purchase, Agridime will send a lease contract to the customer certifying and describing that Agridime will lease back the purchased property at $10,000 per acre, per year for a 15 year lease period. Additionally, Deed of Ownership will be transferred to all customers upon purchase. This results in a yearly average return of 10% per year.

3. In approximately one year from the date of the purchase, we will contact you and arrange for a wire/ACH transfer to be sent to you for your yearly lease payment of $10,000 per acre, and each year thereafter.

**Meet Our Farmers**

### Customer Reviews

☆☆☆☆☆
Be the first to write a review

**WRITE A REVIEW**

**ASK A QUESTION**

Reviews (0)   Questions (0)

### YOU MAY ALSO LIKE






**1 Live Bred Cow**
★★★★★ (review)
$4,500.00

**Agridime Farmers Market Booth**
from $50.00

**Grass-Fed Coulotte (Sirloin Cap) Steak Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ (review)
from $6.00

**Grass-Fed Beef Kabob 16oz Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ (review)
$13.59

**Get In Touch**

(888) 444-5631

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Log In

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Email Address

**SUBSCRIBE**





© 2023 Agridime

Page 8
Land Purchase and Lease Back - Agridime
https://agridimestore.com/products/land-purchase-and-lease-back?variant=40147632676920



Free shipping on orders $175+
$25 minimum to ship.

Due to holiday demand, orders placed after 11/13 may not arrive by Thanksgiving Day
for faster service, please email info@agridime.com

Get 3 New York Strips & 2lbs of Ground Beef with purchase of $150 or more! Use code FREEBEEF at checkout!!

**Agridime**

Beef · Chicken · Pork · Meat Boxes · Eat Festival Sale · Heat n' Serve · Spices
Produce & Plants · Coffee · Merchandise · For Pets · Feed the Hungry



## LAND PURCHASE AND LEASE BACK

**$200,000.00**

Shipping calculated at checkout

Plot Size

2 Acres

Quantity

1

**ADD TO CART**

**Description:** We are offering land for purchase at $100,000 per acre.

Buyers have the option to acquire a minimum of one-tenth of an acre up to a maximum of five acres.

All customers that purchase land are issued a lease contract following purchase, certifying and describing that Agridime will lease back the purchased property at $10,000 per acre, per year for a 15 year lease period

Additionally, Deed of Ownership will be transferred to all customers upon purchase.

Yearly average return of 10% per year.

Only a total of 75 acres of land currently available.

## How It Works:

1. The customer purchases one acre from Agridime for $100,000 per acre. That $100,000 pays for the purchase of one acre in our supply chain and the management of that acre.

2. Upon purchase, Agridime will send a lease contract to the customer certifying and describing that Agridime will lease back the purchased property at $10,000 per acre, per year for a 15 year lease policy. Additionally, Deed of Ownership will be transferred to all customers upon purchase. This results in a yearly average return of 10% per year.

3. In approximately one year from the date of this purchase, we will contact you and arrange for a checkACH transfer to be sent to you for your yearly lease payment at $10,000 per acre, and each year thereafter.

**Meet Our Farmers**

### Customer Reviews

☆☆☆☆☆
Be the first to write a review

**WRITE A REVIEW**

**ASK A QUESTION**

Reviews (0)     Questions (0)

### YOU MAY ALSO LIKE









**I the Dred Cow**
★★★★★ (reviews)
$4,500.00

**Agridime Farmers Market Booth**
from $50.00

**Grass-Fed Coulotte (Sirloin Cap) Steak Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ (reviews)
from $6.00

**Grass-Fed Beef Kabob Meat Grass-Finished, Pasture Raised, No Hormones, No Antibiotics**
★★★★★ (reviews)
$13.99

**Get in Touch**

(888)-444-1621

info@agridime.com

**Discover**

Recipes
Gift Cards
Eat Local
Become an Affiliate
Affiliate Login

**Company**

About Us
Our Farmers
FAQs
Issue Policy
Feed the Hungry

**Join Our Newsletter**

Your Email Address

**SUBSCRIBE**





© 2023, Agridime

SEALED

DEC 11 2023 AM 9:08
FILED-USDC-NDTX-FW

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) **4-23CV-1224P** |
| | ) **FILED UNDER SEAL** |
| **AGRIDIME LLC,** | ) JURY TRIAL DEMANDED |
| **JOSHUA LINK, and** | ) |
| **JED WOOD,** | ) |
| | ) |
| Defendants, | ) |

## NOTICE OF MANUAL FILING

The Securities and Exchange Commission ("SEC") provides this Notice of Manual Filing to inform the Court that Exhibit E-8 to the Declaration of Jordan Frieberg, is being filed concurrently with the SEC's *Ex Parte* Motion For Preliminary Injunction, Temporary Restraining Order, Asset Freeze, Appointment of Receiver, and Other Ancillary Emergency Relief, and Brief in Support. Exhibit E-8 is a video that has been uploaded to a thumb drive that is hereby submitted to the Court's clerk.

Dated:   December 11, 2023

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

Matthew J. Gulde
Illinois Bar No. 6272325
Tyson M. Lies
Texas Bar No. 24087927
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18

Fort Worth, TX  76102
Telephone: (817) 978-3821
Facsimile: (817) 978-4927
guldem@sec.gov

*Attorney for Plaintiff*