UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.     No. 4:23-cv-01224-P

**AGRIDIME, LLC, ET AL.,**

   Defendants.

## ORDER

Upon Motion from the SEC and for good cause shown, this Court granted a temporary restraining order enjoining Defendants from certain activities and granting other auxiliary relief requested by the Government. *See* ECF No. 14. By the Order's terms, the temporary restraining order is set to expire at 12:00 a.m. on December 26, 2023. *See id.* at 13. The Order also set a preliminary injunction hearing for 9:00 a.m. on December 20, 2023. *Id.* Rule 65 of the Federal Rules of Civil Procedure notes that "[e]very temporary restraining order issued without notice . . . expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period." FED. R. CIV. P. 65(b)(2). The Court hereby does so.

Cognizant that both parties have an enormous amount of preparatory work to perform in this case's nascency—while also juggling the social demands of the holiday season—the Court finds good cause for an extension of the TRO "for a like period." *See id.* Accordingly, the Court **ORDERS** that the temporary restraining order and all other requirements enumerated therewith (*see* ECF No. 14) are hereby **EXTENDED** until **12:00 a.m.** on **January 9, 2024**. The Court further **ORDERS** that the preliminary injunction hearing for this action is **RESET** for **January 5, 2024, at 10:00 a.m**., on the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse in Fort Worth,

Texas. Nothing herein shall be construed as altering or otherwise amending any requirements set forth in prior Orders of the Court.

**SO ORDERED** on this **14th day** of **December 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE