IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:23-cv-01224-P |
| | ) | |
| v. | ) | |
| | ) | |
| **AGRIDIME LLC,** | ) | JURY TRIAL DEMANDED |
| **JOSHUA LINK, and** | ) | |
| **JED WOOD,** | ) | |
| | ) | |
| Defendants, | ) | |

**PLAINTIFF'S EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING**

| Exhibit No. | Description of Document | App No. / Bates No. |
|---|---|---|
| 1 | Online Solicitations regarding Cattle Contracts | 0391-0402 |
| 2 | Agridime LLC Balance Sheet as of May 4, 2023 | 0416-0418 |
| 3 | Agridime LLC Dealer Account Summary | 0429-430 |
| 4 | Agridime LLC Balance Sheet as of December 13, 2023 | |
| 5 | Web Capture, Agridime "1 Live Bred Cow" (Oct. 27, 2023) | 0446-0448 |
| 6 | Web Capture, Agridime "Land Purchase and Lease Back" (Nov. 20, 2023) | 0451-0455 |
| 7 | Transcript from Deposition of Joshua Link (Non-Appearance) | |
| 8 | Notice of Deposition of Joshua Link (December 15, 2023) | |
| 9 | Notice of Deposition of Joshua Link (January 3, 2024) | |
| 10 | Screenshots of Attempts to Contact Joshua Link | |
| 11 | Updated Dealer Account Summary | |
| 12 | Agridime LLC Bank Accounts Summary | |
| 13 | Linkedin Posts from Jason Link | |

1

Dated: January 4, 2024.	Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

/s/ Tyson M. Lies
Matthew J. Gulde
Illinois Bar No. 6272325
Tyson M. Lies
Texas Bar No. 24087927
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-3821
Facsimile:  (817) 978-4927
guldem@sec.gov

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I electronically filed the foregoing via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that, pursuant to this Court's December 11, 2023 Order permitting expedited discovery and alternative service, I served a true and correct copy of the foregoing document and the notice of electronic filing via text message on all non-CM/ECF parties as detailed below:

Joshua Link
(682) 247-9598

/s/ *Tyson M. Lies*
Tyson M. Lies

2