IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:23-cv-01224-P |
| ) | |
| v. ) | |
| ) | |
| **AGRIDIME LLC,** ) | JURY TRIAL DEMANDED |
| **JOSHUA LINK, and** ) | |
| **JED WOOD,** ) | |
| ) | |
| Defendants, ) | |

**PLAINTIFF'S WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING**

Plaintiff will call:

1. Cody Turley, SEC Staff Accountant
   c/o Tyson M. Lies
   801 Cherry Street, Unit 18
   Fort Worth, TX  76102
   (817) 978-3821

2. Steve Fahey, Receiver
   Kirkland & Ellis LLP
   4550 Travis Street
   Dallas, TX 75205
   (214) 972-1809

Plaintiff may call:

1. Joshua Link

Dated: January 4, 2024.                    Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

1

/s/ Tyson M. Lies  
Matthew J. Gulde  
Illinois Bar No. 6272325  
Tyson M. Lies  
Texas Bar No. 24087927  
United States Securities and Exchange Commission  
Burnett Plaza, Suite 1900  
801 Cherry Street, Unit 18  
Fort Worth, TX  76102  
Telephone:  (817) 978-3821  
Facsimile:  (817) 978-4927  
guldem@sec.gov  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I electronically filed the foregoing via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that, pursuant to this Court's December 11, 2023 Order permitting expedited discovery and alternative service, I served a true and correct copy of the foregoing document and the notice of electronic filing via text message on all non-CM/ECF parties as detailed below:

Joshua Link  
(682) 247-9598

/s/ *Tyson M. Lies*  
Tyson M. Lies