IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff*, | § | |
| v. | § § | Civil Action No. 4:23-cv-1224-P |
| AGRIDIME LLC, JOSHUA LINK, and JED WOOD, | § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING RECEIVER'S
## MOTION FOR COURT APPROVAL TO FORM ENTITY

On this day came to be considered, Steve Fahey, in his capacity as the Court-appointed Receiver's ("Receiver") Motion for Court Approval to Form Entity ("Motion").

Having considered the Motion, the Court concludes that the Motion should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Receiver is **AUTHORIZED** to:

- Take steps necessary to form and establish a Texas limited liability company, American Grazed Beef, LLC, to be controlled by Receiver through Agridime;

- Obtain an EIN on behalf of American Grazed Beef, LLC;

- Execute and enter into agreements on behalf of American Grazed Beef, LLC, necessary to maintain an online retail presence for the purpose of conducting retail sales and collecting retail proceeds on behalf of Agridime;

- Create and maintain bank accounts on behalf of American Grazed Beef, LLC necessary to collect and maintain retail proceeds;

- Execute and enter into agreements by and between Agridime and American Grazed Beef, LLC, as necessary, to effectuate the maintenance and collection of online retail sales on behalf of Agridime; and

- Take any additional action through American Grazed Beef, LLC necessary to effectuate online retail sales of Agridime's meat inventory, and the collection of retail sales proceeds to be remitted to American Grazed Beef, LLC's receivership account for ultimate distribution to Agridime's victims;

**SO ORDERED** on this the 2nd day of February 2024.

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE