UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**

   Plaintiff,

v.                                                          No. 4:23-CV-1224-P

**AGRIDIME LLC, JOSHUA LINK, AND JED
WOOD,**

   Defendants.

## ORDER

Before the Court is Steve Fahey, in his capacity as the Court-appointed Receiver's ("Receiver") Unopposed Motion to Expand the Receivership Estate to Include Agridime Logistics, LLC (ECF No. 80). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

Therefore, it is **ORDERED** that the scope of the Receivership created in this case by the Order Appointing Receiver ("Receivership Order") (ECF No. 15) is **EXPANDED** to include Agridime Logistics, LLC.

It is further **ORDERED** that the Receivership Order shall apply with equal force and effect to Agridime Logistics, LLC as it applies to the other Receivership Defendants and Receivership Assets. The terms and provisions of the operative Receivership Order are incorporated by reference herein.

   **SO ORDERED** on this _____ **day of April 2024.**