| Cattle Contract Investors | Retained Ownership Cattle Owners | Other General Creditors |
|---|---|---|
| AARON BURSTEIN | Todd Bang | Lucky's Roofing & Construction, Manhattan, KS, $52,710 |
| AARON CHRISTENSEN | Drew Gartner | Snell & Wilmer, $50,541.96 |
| AARON GOINS | Lance Lenton | Sendero Resource Group, 3880 Hulen, Ste. 630, Fort Worth, TX 76110, $49,811 |
| AARON HAWKINSON | Chad Lorson | KanEquip, Inc., 408 Lincoln, P.O. Box 310, Wamego, KS 66547, $45,499.64 |
| AARON ISAAK | Pat Morgan | Paul Stackley, $25,500 |
| AARON J CHRISTENSEN | Mario Ost | KGS Electric, 401 S. Western Ave., Abingdon, IL 61410, $21,395.07 |
| AARON JOHANSEN | Larry Sorenson | Kearney McWilliams & Davis, 1235 S. Main #280, Grapevine, TX 76051, $13,940 |
| AARON KITSON | Lonnie Yaeger | Vela Wood, $6,547.50 |
| AARON RICKS | | Wiebe Construction, Inc., 332 350th St Tampa, KS, $3,672.95 |
| AARON WEIFORD | | |
| ABDULMANAN ABDULMUMININ | | |
| ABIGAIL MILLS | | |
| ABRAHAM CORTINA | | |
| ADAM AHLQUIST | | |
| ADAM GRILL | | |
| ADAM KATORA | | |
| ADAM MILBES | | |
| ADAM ROMERO | | |
| ADAM SKAGGS | | |
| ADAM VANDE VAN | | |
| ADAM WALTERS | | |
| ADAN CALDERON | | |
| ADAN GARCIA | | |
| ADEEP MURLEEDHARAN | | |
| ADRIAN AGUAYO | | |
| ADRIAN HERNANDEZ | | |
| ADRIAN OTTO | | |
| ADRIAN SCHIFFER | | |
| ADRIAN WONG | | |
| AGUSTIN REYES | | |
| AHMAD EL MOUSSAWEL | | |
| AHMAD MOUKADDEM | | |
| AHMED ALY | | |
| AHMED ELBIALLY | | |
| AKHILDEEP PUSKOOR | | |
| ALAA RIHAN | | |
| ALAN & VICKI PENNINGTON | | |
| ALAN DOWNEN | | |
| ALAN KEEFER | | |
| ALAN POWELL | | |
| ALANNIS BRATTON | | |
| ALBERTO M QUIRANTES | | |

EXHIBIT B

| |
|---|
| ALECSMITH |
| ALEJANDRO AVALOS |
| ALEX CHENG |
| ALEX DOBRINHEN |
| ALEX DYER |
| ALEX KUANG |
| ALEX STEINBACH |
| ALEX SUTTER |
| ALEXANDER FRANCISCO LOPEZ |
| ALEXANDER NELSON |
| ALEXANDER SETHRE |
| ALEXANDER TORRES |
| ALEXANDER WILLIAM SMITH |
| ALEXIS EMPERADOR |
| ALISA CHEN |
| ALISON FARRIN |
| ALLAN HARRISON |
| ALLEN HUBERS |
| ALLEN MASSEY |
| ALLEN STAGNER |
| ALLISON HUBERT |
| ALLLAN BERGAN |
| ALMA MOYER |
| ALOK SINGH |
| ALON ASEFOVITZ |
| AMADOR FLORES |
| AMANDA BURKA |
| AMANDA HOGAN |
| AMBER WATSON |
| AMIEKUNTZ |
| AMY SEIM |
| ANASTASIJA PLOTKA |
| ANDREA CLARKE |
| ANDREA DYSON |
| ANDREA LICHOCKI |
| ANDREA LORENZO |
| ANDRES BUTTER |
| ANDREW COLLINGS |
| ANDREW DAVIDSON |
| ANDREW DAVIS |
| ANDREW DROZD |
| ANDREW DUKE |
| ANDREW DURGIN |
| ANDREW FAY |
| ANDREW FORBES |
| ANDREW HUANG |
| ANDREW PRICE |
| ANDREW QUINN |
| ANDREW SEIBERT |

EXHIBIT B

| |
|---|
| ANDREW SHAW |
| ANDREW SMITH |
| ANDREW TUCKER |
| ANDREY LITVIN |
| ANDY COLLINS |
| ANITA BALLENTINE |
| ANITA BROOKS |
| ANN MARIE WANNER |
| ANNA DANILEVSKA |
| ANNE GREEN |
| ANNE POULIN |
| ANNE ZEILSTRA |
| ANTHONY BERRY |
| ANTHONY COLLEY |
| ANTHONY DIMPEL |
| ANTHONY GALLO |
| ANTHONY GERALDI |
| ANTHONY JASAITIS |
| ANTHONY KONDISKO |
| ANTHONY LEIS |
| ANTHONY LIDELL |
| ANTHONY MACELLARI |
| ANTHONY TARINELLI |
| ANTHONY TEBALDI |
| ANTHONY THOMAS |
| ANTHONY TURNER |
| ANTOINTETTE GIAMBROCCO |
| ANTON DUBCZUK |
| ANTON HELFRICH |
| ANTONELLA PERRY |
| ANTONIO EBRON |
| ANTONY SACCA |
| APRIL FOSTER |
| APRIL SUWYN |
| ARCHIE ROBINSON |
| ARLISSA VELIZ |
| ARLO BELSHEE |
| ARMANDO MARTIN |
| ARSAL HABIB |
| ARTHUR RAUSCHER |
| ARTHUR/SHARON HOGAN |
| ASHISH PARMAR |
| ASHLEY COOK |
| ASHLEY GRINDOL/ REDSTICK |
| ASHLEY VIDAL |
| ASHTON HOUG |
| ASPEN MANAGEMENT |
| AUGUSTIN AVALOS |
| AUGUSTIN GONZALEZ-VICENTE |

EXHIBIT B

| |
|---|
| AUSTIN CONWELL |
| AUSTIN HYNDS |
| AUSTIN KEATING |
| AUSTIN MCNABB |
| AUSTIN NORTHCUTT |
| BARBRA SWAIM |
| BARON L TAYLOR |
| BARRY ELLIS |
| BARRY TRAMMELL |
| BART HILLER |
| BECERROS |
| BELINDA BAILEY |
| BEN CODIROLI |
| BEN ENDRESS |
| BEN FORNEY |
| BEN MENGES |
| BEN OSTROM |
| BEN PEZOLD |
| BEN STEVENS |
| BENET SNYDER |
| BENJAMIN FORSYTH |
| BENJAMIN GLENN |
| BENJAMIN GOOGE |
| BENJAMIN HAUSE |
| BENJAMIN PAULSON |
| BENJAMIN RAY SAGE |
| BENJAMIN SHOESMITH |
| BENJAMIN SILVERMAN |
| BENNY HIXSON |
| BENZON TAMBOT |
| BERKELEY HOLT |
| BERKELEY KERSHISNIK |
| BERNEL APPLEDORN |
| BETH KITSON |
| BETTINA P SMILO |
| BHARATH MANICKA VASAGAM |
| BILAP PANDA |
| BILL MITCHELL |
| BILLY/ DOUG SALYERS |
| BLAINE MARVIDIKIS |
| BLAINE ROHRER |
| BLAKE PHILLIPS |
| BO VANDENBARK |
| BOB BROWER |
| BOB KEINER |
| BOBBY MILLER |
| BOHMBACH |
| BONIFACIO CARO |
| BRAD BAGGETT |

EXHIBIT B

| |
|---|
| BRAD BIAGI |
| BRAD ERPELDING |
| BRAD LAWTON |
| BRAD STORK |
| BRAD WALLACE |
| BRADELY GEIST |
| BRADELY GRIFFIN |
| BRADEN STAAL |
| BRADFORD HILL |
| BRADLEY SCHAUFENBUEL |
| BRADY MAURER |
| BRADY NIEHAUS |
| BRAIN LEVENDUSKY |
| BRAIN TAO |
| BRANDON & COOPER KEY |
| BRANDON BOLANDER |
| BRANDON ELLIOT |
| BRANDON GAMES |
| BRANDON GILLEN |
| BRANDON HILBERT |
| BRANDON JENSEN |
| BRANDON KORMAN |
| BRANDON LARSEN |
| BRANDON LONDON |
| BRANDON WALTERS |
| BRANDON/HANNAH COX |
| BRENDA KNAUTZ |
| BRENDAN EINHORN |
| BRENDAN KELLY |
| BRENDAN LEMMON |
| BRENDON MCQUIGHAN |
| BRENT EIGSTI |
| BRENT FORSTYHE |
| BRENT MCCOLLOUGH |
| BRENT VAN SICKLE |
| BRENT VILLANUEVA |
| BRETT A STALL |
| BRETT AMUNDSON |
| BRETT BROWN |
| BRETT CHEADLE |
| BRETT DAVIS |
| BRETT GRANUM |
| BRETT WHALEY |
| BRIAN BUNKER |
| BRIAN CAIN |
| BRIAN CHANDLER |
| BRIAN CHAU |
| BRIAN CLARKE |
| BRIAN DEGLER |

