UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                              **No. 4:23-cv-01224-P**

**AGRIDIME, LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is Cattle Empire, LLC and Brookover Feed Yards, Inc.'s Motion to Clarify Orders Requiring Payment of Cattle Proceeds (ECF No. 97). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

Therefore, it is **ORDERED** that:

- the feed to finish and sales of the Feed Lot Cattle and Disputed Feed Lot Cattle continue to occur in accordance with ordinary industry standards;
- all sales proceeds from the sale of Feed Lot Cattle that are not Disputed Feed Lot Cattle shall be turned over and dispersed to the Receiver within two (2) business days of the selling party's receipt of such proceeds ("Feed Lot Cattle Proceeds"); provided the selling party may retain from the Feed Lot Cattle Proceeds the cost of feed and care and associated feed and care financing for such cattle, and may also retain the outstanding amounts owed on any financing for the particular lot of cattle sold (the "Feed Lot Cattle Financing Amount"); provided further, if any third party asserts a claim against particular Feed Lot Cattle or the Feed Lot Cattle Proceeds, then, within two (2) business days of receipt of such claim, the selling party shall turnover and

- disperse to the Receiver the associated Feed Lot Cattle Financing Amount; and
- Cattle Empire, Brookover Feed Yards, Beef City, or any similarly situated feed lot is **PREVENTED** from asserting a default or exercising any remedies, including any form of self-help in violation of the Court's Order Appointing Receiver (ECF No. 15), based on competing claims.
- **IT IS FURTHER ORDERED** that this Order does not modify or change the rights of any affected parties, including rights concerning liens, claims, or encumbrances that parties may assert concerning live cattle or proceeds of cattle, and the affected parties reserve all rights regarding the same.
- **IT IS FURTHER ORDERED** that this Order shall apply retroactively as of the date of the Order of March 27, 2024 (ECF No. 71).

**SO ORDERED** on this **15th day of May 2024.**

_____

Mark T. Pittman
UNITED STATED DISTRICT JUDGE