EXHIBIT B

| |
|---|
| BRIAN DRESSER |
| BRIAN GILLUND |
| BRIAN HAINES |
| BRIAN JOSHUA |
| BRIAN LOMBARDO |
| BRIAN LOOS |
| BRIAN LORENZO |
| BRIAN MAZZONE |
| BRIAN MCKNIGHT |
| BRIAN ODONNELL |
| BRIAN OLSON |
| BRIAN PRATT |
| BRIAN PURTELL |
| BRIAN RIVERA |
| BRIAN SCHNEIDER |
| BRIAN SHALTAKOFF |
| BRIAN SHIRE |
| BRIAN ZURMOND |
| BRIDGE CLINIC COLORADO |
| BRIGHT VARGHESE |
| BRITTON BARNES |
| BRITTON/ LEE BELL |
| BRUCE FLING |
| BRUCE GLATTHORN |
| BRUCE GORDON |
| BRYAN DURKIN |
| BRYAN HARRIS |
| BRYAN KAPLAN |
| BRYAN MONTEIRO |
| BRYAN MYERS |
| BRYAN NGUYEN |
| BRYAN TAYLOR |
| BRYAN WATERI |
| BRYANT GOTTWEIN |
| BRYANT VU |
| BRYCE POWELL |
| BYRON YENSEN |
| CALE TIMS |
| CALEB WEAVER |
| CALLAHAN MOOTS |
| CAMERON / JAN DODGE |
| CAMERON MORGAN |
| CARA MOULTON |
| CAREY MOOTS |
| CARL MCQUEARY |
| CARLTON GIBSON |
| CARMEN ALEXANDER |
| CAROL BANKSON |
| CAROL MCCOY |

EXHIBIT B

| |
|---|
| CAROLYN STRICKLAND |
| CARRIE BODEN |
| CARRIE CARSON |
| CARRIE GILBRETH |
| CARSON KRAFT / JOSH HANSON |
| CASHEL MOOTS |
| CATHERINE BAKER |
| CATHERINE FUSS |
| CATHIE GALBRAITH |
| CATHY BUCKLEY |
| CATHY SACCA |
| CECILIA CARULLO |
| CESAR CHAKER |
| CHAD BROUDY |
| CHAD HUACK |
| CHAD JOHNSON |
| CHAD KANNE |
| CHAD OGLE |
| CHAD ROTT |
| CHAD YSTAAS |
| CHANCE HOCK |
| CHANDLER WEBB |
| CHARLES BUTTS |
| CHARLES CARRELL |
| CHARLES HOPPE |
| CHARLES HOTTLE |
| CHARLES JOHNSON |
| CHARLES MACCONNACH |
| CHARLES MCCLURE |
| CHARLES ROSS |
| CHARLES STIERS |
| CHASE BROOKS |
| CHASE FUNKHOUSER |
| CHASE TYSON |
| CHAUNCEY/ LARRY PHILLIPS |
| CHENG LU |
| CHENGSI FU |
| CHERYL SCHULTZ |
| CHET GRAY |
| CHIAO AN CHANG |
| CHRIS ANDERSON |
| CHRIS BANNERMAN |
| CHRIS BANNERMAN |
| CHRIS BEADLES |
| CHRIS BRAGG |
| CHRIS BREVER |
| CHRIS BROLICK |
| CHRIS CHARTON |
| CHRIS COOK |

EXHIBIT B

| |
|---|
| CHRIS DEMUTH |
| CHRIS DUBY |
| CHRIS KOBIN |
| CHRIS KUNTZ |
| CHRIS LARSEN |
| CHRIS LEWIS |
| CHRIS MATTIELLO |
| CHRIS MCDONELL |
| CHRIS MCKNIGHT |
| CHRIS MILLHOUSE |
| CHRIS MOLESKIE |
| CHRIS ROBERTS |
| CHRIS ROBINSON |
| CHRISOPHER CONWAY |
| CHRISTIAN DAUQIRDAS |
| CHRISTIAN SOBCZAK |
| CHRISTINA HUDSON |
| CHRISTOPHER CARDAZZI |
| CHRISTOPHER HARDULAK |
| CHRISTOPHER HYNAK |
| CHRISTOPHER KING |
| CHRISTOPHER LEVAR |
| CHRISTOPHER LUO |
| CHRISTOPHER MANN |
| CHRISTOPHER MEYER |
| CHRISTOPHER MILLIORN |
| CHRISTOPHER NUETZEL |
| CHRISTOPHER RAU |
| CHRISTOPHER STAUDINGER |
| CHRISTOPHER VANGUNDY |
| CHRISTY ALBIN |
| CINDY TYSON |
| CITALLI AQUINO |
| CKYLER FLOYD |
| CLARK MADSEN |
| CLARK REICH |
| CLAUDE GOODNIGHT |
| CLAUDE ROLLEFSON |
| CLAY ATKINS |
| CLAY BOHMBACH |
| CLAY KENNEDY |
| CLAYTON / EMILY ARLITT |
| CLIFF BEFF |
| CLIFF BELL |
| CLIFTON SMITH |
| CODY FEIST |
| CODY FORDE |
| CODY VINCITORE |
| COLBY MARTIN |

EXHIBIT B

| |
|---|
| COLE DAVIS |
| COLIN LEWIS |
| COLLIN SCHRIVER |
| COLLIN VAUGHN |
| COLLINS OKARU |
| COLT FLOYD |
| COLTON RICHARDSON |
| CONNER  OHEA |
| CONNER CHALFANT |
| CONNER OBRIEN |
| CONNIE DEIM |
| CONNIE SHIM |
| CONNOR BROOKS |
| CONRAD ZADLO |
| COREY JOSEPH R |
| COREY KEITH |
| CORY HOLDEN HUNT |
| CORY SHEA |
| COTEY HANSON |
| COURTNEY BELL |
| COURTNEY MCREE |
| CRAIG / LESLIE DRIVER |
| CRAIG E POPE |
| CRAIG LILL |
| CRAIG PRICHARD |
| CRAIG SCHWEITER |
| CRESTON CROWDIS |
| CRISTIAN NAP |
| CURT STAAB |
| CURTIS COLEMAN |
| DAHLIA FRYDMAN |
| DALE CONLEY |
| DALE MCQUEARY |
| DALE SAMPLES |
| DALE SAMSEL |
| DALE SORGE |
| DALE STEINBACH |
| DALLAS LE |
| DALVIN PARKER |
| DAMON BEDELL |
| DAN AUSTIN |
| DAN DIXON |
| DAN LAMONT |
| DAN OCONNELL |
| DANESSE JESSOP |
| DANI SCHENK |
| DANIE MICKENS |
| DANIEL & SAVANNAH WILSON |
| DANIEL BESHARA |

EXHIBIT B

| |
|---|
| DANIEL BOATRIGHT |
| DANIEL CHURCO |
| DANIEL FELDE |
| DANIEL GONZALEZ |
| DANIEL HAUSAUER |
| DANIEL LEWIS |
| DANIEL LI |
| DANIEL R MALOY |
| DANIEL REYNOLDS |
| DANIEL SIDDIQUI |
| DANIEL STOCKDREHER |
| DANIEL WERNER |
| DANLEY FAMILY |
| DANTE DOMINGO |
| DARREL ELLIS |
| DARREN BLUE |
| DARRIN E COE |
| DARRIN QUILES |
| DARRON KITTERMON |
| DARRYL PONO |
| DARVY KLATT |
| DARYL HOLLE |
| DARYL WOODWARD |
| DAVE GOLONSKI |
| DAVE KNOTHE |
| DAVE MACPHERSON |
| DAVID ALWARD |
| DAVID BARRICK |
| DAVID BOSKA |
| DAVID BYLER |
| DAVID COCHRAN |
| DAVID COULBY |
| DAVID DURKIN |
| DAVID DYAS |
| DAVID GALLATIN |
| DAVID GAY |
| DAVID GURR |
| DAVID HAMBLIN |
| DAVID HOFFMAN |
| DAVID HUGUET |
| DAVID JUHASZ |
| DAVID KUNTZ |
| DAVID LARSEN |
| DAVID LAWS |
| DAVID LOVE |
| DAVID MARCANTEL |
| DAVID MARTY |
| DAVID MCGOVERN |
| DAVID MORRISON |

EXHIBIT B

| |
|---|
| DAVID NATAN |
| DAVID NEWMAN |
| DAVID NOPPER |
| DAVID PALANDRANI |
| DAVID PARK |
| DAVID PLOTKIN |
| DAVID PRESLAN |
| DAVID QUAN |
| DAVID ROSADO |
| DAVID SANFORD |
| DAVID SCHNEIDER |
| DAVID SLICK |
| DAVID SMITH |
| DAVID SOYSTER |
| DAVID STANTON |
| DAVID SZYMCZAK |
| DAVID TEBBEN |
| DAVID TOMPKINS |
| DAVID VILLAR |
| DAVID WANNER |
| DAVID/GINA GARCIA |
| DAYNA M FRANK |
| DEAN & DONNA KNUTSON |
| DEAN DEPINTO |
| DEAN DVORAK |
| DEANN J HOOPES |
| DEBBI/ ROD HEID |
| DEBBIE BAINES |
| DEBORAH LANG |
| DEBORAH SMITH |
| DEBRA CANOVA |
| DEBRA DOLCE |
| DEBRA EDMONDSON |
| DELL JACKSON |
| DELVIN FISHER |
| DENNIIS HODGES |
| DENNIS ENGELMANN |
| DENNIS PACIA |
| DENNIS PURVES |
| DENNIS VENABLE |
| DENYSE HILSBY |
| DEREK HOFFMAN |
| DEREK HOUCK |
| DEREK SANDOVAL |
| DERRICK HAMPTON |
| DERRICK HENDERSON |
| DEVAN MUIR |
| DEVIN WAGGONER |
| DEWAYNE SWINFORD |

EXHIBIT B

| |
|---|
| DIANA BARTON |
| DIANA JONES |
| DIANE SMITH |
| DIAVIS KEMPF |
| DIEN NGUYEN |
| DIJANA MACKEY |
| DILAN SWIFT |
| DLE MANAGEMENT |
| DOMINICK CASCIOTTA |
| DON ECKHOFF |
| DON HOLLOWAY |
| DON LUGINBILL |
| DON PURSWELL |
| DON WANNER |
| DON WEHLANDER |
| DONALD BRASSINGTON |
| DONALD CHIDESTER |
| DONALD HOUSER |
| DONALD NEDERMAN |
| DONNA LONG |
| DONNA MORSE |
| DONNA ROTHENBAUM |
| DONNY NELSON |
| DONNY WALD |
| DONYA QUMAD |
| DOUG WILKS |
| DOUGLAS & BELINDA NACHTSHEIM |
| DOUGLAS ASHLEY |
| DOUGLAS DEE ELLIS |
| DOUGLAS LEVINE |
| DOUGLAS MAGNER |
| DOUGLAS SMEBAKKEN |
| DRAKE DURDEN |
| DREW DURDEN |
| DREW GARTNER |
| DREW IRWIN |
| DREW MAY |
| DUANE DUNN |
| DUANE KUNTZ |
| DUANE MILLER |
| DUANE REIMER |
| DUANE WILSON |
| DUONG MINH |
| DUSTIN BARROWS |
| DUSTIN FRONTIN |
| DUSTIN REMY |
| DUSTIN TROMBLEY |
| DUY TRINH |
| DWAYNE ROBINSON |

EXHIBIT B

| |
|---|
| DWIGHT KROENKE |
| DWIGHT SATTERFIELD |
| EARLENE KIRSCHENHEITER |
| EARNST AMSLER JR. |
| EDDIE KIRKPATRICK |
| EDGAR PRETI |
| EDGAR SANTANA |
| EDUARDO GUINARD |
| EDWARD DANKS Jr. |
| EDWARD DE VAUCORBEIL/CAROLE BERTHELOT |
| EDWARD LANDA |
| EDWARD MILLER |
| EDWARD SPENCE |
| EDWARD VENTERS |
| EFRAIN RIOS |
| EHREN MEIJER |
| ELAN RUGGILL |
| ELIAS LORENZO |
| ELISABETH RUWAARD |
| ELIZABETH PROPST |
| ELMER GILBERTSON |
| ELROY MARCUSEN |
| EMAD ELMAOUED |
| EMIL RECHESTER |
| EMILIO GONZALEZ |
| EMILY ARLITT |
| EMILY WILCOX |
| ENOCH CHAN |
| ERAN SHINA |
| ERIC & YAMI PATE |
| ERIC BRANDWEIN |
| ERIC BRUCE |
| ERIC BURNS |
| ERIC CHAN |
| ERIC HILLER |
| ERIC HOLCOMB |
| ERIC PERRY |
| ERIC REID |
| ERIC ROBBINS |
| ERIC ROSS |
| ERIC SO |
| ERIC STOVER |
| ERIC WACASTER |
| ERIC WESOLOWSKI |
| ERIC WILSON |
| ERIK DWYER |
| ERIK JOHNSON |
| ERIK PETERSON |
| ERNEST HINOJOSA |

EXHIBIT B

| |
|---|
| ERNESTO & DELORES MON |
| ERNIE VETTLE |
| ESSENTIAL INVESTMENTS LLC |
| ETHAN MCCONNELL |
| ETHAN PFEIFFER |
| ETHAN STOCKTON |
| EUNICE CHRISTOPHERSON |
| EVAN CUCUK |
| EVAN HAGGETT |
| EVAN PENCE |
| EVELYN CORONEL |
| EVERETT SMALL |
| EZEKIEL E THURSTON |
| EZRA ERNEST |
| F. JACOB MILLER |
| FABIAN RAMIREZ |
| FARM A FIELD / NEIL HINES |
| FIRAS FARRA |
| FLORIAN FIEGE |
| FONDA HART |
| FORREST OWENS |
| FRAN D'GATA |
| FRANC BROSSART |
| FRANCIS SMYTH |
| FRANCISCO PULGAR-VIDAL |
| FRANCISO PENAGARICANO |
| FRANK EAGER |
| FRANK EICHAN |
| FRANK FICHERA |
| FRED LAX |
| FRED WILLIAMS |
| FREDERICK VOLLINGER |
| GABRIEL CORRALES |
| GABRIEL EIFLER |
| GABRIELA MORRISON |
| GAIL MANN |
| GALLUS WEALTH LLC |
| GARRET NAEGLE |
| GARRETT EVANS |
| GARRETT HALLETT |
| GARRETT MCGUCKIN |
| GARRETT NODLAND |
| GARRETT ROBICHAUX |
| GARRETT STINE |
| GARY BLIED |
| GARY BUNKER |
| GARY CLIFTON |
| GARY DEVRIES |
| GARY GO |

EXHIBIT B

| |
|---|
| GARY GOSS |
| GARY JONES |
| GARY MARTIN |
| GARY MERKEL |
| GARY MILLER |
| GARY NORTH |
| GARY SIMON |
| GARY THRASH |
| GARY TUEY |
| GARY YEN |
| GENA FITZGERALD |
| GENE MCDONALD |
| GEORGE ARVANTIS |
| GEORGE DEBAY |
| GEORGE FENWICK |
| GEORGE MISHERFI |
| GEORGE SUCIU |
| GERALD VANROOYEN |
| GERARDO RUIZ-MERCADO |
| GERARDSMITH |
| GEROGE KALPOS |
| GEROGE MARSHALL |
| GERRY BURDE |
| GINA KINDSCHER |
| GINEEN ORTEGA |
| GLASS GATE CONSULTING |
| GLENDA HARLAN |
| GLENN DAVIS |
| GLENN KENDALL |
| GNM FARMS LLC |
| GONZALO DRINOT |
| GOOD HOLDINGS |
| GOVIND RATHI |
| GRACE SOMERS |
| GRADY PEELER |
| GRAGORY HOBBS |
| GRANT CAULEY |
| GRANT WELLS |
| GREG HURLEY |
| GREG KOMMEL |
| GREG TANGHE |
| GREG WANNER |
| GREG/JASON KENT FAMILY TRUST |
| GREGORY DAL PIAZ |
| GREGORY HEDGES |
| GREGORY RICKS |
| GREGORY SCHOPPE |
| GREY SAMPLE |
| GRIGORE HRENIUC |

EXHIBIT B

| |
|---|
| GUANG LI |
| GUATAM ACHARYA |
| GUO LIN |
| GUY GAULT |
| GWEN K RIVINIUS |
| HAKAN LINDESTAF |
| HANDAJA HARIJANTO |
| HANNAH ALBRIGHT |
| HANNHAH BALDWIN |
| HAROLD BISHOP |
| HAROLD REIGHN |
| HAROLD ROBINSON |
| HAROLD SAFFORD |
| HARVIN E. GONZALEZ LOPEZ |
| HASAN KHAN |
| HEATH RUSSERT |
| HEATH THEIN |
| HEATHER BARTHAUER |
| HEATHER JANTZ |
| HEATHER VAN WHYE |
| HEATWOOD CAPITAL |
| HECTOR HIDALGO |
| HECTOR ZARATE |
| HEINZ HORN |
| HELAH GREGORY |
| HENRY EVANS |
| HENRY GARCIA |
| HENRY GARCIA CARDONIA |
| HENRY LIGHTFOOT |
| HENRY LUI |
| HERBERT LEWIS |
| HETAHER GREENFIELD |
| HON KEUNG CHUM |
| HOUSTON HERNANDEZ |
| HOWARD FENTER |
| HOWARD FOLMER |
| HOWARD HONG |
| HOWARD W KOEHN |
| HOYT DIEHL |
| HUA-SHENG CHIU |
| HUBERT FLORES |
| HUMBERTO PANIAGUA ARZOLA |
| HUNG CHI LIN |
| HUNG NGUYEN |
| HUNTER BULTEMA |
| HUNTER RICHTER |
| HUNTER WALL |
| HUNTER WILLIAMS |
| HUSSAIN AL-YOUSUF |

EXHIBIT B

| |
|---|
| IAN MCDONALD |
| IAN SETTLEMIRE |
| IGNATIUS JANATRA |
| ILYA ROZENKRANTS |
| IN CH DOWLER |
| IRENE SANCHEZ |
| IRIS OLIVAS |
| IRWIN JIANG |
| ISRAEL ROSEBLOOM |
| IVAN YI |
| JACK BARONTINI |
| JACK COTTINGHAM |
| JACK DOWNIE |
| JACK HENRY |
| JACK JENKINS |
| JACK ROMANSIC |
| JACK SCHABEL |
| JACKIE ENTZEL |
| JACKSON TISDALE |
| JACOB BAUER |
| JACOB LACOUR |
| JACOB RAMSEY |
| JACOB WANNER |
| JACOB WARD |
| JACQUES ABOAF |
| JADEN LINK |
| JAIME MORALES |
| JAKE MCGHEE |
| JAKE WIETHOLDER |
| JAMES BEGLEY |
| JAMES CHOU |
| JAMES COLIE |
| JAMES DONAHUE |
| JAMES FARONE |
| JAMES FLANNERY |
| JAMES FULMER |
| JAMES GENTRY |
| JAMES HADLEY |
| JAMES HENSEL |
| JAMES HESSE |
| JAMES HUCK |
| JAMES JOHNSTON |
| JAMES KNOBLOCH |
| JAMES KOTOLUP |
| JAMES KRUSE |
| JAMES LEE |
| JAMES LONG |
| JAMES MOEN |
| JAMES MORETZ |

EXHIBIT B

| |
|---|
| JAMES MORRIS |
| JAMES MURRAY |
| JAMES OMEDO |
| JAMES POJORLIE |
| JAMES REKER |
| JAMES RHODE |
| JAMES RIVARD |
| JAMES ROCHA |
| JAMES SANDERSON |
| JAMES SIMPSON |
| JAMES SMITHERS |
| JAMES SMYTH |
| JAMES WEIER |
| JAMES WOZNIAK |
| JAMEY BEALL |
| JAMIE HENNEMAN |
| JAMIE SCHULZ |
| JANALEE BERENTSON |
| JANELL DUVALL |
| JANETTE MYETTE |
| JANICE OLCH |
| JANIE THOMAS |
| JANINE DO |
| JANNETTE CORDERO |
| JARED CLARK |
| JARED FARRELL |
| JARED FRANK |
| JARED LANGKLIDE |
| JARED LARSEN |
| JARED LEON |
| JARED TEMPLE |
| JARED ZIMMERMAN |
| JARL/ ANNA ABRAHAMS |
| JAROD RICHARDSON |
| JARRAD HALL |
| JARRED DAWSEY |
| JARRED FENLASON |
| JARRELL HAN |
| JARRETT RICHTER |
| JASON & THOMAS SMITH |
| JASON BRADE |
| JASON BRANTLEY |
| JASON CRAUN |
| JASON DOW |
| JASON HESTER |
| JASON HOUGHTALING |
| JASON HUTCHESON |
| JASON LAMBERT |
| JASON SMITH |

EXHIBIT B

| |
|---|
| JASON TILLEY |
| JASON VILLEGAS |
| JASON VOHS |
| JASON WURTZ |
| JASSEM ABDAL |
| JAY CHAD DAVIS |
| JAY SERIGHT |
| JAYDEN SCHUTT |
| JAYSON MARTINDALE |
| JEAN MARTY |
| JEANINE LYTTON |
| JED BOHMBACH |
| JEET SHANGARI |
| JEFF ANDERSON |
| JEFF BOOTHMAN |
| JEFF BRAMMER |
| JEFF COOK |
| JEFF LU |
| JEFF MARQUES |
| JEFF MATTHEWS |
| JEFF MCCRACKEN |
| JEFF MENGES |
| JEFF MINTON |
| JEFF MORGAN |
| JEFF MURRAY |
| JEFF OPHEIM |
| JEFF ORWIN |
| JEFF PETERSON |
| JEFF PICK |
| JEFF ROTTINGHAUS |
| JEFF VICKERS |
| JEFF WATSON |
| JEFFERY EVANS |
| JEFFREY DUPLACY |
| JEFFREY LEONATTI |
| JEFFREY MAKEEF |
| JEFFREY MARCZAK |
| JEFFREY MARINO |
| JEFFREY NOAH |
| JEFFREY REYNOLDS |
| JEFFREY SCALIA |
| JEFFREY/ TERISIA COL |
| JEN HARIN |
| JENNIFER DONIAS |
| JENNIFER PARKERSON |
| JENNIFER SORENSON |
| JENSEN MANUEL |
| JEREMIAH GRIMWOOD |
| JEREMY BURAS |

EXHIBIT B

| |
|---|
| JEREMY CAMPBELL |
| JEREMY CLARK |
| JEREMY COST |
| JEREMY JANTZ |
| JEREMY LANGLITZ |
| JEREMY VERCAUTEEN |
| JEREMY WHIPPLE |
| JEROME JANKOWSKI |
| JEROMY JOHNSON |
| JERRY BREARTON |
| JERRY COST |
| JERRY DIXON |
| JERRY FEIST |
| JERRY RACA |
| JERRY RAMM |
| JERRY WEBER |
| JESSE THUE |
| JESSE WHITMORE |
| JESSICA DAVIS |
| JESSICA ENSZ |
| JESSICA GRAY |
| JESSICA NICKLA |
| JESSIE F WATSON |
| JESUS NIETO |
| JETT THORNTON |
| JHON ROCHA |
| JILL COX |
| JIM BOUCHER |
| JIM JAMES |
| JIM PETERSON |
| JIM RAND |
| JIM WALSH |
| JIMMY COOK |
| JIMMY SMITH |
| JIN WOO YOU |
| JINGWAN WANG |
| JINSEOK HONG |
| JO ANNE ROTH/ GREGORY BERNARD |
| JODY SOMMER |
| JOE GONZALEZ |
| JOE LARA |
| JOE PATZOLDT |
| JOE PEISHER |
| JOE SCIPIONE |
| JOEL ANDERSON |
| JOEL HARTMAN |
| JOEL SAMPSON |
| JOEL SCHWARZ |
| JOERGAN NOEVIK |

EXHIBIT B

| |
|---|
| JOEY SALES |
| JOHANN GIRON |
| JOHN A MCKINNEY |
| JOHN AHLENIUS |
| JOHN BRADLEY GREENE |
| JOHN BRADY |
| JOHN CAVALIERE |
| JOHN CHIU |
| JOHN CHOI |
| JOHN COLLIN |
| JOHN CREEKMUR |
| JOHN CUENCA |
| JOHN CURRIER |
| JOHN D BORZILLO |
| JOHN D HUFF |
| JOHN DEARY |
| JOHN DUNLAP |
| JOHN DURAN |
| JOHN EDWARDS |
| JOHN GREMLING |
| JOHN HOLTAN |
| JOHN HOWELL |
| JOHN HUANG |
| JOHN HUCK JR |
| JOHN JACOB |
| JOHN JAMIE REESE |
| JOHN KAISER |
| JOHN KNAB |
| JOHN KOYSTO |
| JOHN KRAFT |
| JOHN LAWRENCE |
| JOHN LEEN |
| JOHN LEONARDSON |
| JOHN LINSKEY |
| JOHN MATTIELLO |
| JOHN MECKEL |
| JOHN MOCCIO |
| JOHN MOONEY |
| JOHN MOORE |
| JOHN MOREY |
| JOHN MORGAN |
| JOHN ROZEBOOM |
| JOHN RUSSELL |
| JOHN SKOUSON |
| JOHN STOVER |
| JOHN STOVER/ ATHUR AND VERONICA BROWN |
| JOHN SULLIVAN |
| JOHN VESCO |
| JOHN WENG |

EXHIBIT B

| |
|---|
| JOHN WILTON |
| JOHNNY ROBINSON |
| JOHNNY VINES |
| JON ARMSTRONG |
| JON FULTZ |
| JON HUFFORD |
| JON KRAFT |
| JON MARKLE |
| JON PETERSON |
| JON POTTER |
| JONAS/ KENNETH YODER |
| JONATHAN ALFORD |
| JONATHAN ALLEY |
| JONATHAN BOKELMAN |
| JONATHAN BRONER |
| JONATHAN BRUDOWSKY |
| JONATHAN CIERVO |
| JONATHAN HOPKINS |
| JONATHAN JENKINS |
| JONATHAN KING |
| JONATHAN LEVIN |
| JONATHAN LYMAN |
| JONATHAN MIYASTO |
| JONATHAN PLAYER |
| JONATHAN RISH |
| JONATHAN WARNKE |
| JONATHAN ZAIEK |
| JONATHON SHAPIRO |
| JOOYOUNG KIM |
| JORDAN ABBOTT |
| JORDAN NUETZEL |
| JORDAN WIENS |
| JORGE SALAZAR |
| JORGENSON |
| JOSE A GONZALEZ ISASI |
| JOSE AVALOS |
| JOSE CORDERO |
| JOSE LASANTA |
| JOSE RUBEN CARRANZA |
| JOSE RUIZ |
| JOSE VELEZ |
| JOSEF CHRISTMAN |
| JOSEPH ADKINS |
| JOSEPH BEALS |
| JOSEPH BEMIS |
| JOSEPH CARULLO |
| JOSEPH CUTRUFELLI |
| JOSEPH DOLCE |
| JOSEPH FARRELL |

EXHIBIT B

| |
|---|
| JOSEPH FISHER |
| JOSEPH FLEISCHMANN |
| JOSEPH JOHNSON |
| JOSEPH KRAFT |
| JOSEPH PRESTON |
| JOSEPH REBRAND |
| JOSEPH RONAN |
| JOSEPH VIDE |
| JOSEPH WANNER |
| JOSEPH WILSON |
| JOSEY KEY |
| JOSH BOONE |
| JOSH BRAUN |
| JOSH CLINE |
| JOSH GOOGE |
| JOSH HAZELTON |
| JOSH LEMAY |
| JOSH PERRY |
| JOSHUA BROADBENT |
| JOSHUA CAMERON |
| JOSHUA CARPENTER |
| JOSHUA CASH |
| JOSHUA CLAYTON |
| JOSHUA DANSBY |
| JOSHUA KAMEEL ISHMAEL |
| JOSHUA MORANDO |
| JOSHUA PELOQUIN |
| JOSHUA PERRY |
| JOSHUA RANCOURT |
| JOSHUA SHIPP |
| JOSHUA UHORCHUCK |
| JOSHUA WHEELER |
| JOSHUASHROPA |
| JOY DICKINSON |
| JOY XU |
| JOZSEF SZAMOSFALVI |
| JR VEZAIN |
| JUAN ALVAREZ |
| JUAN GARCIA |
| JUAN HENRY |
| JUDITH HERNANDEZ |
| JUDY HAMILTON |
| JUDY STEVENS |
| JULEE & DUANE GARTNER |
| JULIA PAN |
| JULIANNE BURNS |
| JULIE PIPER |
| JULIE YU |
| JUSTIN BENNETT |

EXHIBIT B

| |
|---|
| JUSTIN BETTLES |
| JUSTIN BROWN |
| JUSTIN DOLEZAL |
| JUSTIN JENNER |
| JUSTIN NGUYEN |
| JUSTIN NGYEN |
| JUSTIN PLUCKETT |
| JUSTIN REYNOLDS |
| JUSTIN RONNING |
| JUSTIN SCHAGETER |
| JUSTIN SOBASKI |
| JUSTIN THORNLEY |
| JUSTIN WATSON |
| JUSTIN WILLIAMS |
| KADE HAWKINS |
| KALEY HANSEN |
| KAMLAM AUYEUNG |
| KAMRAN BAMASOOD |
| KARAL KOEHLER |
| KAREN HAGEMEYER |
| KAREN KUEVER |
| KAREN SZOL |
| KARI RANDSDELL |
| KARI WHITT |
| KARIM ZAHED |
| KARISSA TURTLE |
| KARL MERRITT |
| KARL REED |
| KAROL WRONSKI |
| KASAUNDRA OLSTAD |
| KATE GONICK-HALLOWS |
| KATELYN HANSEN |
| KATHERINE DOLSON |
| KATHLEEN FRANKLIN |
| KATHLEEN SPRINGER |
| KATI DE ALBA |
| KATI LABAYOG |
| KATIE MALONEY |
| KAUSHIK BASKAR/ KEERTHANA SRIKANTHAN |
| KAYLYN LEUNG |
| KEI TAWARA |
| KEITH BIEBER |
| KEITH HOLT |
| KEITH RYCHNER |
| KEITH SCALZO |
| KEITH TEEPLE |
| KEITH WEEKS |
| KEITH WELLS |
| KELLEY  DASPIT |

EXHIBIT B

| |
|---|
| KELLEY SLAUGHTER |
| KELLY BROCK |
| KELLY DIXON |
| KELLY MCFALL |
| KELLY MOSELER |
| KELSEY KAHT |
| KELSI CAHOON |
| KELSIE HUTCHINSON |
| KENDALL KING |
| KENDALL VETTER |
| KENNETH BLEVINS |
| KENNETH BOBBS |
| KENNETH BRAGG |
| KENNETH CONOVER |
| KENNETH GARGALA |
| KENNETH KAI ZENG |
| KENNETH YANG |
| KENT HARRIS |
| KENTON NOFFKE |
| KENYA COLLINGHAM |
| KERRY FENDER |
| KERRY FERNHOLZ |
| KEVIN CASTREJON |
| KEVIN DAILY |
| KEVIN DONOVAN |
| KEVIN DUECK |
| KEVIN EMILIO REYES JIMENE |
| KEVIN FORKE |
| KEVIN HUGHES |
| KEVIN JACOBSMA |
| KEVIN KELL |
| KEVIN MATTHEWS |
| KEVIN MILAZZO |
| KEVIN MOKOS |
| KEVIN OWENS |
| KEVIN RAMATOUR |
| KEVIN SININGER |
| KEVIN SMITH |
| KEVIN STAIGER |
| KEVIN WILLIAMS |
| KHANDAKAR SHAFI |
| KHANH HUNG NGUYEN |
| KIET TRUONG |
| KIM KALMAN |
| KIM WILLIAMSON |
| KIMBERLI AVERLI |
| KIMBERLY FJELL |
| KIMBERLY PALMGREN |
| KING HEI FUNG |

EXHIBIT B

| |
|---|
| KINSON AU |
| KIP WORDEN |
| KIRA RICHARDS |
| KIRBY JONES |
| KIRK ATAMIAN |
| KIRK HINSON |
| KIRSTEN CLANCY |
| KLAUS POHLMANN |
| KLEINE DE MORIAS DUTRA |
| KODEE FURST |
| KODY RICHARDSON |
| KOLBY WANCHUCK |
| KORY KLEIN |
| KOTARO KAWAMATA |
| KREHBIELS MEATS |
| KRIS FARRIN |
| KRIST WONG |
| KRISTA LAMBETH |
| KRISTI MALTBY |
| KRISTINA BRUKSTUS |
| KRISTINA ZANOTTI |
| KRISTINE WATANABE |
| KRISTOPHER EISNER |
| KRISTOPHER STAIGER |
| KRISTY SCHULZ |
| KURT JOHNSON |
| KURT KNAUTZ |
| KURT KRAFT |
| KURT RADTKE |
| KYLE CAREY |
| KYLE CARSON |
| KYLE FRIDRICH |
| KYLE GARRITY |
| KYLE GRIMMONPRE |
| KYLE LILLEHOF |
| KYLE RENBARGER |
| KYLE WHEELAN |
| KYRA WAYTOW |
| LACEY MOLLHAGEN |
| LAEL HEPWORTH |
| LANCE ANTILLA |
| LANCE KLASSEN |
| LANCE SCHULZ |
| LANDON FERGUSON |
| LANDON NAGATA |
| LANDON SMITH |
| LANE CHILDS |
| LANE SANDERS |
| LARISA BAVARO |

EXHIBIT B

| |
|---|
| LARRY & TANA STAAL |
| LARRY DOCKALL |
| LARRY TENNANT |
| LATANA BARNES |
| LATNE MATHERLY |
| LAURA MOHLER |
| LAURA NEVALA |
| LAURA ROCK |
| LAUREN GOUDY |
| LAUREN RIDER |
| LAUREN SCHAIBLY |
| LAURENT RANCOURT |
| LAURIE BUCKLEY |
| LAURIE KRANTZ |
| LAURIE RIQUELMY |
| LAYNE CARSON |
| LEANDRO ESTRADA |
| LEE & TAMI PHILLIPS |
| LEE ANN SAMSEL |
| LELA SMITH |
| LENNON PIERRE |
| LEON A EYDELMAN |
| LEVI & LINDSEY OKEEFE |
| LEVI BANG |
| LEWIS OWENS |
| LI YAN GAO |
| LIAM EGAN |
| LIANA YEE |
| LILIAN/ LAY HONG MA |
| LINCOLN GARDNER |
| LINDA & MANLEY TRUCHAN |
| LINDSEY BAUMAN |
| LINDSEY RYCZAK |
| LINJU SU |
| LISA OTTO |
| LISA PETROCELLI |
| LISA SMEBAKKEN |
| LIZA AELION |
| LJ KANGAS |
| LLOYD RAVEY |
| LOGAN NIELSEN |
| LOIS RIVERA |
| LONG HUYNH |
| LONNY MERTZ |
| LONNY SCHNEIDER |
| LOWELL NESTER |
| LOYAL ADAMS |
| LUCAS YOO |
| LUIS GUTIERREZ |

EXHIBIT B

| |
|---|
| LUIS RODRIGUEZ |
| LUKE BOGARD |
| LUKE PREAUS |
| LUKE STURN |
| LUKE WESTBURG |
| LUNG HSIN HUNG |
| LYLE ZINKE |
| LYNN STEVENS |
| MADISON IRLBECK WENDL |
| AHENDRAN MARIAPPAN/ RAMALAKSHMI SHANMUGAM |
| MAITHILEE MOTLAG |
| MALCOME DRAUGHN |
| MANUEL DIAZ ALFARO |
| MANUKUMAR NAIR |
| MARC LUO |
| MARC MIZUTA |
| MARC SCHWARTZ |
| MARCELLIN NSHIMIYIMANA |
| MARCELO OGNIAN |
| MARCO REYES |
| MARCUS SHLYK |
| MARCUS WAGONER |
| MARGIE HANDE |
| MARIA GERENE ERIKA GARCIA |
| MARIAM HANNA |
| MARILYN DALENBERG |
| MARINA KOSTANDY |
| MARIO BOEMIO |
| MARION FIELDS |
| MARK / MEREDITH BROWN |
| MARK & NANCY MORELLI |
| MARK & SARAH UHLER |
| MARK BESEMBER |
| MARK BOWYER |
| MARK BRADSHAW |
| MARK BURSTEIN |
| MARK CALLION |
| MARK CHASE |
| MARK CLEMENTS |
| MARK CONOVER |
| MARK DRAVITZ |
| MARK DULMES |
| MARK HAMBLIN |
| MARK JOLLY |
| MARK KADZIELAWSKI |
| MARK LICHOKI |
| MARK MAGNA |
| MARK MASSAD |
| MARK MILLER |

EXHIBIT B

| |
|---|
| MARK PUCKETT |
| MARK REICH |
| MARK SCHATZMAN |
| MARK SCHUCH |
| MARK SEWELL |
| MARK SHAFER |
| MARK SIKORSKI |
| MARK STILWELL |
| MARK SWEESO |
| MARK TOWNSEND |
| MARK WARREN |
| MARK YAP |
| MARK YOUWANES |
| MARLO STROMBERG |
| MARSHALL ROYCE |
| MARTHA MENG |
| MARTIN SHERIDAN |
| MARUFUR RAHMAN |
| MARVIN LAI |
| MARVIN MAST |
| MARVIN MORSE |
| MARY ANN EE |
| MARY LEMIEUX |
| MATHEW BUNTON |
| MATT ALBRIZIO |
| MATT BURKHEAD |
| MATT HANRAHAN |
| MATT HILL |
| MATT JACOBY |
| MATT PARKER |
| MATT QUINN |
| MATT SKATZ |
| MATT TENNIE |
| MATTHEW BAILEY |
| MATTHEW BOYD |
| MATTHEW CANNON |
| MATTHEW CUSTER |
| MATTHEW DEBIAK |
| MATTHEW GARCIA |
| MATTHEW GIRTZ |
| MATTHEW HILLERUD |
| MATTHEW JONES |
| MATTHEW LEON |
| MATTHEW MCDONALD |
| MATTHEW MILLS |
| MATTHEW S EINSOHN |
| MATTHEW SCRANTON |
| MATTHEW SKINNER |
| MATTHEW SMITH |

EXHIBIT B

| |
|---|
| MATTHEW STOFKO |
| MATTHEW STOUT |
| MATTHEW VIDE |
| MATTHEW VIRDEN |
| MATTHEW WEINSTOCK |
| MATTHEW WILCZYNSKI |
| MATTHEW WILLER |
| MATTHEW ZYSTRA |
| MAUREEN MORSE |
| MAURICE BOZEL |
| MAVERICK CAPITAL |
| MAXIM CREMER |
| MAYA MILLS |
| MEGAN LESTER |
| MEI SUN |
| MEIR TEICHMAN |
| MELISSA SCALZO |
| MELISSA SCOTT |
| MELISSA SPERRY |
| MERVIN G PACKINEAU |
| MERYL SCHNEIDER |
| MICAH & JESSICA HOOPES |
| MICHAEL ACCARDO |
| MICHAEL AFRICA |
| MICHAEL ANDERSON |
| MICHAEL BAAS |
| MICHAEL BERRY |
| MICHAEL BRYAN JAMES |
| MICHAEL COOKE |
| MICHAEL DANIES |
| MICHAEL DELONG |
| MICHAEL DISANTO |
| MICHAEL DOORNINK |
| MICHAEL DORIUS |
| MICHAEL ENNIS |
| MICHAEL FILKINS |
| MICHAEL FLECK |
| MICHAEL GAO |
| MICHAEL GRAYCAR |
| MICHAEL GUSTAFSON |
| MICHAEL JAMES |
| MICHAEL JOHNSTONE |
| MICHAEL JOYCE |
| MICHAEL KLOPFENSTEIN |
| MICHAEL LINDEN |
| MICHAEL LOHMAN |
| MICHAEL MACLUSO |
| MICHAEL MADIGAN |
| MICHAEL MANROSE |

EXHIBIT B

| |
|---|
| MICHAEL MARTIN |
| MICHAEL MARTINEZ |
| MICHAEL MASON |
| MICHAEL MATOUSEK |
| MICHAEL MAURER |
| MICHAEL MCCARTER |
| MICHAEL MELSON |
| MICHAEL MILLER |
| MICHAEL MITCHELL |
| MICHAEL MURPHY |
| MICHAEL ODONNELL |
| MICHAEL ORTMANN |
| MICHAEL PAGE |
| MICHAEL PASCUZZI |
| MICHAEL PATTERSON |
| MICHAEL PHEMISTER |
| MICHAEL QUINN |
| MICHAEL REZNICK |
| MICHAEL ROBINSON |
| MICHAEL ROWAND |
| MICHAEL SANDWISCH |
| MICHAEL SHENHOUSE |
| MICHAEL SLOCKERS |
| MICHAEL SMYTH |
| MICHAEL SOBELMAN |
| MICHAEL SOILEAU |
| MICHAEL TAMUL |
| MICHAEL TAWNEY |
| MICHAEL VENDETTI |
| MICHAEL VO |
| MICHAEL VODA |
| MICHAEL YEAGER |
| MICHAEL YOUNG |
| MICHELE COOK |
| MICHELLE DARBRO |
| MICHELLE GENTRY |
| MICHELLE OWENS |
| MICHELLE TAYLOR |
| MICHELLE WILSON |
| MIGUEL RODRIGUEZ |
| MIKE & LISA RISTER (& WILL HANSON) |
| MIKE BEVINS |
| MIKE LEE |
| MIKE LIN |
| MIKE REDDRICK |
| MIKE RUFO |
| MIKE/ KARIN JAROSZKO |
| MIN LI |
| MING CHEN |

EXHIBIT B

| |
|---|
| MING-HONG LIU |
| MISHA GORDON |
| MISUN CHANG |
| MITCH DOWLER |
| MITCHELL BLISS |
| MITCHELL DAVIS |
| MITCHELL FOSTER |
| MOBAD PROPERTIES / SKACHENKO |
| MOHAMED SHAMIYA |
| MOHAMMAD BADREDDINE |
| MOHAMMED ERAN |
| MOHAMMED HASSAN |
| MONICA SHARMA |
| MORGAN VOSS |
| MORREY BANG |
| MUHAMMAD KARIM |
| MUHAMMAD KHAN |
| MUHAMMAD MASUD |
| MURRAY MCKERLIE |
| N2 DEMESNE LLC |
| NABEEL KIRMANI |
| NABIL LADEB |
| NAGIB HERMES |
| NANCY HEGGEN |
| NAT HOLDINGS |
| NATANEL MIZRACHI |
| NATE ALTMAN |
| NATHAN & ASHLEY DE |
| NATHAN BRENNAN |
| NATHAN DENLINGER |
| NATHAN DUNN |
| NATHAN FILMORE |
| NATHAN HOLDRIDGE |
| NATHAN HOVDE |
| NATHAN INSEL |
| NATHAN JONES |
| NATHAN JUSWANTO |
| NATHAN PAUGH |
| NATHAN REHLINGER |
| NATHAN SCHWARTZ |
| NATHAN SMITH |
| NEIL BARTELSON |
| NEIL BRANDWEIN |
| NEIL GOLLI |
| NEIL ROTTA |
| NEIL WOOD |
| NESTOR NUNEZ |
| NEVETS HOFF |
| NEVIN MILLER |

EXHIBIT B

| |
|---|
| NGHIA MANNING |
| NICHOLAS AH KUN |
| NICHOLAS BUCAR |
| NICHOLAS DORSCH |
| NICHOLAS DORSH |
| NICHOLAS FREEMAN |
| NICHOLAS LANG |
| NICHOLAS MALTBY |
| NICHOLAS NOEL |
| NICHOLAS ONYSZCZAK |
| NICHOLAS RODRIGUEZ |
| NICHOLAS TENG |
| NICK EULL |
| NICK MOTT |
| NICK PRINCIOTTA |
| NICKOLAS BRAVES |
| NICOLAS MATOS |
| NICOLE AND SHANE ROBINSON |
| NICOLE DAMICO |
| NICOLE FRUTIGER |
| NICOLIS TODD |
| NIJANAND MARTHUR |
| NINO GONZALEZ |
| NIRAV VYAS |
| NOAH RUBY |
| NOAH TAYLOR |
| NOLAN  SAMPSON |
| NORMAN LEACH |
| NOUR EDDINE EL HAMLY |
| NSAM REAL ESTATE |
| OCHUKO OGHOR |
| OLEG KLEMPNER |
| ONA JENKINS |
| ORIN KURTZ |
| OWEN DRAUGHN |
| OWEN MAAT |
| PAIGE MORRIS |
| PALMER SUDECK |
| PAMELA RASKA |
| PARKER BORELLI |
| PARKER CHILDS |
| PARKER MOTLEY |
| PATRICIA DAVIS |
| PATRICIA LAMBERT |
| PATRICK CARR GLICKSBERG |
| PATRICK D MORGAN |
| PATRICK DARBY |
| PATRICK GROHL |
| PATRICK JABBOUR |

EXHIBIT B

| |
|---|
| PATRICK JOHNSON |
| PATRICK KELLEY |
| PATRICK MORGAN |
| PATRICK MULLALLY |
| PATRICK NEILL |
| PATRICK SCHULTE |
| PATTI SCHANER |
| PAUL & LAURIE HANSON |
| PAUL ANDAHL |
| PAUL ASBURY |
| PAUL BARNES |
| PAUL BARON |
| PAUL COMER |
| PAUL CONRAD |
| PAUL GOLAN |
| PAUL HUNSANDER |
| PAUL JARDINE |
| PAUL PEREIRA |
| PAUL PINGLE |
| PAUL RICHARDS |
| PAUL SIEVER |
| PAUL SYKES |
| PAUL TOZOUR |
| PAUL ZENS |
| PAULA PRINZI |
| PAWEL PAKULA |
| PEI JIIN CHEN |
| PENGHAN WANG |
| PERLA BARRAZA |
| PETE POTTER |
| PETER CRABTREE |
| PETER MUNOA |
| PETER REICH |
| PETER SICKINGER |
| PETER STORY |
| PETER ZAPPULLA |
| PHIL VALLONE |
| PHILIP BONGIORNO |
| PHILIP FLESCH |
| PHILIP PARKER |
| PHILIP WOYNER |
| PHILIP YOUNG |
| PHILLIP JONES |
| PHILLIP SIRRINE |
| PHILLIP STUART |
| PHILLIP WHEELER |
| PHILLIP WHITTINGTON |
| PIERRE DENIS |
| PIERRE SARNOW |

EXHIBIT B

| |
|---|
| PLINY ARENAS |
| PORFIRIO MEDINA ROSAS |
| PRANAV CHROPRA |
| PRAVEEN KANNAPPAN |
| PRESTON RAINEY |
| QAMAR IDREES |
| QUADE MCQUEARY |
| QUANSULO ELLIS |
| QUINN MCQUEARY |
| R SCOTT HALL |
| R.W. ROBBINS |
| RACHEL DUCK |
| RACHEL REICHARDT |
| RADOSLAV POPOV |
| RAEANN BREWER |
| RAFAEL SEQURA HERRARA |
| RAJ K TUBATI |
| RAJENDRA BASNET |
| RALPH DEGROOT |
| RAMON VARGAS |
| RANDAL FREISE |
| RANDAL MARTIN |
| RANDALL FLACH |
| RANDALL HORST |
| RANDEE DAVIDSON |
| RANDY FREEMAN |
| RANDY HILZENDEGER |
| RANDY PRICE |
| RANDY RAUX |
| RANDY SCHAFER |
| RAY PECQUET |
| RAY PODOBA |
| RAYMOND HEWITT |
| RAYMOND SCHWARTZ |
| RAYMOND SORDEN |
| RC LANDINGHAM |
| REBECCA BEHR |
| REBECCA COOPER |
| REGINA ZAFONTE |
| REID BORGMAN |
| REID SCHATZMAN |
| REJU KUMAR |
| RENAE BISHOP |
| RENATO DE LUCA |
| RENE KOEHLER |
| REX KIGUCHI |
| RICAHRD HURST |
| RICH OLSON |
| RICHARARD DONOVAN |

EXHIBIT B

| |
|---|
| RICHARD GOETZ |
| RICHARD GOLDSTEIN |
| RICHARD HEFFLEY |
| RICHARD KRAFCIK |
| RICHARD KREINES |
| RICHARD MILDENHALL |
| RICHARD RAK |
| RICHARD ROCHAMBEAU |
| RICHARD ROEPKE |
| RICHARD SILL |
| RICHARD SUPKO |
| RICHARD TUBB |
| RICHARD WINDSOR |
| RICK BROOKS |
| RICK LAWSON |
| RICK ROBINSON |
| RICKEY JACKSON |
| RITWIK CHATTERJEE |
| RIVER VOIGHT |
| RIVKA EPSTEIN |
| RO RICHARD |
| ROB JOHNSON |
| ROB NESS |
| ROB RINK |
| ROB ROBINSON IV |
| ROBB KUNZ |
| ROBB SPEARMAN |
| ROBERT ARMSTRONG |
| ROBERT BELL |
| ROBERT BENTON |
| ROBERT BISHOP |
| ROBERT BOTTOMS |
| ROBERT BURKE |
| ROBERT CARRAWAY |
| ROBERT CIRCLE |
| ROBERT COHEN |
| ROBERT DOLEZAL |
| ROBERT HARRISON |
| ROBERT HARTMAN |
| ROBERT JACKSON |
| ROBERT LAFONTAINE |
| ROBERT LEACH |
| ROBERT MADSON |
| ROBERT MARRA |
| ROBERT MELTON |
| ROBERT NALLEY |
| ROBERT NELSON |
| ROBERT NEWMAN |
| ROBERT NIELSON |

EXHIBIT B

| |
|---|
| ROBERT PEARCE |
| ROBERT PUTNAM |
| ROBERT ROBINSON |
| ROBERT ROOF |
| ROBERT SANDERS |
| ROBERT SCHLOSSBERG |
| ROBERT SCHOW |
| ROBERT SHANE |
| ROBERT STEINHARTZ |
| ROBERT TEES |
| ROBERT WARNER |
| ROBERT WOLFF/ LUPOS HOLDINGS |
| ROBERTA GUERRA |
| ROBERTA RICHEY |
| ROBERTO HERNANDEZ |
| ROBERTO REYES |
| ROBIN BASSANT |
| ROBIN DEGROOT |
| ROBIN NEWCOMER |
| ROBYN LYNNETTE FLOYD |
| ROCKFORD D LANCE |
| RODERICK GOMEZ |
| RODNEY GOSLINE |
| ROGAN LUO |
| ROGER ALVARADO |
| ROGER GARTNER |
| ROGER HAUF |
| ROGER JAVIER |
| ROMAIN POIROT |
| RON ALFORD |
| RON KELSEY |
| RONALD ESTACION |
| RONALD LEWIS |
| RONALD NEWBERRY |
| RONALD RE |
| RONALD WILBOURN |
| ROQUE KADRMAS |
| ROSE MIZER |
| ROSS AMICO |
| ROSS WIERSMA |
| ROSS/ BRYAN CHUMBLEY |
| ROVERT LUCCIOTI |
| ROY KURAAOKA |
| ROYANA J THOMAS |
| RUDY GOFF |
| RUSS D SKOUSON |
| RUSS SCHINZING |
| RUSSELL BROADBENT III |
| RUSSELL FRAZIER |

EXHIBIT B

| |
|---|
| RUSSELL MIZER |
| RUSSELL SNIDER |
| RUSSYL ROYER |
| RUSTIN GLENN METZGER |
| RYAN ALLDRITT |
| RYAN CHADEK |
| RYAN CLARK |
| RYAN CLARKE |
| RYAN CONKLIN |
| RYAN DOLAN |
| RYAN DOWLER |
| RYAN ELLIS |
| RYAN GILLES |
| RYAN GRONLIE |
| RYAN HALKO |
| RYAN HARRINGTON |
| RYAN HEACOX |
| RYAN HORAN |
| RYAN JACKSON |
| RYAN JUSTMANN |
| RYAN LATHAM |
| RYAN LOEGERING |
| RYAN MAGRATH |
| RYAN MORSE |
| RYAN OLNESS |
| RYAN PEARCE |
| RYAN PFEIFER |
| RYAN SCHELLHOUS |
| RYAN SKALNIK |
| RYAN WATTERSON |
| RYAN WILSON |
| RYAN WOOD |
| RYAN/ MELANEY DEWEY |
| SABRINA SIMPSON |
| SAGE NEWMAN |
| SAJIT KAPURVALAPILL |
| SALT RIVER CAPITAL |
| SALVADOR LEO CEVALLOS |
| SAM BROOKS |
| SAM MIKHAIL |
| SAM OLINGER |
| SAM TILLERY JR. |
| SAMEERA PELISSER |
| SAMI MALEK |
| SAMSON CHAIN |
| SAMUEL CASTANEDA |
| SAMUEL SANCHEZ |
| SAMUEL WARD |
| SAMUEL YOO |

EXHIBIT B

| |
|---|
| SAMUEL/JEREMY/ALISA BOROFF |
| SANDON VARTY |
| SANDRA STIERMAN |
| SANDY HILLS LAND |
| SANFORD COHEN |
| SAQIB QURESHI |
| SARA ANN OWEN |
| SARA CHEN |
| SARA ELLIS |
| SARA POPEJOY |
| SARAH THOMPSON |
| SAUL FLORES |
| SAURABH GADKARI |
| SAURIN SHAH |
| SAY LIM |
| SCHMIDT INVESTMENTS LLLP |
| SCHMIDT LINCOLN |
| SCOTT BEARD |
| SCOTT BURBANK |
| SCOTT DAVENPORT |
| SCOTT DAVIES |
| SCOTT HARRISON |
| SCOTT HENNEKE |
| SCOTT JANKO |
| SCOTT KINGHORN |
| SCOTT KLEEMANN |
| SCOTT MACARTHUR |
| SCOTT MARSH |
| SCOTT MATHIOWETZ |
| SCOTT MCPHERSON |
| SCOTT NELSON |
| SCOTT ROHRER |
| SCOTT SJOL |
| SCOTT STEWART |
| SCOTT STIRLING |
| SCOTT WILSON |
| SCOTT WINSLOW |
| SEAN COOKE |
| SEAN DICK |
| SEAN FULLER |
| SEAN HIGUCHI |
| SEAN HOLLIS |
| SEAN KEATING |
| SEAN KERNS |
| SEAN LATHAM |
| SEAN MCMURTY |
| SEAN WHITE |
| SEONGSU JANG |
| SERENA BYRNE |

EXHIBIT B

| |
|---|
| SERGEI OSETROV |
| SERGI PEREZ |
| SERGIO JIMENEZ |
| SETH ANDORFER |
| SETH BRUCCOLERI |
| SETH COVALT |
| SETH MURPHY |
| SETH REAGAN |
| SHANE BLOEDORN |
| SHANE KATZ |
| SHANE ONEILL |
| SHANE STRONG |
| SHANE THORNLEY |
| SHANE WELKER |
| SHANE WOLFF |
| SHANKEA HARRIS |
| SHANNON & JENNIFER GOETZ |
| SHANNON LEIGH TANGHE |
| SHANNON SCHIRMER |
| SHARALYNN BLAKEMORE GOINS |
| SHARON / MARK ESTER |
| SHARRON CHAMPAGNE |
| SHAUN OBERLIN |
| SHAWN ALLEN |
| SHAWN HAGENE |
| SHAWN LEWIS |
| SHAWN MARLEY |
| SHAWN SLOCKERS |
| SHAWN SMITH |
| SHAWN STAAL |
| SHEILA DENNIS |
| SHEILA THORNBURG |
| SHENGDUO OUYANG |
| SHERMAN BIFFERT |
| SHERMAN RUNYON |
| SHERRY CANTRELLE |
| SHERRY/ TOM RITTENBERRY |
| SHI CHEN |
| SHIRLEY MCCALL |
| SID NEWMAN |
| SIERRA GRAY |
| SIMCHA DEWICK |
| SNL CAPITAL |
| SOHEIL SAZESH |
| ONS (TEL, STRAN, KALLY, SARI, JARVIS, PAUL, CORBAN, CORA) |
| SOZEIN BUSTAMNATE |
| SPENCER ELLIS |
| SPENCER RICHARDSON |
| STACEY JAEGER |

EXHIBIT B

| |
|---|
| STACY ROOP |
| STAG ENTERPRISES/ TYLER SOLVIE |
| STAN & DIANE HAUSAUER |
| STAN NICOLAYSEN |
| STANIMER PETROV |
| STANLEY PFEIFROTH |
| STEPHANIE MERTZ |
| STEPHEN / KAREN FRANK |
| STEPHEN ANAGNOSTOS |
| STEPHEN BRIGAITIS |
| STEPHEN DISNEY |
| STEPHEN DRAUGHN |
| STEPHEN EVANS |
| STEPHEN HNATEK |
| STEPHEN HOUSE |
| STEPHEN JARRETT |
| STEPHEN KICHAK |
| STEPHEN KUCH |
| STEPHEN LAGANA |
| STEPHEN LEBOURNE |
| STEPHEN LIONG |
| STEPHEN MAGNUSON |
| STEPHEN NORMAN |
| STEPHEN POWER |
| STEPHEN SCHAUB |
| STEPHEN STIRM |
| STEPHEN STRICKLAND |
| STEPHEN TROWBRIDGE |
| STEPHEN WEBER |
| STERLING TAYLOR |
| STETSON HOGUE |
| STEVE BUCKNER |
| STEVE BURLISON |
| STEVE CUTTER |
| STEVE FINBERG |
| STEVE HARRY |
| STEVE KNORR - K&T Farms IV LLP |
| STEVE MURRAY |
| STEVE SCHATZMAN |
| STEVE TARRELL |
| STEVEN ALBA |
| STEVEN CHEUNG |
| STEVEN DOBESH |
| STEVEN GUINAND |
| STEVEN HALL |
| STEVEN JOKERST |
| STEVEN PEACOCK |
| STEVEN SOLINKO |
| STEVEN SONGSTAD |

EXHIBIT B

| |
|---|
| STUART SILVERMAN |
| SULEYMAN TURANLI |
| SUMMER GUERNSEY |
| SUNBEAM INVESTMENTS |
| SUNIL KUMAR GILLA |
| SUNIL TANUKU |
| SUNSET INVESTMENT CAPITAL |
| SURESH SURAM |
| SUSAN GRAFF |
| SUSAN KARP |
| SUSAN MAUTER |
| SUZANNE BLAIR |
| SUZANNE GREEN/ MASSIMO COLELLA |
| SUZANNE MENGES |
| SYED HUSSAIN |
| TADGH MACAULAV |
| TAMARA TEBBEN |
| TAMARA WILLIAMS |
| TAMMYHIGUCHI |
| TANNER BANG |
| TANNER LEE HUNT |
| TAO LIN |
| TAPP HEREFORDS |
| TARA DOLL |
| TASNEEM KHAMBATI |
| TAYLOR BANG |
| TAYLOR COLE |
| TAYLOR FOX |
| TED KAUTZMAN |
| TED KEEFER |
| TERA BARNHARDT |
| TERENCE GOSHA |
| TERESA WYRCIK |
| TERI LYNN |
| TERRANCE W MAIER |
| TERRY ARNDT |
| TERRY KILE |
| TERRY RUCH |
| THADDEUS RUND |
| THI KIUE TRAN |
| THI NGOC THUAN PHAM |
| THIEL FAMILY |
| THOMAS ADAMS |
| THOMAS BEUTLER |
| THOMAS BOGGS BROOKS |
| THOMAS BOOTHE |
| THOMAS CHMURA |
| THOMAS HANFT |

EXHIBIT B

| |
|---|
| THOMAS HETHERINGTON |
| THOMAS HIXSON |
| THOMAS KLABUNDE |
| THOMAS MACAK |
| THOMAS PATZNER |
| THOMAS POLCARI |
| THOMAS REIFSCHNEIDER |
| THOMAS RICE TRUST |
| THOMAS SICCARDI |
| THOMAS TEMPLE |
| THOMAS VINCENT |
| THOMAS WOLFORD |
| THOMAS YOUNG |
| THOMAS/MEGAN STURAT |
| THOMNAS SULLIVAN |
| THU LE |
| THUAN TRINH |
| TIM GIBSON |
| TIM HOLST |
| TIM VEENENDALL |
| TIM WHISLER |
| TIM WILLIAMS |
| TIMOTHY ALLEN GOSS |
| TIMOTHY CURTIS |
| TIMOTHY DEWITT |
| TIMOTHY DURDEN |
| TIMOTHY GADDIS |
| TIMOTHY GREEN |
| TIMOTHY HALL |
| TIMOTHY KIRKHAM |
| TIMOTHY LARSON |
| TIMOTHY MCCOOBERY/ SAMANTHA ROOS |
| TIMOTY PECK |
| TINA TERRY |
| TINGHSUAN WU |
| TISHA GREENIDGE |
| TOBIAS BANKSON |
| TODD & NANETTE EDMONSON |
| TODD BARHOSRT |
| TODD BENWARE |
| TODD BERG |
| TODD BROWN |
| TODD CANNON |
| TODD CHRISTIANSON |
| TODD COLUCY |
| TODD GEHRING |
| TODD KIELER |
| TODD ROTH |
| TODD STEVIE |

EXHIBIT B

| |
|---|
| TODD THOMAS |
| TOM & AMY MURPHY |
| TOM DEVASH |
| TOM HORAN |
| TOM HUFFMAN |
| TOM JENKINS |
| TOM LENZ |
| TOM POWELL |
| TOMMY NGUYEN |
| TOMMY SALMANI |
| TONI ICHIKAWA |
| TONY BROCK |
| TONY LAU |
| TONY RAMONO |
| TOOD & TALIA BANG |
| TRACY GIBBS |
| TRAVIS BEAULIEU |
| TRAVIS CARTNEY |
| TRAVIS MUELLER |
| TRAVIS STEWART |
| TRENT CUNNINGHAM |
| TRENT TODD |
| TREVIN QUANDT |
| TREVOR AND HALEY STRAWHECKER |
| TREVOR HORNE |
| TRINITY MORSE |
| TROY GUDGEL |
| TROY MILLER |
| TROY WEBER |
| TRUNG VE |
| TRUNG VU |
| TY SEAGER |
| TYLER ABRUZZO |
| TYLER CHACO |
| TYLER CONWAY |
| TYLER DOUTHITT |
| TYLER JARBOE |
| TYLER KEOUGH |
| TYLER KLEINLE |
| TYLER LYNCH |
| TYLER NEETHLING |
| TYLER WILSON |
| TZU-PU |
| UWE BOBROW |
| UWE GOBELI |
| VAIDYANATHAN GANESAN |
| VALERIE FISHBOURNE |
| VALERIE STARR |
| VETTELS |

EXHIBIT B

| |
|---|
| VICKI KEENAN |
| VICKIE DRENDEL |
| VICTOR DELLA VOLPE |
| VICTOR LUU |
| VIJAY VEMURI |
| VINCE NGUYEN |
| VINCENT CHU |
| VINCENT MAGRINI |
| VINCENT PRUNIER |
| VINCENT TUMMARELLO |
| VINCENT VITALIE |
| VINCENZO MICELI JR. |
| VINESSA NEVALA |
| VIRGINIA BROWN |
| VITAL AELION |
| VLADIMIR VLADIMIROV |
| WADE D. SCHANER |
| WAI YIP LUI |
| WALTER KINZIE |
| WARD PRICKETT |
| WARDELL HOLT |
| WARREN DAVIS |
| WARREN HOEKSTRA |
| WARREN J T WHEELER |
| WAYNE & DEANNE VIGEN |
| WAYNE MIZER |
| WAYNE MONTEFOUR |
| WAYNE REDDING |
| WAYNE RUTLEDGE |
| WAYNE SMITH |
| WENDALL MILAM |
| WENDALL VIGEN |
| WENDL'S (MATTHEW, RYAN, NATHAN) |
| WENDY SMITH |
| WESTLEY KIRKHAM |
| WHISPER KELLY |
| WHIT LANN |
| WILIAM STAVA |
| WILLIAM & SHARON KEAT |
| WILLIAM ALLMENDINGER |
| WILLIAM BEINLICH |
| WILLIAM BENSBERG |
| WILLIAM CONN |
| WILLIAM DAI |
| WILLIAM DAVIS |
| WILLIAM DRAUGHN |
| WILLIAM EDWARDS |
| WILLIAM GOMEZ MARTINEZ |
| WILLIAM HARRIS |

EXHIBIT B

| |
|---|
| WILLIAM HEFFERNAN |
| WILLIAM HEFFLEY |
| WILLIAM HERDRICH |
| WILLIAM HOEFLE |
| WILLIAM HOSS |
| WILLIAM LANGENBRUNNER |
| WILLIAM M COGGIN |
| WILLIAM MADDEN |
| WILLIAM MOYER |
| WILLIAM PREAUS |
| WILLIAM ROCK |
| WILLIAM WELSTEAD |
| WILLIAM WILEY |
| WILSON REAKES |
| WINSTON COCKBURN |
| WOJCIECH CZOCH |
| WTB ENTERPRISES |
| WYATT STAAL |
| WYLIE BICE |
| XIAOYING WU |
| XIN LU |
| XIN WANG |
| YANG DU |
| YARA LASANTA |
| YONGHOO JO |
| YOUSIF YOUSIF |
| YU-CHIH CHENG |
| YUMING LI |
| YURLY DUVIDZON |
| YVONNE A ZELLE |
| YVONNE KOONTZ |
| ZACH BUCKLER |
| ZACH HOLDERNESS |
| ZACH JONES |
| ZACHARY BLUMENFELD |
| ZACHARY GILBERT |
| ZACHARY LEVINE |
| ZACHARY MMOSER |
| ZACHARY SPOTTS |
| ZAYAN KATERGI |
| ZIAD FEGHALI |

EXHIBIT B