# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 4:23-cv-1224 |
| | ) |
| v. | ) |
| | ) |
| **AGRIDIME LLC,** | ) |
| **JOSHUA LINK, and** | ) |
| **JED WOOD,** | ) |
| | ) |
| Defendants, | ) |
| | ) |

## APPENDIX IN SUPPORT OF THE COMMISSION'S
## OBJECTION TO THE RECEIVER'S FIRST QUARTERY FEE APPLICATION

The U.S. Securities and Exchange Commission submits the attached appendix in support

of its Objection to the Receiver's First Quarterly Fee Application.  The appendix contains:

| EXHIBIT | DESCRIPTION | APPENDIX CITATION |
|---|---|---|
| A-1 | *SEC v. Christopher A. Faulkner, et al.*, Motion for Order Approving Final Payment of Fees and Expenses to Professionals [Doc. 712], Case No. 3:16-cv-01735-D (N.D. Tex.) (filed June 30, 2023) | APP. 0002 - 0096 |
| A-2 | *SEC v. Christopher A. Faulkner, et al.*, Order Granting Motion for Order Approving Final Payment of Fees and Expenses Case No. 3:16-cv-01735-D [Doc. 714] (N.D. Tex.) (filed July 24, 2023) | APP. 0097 - 0100 |
| B-1 | *SEC v. William Neil "Doc" Gallagher, et al.*, Receiver's Unopposed Fourteenth Quarterly Fee Application [Doc. 306], Case No. 3:19-cv-575-C (N.D. Tex.) (filed Aug. 14, 2022) | APP. 0102 - 0137 |
| B-2 | *SEC v. William Neil "Doc" Gallagher, et al.*, Order Granting Receiver's Unopposed Fourteenth Quarterly Fee Application [Doc. 307], Case No. 3:19-cv-575-C (N.D. Tex.) (filed Aug. 15, 2022) | APP. 0138 - 0140 |
| B-3 | *SEC v. William Neil "Doc" Gallagher, et al.*, Receiver's Unopposed Twenty-First Quarterly Fee Application [Doc. 334], Case No. 3:19-cv-575-C (N.D. Tex.) (filed May 13, 2024) | APP. 0141 - 0173 |

| B-4 | *SEC v. William Neil "Doc" Gallagher, et al.*, Order Granting Receiver's Twenty-First Quarterly Fee Application [Doc. 335], Case No. 3:19-cv-575-C (N.D. Tex.) (filed May 20, 2024) | APP. 0174 - 0176 |
|---|---|---|
| C-1 | *SEC v. Barton, et al.*, Partially Unopposed Second Quarterly Fee Application [Doc. 237], Case No. 3:22-cv-2118-X (N.D. Tex.) (filed May 15, 2023) | APP. 0178 - 0195 |
| C-2 | *SEC v. Barton, et al.*, Order Granting Receiver's Second Fee Application [Doc. 287], Case No. 3:22-cv-2118-X (N.D. Tex.) (filed June 19, 2023) | APP. 0196 - 0199 |
| C-3 | *SEC v. Barton, et al.*, Partially Unopposed Third Quarterly Fee Application [Doc. 300], Case No. 3:22-cv-2118-X (N.D. Tex.) (filed Aug. 14, 2023) | APP. 0200 - 0218 |
| D-1 | *SEC v. Stanford International Bank Ltd. et al.*, Receiver's Motion for Increased Hourly Rates for Baker Botts LLP and Brief in Support [Doc. 3088], Case No. 3:09-cv-0298-N (N.D. Tex.) (filed June 22, 2021) | APP. 0220 - 0229 |
| D-2 | *SEC v. Stanford International Bank Ltd. et al.*, Appendix in Support of Receiver's Motion for Increased Hourly Rates for Baker Botts LLP and Brief in Support [Doc. 3089], Case No. 3:09-cv-0298-N (N.D. Tex.) (filed June 22, 2021) | APP. 0230 - 0280 |
| D-3 | *SEC v. Stanford International Bank Ltd. et al.*, Order Granting Receiver's Motion for Increased Hourly Rates [Doc. 3099], Case No. 3:09-cv-0298-N (N.D. Tex.) (filed July 21, 2021) | APP. 0281 - 0282 |
| D-4 | *SEC v. Stanford International Bank Ltd. et al.*, Receiver's Motion for Approval of Eightieth Interim Fee Application [Doc. 3393], Case No. 3:09-cv-0298-N (N.D. Tex.) (filed June 21, 2024) | APP. 0283 - 0308 |
| D-5 | *SEC v. Stanford International Bank Ltd. et al.*, Appendix in Support of Receiver's Motion for Approval of Eightieth Interim Fee Application [Doc. 3394], Case No. 3:09-cv-0298-N (N.D. Tex.) (filed June 21, 2024) | APP. 0309 - 0560 |
| E-1 | *SEC v. The Heartland Group Ventures, LLC, et al.*, Receiver's First Fee Application [Doc. 132], Case No. 4:21-cv-1310-BP (N.D. Tex.) (filed Feb. 15, 2022) | APP. 0562 - 0751 |
| E-2 | *SEC v. The Heartland Group Ventures, LLC, et al.*, Receiver's Fee Application for Services [Doc. 453], Case No. 4:21-cv-1310-BP (N.D. Tex.) (filed Feb. 13, 2024) | APP. 0752 - 1056 |
| E-3 | *SEC v. The Heartland Group Ventures, LLC, et al.*, Order Granting the Receiver's Fee Application for | APP. 1057 - 1060 |

| | | Services [Doc. 460], Case No. 4:21-cv-1310-BP (N.D. Tex.) (filed March 20, 2024) | |
|---|---|---|---|
| F-1 | *SEC v. Boron Capital, LLC et al.*, Receiver's Fourth Interim Fee Application [Doc. 63], Case No. 5:22-cv-0114-C (N.D. Tex.) (filed Aug. 30, 2023) | APP. 1062 - 1069 |
| F-2 | *SEC v. Boron Capital, LLC et al.*, Appendix in Support of Receiver's Fourth Interim Fee Application [Doc. 64], Case No. 5:22-cv-0114-C (N.D. Tex.) (filed Aug. 30, 2023) | APP. 1070 - 1120 |
| F-3 | *SEC v. Boron Capital, LLC et al.*, Order on Fourth Interim Fee Application [Doc. 65], Case No. 5:22-cv-0114-C (N.D. Tex.) (filed Sept. 5, 2023) | APP. 1121 - 1122 |

Dated: June 6, 2024

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

*/s/ Tyson M. Lies*
Matthew J. Gulde
Illinois Bar No. 6272325
Tyson M. Lies
Texas Bar No. 24087927
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-1410
Facsimile:  (817) 978-4927
guldem@sec.gov
liest@sec.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, a copy of the foregoing was filed electronically and served by mail as soon as practicable on anyone unable to accept electronic filing or e-mail. Notice of this filing will be sent by e-mail to all parties, by operation of the Court's electronic filing system and/or directly by counsel for the Commission, or by mail to anyone unable to accept electronic filing or e-mail. Parties may access this filing through the Court's CM/ECF System.

*/s/ Tyson M. Lies*
Tyson M. Lies

# EXHIBIT A

# EXHIBIT A-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 3:16-CV-1735-D |
| CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC., | § § § § § § § § § § § § § | |
| Defendants, | § § | |
| and | § § | |
| TAMRA M. FREEDMAN and JETMIR AHMEDI, | § § § | |
| Relief Defendants. | § § | |

---

**RECEIVER'S MOTION FOR ENTRY OF ORDER:**

**(1) APPROVING FINAL PAYMENT OF FEES AND EXPENSES TO PROFESSIONALS; (2) APPROVING FINAL DISTRIBUTION OF RECEIVERSHIP ASSETS; (3) ASSIGNING PAYMENTS DUE UNDER RECEIVERSHIP JUDGMENTS AND CLAIMS TO THE U.S. SECURITIES AND EXCHANGE COMMISSION; (4) PERMITTING FINAL DISPOSITION OF BOOKS AND RECORDS OF THE RECEIVERSHIP ESTATE; AND (5) CLOSING THE RECEIVERSHIP ESTATE AND DISCHARGING THE RECEIVER**

**AND BRIEF IN SUPPORT**

---

THE TAYLOR LAW OFFICES, PC

Thomas L. Taylor III, Receiver
Texas Bar: 19733700
*taylor@tltaylorlaw.com*

245 West 18th Street
Houston, Texas 77008
Tel: 713.626.5300
Fax: 713.402.6154


GOFORTH LAW, PLLC

Andrew M. Goforth
Texas Bar: 24076405
*andrew@goforth.law*

11152 Westheimer Road # 1121
Houston, Texas 77042
Tel:  (713) 464-2263
Fax:  (713) 583-1762

COUNSEL FOR RECEIVER

# TABLE OF CONTENTS

**TABLE OF CONTENTS** .................................................................................................... i

**TABLE OF AUTHORITIES** ............................................................................................ iii

I.    ARGUMENT AND AUTHORITIES ......................................................................... 2

   **A.**  Appointment of the Receiver ........................................................................... 2

   **B.**  Summary of Interim and Proposed Final Distributions ................................... 3

   **C.**  Procedural Posture of Underlying Enforcement Action ................................... 4

   **D.**  Administration of the Receivership Estate ....................................................... 4

      1.  Receiver's Plan of Distribution and Identification of Claimants .............. 4

      2.  Disposition of Oil and Gas Assets ............................................................ 7

         a.  December 2019 Auction of Working Interests ................................ 8

         b.  October 2021 Auction of Royalty Interests .................................... 8

         c.  May 2023 Auction of Working Interests ........................................ 11

      3.  Resolution of Ad Valorem and Other Oil and Gas-Related Tax Issues .... 11

      4.  Disposition of Additional Assets .............................................................. 13

         a.  Initial Efforts to Identify Receivership Assets ............................... 13

         b.  Proceeds from the Sale of RackAlley ............................................. 15

         c.  Receiver's Motion for Attorney's Fees Arising from Contempt
             Proceedings ................................................................................... 15

         d.  Frost Bank Cashier's Checks .......................................................... 17

         e.  Assets Seized by United States Government and Remitted to the
             Receivership ................................................................................... 18

         f.  Assets in Possession of Christopher Faulkner Upon his Arrest ..... 19

         g.  The Commission's Settlements with Relief Defendants .................. 20

   **E.**  Ancillary Litigation and Settlement of Claims ............................................... 21

      1.  Claims against Rothstein Kass & Co., PLLC and Brian Matlock ............. 21

APP. 0005

2. Claims against Scheef & Stone LLP, Mitch Little and Roger Crabb ........................23

3. Lawsuits Initiated to Collect Unlawful Commissions Paid .........................................23

**F.** Assignment to SEC of Payments Due Under Judgments, Orders and Claims ................27

**G.** Receivership Assets Available for Final Distribution .......................................................28

**H.** Transfer, Abandonment or Destruction of Books and Records .......................................28

II. FINAL APPLICATION TO PAY FEES INCURRED BY THE RECEIVER AND OTHER PROFESSIONALS .............................................................................................................28

**A.** Fees and Expenses Incurred .............................................................................................28

**B.** Johnson Factors ................................................................................................................30

a. The Amount Involved. .........................................................................................32

b. The Results Obtained ...........................................................................................33

III. CONCLUSION ............................................................................................................................34

**APP. 0006**

## <u>TABLE OF AUTHORITIES</u>

**Cases**

*CFTC v. PrivateFX Global One*,
    778 F.Supp. 2d 775 (S.D. Tex. 2011)................................................................. 6

*Johnson v. Georgia Highway Express, Inc.*,
    488 F.2d 714 (5th Cir. 1974) ........................................................................ 31

*Migis v. Pearle Vision, Inc.*,
    135 F.3d 1041 (5th Cir. 1998) ...................................................................... 31

*Quilling v. Trade Partners, Inc.*,
    No. 1:03-CV-236, 2006 WL 3694629 (W.D. Mich. Dec. 14, 2006) ................................. 6

*SEC v. Am. Capital Investments, Inc.*,
    98 F.3d 1133 (9th Cir. 1996), *abrogated by Steel Co. v. Citizens for a Better Env't*,
    523 U.S. 83, 118 S. Ct. 1003, 140 L. Ed. 2d 210 (1998) ................................... 9

*SEC v. Amerifirst Funding, Inc.*,
    No. 3:07-CV-1188-D, 2008 WL 282275 (N.D. Tex. Feb. 1, 2008) (Fitzwater, J.) ........... 9

*SEC v. Faulkner*,
    No. 16-CV-1735-D, 2018 WL 4362729 (N.D. Tex. Sept. 12, 2018).......................... 17

*SEC v. Universal Fin. Services*,
    760 F.2d 1034 (9th Cir. 1985)..................................................................... 9

*SEC v. Wencke*,
    783 F.2d 829 (9th Cir. 1986) ...................................................................... 9

APP. 0007

Thomas L. Taylor III ("Receiver"), Court-appointed Temporary Receiver in the above-styled action (the "Enforcement Action") gives notice of and submits this Motion for the entry of an Order (1) approving the final payment of fees and expenses to engaged professionals, (2) approving the final distribution of Receivership Assets, (3) assigning payments due under certain Receivership Estate judgments and claims to the U.S. Securities and Exchange Commission (the "Commission" or "SEC"), (4) permitting final disposition of the books and records of the Receivership Estate, and (5) closing the Receivership Estate and discharging the Receiver (the "Motion for Discharge").

The Receiver has completed his work pursuant to the Court's appointment Orders [ECF No. 108, as modified by ECF Nos. 142, 320, 418 and 496] (the "Order Appointing Receiver"), including his efforts to liquidate and recover assets for distribution to investors and creditors, concluding agreement/closure with taxing authorities, identifying claimants to the Receivership Estate, and conducting an interim distribution of Receivership Assets. The Receiver has determined that there is no further material benefit to be derived from the continuation of the Receivership, except as to the matters subsumed by the present Motion for Discharge and Proposed Order.

The Receiver is now prepared to pay outstanding invoices of engaged professionals (pursuant to the Final Application to Pay Fees Incurred by the Receiver and Other Professionals, detailed *infra* at §II (the "Final Fee Application")), to make a final distribution of Receivership Assets to Estate claimants pursuant to the Plan of Distribution approved by this Court [ECF No. 541] ("Plan"), to assign payments due arising from certain Receivership claims and final judgments to the Staff of the Commission, to abandon or destroy all books and records of the Receivership Estate under his control, to file a final accounting of the Receivership with the Court,

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,**
**AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER** PAGE 1

APP. 0008

and to close the Receivership. The Receiver respectfully seeks leave of this Court to proceed accordingly and thereafter to be discharged of his responsibilities and any liability under the Order Appointing Receiver.

The Receiver has provided the present Motion for Discharge and Final Fee Application to counsel for Plaintiff Commission, who are not opposed to the relief requested herein.

## I.   ARGUMENT AND AUTHORITIES

### A.   Appointment of the Receiver

Upon motion by the Commission, this Court entered its Order Appointing Receiver in the above-styled action on September 25, 2017 [ECF No. 142] ("September 25 OAR"), finding the appointment of a receiver "necessary and appropriate for the purposes of marshaling and preserving all assets—in any form or of any kind whatsoever—owned, controlled, managed, or possessed by defendants Christopher A. Faulkner [("Faulkner")], Breitling Oil & Gas Corporation ("BOG"), and Breitling Energy Corporation ("BECC") (collectively, the "Receivership Defendants"), directly or indirectly ("Receivership Assets")." *Id.* p. 1.[1] Pursuant to the September 25 OAR Thomas L. Taylor III was "appointed to serve without bond as temporary receiver (the "Receiver") for the estates of the Receivership Defendants and the Receivership Assets." *Id.* ¶2.[2]

Upon subsequent motions by the Receiver to expand the Receivership Estate, this Court amended its Orders Appointing Receiver to include defendant Patriot Energy, Inc. ("Patriot") and

---

[1] The Court had initially appointed the Receiver *ex parte* on August 14, 2017 [ECF No. 108 ("August 14 OAR")] with respect to Faulkner, BOG and BECC's "oil-and-gas related assets," subsequently expanding the Receivership Estate (in the September 25 OAR) to encompass "all assets" of the Receivership Defendants following notice to the Defendants and briefing by parties to the Enforcement Action.

[2] In its Memorandum and Opinion and Order [ECF No. 141] this Court expressly held that "Faulkner's assets [vis-à-vis the asset freeze and the Receiver's control] … encompass[] entities controlled by Faulkner to which the unrebutted evidence indicates he may have redistributed either BOG's or BECC's investors' assets—including the Breitling Royalties Corporation." *Id.* at 8.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                                    PAGE 2

APP. 0009

non-parties Breitling Royalties Corporation ("BRC"), Breitling Ventures Corporation ("BVC"), Breitling Holdings Corporation ("BHC"), Breitling Operating Corporation ("Breitling Ops"), Inwood Investments, Inc. ("Inwood") and Grand Mesa Investments, Inc. ("Grand Mesa") [ECF No. 320, "First Amended OAR"]; defendant Crude Energy, LLC ("Crude Energy") and non-party Crude Royalties, LLC ("Crude Royalties") [ECF No. 418, "Second Amended OAR"]; and non-parties Breitling Energy Companies, Inc. ("BECOS") and Breitling Royalty Funds, LLC ("BRF") [ECF No. 496, "Third Amended OAR"] (collectively with BOG and BECC, the "Receivership Entities").[3]

### B. Summary of Interim and Proposed Final Distributions

The Receiver proposes to effect a final distribution of approximately $4,394,457.50 (the "Final Distribution") pursuant to the Plan of Distribution previously approved by this Court. ECF No. 541. The Final Distribution will be made on a *pro rata* basis to those parties who have sustained a net out-of-pocket loss resulting from investments in, or loans to, Receivership Entities BOG, BRC, BECC, Crude Energy, Crude Royalties or Patriot (the "Final Claimants"). The Receiver estimates that upon the Final Distribution, the Final Claimants will have received distributions totaling approximately 12.5% of their respective claims.

Pursuant to this Court's Order dated April 19, 2023 [ECF No. 656], in April 2023 the Receiver effected an interim distribution of $9,539,857 to Final Claimants.

---

[3] The term "Receivership Assets" as used hereinbelow has the same definition given to it in ECF No. 496. The term "Receivership Defendants" as used hereinbelow means Faulkner, BOG, BECC, Crude Energy and Patriot.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER     PAGE 3

APP. 0010

## C.    Procedural Posture of Underlying Enforcement Action

The only remaining matter to be adjudicated in the Enforcement Action is the resolution of the Commission's outstanding claims for civil remedies against the Receivership Defendants BOG, BECC, Crude Energy, and Patriot arising from the allegations contained in the Commission's First Amended Complaint [ECF No. 22]. The Commission's Staff and the Receiver negotiated, then executed and submitted to the Commission, written settlement proposals that would resolve all of the Commission's claims against the entity Receivership Defendants. Since only the Commission[4] -- as distinct from its Staff -- has authority to settle an enforcement action, the Staff is required to present any prospective settlements to the Commission for its review and approval. The Staff of the Commission presented the Receivership Defendants' settlement offers to the Commission, which approved them on or about June 12, 2023. Counsel for Plaintiff Commission has moved this Court [ECF No. 705] to approve the settlements with the entity Receivership Defendants, which motion is presently pending.

## D.    Administration of the Receivership Estate

1.    Receiver's Plan of Distribution and Identification of Claimants

On March 28, 2019, this Court conditionally approved the Receiver's proposed Plan of Distribution. The Court entered an Order [ECF No. 424] (the "March 28 Order") requiring that the Receiver give notice to interested parties providing an opportunity to present any objections to the Plan. A number of objections were filed pursuant to procedures established by the Court. By Memorandum Opinion and Order dated April 28, 2020 [ECF No. 541] (the "April 28 Order"), this

---

[4] The Commission consists of five Commissioners, appointed by the President, with the advice and consent of the Senate. *See* Section 4(a) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78d(a)]. A securities law enforcement action may only be commenced by the Commission itself (*see* Exchange Act § 21(d)(1) [15 U.S.C. § 78u(d)(1)]), as distinct from the Commission's staff, who are appointed under Section 4(b) of the Exchange Act [15 U.S.C. § 78d(b)].

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                              PAGE 4

APP. 0011

Court overruled all objections, determined that the Receiver's proposed Plan was fair, reasonable, and equitable, and granted the Receiver's motion. Also therein the Court ordered the Receiver to submit a proposed Order covering actions that the Receiver deemed necessary to carry out any part of the Plan that had not already been implemented (*e.g.*, setting the claim bar date). Pursuant to this Court's instructions, the Receiver submitted a proposed Order Implementing Plan of Distribution which this Court entered on May 11, 2020 [ECF No. 542] (the "Implementation Order").

Consistent with the Implementation Order, the Receiver initiated communication with more than 1,300 individuals and entities appearing in the Receivership books and records and otherwise known to the Receivership as potential claimants. The Receiver successfully established communication with more than 1,000, some with multiple claims. Because of the complexity of the claims process and the analysis of documents connected to the claims, the Receiver engaged an outside firm, Pannell Kerr Forster of Texas, P.C. ("PKF"), to handle the associated clerical work. At the outset, potential claimants were supplied with and requested -- but not required -- to submit an eight-page form outlining supplemental documentation to be submitted by each potential claimant by November 30, 2020. As of that date, PKF had received 406 information packages. Based upon the initial information submitted, significant communication with those claimants was required in order to reconcile the Receivership's records with information submitted by them as prescribed in the Implementation Order.

Based on the books and records of the Receivership Estate, PKF initially prepared Notional Claim Amounts for 575 potential claimants who had not submitted supplemental documentation. Subsequently, additional Notational Claim Amounts were calculated for claimants based upon books and records of the Receivership Estate and further communications with claimants. Pursuant

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                                          PAGE 5

APP. 0012

to the Implementation Order, at the end of the Fourth Quarter of 2020, the Receiver began to transmit Notional Claim Amounts to potential claimants. More than 1,000 Notional Claim Amounts were sent to investors.

On January 20, 2023 the Receiver filed his Motion for Leave to Disallow Claims of Certain Claimants that Cannot be Located (as amended on February 3, 2023, the "Motion to Disallow"), seeking leave to disallow the claims of certain potential claimants that the Receiver had been unable to locate despite substantial efforts to do so. The Court granted the Motion to Disallow by Order entered March 7, 2023. ECF No. 695.

Pursuant to the Plan of Distribution, Receivership Assets are to be distributed to those investors who had sustained a "net out-of-pocket loss" resulting from their investments in or through BOG, BRC, BECC, Crude Energy, Crude Royalties and Patriot (the "Offering Entities"). Receivership Assets would be distributed to these investors on a *pro rata* basis based upon the "net out-of-pocket loss" of each as a percentage of the total "net out-of-pocket losses" of all investor claimants -- without regard to the manner by which the investments were made. Each claimant's "net out-of-pocket loss" was calculated as (1) the total amount invested in or through the Offering Entities; less (2) any amounts, or the value of any assets, received with respect to the investment (*e.g.*, payments or assets transferred from a Receivership Entity, payments from a third-party oil and gas operating company, the sale of any oil and gas interest received from an Offering Entity, or the sale of any shares of BECC stock).

The Plan of Distribution subordinated the claims of trade creditors and other similarly situated unsecured creditors to the claims of investors. *See, e.g., CFTC v. PrivateFX Global One, 778 F.Supp. 2d 775, 786-87 (S.D. Tex. 2011)* (*citing Quilling v. Trade Partners, Inc.*, No. 1:03-CV-0236, 2006 WL 3694629, at *1-2 (W.D. Mich. Dec. 14, 2006) (finding that the equitable

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                                    PAGE 6

APP. 0013

doctrine of constructive trust gave defrauded investors a "priority of right" over other claimants)).[5] Since the distributions of Receivership Assets are a small fraction of the investor-claimants' claims, there were no funds distributed to unsecured or trade creditors.

The interim distribution approved by this Court [ECF No. 656] was calculated as prescribed by the Plan of Distribution; the Final Distribution amounts for each claimant have been derived from that calculation applied as to each claim to the remaining assets to be distributed.

     2.    Disposition of Oil and Gas Assets

At the inception of the Receivership, the Staff of the Commission provided the Receiver with information which had been developed during their investigation regarding working interests and royalty interests known to have been held by the Receivership Entities. Most of the identified oil and gas operators associated with these interests were served with the Order Appointing Receiver. To the fullest extent possible, the Receiver initiated communication with these oil and gas operators directing that all revenue and other assets (including assets held in suspense) be remitted to the Receivership Estate.

The Receiver from inception -- and pending sale -- administered the oil and gas assets identified and the revenue associated with those assets. The Receiver and his staff assembled -- based upon incoming correspondence and royalty checks available -- a schedule of oil and gas assets which were subject to the Order Appointing Receiver and throughout the Receivership reported to this Court revenue from those assets on Quarterly Status Reports. A total of $6,381,949.03 was received by the Receivership Estate as income from oil and gas assets during the pendency of the Receivership Estate.

---

[5] As of this date, the Receiver is not aware of any debts or claims secured by Receivership Assets.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER     PAGE 7

APP. 0014

On July 26, 2019, the Court entered its Order Granting Receiver (1) Authority to Sell Oil and Gas Interests; (2) Authority to Retain Sales and Marketing Firm; and (3) Approval of Sales Procedures [ECF No. 463] (the "Sales Procedure Order"). The Receiver sought leave to sell the portfolio of oil and gas interests included within the Receivership Estate, employing EnergyNet.com, LLC ("EnergyNet") -- a reputable and professional internet-based oil and gas marketing firm in Amarillo, Texas -- to assist the Receiver in marketing and selling these assets pursuant to prescribed procedures (including procedures for Court review and confirmation of each sale). The Receiver executed an agreement with EnergyNet conforming to the Sales Procedures Order and proceeded to market all of the Estate's oil and gas assets through that firm.

### a.   *December 2019 Auction of Working Interests*

On or about November 25, 2019, the Receiver posted notice related to the sale of EnergyNet Lot 62414, consisting of various non-operated working interests located in multiple counties across North Dakota, Oklahoma and Texas. A total of 224 unique EnergyNet users visited the "data room" for Lot 62414 prior to auction. During the auction, eight bids were placed by four unique bidders, although none exceeded the minimum bid reserve price. Subsequently the Receiver authorized EnergyNet personnel to negotiate a sale price with auction participants, eventually agreeing with the ultimate buyer on a sale price of $82,500. Upon motion by the Receiver, the Court confirmed the sale of the Lot 62414 assets free and clear of all liens, claims and encumbrances on February 3, 2020. ECF No. 511.

### b.   *October 2021 Auction of Royalty Interests*

In application of the equitable principles embodied in the Plan of Distribution, the Receiver, in connection with implementation of the Plan of Distribution, asked the Court to

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                    PAGE 8

APP. 0015

invalidate certain conveyance instruments executed by Offering Entities in favor of some investors.[6] The Receiver sought to invalidate these conveyances through summary proceedings before the Court, affording notice and opportunity to respond to all affected parties.[7] Invalidation of these conveyances was necessary for the Receiver to cure and recover title to these oil and gas assets and liquidate them for the benefit of all investor-claimants. Notably, the conveyances were defective in any event, causing virtually all potential revenue to be held in suspense by operators -- which is to say the interests were worthless to the nominal holders. Such action effectively returned these interests to the entities in Receivership which previously held title, after which the Receiver was in a position (1) to receive funds held in suspense by operators and (2) to liquidate the oil and gas interests under the supervision of this Court -- for the benefit of all defrauded investors under the Receiver's Plan. On November 13, 2020, this Court granted the Receiver's Motion to Invalidate Certain Conveyances in Furtherance of the Court-Approved Plan of Distribution. ECF No. 574.

Upon entry of this Court's Order the Receiver consulted with EnergyNet with respect to steps necessary to ensure that the invalidation of the conveyances was perfected and, hence, to establish marketable title to the royalty interests which were to be auctioned through that firm. Upon the advice of EnergyNet, the Receiver engaged oil and gas counsel at Sprouse Shrader Smith

---

[6] In this regard, relying upon extensive forensic work of the SEC Staff in the Enforcement Action, the Receiver demonstrated to the Court that investor funds of various Offering Entities had been extensively commingled, rendering it inequitable to permit some investors to claim assets which had been acquired with funds of other investors.

[7] *See SEC v. Amerifirst Funding, Inc.*, No. 3:07-CV-1188-D, 2008 WL 282275, at *15 (N.D. Tex. Feb. 1, 2008) (Fitzwater, J.), *aff'd in part, vacated & remanded in part, on other grounds*, 570 F.3d 268 (5th Cir. 2009) ("[A] district court may employ summary rather than plenary proceedings to adjudicate the rights to property allegedly within the receivership estate. Such summary proceedings related to receiverships do not offend the parties' due process rights 'so long as there is adequate notice and opportunity to be heard.'") (quoting *SEC v. Am. Capital Investments, Inc.*, 98 F.3d 1133, 1146 (9th Cir. 1996), *abrogated by Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 118 S. Ct. 1003, 140 L. Ed. 2d 210 (1998)) (citing *SEC v. Wencke*, 783 F.2d 829, 838 (9th Cir. 1986); *SEC v. Universal Fin. Services*, 760 F.2d 1034, 1037 (9th Cir. 1985)) (footnote omitted).

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER      PAGE 9

APP. 0016

PLLC in Amarillo, Texas to assist in curing and recovering title to the royalty interests covered by the applicable conveyances. Oil and gas counsel assisted in preparing Affidavits of Fact which were recorded in the counties where the interests lay. The Affidavits of Fact set forth facts concerning the Enforcement Action, including but not limited to: (i) the identities of the Defendants; (ii) the purpose of the action; (iii) the appointment of the Receiver; and (iv) details regarding the Motion to Invalidate Certain Conveyances in Furtherance of the Court-Approved Plan of Distribution and subsequent Order. The Affidavits of Fact were recorded in each county in which an invalidated conveyance was originally recorded. Per advice of counsel, these Affidavits of Fact were necessary to place operators of the interests and all other pertinent parties on notice that the subject conveyances were invalidated in accordance with the Order and that the Receiver held title to these interests. By taking these steps the Receiver was able to (1) recover funds held in suspense by operators and (2) liquidate the oil and gas interests described in the invalidated conveyances through auction at EnergyNet.

The auction bid window for the royalty interests sale closed on October 5, 2021. Nine bidders submitted sealed bids for the royalty interests. At the close of the auction period, the highest bid received was for $2,300,000. Many of the submitted bids were at lower values and were from qualified and often successful bidders on EnergyNet. Accordingly, the final sales price for the royalty interests achieved market or above-market value. The Receiver authorized EnergyNet personnel to continue to negotiate the sale price with auction participants, and ultimately secured an offer for $2,500,000 from Elm Creek Energy, LLC and John & Theresa Hillman Family Properties, LP, which offer was accepted by the Receiver. The Receiver moved the Court to confirm the sale of the royalty interests on October 14, 2021, which the Court granted by order entered November 5, 2021. ECF No. 640.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER

PAGE 10

APP. 0017

c.     *May 2023 Auction of Working Interests*

In certain instances, the Receiver questioned the standing of certain investors' claims upon the Receivership Estate because of side deals and other irregular transactions which occurred during the operation of the Breitling entities. The Receiver negotiated and achieved an agreement with respect to the reconveyance of remaining outstanding interests. Consequently, the referenced assets were reconveyed to the Receivership Estate. The Receiver made efforts to cause the operators involved to record the assets in the name of Breitling Energy Companies, Inc., and therefore enabled the offer of these assets for sale in a final working interest auction on EnergyNet.

The preparation of the online "data room" for these working interest assets (Lot 97381) was completed and opened to the public on or about March 15, 2023. EnergyNet marketed this asset to their bidder base of over 35,000 registered bidders including direct calls to key decision makers, targeted emails, mass email campaigns, and auto generated emails based on buyers' unique pre-selected preferences. Ten bidders submitted 20 bids for these assets during the auction. At the close of the auction period, the highest bid received was for $150,000, which exceeded the minimum reserve price set by the Receiver. This purchase price represented approximately 28 months of the monthly average net income for these assets, an amount consistent with the average lot listed on EnergyNet with similar attributes.

The Receiver moved the Court to confirm the sale of these working interests on April 11, 2023, which the Court granted by order entered May 3, 2023. ECF No. 704.

3.     Resolution of Ad Valorem and Other Oil and Gas-Related Tax Issues

At the inception of the Receivership, the Receiver initiated contact with law firms which regularly represent taxing authorities in the affected jurisdictions in order to determine whether and where potential tax liabilities associated with known oil and gas interests might exist. From

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                                      PAGE 11

APP. 0018

inception, the Receiver engaged in extensive efforts to identify and to negotiate with respect to tax penalties and other fees which might impact the Receivership Estate's oil and gas interests. The Receiver was able to determine these tax liabilities (1) by review of past and ongoing correspondence from taxing authorities; (2) by communication with law firms predominantly representing taxing authorities in various jurisdictions; and (3) by research regarding outstanding tax litigation/judgments against the various Receivership entities.

The Receiver initiated efforts to calculate and to settle amounts owed for ad valorem taxes on oil and gas assets owned by the Receivership Entities. It was the Receiver's position that payments of the ad valorem taxes would not include attorneys' fees or statutory penalties pursuant to the Third Amended OAR. One firm representing taxing authorities in certain counties of which the Receivership Entities then held assets, Perdue Brandon Fielder Collins & Mott LLP, complied with the Receiver's request to remove attorney's fees and litigation costs from amounts owed, and payment in the amount of $216,148.97 was made for the outstanding taxes due (some dating back to 2014). On November 22, 2021, a second firm, McCreary Veselka Bragg & Allen PC complied with the Receiver's request and payment in the amount of $16,017.63 was made. Extensive communications with a third firm, Linebarger Goggan Blair & Sampson, were undertaken with respect to its client-taxing authorities. In December 2022, payment in the amount of $207,446 was made for outstanding taxes due to Linebarger clients.

In June 2022, a fourth firm, Reid, Strickland, & Gillette, L.L.P. initiated litigation -- in violation of the Order Appointing Receiver -- for the collection of outstanding taxes (some dating back to 2014) on behalf of their clients Goose Creek CISD and Lee College District. Through counsel, the City of Baytown intervened in that litigation -- also in violation of the Order

**Receiver's Motion for Final Payment of Fees and Expenses, Final Distribution, and to Wind Up Receivership and Discharge Receiver**                                    **Page 12**

**APP. 0019**

Appointing Receiver. Upon demand by the Receiver the litigation was dismissed and in December 2022 payment was made to these taxing authorities in the amount of $91,124.

As of the date of this Motion for Discharge, final tax payments to various taxing authorities throughout Texas and in other states and associated with the Receivership's oil and gas royalty interests held by the Receivership Entities and sold at auction have been completed. The sale of the Receivership Estate's royalty interests implicated *pro rata* sharing of some of the obligations with the buyer. The Receivership Estate, as Seller was obligated to retire all tax liabilities prior to 2021. Because of provisions of the purchase and sale agreement, the buyer was required to initiate certain payments (for periods 2021 and going forward) followed by proration between the Receivership Estate and the buyer of 2021 obligations. The buyer concluded required payments and calculated this *pro rata* share for 2021 taxes. The Receivership Estate remitted payment to the buyer on April 24, 2023.

    4.    <u>Disposition of Additional Assets</u>

        a.    *Initial Efforts to Identify Receivership Assets*

At the inception of the Receivership, Staff of the SEC had learned that Defendant Faulkner had diverted the mail of the Receivership entities to a mail facility near Dallas and that certain royalty payments had been received in that facility from various oil and gas interests. The only other assets identified to the Receivership Estate consisted of inconsequential amounts on deposit in several banking institutions.

On September 2, 2017, the Receiver filed with this Court a Motion for Order to Show Cause re Contempt [ECF No. 123] detailing efforts to obtain information necessary to the administration of the Receivership Estate. On September 6, this Court granted the Receiver's Motion [ECF No. 125]. On October 22, 2017, the Receiver filed a Motion to Amend the Order to

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER**         PAGE 13

APP. 0020

Show Cause with respect to Faulkner and his mother, non-party Carole A. Faulkner ("Carole Faulkner"), and their efforts to conceal and withdraw proceeds which had been paid to Faulkner's nominee entity, U.S. Property Investments, Inc. ("USPI") from the sale of RackAlley, LLC ("RackAlley"), an enterprise in which Faulkner had owned a significant interest. The Receivership Defendants and non-parties Carole Faulkner and USPI were ordered to appear before this Court to show cause why they should not be held in contempt. *See* ECF No. 180. The Receiver filed a Second Motion to Amend Order to Show Cause re: Contempt on November 20, 2017 [ECF No. 203] with respect to Carole Faulkner and USPI, who -- in violation of the September 25 OAR -- filed a lawsuit against the Receiver in California State court. The Receiver's Order to Show Cause as Amended came before the Court for evidentiary hearing on December 14, 2017. Following the hearing, this Court took the matter under submission and rendered its Memorandum Opinion and Order on February 13, 2018 ("Contempt Order") [ECF No. 247].

This Court required in its Contempt Order that Faulkner make a corporate representative for BECC, BOG and BRC available for deposition. On March 22, 2018, the corporate entities presented Chris Sapia for deposition as their corporate representative. Mr. Sapia testified that he was a personal friend of Jeremy Wagers, the former general counsel of BECC. He testified that he was being compensated for his appearance for a fee of $5,000 which was paid by a personal check from Carole Faulkner. Mr. Sapia also testified that his source of knowledge regarding the corporate entities consisted of conversations with Faulkner and a review of documents which the Receiver had supplied to counsel as a non-exhaustive body of documents about which the witness might be examined. Although, for obvious reasons, Mr. Sapia's knowledge of facts and circumstances related to the corporate entities was not extensive, he provided limited useful information --

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER**     **PAGE 14**

**APP. 0021**

particularly regarding transfers of funds from the Breitling entities to Grand Mesa, which were used for Faulkner's personal expenses.

In connection with compliance with the Contempt Order, the Receiver requested that Faulkner account for a series of internet domain names which had been under his control in a GoDaddy account and which were likely acquired with Breitling assets. In response, Faulkner through counsel, provided a list of the domain names and advised that the proceeds of the sale for one of these domains had been deposited into one of the known Citibank accounts in or about 2016.

b.      *Proceeds from the Sale of RackAlley*

The Receiver sought adjudication of contempt regarding the disposition of proceeds from the Sale of RackAlley LLC which, the Receiver asserted, was an asset under the control of Faulkner. Prior to the hearing of the matter, $150,000 of the proceeds were transferred to the Receivership Estate by Bank of America over the stringent objections of Carole Faulkner. Of the remaining $60,000, $50,000 was held at Bank of the West and $10,000 had come into the possession of Carole Faulkner. Upon presentation of this Court's Contempt Order to Bank of the West, it remitted the $50,000 to the Receivership Estate. Carole Faulkner remitted $10,000 to the Receivership Estate on or about March 12, 2018, as ordered.

c.      *Receiver's Motion for Attorney's Fees Arising from Contempt Proceedings*

On February 13, 2018, this Court held defendants Faulkner, BOG, and BECC, and non-parties Carole Faulkner, BRC, and USPI in civil contempt for violating three Court orders: the August 14 OAR and the August 14 Asset Freeze Order [ECF No. 107] (collectively, the "August 14 Orders"), and the September 25 OAR. The Court held that Faulkner, BOG, and BECC -- knowingly aided and abetted by BRC -- violated the August 14 Orders by diverting Receivership

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,**
**AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER**                                              **PAGE 15**

**APP. 0022**

assets, failing to produce required documents, and failing to produce required corporate representatives. The Court also held that Faulkner -- knowingly aided and abetted by Carole -- violated the September 25 OAR by failing to turn over proceeds from the sale of RackAlley. Finally, the Court held that Carole Faulkner and USPI had aided and abetted Faulkner in violating the September 25 OAR by commencing a lawsuit against the Receiver in California state Court without leave of this Court.

In addition to holding these defendants and non-parties in civil contempt, the Court held that the Receiver was "entitled to recover his reasonable and necessary attorney's fees incurred in prosecuting the instant contempt motion." ECF No. 247 at 42. On March 13, 2018, the Receiver applied for award of attorney's fees consistent with the Court's Contempt Order and requested award of these attorney's fees be allocated according to the culpability of the various contemnors. ECF Nos. 258, 259.

On June 7, 2018, this Court approved the Receiver's application and awarded him the total sum of $183,376.34 in attorney's fees and costs. The Court held that, of this sum, Faulkner, BECC, BOG, and BRC were jointly and severally liable for $65,285.82 in attorney's fees and costs; Faulkner and Carole Faulkner were jointly and severally liable for $59,195.82; and Carole Faulkner and USPI were jointly and severally liable for $58,894.70. Pursuant to this Court's order, payment of these sums was due no later than 30 days after the Memorandum Opinion and Order was filed.

No amounts were paid pursuant to the Court's Order. On or about August 3, 2018, the Receiver moved this Court for Entry of Final Judgment upon the foregoing amounts. In open court, the Receiver withdrew that motion and the Court proceeded to hear evidence on the Receivers' Motion for Order to Show Cause Why Carole Faulkner Should Not be Held in Contempt of the

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER — PAGE 16

APP. 0023

Court's Fee Order. ECF No. 299. On January 22, 2019, this Court entered its Memorandum Opinion and Order adjudicating Carole Faulkner to be in contempt. ECF No. 397.

The Court found by clear and convincing evidence that Carole Faulkner violated its previously entered "Fee Award" for roughly $118,000 in attorney's fees, and that she did not meet her burden of showing that compliance was impossible. *Id*. at 5, 10. The Court held Carole Faulkner in civil contempt and ordered her to pay the Receiver $118,090.52 by April 22, 2019. If she failed to do so, the Court would impose a coercive, nonpunitive fine of $250 per day thereafter. *Id*. at 13-14.

On August 24, 2018, the Receiver moved for an order approving his Application for Attorney's Fees and Costs Pursuant to Sanctions Order. ECF No. 307. On November 13, 2018, the Court granted the Receiver's motion requiring Carole Faulkner to pay an additional $10,045.50 in attorney's fees and expenses within 30 days. ECF No. 336. On June 24, 2019, the Receivership received $128,132 from Carole Faulkner in full payment of both fee awards.

> d.    *Frost Bank Cashier's Checks*

In 2018, the Receiver sought the return from Frost Bank ("Frost") of $840,000 in funds derived from proceed from the sale of Faulkner's personal residence, which Faulkner had purchased in January 2013 using wrongfully-diverted investor assets. *See SEC v. Faulkner (Faulkner VI)*, 2018 WL 4362729, at *5 (N.D. Tex. Sept. 12, 2018) (Fitzwater, J.).[8] The sales proceeds had been converted to cashier's checks issued by Frost. Six of the cashier's checks, with

---

[8] Faulkner sold the residence in July 2017 -- after the SEC initiated the Enforcement Action, but before the court first appointed a receiver on August 14, 2017.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                                      PAGE 17

APP. 0024

a total face value of $780,000, were later located in the possession of Beniammine "Benny" Kheir ("Kheir"), a resident of Lebanon, who refused to turn over the checks to the Receiver.[9]

Frost declined to comply with the Receiver's demands for the return of these funds, contending that the cash was not a Receivership Asset and that Frost could be subjected to liability if it later dishonors the cashier's checks. The Receiver moved the Court for a turnover order with respect to these funds. ECF No. 341. The Court held that the funds used to purchase the cashier's checks were not, at the time the checks were purchased, Receivership Assets, and -- declining to rule whether the checks themselves were Receivership Assets -- that the funds that Frost might use to satisfy the cashier's checks were not Receivership Assets. ECF No. 403, at 4.

On August 5, 2022 the Receiver and Frost jointly moved the Court to order the turnover of $50,000 to the Receiver [ECF No. 666], which funds were related to the cashier's check dishonored by Frost after being presented to a foreign bank for payment. The Court ordered the turnover of these funds on August 8, 2022 [ECF No. 668], and Frost subsequently transferred these funds to the Receiver's account.

     e.    *Assets Seized by United States Government and Remitted to the Receivership*

The United States Attorney for the Northern District of Texas executed certain seizure warrants upon Defendants in the Enforcement Action. The Receiver advised the United States Attorney's office that the Receivership Estate would accept custody of these assets for the benefit of defrauded investors.[10] These assets are as follows:

---

[9] Frost had dishonored one check in the amount of $50,000 that was presented to a foreign bank for payment.

[10] It was determined that the assets were actually in the custody of the Criminal Division of the Internal Revenue Service which was involved in the investigation of Faulkner/Breitling.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER    PAGE 18

APP. 0025

1. Two large custom oil field paintings by Alec Monopoly;
2. $43,513.78 seized from Bank of America Account xxx6648;
3. $122,387.11 seized from Wells Fargo Account xxx9160; and
4. $85,093.05 seized from BB&T Account xxxx6091.

The two Alex Monopoly paintings were transferred to the Receivership Estate and were consigned to Dallas Auction Gallery in Dallas for sale. The two paintings were sold at auction by Dallas Auction Gallery in Dallas for $10,000 and $11,000. The sale proceeds, net of commissions, were transferred to the Receivership Estate. The cash assets also were transferred to the Receiver's account.

On or about July 27, 2022, Craig Clotfelter, Special Agent in the Financial Crimes Investigative Unit of the Internal Revenue Service ("IRS"), informed the Receiver that the IRS held additional amounts, aggregating more than $280,000, which could be transferred after a Petition to Transfer Assets was submitted to the Treasury Executive Office of Asset Forfeiture. The Receiver and IRS staff jointly prepared and submitted on August 5, 2022 such a petition. This petition is pending approval by the Financial Crimes Investigative Unit's division counsel. The Receiver has been advised that the transfer will likely receive the required approval in the near term but that the actual transfer could not be made before 90 – 120 days following approval. Accordingly, it is clear that the funds will not be transferred prior to final distribution and discharge of the Receiver. As detailed *infra*, at §I.E, the Receiver asks that the Court authorize the Commission to accept the payment of these funds and carry out the collection and distribution of these assets.

### f. Assets in Possession of Christopher Faulkner Upon his Arrest

On or about June 18, 2018 FBI and IRS agents arrested Faulkner as he was boarding an aircraft at Los Angeles International Airport destined for the United Kingdom. The United States

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER

PAGE 19

APP. 0026

Attorney's Office for the Northern District of Texas had initiated a criminal complaint which was the basis for Faulkner's incarceration. In connection with the arrest of Faulkner, the United States Attorney took possession of items of personal property which were within Faulkner's custody and control at the time of his arrest, including cash, gold bars and a watch of significant value. The Receiver took possession of these items and, as directed by this Court, segregated them in a safe deposit box in Houston, Texas pending further order regarding their disposition. On October 11, 2021, the Receiver filed his Motion to Subsume Certain Assets into the Receivership Estate which the Court granted on November 3, 2022. ECF No. 639. The U.S. paper currency was deposited into the Receivership's main account at PNC Bank. The remaining items were sold at auction by the Dallas Auction Gallery for the following amounts.

1. Vacheron Constantin No. 143 Luxury Wristwatch, sold for $13,000.00;
2. Ten one-ounce gold bars, sold for $15,700 in total; and
3. One one-gram gold bar (contained on a blue wallet-sized card) and six gold coins, sold for $9,350.00 in total.

The transfer of these amounts, net of commissions, has been deposited into the Receivership accounts.

g.    *The Commission's Settlements with Relief Defendants*

On July 20, 2018, this Court entered a Final Judgment as to Relief Defendant Tamra Freedman through which she is liable for $900,000 in disgorgement. Assets previously seized from Freedman ($795,247 in a frozen checking account) were transferred to the Receivership Estate and credited to offset the judgment against her. A 2014 Land Rover Range Rover also was seized. The Receiver transported the vehicle from California to Texas via auto-transport service and sold it for $50,000 on or about October 24, 2018. The balance of Ms. Freedman's disgorgement amount ($52,752.23) was transmitted to the Receivership Estate on or about January 15, 2018.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER    PAGE 20

APP. 0027

In its Complaint herein the Staff of the Commission included Jetmir Ahmedi as a Relief Defendant. The Commission concluded a settlement with Relief Defendant Ahmedi which required him to pay $222,000 of funds received from the Defendants. The settlement funds were to be transmitted to the Receivership Estate for distribution to investors. On or about March 8, 2018, $155,000 of the settlement funds were deposited into the Receivership Estate, leaving a balance due of $67,000, plus post judgment interest, which accrues pursuant to 28 U.S.C. § 1961.

### E.  Ancillary Litigation and Settlement of Claims

Pursuant to the Order Appointing Receiver the Receiver investigated potential claims of the Receivership Entities and where necessary initiated litigation to vindicate the rights and interests of those entities.

### 1.  Claims against Rothstein Kass & Co., PLLC and Brian Matlock

On March 13, 2019, this Court granted the Receiver's motion to initiate litigation against Rothstein Kass & Co., PLLC and its personnel ("Rothstein Kass") based, *inter alia*, upon its failure to perform auditing services for BOG and BRC in accordance with generally accepted auditing standards. Rothstein Kass's conduct gave rise to damages including, *inter alia*, increased liability to investors and professional and other administrative expenses. The Receiver engaged in extensive efforts to resolve the claims of the Receivership Entities through negotiation. These efforts were unsuccessful. On July 1, 2019, the Receiver commenced the action entitled *Taylor v. Rothstein Kass & Company, PLLC and Brian Matlock*, Civil Case No. 3:19-cv-1594-D in the United States District Court for the Northern District of Texas ("*Rothstein Kass*").

On July 12, 2019, this Court entered its Order authorizing the Receiver to enter into a contingent fee relationship with litigation counsel in the Rothstein Kass matter and in any

**Receiver's Motion for Final Payment of Fees and Expenses, Final Distribution, and to Wind Up Receivership and Discharge Receiver**

**Page 21**

**APP. 0028**

subsequent litigation in which the Court authorizes the Receiver to proceed [ECF No. 457]. The Receiver engaged counsel on a contingency fee basis and counsel appeared in the action.

Extensive discovery was conducted in the action and defendants initiated dispositive motions. The parties proceeded to mediate before the honorable Jeff Kaplan. Mediation was conducted on January 20, 2021 and continued on February 11, 2021. Agreement in principle to settle the matter was reached at mediation.

Under the agreement, by this Court, Rothstein Kass's insurance carrier, on behalf of Rothstein Kass, agreed to pay $7.0 million to the Receiver for distribution to investors whose claims have been allowed by the Receiver.[11]

On April 21, 2021, the Receiver filed his Unopposed Motion to Approve Proposed Settlement with Rothstein Kass and Expedited Request for Entry of Scheduling Order and Brief in Support ("Motion to Approve Settlement"). ECF No. 591. Consistent with the terms of the settlement, on April 21, 2021, the Receiver filed his Motion to Enter Proposed Final Bar Order and Brief in Support ("Motion to Enter Bar Order"). ECF No. 594.

This Court ordered a hearing upon the motions which took place in Judge Fitzwater's courtroom on August 17, 2021. On September 2, 2021, the Court entered its Memorandum Opinion and Order granting the Receiver's Motion to Approve Settlement "to the extent of preliminarily approving the proposed settlement," granted the Receiver's request for a scheduling order and granted the Receiver's Motion to Entry Bar Order "to the extent of preliminarily approving the proposed final bar order." ECF No. 627. Following entry of a scheduling order, no additional objections were submitted to the Court. On November 2, 2021 the Court entered its

---

[11] As previously approved by this Court, Receiver's counsel in the matter was entitled to a 30% contingent fee related to the net recovery under the Settlement. Disbursement of fees was made to Receiver's counsel, Castillo Snyder P.C., net of all expenses in the matter.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                                      PAGE 22

APP. 0029

order approving the Rothstein Kass settlement [ECF No. 637] and entered the Bar Order. ECF No. 638.

### 2. Claims against Scheef & Stone LLP, Mitch Little and Roger Crabb

The Receiver concluded that legal action on behalf of the Receivership Estate was warranted concerning potential professional negligence and related claims as to a certain law firm which rendered services to the Receivership Entities in connection with the offer and sale of securities, the preparation and filing of reports under the Securities Exchange Act of 1934 on behalf of BECC, and other related matters.

As required by the Second Amended OAR, on August 30, 2019, the Receiver sought leave of this Court to initiate litigation as to the law firm of Scheef & Stone, LLP ("Scheef & Stone") and certain of its personnel. ECF No. 477. By Order dated September 3, 2019 [ECF No. 478] this Court authorized the Receiver to proceed with the proposed ancillary litigation. On November 1, 2019 the Receiver commenced the action entitled *Taylor v. Scheef & Stone, LLP, et al.*, Case No. 3:19-cv-2602-D ("*Scheef & Stone*"), and subsequently engaged contingent fee counsel to proceed in the matter, as previously approved by the Court.

On October 13, 2020, the parties mediated before the Honorable Jeff Kaplan and reached a mutually agreeable settlement in the amount of $3.0 million. On December 21, 2020, the Receiver moved this Court for approval of the settlement; this Court granted the motion on December 23, 2020. EFC No. 578.

### 3. Lawsuits Initiated to Collect Unlawful Commissions Paid

The Receiver coordinated efforts with the Staff of the Commission regarding claims against individuals who were active in (and compensated from) the offer and sale of oil and gas interests by the Defendants. The Commission initiated Administrative Proceedings against certain

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,**
**AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER**
**PAGE 23**

**APP. 0030**

of these "brokers" who received the largest amounts of proceeds from the scheme[12], and through settlement and default achieved awards of civil penalties, disgorgement and pre-judgment interest totaling over $10,954,771.11.[13]

As of the filing of this Motion, $50,000[14] in civil penalties, disgorged funds and prejudgment interest awarded in separate actions brought by the Commission have been received by or transferred to the Receiver. As detailed further below, the collection of the remaining amounts due under these orders and settlements will be handled by the Staff of the Commission and, after closure of the Receivership Estate, should funds be collected pursuant to these proceedings, the SEC may distribute the funds to the claimants of the Receivership Estate to the extent such a distribution is feasible.

The Receiver also made demand upon other "brokers" and sales representatives for the return of compensation received for the offer and sale of oil and gas interests by the Defendants pursuant to the Texas Uniform Fraudulent Transfer Act, TEX. BUS. & COM. CODE §24.001 *et seq.* ("TUFTA"). Certain putative defendants failed to respond to the Receiver's communications or cede to the Receiver's demands, and the Receiver obtained leave of Court to proceed to litigation on the Receivership Estate's claims. ECF No. 495. On February 18, 2020 the Receiver filed an Original Complaint against Reymond Trevino ("Trevino") and his nominal entity Eagle Rio

---

[12] *In re: Robert L. Baker, Jacob B. Herrera, Michael D. Bowen and Terrence A. Ballard*, Administrative Proceeding File No. 3-17716, Securities Act of 1933 Release No. 10264 (December 8, 2016) (*available at* https://www.sec.gov/litigation/apdocuments/ap-3-17716.xml); *In re: Alfred C. Teran*, Administrative Proceeding File No. 3-18098, Securities Exchange Act of 1934 Release No. 81308 (Aug. 3, 2017) (*available at* https://www.sec.gov/litigation/apdocuments/ap-3-18098.xml).

[13] Baker (civil penalty of $50,000, disgorgement of $2,727,016.00 and prejudgment interest of $422,354.52); Herrera (civil penalty of $50,000, disgorgement of $2,378,378.68 and prejudgment interest of $361,430.56); Bowen (civil penalty of $50,000, disgorgement of $1,736,605.66 and prejudgment interest of $299,407.30); Ballard, by default (disgorgement of $1,106,228.64 and prejudgment interest, plus a civil penalty of $650,000); Teran (disgorgement of $920,103.16 and prejudgment interest of $153,246.59).

[14] These funds were paid by Jacob Herrera. The Receiver has advised the Commission's Staff of those instances in which required payments were not timely made.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER       PAGE 24

APP. 0031

Energy Companies Inc. ("Eagle Rio"), Derek Taylor ("Taylor") and his nominal entity Alden Adams, LLC ("Alden Adams"), Nathan Madu ("Madu"), and Okoto Okpo ("Okpo") (collectively, the "Clawback Defendants"), Civil Action No. 3:20-cv-00393-D (N.D. Tex. 2020) (the "*Clawback*").

Defendant Madu failed to appear or otherwise answer the Receiver's Complaint. The Receiver filed a request for the Clerk of Court to enter default against Madu, which was entered December 16, 2020. *Clawback*, ECF No. 46. The Receiver subsequently filed a request for the Clerk of Court to enter a default judgment for a sum certain ($219,921.00) plus post judgment interest against Madu pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, which judgment was entered December 21, 2010. *Clawback*, ECF No. 50. Final judgment was entered against Madu on August 25, 2021. *Clawback*, ECF No. 87.

Defendants Taylor and Alden Adams prevailed on their initial motion to dismiss the Receiver's Complaint pursuant to Rules 12(b)(6) and 9(b) [*Clawback*, ECF No. 54], but with leave of court the Receiver filed a First Amended Complaint [*Clawback,* ECF No. 55]. The Court denied these defendants' motion to dismiss the Receiver's First Amended Complaint. *Clawback*, ECF No. 88.

Defendants Trevino, Eagle Rio, and Okpo sought entry of summary judgment on the Receiver's claims. On October 29, 2021 the Court entered a Memorandum Opinion and Order granting in part and denying in part summary judgment. *Clawback*, ECF No. 89. In this regard, the Court granted summary judgment with respect to the Receiver's claims under the TUFTA and denied summary judgment with respect to the Receiver's claims for money had and received. *E.g.*, *id*. at pp. 23, 28 – 29, 33, 42, 48.

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER**                               **PAGE 25**

**APP. 0032**

Thereafter, the parties engaged in renewed settlement discussions. The Parties reached agreement on a settlement framework, subject to Court approval, consisting of the execution of a promissory note by the defendants in favor of the Receiver with monthly payment terms over a one-year period. In the event of default on the promissory note, the Receiver could submit an agreed judgment to the Court for entry with respect to any unpaid amounts. The defendants waived notice of default and all rights to oppose or appeal the entry of the agreed judgments. The Court approved the settlements on July 22, 2022. ECF No. 664.

The Defendants initiated payments under the terms of their settlement agreements, however, all settling defendants subsequently defaulted -- failing to make the required monthly payments. In this regard, Trevino and Eagle Rio have paid $4,375 of the $26,250 due under their promissory note; Okpo has paid $9,562.50[15] of the $26,250 due under his promissory note; and Derek Taylor and Alden Adams have paid $4,500 of the $13,500 due under their promissory note.

Although not required (and specifically exempted) under the terms of the settlements, on May 31, 2023 the Receiver's counsel informed counsel for the settling defendants that the Receiver intended to seek the relief herein forthwith, and if the settling defendants did not cure their respective defaults immediately he would move for entry of the agreed judgments. Receiver's counsel received one response, but to date has not received any additional payments on the promissory notes. Thereafter, on June 21, 2023 the Receiver moved this Court in the *Clawback* action to enter the agreed judgments. *Clawback*, ECF No. 94. The Court entered the agreed judgments on June 22, 2023. *Clawback*, ECF Nos. 96, 97, 98. The Receiver will abstract these judgments in various counties in North Texas, where the settling defendants reside. As detailed

---

[15] Okpo made a payment of $3,000 following entry of the Agreed Judgments discussed hereinbelow.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                     PAGE 26

APP. 0033

immediately below, the payments due under these *Clawback* agreed judgments shall be assigned to the Commission.

### F.     Assignment to SEC of Payments Due Under Judgments, Orders and Claims

As detailed *supra*, the Receivership Estate's remaining non-cash assets consist only of potential recoveries related to certain orders, settlements and judgments (the "Outstanding Claims"). These Outstanding Claims are not realistically collectable at this juncture.

The continuation of the Receivership Estate for the sole purpose of potentially collecting on these presently uncollectable Outstanding Claims would be costly, burdensome, and not in the best interests of the Receivership Estate's claimants. Consequently, through the Order tendered herewith, the Receiver seeks the authority to assign any payments due under these Outstanding Claims to the Commission.  Should funds be recovered pursuant to these Outstanding Claims, if feasible, the Commission may move to distribute any funds obtained in conformity with the Receiver's Plan of Distribution approved by this Court [ECF No. 541].

As further set forth *supra*, the Receiver has been informed that the IRS will likely approve the transfer of $280,000.00 in seized Receivership Assets soon, but that after formal approval it will take from 90 – 120 days to effect actual disbursement of the funds. Accordingly, the receipt and possible distribution of these funds would be committed to the SEC's direction in the same manner as the Outstanding Claims referred to hereinabove.

The Receiver therefore recommends that the Court order the Receivership Estate closed upon the final distribution and that the Receiver be discharged of his duties and all liabilities and potential liabilities under the Order Appointing Receiver, with the receipt and possible distribution of the Outstanding Claims to be handled by the Commission.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER                                    PAGE 27

APP. 0034

### G. Receivership Assets Available for Final Distribution

As of the present date, the Receivership Estate's cash on hand is approximately $4,504,932.41.[16] The Receiver seeks approval in the Final Fee Application, *infra*, for the payment of $110,474.91 in fees and expenses as follows: (i) $77,703.50 to the Receiver and his firm; (ii) $13,657.30 to Goforth Law, PLLC ("Goforth"); and (iii) $19,114.11 to Lain, Faulkner & Co., P.C. ("LainFaulkner"). After payment of those amounts the Receivership Estate will have approximately $4,394,457.50 on hand for its Final Distribution.

### H. Transfer, Abandonment or Destruction of Books and Records

The Receiver moves this Court for authorization to store, maintain, abandon or destroy all books and records of the Receivership Estate under his control.

## II. FINAL APPLICATION TO PAY FEES INCURRED BY THE RECEIVER AND OTHER PROFESSIONALS

### A. Fees and Expenses Incurred

This Application seeks the approval and payment of the professional fees and expenses for the Receiver and his firm, his counsel, and his accountants during the period of April 1, 2023 through June 30, 2023 (the "Subject Period").

The Receiver and his law firm have submitted three invoices for services rendered during the Subject Period. These invoices include fees incurred to date for the month of June along with estimates which are submitted with respect to the winding up of the Receivership Estate as detailed in this Motion for Discharge. In this regard, the Receiver estimates that the administration of the final distribution, disposition of Receivership paper and electronic records, and the approval and

---

[16] This amount includes approximately ($10,600.13) in outstanding checks/payments.

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER

PAGE 28

APP. 0035

execution of the final Receivership tax return will require, at minimum, 14 hours of legal and administrative work. The Receiver and his law firm seek payment as follows: for the period (1) April 2023, $24,875.50 in fees and expenses; (2) May 2023, $25,335.50 in fees and expenses; (3) June 2023, $27,492.50 in fees and expenses incurred and estimated for the remaining tasks detailed herein. Pursuant to the Third Amended OAR, the Receiver seeks the Court's approval and payment of these fees.

Counsel to the Receiver, Goforth, has submitted three invoices for services rendered through the Subject Period. These invoices include fees incurred to date for the month of June along with estimates which are submitted with respect to the winding up of the Receivership Estate as detailed in this Motion for Discharge. In this regard, Goforth estimates that abstracting the *Clawback* judgments in various counties in the Northern District of Texas will require approximately 6 hours of work. Goforth seeks payment as follows: (1) April 2023, $5,398.10 in fees and expenses; (2) May 2023, $630.00 in fees and expenses; and (3) June 2023, $7,629.20 in fees and expenses incurred and estimated for the remaining tasks detailed herein. Pursuant to the Third Amended OAR, the Receiver seeks the Court's approval and payment of these fees and expenses.

Accountants to the Receiver, LainFaulkner, have submitted one invoice for services rendered from October 1, 2022 through the Subject Period. LainFaulkner seeks payment as follows: $6,414.11 in fees and expenses incurred to date and $12,700 in estimated fees and expenses to effect the final distribution of Receivership Assets and prepare the Receivership's final tax return. Pursuant to the Third Amended OAR, the Receiver seeks the Court's approval and payment of these fees and expenses.

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,**
**AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER**                                    **PAGE 29**

**APP. 0036**

Exhibit 1 provides the following information regarding the fees and expenses incurred by the Receiver and his firm for the Subject Period: (a) the dates upon which the services were rendered by each professional; (b) a description of the services rendered by each professional; (c) the hours worked by day and the hourly rates of each professional who provided services; and (d) the monetary value ascribed to each task performed by each professional. The rates charged by the Receiver and his firm represent approximately a 35 – 40% discount from their normal and customary rates.

Exhibit 2 provides the same information regarding the fees and expenses incurred by Goforth for the Subject Period.

Exhibit 3 provides the same information regarding the fees and expenses incurred by LainFaulkner for the Subject Period.

Attached hereto as Exhibit 4 is the Standardized Fund Accounting Report ("SFAR") for the Subject Period as required by the Commission's Billing Instructions for Receivers in Civil Actions, along with an accounting of Receipts and Disbursements for the totality of the Receivership.

## B. Johnson Factors

In support of this request, the Receiver respectfully directs the Court's attention to those factors generally considered by courts awarding compensation to professionals for services performed in connection with the administration of a receivership estate. As provided by the Circuit Court of Appeals for the Fifth Circuit in *Migis v. Pearle Vision, Inc.*, 135 F.3d 1041, 1047 (5th Cir. 1998), "[t]he calculation of attorneys fees involves a well-established process. First, the court calculates a 'lodestar' fee by multiplying the reasonable number of hours expended on the case by the reasonable hourly rates for the participating lawyers. The court then considers whether

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION,
AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER

PAGE 30

APP. 0037

the lodestar figure should be adjusted upward or downward depending on the circumstances of the case. In making a lodestar adjustment the court should look at twelve factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974)." Those factors, as applied to the services rendered in this case by the Receiver and his firm, are as follows:

1. <u>Time and Labor Required</u>:  The Receiver respectfully refers the Court to Exhibits 1, 2, 3, and 4 which detail the activities of several professionals during the Subject Period, showing significant hours of Receiver, legal, accounting, and paraprofessional time expended during the Subject Period in an effort to comply with the mandates set forth in the Third Amended OAR.

2. <u>Novelty and Difficulty of the Questions</u>:  Many of the tasks reflected in Exhibits 1, 2, 3, and 4 detail the complexity of some of the factual and legal questions at issue in this case.

3. <u>Skill Requisite to Perform the Services Properly</u>:  The Receiver believes that the services required in this case demand individuals possessing considerable experience in asset seizure, tracing, and liquidation, as well as litigation skills to comply with the Court's Third Amended OAR for the benefit of investors. The Receiver and his counsel have considerable experience in these areas.

4. <u>Preclusion of Other Employment Due to Acceptance of the Case</u>:  The Receiver and his counsel were precluded from engaging in other employment to the extent they expended hours performing services required by this case, although no specific representation was declined solely because of their services related to this Receivership.

5. <u>Customary Fee</u>:  The hourly rates sought herein are substantially discounted below the rates charged by other practitioners of similar experience levels in the Northern District of Texas and represent a discount of approximately 35 – 40% of fees charged by the Receiver and

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER PAGE 31

APP. 0038

his firm for SEC enforcement matters. Receiver's litigation counsel are billing the Receivership at similarly discounted rates.

6.    Contingent Nature of Fee:  Payment of professional fees is subject to the approval procedure set forth in paragraphs 57 – 64 of the Third Amended OAR.

7.    Time Limitations Imposed by the Client or Other Circumstances:  The time requirements during the Subject Period have been substantial. It has been necessary for the Receiver and his professionals to move quickly in connection with this matter and thus afford it priority in the course of their overall business.

8.    Experience, Reputation, and Ability of Attorneys:  The Receiver submits that he and his firm and engaged counsel and accountants are recognized and respected in the securities enforcement community for their expertise and abilities.

9.    Undesirability of the Case:  This was not a factor in this case.

10.    Nature, Length, and Professional Relationship with the Client:  This was not a factor in this case.

11.    Awards in Similar Cases:  The Receiver relies on the Court's experience and knowledge with respect to fee awards in similar cases and submits that the fees requested in this Application are comparable to or lower than those in cases with similar subject matter in this District.

12.    The Amount Involved and the Results Obtained:

    a.    The Amount Involved.

As noted above, the Receiver seeks approval and payment of fees and expenses for the Subject Period as follows: (i) $77,703.50 to the Receiver and his firm; (ii) $13,657.30 to Goforth; and (iii) $19,114.11 to LainFaulkner.

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER**                                        PAGE 32

APP. 0039

b. *The Results Obtained*

The results obtained by the Receiver during the pendency of this case are set forth in detail hereinabove include the following:

During the Subject Period, the Receiver, his staff, and his engaged professionals accomplished all tasks necessary to conclude and close the Receivership. In this regard, the following tasks were performed:

1.      Amounts due to all known taxing authorities were paid in full as agreed and research was conducted to determine that no tax liabilities, litigation or judgments were outstanding;

2.      All tax allocations were reconciled with the buyer of the Receivership Estate's royalty interests, *pro rata* obligations were paid to the buyer, and a memorandum of agreement was entered into with the buyer;

3.      The conveyance of royalty interests was documented and concluded with the assistance of oil and gas counsel and EnergyNet personnel;

4.      Outstanding litigation claims and judgments were reviewed and final collection efforts were undertaken. The Receiver devised, in consultation with the Commission's Staff, the assignment of the payments on these Outstanding Claims following his discharge;

5.      A review of all remaining physical assets was undertaken and those assets were prepared for sale through EnergyNet and sold at auction; where assets were deemed to be unsaleable, leave was sought and obtained from this Court to abandon such assets;

6.      Efforts were undertaken in support of the Receiver's petition for turnover of cash assets seized by law enforcement and in the possession of the IRS;

**RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER**                                          **PAGE 33**

**APP. 0040**

7.     A review of the status and location of the documents and records of the Receivership Entities was undertaken in anticipation of Receiver's discharge;

8.     The claimant distribution list was adjusted and corrected as necessary. The Receiver sought and obtained leave of this Court to disallow claims of certain unreachable claimants, and include amounts represented by those claims to be included in the distribution to all other claimants; and

9.     The Receiver and engaged professionals prepared the instant Motion for Discharge.

WHEREFORE, PREMISES CONSIDERED, the Receiver prays that the Court (i) approve and authorize payment to the Receiver and his firm in the amount of $77,703.50 for the Subject Period, (ii) approve and authorize payment to Goforth in the amount of $13,657.30 for the Subject Period; (iii) approve and authorize payment to LainFaulkner in the amount of $19,114.11 for the Subject Period; and (v) grant such other and further relief to which the Receiver may show himself justly entitled to receive.

### III.   <u>CONCLUSION</u>

The Receiver requests that this Court enter an Order (1) authorizing the final payment of fees and expenses to engaged professionals, (2) authorizing the final distribution of Receivership Assets pursuant to the Plan of Distribution, (3) turning over to the Commission the receipt of the Outstanding Claims, (4) authorizing the Receiver to store, maintain, abandon or destroy all books and records of the Receivership Estate under his control; and (5) terminating the Receivership and discharging the Receiver and his professionals from their duties and from any and all liability that

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER     PAGE 34

APP. 0041

may have been incurred in the course of the Receivership, subject to the completion of all distributions of the remaining assets of the Receivership Estate.

Dated: June 30, 2023

Respectfully submitted,

THE TAYLOR LAW OFFICES, PC

Thomas L. Taylor III
Texas Bar: 19733700
taylor@tltaylorlaw.com

245 West 18th Street
Houston, Texas 77008
Tel: 713.626.5300
Fax: 713.402.6154

COURT-APPOINTED RECEIVER

GOFORTH LAW, PLLC

By:     /s/ Andrew M. Goforth

Andrew M. Goforth
Texas State Bar: 24076405
andrew@goforth.law

11152 Westheimer Road # 1121
Houston, Texas 77042
Tel:     (713) 464-2263
Fax:     (713) 583-1762

COUNSEL FOR RECEIVER

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER     PAGE 35

APP. 0042

## <u>CERTIFICATE OF CONFERENCE</u>

      I certify that undersigned counsel for the Receiver conferred with counsel for Plaintiff Securities and Exchange Commission, who does not oppose the relief sought herein.

  /s/ Andrew M. Goforth      
Andrew M. Goforth

## <u>CERTIFICATE OF SERVICE</u>

      I certify that on June 30, 2023 I served the foregoing document pursuant to FED. R. CIV. P. 5(b)(2)(E) by filing it through the Court's CM/ECF filing system.

  /s/ Andrew M. Goforth      
Andrew M. Goforth

RECEIVER'S MOTION FOR FINAL PAYMENT OF FEES AND EXPENSES, FINAL DISTRIBUTION, AND TO WIND UP RECEIVERSHIP AND DISCHARGE RECEIVER    PAGE 36

APP. 0043

# Exhibit 1

APP. 0044

# INVOICE

The Taylor Law Offices, P.C.
245 West 18th Street
Houston, Texas 77027
713.626.5300 (Tel.)
402.6154 (Fax)

Tax I.D. #27-2449812

Invoice Date: May 1, 2023

Regarding: *S.E.C. v. Christopher A. Faulkner, Breitling Energy Corporation, Jeremy S. Wagers, Judson F. Hoover, Parker R. Hallam, Joseph Simo, Dustin Michael Miller Rodriguez, Beth C. Handkins, Gilbert Sedley, Breitling Oil & Gas Corporation, Crude Energy, LLC, Patriot Energy, Inc.;* Civil Action No. 3:16-cv-1735-D in the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through: April 30, 2023

Total Professional Services  $ 24,875.50

APP. 0045

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/4/2023 | TLT | 3 | Review bidding on auction for working interests and conferences re same (1.3); telephone conferences and emails with EnergyNet re execution of conveyances, attention to draft conveyance for all working interests for auction (1.7). |
| 4/4/2023 | KAC | 0.1 | Telephone conference with the Receiver re conveyances. |
| 4/5/2023 | TLT | 2.5 | Review bidding on working interest auction and conferences with EnergyNet re same (1.5); conferences re winning bid and next steps to close (.8); review C. Felton email re bidding and response (.2). |
| 4/6/2023 | TLT | 6.6 | Telephone conferences and email with EnergyNet re required revisions to draft conveyances (.4); telephone conference with oil and gas counsel re revisions to conveyances (.4); conference with KAC re same (.2); review revisions to all conveyances (1.2); conference with counsel re motion to confirm sale of working interests and review email to SEC Staff re motion to confirm (1.2); review and revise motion to confirm/review email and telephone conference re same (1.5); review Agreement of Sale and exhibits for motion attached to C. Felton email (1.1); review C. Felton email and attachments re marketing of working interest auction (.3); review email from SEC Staff (.1); email to SEC Staff re settlements and review response (.2). |
| 4/6/23 | KAC | 0.2 | Confer with Receiver re revisions to outgoing conveyances. |

APP. 0046

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/7/2023 | TLT | 1.4 | Review counsel/EnergyNet emails re agreement/attachments to motion (.8); review draft C. Felton declaration and emails re same (.6). |
| 4/10/2023 | TLT | 2 | Emails re motion to confirm, review, revise and approve draft motion to confirm and supporting papers/emails re same/attention to Taylor declaration (1.8); email to SEC Staff and response (.2). |
| 4/11/2023 | TLT | 3.4 | Emails and telephone conference with EnergyNet re marketing materials for motion to confirm, telephone conference with C. Felton re same, telephone conference with counsel re same (.7); review S. Thomas/C. Felton email re marketing exhibit (.2); review new exhibits and email re same (.2); approve, finalize and file motion to confirm (.3); review appendix and Taylor Declaration re same (.7); emails with SEC Staff re Court of Appeals, Fifth Circuit opinion (.2); review SEC Staff email re judgments obtained/review schedule of judgments and telephone conference with counsel re same (.6); SEC email re outstanding amounts/procedures and respond (.4); telephone conference with counsel re same (.1). |
| 4/11/2023 | KAC | 0.2 | Email to counsel re outgoing conveyances. |
| 4/12/2023 | TLT | 1.7 | Review of settlements/judgments monitored by Receivership/payments received, email from counsel re same (.8); review email and telephone conference with SEC Staff re status of collection (.3); review counsel email/schedule sent to SEC Staff re settlements (.6). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/13/2023 | KAC | 0.2 | Telephone conference with A. Goforth and Receiver re tax letter to buyer and email re same. |
| 4/24/2023 | TLT | 1.8 | Attention to status of WI sale confirmation and emails re same; attention to status of IRS seizure/turnover and telephone conference re same/email with KAC re same (1.3); review SEC Staff inquiry re seized assets/review prior correspondence and approve email to Staff. |
| 4/24/2023 | KAC | 0.9 | Email to Reinsch re seized IRS funds; prepare outgoing conveyances; correspondence with Receiver re outgoing conveyances. |
| 4/25/2023 | TLT | 0.2 | Confer with KAC re outgoing conveyances. |
| 4/25/2023 | KAC | 0.2 | Correspondence and telephone conference with Receiver re outgoing conveyance issues |
| 4/26/2023 | TLT | 2.1 | Review correspondence from buyer's counsel and review executed documents (.6); attention to oil and gas assignments and execute of same (1.5). |
| 4/27/2023 | TLT | 2.2 | Review oil and gas counsel email re form of assignments/review and re-execute assignments, telephone conference with oil and gas counsel and conference with KAC re re-execution, review KAC & oil and gas counsel correspondence. |
| 4/27/2023 | KAC | 0.5 | Telephone conferences and emails re outgoing conveyances; attention to preparation of same. |

APP. 0048

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/2/2023 | KAC | 1 | Attention to bookkeeping. |
| 4/3/2023 | TLT | 3.7 | Review counsel email re Linebarger and refund instruction to royalty interest buyer (1.2); conference call re PNC/engagement of alternate vendor for final distribution (.5); conference call with Receiver's accountant (Dean Bielitz) re possible engagement for final distribution (.7); review and revise draft demand letter to PNC (.7); telephone conference with counsel re Goose Creek (.3); draft and revise termination letter re PNC/final distribution and conference re same (.3). |
| 4/3/2023 | KAC | 0.8 | Telephone conference with counsel and Receiver (.2); call with Receiver and accountant re final distribution project (.2); telephone conference with counsel re same (.2); research contract papers with PNC re distribution (.2). |
| 4/4/2023 | TLT | 2.2 | Review Linebarger memo re outstanding taxes/attention to payment of Dallas County taxes and telephone conference re same (1.3); review correspondence from A. Patel re Crude and BOG investments, review response (.3); email with counsel re tax resolution and conference re same (.6). |
| 4/5/2023 | TLT | 2.3 | Email from KAC re investor distribution spreadsheet and telephone conference re same (.2); review LainFaulkner email re status of distribution list (.1); draft and revise tax resolution letter and conference with counsel re same (.7); review A. Rowe memo re proposal for final distribution and conference with KAC re same (1.3). |

APP. 0049

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/5/2023 | KAC | 0.8 | Draft SFAR; review email from C. Felton and email to R. Foti same. |
| 4/6/2023 | KAC | 0.3 | Attention to Receiver request for information re SEC settlement documents. |
| 4/7/2023 | TLT | 0.1 | Review email re investor inquiry. |
| 4/7/2023 | KAC | 0.3 | Telephone conference with Receiver re open items/deadlines. |
| 4/10/2023 | TLT | 2.1 | Review claimant email re tax treatment and draft response (.7); review research re 1099 issue and adequacy of Receiver's letter in lieu of 1099 and conference re same (1.3); review claimant correspondence (Murphy) (.1). |
| 4/10/2023 | KAC | 0.6 | Attention to investor inquiry; attention to request from counsel re EnergyNet login/data room info. |
| 4/11/2023 | TLT | 0.3 | Review and approve invoice from oil and gas attorneys; review claimant correspondence (Wohrman). |
| 4/12/2023 | TLT | 0.8 | Review correspondence with Linebarger re payment to Dallas and refund to royalty interest buyer, conference re same; review draft letter to Drennan from counsel. |
| 4/13/2023 | TLT | 0.9 | Email from counsel re tax resolution; attention to Frio County resolution and correspondence from Drennan re same/conference with KAC and correspondence from counsel re same. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/14/2023 | TLT | 3.4 | Emails with counsel re resolution of tax obligation vis-á-vis royalty interest buyer/conference with counsel re same (.5); review draft memo re global resolution of tax issues and conference re same (1.2); attention to engagement for final distribution (1.1); review email re payment/QuickBooks, etc. and conference re same (.4); review correspondence from claimants re final distribution and response (.2). |
| 4/14/2023 | KAC | 0.4 | Call with accountant re preparing for distribution procedures; attention to email from accountants; attention to investor inquiry. |
| 4/17/2023 | TLT | 2.7 | Email with buyer's counsel re tax resolutions and conference re same (.5); attention to off-site storage and conference re same (.3); review revised draft of tax resolution memo and conference re same (.7); review correspondence from counsel to buyer re resolution of Dallas Co/overpayment and telephone conference with counsel re same, correspondence with Linebarger re same (1.2). |
| 4/17/2023 | KAC | 0.2 | Telephone conference with Receiver re final distribution check verbiage; attention to payment of Dallas County property taxes owed by Receivership Estate. |
| 4/18/2023 | TLT | 3 | Draft and revise memo of agreement re taxes/review OAR re payment of taxes/conferences re same (1.2); review total payments through McCreary, Linebarger, etc. and attention to possible judgments not covered (1.8). |
| 4/18/2023 | KAC | 0.3 | Attention to request from counsel re attorneys for taxing authorities. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/19/2023 | TLT | 2.8 | Finalize tax agreement and approve for execution/emails from counsel re same (1.3); review email from SEC Staff re question about distribution/research re same and conference with KAC re same, email to SEC Staff (1.5). |
| 4/19/2023 | KAC | 0.2 | Confer with Receiver re SEC Staff email. |
| 4/20/2023 | TLT | 1.2 | Claimant correspondence (.2); review Sue-Ann correspondence and operating statement/conference re same (.3); respond to claimant re tax issues/research re same and telephone conference with accountant re same (.5); review and approve KAC email to SEC Staff and conference re same (.2). |
| 4/20/2023 | KAC | 0.4 | Respond to email from SEC Staff re SFAR and telephone conference with Receiver re same. |
| 4/21/2023 | TLT | 1.2 | Conference with counsel re PNC lockbox issue/outline, review and approve correspondence with PNC re same (.6); review and approve LainFaulkner invoice and conference re estimate for final distribution/email with KAC re status of invoices (.5); claimant correspondence (.1). |
| 4/24/2023 | TLT | 1.3 | Correspondence with accountant and conference re same (.2); claimant correspondence (.1); attention to Walker email and questions re tax issues/review and approve response (.3); claimant correspondence (.2); finalize tax agreement and execute/email from counsel re same (.5). |

APP. 0052

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/24/2023 | KAC | 1.6 | Review investor emails and respond (1.1); reissue distribution check to found investor; telephone conference with Receiver re transfer of BRC account to BOG (.5). |
| 4/25/2023 | TLT | 0.3 | Review Linebarger correspondence re tax payment and approve response. |
| 4/26/2023 | KAC | 0.6 | Telephone conference with receiver re safe deposit box/PNC dispute (.1); attention to request from counsel re PNC dispute and email re same (.3); attention to email from Titus County and email to Linebarger re same (.2) |
| 4/27/2023 | KAC | 0.4 | Respond to oil and gas counsel email re conveyance issue and telephone conference with Receiver re same |
| 4/28/2023 | TLT | 1.4 | Conference with counsel re failure of PNC to respond/settle, approve draft letter to PNC counsel/finalize, review letter from PNC counsel/conclude settlement. |

| Status Reports | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/2/2023 | TLT | 1.5 | Draft and revise Q1 Status Report (1.3); conference with KAC (.2) |
| 4/2/2023 | KAC | 0.8 | Attention to Status Report and conference re same. |

APP. 0053

| Status Reports | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 4/3/2023 | TLT | 1.2 | Revise Q1 Status Report and conferences re same, review Exhibit A, conferences re same and file. |
| 4/3/2023 | KAC | 1.1 | Attention to Status Report/Exhibit A (.3); review Status Report and Exhibit A with Receiver and file (.8). |

| TIME SUMMARY | | | |
|---|---|---|---|
| NAME | HOURS | RATE | TOTAL |
| Thomas L. Taylor III | 59.3 | $ 395.00 | $23,423.50 |
| Kelly A. Cornelison | 12.1 | $ 120.00 | $ 1,452.00 |
| TIME SUMMARY TOTAL | | | **$ 24,875.50** |

APP. 0054

# INVOICE

The Taylor Law Offices, P.C.
245 West 18th Street
Houston, Texas 77027
713.626.5300 (Tel.)
402.6154 (Fax)

Tax I.D. #27-2449812

Invoice Date: June 1, 2023

Regarding: *S.E.C. v. Christopher A. Faulkner, Breitling Energy Corporation, Jeremy S. Wagers, Judson F. Hoover, Parker R. Hallam, Joseph Simo, Dustin Michael Miller Rodriguez, Beth C. Handkins, Gilbert Sedley, Breitling Oil & Gas Corporation, Crude Energy, LLC, Patriot Energy, Inc.;* Civil Action No. 3:16-cv-1735-D in the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through: May 31, 2023

Total Professional Services  $ 25,335.50

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/1/2023 | TLT | 1.8 | Attention to revised conveyance documents and emails from oil and gas counsel re same/telephone conference with EnergyNet re same and re anticipated confirmation. |
| 5/2/2023 | KAC | 0.2 | Attention to revised outgoing conveyances and prepare for execution. |
| 5/3/2023 | TLT | 2.2 | Review Court Order re confirmation motion, attention to proposed Order and telephone conference to counsel re same (.5); review Court's Confirmation Order and telephone conferences re same re transfer of assets, tax allocation, etc. (1.2); emails with EnergyNet re form of conveyance and changes to same (.5). |
| 5/4/2023 | TLT | 0.8 | Attention to revised conveyance / Order and exhibits, email from EnergyNet re same. |
| 5/5/2023 | TLT | 1.8 | Review, execute and transmit revised conveyances to EnergyNet. |
| 5/8/2023 | TLT | 2.6 | Attention to allocation of taxes, JIBs on interests sold and review conveyance documents re same, telephone conference to EnergyNet re same/telephone conferences with EnergyNet Staff re allocation issues (1.8); emails and telephone conference with C. Felton re transfer of assets sold on EnergyNet (.8). |

APP. 0056

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/8/2023 | KAC | 0.2 | Call with EnergyNet (.1); email to EnergyNet re BLMs (.1). |
| 5/9/2023 | TLT | 2.4 | Emails and initial telephone conference with buyer of working interests re producer notification/allocation/title transfer, etc., review EnergyNet emails re same (1.5); attention to Bureau of Land Management conveyance and emails re same, conference with KAC, email from EnergyNet/other conveyance issues (.9). |
| 5/10/2023 | TLT | 1.5 | Review JIBs due on sold working interests, emails with R. Foti re same and arrange conference call re same. |
| 5/10/2023 | KAC | 0.6 | Attention to BLM forms for transfer of asset |
| 5/11/2023 | TLT | 2 | Review emails re wiring proceeds from EnergyNet sale, telephone conference re wire (.3); attention to BLM documents and correspondence re same (.2); review JIB spreadsheet and R. Foti email re same, telephone conference with buyer re same (1.5). |
| 5/16/2023 | TLT | 1.4 | Review memo re royalties/JIBs received and schedule, email to R. Foti re same, conference with KAC re same; attention to suspense issues (Blackbeard). |

APP. 0057

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/16/2023 | KAC | 0.1 | Email to Blackbeard re funds in suspense. |
| 5/17/2023 | TLT | 1.5 | Review Blackbeard correspondence re transfer/suspense and conference re same (.4); telephone conference with working interest buyer re suspense/allocation (.5); review documents re royalty checks and allocation/email from R. Foti (.6). |
| 5/18/2023 | TLT | 0.7 | Review Sue-Ann production report and email re same, conference re same; review Sue-Ann "call" re JIBs and conference re same. |
| 5/22/2023 | TLT | 2.3 | Attention to transfer of working interests/JIBs/taxes etc. and call with buyer of working interests re same, conference re transfers (1.5); emails and telephone conference with oil and gas counsel re working interest transfer (.8). |
| 5/23/2023 | TLT | 1.7 | Attention to recording of conveyance/emails with EnergyNet re same/conference with KAC re same/telephone conference with buyer re same. |
| 5/23/2023 | KAC | 0.3 | Telephone conference with Receiver re allocation of royalty checks/email with oil and gas counsel re same; email to EnergyNet re status of recording. |
| 5/25/2023 | TLT | 0.6 | Review update re JIBs/revenue from R. Foti. |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/31/2023 | KAC | 2.1 | Emails to buyer and emails and calls to oil companies |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/3/2023 | TLT | 0.5 | Claimant correspondence, conference with KAC. |
| 5/3/2023 | KAC | 0.2 | Telephone conference with Receiver re open items. |
| 5/4/2023 | TLT | 0.2 | Claimant correspondence. |
| 5/5/2023 | TLT | 0.5 | Review and approve Sprouse Shrader invoice/telephone conference re estimate. |
| 5/8/2023 | TLT | 1.5 | Attention to consolidation of Breitling Receivership assets, telephone conferences and email re same, conference with KAC re same. |
| 5/8/2023 | KAC | 1.4 | Email to accountant re ordering distribution checks (.1); attention to close-up of Receivership, etc., telephone conference with Receiver re same (.7); telephone conferences and emails with investors re inquiries (.4); email to PNC re Pinacle account (.2); |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/9/2023 | TLT | 1.2 | Attention to final distribution mechanics/review accountant emails re same and conference with KAC re same and review emails re consolidation of assets. |
| 5/9/2023 | KAC | 0.2 | Telephone conference re investor inquiry; respond to accountant email. |
| 5/10/2023 | TLT | 0.5 | Attention to off-site storage of Receivership documents; review emails re PNC admin of distribution, fees, reimbursement, conference re same. |
| 5/10/2023 | KAC | 0.9 | Telephone conference with Receiver re open items; email to R. Foti re same; attention to investor inquiry. |
| 5/11/2023 | TLT | 0.4 | Email and telephone conference with SEC Staff re status of settlement, discharge, etc. |
| 5/11/2023 | KAC | 0.4 | Wire instructions to EnergyNet and texts with Receiver. |
| 5/12/2023 | TLT | 0.5 | Claimant correspondence; email and telephone conference with SEC Staff. |
| 5/15/2023 | TLT | 0.2 | Review email re final distribution; claimant correspondence. |

APP. 0060

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/16/2023 | TLT | 0.3 | Review and approve LainFaulkner invoice; claimant correspondence. |
| 5/16/2023 | KAC | 2.5 | Attention to incoming mail, royalty checks, JIBs; email to R. Foti re same. |
| 5/17/2023 | TLT | 0.1 | Claimant correspondence. |
| 5/17/2023 | KAC | 0.9 | Update Receivership website (.5); attention to investor inquiries (.2); attention to counsel's request for settlement payment schedule and email re same (.2). |
| 5/18/2023 | TLT | 0.1 | Claimant correspondence. |
| 5/22/2023 | TLT | 0.1 | Claimant correspondence. |
| 5/22/2023 | KAC | 0.2 | Telephone conference with Receiver re open items. |
| 5/23/2023 | TLT | 4.1 | Claimant correspondence (.1); conference with KAC re printing of Status Reports for review/email re same (.5); research re retention/destruction of documents/review prior orders (1.5); review location of Receivership books and records/review off-site records of TLT office (1.3); telephone conferences with Dykema, J. ross re documents in possession and disposition (.7) |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/23/2023 | KAC | 1.6 | Call with Receiver; attention to Status Report project. |
| 5/24/2023 | TLT | 5.6 | Attention to final invoices from professionals, etc. necessary for discharge motion (.5); review history of assets at inception/OSCs and other proceedings/Rack Alley/Cashier's checks re inclusion in discharge motion (3.5); correspondence with Dykema re books and records (.2); review Receiver's file re documents produced/held by IRS, DOJ, etc. (1.4). |
| 5/24/2023 | KAC | 0.8 | Attention to Status Report project. |
| 5/25/2023 | TLT | 4.7 | Review of Quarterly Status Reports/pleadings re matters to address in discharge motion (3.5); review files re physical assets seized/sold/termination of safe deposit box (1.2). |
| 5/26/2023 | TLT | 5.7 | Review all Quarterly Status Reports/pleadings re items necessary for closing (discharge)/draft necessary pleadings (4.4); review assets transferred from relief defendants/Range Rover, cash, etc./draft insert re same (1.3). |
| 5/29/2023 | TLT | 4.2 | Review Status Reports/pleadings re status of all items/draft discharge motion. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 5/30/2023 | TLT | 6.4 | Draft and revise discharge papers/conferences re same (4.6); attention to pending Receivership collections/ conference with IRS re same, review prior cases with SEC monitoring necessary and conf re same (1.8). |
| 5/30/2023 | KAC | 0.2 | Correspondence with Receiver re motion to discharge/open items. |
| 5/31/2023 | KAC | 0.5 | Attention to investor inquires; attention to payment of professionals. |

| TIME SUMMARY | | | |
|---|---|---|---|
| NAME | HOURS | RATE | TOTAL |
| Thomas L. Taylor III | 60.1 | $ 395.00 | $23,739.50 |
| Kelly A. Cornelison | 13.3 | $ 120.00 | $ 1,596.00 |
| TIME SUMMARY TOTAL | | | **$ 25,335.50** |

APP. 0063

# INVOICE

The Taylor Law Offices, P.C.
245 West 18th Street
Houston, Texas 77027
713.626.5300 (Tel.)
402.6154 (Fax)

Tax I.D. #27-2449812

Invoice Date: June 20, 2023

Regarding: *S.E.C. v. Christopher A. Faulkner, Breitling Energy Corporation, Jeremy S. Wagers, Judson F. Hoover, Parker R. Hallam, Joseph Simo, Dustin Michael Miller Rodriguez, Beth C. Handkins, Gilbert Sedley, Breitling Oil & Gas Corporation, Crude Energy, LLC, Patriot Energy, Inc.;* Civil Action No. 3:16-cv-1735-D in the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through: June 30, 2023

Total Professional Services  $ 27,492.50

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 6/1/2023 | TLT | 2.4 | Review EnergyNet correspondence/recorded conveyances; telephone conference with buyer re same/attention to transfer of assets and allocation of revenue and expenses (1.8); review emails with producers re transfer/telephone conference re same (.6). |
| 6/7/2023 | TLT | 1.2 | Review IRS correspondence/conference with C. Clotfelter re status of seized assets and procedure post-Receivership, draft proposed insert re same, conference with KAC re same. |
| 6/12/2023 | TLT | 0.8 | Review EnergyNet emails re recording of conveyances/ notification of producers/telephone conference re same. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 6/1/2023 | TLT | 4.1 | Review claimant correspondence (.3); draft Discharge Motion, review prior motions re requirements (3.8). |
| 6/1/2023 | KAC | 0.3 | Call with Receiver; respond to claimant inquiry. |
| 6/2/2023 | TLT | 4.9 | Draft discharge motion and conferences re same (3.8); claimant correspondence (.3); attention to outstanding clawback payments and entry of judgment per settlements (.8). |

APP. 0065

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 6/5/2023 | KAC | 2.3 | Attention to motion for discharge (1.8); attention to investor inquiries (.4); email to R. Foti re final invoice (.1) |
| 6/6/2023 | TLT | 7.4 | Telephone conference with SEC Staff re status of enforcement action/motion to approve (.3); review of clawback settlements, SEC settlements/monitoring post-discharge; email with counsel re proposed inserts (1.7); draft and revise discharge motion and support (2.4); emails re status of collection/ settlements and telephone conference with counsel re same (.7); review and revise inserts (1.5); review invoices from professionals for inclusion in discharge motion (.8). |
| 6/6/2023 | KAC | 0.8 | Attention to discharge motion. |
| 6/7/2023 | TLT | 7.6 | Review correspondence re Sue-Ann operating production (.2); review investors correspondence re distribution (.2); review and approve Sprouse Shrader invoice and email re final fee app (.3); review R. Foti invoice and conference with KAC re same (.2); review correspondence re status of payments from defendants/review file re same, conference re deposits pending discharge motion (.6); attention to discharge motion draft and conferences with KAC re same, attention to Receivership books and records, location of same, conference with KAC re same (2.5). |
| 6/7/2023 | KAC | 0.3 | Telephone conference with Receiver re open items (.2); investor inquiries (.1) |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 6/8/2023 | TLT | 3.2 | Claimant correspondence (.3); emails with SEC Staff re settlement/discharge, telephone conference re same, review prior status reports to Court re status of enforcement action (.7); attention to status of clawback settlements and conference with counsel re same, review proposed revised payment schedule/ Okpo correspondence and response, attention to inserts to discharge motion (2.2). |
| 6/8/2023 | KAC | 0.2 | Telephone conference with Receiver re discharge motion. |
| 6/11/2023 | TLT | 0.3 | Attention to edits re clawbacks and emails with KAC and counsel re same. |
| 6/12/2023 | TLT | 4.3 | Prepare inserts to motion re status of claim/monitoring post-discharge/review correspondence re anticipated payments during pendency/conferences with counsel re same (1.4); review email from SEC Staff re approval/conference with counsel re same (.2); draft and revise discharge motion (2.7). |
| 6/12/2023 | KAC | 2.5 | Attention to discharge motion. |
| 6/14/2023 | TLT | 4.3 | Attention to final distribution; conference with accts re same and re estimates for completion of 2023 tax return, etc., emails and telephone conference with D. Bielitz re same, conference with KAC re estimate, email from E. Patterson/approve proposed invoice for inclusion in fee app (1.6); review and edit version 3 of discharge motion, etc./emails re same (2.5); claimant correspondence (.2). |

APP. 0067

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 6/14/2023 | KAC | 2.8 | Investor inquiries (.5); attention to motion for discharge (2.3). |
| 6/15/2023 | TLT | 4.1 | Review letter response filed with Court re matters to be concluded before closing/prepare inserts re same for motion/conference with KAC re same/draft motion (2.3); review and approve accountant proposed invoice and estimates/email re same (.3); review and revise draft (1.5). |
| 6/15/2023 | KAC | 0.4 | Attention to request from Receiver re filed letter response; attention to motion for discharge. |
| 6/16/2023 | TLT | 6 | Draft inserts to discharge motion/conferences with A. Goforth re TLT revisions/conferences with counsel re same (3.4); attention to proposed order/motion for enlarged brief (1.4); emails with SEC Staff re draft, motion for approval/conference with counsel re same (.5); review billing for off-site storage of documents (.2); review emails re settlement receipts and conference re inclusion in discharge (.3); approve draft motion for transmission to SEC Staff (.2). |
| 6/17/2023 | TLT | 0.5 | Email with SEC Staff/telephone conference with counsel re status of filings. |
| 6/17/2023 | KAC | 0.2 | Confer with Receiver re SEC settlements/open items. |
| 6/19/2023 | TLT | 0.2 | Telephone conference with KAC re refund from PNC. |
| 6/19/2023 | KAC | 0.2 | Telephone conference Receiver, email to PNC re same (.2); final reimbursements/bookkeeping (.8) |

APP. 0068

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 6/20/2023 | TLT | 1.8 | Telephone conference with KAC re remaining items to be addressed before filing discharge motion; review OAR re final accounting /conference re procedure in *Vendetta*; email and telephone conference with SEC Staff/conference with counsel re filing of agreed judgments and re motion for enlarged brief and draft Proposed Order. |
| 6/20/2023 | KAC | 0.4 | Review OAR and other cases re Final Accounting requirements and email to Receiver re same. |
| 6/21/2023 | KAC | 3.8 | Attention to returned investors letters and update distribution spreadsheet re same (1); correspondence with investors regarding updated addressed (.9); reconcile disallowed claimants with uncleared interim distribution checks/pull PNC reports re same (.9); update "All Checks Sent" spreadsheet and compile list of checks to cancel (.2); calculate estimated distribution (.2); prepare final distribution spreadsheet (.4); telephone conference with Receiver and email re same (.2). |
| 6/22/2023 | KAC | 0.2 | Telephone conferences re final distribution. |
| 6/26/2023 | KAC | 0.4 | Update Receivership website. |
| 6/27/2023 | KAC | 3.4 | Draft SFAR and Receipts and Disbursements exhibits and email re same. |
| 6/28/2023 | KAC | 0.4 | Respond to investor inquiries; telephone conference with counsel and email re same (pro rata shares to SEC). |
| 6/29/2023 | KAC | 0.4 | Telephone conference with counsel re distribution spreadsheet. |

APP. 0069

| Estimate of Fees | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 07/2023 | TLT | 2 | Attention to administrative matters associated with final sale of working interests. |
| 07/2023 | KAC | 1.5 | Attention to administration of finalizing working interest sale: accounting related to allocation of royalty interest payments and JIBs, communication with buyer. |
| 07/2023 | KAC | 3 | Assist accountants with administration of final distribution: correspondence with claimants, reissuance of lost checks, etc.; update Receivership website re same. |
| 07/2023 | TLT | 2 | Review and approval of 2023 Receivership tax return. |
| 07/2023 | KAC | 0.5 | Administer final payments to professionals. |
| 07/2023 | TLT | 1 | Filing of Final Accounting post-distribution. |
| 07/2023 | KAC | 1 | Final Accounting of Disbursements: calculation of final disbursements, draft Final Accounting to investors and e-filing of same. |
| 07/2023 | KAC | 3 | Attention to disposition of Receivership books and records. |

APP. 0070

| Estimate of Expenses | | |
|---|---|---|
| 07/2023 | Destruction of paper books and records (DSS Shredding) | $ 150.00 |
| 07/2023 | Destruction of electronic books and records (DSS Shredding) | $ 75.00 |
| 07/2023 | Bank fees for June Pinacle software subscription | $ 120.00 |
| 07/2023 | Bank Fees for June downloads of Pinacle reports | $ 18.00 |
| 07/2023 | Bank fees for June stop payments of outstanding interim distribution checks | $ 520.00 |
| 07/2023 | Bank fees for future stop payments of lost or otherwise cancelled final distribution checks | $ 300.00 |
| | TOTAL EXPENSES | $ 1,183.00 |

| TIME SUMMARY | | | |
|---|---|---|---|
| NAME | HOURS | RATE | TOTAL |
| Thomas L. Taylor III | 58.1 | $ 395.00 | $ 22,949.50 |

| | | | |
|---|---|---|---|
| Kelly A. Cornelison | 28 | $ 120.00 | $ 3,360.00 |
| TIME SUMMARY TOTAL | | | $ 26,309.50 |
| TOTAL EXPENSES | | | $ 1,183.00 |
| TOTAL INVOICE | | | **$ 27,492.50** |

APP. 0072

# Exhibit 2

# GOFORTH LAW, PLLC

## *INVOICE*

11152 WESTHEIMER ROAD # 1121
HOUSTON, TEXAS 77042
TEL: (713) 464-2263
FAX: (713) 583-1762

*andrew@goforth.law*

*DUE UPON COURT APPROVAL*

*May 10, 2023*

**Tax I.D.  83-1908359**

Thomas L. Taylor III, Receiver
THE TAYLOR LAW OFFICES, PC
245 West 18th Street
Houston, Texas  77008

Re:    Representation of Receiver appointed in *SEC v. Christopher A. Faulkner, et al.*; Case No. 16-cv-1735-D; In the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through:        April 30, 2023

FEES ....................................................................................$ 5,397.00

EXPENSES ................................................................................ $ 1.10

TOTAL AMOUNT DUE                              $ 5,398.10

# Goforth Law, PLLC

# *INVOICE*

April 2023
Page 2

| Date | ID | Hours | Description |
|------|-----|-------|-------------|

## Asset Analysis and Recovery

| Date | ID | Hours | Description |
|------|-----|-------|-------------|
| 4/3/2023 | AMG | 2.3 | Draft letter agreement to J Drennan re outstanding tax matters related to royalty interest sale, emails with K Cornelison re same, review Receivership records, previous correspondence re same |
| 4/4/2023 | AMG | 1.7 | Draft letter agreement to J Drennan re outstanding tax matters related to royalty interest sale, emails with Receiver re same, review Receivership records, previous correspondence re same |
| 4/5/2023 | AMG | 3.4 | Draft letter agreement to J Drennan re outstanding tax matters related to royalty interest sale, emails with Receiver re same, review Receivership records, previous correspondence re same (1.3); Review EnergyNet auction results, emails re same (.2); Research re outstanding judgments or abstracts vis-a-vis oil and gas interests (1.9) |
| 4/6/2023 | AMG | 1.4 | Confer with Receiver re EnergyNet auction results, Motion to Confirm same, draft Motion re same, emails with EnergyNet re exhibits for same, review EnergyNet data room, outgoing conveyances, and other Receivership records re same, confer with SEC re same |
| 4/7/2023 | AMG | 4.2 | Draft Motion to Confirm EnergyNet sale, emails with EnergyNet re exhibits for / details of same, review EnergyNet data room, outgoing conveyances, and other Receivership records re same (1.3); Research re outstanding judgments or abstracts vis-a-vis oil and gas interests (2.9) |
| 4/10/2023 | AMG | 1.1 | Draft Motion to Confirm EnergyNet sale, emails with EnergyNet re exhibits for / details of same, emails with Receiver re same |
| 4/11/2023 | AMG | 1.5 | Finalize and file Motion to Confirm EnergyNet sale, appendix re same, emails with EnergyNet re exhibits for same, emails with Receiver re same |
| 4/12/2023 | AMG | 0.7 | Draft letter agreement to J Drennan re outstanding tax matters related to royalty interest sale, emails with Receiver, J Drennan re same, review Receivership records re same |
| 4/13/2023 | AMG | 0.5 | Draft letter agreement to J Drennan re outstanding tax matters related to royalty interest sale, emails with K Cornelison re same, review records re same |

# GOFORTH LAW, PLLC                                       *INVOICE*

| 4/14/2023 | AMG | 0.1 | Email draft letter agreement to J Drennan re outstanding tax matters related to royalty interest sale, confer with Receiver re same |
| 4/17/2023 | AMG | 0.5 | Emails with J Drennan re draft letter agreement re outstanding tax matters related to royalty interest sale, confer with Receiver re same, review records re same and amend draft language |
| 4/18/2023 | AMG | 3 | Confer with Receiver re draft letter agreement re outstanding tax matters related to royalty interest sale, review records re same and amend draft language (.8); Research re outstanding judgments or abstracts vis-a-vis oil and gas interests (2.2) |
| 4/19/2023 | AMG | 0.4 | Finalize letter agreement re outstanding tax matters related to royalty interest sale, transmit to Receiver, J Drennan for execution |
| 4/24/2023 | AMG | 0.2 | Emails with Receiver re order confirming EnergyNet sale, review docket calendar re same; Email Receiver's executed letter agreement re outstanding tax matters related to royalty interest sale to J Drennan |
| 4/26/2023 | AMG | 0.1 | Emails with J Drennan re executed letter agreement re outstanding tax matters related to royalty interest sale |

**Administrative**

| 4/3/2023 | AMG | 1 | Confer with Receiver re PNC Bank lockbox/distribution matter, draft and transmit email to PNC counsel re same |
| 4/6/2023 | AMG | 0.2 | Review emails with Receiver, SEC Staff re Commission approval of settlements with entities in receivership |
| 4/7/2023 | AMG | 0.1 | Confer with Receiver re Commission approval of settlements with entities in receivership |
| 4/11/2023 | AMG | 0.3 | Confer with Receiver re Commission approval of settlements with entities in receivership; Emails with Receiver, SEC counsel re outstanding judgments |
| 4/12/2023 | AMG | 0.1 | Emails with Receiver, KAC, SEC counsel re outstanding judgments |
| 4/21/2023 | AMG | 1.8 | Confer with Receiver re PNC Bank lockbox/distribution matter, draft and transmit email to PNC counsel re same |
| 4/28/2023 | AMG | 1.1 | Confer with Receiver re PNC Bank lockbox/distribution matter, draft and transmit email to PNC counsel re same, review response re same |

# GOFORTH LAW, PLLC

# *INVOICE*

April 2023

Page 4

**BILLING SUMMARY**

| ID | Timekeeper | Hours | Rate | Total |
|----|-----------|-------|------|-------|
| AMG | Andrew Goforth | 25.7 | $ 210.00 | $ **5,397.00** |

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| | April PACER Charges | $ 0.10 |
| | April Printing Charges | $ 1.00 |

*NOTE:   INCURRED EXPENSES NOT APPEARING ON*
*THIS INVOICE WILL BE BILLED LATER.*

# GOFORTH LAW, PLLC

## *INVOICE*

11152 WESTHEIMER ROAD # 1121
HOUSTON, TEXAS 77042
TEL: (713) 464-2263
FAX: (713) 583-1762

*andrew@goforth.law*

*DUE UPON COURT APPROVAL*

*June 8, 2023*

**Tax I.D. 83-1908359**

Thomas L. Taylor III, Receiver
THE TAYLOR LAW OFFICES, PC
245 West 18th Street
Houston, Texas  77008

Re:     Representation of Receiver appointed in *SEC v. Christopher A. Faulkner, et al.*; Case No. 16-cv-1735-D; In the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through:          May 31, 2023

| | |
|---|---|
| FEES ........................................................................... | $ 630.00 |
| EXPENSES ................................................................... | $ 0.00 |
| TOTAL AMOUNT DUE | $ 630.00 |

# GOFORTH LAW, PLLC

# *INVOICE*

May 2023

Page 2

| Date | ID | Hours | Description |
|------|-----|-------|-------------|

## Asset Analysis and Recovery

| Date | ID | Hours | Description |
|------|-----|-------|-------------|
| 5/9/2023 | AMG | 0.2 | Emails with Receiver, Buyer re EnergyNet sale and Confirmation Order |
| 5/24/2023 | AMG | 0.3 | Emails with K Cornelison re outstanding settlements, review accounting records re same |
| 5/31/2023 | AMG | 0.8 | Confer with Receiver, emails with opposing counsel re outstanding settlements, review accounting records re same |

## Administrative

| Date | ID | Hours | Description |
|------|-----|-------|-------------|
| 5/3/2023 | AMG | 0.1 | Review Court advisory and submit proposed order re Motion to Disallow Certain Claims, review Court entry of same |
| 5/24/2023 | AMG | 0.8 | Draft insert for Discharge Motion re outstanding settlements and judgments |
| 5/31/2023 | AMG | 0.8 | Draft insert for Discharge Motion re outstanding settlements and judgments; Emails with K Cornelison re West Maggie well, review records re same |

## BILLING SUMMARY

| ID | Timekeeper | Hours | Rate | Total |
|-----|------------|-------|------|-------|
| AMG | Andrew Goforth | 3.0 | $ 210.00 | $ 630.00 |

### *NOTE: INCURRED EXPENSES NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# GOFORTH LAW, PLLC

11152 WESTHEIMER ROAD # 1121
HOUSTON, TEXAS 77042
TEL: (713) 464-2263
FAX: (713) 583-1762

*andrew@goforth.law*

## *INVOICE*

*DUE UPON COURT APPROVAL*

*June 21, 2023*

**Tax I.D.  83-1908359**

Thomas L. Taylor III, Receiver
THE TAYLOR LAW OFFICES, PC
245 West 18th Street
Houston, Texas  77008

Re:    Representation of Receiver appointed in *SEC v. Christopher A. Faulkner, et al.*; Case No. 16-cv-1735-D; In the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through:              June 30, 2023

FEES ....................................................................................$ 7,308.00

EXPENSES ............................................................................ $ 321.20

TOTAL AMOUNT DUE                        $ 7,629.20

# GOFORTH LAW, PLLC

# *INVOICE*

June 2023

Page 2

| Date | ID | Hours | Description |
|------|-----|-------|-------------|
| **Asset Analysis and Recovery** | | | |
| 6/7/2023 | AMG | 0.2 | Emails with O Okpo re settlement payments, confer with Receiver re same |
| 6/8/2023 | AMG | 0.7 | Emails with O Okpo re settlement payments, confer with Receiver re same |
| 6/19/2023 | AMG | 1.1 | Draft Motion for Entry of Judgments in *Clawback* case, legal research re same, review Receivership records re same |
| 6/20/2023 | AMG | 4 | Draft Motion for Entry of Judgments in *Clawback* case, Declaration re same, legal research re same, review Receivership records re same, prepare exhibits re same |
| 6/21/2023 | AMG | 2.6 | Finalize and file Motion for Entry of Judgments in *Clawback* case, Declaration and Appendix re same, legal research re same, review Receivership records re same, prepare exhibits re same |
| ESTIMATED | | | |
| | AMG | 6 | Obtain certified copies of Agreed Judgments in *Clawback* case, prepare and file Abstracts of Judgments in NDTX County property records |
| **Administrative** | | | |
| 6/5/2023 | AMG | 1.2 | Draft inserts for Discharge Motion re outstanding settlements and judgments, Frost Bank matter, SEC settlement with Receivership entities, emails with Receiver re same |
| 6/6/2023 | AMG | 1 | Draft inserts for Discharge Motion re outstanding settlements and judgments, Frost Bank matter, SEC settlement with Receivership entities, emails with Receiver re same |
| 6/12/2023 | AMG | 1.5 | Draft inserts for Discharge Motion re outstanding settlements and judgments, Frost Bank matter, SEC settlement with Receivership entities, emails with Receiver re same |
| 6/14/2023 | AMG | 2.3 | Emails with Receiver, accountants re matters remaining vis-à-vis discharge, review invoices vis-à-vis final fee application, emails with K Cornelison re Discharge Motion draft, review same |
| 6/15/2023 | AMG | 4.5 | Review, proof and revise Discharge Motion, confer with Receiver re same |

# GOFORTH LAW, PLLC                    *INVOICE*

June 2023

Page 3

| | | | |
|---|---|---|---|
| 6/16/2023 | AMG | 5 | Review, proof and revise Discharge Motion, confer with Receiver re same, emails with SEC re same |
| 6/21/2023 | AMG | 2.7 | Review, proof and revise Discharge Motion |

**ESTIMATED**

| | | | |
|---|---|---|---|
| | AMG | 2 | Finalize and file Discharge Motion |

**BILLING SUMMARY**

| ID | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| AMG | Andrew Goforth | 34.8 | $ 210.00 | $ 6,972.00 |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| | June PACER Expenses | $ 10.10 |
| | June Printing Expenses | $ 7.10 |
| | Estimated Postage - Abstracts of Judgment | $ 60.00 |
| | Estimated Fees - Certified Judgments | $ 44.00 |
| | Estimated Filing Fees - Abstracts of Judgment | $ 200.00 |
| | | $ 321.20 |

# Exhibit 3

APP. 0083

# LainFaulkner

Brietling Oil (SEC vs C A Faulkner)

Invoice Period: 10-01-2022 - 06-13-2023

### RE: BO1466 - Brietling Oil (SEC vs C A Faulkner)

## Time Details

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| Distribution - Distribution Processing | | | | | |
| 03-08-2023 | Juwanda Henderson | Processed and mailed letters to investors regarding 2022 distributions. | 2.50 | 95.00 | 237.50 |
| 03-08-2023 | Janice Oden | Assisted Dean Bielitz with merge letter to investors regarding 2022 distributions. | 0.80 | 125.00 | 100.00 |
| 03-09-2023 | Juwanda Henderson | Processed and mailed letters to investors regarding 2022 distributions. | 4.60 | 95.00 | 437.00 |
| 03-10-2023 | Juwanda Henderson | Completed processing and mailing letters to investors regarding 2022 distributions. | 0.70 | 95.00 | 66.50 |
| | | | 8.60 | | 841.00 |
| Distribution - Pre-Distribution Accounting | | | | | |
| 04-03-2023 | Aniza Rowe | Met with Dean Bielitz regarding potential upcoming distribution; teleconference with Dean Bielitz, Thomas Taylor and Kelly Cornelison regarding same. | 0.60 | 270.00 | 162.00 |
| 04-05-2023 | Aniza Rowe | Prepared estimate for processing distribution; corresponded with Dean Bielitz regarding same. | 0.80 | 270.00 | 216.00 |
| 04-14-2023 | Aniza Rowe | Teleconference with Dean Bielitz, Tom Taylor and Kelly Cornelison regarding final distribution; forwarded information request for check order to Kelly Cornelison regarding same. | 0.80 | 270.00 | 216.00 |
| 05-09-2023 | Aniza Rowe | Ordered intuit check stock and envelopes for upcoming final distribution. | 0.60 | 270.00 | 162.00 |
| 05-10-2023 | Aniza Rowe | Verified order status of Intuit checks. | 0.30 | 270.00 | 81.00 |
| 05-15-2023 | Aniza Rowe | Verified check stock and envelope order; corresponded with Kelly Cornelison regarding same. | 0.40 | 270.00 | 108.00 |
| 06-13-2023 | Aniza Rowe | Met with Dean Bielitz and Jim Shaw regarding upcoming distribution. | 0.50 | 270.00 | 135.00 |
| 06-13-2023 | Dean Bielitz | Met with Aniza Rowe and Jim Shaw regarding upcoming distribution. | 0.50 | 400.00 | 200.00 |
| | | | 4.50 | | 1,280.00 |
| Employment/Fee Application | | | | | |
| 11-14-2022 | Dean Bielitz | Preliminary research regarding fee application. | 0.40 | 385.00 | 154.00 |

Employment/Fee Application

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | | 0.40 | | 154.00 |

**Tax Services - Accounting Analysis for Tax Services**

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 03-30-2023 | Aniza Rowe | Met with Dean Bielitz regarding QuickBooks reports for tax returns. | 0.30 | 270.00 | 81.00 |
| | | | 0.30 | | 81.00 |

**Tax Services - Federal Income Tax Return**

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-03-2022 | Frances Hernandez | Assembled tax return--Tax Payer and file copies; Printed envelopes; Turned over to Jim Shaw for signatures. | 0.50 | 100.00 | 50.00 |
| 04-03-2023 | Ben Beckelman | Teleconference with Tom, Kelly, Aniza and Dean. | 0.30 | 300.00 | 90.00 |
| | | | 0.80 | | 140.00 |

**Tax Services - Informational Returns**

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 01-13-2023 | Laura Paz-Sanchez | Communicated with Kelly Cornelison regarding 1099/W2 preparation; requested all pertinent financial data for 2022 reflecting activity through December 31, 2022 for the purpose of 1099/W2's and tax return reporting. | 0.30 | 240.00 | 72.00 |
| 01-18-2023 | Laura Paz-Sanchez | Ongoing communication with Kelly Cornelison regarding 1099 reporting. | 0.30 | 240.00 | 72.00 |
| 01-18-2023 | Dean Bielitz | Discussed potential 1099s to be filed for distributions to claimants. | 0.30 | 400.00 | 120.00 |
| 01-30-2023 | Laura Paz-Sanchez | Prepared template for reportable payments to be imported into 1099 tax reporting software; generated preliminary review report for 1099-NEC and 1099-MISC; reconciled and printed original forms; documented control log and file. | 1.20 | 240.00 | 288.00 |
| 01-31-2023 | Laura Paz-Sanchez | Prepared electronic file of Forms 1099-NEC for uploading onto the IRS website. | 0.40 | 240.00 | 96.00 |
| 01-31-2023 | Laura Paz-Sanchez | Uploaded electronic file onto the IRS FIRE website; documented control worksheet and file | 0.20 | 240.00 | 48.00 |
| 01-31-2023 | Laura Paz-Sanchez | Teleconferenced with Dean Bieitz regarding 1099 preparation for claimants of which tax identification information is missing; to conference call wih Kelly Cornelison on matter. | 0.40 | 240.00 | 96.00 |
| 02-03-2023 | Laura Paz-Sanchez | Processed for transmittal the 2022 Form 1099-MISC; documented tax file and control log. | 0.30 | 240.00 | 72.00 |
| 02-03-2023 | Laura Paz-Sanchez | Discussion with Dean Bielitz regarding claimant's tax reporting for 2022. | 0.20 | 240.00 | 48.00 |
| 02-09-2023 | Laura Paz-Sanchez | Logged onto the IRS website to check on electronic filing of the 2022 Forms 1099-NEC; documented tax file and control log. | 0.20 | 240.00 | 48.00 |
| 02-13-2023 | Laura Paz- | Reconciled counts and amounts for the preparation of | 0.20 | 240.00 | 48.00 |

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | **Tax Services - Informational Returns** | | | |
| | Sanchez | the electronic filing of the 2022 Forms 1099-Misc. | | | |
| 02-15-2023 | Laura Paz-Sanchez | Generated and provided copies of the Forms 1099-Misc and Summary Report to Kelly Cornelison with the Taylor Law Offices. | 0.20 | 240.00 | 48.00 |
| 02-17-2023 | Laura Paz-Sanchez | Generated electronic magfile from tax reporting software and final reconcile count for preparation of electronic filing of Forms 1099. | 0.30 | 240.00 | 72.00 |
| 03-16-2023 | Laura Paz-Sanchez | Uploaded electronic file onto the IRS FIRE website; documented control worksheet and file. | 0.20 | 240.00 | 48.00 |
| 04-19-2023 | Laura Paz-Sanchez | Updated "File In Time" tracker with 2022 tax filing status. | 0.20 | 240.00 | 48.00 |
| | | | 4.90 | | 1,224.00 |
| | | **Tax Services - Other Tax Services** | | | |
| 01-13-2023 | Dean Bielitz | Discussed follow up communications with Laura Paz regarding 1099 data request. | 0.10 | 400.00 | 40.00 |
| 01-31-2023 | Dean Bielitz | Teleconference with Kelly Cornelison regarding issuance of 1099s and researched 1099 requirements for distributions of settlement amounts. | 2.10 | 400.00 | 840.00 |
| 02-03-2023 | Juwanda Henderson | Processed 1099 MISC for 2022. | 0.20 | 95.00 | 19.00 |
| 02-13-2023 | Dean Bielitz | Drafted language for including with Grantor letters regarding distributions and forwarded to Kelly Cornelison. | 0.50 | 400.00 | 200.00 |
| 03-07-2023 | Dean Bielitz | Reviewed and forwarded copy of the final version of the Distribution Letter to Kelly Cornelison. | 0.50 | 400.00 | 200.00 |
| 03-08-2023 | Dean Bielitz | Quality Control reviewed the Brietling Distribution letters prior to commencing mailing them. | 0.30 | 400.00 | 120.00 |
| 03-15-2023 | Dean Bielitz | Communicated with Kelly Cornelison regarding returned Distribution letter. | 0.10 | 400.00 | 40.00 |
| 03-17-2023 | Dean Bielitz | Drafted "MEMO to file" regarding the 1099 requirements. | 0.70 | 400.00 | 280.00 |
| 03-20-2023 | Dean Bielitz | Reviewed and prepared pdf version of the Distribution Letters to send to Kelly Cornelison as requested. | 0.30 | 400.00 | 120.00 |
| 03-30-2023 | Dean Bielitz | Discussed Lain Faulkner processing and mailing distribution checks and followed-up with Aniza Rowe. | 0.20 | 400.00 | 80.00 |
| 04-03-2023 | Dean Bielitz | Discussed preparation of the Distributions with Aniza Rowe, Kelly Cornelison and Tom Taylor. | 0.30 | 400.00 | 120.00 |
| 04-14-2023 | Dean Bielitz | Phone conversation with Receiver, Kelly Cornelison and Aniza Rowe regarding issuing checks. | 0.30 | 400.00 | 120.00 |

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|

Tax Services - Other Tax Services

| | | | 5.60 | | 2,179.00 |

X - Client Time Non-Billed

| 10-06-2022 | Jim Shaw | Fee App questions from Tom Taylor on old returns and 1099's, all is okay. | 1.30 | 425.00 | No Charge |

| | | | 1.30 | | 0.00 |
| | | **Total** | | | 5,899.00 |

## Time Summary

| Staff Member | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Aniza Rowe | 4.30 | 270.00 | 1,161.00 |
| Ben Beckelman | 0.30 | 300.00 | 90.00 |
| Dean Bielitz | 6.60 | 399.09 | 2,634.00 |
| Frances Hernandez | 0.50 | 100.00 | 50.00 |
| Janice Oden | 0.80 | 125.00 | 100.00 |
| Jim Shaw - No Charge | 1.30 | 0.00 | 0.00 |
| Juwanda Henderson | 8.00 | 95.00 | 760.00 |
| Laura Paz-Sanchez | 4.60 | 240.00 | 1,104.00 |
| **Total** | 26.40 | | 5,899.00 |

| Activity | Hours | Rate | Amount |
|----------|-------|------|--------|
| Distribution - Distribution Processing | 8.60 | 97.79 | 841.00 |
| Distribution - Pre-Distribution Accounting | 4.50 | 284.44 | 1,280.00 |
| Employment/Fee Application | 0.40 | 385.00 | 154.00 |
| Tax Services - Accounting Analysis for Tax Services | 0.30 | 270.00 | 81.00 |
| Tax Services - Federal Income Tax Return | 0.80 | 175.00 | 140.00 |
| Tax Services - Informational Returns | 4.90 | 249.80 | 1,224.00 |
| Tax Services - Other Tax Services | 5.60 | 389.11 | 2,179.00 |
| X - Client Time Non-Billed | 1.30 | 0.00 | 0.00 |
| **Total Fees** | | | 5,899.00 |

## Expenses

| Expense | Description | Amount |
|---------|-------------|--------|
| Postage/Overnight Delivery | October postage | 1.92 |
| Postage/Overnight Delivery | February Postage | 3.00 |
| Postage/Overnight Delivery | March Postage | 507.25 |
| Postage/Overnight Delivery | April postage | 2.94 |
| | **Total Expenses** | 515.11 |

## Expense Summary

| Expense | Amount |
|---------|--------|
| Postage/Overnight Delivery | 515.11 |
| **Total Expenses** | 515.11 |

| | |
|---|---|
| **Total for this Invoice** | 6,414.11 |

400 North St. Paul Suite 600 Dallas Texas 75201 (214) 720-1929     Page   4   of   4

**LainFaulkner**

Brietling Oil (SEC vs C A Faulkner)

| Pending Services | Amount |
|---|---|
| Pending preparation of the 2022 Federal Tax Return, Form 1041 | $2,500.00 |
| Preparation of the 2023 FINAL Federal Tax Return, Form 1041 | 2,500.00 |
| Remainder of budgeted amount for the processing, mailing related filings in regards to the forthcoming FINAL distributions to claimants | 7,300.00 |
| Preparation of the 2022 Forms 1099 for professional service provider for filing in 2024 | 400.00 |
| Total Fees for Pending Services | 12,700.00 |
| Total for Services Rendered (10/1/2022 – 6/13/2023) | 6,414.11 |
| **GRAND TOTAL** | **$19,114.11** |

APP. 0088

# Exhibit 4

APP. 0089

**STANDARDIZED FUND ACCOUNTING REPORT - Cash Basis**
SEC v. Christopher Faulkner, et al.; Civil Court Docket No. 3:16-cv-1735-D
Reporting Period April 1, 2023 - Close of Receivership Estate

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 4/1/2023): | | | $ 4,477,797.50 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | $ 1,829.17 |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | $ 145,500.00 |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | $ 3,000.00 |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other (Excess w/d payments) | | | |
| | **Total Funds Available (Lines 1 – 8):** | | | **$ 4,628,126.67** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | $ (4,418,623.57) |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | $ (203,703.31) |
| Line 10b | *Business Asset Expenses* | | | $ (5,659.21) |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | $ (7,097.88) |
| | **Total Disbursements for Receivership Operations** | | | **$ (216,460.40)** |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator.................................... | | | |
| | Independent Distribution Consultant (IDC)....... | | | |
| | Distribution Agent........................................ | | | |
| | Consultants................................................ | | | |
| | Legal Advisers............................................ | | | |
| | Tax Advisers.............................................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator.................................... | | | |
| | IDC......................................................... | | | |
| | Distribution Agent..................................... | | | |
| | Consultants.............................................. | | | |
| | Legal Advisers.......................................... | | | |
| | Tax Advisers............................................ | | | |
| | 2. Administrative Expenses | | | $ 6,957.30 |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan.................. | | | |
| | Claimant Identification................................ | | | |
| | Claims Processing...................................... | | | |
| | Web Site Maintenance/Call Center................ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution | | | |
| | (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | **$ 6,957.30** |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | **$ (4,628,126.67)** |
| Line 13 | Ending Balance at Close of Receivership: | | | $ - |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | *Cash & Cash Equivalents* | | | |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | **$ -** |

**APP. 0090**

**STANDARDIZED FUND ACCOUNTING REPORT - Cash Basis**
SEC v. Christopher Faulkner, et al.; Civil Court Docket No. 3:16-cv-1735-D
Reporting Period April 1, 2023 - Close of Receivership Estate

| OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|
| *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15**    **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a    *Plan Development Expenses Not Paid by the Fund:* | | | |
| 1. Fees: | | | |
| Fund Administrator............................ | | | |
| IDC...................................................... | | | |
| Distribution Agent............................. | | | |
| Consultants........................................ | | | |
| Legal Advisers................................... | | | |
| Tax Advisers...................................... | | | |
| 2. Administrative Expenses | | | |
| 3. Miscellaneous | | | |
| *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b    *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| 1. Fees: | | | |
| Fund Administrator............................ | | | |
| IDC...................................................... | | | |
| Distribution Agent............................. | | | |
| Consultants........................................ | | | |
| Legal Advisers................................... | | | |
| Tax Advisers...................................... | | | |
| 2. Administrative Expenses | | | |
| 3. Investor Identification: | | | |
| Notice/Publishing Approved Plan................... | | | |
| Claimant Identification...................... | | | |
| Claims Processing............................. | | | |
| Web Site Maintenance/Call Center............... | | | |
| 4. Fund Administrator Bond | | | |
| 5. Miscellaneous | | | |
| 6. FAIR Reporting Expenses | | | |
| *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c    *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16**    **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a    *Investment Expenses/CRIS Fees* | | | |
| Line 16b    *Federal Tax Payments* | | | |
| **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17**    **DC & State Tax Payments** | | | |
| **Line 18**    **No. of Claims:** | | | |
| Line 18a    *# of Claims Received This Reporting Period*.............................................................. | | | |
| Line 18b    *# of Claims Received Since Inception of Fund*........................................................ | | | |
| **Line 19**    **No. of Claimants/Investors:** | | | |
| Line 19a    *# of Claimants/Investors Paid This Reporting Period*.................................................... | | | |
| Line 19b    *# of Claimants/Investors Paid Since Inception of Fund*.................................................... | | | |

By: _____
              (signature)

        _____
           Thomas L. Taylor III
           (printed name)

        _____
              Receiver
             (title)

Date:   6/30/23

**APP. 0091**

# Breitling Receivership
# Receipts and Disbursements
### Since Inception to Close of Receivership

|  | | Total |
|---|---|---|
| **Income** | | |
| **2 - Business Income** | | |
| BEC Income | | 629,228.26 |
| BOG Income | | 397,941.89 |
| BRC Income | | 4,923,365.11 |
| Crude Income | | 431,413.77 |
| **Total 2 - Business Income** | $ | 6,381,949.03 |
| **3 - Cash and Equivalents** | | 1,110,828.74 |
| **5 - Business Asset Liquidation** | | 2,650,525.00 |
| **6 - Personal Asset Liquidation** | | 96,242.50 |
| **7 - 3rd Party Litigation Income** | | |
| Derek Adam Taylor Settlement | | 4,500.00 |
| Okpo Settlement | | 9,562.50 |
| Reymond Trevino Settlement | | 4,375.00 |
| Rothstein Kass Settlement | | 7,000,000.00 |
| Scheef & Stone Settlement | | 3,000,000.00 |
| **Total 7 - 3rd Party Litigation Income** | $ | 10,018,437.50 |
| **8 - Misc./Other Income** | | |
| RackAlley Matter | | 210,000.00 |
| SEC Settlements | | |
| Jacob Herrera Settlement | | 50,000.00 |
| Jetmir Ahmedi Settlement | | 155,000.00 |
| Judson Rick Hoover Settlement | | 160,000.00 |
| Tamra Freedman Settlement | | 52,752.23 |
| **Total SEC Settlements** | $ | 417,752.23 |
| **Total 8 - Misc./Other Income** | $ | 627,752.23 |
| **Services** | | |
| **Total Income** | $ | 20,885,735.00 |
| **Gross Profit** | $ | 20,885,735.00 |
| **Expenses** | | |
| **10 - Receivership Operations** | | |
| 10a-Disb.to Receiver/Other prof | | 2,613,719.26 |
| Carole Faulkner Atty Fee Award | | -128,132.00 |
| **Total 10a-Disb.to Receiver/Other prof** | $ | 2,485,587.26 |
| 10b-Business Asset/Operating | | 4,068.58 |
| Admin | | 9,622.83 |
| Bank Fees | | 2,512.57 |
| Contract Labor | | 209,342.66 |
| Court Fees | | 440.44 |

APP. 0092

| | | |
|---|---|---|
| Discovery Expenses | | 31,702.62 |
| Joint Interest Billing/AFE | | 123,439.68 |
| Postage | | 11,883.43 |
| Receivership Website | | 650.21 |
| Travel Expenses | | 16,827.25 |
| **Total 10b-Business Asset/Operating** | **$** | **410,490.27** |
| 10c-Personal Asset Expenses | | 1,532.45 |
| 10e-3rd Party Lit. Expenses | | 14,780.46 |
| Taylor v. Rothstein Kass | | 2,421,822.67 |
| Taylor v. Scheef & Stone | | 906,616.24 |
| Taylor v. Trevino, et al. | | 1,549.00 |
| **Total 10e-3rd Party Lit. Expenses** | **$** | **3,344,768.37** |
| 10g-Federal/State Taxes | | |
| Asset Property Taxes | | 637,894.71 |
| **Total 10g-Federal/State Taxes** | **$** | **637,894.71** |
| **Total 10 - Receivership Operations** | **$** | **6,880,273.06** |
| 11-Disb. for Distribution | | |
| 11a-Distrib. Plan Development | | 5,936.22 |
| 11b-Distrib. Plan Implementatio | | 125,345.01 |
| **Total 11-Disb. for Distribution** | **$** | **131,281.23** |
| 9 - Disbursements to Claimants | | 13,874,180.71 |
| **Total Expenses** | **$** | **20,885,735.00** |
| **Net Operating Income** | **$** | **0.00** |
| **Net Income** | **$** | **0.00** |

APP. 0093

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | Civil Action No. 3:16-CV-1735-D |
| CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC., | § § § § § § § § § § § § | |
| Defendants, | § § § | |
| and | § § | |
| TAMRA M. FREEDMAN and JETMIR AHMEDI, | § § § | |
| Relief Defendants. | § § | |

---

**[PROPOSED]**

**ORDER (1) APPROVING FINAL PAYMENT OF FEES AND EXPENSES TO
PROFESSIONALS; (2) APPROVING FINAL DISTRIBUTION OF ASSETS;
(3) ASSIGNING PAYMENTS OF CERTAIN RECEIVERSHIP JUDGMENTS AND
CLAIMS TO THE U.S. SECURITIES AND EXCHANGE COMMISSION;
(4) PERMITTING FINAL DISPOSITION OF BOOKS AND RECORDS OF THE
RECEIVERSHIP ESTATE; AND (5) CLOSING THE RECEIVERSHIP ESTATE AND
DISCHARGING THE RECEIVER**

---

This Court has considered Court-appointed Temporary Receiver Thomas L. Taylor III's ("Receiver") Motion for entry of an Order (1) approving the final payment of fees and expenses to engaged professionals, (2) approving the final distribution of Receivership Assets, (3) assigning the payment of certain Receivership Estate judgments and claims to the U.S. Securities and Exchange Commission ("Commission"), (4) permitting final disposition of the books and records of the Receivership Estate, and (5) closing the Receivership Estate and discharging the Receiver (the "Motion for Discharge"); and all opposition, responses or objections thereto, if any; and having determined that the Motion for Discharge is fully supported by the written submissions, the Motion for Discharge is hereby **GRANTED** in all respects. It is therefore

**ORDERED** that the following are approved and authorized: (i) the payment of $77,703.50 in fees and expenses to The Taylor Law Offices, P.C., (ii) the payment of $13,657.30 in fees and expenses to Goforth Law PLLC, and (iii) the payment of $19,114.11 in fees and expenses to Lain, Faulkner & Co., P.C.; It is further

**ORDERED** that the Receiver distribute, pursuant to the Plan of Distribution approved by this Court on April 28, 2020 [ECF No. 541], all remaining funds held in accounts of the Receivership Estate after payment of final fees and expenses; It is further

**ORDERED** that the Receiver is authorized to assign to the Commission the payments related to the Outstanding Claims as described in the Motion for Discharge; It is further

**ORDERED** that the Receiver is authorized to store, maintain, abandon or destroy all books and records of the Receivership Estate under his control; It is further

**ORDERED** that the Receiver, its entities, agents, employees, members, officers, independent contractors, attorneys, and retained and/or appointed professionals, and their respective agents and representatives ("Receiver Released Parties"), are released from all claims

APP. 0095

and liabilities arising out of and/or pertaining to the Receiver's appointment by this Court, and from all claims and liabilities that were asserted and/or could have been asserted in the above-styled action, the Receivership, and/or in connection with the Receiver's administration of the Receivership, including without limitation (a) all claims for relief and causes of action asserted in, or that could have been asserted by any of the parties to, the above-styled action or their current or former counsel, and (b) all claims for relief and causes of action that could have been asserted against the Receiver Released Parties by Receivership creditors, claimants, consumers, consultants, experts, vendors, purchasers (actual or prospective), clients, and/or any other persons arising out of the Receiver's appointment, the Receiver's administration of the Receivership or those of his professionals in connection with the Receivership; and it is further

**ORDERED** that, subject to completion of the foregoing final payment of fees and expenses, final distributions to investors, disposition of books and records, and filing of the final accounting of the Receivership with the Court, the Receivership is hereby terminated and the Receiver is **DISCHARGED** from any further obligation to any party under the Order Appointing Receiver [ECF No. 108, as modified by ECF Nos. 142, 320, 418 and 496] without need of further order of this Court.

Signed at Dallas, Texas this _____ day of July, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

APP. 0096

# EXHIBIT A-2

APP. 0097

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 3:16-CV-1735-D |
| CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC., | § § § § § § § § § § § § | |
| Defendants, | § § | |
| and | § § | |
| TAMRA M. FREEDMAN and JETMIR AHMEDI, | § § § | |
| Relief Defendants. | § | |

---

**ORDER (1) APPROVING FINAL PAYMENT OF FEES AND EXPENSES TO PROFESSIONALS; (2) APPROVING FINAL DISTRIBUTION OF ASSETS; (3) ASSIGNING PAYMENTS OF CERTAIN RECEIVERSHIP JUDGMENTS AND CLAIMS TO THE U.S. SECURITIES AND EXCHANGE COMMISSION; (4) PERMITTING FINAL DISPOSITION OF BOOKS AND RECORDS OF THE RECEIVERSHIP ESTATE; AND (5) CLOSING THE RECEIVERSHIP ESTATE AND DISCHARGING THE RECEIVER**

---

This Court has considered Court-appointed Temporary Receiver Thomas L. Taylor III's ("Receiver") June 30, 2023 Motion for entry of an Order (1) approving the final payment of fees and expenses to engaged professionals, (2) approving the final distribution of Receivership Assets, (3) assigning the payment of certain Receivership Estate judgments and claims to the U.S. Securities and Exchange Commission ("Commission"), (4) permitting final disposition of the books and records of the Receivership Estate, and (5) closing the Receivership Estate and discharging the Receiver (the "Motion for Discharge"); and the absence of any timely opposition, responses, or objections thereto; and having determined that the Motion for Discharge is fully supported by the written submissions, the Motion for Discharge is hereby **GRANTED** in all respects. It is therefore

**ORDERED** that the following are approved and authorized: (i) the payment of $77,703.50 in fees and expenses to The Taylor Law Offices, P.C., (ii) the payment of $13,657.30 in fees and expenses to Goforth Law PLLC, and (iii) the payment of $19,114.11 in fees and expenses to Lain, Faulkner & Co., P.C.; It is further

**ORDERED** that the Receiver distribute, pursuant to the Plan of Distribution approved by this Court on April 28, 2020 [ECF No. 541], all remaining funds held in accounts of the Receivership Estate after payment of final fees and expenses; It is further

**ORDERED** that the Receiver is authorized to assign to the Commission the payments related to the Outstanding Claims as described in the Motion for Discharge; It is further

**ORDERED** that the Receiver is authorized to store, maintain, abandon, or destroy all books and records of the Receivership Estate under his control; It is further

**ORDERED** that the Receiver, its entities, agents, employees, members, officers, independent contractors, attorneys, and retained and/or appointed professionals, and their

APP. 0099

respective agents and representatives ("Receiver Released Parties"), are released from all claims and liabilities arising out of and/or pertaining to the Receiver's appointment by this Court, and from all claims and liabilities that were asserted and/or could have been asserted in the above-styled action, the Receivership, and/or in connection with the Receiver's administration of the Receivership, including without limitation (a) all claims for relief and causes of action asserted in, or that could have been asserted by any of the parties to, the above-styled action or their current or former counsel, and (b) all claims for relief and causes of action that could have been asserted against the Receiver Released Parties by Receivership creditors, claimants, consumers, consultants, experts, vendors, purchasers (actual or prospective), clients, and/or any other persons arising out of the Receiver's appointment, the Receiver's administration of the Receivership or those of his professionals in connection with the Receivership; and it is further

**ORDERED** that, subject to completion of the foregoing final payment of fees and expenses, final distributions to investors, disposition of books and records, and filing of the final accounting of the Receivership with the Court, the Receivership is hereby terminated and the Receiver is **DISCHARGED** from any further obligation to any party under the Order Appointing Receiver [ECF No. 108, as modified by ECF Nos. 142, 320, 418 and 496] without need of further order of this Court.

**SO ORDERED**.

July 24, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

APP. 0100

# EXHIBIT B

APP. 0101

# EXHIBIT B-1

APP. 0102

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § | |
| *Plaintiffs,* | § § | |
| **v.** | § § | **Case No. 3:19-cv-575-C** |
| **WILLIAM NEIL "DOC" GALLAGHER, GALLAGHER FINANCIAL GROUP, INC., and W. NEIL GALLAGHER, Ph.D AGENCY, INC.** | § § § § § § | |
| *Defendants.* | § § | |

## RECEIVER'S UNOPPOSED FOURTEENTH QUARTERLY FEE APPLICATION

Pursuant to the Order Appointing Receiver [Dkt. 14] (the "Receivership Order" or "RO") entered by the Court on March 8, 2019, the Receiver is required to submit quarterly fee applications for authorization to pay the fees and expenses incurred by the Receiver and all personnel hired by the Receiver, including counsel to the Receiver. In accordance with the Receivership Order, the Receiver has provided the Securities and Exchange Commission (the "Commission") a complete copy of the proposed Application, together with all exhibits and relevant billing information. The Commission has indicated that it is unopposed to the relief requested herein. While this matter was administratively stayed on March 2, 2022, the Receiver believes that this application is both administrative in nature and required by the Court's Receivership Order. Accordingly, and because the application is unopposed, the Receiver believes that this unopposed application can be considered and ruled upon without a re-opening of the case.

APP. 0103

Beginning with the Receiver's First Quarterly Fee Application, which covered the first thirty days of the Receivership (March 8, 2019 - April 7, 2019), the Receiver has filed fee applications covering every quarter of the Receivership. This Fourteenth Quarterly Fee Application covers the period beginning April 1, 2022 through June 30, 2022.

**I.**
**FEES AND EXPENSES INCURRED**

**A.**   **SFAR**

A copy of the Standardized Fund Accounting Report for the period April 1, 2022 through June 30, 2022 is attached hereto as **Exhibit A**.

**B.**   **Receiver Fees & Expenses ($11,570.09).**

Fees.  As outlined more fully in the Receiver's Fourteenth Quarterly Report [Dkt. 305], the bulk of the Receiver's time during the Second Quarter of 2022 relates to the Receiver's involvement in the Debbie Carter-related contempt proceedings and separate lawsuit against Debbie Carter, as outlined in the Fourteenth Quarterly Report, until those matters were stayed pending resolution of Ms. Carter's criminal proceeding.  The Receiver also continued to be involved in the pending Salem-related litigation.

By this Fourteenth Quarterly Fee Application, the Receiver requests authority to pay $10,570.00 in Receiver fees incurred from April 1, 2022 through June 30, 2022.  The Receiver provided 31.3 hours of service to the Receivership during this period, which, without additional reductions and write-offs, would otherwise result in a bill of $10,885 to the Receivership Estate even at the Receiver's reduced hourly rate for this matter.[1]

For example, while the Receiver has endeavored to handle follow-up and claim-related communications with investors through his staff and paralegal at a reduced rate, certain

---

[1] The Receiver's discounted hourly rate for this matter is $350 per hour.  Mr. Thomas' regular billing rate for non-receivership matters is $450 per hour.

communications with investors still involve the Receiver directly. During the First Quarter of 2022, the Receiver spent 0.8 hours communicating with investors. As with prior fee applications, the Receiver reduced his discounted rate for this Receivership in half to $175 per hour for these conversations

The services provided by the Receiver from April 1, 2022 through June 30, 2022, as well as itemized reductions and write-offs, are set forth in the invoices attached hereto as **Exhibit B**. The services are also summarized in the Receiver's Fourteenth Quarterly Report [Dkt. 305], which was filed on July 28, 2022.

Expenses. In addition, to assist the Receivership Estate, the Receiver incurred expenses in the amount of $1,000.09 between April 1, 2022 through June 30, 2022. *See* Ex. B at 4-5. These expenses consist of (1) postage fees for an April 13 letter to investors; (2) a parking fee for the Mitchell deposition in the Salem litigation; and (3) the May to July 2022 fees for Public Storage ($899.00).[2] The Receiver once again is not seeking reimbursement for mileage or other travel expenses related to the Receivership.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to pay a total of **$11,570.09** in Receiver fees and expenses incurred during the First Quarter of 2022.

### C. Receiver's Counsel Fees ($26,851.00).

Fees. The Receiver's primary counsel (Scheef & Stone) did not submit any fees or expenses for the Second Quarter of 2022. On May 21, 2019, the Court granted the Receiver's motion to engage his law firm, Brown Fox PLLC ("Brown Fox") as secondary counsel in this matter.

---

[2] The Public Storage expense was previously paid for directly by the Receivership via check. Public Storage has had a history of losing the checks sent by the Receivership, most recently has ceased receiving in-person delivery of the checks, and has requested payment via credit card. Because the Receivership Estate does not have a credit card, the Receiver's firm has agreed to pay the rental fee and seek reimbursement via fee application.

As detailed more fully in the Receiver's Fourteenth Quarterly Report [Dkt. 305], during the Second Quarter of 2022 counsel supporting the Receiver spent the overwhelming majority of her time related to this case dealing with motions and voluminous discovery requests from D. Carter, who was proceeding pro se in the separate lawsuit, until that matter was stayed pending Carter's criminal trial (currently set for October 2022). Counsel's efforts are necessary to the Receiver's efforts to pursue (1) contempt proceedings against Ms. Carter regarding previously undisclosed property interests (as of the date of this application, over $1.8 million in disputed funds has already been deposited with the registry of the Court) and (2) a separate lawsuit against Ms. Carter.

Until the stays are lifted, the Receiver anticipates limited use of outside counsel in the D, Carter Matter. Counsel in the Salem litigation has been retained on a contingency basis. Thus, while they expended considerable time on the Salem litigation during the Second Quarter of 2022, their invoices will not be submitted to the Court until there is a recovery in that case.

Brown Fox submits monthly invoices to the Receiver for the services rendered. By this Application and pursuant to the Receivership Order, the Receiver requests authority to pay Brown Fox $26,851 in fees billed for work performed during the three-month period of April 1, 2022 through June 30, 2022. Attached hereto as **Exhibit C** is Brown Fox's invoice for the period ending June 30, 2022.

The attorneys and paralegals of Brown Fox who provided services to the Receiver during this period, their billable rates, and the hours billed are summarized as follows:

| Attorney/Paralegal | Hours Billed | Discounted Billable Rate | Total Billed |
|---|---|---|---|
| Charlene Koonce (Partner) | 76.3 | $340.00 | $25,942.00 |
| Shannon Latham (Paralegal) | 10.1 | $90.00 | $909.00 |

| TOTALS: | 86.4 | $310.78 (blended rate) | $26,851.00 |
|---------|------|------------------------|------------|

Expenses.  Brown Fox did not incur any expenses between April 1, 2022 through June 30, 2022.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to reimburse Brown Fox the total of **$26,851.00** for fees and expenses incurred between April 1, 2022 through June 30, 2022.

### D.    Receiver's Accountant Fees ($412.50).

The accounting firm of W.D. Brown & Associates, PLLC ("W.D. Brown & Associates") of Dallas, Texas serves as the accountant for the Receiver.  As discussed in prior fee applications, the accountants' primary responsibility in this case is to provide a forensic accounting that will enable the Receiver to trace (1) the amount of funds flowing from each DGI investor into Gallagher Financial Group and (2) where those investor funds ultimately ended up (*i.e.*, whether they were saved, spent, or transferred to someone else).  This forensic accounting has been of paramount importance to the Receiver's duties in analyzing claims received from investors, identifying potential targets of fraudulent transfer claims, and determining the amounts owing to the Receivership on account of such claims.

As detailed more fully in the Receiver's Fourteenth Quarterly Report, between April 1, 2022 through June 30, 2022, the Receiver's accountants primarily prepared the 1Q22 SFAR and reconciled the 4Q21 bank account.  The services provided by W.D. Brown & Associates from April 1, 2022 through June 30, 2022, are set forth in the invoices attached hereto as **Exhibit D**. The services are also summarized in the Receiver's Fourteenth Quarterly Report [Dkt. 305], which was filed on July 28, 2022.

Expenses.  W.D. Brown & Associates did not incur any expenses between April 1, 2022 through June 30, 2022.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to reimburse W.D. Brown & Associates the total of **$412.50** for fees and expenses incurred between April 1, 2022 through June 30, 2022.

*** 

Based on the foregoing, the Receiver believes the services rendered to the Receivership by the Receiver, the Receiver's law firm of Brown Fox, and the Receiver's accountant W.D. Brown & Associates were valuable and that the rates charged to the Receivership were fair and reasonable.  Moreover, the expenses incurred for the Receivership were also reasonable and necessary.  The attorneys for the Securities and Exchange Commission previously reviewed the invoices of the Receiver, Scheef & Stone, Brown Fox, and W.D. Brown & Associates and have no objection to the invoices.

## II.
## LEGAL DISCUSSION OF GUIDELINES FOR PAYMENT OF RECEIVERSHIP FEES AND EXPENSES

In reviewing the total fees (not including expenses) of the Receiver, the Receiver's counsel, and the Receiver's accountants for which approval is sought in this Application (collectively, $37,833.50), divided by the hours worked (119.78 hours), the lodestar average rate per hour is $315.85.[3]  In accordance with the law governing calculation of the lodestar rate, the lodestar rate for which approval is sought in this case is reasonable and does not merit any adjustment.

---

[3] To date, the Receiver, Receiver's counsel, and Receiver's accountants have billed at a cumulative lodestar average rate of $241.37.

The "lodestar" method of evaluating the reasonableness of fees, which has been expressly approved by the Supreme Court, requires the court to look into the prevailing market rates in the relevant community and compare the prevalent rates with the average rate charged in the matter in issue. *Perdue v. Kenny*, 130 S.Ct. 1662, 1673 (2010). The lodestar method also includes most of the relevant factors constituting a "reasonable" fee but does not expressly require the "subjective" *Johnson* factor analysis.[4] *Id.*

The Court calculates the lodestar by determining the number of hours reasonably expended by an appropriate hourly rate in the community.[5] *Louisiana Power & Light Co. v. Kellstrom*, 50 F.3d 319, 324 (5th Cir. 1995). In evaluating whether requested fees are reasonable, the court may use its own expertise and judgment to independently assess the value of an attorney's services. *Davis v. Bd. Of Sch. Comm'rs of Mobile County,* 526 F.2d 865, 868 (5th Cir. 1976). The Court also looks for evidence of "billing judgment," or the attorney or receiver's decision to discount or write off time that was unproductive or duplicative. *Saizan v. Delta Concrete Prods. Co.,* 448 F.3d 795, 799 (5th Cir. 2006). The amount of the award, and any reduction of the requested fee award, is within the trial court's discretion. *See, e.g.*, *United States Football League v. National Football League,* 887 F.2d 408, 415 (2d Cir. 1989).

Additional considerations are also relevant in the context of an equity receivership. First, the agreement or opposition of the Commission to the fee application is entitled to great weight. *See, e.g.*, *SEC v. Fifth Ave. Coach Lines, Inc.,* 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973). Further, given the public service nature of equity receiverships, courts also consider the amounts recovered or other results obtained by the receiver in determining what constitutes a "reasonable

---

[4] These Johnson factors are nevertheless addressed herein. *See infra*.

[5] The movant bears the burden of proving that the compensation requested is reasonable, and satisfaction of this burden requires that the movant present records from which the court may determine the nature of the work done, the need for it, and the amount of time reasonably required. Louisiana Power, 50 F.3d at 324.

fee." *SEC v. Goren,* 272 F. Supp. 2d 202, 207 (E.D.N.Y. 2003).  Additionally, examination of reasonableness and necessity should take into account all circumstances surrounding the receivership.  *See SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd, SEC v. W.L. Moody & Co.*, 519 F.2d 1087 (5th Cir. 1975).  The complexity and difficulty associated with the receivership are highly relevant factors in determining the reasonableness of professional fees.  *See Fifth Ave. Coach Lines*, 364 F. Supp. at 1222 (awarding interim fees and expenses to law firm for role in receivership and noting that it involved wide variety of complex legal matters requiring the time, competence, and diverse resources of a law firm of high caliber).  Further, Courts examine the credentials, experience, reputation, and other professional qualities required to carry out a court's orders when assessing the reasonableness of the rates charged for services to a receivership.  *See W.L. Moody & Co.,* 374 F. Supp. at 481 (holding that a court should give "considerable weight" to "a receiver's abilities, as required by the tasks of the receivership"); *see also Fifth Ave. Coach Lines*, 364 F. Supp. at 1222 (fees awarded in full because they were based on law firm's usual hourly rate and supported by meticulous records).

The Receiver submitted detailed descriptions of the matters on which services were expended, the number of hours billed by each professional, the rates charged by each, and the lodestar calculation for the fees submitted in this Application.  Further, the Receiver's invoices and this Application demonstrate that billing judgment was exercised in the reduction of the standard rates charged by the Receiver and the retained professionals,[6] in staffing the work performed efficiently, and in writing off time and further reducing rates where necessary.

---

[6] *See* Receiver's Unopposed Motion for Approval of Engagement Agreements ¶ 8 ("Each firm agreed to discounts of not less than 15% for the contracted rates, and in some instances for discounts of 20% or more.").

Finally, the Receiver requests that the Court judicially notice the much higher lodestar and hourly rates approved in other receiverships in Texas.[7]

The request for approval of the disbursements is also consistent with the *Johnson* factors set forth by the Fifth Circuit Court of Appeals in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). Based on the lodestar calculation and the Johnson factors, the Receiver believes that the fees submitted are appropriate, just, and reasonable:

A.  **The Time and Labor Required.** The Receiver respectfully directs the Court's attention to the foregoing summary of unpaid fees and expenses, which identifies the total number of hours billed by the Receiver, the Receiver's attorneys, and accountants (119.78 hours total) for the period April 1, 2022 through June 30, 2022.

B.  **The Novelty and Difficulty of the Questions.** Federal equity receiverships require extensive effort in order to act swiftly and efficiently in securing assets, obtaining documents and data from computers to find additional assets, and to communicate with investors and law enforcement agencies. As set forth in the Fourteenth Quarterly Report [Dkt. 305], the Receiver and his personnel have, among other things, (1) continued to communicate with impacted investors and interface with a multitude of financial institutions, creditors, and persons in possession of information necessary for the Receiver to accomplish his mandate; (2) made substantial progress on the completion of the forensic accounting in this case, which is essential to both the claims process and the Receiver's potential ability to recover significant sums for the investors on fraudulent transfer claims; (3) continued to pursue several lawsuits against

---

[7] *See, e.g.*, *Securities and Exchange Commission v. Correll*, No. 4:05-CV-472 (E.D. Tex.) (approving Receiver fees of $400 per hour and lead counsel fees of $585 per hour); *SEC v. Amerifirst Funding, Inc., et al.*, No. 3:07-CV-1188 (N.D. Tex.) (noting in Dkt. 117 that Receiver's counsel's rates, discounted by 10–20% is $420 per hour); *SEC v. W Financial Group, LLC, et al.*, No. 3:08-CV-0499-N (N.D. Tex.) (noting in Dkt. 65 that Receiver's counsel's rate is $510 per hour, and $165 per hour for a law clerk); and *CFTC v. Pousa*, No. 1:12-cv-00862 (W.D. Tex.) (approving Receiver fees in excess of $600 per hour).

fraudulent transferees and other third parties on behalf of the Receivership Estate and injured investors (and settled several of these); (4) disposed of various pieces of real estate held by the Receiver; and (5) established a claims process and made initial and interim distribution payments to the investors.

      C.    **The Skill Requisite to Perform the Service.**  The Receiver believes the services performed in this case to date required individuals possessing considerable skill in the administration of receiverships, asset seizure, collection, and litigation.  The Receiver, Scheef & Stone, L.L.P., Brown Fox, PLLC, and W.D Brown & Associates have considerable skill and experience in such areas.

      D.    **The Preclusion of Other Employment Due to Acceptance of the Case.**  Neither the Receiver, Scheef & Stone, LLP, Brown Fox PLLC, nor W.D. Brown & Associates have declined any representation solely because of their services in this case.  However, performing all of the work necessary since the inception of the Receivership has substantially limited the Receiver's available time to dedicate to other pending matters for which his rate was not reduced and which was not subject to a write-off.

      E.    **The Customary Fee.**  The hourly rates sought herein for the Receiver and the Receiver's attorneys and accountants are *substantially* lower than the rates charged by other practitioners of similar experience levels in Texas.  Indeed, the per hour rates charged by the Receiver's counsel whose fees are included herein are substantially lower than the rates currently charged on other receiverships pending in Texas.[8]  The lodestar rate of $315.85 (and $241.37 cumulatively) per hour also demonstrates that when appropriate the Receiver is having work

---

[8] *See* footnote 9, supra.

performed by less expensive attorneys or legal assistants, or is otherwise reducing the amounts billed to the Receivership Estate.

F.    **Whether the Fee is Fixed or Contingent.**  The Receiver's fees and his counsel's fees are fixed insofar as monies exist by way of Receivership Assets from which to pay such fees, but payment of the fees and expenses is subject to approval by the Court.  As discussed more fully in prior fee applications, the Court approved Scheef & Stone's contingency engagement related to third-party litigation on May 24, 2019 [Dkt. 51].  The Receiver will continue to include any requests for approval to pay contingency amounts in conjunction with resolved third-party claims.

G.    **Time Limitations Imposed by the Client or Other Circumstances.**  Performing the mandate of the Receivership Order and the TRO has been extremely time-sensitive given the asset freeze issues and other related concerns.  Likewise, deadlines for the Receiver related to reporting, duties related to asset recovery, management and liquidation are generally time sensitive.  This includes the Receiver's successful attempts to file nearly all lawsuits against third parties on or before March 7, 2020—the one-year anniversary of the Receivership.  Moreover, identifying and communicating with investors, shocked by the Commission's allegations, remains time-sensitive.

H.    **The Amount Involved and the Results Obtained**.  The amount involved in this Receivership is significant.  Indeed, pursuant to the Court's Final Claims Order, the approved claims of DGI investors exceed $23 million.  In the first days of the Receivership, there was approximately only $800,000 in the Gallagher Defendants' bank accounts.  In the months since, the Receiver has recovered approximately an additional $4.6 million, for a total of approximately $5.4 million collected as of June 30, 2022 ($3.5 million net of expenses).  All of these monies

and properties were obtained directly through the efforts of the Receiver and the personnel he retained. Moreover, the Receiver continues to identify and pursue additional sources of recovery, including currently pursuing certain interests held by Debbie Carter and the Salem litigation. Several other lawsuits and potential lawsuits have already settled.

        I.     **The Experience, Reputation and Ability of the Attorneys.** Scheef & Stone, L.L.P., the Receiver's primary counsel, and Brown Fox, PLLC, include numerous attorneys who specialize in representation of equity receivers in federal securities or commodities enforcement cases, and have done so for more than fifteen years. The reputations of Scheef & Stone and Brown Fox are recognized and respected in these fields. Scheef & Stone and Brown Fox also have multiple attorneys who specialize in representation of equity receivers in federal securities or commodities enforcement cases. The Receiver has extensive experience in litigation in federal courts in and around the Northern District of Texas.

        J.     **The Undesirability of the Case.** The representation of the Receiver incident to this case has not been undesirable.

        K.     **The Nature and Length of the Professional Relationship with the Client.** Scheef & Stone and Brown Fox have not previously represented the Receiver in a receivership.

        L.     **Awards in Similar Cases.** The Receiver believes the fees requested in this case for his counsel are less than or equal to those which have been awarded in similar cases in federal courts in Texas.

### III.
### CONCLUSION

        In conclusion, in accordance with the Receivership Order and SEC billing guidelines, the Receiver represents and certifies that: (i) he has personally reviewed the entire contents of this Fee Application; (ii) the fees and expenses included in this Application were incurred in the best

interests of the Receivership Estate; and, (iii) with the exception of the SEC Billing Instructions, the Receiver has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof.  The Receiver respectfully requests that the Court enter an order approving the fees and expenses requested in this Fourteenth Quarterly Fee Application, for the period from April 1, 2022 through June 30, 2022.

Dated: August 14, 2022

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
  State Bar No. 24075153
  cort@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

## CERTIFICATE OF CONFERENCE

I hereby certify that this Application and true and correct copies of the invoices that are exhibits to this Application were provided to counsel for the Securities and Exchange Commission by agreement on July 13, 2022. The Receiver subsequently conferred with counsel for the Securities and Exchange Commission, who indicated that the Commission does not oppose the relief sought herein. A copy of this Application and true and correct copies of the invoices that are exhibits to this Application will be provided to Defendant W. Neil Gallagher, who currently is not represented by counsel in this matter, in accordance with the certificate of service below.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this Quarterly Fee Application is being filed with the Court's electronic-filing system. The Receiver will serve a paper copy of this document on Defendant W. Neil Gallagher via certified mail and regular U.S. mail as follows:

William Neil Gallagher, TDCJ # 02328785
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

*/s/ Cortney C. Thomas*
Cortney C. Thomas

# EXHIBIT A

Civil Action No.: 3:19-CV-0575-C
Standardized Fund Accounting Report
As of June 30, 2022

1 - Beginning Balance (April 1, 2022):                  263,414.59

2 - Contributions/Deposits:                             283.11

3 - Investment/Interest Earnings:                       -
    3a - Investment Interest                            -

4 - Gain on investment Disposition:                     -

5 - Disbursements to Investors:                         -

   Disbursements for Plan Administration Expenses
6 - Paid by Fund:                                       34,613.56

7 - Disbursements to Courts/Other:

8 - District of Columbia (DC) & State Tax Payment:

9 - Loss on Investment Disposition:

10 - Ending Balance:                                    229,084.14

11 - Ending Balance of Fund - Net Assets:               229,084.14          -
    11a - Cash & Cash Equivalents:                     206,929.62
    11b - Investments (3 month CDs):                   -
    11c - Property Closing Costs                       22,154.52

   Disbursements for Plan Administration Expenses
12 - Not Paid by Fund:                                   -

13 - Disbursements to Courts/Other:
14 - No. of Claims:
15 - No. of Claimants/Investors:

# EXHIBIT B

Case 3:19-cv-02055-C Document 106-2 Filed 06/14/22 Page 2 of 12 PageID 2873

Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: 214-327-5000
Fax: 214-327-5001

# INVOICE

Invoice # 30970
Date: 07/08/2022

Gallagher Financial Group Receivership

## SEC v. Gallagher - Case Administration

| Date | Initials | Description | Hours | Rate | Client Total |
|------|----------|-------------|-------|------|--------------|
| 04/08/2022 | CCT | Draft Cash Accounting Summary for 1Q22; send same to accountants. | 0.20 | $350.00 | $70.00 |
| 04/19/2022 | CCT | Being drafting quarterly report; meeting with counsel to begin discussing responses to D. Carter's discovery requests. | 1.80 | $350.00 | $630.00 |
| 04/21/2022 | CCT | Correspondence with one investor regarding status of receivership. | 0.20 | $175.00 | $35.00 |
| 04/22/2022 | CCT | Telephone conference with one investor regarding letter received related to D. Springer lawsuit; correspondence regarding same. | 0.30 | $175.00 | $52.50 |
| 04/29/2022 | CCT | Finish drafting Thirteenth Quarterly Report; draft update to Receivership Website regarding same. | 1.70 | $350.00 | $595.00 |
| 05/10/2022 | CCT | Correspondence with SEC regarding status of SEC proceedings; review draft letter to D. Carter. | 0.30 | $350.00 | $105.00 |
| 05/24/2022 | CCT | Travel to Dallas office to secure receivership checks in light of office flooding. [No charge] | 0.70 | $0.00 | $0.00 |
| 05/31/2022 | CCT | Correspondence with one investor regarding status of proceedings. | 0.30 | $175.00 | $52.50 |
| 06/08/2022 | CCT | Correspondence with Tarrant County DA regarding approved investor claims. | 0.50 | $350.00 | $175.00 |
| 06/14/2022 | CCT | Telephone conferences with reporter and editor regarding upcoming interview of D. Gallagher. | 0.40 | $350.00 | $140.00 |
| 06/15/2022 | CCT | Telephone conference with counsel regarding status of D. Carter proceedings. | 0.10 | $350.00 | $35.00 |

| | | | **Quantity Subtotal** | | **6.5** |

**APP. 0120**

| | | | | | Subtotal | $1,890.00 |

## SEC v. Gallagher - Asset Analysis and Recovery

### Services

| Date | Initials | Description | Hours | Rate | Client Total |
|------|----------|-------------|-------|------|--------------|
| 04/01/2022 | CCT | Correspondence with counsel regarding response to D. Carter's motion for reconsideration. | 0.10 | $350.00 | $35.00 |
| 04/03/2022 | CCT | Correspondence with counsel regarding response to D. Carter motion for reconsideration. | 0.20 | $350.00 | $70.00 |
| 04/04/2022 | CCT | Telephone conference and correspondence with counsel regarding D. Carter joint status report and motion for reconsideration. | 0.30 | $350.00 | $105.00 |
| 04/05/2022 | CCT | Review draft letter to K. Carroll; review working draft of response to motion for reconsideration. | 0.70 | $350.00 | $245.00 |
| 04/08/2022 | CCT | Review ███████; telephone conference with C. Koonce regarding voluminous requests from D. Carter and potential subpoenas to investors; correspondence with counsel regarding status of Salem litigation and upcoming depositions. | 0.60 | $350.00 | $210.00 |
| 04/11/2022 | CCT | Cursory review of objections to D. Carter's proposed document subpoenas; telephone conference with counsel regarding same; review draft letter to D. Carter; revise same; meeting with counsel to discuss same. | 0.50 | $350.00 | $175.00 |
| 04/13/2022 | CCT | Review working draft of response to Carter's motion to dismiss; revise same; review declaration in support of same; revise same; telephone conference with counsel regarding same; review working draft of response to Carter's motion for additional discovery; revise same; review declaration in support of same; revise same. | 1.20 | $350.00 | $420.00 |
| 04/14/2022 | CCT | Meeting with counsel to discuss status of D. Carter lawsuit filings, case strategy, and potential stay. | 0.30 | $350.00 | $105.00 |
| 04/20/2022 | CCT | Telephone conference with counsel regarding upcoming investor depositions in Salem lawsuit. | 0.20 | $350.00 | $70.00 |

**APP. 0121**

| | | | | | |
|---|---|---|---|---|---|
| 04/21/2022 | CCT | Telephone conference and correspondence with counsel regarding upcoming corporate deposition of Salem; review working drafts of responses to D. Carter discovery request; meeting with C. Koonce to discuss same. | 2.60 | $350.00 | $910.00 |
| 04/25/2022 | CCT | Attend deposition of J. Mitchell in Salem litigation; meeting with counsel to discuss same; telephone conferences and correspondence with counsel regarding status of D. Carter property closing. | 5.70 | $350.00 | $1,995.00 |
| 05/02/2022 | CCT | Meeting with counsel to discuss status of Carter closing on Byrd property. | 0.20 | $350.00 | $70.00 |
| 05/05/2022 | CCT | Correspondence and meeting with counsel regarding potential D. Carter document production. | 0.60 | $350.00 | $210.00 |
| 05/09/2022 | CCT | Correspondence and meeting with counsel regarding D. Carter proceedings. | 0.30 | $350.00 | $105.00 |
| 05/11/2022 | CCT | Telephone conference with counsel to SEC regarding current status of receivership and D. Carter proceedings. | 0.40 | $350.00 | $140.00 |
| 05/13/2022 | CCT | Telephone conference with counsel regarding latest D. Carter correspondence; review draft motion to stay; telephone conference ████████████ ███████. | 0.60 | $350.00 | $210.00 |
| 05/16/2022 | CCT | Telephone conference regarding status of D. Carter proceeding. | 0.20 | $350.00 | $70.00 |
| 05/17/2022 | CCT | Correspondence with counsel regarding initial disclosures in Carter lawsuit; further revisions to Carter motion to stay; correspondence with counsel regarding same. | 0.30 | $350.00 | $105.00 |
| 05/18/2022 | CCT | Correspondence and telephone conference with counsel regarding ██████████████ ████████████ correspondence with counsel regarding upcoming depositions in Salem lawsuit; review Order staying D. Carter lawsuit pending outcome of criminal trial. | 0.70 | $350.00 | $245.00 |
| 05/20/2022 | CCT | Meeting with counsel regarding first investor deposition in Salem matter; attend same. | 5.80 | $350.00 | $2,030.00 |
| 05/24/2022 | CCT | Telephone conference with counsel regarding pre-deposition meetings with investors in Salem litigation. | 0.20 | $350.00 | $70.00 |

| Date | | Description | | | | |
|------|------|-------------|------|------|------|------|
| 05/25/2022 | CCT | Participate in portion of meeting with investor prior to deposition. | 0.40 | $350.00 | $140.00 |
| 05/26/2022 | CCT | Telephone conference and correspondence with counsel regarding status of Salem depositions and other broadcasters. | 0.70 | $350.00 | $245.00 |
| 05/31/2022 | CCT | Correspondence with counsel regarding deposition scheduling in Salem lawsuit. | 0.20 | $350.00 | $70.00 |
| 06/06/2022 | CCT | Correspondence with counsel regarding B. Silverman deposition in Salem lawsuit; telephone conference with counsel regarding Salem's threatened motion to compel. | 0.50 | $350.00 | $175.00 |
| 06/09/2022 | CCT | Correspondence with counsel regarding ██████ ███████████████████████████████████ | 0.70 | $350.00 | $245.00 |
| 06/20/2022 | CCT | Telephone conference with counsel regarding status of deposition in Salem lawsuit. | 0.40 | $350.00 | $140.00 |
| 06/23/2022 | CCT | Review working draft of response to D. Carter's request for disbursement of funds; correspondence with C. Koonce regarding same. | 0.20 | $350.00 | $70.00 |

**Quantity Subtotal**      **24.8**

**Services Subtotal**      **$8,680.00**

## Expenses

| Date | Description | Client Total |
|------|-------------|--------------|
| 04/13/2022 | Fee for Public Storage - May 2022. | $263.00 |
| 04/13/2022 | Postage to mail 4.13.2022 letters to investors. | $81.09 |
| 04/25/2022 | Fee for parking during Mitchell deposition (Salem lawsuit). | $20.00 |
| 05/11/2022 | Fee for Public Storage - June 2022 (monthly dues increased). | $318.00 |
| 06/13/2022 | Fee for Public Storage - July 2022 | $318.00 |

|  |  |
|---|---|
| **Expenses Total** | **$1,000.09** |
| **Hours Total** | **31.3** |
| **Services Total** | **$10,570.00** |
| **Total** | **$11,570.09** |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

| Wire Payments | Check Payments |
|---|---|
| Veritex Community Bank | Brown Fox PLLC |
| 17950 Preston Road, Suite 500 | 8111 Preston Road, Suite 300 |
| Dallas, TX 75225 | Dallas, TX 75225 |
| ABA # 111024865   Account # 30081159 | |

Credit Card Payments https://secure.lawpay.com/pages/brown-fox-pllc/operating

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

**APP. 0124**

# EXHIBIT C

APP. 0125

Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: 214-327-5000
Fax: 214-327-5001

# INVOICE

Invoice # 30969
Date: 07/08/2022

Gallagher Financial Group Receivership

## SEC v. Gallagher - Non-Receiver Activity: Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|------|----------|-------------|-------|------|-------------|
| 04/01/2022 | SRL | Prepare draft Objections and Motion to Quash Subpoenas for Production of Documents from Non-Parties. | 3.40 | $90.00 | $306.00 |
| 04/01/2022 | CCK | Continue drafting Response to Carter's Motion to Dismiss and supporting Declaration; continue drafting Response to Carter's Motion for Reconsideration; email exchange with Carter regarding conference regarding Rule 16 conference, including supporting Declaration; confer with ███████████ ███████████ | 8.60 | $340.00 | $2,924.00 |
| 04/04/2022 | CCK | Continue drafting proposed status report and forward same to C. Thomas for review; confer with C. Thomas regarding ███████████ continued review of subpoenas emailed by Carter and research ███████████ confer with S. Latham regarding ███████████; review payoff information for Byrd property received from Carter's counsel and forward same to C. Thomas; review further emails exchanged between Carter and Byrd regarding same and confer with C. Thomas regarding dispute regarding payoff information; continue drafting response to Carter's motion for reconsideration of Amended Interpleader Order and supporting declaration; forward same to C. Thomas; ███████████ | 8.40 | $340.00 | $2,856.00 |

APP. 0126

| | | | | | |
|---|---|---|---|---|---|
| | | ███████████████████████████ ██████████████ ▪ | | | |
| 04/04/2022 | SRL | Analyze subpoenas issued by D. Carter for contents and similarities; prepare draft Objections to Subpoena to Produce Documents served on non-parties by D. Carter. | 3.40 | $90.00 | $306.00 |
| 04/05/2022 | SRL | Analyze ████████████████████████ ████████████ revise Plaintiff's Objections to Non-Party Subpoenas. | 3.10 | $90.00 | $279.00 |
| 04/05/2022 | CCK | Continue drafting and editing Response to Carter's Motion to Dismiss and supporting Declaration; Telephone conference with J. Byrd; email exchanges ██████████████████████████ ████████████████████ telephone conference with C. Thomas regarding same; review Carter's motion for leave to serve additional interrogatories, including RFAs and RFPs attached; research ████████████████████████ ▪ | 5.70 | $340.00 | $1,938.00 |
| 04/06/2022 | CCK | Review email received from D. Carter regarding objection to proposed dates for scheduling order; revise proposed scheduling order to address same, and reply to email providing revised version; review C. Thomas's comments regarding response to Carter's motion ████████████████████ ████████████████████████████ ████████████████ continue drafting Response to Carter's Motion seeking permission to serve extra discovery and research regarding same. | 4.50 | $340.00 | $1,530.00 |
| 04/07/2022 | CCK | Follow-up email to Carter regarding proposed scheduling order and conference on motion for protective order; continue drafting response to motion to serve additional discovery; confer with assistant regarding additional drafting and edits to Responses to Requests for Admission and Objections to third-party subpoenas; review abstract of judgment on Byrd property forwarded to Carter by Byrd's title company; confer with assistant regarding objections to assert in Carter RFPs and RFAs, and documents for production in response to same; email exchanges with C. Thomas regarding ████████████████████████ | 6.20 | $340.00 | $2,108.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | ████████████████████ | | | |
| 04/08/2022 | CCK | Telephone conference with C. Thomas regarding strategy for responding to various Carter motions and discovery ████; continue drafting Response to Motion for additional discovery and supporting declaration; continue drafting objections to Carter's non-party document subpoenas. | 3.40 | $340.00 | $1,156.00 |
| 04/11/2022 | CCK | Continue drafting response to motion for additional discovery by Carter and C. Thomas declaration in support; confer with ████████████ ████████████ review email from Carter proposing different dates for inclusion in scheduling order; confer with assistant regarding revising draft proposed order to incorporate same; email D. Carter revised draft order; confer with C. Thomas regarding ████████████████████; begin reviewing and revising draft answers to Carter's requests for production served on the Receiver; telephone conference with Carter regarding proposed scheduling order; confer with C. Thomas ████████████████████. | 6.20 | $340.00 | $2,108.00 |
| 04/12/2022 | CCK | Email D. Carter regarding when or whether she will provide her draft edits to proposed scheduling order today; review ████████████████████ review revised proposed scheduling order received from D. Carter and provide same to assistant to file; review and further revisions to response to Carter's motion for leave to serve additional discovery; Telephone conference with C. Thomas regarding ████████████████ revise draft Report regarding 26(f) conference. | 2.20 | $340.00 | $748.00 |
| 04/13/2022 | CCK | Confer with assistant regarding filing Response to Motion for Reconsideration and supporting | 4.50 | $340.00 | $1,530.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Declaration; continue drafting Responses to Carter's Requests for Production; draft answers to Carter's Interrogatories. | | | |
| 04/14/2022 | CCK | Review Scheduling Order; review C. Thomas's edits to various responses to Carter Motions and confer regarding questions related to same, and make further revisions to two responses and one Declaration; final revisions to Objections to Carter Subpoenas. | 1.10 | $340.00 | $374.00 |
| 04/18/2022 | CCK | Respond to email from attorney for First Financial regarding continued stay of foreclosure for Byrd Property; review emails from Byrd to Carter's counsel regarding payoff amount; final review and edits to Response to Carter's Motion to Dismiss. | 0.50 | $340.00 | $170.00 |
| 04/19/2022 | CCK | Confer with assistant regarding document production in response to Carter's discovery requests; confer with C. Thomas regarding same and forward draft discovery responses. | 0.50 | $340.00 | $170.00 |
| 04/20/2022 | CCK | Review and final edits to Response to Carter's motion for more than 25 interrogatories. | 0.40 | $340.00 | $136.00 |
| 04/21/2022 | CCK | Meet and confer with C. Thomas and assistant regarding responses to Carter RFPs, responsive documents, and strategy for responding to discovery; review ███████████████████████ ███████████; confer with assistant regarding preparing draft protective order; begin revising responses to RFPs. | 3.40 | $340.00 | $1,156.00 |
| 04/22/2022 | CCK | Continue revising responses to requests for production; review ███████████████ ████████████████████ review and revise motion for entry of protective order and protective order and email D. Carter regarding conference on same; email Carter's counsel in the Underlying Lawsuit regarding status of agreement on payoff for Byrd Property. | 1.60 | $340.00 | $544.00 |
| 04/25/2022 | CCK | Review lengthy proposal from Carter to Byrd regarding payoff for satisfaction of Carter's lien and deposit of proceeds in court's registry; telephone conference with J. Byrd regarding Receiver's position and email all parties regarding same; review Carter's reply in support of Motion for Rehearing re Amended Interpleader Order; | 0.60 | $340.00 | $204.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | confer with C. Thomas regarding strategy related to same and timing of Byrd sale; review joint motion for entry of protective order signed and received from Carter and confer with assistant regarding filing same. | | | |
| 04/27/2022 | CCK | Review executed proposed protective order receive from D. Carter and forward same to assistant for filing with motion for entry. | 0.10 | $340.00 | $34.00 |
| 04/29/2022 | CCK | Review Carter's Motion to Compel and confer with C. Thomas regarding response to same; confer with C. Thomas regarding status of Byrd transaction and telephone J. Byrd regarding same. | 0.40 | $340.00 | $136.00 |
| 05/02/2022 | CCK | Email exchange with J. Byrd regarding status of sale and expected closing; confer with C. Thomas regarding ███████████████████████. | 0.20 | $340.00 | $68.00 |
| 05/03/2022 | CCK | Review ████████████████████████████████████. | 0.30 | $340.00 | $102.00 |
| 05/04/2022 | CCK | Review ████████████████████████████ confer with C. Thomas regarding ████████ ████████ close review of Carter's motion to compel and begin drafting response to same; research regarding ████████████████. | 2.30 | $340.00 | $782.00 |
| 05/05/2022 | CCK | Review Carter's Reply ISO motion to dismiss, including transcript from her criminal proceedings; continue review of Carter docs for production and confer ████████████████████████ ████████; continue drafting response to motion to compel and confer with C. Thomas regarding same; emails with J. Byrd, Carter's attorney and title agent regarding issues pertaining to closing on Byrd property and getting funds into the Court's registry. | 2.60 | $340.00 | $884.00 |
| 05/06/2022 | CCK | Continued review of response to document requests and reviewing index to documents for production to specify responsive bates numbers in responses; confer with C. Thomas regarding same; email from J. Byrd confirming closing. | 0.50 | $340.00 | $170.00 |
| 05/09/2022 | CCK | Email title agent responsible for closing on Byrd | 0.20 | $340.00 | $68.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Property regarding status of proceeds to the court's registry and amount of same and confer with C. Thomas regarding strategy regarding related matters; ██████████████████████ ██████████████████████ | | | |
| 05/10/2022 | CCK | Review Carter Reply ISO motion for additional discovery or alternatively motion to amend scheduling order; review docket entry from clerk regarding interpleader deposit; review Scheduling Order regarding stay in Carter proceedings and draft status report regarding sale of Byrd Properties; revise responses to Carter RFPs to reference document index for identification of bates numbers and revise additional responses as necessary; ███████████████ review and respond to email from D. Carter regarding her motion to dismiss based on purportedly late disclosures. | 0.90 | $340.00 | $306.00 |
| 05/11/2022 | CCK | Telephone conference with C. Thomas regarding strategy and timing for various pleadings and efforts re Carter; ██████████████ ██████████; draft requests for admission; confer with assistant regarding revisions to document production index; review additional documents (emails) for production. | 3.40 | $340.00 | $1,156.00 |
| 05/12/2022 | CCK | Review draft Interrogatory answers and continue editing/finalizing same, and forward to assistant to add bates #s and other information; review draft responses to Requests for Admission and finalize same; begin drafting motion to stay; second email to D. Carter regarding whether she intends to assert her Fifth Amendment privilege and conference on motion to stay. | 2.50 | $340.00 | $850.00 |
| 05/13/2022 | CCK | Review extremely lengthy email from Carter regarding conference on motion to stay, threats, and her intention to "supplement" her motion to dismiss and respond to same; confer with C. Thomas regarding motion to stay and Carter communications and response to additional email from Carter; revise motion to stay and forward same to C. Thomas for review. | 0.60 | $340.00 | $204.00 |
| 05/16/2022 | CCK | Review C. Thomas edits to Motion to Stay and further edits to same; and email correspondence with C. Thomas regarding Carter criminal trial date and telephone conference with C. Thomas | 0.60 | $340.00 | $204.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding strategy for same; review order denying Carter's motion for reconsideration; ███████ | | | |
| 05/17/2022 | CCK | Review and revise draft Initial Disclosures and confer with C. Thomas regarding whether service is required when Carter contends she has no reciprocal disclosure obligation; review C. Thomas revisions to motion for stay and finalize same; ███████████████████ . | 0.80 | $340.00 | $272.00 |
| 05/18/2022 | CCK | Confer with assistant regarding finalizing Initial Disclosures and strategy for serving same; continued edits to same; ████████████ ███████████ revisions to response to Carter's Motion to Compel and confer with C. Thomas regarding same; review order granting motion to stay and confer with C. Thomas regarding same. | 1.40 | $340.00 | $476.00 |
| 06/09/2022 | CCK | Quick review of Carter's motion for distribution of assets in court's registry. | 0.20 | $340.00 | $68.00 |
| 06/13/2022 | CCK | Review email providing notice that Carter criminal trial continued and review Stay Order regarding whether we need to advise the court of same. | 0.10 | $340.00 | $34.00 |
| 06/23/2022 | CCK | Review Carter's supplement to motion for distribution; review motion for distribution and draft response to same; forward same to C. Thomas for review. | 1.40 | $340.00 | $476.00 |
| 06/23/2022 | SRL | Finalize and file Receiver's Response to Carter's Motion for Distribution. | 0.20 | $90.00 | $18.00 |

|  |  |
|---|---|
| **Quantity Subtotal** | **86.4** |
| **Hours Total** | **86.4** |
| **Subtotal** | **$26,851.00** |
| **Client Total** | **$26,851.00** |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

Wire Payments
Veritex Community Bank
17950 Preston Road, Suite 500
Dallas, TX 75225
ABA # 111024865   Account # 30081159

Check Payments
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

Credit Card Payments https://secure.lawpay.com/pages/brown-fox-pllc/operating

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT D

APP. 0134



# Invoice #8201

Due: 07/13/2022

469-467-4660
ddenison@ahujaclark.com

2901 N. Dallas Parkway Ste. 320 Plano, TX 75093

## Total: $412.50

Tax: $0.00

# Invoice for WD Brown & Associates PLLC

Attention: Bill Brown

Please contact Dawn Peterson for any queries about this invoice.

## Invoice Items

| Services | Qty | Price Per Unit | Total |
|---|---|---|---|
| Services rendered in April 2022. | 2.0833 | $198.00 | $412.50 |

## Work Detail

Staff:   Connie G.

| Date | Subject / Description | Owner | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/2022 | Quarter 1 2022 Receivership Accounting | Connie G. | 1h 5m | $150.00 | $162.50 |
| | Quarter 1 2022 Receivership Accounting | | | | |

Staff:   Stacey H.

| Date | Subject / Description | Owner | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/15/2022 | Review | Stacey H. | 1h 0m | $250.00 | $250.00 |
| | Review of Quarter 1 2022 Receivership accounting; preparation of Standard Fund Accounting Report | | | | |

| | |
|---|---|
| Sub-total | $412.50 |
| Tax | $0.00 |
| **Total** | **$412.50** |

Please click on the link below to submit payment.

Credit Card   

**APP. 0135**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **Case No. 3:19-cv-575-C** |
| WILLIAM NEIL "DOC" GALLAGHER, GALLAGHER FINANCIAL GROUP, INC., and W. NEIL GALLAGHER, Ph.D. AGENCY, INC. | § § § § § § § | |
| *Defendants.* | § § | |

## [PROPOSED] ORDER GRANTING RECEIVER'S FOURTEENTH QUARTERLY FEE APPLICATION

Before the Court is the Receiver's Unopposed Fourteenth Quarterly Fee Application. Having considered the Application, the Court finds that Plaintiff does not oppose the relief requested in the Petition and that the Petition is just and appropriate and should be GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses:

1.     The sum of $11,570.09 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from April 1, 2022 through June 30, 2022.

2.     The sum of $26,851.00 shall be paid to Brown Fox PLLC for its services as counsel to the Receiver and expenses incurred from April 1, 2022 through June 30, 2022.

3.     The sum of $412.50 shall be paid to W.D. Brown & Associates, PLLC for its services as accountant to the Receiver from April 1, 2022 through June 30, 2022.

1

**APP. 0136**

**SO ORDERED**

**DATED:** _____


_____
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT B-2

APP. 0138

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILLIAM NEIL "DOC" GALLAGHER, GALLAGHER FINANCIAL GROUP, INC. and W. NEIL GALLAGHER, Ph.D. AGENCY, INC., | ) ) ) ) ) | |
| Defendants. | ) | Civil Action No. 3:19-CV-0575-C |

### ORDER

The Court, having considered the Receiver's Unopposed Fourteenth Quarterly Fee

Application, filed August 14, 2022, is of the opinion that the same should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that the Receiver is authorized to pay from the

receivership assets recovered by the Receiver the following fees and expenses:

1.     The sum of $11,570.09 shall be paid to Cort Thomas for his services as Receiver and

expenses incurred from April 1, 2022 through June 30, 2022.

2.     The sum of $26,851.00 shall be paid to Brown Fox PLLC for its services as counsel

to the Receiver and expenses incurred from April 1, 2022 through June 30, 2022.

3.  The sum of $412.50 shall be paid to W.D. Brown & Associates, PLLC for its services as accountant to the Receiver from April 1, 2022 through June 30, 2022.

SO ORDERED.

Dated August 15, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

2

APP. 0140

# EXHIBIT B-3

APP. 0141

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **Case No. 3:19-cv-575-C** |
| WILLIAM NEIL "DOC" GALLAGHER, GALLAGHER FINANCIAL GROUP, INC., and W. NEIL GALLAGHER, Ph.D AGENCY, INC. | § § § § § § § | |
| *Defendants.* | § § | |

## RECEIVER'S UNOPPOSED TWENTY-FIRST QUARTERLY FEE APPLICATION

Pursuant to the Order Appointing Receiver [Dkt. 14] (the "Receivership Order" or "RO") entered by the Court on March 8, 2019, the Receiver is required to submit quarterly fee applications for authorization to pay the fees and expenses incurred by the Receiver and all personnel hired by the Receiver, including counsel to the Receiver. In accordance with the Receivership Order, the Receiver has provided the Securities and Exchange Commission (the "Commission") a complete copy of the proposed Application, together with all exhibits and relevant billing information. The Commission has indicated that it is unopposed to the relief requested herein. While this matter was administratively stayed on March 2, 2022, the Receiver believes that this application is both administrative in nature and required by the Court's Receivership Order. Accordingly, and because the application is unopposed, the Receiver believes that this unopposed application can be considered and ruled upon without a re-opening of the case.

APP. 0142

Beginning with the Receiver's First Quarterly Fee Application, which covered the first thirty days of the Receivership (March 8, 2019 - April 7, 2019), the Receiver has filed fee applications covering every quarter of the Receivership. This Twenty-First Quarterly Fee Application covers the period beginning January 1, 2024, through March 31, 2024.

## I.
## FEES AND EXPENSES INCURRED

### A. SFAR

A copy of the Standardized Fund Accounting Report for the period January 1, 2024, through March 31, 2024, is attached hereto as **Exhibit A**.

### B. Receiver Fees & Expenses ($4,088.50).

Fees. As outlined more fully in the Receiver's Twenty-First Quarterly Report [Dkt. 333], the bulk of the Receiver's time during the First Quarter of 2024 continued to involve small, miscellaneous Receivership activities and his quarterly reporting. On March 26, 2024, the Receiver learned that the criminal trial of Debbie Carter has been continued to June 24, 2024. After Ms. Carter's criminal trial is completed, the Receiver anticipates seeking quick resolution of the Debbie Carter-related litigation, which remains pending (and stayed).

By this Twenty-First Quarterly Fee Application, the Receiver requests authority to pay $2,852.50 in Receiver fees incurred from January 1, 2024, through March 31, 2024. The Receiver provided 10.0 hours of service to the Receivership during this period, which, without additional reductions and write-offs, would otherwise result in a bill of $3,500.00 to the Receivership Estate, even at the Receiver's reduced hourly rate for this matter.[1]

The services provided by the Receiver from January 1, 2024, through March 31, 2024, as well as itemized reductions and write-offs, are set forth in the invoices attached hereto as

---

[1] The Receiver's discounted hourly rate for this matter is $350 per hour. Mr. Thomas' regular billing rate for non-receivership matters is $575 per hour.

**Exhibit B**.  The services are also summarized in the Receiver's Twenty-First Quarterly Report [Dkt. 333], which was filed on April 30, 2024.

Expenses.  In addition, to assist the Receivership Estate, the Receiver incurred expenses in the amount of $1,236.00 between January 1, 2024, through March 31, 2024.  *See* Ex. B at 2. These expenses consist of the February 2024 to April 2024 fees for Public Storage ($1,236.00).[2] The Receiver once again is not seeking reimbursement for mileage or other travel expenses related to the Receivership.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to pay a total of **$4,088.50** in Receiver fees and expenses incurred during the Fourth Quarter of 2023.

### C.    **Receiver's Counsel Fees ($531.50).**

The Receiver's primary counsel (Scheef & Stone) did not submit any fees or expenses for the First Quarter of 2024.  On May 21, 2019, the Court granted the Receiver's motion to engage his law firm, Brown Fox PLLC ("Brown Fox") as secondary counsel in this matter.

As detailed more fully in the Receiver's Twenty-First Quarterly Report [Dkt. 333], during the First Quarter of 2024 counsel supporting the Receiver primarily assisted the Receiver's efforts to resolve (in the most efficient manner) the outstanding dispute with Debbie Carter (once her criminal trial concludes) and to analyze (in the most economical manner) the collectability of the judgment against Gary Hopkins and Hopkins Mining prior to the windup of the Receivership.  Very minimal work was performed by the Receiver's counsel.

Brown Fox submits monthly invoices to the Receiver for the services rendered.  By this Application and pursuant to the Receivership Order, the Receiver requests authority to pay

---

[2] The Public Storage expense was previously paid for directly by the Receivership via check.  Public Storage has had a history of losing the checks sent by the Receivership, most recently has ceased receiving in-person delivery of the checks, and has requested payment via credit card.  Because the Receivership Estate does not have a credit card, the Receiver's firm has agreed to pay the rental fee and seek reimbursement via fee application.

Brown Fox $531.50 in fees billed for work performed during the three-month period of January 1, 2024, through March 31, 2024. Attached hereto as **Exhibit C** is Brown Fox's invoice for the period ending March 2024.

The attorneys and paralegals of Brown Fox who provided services to the Receiver during this period, their billable rates, and the hours billed are summarized as follows:

| Attorney/Paralegal | Hours Billed | Discounted Billable Rate | Total Billed |
|---|---|---|---|
| Alan Carrillo (Associate) | 0.6 | $290.00 | $174.00 |
| Andrew Debter (Associate) | 1.3 | $275.00 | $357.50 |

Expenses. Brown Fox did not incur any expenses between January 1, 2024, through March 31, 2024.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to reimburse Brown Fox the total of **$531.50** for fees and expenses incurred between January 1, 2024, through March 31, 2024.

### D.     Receiver's Accountant Fees and Expenses ($2,968.89).

The accounting firm of W.D. Brown & Associates, PLLC ("W.D. Brown & Associates") of Dallas, Texas serves as the accountant for the Receiver. As discussed in prior fee applications, the accountants' primary responsibility in this case is to provide a forensic accounting that will enable the Receiver to trace (1) the amount of funds flowing from each DGI investor into Gallagher Financial Group and (2) where those investor funds ultimately ended up (*i.e.*, whether they were saved, spent, or transferred to someone else). This forensic accounting has been of paramount importance to the Receiver's duties in analyzing claims received from investors, identifying potential targets of fraudulent transfer claims, and determining the amounts owing to the Receivership on account of such claims.

As detailed more fully in the Receiver's Twenty-First Quarterly Report, between January 1, 2024, through March 31, 2024, the Receiver's accountants primarily prepared the 1Q24 SFAR, reviewed and prepared 1099s, and prepared the Receivership's 2023 tax return.

During the First Quarter of 2024, the accountants logged 11.8 labor hours and $2,916.00 in fees to the Receivership Estate. The services provided by W.D. Brown & Associates from January 1, 2024, through March 31, 2024, are set forth in the invoices attached hereto as **Exhibit C**. The services are also summarized in the Receiver's Twenty-First  Quarterly Report [Dkt. 333], which was filed on April 30, 2024.

Expenses.  W.D. Brown & Associates incur expenses in the amount of $52.89 between January 1, 2024, through March 31, 2024.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to reimburse W.D. Brown & Associates the total of **$2,968.89** for fees and expenses incurred between January 1, 2024, through March 31, 2024.

*     *     *

Based on the foregoing, the Receiver believes the services rendered to the Receivership by the Receiver, the Receiver's counsel, and the Receiver's accountant W.D. Brown & Associates were valuable and that the rates charged to the Receivership were fair and reasonable. Moreover, the expenses incurred for the Receivership were also reasonable and necessary.  The attorneys for the Securities and Exchange Commission previously reviewed the invoices of the Receiver, Brown Fox, and W.D. Brown & Associates and have no objection to the invoices.

## II.
## LEGAL DISCUSSION OF GUIDELINES FOR PAYMENT OF RECEIVERSHIP FEES AND EXPENSES

In reviewing the total fees (not including expenses) of the Receiver, the Receiver's counsel, and the Receiver's accountants for which approval is sought in this Application

(collectively, $6,300.00), divided by the hours worked (23.7 hours), the lodestar average rate per hour is $265.82.[3]  In accordance with the law governing calculation of the lodestar rate, the lodestar rate for which approval is sought in this case is reasonable and does not merit any adjustment.

The "lodestar" method of evaluating the reasonableness of fees, which has been expressly approved by the Supreme Court, requires the court to look into the prevailing market rates in the relevant community and compare the prevalent rates with the average rate charged in the matter in issue.  *Perdue v. Kenny*, 130 S.Ct. 1662, 1673 (2010).  The lodestar method also includes most of the relevant factors constituting a "reasonable" fee but does not expressly require the "subjective" *Johnson* factor analysis.[4]  *Id.*

The Court calculates the lodestar by determining the number of hours reasonably expended by an appropriate hourly rate in the community.[5]  *Louisiana Power & Light Co. v. Kellstrom*, 50 F.3d 319, 324 (5th Cir. 1995).   In evaluating whether requested fees are reasonable, the court may use its own expertise and judgment to independently assess the value of an attorney's services.  *Davis v. Bd. Of Sch. Comm'rs of Mobile County,* 526 F.2d 865, 868 (5th Cir. 1976).  The Court also looks for evidence of "billing judgment," or the attorney or receiver's decision to discount or write off time that was unproductive or duplicative.  *Saizan v. Delta Concrete Prods. Co.,* 448 F.3d 795, 799 (5th Cir. 2006).  The amount of the award, and any reduction of the requested fee award, is within the trial court's discretion.  *See, e.g.*, *United States Football League v. National Football League,* 887 F.2d 408, 415 (2d Cir. 1989).

---

[3] To date, the Receiver, Receiver's counsel, and Receiver's accountants have billed at a cumulative lodestar average rate of $242.97.

[4] These Johnson factors are nevertheless addressed herein.  *See infra*.

[5] The movant bears the burden of proving that the compensation requested is reasonable, and satisfaction of this burden requires that the movant present records from which the court may determine the nature of the work done, the need for it, and the amount of time reasonably required.  *Louisiana Power*, 50 F.3d at 324.

Additional considerations are also relevant in the context of an equity receivership. First, the agreement or opposition of the Commission to the fee application is entitled to great weight. *See, e.g.*, *SEC v. Fifth Ave. Coach Lines, Inc.,* 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973). Further, given the public service nature of equity receiverships, courts also consider the amounts recovered or other results obtained by the receiver in determining what constitutes a "reasonable fee." *SEC v. Goren,* 272 F. Supp. 2d 202, 207 (E.D.N.Y. 2003). Additionally, examination of reasonableness and necessity should take into account all circumstances surrounding the receivership. *See SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd, SEC v. W.L. Moody & Co.*, 519 F.2d 1087 (5th Cir. 1975). The complexity and difficulty associated with the receivership are highly relevant factors in determining the reasonableness of professional fees. *See Fifth Ave. Coach Lines*, 364 F. Supp. at 1222 (awarding interim fees and expenses to law firm for role in receivership and noting that it involved wide variety of complex legal matters requiring the time, competence, and diverse resources of a law firm of high caliber). Further, Courts examine the credentials, experience, reputation, and other professional qualities required to carry out a court's orders when assessing the reasonableness of the rates charged for services to a receivership. *See W.L. Moody & Co.,* 374 F. Supp. at 481 (holding that a court should give "considerable weight" to "a receiver's abilities, as required by the tasks of the receivership"); *see also Fifth Ave. Coach Lines*, 364 F. Supp. at 1222 (fees awarded in full because they were based on law firm's usual hourly rate and supported by meticulous records).

The Receiver submitted detailed descriptions of the matters on which services were expended, the number of hours billed by each professional, the rates charged by each, and the lodestar calculation for the fees submitted in this Application. Further, the Receiver's invoices

and this Application demonstrate that billing judgment was exercised in the reduction of the standard rates charged by the Receiver and the retained professionals,[6] in staffing the work performed efficiently, and in writing off time and further reducing rates where necessary. Finally, the Receiver requests that the Court judicially notice the much higher lodestar and hourly rates approved in other receiverships in Texas.[7]

The request for approval of the disbursements is also consistent with the *Johnson* factors set forth by the Fifth Circuit Court of Appeals in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). Based on the lodestar calculation and the Johnson factors, the Receiver believes that the fees submitted are appropriate, just, and reasonable:

A. **The Time and Labor Required.** The Receiver respectfully directs the Court's attention to the foregoing summary of unpaid fees and expenses, which identifies the total number of hours billed by the Receiver, the Receiver's attorneys, and accountants (23.7 hours total) for the period January 1, 2024, through March 31, 2024.

B. **The Novelty and Difficulty of the Questions.** Federal equity receiverships require extensive effort in order to act swiftly and efficiently in securing assets, obtaining documents and data from computers to find additional assets, and to communicate with investors and law enforcement agencies. As set forth in prior quarterly reports, the Receiver and his personnel have, among other things, (1) communicated with impacted investors and interface with a multitude of financial institutions, creditors, and persons in possession of information

---

[6] *See* Receiver's Unopposed Motion for Approval of Engagement Agreements ¶ 8 ("Each firm agreed to discounts of not less than 15% for the contracted rates, and in some instances for discounts of 20% or more.").

[7] *See, e.g.*, *Securities and Exchange Commission v. Correll*, No. 4:05-CV-472 (E.D. Tex.) (approving Receiver fees of $400 per hour and lead counsel fees of $585 per hour); *SEC v. Amerifirst Funding, Inc., et al.*, No. 3:07-CV-1188 (N.D. Tex.) (noting in Dkt. 117 that Receiver's counsel's rates, discounted by 10–20% is $420 per hour); *SEC v. W Financial Group, LLC, et al.*, No. 3:08-CV-0499-N (N.D. Tex.) (noting in Dkt. 65 that Receiver's counsel's rate is $510 per hour, and $165 per hour for a law clerk); and *CFTC v. Pousa*, No. 1:12-cv-00862 (W.D. Tex.) (approving Receiver fees in excess of $600 per hour).

necessary for the Receiver to accomplish his mandate; (2) made substantial progress on the completion of the forensic accounting in this case, which is essential to both the claims process and the Receiver's potential ability to recover significant sums for the investors on fraudulent transfer claims; (3) pursued several lawsuits against fraudulent transferees and other third parties on behalf of the Receivership Estate and injured investors (and settled several of these); (4) disposed of various pieces of real estate held by the Receiver; and (5) established a claims process and made initial and interim distribution payments to the investors.

C. **The Skill Requisite to Perform the Service.** The Receiver believes the services performed in this case to date required individuals possessing considerable skill in the administration of receiverships, asset seizure, collection, and litigation. The Receiver, Scheef & Stone, L.L.P., Brown Fox, PLLC, and W.D Brown & Associates have considerable skill and experience in such areas.

D. **The Preclusion of Other Employment Due to Acceptance of the Case.** Neither the Receiver, Scheef & Stone, LLP, Brown Fox PLLC, nor W.D. Brown & Associates have declined any representation solely because of their services in this case. However, performing all of the work necessary since the inception of the Receivership has substantially limited the Receiver's available time to dedicate to other pending matters for which his rate was not reduced and which was not subject to a write-off.

E. **The Customary Fee.** The hourly rates sought herein for the Receiver and the Receiver's attorneys and accountants are *substantially* lower than the rates charged by other practitioners of similar experience levels in Texas. Indeed, the per hour rates charged by the Receiver's counsel whose fees are included herein are substantially lower than the rates currently

charged on other receiverships pending in Texas.[8]  The lodestar rate of $265.82 (and $242.97 cumulatively) per hour also demonstrates that when appropriate the Receiver is having work performed by less expensive attorneys or legal assistants, or is otherwise reducing the amounts billed to the Receivership Estate.

F.    **Whether the Fee is Fixed or Contingent.**  The Receiver's fees and his counsel's fees are fixed insofar as monies exist by way of Receivership Assets from which to pay such fees, but payment of the fees and expenses is subject to approval by the Court.  As discussed more fully in prior fee applications, the Court approved Scheef & Stone's contingency engagement related to third-party litigation on May 24, 2019 [Dkt. 51].  The Receiver will continue to include any requests for approval to pay contingency amounts in conjunction with resolved third-party claims.

G.    **Time Limitations Imposed by the Client or Other Circumstances.**  Performing the mandate of the Receivership Order and the TRO has been extremely time-sensitive given the asset freeze issues and other related concerns.  Likewise, deadlines for the Receiver related to reporting, duties related to asset recovery, management and liquidation are generally time sensitive.  This includes the Receiver's successful attempts to file nearly all lawsuits against third parties on or before March 7, 2020—the one-year anniversary of the Receivership.  Moreover, identifying and communicating with investors, shocked by the Commission's allegations, remains time-sensitive.

H.    **The Amount Involved and the Results Obtained**.  The amount involved in this Receivership is significant.  Indeed, pursuant to the Court's Final Claims Order, the approved claims of DGI investors exceed $23 million.  In the first days of the Receivership, there was

---

[8] *See* footnote 7, supra.

approximately only $800,000 in the Gallagher Defendants' bank accounts. In the months since, the Receiver has recovered approximately an additional $9.9 million, for a total of approximately $10.7 million collected as of September 30, 2023 ($7.0 million net of expenses). All of these monies and properties were obtained directly through the efforts of the Receiver and the personnel he retained. Moreover, the Receiver continues to identify and pursue additional sources of recovery, including currently pursuing certain interests held by Debbie Carter.

I. **The Experience, Reputation and Ability of the Attorneys.** Scheef & Stone, L.L.P., the Receiver's primary counsel, and Brown Fox, PLLC, include numerous attorneys who specialize in representation of equity receivers in federal securities or commodities enforcement cases, and have done so for more than fifteen years. The reputations of Scheef & Stone and Brown Fox are recognized and respected in these fields. Scheef & Stone and Brown Fox also have multiple attorneys who specialize in representation of equity receivers in federal securities or commodities enforcement cases. The Receiver has extensive experience in litigation in federal courts in and around the Northern District of Texas.

J. **The Undesirability of the Case.** The representation of the Receiver incident to this case has not been undesirable.

K. **The Nature and Length of the Professional Relationship with the Client.** Scheef & Stone and Brown Fox have not previously represented the Receiver in a receivership.

L. **Awards in Similar Cases.** The Receiver believes the fees requested in this case for his counsel are less than or equal to those which have been awarded in similar cases in federal courts in Texas.

## III.
## <u>CONCLUSION</u>

In conclusion, in accordance with the Receivership Order and SEC billing guidelines, the Receiver represents and certifies that: (i) he has personally reviewed the entire contents of this Fee Application; (ii) the fees and expenses included in this Application were incurred in the best interests of the Receivership Estate; and, (iii) with the exception of the SEC Billing Instructions, the Receiver has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof. The Receiver respectfully requests that the Court enter an order approving the fees and expenses requested in this Twenty-First Quarterly Fee Application, for the period from January 1, 2024, through March 31, 2024.

Dated: May 13, 2024

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
  State Bar No. 24075153
  cort@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

## CERTIFICATE OF CONFERENCE

I hereby certify that this Application and true and correct copies of the invoices that are exhibits to this Application were provided to counsel for the Securities and Exchange Commission on April 25, 2024. The Receiver subsequently conferred with counsel for the Securities and Exchange Commission, who indicated that the Commission does not oppose the relief sought herein. A copy of this Application and true and correct copies of the invoices that are exhibits to this Application will be provided to Defendant W. Neil Gallagher, who currently is not represented by counsel in this matter, in accordance with the certificate of service below.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this Quarterly Fee Application is being filed with the Court's electronic-filing system. The Receiver will serve a paper copy of this document on Defendant W. Neil Gallagher via certified mail and regular U.S. mail as follows:

William Neil Gallagher, TDCJ # 02328785
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

*/s/ Cortney C. Thomas*
Cortney C. Thomas

APP. 0154

Civil Action No.: 3:19-CV-0575-C
Standardized Fund Accounting Report
As of March 31, 2024

1 -  Beginning Balance (January 1, 2024):                475,697.11

2 -  Contributions/Deposits:                                        28.51

3 -  Investment/Interest Earnings:                                     -
      3a - Investment Interest                                    2,229.60

4 -  Gain on investment Disposition:                                   -

5 -  Disbursements to Investors:                                       -

      Disbursements for Plan Administration Expenses
6 -  Paid by Fund:                                               2,637.56

7 -  Disbursements to Courts/Other:

8 -  District of Columbia (DC) & State Tax Payment:

9 -  Loss on Investment Disposition:

10 -  Ending Balance (March 31, 2024):                         475,317.66

11 -  Ending Balance of Fund - Net Assets:                     475,317.66
      11a - Cash & Cash Equivalents:                           453,163.14
      11b - Investments (3 month CDs):                                -
      11c - Property Closing Costs                              22,154.52

      Disbursements for Plan Administration Expenses
12 -  Not Paid by Fund:                                               -

13 -  Disbursements to Courts/Other:
14 -  No. of Claims:
15 -  No. of Claimants/Investors:

APP. 0155

# EXHIBIT B



8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 39543
Date: 04/10/2024

Gallagher Financial Group Receivership

## SEC v. Gallagher - Case Administration

### Services

| Date | Initials | Description | Hours | Rate | Client Total |
|------|----------|-------------|-------|------|--------------|
| 01/03/2024 | CCT | Begin preparing cash accounting summary for 4Q23. | 0.20 | $0.00 | $0.00 |
| 01/04/2024 | CCT | Continue drafting quarterly status report for 4Q23; correspondence with accountants regarding same. | 0.30 | $350.00 | $105.00 |
| 01/08/2024 | CCT | Correspondence with one investor regarding status of receivership and distributions received to date. | 0.20 | $175.00 | $35.00 |
| 01/11/2024 | CCT | Correspondence with one investor regarding status of D. Carter trial and receivership. | 0.20 | $175.00 | $35.00 |
| 01/11/2024 | CCT | Draft update for receivership website regarding postponement of D. Carter trial. | 0.10 | $350.00 | $35.00 |
| 01/23/2024 | CCT | Correspondence with Tarrant County prosecutor regarding rescheduling of D. Carter criminal trial; draft update for receivership website regarding same; review 1099 from Receivership Bank; correspondence with accountants regarding same. | 0.40 | $350.00 | $140.00 |
| 01/29/2024 | CCT | Continue drafting Quarterly Status Report (4Q23). | 0.80 | $350.00 | $280.00 |
| 01/30/2024 | CCT | Finish drafting quarterly report (4Q23); draft update for receivership website regarding same. | 0.40 | $350.00 | $140.00 |
| 01/31/2024 | CCT | Telephone conference with M. Gallagher. [No | 0.10 | $0.00 | $0.00 |

APP. 0157

| | | charge] | | | |
|---|---|---|---|---|---|
| 02/02/2024 | CCT | Correspondence with accountants regarding receivership tax documents. | 0.10 | $350.00 | $35.00 |
| 02/06/2024 | CCT | Telephone conference with one investor regarding status of receivership. | 0.20 | $175.00 | $35.00 |
| 02/15/2024 | CCT | Telephone conference with reporter. [No charge] | 0.30 | $0.00 | $0.00 |
| 02/19/2024 | CCT | Review draft 2023 tax return for receivership; correspondence with accountants regarding same. | 0.20 | $350.00 | $70.00 |
| 02/28/2024 | CCT | Review correspondence regarding TDCJ's denial of Gallagher's request for medically recommended intensive supervision; telephone conference and correspondence with reporter regarding accurate information to include in article. [No charge] | 0.70 | $0.00 | $0.00 |
| 02/29/2024 | CCT | Correspondence with SEC regarding potential consent judgments. | 0.10 | $350.00 | $35.00 |
| 02/29/2024 | CCT | Correspondence with one investor regarding status of D. Carter trial. | 0.10 | $175.00 | $17.50 |
| 03/20/2024 | CCT | Correspondence with one investor regarding status of receivership. [No charge] | 0.20 | $0.00 | $0.00 |
| 03/25/2024 | CCT | Telephone conference with Tarrant County DA regarding status of document review and potential continuance of trial. | 0.50 | $350.00 | $175.00 |
| 03/26/2024 | CCT | Correspondence with Tarrant County DA's office regarding rescheduled trial date. | 0.20 | $350.00 | $70.00 |

| | |
|---|---|
| **Quantity Subtotal** | **5.3** |
| **Services Subtotal** | **$1,207.50** |

## Expenses

| Date | Description | Client Total |
|---|---|---|
| 01/15/2024 | Public Storage - February 2024. | $412.00 |
| 02/12/2024 | Public Storage - March 2024. | $412.00 |
| 03/18/2024 | Public Storage - April 2024. | $412.00 |
| | **Expenses Subtotal** | **$1,236.00** |

|  |  | Subtotal | $2,443.50 |

# SEC v. Gallagher - Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|------|----------|-------------|-------|------|--------------|
| 01/05/2024 | CCT | Review memo from A. Carrillo regarding potential paths forward on D. Carter civil recovery after completion of January criminal trial; review memo regarding G. Hopkins; correspondence with A. Debter regarding same. | 0.60 | $350.00 | $210.00 |
| 01/08/2024 | CCT | Continue due diligence of potential firms in Indiana and surrounding areas to assist with potential Gary Hopkins judgment litigation. | 0.50 | $350.00 | $175.00 |
| 01/09/2024 | CCT | Telephone conference and correspondence with potential outside attorneys regarding Hopkins judgment contingency representation; meeting with A. Carrillo to discuss memo on registry funds and amending contempt motion. | 0.50 | $350.00 | $175.00 |
| 01/11/2024 | CCT | Review updated draft letter to Henderson County tax assessor; revise same; additional property research in support of same; telephone conferences with Henderson County tax office regarding same; telephone conference with Indiana counsel regarding potential representation involving G. Hopkins. | 1.90 | $350.00 | $665.00 |
| 02/01/2024 | CCT | Telephone conference and correspondence with Comanche County DA's office regarding status of forfeiture proceeding. | 0.30 | $350.00 | $105.00 |
| 02/21/2024 | CCT | Telephone conference and correspondence with potential purchaser of receivership judgment. | 0.70 | $350.00 | $245.00 |
| 03/18/2024 | CCT | Telephone conference and correspondence with L. Varnell regarding paper documents stored at storage unit. | 0.20 | $350.00 | $70.00 |

| | Quantity Subtotal | 4.7 |
|---|---|---|
| | Expenses Total | $1,236.00 |
| | Hours Total | 10.0 |
| | Services Total | $2,852.50 |
| | Total | $4,088.50 |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

| | |
|---|---|
| Wire Payments | Check Payments |
| Veritex Community Bank | Brown Fox PLLC |
| 17950 Preston Road, Suite 500 | 8111 Preston Road, Suite 300 |
| Dallas, TX 75252 | Dallas, TX 75225 |
| ABA # 113024164   Account # 30081159 | |

Credit Card Payments https://www.brownfoxlaw.com/payments

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

APP. 0160

# EXHIBIT C



8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 39544
Date: 04/10/2024

Gallagher Financial Group Receivership

## SEC v. Gallagher - Non-Receiver Activity: Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|------|----------|-------------|-------|------|--------------|
| 01/09/2024 | CAC | Meet with Receiver to discuss civil-contempt strategy for Debbie Carter; review memo prepared for Receiver in advance of same. | 0.60 | $290.00 | $174.00 |
| 01/09/2024 | ACD | Revise letter to Henderson County Tax Office regarding Mabank, TX property. | 1.30 | $275.00 | $357.50 |

|  |  |
|--|--|
| **Quantity Subtotal** | **1.9** |

|  |  |
|--|--|
| **Hours Total** | **1.9** |
| **Subtotal** | **$531.50** |
| **Client Total** | **$531.50** |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

| Wire Payments | Check Payments |
|---------------|----------------|
| Veritex Community Bank | Brown Fox PLLC |
| 17950 Preston Road, Suite 500 | 8111 Preston Road, Suite 300 |
| Dallas, TX 75252 | Dallas, TX 75225 |
| ABA # 113024164   Account # 30081159 | |

Credit Card Payments https://www.brownfoxlaw.com/payments

**APP. 0162**

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

APP. 0163

# EXHIBIT D

## SUMMARY OF ACCOUNTING & TAX SERVICES

| Task | Hours | Total |
|------|-------|-------|
| Accounting Services | 5.2 | $993.14 |
| Tax Services | 6.6 | $1,975.75 |
| **TOTAL** | **11.8** | **$2,968.89** |

# EXHIBIT D-1



Invoice #9527
Created Date: 03/31/2024

Due: 03/31/2024

## Total: $993.14

Tax: $0.00

Ahuja & Consultants, Inc.

469-467-4660
2901 N. Dallas Parkway Ste. 320 Plano, TX 75093

# Invoice for WD Brown & Associates PLLC

Attention: Cort Thomas

Please contact Stacey Huser for any queries about this invoice.

## Invoice Items

| Services | Total |
|---|---|
| Accounting services provided during Q1 of 2024. | $980.00 |

| Expenses | Qty | Price Per Unit | Total |
|---|---|---|---|
| 1099 Postage | 9.00 | $0.67 | $6.03 |
| 1099NEC filing fees | 1.00 | $7.11 | $7.11 |

## Work Detail

Date: 01/09/2024

| Date | Subject / Description | Owner | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/2024 | Receivership Accounting ~ Q4 2023 | Stacey H. | 1h 0m | $250.00 | $250.00 |
| | Quarterly accounting and SFAR preparation | | | | |

Date: 01/26/2024

| Date | Subject / Description | Owner | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/26/2024 | Accounting | Stacey H. | 30m | $250.00 | $125.00 |
| | Review 1099s and related correspondence | | | | |
| 01/26/2024 | 1099 Preparation | Jeanne-Marie B. | 2h 42m | $150.00 | $405.00 |
| | Preparation of 2023 Form 1099s | | | | |

Date: 01/29/2024

| Date | Subject / Description | Owner | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/2024 | 1099 Preparation | Ammon H. | **APP. 0167** | | $75.00 |

Case 23-19865 Document 1334-4 Filed 06/06/24 Page 25 of 126 Page 5689-24

|  | Preparation of Form 1099 for 2023 tax year. | | | | |

Date: 01/30/2024

| Date | Subject / Description | Owner | Hours | Rate | Amount |
|------|----------------------|-------|-------|------|--------|
| 01/30/2024 | Review | Jim K. | 30m | $250.00 | $125.00 |
|  | Review and file 1099's, prepare and send vendor copies to vendor. | | | | |

|  |  |
|--|--|
| Sub-total | $980.00 |
| Expense total | $13.14 |
| **Total** | **$993.14** |

Please click on the link below to submit payment.

Credit Card  

**APP. 0168**

# EXHIBIT D-2

APP. 0169



Due: 03/31/2024

## Total: $1,975.75

Tax: $0.00

Ahuja & Consultants, Inc.

469-467-4660
2901 N. Dallas Parkway Ste. 320 Plano, TX 75093

# Invoice for WD Brown & Associates PLLC

Attention: Bill Brown

Please contact Dawn Peterson for any queries about this invoice.

## Invoice Items

| Services | Total |
|---|---|
| Preparation of 2023 Form 1120SF, U.S. Income Tax Return for an Corporation, and related schedules for the year ended December 31, 2023. | $1,936.00 |

| Expenses | Qty | Price Per Unit | Total |
|---|---|---|---|
| Courier of tax return to Receiver | 1.00 | $31.10 | $31.10 |
| Certified Mail - Gallagher 2023 Form 1120-SF | 1.00 | $8.65 | $8.65 |

## Work Detail

Date: 01/29/2024

| Date | Subject / Description | Owner | Hours |
|---|---|---|---|
| 01/29/2024 | Preparation | Kiranpreet W. | 1h 0m |
| | Preparation of Engagement Binder and Work-Papers. | | |

Date: 01/31/2024

| Date | Subject / Description | Owner | Hours |
|---|---|---|---|
| 01/31/2024 | Preparation of Tax Return | Kiranpreet W. | 18m |
| | Preparation of 2023 Form 1120SF. | | |
| 01/31/2024 | Preparation | Kiranpreet W. | 1h 12m |
| | Preparation of Tax Return | | |
| 01/31/2024 | Review | Divya S. | 48m |
| | Review Form 1120SF, including verifying source documents and amounts, review of schedules, and notate review notes: | | |

APP. 0170

| Date | Subject / Description | Owner | Hours |
|------|----------------------|-------|-------|
| 02/01/2024 | Review of Tax Return | Divya S. | 12m |
| | Review of 2023 Form 1120SF | | |

Date: 02/06/2024

| Date | Subject / Description | Owner | Hours |
|------|----------------------|-------|-------|
| 02/06/2024 | Review | Madhu A. | 1h 0m |
| | Review of 2023 QSF tax return | | |

Date: 02/07/2024

| Date | Subject / Description | Owner | Hours |
|------|----------------------|-------|-------|
| 02/07/2024 | Review of Tax Return | Divya S. | 1h 0m |
| | Communication with Ms. Ahuja and Ms. Huser regarding two transaction and update the return | | |
| 02/07/2024 | Internal Communication | Stacey H. | 12m |
| | Communication with Ms. Ahuja and Ms. Shetty regarding two transaction | | |
| 02/07/2024 | Tax Issues | Madhu A. | 12m |
| | Communication with Ms. Shetty and Ms. Huser regarding two transaction | | |

Date: 02/08/2024

| Date | Subject / Description | Owner | Hours |
|------|----------------------|-------|-------|
| 02/08/2024 | Prepration of Tax Return | Kiranpreet W. | 18m |
| | Return copies saved and released to internal team. | | |

Date: 02/15/2024

| Date | Subject / Description | Owner | Hours |
|------|----------------------|-------|-------|
| 02/15/2024 | Draft Return | Dawn P. | 24m |
| | Sending client copy of Draft return along with invoice and required signature forms: | | |

| | |
|---|---|
| Sub-total | $1,936.00 |
| Expense total | $39.75 |
| **Total** | **$1,975.75** |

Credit Card 

**APP. 0171**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **Case No. 3:19-cv-575-C** |
| WILLIAM NEIL "DOC" GALLAGHER, GALLAGHER FINANCIAL GROUP, INC., and W. NEIL GALLAGHER, Ph.D. AGENCY, INC. | § § § § § § § | |
| *Defendants.* | § | |

## [PROPOSED] ORDER GRANTING RECEIVER'S
## TWENTY-FIRST QUARTERLY FEE APPLICATION

Before the Court is the Receiver's Unopposed Twenty-First Quarterly Fee Application. Having considered the Application, the Court finds that Plaintiff does not oppose the relief requested in the Petition and that the Petition is just and appropriate and should be GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses:

1.      The sum of $4,088.50 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from January 1, 2024 through March 31, 2024.

2.      The sum of $531.50 shall be paid to Brown Fox PLLC for its services as counsel to the Receiver from January 1, 2024 through March 31, 2024.

3.      The sum of $2,968.89 shall be paid to W.D. Brown & Associates, PLLC for its services as accountant to the Receiver from January 1, 2024 through March 31, 2024.

1

**SO ORDERED**

**DATED:** _____

_____
UNITED STATES DISTRICT JUDGE

APP. 0173

# EXHIBIT B-4

APP. 0174

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

MAY 20 2024 AM 10:41
FILED - USDC - NDTX - LU

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| . v. | § § | Case No. 3:19-cv-575-C |
| WILLIAM NEIL "DOC" GALLAGHER, GALLAGHER FINANCIAL GROUP, INC., and W. NEIL GALLAGHER, Ph.D. AGENCY, INC. | § § § § § § § | |
| *Defendants.* | § § | |

**ORDER GRANTING RECEIVER'S**
**TWENTY-FIRST QUARTERLY FEE APPLICATION**

Before the Court is the Receiver's Unopposed Twenty-First Quarterly Fee Application. Having considered the Application, the Court finds that Plaintiff does not oppose the relief requested in the Petition and that the Petition is just and appropriate and should be GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses:

1. The sum of $4,088.50 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from January 1, 2024 through March 31, 2024.

2. The sum of $531.50 shall be paid to Brown Fox PLLC for its services as counsel to the Receiver from January 1, 2024 through March 31, 2024.

1

**APP. 0175**

3.    The sum of $2,968.89 shall be paid to W.D. Brown & Associates, PLLC for its services as accountant to the Receiver from January 1, 2024 through March 31, 2024.

SO ORDERED.

Date this 20 day of May, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

2

APP. 0176

# EXHIBIT C

APP. 0177

# EXHIBIT C-1

APP. 0178

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**RECEIVER'S PARTIALLY UNOPPOSED**
**SECOND QUARTERLY FEE APPLICATION**

Pursuant to the Order Appointing Receiver [Dkt. 29] (the "Receivership Order" or "RO") entered by the Court on October 18, 2022, the Receiver is required to submit quarterly fee applications for authorization to pay the fees and expenses incurred by the Receiver and all personnel hired by the Receiver, including counsel to the Receiver. In accordance with the Receivership Order, the Receiver has provided the Securities and Exchange Commission (the "Commission") a complete copy of the proposed Application, together with all exhibits and

APP. 0179

relevant billing information. The Commission has indicated that it is unopposed to the relief requested herein. Defendants Barton, Fu, and Wall have not indicated whether they are opposed to the relief requested herein.

This Second Quarterly Fee Application covers January 1, 2023 through March 31, 2023.

**I.**
**FEES AND EXPENSES INCURRED**

**A.**     **SFAR**

A copy of the Standardized Fund Accounting Report for the period January 1, 2023 through March 31, 2023 is attached as **Exhibit A**.

**B.**     **Receiver Fees & Expenses ($109,326.63).**

<u>Fees</u>.  By this Second Quarterly Fee Application, the Receiver requests authority to pay $107,112.50 in Receiver fees incurred from January 1, 2023 through March 31, 2023.  The Receiver provided 308.8 hours of service to the Receivership during this period, which, if the Receiver were to bill at his standard hourly rate, would otherwise result in a bill of $169,840.00.[1]

Moreover, the Receiver has also voluntarily reduced or otherwise written-off portions of his work on top of the steeply discounted hourly rate.  For example, the Receiver has written off the entirety of his time related to drafting the prior quarter's fee application, bi-weekly meetings with the Amerigold property manager to drop off paychecks, and regular maintenance of the extensive email and correspondence, among other things.  This resulted in write-offs of 29.0 total hours ($11,165 in savings) that would have otherwise been billed to the Receivership Estate.  The Receiver also reduced his rate from $385 per hour to $200 per hour for certain work that he needed to undertake but that ordinarily could otherwise be performed by a less expensive member of his

---

[1] The Receiver's discounted hourly rate for this matter is $385 per hour.  Mr. Thomas' regular billing rate for non-receivership matters is $550 per hour (a discount of 30%).

team.  This work included communicating with impacted investors and searching for tax return-related documents at the Turtle Creek office, totaling 3.3 hours at the reduced rate ($610.50 in savings).

The Receiver's application of a steeply reduced hourly rate and the other reductions and write-offs should not be interpreted as implying that the Receiver's work that is the subject of these reductions had no or little value, was in any manner subject to an objection, or otherwise not worthy of reasonable compensation.  To the contrary, the Receiver believes that most attorneys or receivers would charge for these services and not agree to such steep discounting.  Instead, these voluntary, steep reductions reflect the Receiver's concern for the investors and other creditors impacted by this Receivership, and his desire to minimize the administrative expense to the Receivership where appropriate, among other things.  Defendant Barton's continuing practice of challenging many of the Receiver's efforts during the First Quarter of 2023 has once again necessitated significant time and attention by both the Receiver and, more predominantly, his counsel.

The services provided by the Receiver from January 1, 2023 through March 31, 2023, as well as itemized reductions and write-offs, are set forth in the invoices attached hereto as **Exhibit B**.  Where appropriate, the Receiver has redacted privileged information and information that is likely to prejudice the Receivership if publicly disclosed at this time.  The services are also summarized in the Receiver's Third Status Report [Dkt. 225], which was filed on April 30, 2023.

Expenses.  In addition, to assist the Receivership Estate, the Receiver incurred expenses in the amount of $2,214.13 between January 1, 2023 through March 31, 2023.  *See* Ex. B at 4-6.  These expenses included publication fees tied to property sales, the transcript fee for one hearing,

entity-related searches with the Texas Secretary of State, PACER fees, and postage fees for mail forwarding, among other things.  The Receiver did not seek reimbursement for any mileage fees.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to pay a total of $109,326.63 in Receiver fees and expenses incurred during the First Quarter of 2023.

### C.   Receiver's Counsel Fees and Expenses ($235,794.00).

Fees.  The law firm of Brown Fox PLLC ("Brown Fox") serves as primary counsel for the Receiver.  By this Application and pursuant to the Receivership Order, the Receiver requests authority to pay Brown Fox $234,614.00 in non-receiver fees billed for work by Brown Fox from January 1, 2023 through March 31, 2023.

The attorneys and paralegals of Brown Fox who provided services to the Receiver during this period, their billable rates, and the hours billed are summarized as follows:

| Attorney/Paralegal | Hours Billed | Discounted Billable Rate | Total Billed |
|---|---|---|---|
| Charlene Koonce (Partner) | 265.8 | $385 | $102,333.00 |
| Tim Wells (Associate) | 472.7 | $200 | $90,860.00 |
| Alan Carrillo (Associate) | 99.0 | $300 | $29,810.00 |
| Shannon Latham (Paralegal) | 76.60 | $110 | $8,426.00 |
| Adam Fox (Partner) | .7 | $500 | $350.00 |
| Joshua Mahaffey (Associate) | 14.6 | $275 | $4,015.00 |
| TOTALS: (blended rate) | 929.4 | $253.71 | $235,794.00 |

Similar to the Receiver, the attorneys representing the Receiver have agreed to steeply discounted hourly rates in this matter.  Moreover, the Receiver's counsel has also agreed to write-offs of time incurred during the First Quarter of 2023.  The Receiver and his primary attorney, Charlene Koonce, have continued to strive to pass along any work that did not merit their expertise

to less-expensive associates or paralegals. This has resulted in substantial work by associate Tim Wells in particular. For certain tasks performed by Mr. Wells, Brown Fox has further agreed to reduce his hourly rate by half ($100 total) for certain tasks that either took longer than anticipated or that did not justify billing at Mr. Wells' full hourly rate. Brown Fox has agreed to write-down approximately 29.8 hours of Mr. Wells' time from the First Quarter of 2023 ($2,980 in savings). Brown Fox has also agreed to write-off the entirety of Mr. Wells' 3.5 hours spent on maintenance of the Gillespie property, including changing the locks and meeting contractors to repair several broken windows ($700 in savings). Once again, these reductions and write-offs are not a reflection of the work that was performed and should in no way minimize or call into question any of the work performed by the Receiver's counsel. To the contrary, the Receiver and his team are seeking to minimize the expense to the Receivership Estate where possible.[2]

Brown Fox provided valuable services to the Receiver during the First Quarter of 2023. A description of these services is set forth in the invoices attached hereto as **Exhibit C**. Where appropriate, the Receiver has redacted privileged information and information that is likely to prejudice the Receivership if publicly disclosed at this time. The services are also summarized in the Receiver's Third Status Report [Dkt. 225], which was filed on April 30, 2023.

Expenses. Brown Fox did not incur any separate non-receiver expenses during the First Quarter of 2023.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to reimburse Brown Fox the total of $235,794.00 for fees and expenses incurred between January 1, 2023 through March 31, 2023.

---

[2] Defendant Barton has previously complained of the Receiver's efforts in connection with Barton's appeal of several of the Court's Orders to the Fifth Circuit. Because these appeals stem from motions filed by the Receiver and because there was uncertainty whether the SEC would dedicate Agency resources to defending the resulting Orders, the Receiver believes that his efforts were necessary and reasonable.

**D.** **Receiver's Accountant Fees and Expenses ($78,329.20).**

The accounting firm of Ahuja & Clark, PLLC ("Ahuja & Clark") serves as the Receiver's accountants. Ahuja & Clark submitted the invoice attached hereto as **Exhibit D** for the accounting services rendered during the period from January 1, 2023 through March 31, 2023. During the First Quarter of 2023, the accountants logged 371.70 labor hours for $77,153.50 in fees to the Receivership Estate.

As detailed more fully in the Receiver's Second Status Report, the Accountants' efforts during the First Quarter of 2023 related to attempts to recreate books for the pending Opelika cost certification, to examine miscellaneous QuickBooks files obtained by the Receiver, and to preparing certain Receivership tax filings, among other things.

Expenses. In addition, to assist the Receivership Estate, Ahuja & Clark incurred expenses in the amount of $1,175.70 between January 1, 2023 through March 31, 2023. *See* Ex. E at 8. These expenses included fees to QuickBooks for certain online accounts, certain IRS filing fees, and certified mailing expenses.

Pursuant to the Receivership Order, the Receiver seeks authority to pay Ahuja &Clark the total of $78,329.20 for fees and expenses incurred during the First Quarter of 2023.

**E.** **Veracity's Fees and Expenses ($20,944.39).**

The Receiver retained Veracity Forensics ("Veracity") to assist in securing the various digital assets located at 2999 Turtle Creek and with establishing the Receivership Website. Veracity submitted the invoices attached hereto as **Exhibit E** for fees and expenses rendered during the period from January 1, 2023 through March 31, 2023. These services included creating forensic images of the various digital assets recovered at 2999 Turtle Creek.

Pursuant to the Receivership Order, the Receiver seeks authority to pay Veracity the total of $20,944.39 for fees and expenses incurred during the First Quarter of 2023.

*     *     *     *

Based on the foregoing, the Receiver believes the services rendered to the Receivership by the Receiver, the Receiver's law firm Brown Fox, the Receiver's accountant Ahuja & Clark, and the Receiver's IT Professional Veracity were valuable and that the rates charged to the Receivership were fair and reasonable. Moreover, the expenses incurred for the Receivership were also reasonable and necessary. The Receivership Order provides that "Quarterly Fee Applications *may be subject* to a holdback in the amount of 20% of the amount of fees and expenses for each application filed with the Court." RO ¶ 66 (emphasis added). Given the substantial reductions already taken (and outlined above), the Receiver respectfully requests that no holdback occur in this case.

In accordance with the Receivership Order, the attorneys for the Securities and Exchange Commission previously reviewed the invoices of the Receiver, Brown Fox, Ahuja & Clark, and Veracity and have no objection to the invoices.

## II.
## LEGAL DISCUSSION OF GUIDELINES FOR PAYMENT OF RECEIVERSHIP FEES AND EXPENSES

In reviewing the total fees (not including expenses) of the Receiver, the Receiver's counsel, and the Receiver's accountants for which approval is sought in this Application (collectively, $420,060.00), divided by the hours worked (1,609.90 hours), the lodestar average rate per hour is $260.92.[3] In accordance with the law governing calculation of the lodestar rate, the lodestar rate for which approval is sought in this case is reasonable and does not merit any adjustment.

The "lodestar" method of evaluating the reasonableness of fees, which has been expressly approved by the Supreme Court, requires the court to look into the prevailing market rates in the

---

[3] To date, the Receiver, Receiver's counsel, and Receiver's accountants have billed at a cumulative lodestar average rate of $278.28.

relevant community and compare the prevalent rates with the average rate charged in the matter in issue. *Perdue v. Kenny*, 130 S.Ct. 1662, 1673 (2010). The lodestar method also includes most of the relevant factors constituting a "reasonable" fee but does not expressly require the "subjective" *Johnson* factor analysis.[4] *Id.*

The Court calculates the lodestar by determining the number of hours reasonably expended by an appropriate hourly rate in the community.[5] *Louisiana Power & Light Co. v. Kellstrom*, 50 F.3d 319, 324 (5th Cir. 1995). In evaluating whether requested fees are reasonable, the court may use its own expertise and judgment to independently assess the value of an attorney's services. *Davis v. Bd. Of Sch. Comm'rs of Mobile County,* 526 F.2d 865, 868 (5th Cir. 1976). The Court also looks for evidence of "billing judgment," or the attorney or receiver's decision to discount or write off time that was unproductive or duplicative. *Saizan v. Delta Concrete Prods. Co.,* 448 F.3d 795, 799 (5th Cir. 2006). The amount of the award, and any reduction of the requested fee award, is within the trial court's discretion. *See, e.g.*, *United States Football League v. National Football League,* 887 F.2d 408, 415 (2d Cir. 1989).

Additional considerations are also relevant in the context of an equity receivership. First, the agreement or opposition of the Commission to the fee application is entitled to great weight. *See, e.g.*, *SEC v. Fifth Ave. Coach Lines, Inc.,* 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973). Further, given the public service nature of equity receiverships, courts also consider the amounts recovered or other results obtained by the receiver in determining what constitutes a "reasonable fee." *SEC v. Goren,* 272 F. Supp. 2d 202, 207 (E.D.N.Y. 2003). Additionally, examination of reasonableness

---

[4] These Johnson factors are nevertheless addressed herein. *See infra*.

[5] The movant bears the burden of proving that the compensation requested is reasonable, and satisfaction of this burden requires that the movant present records from which the court may determine the nature of the work done, the need for it, and the amount of time reasonably required. *Louisiana Power*, 50 F.3d at 324.

and necessity should take into account all circumstances surrounding the receivership.  *See SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd, SEC v. W.L. Moody & Co.*, 519 F.2d 1087 (5th Cir. 1975).   The complexity and difficulty associated with the receivership are highly relevant factors in determining the reasonableness of professional fees.  *See Fifth Ave. Coach Lines*, 364 F. Supp. at 1222 (awarding interim fees and expenses to law firm for role in receivership and noting that it involved wide variety of complex legal matters requiring the time, competence, and diverse resources of a law firm of high caliber). Further, Courts examine the credentials, experience, reputation, and other professional qualities required to carry out a court's orders when assessing the reasonableness of the rates charged for services to a receivership.  *See W.L. Moody & Co.,* 374 F. Supp. at 481 (holding that a court should give "considerable weight" to "a receiver's abilities, as required by the tasks of the receivership"); *see also Fifth Ave. Coach Lines*, 364 F. Supp. at 1222 (fees awarded in full because they were based on law firm's usual hourly rate and supported by meticulous records).

The Receiver submitted detailed descriptions of the matters on which services were expended, the number of hours billed by each professional, the rates charged by each, and the lodestar calculation for the fees submitted in this Application.  Further, the Receiver's invoices and this Application demonstrate that billing judgment was exercised in the reduction of the standard rates charged by the Receiver and the retained professionals, in staffing the work, performing it efficiently, and in writing off time and further reducing rates where necessary. Finally, the Receiver requests that the Court judicially notice the much higher lodestar and hourly rates approved in other receiverships in Texas.[6]

---

[6] *See, e.g.*, *SEC v. AriseBank*, No. 3:18-CV-00186 (N.D. Tex) (approving receiver's fee of $525 per hour and counsel's fee of $525 per hour [Dkt. 92]);  *SEC v. Narayan*, No. 3:16-CV-1417, 2018 WL 11361757 (N.D. Tex. June 19, 2018) (approving receiver's fee of $445 per hour and noting that standard rates for the attorneys in the case, including the receiver, were discounted 10% and capped at $450); *SEC v. Stanford International Bank Ltd.,* No: 3:09-CV-00298

The request for approval of the disbursements is also consistent with the *Johnson* factors set forth by the Fifth Circuit Court of Appeals in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). Based on the lodestar calculation and the Johnson factors, the Receiver believes that the fees submitted are appropriate, just, and reasonable:

**A.** **The Time and Labor Required.** The Receiver respectfully directs the Court's attention to the foregoing summary of unpaid fees and expenses, which identifies the total number of hours billed by the Receiver, the Receiver's attorneys, and accountants (1,609.9 hours total) for the period January 1, 2023 through March 31, 2023. Considerable portions of the hours expended by the Receiver and his counsel continued to result from carious challenges by Defendant Barton to the Receiver's efforts. While substantial work remains to be completed, the Receiver remains hopeful that such challenges (and the resulting expense to the Receivership Estate) will be less prevalent in future quarters.

**B.** **The Novelty and Difficulty of the Questions.** Federal equity receiverships require extensive effort in order to act swiftly and efficiently in securing assets, obtaining documents and data from computers to find additional assets, and to communicate with investors and other parties. Additionally, as set forth in the Receiver's prior status reports, the majority of properties subject to this Receivership face substantial legal challenges. To date, the Receiver and his personnel have effectively gained control of the Defendants' assets and continued the process of interfacing

---

(N.D. Tex) (approving receiver's fee of $550 per hour [Dkt.3161]); *SEC v. Correll*, No. 4:05-CV-472 (E.D. Tex.) (approving Receiver fees of $400 per hour and lead counsel fees of $585 per hour); *SEC v. Amerifirst Funding, Inc., et al.*, No. 3:07-CV-1188 (N.D. Tex.) (noting in Dkt. 117 that Receiver's counsel's rates, discounted by 10–20% is $420 per hour); *SEC v. W Financial Group, LLC, et al.*, No. 3:08-CV-0499-N (N.D. Tex.) (noting in Dkt. 65 that Receiver's counsel's rate is $510 per hour, and $165 per hour for a law clerk); and *CFTC v. Pousa*, No. 1:12-cv-00862 (W.D. Tex.) (approving Receiver fees in excess of $600 per hour).

with the investors, financial institutions, creditors, and persons in possession of information necessary for the Receiver to accomplish his mandate.

      **C.**    **<u>The Requisite Skill to Perform the Service</u>.**  The Receiver believes the services performed in this case to date required individuals possessing considerable skill in the administration of receiverships, asset seizure, collection, and litigation.  The Receiver, Brown Fox, and Ahuja & Clark have considerable skill and experience in such areas.

      **D.**    **<u>The Preclusion of Other Employment Due to Acceptance of the Case</u>.**  Neither the Receiver, Brown Fox, nor Ahuja & Clark have declined any representation solely because of their services in this case.  However, performing all of the work necessary since the inception of the Receivership has substantially limited the Receiver's and Receiver's counsel's available time to dedicate to other pending matters for which their rates were not reduced and which were not subject to a write-off.

      **E.**    **<u>The Customary Fee</u>.**  The hourly rates sought herein for the Receiver and the Receiver's attorneys and accountants are *substantially* lower than the rates charged by other practitioners of similar experience levels in Texas.  Indeed, the per hour rates charged by the Receiver's counsel whose fees are included herein are substantially lower than the rates currently charged on other receiverships pending in Texas.[7]  The lodestar rate of $260.92 per hour (and $278.28 cumulatively) also demonstrates that when appropriate the Receiver is having work performed by less expensive attorneys or legal assistants or is otherwise reducing the amounts billed to the Receivership Estate.

      **F.**    **<u>Whether the Fee is Fixed or Contingent</u>.**  The Receiver's fees and his counsel's fees are fixed insofar as monies exist by way of Receivership Assets from which to pay such fees,

---

[7] *See* footnote 7, *supra*.

but payment of the fees and expenses is subject to approval by the Court. Moreover, as detailed in the Receiver's Status Reports filed to date, until the Receiver's settlement with DLP, it was unclear whether and when substantial funds would be secured to pay the Receiver and counsel's fees in this case. Similarly, appeals and other challenges have delayed the Receiver's ability to bring other significant sums into the Receivership. Brown Fox has agreed to consider a separate contingency engagement for certain ancillary litigation or other work incident to this engagement, should the need arise.

**G.** **Time Limitations Imposed by the Client or Other Circumstances.** Performing the mandate of the Receivership Order has been extremely time-sensitive given the nature of the appointment, the on-going concerns of many of the properties, the absence of funds to administer the estate, and other related concerns. Likewise, deadlines for the Receiver related to reporting, duties related to asset recovery, management and liquidation are generally time sensitive. And identifying and communicating with investors, primarily through the Receivership Website, is extremely time-sensitive. Finally, Defendant Barton's litigation conduct to-date has resulted in a multitude of time-sensitive and extensive briefing with the District Court and the Fifth Circuit Court of Appeals.

**H.** **The Amount Involved and the Results Obtained.** The fees for which payment is sought were for work summarized previously. The Receiver's attorneys contributed significantly to the Receiver's recovery of $944,245.19[8] for the receivership estate as of March 31, 2023, which monies were obtained directly through the efforts of the Receiver and the personnel he retained. Moreover, the Receiver has continued the process of identifying and securing

---

[8] The Receiver's settlement with B. Walker is still currently being negotiated and may result in a portion of the $120,000 now held by the Receiver being returned to Walker.

additional sources of recovery and has entered into agreements that should result in several million dollars coming into the Receivership Estate within the coming months.

      **I.**     **The Experience, Reputation and Ability of the Attorneys.** Both the Receiver, and this primary counsel, Charlene Koonce at Brown Fox, have extensive experience in representation of equity receivers in federal securities or commodities enforcement cases. Ms. Koonce has done so for more than twenty years. The reputation of Brown Fox, PLLC is recognized and respected in these fields. Both the Receiver and Ms. Koonce also have extensive experience in litigation in federal and state courts in and around the Northern District of Texas.

      **J.**     **The Undesirability of the Case.** The representation of the Receiver incident to this case has not been undesirable. Defendant's blatant disregard for the requirements imposed on him by the Receivership Order, his frequent mischaracterizations of the work performed by the Receiver, and the resulting challenges have considerably increased the complexity and challenges of the appointment.

      **K.**     **The Nature and Length of the Professional Relationship with the Client.** Brown Fox and Ahuja & Clark have previously represented the Receiver in one other receivership.

      **L.**     **Awards in Similar Cases.** The Receiver believes the fees requested in this case for his counsel are less than or equal to those which have been awarded in similar cases in federal courts in Texas.

**III.**
**CONCLUSION**

In conclusion, the Receiver represents and certifies that: (i) he has personally reviewed the entire contents of this Fee Application; (ii) the fees and expenses included in this Application were incurred in the best interests of the Receivership Estate; and, (iii) the Receiver has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount

of compensation paid or to be paid from the Receivership Estate, or any sharing thereof.  The

Receiver respectfully requests that the Court enter an order approving the fees and expenses

requested in this Second Quarterly Fee Application, for the period from January 1, 2023 through

March 31, 2023.

Dated: May 15, 2023

                                            Respectfully submitted,

                                            **RECEIVER CORTNEY C. THOMAS**

                                            */s/ Cortney C. Thomas*
                                            Cortney C. Thomas
                                              State Bar No. 24075153
                                              cort@brownfoxlaw.com
                                            Brown Fox PLLC
                                            8111 Preston Road, Suite 300
                                            Dallas, Texas 75225
                                            Telephone: (214) 327-5000
                                            Fax: (214) 327-5001

## CERTIFICATE OF CONFERENCE

I hereby certify that this Application and true and correct copies of the invoices that are exhibits to this Application were provided to counsel for the Securities and Exchange Commission by agreement and in accordance with the Receivership Order on January 22, 2023. The Receiver subsequently conferred with counsel for the Securities and Exchange Commission, who indicated that the Commission does not oppose the relief sought herein. The Receiver also provided a copy of this Application to counsel for all Defendants on May 12, 2023. As of the time of this filing, none of the Defendants have indicated whether they are opposed to the relief requested herein.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this Quarterly Fee Application is being filed with the Court's electronic-filing system.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

APP. 0193

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| Relief Defendants. | § | |

**ORDER GRANTING RECEIVER'S**
**SECOND QUARTERLY FEE APPLICATION**

Before the Court is the Receiver's Partially Unopposed Second Quarterly Fee Application. Having considered the Application, the Court finds that Plaintiff does not oppose the relief requested in the Petition and that the Petition is just and appropriate and should be GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses:

1.      The sum of $109,326.63 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from January 1, 2023 through March 31, 2023.

2.      The sum of $235,794.00 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from January 1, 2023 through March 31, 2023.

3.      The sum of $78,329.20 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver from January 1, 2023 through March 31, 2023.

4.      The sum of $20,944.39 shall be paid to Veracity Forensics LLC for its services as digital asset and discovery advisor to the Receiver from January 1, 2023 through March 31, 2023.

SO ORDERED this _____ day of _____ 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

# EXHIBIT C-2

APP. 0196

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| TIMOTHY BARTON, et al. | § § | Civil Action No. 3:22-CV-2118-X |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

## <u>ORDER GRANTING RECEIVER'S SECOND FEE APPLICATION</u>

Before the Court is the Receiver's Second Quarterly Fee Application. [Doc. 237]. The Securities and Exchange Commission (the "SEC") does not oppose the motion, but Defendant Timothy Barton does. Barton requests a hearing on this motion, which the Court **DENIES.** For the reasons below, and because the Court concludes that the Receiver has acted reasonably and diligently and that the requested fees and expenses are reasonable and necessary given the circumstances surrounding the Receivership, the Court **GRANTS** the Receiver's second fee application.

Barton argues that the Receiver should not be paid while Barton's appeal of several Court orders in this case remain pending. But "[t]he award of fees in a

1

receivership is entrusted to the discretion of the district court."[1]  A receiver "is entitled to compensation" regardless of whether he "increased, or prevented a decrease in, the value of the collateral," so long as he "reasonably and diligently discharged his duties."[2]  In that analysis, "opposition or acquiescence by the SEC to the fee application will be given great weight."[3]  And the Receiver, as an agent of the Court, is entitled to payment regardless of the outcome of Barton's pending appeals.[4]

Barton also argues that the Court must deny or reduce the application on several grounds.  He challenges the redactions in the Receiver's application, accuses the Receiver of requesting fees with insufficient specificity, and disputes the reasonableness and compensability of several individual items billed by the Receiver or his team.  But the Receiver's redactions are reasonable given the sensitivity of information surrounding multiple pending sales, the Receiver's requests are sufficiently specific, and the requested amounts are reasonable given the nature and circumstances of the case.  The Court also agrees with the Receiver that his expenditures connected with Barton's barrage of appeals to the Fifth Circuit were entirely necessary and reasonable.

---

[1] *Commodity Futures Trading Comm'n v. Am. Metals Exch. Corp.*, 991 F.2d 71, 79 (3d Cir. 1993) (cleaned up).

[2] *S.E.C. v. Elliott*, 953 F.2d 1560, 1577 (11th Cir. 1992).

[3] *S.E.C. v. Striker Petroleum, LLC*, No. 3:09-CV-2304-D, 2012 WL 685333, at *3 (N.D. Tex. 2012) (Fitzwater, C.J.) (cleaned up).

[4] *See, e.g.*, *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994) (holding that "the district court has the authority to impose a lien on property in a receivership to satisfy the receivership expenses" even where "the property is taken from the receiver's control before the receiver has been compensated" (cleaned up)).

2

APP. 0198

Accordingly, and given the reasonableness of the amounts under both the lodestar method and the Fifth Circuit's *Johnson* factors,[5] the Court **GRANTS** the application and **ORDERS** that the Receiver is hereby authorized to pay from the Receivership assets the following fees and expenses:

1. The sum of $109,326.63 shall be paid to Cort Thomas for his services as Receiver from January 1, 2023 to March 31, 2023, representing $107,112.50 in fees and $2,214.13 in expenses.

2. The sum of $235,794.00 shall be paid to Brown Fox PLLC for its services as counsel for the Receiver from January 1, 2023 to March 31, 2023.

3. The sum of $78,329.20 shall be paid to Ahuja & Clark, PLLC for its accounting services rendered from January 1, 2023 to March 31, 2023, representing $77,153.50 in fees and $1,175.70 in expenses.

4. The sum of $20,944.39 shall be paid to Veracity Forensics for its services to the Receiver from January 1, 2023 to March 31, 2023.

**IT IS SO ORDERED,** this 19th day of June, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[5] *See* Doc. 237 at 7–10 (explaining that the requests comply with the lodestar calculation method because the rates correlate with appropriate hourly rates in the community, evidence sound billing judgment, and are reasonable and necessary under the circumstances surrounding the receivership); *id.* at 10–13 (detailing the fee application's compliance with the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974)).

APP. 0199

# EXHIBIT C-3

APP. 0200

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** | § | |
| **CARNEGIE DEVELOPMENT, LLC,** | § | |
| **WALL007, LLC,** | § | |
| **WALL009, LLC,** | § | |
| **WALL010, LLC,** | § | |
| **WALL011, LLC,** | § | |
| **WALL012, LLC,** | § | |
| **WALL016, LLC,** | § | |
| **WALL017, LLC,** | § | |
| **WALL018, LLC,** | § | |
| **WALL019, LLC,** | § | |
| **HAOQIANG FU (A/K/A MICHAEL FU),** | § | |
| **STEPHEN T. WALL,** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and** | § | |
| **LDG001, LLC,** | § § | |
| *Relief Defendants.* | § | |

**RECEIVER'S PARTIALLY UNOPPOSED**
**THIRD QUARTERLY FEE APPLICATION**

Pursuant to the Order Appointing Receiver [Dkt. 29] (the "Receivership Order" or "RO") entered by the Court on October 18, 2022, the Receiver is required to submit quarterly fee applications for authorization to pay the fees and expenses incurred by the Receiver and all personnel hired by the Receiver, including counsel to the Receiver. In accordance with the Receivership Order, the Receiver has provided the Securities and Exchange Commission (the "Commission") a complete copy of the proposed Application, together with all exhibits and

**APP. 0201**

relevant billing information. The Commission has indicated that it does not object to the relief sought in the application, with the exception of the 20% holdback discussed below. Defendant Barton has indicated that he is opposed to this Application. Defendants Fu and Wall have not indicated whether they are opposed to the relief requested herein.

This Third Quarterly Fee Application covers April 1, 2023 through June 30, 2023.

## I.
## FEES AND EXPENSES INCURRED

### A.    SFAR

A copy of the Standardized Fund Accounting Report for the period April 1, 2023 through June 30, 2023 is attached as **Exhibit A**.

### B.    Receiver Fees & Expenses ($81,283.19).

Fees. By this Second Quarterly Fee Application, the Receiver requests authority to pay $69,363.50 in Receiver fees incurred from April 1, 2023 through June 30, 2023. The Receiver provided 208.4 hours of service to the Receivership during this period, which, if the Receiver were to bill at his standard hourly rate, would otherwise result in a bill of $114,620.[1]

Moreover, the Receiver has also voluntarily reduced or otherwise written-off portions of his work on top of the steeply discounted hourly rate. For example, the Receiver has written off the entirety of his time related to drafting the prior quarter's fee application, bi-weekly meetings with the Amerigold property manager to drop off paychecks, and regular maintenance of the extensive email and correspondence generated by the Receivership, among other things. This resulted in write-offs of 25.4 total hours ($9,779 in savings) that would have otherwise been billed to the Receivership Estate. The Receiver also reduced his rate from $385 per hour to $200 per

---

[1] The Receiver's discounted hourly rate for this matter is $385 per hour. Mr. Thomas' regular billing rate for non-receivership matters is $550 per hour (a discount of 30%).

hour for certain work that he needed to undertake but that ordinarily could otherwise be performed by a less expensive member of his team. This work included meetings at 2999 Turtle Creek, as well as lengthy internal meetings with counsel, totaling 5.9 hours at the reduced rate ($1,091.50 in savings).

The Receiver's application of a steeply reduced hourly rate and the other reductions and write-offs should not be interpreted as implying that the Receiver's work that is the subject of these reductions had no or little value, was in any manner subject to an objection, or otherwise not worthy of reasonable compensation. To the contrary, the Receiver believes that most attorneys or receivers would charge for these services and not agree to such steep discounting. Instead, these voluntary, steep reductions reflect the Receiver's concern for the investors and other creditors impacted by this Receivership, and his desire to minimize the administrative expense to the Receivership where appropriate, among other things. Defendant Barton's continuing practice of challenging many of the Receiver's efforts during the Second Quarter of 2023 has once again necessitated significant time and attention by both the Receiver and, more predominantly, his counsel.

The services provided by the Receiver from April 1, 2023 through June 30, 2023, as well as itemized reductions and write-offs, are set forth in the invoices attached hereto as **Exhibit B**. Where appropriate, the Receiver has redacted privileged information and information that is likely to prejudice the Receivership if publicly disclosed at this time. If the Court desires, the Receiver will submit unredacted copies of this and prior invoices for *in camera* review. The services are also summarized in the Receiver's Fourth Status Report [Dkt. 299], which was filed on July 31, 2023.

Expenses.  In addition, to assist the Receivership Estate, the Receiver incurred expenses in the amount of $11,919.69 between April 1, 2023 through June 30, 2023.  *See* Ex. B at 5-6.  These expenses included moving costs related to the movement of documents from 2999 Turtle Creek to the Receivership's storage units, entity-related searches with the Texas Secretary of State, PACER fees, and postage fees for mail forwarding, among other things.  The Receiver did not seek reimbursement for any mileage fees.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to pay a total of $81,283.19 in Receiver fees and expenses incurred during the Second Quarter of 2023.

**C.     Receiver's Counsel Fees and Expenses ($208,628.50).**

Fees.  The law firm of Brown Fox PLLC ("Brown Fox") serves as primary counsel for the Receiver.  By this Application and pursuant to the Receivership Order, the Receiver requests authority to pay Brown Fox $208,628.50 in non-receiver fees billed for work by Brown Fox from April 1, 2023 through June 30, 2023.

The attorneys and paralegals of Brown Fox who provided services to the Receiver during this period, their billable rates, and the hours billed are summarized as follows:

| Attorney/Paralegal | Hours Billed | Discounted Billable Rate | Total Billed |
|---|---|---|---|
| Charlene Koonce (Partner) | 281.4 | $385 | $108,339.00 |
| Margaret Mead (Partner) | .30 | $385 | $115.50 |
| Tim Wells (Associate) | 363.7 | $200 | $65,494.00 |
| Alan Carrillo (Associate) | 92 | $300 | $26,100.00 |
| Shannon Latham (Paralegal) | 35 | $110 | $3,850.00 |
| Joshua Mahaffey (Associate) | 17.2 | $275 | $4,730.00 |
| TOTALS: (blended rate) | 789.60 | | $208,628.50 |

Similar to the Receiver, the attorneys representing the Receiver have agreed to steeply discounted hourly rates in this matter.  Moreover, the Receiver's counsel has also agreed to write-offs of time incurred during the Second Quarter of 2023.  The Receiver and his primary attorney, Charlene Koonce, have continued to strive to pass along any work that did not merit their expertise to less-expensive associates or paralegals.  This has continued to result in substantial work by associate Tim Wells in particular.  For certain tasks performed by Mr. Wells, Brown Fox has further agreed to reduce his hourly rate to that of a paralegal ($110 total) for certain tasks that either took longer than anticipated or that did not justify billing at Mr. Wells' full hourly rate.  These rate write-downs resulted in savings to the Receivership of  Brown Fox has agreed to write-down approximately 61.4 hours of Mr. Wells' time from the Second Quarter of 2023 ($5,526 in savings), the vast majority of which involved coordinating the movement of documents from 2999 Turtle Creek to the Receivership's storage facilities.  Brown Fox has also agreed to write-off the entirety of 13.6 hours of associate work during the Second Quarter of 2023 attending a mediation and other miscellaneous receivership items ($3,220 in savings).  Once again, these reductions and write-offs are not a reflection of the work that was performed and should in no way minimize or call into question any of the work performed by the Receiver's counsel.  To the contrary, the Receiver and his team are seeking to minimize the expense to the Receivership Estate where possible.[2]

Brown Fox provided valuable services to the Receiver during the Second Quarter of 2023.  A description of these services is set forth in the invoices attached hereto as **Exhibit C**.  Where

---

[2] Defendant Barton has previously complained of the Receiver's efforts in connection with Barton's appeal of several of the Court's Orders to the Fifth Circuit.  Because these appeals stem from motions filed by the Receiver and because there was uncertainty whether the SEC would dedicate Agency resources to defending the resulting Orders, the Receiver believes that his efforts were necessary and reasonable.

appropriate, the Receiver has redacted privileged information and information that is likely to prejudice the Receivership if publicly disclosed at this time. If the Court desires, the Receiver will submit unredacted copies of this and prior invoices for *in camera* review. The services are also summarized in the Receiver's Fourth Status Report [Dkt. 299], which was filed on July 31, 2023.

<u>Expenses</u>. Brown Fox did not incur any separate non-receiver expenses during the Second Quarter of 2023.

In sum, pursuant to the Receivership Order, the Receiver seeks authority to reimburse Brown Fox the total of $208,628.50 for fees and expenses incurred between April 1, 2023 through June 30, 2023.

### D. **Receiver's Accountant Fees and Expenses ($137,937.98).**

The accounting firm of Ahuja & Clark, PLLC ("Ahuja & Clark") serves as the Receiver's accountants. Ahuja & Clark submitted the invoice attached hereto as **<u>Exhibit D</u>** for the accounting services rendered during the period from April 1, 2023 through June 30, 2023. During the Second Quarter of 2023, the accountants logged 577.60 labor hours for $116,303.00 in fees to the Receivership Estate.

As detailed more fully in the Receiver's Fourth Status Report [Dkt. 299], the Accountants' efforts during the Second Quarter of 2023 related to examination of the miscellaneous QuickBooks files and tax documents obtained by the Receiver, preparing certain Receivership tax filings, and beginning a forensic accounting to determine funds received by the Receivership Entities and identify potential fraudulent transferees, among other things. The Receiver's accountants have additionally voluntarily agreed to write-off an additional $10,707.00 related to internal discussions and background information on the various Receivership Entities.

<u>Expenses</u>. In addition, to assist the Receivership Estate, Ahuja & Clark incurred expenses in the amount of $21,634.98 between April 1, 2023 through June 30, 2023. *See* Ex. E at 2, 4.

These expenses included fees to QuickBooks for certain online accounts and software fees in conjunction with the forensic accounting.

Pursuant to the Receivership Order, the Receiver seeks authority to pay Ahuja &Clark the total of $137,937.98 for fees and expenses incurred during the Second Quarter of 2023.

**E.** **Veracity's Fees and Expenses ($9,891.36).**

The Receiver retained Veracity Forensics ("Veracity") to assist in securing the various digital assets located at 2999 Turtle Creek and with establishing the Receivership Website. Veracity submitted the invoices attached hereto as **Exhibit E** for fees and expenses rendered during the period from April 1, 2023 through June 30, 2023. These services included creating forensic images of additional digital assets recovered at 2999 Turtle Creek, storage of devices and images, and imaging of certain online servers the Receiver gained access to during the Second Quarter of 2023.

Pursuant to the Receivership Order, the Receiver seeks authority to pay Veracity the total of $9,892.36 for fees and expenses incurred during the Second Quarter of 2023.

\*       \*       \*       \*

Based on the foregoing, the Receiver believes the services rendered to the Receivership by the Receiver, the Receiver's law firm Brown Fox, the Receiver's accountant Ahuja & Clark, and the Receiver's IT Professional Veracity were valuable and that the rates charged to the Receivership were fair and reasonable. Moreover, the expenses incurred for the Receivership were also reasonable and necessary. As of the filing of this Application, the Receiver has not yet closed on the previously approved sales of the Frisco, Amerigold, and Rock Creek properties, which collectively are expected to bring more than $4 million into the Receivership Estate. As outlined in the Receiver's prior Quarterly Reports, until sales begin to close, the Receiver anticipates that the Receivership will continue to be cash-strapped. In the event the Court grants this Fee

Application before any of these sales close, the Receiver will refrain from issuing payment until he is comfortable that the Receivership Estate will not be unduly prejudiced thereby.

The Receivership Order provides that "Quarterly Fee Applications **may be subject** to a holdback in the amount of 20% of the amount of fees and expenses for each application filed with the Court." RO ¶ 66 (emphasis added). Given the substantial reductions already taken (and outlined above), the Receiver once again respectfully requests that no holdback occur in this case. The SEC has indicated that it believes it would be appropriate to impose a holdback in the amount of 20% of the amount of fees and expenses for each quarterly fee application filed with the Court as described in the Order and in accordance with the SEC's standard receivership billing procedures. Again, however, the holdback is unnecessary here, where, for example, the Receiver has already voluntarily discounted his own fees by approximately 40% ($69,363.50 billed versus $114,620 if no discounts were applied).

In accordance with the Receivership Order, the attorneys for the Securities and Exchange Commission previously reviewed the invoices of the Receiver, Brown Fox, Ahuja & Clark, and Veracity and have no objection to the invoices.

## II.
## LEGAL DISCUSSION OF GUIDELINES FOR PAYMENT OF RECEIVERSHIP FEES AND EXPENSES

In reviewing the total fees (not including expenses) of the Receiver, the Receiver's counsel, and the Receiver's accountants for which approval is sought in this Application (collectively, $394,295.00), divided by the hours worked (1,575.60 hours), the lodestar average rate per hour is

$250.25.[3]  In accordance with the law governing calculation of the lodestar rate, the lodestar rate

for which approval is sought in this case is reasonable and does not merit any adjustment.

The "lodestar" method of evaluating the reasonableness of fees, which has been expressly

approved by the Supreme Court, requires the court to look into the prevailing market rates in the

relevant community and compare the prevalent rates with the average rate charged in the matter in

issue. *Perdue v. Kenny*, 130 S.Ct. 1662, 1673 (2010).  The lodestar method also includes most of

the relevant factors constituting a "reasonable" fee but does not expressly require the "subjective"

*Johnson* factor analysis.[4]  *Id.*

The Court calculates the lodestar by determining the number of hours reasonably expended

by an appropriate hourly rate in the community.[5]  *Louisiana Power & Light Co. v. Kellstrom*, 50

F.3d 319, 324 (5th Cir. 1995).  In evaluating whether requested fees are reasonable, the court may

use its own expertise and judgment to independently assess the value of an attorney's services.

*Davis v. Bd. Of Sch. Comm'rs of Mobile County,* 526 F.2d 865, 868 (5th Cir. 1976).  The Court

also looks for evidence of "billing judgment," or the attorney or receiver's decision to discount or

write off time that was unproductive or duplicative.  *Saizan v. Delta Concrete Prods. Co.,* 448 F.3d

795, 799 (5th Cir. 2006).  The amount of the award, and any reduction of the requested fee award,

is within the trial court's discretion.  *See, e.g.*, *United States Football League v. National Football

League,* 887 F.2d 408, 415 (2d Cir. 1989).

---

[3] To date, the Receiver, Receiver's counsel, and Receiver's accountants have billed at a cumulative lodestar average rate of $268.05.

[4] These Johnson factors are nevertheless addressed herein.  *See infra*.

[5] The movant bears the burden of proving that the compensation requested is reasonable, and satisfaction of this burden requires that the movant present records from which the court may determine the nature of the work done, the need for it, and the amount of time reasonably required.  *Louisiana Power*, 50 F.3d at 324.

Additional considerations are also relevant in the context of an equity receivership. First, the agreement or opposition of the Commission to the fee application is entitled to great weight. *See, e.g.*, *SEC v. Fifth Ave. Coach Lines, Inc.,* 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973). Further, given the public service nature of equity receiverships, courts also consider the amounts recovered or other results obtained by the receiver in determining what constitutes a "reasonable fee." *SEC v. Goren,* 272 F. Supp. 2d 202, 207 (E.D.N.Y. 2003). Additionally, examination of reasonableness and necessity should take into account all circumstances surrounding the receivership. *See SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd, SEC v. W.L. Moody & Co.*, 519 F.2d 1087 (5th Cir. 1975). The complexity and difficulty associated with the receivership are highly relevant factors in determining the reasonableness of professional fees. *See Fifth Ave. Coach Lines*, 364 F. Supp. at 1222 (awarding interim fees and expenses to law firm for role in receivership and noting that it involved wide variety of complex legal matters requiring the time, competence, and diverse resources of a law firm of high caliber). Further, Courts examine the credentials, experience, reputation, and other professional qualities required to carry out a court's orders when assessing the reasonableness of the rates charged for services to a receivership. *See W.L. Moody & Co.,* 374 F. Supp. at 481 (holding that a court should give "considerable weight" to "a receiver's abilities, as required by the tasks of the receivership"); *see also Fifth Ave. Coach Lines*, 364 F. Supp. at 1222 (fees awarded in full because they were based on law firm's usual hourly rate and supported by meticulous records).

The Receiver submitted detailed descriptions of the matters on which services were expended, the number of hours billed by each professional, the rates charged by each, and the lodestar calculation for the fees submitted in this Application. Further, the Receiver's invoices and this Application demonstrate that billing judgment was exercised in the reduction of the

standard rates charged by the Receiver and the retained professionals, in staffing the work, performing it efficiently, and in writing off time and further reducing rates where necessary. Finally, the Receiver requests that the Court judicially notice the much higher lodestar and hourly rates approved in other receiverships in Texas.[6]

The request for approval of the disbursements is also consistent with the *Johnson* factors set forth by the Fifth Circuit Court of Appeals in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). Based on the lodestar calculation and the Johnson factors, the Receiver believes that the fees submitted are appropriate, just, and reasonable:

    **A.**    **The Time and Labor Required.** The Receiver respectfully directs the Court's attention to the foregoing summary of unpaid fees and expenses, which identifies the total number of hours billed by the Receiver, the Receiver's attorneys, and accountants (1,575.60 hours total) for the period April 1, 2023 through June 30, 2023. Considerable portions of the hours expended by the Receiver and his counsel continued to result from various challenges by Defendant Barton to the Receiver's efforts. While substantial work remains to be completed, the Receiver remains hopeful that such challenges (and the resulting expense to the Receivership Estate) will be less prevalent in future quarters.

    **B.**    **The Novelty and Difficulty of the Questions.** Federal equity receiverships require extensive effort in order to act swiftly and efficiently in securing assets, obtaining documents and

---

[6] *See, e.g.*, *SEC v. AriseBank*, No. 3:18-CV-00186 (N.D. Tex) (approving receiver's fee of $525 per hour and counsel's fee of $525 per hour [Dkt. 92]); *SEC v. Narayan*, No. 3:16-CV-1417, 2018 WL 11361757 (N.D. Tex. June 19, 2018) (approving receiver's fee of $445 per hour and noting that standard rates for the attorneys in the case, including the receiver, were discounted 10% and capped at $450); *SEC v. Stanford International Bank Ltd.*, No: 3:09-CV-00298 (N.D. Tex) (approving receiver's fee of $550 per hour [Dkt.3161]); *SEC v. Correll*, No. 4:05-CV-472 (E.D. Tex.) (approving Receiver fees of $400 per hour and lead counsel fees of $585 per hour); *SEC v. Amerifirst Funding, Inc., et al.*, No. 3:07-CV-1188 (N.D. Tex.) (noting in Dkt. 117 that Receiver's counsel's rates, discounted by 10–20% is $420 per hour); *SEC v. W Financial Group, LLC, et al.*, No. 3:08-CV-0499-N (N.D. Tex.) (noting in Dkt. 65 that Receiver's counsel's rate is $510 per hour, and $165 per hour for a law clerk); and *CFTC v. Pousa*, No. 1:12-cv-00862 (W.D. Tex.) (approving Receiver fees in excess of $600 per hour).

data from computers to find additional assets, and to communicate with investors and other parties. Additionally, as set forth in the Receiver's prior status reports, the majority of properties subject to this Receivership face substantial legal challenges. To date, the Receiver and his personnel have effectively gained control of the Defendants' assets and continued the process of interfacing with the investors, financial institutions, creditors, and persons in possession of information necessary for the Receiver to accomplish his mandate.

**C.** __The Requisite Skill to Perform the Service.__ The Receiver believes the services performed in this case to date required individuals possessing considerable skill in the administration of receiverships, asset seizure, collection, and litigation. The Receiver, Brown Fox, and Ahuja & Clark have considerable skill and experience in such areas.

**D.** __The Preclusion of Other Employment Due to Acceptance of the Case.__ Neither the Receiver, Brown Fox, nor Ahuja & Clark have declined any representation solely because of their services in this case. However, performing all of the work necessary since the inception of the Receivership has substantially limited the Receiver's and Receiver's counsel's available time to dedicate to other pending matters for which their rates were not reduced and which were not subject to a write-off.

**E.** __The Customary Fee.__ The hourly rates sought herein for the Receiver and the Receiver's attorneys and accountants are *substantially* lower than the rates charged by other practitioners of similar experience levels in Texas. Indeed, the per hour rates charged by the Receiver's counsel whose fees are included herein are substantially lower than the rates currently charged on other receiverships pending in Texas.[7] The lodestar rate of $250.25 per hour (and $268.05 cumulatively) also demonstrates that when appropriate the Receiver is having work

---

[7] *See* footnote 7, *supra*.

performed by less expensive attorneys or legal assistants or is otherwise reducing the amounts billed to the Receivership Estate.

      F.    **Whether the Fee is Fixed or Contingent**.  The Receiver's fees and his counsel's fees are fixed insofar as monies exist by way of Receivership Assets from which to pay such fees, but payment of the fees and expenses is subject to approval by the Court.  Moreover, as detailed in the Receiver's Status Reports filed to date, until the Receiver's settlement with DLP, it was unclear whether and when substantial funds would be secured to pay the Receiver and counsel's fees in this case.  Similarly, appeals and other challenges have delayed the Receiver's ability to bring other significant sums into the Receivership.  Brown Fox has agreed to consider a separate contingency engagement for certain ancillary litigation or other work incident to this engagement, should the need arise.

      G.    **Time Limitations Imposed by the Client or Other Circumstances**.  Performing the mandate of the Receivership Order has been extremely time-sensitive given the nature of the appointment, the on-going concerns of many of the properties, the absence of funds to administer the estate, and other related concerns.  Likewise, deadlines for the Receiver related to reporting, duties related to asset recovery, management and liquidation are generally time sensitive.  And identifying and communicating with investors, primarily through the Receivership Website, is extremely time-sensitive.  Finally, Defendant Barton's litigation conduct to-date has resulted in a multitude of time-sensitive and extensive briefing with the District Court and the Fifth Circuit Court of Appeals.

      H.    **The Amount Involved and the Results Obtained**.  The fees for which payment is sought were for work summarized previously.  The Receiver's attorneys contributed significantly to the Receiver's recovery of approximately $2,000,000 for the receivership estate as

of March 31, 2023, which monies were obtained directly through the efforts of the Receiver and the personnel he retained. Moreover, the Receiver has continued the process of identifying and securing additional sources of recovery and has entered into agreements that should result in several million dollars coming into the Receivership Estate within the coming months.

**I.** **The Experience, Reputation and Ability of the Attorneys.** Both the Receiver, and this primary counsel, Charlene Koonce at Brown Fox, have extensive experience in representation of equity receivers in federal securities or commodities enforcement cases. Ms. Koonce has done so for more than twenty years. The reputation of Brown Fox, PLLC is recognized and respected in these fields. Both the Receiver and Ms. Koonce also have extensive experience in litigation in federal and state courts in and around the Northern District of Texas.

**J.** **The Undesirability of the Case.** The representation of the Receiver incident to this case has not been undesirable. Defendant's blatant disregard for the requirements imposed on him by the Receivership Order, his frequent mischaracterizations of the work performed by the Receiver, and the resulting challenges have considerably increased the complexity and challenges of the appointment.

**K.** **The Nature and Length of the Professional Relationship with the Client.** Brown Fox and Ahuja & Clark have previously represented the Receiver in one other receivership.

**L.** **Awards in Similar Cases.** The Receiver believes the fees requested in this case for his counsel are less than or equal to those which have been awarded in similar cases in federal courts in Texas.

### III.
### CONCLUSION

In conclusion, the Receiver represents and certifies that: (i) he has personally reviewed the entire contents of this Fee Application; (ii) the fees and expenses included in this Application were

incurred in the best interests of the Receivership Estate; and, (iii) the Receiver has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof. The Receiver respectfully requests that the Court enter an order approving the fees and expenses requested in this Second Quarterly Fee Application, for the period from April 1, 2023 through June 30, 2023.

Dated: August 14, 2023

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
  State Bar No. 24075153
  cort@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

## CERTIFICATE OF CONFERENCE

I hereby certify that this Application and copies of the invoices that are exhibits to this Application were provided to counsel for the Securities and Exchange Commission by agreement and in accordance with the Receivership Order on July 15, 2023. The Receiver subsequently conferred with counsel for the Securities and Exchange Commission, who indicated that the SEC does not object to the relief sought in the application; provided that, the SEC believes it would be appropriate to impose a holdback in the amount of 20% of the amount of fees and expenses for each quarterly fee application filed with the Court as described in the Order and in accordance with the SEC's standard receivership billing procedures. The Receiver also provided a copy of this Application to counsel for all Defendants on August 11, 2023. As of the time of this filing, Defendant Barton has indicated that he is opposed to the relief requested herein, while Defendants Fu and Wall have not indicated whether they are opposed to the relief requested herein.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this Quarterly Fee Application is being filed with the Court's electronic-filing system.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**ORDER GRANTING RECEIVER'S**
**THIRD QUARTERLY FEE APPLICATION**

Before the Court is the Receiver's Partially Unopposed Third Quarterly Fee Application.

Having considered the Application, the Court finds that Plaintiff does not oppose the relief

requested in the Application and that the Application is just and appropriate and should be

GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Receiver is authorized to pay from the

receivership assets recovered by the Receiver the following fees and expenses:

**APP. 0217**

1.      The sum of $81,283.19 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from April 1, 2023 through June 30, 2023.

2.      The sum of $208,628.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from April 1, 2023 through June 30, 2023.

3.      The sum of $137,937.98 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from April 1, 2023 through June 30, 2023.

4.      The sum of $9,891.36 shall be paid to Veracity Forensics LLC for its services as digital asset and discovery advisor to the Receiver from April 1, 2023 through June 30, 2023.

SO ORDERED this _____ day of _____ 2023.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

# EXHIBIT D

APP. 0219

# EXHIBIT D-1

APP. 0220

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | Case No. 3:09-CV-0298-N |
| Plaintiff, | § § | |
| v. | § § | |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § | |

---

**RECEIVER'S MOTION FOR INCREASED HOURLY RATES
FOR BAKER BOTTS L.L.P. AND BRIEF IN SUPPORT**

---

The Receiver hereby files this request for Court approval to amend the hourly rates at which his professionals at Baker Botts are compensated for work on this Receivership to allow them to bill, effective January 1, 2021, at their customary 2021 rates less a 30% discount and subject to the 10% holdback.

The Receiver has conferred with the Examiner and SEC. The Examiner is unopposed to this request. The SEC is opposed.

### BACKGROUND

The Receiver's professionals began their work in 2009, and the Court approved rate increases for the Receiver's professionals twice—once each in 2012 and 2015. The Examiner did not object to either rate increase, and the SEC objected only with respect to the 2012 rate increase, Doc. 1553. Each time, the Court approved an increase to the professionals' then current standard rates, less a 20% reduction. Docs. 1565, 2238.

APP. 0221

Since the Receiver's last motion for an hourly rate increase in 2015, customary and standard hourly rates for legal professionals in the relevant market have consistently increased between five and seven percent per year. *See* Ex. A, Decl. of Kevin M. Sadler ¶ 6. The hourly rates charged to the Receivership by the Receiver's professionals at Baker Botts are now well below customary and standard hourly rates, and in many cases are more than 50% below those rates. *Id.* ¶ 7.

Since the Court last approved an increase in billing rates in 2015, the Receivership has concluded a substantial amount of its pending litigation. As a result, the Receiver's recoveries have increased from approximately $291.9 million as of September 2015, *see* Doc. 2253, to approximately $937.2 million as of April 2021, *see* Doc. 3086. The total authorized distributions to victims have also increased dramatically from approximately $72.81 million (pursuant to the 1st and 2nd Interim Plans) as of September 2015, *see* Docs. 1877, 2037, to approximately $549.71 million (pursuant to the 1st through the 8th Interim Plans) as of February 2021, *see* Docs. 1877, 2037, 2288, 2520, 2805, 2922, 2974, 3065. In sum, since the last change in billing rates, the Receivership has increased recoveries by more than $645 million and has increased authorized distributions to victims by more than $476 million.[1] However, there remains a substantial amount of important, complex, and challenging work for the Receiver's legal professionals to complete— work that involves litigation to recover hundreds of millions of dollars for distribution to the victims of the Stanford fraud. Under the applicable legal standards, continuing to compensate the

---

[1] In comparison, at the time of the 2012 rate increase, the Receivership had increased recoveries by approximately $45 million (from $71.5 million in October 2009 to $114.5 million as of November 2011, *see* Doc. 1543 at 7), and the Court had yet to authorize any distributions. Similarly, at the time of the 2015 rate increase, the Receivership had increased recoveries by approximately $16.3 million (from $114.5 million in November 2011 to $130.8 million in July 2015) and had distributed $47 million to claimants. *See* Doc. 2175 at 4.

legal professionals for such work at rates which are nearly 50% below current standard rates is not reasonable or appropriate.

The Receiver requests that the Court approve the new Baker Botts rate structure for the time period covered by the sixty-seventh interim fee application (January and February 2021) and going forward.[2] The Receiver is not requesting any change to the 10% holdback applied to professional fees.

ARGUMENT

The hourly rates charged by a receiver and his professional firms must be reasonable under the factors set forth by the Fifth Circuit. *See Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974).[3] Baker Botts's standard hourly rates are reasonable, are commensurate with rates of other lawyers in Texas and the Northern District of Texas for cases similar in nature to the complex Receivership work handled by Baker Botts, and are the rates that Baker Botts charges for similar legal services provided to other clients. *See* Decl. of Kevin M. Sadler ¶ 5. Counsel in other jurisdictions handling similarly complex matters bill at rates that are comparable to, and in many cases higher than, Baker Botts's standard rates. For

---

[2] Under the existing rates, the total fees for Baker Botts's invoices would be $304,418.00 for the month of January and $394,674.00 for the month of February. Under the proposed rates increase, the total fees are $408,165.10 for January and $520,466.90 for February.

[3] Under *Johnson*, courts consider the following factors in determining whether the time spent, services performed, expenses incurred, and hourly rates charged are reasonable and necessary: (1) the time and labor required for the litigation; (2) the novelty and complication of the issues; (3) the skill required to properly litigate the issues; (4) whether the attorney was precluded from other employment by the acceptance of this case; (5) the attorney's customary fee; (6) whether the fee is fixed or contingent; (7) whether the client or the circumstances imposed time limitations; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorney; (10) the "undesirability" of the case; (11) the nature and length of the attorney-client relationship; and (12) awards in similar cases. *Id.* at 717–19. In applying these factors, "the district court must explain the findings and the reasons upon which the award is based. However, it is not required to address fully each of the 12 factors." *Curtis v. Bill Hanna Ford, Inc.*, 822 F.2d 549, 552 (5th Cir. 1987) (citation omitted); *see also SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd, SEC v. W.L. Moody & Co.*, 519 F.2d 1087 (5th Cir. 1975); *SEC v. Megafund Corp.*, No. 3:05-CV-1328-L, 2008 WL 2839998, at *2 (N.D. Tex. June 24, 2008); *SEC v. Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973).

example, in the *MF Global* cases, in 2015, the hourly rates for the trustee's lead attorneys ranged from approximately $850 to $1,1116. *See* Ex. B, Ex. C to MF Global Holdings Ltd. Fee Appl., *In re MF Global Holdings Ltd.*, No. 11-15059-mg (Bankr. S.D.N.Y. Aug. 5, 2013), Doc. 1581 at 10, 30–31("[a]pplicant, however, has agreed to a 10% reduction in its standard hourly rates"). Similarly, in the *Madoff* bankruptcy, in 2020, the average hourly rate of partners and counsel was $831.08, with thirteen partners billing at more than $1,000 per hour. *See* Ex. C, Ex. B to Thirty-Fifth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred, *In re Madoff*, No. 08-01789-cgm (Bankr. S.D.N.Y. Mar. 8, 2021), Doc. 20323. The average hourly rate of associates was $413.87, with a range of $267–$725 per hour, and the average hourly rate for paralegals and other non-lawyers was $369.37 per hour. *Id.*

The rates that Baker Botts currently charges to the Receivership are far below these levels. For example, Kevin Sadler, the lead attorney for the Receiver, has a current customary and standard billing rate of $1,390. Decl. of Kevin M. Sadler ¶ 7. Yet, the Receivership is currently paying for his services at a rate of $720. *Id.* As another example, Scott Powers's standard billing rate is $1,075. *Id.* The Receivership is currently paying for his services at a rate of $560. *Id.*[4]

The continued work on this Receivership by Baker Botts that is essential to the Receivership includes (1) handling the Magness Defendants' multiple appeals of the Receiver's $125 million judgment, (2) defending the "bar order" that is essential to obtaining final approval the Receiver's $65 million settlement with Certain Underwriters at Lloyd's of London,

---

[4]     A list of key Baker Botts timekeepers performing work for the Receivership, their current billing rates for work performed for the Receivership, their proposed increased rates, and their current standard rates is attached as Exhibit A-1 to the Declaration of Kevin M. Sadler.

(3) assisting with and overseeing OSIC's multi-billion dollar litigation against five well-financed banks, and (4) managing the complex Receivership claims and distribution process. *Id.* ¶ 9. The work of the legal professionals at Baker Botts has been instrumental in assisting the Receivership's recovery of more than $937 million to date, *see* Doc. 3086 at 1, and that figure will increase to more than $1.1 billion once the existing judgment against the Magness Defendants is collected and objections to the Receiver's settlement with Certain Underwriters at Lloyd's of London are finally resolved. These results are remarkable, given the enormous challenges the Receivership has confronted from the very beginning. And with regard to the work the Receiver and his professionals have performed to achieve these results, what the Court previously has observed remains true today—"the Receiver's professional fees and expenses generally have been spent gainfully and billed reasonably." Doc. 1471 at 7.

The importance and complexity of the work that must still be finished cannot be overstated, and it is not consistent with the *Johnson* factors and other applicable legal standards to compensate the Receiver's legal professionals for this work at 50% or less of their customary and standard rates for similar work. Although previous orders have provided for Baker Botts to bill at a level 20% below its standard rates, the increased rates proposed for Baker Botts reflect a 30% reduction from its current standard rates. This is a substantial discount and reflects the fact that the Receiver and his legal professionals understand that there is only one source of funds to pay both expenses of the Estate, including professional fees, and to make distributions to the victims of the Stanford fraud. However, there can be no distributions to victims unless the Receiver and his legal professionals complete successfully a substantial amount of complex and challenging work, for which they are entitled to appropriate compensation under the applicable legal standards. And unlike the *Madoff* case, to which Stanford is routinely compared, there have been no multi-

billion dollar recoveries by government entities to provide compensation to victims, nor has there been a source of insurance, such as SIPC, to pay the substantial expenses and fees of such a large and complex estate like Stanford.

CONCLUSION

The Stanford Receivership continues to pose complex challenges that Baker Botts must assist the Receiver in overcoming to recover and distribute the maximum amount possible to the victims of the Stanford fraud. The Court has recognized these challenges and has found that "the Receiver has competently discharged his duties," Doc. 1471 at 4, rejecting the argument that the rates charged by the Receiver and his attorneys are unreasonable, *see* Doc. 1393 at 2, 11. Baker Botts will continue to assist the Receiver in discharging those duties going forward.

The Receiver respectfully submits that it is no longer reasonable for Baker Botts professionals to perform their work at substantially discounted, six-year-old rates. Thus, the Receiver requests that the Court permit Baker Botts to bill for its services at its customary 2021 rates, less a discount of 30% and subject to the Court-imposed 10% holdback.

The Receiver will continue to prepare and submit detailed cost estimates to the SEC and Examiner and likewise will continue to submit to these parties detailed fee applications in draft form well before the applications are filed, so they will continue to have the right to object to all or part of any of the Receiver's fee applications.

For the reasons stated above, the Receiver respectfully requests that the Court grant this request.

Dated: June 22, 2021                   Respectfully submitted,

                                       **BAKER BOTTS L.L.P.**


                                       By: */s/ Kevin M. Sadler*
                                           Kevin M. Sadler
                                           Texas Bar No. 17512450
                                           kevin.sadler@bakerbotts.com
                                           Scott D. Powers
                                           Texas Bar No. 24027746
                                           scott.powers@bakerbotts.com
                                           David T. Arlington
                                           Texas Bar No. 00790238
                                           david.arlington@bakerbotts.com
                                           98 San Jacinto Boulevard, Suite 1500
                                           Austin, TX  78701-4039
                                           512.322.2500
                                           512.322.2501 (Facsimile)

                                           Timothy S. Durst
                                           Texas Bar No. 00786924
                                           tim.durst@bakerbotts.com
                                           2001 Ross Avenue
                                           Dallas, Texas 75201
                                           (214) 953-6500
                                           (214) 953-6503 (Facsimile)


            **ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF CONFERENCE

Counsel for the Receiver conferred with the parties to this case.

Counsel for the Receiver conferred with Janie Frank, counsel for the SEC, who stated that the SEC is opposed to this motion and the relief requested herein.

Counsel for the Receiver conferred with John Little, the Court-appointed Examiner, who stated that he is unopposed to this motion and the relief requested herein.

Defendant R. Allen Stanford, who represents himself pro se in this matter, is currently incarcerated. It is therefore impractical to confer with him regarding this motion. It is reasonable to assume, however, that Mr. Stanford is opposed to this motion and the relief requested herein.

Counsel for the Receiver conferred with Jeff Tillotson, counsel for Laura Pendergest-Holt, who did not provide a response regarding the position of Laura Pendergest-Holt on this motion or the relief requested herein.

Counsel for the Receiver conferred with Kenneth Johnston, counsel for Trustmark National Bank, who did not provide a response regarding the position of Trustmark National Bank on this motion or the relief requested herein.

Counsel for the Receiver conferred with Manuel P. Lena, Jr., counsel for the DOJ (Tax Division), who did not provide a response regarding the position of the DOJ (Tax Division) on this motion or the relief requested herein.

Counsel for the Receiver conferred with David Finn, who is listed on the docket sheet as the attorney to be noticed for James Davis, who did not provide a response regarding the position of James Davis on this motion or the relief requested herein.

Counsel for the Receiver conferred with John Helms, Jr., counsel for Mark Kuhrt, who did not provide a response regarding the position of Mark Kuhrt on this motion or the relief requested herein.

The motion, therefore, is opposed

/s/ Kevin M. Sadler
Kevin M. Sadler

**CERTIFICATE OF SERVICE**

On June 22, 2021, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

On June 22, 2021, I served a true and correct copy of the foregoing document and the notice of electronic filing by United States Postal Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

> R. Allen Stanford, Pro Se
> Inmate #35017183
> Coleman II USP
> Post Office Box 1034
> Coleman, FL 33521

> */s/ Kevin M. Sadler*
> Kevin M. Sadler

APP. 0229

# EXHIBIT D-2

APP. 0230

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Case No. 3:09-CV-0298-N |
| v. | § § | |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § | |

---

## APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR
## INCREASED HOURLY RATES FOR BAKER BOTTS L.L.P.

---

BAKER BOTTS L.L.P.
910 Louisiana
Houston, Texas 77002
(713) 229-1234
(713) 229-1522 (Facsimile)

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR
INCREASED HOURLY RATES FOR BAKER BOTTS L.L.P.

APP. 0231

Dated: June 22, 2021

Respectfully submitted,

BAKER BOTTS L.L.P.


By: */s/ Kevin M. Sadler*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    98 San Jacinto Boulevard, Suite 1500
    Austin, TX  78701-4039
    512.322.2500
    512.322.2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR
INCREASED HOURLY RATES FOR BAKER BOTTS L.L.P.

APP. 0232

## CERTIFICATE OF SERVICE

On June 22, 2021, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I will serve the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

On June 22, 2021, I served a true and correct copy of the foregoing document and the notice of electronic filing by United States Postal Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

> R. Allen Stanford, Pro Se
> Inmate #35017183
> Coleman II USP
> Post Office Box 1034
> Coleman, FL 33521

*/s/ Kevin M. Sadler*
Kevin M. Sadler

APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR
INCREASED HOURLY RATES FOR BAKER BOTTS L.L.P.

APP. 0233

| Exhibit | Title | Appendix |
|---------|-------|----------|
| Exhibit A | Declaration of Kevin M. Sadler | p. 1-7 |
| Exhibit B | Exhibit C to MF Global Holdings Ltd. Fee Appl., *In re MF Global Holdings Ltd.*, No. 11-15059-mg (Bankr. S.D.N.Y. Aug. 5, 2013), Doc. 1581 | p. 8-41 |
| Exhibit C | Exhibit B to Thirty-Fifth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred, *In re Madoff*, No. 08-01789-cgm (Bankr. S.D.N.Y. Mar. 8, 2021), Doc. 20323 | p. 42-46 |

APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR
INCREASED HOURLY RATES FOR BAKER BOTTS L.L.P.

APP. 0234

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | §§§§§ | |
| Plaintiff, | §§ | Case No. 3:09-CV-0298-N |
| v. | §§ | |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | §§§ | |
| Defendants. | | |

---

## DECLARATION OF KEVIN M. SADLER

---

I, Kevin M. Sadler, of 1001 Page Mill Road, Building One, Suite 200, Palo Alto California, 94304, state as follows:

1.      I am over the age of 21 years and am legally competent to make this declaration.  I have personal knowledge of and am familiar with the matters set forth in this declaration, and all of the facts and statements contained herein are true and correct.

2.      I am a partner with the law firm of Baker Botts L.L.P. and lead counsel for the Receiver Ralph S. Janvey (the "Receiver").

3.      I graduated from the University of  Texas School of Law in 1988, am an attorney licensed to practice in the State of Texas, have been so licensed since 1988, have practiced law with Baker Botts L.L.P. since 1990, and am in good standing.  From 1990 to 2013, I worked in the Austin, Texas office of Baker Botts, and handled cases throughout the state, in both federal and state courts.  Since 2013, I have worked in the Palo Alto office of Baker Botts, and my work has

involved both continuing to lead the litigation effort for the Receivership, as well as representing clients in complex civil litigation matters in multiple jurisdictions around the country.

4.      Baker Botts has represented the Receiver since his appointment in February 2009, and since that time, I have been the attorney in charge of the Receiver's litigation efforts.

5.      I am familiar with the standards set forth in the relevant case law governing the payment of attorneys' fees as established in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974); *Rohrmoos Venture v. UTSW DVA Healthcare, LLP*, 578 S.W.2d 469 (Tex. 2019); *Arthur Andersen & Co. v. Perry Equip. Corp.*, 945 S.W.2d 812 (Tex. 1997).  I am familiar with the customary and standard rates charged in the relevant legal market for legal services of the type and complexity provided to the Receivership.  Baker Botts's current standard hourly rates are reasonable, are commensurate with rates of other lawyers in Texas and the Northern District of Texas for cases similar in nature to the complex Receivership work handled by Baker Botts, and are the rates that Baker Botts charges for similar legal services provided to other clients.

6.      Since 2015, customary and standard hourly rates for legal professionals in the relevant market have consistently increased between five and seven percent per year.  The rates currently charged to the Receivership—2015 rates, less a discount of 20%—do not reflect current reasonable, customary, and standard rates in the relevant legal market for the type and complexity of legal services provided to the Receivership.

7.      The hourly rates now charged to the Receivership by the Receiver's professionals at Baker Botts are well below current customary and standard hourly rates.  In many cases, the rates charged for work performed for the Receivership are now more than 50% less than customary and standard hourly rates.  For example, my customary and standard billing rate is $1,390.  Yet, the Receivership is currently paying for my services at a rate of $720.  As another example, Scott

Powers's standard billing rate is $1,075. The Receivership is currently paying for his services at a rate of $560. A list of all Baker Botts timekeepers performing work for the Receivership, their current billing rates for the Receivership, and their proposed increased billing rates for the Receivership is attached as **Exhibit A-1**.

8. All of the Baker Botts legal professionals who work on Receivership matters also spend considerable time on non-Receivership matters, for which their time is charged to, and paid by, clients at Baker Botts's current standard rates. The substantial amount of work that is still required on Receivership matters precludes these professionals from taking on work for other clients, for which their time would be charged and paid at standard rates.

9. The legal services provided by Baker Botts professionals to the Receivership cover a wide range of subject matters, and the Receivership is routinely confronted with legal issues that are novel, complex, and challenging. In the area of litigation alone, Baker Botts continues to be responsible for (1) handling the Magness Defendants' multiple appeals in both the Fifth Circuit and the United States Supreme Court of the Receiver's $125 million judgment, (2) defending the "bar order" that is essential to obtaining final approval the Receiver's $65 million settlement with Certain Underwriters at Lloyd's of London, and (3) assisting with and overseeing OSIC's multi-billion dollar litigation against five banks. Baker Botts professionals are also primarily responsible for managing the complex Receivership claims and distribution process, which involves over 30,000 claims that have been submitted to the Receivership.

10. It is not consistent with applicable legal standards to compensate the Receiver's legal professionals at Baker Botts for work of this nature at 50% or less of their current, customary, and standard rates. Considering all the relevant factors under *Johnson* and *Rohrmoos*, Baker

Botts's proposed rates for Receivership work—current standard rates, discounted by 30%—are rates which are reasonable for the type of legal services provided to the Receivership.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of June, 2021.

_Kevin M. Sadler_
_____

Kevin M. Sadler

# EXHIBIT A-1

**Comparison of Billing Rates for**
**Key Timekeepers for the Receivership**

| Timekeeper | Current Receivership Billing Rate | Proposed Receivership Billing Rate | Current Standard Billing Rate |
|---|---|---|---|
| David T. Arlington | $500.00 | $714.00 | $1,020.00 |
| Stephanie F. Cagniart | $500.00 | $711.00[1] | $1,015.00 |
| Michael C. Cotton | $420.00 | $472.00 | $675.00 |
| Brendan A. Day | $500.00 | $714.00 | $1,020.00 |
| Lynne E. Dodge | $220.00 | $294.00 | $420.00 |
| Madeleine R. Dwertman | $480.00 | $658.00 | $940.00 |
| David B. Goode | $420.00 | $518.00 | $740.00 |
| Raylynn A. Howell | $220.00 | $255.50 | $365.00 |
| Delaney J. McMullan | $420.00 | $567.00 | $810.00 |
| Khoa V. Nguyen | $132.00 | $161.00 | $230.00 |
| Scott D. Powers | $560.00 | $753.00 | $1,075.00 |
| Kevin M. Sadler | $720.00 | $973.00 | $1,390.00 |
| Mary Margaret Steinle | $420.00 | $616.00 | $880.00 |
| Evan A. Young | $560.00 | $788.00 | $1,125.00 |

---

[1] Stephanie Cagniart's proposed Receivership billing rate was $704.00 in January and February 2021, but changed in March 2021 due to a promotion.

# EXHIBIT B

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller
Melissa A. Hager
Craig A. Damast

*Former Counsel to the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

In re                                  :     Chapter 11
                                :

MF Global Holdings Ltd., *et al.*,    :     Case No. 11-15059 (MG)
                                :
                                :     (Jointly Administered)
          Debtors.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUMMARY OF FOURTH AND FINAL APPLICATION OF MORRISON & FOERSTER
LLP AS FORMER COUNSEL TO THE CHAPTER 11 TRUSTEE, LOUIS J. FREEH,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE INTERIM PERIOD OF FEBRUARY 1, 2013 THROUGH JUNE 3, 2013 AND THE
FINAL PERIOD OF NOVEMBER 28, 2011 THROUGH JUNE 3, 2013**

This is a(n):        ___ monthly __x__ interim __x__ final application.

| | |
|---|---|
| Name of Applicant: | Morrison & Foerster LLP ("**Applicant**") |
| Authorized to provide professional services to: | Louis J. Freeh, chapter 11 trustee of MF Global Holdings, *et al.* (the "**Trustee**") |
| Date of Retention: | February 9, 2012, *nunc pro tunc* to November 28, 2011 |
| Period for which Interim Compensation and Reimbursement are Sought: | February 1, 2013 through June 3, 2013 (the "**Interim Application Period**") |
| Amount of Interim Compensation Sought as Actual, Reasonable, and Necessary: | $4,321,790.10[1] |
| Amount of Interim Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $63,582.60[2] |
| Period for which Final Compensation and Reimbursement are Sought: | November 28, 2011 through June 3, 2013 (the "**Final Application Period**") |
| Amount of Final Compensation Sought as Actual, Reasonable, and Necessary: | $19,007,130.31[3] |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $589,218.04 |

---

[1]    This amount reflects Applicant's agreed-upon 10% discount in its standard hourly rates as well as the write off of time for attorneys or paraprofessionals who billed less than 5 hours during the Interim Application Period.
[2]    The date listed for the expenses contained in <u>Exhibit E</u> does not necessarily reflect the date on which the expense was actually incurred by Applicant.
[3]    This amount reflects Applicant's agreed-upon 10% discount in its standard hourly rates as well as the write off of time for attorneys or paraprofessionals who billed less than 5 hours during the Final Application Period.

ARB 0246
App. 46

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller
Melissa A. Hager
Craig A. Damast

*Former Counsel to the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re                                         :       Chapter 11
                                              :
MF Global Holdings Ltd., *et al.*,            :       Case No. 11-15059 (MG)
                                              :
                                              :       (Jointly Administered)
              Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FOURTH AND FINAL APPLICATION OF MORRISON & FOERSTER LLP AS**
**FORMER COUNSEL TO THE CHAPTER 11 TRUSTEE, LOUIS J. FREEH, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE**
**INTERIM PERIOD OF FEBRUARY 1, 2013 THROUGH JUNE 3, 2013 AND THE**
**<u>FINAL PERIOD OF NOVEMBER 28, 2011 THROUGH JUNE 3, 2013</u>**

For its fourth and final application for compensation and reimbursement of expenses (the

"**Final Application**") for the interim period of February 1, 2013 through June 3, 2013 (the

"**Interim Application Period**") and the final period of November 28, 2011 through June 3, 2013

(the "**Final Application Period**"), Morrison & Foerster LLP ("**Applicant**"), former counsel to

Louis J. Freeh (the "**Trustee**"), chapter 11 trustee of MF Global Holdings Ltd. ("**Holdings**

**Ltd.**"), MF Global Finance USA, Inc. ("**FinCo**"), MF Global Capital LLC ("**Capital**"), MF

Global FX Clear LLC ("**FX Clear**"), MF Global Market Services LLC ("**Market Services**"),

and MF Global Holdings USA Inc. (individually, "**Holdings USA**", and collectively with

ny-1063183

**App. 11**
**ARR 0245**

Holdings Ltd., FinCo, Capital, FX Clear and Market Services, the "**Debtors**"),[1] respectfully

represents as follows:

### JURISDICTION, VENUE AND STATUTORY PREDICATES

1.     This Court has jurisdiction over this Final Application pursuant to 28 U.S.C. §§

157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

Venue of this proceeding and this Final Application in this district is proper pursuant to 28

U.S.C. §§ 1408 and 1409.

2.     The statutory bases for the relief requested herein are sections 330, 331, and 1104

of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the

United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**").

This Final Application has been prepared in accordance with sections 330 and 331 of the

Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the *Amended Guidelines for Fees and

Disbursements for Professionals in the Southern District of New York*, Administrative Order M-

389, dated November 25, 2009, and the United States Trustee Fee Guidelines (the "**UST Fee

Guidelines**").  Pursuant to the Local Guidelines, a certification regarding compliance with the

Local Guidelines is attached hereto as Exhibit A.

---

[1]     The following are the U.S. subsidiaries and affiliates (along with the last four digits of each of their federal
taxpayer identification numbers) that have filed petitions for relief and whose cases are being jointly administered
with the case of MF Global Holdings Ltd. (1260): MF Global Finance USA, Inc. (4890); MF Global Capital LLC
(2825); MF Global FX Clear LLC (3678); MF Global Market Services LLC (2193); and MF Global Holdings USA
Inc. (2847).

ny-1099222

## BACKGROUND

**A.**     **The Chapter 11 Cases**

3.     On October 31, 2011 (the "**October Petition Date**"), Holdings and FinCo

(together, the "**Initial Debtors**") filed voluntary petitions in this Court for relief under chapter 11

of the Bankruptcy Code.  On December 19, 2011, Capital, FX Clear and Market Services filed

voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.  On March

2, 2012, Holdings USA filed a voluntary petition in this Court for relief under chapter 11 of the

Bankruptcy Code.  The Debtors' cases (collectively, the "**Chapter 11 Cases**") are being jointly

administered pursuant to Bankruptcy Rule 1015(b) [Docket Nos. 19, 298, 528].

4.     Also on the October Petition Date, the Honorable Paul A. Engelmayer, United

States District Court for the Southern District of New York, entered an Order pursuant to the

provisions of the Securities Investor Protection Act ("**SIPA**") that: (i) appointed James W.

Giddens (the "**SIPA Trustee**") as Trustee for the liquidation of the business of MF Global, Inc.

("**MFGI**") pursuant to § 78eee(b)(3) of SIPA; (ii) appointed Hughes Hubbard & Reed LLP

counsel to the SIPA Trustee pursuant to § 78eee(b)(3) of SIPA; and (iii) removed the case to this

Court pursuant to § 78eee(b)(4) of SIPA (the "**SIPA Proceeding**").

5.     On November 7, 2011, the Office of the United States Trustee (the "**U.S.

Trustee**") appointed a statutory creditors' committee (the "**Committee**") in the Initial Debtors'

cases.

6.     On November 21, 2011, the Committee and the Initial Debtors jointly moved this

Court for an order directing the U.S. Trustee to appoint a chapter 11 trustee, which this Court

entered on November 22, 2011 [Docket No. 156].

App. 143

7.      On November 28, 2011 (the "**Appointment Date**"), this Court entered an order

granting the U.S. Trustee's application to appoint a chapter 11 trustee, pursuant to which the

Trustee was appointed as the chapter 11 trustee for the Initial Debtors [Docket No. 170].

8.      By orders dated December 27, 2011 and March 8, 2012, this Court approved the

appointment of the Trustee as the chapter 11 trustee for Capital, FX Clear, Market Services, and

Holdings USA [Docket Nos. 306, 548].

9.      On April 5, 2013, this Court entered an order (the "**Confirmation Order**")

[Docket No. 1288] confirming the *Amended and Restated Joint Plan of Liquidation Pursuant to*

*Chapter 11 of the Bankruptcy Code for MF Global Holdings Ltd., MF Global Finance USA Inc.,*

*MF Global Capital LLC, MF Global FX Clear LLC, MF Global Market Services LLC, and MF*

*Global Holdings USA Inc.*, dated April 1, 2013 (the "**Amended and Restated Plan**") [Docket

No. 1267] (amending and restating the *Amended Joint Plan of Liquidation Pursuant to Chapter*

*11 of the Bankruptcy Code for MF Global Holdings Ltd., MF Global Finance USA Inc., MF*

*Global Capital LLC, MF Global FX Clear LLC, MF Global Market Services LLC, and MF*

*Global Holdings USA Inc.*, dated February 20, 2013 [Docket No. 1111], as subsequently

supplemented, amended or modified, including by the Plan Adjustment [Docket No. 1182] and

the Plan Supplement [Docket No. 1203].

10.     On May 2, 2013, this Court entered the *Order Granting the Plan Proponents'*

*Motion for Entry of an Order Approving Nonmaterial Modifications to the Plan Pursuant to*

*Section 1127(b) of the Bankruptcy Code* (the "**Plan Modification Order**") [Docket No. 1376].

11.     On May 3, 2013, the Plan Proponents filed the *Second Amended and Restated*

*Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for MF Global*

*Holdings Ltd., MF Global Finance USA Inc., MF Global Capital LLC, MF Global FX Clear*

4

App. 214

LLC, MF Global Market Services LLC, and MF Global Holdings USA Inc. (the "**Second Amended and Restated Plan**"), which reflects the nonmaterial modifications to the Amended and Restated Plan as approved by the Plan Modification Order.

12.     The Plan Modification Order, among other things, provides that the Confirmation Order remains in effect and applies to the Second Amended and Restated Plan, such that the Second Amended and Restated Plan is deemed confirmed by the Confirmation Order.

13.     The Effective Date of the Second Amended and Restated Plan occurred on June 4, 2013.  As of the Effective Date, pursuant to the Confirmation Order, the Trustee fulfilled all of his duties under section 1106 of the Bankruptcy Code and, accordingly, was discharged from all further obligations.

## B.     <u>Significant Accomplishments During Chapter 11 Cases</u>[2]

14.     As lead bankruptcy counsel to the Trustee, Applicant played a major role in nearly all facets of the Chapter 11 Cases.  At the inception of the Chapter 11 Cases, many believed that creditors of the Debtors would receive no recovery and that a customer fund shortfall of $1.6 billion existed at MFGI, but after a year and a half of hard work, creativity and determination, it is believed that distributions to the Debtors' creditors will exceed $1 billion and customers will be paid in full.

15.     Applicant was a vital part of the Trustee's negotiating team with regard to the "global settlement" between and among the Debtors' estates, the SIPA Trustee and the special administrators of MF Global U.K. Ltd., which resolved billions of dollars of claims by the Debtors against their affiliates and subsidiaries, provided for the immediate return of over $30

---

[2] This section of the Final Application is intended to summarize the major services performed by Applicant during the Final Application Period.  The services performed by Applicant during the Interim Application Period are discussed in greater detail below.  Applicant's services performed prior to the Interim Application Period are described in detail in Applicant's previous interim fee applications, which are incorporated herein by reference [Docket Nos. 798, 897 and 1219].

million to the Debtors' estates and created the path to recovery of almost $1 billion from the

SIPA estate.  The global settlement was one of the critical foundations for the plan of liquidation

ultimately confirmed in the Chapter 11 Cases.

16.     At the request of this Court, the Trustee caused Applicant, together with the

Trustee's other professionals, to prepare the *First Report of Louis J. Freeh, Chapter 11 Trustee

*of MF Global Holdings Ltd., et al., for the Period October 31, 2011 Through June 4, 2012*, filed

on June 4, 2012 [Docket No. 711] (the "**June 4 Report**"), which focused on the status of and

progress made by the Trustee during the Chapter 11 Cases as of that date and the Trustee's

efforts to meet his duties under the Bankruptcy Code, including his fiduciary duty to maximize

value and distributions to the Debtors' creditors.  The June 4 Report (a) details the Debtors, the

Debtors' businesses, the Chapter 11 Cases, the appointment of the Committee and the Trustee,

and the various professionals retained to assist with the wind-down of the Debtors' estates, (b)

discusses the relationships between the Debtors and their domestic and foreign affiliates

(collectively, the "**MF Global Group**"), detailing the over $2 billion in financing provided by

the Debtors to MFGI and the proprietary transactions entered into by the Debtors with and

among MFGI and the Debtors' subsidiaries in the United Kingdom (collectively, the "**U.K.**

**Subs**"), (c) provides an analysis of the numerous claims filed on behalf of the Debtors against

the MF Global Group's worldwide affiliates, and (d) concludes with a discussion of additional

topics of interest that had arisen during the Chapter 11 Cases, including various court

proceedings, litigations and testimony before Congress.

17.     Applicant led the Trustee's investigation of the acts, conduct, assets, liabilities

and financial condition of the Debtors, with a focus on the facts and circumstances surrounding

the Debtors' precipitous downfall, as required by section 1106(a)(3) of the Bankruptcy Code.

App. 158

The investigation included a review of hundreds of thousands of documents and other materials, interviews with current and former employees and members of the Holdings Ltd. board of directors, and discussions with third parties with knowledge of the situation.

18.     As a result of the investigation, Applicant prepared on behalf of the Trustee the *Report of Investigation of Louis J. Freeh, Chapter 11 Trustee of MF Global Holdings Ltd., et al.*, filed on April 4, 2013 [Docket No. 1279], which sets forth the findings of the Trustee's statutory investigation and focuses on the underlying causes of the collapse of the MF Global Group, as well as the roles and actions of current and former officers and directors.  After completion of the Trustee's statutory investigation and the investigative report, Applicant prepared on behalf of the Trustee an adversary proceeding complaint captioned *Louis J. Freeh*, *as Chapter 11 Trustee of MF Global Holdings Ltd. et al. v. Jon S. Corzine, Bradley I. Abelow, and Henri J. Steenkamp* [Docket No. 1350], seeking damages in an amount to be determined at trial, which the Trustee believes could be in excess of $1 billion.

**C.     Applicant's Retention and Summary of Compensation Requested For the Interim Application Period**

19.     Pursuant to an order entered on February 9, 2012, this Court authorized the employment of Applicant as counsel to the Trustee *nunc pro tunc* to the Appointment Date [Docket No. 440].

20.     By this Final Application, Applicant requests the allowance of compensation for the Interim Application Period in the amount of  $4,321,790.10[3] and reimbursement of expenses in the amount of $63,582.60.[4]

---

[3]     This amount reflects Applicant's agreed-upon 10% discount in its standard hourly rates.
[4]     The date listed for the expenses contained in Exhibit E does not necessarily reflect the date on which the expense was actually incurred by Applicant.

21.     For the convenience of this Court and all parties in interest, attached hereto as Exhibit B is a schedule of the total amount of fees incurred under each of Applicant's internal task codes during the Interim Application Period.

22.     Also for the convenience of this Court and all parties in interest, attached hereto as Exhibit C is a billing summary of Applicant's attorneys and paraprofessionals for the Interim Application Period, setting forth the name of each attorney and paraprofessional who rendered services during the Interim Application Period, each attorney's year of bar admission and area of practice concentration, the aggregate time expended by each attorney and each paraprofessional, the hourly billing rate for each attorney and each paraprofessional, and the individual amounts requested for each professional.

23.     Applicant maintains computerized records of all expenses incurred in connection with the performance of professional services.  A summary of the amounts and categories of expenses during the Interim Application Period for which reimbursement is sought is attached hereto as Exhibit D.

24.     Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Trustee.  These records are maintained in the ordinary course of Applicant's practice.  Attached hereto as Exhibit E are copies of such time records for the Interim Application Period.[5]

25.     The usual and customary fees charged by Applicant are based on the compensation charged by comparably skilled practitioners in other similar cases under the Bankruptcy Code.  Applicant, however, has agreed to a 10% reduction in its standard hourly rates, which amount has been reflected in the "Hourly Billing Rate" column on Exhibit C.  In

---

[5] Certain time entries are redacted to protect those who willingly participated in the Trustee's investigation.

ABB 0258
App. 18

addition, Applicant wrote off the time of any professionals and paraprofessionals who billed less than 5 hours during the Interim Application Period.

26.    There is no agreement or understanding between Applicant and any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

**DESCRIPTION OF SERVICES AND
EXPENSES AND RELIEF REQUESTED**

27.    In general, Applicant has represented the Trustee in all aspects of the Chapter 11 Cases, including the following:

    (a)    advising the Trustee with respect to his powers and duties as Trustee and in the continued management and operation of the businesses and properties of the Debtors;

    (b)    attending meetings and negotiating with creditors and parties-in-interest;

    (c)    advising the Trustee in connection with any sale of assets in the Chapter 11 Cases;

    (d)    taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on behalf of the Trustee and the Debtors, defending any action commenced against the Trustee or the Debtors, and representing the Debtors' interests in negotiations concerning all litigation in which the Debtors are involved, including, but not limited to, objections to claims filed against the Debtors;

    (e)    preparing all motions, applications, answers, orders, reports, and papers necessary to the administration of the Chapter 11 Cases;

    (f)    appearing before this Court, any appellate courts, and the U.S. Trustee and protecting the interests of the Trustee before such courts and the U.S. Trustee;

    (g)    performing other necessary legal services to the Trustee in connection with the Chapter 11 Cases, including (i) analyzing the Debtors' leases and executory contracts and

ny-1099222

the assumption or assignment thereof, (ii) analyzing the validity of liens against the Debtors, and (iii) advising on corporate, litigation, and other legal matters; and

(h)    taking all steps necessary and appropriate to bring the Chapter 11 Cases to conclusion.

28.    In all circumstances, Applicant used its best efforts to avoid any duplication of services provided by the Trustee or the Trustee's other professionals.

29.    To provide an orderly and meaningful summary of the services rendered by Applicant on behalf of the Trustee during the Interim Application Period, Applicant established, in accordance with the UST Fee Guidelines and its internal billing procedures, separate task codes in connection with the Chapter 11 Cases.  The following is a summary of the most significant professional services rendered by Applicant during the Interim Application Period, organized in accordance with Applicant's internal system of task codes:[6]

(a)    Business Operations and Advice -- 001.

Fees:  $287,228.25; Total Hours:  467.80

30.    During the Interim Application Period, Applicant (i) advised the Trustee with respect to contractual issues and disputes with various vendors and contract counterparties; (ii) assisted the Trustee (and/or the Debtors, as applicable) in connection with the preparation and timely filing of monthly operating reports, as required by U.S. Trustee guidelines; and (iii) drafted corporate documents, guidelines and presentations for incoming board members, as well as various reports and forms for governmental agencies as necessary, in anticipation of the Debtors' re-emergence from bankruptcy.

---

[6]    The amounts listed in the descriptions below do not reflect the 10% reduction in fees agreed to by Applicant.

APP. 0256

      (b)     Case Administration -- 002.

      Fees:  $20,687.25; Total Hours:  72.30

31.     During the Interim Application Period, Applicant (i) managed tasks and the coordination and division of labor between and among Applicant's professionals and the Trustee's other professionals so as to promote efficiency and avoid duplication of services; and (ii) scheduled and calendared various hearings and coordinated hearing dates with the SIPA Trustee and chambers.

      (c)     Preparation of Reports -- 003

      Fees:  $8,213.85; Total Hours:  12.80

32.     During the Interim Application Period, Applicant reviewed various reports filed in the SIPA Proceeding and aided in the preparation of the Debtors' monthly operating reports.

      (d)     Hearings -- 004.

      Fees:  $107,559.00; Total Hours:  195.90

33.     During the Interim Application Period, Applicant (i) prepared agendas for hearings held before this Court in the Chapter 11 Cases; (ii) coordinated with the U.S. Trustee, the SIPA Trustee and his professionals regarding the scheduling of hearings before this Court and the preparation and filing of orders at the conclusion of hearings; (iii) prepared for and represented the Trustee at hearings before this Court in the Chapter 11 Cases, including the various hearings related to the plan and disclosure statement; and (iv) prepared for and represented the Trustee at hearings before this Court in the SIPA Proceeding, as necessary, as well as proceedings related to the Chapter 11 Cases in the United States District Court for the Southern District of New York.

(e)    Fee/Employment Applications -- 005.

Fees:  $23,115.15; Total Hours:  49.00

34.    During the Interim Application Period, Applicant (i) prepared monthly fee statements and fee applications for Applicant and assisted other professionals retained by the Trustee with the preparation of their monthly fee statements and fee applications, including declarations and exhibits required in connection therewith; and (ii) reviewed and analyzed fee applications filed by other professionals in the Chapter 11 Cases and the SIPA Proceeding.

(f)    Other Motions and Applications -- 007.

Fees:  $141,853.05; Total Hours:  236.80

35.    During the Interim Application Period, Applicant prepared and filed on behalf of the Trustee various motions, applications, objections, documents and pleadings and participated in discussions and negotiations unrelated to other task codes, including the following:

A. preparation of reply brief for appellants in the Second Circuit appeal *Sapere Wealth Management LLC, et al. v. MF Global Holdings Ltd., Plan Administrator et al.* (Case No. 12-4254-bk);

B. participation and discussion with an *ad hoc* group of the Debtors' lenders (the **Ad Hoc Group**) with respect to the settlement of a standing motion filed by JPMorgan Chase to object to the Debtors' disclosure statement;

C. discussions and negotiations with JPMorgan Chase regarding potential discovery disputes over materials maintained by the Trustee;

D. responses to various pleadings filed by Michelle Y. Coe and this Court's Order to Show Cause with respect to sanctions against her; and

E. drafting and submission of a fee order on behalf of FTI Consulting, Inc. ("**FTI**").

In addition to the foregoing, Applicant reviewed, analyzed, participated in negotiations and prepared notices, objections, stipulations, statements and pleadings with regard to the SIPA Proceeding, including:

> A. analysis of the settlement between the SIPA Trustee, the customer plaintiffs in the *Deangelis v. Corzine, et al.* (11-cv-7866) litigation (the "**MDL**") and JPMorgan Chase; and
>
> B. negotiations with various creditors and the SIPA Trustee with respect to the settlement of creditors' claims.

(g)    Employee Matters -- 008.

Fees: $6,543.00; Total Hours: 9.90

36.    During the Interim Application Period, Applicant advised the Trustee (and the Debtors, as appropriate) with respect to (i) employee retention and compensation issues; and (ii) the retention of consultants to assist with the wind down of the Debtors' estates.

(h)    Licensing and Regulatory Matters -- 009.

Fees: $16,071.75; Total Hours: 22.60

37.    During the Interim Application Period, Applicant advised the Trustee with respect to (i) MFG Assurance and bankruptcy issues related thereto, including the stipulation entered into by the Trustee and MFG Assurance and the objections and subsequent appeals therefrom; (ii) bankruptcy issues concerning the increase in the "soft cap" for defense costs for former officers and directors; and (iii) issues with governmental authorities.

(i)    Investigation, Discovery or Rule 2004 Requests -- 010.

Fees: $1,293,354.90; Total Hours: 2,236.10

38.    During the Interim Application Period, Applicant (i) responded to document and information requests from the SIPA Trustee and subpoena requests from governmental agencies; (ii) conducted multiple interviews with former employees, officers and directors, and board

13

members of the Debtors and their affiliates; (iii) prepared and filed an investigative report; (iv) commenced an adversary proceeding by the filing of a complaint in this Court against Jon Corzine, Brad Abelow and Henri Steenkamp (the "**Officers Complaint**"); and (v) assisted the Trustee in his statutory investigation of, among other things, the acts, conduct, assets, liabilities and financial condition of the Debtors, as required by section 1106(a)(3) of the Bankruptcy Code.

      (j)      Communications with Debtors and Creditors -- 013.

      Fees:  $18,893.25; Total Hours:  27.10

39.      During the Interim Application Period, Applicant communicated with creditors of the various Debtors regarding, among other things, the status of the Chapter 11 Cases, claims administration in the Chapter 11 Cases and the SIPA Proceeding, and the bar dates for general unsecured, governmental and administrative claims.  Applicant also engaged in correspondence and discussions in preparation for meetings with various creditor constituencies.

      (k)      Communications with Trustee -- 014.

      Fees:  $42,041.70; Total Hours:  53.80

40.      During the Interim Application Period, Applicant was in constant communication with the Trustee respecting the progress of the Chapter 11 Cases and the foreign administrations respecting the Debtors' subsidiaries and the development of strategies to maximize the recovery for creditors.  Applicant also advised the Trustee concerning the general administration of the Chapter 11 Cases and the Trustee's compliance with his statutory and fiduciary duties under the Bankruptcy Code.

(l)     Foreign Administrations -- 015.

Fees:  $344,636.55; Total Hours:  407.60

41.     During the Interim Application Period, Applicant (i) corresponded, negotiated and met with the administrators of the Debtors' affiliates in the United Kingdom regarding the operation and liquidation of the U.K. Subs; (ii) attended court hearings regarding the Debtors' direct claims against the U.K. Subs; (iii) analyzed, prepared and filed claims on behalf of the Debtors against subsidiaries of the Debtors in administrations, liquidations and/or other insolvency proceedings throughout the world; (iv) prepared and negotiated a memorandum of understanding and company voluntary arrangement for the liquidation of certain U.K. Subs; (v) conducted and participated in interviews of employees of the U.K. Subs in furtherance of the Trustee's statutory investigation; and (vi) implemented strategies to maximize the return of value to the Debtors' estates.

(m)     Asset Disposition/Sales  -- 016

Fees:  $9,365.40; Total Hours:  11.20

42.     During the Interim Application Period, Applicant (i) Applicant engaged with the defendants/customers in the multiple adversary proceedings (the "**Loan Adversary Proceedings**") seeking to recover loan proceeds provided to certain customers of MFGI, which are subject to security agreements entered into between the Debtors, MFGI and the customers.

(n)     Disclosure Statement/Plan -- 017.

Fees:  $930,433.05; Total Hours:  1,387.00

43.     During the Interim Application Period, Applicant spent a significant amount of time reviewing, analyzing, and redrafting the Debtors' plan of liquidation and attendant disclosure statement to update the documents with information only the Trustee and his professionals could provide.  Applicant coordinated extensively with FTI and the Trustee's other

15

professionals to provide such information and frequently corresponded and met with the Ad Hoc

Group and their counsel to discuss the necessary revisions to the original plan and disclosure

statement.  Through the collective efforts of Applicant, the Trustee's other professionals and the

Ad Hoc Group, the Debtors' creditors almost unanimously approved, and this Court confirmed,

the Second Amended and Restated Plan.

> (o)    Claims Administration and Objections -- 021.
>
> Fees:  $556,848.45; Total Hours:  952.50

44.    During the Interim Application Period, Applicant (i) initiated and coordinated the

review of the nearly 2,000 claims filed against the Debtors; (ii) reviewed and analyzed employee

contracts to determine the treatment of those claims in the Chapter 11 Cases; and (iii) prepared

statements and negotiated with the administrators of the U.K. Subs and the SIPA Trustee

regarding the Debtors' claims against their estates.

> (p)    Assumption/Rejection of Contracts -- 023.
>
> Fees:  $35,007.75; Total Hours:  54.70

45.    During the Interim Application Period, Applicant reviewed the Debtors' pre-

petition contracts and advised the Trustee concerning the assumption or rejection, as appropriate,

of those contracts as part of the plan process and going effective.  Applicant also coordinated

with the SIPA Trustee and his professionals concerning the rejection of certain contracts

including, without limitation, those that provided shared services between MFGI and the

Debtors.  In addition, Applicant prepared notices of cure amounts for certain executory

contracts.

(q)     Asset Analysis and Recovery -- 025.

Fees:  $67,298.85; Total Hours:  112.20

46.     During the Interim Application Period, Applicant (i) negotiated with defendants/customers in the Loan Adversary Proceedings and recovered $10,072,501.11 in loan proceeds for the creditors of the Debtors; and (ii) participated on behalf of the Trustee in meetings and discussions with the liquidators of the Debtors' affiliates in Taiwan and Singapore to maximize recoveries to the Debtors' estates.

(r)     Litigation (General) -- 026.

Fees:  $435,129.30; Total Hours:  681.30

47.     During the Interim Application Period, Applicant (i) prepared and prosecuted the Loan Adversary Proceedings; (ii) monitored the MDL; (iii) prepared materials for the Officers Complaint; and (iv) participated in mediation to resolve the MDL, as well as the Officers Complaint.

(s)     Plan Supplement Documents -- 027.

Fees:  $9,099.90; Total Hours:  12.10

48.     During the Interim Application Period, Applicant coordinated with the Ad Hoc Group and drafted, reviewed and revised corporate and other documents for the supplement to the Second Amended and Restated Plan in order for the plan to go effective.

49.     The foregoing descriptions of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities on behalf of the Trustee in the Chapter 11 Cases.  The time records attached hereto as <u>Exhibit E</u> present more completely the work performed by Applicant in each billing category during the Interim Application Period.

ny-1099222

## FINAL APPROVAL OF THIS FINAL APPLICATION AND ALL PRIOR INTERIM APPLICATIONS IS REASONABLE AND APPROPRIATE AT THIS TIME

50.     Applicant incorporates by reference each of its previous interim fee applications and all notices and orders relating to such applications.  This Court previously approved Applicant's first, second and third interim applications by orders dated December 28, 2012 (for the first and second interim applications) and April 30, 2013 (for the third interim application) [Docket Nos. 973 and 1368].

51.     The amount requested herein reflects the sum of the fees and expenses requested in the first, second and third interim applications (including the 10% holdback) plus the fees and expenses for the Interim Application Period.  Attached hereto as Exhibits F and G are schedules setting out Applicant's fees by activity code and a billing summary by professional and paraprofessional for the Final Application Period.  Attached hereto as Exhibit H is a schedule setting out Applicant's expenses by category for the Final Application Period.

## CONCLUSION

52.     Applicant believes that the services rendered during the Interim Application Period and the Final Application Period on behalf of the Trustee were reasonable and necessary within the meaning of section 330 of the Bankruptcy Code.  Further, the expenses requested were actual and necessary to the performance of Applicant's services.  Accordingly, and in light of the results achieved in the Chapter 11 Cases, Applicant submits that its fees and expenses should be approved in full by this Court.

53.     Applicant therefore requests entry of an order (i) approving compensation for the Interim Application Period in the amount of $4,321,790.10[7] and reimbursement of expenses for

---

[7]     This amount reflects Applicant's agreed-upon 10% discount in its standard hourly rates.

the Interim Application Period in the amount of $63,582.60;[8] (ii) approving compensation for the

Final Application Period (which includes compensation for the Interim Application Period and

all amounts held back in connection with Applicant's first, second and third interim fee

applications) in the amount of $19,007,130.31[9] and reimbursement of expenses for the Final

Application Period in the amount of $589,218.04;[10] and (iii) granting such other and further

relief as may be just and proper.

Dated:   New York, New York
        August 5, 2013

MORRISON & FOERSTER LLP

By:   /s/ Brett H. Miller
        Brett H. Miller
        Melissa A. Hager
        Craig A. Damast

1290 Avenue of the Americas
New York, NY  10104-0050
Tel.:   212.468.8000
Fax:    212.468.7900
bmiller@mofo.com
mhager@mofo.com
cdamast@mofo.com

*Former Counsel to the Chapter 11 Trustee*

---

[8]    The rates charged for such expenses are equivalent to what Applicant normally bills to its non-bankruptcy clients, and are calculated to compensate Applicant for only the actual cost of the expense.
[9]    This amount reflects Applicant's agreed-upon 10% discount in its standard hourly rates.
[10]   The rates charged for such expenses are equivalent to what Applicant normally bills to its non-bankruptcy clients, and are calculated to compensate Applicant for only the actual cost of the expense.

ny-1099222

**EXHIBIT A**

APP. 0264
App. 30

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller
Melissa A. Hager
Craig A. Damast

*Former Counsel to the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
In re                                                :    Chapter 11
                                                     :
MF Global Holdings Ltd., *et al.*,                   :    Case No. 11-15059 (MG)
                                                     :
                                                     :    (Jointly Administered)
              Debtors.                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR**
**PROFESSIONALS IN RESPECT OF FOURTH AND FINAL FEE APPLICATION OF**
**MORRISON & FOERSTER LLP FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES**

I, Brett H. Miller, hereby certify that:

       1.      I am a partner with the applicant firm, Morrison & Foerster LLP ("**Morrison &**

**Foerster**"), which served as counsel to Louis J. Freeh (the "**Trustee**"), chapter 11 trustee of MF

Global Holdings Ltd. ("**Holdings Ltd.**"), MF Global Finance USA, Inc. ("**FinCo**"), MF Global

Capital LLC ("**Capital**"), MF Global FX Clear LLC ("**FX Clear**"), MF Global Market Services

LLC ("**Market Services**"), and MF Global Holdings USA Inc. (individually, "**Holdings USA**",

ny-1063183

App. 31
APP. 0265

and collectively with Holdings Ltd., FinCo, Capital, FX Clear and Market Services, the
"**Debtors**").[1]

2.      This certification is made in respect of Morrison & Foerster's compliance with
the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of
New York Bankruptcy Cases, Administrative Order M-389, adopted by the Court on November
25, 2009 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing
Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,
adopted on January 30, 1996 (the "**UST Guidelines**"), and the Order Granting Motion to
Establish Procedures for Interim Compensation and Reimbursement of Expenses of
Professionals, dated January 26, 2010 (the "**Administrative Order**", and collectively with the
Local Guidelines and UST Guidelines, the "**Guidelines**"), in connection with Morrison &
Foerster's application, dated August 5, 2013 (the "**Application**"), for interim and final
compensation and reimbursement of expenses for the period commencing November 28, 2011
through and including June 3, 2013, in accordance with the Guidelines.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

  (a)     I have read the Application;

  (b)     to the best of my knowledge, information, and belief formed after
          reasonable inquiry, the fees and expenses sought fall within the
          Guidelines;

  (c)     the fees and disbursements sought are billed at rates and in accordance
          with practices customarily employed by Morrison & Foerster and
          generally accepted by Morrison & Foerster's clients; and

---

[1]     The following are the U.S. subsidiaries and affiliates (along with the last four digits of each of their federal
taxpayer identification numbers) that have filed petitions for relief and whose cases are being jointly administered
with the case of MF Global Holdings Ltd. (11-15059): MF Global Finance USA, Inc. (4890); MF Global Capital
LLC (2825); MF Global FX Clear LLC (3678); MF Global Market Services LLC (2193); and MF Global Holdings
USA Inc. (2847).

App. 262

(d)   in providing the reimbursable services reflected in the Application, Morrison & Foerster did not make a profit on those services, whether performed by Morrison & Foerster in-house or through a third party.

4.      Due to the cost and time associated with the preparation and filing of monthly fee applications and the fact that a final fee application would be filed in the near term, Morrison & Foerster has not provided the United States Trustee and the chair of the Committee with periodic statements of fees and disbursements accrued during the Fourth Interim Application Period.  As a result, Morrison & Foerster did not seek compensation or reimbursement of its expenses on a monthly basis.

5.      Further, although Morrison & Foerster has not provided the United States Trustee or the chair of the Committee with a copy of the Application 14 days in advance of the deadline for filing fee applications, Morrison & Foerster has provided 31 days' notice prior to the objection deadline for the Application to the United States Trustee and the Committee.

Dated:   New York, New York
         August 5, 2013

MORRISON & FOERSTER LLP

By:   /s/ Brett H. Miller
      _____
      Brett H. Miller
      Melissa A. Hager
      Craig A. Damast

1290 Avenue of the Americas
New York, NY  10104-0050
Tel.:   212.468.8000
Fax:    212.468.7900
bmiller@mofo.com
mhager@mofo.com
cdamast@mofo.com

*Former Counsel to the Chapter 11 Trustee*

4


App. 33

# EXHIBIT B

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY MORRISON & FOERSTER ON BEHALF OF THE TRUSTEE FOR THE INTERIM APPLICATION PERIOD

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Business Operations and Advice | 467.80 | $ 287,228.25 |
| 002 | Case Administration | 72.30 | $ 20,687.25 |
| 003 | Preparation of Reports | 12.80 | $ 8,213.85 |
| 004 | Hearings | 195.90 | $ 107,559.00 |
| 005 | Fee/Employment Applications | 49.00 | $ 23,115.15 |
| 007 | Other Motions and Applications | 236.80 | $ 141,853.05 |
| 008 | Employee Matters | 9.90 | $ 6,543.00 |
| 009 | Licensing and Regulatory Matters | 22.60 | $ 16,071.75 |
| 010 | Investigation, Discovery or Rule 2004 Requests | 2,236.10 | $ 1,293,354.90 |
| 012 | Non-Working Travel | 45.10 | $ 27,389.25 |
| 013 | Communications with Debtors and Creditors | 27.10 | $ 18,893.25 |
| 014 | Communications with Trustee | 53.80 | $ 42,041.70 |
| 015 | Foreign Administrations | 407.60 | $ 344,636.55 |
| 016 | Asset Disposition/Sales | 11.20 | $ 9,365.40 |
| 017 | Disclosure Statement/Plan | 1,387.00 | $ 930,433.05 |
| 021 | Claims Administration and Objections | 952.50 | $ 556,848.45 |
| 023 | Assumption/Rejection of Contracts | 54.70 | $ 35,007.75 |
| 025 | Asset Analysis and Recovery | 112.20 | $ 67,298.85 |
| 026 | Litigation (General) | 681.30 | $ 435,129.30 |
| 027 | Plan Supplemental Documents | 12.10 | $ 9,099.90 |
| **Total** | | **7,047.80** | **$ 4,380,770.25** |
| **100% Discount for Non-Working Travel Time** | | | **$ (27,389.25)** |
| **Minimum Hours Accommodation** | | | **$ (31,590.90)** |
| **Total Fees Requested** | | | **$ 4,321,790.10** |

1


ABB_0266
App-33

# EXHIBIT C

APP. 0276
App. 36

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY MORRISON & FOERSTER ON BEHALF OF THE TRUSTEE FOR THE INTERIM APPLICATION PERIOD**

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Demme Doufekias | Litigation 2004 (DC) 2003 (VA) | $652.50 | 313.20 | $204,363.00 |
| Stefan W. Engelhardt | Business Restructuring & Insolvency 1990 (NY) | $787.50 | 10.80 | $8,505.00 |
| Jordan D. Eth | Litigation 1985 (CA) | $922.50 | 3.00 | $2,767.50 |
| Stephen L. Feldman | Tax 1974 (CA) 1982 (NY) | $895.50 | .50 | $447.75 |
| Henry M. Fields | Finance 1981 (CA) 1974 (NJ) 1973 (NY) | $855.00 | 37.60 | $32,148.00 |
| Mark R.S. Foster | Litigation 2002 (CA) | $675.00 | 3.30 | $2,227.50 |
| Peter J. Green | Finance 2009 (NY) 1991 (England & Wales ) | $1,116.00 | 132.60 | $147,981.60 |
| John R. Hempill | Corporate 1983 (NY) | $855.00 | 26.90 | $22,999.50 |
| Adam S. Hoffinger | Litigation 1992 (DC) 1983 (NY) | $855.00 | 315.20 | $269,496.00 |
| Jeremy C. Jennings-Mares | Finance 1993 (England & Wales) | $1,116.00 | 3.00 | $3,348.00 |
| Lorenzo Marinuzzi | Business Restructuring & Insolvency 1996 (NJ) 1997 (NY) | $850.50 | 43.80 | $37,251.90 |
| Deanne E. Maynard | Litigation 1992 (DC) 1992 (VA) | $855.00 | .70 | $ 598.50 |
| Brett H. Miller | Business Restructuring & Insolvency 1992 (NY) | $922.50 | 656.50 | $605,621.25 |

ny-1099222

| | | | | |
|---|---|---|---|---|
| Daniel A. Nathan | Litigation 2013 (DC) 1984 (NY) | $675.00 | 357.30 | $241,177.50 |
| Remmelt A. Reigersman | Tax 2007 (NY) | $697.50 | 12.00 | $8,370.00 |
| Kevin Roberts | Litigation 1991 (England & Wales ) | $927.00 | 7.30 | $6,767.10 |
| Robert A. Salerno | Litigation 1991 (DC) 1990 (VA) | $720.00 | 74.90 | $53,928.00 |
| Thomas E. Wilson | Litigation 1976 (CA) | $787.50 | 1.30 | $1,023.75 |
| **Senior Counsel** | | | | |
| Adam A. Lewis | Finance 1979 (CA) | $778.50 | .20 | $ 155.70 |
| **Of Counsel** | | | | |
| Nilene R. Evans | Finance 1980 (NY) | $715.50 | 1.80 | $1,287.90 |
| Melissa A. Hager | Business Restructuring & Insolvency 1992 (CT) 1993 (NY) | $697.50 | 552.30 | $385,229.25 |
| Yana S. Johnson | Tax 1999 (CA) | $616.50 | 3.20 | $1,972.80 |
| **Associates** | | | | |
| John Adams | Litigation 2004 (England & Wales) | $670.50 | 99.60 | $66,781.80 |
| Luke T. Bagley | Finance 2010 (NY) | $517.50 | 138.90 | $71,880.75 |
| Susan J. Borschel | Litigation 1999 (DC) 1998 (VA) | $490.50 | 197.80 | $97,020.90 |
| Toni Camacho | Finance 2012 (NY) | $409.50 | .50 | $ 204.75 |
| Craig A. Damast | Business Restructuring & Insolvency 1992 (NY) | $675.00 | 695.30 | $469,327.50 |
| David N. De Ruig | Tax 2007 (AZ) 2008 (CA) | $355.50 | .30 | $ 106.65 |
| Adam J. Fleisher | Litigation 2013 (CA) | $333.00 | 9.80 | $3,263.40 |
| Paul A. Galante | Litigation 2002 (NY) | $616.50 | 52.00 | $32,058.00 |
| Matthew R. Galeotti | Litigation 2012 (NY) | $409.50 | 25.20 | $10,319.40 |
| Ben Hardy | Corporate | $351.00 | 3.30 | $1,158.30 |

2

| | | | | |
|---|---|---|---|---|
| Marc A. Hearron | Litigation<br>2008 (DC)<br>2005 (TX) | $589.50 | 18.90 | $11,141.55 |
| Laura Heiman | Litigation<br>2012 (DC)<br>2012 (NY) | $387.00 | 53.10 | $20,549.70 |
| Madeleine A. Hensler | Litigation<br>2013 (DC)<br>2005(NY) | $594.00 | 2.30 | $1,366.20 |
| William M. Hildbold | Business Restructuring &<br>Insolvency<br>2009 (NY) | $477.00 | 931.30 | $444,230.10 |
| Ana-Maria Ignat | Litigation<br>2006 (DC)<br>2005 (VA) | $589.50 | 484.10 | $285,376.95 |
| Matthew R. King | Corporate<br>2008 (NY) | $594.00 | .50 | $ 297.00 |
| Mary Lappas | Corporate<br>2007 (England & Wales)<br>2003 (NY) | $594.00 | 1.00 | $ 594.00 |
| Meimay L. Law | Tax<br>2010 (NY) | $477.00 | 9.00 | $4,293.00 |
| Maureen Elizabeth Linch | Tax<br>2012 (CA)<br>2009 (NY) | $526.50 | 1.30 | $ 684.45 |
| Jeremy Ben Merkelson | Litigation<br>2010 (DC)<br>2009 (VA) | $490.50 | 126.40 | $61,999.20 |
| Emma June Muncey | Corporate | $378.00 | 20.50 | $7,749.00 |
| Naghmeh Ordikhani | Litigation<br>2010 (CA) | $490.50 | 2.30 | $1,128.15 |
| Jonathan M. Petts | Business Restructuring &<br>Insolvency<br>2008 (NY) | $409.50 | 110.80 | $45,372.60 |
| John A. Pintarelli | Business Restructuring &<br>Insolvency<br>2006 (NJ)<br>2007 (NY) | $621.00 | 796.30 | $494,502.30 |
| Ted Powers | Corporate<br>2004 (DE)<br>2003 (NY) | $625.50 | 57.90 | $36,216.45 |
| Keith M. Print | Finance<br>2006 (NY) | $621.00 | 10.80 | $6,706.80 |
| Tiffany A. Rowe | Litigation<br>2011 (DC)<br>2010 (NJ)<br>2011 (NY) | $432.00 | 4.50 | $1,944.00 |

3

| | | | | |
|---|---|---|---|---|
| Caroline Stakim | Litigation 2010 (England & Wales) 2008 (Scotland) | $567.00 | 3.00 | $1,701.00 |
| Anand Viswanathan | Litigation 2006 (DC) 2006 (NY) | $585.00 | 9.6 | $5,616.00 |
| Adam D. Westhead | Litigation | $351.00 | 13.90 | $4,878.90 |
| Winnie Wing Kit Chan | Corporate | $351.00 | 1.00 | $ 351.00 |
| **Paraprofessionals** | | | | |
| Elaine L. Garcelon | Corporate | $283.50 | 2.30 | $ 652.05 |
| Ruby R. Grossman | Litigation | $238.50 | 1.10 | $ 262.35 |
| Laura Antonia Guido | Business Restructuring & Insolvency | $265.50 | 8.10 | $2,150.55 |
| Lisa Michele Harger | Litigation | $238.50 | 291.40 | $69,498.90 |
| John T. Kline | Business Restructuring & Insolvency | $279.00 | 26.80 | $7,477.20 |
| Emma S. Marshak | Litigation | $184.50 | 5.00 | $ 922.50 |
| Blake B. Miller | Litigation | $243.00 | 1.50 | $ 364.50 |
| Jeffrey M. Negron | Corporate | $265.50 | 23.30 | $6,186.15 |
| Sulay M. Ozturk-Gunertem | Litigation | $247.50 | 4.60 | $1,138.50 |
| John D. Perry | Finance | $175.50 | 2.30 | $ 403.65 |
| Daniel Quevedo | Finance | $270.00 | 1.00 | $ 270.00 |
| Anne C. Suffern | Business Restructuring & Insolvency | $279.00 | 210.10 | $58,617.90 |
| **Other Professionals** | | | | |
| Vadim Bergelson | Litigation | $265.50 | 4.60 | $1,221.30 |
| Yumiko Blackwell | Research Analyst | $175.50 | .60 | $ 105.30 |
| York Chow | Litigation | $157.50 | 13.50 | $2,126.25 |
| Laura M. Coppola | Litigation | $216.00 | 1.50 | $ 324.00 |
| Amy Ruth Dietrich | Research Analyst | $193.50 | .50 | $ 96.75 |
| Chris Keener | Litigation | $241.20 | 3.00 | $ 723.60 |

4

APP. 0276

| Karim Mahmoud | Litigation | $175.50 | .10 | $ 17.55 |
|---|---|---|---|---|
| Joshua Aaron Roy | Litigation | $256.50 | 3.50 | $ 897.75 |
| Mary E. Shackleton | Research Analyst | $193.50 | 2.00 | $ 387.00 |
| Michael E. Willens | Research Analyst | $193.50 | 1.00 | $ 193.50 |
| Cathy A. Woods | Litigation | $175.50 | 1.40 | $ 245.70 |
| | | | **Total Hours Billed** | **Total Compensation** |
| **Professionals Totals** | | | | |
| **Total Incurred** | | | **7,047.80** | **$ 4,380,770.25** |
| **Client Accommodation (Non-Working Travel)** | | | | **$ (27,389.25)** |
| **Minimum Hours Accommodation** | | | | **$ (31,590.90)** |
| **Total After Client Accommodation** | | | | **$ 4,321,790.10** |
| **Blended Rate (Exclusive of Paraprofessionals)** | | | | **$ 656.42** |

APP 0275
App. 41

# EXHIBIT C

EXHIBIT B
SUMMARY OF THIRTY-FIFTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2020 THROUGH NOVEMBER 30, 2020

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | | | | | |
| | Picard, Irving H. | 1966 | 1,023.00 | 234.60 | 239,995.80 |
| | Sheehan, David J. | 1968 | 1,023.00 | 613.40 | 627,508.20 |
| | Matthias, Michael R. | 1973 | 765.00 | 51.00 | 39,015.00 |
| | Bash, Brian A. | 1975 | 824.00 | 63.10 | 51,994.40 |
| | Greene, Bruce R. | 1976 | 841.00 | 37.90 | 31,873.90 |
| | Long, Thomas L. | 1976 | 1,017.00 | 441.60 | 449,107.20 |
| | Ponto, Geraldine E. | 1982 | 1,023.00 | 538.30 | 550,680.90 |
| | Hutchins, Elaine A. | 1983 | 697.00 | 14.60 | 10,176.20 |
| | Montesano, Carmela T. | 1984 | 743.00 | 5.90 | 4,383.70 |
| | Smith, Elizabeth A. | 1985 | 930.00 | 19.40 | 18,042.00 |
| | Hunt, Dean D. | 1991 | 932.99 | 279.20 | 260,491.20 |
| | Goldberg, Steven H. | 1991 | 1,023.00 | 82.50 | 84,397.50 |
| | Douthett, Breaden M. | 1991 | 515.00 | 2.10 | 1,081.50 |
| | Griffin, Regina L. | 1993 | 1,023.00 | 486.30 | 497,484.90 |
| | Thomas, Erika K. | 1994 | 783.00 | 567.50 | 444,352.50 |
| | Cole, Tracy L. | 1996 | 928.00 | 533.30 | 494,902.40 |
| | Murphy, Keith R. | 1997 | 1,023.00 | 435.40 | 445,414.20 |
| | Hoang, Lan | 1997 | 1,000.30 | 888.20 | 888,470.40 |
| | Rollinson, James H. | 1998 | 892.00 | 23.30 | 20,783.60 |
| | Warshavsky, Oren J. | 1998 | 1,023.00 | 669.10 | 684,489.30 |
| | New, Jonathan B. | 1998 | 1,023.00 | 27.60 | 28,234.80 |
| | Fish, Eric R. | 1998 | 887.00 | 344.80 | 305,837.60 |
| | Clark, Eben P. | 1998 | 555.00 | 49.70 | 27,583.50 |
| | Rose, Jorian L. | 1998 | 1,005.00 | 232.60 | 233,763.00 |
| | Pergament, Benjamin D. | 1999 | 854.17 | 534.00 | 456,126.00 |
| | Bohorquez, Fernando A. | 2000 | 948.00 | 303.30 | 287,528.40 |
| | Cremona, Nicholas J. | 2000 | 1,005.00 | 804.60 | 808,623.00 |
| | Beckerlegge, Robertson D. | 2001 | 795.98 | 693.60 | 552,090.20 |
| | Bell, Stacey A. | 2001 | 868.09 | 606.30 | 526,323.40 |
| | Zeballos, Gonzalo S. | 2001 | 925.00 | 93.90 | 86,857.50 |
| | North, Geoffrey A. | 2002 | 892.00 | 726.70 | 648,216.40 |
| | Song, Brian W. | 2002 | 790.01 | 486.00 | 383,943.00 |
| | Shields, Nkosi D. | 2003 | 663.88 | 422.50 | 280,491.00 |
| | Malchow, Jessica P. | 2003 | 472.00 | 25.90 | 12,224.80 |
| | Sherer, James A. | 2003 | 728.00 | 13.30 | 9,682.40 |
| | Hochmuth, Farrell A. | 2003 | 636.73 | 212.60 | 135,368.00 |
| | Oliver, Jason S. | 2003 | 800.71 | 615.60 | 492,918.40 |
| | Proano, David F. | 2005 | 466.00 | 41.90 | 19,525.40 |
| | Allen, Brian F. | 2005 | 694.26 | 265.10 | 184,047.80 |
| | Feil, Matthew D. | 2006 | 694.11 | 460.90 | 319,916.30 |
| | Carlisle, Marie L. | 2006 | 604.78 | 507.90 | 307,166.60 |
| | Vanderwal, Amy E. | 2006 | 892.00 | 687.60 | 613,339.20 |
| | Longstaff, Carrie | 2006 | 712.39 | 450.50 | 320,930.40 |
| | Kosack, Melissa L. | 2006 | 743.00 | 779.60 | 579,242.80 |
| | Wasick, Joanna F. | 2007 | 839.79 | 583.20 | 489,765.00 |
| | Brown, Seanna R. | 2007 | 1,005.00 | 708.00 | 711,540.00 |
| | Calvani, Torello H. | 2007 | 790.12 | 376.20 | 297,243.60 |
| | Giuliani, Esterina | 2007 | 892.00 | 660.20 | 588,898.40 |
| | Patel, Tayan B. | 2007 | 610.00 | 14.30 | 8,723.00 |
| | Forman, Jonathan A. | 2007 | 704.00 | 239.10 | 168,326.40 |
| | Zunno-Freaney, Kathryn M. | 2008 | 892.00 | 195.30 | 174,207.60 |
| | Attard, Lauren T. | 2008 | 641.35 | 258.00 | 165,469.40 |
| | Usitalo, Michelle R. | 2008 | 658.17 | 496.10 | 326,520.00 |
| | McCurrach, Elizabeth G. | 2008 | 696.02 | 425.00 | 295,806.40 |
| | Markel, Tatiana | 2009 | 743.00 | 657.40 | 488,448.20 |
| | Campbell, Patrick T. | 2009 | 712.00 | 153.60 | 109,363.20 |
| | Shapiro, Peter B. | 2009 | 676.71 | 587.90 | 397,839.00 |
| | Molina, Marco | 2009 | 743.00 | 204.90 | 152,240.70 |
| | Iannuzzi, Michael M. | 2010 | 526.00 | 17.80 | 9,362.80 |
| | Bent, Camille C. | 2010 | 633.35 | 494.90 | 313,444.20 |
| | Shifrin, Maximillian S. | 2011 | 605.53 | 105.50 | 63,883.50 |
| | Wangsgard, Kendall E. | 2011 | 599.00 | 28.50 | 17,071.50 |
| | Crook, Darren A. | 2011 | 368.00 | 145.10 | 53,396.80 |
| | Krishna, Ganesh | 2011 | 621.10 | 603.70 | 374,961.00 |
| | Hough, Shawn P. | 2012 | 618.16 | 540.00 | 333,808.90 |
| Partners and of Counsel Total | | | 831.08 | 22,867.90 | |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Meisels, Naomi P. | 1984 | 642.00 | 66.90 | 42,949.80 |
| | Bieler, Philip | 1994 | 545.60 | 535.50 | 292,166.70 |
| | Kates, Elyssa S. | 2000 | 725.00 | 10.60 | 7,685.00 |
| | Wlodek, Heather | 2003 | 720.05 | 420.30 | 302,635.00 |
| | Hiatt, Eric B. | 2005 | 620.00 | 229.60 | 142,352.00 |
| | Cowherd, Matthew K. | 2005 | 561.40 | 142.90 | 80,224.10 |
| | Mezibov, Jonathan G. | 2006 | 267.00 | 681.40 | 181,933.80 |
| | Goldmark, Jena B. | 2007 | 523.87 | 649.60 | 340,306.50 |
| | Sabella, Michael A. | 2008 | 578.00 | 561.40 | 324,489.20 |
| | Choi, David | 2008 | 620.00 | 377.50 | 234,050.00 |
| | Khan, Ferve E. | 2009 | 685.48 | 453.60 | 310,932.00 |
| | Nickodem, Robert G. | 2009 | 274.00 | 606.30 | 166,126.20 |
| | Perkins Austin, Francesca | 2009 | 604.00 | 87.30 | 52,729.20 |
| | Mattera, Marshall J. | 2009 | 620.00 | 777.70 | 482,174.00 |
| | McGourty, Cara | 2010 | 599.00 | 511.20 | 306,208.80 |
| | Rollins, Jennifer B. | 2010 | 267.00 | 520.30 | 138,920.10 |
| | Biondo, Lindsay J. | 2010 | 274.00 | 698.90 | 191,498.60 |
| | Maytal, Anat | 2010 | 646.81 | 628.60 | 406,582.40 |
| | Ubaid, Maryland H. | 2010 | 274.00 | 595.40 | 163,139.60 |
| | Boga-Lofaro, Csilla | 2010 | 504.00 | 3.80 | 1,915.20 |
| | Rouach, Sophie | 2010 | 487.00 | 178.60 | 86,978.20 |
| | Hansford, Melissa L. | 2010 | 274.00 | 507.40 | 139,027.60 |
| | Mahida, Michelle Marie Hoff | 2010 | 267.00 | 578.50 | 154,459.50 |
| | Bernard, Zachary E. | 2010 | 482.00 | 5.80 | 2,795.60 |
| | Chandler, Tara R. | 2010 | 274.00 | 728.90 | 199,718.60 |
| | White, Jason T. | 2011 | 274.00 | 700.10 | 191,827.40 |
| | Oliva, Frank M. | 2011 | 634.17 | 628.10 | 398,319.70 |
| | Durbin, Damon M. | 2011 | 310.00 | 77.40 | 23,994.00 |
| | Gottesman, Joel D. | 2011 | 274.00 | 458.10 | 125,519.40 |
| | Blanchard, Jason I. | 2011 | 623.98 | 581.70 | 362,969.90 |
| | Patrick, Stacey M. | 2011 | 274.00 | 709.30 | 194,348.20 |
| | Barhorst, Damon C. | 2011 | 267.00 | 10.50 | 2,803.50 |
| | Vonderhaar, Douglas A. | 2011 | 331.00 | 33.20 | 10,989.20 |
| | Rose, Nicholas M. | 2011 | 599.00 | 531.40 | 318,308.60 |
| | Feldstein, Robyn M. | 2011 | 578.00 | 160.30 | 92,653.40 |
| | Slavin, Jeffrey A. | 2011 | 502.00 | 29.30 | 14,708.60 |
| | Rice, David W. | 2012 | 578.00 | 338.30 | 195,537.40 |
| | Ackerman, Stephanie | 2012 | 565.85 | 811.10 | 458,961.30 |
| | Gallagher, Christopher B. | 2012 | 637.29 | 521.90 | 332,602.60 |
| | Tanney, Michelle N. | 2013 | 559.18 | 434.00 | 242,684.40 |
| | Friedman, Matthew B. | 2013 | 551.00 | 451.60 | 248,831.60 |
| | Charlemagne, Chardaie C. | 2013 | 599.66 | 92.40 | 55,408.40 |
| | Sterling, Nichole L. | 2013 | 494.00 | 26.40 | 13,041.60 |
| | Mosher, Sarah E. | 2013 | 267.00 | 581.90 | 155,367.30 |
| | Gillingham, Ross M. | 2013 | 267.00 | 746.90 | 199,422.30 |
| | Brumbach, Maxim G. | 2013 | 267.00 | 564.50 | 150,721.50 |
| | Goertemiller, Noah J. | 2014 | 267.00 | 613.10 | 163,697.70 |
| | Horning, Nathan T. | 2014 | 274.00 | 669.40 | 183,415.60 |
| | Kennedy, Joyce R. | 2015 | 274.00 | 608.30 | 166,674.20 |
| | Serrao, Andrew M. | 2015 | 518.75 | 213.70 | 110,856.50 |
| | Turner, Tara E. | 2015 | 512.60 | 806.20 | 413,255.80 |
| | Weinberg, Lauren R. | 2015 | 509.00 | 66.40 | 33,797.60 |
| | Nadworny, Bari R. | 2016 | 494.00 | 67.80 | 33,493.20 |
| | Cantu, Michael R. | 2016 | 274.00 | 731.10 | 200,321.40 |
| | Miguel, Nickoli X. | 2016 | 274.00 | 664.80 | 182,155.20 |
| | Molony, Matthew E. | 2016 | 267.00 | 711.10 | 189,863.70 |
| | Stewart, Matthew L. | 2016 | 267.00 | 689.90 | 184,203.30 |
| | Shalodi, Amani | 2016 | 274.00 | 717.40 | 196,567.60 |
| | Berry, Joshua L. | 2016 | 267.00 | 581.50 | 155,260.50 |
| | Martin, Lauren E. | 2016 | 267.00 | 628.90 | 167,916.30 |
| | Alonso, Carolina A. | 2016 | 446.00 | 5.90 | 2,631.40 |
| | Maw, Darley | 2017 | 542.32 | 416.40 | 225,823.70 |
| | Satter, Joshua A. | 2017 | 565.00 | 563.60 | 318,434.00 |
| | Dindiyal, Ariana G. | 2017 | 446.00 | 624.70 | 278,616.20 |
| | Stork, Victoria L. | 2017 | 515.33 | 505.50 | 260,499.30 |
| | Wafelbakker, Tess N. | 2018 | 349.00 | 7.50 | 2,617.50 |
| | Fischetti, Chloe S. | 2018 | 437.00 | 88.40 | 38,630.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Williams, Briana D. | 2018 | 395.00 | 422.80 | 167,006.00 |
| | Yantis, Brittany A. | 2019 | 431.00 | 163.60 | 70,511.60 |
| | Bordner, Alexa T. | 2019 | 441.00 | 119.80 | 52,831.80 |
| | Gotsis, Christina O. | 2019 | 431.00 | 479.00 | 206,449.00 |
| | Corrigan, Megan A. | 2019 | 431.00 | 313.90 | 135,290.90 |
| | Silversmith, Jordan R. | 2019 | 431.00 | 215.40 | 92,837.40 |
| | Sternbach, Lauren E. | 2020 | 441.00 | 479.80 | 211,591.80 |
| | Waldrop, Patrick R. | 2020 | 441.00 | 9.40 | 4,145.40 |
| | Van Duyn, Audrey J. | 2020 | 441.00 | 612.10 | 269,936.10 |
| | Cardenas, Samantha A. | #N/A | 267.00 | 551.50 | 147,250.50 |
| Associates Total | | | 413.87 | 32,395.30 | 13,407,600.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Graham, Sonya M. | #N/A | 289.00 | 16.10 | 4,652.90 |
| | Montani, Christine A. | #N/A | 377.00 | 466.60 | 175,908.20 |
| | Bookout, Kimberly M. | #N/A | 252.00 | 8.50 | 2,142.00 |
| | Iskhakova, Yuliya | #N/A | 390.00 | 845.90 | 329,901.00 |
| | Marshall, Amanda S. | #N/A | 205.00 | 7.00 | 1,435.00 |
| | Gibbons, Michael E. | #N/A | 413.00 | 9.60 | 3,964.80 |
| | Landrio, Nikki M. | #N/A | 407.00 | 668.80 | 272,201.60 |
| | Nunes, Silas T. | #N/A | 333.00 | 119.70 | 39,860.10 |
| | von Collande, Constance M. | #N/A | 372.00 | 537.00 | 199,764.00 |
| | Blaber, Theresa A. | #N/A | 367.00 | 24.20 | 8,881.40 |
| | Stone, Adrian | #N/A | 330.00 | 359.40 | 118,602.00 |
| | Bryan, Katrina E. | #N/A | 359.00 | 666.50 | 239,273.50 |
| | McIntosh, Casey | #N/A | 218.00 | 108.10 | 23,565.80 |
| | Monge, Tirsa | #N/A | 377.00 | 300.10 | 113,137.70 |
| | Cabrera, Ramon C. | #N/A | 295.00 | 119.00 | 35,105.00 |
| | Bekier, James M. | #N/A | 480.00 | 317.50 | 152,400.00 |
| | Fishelman, Benjamin D. | #N/A | 459.00 | 320.80 | 147,247.20 |
| | Godsen, Brian J. | #N/A | 185.00 | 6.00 | 1,110.00 |
| | Szalay, Sarah M. | #N/A | 211.00 | 182.00 | 38,402.00 |
| | Glanzman, Adam J. | #N/A | 378.00 | 113.70 | 42,978.60 |
| | Villamayor, Fidentino L. | #N/A | 395.00 | 387.20 | 152,944.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 434.00 | 651.70 | 282,837.80 |
| | LaFalce, Stephen P. | #N/A | 195.00 | 8.00 | 1,560.00 |
| | Dangelmajer, Susan E. | #N/A | 365.00 | 271.50 | 99,097.50 |
| | Kinne, Tanya M. | #N/A | 360.00 | 478.50 | 172,260.00 |
| | Polanco Ortiz, Dorian A. | #N/A | 285.00 | 14.00 | 3,990.00 |
| | Chan, Angeline | #N/A | 281.00 | 354.10 | 99,502.10 |
| | Dyer, Ricky J. | #N/A | 240.00 | 26.30 | 6,312.00 |
| | McKenna, Patrice M. | #N/A | 299.00 | 539.50 | 161,310.50 |
| | Chamberlain, David R. | #N/A | 180.00 | 12.00 | 2,160.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | 369.37 | 7,939.30 | 2,932,506.70 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 831.08 | 22,867.90 | 19,004,944.30 |
| Associates Total | 413.87 | 32,395.30 | 13,407,600.00 |
| | | | |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 369.37 | 7,939.30 | 2,932,506.70 |
| Blended Attorney Rate | 586.51 | | |
| | | | |
| Total Fees Incurred | | 63,202.50 | 35,345,051.00 |

**Less 10% Public Interest Discount**          (3,534,505.10)

**Grand Total**                    $  31,810,545.90

APP. 0286

# EXHIBIT D-3

APP. 0281

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | § | |
| COMMISSION, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-0298-N |
| | § | |
| STANFORD INTERNATIONAL BANK, | § | |
| LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This Order addresses the Receiver's motion for increased hourly rates [3088]. The Receiver requests approval to amend the hourly rates charged by the Receiver and the Receiver's professionals to their customary 2021 rates, less a 30% discount and subject to the Court-imposed 10% holdback. The Receiver argues that customary and standard hourly rates for legal professionals have consistently increased since the Court last approved an hourly rate increase in 2015. The Court finds the Receiver's request reasonable under the factors outlined in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974) and grants the motion. The Court approves the proposed hourly rate for the time period covered by the sixty-seventh interim fee application and going forward.

Signed July 21, 2021.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE

# EXHIBIT D-4

APP. 0283

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Case No. 3:09-CV-00298-N |
| v. | § § | |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § § | |

---

## RECEIVER'S MOTION FOR APPROVAL OF EIGHTIETH INTERIM FEE APPLICATION AND BRIEF IN SUPPORT

---

Baker Botts L.L.P.
910 Louisiana
Houston, Texas 77002
(713) 229-1234
(713) 229-1522 (Facsimile)

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

TABLE OF CONTENTS

**Page**

Legal Standard ...................................................................................................... 2

Statement Regarding Receivership Cost Estimate............................................... 4

    I.      Fees and Expenses Incurred in Connection with General Estate Matters ............. 5

          A.      Request for Approval of Fees and Expenses Incurred in Connection with General Estate Matters from December 1, 2023 through February 29, 2024. ...................................................................... 6

                1.     Fees and Expenses of Professional Firms ....................................... 6

                        a.     Krage & Janvey, L.L.P. ...................................... 6

                        b.     Baker Botts L.L.P. ............................................ 7

                        c.     FTI Consulting, Inc. .......................................... 12

                        d.     Ernst & Young LLP .......................................... 13

                        e.     Osler, Hoskin & Harcourt LLP ......................... 14

                        f.     William S. McConnell ...................................... 14

    II.     Fees and Expenses Incurred in Connection with the Receivership's Claims Process and Interim Distribution Plans .................................................. 15

          A.      Baker Botts L.L.P. .......................................................... 16

           B.      FTI Consulting, Inc. ....................................................... 17

           C.      Gilardi & Co LLC ......................................................... 17

    III.    Expenses of OSIC Professionals.............................................................. 18

          A.      Friedman Kaplan Seiler Adelman & Robbins LLP ................................. 18

    IV.    Conclusion ............................................................................................... 19

Certificate of Conference ................................................................................... 21

Certificate of Service ......................................................................................... 22

# TABLE OF AUTHORITIES

**Page(s)**

CASES

*Curtis v. Bill Hanna Ford, Inc.*,
822 F.2d 549 (5th Cir. 1987) ................................................................2

*Johnson v. Georgia Highway Express, Inc.*,
488 F.2d 714 (5th Cir. 1974) ................................................................2, 3

*SEC v. Fifth Ave. Coach Lines, Inc.*,
364 F. Supp. 1220 (S.D.N.Y. 1973) ......................................................2

*SEC v. Megafund Corp.*,
No. 3:05-CV-1328-L, 2008 WL 2839998 (N.D. Tex. June 24, 2008) .....................2

*SEC v. W.L. Moody & Co., Bankers (Unincorporated)*,
374 F. Supp. 465 (S.D. Tex. 1974), *aff'd, SEC v. W.L. Moody & Co.*, 519 F.2d 1087
(5th Cir. 1975) ......................................................................................2

STATUTES

11 U.S.C. § 330(a)(3) ...............................................................................3

OTHER AUTHORITIES

*Currency Table: USD – US Dollar*, XE.com Inc. (Dec. 29, 2023), https://www.xe.com/
currencytables/?from=USD&date=2023-12-29#table-section ................................13

*Currency Table: USD – US Dollar*, XE.com Inc. (Jan. 31, 2024), https://www.xe.com/
currencytables/?from=USD&date=2024-01-31#table-section ................................13

*Currency Table: USD – US Dollar*, XE.com Inc. (Feb. 29, 2024), https://www.xe.com/
currencytables/?from=USD&date=2024-02-29#table-section ................................13

## RECEIVER'S MOTION FOR APPROVAL OF EIGHTIETH INTERIM FEE APPLICATION AND BRIEF IN SUPPORT

The Second Amended Order Appointing Receiver directs and authorizes Ralph S. Janvey, the Court-appointed Receiver in this action, to retain and compensate professionals in connection with the administration of the Receivership Estate:

> [T]he Receiver is specifically directed and authorized to perform the following acts and duties:
>
> . . . .
>
> Enter into such agreements in connection with the administration of the Receivership Estate, including, but not limited to, the employment of such managers, agents, custodians, consultants, investigators, attorneys, and accountants as Receiver judges necessary to perform the duties set forth in this Order and to compensate them from the Receivership Assets.

(Doc. 1130, ¶ 5(h).)

The Second Amended Order Appointing Receiver further directs the Receiver to "[f]ile with this Court requests for approval of reasonable fees to be paid to the Receiver and any person or any entity retained by him and interim and final accountings for any reasonable expenses incurred and paid. . . ." (*Id.* ¶ 5(m).)

The fees and expenses for the period covered by this application cover three months (December 1, 2023 through February 29, 2024)[1] and can be divided into three categories: (1) general Estate matters; (2) the Receivership's Court-approved claims process and interim distribution plans; and (3) matters handled by the Official Stanford Investors Committee ("OSIC").

Part I of this application addresses the fees and expenses incurred by the Receiver and his professionals in connection with general Estate matters. Part II of this application

---

[1] Some of the expenses submitted with this fee application were incurred before December 1, 2023. These expenses, however, have not been reimbursed in any prior period.

addresses the fees and expenses incurred in connection with the Receivership's claims process and interim distribution plans. Part III of this application addresses the expenses of OSIC's professionals.

For the reasons set forth herein, the Court should approve payment of the reasonable and necessary professional fees and expenses described in this application.

### LEGAL STANDARD

The Receiver has previously briefed the legal standards for evaluating the reasonableness and necessity of professional fees and expenses. The Court has consistently evaluated the Receiver's fee applications using the factors set forth by the Fifth Circuit in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974).[2] The Court has also observed that this particular receivership is essentially equivalent to a Chapter 7 bankruptcy. *See* Civ. Action No. 3:09-cv-00724-N-BQ, Doc. 1093 at 39 ("Ultimately, this particular receivership is the essential equivalent of a Chapter 7 bankruptcy. . . . While a different federal statutory scheme – one that is looser and more flexible than the Bankruptcy Code – is at work, the overall purposes and objectives of the Stanford receivership track the overall purposes and objectives present in the Bankruptcy Code and a Chapter 7 proceeding."). Therefore, the factors governing

---

[2]    Under *Johnson*, courts consider the following factors in determining whether the time spent, services performed, expenses incurred, and hourly rates charged are reasonable and necessary: (1) the time and labor required for the litigation; (2) the novelty and complication of the issues; (3) the skill required to properly litigate the issues; (4) whether the attorney was precluded from other employment by the acceptance of this case; (5) the attorney's customary fee; (6) whether the fee is fixed or contingent; (7) whether the client or the circumstances imposed time limitations; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorney; (10) the "undesirability" of the case; (11) the nature and length of the attorney-client relationship; and (12) awards in similar cases. *Id.* at 717–19. In applying these factors, "the district court must explain the findings and the reasons upon which the award is based. However, it is not required to address fully each of the 12 factors." *Curtis v. Bill Hanna Ford, Inc.*, 822 F.2d 549, 552 (5th Cir. 1987) (citation omitted); *see also SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd*, *SEC v. W.L. Moody & Co.*, 519 F.2d 1087 (5th Cir. 1975); *SEC v. Megafund Corp.*, No. 3:05-CV-1328-L, 2008 WL 2839998, at *2 (N.D. Tex. June 24, 2008); *SEC v. Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973).

the analysis of requests for professional fees and expenses incurred in the bankruptcy context are also relevant to the Court's evaluation of the Receiver's fee applications.

Under 11 U.S.C. § 330(a)(3), in examining a request for fees and expenses to be awarded to an examiner, trustee under chapter 11, or other professional in the context of a bankruptcy, a court considers, in addition to the amounts involved and results obtained, "the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [Chapter 11]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under [Chapter 11]." 11 U.S.C. § 330(a)(3) (line breaks omitted).

This application and its supporting evidence establish that the time spent, services performed, hourly rates charged, and expenses incurred were necessary to the administration of the complex Receivership Estate and beneficial, if not essential, to the ultimate completion of the Receiver's numerous Court-ordered duties. As set forth in detail in this application and in the Receiver's prior briefing on professional fees and expenses, each of these professional firms was selected because it possesses special expertise required to fulfill the Court's orders and has demonstrated that expertise through years of extensive work on this matter. *See Johnson*, 488 F.2d at 718; 11 U.S.C. § 330(a)(3). The professional firms have instituted billing conventions that

permit interested parties to calculate the amount of time the professionals devoted to particular issues. These work records, along with the summaries contained in this application, are the best evidence available to aid the Court in evaluating the Receiver's work and establish that the professionals' services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the numerous problems, issues, or tasks addressed.

### STATEMENT REGARDING RECEIVERSHIP COST ESTIMATE

The Receiver has prepared and forwarded to the SEC and the Examiner an estimate of the fees and expenses expected to be incurred by the Receivership in connection with the Receivership matters covered by this fee application. To prepare a realistic estimate, it is necessary for the Receiver to first attempt to anticipate as many as possible of the likely activities in any given period and then make certain assumptions about the percentage of those activities that will be delayed to later periods or will become unnecessary due to subsequently intervening events such as settlement or Court orders. Predicting future events is, of course, impossible to do with precision.

The estimate for the Receivership matters covered by this fee application was $1,328,400.00. The actual amount of fees and expenses incurred during this period for such matters was $1,311,851.10 or approximately 1.2% lower than the estimate. The Receiver will continue to prepare estimates of fees and expenses and will continue to work diligently towards incurring total fees and expenses within those estimates where possible.

# I.    FEES AND EXPENSES INCURRED IN CONNECTION WITH GENERAL ESTATE MATTERS

The Receiver seeks the Court's approval to pay invoices for interim fees and expenses of $665,017.12[3] to the professional firms that rendered services in connection with general Estate matters during the period from December 1, 2023 through February 29, 2024. Submitted herewith is a proposed order reflecting the agreement of the Receiver and the Examiner that, with respect to the fees and expenses incurred in connection with general Estate matters, the time spent, services performed, and expenses incurred by the Receiver and his retained professionals during the period covered by this application were reasonable and necessary for the Receiver to perform his Court-ordered duties.

Baker Botts has charged its time at a 30% discount from its standard 2021 rates for the time period covered by this fee application. The remaining professional firms providing services in connection with general Estate matters have each discounted their fees 20% (or more) for the benefit of the Stanford investors and other claimants. All of the Receiver's professional firms have worked diligently to reduce Receivership expenses whenever possible. The discounts

---

[3]    With respect to the general Estate matters category, the professional firms' discounted fees for the period covered by this application total $274,198.42 and the firms' expenses total $463,992.15. At the hearing on September 10, 2009, the Court approved the Receiver's first and second fee applications, subject to a 20% holdback. The Court advised the Receiver that it would impose this 20% holdback on future fee applications, and that, at a future date, when the results obtained for the Receivership Estate are more certain, the Receiver will be permitted to reapply for the amount held back. On April 4, 2012, the Court entered an order amending the fee structure and providing that "[b]eginning with fees incurred as of January 1, 2012, (1) the Receiver and his professionals shall bill their time at 2012 rates with a twenty percent (20%) discount, and (2) the Court will impose a ten percent (10%) holdback on all non-out-of-pocket expenses." (Doc. 1565.) Effective January 1, 2015, the Court amended the fee structure to "allow the Receiver and the professionals to bill at their customary 2015 rates, less a 20% discount." (Doc. 2238.) On July 22, 2021, the Court granted the Receiver's motion for increased hourly rates and ordered that Baker Botts be allowed to bill its customary 2021 rates less a 30% discount and subject to the Court-imposed 10% holdback, effective as of the Receiver's sixty-seventh fee application (Doc. 3099.) Thus, the amount requested in this fee application in connection with general Estate matters—$665,017.12—includes the following components, and the total holdback related to these services is $73,173.45.

| Discounted Professional Fees | $274,198.42 | Less 10% Holdback = $246,778.58 |
|---|---|---|
| Firm Out-of-Pocket Expenses (excluding Baker Botts and FTI expenses below) | $6,456.06 | No Holdback = $6,456.06 |
| Expenses for Baker Botts's and FTI's Data-Loading and Hosting Services | $457,536.09 | Less 10% Holdback = $411,782.48 |

by the Receiver's professional firms represent an overall reduction of more than $110,000. The work records submitted in support of this application enable the Court to evaluate the tasks performed, and those records are supplemented by the detailed descriptions contained in this application. This application and its supporting evidence demonstrate the necessity for the professionals' services and the reasonableness of their fees and expenses for a case of this complexity, novelty, and difficulty.

The Receivership received approximately $106,409,091 in cash inflows during this period, including $100,000,000 received from Trustmark National Bank in connection with the settlement of the *Abbott v. Trustmark National Bank, et al.* litigation; $2,597,677 in rental and interest income; $2,329,535 from the sale of assets; $1,457,805 in other settlement payments; $22,000 in notice of transfer fees; and $2,075 in commissions.

### A. Request for Approval of Fees and Expenses Incurred in Connection with General Estate Matters from December 1, 2023 through February 29, 2024.

This application and its supporting evidence establish that the fees and expenses incurred in connection with general Estate matters are reasonable and necessary in light of the extraordinary complexity and difficulties of this case and of the substantial accomplishments of the Receiver. Accordingly, the Receiver requests that the Court approve the fees and expenses incurred by the Receivership in connection with general Estate matters during the period from December 1, 2023 through February 29, 2024.

#### 1. FEES AND EXPENSES OF PROFESSIONAL FIRMS

#### a. Krage & Janvey, L.L.P.

During the period covered by this application, the Receiver and other professionals at Krage & Janvey oversaw the Receivership's litigation docket, attended to the day-to-day operational and administrative needs of the Receivership, and made strategic decisions to

maximize assets and reduce claims against the Receivership. Krage & Janvey's services fall into the following categories (the percentages indicate the approximate proportion of total fees related to each category):

(1) Litigation Supervision (79.2%): Krage & Janvey supervises and oversees all aspects of the Receivership's litigation docket, and the Receiver reviews all major pleadings drafted on behalf of the Receivership and provides substantive input prior to their filing. During the period covered by this fee application, the Receiver monitored and addressed various issues, including, in the *Abbott v. Trustmark National Bank, et al.* matter, addressing issues related to the settlements with the Bank defendants, including the review of the court papers concerning Allen Stanford's appeals of certain of the settlements; and the Receiver's settlements with investors and with the former employee-defendants in the *Janvey v. Alguire* matter. During this time period, Krage & Janvey also prepared for a CNBC interview of the Receiver and his lead counsel, Kevin Sadler.

(2) Estate Administration (20.8%): Krage & Janvey continued to oversee the Receivership's day-to-day operations and continued to manage the Receiver's efforts to minimize Receivership expenses, including the professional fees and expenses incurred by the Receivership.

Krage & Janvey's invoices for the period from December 1, 2023 through February 29, 2024 are attached as Exhibit A, App'x at 1–13. The Receiver requests approval of payment to Krage & Janvey for $14,751.00 in fees.

**b.    Baker Botts L.L.P.**

Baker Botts continued in its role as lead counsel to the Receiver. During this period, Baker Botts's work primarily related to the Receiver's ongoing litigation matters. Baker Botts also continued to address a variety of other complex legal issues facing the Receivership. Baker Botts's services fall into the following categories:

(1) **Investor Committee Matters (45.0%):** During the period covered by this fee application, Baker Botts continued its work in connection with the *Abbott v. Trustmark National Bank, et al.* matter. The case had been set for trial in February 2023. The Receiver and Official Stanford Investors Committee agreed to resolve the case by settlement in exchange for total payments by the defendants of more than $1.6 billion. Baker Botts's work in this time period included drafting the appellees' brief in the Antiguan Joint Liquidators' appeal of the Court's order approving the settlement with SG Suisse and reviewing and analyzing the Antiguan Joint Liquidators' reply brief in anticipation of oral argument. Also included in this category are the expenses incurred in connection with data hosting and document production related to the *Abbott v. Trustmark National Bank, et al.* matter.

(2) **Litigation – *SEC v. Stanford International Bank, Ltd.* (23.5%):** As the Receiver's lead counsel, Baker Botts represents the Receiver in litigation arising from the subject matter of the SEC civil action. Among other things, Baker Botts is primarily responsible for developing and executing the Receiver's litigation strategy and supporting the Receiver's efforts to comply with the terms of the Court's Receivership Order. During the period covered by this fee application, Baker Botts's work included responding to requests for discovery from third parties and preparing for a CNBC interview of the Receiver and his lead counsel, Kevin Sadler.

(3) **Investor Litigation (17.4%):** Baker Botts is responsible for prosecuting the Receiver's claims against Stanford investors who received SIB CD proceeds in excess of their investment and those who received payments but cannot establish that they received the payments in good faith. These investor defendants received a total of approximately $1.1 billion in SIB CD proceeds—approximately $197 million of which constitutes amounts that they received in excess

of their respective deposits. This category of litigation also includes litigation with several former Stanford employees who received SIB CD proceeds in connection with investments in SIB CDs.

During the period covered by this fee application, Baker Botts analyzed the status of his remaining claims, engaged in settlement negotiations with certain investor defendants, and prepared and filed motions to dismiss claims against numerous investor defendants.

(4) Litigation – *Janvey v. GMAG* (4.6%): The Receiver sued Gary Magness and three related entities (collectively, the "Magness Defendants"), alleging that they received SIB CD proceeds and asserting claims for fraudulent transfer and unjust enrichment.[4] Trial in the matter began on January 9, 2017, and resulted in a jury finding that, at the time the Magness Defendants received the fraudulent transfers, they were on inquiry notice that Stanford was engaged in a Ponzi scheme. The Receiver filed motions for judgment as a matter of law and for entry of judgment. The Court denied the Receiver's motions and entered judgment on December 14, 2017. Following extensive proceedings at the Fifth Circuit and the Texas Supreme Court, the Fifth Circuit issued its opinion, rendering judgment in the Receiver's favor on the Magness Defendants' good faith defense. The Fifth Circuit's mandate issued on March 3, 2021, and this Court signed a final judgment in the Receiver's favor on April 9, 2021. The Receiver filed a motion for attorneys' fees on April 23, 2021, and the Court granted that motion on August 4, 2021. The Court's judgment and award thereafter became final.

On July 23, 2021, the Magness Defendants filed a petition for certiorari with the Supreme Court of the United States, seeking review of the Fifth Circuit's March 3, 2021 judgment. On December 13, 2021, the Supreme Court denied the petition for certiorari, and on December 22, 2021, the Receiver moved to release approximately $79 million from the registry of the Court,

---

[4] On May 20, 2015, the Receiver recovered $11.5 million from the Magness Defendants pursuant to a partial summary judgment in the Receiver's favor.

which the Magness Defendants had deposited to stay execution of the Court's judgment during the appeal to the Supreme Court. That same day, the Magness Defendants moved for leave to file a complaint against the Receiver, seeking to prevent the Receiver from recovering the funds in the Court's registry. On February 1, 2022, the Court granted the Receiver's motion to release funds and denied the Magness Defendants' motion for leave to file a complaint against the Receiver.

On February 3, the Magness Defendants refiled their motion for leave to file a complaint against the Receiver in the main Receivership lawsuit, to which the Receiver responded on February 24, and which the Court denied on April 25. Also on February 3, the Magness Defendants filed an objection to the Clerk's office immediately executing the Court's order to transfer funds to the Receiver. The Court overruled the Magness Defendants' objection and ordered the immediate release of the funds to the Receiver.

The Magness Defendants then appealed the Court's two orders denying the Magness Defendants' motion for leave to file a complaint against the Receiver. The Fifth Circuit heard oral argument on February 7, 2023. On May 30, 2023, the Fifth Circuit entered judgment and issued a published opinion in favor of the Receiver. The Magness Defendants then filed a petition for rehearing en banc. Pursuant to the Fifth Circuit's request, the Receiver responded to the Magness petition on June 26, 2023. The Magness Defendants requested leave to file a reply in support of their petition, which the Fifth Circuit granted. The Magness Defendants' reply was filed on July 17, 2023. On March 20, 2024, the Fifth Circuit denied the Magness Defendants' petition for rehearing en banc, and, in treating the petition for rehearing en banc as a petition for panel rehearing, the court then withdrew its May 30, 2023 opinion and issued a substitute opinion and judgment in the Receiver's favor.

During the period covered by this fee application, Baker Botts's work included preparing and filing a Rule 28(j) letter of supplemental authority in connection with the Magness Defendants' petition for rehearing en banc and evaluating issues related to the Court's final judgment.

(5) Canada Litigation Matters (2.8%): During the period covered by this fee application, Baker Botts assisted the Receiver's Canadian counsel in preparing for a hearing to conclude the legitimate owner claims process in Ontario and addressed issues regarding the repatriation of funds in the custody of the Ontario courts.

(6) Receivership Corporate Matters (2.4%): As the Receiver's lead counsel, Baker Botts handles legal issues related to various corporate matters, including the Receiver's accounts, oversight and management of Stanford entities and the Receivership's interest in Stanford's former investments. During the period covered by this fee application, Baker Botts addressed contract amendments for network and cloud services, issues related to email and data preservation and an operating system upgrade, and worked with Ernst & Young regarding the Receivership's cash reconciliation.

(7) Other areas of the Receivership's operations required less of Baker Botts's time and attention during this period, including, but not limited to, Broker Litigation (1.2%); Banking Matters (1.1%); Litigation Administration (.9%); Coin and Bullion Operations (.8%); and Real Estate and Tax Matters (.3%).

Baker Botts's invoices for the period from December 1, 2023 through February 29, 2024 are attached as Exhibit B, App'x at 14–95. The Receiver requests approval of payment to

Baker Botts for $211,588.65 in fees and $368,126.66 in expenses[5] incurred in connection with general Estate matters during this period.[6]

c.    **FTI Consulting, Inc.**

FTI continued to provide a variety of services to the Receivership, including the following:

(1) Receivership Administration (96.7%):  FTI provided support related to a bankruptcy filed by the company (SunGard) that maintains the Receivership's servers, including resolving hosting-related issues and closing out the SunGard contract.

(2) Investor Committee Litigation (3.3%):  FTI provided assistance to counsel regarding questions and historical emails concerning certain litigation matters.

Invoices for FTI's activities related to general Estate matters during the period from December 1, 2023 through February 29, 2024 are attached as Exhibit C, App'x at 96–118. The Receiver requests approval of payment to FTI for $5,987.52 in fees and $49,751.89 in expenses[7] incurred in connection with general Estate matters.

---

[5]    Baker Botts's total expenses for this period include $402,389.55 incurred in connection with provision of data-loading and hosting services by Lighthouse. Consistent with the treatment of the same types of services provided by FTI, the request for payment reflects a 10% holdback as to the $402,389.55 in expenses.

[6]    The fees and expenses incurred for Baker Botts's services in connection with the Receivership's claims process and interim distribution plans are discussed in Part II *infra*.

[7]    FTI's total expenses for this period include $55,146.54 incurred in connection with FTI's provision of data-loading and hosting services. These data-loading and hosting services are subject to a sales tax imposed by the State of Texas. The sales tax, which is included in the $55,146.54 referenced here, is calculated as an 8.25% tax on 80% of the total expense for FTI's data-loading and hosting services, in addition to charges associated with Optical Character Recognition, Productions, and Tiff services during a particular month. The request for payment reflects a 10% holdback as to that $55,146.54 in expenses, including the portion attributable to the sales tax discussed here, but no holdback for FTI's remaining expenses. FTI charges $90 per gigabyte for loading data into the review tool. This is a one-time charge incurred when the data is first loaded and includes indexing of the data to make it searchable. FTI charges $30 per gigabyte for hosting the data in the review tool. This is a monthly charge that covers data security and upkeep and maintenance of the review tool and database. The charges associated with loading and hosting data in the review tool since its inception have been reflected on FTI's invoices for the corresponding months.

d.    **Ernst & Young LLP**

Ernst & Young ("EY") provides accounting and tax services to the Receivership. The Receivership's finances must be handled in accordance with prudent and appropriate business accounting practices, which dictate that appropriate cash-management and record-keeping protocols be employed as long as the Receivership is in existence.  Although the Receivership Estate's outgoing payments are generally made through one central account, the payments are allocated by entity (for claims and tax purposes), which requires separate tracking.

The tasks performed by EY include working with Receivership personnel in preparing and reviewing Receivership cash-flow models, cash reconciliation, and journal entries with respect to federal income tax return treatment.  In addition, EY works with Receivership personnel to review monthly balance sheets, including analysis of accounting information for reporting on tax returns.  EY assists in the review of funds paid into the Receivership Estate in connection with settlements with former investors, former employees, and other parties subject to ongoing or potential litigation.  EY also works with Receivership personnel in responding to inquiries from many sources, including, but not limited to, the Receiver, the Examiner, the Receiver's lead counsel, third-party vendors, investors, and other claimants.  With respect to its tax functions, during the period covered by this fee application, EY reviewed and analyzed Receivership income and prepared tax documents in anticipation of filing tax returns for the Receivership.

EY's invoices for the period from December 1, 2023 through February 29, 2024 are attached as Exhibit D, App'x at 119–28.  The Receiver requests approval of payment to EY for $11,792.70 in fees.

### e.    Osler, Hoskin & Harcourt LLP

Osler has served and continues to serve as the Receiver's Canadian counsel. During the period covered by this fee application, Osler prepared a motion and attended a hearing to conclude the legitimate owner claims process in Ontario and addressed issues regarding the repatriation of funds in the custody of the Ontario courts.

Osler's invoices for this period are attached as Exhibit E, App'x at 129–36. The Receiver requests approval of payment to Osler for $2,208.71 in fees.[8]

### f.    William S. McConnell

William S. McConnell is a graduate of Yale Law School with over twenty-five years of experience handling business formations and real estate transactions in the U.S. Virgin Islands.

During the period covered by this fee application, Mr. McConnell conducted research and provided advice regarding the disposition of residual property held by the Receivership in St. Croix.

Mr. McConnell's invoice is attached as Exhibit F, App'x at 137–38. The Receiver requests approval of payment to William S. McConnell (in the care of Implacable Legal, LLC) for $450.00 in fees and $360.00 in expenses.

---

[8]    Osler submitted invoices for fees in foreign currency. The exchange rates published by XE on December 29, 2023, January 31, 2024, and February 29, 2024 were used to calculate this amount in U.S. dollars. On December 29, 2023, the exchange rate was .7573 for Canadian dollars. *See Currency Table: USD – US Dollar*, XE.com Inc. (Dec. 29, 2023), https://www.xe.com/currencytables/?from=USD&date=2023-12-29#table-section. On January 29, 2024, the exchange rate was .7471 for Canadian dollars. *See Currency Table: USD – US Dollar*, XE.com Inc. (Jan. 31, 2024), https://www.xe.com/currencytables/?from=USD&date=2024-01-31#table-section. On February 29, 2024, the exchange rate was .7370 for Canadian dollars. *See Currency Table USD – US Dollar*, XE.com Inc. (Feb. 29, 2024), https://www.xe.com/currencytables/?from=USD&date=2024-02-29#table-section.

## II.    FEES AND EXPENSES INCURRED IN CONNECTION WITH THE RECEIVERSHIP'S CLAIMS PROCESS AND INTERIM DISTRIBUTION PLANS

The Receiver also seeks the Court's approval to pay invoices for interim fees and expenses of $517,767.74[9] to the professional firms that rendered services in connection with the Receivership's claims process and interim distribution plans during the period from December 1, 2023 through February 29, 2024.  The proposed order submitted with this application reflects the agreement of the Receiver and the Examiner that, with respect to the fees and expenses incurred in connection with the claims process and interim distribution plans, the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver's retained professionals during the period covered by this application were reasonable and necessary for the Receiver to perform his Court-ordered duties.

This application and its supporting evidence establish that the fees and expenses incurred by the Receivership in connection with the claims process and interim distribution plans are reasonable and necessary in light of the extraordinary complexity and difficulties of this case. Accordingly, the Receiver requests that the Court approve the fees and expenses incurred by the Receivership in connection with the claims process and interim distribution plans during the period from December 1, 2023 through February 29, 2024.

---

[9]    With respect to the services performed in connection with the Receivership's claims process and interim distribution plans, the professional firms' discounted fees for the period covered by this application total $543,925.05, and the firms' expenses total $28,235.19.  As noted above, the Court's order amending the fee structure imposes a ten percent (10%) holdback on all non-out-of-pocket expenses.  (*See* Doc. 1565.)  Thus, the amount requested in this fee application for fees and expenses incurred in connection with the claims process and interim distribution plans— $517,767.74—includes the following components, and the total holdback related to these services is $54,392.51.

| Discounted Professional Fees | $543,925.05 | Less 10% Holdback = $489,532.55 |
| Out-of-Pocket Expenses | $28,235.19 | No Holdback = $28,235.19 |

## A.    Baker Botts L.L.P.

In addition to the work performed by Baker Botts in connection with the Receivership's general Estate matters (discussed in Part I.A.1.b above), Baker Botts manages the Receivership's claims process, which includes four separate matters: (1) Claims Management; (2) Distribution Plan Matters; (3) Non-CD Claims Objections; and (4) CD Claims Objections. During the period covered by this fee application, the majority of the work performed by Baker Botts related to Claims Management and Distribution Plan Matters.

(1) Claims Management:  During this period, Baker Botts continued to review and process claims transfers and address various discrete issues related to the claims process, including issues related to individual claims and claimants, claim purchasers, claims transfers and notices of transfer, certification forms, notices of determination, collateral source payments to some claimants, and claimant inquiries.

(2) Distribution Plan Matters:  During this period, Baker Botts addressed matters related to the issuance of wire payments and to the detection and prevention of check fraud in connection with the distribution of funds to claimants.  This included reviewing and analyzing checks flagged for review as suspect or potentially fraudulent, and communicating with payees and Receivership staff to remediate any issues identified.  Baker Botts also performed a review, investigation, and analysis of distribution payments to claim groups and worked with FTI and Gilardi to prepare for the tenth interim distribution.

Baker Botts's activities related to the Receivership's claims and distribution process during the period from December 1, 2023 through February 29, 2024 are described in further detail in Baker Botts's invoices at Exhibit B, App'x at 14–95.  The Receiver requests approval of payment to Baker Botts for $272,511.81 in fees and $.60 in expenses incurred in connection with the claims and distribution process.

### B.     FTI Consulting, Inc.

In addition to the work performed by FTI in connection with the Receivership's general Estate matters (discussed in Part I.A.1.c. above), FTI provides consultation and analysis in support of the Receivership's claims and distribution process.  During this period, FTI's work focused on claims review and assisting Baker Botts with tasks related to the distribution process. FTI prepared a report to ascertain the distribution percentage for the tenth interim distribution plan. FTI also performed analyses to assist with preparation of the first schedule under the plan.

FTI's invoices for activities related to the claims and distribution process performed during the period from December 1, 2023 through February 29, 2024 are attached as Exhibit G, App'x at 139–71.  The Receiver requests approval of payment to FTI for $124,276.68 in fees and $979.05 in expenses related to these services.

### C.     Gilardi & Co LLC

Gilardi serves as the Receiver's claims agent.  Gilardi's work during this period focused on the following areas:

(1) Distribution:  Gilardi processed certification forms received from claimants pursuant to the terms of the Receiver's interim distribution plans, prepared the distribution schedule for the next interim distribution plan, and executed both initial distribution checks and reissue checks.  Gilardi also performed work in connection with the tenth interim distribution plan, including working with Baker Botts and FTI to prepare the first schedule under the plan and helping Baker Botts create a composite set of schedules under all ten interim distribution plans for selected claim groups.

(2) CD Claims Processing and Administration:  Gilardi prepared and reviewed the data used to generate determination letters, including reviewing claim amounts, claim groupings,

and payee identification for claim groups. In addition, Gilardi executed transferred claim updates and the mailing and emailing of notices related to the settlement of the bank litigation.

Gilardi's invoices for the period from December 1, 2023 through February 29, 2024 are attached as Exhibit H, App'x at 172–243. The Receiver requests approval of payment to Gilardi for $92,744.06 in fees and $27,255.54 in expenses incurred during this period.

## III.  EXPENSES OF OSIC PROFESSIONALS

The Receiver also seeks the Court's approval to pay invoices for $1,500.29 in expenses to a professional firm that rendered services in connection with the activities of OSIC.[10] This application and its supporting evidence establish that the expenses incurred by OSIC in connection with its litigation activities are reasonable and necessary. Accordingly, the Receiver requests that the Court approve the expenses incurred in connection with OSIC's activities during the period covered by this fee application.

### A.  Friedman Kaplan Seiler Adelman & Robbins LLP

Friedman Kaplan Seiler Adelman & Robbins LLP serves as counsel to OSIC in the *Abbott v. Trustmark National Bank, et al.* matter. Friedman Kaplan Seiler Adelman & Robbins LLP's invoices include expenses related to research that the firm incurred in its representation of OSIC from November 2023 through February 2024. Friedman Kaplan Seiler Adelman & Robbins LLP's invoices are attached as Exhibit I, App'x at 244–47. The Receiver requests approval of payment and reimbursement to Friedman Kaplan Seiler & Adelman LLP for $1,500.29 in expenses incurred during this period.

---

[10]  This section does not include the fees and expenses related to Baker Botts's work as special trial counsel for OSIC. Consistent with past practice, Baker Botts's OSIC-related work will continue to be included in Part I, which addresses general Estate fees and expenses.

## IV.    CONCLUSION

The fees and expenses requested by the Receiver are necessarily substantial.  The work that is being performed, however, is necessary to the successful conclusion of the Receivership, and it is being handled in the manner that in the Receiver's judgment is the most cost-effective available.

For all the reasons set forth herein, the fees and expenses requested herein were both appropriate and necessary to carrying out the Receiver's duties under the Second Amended Order Appointing Receiver.  Accordingly, the Receiver requests that the Court enter an order approving the payment of $1,182,784.86 in fees and expenses incurred in connection with general Estate matters and the Receivership's claims process and interim distribution plans during the period covered by this application, and that the Receiver be permitted to seek payment of the total holdback for this period—$127,565.96—at a later date.  In addition, the Receiver requests that the Court enter an order approving the payment of $1,500.29 in expenses incurred in connection with the activities of OSIC.

Dated: May 21, 2024           Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Kevin M. Sadler*     
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    1001 Page Mill Road
    Building One, Suite 200
    Palo Alto, CA 94304-1007
    650.739.7500
    650.739.7699 (Facsimile)

    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    401 South 1st Street, Suite 1300
    Austin, TX 78704-1296
    512.322.2500
    512.322.2501 (Facsimile)

ATTORNEYS FOR RECEIVER RALPH S. JANVEY

## CERTIFICATE OF CONFERENCE

Counsel for the Receiver conferred with the parties to this case.

Counsel for the Receiver conferred with Jason Rose, counsel for the SEC, who stated that the SEC is unopposed to this motion and the relief requested herein.

Counsel for the Receiver conferred with John Little, the Court-appointed Examiner, who stated that he is unopposed to this motion and the relief requested herein.

Defendant R. Allen Stanford, who represents himself pro se in this matter, is currently incarcerated. It is therefore impractical to confer with him regarding this motion. It is reasonable to assume, however, that Mr. Stanford is opposed to this motion and the relief requested herein.

Counsel for the Receiver conferred with Jeff Tillotson, counsel for Laura Pendergest-Holt, who stated that Laura Pendergest-Holt takes no position on this motion or the relief requested herein.

Counsel for the Receiver conferred with Kenneth Johnston, counsel for Trustmark National Bank, who did not provide a response regarding Trustmark's position on this motion or the relief requested herein.

Counsel for the Receiver conferred with Manuel P. Lena, Jr., counsel for the DOJ (Tax Division), who did not provide a response regarding the DOJ (Tax Division)'s position on this motion or the relief requested herein.

Counsel for the Receiver conferred with David Finn, who is listed on the docket sheet as the attorney to be noticed for James Davis, who did not provide a response regarding the position of James Davis on this motion or the relief requested herein.

Counsel for the Receiver conferred with John Helms, Jr., counsel for Mark Kuhrt, who stated that Kuhrt is unopposed to this motion and the relief requested herein.

Counsel for the Receiver conferred with Cole B. Ramey, counsel for Gilberto Lopez, who did not provide a response regarding Gilberto Lopez's position on this motion or the relief requested herein.

Counsel for the Receiver conferred with Michael Stanley, counsel for Leroy King, who did not provide a response regarding Michael Stanley's position on this motion or the relief requested herein.

*/s/ Kevin M. Sadler*
Kevin M. Sadler

## CERTIFICATE OF SERVICE

On May 21, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I will serve the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

On May 21, 2024, I served a true and correct copy of the foregoing document and the notice of electronic filing by United States Postal Service Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

> R. Allen Stanford, Pro Se
> Inmate #35017183
> Coleman II USP
> Post Office Box 1034
> Coleman, FL 33521

*/s/ Kevin M. Sadler*
Kevin M. Sadler

# EXHIBIT D-5

APP. 0309

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

STANFORD INTERNATIONAL BANK,
LTD., ET AL.,

    Defendants.

§
§
§
§
§
§
§
§
§

Case No. 3:09-CV-0298-N

---

## APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR APPROVAL OF EIGHTIETH INTERIM FEE APPLICATION AND BRIEF IN SUPPORT

---

BAKER BOTTS L.L.P.
910 Louisiana
Houston, Texas 77002
(713) 229-1234
(713) 229-1522 (Facsimile)

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

Dated: May 21, 2024        Respectfully submitted,

        BAKER BOTTS L.L.P.


        By: */s/ Kevin M. Sadler*        
          Kevin M. Sadler
          Texas Bar No. 17512450
          kevin.sadler@bakerbotts.com
          Scott D. Powers
          Texas Bar No. 24027746
          scott.powers@bakerbotts.com
          David T. Arlington
          Texas Bar No. 00790238
          david.arlington@bakerbotts.com
          401 South 1st Street, Suite 1300
          Austin, TX 78704-1296
          512.322.2500
          512.322.2501 (Facsimile)


**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

On May 21, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

On May 21, 2024, I served a true and correct copy of the foregoing document and the notice of electronic filing by United States Postal Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

R. Allen Stanford, Pro Se
Inmate #35017183
Coleman II USP
Post Office Box 1034
Coleman, FL 33521

*/s/ Kevin M. Sadler*
Kevin M. Sadler

| Exhibit | Title | Appendix |
|---------|-------|----------|
| Exhibit A | Invoice: Krage & Janvey, L.L.P. | p. 1–13 |
| Exhibit B | Invoice: Baker Botts L.L.P. | p. 14–95 |
| Exhibit C | Invoice: FTI Consulting, Inc. | p. 96–118 |
| Exhibit D | Invoice: Ernst & Young LLP | p. 119–128 |
| Exhibit E | Invoice: Osler, Hoskin & Harcourt LLP | p. 129–136 |
| Exhibit F | Invoice: William S. McConnell | p. 137–138 |
| Exhibit G | Invoice: FTI Consulting, Inc. | p. 139–171 |
| Exhibit H | Invoice: Gilardi & Co LLC | p. 172–243 |
| Exhibit I | Invoice: Friedman Kaplan Seiler & Adelman LLP | p. 244–247 |

# Exhibit A

# KRAGE & JANVEY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
#

FACSIMILE
214/220-0230

STATEMENT

Stanford Financial Group Receivership
1029 State Hwy. 6 North, Suite 650 #272
Houston, Texas 77079

January 3, 2024

## Client Statement

| December 2023 | Invoice #31321 & #31322 | $7,287.50 |
| --- | --- | --- |
| | Total Fees | $7,287.50 |
| | Less:   20% Discounted Fees | - 1,457.50 |
| | | $5,830.00 |
| | Expenses | 0.00 |
| | **Total** | **$5,830.00** |

# KRAGE & JANVEY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31321

January 3, 2024

4-55

--------------------------------------------------------------------------------

For Professional Services Rendered Through                  December 31, 2023

In connection with
  2  Litigation                                                            Hours

Ralph S. Janvey

| Date | Description | Hours |
|------|-------------|-------|
| 12/05/23 | Address ███████████. | .30 |
| 12/05/23 | Address ███████████ issues. | .30 |
| 12/06/23 | Approve ████████████████████████ | .30 |
| 12/06/23 | Review ███████████████████████████████. | .30 |
| 12/06/23 | Address ████████████ issues. | .30 |
| 12/07/23 | Address ██████████ | .30 |
| 12/08/23 | Review ███████████████ in Joint Liquidator Fifth Circuit appeal. | 2.50 |
| 12/08/23 | ████ telephone conference regarding █████████████ | .50 |
| 12/11/23 | Address ███████████████. | .30 |
| 12/11/23 | Review court filings. | .30 |
| 12/12/23 | Address ███████████ issues. | .20 |
| 12/12/23 | Address ███████████. | .30 |
| 12/13/23 | Review and execute █████████████████████████ | .30 |
| 12/15/23 | Review filed copy of ████████████████████████ | 1.00 |
| 12/15/23 | Review court filings. | .50 |
| 12/18/23 | Review ███████ filed by Soc Gen in response to █████████████ ████████████████. | 3.30 |
| 12/18/23 | Review court filings. | .50 |
| 12/18/23 | Address ███████████████. | .30 |
| 12/20/23 | Review court filings. | .30 |
| 12/21/23 | Address ██████████████████. | .30 |

|  | Hours | Rate |
|--|-------|------|
| Ralph S. Janvey | 12.40 | 550 |

Fees --                                                          6,820.00
                                                            --------------

# KRAGE & JANVEY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31321

January 3, 2024

4-55

--------------------------------------------------------------------------------

For Professional Services Rendered Through          December 31, 2023

Total Fees & Disbursements.................................................          6,820.00

Total Current Charges                                         6,820.00
                                                    --------------
Invoice Amount                                               6,820.00

## KRAGE & JANVEY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31322

January 3, 2024

4-55

--------------------------------------------------------------------------------

For Professional Services Rendered Through                December 31, 2023

In connection with
  4  Administration                                                  Hours

| | | |
|---|---|---:|
| | Ralph S. Janvey | |
| 12/05/23 | Review bank account information. | .30 |
| 12/13/23 | Approve wire transfer. | .10 |
| | Valerie P. Thomas | |
| 12/13/23 | Address wire. | .10 |
| | Ralph S. Janvey | |
| 12/19/23 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 12/19/23 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 12/20/23 | Approve wire transfer. | .10 |
| 12/28/23 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 12/28/23 | Address wires. | .10 |

| | Hours | Rate |
|---|---:|---:|
| Ralph S. Janvey | .70 | 550 |
| Valerie P. Thomas | .30 | 275 |

Fees --                                                              467.50
                                               --------------

     Total Fees & Disbursements.................................................                467.50

Total Current Charges                                                467.50
                                               --------------

Invoice Amount                                                      467.50

# KRAGE & JANVEY, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
#

FACSIMILE
214/220-0230

STATEMENT

Stanford Financial Group Receivership
1029 State Hwy. 6 North, Suite 650 #272
Houston, Texas 77079

February 2, 2024

## Client Statement

| January 2024 | Invoice #31347 & #31348 | | $7,480.00 |
|---|---|---|---|
| | Total Fees | | $7,480.00 |
| | Less:   20% Discounted Fees | | - 1,496.00 |
| | | | $5,984.00 |
| | Expenses | | 0.00 |
| | **Total** | | **$5,984.00** |

# KRAGE & JANVEY, L.L.P.
### ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31347

February 2, 2024

4-55

--------------------------------------------------------------------------------

For Professional Services Rendered Through                                    January 31, 2024

In connection with

| | | Hours |
|---|---|---:|
| 2 | Litigation | |

Ralph S. Janvey

| Date | Description | Hours |
|---|---|---:|
| 01/03/24 | Review court filings. | .30 |
| 01/10/24 | Review court filings. | .10 |
| 01/11/24 | Conference with Kevin Sadler. | 1.00 |
| 01/12/24 | Review court filings. | .30 |
| 01/17/24 | Review court filings. | .30 |
| 01/17/24 | Review ███████ filed by JLs in Fifth Circuit Court of Appeals regarding ██████. | 1.70 |
| 01/18/24 | Address ██████████. | .30 |
| 01/22/24 | Address ██████████. | .30 |
| 01/23/24 | Review court filings. | .30 |
| 01/24/24 | Address ██████████. | .30 |
| 01/24/24 | Review court filings. | .30 |
| 01/25/24 | Address ██████████. | .30 |
| 01/29/24 | Begin review of ████████████████. | 1.00 |
| 01/30/24 | Review documents to prepare for ██████████. | 1.00 |
| 01/31/24 | Address ████. | .10 |
| 01/31/24 | Review documents to prepare for ██████████. | 1.00 |
| 01/31/24 | Address ██████████. | .10 |

| | Hours | Rate |
|---|---:|---:|
| Ralph S. Janvey | 8.70 | 550 |

Fees --                                                                        4,785.00

Total Fees & Disbursements....................................................   4,785.00

# KRAGE & JANVEY, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31348

February 2, 2024

4-55

---------------------------------------------------------------------------

For Professional Services Rendered Through                      January 31, 2024

In connection with

| | 4   Administration | Hours |
|---|---|---|
| | Ralph S. Janvey | |
| 01/04/24 | Review bank account information. | .50 |
| 01/08/24 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 01/08/24 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 01/18/24 | Address E&Y tax compliance issues for 2023 tax year. | .30 |
| 01/18/24 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 01/18/24 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 01/22/24 | Address E&Y 2023 tax compliance engagement and issues. | .30 |
| 01/23/24 | Review and execute E&Y 2023 tax compliance agreement. | .70 |
| 01/23/24 | Approve wire transfers. | .10 |
| 01/23/24 | Review and approve and execute forms for PNBC money market sweep account. | .50 |
| | Valerie P. Thomas | |
| 01/23/24 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 01/25/24 | Address bank information. | .30 |
| 01/26/24 | Address tax filing issues. | .50 |
| 01/29/24 | Review and execute three cloud and network agreements. | .70 |
| 01/29/24 | Review and execute Form 1096 for nonemployee compensation and review attachments. | .50 |
| 01/29/24 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 01/29/24 | Address wires. | .10 |

# KRAGE & JANVEY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31348

February 2, 2024

4-55

--------------------------------------------------------------------------------

For Professional Services Rendered Through                    January 31, 2024

|                      | Hours | Rate |          |
|----------------------|-------|------|----------|
| Ralph S. Janvey      | 4.70  | 550  |          |
| Valerie P. Thomas    | .40   | 275  |          |

Fees --                                                        2,695.00
                                                              --------------

   Total Fees & Disbursements ...................................   2,695.00

Total Current Charges                                          2,695.00
                                                              --------------

Invoice Amount                                                 2,695.00

# KRAGE & JANVEY, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
#

FACSIMILE
214/220-0230

STATEMENT

Stanford Financial Group Receivership
1029 State Hwy. 6 North, Suite 650 #272
Houston, Texas 77079

March 1, 2024

## Client Statement

| February 2024 | Invoice #31378 & #31379 | $5,720.00 |
|---|---|---|
| | Total Fees | $5,720.00 |
| | Less:   20% Discounted Fees | - 1,144.00 |
| | | $4,576.00 |
| | Expenses | 0.00 |
| | **Total** | **$4,576.00** |

## KRAGE & JANVEY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31378

March 1, 2024

4-55

--------------------------------------------------------------------

For Professional Services Rendered Through                February 29, 2024

In connection with
  2  Litigation                                                                 Hours

Ralph S. Janvey

| Date | Description | Hours |
|------|-------------|-------|
| 02/01/24 | Review documents for ███████. | 1.00 |
| 02/07/24 | Review court filings. | .30 |
| 02/11/24 | Review letter to ████████████. | .30 |
| 02/13/24 | Review court filings. | .50 |
| 02/13/24 | Conference with █████. | 1.00 |
| 02/13/24 | Attend ███████ on Stanford Receivership. | 2.00 |
| 02/14/24 | Review court filings. | .50 |
| 02/15/24 | Review court filings. | .30 |
| 02/16/24 | Review court filings. | .30 |
| 02/19/24 | Address ██████. | .30 |
| 02/21/24 | Review ████████. | .50 |
| 02/27/24 | Review ███████████. | 1.00 |
| 02/28/24 | Address ████. | .10 |
| 02/28/24 | Review ████████ | .30 |
|          | ████████. |  |

|  | Hours | Rate |
|--|-------|------|
| Ralph S. Janvey | 8.40 | 550 |

Fees --                                                                         4,620.00

  Total Fees & Disbursements ....................................................   4,620.00

**KRAGE & JANVEY, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31379

March 1, 2024

4-55

--------------------------------------------------------------------------------

For Professional Services Rendered Through

February 29, 2024

In connection with

| | 4 Administration | Hours |
|---|---|---|
| | Ralph S. Janvey | |
| 02/01/24 | Review and execute checks for accounts payable. | .30 |
| 02/01/24 | Address bank account information. | .50 |
| | Valerie P. Thomas | |
| 02/01/24 | Address online account access settings. | .20 |
| 02/02/24 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 02/05/24 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 02/05/24 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 02/06/24 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 02/06/24 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 02/07/24 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 02/07/24 | Approve rule within online banking system. | .10 |
| | Ralph S. Janvey | |
| 02/20/24 | Approve wire transfers. | .10 |
| | Valerie P. Thomas | |
| 02/20/24 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 02/26/24 | Approve wire transfer, execute check for safe deposit rental. | .20 |
| | Valerie P. Thomas | |
| 02/26/24 | Address wires. | .10 |
| | Ralph S. Janvey | |
| 02/28/24 | Approve wire transfers. | .10 |

# KRAGE & JANVEY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
2100 ROSS AVENUE
SUITE 2600
DALLAS, TEXAS 75201
214/969-7500

IRS IDENTIFICATION
# 

FACSIMILE
214/220-0230

STATEMENT

SEC v. Stanford

Invoice No. 31379

March 1, 2024

4-55

--------------------------------------------------------------------------------

For Professional Services Rendered Through

February 29, 2024

Valerie P. Thomas

| 02/28/24 | Address wires. | | | .10 |
| 02/29/24 | Address wires. | | | .10 |

| | Hours | Rate |
|---|---|---|
| Ralph S. Janvey | 1.50 | 550 |
| Valerie P. Thomas | 1.00 | 275 |

Fees -- 1,100.00
--------------

Total Fees & Disbursements ................................................. 1,100.00

Total Current Charges 1,100.00
--------------

Invoice Amount 1,100.00

# EXHIBIT B

# BAKER BOTTS L.L.P.

| | |
|---|---|
| Austin | New York |
| Brussels | **Palo Alto** |
| Dallas | Riyadh |
| Dubai | San Francisco |
| Houston | Singapore |
| London | Washington |

TAX ID ██████████

Stanford Financial Group Receivership
ATTN: Mr. Ralph S. Janvey, Receiver
2100 Ross Avenue
Suite 2600
Dallas, TX 75201

| | |
|---|---|
| Invoice Number: | 2671632 |
| Invoice Date: | January 16, 2024 |
| Attorney: | K M Sadler |

For professional services rendered through December 31, 2023

## 079716.0113: Receivership Corporate Matters

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/23 | D T Arlington | 0.6 | Communicated with S. Sizemore regarding ███████ ███████████████ and reviewed related communications with 11:11. |
| 12/01/23 | K M Sadler | 0.2 | Reviewed information from staff re ███████████. |
| 12/04/23 | K M Sadler | 0.2 | Emails to/from Receivership staff re ██████ |
| 12/12/23 | K M Sadler | 0.2 | Emails to/from Receivership staff re ██████ |
| 12/19/23 | K M Sadler | 0.2 | Emails to/from Receivership staff re ██████ |

| | | | |
|---|---|---|---|
| **Matter Hours** | | **1.4** | |

## 079716.0116: Litigation Administration

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/23 | Z M Peffley | 0.3 | Tracked and updated pleadings in Janvey v. Alguire. |
| 12/04/23 | K G Austin | 0.1 | Tracked pleadings and update docket sheet in SCOTUS case (No. 23A401). |
| 12/04/23 | E Navarro | 0.2 | Tracked and updated Stanford pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.1); drafted and sent email (.1). |
| 12/06/23 | Z M Peffley | 0.3 | Tracked and updated pleadings in Rotstain v. Trustmark National Bank (.2); SEC v. Stanford International Bank (.1). |

Page 1

# BAKER BOTTS LLP

Invoice No:    2671632
Invoice Date:    January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0116: Litigation Administration**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/23 | E Navarro | 1.0 | Tracked and updated Stanford pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.1); Janvey v. Venger et al. 3:10-cv-00366-N-BQ (.1); Janvey v. Gilbe Corp. 3:10-cv-00478-N-BQ (.1); Janvey v. Westmoreland 3:10-cv-00528-N-BG (.1); Janvey v. Coxe et al. 3:10-cv-00617-N-BG (.1); Janvey v. Barr et al. 3:10-cv-00725-N-BQ (.1); Janvey v. Dokken et al. 3:10-cv-00931-N-BQ (.1); Janvey v. Fernandez et al. 3:10-cv-01002-N-BQ (.1); drafted email with all filings (.2). |
| 12/13/23 | Z M Peffley | 0.7 | Tracked and updated pleadings in Janvey v. Rodriguez Posada (.2); Janvey v. Indigo Trust (.2); Janvey v. Alguire (.3). |
| 12/15/23 | K G Austin | 0.8 | Tracked and updated pleadings in Rotstain et al. v. Trustmark National Bank et al. 4:22-cv-00800 (.3); tracked and updated pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.2); tracked and updated pleadings in Dickson v. Janvey 23-10726 (.1); tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401) (.2). |
| 12/18/23 | K G Austin | 0.6 | Tracked and updated pleadings in Abbott et al. v. Trustmark National Bank et al. 4:22-cv-00800 (.1); tracked and updated pleadings in U.S. v Robert Allen Stanford 4:09-cr-00342 (.1); tracked and updated pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.1); tracked and updated pleadings in Dickson v. Janvey 23-10726 (.3). |
| 12/20/23 | E Navarro | 0.2 | Tracked and updated Stanford pleadings in SEC v. Stanford 3:09-cv-0298 (.1); drafted email to team (.1). |
| 12/26/23 | K G Austin | 0.1 | Tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401). |
| 12/26/23 | E Navarro | 0.2 | Tracked and updated Stanford pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ. |
| 12/27/23 | K G Austin | 0.7 | Tracked and updated pleadings in Rotstain et al. v. Trustmark National Bank et al. 4:22-cv-00800 (.3); tracked and updated pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.3); correspondence with E. Navarro re same (.1). |

**Matter Hours**                **5.2**

APP. 0326

# BAKER BOTTS LLP

Invoice No:     2671632
Invoice Date:   January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0117: Litigation - SEC vs. SIB, et al**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/23 | K M Sadler | 0.4 | Emails to/from S. Powers re ██████████ ████. |
| 12/03/23 | M R Dwertman | 0.1 | Reviewed ████████████ and sent ████ ████ email to Stanford team. |
| 12/04/23 | S D Powers | 1.0 | Drafted/reviewed emails with ████████ regarding ████████ and conferences with K. Sadler regarding same. |
| 12/04/23 | K M Sadler | 1.4 | Emails to/from and conference with S. Powers re ████████ (.8); emails to/from Examiner (.2); emails to/from Receiver (.2). |
| 12/05/23 | K M Sadler | 0.4 | Emails to/from Examiner re ████████. |
| 12/10/23 | M R Dwertman | 0.2 | Reviewed █████ and circulated ████ email to Stanford team. |
| 12/17/23 | M R Dwertman | 0.2 | Reviewed ███ ████ and circulated ████ email to Stanford team. |
| 12/23/23 | M R Dwertman | 0.1 | Reviewed ██████████ and sent weekly deadlines email to Stanford team. |

**Matter Hours**      **3.8**

---

**079716.0123: Canada Litigation Matters**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/23 | K M Sadler | 0.5 | Emails to/from ████ re ████████ (.3); emails to/from Osler re ████ (.2). |
| 12/08/23 | K M Sadler | 0.4 | Emails to/from Osler re ████████. |
| 12/13/23 | K M Sadler | 0.4 | Reviewed ████████ and emails to/from Osler re ████. |
| 12/28/23 | S D Powers | 0.2 | Reviewed/commented on ████████. |
| 12/28/23 | K M Sadler | 1.0 | Reviewed materials from Osler re ████████ and emails to/from Osler. |

APPX 0369

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2671632 |
| Invoice Date: | January 16, 2024 |

Janvey, Ralph S., Receiver

## 079716.0123: Canada Litigation Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | |
| **Matter Hours** | | **2.5** | |

## 079716.0126: Broker Litigation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/23 | M R Dwertman | 0.4 | Reviewed ███ and communicated with M. Barnhart re ███ (.2); sent ███ (.1); added ███ and returned to counsel for defendant (.1). |
| 12/06/23 | S D Powers | 0.1 | Drafted/reviewed emails regarding ███. |
| 12/08/23 | M R Dwertman | 0.1 | Reviewed ███. |
| 12/18/23 | M R Dwertman | 0.1 | Reviewed ███ and sent email to M. Barnhart regarding ███. |
| 12/20/23 | M R Dwertman | 0.1 | Reviewed ███ and communicated with M. Barnhart regarding ███. |
| 12/27/23 | M R Dwertman | 0.2 | Reviewed ███ and sent email to S. Powers regarding ███ |
| 12/28/23 | M R Dwertman | 0.1 | Sent email to counsel for defendant regarding ███. |
| **Matter Hours** | | **1.1** | |

## 079716.0127: Investor Litigation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/23 | B A Day | 0.3 | Corresponded with R. Janvey, K. Sadler, S. Powers, and opposing counsel concerning ███. |

APP. 0384
Appx. 18

# BAKER BOTTS LLP

Invoice No:     2671632
Invoice Date:   January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0127: Investor Litigation**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/23 | B A Day | 1.8 | Corresponded with ███, K. Sadler, and S. Powers concerning ███ (.1); communicated with ███ concerning ███, prepared ███, and corresponded with K. Sadler and S. Powers concerning ███ (1.7). |
| 12/12/23 | K M Sadler | 0.4 | Emails to/from B. Day re ███. |
| 12/13/23 | B A Day | 2.0 | Corresponded with R. Janvey, K. Sadler, S. Powers, opposing counsel, J. Little, FTI, Gilardi, and Stanford staff concerning ███ and finalized, filed, and served ███ (1.5); updated ███ concerning ███ (.5). |
| 12/13/23 | K M Sadler | 0.4 | Emails to/from B. Day re ███. |
| 12/14/23 | B A Day | 0.2 | Analyzed information concerning ███ ███. |
| 12/15/23 | B A Day | 1.4 | Drafted and served letter to ███, and communicated with K. Sadler and S. Powers with respect to same (.9); corresponded with the ███ concerning ███ and finalized, filed, and served ███ (.5). |
| 12/15/23 | S D Powers | 0.1 | Drafted/reviewed emails regarding ███ ███. |
| 12/15/23 | K M Sadler | 0.4 | Emails to/from B. Day re ███. |
| 12/18/23 | B A Day | 0.4 | Updated ███ concerning ███ ███. |

| | | | |
|---|---|---|---|
| **Matter Hours** | | **7.4** | |

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/23 | M R Dwertman | 0.3 | Replied to ███ emails (.2); replied to email from M. Barnhart regarding ███ (.1). |

# BAKER BOTTS LLP

Invoice No:     2671632
Invoice Date:   January 16, 2024

Janvey, Ralph S., Receiver

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/23 | K M Sadler | 0.2 | Emails to/from and conference with D. Arlington re █████████ ██████████████████████. |
| 12/03/23 | M R Dwertman | 0.6 | Reviewed ███████████████████████████████████████ and sent email to purchaser and counsel regarding same (.4); replied to █████████████████████████ re: ████████████████ ████████████ (.2). |
| 12/04/23 | B A Day | 2.5 | Corresponded with FTI, Stanford staff, and D. Arlington concerning ███████████ relating to █████████ ███████████████████████████████████████ ███████████████████████████████████████ (.7); reviewed and analyzed ███████████████████████ for █████████████ ███████████████████████████████████████ (1.8). |
| 12/04/23 | M R Dwertman | 3.9 | Began reviewing ██████████████████████████, determining ████████████████████████, and identifying █████████████ (3.7); replied to emails from claimants and claims purchaser (.2). |
| 12/05/23 | B A Day | 3.0 | Continued review and analysis of ██████████████ ███████████████████████████████████████ and corresponded with FTI and Stanford staff concerning same (2.9); corresponded with K. Sadler, D. Arlington, FTI, and Stanford staff concerning ███████████████████ ████████████████ (.1). |
| 12/05/23 | M R Dwertman | 2.4 | Acknowledged ██████████████████████████████, updated ███████████████████████████████████████, sent ████████████ to Gilardi, Examiner, and purchaser (.5); sent email to H. Battle and M. Barnhart regarding ██████████████ relating to ██████████████ (.1); finished reviewing ████████████ ████████████ and sent email to K. Sadler and D. Arlington regarding same (1.8). |
| 12/05/23 | K M Sadler | 1.7 | Emails to/from B. Day re ████████████████ (.4); emails to/from B. Day re █████████████ (.2); emails to/from B. Day and review of █████████████████ re ████████████ (.7); emails to/from Receivership staff re ██████████████ (.4). |

# BAKER BOTTS LLP

Invoice No: 2671632
Invoice Date: January 16, 2024

Janvey, Ralph S., Receiver

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/23 | B A Day | 4.1 | Corresponded with K. Sadler, E. Snyder, J. Little, S. Powers, and D. Arlington regarding ████ (.2); reviewed and analyzed concerning ████████ and corresponded with FTI regarding same (3.7); corresponded with S. Powers and D. Arlington regarding ████████ (.2). |
| 12/06/23 | M R Dwertman | 1.0 | Continued reviewing ████ and sent email to K. Sadler re ████████ (.9); replied to email from claimant (.1). |
| 12/06/23 | K M Sadler | 1.2 | Emails to/from B. Day and review of ████ re ████ (.8); emails to/from B. Day re ████████ (.2); reviewed ████ (.2). |
| 12/07/23 | B A Day | 1.3 | Provided ████ to Gilardi concerning ████████ (.3); prepared for and attended conference call with Stanford staff and D. Arlington concerning ████████ (1.0). |
| 12/07/23 | M R Dwertman | 3.2 | Replied to emails from claims purchaser and claimant (.2); communicated with K. Sadler and S. Powers regarding ████ and sent email to claimants' counsel regarding same (.2); created set of ████ and sent same (2.4); updated ████ and began ████ to reflect ████ (.4). |
| 12/07/23 | K M Sadler | 1.6 | Emails to/from M. Dwertman re ████ (.8); emails to/from B. Day re ████████ (.2); reviewed and provided comment on ████ (.6). |
| 12/08/23 | M R Dwertman | 0.2 | Replied to ████ emails. |
| 12/08/23 | K M Sadler | 1.0 | Reviewed ████ re ████ and emails to/from M. Dwertman re ████. |
| 12/09/23 | K M Sadler | 0.2 | Emails to/from D. Arlington re ████. |
| 12/11/23 | B A Day | 0.3 | Corresponded with E. Snyder, K. Sadler, Stanford staff, and Gilardi concerning ████. |

APP 0324

# BAKER BOTTS LLP

Invoice No:    2671632
Invoice Date:    January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/23 | M R Dwertman | 2.0 | Researched ███ relating to ███████ and sent email to D. Arlington regarding same (.2); QC'd ███████ to confirm ███ and finished updating ███ to reflect ███ (1.6); reviewed ███ ███, updated ███, and sent to transferee (.2). |
| 12/11/23 | K M Sadler | 1.0 | Emails to/from B. Day re ███ (.2); emails to/from Receivership staff re ███ (.4); emails to/from M. Dwertman re ███ (.4). |
| 12/12/23 | M R Dwertman | 0.7 | Replied to ███ email from M. Barnhart (.1); drafted emails to ███ and sent to K. Sadler for review (.4); reviewed ███ relating to ███ (.2). |
| 12/12/23 | K M Sadler | 0.3 | Emails to/from Examiner/Receiver re ███. |
| 12/13/23 | M R Dwertman | 1.4 | Continued work relating to ███ with focus on ███ (.8); updated and sent email to H. Battle and M. Barnhart regarding ███ to request ███ relating to ███ (.4); replied to ███ emails (.2). |
| 12/13/23 | R E Pravata | 0.8 | Researched a ███ for M. Dwertman re ███. |
| 12/13/23 | K M Sadler | 0.6 | Emails to/from M. Dwertman re ███. |
| 12/14/23 | M R Dwertman | 3.6 | Communicated with H. Battle regarding ███ (.1); reviewed ███ relating to ███, drafted ███ and sent to K. Sadler for review, and updated ███ (3.5). |
| 12/14/23 | K M Sadler | 1.9 | Emails to/from B. Day re ███ (.8); reviewed ███ re ███ and emails to/from M. Dwertman re same (.7); emails to/from B. Day re ███ (.4). |
| 12/15/23 | M R Dwertman | 1.2 | Revised and sent responses to ███, saved copies to shared drive, and updated ███ (.8); reviewed ███, sent to Gilardi for processing, and updated ███ (.2); replied to claims purchaser email regarding ███ (.2). |

APP. 0325

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2671632 |
| Invoice Date: | January 16, 2024 |

Janvey, Ralph S., Receiver

---

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/23 | K M Sadler | 1.5 | Emails to/from M. Dwertman and review of ███████ ████████ and revisions to ███████████. |
| 12/18/23 | M R Dwertman | 0.8 | Reviewed M. Barnhart ███████ related to ███████, replied to same, and requested ████████ (.2); replied to claimant emails regarding ████████ (.2); reviewed claimant questions regarding ███████, updated ████████, and sent ███ to K. Sadler (.3); updated ██████████ (.1). |
| 12/18/23 | K M Sadler | 0.4 | Emails to/from Receivership staff re ████████ (.2); email to Receivership staff re ███████ (.2). |
| 12/19/23 | M R Dwertman | 1.7 | Communicated with M. Barnhart, H. Battle, and K. Sadler re: ████████ (.2); communicated with M. Barnhart and H. Battle regarding ████████ relating to ████████ re: ███ and reviewed ███████ from claimants (.3); reviewed emails from claimants with regarding ███████, updated ████████, responded to ██████ and sent ████████ to K. Sadler for review (.7); researched ████████ (.3); replied to email from claims purchaser and reviewed ██████ relating to ███████ (.2). |
| 12/19/23 | K M Sadler | 0.2 | Emails to/from Receivership staff re ████████ ██████. |
| 12/20/23 | M R Dwertman | 0.6 | Sent responses to two claimant emails relating to ████████ and updated ████████ (.2); replied to H. Battle question regarding ████████ (.1); communicated with K. Sadler regarding ████████ and reviewed emails for ███████ regarding ███████ (.2); communicated with counsel for claimant regarding ████████ (.1). |
| 12/20/23 | K M Sadler | 1.0 | Emails to/from M. Dwertman and review of ██████ re ████████ (.6); emails to/from M. Dwertman re ████████ (.4). |
| 12/21/23 | M R Dwertman | 0.2 | Communicated with K. Sadler re: ████████ and sent ████████ (.1); replied to claimant email (.1). |
| 12/22/23 | M R Dwertman | 0.1 | Communicated with M. Barnhart regarding ████████ relating to ████████. |
| 12/22/23 | K M Sadler | 0.4 | Emails to/from M. Dwertman re ████████. |

APP. 0326

# BAKER BOTTS LLP

Invoice No:     2671632
Invoice Date:   January 16, 2024

Janvey, Ralph S., Receiver

## 079716.0129: Claims Management

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/27/23 | M R Dwertman | 0.8 | Reviewed and replied to emails from Receivership staff and Gilardi (.2); reviewed ██████████, researched ████████████ and sent email to FTI regarding same, and drafted response to same (.5); replied to ██████████ from claimants' counsel (.1). |
| 12/28/23 | M R Dwertman | 0.5 | Drafted ██████████ relating to ██████████ ██████, updated ██████, and sent to K. Sadler for review (.4); communicated with M. Barnhart and Gilardi regarding ██████ (.1). |
| 12/29/23 | M R Dwertman | 0.1 | Communicated with K. Sadler re ██████ and sent response to claimant. |

| | | |
|---|---|---|
| **Matter Hours** | | **50.5** |

## 079716.0139: Investor Committee Matters

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 12/01/23 | B H Bowen | 0.2 | 300[1] | Sent and received/reviewed email correspondence to/from litigation team regarding ██████. |
| 12/01/23 | S F Cagniart | 2.2 | 300 | Began editing and revising ██████████. |
| 12/03/23 | B H Bowen | 0.4 | 300 | Drafted ██████ regarding ██████. |
| 12/03/23 | K M Sadler | 0.5 | 300 | Emails to/from B. Bowen re ██████████. |
| 12/04/23 | B H Bowen | 0.7 | 300 | Edited ██████████ in response to ██████ from K. Sadler and S. Powers (.5); reviewed ██████ from S. Cagniart on ██████ (.2). |

---

[1] Task Code 100 denotes fees and expenses attributable to law-firm litigation matters; Task Code 200 denotes fees and expenses attributable to general/other OSIC matters; Task Code 300 denotes fees and expenses attributable to bank litigation matters.



# BAKER BOTTS LLP

Invoice No: 2671632
Invoice Date: January 16, 2024

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 12/04/23 | S F Cagniart | 5.2 | 300 | Continued editing and revising ██████ and returned ██████ to B. Bowen and S. Powers. |
| 12/04/23 | S D Powers | 0.4 | 300 | Reviewed/commented on ██████ regarding ██████ and reviewed ██████ and drafted/reviewed emails with co-counsel regarding same. |
| 12/04/23 | K M Sadler | 1.0 | 300 | Emails to/from Examiner (.2); emails to/from and conference with S. Powers re ██████ (.4); edited ██████ and emails to/from B. Bowen (.4). |
| 12/05/23 | B H Bowen | 7.4 | 300 | Conferred with S. Powers regarding ██████ (.2); sent and received/reviewed email correspondence to/from K. Sadler regarding ██████ (.3); sent email correspondence to K. Sadler regarding ██████ (.3); reviewed K. Sadler's ██████ (.4); continued editing ██████ to respond to S. Cagniart's ██████ (6.2). |
| 12/05/23 | S F Cagniart | 0.2 | 300 | Call with K. Sadler regarding ██████. |
| 12/05/23 | S D Powers | 0.9 | 300 | Reviewed ██████ and emails/conferences regarding same. |
| 12/05/23 | K M Sadler | 3.8 | 300 | Emails to/from OSIC member (.2); reviewed ██████ re ██████ (.2); drafted/revised note to OSIC/Receiver re ██████ and emails to/from S. Powers (.8); emails to/from B. Bowen re (.6); emails to/from A. Streett re re ██████ (.4); conference with S. Cagniart re ██████ (.2); reviewed and provided comment on ██████ (1.2); emails to/from Receiver re ██████ (.2). |

# BAKER BOTTS LLP

Invoice No:      2671632
Invoice Date:    January 16, 2024

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 12/06/23 | B H Bowen | 2.0 | 300 | Prepared for conference with and conferred with S. Cagniart, K. Sadler, and S. Powers regarding ██████ (.5); edited ██████ to reflect ██████ of K. Sadler, S. Powers, and S. Cagniart (1.0); conferred with S. Powers regarding ██████ (.1); searched for ██████ to determine ██████ (.3); sent email correspondence to K. Sadler regarding ██████ (.1). |
| 12/06/23 | S F Cagniart | 0.3 | 300 | Call with K. Sadler, S. Powers, and B. Bowen to discuss ██████. |
| 12/06/23 | S D Powers | 0.8 | 300 | Reviewed/analyzed ██████ and conferences/emails with team regarding same. |
| 12/06/23 | K M Sadler | 3.7 | 300 | Reviewed and provided comment on ██████ (1.7); emails to/from and conferences with B. Bowen and S. Powers regarding ██████ (.8); emails to/from OSIC re ██████ (.8); emails to/from B. Bowen re ██████ (.2); conference with S. Powers re ██████ (.2). |
| 12/07/23 | B H Bowen | 2.2 | 300 | Continued editing ██████ in response to ██████s from S. Powers and S. Cagniart. |
| 12/07/23 | S F Cagniart | 3.2 | 300 | Edited and commented on ██████. |
| 12/07/23 | S D Powers | 1.8 | 300 | Reviewed/revised ██████ (1.5); reviewed/revised ██████ and drafted/reviewed emails regarding same (.3). |
| 12/07/23 | K M Sadler | 2.6 | 300 | Drafted, revised, revised ██████ and emails to/from S. Powers and Receiver re same (1.0); reviewed and provided additional comment on ██████ and emails to/from S. Powers (1.2); emails to/from Receiver re ██████ (.2); emails to/from OSIC counsel and Examiner re ██████ (.2). |
| 12/08/23 | B H Bowen | 1.1 | 300 | Continued editing ██████ in response to ██████ from K. Sadler and S. Powers. |

# BAKER BOTTS LLP

Invoice No:      2671632
Invoice Date:    January 16, 2024

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 12/08/23 | S D Powers | 1.3 | 300 | Attended OSIC meeting (.2); conference with SocGen counsel regarding ███████ (.5); reviewed/revised ███████ ██ and drafted/reviewed emails regarding same (.6). |
| 12/08/23 | K M Sadler | 2.2 | 300 | Conference with Receiver and OSIC re ███████ (.3); reviewed and provided additional edits/revisions to ███████ (1.5); conference with S. Powers and SocGen counsel re ███████ (.4). |
| 12/11/23 | K G Austin | 0.1 | 300 | Correspondence with R. Howell re ███████. |
| 12/11/23 | B H Bowen | 2.2 | 300 | Reviewed and incorporated Examiner's comments and edits to ███████ (.5); located ███████ to support ███████ (1.4); sent and received/reviewed email correspondence to/from R. Howell regarding ███████ (.3). |
| 12/11/23 | R A Howell | 0.7 | 300 | Communicated with B. Bowen regarding ███████ (.2); prepared ███████ for K. Austin to cite check ███████, and provided the ███████ (.5). |
| 12/11/23 | S D Powers | 0.1 | 300 | Drafted/reviewed emails regarding ███████. |
| 12/12/23 | D T Arlington | 0.1 | 300 | Communicated with K. Sadler and S. Powers regarding ███████ concerning ███████. |
| 12/12/23 | K G Austin | 5.5 | 300 | Record cite checked ███████ in preparation for ███████ |
| 12/12/23 | B H Bowen | 1.2 | 300 | Sent and received/reviewed email correspondence to/from R. Howell regarding ███████ (.2); conferred with K. Sadler regarding ███████ (.2); prepared ███████ (.4); sent and received/reviewed email correspondence to/from S. Powers and K. Sadler regarding the ███████ (.2); continued editing and proofing response ███████ (.2). |

APP. 0349
Appx. 21

# BAKER BOTTS LLP

Invoice No:       2671632
Invoice Date:     January 16, 2024

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 12/12/23 | R A Howell | 5.4 | 300 | Identified and gathered ████████████ in preparation for ████ (.5); began reviewing ████████ ████, and made edits to same (4.8); communicated with K. Austin regarding ████████ (.1). |
| 12/12/23 | S D Powers | 0.2 | 300 | Conference/emails with B. Bowen and K. Sadler regarding ████████████. |
| 12/12/23 | K M Sadler | 1.8 | 300 | Emails to/from and conference with B. Bowen re ████████ (.6); emails to/from Examiner re ████████ (.6); email to Court staff re ████ (.2); emails to/from S. Powers re ████ (.4). |
| 12/13/23 | K G Austin | 1.3 | 300 | Continued and completed ████████ ████ in preparation for ████ (1.2); circulated to R. Howell (.1). |
| 12/13/23 | R A Howell | 9.7 | 300 | Communicated with K. Austin regarding ████████ (.2); completed cite check of ████, and finalized ████ (5.8); reviewed K. Austin's ████ and addressed ████ regarding same (2.4); reviewed ████, and made additional edits to the ████ (1.3). |
| 12/13/23 | Z M Peffley | 1.4 | 300 | Performed cite check for ████████ ██. |
| 12/14/23 | B H Bowen | 2.9 | 300 | Continued editing the ████████ (2.3); conferred with S. Powers regarding ████ (.2); conferred with R. Howell regarding ████ (.4). |
| 12/14/23 | S F Cagniart | 0.2 | 300 | Emailed with B. Bowen regarding ████████ ██. |

# BAKER BOTTS LLP

|  | | Invoice No: | 2671632 |
|---|---|---|---|
|  | | Invoice Date: | January 16, 2024 |

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|---|---|---|---|---|
| 12/14/23 | R A Howell | 6.8 | 300 | Finalized comments in response to ████████ ████████, and communicated with K. Austin regarding same (1.4); completed review of ████████████, and finalized ████ to same (1.5); incorporated ████████████ into ████████ (2.4); completed ████████████████ and provided ████████████ to B. Bowen (1.2); communicated with B. Bowen regarding ████████████, and reviewed ████████ provided by B. Bowen (.3). |
| 12/14/23 | S D Powers | 0.4 | 300 | Conference with B. Bowen regarding ████ ████████ (.2); drafted/reviewed emails regarding ████████████ (.2). |
| 12/14/23 | K M Sadler | 0.5 | 300 | Reviewed ████████ from Examiner and emails to/from and conference with S. Powers. |
| 12/15/23 | B H Bowen | 4.5 | 300 | Continued editing and proofreading ████████████ (3.1); oversaw filing of ████████████ (.4); continued editing ████████████ in response to ████ from K. Sadler and S. Powers (.5); conferred with S. Powers regarding ████████████████ (.3); oversaw filing of ████████ (.2). |
| 12/15/23 | S F Cagniart | 1.1 | 300 | Reviewed ████████████. |
| 12/15/23 | B A Day | 0.4 | 300 | Reviewed ████████ concerning the ████████████. |
| 12/15/23 | R A Howell | 0.4 | 300 | Reviewed ████████ regarding ████████████ to determine ████████████████ (.3); communicated with B. Bowen regarding ████████ (.1). |
| 12/15/23 | S D Powers | 1.2 | 300 | Final review of ████████ (.5); reviewed ████ regarding ████████████ and conferences/emails regarding same (.7). |

# BAKER BOTTS LLP

Invoice No:    2671632
Invoice Date:    January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 12/15/23 | K M Sadler | 2.4 | 300 | Emails to/from and conference with S. Powers re ████ (.6); reviewed ████ from SocGen counsel (.6); reviewed ████ and emails to/from B. Bowen/S. Powers regarding ████ (.6); reviewed and edited ████ and conference with S. Powers (.4); conference with Examiner re ████ (.2). |
| 12/18/23 | D T Arlington | 0.1 | 300 | Reviewed ████ regarding ████ |
| 12/18/23 | B H Bowen | 0.3 | 300 | Reviewed ████ (.1); sent and received/reviewed email correspondence with K. Sadler and M. Dwertman regarding ████ (.1); reviewed ████ (.1). |
| 12/18/23 | S D Powers | 0.6 | 300 | Reviewed ████ and conference with ████ regarding same (.3); drafted/reviewed emails regarding ████ (.3). |
| 12/18/23 | K M Sadler | 2.6 | 300 | Emails to/from and conferences with S. Powers re ████ (.7); emails to/from and conference with Examiner re same (.5); emails to/from Receiver (.2); emails to/from S. Powers re ████ (.8); reviewed ████ and email to Examiner/Receiver (.2); emails to/from Court staff re ████ (.2). |
| 12/19/23 | B H Bowen | 0.8 | 300 | Continued reviewing b████ to assess ████ |
| 12/19/23 | K M Sadler | 0.2 | 300 | Emails to/from OSIC counsel re ████. |
| 12/20/23 | D T Arlington | 0.1 | 300 | Reviewed ████ regarding ████. |
| 12/21/23 | K M Sadler | 1.4 | 300 | Emails to/from B. Smith et al. re ████ (.6); emails to/from Receiver (.2); emails to/from Examiner (.2); emails to/from CNBC reporter re bank case settlement status and Godbey order (.4). |

APPX. 0350

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2671632 |
| Invoice Date: | January 16, 2024 |

Janvey, Ralph S., Receiver

---

**079716.0139: Investor Committee Matters**

| **Date** | **Name** | **Hours** | **Task** | **Description** |
|---|---|---|---|---|
| 12/27/23 | R A Howell | 0.2 | 300 | Updated ███████████████████ on shared drive regarding ██████████ |

**Matter Hours**   **100.9**

**079716.0152: Distribution Plan Matters**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/01/23 | D T Arlington | 0.2 | Reviewed communications regarding ███████████████ ██████████. |
| 12/04/23 | B A Day | 2.3 | Reviewed and analyzed ████████████ relating to ██████████ █████████████████████. |
| 12/05/23 | D T Arlington | 0.4 | Reviewed communications with Gilardi and claimants regarding ████████████ (.2); reviewed communications with Gilardi regarding ██████ relating to ██████████████ and ████████ relating to same (.2). |
| 12/05/23 | B A Day | 4.7 | Reviewed and analyzed ██████████████████ relating to ████████████████████████████ and communicated with Gilardi and D. Arlington regarding same (2.1); continued review and analysis of ████████████████████████████████████████ to identify ██████████████████ (2.2); reviewed and analyzed ████████████████████ and corresponded with Stanford staff and D. Arlington regarding same (.4). |
| 12/06/23 | B A Day | 3.5 | Completed review and analysis of ██████████████████████████████████ (2.8); reviewed and analyzed ████████████████████████ and corresponded with Stanford staff and D. Arlington regarding same (.7). |
| 12/07/23 | D T Arlington | 1.0 | Prepared for and participated in call with Receivership personnel regarding ████████████████████████. |

APP. 0344

# BAKER BOTTS LLP

Invoice No: 2671632
Invoice Date: January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/07/23 | B A Day | 3.2 | Updated ███████ concerning ███████ and corresponded with Gilardi, Stanford staff, and D. Arlington concerning same (1.4); corresponded with S. Shulkin and K. Sadler concerning ███████ regarding ███████ (.2); reviewed and analyzed ███████ and corresponded with Stanford staff, D. Arlington, and Gilardi concerning same (1.5); reviewed correspondence from K. Sadler, S. Powers, and M. Dwertman regarding ███████ (.1). |
| 12/10/23 | D T Arlington | 0.5 | Researched ███ relating to ███████ and communicated with K. Sadler and M. Dwertman regarding same. |
| 12/11/23 | D T Arlington | 0.3 | Further researched regarding ███████ and communicated with M. Dwertman regarding same (.2); reviewed ███ from claimant ███ regarding ███████ (.1). |
| 12/11/23 | B A Day | 3.9 | Communicated with A. Ezell concerning ███████ (.2); reviewed and analyzed ███████ concerning ███████ and provided ███████ regarding same to Gilardi and D. Arlington (3.7). |
| 12/12/23 | D T Arlington | 0.2 | Reviewed ███████ from claimants regarding ███████. |
| 12/12/23 | B A Day | 1.7 | Corresponded with Gilardi concerning ███████ (.1); reviewed and analyzed ███████ and corresponded with Stanford staff, D. Arlington, and Gilardi concerning same (1.6). |
| 12/13/23 | B A Day | 3.4 | Reviewed, analyzed, and investigated ███████ and corresponded with D. Arlington, Stanford staff, and Gilardi concerning ███████ (1.5); reviewed and analyzed ███████ (1.9). |
| 12/14/23 | B A Day | 8.0 | Completed review and analysis of ███████ and corresponded with K. Sadler, D. Arlington, FTI, Stanford staff, and Gilardi regarding same (1.8); reviewed and investigated ███████ and corresponded with Stanford staff, D. Arlington, and Gilardi with respect to same (5.9); communicated with ███████ concerning ███████ (.3). |
| 12/15/23 | D T Arlington | 0.2 | Reviewed ███ relating to ███████ and communicated with B. Day regarding same. |

APP. 0345

# BAKER BOTTS LLP

Invoice No: 2671632
Invoice Date: January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/23 | B A Day | 4.4 | Corresponded with M. Dwertman concerning ███████ concerning ███████ (.1); communicated with D. Arlington, K. Sadler, Gilardi, and Stanford staff regarding ███████ (.6); reviewed and analyzed ███████ concerning ███████ (.4); reviewed and analyzed ███████ and corresponded with Stanford staff and D. Arlington concerning same (3.3). |
| 12/15/23 | K M Sadler | 0.5 | Emails to/from B. Day re ███████. |
| 12/18/23 | D T Arlington | 0.4 | Reviewed communications regarding ███████ (.1); reviewed emails regarding ███████ (.2); communicated with B. Day regarding ███████ (.1). |
| 12/18/23 | B A Day | 7.7 | Reviewed and analyzed ███████ and corresponded with Stanford staff, FTI, D. Arlington, and Gilardi concerning ███████ related to same (5.3); reviewed ███████ from Stanford staff concerning ███████ and corresponded with Stanford staff regarding same (.4); investigated and analyzed ███████ and corresponded with Stanford staff, D. Arlington, and Gilardi regarding same (2.0). |
| 12/19/23 | B A Day | 8.3 | Communicated with Gilardi concerning ███████ (.1); communicated with Gilardi concerning ███████ (.2); continued review and analysis of ███████ for purposes of determining ███████ and communicated with Stanford staff, D. Arlington, and Gilardi concerning same (8.0). |
| 12/20/23 | D T Arlington | 0.1 | Reviewed communications with Huntington regarding ███████. |
| 12/20/23 | B A Day | 1.1 | Reviewed and analyzed ███████ concerning ███████ and provided ███████ to Gilardi and Stanford staff with respect to same. |
| 12/28/23 | D T Arlington | 0.3 | Communicated with K. Sadler regarding ███████ (.2); reviewed ███████ (.1). |

APP. 0346
Appx. 35

**BAKER BOTTS** LLP

Invoice No: 2671632
Invoice Date: January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/28/23 | K M Sadler | 0.6 | Reviewed ▮▮▮ re ▮▮▮▮▮▮▮ and conference with D. Arlington re ▮▮▮▮▮▮▮. |
| 12/29/23 | D T Arlington | 0.6 | Reviewed ▮▮▮▮▮▮▮ regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮ and communicated with K. Sadler, M. Dwertman and Receivership personnel regarding same. |
| 12/29/23 | B A Day | 4.4 | Reviewed, analyzed, and investigated ▮▮▮▮▮▮▮ and corresponded with Stanford staff, D. Arlington, and Gilardi regarding same (3.3); communicated with Gilardi and D. Arlington concerning ▮▮▮▮▮▮▮ (.1); reviewed and analyzed ▮▮▮▮▮▮▮ concerning ▮▮▮▮▮ and corresponded with Gilardi and D. Arlington regarding same (1.0). |

| | | | |
|------|------|-------|-------------|
| **Matter Hours** | | **61.9** | |

---

**079716.0155: CD Claims Objections**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/23 | D T Arlington | 0.4 | Reviewed ▮▮▮▮▮▮▮ and communications with B. Day and K. Sadler regarding same and proposed response. |
| 12/05/23 | B A Day | 0.6 | Reviewed ▮▮▮▮▮ filed by the ▮▮▮ and provided recommendations to K. Sadler concerning ▮▮▮. |
| 12/05/23 | S D Powers | 0.2 | Reviewed ▮▮▮▮▮▮▮ |
| 12/06/23 | B A Day | 0.3 | Corresponded with K. Sadler concerning ▮▮▮▮▮▮▮. |
| 12/07/23 | B A Day | 3.8 | Drafted, revised, filed, and served ▮▮▮▮▮ and corresponded with K. Sadler, S. Powers, and D. Arlington regarding same. |

| | | | |
|------|------|-------|-------------|
| **Matter Hours** | | **5.3** | |

# BAKER BOTTS LLP

| | Invoice No: | 2671632 |
|---|---|---|
| | Invoice Date: | January 16, 2024 |

Janvey, Ralph S., Receiver

## 2023 Lawyer Summary

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| D T Arlington | 5.5 | 714.00 | 3,927.00 |
| B H Bowen | 25.9 | 382.00 | 9,893.80 |
| S F Cagniart | 12.4 | 753.00 | 9,337.20 |
| B A Day | 79.0 | 714.00 | 56,406.00 |
| M R Dwertman | 26.9 | 658.00 | 17,700.20 |
| S D Powers | 9.3 | 753.00 | 7,002.90 |
| K M Sadler | 43.5 | 973.00 | 42,325.50 |
| | **202.5** | | **$146,592.60** |

## 2023 Non-Lawyer Summary

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| K G Austin | 9.2 | 161.00 | 1,481.20 |
| R A Howell | 23.2 | 255.00 | 5,916.00 |
| E Navarro | 1.6 | 161.00 | 257.60 |
| Z M Peffley | 2.7 | 161.00 | 434.70 |
| R E Pravata | 0.8 | 179.00 | 143.20 |
| | **37.5** | | **$8,232.70** |

APP. 0348
App. 35

**BAKER BOTTS** LLP

Invoice No:      2671632
Invoice Date:    January 16, 2024

Janvey, Ralph S., Receiver

---

**079716.0116: Litigation Administration**

**For Expenses Incurred:**

Pacer Electronic Court Records                                                    1.20

**Matter Expenses**                                                          **$1.20**

**079716.0117: Litigation - SEC vs. SIB, et al**

**For Expenses Incurred:**

Pacer Electronic Court Records                                                    0.20

Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 6,057.74 GB          90,866.10

**Matter Expenses**                                                     **$90,866.30**

**079716.0126: Broker Litigation**

**For Expenses Incurred:**

Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 20.9 GB             313.50

**Matter Expenses**                                                        **$313.50**

APPX. 348

**BAKER BOTTS** LLP

Invoice No:     2671632
Invoice Date:   January 16, 2024

Janvey, Ralph S., Receiver

**079716.0127: Investor Litigation**

**For Expenses Incurred:**

| | |
|---|---|
| Purchase of order from Comal County | 2.00 |

| | |
|---|---|
| **Matter Expenses** | **$2.00** |

**079716.0139: Investor Committee Matters**

**For Expenses Incurred:**

| | |
|---|---|
| Online Legal Research: Lexis | 95.00 |
| Online Legal Research: Westlaw | 1,484.86 |
| Pacer Electronic Court Records | 19.20 |
| Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 2,729.03 GB | 40,935.45 |

| | |
|---|---|
| **Matter Expenses** | **$42,534.51** |

**079716.0168: GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness.**

**For Expenses Incurred:**

| | |
|---|---|
| Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 132.82 GB | 1,992.30 |

| | |
|---|---|
| **Matter Expenses** | **$1,992.30** |

APPx. 0359

# BAKER BOTTS L.L.P.

Austin · New York
Brussels · **Palo Alto**
Dallas · Riyadh
Dubai · San Francisco
Houston · Singapore
London · Washington

TAX ID ██████

Stanford Financial Group Receivership
ATTN: Mr. Ralph S. Janvey, Receiver
2100 Ross Avenue
Suite 2600
Dallas, TX 75201

**Due Upon Receipt**

Invoice Number: 2671632
Invoice Date: January 16, 2024
Attorney: K M Sadler

## REMITTANCE STATEMENT

|  | FEES | EXPENSES | AMOUNT |
|---|---|---|---|
| **079716.0113**<br>Receivership Corporate Matters | 1,206.80 | 0.00 | 1,206.80 |
| **079716.0116**<br>Litigation Administration | 966.00 | 1.20 | 967.20 |
| **079716.0117**<br>Litigation - SEC vs. SIB, et al | 3,288.40 | 90,866.30 | 94,154.70 |
| **079716.0123**<br>Canada Litigation Matters | 2,388.50 | 0.00 | 2,388.50 |
| **079716.0126**<br>Broker Litigation | 733.30 | 313.50 | 1,046.80 |
| **079716.0127**<br>Investor Litigation | 5,598.30 | 2.00 | 5,600.30 |
| **079716.0129**<br>Claims Management | 37,631.00 | 0.00 | 37,631.00 |
| **079716.0139**<br>Investor Committee Matters (Task Code 100)[2] | 0.00 | 0.00 | 0.00 |
| **079716.0139**<br>Investor Committee Matters (Task Code 200) | 0.00 | 0.00 | 0.00 |

[2] Task Code 100 denotes fees and expenses attributable to law-firm litigation matters; Task Code 200 denotes fees and expenses attributable to general/other OSIC matters; Task Code 300 denotes fees and expenses attributable to bank litigation matters.

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:* | *Wiring Instructions* | *ACH Information:* | *To Pay by Check, send to:*







# BAKER BOTTS L.L.P

Austin    New York
Brussels    **Palo Alto**
Dallas    Riyadh
Dubai    San Francisco
Houston    Singapore
London    Washington

TAX ID ▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| **079716.0139** | | | |
| Investor Committee Matters (Task Code 300) | 54,868.30 | 42,534.51 | 97,402.81 |
| | | | |
| **079716.0152** | | | |
| Distribution Plan Matters | 44,481.50 | 0.00 | 44,481.50 |
| | | | |
| **079716.0155** | | | |
| CD Claims Objections | 3,792.00 | 0.00 | 3,792.00 |
| | | | |
| **079716.0168** | | | |
| GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness. (Task Code 100)[3] | 0.00 | 1,992.30 | 1,992.30 |
| | | | |
| **079716.0168** | | | |
| GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness. (Task Code 200) | 0.00 | 0.00 | 0.00 |
| | | | |
| **079716.0168** | | | |
| GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness. (Task Code 300) | 0.00 | 0.00 | 0.00 |
| **INVOICE TOTAL** | **154,954.10** | **135,709.81** | **290,663.91** |

---

[3] Task Code 100 denotes fees and expenses attributable to Magness's appeal of the district court's award of $79 million to the Receiver and other work related to the 0168 matter not categorized within Task Code 200 or 300; Task Code 200 denotes fees and expenses attributable to the Magness Defendants' appeal of the district court's award of prejudgment interest and attorneys' fees to the Receiver; Task Code 300 relates to the Magness Defendants' effort to prevent the Receiver from collecting on the district court's now-final judgment under TUFTA of $79 million to the Receiver, including his requests to file a new complaint against the Receiver, and objections to the Receiver's motion to distribute the recovered funds.

---

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:*    **Wiring Instructions**      **ACH Information:**      *To Pay by Check, send to:*







# BAKER BOTTS L.L.P.

TAX ID █████████

Austin    New York
Brussels    **Palo Alto**
Dallas    Riyadh
Dubai    San Francisco
Houston    Singapore
London    Washington

Stanford Financial Group Receivership
ATTN: Mr. Ralph S. Janvey, Receiver
2100 Ross Avenue
Suite 2600
Dallas, TX 75201

| | |
|---|---|
| Invoice Number: | 2674909 |
| Invoice Date: | February 2, 2024 |
| Attorney: | K M Sadler |

For professional services rendered through January 31, 2024

## 079716.0104: Banking Matters

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/24 | S D Powers | 0.4 | Drafted/reviewed emails with ████ regarding █████ ███████ (.2); reviewed emails from M. Barnhart regarding ████████████ (.2). |
| 01/02/24 | K M Sadler | 0.6 | Emails to/from Receivership staff re ███████████ ██████ (.4); emails to/from S. Powers re ████████ (.2). |
| 01/12/24 | S D Powers | 0.2 | Drafted/reviewed emails regarding █████████ concerning ███████████████████. |
| 01/15/24 | D T Arlington | 0.4 | Reviewed ███████████████████ and communicated with K. Sadler regarding ████. |
| 01/15/24 | S D Powers | 0.3 | Drafted/reviewed emails regarding █████████████ ████. |
| 01/22/24 | S D Powers | 0.7 | Reviewed/analyzed ████████ ██████ and reviewed █████████ concerning same. |
| 01/26/24 | K M Sadler | 1.0 | Reviewed ████ re ████████████ and emails to/from Receivership staff and conference with S. Powers. |

**Matter Hours**   **3.6**

## 079716.0106: Coin and Bullion Operations

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/24 | D T Arlington | 0.4 | Communicated with P. Montgomery regarding ██████████ ████ and communicated with K. Sadler regarding same. |

**APPX 0346**

# BAKER BOTTS LLP

| | | |
|---|---|---|
| Invoice No: | 2674909 | |
| Invoice Date: | February 2, 2024 | |

Janvey, Ralph S., Receiver

## 079716.0106: Coin and Bullion Operations

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/24 | K M Sadler | 0.6 | Emails to/from and conference with D. Arlington re ███████ ████████████████████████████████████████. |
| 01/03/24 | D T Arlington | 0.2 | Communicated with Receivership personnel and P. Montgomery regarding ██████████████. |
| 01/05/24 | D T Arlington | 0.1 | Reviewed ██████ regarding ██████████████. |
| 01/05/24 | K M Sadler | 0.4 | Emails to/from D. Arlington re ████████████████████ ████████████. |
| 01/11/24 | D T Arlington | 0.4 | Researched and reviewed ██████ relating to ████████████ and communicated with Receivership personnel regarding same. |

| | | | |
|---|---|---|---|
| **Matter Hours** | | **2.1** | |

## 079716.0113: Receivership Corporate Matters

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/03/24 | D T Arlington | 0.1 | Reviewed ████████████████████████ |
| 01/05/24 | K M Sadler | 0.4 | Emails to/from Receivership staff re ████████ |
| 01/08/24 | S D Powers | 0.1 | Reviewed ████████████████████ |
| 01/09/24 | K M Sadler | 0.2 | Emails to/from Receivership staff re ████████ |
| 01/16/24 | D T Arlington | 0.2 | Communicated with FTI regarding ████████████████████████████████. |
| 01/18/24 | K M Sadler | 0.2 | Emails to/from Receivership staff re ████████ |
| 01/19/24 | D T Arlington | 0.3 | Communicated with FTI regarding ████████████████████ (.1); communicated with FTI and K. Sadler regarding ████████████████ (.2). |
| 01/19/24 | K M Sadler | 0.4 | Emails to/from S. Powers re ████████████████████████. |
| 01/22/24 | D T Arlington | 0.1 | Communicated with FTI regarding ████████████████████. |

**BAKER BOTTS** LLP

| | |
|---|---|
| Invoice No: | 2674909 |
| Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

---

**079716.0113: Receivership Corporate Matters**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/28/24 | D T Arlington | 0.8 | Reviewed ███████████████ concerning ████████ █████████ and communicated with client regarding same. |
| 01/29/24 | D T Arlington | 0.2 | Communicated with S. Sizemore regarding ███████████ █████████████ and reviewed related communications. |
| 01/29/24 | K M Sadler | 0.2 | Emails to/from Receivership staff re ████████ |
| 01/30/24 | D T Arlington | 0.1 | Communicated with ███████████████████ regarding ████████. |

| | | |
|---|---|---|
| **Matter Hours** | | **3.3** |

**079716.0114: Real Estate Matters**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/17/24 | S D Powers | 0.1 | Drafted/reviewed emails regarding ███████████ ██████████. |
| 01/19/24 | S Hendrix | 0.5 | Prepared for call, reviewed █████ and correspondence (.3); call with S. Powers and attended to f████████████ (.2). |
| 01/19/24 | S D Powers | 0.5 | Conference/emails regarding remaining ██████████. |

| | | |
|---|---|---|
| **Matter Hours** | | **1.1** |

**079716.0115: Tax Matters**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/22/24 | S D Powers | 0.2 | Drafted/reviewed emails with EY and with Receiver regarding ████████████████. |

| | | |
|---|---|---|
| **Matter Hours** | | **0.2** |

APP. 0355

# BAKER BOTTS LLP

Invoice No: 2674909
Invoice Date: February 2, 2024

Janvey, Ralph S., Receiver

---

**079716.0116: Litigation Administration**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/03/24 | Z M Peffley | 0.9 | Tracked and updated pleadings in Janvey v. Gilbe Corp. (.1); Janvey v. Indigo Trust (.2); Janvey v. Alguire (.3); Janvey v. Venger (.3). |
| 01/05/24 | E Navarro | 0.4 | Tracked and updated Stanford pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.1), Janvey v. Venger et al. 3:10-cv-00366-N-BQ (.1); drafted/sent email to case team with filings (.2). |
| 01/08/24 | K G Austin | 0.1 | Tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401). |
| 01/10/24 | Z M Peffley | 0.4 | Tracked and updated pleadings in Rotstain et al. v. Trustmark National Bank (.2); Janvey v. Alguire (.2). |
| 01/12/24 | K G Austin | 0.4 | Tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401) (.2); tracked and updated pleadings in Turk et al. v. Pershing LLC 3:09-cv-02199-N-BQ (.2). |
| 01/16/24 | E Navarro | 0.6 | Tracked and updated Stanford pleadings in: Janvey v. Venger et al. 3:10-cv-00366-N-BQ (.2); Janvey v. Gilbe Corp. 3:10-cv-00478-N-BQ (.1); Janvey v. Indigo Trust et al. 3:10-cv-00844-N-BQ (.1); Rotstain et al. v. Trustmark National Bank 4:22-cv-00800 (.1); Dickson v. Janvey 23-10726 (.1). |
| 01/19/24 | K G Austin | 0.1 | Tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401). |
| 01/22/24 | E Navarro | 0.6 | Tracked and updated Stanford pleadings in Turk et al. v. Pershing LLC 3:09-cv-02199-N-BQ (.2); Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.1); Dickson v. Janvey 23-10726 (.2); drafted email update (.1). |
| 01/24/24 | Z M Peffley | 0.4 | Tracked and updated pleadings in Rotstain et al. v. Trustmark National Bank (.2); USA v. Stanford (.2). |
| 01/26/24 | Z M Peffley | 0.6 | Tracked and updated pleadings in Dickson v. Janvey. |
| 01/29/24 | E Navarro | 0.2 | Tracked and updated pleadings in Janvey v. Alguire et al. 3:09-cv-724 (.1); drafted email to team (.1). |
| 01/31/24 | Z M Peffley | 0.2 | Tracked and updated pleadings in Dickson v. Janvey. |

APP 0356

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2674909 |
| Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

---

**079716.0116: Litigation Administration**

| Date | Name | Hours | Description |
|---|---|---|---|
| **Matter Hours** | | **4.9** | |

**079716.0117: Litigation - SEC vs. SIB, et al**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/04/24 | M R Dwertman | 0.4 | Reviewed ████████████ and sent email to EY regarding ████████████. |
| 01/06/24 | M R Dwertman | 0.1 | Reviewed ████████████████, updated █████, and circulated ████████████ email to Stanford team. |
| 01/08/24 | M R Dwertman | 0.2 | Reviewed ██████████, replied to EY email regarding same, and communicated with R. Howell re: same. |
| 01/09/24 | B A Day | 0.7 | Communicated with K. Sadler and plaintiffs' counsel regarding ████████████████████ and reviewed ████████████ with respect to same. |
| 01/09/24 | S D Powers | 0.1 | Conference with K. Sadler regarding ████████████████ ███████████. |
| 01/09/24 | K M Sadler | 0.6 | Reviewed correspondence from counsel re ██████████████ related to ████████ and conference with S. Powers (.4); emails to/from and conference with B. Day (.2). |
| 01/10/24 | D T Arlington | 0.7 | Communicated with B. Day regarding ██████████████████ relating to ████████████████████ and reviewed communications regarding ████████████ (.5); communicated with K. Sadler regarding ████████████████████ (.1); communicated with B. Day regarding ████████████████ (.1). |
| 01/10/24 | B A Day | 1.4 | Communicated with ████████████████, K. Sadler, S. Powers, and D. Arlington concerning ████████████████ ██████████. |
| 01/10/24 | S D Powers | 0.1 | Reviewed emails regarding ████████████ from ████████ ██████. |
| 01/10/24 | K M Sadler | 0.6 | Emails to/from B. Day re ████████████████████ (.4); emails to/from Examiner (.2). |
| 01/11/24 | D T Arlington | 0.1 | Reviewed ████████████████████. |

# BAKER BOTTS LLP

Invoice No: 2674909
Invoice Date: February 2, 2024

Janvey, Ralph S., Receiver

**079716.0117: Litigation - SEC vs. SIB, et al**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/14/24 | M R Dwertman | 0.1 | Reviewed ██████ and sent ██████ email to Stanford team. |
| 01/16/24 | D T Arlington | 0.2 | Reviewed ██████████████ from counsel for ██████████████. |
| 01/16/24 | S D Powers | 0.2 | Drafted/reviewed emails regarding ██████ received in connection with ██████ |
| 01/16/24 | K M Sadler | 0.8 | Reviewed ██████ re and emails to/from Examiner re ██████████████ (.6); email to Receiver (.2). |
| 01/18/24 | M R Dwertman | 0.3 | Reviewed ██████████ and communicated with EY regarding same. |
| 01/21/24 | M R Dwertman | 0.1 | Reviewed ██████ and circulated ██████ email to Stanford team. |
| 01/22/24 | K M Sadler | 0.6 | Emails to/from Receiver and to from ██████. |
| 01/23/24 | B A Day | 0.1 | Communicated with D. Arlington and M. Dwertman regarding ██████. |
| 01/23/24 | M R Dwertman | 2.2 | Reviewed and began updating ██████. |
| 01/24/24 | B A Day | 0.7 | Reviewed and analyzed ██████ and discussed same with D. Arlington and M. Dwertman. |
| 01/24/24 | M R Dwertman | 0.7 | Call with D. Arlington and B. Day to discuss ██████████. |
| 01/24/24 | K M Sadler | 0.6 | Emails to/from Receiver re ██████ (.2); emails to/from CNBC (.4). |
| 01/25/24 | B A Day | 0.7 | Attended conference call with S. Sizemore to discuss ██████ for purposes of ██████. |
| 01/26/24 | K M Sadler | 0.6 | Emails to/from CNBC re ██████ and email to Receiver. |
| 01/28/24 | D T Arlington | 1.3 | Gathered materials for client for ██████ and communicated with client and K. Sadler regarding same (1.2); reviewed ██████ regarding ██████ (.1). |

APPX 0350

**BAKER BOTTS** LLP

Invoice No:     2674909
Invoice Date:   February 2, 2024

Janvey, Ralph S., Receiver

---

**079716.0117: Litigation - SEC vs. SIB, et al**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/29/24 | B A Day | 0.8 | Reviewed ███████████████████████ concerning ███████████████. |
| 01/29/24 | M R Dwertman | 0.1 | Reviewed ████████████████████ and sent ██████ email to Stanford team. |
| 01/29/24 | K M Sadler | 1.2 | Conference with Scott Cohn of CNBC re interview topics for Receiver (.7); emails to/from D. Arlington re ███████ ████ (.5). |
| 01/30/24 | D T Arlington | 0.2 | Communicated with client regarding ████████████ ████████ and followed up with team regarding ████████. |

**Matter Hours**                                         **16.5**

---

**079716.0123: Canada Litigation Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/15/24 | K M Sadler | 0.6 | Emails to/from Osler re ██████████ (.3); emails to/from ██████████ re ████████ (.3). |
| 01/16/24 | K M Sadler | 0.8 | Emails to/from Osler re ████████ re ██████ (.4); emails to/from ████ (.4). |
| 01/17/24 | K M Sadler | 0.6 | Additional follow up re ██████████ with Osler and ███ and emails to/from same. |
| 01/18/24 | K M Sadler | 0.4 | Emails to/from Osler re ████████ re ██████████. |
| 01/31/24 | K M Sadler | 1.0 | Emails to/from Osler and review of ████████████ ████ re ██████ (.8); emails to/from ████ re ██████ re ██████ (.2). |

**Matter Hours**                                          **3.4**

APP. 0358
Appx. 46

# BAKER BOTTS LLP

Invoice No:      2674909
Invoice Date:    February 2, 2024

Janvey, Ralph S., Receiver

---

**079716.0126: Broker Litigation**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/04/24 | M R Dwertman | 0.2 | Sent ▌▌▌▌▌▌ and communicated with M. Barnhart regarding ▌▌▌▌. |
| 01/10/24 | M R Dwertman | 0.2 | Reviewed ▌▌▌▌ and sent follow-up email to counsel for defendant regarding ▌▌▌. |
| 01/14/24 | M R Dwertman | 0.2 | Added ▌▌▌▌▌, sent email to Receiver regarding same, and sent copy to S. Benson to mail to defendant. |
| 01/16/24 | M R Dwertman | 0.3 | Reviewed ▌▌▌ and sent emails to counsel for Defendants regarding ▌▌▌. |
| 01/19/24 | M R Dwertman | 0.1 | Reviewed ▌▌▌ and modified ▌▌▌▌. |

**Matter Hours**          **1.0**

**079716.0127: Investor Litigation**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/02/24 | B A Day | 1.6 | Communicated with K. Sadler and S. Powers regarding ▌▌ and reviewed and analyzed ▌▌▌ (1.3); corresponded with S. Powers concerning ▌▌▌ regarding ▌▌▌ (.3). |
| 01/02/24 | K M Sadler | 0.6 | Emails to/from B. Day and review of ▌▌ re ▌▌▌. |
| 01/03/24 | D T Arlington | 0.3 | Reviewed ▌▌ from Receivership personnel regarding ▌▌▌ (.1); reviewed ▌▌▌ (.2). |
| 01/03/24 | B A Day | 5.5 | Communicated with ▌▌▌, K. Sadler, and S. Powers concerning ▌▌▌ regarding ▌▌▌ (.6); drafted, filed, and served ▌▌▌ concerning ▌▌▌, corresponded with K. Sadler and S. Powers regarding same, and updated ▌▌▌ with respect to ▌▌▌ (4.9). |

APPX 0369

# BAKER BOTTS LLP

|  | |
|---|---|
| Invoice No: | 2674909 |
| Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

**079716.0127: Investor Litigation**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/03/24 | K M Sadler | 0.4 | Emails to/from B. Day re ███████████████ ███████ . |
| 01/04/24 | B A Day | 0.1 | Reviewed ██████████████ concerning ██████ ██████ and communicated with K. Sadler and S. Powers with respect to same. |
| 01/04/24 | K M Sadler | 0.4 | Emails to/from B. Day re ████████████ |
| 01/05/24 | B A Day | 1.2 | Drafted, revised, filed, and served ██████████ ███████████████████ , corresponded with K. Sadler and S. Powers concerning same, and updated ████████ ████████ with respect to ████████████ . |
| 01/05/24 | S D Powers | 0.1 | Drafted/reviewed emails with B. Day regarding ████████████ ██████████ . |
| 01/05/24 | K M Sadler | 0.4 | Emails to/from B. Day re ████████████ . |
| 01/10/24 | B A Day | 0.4 | Updated ██████████████ concerning ███████████████████ . |
| 01/13/24 | D T Arlington | 0.1 | Reviewed ██████████████████████ . |
| 01/16/24 | D T Arlington | 0.2 | Reviewed ████████████████ . |
| 01/17/24 | B A Day | 0.3 | Reviewed ███████ concerning ██████ ██████ and contacted her concerning ███████████████ |
| 01/17/24 | K M Sadler | 0.2 | Emails to/from B. Day re ████████████ . |
| 01/26/24 | B A Day | 0.3 | Updated ██████████████ concerning ███████████████████ . |

| | | | |
|---|---|---|---|
| **Matter Hours** | | **12.1** | |

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/01/24 | K M Sadler | 0.6 | Emails to/from D. Arlington and review of ██████ re ██████████████████████ |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2674909 |
| Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/04/24 | M R Dwertman | 0.1 | Replied to claimant email. |
| 01/06/24 | M R Dwertman | 0.2 | Replied to H. Battle emails regarding ██████████ ████ regarding ██████ (.1); replied to M. Barnhart email regarding ██████████ (.1). |
| 01/08/24 | M R Dwertman | 1.5 | Replied to email from counsel for claimant (.1); downloaded ██ ██████, updated ██████████, and sent email to FTI regarding ██████ (.2); replied to emails from claimants and M. Barnhart (.3); continued regarding ██████, including identifying ████; drafted email to counsel with ██████ ██████ (.7); made ██████ updates to ██████ (.2). |
| 01/09/24 | D T Arlington | 0.2 | Reviewed ████ from J. Pinto regarding ██████ and communicated with Receivership personnel regarding same. |
| 01/09/24 | M R Dwertman | 0.2 | Replied to ██████ emails. |
| 01/09/24 | K M Sadler | 0.2 | Emails to/from Receivership staff and D. Arlington re ██████ ████. |
| 01/10/24 | M R Dwertman | 0.5 | Communicated with H. Battle and M. Barnhart and B. Day regarding ██████ and replied to same (.2); communicated with Gilardi re: ██ and sent email to D. Arlington regarding ██████ (.2); replied to email from claims purchaser (.1). |
| 01/11/24 | M R Dwertman | 0.3 | Replied to emails from claimants and M. Barnhart (.2); communicated with FTI re ██████ (.1). |
| 01/16/24 | M R Dwertman | 0.1 | Communications re: ██████. |
| 01/17/24 | M R Dwertman | 0.3 | Drafted ██████ and communicated with M. Barnhart and Gilardi regarding same. |
| 01/18/24 | B A Day | 0.7 | Reviewed and edited ██████ concerning ██████ and corresponded with K. Sadler, D. Arlington, and Stanford staff regarding same. |
| 01/19/24 | B A Day | 0.4 | Reviewed and analyzed ██████ concerning ██████ and communicated with K. Sadler, D. Arlington, and Stanford staff with respect to same. |

APPX 0366

# BAKER BOTTS LLP

Invoice No:      2674909
Invoice Date:    February 2, 2024

Janvey, Ralph S., Receiver

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/19/24 | K M Sadler | 0.4 | Emails to/from B. Day re ███████████ ████. |
| 01/21/24 | M R Dwertman | 1.4 | Reviewed ███████ ████████████████████████████, updated ████████████████, and sent re: ████████ to Gilardi and M. Barnhart. |
| 01/22/24 | M R Dwertman | 0.7 | Replied to emails from claims purchaser (.2); communicated with Gilardi and M. Barnhart re: ████ relating to ██████████ (.3); reviewed and drafted ██████████ to Receiver regarding ██████████ (.1); replied to email regarding ██████████ (.1). |
| 01/22/24 | K M Sadler | 0.4 | Emails to/from M. Dwertman and review of ██████████ █████. |
| 01/23/24 | M R Dwertman | 1.2 | Replied to emails from M. Barnhart regarding ██████████ re: ██████████ (.3); reviewed and sent ██████████ to claimant (.9). |
| 01/24/24 | M R Dwertman | 0.5 | Addressed ████ with ██████████ and sent email to D. Arlington ██████████ regarding same. |
| 01/25/24 | K M Sadler | 0.6 | Emails to/from Receivership staff re ██████████ █████. |
| 01/26/24 | M R Dwertman | 0.4 | Sent ██████ to M. Barnhart to email to claimant (.1); briefly reviewed ██████████ and saved to shared drive for ████ ██████████ (.1); replied to email from claimant (.1); sent email to ██████████ regarding ██████████ (.1). |
| 01/26/24 | K M Sadler | 0.4 | Emails to/from S. Powers and D. Arlington re ██████████ ██████████. |
| 01/29/24 | M R Dwertman | 0.3 | Reviewed M. Barnhart ██████████ regarding ██████████ ██ (.1); replied to email regarding ██████████ (.1); replied to email from claims purchaser (.1). |
| 01/29/24 | K M Sadler | 0.2 | Emails to/from S. Powers re ██████████ █████. |

# BAKER BOTTS LLP

Invoice No:      2674909
Invoice Date:    February 2, 2024

Janvey, Ralph S., Receiver

## 079716.0129: Claims Management

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/30/24 | M R Dwertman | 1.0 | Communicated with claims purchaser re: ███████ (.1).; communicated with B. Day regarding ████████████ (.1); replied to emails from claimants and claim purchaser (.2); downloaded ████████████ and sent email re: ████████ to FTI (.1); addressed ██████ relating to ████████ (.2); began reviewing ██████████████████████ in response to claims purchaser inquiry (.3). |
| 01/31/24 | B A Day | 0.6 | Attended conference call with M. Dwertman concerning ████ ████████. |
| 01/31/24 | M R Dwertman | 3.9 | Call with B. Day to discuss ██████████ (.7); sent response to CSR claimant inquiry re: ████████ (.2); sent email to K. Sadler re: ████████████ and sent email to claims purchaser re: same (.2); replied to emails from claims and claims purchasers (.2); reviewed ████████ and sent email to counsel for claimants with ██████ (.5); acknowledged ████████████████ and sent ████ to Gilardi, purchaser, and Examiner (.3); updated █████████ to reflect ████████ and communicated with FTI regarding ████ (1.8). |
| 01/31/24 | K M Sadler | 0.6 | Emails to/from M. Dwertman re ████████████. |

**Matter Hours**                    **17.9**

## 079716.0139: Investor Committee Matters

| Date | Name | Hours | Task | Description |
|---|---|---|---|---|
| 01/11/24 | K M Sadler | 0.6 | 200[1] | Emails to/from OSIC and Examiner re ██████. |
| 01/15/24 | D T Arlington | 0.7 | 200 | Communicated with K. Sadler regarding ██████████████████ and researched ████████. |
| 01/15/24 | S D Powers | 0.9 | 300 | Reviewed/analyzed ██████████ and conference with K. Sadler regarding same. |

---

[1] Task Code 100 denotes fees and expenses attributable to law-firm litigation matters; Task Code 200 denotes fees and expenses attributable to general/other OSIC matters; Task Code 300 denotes fees and expenses attributable to bank litigation matters.

APPx. 0351

# BAKER BOTTS LLP

Invoice No:          2674909
Invoice Date:       February 2, 2024

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 01/15/24 | K M Sadler | 1.0 | 200 | Emails to/from Examiner re ███████ (.2); emails to/from D. Arlington re ███████ (.8). |
| 01/15/24 | K M Sadler | 2.1 | 300 | Reviewed ███████ and emails to/from and conference with S. Powers (1.5); emails to/from Examiner (.2); emails to/from Receiver re ███████ (.4). |
| 01/16/24 | D T Arlington | 0.1 | 300 | Reviewed ███████. |
| 01/16/24 | B H Bowen | 4.0 | 300 | Reviewed ███████ and reviewed ███████ to begin preparing ███████ (3.7); discussed ███████ with S. Powers and discussed next steps (.3). |
| 01/16/24 | S D Powers | 0.4 | 300 | Conference with B. Bowen regarding ███████ based on ███████. |
| 01/16/24 | K M Sadler | 1.4 | 300 | Reviewed ███████ re ███████ and emails to/from and conference with S. Powers re ███████ (1.0) emails to/from Examiner re ███████ (.4). |
| 01/17/24 | D T Arlington | 0.2 | 200 | Communicated with K. Sadler regarding ███████. |
| 01/17/24 | D T Arlington | 0.4 | 300 | Reviewed ███████. |
| 01/17/24 | B H Bowen | 5.9 | 300 | Began drafting ███████ first focusing on ███████. |
| 01/17/24 | S D Powers | 0.2 | 300 | Conference with K. Sadler regarding ███████. |
| 01/17/24 | K M Sadler | 1.7 | 200 | Reviewed ███████ from Snyder/Swanson and conference with same and Examiner re ███████ (1.2); conference with and emails to/from D. Arlington re ███████ (.5). |
| 01/18/24 | D T Arlington | 0.7 | 200 | Reviewed ███████ regarding ███████ and communicated with K. Sadler regarding same. |

APP. 0365

# BAKER BOTTS LLP

Invoice No: 2674909
Invoice Date: February 2, 2024

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 01/18/24 | B H Bowen | 5.9 | 300 | Continued preparing ██████████ ██████████ ██████████, specifically focusing on ████████ ██████████ ██████████ (5.6); drafted email to S. Powers summarizing ██████████ and attaching ████ (.3). |
| 01/18/24 | S D Powers | 0.4 | 300 | Prepared for and participated in conference with SocGen counsel regarding ████████. |
| 01/18/24 | K M Sadler | 1.2 | 200 | Emails to/from and conference with D. Arlington re ██████████ (.6); emails to/from and conference with SocGen counsel and S. Powers re ████ (.4); emails to/from Examiner (.2). |
| 01/19/24 | D T Arlington | 1.5 | 200 | Researched ████ relating to ██████████ and communicated with B. Day regarding same. |
| 01/19/24 | B H Bowen | 4.7 | 300 | Drafted ██████ documenting ████████ ██████████ specifically on ████ ██████████ ██████████ (4.0); conferred with B. Day regarding ████████ (.3); drafted email correspondence to B. Day concerning ██████████ (.4). |
| 01/19/24 | B A Day | 6.2 | 200 | Reviewed and analyzed ██████████ concerning ████████ in the context of ████ and discussed related ████ with D. Arlington. |
| 01/19/24 | R A Howell | 0.9 | 300 | Communicated with B. Bowen regarding ██████ ██████████ (.1); reviewed ████ regarding ████████ to ensure ██████████ (.3); prepared ██████████ (.3); forwarded ██████████ to Office Services with instructions for printing and mailing (.2). |
| 01/22/24 | D T Arlington | 0.2 | 200 | Communicated with B. Day regarding ████ ██████████. |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2674909 |
| Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

---

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 01/22/24 | B H Bowen | 5.8 | 300 | Analyzed ███████ ██████████████ and drafted a █████████. |
| 01/22/24 | B A Day | 8.7 | 200 | Continued review and analysis of ███████ concerning ████████ with respect to ████ and discussed ██████ with D. Arlington, M. Russell, and S. Sizemore. |
| 01/22/24 | R A Howell | 0.2 | 300 | Reviewed ███████████ and provided approval to send to ████████ by Federal Express. |
| 01/22/24 | S D Powers | 0.6 | 300 | Reviewed ██████ from B. Bowen regarding ██████████. |
| 01/23/24 | D T Arlington | 0.7 | 200 | Communicated with B. Day regarding ██████ relating to ████████ and reviewed related ████ and communications. |
| 01/23/24 | B H Bowen | 3.8 | 300 | Continued editing ██████ ██████████ in response to ████████ from S. Powers (.9); began drafting ███████████████ (2.9). |
| 01/23/24 | B A Day | 3.0 | 200 | Reviewed and analyzed ███████ concerning ████████ and discussed same with D. Arlington and M. Russell. |
| 01/23/24 | S D Powers | 0.2 | 300 | Emails/conference with Trustmark's counsel regarding ██████████. |
| 01/24/24 | B H Bowen | 3.2 | 300 | Reviewed █████ ████████ at the request of K. Sadler (.2); sent email correspondence to K. Sadler regarding ████████████ (.1); continued drafting ████████████ (2.9). |

# BAKER BOTTS LLP

Invoice No:      2674909
Invoice Date:    February 2, 2024

Janvey, Ralph S., Receiver

---

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 01/24/24 | K M Sadler | 0.2 | 300 | Emails to/from B. Bowen re ██████████ ████. |
| 01/25/24 | D T Arlington | 0.4 | 200 | Communicated with K. Van Tassel regarding █████████████ (.1); reviewed prior email regarding ███████████ and communicated with K. Sadler and B. Day regarding same (.3). |
| 01/25/24 | B H Bowen | 3.4 | 300 | Finished drafting ███████████ ███████████ (2.9); drafted email to S. Powers and S. Cagniart summarizing ██████ for their review (.5). |
| 01/26/24 | D T Arlington | 2.2 | 200 | Researched ████ regarding ██████████ and communicated with K. Sadler regarding same (1.7); telephone conference with K. Van Tassel regarding ███████ and followed up regarding same (.5). |
| 01/26/24 | B H Bowen | 0.2 | 300 | Reviewed ██████████████. |
| 01/26/24 | B A Day | 0.3 | 200 | Reviewed ██████ regarding ████ and discussed ██████ with D. Arlington. |
| 01/26/24 | R A Howell | 0.1 | 300 | Teams call with Z. Peffley regarding ████ related to ████████. |
| 01/26/24 | S D Powers | 0.4 | 300 | Reviewed ████ concerning ████ concerning ████ and drafted/reviewed emails regarding same. |
| 01/26/24 | K M Sadler | 1.4 | 200 | Emails to/from and conference with D. Arlington re ████████ (1.0); emails to/from S. Powers re ████ (.4). |
| 01/29/24 | B H Bowen | 3.0 | 300 | Reviewed ████████ (.2); began drafting ████, along with ████ (2.8). |
| 01/31/24 | B H Bowen | 0.2 | 300 | Reviewed ████ regarding ████ (.1); coordinated ████ (.1). |

# BAKER BOTTS LLP

|  | Invoice No: | 2674909 |
|--|-------------|---------|
|  | Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

---

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 01/31/24 | R A Howell | 0.4 | 300 | Communicated with B. Bowen regarding ███████ (.1); downloaded ███████ to shared drive and calendared same (.2); forwarded ███████ to M. Dwertman with ███████ (.1). |
| 01/31/24 | K M Sadler | 0.4 | 300 | Emails to/from Receiver re ███████ (.2); emails to/from Examiner re ███████ (.2). |

**Matter Hours**    **80.1**

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/02/24 | D T Arlington | 0.5 | Communicated with L. Richards, B. Day and Receivership personnel regarding ███████ (.2); communicated with B. Day regarding ███████ (.3). |
| 01/02/24 | B A Day | 6.7 | Communicated with Gilardi, Stanford staff, and D. Arlington concerning ███████ (.2); communicated with D. Arlington and FTI concerning ███████ (.5); reviewed, investigated, and analyzed ███████ and communicated with Stanford staff, D. Arlington, and Gilardi regarding same (6.0). |
| 01/03/24 | D T Arlington | 2.5 | Reviewed communications with Gilardi regarding ███████ (.2); reviewed multiple communication with claimants, Receivership personnel and Gilardi regarding ███████ (1.5); reviewed communications with FTI regarding ███████ (.1); further investigated ███████ regarding ███████ and communicated with L. Richards regarding same (.3); reviewed ███████ from Gilardi and related communications (.3); reviewed ███████ (.1). |
| 01/04/24 | D T Arlington | 0.7 | Reviewed communications with claimants regarding ███████ (.5); communicated with B. Day regarding ███████ (.2). |

**BAKER BOTTS** LLP

Invoice No:      2674909
Invoice Date:    February 2, 2024

Janvey, Ralph S., Receiver

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/04/24 | B A Day | 8.0 | Reviewed, analyzed, and investigated ███████████ ███████ and corresponded with Stanford staff, D. Arlington, and Gilardi with respect to such groups. |
| 01/05/24 | D T Arlington | 0.6 | Reviewed █████████████████████ (.1); reviewed communications with claimants regarding ██████████████ (.5). |
| 01/05/24 | B A Day | 6.8 | Investigated and analyzed ███████████████ ██████ and corresponded with Stanford staff, D. Arlington, and Gilardi concerning such groups. |
| 01/05/24 | K M Sadler | 0.2 | Emails to/from Examiner re █████████████████ ████. |
| 01/06/24 | D T Arlington | 0.1 | Reviewed ████████████████ from Gilardi. |
| 01/08/24 | D T Arlington | 1.3 | Reviewed ██████ regarding ██████████ (.4); reviewed ██████ regarding ██████ concerning ████████████ (.3); communicated with B. Day regarding ████████████████ (.1); communicated with B. Day regarding ████████ (.1); communicated with B. Day concerning ████ (.1); reviewed ████████ and communicated with B. Day regarding ████████ (.1); reviewed further communications from Receivership personnel regarding ███████████ (.2). |
| 01/08/24 | B A Day | 8.4 | Reviewed and analyzed ████████ concerning ████████ and corresponded with Stanford staff and D. Arlington regarding same (.9); investigated and analyzed █████████████████ and corresponded with D. Arlington, Stanford staff, and Gilardi with respect to ███████ (7.5). |
| 01/09/24 | D T Arlington | 0.8 | Communicated with Receivership personnel and B. Day regarding ██████████████ and reviewed ██████ ██████ (.5); reviewed ██████ from ████ and communicated with B. Day and Receivership personnel regarding same (.1); reviewed communications with ████████ regarding ████████████ (.1); reviewed ████ relating to ████████ and communicated with B. Day regarding same (.1). |
| 01/09/24 | B A Day | 7.3 | Investigated, analyzed, and reviewed ███████████ ████████ and corresponded with D. Arlington, Gilardi, and Stanford staff concerning same. |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2674909 |
| Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/10/24 | D T Arlington | 0.6 | Communicated with Receivership personnel and B. Day regarding ██████████ and reviewed ████ ████ (.5); reviewed communications with Gilardi regarding ████████ (.1). |
| 01/10/24 | B A Day | 6.3 | Investigated and analyzed ████████ ████ and communicated with Stanford staff and D. Arlington with respect to ████████ (4.6); communicated with D. Arlington, FTI, and Stanford staff concerning ████ ████████████████ (.4); reviewed and discussed ████ relating to ████████ ████ with Gilardi and D. Arlington (.5); reviewed and analyzed ████████ in context of ████████ and corresponded with D. Arlington and Stanford staff regarding same (.5); requested ████ from Gilardi concerning ████████ ████████, in order to address ████████ (.3). |
| 01/11/24 | D T Arlington | 1.6 | Reviewed communications with claimants and Receivership personnel regarding ████ ████ (.3); communicated with B. Day regarding ████████ and reviewed ████████ (.2); prepared for and participated in call with Receivership personnel and B. Day regarding ████████ (1.1). |
| 01/11/24 | B A Day | 6.8 | Reviewed and analyzed ████████ and communicated with Stanford staff, Gilardi, and D. Arlington concerning ████ (6.7); communicated with Gilardi and D. Arlington regarding ████████ (.1). |
| 01/12/24 | B A Day | 4.0 | Investigated and analyzed ████████, communicated with D. Arlington, Stanford staff, and Gilardi regarding same, and updated ████████ with respect to ████ (3.8); communicated with Gilardi concerning ████ (.2). |
| 01/13/24 | D T Arlington | 0.2 | Reviewed email from Gilardi regarding ████████ ████ and communicated with B. Day regarding same. |
| 01/15/24 | D T Arlington | 0.2 | Reviewed emails with claimants regarding ████████ ████. |

# BAKER BOTTS LLP

| | Invoice No: | 2674909 |
|---|---|---|
| | Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/16/24 | D T Arlington | 1.8 | Reviewed multiple emails from and communications with investors regarding ████████████████ (.4); reviewed email from Gilardi regarding ████████████ and communicated with B. Day and K. Sadler regarding ██████████ (1.0); communicated with Receivership personnel regarding ████████████ and reviewed ██████████████ (.2); reviewed communications with Gilardi regarding ████████ (.2). |
| 01/16/24 | B A Day | 7.6 | Analyzed and investigated ██████████ ██████, updated ████████ regarding same, and corresponded with Stanford staff and D. Arlington with respect to ██████████ (7.5); discussed ████████████████ with FTI (.1). |
| 01/16/24 | K M Sadler | 1.0 | Emails to from and conference with D. Arlington and reviewed ██████████████████ re ████████. |
| 01/17/24 | D T Arlington | 1.1 | Communicated with Receivership personnel regarding ██████████ (.1); reviewed communications with Gilardi regarding ████ (.3); communicated with M. Dwertman regarding ██████████ (.1); reviewed ████████████ (.1); reviewed multiple emails from and communications with investors regarding ██████████ (.4); reviewed ████ from L. Richards regarding ████████ and communicated with K. Sadler regarding same (.1). |
| 01/17/24 | B A Day | 7.4 | Analyzed and reviewed ██████████████, communicated with Stanford staff and D. Arlington regarding ██████████, and updated ████████ with respect to same (6.7); corresponded with Gilardi and D. Arlington regarding ██████████████████ (.7). |
| 01/18/24 | D T Arlington | 0.4 | Communicated with K. Sadler regarding ████████ concerning ████████ (.1); communicated with K. Sadler regarding ████████ (.1); reviewed multiple emails with claimants and Receivership personnel regarding ████████ (.2). |
| 01/18/24 | B A Day | 6.5 | Investigated and reviewed ████████ ████, updated ████████ regarding same, and communicated with Stanford staff, D. Arlington, and Gilardi with respect to such groups (6.1); communicated with Gilardi regarding ████████ and reviewed ████████ (.4). |

# BAKER BOTTS LLP

Invoice No:     2674909
Invoice Date:   February 2, 2024

Janvey, Ralph S., Receiver

---

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/18/24 | K M Sadler | 0.6 | Emails to/from D. Arlington re ███████████ ██████████████. |
| 01/19/24 | D T Arlington | 0.7 | Reviewed ████ relating to ██████████████ and communicated with B. Day and Gilardi regarding same (.5); reviewed communications with claimants regarding ██████ (.2). |
| 01/19/24 | B A Day | 1.6 | Analyzed and investigated ████████ █████ and updated ████████████ concerning ████████ (1.0); reviewed and analyzed ██████████ for preparation of ████████████ and discussed related issues with S. Powers, D. Arlington, and B. Bowen (.6). |
| 01/19/24 | K M Sadler | 1.2 | Review of ████ re ████████████████████ █████ and emails to/from and conference with D. Arlington re same. |
| 01/23/24 | D T Arlington | 0.1 | Reviewed communications from Receivership personnel regarding ██████████. |
| 01/23/24 | B A Day | 4.5 | Reviewed and analyzed █████████████ (2.4); drafted ██████████ and reviewed ████████████████ for same (2.1). |
| 01/24/24 | D T Arlington | 1.1 | Reviewed ████ relating to ████████████ ████ and communicated with B. Day and M. Dwertman regarding same. |
| 01/24/24 | B A Day | 8.2 | Continued review and analysis of ████████ for preparation of ████████████████, communicated with FTI with respect to same, and drafted ████████████ ██████████████. |
| 01/25/24 | D T Arlington | 0.4 | Reviewed emails between Receivership personnel and claimants regarding ████████████████████ (.1); reviewed ████████ (.1); reviewed ████████████ and communicated with B. Day regarding same (.2). |
| 01/25/24 | B A Day | 1.5 | Revised ████████████████ and corresponded with R. Howell concerning ████████████ (1.2); reviewed and analyzed ████████████ (.3). |

APPX 0360

**BAKER BOTTS** LLP

| | |
|---|---|
| Invoice No: | 2674909 |
| Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/26/24 | D T Arlington | 0.3 | Reviewed communications with Gilardi regarding ███████ (.1); reviewed communications with claimants regarding ███████ (.1); reviewed email from Gilardi regarding ███████ and communicated with B. Day regarding same (.1). |
| 01/26/24 | B A Day | 4.5 | Reviewed and analyzed ███████ and corresponded with Gilardi and D. Arlington concerning same (.9); discussed ███████ with FTI (.2); investigated and analyzed ███████, updated ███████, and communicated with Stanford staff and D. Arlington with respect to ███████ (3.4). |
| 01/27/24 | D T Arlington | 0.3 | Reviewed ███████ from claimant ███████ regarding ███████ (.1); reviewed multiple communications with Receivership personnel and Gilardi regarding claimant inquiries and check reissue requests (.2). |
| 01/28/24 | D T Arlington | 1.0 | Communicated with B. Day regarding ███████ (.2); reviewed communications with Receivership personnel regarding ███████ (.1); reviewed communications with Receivership personnel, B. Day and Gilardi regarding ███████ (.5); reviewed ███████ (.1); communicated with M. Dwertman regarding ███████ (.1). |
| 01/29/24 | D T Arlington | 0.3 | Communicated with Receivership personnel and K. Sadler regarding ███████ (.2); communicated with Gilardi regarding ███████ (.1). |
| 01/29/24 | B A Day | 6.3 | Investigated and analyzed ███████, updated ███████ with respect to ███████, and communicated with D. Arlington, Stanford staff, and Gilardi regarding same (5.2); reviewed and analyzed ███████ and corresponded with Gilardi and D. Arlington concerning ███████ (1.1). |
| 01/29/24 | S D Powers | 0.2 | Drafted/reviewed emails regarding ███████ regarding ███████. |
| 01/30/24 | D T Arlington | 0.5 | Reviewed communications with claimants, Receivership personnel and Gilardi regarding ███████ (.4); reviewed ███████ (.1). |

**BAKER BOTTS** LLP

Invoice No:     2674909
Invoice Date:    February 2, 2024

Janvey, Ralph S., Receiver

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/30/24 | B A Day | 8.3 | Investigated and analyzed ██████████████ ████, corresponded with Stanford staff and D. Arlington concerning same, and update ██████████ (6.4); reviewed ████████████ concerning claim █████████ and communicated with M. Dwertman regarding same (.5); reviewed and analyzed ████████████████ and communicated with Gilardi and D. Arlington with respect to same (1.4). |
| 01/30/24 | R A Howell | 3.6 | Emails to/from B. Day regarding ████████████ (.2); identified and gathered ███████████, in preparation for ████ (.5); reviewed and revised ████████████████ (2.9). |
| 01/31/24 | B A Day | 6.5 | Revised ██████████ concerning ████████████ and communicated with S. Powers and D. Arlington with respect to ██████ (.8); reviewed and analyzed ████████, updated ████████ with respect to same, and communicated with Stanford staff, D. Arlington, and Gilardi regarding such groups (5.7). |
| 01/31/24 | K M Sadler | 1.0 | Reviewed issues and emails to/from B. Day re ██████████ (.6); emails to/from Receiver (.2); emails to/from Examiner (.2). |

| **Matter Hours** | | **142.1** | |

**079716.0155: CD Claims Objections**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/11/24 | B A Day | 1.0 | Attended conference call with Stanford staff and D. Arlington regarding ██████████. |

| **Matter Hours** | | **1.0** | |

**BAKER BOTTS** LLP

| | |
|---|---|
| Invoice No: | 2674909 |
| Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

**079716.0168: GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness.**

**Task 300**[2]   **Post-Judgment Litigation**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/26/24 | B H Bowen | 0.3 | Reviewed ███████████████████████████ at the request of K. Sadler (.2); conferred with K. Sadler regarding ███████ (.1). |

| | |
|---|---|
| **Task Hours Total** | **0.3** |

| | |
|---|---|
| **Matter Hours** | **0.3** |

---

[2] Task Code 100 denotes fees and expenses attributable to Magness's appeal of the district court's award of $79 million to the Receiver and other work related to the 0168 matter not categorized within Task Code 200 or 300; Task Code 200 denotes fees and expenses attributable to the Magness Defendants' appeal of the district court's award of prejudgment interest and attorneys' fees to the Receiver; Task Code 300 relates to the Magness Defendants' effort to prevent the Receiver from collecting on the district court's now-final judgment under TUFTA of $79 million to the Receiver, including his requests to file a new complaint against the Receiver, and objections to the Receiver's motion to distribute the recovered funds.

**BAKER BOTTS** LLP

| | Invoice No: | 2674909 |
|---|---|---|
| | Invoice Date: | February 2, 2024 |

Janvey, Ralph S., Receiver

**2024 Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| D T Arlington | 30.8 | 714.00 | 21,991.20 |
| B H Bowen | 40.4 | 382.00 | 15,432.80 |
| B A Day | 151.9 | 714.00 | 108,456.60 |
| M R Dwertman | 17.8 | 658.00 | 11,712.40 |
| S  Hendrix | 0.5 | 518.00 | 259.00 |
| S D Powers | 6.3 | 753.00 | 4,743.90 |
| K M Sadler | 31.8 | 973.00 | 30,941.40 |
| | **279.5** | | **$193,537.30** |

**2024 Non-Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| K G Austin | 0.6 | 161.00 | 96.60 |
| R A Howell | 5.2 | 255.00 | 1,326.00 |
| E Navarro | 1.8 | 161.00 | 289.80 |
| Z M Peffley | 2.5 | 161.00 | 402.50 |
| | **10.1** | | **$2,114.90** |

APP. 0357

**BAKER BOTTS** LLP

Invoice No:      2674909
Invoice Date:    February 2, 2024

Janvey, Ralph S., Receiver

---

**079716.0116: Litigation Administration**

**For Expenses Incurred:**

Pacer Electronic Court Records                                                          1.60

| | |
|---|---|
| **Matter Expenses** | **$1.60** |

**079716.0117: Litigation - SEC vs. SIB, et al**

**For Expenses Incurred:**

Pacer Electronic Court Records                                                          0.40

Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 6,059.49 GB       90,892.35

| | |
|---|---|
| **Matter Expenses** | **$90,892.75** |

**079716.0126: Broker Litigation**

**For Expenses Incurred:**

Pacer Electronic Court Records                                                          5.40

Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 20.9 GB           313.50

| | |
|---|---|
| **Matter Expenses** | **$318.90** |

**079716.0127: Investor Litigation**

**For Expenses Incurred:**

Retainer for ████████████████████████████                                          1,000.00

Pacer Electronic Court Records                                                         64.70

| | |
|---|---|
| **Matter Expenses** | **$1,064.70** |

Page 26

**BAKER BOTTS** LLP

Invoice No:      2674909
Invoice Date:    February 2, 2024

Janvey, Ralph S., Receiver

---

**079716.0139: Investor Committee Matters**

**For Expenses Incurred:**

| | |
|---|---:|
| Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 2,729.03 GB | 40,935.45 |
| Online Legal Research: Lexis | 144.50 |
| Online Legal Research: Westlaw | 97.50 |
| Pacer Electronic Court Records | 10.40 |
| **Matter Expenses** | **$41,187.85** |

**079716.0155: CD Claims Objections**

**For Expenses Incurred:**

| | |
|---|---:|
| Pacer Electronic Court Records | 0.60 |
| **Matter Expenses** | **$0.60** |

**079716.0168: GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness.**

**For Expenses Incurred:**

| | |
|---|---:|
| Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 132.82 GB | 1,992.30 |
| **Matter Expenses** | **$1,992.30** |

APP. 0358

# BAKER BOTTS L.L.P.

TAX ID ████████

Austin   New York
Brussels   **Palo Alto**
Dallas   Riyadh
Dubai   San Francisco
Houston   Singapore
London   Washington

Stanford Financial Group Receivership
ATTN: Mr. Ralph S. Janvey, Receiver
2100 Ross Avenue
Suite 2600
Dallas, TX 75201

**Due Upon Receipt**

| | |
|---|---|
| Invoice Number: | 2674909 |
| Invoice Date: | February 2, 2024 |
| Attorney: | K M Sadler |

## REMITTANCE STATEMENT

| | FEES | EXPENSES | AMOUNT |
|---|---|---|---|
| **079716.0104**<br>Banking Matters | 3,047.20 | 0.00 | 3,047.20 |
| **079716.0106**<br>Coin and Bullion Operations | 1,758.40 | 0.00 | 1,758.40 |
| **079716.0113**<br>Receivership Corporate Matters | 2,722.70 | 0.00 | 2,722.70 |
| **079716.0114**<br>Real Estate Matters | 710.80 | 0.00 | 710.80 |
| **079716.0115**<br>Tax Matters | 150.60 | 0.00 | 150.60 |
| **079716.0116**<br>Litigation Administration | 788.90 | 1.60 | 790.50 |
| **079716.0117**<br>Litigation - SEC vs. SIB, et al | 12,856.40 | 90,892.75 | 103,749.15 |
| **079716.0123**<br>Canada Litigation Matters | 3,308.20 | 0.00 | 3,308.20 |
| **079716.0126**<br>Broker Litigation | 658.00 | 318.90 | 976.90 |
| **079716.0127**<br>Investor Litigation | 9,161.30 | 1,064.70 | 10,226.00 |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:*    *Wiring Instructions*      *ACH Information:*      *To Pay by Check, send to:*






APPX. 0369

# BAKER BOTTS L.L.P.

Austin    New York
Brussels    **Palo Alto**
Dallas    Riyadh
Dubai    San Francisco
Houston    Singapore
London    Washington

TAX ID 74-1195457

---

**079716.0129**
Claims Management | 12,955.60 | 0.00 | 12,955.60

**079716.0139**
Investor Committee Matters (Task Code 100)[3] | 0.00 | 0.00 | 0.00

**079716.0139**
Investor Committee Matters (Task Code 200) | 23,447.90 | 0.00 | 23,447.90

**079716.0139**
Investor Committee Matters (Task Code 300) | 22,406.80 | 41,187.85 | 63,594.65

**079716.0152**
Distribution Plan Matters | 100,850.80 | 0.00 | 100,850.80

**079716.0155**
CD Claims Objections | 714.00 | 0.60 | 714.60

**079716.0168**
GMAG LLC, Gary D. Magness Irrevocable Trust,
Magness Securities LLC, and Gary D. Magness. (Task
Code 100)[4] | 0.00 | 1,992.30 | 1,992.30

**079716.0168**
GMAG LLC, Gary D. Magness Irrevocable Trust,
Magness Securities LLC, and Gary D. Magness. (Task
Code 200) | 0.00 | 0.00 | 0.00

---

[3] Task Code 100 denotes fees and expenses attributable to law-firm litigation matters; Task Code 200 denotes fees and expenses attributable to general/other OSIC matters; Task Code 300 denotes fees and expenses attributable to bank litigation matters.

[4] Task Code 100 denotes fees and expenses attributable to Magness's appeal of the district court's award of $79 million to the Receiver and other work related to the 0168 matter not categorized within Task Code 200 or 300; Task Code 200 denotes fees and expenses attributable to the Magness Defendants' appeal of the district court's award of prejudgment interest and attorneys' fees to the Receiver; Task Code 300 relates to the Magness Defendants' effort to prevent the Receiver from collecting on the district court's now-final judgment under TUFTA of $79 million to the Receiver, including his requests to file a new complaint against the Receiver, and objections to the Receiver's motion to distribute the recovered funds.

---

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:*    **Wiring Instructions**    **ACH Information:**    *To Pay by Check, send to:*



# BAKER BOTTS L.L.P.

Austin          New York
Brussels        **Palo Alto**
Dallas          Riyadh
Dubai           San Francisco
Houston         Singapore
London          Washington

TAX ID ▮▮▮▮▮▮▮

**079716.0168**
GMAG LLC, Gary D. Magness Irrevocable Trust,
Magness Securities LLC, and Gary D. Magness. (Task
Code 300)                                                     114.60              0.00            114.60

| | | | |
|---|---|---|---|
| **INVOICE TOTAL** | **195,652.20** | **135,458.70** | **331,110.90** |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:*     *Wiring Instructions*          *ACH Information:*          *To Pay by Check, send to:*




# BAKER BOTTS L.L.P.

Austin     New York
Brussels     **Palo Alto**
Dallas     Riyadh
Dubai     San Francisco
Houston     Singapore
London     Washington

TAX ID ▮▮▮▮▮▮

Stanford Financial Group Receivership
ATTN: Mr. Ralph S. Janvey, Receiver
2100 Ross Avenue
Suite 2600
Dallas, TX 75201

| | |
|---|---|
| Invoice Number: | 2682827 |
| Invoice Date: | March 31, 2024 |
| Attorney: | K M Sadler |

For professional services rendered through February 29, 2024

## 079716.0106: Coin and Bullion Operations

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/12/24 | D T Arlington | 0.4 | Communicated with P. Montgomery and K. Sadler regarding ▮▮▮▮▮▮▮▮▮. |

**Matter Hours**      **0.4**

## 079716.0108: Disclosure and Communications

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/09/24 | B H Bowen | 0.2 | Drafted ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ |

**Matter Hours**      **0.2**

## 079716.0113: Receivership Corporate Matters

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/01/24 | D T Arlington | 0.1 | Reviewed ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮. |
| 02/01/24 | K M Sadler | 0.4 | Emails to/from Receivership staff re ▮▮▮▮▮▮▮ ▮▮▮▮. |
| 02/03/24 | D T Arlington | 0.2 | Communicated with Receivership personnel and K. Sadler regarding ▮▮▮▮▮▮▮▮▮. |
| 02/05/24 | K M Sadler | 0.2 | Emails to/from Receivership staff re ▮▮▮▮▮ |

Page 1

# BAKER BOTTS LLP

|  |  |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

**079716.0113: Receivership Corporate Matters**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 02/06/24 | D T Arlington | 0.2 | Coordinated with firm personnel regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. |
| 02/07/24 | D T Arlington | 0.1 | Coordinated regarding ▮▮▮▮▮▮▮▮▮▮. |
| 02/08/24 | M R Dwertman | 0.2 | Communicated with EY and S. Powers regarding ▮▮▮▮ relating to ▮▮▮. |
| 02/10/24 | D T Arlington | 0.4 | Reviewed ▮▮ relating to ▮▮▮▮▮▮▮ and communicated with P. Courtney regarding same. |
| 02/14/24 | M R Dwertman | 0.3 | Briefly reviewed ▮▮▮▮▮▮▮ and communicated with EY regarding same. |
| 02/16/24 | D T Arlington | 0.1 | Reviewed communications with service provider regarding ▮▮▮▮▮▮. |
| 02/20/24 | K M Sadler | 0.2 | Emails to/from Receivership staff re ▮▮▮▮ |
| 02/26/24 | K M Sadler | 0.2 | Emails to/from Receivership staff re ▮▮▮▮ |
| 02/28/24 | K M Sadler | 0.2 | Emails to/from Receivership staff re ▮▮▮▮ |
| 02/29/24 | K M Sadler | 0.2 | Emails to/from Receivership staff re ▮▮▮▮ |

**Matter Hours**        **3.0**

**079716.0116: Litigation Administration**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 02/02/24 | K G Austin | 0.1 | Tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401). |
| 02/05/24 | E Navarro | 0.2 | Tracked and updated Stanford pleadings in Janvey v. Alguire et al. 3:09-cv-724 (.1); drafted email to team (.1). |
| 02/07/24 | Z M Peffley | 0.6 | Tracked and updated pleadings in Janvey v. GMAG (.2); SEC v. Stanford (.1); Janvey v. GMAG LLC et al. (.2); Janvey v. Alguire et al. (.1). |

APPX 0384

# BAKER BOTTS LLP

Invoice No:    2682827
Invoice Date:  March 31, 2024

Janvey, Ralph S., Receiver

## 079716.0116: Litigation Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/09/24 | K G Austin | 0.5 | Tracked and updated pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.2); U.S. v Robert Allen Stanford 4:09-cr-00342 (.1); SEC v. Stanford 3:09-cv-00298-N (.1); tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401) (.1). |
| 02/14/24 | Z M Peffley | 0.9 | Tracked and updated pleadings in Janvey v. GMAG (.2); SEC v. Stanford (.4); USA v. Stanford (.3). |
| 02/16/24 | K G Austin | 0.4 | Tracked and updated pleadings in Janvey v. Alguire et al. 3:09-cv-00724-N-BQ (.2); U.S. v Robert Allen Stanford 4:09-cr-00342 (.1); SEC v. Stanford 3:09-cv-00298-N (.1); tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401) (.1). |
| 02/21/24 | E Navarro | 0.5 | Tracked and updated Stanford pleadings in SEC v. Stanford et al. 3:09-cv-298 (.1); Rotstain et al. v. Trustmark National Bank et al. (4:22-cv-00800) (.2); researched new incoming filing from Nevada (.2). |
| 02/23/24 | K G Austin | 0.1 | Tracked pleadings and updated docket sheet in SCOTUS case (No. 23A401). |
| 02/27/24 | Z M Peffley | 0.3 | Tracked and updated pleadings in Stanford v. Janvey. |
| 02/28/24 | Z M Peffley | 0.4 | Tracked and updated pleadings in SEC v. Stanford. |

| **Matter Hours** | | **4.0** | |

## 079716.0117: Litigation - SEC vs. SIB, et al

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/02/24 | D T Arlington | 0.1 | Communicated with K. Sadler regarding ███████████ ██████. |
| 02/04/24 | M R Dwertman | 0.1 | Reviewed ████████████████ and circulated ███ email to Stanford team. |
| 02/12/24 | D T Arlington | 5.0 | Researched, gathered and summarized ████████ in preparation for ████████████ and communicated with B. Day, R. Howell and K. Sadler regarding same. |

# BAKER BOTTS LLP

Invoice No:      2682827
Invoice Date:    March 31, 2024

Janvey, Ralph S., Receiver

**079716.0117: Litigation - SEC vs. SIB, et al**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/12/24 | B H Bowen | 0.2 | Sent and received/reviewed emails to/from D. Arlington, L. Roussev, and R. Howell regarding ███████████████ ███████████████ related to ███████████. |
| 02/12/24 | B A Day | 2.7 | Reviewed, analyzed, and prepared ████████ for ████████ by R. Janvey and K. Sadler in ████████ and discussed same with D. Arlington. |
| 02/12/24 | M R Dwertman | 0.2 | Reviewed ████████████████, updated ████████ ██, and circulated ████████████ to Stanford team. |
| 02/13/24 | D T Arlington | 0.4 | Communicated with K. Sadler and M. Dwertman regarding ████████████████████. |
| 02/13/24 | K M Sadler | 6.5 | Conferences with CNBC re interview request and ████████████ (1.5); conference with D. Arlington re ████████████ (1.0); meeting with Receiver and CNBC re Stanford matter and interview (3.0); follow up emails to/from CNBC re request for data on claims/recoveries and related statistics (1.0). |
| 02/14/24 | D T Arlington | 0.2 | Communicated with K. Sadler regarding ████████████ ████████. |
| 02/14/24 | K M Sadler | 1.2 | Follow-up emails to/from and conference with D. Arlington re ████████████ (.6); emails to/from and conference with CNBC re follow up questions re Receivership proceedings (.6). |
| 02/15/24 | D T Arlington | 0.2 | Communicated with K. Sadler regarding ████████. |
| 02/16/24 | B A Day | 0.1 | Corresponded with K. Sadler, S. Powers, and D. Arlington regarding ████████████████████ ██. |
| 02/17/24 | M R Dwertman | 0.2 | Reviewed ████████████ and sent ████ ████ email to Stanford team. |
| 02/17/24 | S D Powers | 0.2 | Conference with L. Roussev regarding ████████████ ██. |
| 02/24/24 | M R Dwertman | 0.1 | Reviewed ████████ and circulated ████ to Stanford team. |
| 02/26/24 | D T Arlington | 0.7 | Reviewed communications with plaintiff's counsel in ████ ██ and communicated with B. Day regarding same (.5); reviewed communications regarding ████████ and communicated with K. Sadler regarding same (.2). |

APPX 0386

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

## 079716.0117: Litigation - SEC vs. SIB, et al

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/26/24 | B A Day | 1.2 | Reviewed and analyzed ▮▮▮▮▮▮▮▮, discussed ▮▮▮▮▮ with respect to same with K. Sadler, S. Powers, and D. Arlington, reviewed ▮▮▮▮▮▮▮▮, and corresponded with plaintiffs' counsel regarding ▮▮▮▮▮. |
| 02/26/24 | K M Sadler | 0.5 | Emails to/from B. Day, review of ▮▮▮▮▮, and drafted ▮▮▮▮▮▮. |
| 02/27/24 | B A Day | 0.5 | Discussed ▮▮ concerning ▮▮▮▮▮▮ with D. Arlington and reviewed ▮▮▮ concerning same. |
| 02/29/24 | D T Arlington | 0.2 | Communicated with B. Day regarding ▮▮▮▮▮▮. |
| 02/29/24 | B A Day | 0.3 | Discussed ▮▮▮▮▮▮ with D. Arlington and began drafting same. |

**Matter Hours** **20.8**

## 079716.0123: Canada Litigation Matters

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/05/24 | K M Sadler | 0.8 | Emails to/from DOJ re ▮▮▮▮▮ (.6); email to/from Examiner (.2). |
| 02/13/24 | K M Sadler | 0.4 | Emails to/from Osler re ▮▮▮▮▮ (.2); emails to/from DOJ re ▮▮ (.2). |
| 02/15/24 | K M Sadler | 0.6 | Emails to/from DOJ re ▮▮▮▮ (.4); emails to/from Osler (.2). |

**Matter Hours** **1.8**

## 079716.0126: Broker Litigation

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/02/24 | M R Dwertman | 0.2 | Reviewed ▮▮▮▮▮▮▮▮ and replied to defendant email regarding same. |

APP. 0387

# BAKER BOTTS LLP

Invoice No:      2682827
Invoice Date:    March 31, 2024

Janvey, Ralph S., Receiver

---

**079716.0126: Broker Litigation**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/05/24 | M R Dwertman | 0.1 | Sent ▮▮▮▮▮▮▮ to defendant. |
| 02/12/24 | M R Dwertman | 0.1 | Reviewed ▮▮▮▮▮ and sent ▮▮▮▮ email to defendant regarding ▮▮▮▮▮ |
| 02/20/24 | M R Dwertman | 0.2 | Reviewed ▮▮▮▮▮ and updated ▮▮▮▮ ▮▮▮▮ (.1); reviewed ▮▮▮▮ from defendant and sent email to S. Powers regarding same (.1). |
| 02/29/24 | B A Day | 0.2 | Communicated with K. Sadler, D. Arlington, and M. Dwertman concerning ▮▮▮ regarding ▮▮▮▮ ▮▮▮ and reviewed ▮▮▮▮▮ concerning such defendant. |
| 02/29/24 | S D Powers | 0.2 | Drafted/reviewed emails regarding ▮▮▮▮▮ ▮▮▮▮▮. |
| 02/29/24 | K M Sadler | 1.0 | Reviewed ▮▮▮▮ re ▮ ▮▮▮▮ (.5); emails to/from D. Arlington and M. Dwertman re ▮▮▮▮▮ (.5). |

| | | | |
|------|------|-------|---|
| **Matter Hours** | | **2.0** | |

**079716.0127: Investor Litigation**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/05/24 | B A Day | 3.7 | Reviewed and analyzed ▮▮▮▮▮ ▮▮▮ concerning ▮▮▮▮▮ for purposes of determining ▮▮▮▮▮. |
| 02/05/24 | D J Samford | 1.0 | Searched for ▮▮▮▮▮ (.8); provided ▮▮▮ to B. Day (.2). |
| 02/06/24 | B A Day | 6.6 | Continued review and analysis of ▮▮▮ concerning ▮▮▮▮▮ and drafted ▮▮▮ concerning same. |

APP. 0388

**BAKER BOTTS** LLP

|  |  |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

**079716.0127: Investor Litigation**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/07/24 | B A Day | 4.2 | Further reviewed and analyzed ███████ concerning ███████ and corresponded with K. Sadler, S. Powers, and ███████ regarding same (1.5); analyzed ███████ regarding ███████ for purposes of ███████ (2.7). |
| 02/08/24 | B A Day | 6.4 | Reviewed and analyzed ███████ regarding ███████ to determine ███████. |
| 02/09/24 | B A Day | 5.2 | Reviewed and analyzed ███████ concerning ███████. |
| 02/22/24 | B A Day | 1.3 | Communicated with ███████ concerning ███████ (.4); reviewed and analyzed concerning ███████ (.9). |
| 02/26/24 | B A Day | 7.4 | Reviewed and analyzed ███████ concerning ███████ and updated ███████ concerning ███████ for purposes of ███████. |
| 02/27/24 | B A Day | 6.9 | Continued review and analysis of ███████ regarding ███████ and updated ███████ concerning same. |
| 02/28/24 | B A Day | 1.7 | Continued review and analysis of ███████ concerning ███████. |

**Matter Hours**              **44.4**

APPX 0398

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

---

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/01/24 | D T Arlington | 0.3 | Reviewed ███████████ and related communications (.2); reviewed ████ regarding ████ (.1). |
| 02/01/24 | M R Dwertman | 3.9 | Reviewed email from FTI regarding ████ and replied to same (.5); updated ████ and checked against ████ (1.6); replied to email from claims purchaser (.1); reviewed ████ and sent email to transferee regarding ████ (1.7). |
| 02/02/24 | M R Dwertman | 1.4 | Reviewed ████ (.3); sent ████ email to transferee (.1); sent to transferor (.1); reviewed ████ and sent email to Gilardi re ████ (.8); reviewed and sent ████ (.1). |
| 02/05/24 | M R Dwertman | 0.8 | Reviewed ████ in advance of call with claims purchaser (.4); call with claims purchaser (.2); replied to emails from claimants, claims purchaser, and M. Barnhart (.2). |
| 02/06/24 | M R Dwertman | 0.6 | Discussed ████ with B. Day (.3); replied to claimant email regarding ████ (.1); replied to M. Barnhart email regarding ████ (.1); updated ████ (.1). |
| 02/07/24 | M R Dwertman | 0.5 | Replied to M. Barnhart email regarding ████ (.1); finished reviewing ████ (.4). |
| 02/08/24 | M R Dwertman | 0.2 | Replied to M. Barnhart email regarding ████ (.1); reviewed ████ and sent email to FTI re: ████ (.1). |
| 02/09/24 | B A Day | 0.8 | Corresponded with K. Sadler, D. Arlington, and M. Dwertman regarding ████ (.5); corresponded with K. Sadler and D. Arlington regarding concerning ████ (.3). |
| 02/09/24 | K M Sadler | 0.4 | Emails to/from B. Day re ████. |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/10/24 | K M Sadler | 0.4 | Emails to/from B. Day re ██████████████████ █. |
| 02/13/24 | B A Day | 0.7 | Reviewed ██████ concerning ██████████ and communicated with Gilardi and M. Dwertman with respect to same. |
| 02/13/24 | M R Dwertman | 4.1 | Addressed ██████ relating to ██████ and discussed same with B. Day (.4); replied to multiple emails from M. Barnhart re: ██████ (.2); replied to ██████ email (.1); replied to emails from claimant and claims purchaser (.2); input ██████ into ██████, calculated ██████, and sent email to FTI regarding ██████ (1.4); updated ██████ related to ██████ and sent email to FTI regarding ██████ (1.8). |
| 02/13/24 | K M Sadler | 0.4 | Emails to/from B. Day re ██████████████ █. |
| 02/14/24 | B A Day | 0.3 | Communicated with Gilardi and counsel for ██████ concerning ██████. |
| 02/14/24 | M R Dwertman | 7.6 | Replied to M. Barnhart emails re: ██████ (.2); replied to FTI inquiries regarding ██████ (1.1); replied to FTI questions regarding ██████ (.5); finished inputting ██████, and sent ██████ to Gilardi (1.7); acknowledged ██████ and sent ██████ to Gilardi, purchaser, and Examiner (.5); acknowledged ██████ and sent ██████ to Gilardi, purchaser, and Examiner (.2); reviewed and updated ██████ (3.4). |
| 02/15/24 | M R Dwertman | 0.4 | Communicated with FTI regarding ██████ (.1); updated shared drive files for ██████ (.2); replied to email from claimant (.1). |
| 02/19/24 | M R Dwertman | 1.7 | Reviewed and approved ██████ and updated ██████ (.1); updated ██████ to reflect ██████ (.4); replied to claims-related emails from M. Barnhart (.1); reviewed ██████ per request of claims purchaser (.2). |

APPX 0324

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

**079716.0129: Claims Management**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/20/24 | M R Dwertman | 0.2 | Sent email to FTI regarding ██████████████ ██████. |
| 02/21/24 | M R Dwertman | 2.1 | Replied to email from claims purchaser (.1); began working on ██████████████████ (1.9); sent email to FTI regarding ████████ (.1). |
| 02/22/24 | M R Dwertman | 3.2 | Sent ████████████████ to counsel for claimants (.1); continued working on ████████████████ (3.1). |
| 02/25/24 | M R Dwertman | 0.5 | Reviewed ██████████████████████ and sent to claims purchaser. |
| 02/26/24 | M R Dwertman | 4.4 | Reviewed ████████████████ ████ to confirm ████ and sent email regarding ██████████████████ (2.6); continued working on ████████ with focus on ████████ ██████████████████ and sent email to FTI regarding same (1.4); reviewed ████████████ and replied to email from claims purchaser (.3); updated ████████████ to reflect ██████ ████ (.1). |
| 02/27/24 | M R Dwertman | 2.8 | Reviewed ████████████████████, updated ████████████████, sent to Gilardi for ██████████, and sent email to FTI regarding ████████████ (.4); searched ████████████ for ████████████████████████ and sent email to D. Arlington and K. Sadler regarding same (.5); briefly researched ████████████ (.3); continued working on ████████ with focus on ████████████████ (.9); communicated with M. Barnhart re: ████████ (.1); requested ████████ from Gilardi (.1); responded to claimant email regarding ████ (.2); researched ████████, drafted ████████ regarding same, and sent email to K. Sadler regarding same (.3) |
| 02/27/24 | K M Sadler | 1.0 | Reviewed ████████████████ and emails to/from Arlington re ████████████████████ (.9); email to Examiner (.1). |
| 02/28/24 | D T Arlington | 0.4 | Reviewed ██████ relating to ████████████ ██████ involving ██████ and communicated with K. Sadler and M. Dwertman regarding same. |

# BAKER BOTTS LLP

Invoice No:    2682827
Invoice Date:   March 31, 2024

Janvey, Ralph S., Receiver

## 079716.0129: Claims Management

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/28/24 | M R Dwertman | 0.7 | Reviewed ▮▮▮▮▮ from FTI related to ▮▮▮▮ and sent email to M. Barnhart regarding same (.2); reviewed ▮▮▮▮, sent email to Gilardi regarding ▮▮▮▮, and updated ▮▮▮▮ (.2); replied to D. Arlington email regarding ▮▮▮▮ (.3). |
| 02/28/24 | K M Sadler | 1.0 | Emails to/from M. Dwertman and D. Arlington and review of ▮▮▮▮ re ▮▮▮▮ (.6); emails to/from B. Day re ▮▮▮▮ (.4). |
| 02/29/24 | M R Dwertman | 0.2 | Communicated with D. Arlington and K. Sadler regarding ▮▮▮▮ (.1); replied to M. Barnhart emails regarding ▮▮▮▮ (.1). |

| **Matter Hours** | | **41.0** | |

## 079716.0139: Investor Committee Matters

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 02/01/24 | D T Arlington | 0.7 | 300[1] | Reviewed ▮▮▮▮ regarding ▮▮▮▮ and communicated with K. Sadler, S. Powers and OSIC counsel regarding same (.6); reviewed ▮▮▮▮ (.1). |
| 02/02/24 | B H Bowen | 1.9 | 300 | Drafted ▮▮▮▮ regarding ▮▮▮▮ as well as ▮▮▮▮ (1.8); conferred with K. Sadler regarding ▮▮▮▮ regarding ▮▮▮▮ (.1). |
| 02/02/24 | S D Powers | 0.6 | 300 | Drafted/reviewed emails regarding ▮▮▮▮ (.3); drafted/reviewed emails and conference with L. Roussev regarding ▮▮▮▮ (.3). |
| 02/02/24 | L M Roussev | 0.2 | 300 | Call with S. Powers re ▮▮▮▮ in connection with ▮▮▮▮. |

---

[1] Task Code 100 denotes fees and expenses attributable to law-firm litigation matters; Task Code 200 denotes fees and expenses attributable to general/other OSIC matters; Task Code 300 denotes fees and expenses attributable to bank litigation matters.

APPX. 0386

# BAKER BOTTS LLP

Invoice No:      2682827
Invoice Date:    March 31, 2024

Janvey, Ralph S., Receiver

---

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 02/02/24 | K M Sadler | 1.4 | 300 | Emails to/from Receivership staff re ███████ (.4); emails to/from Receiver (.2); emails to/from Examiner (.2); emails to/from OSIC counsel (.2); emails to/from and conference with B. Bowen re ███████ (.4). |
| 02/05/24 | S D Powers | 0.3 | 300 | Drafted/reviewed emails with L. Roussev regarding ███████. |
| 02/05/24 | L M Roussev | 0.6 | 300 | Reviewed ███ and prepared ███ regarding same for S. Powers's review (.2); correspondence with S. Powers (.1); sent email to Fishman Haygood and Snyder (.1); calculated ███████ and emailed S. Powers re same (.1); requested that M. Barnhart ███████ (.1). |
| 02/11/24 | S F Cagniart | 5.9 | 300 | Reviewed and analyzed ███████, and reviewed and commented on B. Bowen's ███████. |
| 02/13/24 | B H Bowen | 1.3 | 300 | Conferred with K. Sadler regarding ███████ (.2); drafted email to K. Sadler regarding ███████ (.4); corresponded with S. Powers regarding ███████ (.2); drafted ███████ regarding the ███████ (.5). |
| 02/13/24 | S D Powers | 0.2 | 300 | Drafted/reviewed emails regarding ███████. |
| 02/14/24 | B H Bowen | 0.6 | 300 | Sent and received/reviewed emails to/from K. Sadler and S. Powers regarding ███████ (.5); sent email to OSIC co-counsel for ███████ (.1). |
| 02/14/24 | K M Sadler | 0.2 | 300 | Emails to/from B. Bowen re ███████. |
| 02/15/24 | D T Arlington | 0.1 | 300 | Reviewed ███ regarding ███████ concerning ███████. |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

---

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|---|---|---|---|---|
| 02/15/24 | B H Bowen | 0.2 | 300 | Conferred with K. Sadler regarding ███ (.1); reviewed ███ (.1). |
| 02/16/24 | B H Bowen | 0.1 | 300 | Reviewed ███ . |
| 02/20/24 | D T Arlington | 0.3 | 300 | Reviewed ███ regarding ███ and researched ███ . |
| 02/20/24 | B H Bowen | 0.3 | 300 | Reviewed ███ (.1); oversaw filing of ███ (.2). |
| 02/21/24 | B H Bowen | 1.1 | 300 | Reviewed ███ (.2); conferred with K. Sadler about ███ (.1); reviewed ███ (.4); sent and received/reviewed email correspondence to/from OSIC counsel and the Examiner regarding ███ (.2) edited ███ to reflect comments from the Examiner and OSIC counsel (.2). |
| 02/23/24 | B H Bowen | 0.4 | 300 | Reviewed ███ (.3); sent and received/reviewed emails to/from K. Sadler regarding ███ (.1). |
| 02/26/24 | B H Bowen | 0.1 | 300 | Reviewed ███ . |
| 02/26/24 | K M Sadler | 0.8 | 300 | Emails to/from B. Bowen re ███ (.4); emails to/from Receiver (.2); emails to/from Examiner (.2). |
| 02/27/24 | D T Arlington | 1.9 | 200 | Reviewed and analyzed ███ relating to ███ and communicated with K. Sadler and B. Day regarding same. |
| 02/27/24 | B H Bowen | 1.1 | 300 | Reviewed ███ (.2); prepared ███ (.5); conferred with K. Sadler and S. Powers via email about ███ (.4). |

APPX 0395

# BAKER BOTTS LLP

Invoice No:      2682827
Invoice Date:    March 31, 2024

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

| Date | Name | Hours | Task | Description |
|------|------|-------|------|-------------|
| 02/27/24 | R A Howell | 0.4 | 300 | Reviewed ███████ ████████ regarding ███████, and communicated with B. Bowen regarding same (.3); communicated with paralegal clerks regarding ██████ concerning ██████ (.1). |
| 02/27/24 | S D Powers | 0.6 | 300 | Reviewed ███████ regarding ███████ ███████ and drafted/reviewed emails regarding same. |
| 02/27/24 | K M Sadler | 1.8 | 200 | Emails to/from and conference with D. Arlington re ███████ (.5); conference with OSIC counsel and Examiner re ██████ (.5); follow-up emails to/from D. Arlington (.4); follow-up emails to/from OSIC counsel (.4). |
| 02/27/24 | K M Sadler | 1.8 | 300 | Reviewed ███████ and emails to/from B. Bowen re ██████ (.6); emails to bank counsel re ██████ (.4); conference with S. Powers re ███████ (.2); emails to/from investor claimant re ██████ (.2); emails to/from B. Bowen re ███████ (.2); emails to/from OSIC counsel re ██████ (.2). |
| 02/28/24 | B H Bowen | 0.4 | 300 | Reviewed ███████ (.1); reviewed ██████ (.1); oversaw ██████ (.2). |
| 02/28/24 | S D Powers | 0.1 | 300 | Drafted/reviewed emails regarding ██████. |
| 02/28/24 | K M Sadler | 0.6 | 300 | Emails to/from B. Bowen re ██████ (.2); emails to/from Bank counsel re ██████ (.4). |
| 02/29/24 | D T Arlington | 0.2 | 200 | Reviewed ██████ ██████ regarding ██████ |

| | | | | |
|---|---|---|---|---|
| **Matter Hours** | | **26.2** | | |

Page 14

# BAKER BOTTS LLP

Invoice No:      2682827
Invoice Date:    March 31, 2024

Janvey, Ralph S., Receiver

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/24 | D T Arlington | 1.8 | Reviewed ▮▮▮▮▮▮ and communications with Gilardi regarding same (.1); reviewed ▮▮▮▮▮ and communications regarding same (.3); reviewed multiple communications with claimants, Receivership personnel and Gilardi regarding ▮▮▮▮ (.8); reviewed ▮▮▮ from CC personnel concerning ▮▮▮ (.5); reviewed ▮▮▮ (.1). |
| 02/01/24 | B A Day | 3.5 | Investigated and analyzed ▮▮▮▮▮, updated ▮▮▮▮ with respect to same, and corresponded with Stanford staff, D. Arlington, and Gilardi regarding ▮▮▮▮. |
| 02/02/24 | B A Day | 7.5 | Reviewed and analyzed ▮▮▮ concerning the ▮▮▮▮ and corresponded with Gilardi and D. Arlington with respect to same (3.0); investigated and analyzed ▮▮▮▮, updated ▮▮▮▮, and communicated with Stanford staff, D. Arlington, and Gilardi with respect to such groups (4.5). |
| 02/03/24 | D T Arlington | 0.1 | Reviewed communications regarding ▮▮▮▮. |
| 02/03/24 | B A Day | 0.9 | Reviewed and analyzed ▮▮▮ for purposes of ▮▮▮▮ and discussed same with S. Powers. |
| 02/04/24 | D T Arlington | 0.5 | Reviewed multiple emails with claimants regarding ▮▮▮▮. |
| 02/05/24 | K M Sadler | 0.4 | Emails to/from OSIC counsel re ▮▮▮▮. |
| 02/06/24 | B A Day | 2.0 | Reviewed ▮▮▮ from Gilardi concerning ▮▮▮ and requested ▮▮▮ regarding same from Gilardi (.2); corresponded with Stanford staff, K. Sadler, S. Powers, and L. Roussev concerning ▮▮▮ for purposes of the ▮▮▮ (.3); reviewed and analyzed ▮▮ concerning ▮▮▮ and corresponded with Stanford staff and D. Arlington regarding same (.5); attended conference call with FTI concerning ▮▮▮ (1.0). |
| 02/06/24 | S D Powers | 0.2 | Drafted/reviewed emails regarding ▮▮▮ for purposes of ▮▮▮. |

# BAKER BOTTS LLP

Invoice No: 2682827
Invoice Date: March 31, 2024

Janvey, Ralph S., Receiver

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/06/24 | L M Roussev | 0.6 | Communicated with K. Sadler, B. Day, S. Powers, and M. Barnhart re ███████ and calculated/confirmed ██████ per B. Day's request. |
| 02/06/24 | K M Sadler | 0.4 | Emails to/from Examiner and Receiver re ████████████ |
| 02/07/24 | B A Day | 4.2 | Further reviewed and analyzed ██████████ concerning ████ ████████████████ and corresponded with D. Arlington regarding same (.3); communicated with K. Sadler, S. Powers, D. Arlington, and L. Roussev regarding ████████████, analyzed ██████████, and revised same (3.9). |
| 02/07/24 | S D Powers | 0.1 | Drafted/reviewed emails regarding ████████████. |
| 02/07/24 | L M Roussev | 0.3 | Conferences with B. Day re ████████████████. |
| 02/08/24 | D T Arlington | 0.5 | Reviewed ████████████ and communicated with B. Day regarding same. |
| 02/08/24 | B A Day | 1.9 | Discussed ████████████ with K. Sadler, S. Powers, and D. Arlington, conferred with parties in the SEC v. SIBL case concerning same, and updated █████ with respect to same. |
| 02/08/24 | K M Sadler | 0.4 | Emails to/from B. Day and review of █████ re ████████████. |
| 02/09/24 | D T Arlington | 0.2 | Communicated with B. Day and K. Sadler regarding ██████ ██████████. |
| 02/09/24 | B A Day | 0.9 | Communicated with K. Sadler, S. Powers, D. Arlington, M. Dwertman, Gilardi, FTI, and Stanford staff concerning ████████████ and finalized, filed, and served same. |
| 02/09/24 | S D Powers | 0.1 | Drafted/reviewed emails regarding ████████████ ██████████. |
| 02/09/24 | K M Sadler | 0.2 | Emails to/from B. Day re ████████████. |
| 02/10/24 | D T Arlington | 0.2 | Communicated with K. Sadler and B. Day regarding ████████████. |
| 02/12/24 | D T Arlington | 1.0 | Participated in call with FTI and Gilardi regarding ██████ ████████████. |

APP. 0398

# BAKER BOTTS LLP

Invoice No:      2682827
Invoice Date:    March 31, 2024

Janvey, Ralph S., Receiver

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/12/24 | B A Day | 4.4 | Corresponded with Stanford staff concerning ███████████ ████████████ (.4); reviewed and analyzed ███████ related to ██████████ to determine █████████ (1.8); prepared for and attended conference call with Gilardi, FTI, D. Arlington, and M. Dwertman regarding ████████████ ██████████ (1.7); attended conference call with Gilardi concerning █████ and reviewed █████ (.5). |
| 02/12/24 | M R Dwertman | 0.7 | Call regarding ████████████████. |
| 02/13/24 | B A Day | 7.5 | Continued review and analysis of ████████ associated with ████████, including ██████ ████. |
| 02/14/24 | B A Day | 7.2 | Further reviewed and analyzed ████████ ████████, relating to ████████ (6.9); reviewed and analyzed ████████ from FTI in the context of preparing ████████ and corresponded with FTI regarding same (.3). |
| 02/15/24 | D T Arlington | 0.3 | Reviewed ██████ relating to ██████████ and communicated with Examiner and K. Sadler regarding same. |
| 02/15/24 | B A Day | 4.5 | Completed review and analysis of ████████ concerning █████ and sent ████████ to K. Sadler and D. Arlington (4.0); reviewed and analyzed █████ concerning ████ (.5). |
| 02/16/24 | D T Arlington | 0.6 | Reviewed communications with Gilardi regarding ██████ (.1); reviewed multiple communications with Receivership personnel and Gilardi concerning ████████ (.3); reviewed ████████ and communicated with B. Day regarding same (.2). |
| 02/16/24 | B A Day | 7.9 | Investigated and analyzed ████████ ████, corresponded with Stanford staff, D. Arlington, and Gilardi with respect to same, and updated ████████ ████ (7.6); reviewed and analyzed correspondence from Stanford staff concerning ████████ ████████ (.3). |
| 02/17/24 | D T Arlington | 0.3 | Reviewed ████████████ and related communications. |

# BAKER BOTTS LLP

Invoice No:     2682827
Invoice Date:   March 31, 2024

Janvey, Ralph S., Receiver

---

**079716.0152: Distribution Plan Matters**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 02/18/24 | D T Arlington | 0.1 | Communicated with B. Day regarding ███████. |
| 02/19/24 | D T Arlington | 0.1 | Communicated with B. Day and Examiner regarding ███████. |
| 02/19/24 | K M Sadler | 1.4 | Emails to/from B. Bowen re ███████ (.4); emails to/from Receivership staff re ███████ (.6); emails to/from Examiner and OSIC counsel re ███████ (.4). |
| 02/20/24 | D T Arlington | 1.2 | Reviewed ███████ relating to ███████ and communicated with B. Day regarding same (1.0); reviewed ███████ relating to ███████ and communicated with B. Day regarding same (.2). |
| 02/20/24 | B A Day | 8.3 | Corresponded with D. Arlington, M. Dwertman, and Gilardi concerning ███████ (.3); reviewed and analyzed ███████ and corresponded with Gilardi and D. Arlington concerning ███████ (.9); corresponded with Gilardi and D. Arlington regarding ███████ (.1); investigated and analyzed ███████, updated ███████, and corresponded with Stanford staff, D. Arlington, and Gilardi with respect to ███████ (7.0). |
| 02/21/24 | D T Arlington | 0.3 | Communicated with B. Day regarding ███████. |
| 02/21/24 | B A Day | 7.0 | Corresponded with D. Arlington, Stanford staff, and attorneys for ███████ concerning ███████ (1.0); investigated and analyzed ███████, updated ███████ with respect to same, and communicated with Stanford staff and D. Arlington concering ███████ (6.0). |
| 02/22/24 | B A Day | 5.6 | Analyzed and investigated ███████, communicated with Stanford staff and D. Arlington regarding same, and updated ███████. |
| 02/23/24 | B A Day | 6.7 | Reviewed and analyzed ███████ from CCS and communicated with Gilardi with respect to same (5.4); investigated ███████, updated ███████, and communicated with Stanford staff, Gilardi, and D. Arlington with respect to ███████ (.9); communicated with FTI and Stanford staff concerning ███████ (.4). |

# BAKER BOTTS LLP

Invoice No:     2682827
Invoice Date:   March 31, 2024

Janvey, Ralph S., Receiver

---

**079716.0152: Distribution Plan Matters**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/27/24 | B A Day | 1.5 | Investigated ███████████████, updated ████████████, and communicated with Stanford staff with respect to such |
| 02/28/24 | B A Day | 7.3 | Reviewed ████████████ concerning ████████████ and corresponded with Gilardi regarding ████████████ (.1); investigated and analyzed ████████████, communicated with Stanford staff, D. Arlington, and Gilardi concerning ████████, and updated ████████ (5.6); provided ████████████ to K. Sadler concerning ████████████ regarding ████████████ and analyzed ████ for same (1.6). |
| 02/29/24 | D T Arlington | 1.0 | Reviewed ████████ regarding ████████████ and communicated with K. Sadler, M. Dwertman and ████████████ regarding same (.8); reviewed ████ relating to ████████ and communicated with B. Day regarding same (.2). |
| 02/29/24 | B A Day | 1.3 | Provided ████████ to FTI, Gilardi, and Stanford staff concerning ████████ (.3); prepared ████████████████ with respect to ████████ at the request of D. Arlington (.7); investigated and analyzed ████████████████ and corresponded with Stanford staff and D. Arlington concerning same (.3). |

**Matter Hours**           **103.1**

---

**079716.0155: CD Claims Objections**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/07/24 | B A Day | 0.2 | Reviewed ████████████████████████ |

**Matter Hours**           **0.2**

APP. 0404
Appx. 86

**BAKER BOTTS** LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

**079716.0168: GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness.**

**Task 300[2]**     **Post-Judgment Litigation**

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/06/24 | B H Bowen | 1.4 | Researched Federal Rules of Appellate Procedure and Fifth Circuit local rules about ███████ (1.1); sent and received/reviewed email correspondence to/from S. Powers, K. Sadler, and S. Cagniart regarding ███████ (.3). |
| 02/06/24 | R A Howell | 0.2 | Communicated with B. Bowen regarding ███████ |
| 02/06/24 | S D Powers | 0.4 | Conferences/emails regarding ███████ concerning ███████ |
| 02/06/24 | K M Sadler | 0.6 | Emails to/from and conference with S. Powers re ███████. |
| 02/07/24 | B H Bowen | 5.2 | Researched ███████ (.3); researched and summarized ███████ at the request of S. Powers (4.9). |
| 02/07/24 | K M Sadler | 0.4 | Emails to/from S. Powers/S. Cagniart re ███ and follow up with S. Cagniart re ███████. |
| 02/08/24 | B H Bowen | 6.3 | Continued researching ███████ in connection with ███████ (3.3); sent and received/reviewed email correspondence to/from S. Powers and K. Sadler regarding ███████ (.3); continued drafting ███████ (2.7). |
| 02/08/24 | S D Powers | 0.2 | Drafted/reviewed emails with B. Bowen regarding ███████ |
| 02/08/24 | K M Sadler | 1.0 | Reviewed ███████ and emails to/from B. Bowen and S. Powers. |
| 02/09/24 | B H Bowen | 4.0 | Sent and received/reviewed email correspondence to/from K. Sadler, S. Powers, and S. Cagniart regarding ███████ (.9); drafted ███████ (3.1). |

---

[2] Task Code 100 denotes fees and expenses attributable to Magness's appeal of the district court's award of $79 million to the Receiver and other work related to the 0168 matter not categorized within Task Code 200 or 300; Task Code 200 denotes fees and expenses attributable to the Magness Defendants' appeal of the district court's award of prejudgment interest and attorneys' fees to the Receiver; Task Code 300 relates to the Magness Defendants' effort to prevent the Receiver from collecting on the district court's now-final judgment under TUFTA of $79 million to the Receiver, including his requests to file a new complaint against the Receiver, and objections to the Receiver's motion to distribute the recovered funds.

App. 06

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/09/24 | S D Powers | 0.4 | Reviewed/commented on ▮▮▮▮ and conference/emails with K. Sadler and B. Bowen regarding same. |
| 02/09/24 | K M Sadler | 0.5 | Emails to/from B. Bowen and S. Powers re ▮▮▮▮▮▮▮▮▮▮▮. |
| 02/10/24 | K M Sadler | 0.8 | Emails to/from B. Bowen re ▮▮▮▮ (.4); emails to/from Examiner (.2); emails to/from Receiver (.2). |
| 02/11/24 | B H Bowen | 0.4 | Prepared and filed ▮▮▮▮▮▮▮▮▮. |
| 02/11/24 | S F Cagniart | 0.8 | Reviewed and edited ▮▮▮▮▮▮ regarding ▮▮▮▮▮, and reviewed ▮▮▮▮. |
| 02/11/24 | R A Howell | 0.5 | Communicated with B. Bowen regarding ▮▮▮▮▮▮ (.3); revised ▮▮▮▮▮ and finalized for filing (.2). |
| 02/16/24 | D T Arlington | 0.1 | Reviewed ▮▮▮▮▮. |
| 02/16/24 | B H Bowen | 0.3 | Reviewed ▮▮▮▮▮ (.2); drafted email to K. Sadler summarizing ▮▮▮▮ (.1). |
| 02/16/24 | K M Sadler | 0.6 | Reviewed ▮▮▮▮▮ and emails to/from Receiver (.4); emails to/from Examiner re ▮▮ (.2). |

| | | |
|---|---|---|
| **Task Hours Total** | **24.1** | |
| **Matter Hours** | **24.1** | |

APP. 0496

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

## 2024 Lawyer Summary

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| D T Arlington | 20.5 | 714.00 | 14,637.00 |
| B H Bowen | 25.5 | 382.00 | 9,741.00 |
| S F Cagniart | 6.7 | 753.00 | 5,045.10 |
| B A Day | 140.5 | 714.00 | 100,317.00 |
| M R Dwertman | 37.7 | 658.00 | 24,806.60 |
| S D Powers | 3.6 | 753.00 | 2,710.80 |
| L M Roussev | 1.7 | 472.00 | 802.40 |
| K M Sadler | 28.9 | 973.00 | 28,119.70 |
| | **265.1** | | **$186,179.60** |

## 2024 Non-Lawyer Summary

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| K G Austin | 1.1 | 161.00 | 177.10 |
| R A Howell | 1.1 | 255.00 | 280.50 |
| E Navarro | 0.7 | 161.00 | 112.70 |
| Z M Peffley | 2.2 | 161.00 | 354.20 |
| D J Samford | 1.0 | 179.00 | 179.00 |
| | **6.1** | | **$1,103.50** |

APP-0494

**BAKER BOTTS** LLP

Invoice No:      2682827
Invoice Date:    March 31, 2024

Janvey, Ralph S., Receiver

---

**079716.0117: Litigation - SEC vs. SIB, et al**

**For Expenses Incurred:**

Delivery Services/Messengers                                                                 425.00

Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 6,060.24 GB          90,903.60

**Matter Expenses**                                                                      **$91,328.60**

**079716.0126: Broker Litigation**

**For Expenses Incurred:**

Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 20.9 GB               313.50

**Matter Expenses**                                                                        **$313.50**

**079716.0127: Investor Litigation**

**For Expenses Incurred:**

Retainer for ████████████████                                                            2,250.00

Online Legal Research: Courtlink                                                           139.32

Online Legal Research: Westlaw                                                             151.32

**Matter Expenses**                                                                      **$2,540.64**

APP. 0495

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 2682827 |
| Invoice Date: | March 31, 2024 |

Janvey, Ralph S., Receiver

**079716.0139: Investor Committee Matters**

**For Expenses Incurred:**

| | |
|---|---|
| Online Legal Research: Westlaw | 47.58 |
| Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 2,729.03 GB | 40,935.45 |
| **Matter Expenses** | **$40,983.03** |

**079716.0168: GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness.**

**For Expenses Incurred:**

| | |
|---|---|
| Online Legal Research: Westlaw | 35.88 |
| Lighthouse – Data Storage Fees – Internal Database Hosting – per GB, 133.07 GB | 1,996.05 |
| **Matter Expenses** | **$2,031.93** |

APP. 0496

# BAKER BOTTS L.L.P.

|  |  |
|---|---|
| Austin | New York |
| Brussels | **Palo Alto** |
| Dallas | Riyadh |
| Dubai | San Francisco |
| Houston | Singapore |
| London | Washington |

TAX ID ████████

Stanford Financial Group Receivership
ATTN: Mr. Ralph S. Janvey, Receiver
2100 Ross Avenue
Suite 2600
Dallas, TX 75201

**Due Upon Receipt**

| | |
|---|---|
| Invoice Number: | 2682827 |
| Invoice Date: | March 31, 2024 |
| Attorney: | K M Sadler |

## REMITTANCE STATEMENT

|  | FEES | EXPENSES | AMOUNT |
|---|---|---|---|
| **079716.0106**<br>Coin and Bullion Operations | 285.60 | 0.00 | 285.60 |
| **079716.0108**<br>Disclosure and Communications | 76.40 | 0.00 | 76.40 |
| **079716.0113**<br>Receivership Corporate Matters | 2,476.60 | 0.00 | 2,476.60 |
| **079716.0116**<br>Litigation Administration | 644.00 | 0.00 | 644.00 |
| **079716.0117**<br>Litigation - SEC vs. SIB, et al | 16,882.80 | 91,328.60 | 108,211.40 |
| **079716.0123**<br>Canada Litigation Matters | 1,751.40 | 0.00 | 1,751.40 |
| **079716.0126**<br>Broker Litigation | 1,661.20 | 313.50 | 1,974.70 |
| **079716.0127**<br>Investor Litigation | 31,166.60 | 2,540.64 | 33,707.24 |
| **079716.0129**<br>Claims Management | 28,126.00 | 0.00 | 28,126.00 |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:*     **Wiring Instructions**          ***ACH Information:***          *To Pay by Check, send to:*





# BAKER BOTTS L.L.P.

| | |
|---|---|
| Austin | New York |
| Brussels | **Palo Alto** |
| Dallas | Riyadh |
| Dubai | San Francisco |
| Houston | Singapore |
| London | Washington |

TAX ID ███████

| | | | |
|---|---|---|---|
| **079716.0139** Investor Committee Matters (Task Code 100)[3] | 0.00 | 0.00 | 0.00 |
| **079716.0139** Investor Committee Matters (Task Code 200) | 3,250.80 | 0.00 | 3,250.80 |
| **079716.0139** Investor Committee Matters (Task Code 300) | 14,598.50 | 40,983.03 | 55,581.53 |
| **079716.0152** Distribution Plan Matters | 74,097.20 | 0.00 | 74,097.20 |
| **079716.0155** CD Claims Objections | 142.80 | 0.00 | 142.80 |
| **079716.0168** GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness. (Task Code 100)[4] | 0.00 | 1,996.05 | 1,996.05 |
| **079716.0168** GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness. (Task Code 200) | 0.00 | 0.00 | 0.00 |
| **079716.0168** GMAG LLC, Gary D. Magness Irrevocable Trust, Magness Securities LLC, and Gary D. Magness. (Task Code 300) | 12,123.20 | 35.88 | 12,159.08 |
| **INVOICE TOTAL** | **187,283.10** | **137,197.70** | **324,480.80** |

---

[3] Task Code 100 denotes fees and expenses attributable to law-firm litigation matters; Task Code 200 denotes fees and expenses attributable to general/other OSIC matters; Task Code 300 denotes fees and expenses attributable to bank litigation matters.

[4] Task Code 100 denotes fees and expenses attributable to Magness's appeal of the district court's award of $79 million to the Receiver and other work related to the 0168 matter not categorized within Task Code 200 or 300; Task Code 200 denotes fees and expenses attributable to the Magness Defendants' appeal of the district court's award of prejudgment interest and attorneys' fees to the Receiver; Task Code 300 relates to the Magness Defendants' effort to prevent the Receiver from collecting on the district court's now-final judgment under TUFTA of $79 million to the Receiver, including his requests to file a new complaint against the Receiver, and objections to the Receiver's motion to distribute the recovered funds.

---

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:*   **Wiring Instructions**   **ACH Information:**   *To Pay by Check, send to:*





# EXHIBIT C



## *Forensic and Litigation Consulting*

January 12, 2024

Kevin M. Sadler, Esq.
Baker Botts, LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701
United States

RE:  Stanford Financial Group Receivership
Job No. 008334.0239
Invoice No. 100100045442

Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees from December 01, 2023 through December 31, 2023.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Scott Sizemore
Senior Managing Director



*Invoice Remittance*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---|
| | **January 12, 2024** |
| **Invoice No.** | **100100045442** |
| **Job No.** | **008334.0239** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted December 01, 2023 through December 31, 2023**

**Amount Due Current Invoice**                                    $20,085.38

*Please reference invoice number in your remittance.*

**Check Payments To:**
*FTI Consulting Inc*
*P.0. Box 418005*
*Boston, MA 02241-8005*
*United States*

**Overnight Payments To:**
*Bank of America ML*
*Lockbox Services*
*Lockbox 418005*
*MA5-527-02-07*
*2 Morrissey Blvd.*
*Dorchester, MA 02125-8005*





FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

2



## Invoice Remittance

**Kevin M. Sadler, Esq.**                                              **January 12, 2024**
**Baker Botts, LLP**                          **Invoice No.**          **100100045442**
**98 San Jacinto Blvd.**                      **Job No.**              **008334.0239**
**Suite 1500**                                **Terms**                **Net 30 days**
**Austin, TX 78701**                          **Currency**             **USD**
**United States**

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted December 01, 2023 through December 31, 2023**
FTI Consulting performed the following tasks from December 1 through December 31, 2023:

- Provided support to Receivership Administration, specifically:
  - Provided continued assistance to the Receivership related to ███████████, specifically continued working with ████████████████ to resolve ████████████████, and research ████████████████.

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

3



# Invoice Summary

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

|  |  |
|---|---|
|  | **January 12, 2024** |
| **Invoice No.** | **100100045442** |
| **Job No.** | **008334.0239** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted December 01, 2023 through December 31, 2023**

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Scott Sizemore | Senior Managing Director | $924.00 | 1.80 | $1,663.20 |
| **Total Professional Services** | | | **1.80** | **$1,663.20** |

| | Total |
|---|---|
| **Total Product** | **$17,281.60** |

| Invoice Total | USD Amount |
|---|---|
|  | $18,944.80 |
| Sales Tax (6.6%) | $1,140.58 |
| **Total Due** | **$20,085.38** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com



## *Invoice Detail*

**January 12, 2024**

Invoice No.     100100045442
Job No.     008334.0239

**\* Indicates state sales tax applied**

*Total Professional Services*
**Receivership Administration-Billable Standard**
  Scott Sizemore

| Date | Description | Hours |
|---|---|---|
| 12/01/2023 | Receivership Administration - Conference call regarding ▉ with D. Arlington. | 0.30 |
| 12/01/2023 | Receivership Administration - Per ▉ request, direct 11:11 Systems representatives to provide ▉. | 0.20 |
| 12/06/2023 | Receivership Administration - Answer ▉ questions from ▉. | 0.10 |
| 12/06/2023 | Receivership Administration - Request ▉ from 11:11 Systems regarding ▉. | 0.10 |
| 12/07/2023 | Receivership Administration - Answer additional questions from ▉. | 0.10 |
| 12/13/2023 | Receivership Administration - Provide guidance to Receivership regarding ▉ and set up requested call to discuss. | 0.10 |
| 12/18/2023 | Receivership Administration - Conference call regarding ▉ with H. Battle (Receivership). | 0.30 |
| 12/20/2023 | Receivership Administration - Per ▉ request, alert Sungard / 11:11 Systems representatives regarding ▉. | 0.60 |

| | | | |
|---|---|---|---|
| **$924.00** | **per hour x total hrs** | **1.80** | **$1,663.20** |

**Receivership Administration-Billable Standard**      **$1,663.20**

**Total Professional Services**      **$1,663.20**

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▉ | fticonsulting.com



## Invoice Detail

* **Indicates state sales tax applied**

**January 12, 2024**

| Invoice No. | 100100045442 |
|---|---|
| Job No. | 008334.0239 |

| | Name | Group | Home Office | Expense Type | Date | Description | Amount |
|---|---|---|---|---|---|---|---|
| * | RT-Chicago HOSTING | | Chicago, IL | Online Hosting Fees | 12/31/2023 | Online Hosting Fees (574.72 GBs @ $30.00/GB) | **17,241.60** |
| * | RT-Chicago HOSTING | | Chicago, IL | User Fees | 12/31/2023 | User Fees (1 users @ $40.00/user) | **40.00** |
| | TOTAL - RT-Chicago HOSTING | | | | | | $17,281.60 |

| | | |
|---|---|---|
| **TOTAL EXPENSES** | | $17,281.60 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com



**December 2023 Invoice**

| Matter | Time Keeper | Hours | Amount | Percentage |
|---|---|---|---|---|
| Receivership Administration | Scott Sizemore | 1.8 | $1,663.20 | |
| **Receivership Administration Total** | | **1.8** | **$1,663.20** | **100.0%** |
| | | | | |
| **Grand Total** | | **1.8** | **$1,663.20** | **100.0%** |



*Forensic and Litigation Consulting*

February 15, 2024

Kevin M. Sadler, Esq.
Baker Botts, LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701
United States

RE:  Stanford Financial Group Receivership
Job No. 008334.0239
Invoice No. 100100050193

Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees from January 01, 2024 through January 31, 2024.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Scott Sizemore
Senior Managing Director

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

1



# *Invoice Remittance*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---|
| | **February 15, 2024** |
| **Invoice No.** | **100100050193** |
| **Job No.** | **008334.0239** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted January 01, 2024 through January 31, 2024**

**Amount Due Current Invoice**          $22,672.58

*Please reference invoice number in your remittance.*

*Check Payments To:*
*FTI Consulting Inc*
*P.0. Box 418005*
*Boston, MA 02241-8005*
*United States*

*Overnight Payments To:*
*Bank of America ML*
*Lockbox Services*
*Lockbox 418005*
*MA5-527-02-07*
*2 Morrissey Blvd.*
*Dorchester, MA 02125-8005*





FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

2

APP. 0418



## Invoice Remittance

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---|
| | **February 15, 2024** |
| **Invoice No.** | **100100050193** |
| **Job No.** | **008334.0239** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted January 01, 2024 through January 31, 2024**

FTI Consulting performed the following tasks from January 1 through January 31, 2024:

- Provided support to Receivership Administration, specifically:
  - Provided continued assistance to the Receivership related to ▮▮▮▮▮▮▮▮, specifically continued working with Sungard, 11:11 Systems, and Microland to resolve ▮▮▮ related to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and reviewing ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

- Provided support to Investor Committee Litigation regarding ▮▮▮▮▮▮▮▮, specifically:
  - Provided assistance to ▮▮▮ regarding ▮▮▮▮▮▮▮▮▮ concerning ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮.

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮▮ | fticonsulting.com

3



# Invoice Summary

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

|  |  |
|---|---|
|  | February 15, 2024 |
| **Invoice No.** | 100100050193 |
| **Job No.** | 008334.0239 |
| **Terms** | Net 30 days |
| **Currency** | USD |

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted January 01, 2024 through January 31, 2024**

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Scott Sizemore | Senior Managing Director | $924.00 | 4.60 | $4,250.40 |
| **Total Professional Services** | | | **4.60** | **$4,250.40** |

| | |
|---|---|
| **Total Product** | **$17,281.60** |

| Invoice Total | USD Amount |
|---|---|
| | $21,532.00 |
| Sales Tax (6.6%) | $1,140.58 |
| **Total Due** | **$22,672.58** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

4

APP. 0429



# Invoice Detail

February 15, 2024

Invoice No.    100100050193
Job No.    008334.0239

**\* Indicates state sales tax applied**

*Total Professional Services*
**Receivership Administration-Billable Standard**
  **Scott Sizemore**



| Date | Description | Hours |
|---|---|---|
| 01/05/2024 | Receivership Administration - Per ▮ request, follow up with Sungard / 11:11 Systems representatives regarding ▮ on status of ▮ . | 0.20 |
| 01/08/2024 | Receivership Administration - Review and respond to Sungard / 11:11 System representative response for ▮ and request ▮ . | 0.10 |
| 01/16/2024 | Receivership Administration - Answer ▮ questions on ▮ associated with Sungard / 11:11 Systems and follow up with ▮ . | 0.70 |
| 01/16/2024 | Receivership Administration - Conference call regarding ▮ with H. Battle (Receivership) . | 0.20 |
| 01/18/2024 | Receivership Administration - Summarize ▮ as compared to ▮ and alert ▮ . | 0.50 |
| 01/19/2024 | Receivership Administration - Per ▮ request, ask 11:11 Systems for ▮ . | 0.20 |
| 01/22/2024 | Receivership Administration - Per ▮ request, ask 11:11 System representatives for ▮ . | 0.20 |
| 01/24/2024 | Receivership Administration - Per ▮ request, review ▮ and identify ▮ clarify ▮ , create ▮ and highlight ▮ . | 1.00 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮ | fticonsulting.com

5



## Invoice Detail

February 15, 2024

**Invoice No.** 100100050193
**Job No.** 008334.0239

**\* Indicates state sales tax applied**

| | | |
|---|---|---|
| 01/29/2024 | Receivership Administration - Follow up with ▮▮▮ via phone and email regarding ▮▮▮, review confirming ▮▮▮ and provide to ▮▮▮, and review provided ▮▮▮ and note ▮▮▮ and re-request ▮▮▮. | 0.50 |
| 01/30/2024 | Receivership Administration - Respond to 11:11 Systems ▮▮▮ ▮▮▮. | 0.10 |

| | $924.00 | per hour x total hrs | 3.70 | $3,418.80 |
|---|---|---|---|---|

**Receivership Administration-Billable Standard**     $3,418.80

**Investor Committee Litigation-Billable Standard**
  **Scott Sizemore**

| | | |
|---|---|---|
| 01/22/2024 | Investor Committee - Conference call regarding ▮▮▮ with B. Day (Baker Botts). | 0.30 |
| 01/22/2024 | Investor Committee - Conference call regarding ▮▮▮ with B. Day (Baker Botts). | 0.20 |
| 01/22/2024 | Investor Committee - Per ▮▮▮ request, provide ▮▮▮. | 0.40 |

| | $924.00 | per hour x total hrs | 0.90 | $831.60 |
|---|---|---|---|---|

**Investor Committee Litigation-Billable Standard**     $831.60

| **Total Professional Services** | **$4,250.40** |
|---|---|

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮ | fticonsulting.com

6





## Invoice Detail

\* Indicates state sales tax applied

| | | | | | | February 15, 2024 |
|---|---|---|---|---|---|---|
| | | | | Invoice No. | | 100100050193 |
| | | | | Job No. | | 008334.0239 |

| | Name | Group | Home Office | Expense Type | Date | Description | Amount |
|---|---|---|---|---|---|---|---|
| * | RT-Chicago HOSTING | | Chicago, IL | Online Hosting Fees | 01/31/2024 | Online Hosting Fees (574.72 GBs @ $30.00/GB) | **17,241.60** |
| * | RT-Chicago HOSTING | | Chicago, IL | User Fees | 01/31/2024 | User Fees (1 users @ $40.00/user) | **40.00** |
| | TOTAL - RT-Chicago HOSTING | | | | | | $17,281.60 |

| | | | | |
|---|---|---|---|---|
| TOTAL EXPENSES | | | | $17,281.60 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

7

APP. 0420

**January 2024 Invoice**

| Matter | Time Keeper | Hours | Amount | Percentage |
|---|---|---|---|---|
| Receivership Administration | Scott Sizemore | 3.7 | $3,418.80 | |
| **Receivership Administration Total** | | **3.7** | **$3,418.80** | **80.4%** |
| | | | | |
| Investor Committee Litigation | Scott Sizemore | 0.9 | $831.60 | |
| **Investor Committee Litigation Total** | | **0.9** | **$831.60** | **19.6%** |
| | | | | |
| **Grand Total** | | **4.6** | **$4,250.40** | **100.0%** |



*Forensic and Litigation Consulting*

March 14, 2024

Kevin M. Sadler, Esq.
Baker Botts, LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701
United States

RE: Stanford Financial Group Receivership
Job No. 008334.0239
Invoice No. 100100054686

Enclosed is our invoice for professional services rendered in connection with the above referenced matter. This invoice covers professional fees from February 01, 2024 through February 29, 2024.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Scott Sizemore
Senior Managing Director

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

APP. 0425
Appx. 1112

1



## *Invoice Remittance*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---|
| | **March 14, 2024** |
| **Invoice No.** | **100100054686** |
| **Job No.** | **008334.0239** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted February 01, 2024 through February 29, 2024**

**Amount Due Current Invoice**                    $19,161.38

*Please reference invoice number in your remittance.*

*Check Payments To:*
*FTI Consulting Inc*
*P.0. Box 418005*
*Boston, MA 02241-8005*
*United States*

*Overnight Payments To:*
*Bank of America ML*
*Lockbox Services*
*Lockbox 418005*
*MA5-527-02-07*
*2 Morrissey Blvd.*
*Dorchester, MA 02125-8005*





FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

2



## *Invoice Remittance*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

|  |  |
|---|---|
| | March 14, 2024 |
| **Invoice No.** | 100100054686 |
| **Job No.** | 008334.0239 |
| **Terms** | Net 30 days |
| **Currency** | USD |

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted February 01, 2024 through February 29, 2024**

FTI Consulting performed the following tasks from February 1 through February 29, 2024:

- Provided support to Receivership Administration, specifically:
  - Provided continued assistance to the Receivership related to ███████████████, specifically continued working with Sungard and 11:11 Systems to resolve ██████ related to the ████████████ regarding the ██████████████████████.

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

3



## *Invoice Summary*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

|  |  |
|---|---|
| | **March 14, 2024** |
| **Invoice No.** | **100100054686** |
| **Job No.** | **008334.0239** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Financial Group Receivership**
Job No. 008334.0239

**Current Invoice Period: Charges posted February 01, 2024 through February 29, 2024**

| Name | Title | Rate | Hours | Total |
|------|-------|------|-------|-------|
| Scott Sizemore | Senior Managing Director | $924.00 | 0.80 | $739.20 |
| **Total Professional Services** | | | **0.80** | **$739.20** |

| | |
|---|---|
| **Total Product** | **$17,281.60** |

| Invoice Total | USD Amount |
|---------------|-----------|
| | $18,020.80 |
| Sales Tax (6.6%) | $1,140.58 |
| **Total Due** | **$19,161.38** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮▮▮ | fticonsulting.com



## Invoice Detail

**March 14, 2024**

* Indicates state sales tax applied

| | |
|---|---|
| Invoice No. | 100100054686 |
| Job No. | 008334.0239 |

*Total Professional Services*
**Receivership Administration-Billable Standard**
   Scott Sizemore

| | | | |
|---|---|---|---|
| 02/12/2024 | Receivership Administration - ▮▮▮▮▮▮▮▮ call with 11:11 Systems with A. Badami (11:11 Systems) and H. Battle (Receivership). | 0.60 | |
| 02/15/2024 | Receivership Administration - Follow up with 11:11 Systems regarding ▮▮▮▮▮▮▮▮ and request ▮▮▮▮ ▮▮▮▮▮. | 0.10 | |
| 02/26/2024 | Receivership Administration - Follow up with 11:11 Systems regarding ▮▮▮▮▮▮▮▮, and follow-up with ▮▮▮▮. | 0.10 | |
| | **$924.00** per hour x total hrs | **0.80** | **$739.20** |

| | |
|---|---|
| **Receivership Administration-Billable Standard** | **$739.20** |

| | |
|---|---|
| **Total Professional Services** | **$739.20** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮▮▮▮▮ | fticonsulting.com



# Invoice Detail

**March 14, 2024**

Invoice No.    **100100054686**
Job No.    **008334.0239**

**\* Indicates state sales tax applied**

| Name | Group | Home Office | Expense Type | Date | Description | Amount |
|------|-------|-------------|--------------|------|-------------|--------|
| \* RT-Chicago HOSTING | | Chicago, IL | Online Hosting Fees | 02/29/2024 | Online Hosting Fees (574.72 GBs @ $30.00/GB) | **17,241.60** |
| \* RT-Chicago HOSTING | | Chicago, IL | User Fees | 02/29/2024 | User Fees (1 users @ $40.00/user) | **40.00** |
| TOTAL - RT-Chicago HOSTING | | | | | | $17,281.60 |

| | Amount |
|---|---|
| TOTAL EXPENSES | $17,281.60 |



**February 2024 Invoice**

| Matter | Time Keeper | Hours | Amount | Percentage |
|--------|-------------|-------|--------|------------|
| Receivership Administration | Sizemore, Scott | 0.8 | $739.20 | |
| **Receivership Administration Total** | | **0.8** | **$739.20** | **100.0%** |
| | | | | |
| **Grand Total** | | **0.8** | **$739.20** | **100.0%** |

# EXHIBIT D



**Ernst & Young LLP**
200 Plaza Drive
Secaucus NJ 07094
USA

# Invoice

Stanford Financial Group Company
2100 Ross Avenue, Suite 2600
Dallas TX 75201
USA

**Invoice No.: US01U001436106**
Please reference this number on remittance.

| | |
|---|---|
| Invoice Date: | January 17, 2024 |
| Due Date: | Upon Receipt |
| Client No.: | 0011682296 |
| Engagement No.: | E-67268258 |
| PO Ref No: | |

Remit To:
Ernst & Young US LLP
PNC Bank c/o Ernst & Young US LLP
P.O. Box 773712
Chicago, IL 60677-3712
EIN: ██████████

---

For professional services rendered in connection with the below referenced matter from December 1, 2023 through December 31, 2023. (Please see attachment)

|  | <u>USD</u> Amount |
|---|---|
| Fee | 2,627.50 |
| **Professional Services** | **2,627.50** |

| | Amount | Tax Amount | Total Amount |
|---|---|---|---|
| Total Fees & Expenses Taxable | | | |
| Total Exempt | 2,627.50 | | 2,627.50 |
| **Total Invoice amount** | **2,627.50** | **0.00** | **2,627.50** |



To ensure proper application of your electronic payment, please provide client and invoice number details directly to: gss.accountsreceivable@xe02.ey.com or fax to 1-866-423-5274



**Ralph S. Janvey, Esq., Receiver - Stanford Financial**
*Re: Stanford Financial Receivership*

**Summary of Professional Time, Expense, and Fees**
Invoice Period:
December 1, 2023 through December 31, 2023

| Employee | Position | Hours | Invoice RPH | Discounted Fees | Discounted Total |
|---|---|---|---|---|---|
| **Tax:** | | | | | |
| Ruiz, Christa | Senior | 4.0 | $375.00 | $1,500.00 | $1,500.00 |
| Tordesillas, Alejandra | Senior - Accounting and Tax Reconciliation | 4.1 | $275.00 | $1,127.50 | $1,127.50 |
| | | **8.1** | | **$2,627.50** | **$2,627.50** |

| Week Ended | Hours | Discounted Total |
|---|---|---|
| 01 Dec 2023 | 0.0 | $ - |
| 08 Dec 2023 | 0.0 | $ - |
| 15 Dec 2023 | 4.1 | $ 1,127.50 |
| 22 Dec 2023 | 4.0 | $ 1,500.00 |
| 29 Dec 2023 | 0.0 | $ - |
| 31 Dec 2023 | 0.0 | $ - |
| | **8.1** | **$2,627.50** |

Invoice Number:
1/17/2024

EY - Tax Time Detail
December 1, 2023 through December 31, 2023

1 Sales and Use Tax consultation
2 Preparation, review and consultation of
3 Property tax consultation
4 Tax Administration
5 Tax Returns
6 Accounting and Tax Reconciliation

| December 1, 2023 through December 31, 2023 | Date | Hours | Category |
|---|---|---|---|
| **Christa Ruiz** | | | |
| Review of the Company's November cash reconciliation and journal entries with respect to the federal income tax treatment | 18 Dec 2023 | 2.1 | 6 |
| Analysis of the Company's year to date through November cash activity and documentation reporting with respect to impacts on the cash reconciliation and federal income tax treatment | 20 Dec 2023 | 1.9 | 6 |
| **Alejandra Tordesillas** | | | |
| Preparation of the Company's November cash reconciliation and journal entries with respect to the federal income tax treatment | 15 Dec 2023 | 4.1 | 6 |
| **Total** | | **8.1** | |

App. 0425

**Ernst & Young LLP**
200 Plaza Drive
Secaucus NJ 07094
USA

**Invoice**

Stanford Financial Group Company
2100 Ross Avenue, Suite 2600
Dallas TX 75201
USA

**Invoice No.: US01U001457886**
Please reference this number on remittance.

| | |
|---|---|
| Invoice Date: | February 14, 2024 |
| Due Date: | Upon Receipt |
| Client No.: | 0011682296 |
| Engagement No.: | E-68001732 |
| PO Ref No: | |

Remit To:
Ernst & Young US LLP
PNC Bank c/o Ernst & Young US LLP
P.O. Box 773712
Chicago, IL 60677-3712
EIN ███████████

For professional services rendered in connection with the below referenced matter from January 1, 2024 to January 31, 2024. (Please see attachment)

| | USD |
|---|---|
| | Amount |
| Fee | 7,271.00 |
| **Professional Services** | **7,271.00** |

| Total Fees & Expenses | Amount | Tax Amount | Total Amount |
|---|---|---|---|
| Taxable | | | |
| Total Exempt | 7,271.00 | | 7,271.00 |
| **Total Invoice amount** | **7,271.00** | **0.00** | **7,271.00** |



To ensure proper application of your electronic payment,
please provide client and invoice number details directly to:
gss.accountsreceivable@xe02.ey.com or fax to 1-866-423-5274



Invoice Number:
2/14/2024

**Ralph S. Janvey, Esq., Receiver - Stanford Financial**
*Re: Stanford Financial Receivership*

**Summary of Professional Time, Expense, and Fees**
Invoice Period:
January 1, 2024 through January 31, 2024

| Employee | Position | Hours | Invoice RPH | Discounted Fees | Discounted Total |
|---|---|---|---|---|---|
| **Tax:** | | | | | |
| Beck, Rebecca A. | Senior Manager | 1.9 | $565.00 | $1,073.50 | $1,073.50 |
| Ruiz, Christa | Senior | 7.2 | $375.00 | $2,700.00 | $2,700.00 |
| Tordesillas, Alejandra | Senior | 2.8 | $375.00 | $1,050.00 | $1,050.00 |
| Tordesillas, Alejandra | Senior - Accounting and Tax Reconciliation | 8.9 | $275.00 | $2,447.50 | $2,447.50 |
| | | **20.8** | | **$7,271.00** | **$7,271.00** |

| Week Ended | Hours | Discounted Total |
|---|---|---|
| 05 Jan 2024 | 8.0 | $ **2,432.00** |
| 12 Jan 2024 | 7.6 | $ **2,680.00** |
| 19 Jan 2024 | 3.9 | $ **1,671.50** |
| 26 Jan 2024 | 1.3 | $ **487.50** |
| 31 Jan 2024 | 0.0 | $ **-** |
| | **20.8** | **$7,271.00** |

EY - Tax Time Detail
January 1, 2024 through January 31, 2024

Invoice Number:
2/14/2024

1 Sales and Use Tax consultation
2 Preparation, review and consultation of
3 Property tax consultation
4 Tax Administration
5 Tax Returns
6 Accounting and Tax Reconciliation

| January 1, 2024 through January 31, 2024 | Date | Hours | Category |
|---|---|---|---|
| **Rebecca Beck** | | | |
| High-level review of the Company's November cash reconciliation and journal entries with respect to the federal income tax treatment | 03 Jan 2024 | 0.8 | 6 |
| High-level review of the Company's December cash reconciliation and journal entries with respect to the federal income tax treatment | 16 Jan 2024 | 1.1 | 6 |
| **Christa Ruiz** | | | |
| Review of the Company's December cash reconciliation and journal entries with respect to the federal income tax treatment | 11 Jan 2024 | 5.9 | 6 |
| Analysis of the Company's year to date through December cash activity and documentation reporting with respect to impacts on the cash reconciliation and federal income tax treatment | 23 Jan 2024 | 1.3 | 6 |
| **Alejandra Tordesillas** | | | |
| Preparation of the Company's December cash reconciliation and journal entries with respect to the federal income tax treatment | 05 Jan 2024 | 7.2 | 6 |
| Preparation of the Company's December cash reconciliation and journal entries with respect to the federal income tax treatment | 08 Jan 2024 | 1.7 | 6 |
| Analysis of the Company's year to date through December cash activity and documentation reporting with respect to impacts on the cash reconciliation and federal income tax treatment | 17 Jan 2024 | 2.8 | 6 |
| **Total** | | **20.8** | |

**Ernst & Young LLP**
200 Plaza Drive
Secaucus NJ 07094
USA

## Invoice

Stanford Financial Group Company
2100 Ross Avenue, Suite 2600
Dallas TX 75201
USA

**Invoice No.: US01U001482230**
Please reference this number on remittance.

| | |
|---|---|
| Invoice Date: | March 12, 2024 |
| Due Date: | Upon Receipt |
| Client No.: | 0011682296 |
| Engagement No.: | E-68001732 |
| PO Ref No: | |

Remit To:
Ernst & Young US LLP
PNC Bank c/o Ernst & Young US LLP
P.O. Box 773712
Chicago, IL 60677-3712
EIN: █████████

---

For professional services rendered in connection with the below referenced matter from February 1, 2024 to February 29, 2024. (Please see attachment)

| | **USD** Amount |
|---|---|
| Fee | 3,204.50 |
| **Professional Services** | **3,204.50** |

| Total Fees & Expenses | Amount | Tax Amount | Total Amount |
|---|---|---|---|
| Taxable | | | |
| Total Exempt | 3,204.50 | | 3,204.50 |
| **Total Invoice amount** | **3,204.50** | **0.00** | **3,204.50** |




To ensure proper application of your electronic payment,
please provide client and invoice number details directly to:
gss.accountsreceivable@xe02.ey.com or fax to 1-866-423-5274



Invoice Number:

3/12/2024

**Ralph S. Janvey, Esq., Receiver - Stanford Financial**
*Re: Stanford Financial Receivership*

**Summary of Professional Time, Expense, and Fees**
Invoice Period:
February 1, 2024 through February 29, 2024

| Employee | Position | Hours | Invoice RPH | Discounted Fees | Discounted Total |
|---|---|---|---|---|---|
| **Tax:** | | | | | |
| Beck, Rebecca A. | Senior Manager | 1.3 | $565.00 | $734.50 | $734.50 |
| Ruiz, Christa | Senior - Accounting and Tax Reconciliation | 8.3 | $275.00 | $2,282.50 | $2,282.50 |
| Tordesillas, Alejandra | Senior | 0.5 | $375.00 | $187.50 | $187.50 |
| | | **10.1** | | **$3,204.50** | **$3,204.50** |

| Week Ended | Hours | Discounted Total |
|---|---|---|
| 02 Feb 2024 | 0.0 | $ - |
| 09 Feb 2024 | 4.4 | $ 1,210.00 |
| 16 Feb 2024 | 5.7 | $ 1,994.50 |
| 23 Feb 2024 | 0.0 | $ - |
| 01 Mar 2024 | 0.0 | $ - |
| | **10.1** | **$3,204.50** |



EY - Tax Time Detail
February 1, 2024 through February 29, 2024

Invoice Number:
3/12/2024

1 Sales and Use Tax consultation
2 Preparation, review and consultation of
3 Property tax consultation
4 Tax Administration
5 Tax Returns
6 Accounting and Tax Reconciliation

| February 1, 2024 through February 29, 2024 | Date | Hours | Category |
|---|---|---|---|
| **Rebecca Beck** | | | |
| High-level review of the Company's January cash reconciliation and journal entries with respect to the federal income tax treatment | 13 Feb 2024 | 1.3 | **6** |
| **Christa Ruiz** | | | |
| Preparation of the Company's January cash reconciliation and journal entries with respect to the federal income tax treatment | 07 Feb 2024 | 4.4 | **6** |
| Preparation of the Company's January cash reconciliation and journal entries with respect to the federal income tax treatment | 12 Feb 2024 | 3.9 | **6** |
| **Alejandra Tordesillas** | | | |
| Analysis of the Company's year to date through January cash activity and documentation reporting with respect to impacts on the cash reconciliation and federal income tax treatment | 12 Feb 2024 | 0.5 | **6** |
| | **Total** | **10.1** | |

# EXHIBIT E

OSLER, HOSKIN & HARCOURT LLP
1 First Canadian Place
PO BOX 50
Toronto ON  M5X  1B8
CANADA
416.362.2111  main
416.862.6666  facsimile



# Invoice Issued in Canadian Dollars

| | | |
|---|---|---|
| Ralph S. Janvey | Invoice No.: | **12845737** |
| c/o Baker Botts LLP | Date: | **January 15, 2024** |
| 98 San Jacinto Blvd. | Client No.: | 221666 |
| Suite 1500 | | |
| Austin,  TX  78701 | | |
| USA | Contact: | **Sonia Bjorkquist** |
| | Direct Dial: | (416) 862-5876 |
| | E-mail: | SBjorkquist@osler.com |
| Attention: | Leslie Roussev | |

For professional services rendered for Receivership of Stanford International Bank, Ltd. and Affiliates (F#1115634) .

| | |
|---|---|
| OUR FEE HEREIN | 2,428.00 |
| DISCOUNT AS PER AGREEMENT -20.00% | -485.60 |
| **TOTAL (CAD):** | **1,942.40** |

**PAYMENT DUE UPON RECEIPT**

 *We are committed to protecting the environment.  Please provide your email address to* payments@osler.com *to receive invoices and reminder statements electronically.*



**REMITTANCE ADVICE**

Canadian Dollars EFT and Wire Payments:

Cheque Payments:

Osler, Hoskin & Harcourt LLP
FINANCE & ACCOUNTING
(RECEIPTS)
1 First Canadian Place
PO BOX 50
Toronto, Ontario  M5X 1B8
Canada

*Please return remittance advice(s) with cheque.*

| | |
|---|---|
| Invoice No.: | **12845737** |
| Client No.: | 221666 |
| | |
| Amount: | 1,942.40 CAD |

*Please provide details of EFT/wire to* payments@osler.com, *itemizing invoice number(s) being paid. Email money transfers are not accepted.*

osler.com



| FEE SUMMARY | | | |
| --- | --- | --- | --- |

| NAME | HRS | RATE | FEES |
| --- | --- | --- | --- |
| **PARTNER** | | | |
| Sonia Bjorkquist | 2.30 | 835 | 1,920.50 |
| | | | |
| **ASSOCIATE** | | | |
| Simon Cameron | 0.70 | 725 | 507.50 |
| **TOTAL FEES (CAD):** | **3.00** | | **2,428.00** |
| DISCOUNT AS PER AGREEMENT -20.00% | | | -485.60 |
| **NET FEES (CAD):** | | | **1,942.40** |

| FEE DETAIL | | | |
| --- | --- | --- | --- |

| DATE | NAME | DESCRIPTION | HRS |
| --- | --- | --- | --- |
| Dec-01-23 | Sonia Bjorkquist | Emails with ███████, S. Cameron, K. Sadler, and ███████ regarding ████████ ███████. | 0.20 |
| Dec-01-23 | Simon Cameron | Correspondence with S. Bjorkquist concerning ███████ ███████. | 0.10 |
| Dec-06-23 | Sonia Bjorkquist | Emails with S. Cameron regarding ███████ ████. | 0.10 |
| Dec-07-23 | Sonia Bjorkquist | Emails from and to K. Sadler (0.1) and from and to S. Cameron (0.1) regarding ███████ and related ███████. | 0.20 |
| Dec-07-23 | Simon Cameron | Reviewing documents and correspondence concerning ███████ ███████. | 0.20 |
| Dec-08-23 | Sonia Bjorkquist | Emails with S. Cameron (0.1) and with K. Sadler (0.1) regarding ███████. | 0.20 |
| Dec-13-23 | Sonia Bjorkquist | Reviewing ███████ (0.2); attending on call with ████ et al regarding ████ ███████ (0.2); emails with K. Sadler regarding ███████ (0.1); emails with S. Cameron regarding ███████ (0.1); email to ███████ with ███████ (0.1). | 0.70 |
| Dec-13-23 | Simon Cameron | Reviewing documents and correspondence concerning ███████ ███████. | 0.40 |

| Dec-22-23 | Sonia Bjorkquist | Emails from K. Sadler (0.1) and with S. Cameron regarding ███████ ██████████████████████████ (0.2). | 0.30 |
| Dec-27-23 | Sonia Bjorkquist | Reviewing ████████████████████████████ ██████████ | 0.10 |
| Dec-28-23 | Sonia Bjorkquist | Emails to and from K. Sadler and S. Powers regarding ████████ ████████████████████████ (0.2). | 0.20 |
| Dec-29-23 | Sonia Bjorkquist | Emails with ███████████ regarding ██████████ (0.2); email from ████ (0.1). | 0.30 |

| **TOTAL HOURS:** | **3.00** |

## EXPENSE SUMMARY

| DESCRIPTION | AMOUNT |
| --- | --- |
| **TOTAL (CAD):** | **0.00** |

Osler, Hoskin & Harcourt LLP
1 First Canadian Place
PO BOX 50
Toronto ON  M5X  1B8
CANADA
416.362.2111  main
416.862.6666  facsimile



# Invoice Issued in Canadian Dollars

| | | |
|---|---|---|
| Ralph S. Janvey | Invoice No.: | **12855944** |
| c/o Baker Botts LLP | Date: | **February 16, 2024** |
| 98 San Jacinto Blvd. | Payor ID: | 221666 |
| Suite 1500 | | |
| Austin,  TX  78701 | | |
| USA | Contact: | **Sonia Bjorkquist** |
| | Direct Dial: | (416) 862-5876 |
| | E-mail: | SBjorkquist@osler.com |
| Attention: | Leslie Roussev | |

For professional services rendered for Receivership of Stanford International Bank, Ltd. and Affiliates (F#1115634) .

| | |
|---|---|
| OUR FEE HEREIN | 947.00 |
| DISCOUNT AS PER AGREEMENT -20.00% | -189.40 |
| **TOTAL (CAD):** | **757.60** |

**Accounts are due and payable on delivery. Interest will accrue at the annual rate of 12% from the date that is one month after delivery until the date paid.**

*We are committed to protecting the environment.  Please provide your email address to* underlined_payments@osler.com *to receive invoices and reminder statements electronically.*

✂ ------------------------------------------------------------------------------------------------

**REMITTANCE ADVICE**

<u>Canadian Dollars EFT and Wire Payments:</u>

| <u>Cheque Payments:</u> | Invoice No.: | **12855944** |
|---|---|---|
| Osler, Hoskin & Harcourt LLP | Payor ID: | 221666 |
| FINANCE & ACCOUNTING (RECEIPTS) | | |
| 1 First Canadian Place | Amount: | 757.60 CAD |
| PO BOX 50 | | |
| Toronto, Ontario  M5X 1B8 | | |
| Canada | | |

*Please provide details of EFT/wire to* payments@osler.com, *itemizing invoice number(s) being paid. Email money transfers are not accepted.*

***Please return remittance advice(s) with cheque.***

osler.com



**APP. 0446**

## FEE SUMMARY

| NAME | HRS | RATE | FEES |
|---|---|---|---|
| **PARTNER** | | | |
| Sonia Bjorkquist | 0.70 | 835 | 584.50 |
| **ASSOCIATE** | | | |
| Simon Cameron | 0.50 | 725 | 362.50 |
| **TOTAL FEES (CAD):** | **1.20** | | **947.00** |
| DISCOUNT AS PER AGREEMENT -20.00% | | | -189.40 |
| **NET FEES (CAD):** | | | **757.60** |

## FEE DETAIL

| DATE | NAME | DESCRIPTION | HRS |
|---|---|---|---|
| Jan-15-24 | Sonia Bjorkquist | Email from ███████████ regarding ███████████ (0.1.); emails with S. Cameron regarding same (0.1). | 0.20 |
| Jan-17-24 | Sonia Bjorkquist | Emails regarding ███████████ (0.1); emails with K. Sadler and with S. Cameron regarding same (0.1). | 0.20 |
| Jan-31-24 | Sonia Bjorkquist | Emails with clients and S. Cameron regarding ███████ (0.3). | 0.30 |
| Jan-31-24 | Simon Cameron | Emails with clients and S. Bjorkquist concerning ███████ (0.3); call with ███████████ regarding the same (0.2). | 0.50 |
| **TOTAL HOURS:** | | | **1.20** |

## EXPENSE SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| **TOTAL (CAD):** | **0.00** |

OSLER, HOSKIN & HARCOURT LLP
1 First Canadian Place
PO BOX 50
Toronto ON  M5X  1B8
CANADA
416.362.2111  main
416.862.6666  facsimile



# Invoice Issued in Canadian Dollars

| | |
|---|---|
| Ralph S. Janvey | **Invoice No.:** **12866142** |
| c/o Baker Botts LLP | Date: **March 18, 2024** |
| 98 San Jacinto Blvd. | Payor ID: 221666 |
| Suite 1500 | |
| Austin,  TX  78701 | |
| USA | Contact: **Sonia Bjorkquist** |
| | Direct Dial: (416) 862-5876 |
| | E-mail: SBjorkquist@osler.com |
| Attention:  Leslie Roussev | |

For professional services rendered for Receivership of Stanford International Bank, Ltd. and Affiliates (F#1115634) .

| | |
|---|---:|
| OUR FEE HEREIN | 707.50 |
| DISCOUNT AS PER AGREEMENT -20.00% | -141.50 |
| **TOTAL (CAD):** | **566.00** |

**Accounts are due and payable on delivery. Interest will accrue at the annual rate of 12% from the date that is one month after delivery until the date paid.**

*We are committed to protecting the environment.  Please provide your email address to payments@osler.com to receive invoices and reminder statements electronically.*

✂ -------------------------------------------------------------------------------------------

**REMITTANCE ADVICE**

Canadian Dollars EFT and Wire Payments:

███████████
███████████████
████████████████████
████████████████
█████████████████████

*Please provide details of EFT/wire to payments@osler.com, itemizing invoice number(s) being paid. Email money transfers are not accepted.*

Cheque Payments:

Osler, Hoskin & Harcourt LLP
FINANCE & ACCOUNTING
(RECEIPTS)
1 First Canadian Place
PO BOX 50
Toronto, Ontario  M5X 1B8
Canada

*Please return remittance advice(s) with cheque.*

| | |
|---|---|
| Invoice No.: | **12866142** |
| Payor ID: | 221666 |
| Amount: | 566.00 CAD |

osler.com



**APP. 0449**

## FEE SUMMARY

| NAME | HRS | RATE | FEES |
|------|-----|------|------|
| **PARTNER** | | | |
| Sonia Bjorkquist | 0.50 | 835 | 417.50 |
| **ASSOCIATE** | | | |
| Simon Cameron | 0.40 | 725 | 290.00 |
| **TOTAL FEES (CAD):** | **0.90** | | **707.50** |
| DISCOUNT AS PER AGREEMENT -20.00% | | | -141.50 |
| **NET FEES (CAD):** | | | **566.00** |

## FEE DETAIL

| DATE | NAME | DESCRIPTION | HRS |
|------|------|-------------|-----|
| Feb-05-24 | Sonia Bjorkquist | Numerous emails with clients and S. Cameron regarding ▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. | 0.20 |
| Feb-05-24 | Simon Cameron | Emails with clients and S. Bjorkquist concerning ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ (0.2); call with ▆▆▆▆▆▆▆▆▆▆▆ regarding the same (0.1). | 0.30 |
| Feb-06-24 | Sonia Bjorkquist | Emails from ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆ regarding ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆; emails with S. Cameron regarding same; email to K. Sadler regarding same. | 0.10 |
| Feb-06-24 | Simon Cameron | Emails concerning ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. | 0.10 |
| Feb-13-24 | Sonia Bjorkquist | Numerous emails regarding ▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ (0.1); emails with K. Sadler et al. (0.1). | 0.20 |
| **TOTAL HOURS:** | | | **0.90** |

## EXPENSE SUMMARY

| DESCRIPTION | AMOUNT |
|-------------|--------|
| **TOTAL (CAD):** | **0.00** |

# EXHIBIT F

_____

# m c c o n n e l l

1212 Bjerge Gade
St. Thomas VI 00802

**WILLIAM S. MCCONNELL**              Phone 340 642-8963              wmcconnelllaw@gmail.com

_____

January 16, 2024

INVOICE

Baker Botts
daniel.kruger@bakerbotts.com
Re: Stanford Bankruptcy Estate - ██████████████████████

This will be your invoice for services in connection with the above matter.  You can mail a check to the address above or wire per the attached.   Please make checks payable to "Implacable Legal, LLC."

Legal Services:                          $500
Title Search Fees Advanced               $360

Total Due:                                        $860.00

Summary of services: Research and advice re ████████████████████████████.

# EXHIBIT G



*Forensic and Litigation Consulting*

January 12, 2024

Kevin M. Sadler, Esq.
Baker Botts, LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701
United States

RE:  Stanford Receivership Claims Reconciliation
Job No. 008334.0284
Invoice No. 100100045443


Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees from December 01, 2023 through December 31, 2023.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Scott Sizemore
Senior Managing Director



## *Invoice Remittance*

**Kevin M. Sadler, Esq.**                                                                                              **January 12, 2024**
**Baker Botts, LLP**                                    **Invoice No.**                          **100100045443**
**98 San Jacinto Blvd.**                               **Job No.**                                **008334.0284**
**Suite 1500**                                          **Terms**                                 **Net 30 days**
**Austin, TX 78701**                                   **Currency**                                         **USD**
**United States**

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted December 01, 2023 through December 31, 2023**

**Amount Due Current Invoice**                                    $8,841.03

*Please reference invoice number in your remittance.*

**Check Payments To:**                          **Overnight Payments To:**
*FTI Consulting Inc*                             *Bank of America ML*
*P.O. Box 418005*                                *Lockbox Services*
*Boston, MA 02241-8005*                          *Lockbox 418005*
*United States*                                  *MA5-527-02-07*
                                                 *2 Morrissey Blvd.*
                                                 *Dorchester, MA 02125-8005*



FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

2

**APP. 0454**



## Invoice Remittance

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---|
| | **January 12, 2024** |
| **Invoice No.** | **100100045443** |
| **Job No.** | **008334.0284** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted December 01, 2023 through December 31, 2023**

FTI Consulting performed the following tasks from December 1 through December 31, 2023:

- Performed quality assurance procedures, specifically:
  - Continued to assist ⬛⬛⬛ in the ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛. This task will continue iteratively with Gilardi into the next few months, though not on a full-time basis.
  - Assisted ⬛⬛⬛ in reviewing and confirming ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛:
    - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
    - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
    - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
    - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

- Performed procedures in relation to the Distribution process, specifically:
  - Reviewed, updated, and QC'd ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ request.



## *Invoice Summary*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

|  |  |
|---|---|
|  | **January 12, 2024** |
| **Invoice No.** | **100100045443** |
| **Job No.** | **008334.0284** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted December 01, 2023 through December 31, 2023**

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Scott Sizemore | Senior Managing Director | $924.00 | 0.80 | $739.20 |
| Joseph Wills | Director | $620.00 | 10.10 | $6,262.00 |
| Lilia Gilpatrick | Senior Consultant | $488.00 | 3.10 | $1,512.80 |
| **Total Professional Services** | | | **14.00** | **$8,514.00** |

| | |
|---|---|
| **Total Expenses** | **$327.03** |

| Invoice Total | USD Amount |
|---|---|
| | $8,841.03 |
| **Total Due** | **$8,841.03** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮▮▮▮ | fticonsulting.com

4



## *Invoice Detail*

**January 12, 2024**

| | |
|---|---|
| Invoice No. | 100100045443 |
| Job No. | 008334.0284 |

### *Total Professional Services*
**Claims Distribution**

**Joseph Wills**



| | | |
|---|---|---|
| 12/07/2023 | Provide guidance to Gilardi on ▮▮▮ per request from ▮. | 0.40 |
| 12/15/2023 | Update ▮▮▮ per request from ▮. | 0.20 |
| 12/29/2023 | Update ▮▮▮ per request from ▮. | 0.20 |
| | **$620.00** per hour x total hrs **0.80** | **$496.00** |

**Lilia Gilpatrick**

| | | |
|---|---|---|
| 12/07/2023 | Update ▮▮▮ per request from ▮. | 0.10 |
| 12/13/2023 | Update ▮▮▮ per request from ▮. | 0.10 |
| 12/14/2023 | Update ▮▮▮ per request from ▮. | 0.10 |
| 12/18/2023 | Update ▮▮▮ per request from ▮. | 0.10 |
| | **$488.00** per hour x total hrs **0.40** | **$195.20** |

**Claims Distribution** **$691.20**

**Claims Review – Accuracy/Completeness**

**Scott Sizemore**



| | | |
|---|---|---|
| 12/01/2023 | Provide responses to team on questions on ▮▮▮. | 0.30 |
| 12/05/2023 | Conference call regarding requested ▮▮▮ with B. Day (Baker Botts). | 0.10 |
| 12/05/2023 | Internal ▮ meeting regarding ▮▮▮ with J. Wills. | 0.30 |
| 12/11/2023 | Provide guidance to team regarding ▮▮▮. | 0.10 |
| | **$924.00** per hour x total hrs **0.80** | **$739.20** |

**Joseph Wills**



| | | |
|---|---|---|
| 12/01/2023 | Review materials and implement updated to the ▮▮▮ per request from ▮▮▮ | 2.40 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮ | fticonsulting.com

5



# *Invoice Detail*

**January 12, 2024**
**Invoice No.**   **100100045443**
**Job No.**   **008334.0284**

| Date | Description | Hours |
|---|---|---|
| 12/04/2023 | Perform ███████ research into ████████████████ | 1.10 |
| 12/04/2023 | Review materials and implement updated to the ████████████████ ████████ per request from ██████. | 1.40 |
| 12/05/2023 | Internal ████████ meeting regarding ██████ requests and ████████ with ████ with S. Sizemore. | 0.30 |
| 12/05/2023 | Update ████████ per request from ████████ ██. | 0.40 |
| 12/05/2023 | Validate and confirm ████████ per request from ██████. | 1.10 |
| 12/06/2023 | Review ████████████████ per request from ████████ | 0.90 |
| 12/11/2023 | Review ████████████████ | 0.70 |
| 12/11/2023 | Review ████ per request from ████████. | 0.90 |
| 12/11/2023 | Review ████ to confirm ████████ implemented by Gilardi f████████████ per request from ████. | 0.90 |
| 12/12/2023 | Review materials related to ████████████ | 0.10 |

|  | **$620.00** | **per hour x total hrs** | **9.30** | **$5,766.00** |
|---|---|---|---|---|

**Lilia Gilpatrick**

| Date | Description | Hours |
|---|---|---|
| 12/01/2023 | Investigate and update ████████████ per request from | 0.50 |
| 12/01/2023 | Review the iterative ████████████ per request from ██. | 0.90 |
| 12/04/2023 | Investigate and ████████████ per request from ██. | 0.50 |
| 12/13/2023 | Research ████████████ per request from ██. | 0.80 |

|  | **$488.00** | **per hour x total hrs** | **2.70** | **$1,317.60** |
|---|---|---|---|---|

| **Claims Review – Accuracy/Completeness** | **$7,822.80** |
|---|---|

| **Total Professional Services** | **$8,514.00** |
|---|---|

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

6



## *Invoice Detail*

| | January 12, 2024 |
|---|---|
| **Invoice No.** | 100100045443 |
| **Job No.** | 008334.0284 |

### *Expenses*

| | |
|---|---|
| **Purchased Services** (third-party charges related to hosting SQL/Oracle databases) | $327.03 |
| **Total Expenses** | $327.03 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

APP. 0458

**December 2023 Invoice**

| Matter | Time Keeper | Hours | Amount | Percentage |
|--------|-------------|-------|--------|------------|
| Claims Review - Accuracy and Completeness | Joseph Wills | 9.3 | $5,766.00 | |
| Claims Review - Accuracy and Completeness | Lilia Gilpatrick | 2.7 | $1,317.60 | |
| Claims Review - Accuracy and Completeness | Scott Sizemore | 0.8 | $739.20 | |
| **Claims Review - Accuracy and Completeness Total** | | **12.8** | **$7,822.80** | **91.9%** |
| | | | | |
| Claims Distribution | Joseph Wills | 0.8 | $496.00 | |
| Claims Distribution | Lilia Gilpatrick | 0.4 | $195.20 | |
| **Claims Distribution Total** | | **1.2** | **$691.20** | **8.1%** |
| | | | | |
| **Grand Total** | | **14.0** | **$8,514.00** | **100.0%** |



*Forensic and Litigation Consulting*

February 15, 2024

Kevin M. Sadler, Esq.
Baker Botts, LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701
United States

RE:  Stanford Receivership Claims Reconciliation
Job No. 008334.0284
Invoice No. 100100050194

Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees from January 01, 2023 through January 31, 2024.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Scott Sizemore
Senior Managing Director



## *Invoice Remittance*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---|
| | **February 15, 2024** |
| **Invoice No.** | **100100050194** |
| **Job No.** | **008334.0284** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted January 01, 2024 through January 31, 2024**

| | |
|---|---|
| **Amount Due Current Invoice** | **$85,150.18** |

*Please reference invoice number in your remittance.*

**Check Payments To:**
*FTI Consulting Inc*
*P.0. Box 418005*
*Boston, MA 02241-8005*
*United States*

**Overnight Payments To:**
*Bank of America ML*
*Lockbox Services*
*Lockbox 418005*
*MA5-527-02-07*
*2 Morrissey Blvd.*
*Dorchester, MA 02125-8005*





FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮▮▮▮ | fticonsulting.com



# *Invoice Remittance*

**Kevin M. Sadler, Esq.**                                                      February 15, 2024
**Baker Botts, LLP**                          **Invoice No.**                    100100050194
**98 San Jacinto Blvd.**                      **Job No.**                        008334.0284
**Suite 1500**                                **Terms**                          Net 30 days
**Austin, TX 78701**                          **Currency**                       USD
**United States**

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted January 01, 2024 through January 31, 2024**

FTI Consulting performed the following tasks from January 1 through January 31, 2024:

- Performed procedures in relation to the Distribution process, specifically:

  

  o   Assisted counsel ███████████████████████████████████ ██████████████████ █████████████████.

  o   Assisted counsel in preparing for ████████████ as it relates to ████████████████████████████████████████████████████████████. This will be an on-going task in furtherance of assisting the Receivership ████████████████████████████.

  o   Reviewed, updated, and QC'd █████████████████████ at ████████ request.

- Performed quality assurance procedures, specifically:

  o   Assisted counsel ██████████████████████████████████ in furtherance of ███████████████████████████.

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

APP. 0460



## *Invoice Summary*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---:|
| | February 15, 2024 |
| **Invoice No.** | 100100050194 |
| **Job No.** | 008334.0284 |
| **Terms** | Net 30 days |
| **Currency** | USD |

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted January 01, 2024 through January 31, 2024**

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---:|
| Scott Sizemore | Senior Managing Director | $924.00 | 38.40 | $35,481.60 |
| Joseph Wills | Director | $620.00 | 51.30 | $31,806.00 |
| Lilia Gilpatrick | Senior Consultant | $488.00 | 35.90 | $17,519.20 |
| **Total Professional Services** | | | **125.60** | **$84,806.80** |

| | |
|---|---:|
| **Total Expenses** | **$343.38** |

| Invoice Total | USD Amount |
|---|---:|
| | $85,150.18 |
| **Total Due** | **$85,150.18** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮▮▮▮ | fticonsulting.com





## Invoice Detail

February 15, 2024

| | |
|---|---|
| Invoice No. | 100100050194 |
| Job No. | 008334.0284 |

*Total Professional Services*
**Claims Distribution**
   **Scott Sizemore**

| | | |
|---|---|---|
| 01/02/2024 | Per ███ request, provide ███████ to team on ██████ to support | 0.60 |
| 01/03/2024 | Internal ████ meeting regarding ████ on ████ with J. Wills and L. Gilpatrick. | 0.80 |
| 01/04/2024 | Per ███ request, produce ████████ ███████ to investigate and review ████ | 1.50 |
| 01/04/2024 | Per ███ request, produce █████ for team to investigate and review ███ | 2.80 |
| 01/04/2024 | Per ███ request, produce █████ for team to investigate and reconcile ████. | 0.30 |
| 01/05/2024 | Internal ████ meeting regarding █████ by Gilardi that could impact ██████ with J. Wills. | 0.30 |
| 01/05/2024 | Investigate ████ caused by Gilardi ████ and provide ████ █ █ ██. | 0.50 |
| 01/05/2024 | Per ███ request, produce █████ for team to investigate and review ███ | 0.30 |
| 01/05/2024 | Per ███ request, produce █████ for team to investigate and review ███ | 0.90 |
| 01/05/2024 | Research and provide team additional guidance to complete research regarding ████████. | 0.70 |
| 01/07/2024 | Per ███ request, produce for team to investigate and review ████. | 1.40 |
| 01/07/2024 | Per ███ request, produce █████ for team to investigate and review ████. | 0.90 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████ | fticonsulting.com

5



## Invoice Detail

February 15, 2024

Invoice No.    100100050194
Job No.    008334.0284

| Date | Description | Hours |
|---|---|---|
| 01/07/2024 | Per ▮▮▮ request, produce ▮▮▮▮▮▮▮ . | 0.60 |
| 01/07/2024 | Per ▮▮▮ request, produce ▮▮▮▮▮▮▮ | 1.00 |
| 01/08/2024 | Provide guidance to team regarding ▮▮▮▮▮▮ . | 0.20 |
| 01/08/2024 | Provide team additional guidance related to ▮▮▮▮ | 0.40 |
| 01/08/2024 | Review and QC ▮▮▮▮▮ from the team regarding ▮▮▮ and implement ▮▮▮ . | 2.00 |
| 01/09/2024 | Provide team additional guidance related to ▮▮▮▮ | 0.10 |
| 01/11/2024 | Apply updates to ▮▮▮▮▮ per ▮ | 0.40 |
| 01/11/2024 | Confirm ▮▮▮ associated with ▮▮▮ . | 0.60 |
| 01/11/2024 | Generate summarized ▮▮▮▮ for team to review and reconcile to 1/4/2024 portal report to be filed with the court. | 0.30 |
| 01/11/2024 | Provide guidance to team on ▮▮▮▮ associated with ▮▮ | 0.10 |
| 01/12/2024 | Review and QC team results on ▮▮▮▮▮▮▮ . | 0.20 |
| 01/12/2024 | Review and QC team results on ▮▮▮▮▮▮▮ . | 0.30 |
| 01/12/2024 | Review and QC team results on ▮▮▮▮ to identify ▮▮▮ and apply ▮▮▮ and generate ▮▮▮ . | 2.50 |
| 01/13/2024 | Produce updated ▮▮▮▮▮ , and provide ▮▮▮ . | 0.70 |
| 01/13/2024 | Provide ▮▮▮ to team on ▮▮▮ . | 0.40 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮▮▮ | fticonsulting.com

6


**FTI**
**CONSULTING**

## *Invoice Detail*

February 15, 2024

| | |
|---|---|
| Invoice No. | 100100050194 |
| Job No. | 008334.0284 |

| | | |
|---|---|---|
| 01/13/2024 | Review and QC ████ on ████████████████ ████████████████████. | 2.20 |
| 01/16/2024 | Internal ████ meeting regarding ████████████ ██████ to answer ██████ regarding ████ with J. Wills and L. Gilpatrick. | 0.30 |
| 01/16/2024 | Provide guidance to team on ████████████████ based on ████ direction. | 0.60 |
| 01/22/2024 | Conference call regarding ████████ associated with ████████████████ with B. Day (Baker Botts). | 0.20 |
| 01/22/2024 | Per ████ request, provide guidance back to team regarding ████████████████. | 0.60 |
| 01/22/2024 | Provide guidance to team on ████████████████. | 0.10 |
| 01/24/2024 | Internal ████ meeting regarding questions from ████ with J. Wills. | 0.80 |
| 01/24/2024 | Provide guidance and answer team questions regarding ████. | 0.30 |
| 01/25/2024 | Conference call regarding ████████████ to determine and summarize ████████████████ with B. Day (Baker Botts). | 0.70 |
| 01/25/2024 | Per ████ request, build ████████ and tie out ██. | 2.00 |
| 01/25/2024 | Per ████ request, summarize ████████████████. | 0.60 |
| 01/26/2024 | Conference call regarding ████████████ with B. Day (Baker Botts). | 0.20 |
| 01/26/2024 | Per ████ request, continue to ████████████. | 0.70 |
| 01/27/2024 | Per ████ request, continue to build ████████████. | 1.00 |
| 01/28/2024 | Per ████ request, continue to build ████████████ and identify ████████████. | 3.30 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

7





## *Invoice Detail*

|  |  |
|---|---|
| | **February 15, 2024** |
| **Invoice No.** | **100100050194** |
| **Job No.** | **008334.0284** |

| | | |
|---|---|---|
| 01/29/2024 | Identify ▌ with ▌ associated with ▌ and provide ▌. | 2.00 |
| 01/29/2024 | Internal ▌ meeting regarding questions on ▌ with J. Wills. | 0.70 |

| **$924.00** | **per hour x total hrs** | **37.10** | **$34,280.40** |
|---|---|---|---|

**Joseph Wills**

| | | |
|---|---|---|
| 01/03/2024 | Internal ▌ meeting regarding ▌ on requested ▌ with S. Sizemore and L. Gilpatrick. | 0.80 |
| 01/03/2024 | Provide guidance to team on ▌ | 0.60 |
| 01/03/2024 | Review ▌ related to ▌ | 1.60 |
| 01/04/2024 | Respond to questions and provide guidance to team on the ▌ | 0.60 |
| 01/04/2024 | Review and QC materials related to the ▌ | 4.60 |
| 01/05/2024 | Continue to review and QC materials related to the ▌ | 0.90 |
| 01/05/2024 | Continue to review and QC materials related to the ▌ | 1.00 |
| 01/05/2024 | Internal ▌ meeting regarding ▌ with S. Sizemore. | 0.30 |
| 01/07/2024 | Continue to review and QC materials related to the ▌ | 1.60 |
| 01/08/2024 | Continue to review and QC materials related to the ▌ | 1.60 |
| 01/09/2024 | Continue to review and QC materials related to the ▌ | 1.60 |
| 01/10/2024 | Continue to review and QC materials related to the ▌ | 2.10 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▌ | fticonsulting.com





## Invoice Detail

February 15, 2024

| | | Invoice No. | 100100050194 |
| | | Job No. | 008334.0284 |

| | | | |
|---|---|---|---|
| 01/10/2024 | Provide guidance to team on ████████████. | 0.60 | |
| 01/11/2024 | Continue to review and QC materials related to the ████████████████. | 2.80 | |
| 01/11/2024 | Provide additional guidance to team on ████████. | 0.90 | |
| 01/12/2024 | Continue to review and QC materials related to the ████████████. | 4.80 | |
| 01/14/2024 | Perform reconciliations across ████████████. | 1.40 | |
| 01/15/2024 | Continue to perform reconciliations across ████████. | 1.80 | |
| 01/15/2024 | Continue to perform reconciliations across ████████. | 1.80 | |
| 01/16/2024 | Internal ████ meeting regarding ████████ with S. Sizemore and L. Gilpatrick. | 0.30 | |
| 01/16/2024 | Review materials, perform reconciliations, and format and finalize ████████. | 11.90 | |
| 01/22/2024 | Revise and refresh ████████ related to the ████████. | 1.10 | |
| 01/24/2024 | Conference call regarding ████████ with B. Day (Baker Botts). | 0.60 | |
| 01/24/2024 | Internal ████ meeting regarding q████████ with S. Sizemore. | 0.80 | |
| 01/24/2024 | Review materials related to specific claim groups and situations apparent in the 10th Distribution Calculation Report per questions from counsel. | 1.80 | |
| 01/28/2024 | Review materials related to ████████████████. | 0.60 | |
| 01/29/2024 | Internal ████ meeting regarding ████ on ████████ with S. Sizemore. | 0.70 | |
| 01/29/2024 | Internal ████ meeting regarding ████████ with L. Gilpatrick. | 0.60 | |
| | **$620.00** | **per hour x total hrs** | **49.80** | **$30,876.00** |

**Lilia Gilpatrick**

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

9



## Invoice Detail

February 15, 2024

| | Invoice No. | 100100050194 |
| | Job No. | 008334.0284 |

| Date | Description | Hours |
|------|-------------|-------|
| 01/03/2024 | Internal ███ meeting regarding ███ with S. Sizemore and J. Wills. | 0.80 |
| 01/03/2024 | Perform ███ ███ as part of the ███ | 1.80 |
| 01/04/2024 | Perform ███ ███ as part of the ███. | 3.90 |
| 01/05/2024 | Continue to perform ███ as part of the ███. | 4.40 |
| 01/08/2024 | Continue to perform ███ as part of the ███. | 0.50 |
| 01/09/2024 | Continue to perform ███ as part of the ███. | 2.50 |
| 01/10/2024 | Continue to perform ███ as part of the ███. | 2.00 |
| 01/10/2024 | Continue to perform ███ as part of the ███. | 2.00 |
| 01/11/2024 | Continue to perform ███ as part of the ███. | 1.20 |
| 01/12/2024 | Continue to perform ███ as part of the ███. | 4.10 |
| 01/13/2024 | Continue to perform ███ as part of the ███. | 2.00 |
| 01/16/2024 | Internal planning meeting regarding ███ and to answer requests regarding ███ with S. Sizemore and J. Wills. | 0.30 |
| 01/16/2024 | Perform subsequent ███ as part of the ███ | 6.90 |
| 01/17/2024 | Update ███ per request from ███. | 0.10 |
| 01/22/2024 | Compile ███ per request from ███. | 0.40 |
| 01/22/2024 | Continue to perform ███ as part of the ███. | 0.40 |
| 01/23/2024 | Continue to perform ███ as part of the ███. | 0.10 |
| 01/26/2024 | Continue to perform ███ as part of the ███. | 0.50 |
| 01/29/2024 | Internal ███ meeting regarding ███ with J. Wills. | 0.60 |
| 01/30/2024 | Update ███ per request from ███. | 0.20 |

| | $488.00 | per hour x total hrs | 34.70 | $16,933.60 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███ | fticonsulting.com

10



## *Invoice Detail*

February 15, 2024

|  |  |
|---|---|
| Invoice No. | 100100050194 |
| Job No. | 008334.0284 |

| | | |
|---|---|---|
| **Claims Distribution** | | $82,090.00 |

**Claims Review – Accuracy/Completeness**

**Scott Sizemore**

| Date | Description | Hours | |
|---|---|---|---|
| 01/08/2024 | Research and provide team ██████ to follow up on ████████, where requested | 0.70 | |
| 01/11/2024 | Identify Gilardi ████ issues and ask team to ████████. | 0.60 | |
| | **$924.00**     per hour x total hrs | **1.30** | **$1,201.20** |

**Joseph Wills**

| Date | Description | Hours | |
|---|---|---|---|
| 01/02/2024 | Review and QC materials related to ████████ per request from ████. | 0.70 | |
| 01/11/2024 | Review ████ and materials for ████████ per request from ████. | 0.80 | |
| | **$620.00**     per hour x total hrs | **1.50** | **$930.00** |

**Lilia Gilpatrick**

| Date | Description | Hours | |
|---|---|---|---|
| 01/02/2024 | Research and compile ████ for ████████ per request from ████. | 0.80 | |
| 01/23/2024 | Research ████ associated with ████████. | 0.40 | |
| | **$488.00**     per hour x total hrs | **1.20** | **$585.60** |

| | | |
|---|---|---|
| **Claims Review – Accuracy/Completeness** | | $2,716.80 |

| | |
|---|---|
| **Total Professional Services** | **$84,806.80** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

11

APP. 0454
Appx. 158



## *Invoice Detail*

|  |  |
|---|---|
|  | **February 15, 2024** |
| **Invoice No.** | **100100050194** |
| **Job No.** | **008334.0284** |

*Expenses*

| | |
|---|---|
| **Purchased Services (third-party charges related to hosting SQL/Oracle databases)** | **$343.38** |
| **Total Expenses** | **$343.38** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ▮▮▮▮▮▮ | fticonsulting.com


| | January 2024 Invoice | | | |
|---|---|---|---|---|
| **Matter** | **Time Keeper** | **Hours** | **Amount** | **Percentage** |
| Claims Distribution | Scott Sizemore | 37.1 | $34,280.40 | |
| Claims Distribution | Joseph Wills | 49.8 | $30,876.00 | |
| Claims Distribution | Lilia Gilpatrick | 34.7 | $16,933.60 | |
| **Claims Distribution Total** | | **121.6** | **$82,090.00** | **96.8%** |
| | | | | |
| Claims Review - Accuracy and Completeness | Scott Sizemore | 1.3 | $1,201.20 | |
| Claims Review - Accuracy and Completeness | Joseph Wills | 1.5 | $930.00 | |
| Claims Review - Accuracy and Completeness | Lilia Gilpatrick | 1.2 | $585.60 | |
| **Claims Review - Accuracy and Completeness Total** | | **4.0** | **$2,716.80** | **3.2%** |
| | | | | |
| **Grand Total** | | **125.6** | **$84,806.80** | **100.0%** |



*Forensic and Litigation Consulting*

March 14, 2024

Kevin M. Sadler, Esq.
Baker Botts, LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701
United States

RE:  Stanford Receivership Claims Reconciliation
Job No. 008334.0284
Invoice No. 100100054687


Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees from February 01, 2024 through February 29, 2024.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Scott Sizemore
Senior Managing Director

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com



# *Invoice Remittance*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

|  |  |
|---|---|
|  | **March 14, 2024** |
| **Invoice No.** | **100100054687** |
| **Job No.** | **008334.0284** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted February 01, 2024 through February 29, 2024**

**Amount Due Current Invoice**                    $45,073.04

*Please reference invoice number in your remittance.*

**Check Payments To:**                    **Overnight Payments To:**
*FTI Consulting Inc*                         *Bank of America ML*
*P.0. Box 418005*                         *Lockbox Services*
*Boston, MA 02241-8005*                     *Lockbox 418005*
*United States*                             *MA5-527-02-07*
                                         *2 Morrissey Blvd.*
                                         *Dorchester, MA 02125-8005*





FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

2



## *Invoice Remittance*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---|
| | **March 14, 2024** |
| **Invoice No.** | **100100054687** |
| **Job No.** | **008334.0284** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted February 01, 2024 through February 29, 2024**

FTI Consulting performed the following tasks from February 1 through February 29, 2024:

- Performed procedures in relation to the Distribution process, specifically:
  - Performed ███████████████ in generating ████████████ to receive ██████ █ ████████████.
  - Continued to assist ██████ in preparing ██████████ as it relates to ████████████████████ ████████████ This will be an on-going task in furtherance of assisting ████████.
  - Reviewed, updated, and QC'd ████████████ at ██████ request.
- Performed quality assurance procedures, specifically:
  - Assisted ██████ in reviewing ████████████████ and update ████████ to include ████████
  - Assisted ██████ in reviewing ████████████████████.



FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ██████ | fticonsulting.com

3



# *Invoice Summary*

**Kevin M. Sadler, Esq.**
**Baker Botts, LLP**
**98 San Jacinto Blvd.**
**Suite 1500**
**Austin, TX 78701**
**United States**

| | |
|---|---|
| | **March 14, 2024** |
| **Invoice No.** | **100100054687** |
| **Job No.** | **008334.0284** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**RE: Stanford Receivership Claims Reconciliation**
Job No. 008334.0284

**Current Invoice Period: Charges posted February 01, 2024 through February 29, 2024**

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Scott Sizemore | Senior Managing Director | $924.00 | 15.10 | $13,952.40 |
| Joseph Wills | Director | $620.00 | 31.20 | $19,344.00 |
| Lilia Gilpatrick | Senior Consultant | $488.00 | 23.50 | $11,468.00 |
| **Total Professional Services** | | | **69.80** | **$44,764.40** |

| | |
|---|---|
| **Total Expenses** | **$308.64** |

| Invoice Total | USD Amount |
|---|---|
| | $45,073.04 |
| **Total Due** | **$45,073.04** |





# Invoice Detail

March 14, 2024

Invoice No.     100100054687
Job No.     008334.0284

*Total Professional Services*
**Claims Distribution**
   **Scott Sizemore**

| | | | |
|---|---|---|---|
| 02/01/2024 | Test additional ███████ and identify exceptions for team to investigate and resolve associated with ███ request for ███████. | 2.40 | |
| 02/02/2024 | Continue to test ███████████ and identify ███████ for team to investigate and resolve associated with request for ████. | 1.20 | |
| 02/03/2024 | Continue to test ███████████ and identify ███████ for team to investigate and resolve associated with request for ████ and test ██████████████████████████████████████████████████ | 2.80 | |
| 02/05/2024 | Internal planning meeting regarding █████████ required for ████████████████████████ with J. Wills and L. Gilpatrick. | 1.10 | |
| 02/06/2024 | Conference call regarding ███████████ associated with ████████ with B. Day (Baker Botts), J. Wills, and L. Gilpatrick. | 1.00 | |
| 02/12/2024 | Conference call regarding █████████████ ████████████████████ with Baker Botts, Gilardi, and FTI representatives. | 1.00 | |
| 02/12/2024 | Per ██████ request, determine ████████████ associated with ██████████ for team to investigate and resolve. | 3.00 | |
| 02/14/2024 | Internal ████████ meeting regarding question associated with ████ with J. Wills. | 0.30 | |
| | **$924.00** | **per hour x total hrs** | **12.80** | **$11,827.20** |

**Joseph Wills**

| | | | |
|---|---|---|---|
| 02/05/2024 | Internal ████████ meeting regarding ██████████████████████████████████████████. | 1.10 | |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

5





**March 14, 2024**

Invoice No.      100100054687
Job No.          008334.0284

| Date | Description | Hours |
|---|---|---|
| 02/05/2024 | Review materials related to a ██████ per request from ██████ | 0.80 |
| 02/06/2024 | Conference call regarding ██████ with B. Day (Baker Botts), S. Sizemore, and L. Gilpatrick. | 1.00 |
| 02/07/2024 | Confirm ██████ per request from ██████ | 0.40 |
| 02/12/2024 | Conference call regarding ██████ with Baker Botts, Gilardi, and FTI representatives. | 1.00 |
| 02/13/2024 | Provide guidance to team regarding ██████. | 0.30 |
| 02/13/2024 | Review and QC the ██████ as part of the ██████. | 3.10 |
| 02/13/2024 | Review and QC the ██████ before sending to ██████. | 1.00 |
| 02/13/2024 | Review ██████ related to ██████ | 0.90 |
| 02/14/2024 | Finalize ██████. | 3.70 |
| 02/14/2024 | Internal ██████ meeting regarding ██████ associated with ██████ with S. Sizemore. | 0.30 |
| 02/14/2024 | Review and QC ██████ related to ██████ | 4.50 |
| 02/14/2024 | Review ██████. | 0.20 |
| 02/14/2024 | Review materials related to ██████. | 0.50 |
| 02/15/2024 | Review and QC ██████ related to ██████. | 0.30 |
| 02/21/2024 | Review materials related to ██████ as a result of ██████. | 0.40 |
| 02/23/2024 | Conference call regarding ██████ with B. Day (Baker Botts). | 0.10 |
| 02/23/2024 | Review and finalize materials related to ██████ associated with ██████. | 0.50 |



# *Invoice Detail*

Invoice No.  100100054687
Job No.  008334.0284

**March 14, 2024**

| Date | Description | Hours |
|---|---|---|
| 02/23/2024 | Review and update ███ to generate ███████████ according to ███████. | 0.30 |
| 02/23/2024 | Review materials related to ███████████ | 0.70 |
| 02/27/2024 | Review and QC materials related to a ███████ as requested by ███████. | 0.50 |

| | | | | |
|---|---|---|---|---|
| **$620.00** | **per hour x total hrs** | **21.60** | **$13,392.00** |

**Lilia Gilpatrick**

| Date | Description | Hours |
|---|---|---|
| 02/01/2024 | Update ███████ per request from ███████ | 0.50 |
| 02/02/2024 | Update ███ per request from ███████ | 0.10 |
| 02/05/2024 | Internal ███ meeting regarding ███████ ███████ with ███ with S. Sizemore and J. Wills. | 1.10 |
| 02/06/2024 | Meeting regarding ███████████ with B. Day, J. Wills and S. Sizemore. | 1.00 |
| 02/06/2024 | Update ███████ per request from ███. | 0.40 |
| 02/07/2024 | Update ███████ per request from ███. | 0.40 |
| 02/08/2024 | Update ███████ per request from ███. | 0.30 |
| 02/12/2024 | Conference call regarding ███████ associated with ███████ with Baker Botts, Gilardi, and FTI representatives. | 1.00 |
| 02/13/2024 | Identify and QC ███████████ ███. | 4.10 |
| 02/14/2024 | Continue to identify and QC ███████. | 3.40 |
| 02/14/2024 | Update ███ per request from ███. | 1.50 |
| 02/15/2024 | Update ███ per request from ███. | 1.40 |
| 02/19/2024 | ███████ planning and preparation. Review ███████ and compile ███ and prepare ███ to incorporate ███. | 1.00 |
| 02/20/2024 | Update ███████ per request from ███. | 0.20 |
| 02/21/2024 | Continued distribution payment tracking planning and preparation. Review ███████ and compile ███ and prepare ███ to incorporate ███. | 0.60 |
| 02/21/2024 | Update ███████ per request from ███. | 0.10 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ███████ | fticonsulting.com

7





# Invoice Detail

**March 14, 2024**

|  |  |  |
|---|---|---|
| Invoice No. | | 100100054687 |
| Job No. | | 008334.0284 |



| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/22/2024 | Continued ████████████████. Review ████ and compile ██████ and prepare ████ to incorporate ████████. | 0.50 | |
| 02/23/2024 | Compile ██████████████ per request from ████. | 1.90 | |
| 02/27/2024 | Compile ████ per request from ████ | 0.50 | |
| 02/27/2024 | Gather ████ per request from ████. | 0.60 | |
| 02/27/2024 | Update ████ per request from ████. | 0.40 | |
| 02/28/2024 | Update ████ per request from ████. | 0.40 | |
| | **$488.00** | **per hour x total hrs** | **21.40** | **$10,443.20** |

**Claims Distribution** **$35,662.40**

**Claims Review – Accuracy/Completeness**
   **Scott Sizemore**



| Date | Description | Hours |
|---|---|---|
| 02/06/2024 | Internal ████ meeting related to ████████████████ with J. Wills. | 0.20 |
| 02/06/2024 | Per ████ request, research and provide answers to ████████████████. | 0.30 |
| 02/07/2024 | Internal ████ meeting regarding additional questions ████████ with J. Wills. | 0.10 |
| 02/07/2024 | Internal ████ meeting regarding ████████ with J. Wills. | 0.20 |
| 02/07/2024 | Per ████ request, respond to ████ correct ████████████ associated with ████. | 1.10 |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: ████████ | fticonsulting.com

8



## *Invoice Detail*

March 14, 2024

| | Invoice No. | 100100054687 |
| --- | --- | --- |
| | Job No. | 008334.0284 |



| Date | Description | Hours |
| --- | --- | --- |
| 02/12/2024 | Provide ▓ to team related to ▓ related to ▓ to minimize ▓ | 0.20 |
| 02/28/2024 | Per ▓ request, ▓ to team regarding ▓ | 0.20 |

| | $924.00 | per hour x total hrs | 2.30 | $2,125.20 |
| --- | --- | --- | --- | --- |

**Joseph Wills**



| Date | Description | Hours |
| --- | --- | --- |
| 02/06/2024 | Finalize review and summarize ▓ regarding ▓ per request from ▓ | 1.60 |
| 02/06/2024 | Internal ▓ meeting related ▓ with S. Sizemore. | 0.20 |
| 02/06/2024 | Review ▓ per request from ▓ | 1.50 |
| 02/07/2024 | Conference call regarding ▓ with M. Barnhart (Receivership). | 0.40 |
| 02/07/2024 | Internal ▓ meeting regarding additional ▓ with S. Sizemore. | 0.10 |
| 02/07/2024 | Internal ▓ meeting regarding ▓ associated with ▓ with S. Sizemore. | 0.20 |
| 02/07/2024 | Review and finalize ▓ for ▓ per request from ▓ | 0.40 |
| 02/07/2024 | Review ▓ for ▓ per request from ▓ | 1.70 |
| 02/08/2024 | Provide ▓ and prepare ▓ per request from ▓ | 0.90 |
| 02/08/2024 | Provide ▓ per request from ▓ | 0.30 |



**F T I**
**C O N S U L T I N G**™

*Invoice Detail*

March 14, 2024

| | | Invoice No. | 100100054687 |
| | | Job No. | 008334.0284 |

| Date | Description | Hours | |
|---|---|---|---|
| 02/08/2024 | Provide ███████ per request from ██████ | 0.20 | |
| 02/09/2024 | Review ██████ to assess ██████ per request from ██████ . | 0.60 | |
| 02/12/2024 | Provide guidance to team regarding ██████ . | 0.70 | |
| 02/21/2024 | Review and QC materials related to the ██████ per request from ██████ . | 0.30 | |
| 02/28/2024 | Review ██████ and send ██████ per request from ██████ . | 0.50 | |
| | **$620.00** | **per hour x total hrs** | **9.60** | **$5,952.00** |

**Lilia Gilpatrick**

| 02/05/2024 | Gather and summarize ██████ | 1.10 | |
| 02/12/2024 | Update and QC the ██████ per request from ██████ . | 0.80 | |
| 02/13/2024 | Continue to update and QC the ██████ per request from ██████ . | 0.20 | |
| | **$488.00** | **per hour x total hrs** | **2.10** | **$1,024.80** |

| **Claims Review – Accuracy/Completeness** | | | **$9,102.00** |

| **Total Professional Services** | | | **$44,764.40** |

*Expenses*

| **Purchased Services** (third-party charges related to hosting SQL/Oracle databases) | **$308.64** |
|---|---|
| **Total Expenses** | **$308.64** |




**February 2024 Invoice**

| Matter | Time Keeper | Hours | Amount | Percentage |
|---|---|---|---|---|
| Claims Distribution | Joseph Wills | 21.6 | $13,392.00 | |
| Claims Distribution | Scott Sizemore | 12.8 | $11,827.20 | |
| Claims Distribution | Lilia Gilpatrick | 21.4 | $10,443.20 | |
| **Claims Distribution Total** | | **55.8** | **$35,662.40** | **79.7%** |
| | | | | |
| Claims Review - Accuracy and Completeness | Joseph Wills | 9.6 | $5,952.00 | |
| Claims Review - Accuracy and Completeness | Scott Sizemore | 2.3 | $2,125.20 | |
| Claims Review - Accuracy and Completeness | Lilia Gilpatrick | 2.1 | $1,024.80 | |
| **Claims Review - Accuracy and Completeness Total** | | **14.0** | **$9,102.00** | **20.3%** |
| | | | | |
| **Grand Total** | | **69.8** | **$44,764.40** | **100.0%** |

# EXHIBIT H



**Gilardi & Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901

February 1, 2024

Ralph S. Janvey, Esq., Receiver
Stanford Financial Receivership Estate
c/o David Arlington, Esq.
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Re: **SEC v. Stanford International Bank, Ltd., et al.**
Client Matter Number 3903
Invoice: 3903-191   US_GILH2632587

Professional services and case specific expenses from December 1, 2023 through December 31, 2023 in connection with the **SEC v. Stanford International Bank, Ltd., et al.** matter.

**Professional Services**

| | | |
|---|---|---|
| **CD Claims Processing and Administration** | $ | 4,946.07 |

- Facilitate Level 1 review, per claim reconciliation workflow and business rules
- Facilitate mailing of Letters of Determination Notification
- Perform data review to facilitate settlement mailings
- Execute transferred claim updates
- Execute settlement notice mailing

| | | |
|---|---|---|
| **Distribution** | $ | 24,156.22 |

- Execute Certification Form notification intake
- Preparation and intake of Certification Forms
- Prepare and review distribution schedule for Court filing
- Execute initial distribution check or reissue mailings

| | | |
|---|---|---|
| **Claimant Support via IVR, live operator and email** | $ | 178.14 |
| **Subtotal Professional Services** | **$** | **29,280.43** |
| | | |
| **Total Amount Due for Services this Invoice** | **$** | **29,280.43** |



**Gilardi**
**& Co LLC**

┌─────────────────────┐
│ **REMITTANCE PAGE** │
└─────────────────────┘

3301 Kerner Blvd.
San Rafael, CA 94901


**DATE:**        **February 2, 2024**

**CLIENT:**     **Ralph S. Janvey, Esq., Receiver**
                **Stanford Financial Receivership Estate**
                **c/o David Arlington, Esq.**
                **Baker Botts LLP**
                **2001 Ross Avenue**
                **Dallas, TX 75201**

**CLIENT MATTER NUMBER: 3903**
**INVOICE: 3903-191   US_GILH2632587**
**TOTAL AMOUNT DUE $ 673,504.97**

---

**Wire Transfer Instructions:**



**Remit Check Payments:**
Gilardi & Co LLC
Dept CH 16639
Palatine, IL 60055-6639

**Gilardi & Co LLC Federal ID Number:**

**Please include this page with your payment.**

| Inv Ref # | Employee | Task ID | Task Name | Transaction Date | Quantity | SEC Rate | Fee | Billing Note |
|---|---|---|---|---|---|---|---|---|
| 1 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/21/2023 | 0.50 | $ 142.50 | $ 71.25 | Review distribution requests received. Reconcile controls and preparation for distribution work for initial distribution request (0.50) |
| 2 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/21/2023 | 1.00 | $ 142.50 | $ 142.50 | Review distribution requests received. Reconcile controls in preparation for distribution data work for re-issue and re-distribution batches (1.00) |
| 3 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/22/2023 | 3.00 | $ 142.50 | $ 427.50 | Compile and review all concurrent reissue and new distribution request tickets, wire and check, for duplicate requests or amount discrepancies and distribution data work for banking and print vendor requirements for re-issue and re-distribution batches (3.00) |
| 4 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/22/2023 | 0.50 | $ 142.50 | $ 71.25 | Distribution data work for banking and print vendor requirements for initial distribution request (0.50) |
| 5 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/26/2023 | 1.00 | $ 142.50 | $ 142.50 | Review and reconcile funding requests. Email follow up with Case Team and Banking Team regarding expected funding.Distribution data work for banking and print vendor requirements , Coordinate distribuiton data file uploads and transfer to print vendor and banking systems for initial distribution request (1.00) |
| 6 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/26/2023 | 1.00 | $ 142.50 | $ 142.50 | Review and reconcile funding requests. Email follow up with Case Team and Banking Team regarding expected funding.Distribution data work for banking and print vendor requirements, Coordinate distribuiton data file uploads and transfer to print vendor and banking systems for re-issue and re-distribution batches (1.00) |
| 7 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 1.00 | $ 142.50 | $ 142.50 | Retrieve and file check proofs. Review and QC check print proofs. Related to check reissue and redistribution requests (1.00) |
| 8 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 0.50 | $ 142.50 | $ 71.25 | Retrieve and file check proofs. Review and QC check print proofs. Related to new distribution request for initial distribution request (0.50) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 1.00 | $ 142.50 | $ 142.50 | Coordinate production approval with case managers and print vendor. Follow up regarding unique UPS file requirements for high volume of courier tracking requests for initial distribution request (1.00) |
| 10 | Adam Berry | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 1.00 | $ 142.50 | $ 142.50 | Coordinate production approval with case managers and print vendor. Follow up regarding unique UPS file requirements for high volume of courier tracking requests for re-issue and re-distribution batches (1.00) |
| 11 | Adam Love | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 0.25 | $ 71.25 | $ 17.81 | Escalation Resolution - Distribution |
| 12 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/7/2023 | 0.50 | $ 71.25 | $ 35.63 | Stopped check request processing (0.50) |
| 13 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 2.25 | $ 71.25 | $ 160.31 | Stopped check request finalization, Wire reissue review and OFAC (2.25) |
| 14 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 1.00 | $ 71.25 | $ 71.25 | Wire reissue review and processing (1.00) |
| 15 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/14/2023 | 1.00 | $ 71.25 | $ 71.25 | Returned wires  (1.00) |
| 16 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/15/2023 | 2.00 | $ 71.25 | $ 142.50 | Reissue wires processing (2.00) |
| 17 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 0.50 | $ 71.25 | $ 35.63 | ██████████ processing (0.50) |
| 18 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/21/2023 | 1.00 | $ 71.25 | $ 71.25 | Wire reissue initiate OFAC run (1.00) |
| 19 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 6.75 | $ 71.25 | $ 480.94 | Wire reissue review and processing (6.75) |
| 20 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 3.00 | $ 71.25 | $ 213.75 | Wire reissue review and processing (3.00) |
| 21 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 2.00 | $ 71.25 | $ 142.50 | Funding distribution of checks, processing wire reissues (2.00) |
| 22 | Caitlin Corrie | CA-CD PROCESS | CD Claim Processing | 12/21/2023 | 0.25 | $ 71.25 | $ 17.81 | Execute print and mail of determination notices |
| 23 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 12/6/2023 | 0.50 | $ 71.25 | $ 35.63 | Fielded 3 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 24 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 25 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 12/18/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 27 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 12/20/2023 | 1.00 | $ 71.25 | $ 71.25 | Fielded 3 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 28 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 12/21/2023 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 29 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 30 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 12/4/2023 | 0.25 | $ 71.25 | $ 17.81 | Reporting of cashed checks on the ▮▮▮ account (0.25) |
| 31 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 12/26/2023 | 0.25 | $ 71.25 | $ 17.81 | Reporting of cashed checks on the ▮▮▮ account (0.25) |
| 32 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 0.75 | $ 71.25 | $ 53.44 | Reporting of cashed checks on the ▮▮▮ account (0.25) Generate Fraud Packet to the bank (0.5) |
| 33 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 0.25 | $ 71.25 | $ 17.81 | Execute 1 wire transfer |
| 34 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 12/5/2023 | 0.50 | $ 71.25 | $ 35.63 | Execute change of address, email updates, phone number update and c/o update for 4 groups requested via email (0.50) |
| 35 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 12/11/2023 | 0.25 | $ 71.25 | $ 17.81 | Execute change of address, email updates, phone number update and c/o update for 1 group requested via email (0.25) |
| 36 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 12/14/2023 | 1.50 | $ 71.25 | $ 106.88 | Execute change of address, email updates, phone number update and c/o update for 10 groups requested via email (1.50) |
| 37 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 12/21/2023 | 2.00 | $ 71.25 | $ 142.50 | Execute change of address, email updates, phone number update and c/o update for 14 groups requested via email (2.00) |
| 38 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 12/5/2023 | 0.75 | $ 142.50 | $ 106.88 | Test and execute live international and domestic wire files for ▮▮▮ (0.75) |
| 39 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 12/7/2023 | 0.25 | $ 142.50 | $ 35.63 | Process check register updates and check lapses (0.25) |
| 40 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 12/14/2023 | 0.50 | $ 142.50 | $ 71.25 | Research long outstanding checks issue |



| | Name | Code | Task | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 41 | Erik Robinson | DS-DistPrep | Distribution Preparation | 12/27/2023 | 0.75 | $ 142.50 | $ 106.88 | Upload register, tax detail postings and audit table postings for wire re-issues, re-distributions and initial distributions (0.75) |
| 42 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 0.25 | $ 71.25 | $ 17.81 | Retrieve checking ▮▮▮▮ (0.25) |
| 43 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 0.25 | $ 71.25 | $ 17.81 | Retrieve checking ▮▮▮▮ (0.25) |
| 44 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 0.25 | $ 71.25 | $ 17.81 | Retrieve checking ▮▮▮▮ (0.25) |
| 45 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/14/2023 | 0.25 | $ 71.25 | $ 17.81 | Confirm and process new funding for re-distribution check batch (0.25) |
| 46 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/15/2023 | 0.25 | $ 71.25 | $ 17.81 | Retrieve checking ▮▮▮▮ (0.25) |
| 47 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/18/2023 | 0.25 | $ 71.25 | $ 17.81 | Coordinate ▮▮▮▮ account ▮▮▮▮ (0.25) |
| 48 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/21/2023 | 0.25 | $ 71.25 | $ 17.81 | Generate interest calculation report (0.25) |
| 49 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 0.25 | $ 71.25 | $ 17.81 | Coordinate ▮▮▮▮ account ▮▮▮▮ (0.25) |
| 50 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 0.25 | $ 71.25 | $ 17.81 | Confirm and process new funding for initial check and wire batches (0.25) |
| 51 | Jennifer Grageda | CA-CD PROCESS | CD Claim Processing | 12/21/2023 | 1.50 | $ 109.25 | $ 163.88 | Execute print and mail of determination notices |
| 52 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 12/1/2023 | 0.75 | $ 71.25 | $ 53.44 | Fielded 2 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.75) |
| 53 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 12/7/2023 | 1.25 | $ 71.25 | $ 89.06 | Fielded 3 claimants distribution inquiries received via toll-free line and updated case software with call log description (1.25) |
| 54 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 1.00 | $ 71.25 | $ 71.25 | Fielded 2 claimant distribution inquiry received via toll-free line and updated case software with call log description (1.00) |
| 55 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 12/21/2023 | 1.00 | $ 71.25 | $ 71.25 | Fielded 2 claimants distribution inquiries received via toll-free line and updated case software with call log description (1:00) |
| 56 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 0.50 | $ 71.25 | $ 35.63 | Fielded 3 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |



| | Name | Code | Category | Date | Hours | | Rate | | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Kimmesha Beaumont | CA-CLAIMQSTNS | Claim Questions | 12/28/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.50) |
| 58 | Kimmesha Beaumont | CA-CLAIMQSTNS | Claim Questions | 12/29/2023 | 1.50 | $ | 71.25 | $ | 106.88 | Fielded 3 claimant inquiries received via toll-free line and updated case software with call log description (1.50) |
| 59 | Kimmesha Beaumont | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 1.50 | $ | 71.25 | $ | 106.88 | Fielded 5 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.50) |
| 60 | Lara McDermott | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 1.00 | $ | 261.25 | $ | 261.25 | acct mgmt █████████ |
| 61 | Lara McDermott | DS-DISTPREP | Distribution Preparation | 12/15/2023 | 0.50 | $ | 261.25 | $ | 130.63 | acct mgmt █████████ |
| 62 | Lara McDermott | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Account █████ requests █████ |
| 63 | Lara McDermott | DS-DISTPREP | Distribution Preparation | 12/22/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Account █████ requests █████ |
| 64 | Lara McDermott | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Account █████ requests █████ |
| 65 | Lara McDermott | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Account █████ requests █████ |
| 66 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Worked on █████████ (0.50) |
| 67 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Worked on █████████ (0.50) |
| 68 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 12/15/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Worked on █████████ (0.50) |
| 69 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 12/18/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Researched █████ █████ question from Baker Botts (0.50) |
| 70 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 12/20/2023 | 0.50 | $ | 261.25 | $ | 130.63 | Internal meeting to review and discuss pricing for █████ (0.50) |
| 71 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 2.00 | $ | 261.25 | $ | 522.50 | Reviewed and approved check reissue/redist/new check jobs (2.00) |
| 72 | Maria Gutierrez | CA-CD PROCESS | CD Claim Processing | 12/19/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Prepare Notices of Determination for mailing (0.50) |
| 73 | Maria Gutierrez | CA-CLAIMQSTNS | Claim Questions | 12/8/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.50) |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 74 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimants distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 75 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimants distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 76 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimants distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 77 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 12/18/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 78 | Maria Silva | DS-DISTPREP | Distribution Preparation | 12/1/2023 | 1.00 | $ | 71.25 | $ | 71.25 | Fielded 3 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 79 | Maria Silva | DS-DISTPREP | Distribution Preparation | 12/4/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimants distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 80 | Maria Silva | DS-DISTPREP | Distribution Preparation | 12/6/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 81 | Maria Silva | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 82 | Maria Silva | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 83 | Michele Rossi | DS-DISTPREP | Distribution Preparation | 12/20/2023 | 0.75 | $ | 109.25 | $ | 81.94 | Address escalated inquiries regarding distribution and re-issue status (0.75) |
| 84 | Michele Rossi | DS-DISTPREP | Distribution Preparation | 12/21/2023 | 2.25 | $ | 109.25 | $ | 245.81 | Address escalated inquiries regarding distribution and re-issue status (2.25) |
| 85 | Michele Rossi | DS-DISTPREP | Distribution Preparation | 12/22/2023 | 0.75 | $ | 109.25 | $ | 81.94 | Address escalated inquiries regarding distribution and re-issue status (0.75) |
| 86 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 12/6/2023 | 2.50 | $ | 166.25 | $ | 415.63 | Generate drafts of determination notices requested by H&M and Brendan (2.50) |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 87 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 12/7/2023 | 1.50 | $ | 166.25 | $ | 249.38 | Generate revised notice of determination per Brendan request (0.50); Research and provide deficiency response for Malouf claim group requested by Marie (1.00) |
| 88 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 12/18/2023 | 0.75 | $ | 166.25 | $ | 124.69 | Coordinate with data team to upload determination notice data to portal for recent mailings (0.75) |
| 89 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 12/19/2023 | 1.75 | $ | 166.25 | $ | 290.94 | Generate amended notice of determination per Heidi request (0.75); Review and prepare ███████████ for Baker Botts review (1.00) |
| 90 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 12/29/2023 | 0.75 | $ | 166.25 | $ | 124.69 | Review Baker Botts comments on ██████ ███ (0.75) |
| 91 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/1/2023 | 5.50 | $ | 166.25 | $ | 914.38 | Coordinate with vendor on ████████████ ████████████ (2.50); Review groups from all 9 distribution schedules against check register to compile ████████████ requested by Brendan (3.00) |
| 92 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/5/2023 | 1.00 | $ | 166.25 | $ | 166.25 | Address multiple escalated inquiries related to re-issue check status and timing of settlement funds (1.00) |
| 93 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/5/2023 | 1.00 | $ | 166.25 | $ | 166.25 | Upload November re-issue proofs to FTP for Baker Botts (1.00) |
| 94 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/6/2023 | 3.50 | $ | 166.25 | $ | 581.88 | Compile status report of replacement wire requested by Brendan (3.00); Execute payee name update requested by FTI (0.50) |
| 95 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/7/2023 | 6.50 | $ | 166.25 | $ | 1,080.63 | Provide additional reporting to Brendan on status of replacement wire requests to address questions (1.25); Generate data files and request for mid-month wire replacement requests (3.75); Request lapse of checks with recent void date ████████████ (0.75); Coordinate with vendor to identify corrected address for undeliverable UPS package (0.75) |

| | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 96 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 3.25 | $ | 166.25 | $ | 540.31 | Compile ▮▮▮▮ for OFAC compliance reporting (1.25); Continue of review groups from all 9 distribution schedules against check register to compile ▮ ▮▮▮▮ requested by Brendan (2.00) |
| 97 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 3.00 | $ | 166.25 | $ | 498.75 | Research and confirm groups for ▮▮▮▮ (0.75); Coordinate further with Brendan and vendor on ▮▮▮▮ (2.25) |
| 98 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 7.50 | $ | 166.25 | $ | 1,246.88 | Finalize review groups from all 9 distribution schedules against check register to compile ▮▮▮▮ requested by Brendan (5.00); Identify unique groups for payee merge compare report (1.25); Compile list of check register updates found during cashed check status (1.25) |
| 99 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/14/2023 | 4.25 | $ | 166.25 | $ | 706.56 | Review updated drafts of ▮▮▮▮ from vendor and provide comments (1.25); Research checks from Lara to address Brendan's ▮▮▮▮ account questions (1.50); Coordinate with H&M and Banking on returned wires (1.50) |
| 100 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/15/2023 | 5.25 | $ | 166.25 | $ | 872.81 | Review payee names for over 4k groups to ▮▮▮▮ and finalize ▮▮▮▮ for Brendan (5.25) |
| 101 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/18/2023 | 5.25 | $ | 166.25 | $ | 872.81 | Confirm execution of wire requests with banking team (0.50); Confirm mailing address for returned undeliverable checks per Marie request (0.50); Provide manager-level review and approval for monthly re-issue/re-distribution batch (1.00); Research and confirm address for undeliverable Venezuelan package per Heidi request (0.50); Generate report of uncashed checks by schedule for ▮▮▮▮ per Brendan request (2.75) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 102 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 2.50 | $ 166.25 | $ 415.63 | Generate certification forms and compile complete notices of determination for 14 groups (2.50) |
| 103 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/22/2023 | 1.00 | $ 166.25 | $ 166.25 | Address escalated inquiries regarding distribution and re-issue status (1.00) |
| 104 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 4.00 | $ 166.25 | $ 665.00 | Coordinate with fund accounting to clarify re-issue status and inclusion for various groups and confirm funding amounts needed to execute (2.00); Begin review of previous distribution data files to confirm fee deductions to continue to finalize amount to be reverted back to receivership (2.00) |
| 105 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 3.75 | $ 166.25 | $ 623.44 | Review and approve check proofs (2.00); Continue review of previous distribution data files to confirm fee deductions to continue to finalize amount to be reverted back to receivership (1.75) |
| 106 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 7.25 | $ 166.25 | $ 1,205.31 | Coordinate with vendor to resolve questions to execute check mailing (2.25); Continue review of previous distribution data files to confirm fee deductions to continue to finalize amount to be reverted back to receivership (2.75); Review check register to begin to generate report of outstanding checks in affected account (2.25) |
| 107 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 108 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 12/26/2023 | 0.50 | $ 71.25 | $ 35.63 | Fielded 2 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 109 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 0.50 | $ 71.25 | $ 35.63 | Fielded 2 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 110 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 12/4/2023 | 0.50 | $ 71.25 | $ 35.63 | Fielded 5 claimant inquiries via toll-free line and updated case software with call log description (0.50) |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 111 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 12/5/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 112 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 12/6/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 113 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 2 claimants distribution inquiries received via toll-free line and updated case software with call log description (0.25) |
| 114 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 115 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 12/20/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 116 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 117 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 118 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 12/5/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 119 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 12/6/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 120 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 12/7/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 121 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 12/15/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 122 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 123 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 12/21/2023 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 124 | Roleena Umipig | CA-CD PROCESS | CD Claim Processing | 12/14/2023 | 0.25 | $ 71.25 | $ 17.81 | Prepare and transmit incoming correspondence to case team for processing (0.25) |
| 125 | Roleena Umipig | CA-CD PROCESS | CD Claim Processing | 12/14/2023 | 0.25 | $ 71.25 | $ 17.81 | Process incoming returned undeliberable mail (0.25) |
| 126 | Roleena Umipig | CA-CD PROCESS | CD Claim Processing | 12/27/2023 | 0.25 | $ 71.25 | $ 17.81 | Prepare and transmit incoming correspondence to case team for processing (0.25) |
| 127 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/5/2023 | 0.75 | $ 71.25 | $ 53.44 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.75) |
| 128 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/6/2023 | 0.75 | $ 71.25 | $ 53.44 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.75) |
| 129 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 130 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 131 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 1.00 | $ 71.25 | $ 71.25 | Fielded 2 claimants distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 132 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 133 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 134 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/14/2023 | 0.75 | $ | 71.25 | $ 53.44 | Fielded 4 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.75) |
| 135 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/18/2023 | 0.25 | $ | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 136 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 1.25 | $ | 71.25 | $ 89.06 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.25) |
| 137 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 12/27/2023 | 0.25 | $ | 71.25 | $ 17.81 | Fielded 2 claimant distribution inquires received via toll-free line and updated case software with call log description (0.25) |
| 138 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/1/2023 | 0.50 | $ | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| 139 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/1/2023 | 1.00 | $ 109.25 | $ 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Upload notice of determination merge data for various groups to portal (2.00); Clarify and resolve issue in criteria understanding for notice of determination report (0.25) |
| 140 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/4/2023 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 141 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/5/2023 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |



| 142 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/6/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 143 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/7/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 144 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/8/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 145 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/8/2023 | 1.00 | $ | 109.25 | $ | 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Upload notice of determination merge data for various groups to portal (2.00); Clarify and resolve issue in criteria understanding for notice of determination report (0.25) |
| 146 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/11/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 147 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/12/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 148 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | | 12/13/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 149 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | | 12/14/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 150 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | | 12/15/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| 151 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/15/2023 | 1.00 | $ | 109.25 | $ | 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Upload notice of determination merge data for various groups to portal (2.00); Clarify and resolve issue in criteria understanding for notice of determination report (0.25) |
| 152 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/18/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 153 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/18/2023 | 1.00 | $ 109.25 | $ 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Upload notice of determination merge data for various groups to portal (2.00); Clarify and resolve issue in criteria understanding for notice of determination report (0.25) |
| 154 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/19/2023 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 155 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/19/2023 | 1.25 | $ 109.25 | $ 136.56 | Update code for Suffix Table to parse out groups numbers (1.25) |
| 156 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/20/2023 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 157 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/21/2023 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 158 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/22/2023 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 159 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/22/2023 | 1.00 | $ 109.25 | $ 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Upload notice of determination merge data for various groups to portal (2.00); Clarify and resolve issue in criteria understanding for notice of determination report (0.25) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 160 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/26/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 161 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/27/2023 | 0.50 | $ | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 162 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 12/27/2023 | 1.00 | $ | 109.25 | $ | 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Upload notice of determination merge data for various groups to portal (2.00); Clarify and resolve issue in criteria understanding for notice of determination report (0.25) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 163 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | | 12/28/2023 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 164 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | | 12/29/2023 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 165 | Sandeep Singh | DS-DISTPREP | Distribution Preparation | | 12/8/2023 | 6.00 | $ 109.25 | $ 655.50 | Execute data merge, collateral source recovery and ACA update (6.00) |
| 166 | Sandeep Singh | DS-DISTPREP | Distribution Preparation | | 12/14/2023 | 4.00 | $ 109.25 | $ 437.00 | Generate distribution merge extract report (4.00) |
| 167 | Sandeep Singh | DS-DISTPREP | Distribution Preparation | | 12/18/2023 | 4.00 | $ 109.25 | $ 437.00 | Execute data merge, collateral source recovery and ACA update (4.00) |
| 168 | Sandeep Singh | DS-DISTPREP | Distribution Preparation | | 12/18/2023 | 1.50 | $ 109.25 | $ 163.88 | Generate certification form data and mark as executed within system (1.50) |
| 169 | Sandeep Singh | DS-DISTPREP | Distribution Preparation | | 12/19/2023 | 1.00 | $ 109.25 | $ 109.25 | Execute data merge, collateral source recovery and ACA update (1.00) |
| 170 | Sandeep Singh | DS-DISTPREP | Distribution Preparation | | 12/19/2023 | 2.00 | $ 109.25 | $ 218.50 | Generate certification form data and mark as executed within system (2.00) |
| 171 | Siobhan Callister | DS-DISTPREP | Distribution Preparation | | 12/14/2023 | 1.00 | $ 166.25 | $ 166.25 | Execute wire approvals (1.00) |
| 172 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | | 12/6/2023 | 6.00 | $ 71.25 | $ 427.50 | Per Marie's request, prepared data and generated CNODs for 12 Groups and NODs for 2 Groups (6.00). |
| 173 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | | 12/7/2023 | 0.50 | $ 71.25 | $ 35.63 | Reviewed STANFORD SMB and forwarded email responses re address updates to Marie (0.50) |
| 174 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | | 12/7/2023 | 4.00 | $ 71.25 | $ 285.00 | Updated payee names and addresses for 6 subsequent transfer groups - approx. 16 claims and generated new Cert Forms (3.00); Per Marie, made corrections to ANOD/NOD drafts for 6 groups (1.00) |


APP_0598
Appx. 193

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 175 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | 12/11/2023 | 0.50 | $ | 71.25 | $ | 35.63 | Per Marie, made updates/corrections to NOD for 1 group (0.50) |
| 176 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | 12/13/2023 | 2.00 | $ | 71.25 | $ | 142.50 | Per Marie, made updates/corrections to CNODs/NODs for 13 groups (2.00) |
| 177 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | 12/28/2023 | 5.00 | $ | 71.25 | $ | 356.25 | Reviewed SMB and processed 17 Cert Forms and 5 Consent Forms (5.00) |
| 178 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/1/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Generated report of ███ and provide ███ (0.25) |
| 179 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/4/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Generated report of ███ and provide ███ (0.25) |
| 180 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/5/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Generated report of ███ and provide ███ (0.25) |
| 181 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/6/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Generated report of ███ and provide ███ (0.25) |
| 182 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/7/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Generated report of ███ and provide ███ (0.25) |
| 183 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 3.00 | $ | 71.25 | $ | 213.75 | Executed payee/name changes for 20 groups - approx. 38 claims in preparation for December Re-Issues/Re-Distributions (3.00) |
| 184 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/8/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Generated report of ███ and provide ███ (0.25) |
| 185 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 6.00 | $ | 71.25 | $ | 427.50 | Executed payee/name changes for 30 groups - approx. 70 claims in preparation for December Re-Issues/Re-Distributions (6.00) |
| 186 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/11/2023 | 0.25 | $ | 71.25 | $ | 17.81 | Generated report of ███ and provide ███ (0.25) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 187 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/12/2023 | 6.50 | $ 71.25 | $ 463.13 | Executed payee name/address changes for 13 groups - approx. 18 claims in preparation for December Re-Issues/Re-Distributions (1.50); Combined H&M's re-issue requests and prepared Names_Add tab (2.00); Prepared distribution files for Distributions 1-9 (3.00) |
| 188 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/12/2023 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ██████ and provide ████ (0.25) |
| 189 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ██████ and provide ████ (0.25) |
| 190 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/13/2023 | 4.50 | $ 71.25 | $ 320.63 | Prepared Void files for Check/Wire Re-Issue/Re-Distribution requests (4.50) |
| 191 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/14/2023 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ██████ and provide ████ (0.25) |
| 192 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/14/2023 | 7.00 | $ 71.25 | $ 498.75 | Prepared Wire/Check Re-Issue/Re-Distribution payment files, implemented courier/wire fees, re-imbursed courier fees as needed (7.00) |
| 193 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/15/2023 | 7.00 | $ 71.25 | $ 498.75 | Finalized Wire Re-Issue and Re-Distribution request sheets (3:00); Prepared Household and UPS Files tabs for December Check Re-Issue and Re-Distribution requests (4:00) |
| 194 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/15/2023 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ██████ and provide ████ (0.25) |
| 195 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/18/2023 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ██████ and provide ████ (0.25) |
| 196 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/18/2023 | 6.00 | $ 71.25 | $ 427.50 | Submitted internal requests for December Re-Issue/Re-Distribution Check/Wire files, Provided Heidi & Marie with review files (2.00); Prepared December 9A-Initial Distribution (Wire & Check) files (4.00) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 197 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ▮▮▮▮ and provide (0.25) |
| 198 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/19/2023 | 3.00 | $ 71.25 | $ 213.75 | Submitted FASTS for 9A-Initials December batch (0.50); Requested MF approval for December Re-Issue/Re-Distribution and 9A-Initials batch (1.00); Made corrections to Re-Issue/Re-Distribution batch as requested by H&M and provided summary of changes to FA/Banking team (1.50) |
| 199 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/20/2023 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ▮▮▮▮ and provide (0.25) |
| 200 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/28/2023 | 0.50 | $ 71.25 | $ 35.63 | Generated report of ▮▮▮▮ and provide (0.50) |
| 201 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 12/29/2023 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ▮▮▮▮ and provide (0.25) |
| | | | | | **258.00** | | **$ 29,280.43** | |



**Gilardi & Co LLC**
3301 Kerner Blvd.
San Rafael, CA 94901

March 11, 2024

Ralph S. Janvey, Esq., Receiver
Stanford Financial Receivership Estate
c/o David Arlington, Esq.
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Re: **SEC v. Stanford International Bank, Ltd., et al.**
Client Matter Number 3903
Invoice: 3903-192   US_GILH2658163

Professional services and case specific expenses from January 1, 2024 through January 31, 2024 in connection with the **SEC v. Stanford International Bank, Ltd., et al.** matter.

**Professional Services**

| | | |
|---|---|---|
| **CD Claims Processing and Administration** | $ | 9,053.61 |

- Facilitate Level 1 review, per claim reconciliation workflow and business rules
- Facilitate mailing of Letters of Determination Notification
- Perform data review to facilitate settlement mailings
- Execute transferred claim updates
- Execute settlement notice mailing

| | | |
|---|---|---|
| **Distribution** | $ | 27,513.30 |

- Execute Certification Form notification intake
- Preparation and intake of Certification Forms
- Prepare and review distribution schedule for Court filing
- Execute initial distribution check or reissue mailings

| | | |
|---|---|---|
| **Claimant Support via IVR, live operator and email** | $ | 249.40 |
| **Subtotal Professional Services** | **$** | **36,816.31** |

**Case Specific Expenses**

**Distribution**

| | | |
|---|---|---|
| • Expenses and postage fees to execute to print and mail checks (initial, re-issues and RUM) | $ | 109.94 |
| **Subtotal Case Specific Expenses** | **$** | **109.94** |
| **Total Amount Due for Services this Invoice** | **$** | **36,926.25** |

**Continued**





## REMITTANCE PAGE

3301 Kerner Blvd.
San Rafael, CA  94901


**DATE:**       **March 11, 2024**

**CLIENT:**     **Ralph S. Janvey, Esq., Receiver**
               **Stanford Financial Receivership Estate**
               **c/o David Arlington, Esq.**
               **Baker Botts LLP**
               **2001 Ross Avenue**
               **Dallas, TX 75201**

**CLIENT MATTER NUMBER: 3903**
**INVOICE: 3903-192   US_GILH2658163**
**TOTAL AMOUNT DUE $ 710,431.22**

---

**Wire Transfer Instructions:**



**Remit Check Payments:**
Gilardi & Co LLC
Dept CH 16639
Palatine, IL 60055-6639

**Gilardi & Co LLC Federal ID Number:**

**Please include this page with your payment.**

| Inv Ref # | Employee | Task ID | Task Name | Transaction Date | Quantity | SEC Rate | Fee | Billing Note |
|---|---|---|---|---|---|---|---|---|
| 1 | Adam Berry | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 1.00 | $ 142.50 | $ 142.50 | Review and reconciliation of check register updates. Coordinate register updates with Banking team as necessary (1.00) |
| 2 | Adam Berry | DS-DISTPREP | Distribution Preparation | 1/25/2024 | 0.25 | $ 142.50 | $ 35.63 | Followup regarding returned undeliverable reissues via courier. Coordination with print vendor (0.25) |
| 3 | Adam Berry | DS-DISTPREP | Distribution Preparation | 1/26/2024 | 3.50 | $ 142.50 | $ 498.75 | Review distribution requests received. Reconcile controls in preparation for distribution data work for re-issue and re-distribution batches (2.50); Review distribution requests received. Reconcile controls and preparation for distribution work for initial distribution request (1.00) |
| 4 | Adam Berry | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 3.00 | $ 142.50 | $ 427.50 | Initial distribution data work for banking and print vendor requirements (1.00); Compile and review all concurrent reissue and new distribution request tickets, wire and check, for duplicate requests or amount discrepancies and distribution data work for banking and print vendor requirements for re-issue and re-distribution batches (2.00) |
| 5 | Adam Berry | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 1.75 | $ 142.50 | $ 249.38 | Re-issue and re-distribution data work for banking and print vendor requirements (1.00); Coordinate distribuiton data file uploads and transfer to print vendor and banking systems (0.75) |
| 6 | Adam Berry | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 1.25 | $ 142.50 | $ 178.13 | Retrieve and file check proofs. Review and QC check print proofs. Related to check reissue and redistribution requests (0.75); Retrieve and file check proofs. Review and QC check print proofs. Related to new distribution request for initial distribution request (0.50) |
| 7 | Adam Love | DS-DISTPREP | Distribution Preparation | 1/25/2024 | 0.25 | $ 71.25 | $ 17.81 | Escalation Resolution - Distribution |
| 8 | Adam Love | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 0.25 | $ 71.25 | $ 17.81 | Escalation Resolution - Distribution |
| 9 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/3/2024 | 2.25 | $ 71.25 | $ 160.31 | Wire status updates (2.25) |
| 10 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/4/2024 | 2.00 | $ 71.25 | $ 142.50 | Stop check request processing, Wire status updates (2.00) |
| 11 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/5/2024 | 2.00 | $ 71.25 | $ 142.50 | Rush reissue via wire (2.00) |
| 12 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/18/2024 | 3.00 | $ 71.25 | $ 213.75 | Stop Check Request processing, Wire OFAC run, Returned wires review and processing (3.00) |
| 13 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/19/2024 | 2.00 | $ 71.25 | $ 142.50 | Wire review and processing (2.00) |
| 14 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/24/2024 | 2.00 | $ 71.25 | $ 142.50 | Wire status updates (2.00) |
| 15 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/25/2024 | 0.50 | $ 71.25 | $ 35.63 | ███████ processing (0.50) |
| 16 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 0.50 | $ 71.25 | $ 35.63 | processing (0.50) |
| 17 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 5.75 | $ 71.25 | $ 409.69 | Reversion wire processing, Funding wire processing ██████, OFAC wire run, Reissues via Wire review (5.75) |



| | Name | Code | Description | Date | Hours | | Rate | | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ████████ processing, Reissues via Wire review (4.00) |
| 18 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 4.00 | $ | 71.25 | $ | 285.00 | |
| 19 | Cameron Chater | CA-CD PROCESS | CD Claim Processing | 1/18/2024 | 0.75 | $ | 71.25 | $ | 53.44 | Execute notice mailing (0.75) |
| 20 | Clare Rowley | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 1.00 | $ | 109.25 | $ | 109.25 | Prepare request for banking to revert ████ funds (1.00) |
| 21 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 22 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 23 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 0.75 | $ | 71.25 | $ | 53.44 | Fielded 3 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 24 | Doretha Hicks | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 25 | Doretha Hicks | DS-DISTPREP | Distribution Preparation | 1/17/2024 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 26 | Doretha Hicks | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 1.00 | $ | 71.25 | $ | 71.25 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 27 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 1.75 | $ | 71.25 | $ | 124.69 | Reporting of ████████ (0.25); Perform review of int'l & domestic wires and provide approval of 53 wires (1.5); |
| 28 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/3/2024 | 1.25 | $ | 71.25 | $ | 89.06 | Organized Fraud Packet to Bank (0.50); Perform review of domestic wires and provide approval of 2 wires (0.25); Checks research (0.50) |
| 29 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/4/2024 | 0.50 | $ | 71.25 | $ | 35.63 | Reporting of ████████ (0.25); Checks research (0.25); |
| 30 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/5/2024 | 0.50 | $ | 71.25 | $ | 35.63 | Perform review of domestic wires and provide approval of 2 wires (0.50) |
| 31 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Reporting of ████████ (0.25) |
| 32 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 0.50 | $ | 71.25 | $ | 35.63 | Organized Fraud Packet to Bank (0.50) |
| 33 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/10/2024 | 0.50 | $ | 71.25 | $ | 35.63 | Reporting of ████████ (0.25); Update Fraud Claim Credit (0.25) |
| 34 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/12/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Reporting of ████████ (0.25) |
| 35 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/15/2024 | 2.00 | $ | 71.25 | $ | 142.50 | Bank Reconciliation (2.00) |
| 36 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/16/2024 | 0.75 | $ | 71.25 | $ | 53.44 | Reporting of ████████ (0.25); Generate Fraud claim form to claimants (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 37 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/17/2024 | 0.50 | $ 71.25 | $ 35.63 | Update Fraud Claim Credit (0.25); Research ███████ (0.25) |
| 38 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/18/2024 | 1.00 | $ 71.25 | $ 71.25 | Reporting of ███████████████ (0.25); Perform review of int'l & domestic wires and provide approval of 9 wires (0.75) |
| 39 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/22/2024 | 0.25 | $ 71.25 | $ 17.81 | Reporting of ████████████████ (0.25) |
| 40 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/24/2024 | 0.25 | $ 71.25 | $ 17.81 | Reporting of ████████████ (0.25) |
| 41 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/26/2024 | 0.25 | $ 71.25 | $ 17.81 | Reporting of ██████████████ (0.25) |
| 42 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 0.50 | $ 71.25 | $ 35.63 | Research check with the bank (0.50) |
| 43 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 0.25 | $ 71.25 | $ 17.81 | Reporting of ██████████████ (0.25) |
| 44 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 0.50 | $ 71.25 | $ 35.63 | Perform review of domestic wire and provide approval of 2 wires (0.50) |
| 45 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/2/2024 | 3.00 | $ 71.25 | $ 213.75 | Execute change of address, email updates, phone number update and c/o update for 25 groups requested via email (3.00) |
| 46 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/5/2024 | 3.00 | $ 71.25 | $ 213.75 | Execute change of address, email updates, phone number update and c/o update for 18 groups requested via email (3.00) |
| 47 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/12/2024 | 1.75 | $ 71.25 | $ 124.69 | Execute change of address, email updates, phone number update and c/o update for 12 groups requested via email (1.75) |
| 48 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/17/2024 | 0.50 | $ 71.25 | $ 35.63 | Execute change of address, email updates, phone number update and c/o update for 5 groups requested via email (0.50) |
| 49 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/22/2024 | 1.00 | $ 71.25 | $ 71.25 | Execute change of address, email updates, phone number update and c/o update for 10 groups requested via email (1.00) |
| 50 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/23/2024 | 2.00 | $ 71.25 | $ 142.50 | Execute change of address, email updates, phone number update and c/o update for 23 groups requested via email (2.00) |
| 51 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/24/2024 | 1.50 | $ 71.25 | $ 106.88 | Execute change of address, email updates, phone number update and c/o update for 17 groups requested via email (1.50) |
| 52 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/29/2024 | 1.00 | $ 71.25 | $ 71.25 | Execute change of address, email updates, phone number update and c/o update for 9 groups requested via email (1.00) |
| 53 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 1/31/2024 | 1.00 | $ 71.25 | $ 71.25 | Execute change of address, email updates, phone number update and c/o update for 9 groups requested via email (1.00) |
| 54 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/3/2024 | 0.75 | $ 142.50 | $ 106.88 | Test and execute live international and domestic wire files for ███████ (0.75) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/4/2024 | 1.25 | $ | 142.50 | $ | 178.13 | ▮ register, tax detail and Accurate file postings  20 Dist 9A27  222 wire reissues ▮ register and tax detail postings and register updates for reissues  33 wire reissues |
| 56 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 0.25 | $ | 142.50 | $ | 35.63 | Process check register updates and check lapses (0.25) |
| 57 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/15/2024 | 0.25 | $ | 142.50 | $ | 35.63 | Execute check register updates for reissues (0.25) |
| 58 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/17/2024 | 0.25 | $ | 142.50 | $ | 35.63 | ▮ wire reissue register and tax detail postings (0.25) |
| 59 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/18/2024 | 0.75 | $ | 142.50 | $ | 106.88 | Upload register, tax detail postings and audit table postings for wire re-issues, re-distributions and initial distributions (0.75) |
| 60 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/26/2024 | 0.25 | $ | 142.50 | $ | 35.63 | Lapses and register updates for Reis15-ReissueBC |
| 61 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 1.00 | $ | 142.50 | $ | 142.50 | Register and tax detail postings for 7 ▮ wires  Wires_Reissue_January2024aRegister and tax detail postings and Accurate files for ▮ wires.  2 - Wires_ReDist_January2024a |
| 62 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 0.50 | $ | 142.50 | $ | 71.25 | SCRIP and CCS loads  11 Dist9A-28  93 Reis15-ReDist  54 Reis15-ReissueBC |
| 63 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Confirm and process initial check and wire funding for initial check and wire batches (0.25) |
| 64 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 1/18/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Confirm and process new funding for re-issue wire batch (0.25) |
| 65 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Confirm and process new funding for re-issue and distribution check and wire batches (0.25) |
| 66 | Jason Amador | CA-CD PROCESS | CD Claim Processing | 1/29/2024 | 0.50 | $ | 166.25 | $ | 83.13 | Data server development, upgrade and maintenance |
| 67 | Jason Amador | CA-CD PROCESS | CD Claim Processing | 1/31/2024 | 0.50 | $ | 166.25 | $ | 83.13 | Data server development, upgrade and maintenance |
| 68 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 1 claimant distribution inquiry  received via toll-free line and updated case software with call log description (0.30) |
| 69 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.30) |
| 70 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.15) |
| 71 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 1/12/2024 | 0.25 | $ | 71.25 | $ | 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.15) |
| 72 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 0.50 | $ | 71.25 | $ | 35.63 | Fielded 1 claimant distribution inquiry  received via toll-free line and updated case software with call log description (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73 | Karen Schuhriemen | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 1.00 | $ 166.25 | $ 166.25 | Begin generating funding and uses account reconciliation per Baker Botts request (1.00) |
| 74 | Karen Schuhriemen | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 1.25 | $ 166.25 | $ 207.81 | Finalize account reconciliation (1.50) |
| 75 | Katie Snyder | CA-CD PROCESS | CD Claim Processing | 1/16/2024 | 2.00 | $ 109.25 | $ 218.50 | Search and retrieve for certification images requested by Baker Botts (2.00) |
| 76 | Kimmesha Beaumont | CA-CLAIMQSTNS | Claim Questions | 1/9/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.50) |
| 77 | Kimmesha Beaumont | CA-CLAIMQSTNS | Claim Questions | 1/12/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.50) |
| 78 | Kimmesha Beaumont | CA-CLAIMQSTNS | Claim Questions | 1/15/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.50) |
| 79 | Kimmesha Beaumont | CA-CLAIMQSTNS | Claim Questions | 1/16/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 3 claimant inquiries received via toll-free line and updated case software with call log description (0.50) |
| 80 | Kimmesha Beaumont | DS-DISTPREP | Distribution Preparation | 1/18/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 81 | Lara McDermott | DS-DISTPREP | Distribution Preparation | 1/16/2024 | 1.00 | $ 261.25 | $ 261.25 | research on ███████ per Baker Botts request (1.00) |
| 82 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 2.50 | $ 261.25 | $ 653.13 | Reviewed and approved a batch of domestic and international wire uploads (2.00); Coordinated with ███████ (0.50) |
| 83 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/3/2024 | 1.50 | $ 261.25 | $ 391.88 | Reviewed and approved a batch of domestic and international wire uploads (0.50); Coordinated with ███████ (1.00) |
| 84 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 1.00 | $ 261.25 | $ 261.25 | Reconciliation and research of payment status discrepancies |
| 85 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/10/2024 | 1.00 | $ 261.25 | $ 261.25 | Reconciliation and research of payment status discrepancies |
| 86 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/12/2024 | 2.00 | $ 261.25 | $ 522.50 | Worked with ███████ (1.00); Reconciliation and research of payment status discrepancies (1.00) |
| 87 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/13/2024 | 1.00 | $ 261.25 | $ 261.25 | Reconciliation and research of payment status discrepancies |
| 88 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/16/2024 | 0.25 | $ 261.25 | $ 65.31 | Follow up with ███████ |
| 89 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/17/2024 | 1.00 | $ 261.25 | $ 261.25 | Follow up with ███████ |

APP. 0518

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/19/2024 | 1.00 | $ 261.25 | $ 261.25 | Reviewed and approved domestic and international wires |
| 91 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/22/2024 | 1.00 | $ 261.25 | $ 261.25 | Reviewed and approved domestic and international wires |
| 92 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/23/2024 | 1.00 | $ 261.25 | $ 261.25 | Follow up with ██████████████ |
| 93 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/24/2024 | 1.00 | $ 261.25 | $ 261.25 | Follow up with ████████████ |
| 94 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 1.00 | $ 261.25 | $ 261.25 | Review and approved 3 check reissue/redist batches |
| 95 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 1.00 | $ 261.25 | $ 261.25 | Continued internal discussions regarding ████ |
| 96 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 1.00 | $ 261.25 | $ 261.25 | Responded to client inquiry regarding █████ |
| 97 | Maria Gutierrez | CA-CLAIMQSTNS | Claim Questions | 1/15/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.50) |
| 98 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 1/5/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 99 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 1.00 | $ 71.25 | $ 71.25 | Fielded 3 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 100 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 1/19/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 101 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 102 | Maria Silva | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated claim questions with call log description (0.25) |
| 103 | Maria Silva | DS-DISTPREP | Distribution Preparation | 1/16/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 104 | Maria Silva | DS-DISTPREP | Distribution Preparation | 1/23/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 105 | Maria Silva | DS-DISTPREP | Distribution Preparation | 1/24/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 106 | Maria Silva | DS-DISTPREP | Distribution Preparation | 1/25/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.25) |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 107 | Maria Silva | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 0.75 $ | 71.25 $ | 53.44 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 108 | Maria Silva | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 1.00 $ | 71.25 $ | 71.25 | Fielded 3 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 109 | Maria Silva | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 0.50 $ | 71.25 $ | 35.63 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 110 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/9/2024 | 1.25 $ | 166.25 $ | 207.81 | Review and compile a list of RUM collateral source notices for reporting to Baker Botts (1.25) |
| 111 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/10/2024 | 3.25 $ | 166.25 $ | 540.31 | Coordinate with team on FTI questions regarding status and reason code changes for various groups (1.50); Compile ███████████████ for Brendan confirmation (0.75); Review notice of determination data and compile list to be updated and enter request (1.00) |
| 112 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/11/2024 | 1.75 $ | 166.25 $ | 290.94 | Compile findings and confirm claims processing portal corrections for groups requested by FTI (1.00); Coordinate with data team to research notice of determination data table identified by FTI (0.75) |
| 113 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/16/2024 | 2.00 $ | 166.25 $ | 332.50 | Begin review of groups for collateral source recovery notices of detrminiation requested by Maddy (2.00) |
| 114 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/17/2024 | 2.75 $ | 166.25 $ | 457.19 | Review and compile list of notices of determination returned undeliverable per Maddy request (2.75) |
| 115 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/18/2024 | 4.25 $ | 166.25 $ | 706.56 | Update payee for group and generate draft of defendant amended notice requested by Brendan (1.25), Update payee for check replacmenet group requested by Brendan (0.50); Update claim group status requested by H&M (0.75); Compile data for updated amended notices and generate new drafts (2.25) |
| 116 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/19/2024 | 0.75 $ | 166.25 $ | 124.69 | Finalize updates for returned undeliverable notices (0.75) |
| 117 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/22/2024 | 1.75 $ | 166.25 $ | 290.94 | Coordinate with data team to upload determination notice data to portal for recent mailings (1.75) |
| 118 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/23/2024 | 2.25 $ | 166.25 $ | 374.06 | Research processing discrepancy for claim groups identified by FTI and provide infromation to resolve inquiry (2.25) |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 119 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 1/24/2024 | 1.25 | $ | 166.25 | $ | 207.81 | Updated additional claim group mailing address and generate updated notice of determination (1.25) |
| 120 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 1.25 | $ | 166.25 | $ | 207.81 | Research and confirm ████████ (0.75); Follow up with banking on ████ (0.50) |
| 121 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/4/2024 | 1.00 | $ | 166.25 | $ | 166.25 | Address escalated inquiries regarding distribution and re-issue status (1.00) |
| 122 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 3.00 | $ | 166.25 | $ | 498.75 | Review, confirm and compile courier tracking and wire confirmation numbers (1.25); Research and confirm status of various group wires requested by Brendan (1.25); Research RUM UPS packages requested by Brendan (0.50) |
| 123 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 0.50 | $ | 166.25 | $ | 83.13 | Review email and confirm payee name change requests (0.50) |
| 124 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 2.25 | $ | 166.25 | $ | 374.06 | Research and confirm status of additional replacement wires requested by Brendan (1.00); Coordinate with ████████ (1.25) |
| 125 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/10/2024 | 1.75 | $ | 166.25 | $ | 290.94 | Complete ████ account analysis and compile final recommendations for funds to be reverted (1.75) |
| 126 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/11/2024 | 1.00 | $ | 166.25 | $ | 166.25 | Execute payee name update for new PInto client, prepare the certification form for processing and update distribution ready status (1.00) |
| 127 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/12/2024 | 0.75 | $ | 166.25 | $ | 124.69 | Internal meeting to discuss necessary check register updates corrections (0.75) |
| 128 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/15/2024 | 0.75 | $ | 166.25 | $ | 124.69 | Coordinate with team to retrieve certification form documents requested by Brendan (1.00) |
| 129 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/15/2024 | 0.50 | $ | 166.25 | $ | 83.13 | Address escalated inquiries related to re-issue status (0.50) |
| 130 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/17/2024 | 1.75 | $ | 166.25 | $ | 290.94 | Review ████████ (1.25); Coordinate with and provide team with direction to retrieve Certifcation form requested by Baker Botts (0.50) |
| 131 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/18/2024 | 1.00 | $ | 166.25 | $ | 166.25 | Continue compiling check register standarizations for approximately 300 groups which include accessing existing entries and providing updates as necessary to conform with current processes |
| 132 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/19/2024 | 1.25 | $ | 166.25 | $ | 207.81 | Continue compiling check register standarizations for approximately 300 groups which include accessing existing entries and providing updates as necessary to conform with current processes |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 133 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/22/2024 | 1.25 | $ 166.25 | $ 207.81 | Continue compiling check register standarizations for approximately 300 groups which include accessing existing entries and providing updates as necessary to conform with current processes |
| 134 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/23/2024 | 1.25 | $ 166.25 | $ 207.81 | Continue compiling check register standarizations for approximately 300 groups which include accessing existing entries and providing updates as necessary to conform with current processes |
| 135 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/25/2024 | 1.00 | $ 166.25 | $ 166.25 | Address escalated inquiries regarding distribution and re-issue status (1.00) |
| 136 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/25/2024 | 2.25 | $ 166.25 | $ 374.06 | Review ███████████████████████ (1.25); Reseach and provide vendor with direction on undeliverable package (1.00) |
| 137 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/26/2024 | 2.25 | $ 166.25 | $ 374.06 | Coordinate with banking on additional direction to clear wire for execution (0.75); Confirm and request appropriate funding to execute re-issue and re-distribution btaches (0.75); Report to Baker Botts on discrepancy in reverted funding and status of re-issued payments (0.75) |
| 138 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 5.75 | $ 166.25 | $ 955.94 | Finalize request for reverting funds from █████ account to █████ and coordinate with banking to execute (5.75) |
| 139 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 4.25 | $ 166.25 | $ 706.56 | Coordinate with banking on ███████████████████████ (2.00); Continue compiling check register standarizations for approximately 300 groups which include accessing existing entries and providing updates as necessary to conform with current processes (2.25) |
| 140 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 6.75 | $ 166.25 | $ 1,122.19 | Review check print proofs for initial, re-issue and re-distribution batches and approve for execution (2.00); Compile and report status of replacement payments requested by Brendan (1.25); Continue compiling check register standarizations for approximately 300 groups which include accessing existing entries and providing updates as necessary to conform with current processes (2.00); Review Certification form submissions (1.50) |
| 141 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 142 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 1/3/2024 | 0.75 | $ 71.25 | $ 53.44 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 143 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 1/22/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 144 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 1/26/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 145 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 1.00 | $ 71.25 | $ 71.25 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 146 | Nikki Carroll | CA-CLAIMQSTNS | Claim Questions | 1/8/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded claimant inquiry received via toll-free line and updated case software with call log description (0.50) |
| 147 | Nikki Carroll | CA-CLAIMQSTNS | Claim Questions | 1/30/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.25) |
| 148 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 1/5/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 149 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 150 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 1/12/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.25) |
| 151 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 1/23/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 152 | Nikki Carroll | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 0.50 | $ 71.25 | $ 35.63 | Fielded claimant distribution inquiry received via toll-free line and updated case software with call log description (0.50) |
| 153 | Portia Ashworth | CA-CLAIMQSTNS | Claim Questions | 1/12/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 154 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 1.00 | $ 71.25 | $ 71.25 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 155 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 1/12/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 156 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 1/23/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 157 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 1/24/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 158 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 1/31/2024 | | 0.50 | $ 71.25 | $ 35.63 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 159 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/11/2024 | | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll-free line and updated case software with call log description (0.25) |
| 160 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/16/2024 | | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.50) |
| 161 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/18/2024 | | 0.50 | $ 71.25 | $ 35.63 | Fielded 3 claimant inquiries received via toll-free line and updated case software with call log description (0.50) |
| 162 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/22/2024 | | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 163 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/23/2024 | | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 164 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/24/2024 | | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 165 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/29/2024 | | 0.50 | $ 71.25 | $ 35.63 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.50) |
| 166 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/30/2024 | | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 167 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 1/31/2024 | | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 168 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/2/2024 | | 1.50 | $ 109.25 | $ 163.88 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| | | | | | | | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to |
|---|---|---|---|---|---|---|---|---|
| 169 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/3/2024 | 0.50 | $ 109.25 | $ 54.63 | total claim and allowed claim amounts (0.50) |
| 170 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/4/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 171 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/5/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 172 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/8/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 173 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/9/2024 | 1.50 | $ 109.25 | $ 163.88 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Resolve the issue with group indicating query pending in portal (1.00) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 174 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/10/2024 | 3.50 | $ 109.25 | $ 382.38 | Research data merge data upload and query pending trigger issue (3.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal  proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 175 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/11/2024 | 1.75 | $ 109.25 | $ 191.19 | Research and review notice of determination mail log table per Nashira request (1.25); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal  proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 176 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/12/2024 | 1.50 | $ 109.25 | $ 163.88 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal  proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 177 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/15/2024 | 2.00 | $ 109.25 | $ 218.50 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Update ███████████ (0.50); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal  proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 178 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/16/2024 | 0.50 | $ 109.25 | $ 54.63 | Update ███████████ (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 179 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/16/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 180 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/17/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 181 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/18/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 182 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/19/2024 | 1.50 | $ 109.25 | $ 163.88 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00) |
| 183 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/22/2024 | 4.00 | $ 109.25 | $ 437.00 | Execute notice of detrmination merge data upload (3.50); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 184 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/23/2024 | 5.50 | $ 109.25 | $ 600.88 | Execute notice of detrmination merge data upload (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal  proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Update ▬▬▬▬ (4.00) |
| 185 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/24/2024 | 3.00 | $ 109.25 | $ 327.75 | Research data merge data upload and query pending trigger issue (1.00); Research claims missing from Portal (1.50); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 186 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/25/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal  proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 187 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/26/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal  proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 188 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/29/2024 | 0.50 | $ 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal  proprietary claims database server and vice versa.  The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 189 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/30/2024 | 1.50 | $ 109.25 | $ 163.88 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Update ███████████ (1.00) |
| 190 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 1/31/2024 | 2.25 | $ 109.25 | $ 245.81 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50); Resolve ███ (0.75) |
| 191 | Satori Wilson | DS-DISTPREP | Distribution Preparation | 1/23/2024 | 0.25 | $ 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 192 | Stephen Duggan | CA-CD PROCESS | CD Claim Processing | 1/30/2024 | 1.25 | $ 166.25 | $ 207.81 | Investigate and resolve ██████████ (1.25) |
| 193 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/2/2024 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ████ and ████ provide ████ (0.25) |
| 194 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/3/2024 | 2.25 | $ 71.25 | $ 160.31 | Generated report of ████ and ████ provide ████ (0.25); Prepared Re-Issue/Re-Dist files for mid-month batch of wire replacements requested by Brendan (2.00) |
| 195 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/4/2024 | 1.25 | $ 71.25 | $ 89.06 | Submitted requests and approval for mid-month batch of wire replacements requested by Brendan (1.00); Generated report of ████ and provide ████ (0.25) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 196 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/5/2024 | 0.25 | $ | 71.25 | $ 17.81 | Generated report of ████ and provide ████ (0.25) |
| 197 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/8/2024 | 4.25 | $ | 71.25 | $ 302.81 | Generated report of ████ and provide ████ (0.25); Performed review of 9A payment status report and update as necessary (4.00) |
| 198 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/10/2024 | 5.50 | $ | 71.25 | $ 391.88 | Implemented Payee name changes ████ for 20 groups - approx. 53 claims (5.00); Generated report of ████ and provide ████ (0.50) |
| 199 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/11/2024 | 0.25 | $ | 71.25 | $ 17.81 | Generated report of ████ and provide ████ (0.25) |
| 200 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/12/2024 | 2.25 | $ | 71.25 | $ 160.31 | Prepared Re-Issue/Re-Distribution templates in preparation for January2024 Re-Issue batch (2.00); Generated report of ████ and provide ████ (0.25) |
| 201 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/16/2024 | 0.25 | $ | 71.25 | $ 17.81 | Generated report of ████ and provide ████ (0.25) |
| 202 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/17/2024 | 6.50 | $ | 71.25 | $ 463.13 | Combined January re-issue/re-dist batches received by H&M, prepared registry reports for distributions 1-9, researched payee info for all groups and added to Names_Add tab (6.25); Generated report of ████ and provide ████ (0.25) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 203 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/18/2024 | 6.75 | $ 71.25 | $ 480.94 | Generated report of ████████ ████ and provide (0.25); Reviewed Names-Add tab and implemented payee name/address updates as needed; Prepared Check/Wire Void files for both Re-Issue and Re-distribution requests; reimbursed fees as requested, implemented courier/wire fees as needed (6.50) |
| 204 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/19/2024 | 7.25 | $ 71.25 | $ 516.56 | Prepared Wire Re-Issue and Re-Distribution files; verified that payment amounts in void files, payment files, and wire instructions matched for each individual group; calculated Control Totals, prepared Distribution Request Form and submitted the appropriate FASTs (5.00); Began preparing Check Re-Issue/Re-Distribution files (2.00); Generated report of ████████ ████ and provide (0.25) |
| 205 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/22/2024 | 6.25 | $ 71.25 | $ 445.31 | Prepared Household and UPS Files tabs for Check Re-Issue and Re-Distribution requests, verified payment amounts to ensure there were no discrepancies between files, calculated control totals, prepared Distribution Request Sheet and submitted the appropriate requests (6.00); Generated report of ████████ ████ and provide (0.25) |
| 206 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/23/2024 | 6.25 | $ 71.25 | $ 445.31 | Generated report of ████████ ████ and provide (0.25); Requested approval for January Check/Wire Re-Issue/Re-Distribution batch and attached to requests upon receipt (1.00) Prepared January 9A-Initial Check/Wire Distribution files (payee name/address updates, courier/wire fee deductions, preparation of Household/UPS Flles/Control Totals tabs, Distribution Request Forms) and submitted the appropriate FASTs |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 207 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/24/2024 | 3.25 | $ 71.25 | $ 231.56 | Generated report of ███████ and provide (0.25); Requested approval for January 9A-Initials batch and attached to appropriate requests upon receipt (0.50); Prepared Re-Issue Void and Payment files for one additional group, submitted request and attached approval from MF upon receipt (2.00); Provided H&M with a total of 7 payment files related to January 2024 Re-issue/Re-Dist/Initial Distributions so that they may review (0.50) |
| 208 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/25/2024 | 7.25 | $ 71.25 | $ 516.56 | Reviewed January 2024 re-issue/redist payee name/address change requests for 41 groups - approx. 79 claims and executed changes as needed (7.00); Generated report of ███████ and provide ███████ (0.25) |
| 209 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/26/2024 | 6.75 | $ 71.25 | $ 480.94 | Reviewed January 2024 re-issue/redist payee name/address change requests for 34 groups - approx. 74 claims and executed changes as needed (6.50); Generated report of ███████ and provide ███████ (0.25) |
| 210 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 3.25 | $ 71.25 | $ 231.56 | Executed payee name/address updates for 20 Snyder groups (3.00); Generated report of ███████ and provide ███████ (0.25) |
| 211 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 3.25 | $ 71.25 | $ 231.56 | Executed payee name/address updates for 22 Snyder groups (3.00); Generated report of ███████ and provide ███████ (0.25) |
| 212 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 1/31/2024 | 0.25 | $ 71.25 | $ 17.81 | Generated report of ███████ and provide (0.25) |
| 213 | Yun Lee | DS-DISTPREP | Distribution Preparation | 1/9/2024 | 0.50 | $ 109.25 | $ 54.63 | Review requested check register comments, questions and updates ahead of ███████ (0.50) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 214 | Yun Lee | DS-DISTPREP | Distribution Preparation | 1/15/2024 | 8.50 | $ | 109.25 | $ | 928.63 | Review requested check register comments, questions and updates ahead of ██████ (8.50) |
| 215 | Yun Lee | DS-DISTPREP | Distribution Preparation | 1/16/2024 | 9.75 | $ | 109.25 | $ | 1,065.19 | Review requested check register comments, questions and updates ahead of ██████ (9.75) |
| 216 | Yun Lee | DS-DISTPREP | Distribution Preparation | 1/17/2024 | 3.25 | $ | 109.25 | $ | 355.06 | Review requested check register comments, questions and updates ahead of ██████ (3.25) |
| 217 | Yun Lee | DS-DISTPREP | Distribution Preparation | 1/19/2024 | 0.50 | $ | 109.25 | $ | 54.63 | Review requested check register comments, questions and updates ahead of ██████ (0.50) |
| 218 | Yun Lee | DS-DISTPREP | Distribution Preparation | 1/22/2024 | 0.75 | $ | 109.25 | $ | 81.94 | Reconcile and update cash management report for account, with the new Distributions from August 2023 Through January 2024 |
| 219 | Yun Lee | DS-DISTPREP | Distribution Preparation | 1/29/2024 | 7.75 | $ | 109.25 | $ | 846.69 | Reconcile and update cash management report for account, with the new Distributions from August 2023 Through January 2024 |
| 220 | Yun Lee | DS-DISTPREP | Distribution Preparation | 1/30/2024 | 2.50 | $ | 109.25 | $ | 273.13 | Reconcile and update cash management report for account, with the new Distributions from August 2023 Through January 2024 |
| | | | | | **324.25** | | | $ **36,816.31** | | |



April 3, 2024

Ralph S. Janvey, Esq., Receiver
Stanford Financial Receivership Estate
c/o David Arlington, Esq.
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Re:   **SEC v. Stanford International Bank, Ltd., et al.**
       Client Matter Number 3903
       Invoice: 3903-193   US_GILH2669868

Professional services and case specific expenses from February 1, 2024 through February 29, 2024
in connection with the **SEC v. Stanford International Bank, Ltd., et al.** matter.

**Professional Services**

| | | |
|---|---|---|
| **CD Claims Processing and Administration** | $ | 8,633.27 |

- Facilitate Level 1 review, per claim reconciliation workflow and business rules
- Facilitate mailing of Letters of Determination Notification
- Perform data review to facilitate settlement mailings
- Execute transferred claim updates
- Execute settlement notice mailing

| | | |
|---|---|---|
| **Distribution** | $ | 28,194.25 |

- Execute Certification Form notification intake
- Preparation and intake of Certification Forms
- Prepare and review distribution schedule for Court filing
- Execute initial distribution check or reissue mailings

| | | |
|---|---|---|
| **Claimant Support via IVR, live operator and email** | $ | 124.69 |
| **Subtotal Professional Services** | **$** | **36,952.21** |

**Case Specific Expenses**

| | | |
|---|---|---|
| **CD Claims Processing and Administration** | $ | 22,500.00 |

- Vendor fee for performing server upgrade, including discovery, planning and  implementation, data migration, testing, troubleshooting, validation and the decommissioning of old systems.

| | | |
|---|---|---|
| **Distribution** | $ | 4,645.60 |

- Expenses and postage fees to execute to print and mail checks (initial, re-issues and RUM)

| | | |
|---|---|---|
| **Subtotal Case Specific Expenses** | **$** | **27,145.60** |
| **Total Amount Due for Services this Invoice** | **$** | **64,097.81** |

**Continued**



# REMITTANCE PAGE

**DATE:** April 3, 2024

**CLIENT:** **Ralph S. Janvey, Esq., Receiver**
**Stanford Financial Receivership Estate**
**c/o David Arlington, Esq.**
**Baker Botts LLP**
**2001 Ross Avenue**
**Dallas, TX 75201**

**CLIENT MATTER NUMBER: 3903**
**INVOICE: 3903-193   US_GILH2669868**
**TOTAL AMOUNT DUE $ 708,243.85**

---

**Wire Transfer Instructions:**



**Remit Check Payments:**
Gilardi & Co LLC
Dept CH 16639
Palatine, IL 60055-6639

**Gilardi & Co LLC Federal ID Number:**



**Please include this page with your payment.**

| Inv Ref # | Employee | Task ID | Task Name | Transaction Date | Quantity | SEC Rate | Fee | Billing Note |
|---|---|---|---|---|---|---|---|---|
| 1 | Adam Berry | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 0.50 | 142.5 | $ 71.25 | Meeting with print vendor to coordinate on updated file submission process and timing required for multiple concurrent distribution requests (0.50) |
| 2 | Adam Berry | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 1.00 | 142.5 | $ 142.50 | Incorporate one-off additional reissue request, funding and data. Review and reconciliation of check register updates. Coordinate register updates with Banking team as necessary for re-issue and re-distribution batches (1.00) |
| 3 | Adam Berry | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 0.50 | 142.5 | $ 71.25 | Review distribution requests received. Reconcile controls in preparation for distribution data work for re-issue and re-distribution batches (0.50); Review distribution requests received. Reconcile controls and preparation for distribution work for initial distribution request (0.50) |
| 4 | Adam Berry | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 3.00 | 142.5 | $ 427.50 | Continued review of distribution requests received. Reconcile controls and preparation for distribution work. Distribution data work for banking and print vendor requirements for re-issue and re-distribution batches (2.00); Continued review of distribution requests received. Reconcile controls and preparation for distribution work. Distribution data work for banking and print vendor requirements for initial distribution request (1.00) |
| 5 | Adam Berry | DS-DISTPREP | Distribution Preparation | 2/28/2024 | 1.00 | 142.5 | $ 142.50 | Coordinate initial distribution data file uploads and transfer to print vendor and banking systems (0.50); Coordinate distribution data file uploads and transfer to print vendor and banking systems for re-issue and re-distribution batches (0.50) |
| 6 | Adam Berry | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 1.75 | 142.5 | $ 249.38 | Retrieve and file check proofs. Review and QC check print proofs. Related to check reissue and redistribution requests (1.00); Retrieve and file check proofs. Review and QC check proofs. Related to new distribution request for initial distribution request (0.75) |
| 7 | Adam Love | CA-CLAIMQSTNS | Claim Questions | 2/12/2024 | 0.50 | 71.25 | $ 35.63 | Perform call grading within system (0.50) |
| 8 | Adam Love | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 0.25 | 71.25 | $ 17.81 | Escalation Resolution - Distribution (0.25) |
| 9 | Adam Love | DS-DISTPREP | Distribution Preparation | 2/2/2024 | 0.25 | 71.25 | $ 17.81 | Escalation Resolution - Distribution (0.25) |
| 10 | Adam Love | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 0.25 | 71.25 | $ 17.81 | Escalation Resolution - Distribution (0.25) |
| 11 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 3.00 | 71.25 | $ 213.75 | Reissues via Wire review and processing (3.00) |
| 12 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/2/2024 | 2.50 | 71.25 | $ 178.13 | Reissues via Wire processing (2.50) |
| 13 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 2.00 | 71.25 | $ 142.50 | Reissues via Wire processing (2.00) |
| 14 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/6/2024 | 1.00 | 71.25 | $ 71.25 | Wire uploads (1.00) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 4.25 | 71.25 | $ 302.81 | Wire confirmation/register updates (4.25) |
| 16 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 2.00 | 71.25 | $ 142.50 | OFAC processing (2.00) |
| 17 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/12/2024 | 0.50 | 71.25 | $ 35.63 | ▮ processing (0.50) |
| 18 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/13/2024 | 0.50 | 71.25 | $ 35.63 | ▮ processing (0.50) |
| 19 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 0.50 | 71.25 | $ 35.63 | ▮ processing (0.50) |
| 20 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/16/2024 | 2.00 | 71.25 | $ 142.50 | Reissue via wire review (2.00) |
| 21 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 1.00 | 71.25 | $ 71.25 | OFAC processing (1.00) |
| 22 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 0.50 | 71.25 | $ 35.63 | ▮ processing (0.50) |
| 23 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/21/2024 | 1.00 | 71.25 | $ 71.25 | ▮ processing (1.00) |
| 24 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/22/2024 | 2.50 | 71.25 | $ 178.13 | Reissue via wire review, ▮ processing (2.50) |
| 25 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/23/2024 | 3.75 | 71.25 | $ 267.19 | Reissue via wire processing, ▮ processing (3.75) |
| 26 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 0.75 | 71.25 | $ 53.44 | ▮ processing (0.75) |
| 27 | Andrea Santos | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 1.75 | 71.25 | $ 124.69 | Wire uploads, Stop check request processing (1.75) |
| 28 | Cameron Chater | CA-CD PROCESS | CD Claim Processing | 2/1/2024 | 0.50 | 71.25 | $ 35.63 | Process incoming correspondence (0.50) |
| 29 | Cameron Chater | CA-CD PROCESS | CD Claim Processing | 2/8/2024 | 0.50 | 71.25 | $ 35.63 | Process incoming correspondence (0.50) |
| 30 | Cameron Chater | CA-CD PROCESS | CD Claim Processing | 2/15/2024 | 1.00 | 71.25 | $ 71.25 | Execute notice mailing (1.00) |
| 31 | Cameron Chater | CA-CD PROCESS | CD Claim Processing | 2/16/2024 | 0.25 | 71.25 | $ 17.81 | Execute notice mailing (0.25) |
| 32 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 33 | Deanne Willis | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 34 | Doretha Hicks | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 35 | Doretha Hicks | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 36 | Doretha Hicks | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 37 | Doretha Hicks | DS-DISTPREP | Distribution Preparation | 2/16/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 38 | Doretha Hicks | DS-DISTPREP | Distribution Preparation | 2/23/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 39 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 0.25 | 71.25 | $ 17.81 | Reporting of ▮ (0.25) |
| 40 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 2.75 | 71.25 | $ 195.94 | Reporting of ▮ (0.25); Perform review of int'l & domestic wires and provide approval of 72 wires (2.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 41 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 0.25 | 71.25 | $ 17.81 | Reporting of ███████ (0.25) |
| 42 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 0.25 | 71.25 | $ 17.81 | Research and confirm ███████ █████ (0.25) |
| 43 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/12/2024 | 0.25 | 71.25 | $ 17.81 | Reporting of ███████ (0.25) |
| 44 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 0.50 | 71.25 | $ 35.63 | Reporting of ███████ (0.25); Transmit fraud packet to the bank (0.25) |
| 45 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/16/2024 | 0.25 | 71.25 | $ 17.81 | Reporting of ███████ (0.25) |
| 46 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 0.75 | 71.25 | $ 53.44 | Perform review of int'l & domestic wires and provide approval of 8 wires (0.75) |
| 47 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 0.25 | 71.25 | $ 17.81 | Reporting of ███████ (0.25) |
| 48 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/22/2024 | 0.25 | 71.25 | $ 17.81 | Reporting of ███████ (0.25) |
| 49 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 1.00 | 71.25 | $ 71.25 | Reporting of ███████ (0.25); Perform review of int'l & domestic wires and provide approval of 7 wires (0.75) |
| 50 | Eliza Hui | DS-DISTPREP | Distribution Preparation | 2/28/2024 | 0.25 | 71.25 | $ 17.81 | Reporting of ███████ (0.25) |
| 51 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 2/6/2024 | 3.25 | 71.25 | $ 231.56 | Execute change of address, email updates, phone number update and c/o update for 28 groups requested via email (3.25) |
| 52 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 2/12/2024 | 5.00 | 71.25 | $ 356.25 | Execute change of address, email updates, phone number update and c/o update for 69 groups requested via email (5.00) |
| 53 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 2/19/2024 | 0.50 | 71.25 | $ 35.63 | Execute change of address, email updates, phone number update and c/o update for 5 groups requested via email (0.50) |
| 54 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 2/21/2024 | 1.00 | 71.25 | $ 71.25 | Execute change of address, email updates, phone number update and c/o update for 15 groups requested via email (1.00) |
| 55 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 2/23/2024 | 1.00 | 71.25 | $ 71.25 | Execute change of address, email updates, phone number update and c/o update for 14 groups requested via email (1.00) |
| 56 | Elvia Martinez | CA-CD PROCESS | CD Claim Processing | 2/28/2024 | 1.00 | 71.25 | $ 71.25 | Execute change of address, email updates, phone number update and c/o update for 13 groups requested via email (1.00) |
| 57 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 2/6/2024 | 0.75 | 142.5 | $ 106.88 | Test and execute live international and domestic wire files for ███████ (0.75) |
| 58 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 1.00 | 142.5 | $ 142.50 | Execute check register updates for various recent redistributions and reissues (1.00) |
| 59 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 2/15/2024 | 2.25 | 142.5 | $ 320.63 | Execute check register updates related to full reconciliation project (2.25) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 60 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 2/23/2024 | 0.75 | 142.5 | $ 106.88 | ▮ register, tax detail and Accurate file postings for re-issues (0.75) |
| 61 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 0.25 | 142.5 | $ 35.63 | Lapses and register updates (0.25) |
| 62 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 0.75 | 142.5 | $ 106.88 | SCRIP/CCS loads for Dist9F, Reis16-ReissueA and Reis16-ReDistSCRIP reissue lapses (0.75) |
| 63 | Erik Robinson | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 0.75 | 142.5 | $ 106.88 | Test and execute live international and domestic wire files for ▮ (0.75) |
| 64 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 0.25 | 71.25 | $ 17.81 | Review account balance report (0.25) |
| 65 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 2/21/2024 | 0.75 | 71.25 | $ 53.44 | Perform account migration reconciliation (0.75) |
| 66 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 2/21/2024 | 0.25 | 71.25 | $ 17.81 | Confirm and process new funding for initial check and wire batches (0.25) |
| 67 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 0.25 | 71.25 | $ 17.81 | Confirm and process new funding for re-issue wire batch (0.25) |
| 68 | Hasibur Rahman | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 0.25 | 71.25 | $ 17.81 | Confirm and process new funding for re-issue and distribution check and wire batches (0.25) |
| 69 | Jason Amador | CA-CD PROCESS | CD Claim Processing | 2/2/2024 | 0.50 | 166.25 | $ 83.13 | Data server development, upgrade and maintenance (0.50) |
| 70 | Jason Amador | CA-CD PROCESS | CD Claim Processing | 2/6/2024 | 0.50 | 166.25 | $ 83.13 | Data server development, upgrade and maintenance (0.50) |
| 71 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 2/2/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 72 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 73 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 2/13/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.75) |
| 74 | Jerrymarie Morales | DS-DISTPREP | Distribution Preparation | 2/23/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 75 | Karen Schuhriemen | DS-DISTPREP | Distribution Preparation | 2/21/2024 | 1.00 | 166.25 | $ 166.25 | Perform account reconciliation (1.00) |
| 76 | Kimmesha Beaumont | DS-DISTPREP | Distribution Preparation | 2/2/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 77 | Kimmesha Beaumont | DS-DISTPREP | Distribution Preparation | 2/16/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 78 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 3.00 | 261.25 | $ 783.75 | Reviewed and provided secondary approval for domestic and international wires |
| 79 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 1.25 | 261.25 | $ 326.56 | Review inquiry from OFAC team; Coordinate with ▮ |
| 80 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 1.50 | 261.25 | $ 391.88 | Coordinate with ▮; Researched ▮ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Researched ███████████████████ |
| 81 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/12/2024 | 1.00 | 261.25 | $ 261.25 | |
| 82 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 0.50 | 261.25 | $ 130.63 | Reviewed and provided secondary approval for domestic and international wires |
| 83 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 1.00 | 261.25 | $ 261.25 | Reviewed and provided secondary approval for domestic and international wires; Liaise ████ |
| 84 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/23/2024 | 1.00 | 261.25 | $ 261.25 | Liaised ██████████████████ |
| 85 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 0.50 | 261.25 | $ 130.63 | Liaised ███████████████ |
| 86 | Manel Djamaa | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 3.00 | 261.25 | $ 783.75 | Review new distributions via check and wire; Reviewed reissues via check and wire |
| 87 | Maria Gutierrez | CA-CD PROCESS | CD Claim Processing | 2/6/2024 | 0.25 | 71.25 | $ 17.81 | Scan and transmit correspondence to case team (0.25) |
| 88 | Maria Gutierrez | CA-CD PROCESS | CD Claim Processing | 2/20/2024 | 0.50 | 71.25 | $ 35.63 | Execute notice mailing (0.50) |
| 89 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 90 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.75) |
| 91 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 2/16/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 92 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 93 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 94 | Maria Gutierrez | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 1.00 | 71.25 | $ 71.25 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 95 | Maria Silva | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 3 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 96 | Maria Silva | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 97 | Maria Silva | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 0.42 | 71.25 | $ 29.93 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 98 | Maria Silva | DS-DISTPREP | Distribution Preparation | 2/15/2024 | 0.42 | 71.25 | $ 29.93 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 99 | Maria Silva | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 100 | Molly Ferguson | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 0.50 | 261.25 | $ 130.63 | Perfrom manager-level review and approval of reissue batch files (0.50- |
| 101 | Molly Ferguson | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 0.50 | 261.25 | $ 130.63 | Perfrom manager-levelreview and approval of initial distribution batch (0.50) |
| 102 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 2/8/2024 | 1.00 | 166.25 | $ 166.25 | Research and compile transfer-related claim group information requested by Maddy (1.00) |
| 103 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 2/9/2024 | 1.25 | 166.25 | $ 207.81 | Generate collateral source Notice of Determination per Baker Botts request (1.25) |
| 104 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 2/13/2024 | 1.00 | 166.25 | $ 166.25 | Update and finalize collateral source Notice of Determination per Baker Botts request (1.00) |
| 105 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 2/15/2024 | 1.25 | 166.25 | $ 207.81 | Revise notice of determination and coordinate to execute mailing (1.25) |
| 106 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 2/18/2024 | 4.00 | 166.25 | $ 665.00 | Generate drafts of collateral source notices of determination per Maddy reuuest (4.00) |
| 107 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 2/19/2024 | 2.75 | 166.25 | $ 457.19 | Update notices and coordinate mailing (2.75) |
| 108 | Nashira McCoy | CA-CD PROCESS | CD Claim Processing | 2/20/2024 | 1.25 | 166.25 | $ 207.81 | Coordinate to execute maiing of additional notices and request and file to execute appropriate portal updates (1.25) |
| 109 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 3.00 | 166.25 | $ 498.75 | Research and respond to inquiry from Brendan with reconciliation of reverted funds to resolve discrepancy (1.25); Coordinate with ███████ (0.75); Review ███████ (1.00) |
| 110 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/2/2024 | 3.00 | 166.25 | $ 498.75 | Review check proof counts and advise Baker Botts regarding updated numbers (0.75); Coordinate with ███████ (2.25) |
| 111 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 3.25 | 166.25 | $ 540.31 | Coordinate with ███████ (1.75); Compile tracking numbers for H&M for January re-issue batch (0.75); Compile print proofs and post to FTP for Baker Botts (0.75) |
| 112 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/6/2024 | 0.50 | 166.25 | $ 83.13 | Respond to H&M regarding ███████ to ensure consistency across processes (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 113 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 8.00 | 166.25 | $ 1,330.00 | Review suggested check registry report/export corrections and questions related to notes, payment amounts and splits, etc. and provide final direction for approximately 300 payments (7.00); Compile status report of check replacement wires requested by Brendan (1.00) |
| 114 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 4.50 | 166.25 | $ 748.13 | Compile report of check numbers and wire confirmations for January batch for H&M records (1.25); Research and provide information necessary to clear OFAC hold for payment (0.75); Generate list of groups requiring status and reason code updates for having received distribution and enter request to execute (1.50); Review ███████ (1.00) |
| 115 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 2.00 | 166.25 | $ 332.50 | Research and provide information necessary to clear OFAC hold for payment (0.75); Coordinate with ███ (1.25) |
| 116 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/12/2024 | 1.00 | 166.25 | $ 166.25 | Review and confirm ███████████ (1.00) |
| 117 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/13/2024 | 0.75 | 166.25 | $ 124.69 | Review payee name update inquiry from Marie and confirm (0.75) |
| 118 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 1.25 | 166.25 | $ 207.81 | Coordinate on the update of allowed claim amounts for various groups associated with collateral source recoveries (1.25) |
| 119 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/15/2024 | 1.75 | 166.25 | $ 290.94 | Begin reviewing distribution merge report for 11k+ groups for next distribution set to compile schedule for H&M review. Review includes comparing system payee names, addresses, claim numbers, allowed claim amount and payment amount for discrepancies against Notice of Determination information as well as executing any necessary updates to either data point (1.75) |
| 120 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/16/2024 | 4.50 | 166.25 | $ 748.13 | Continue reviewing distribution merge report for 11k+ groups for next distribution set to compile schedule for H&M review. Review includes comparing system payee names, addresses, claim numbers, allowed claim amount and payment amount for discrepancies against Notice of Determination information as well as executing any necessary updates to either data point (4.50) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 121 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 4.25 | 166.25 | $ 706.56 | Research discrepancy on claim staus for split group per FTI request (1.25); Continue reviewing distribution merge report for 11k+ groups for next distribution set to compile schedule for H&M review. Review includes comparing system payee names, addresses, claim numbers, allowed claim amount and payment amount for discrepancies against Notice of Determination information as well as executing any necessary updates to either data point (3.00) |
| 122 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 2.75 | 166.25 | $ 457.19 | Continue reviewing distribution merge report for 11k+ groups for next distribution set to compile schedule for H&M review. Review includes comparing system payee names, addresses, claim numbers, allowed claim amount and payment amount for discrepancies against Notice of Determination information as well as executing any necessary updates to either data point (2.75) |
| 123 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/21/2024 | 3.75 | 166.25 | $ 623.44 | Continue reviewing distribution merge report for 11k+ groups for next distribution set to compile schedule for H&M review. Review includes comparing system payee names, addresses, claim numbers, allowed claim amount and payment amount for discrepancies against Notice of Determination information as well as executing any necessary updates to either data point (3.75) |
| 124 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/22/2024 | 5.75 | 166.25 | $ 955.94 | Finalize review of distribution merge report for 11k+ groups for next distribution set and generate report for H&M review (5.75) |
| 125 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 1.25 | 166.25 | $ 207.81 | Coordinate with ▮▮▮▮▮▮▮▮▮▮ (1.25) |
| 126 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 2.25 | 166.25 | $ 374.06 | Coordinate with banking on various payments status, ▮▮▮▮▮▮▮ and inquiries from H&M (2.25) |
| 127 | Nashira McCoy | DS-DISTPREP | Distribution Preparation | 2/28/2024 | 1.25 | 166.25 | $ 207.81 | Review and approve check proofs (1.25) |
| 128 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 1.00 | 71.25 | $ 71.25 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (1.00) |
| 129 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 130 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 131 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.75) |
| 132 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 133 | Natalie Kuedituka | DS-DISTPREP | Distribution Preparation | 2/22/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 134 | Nikki Carroll | CA-CLAIMQSTNS | Claim Questions | 2/5/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 135 | Nikki Carroll | CA-CLAIMQSTNS | Claim Questions | 2/7/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 136 | Nikki Carroll | CA-CLAIMQSTNS | Claim Questions | 2/13/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 2 claimant inquiries received via toll-free line and updated case software with call log description (0.50) |
| 137 | Nikki Carroll | CA-CLAIMQSTNS | Claim Questions | 2/20/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 2 claimant (inquiries received via toll-free line and updated case software with call log description (0.25) |
| 138 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 2/6/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 139 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 140 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 141 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 142 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 143 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 144 | Portia Ashworth | DS-DISTPREP | Distribution Preparation | 2/28/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |



| | Name | Code | Task | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 145 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 146 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/5/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 147 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 148 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 3 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 149 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 150 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/21/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.50) |
| 151 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.50) |
| 152 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/28/2024 | 0.75 | 71.25 | $ 53.44 | Fielded 2 claimant distribution inquiries received via toll-free line and updated case software with call log description (0.75) |
| 153 | Samuel Sanchez | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant distribution inquiry received via toll free line and updated case software with call log description (0.25) |
| 154 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/1/2024 | 1.50 | 109.25 | $ 163.88 | Server migration planning and discussion (1.50) |
| 155 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/1/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 156 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/2/2024 | 1.00 | 109.25 | $ 109.25 | Server migration planning and discussion (1.00) |
| 157 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/2/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 158 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/2/2024 | 1.00 | 109.25 | $ 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 159 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/5/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 160 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/6/2024 | 2.25 | 109.25 | $ 245.81 | Server migration planning and discussion 2.25) |
| 161 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/6/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 162 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/7/2024 | 1.00 | 109.25 | $ 109.25 | Server migration planning and discussion (1.00) |
| 163 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/7/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |

| 164 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/7/2024 | 1.00 | 109.25 | $ | 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 165 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/8/2024 | 0.50 | 109.25 | $ | 54.63 | Server migration planning and discussion (0.50) |
| 166 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/8/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 167 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/9/2024 | 1.00 | 109.25 | $ | 109.25 | Update Claims to FINAL Status (1.00) |
| 168 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/9/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 169 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/12/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 170 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/13/2024 | 4.50 | 109.25 | $ | 491.63 | Upload merge data and generate cert data and update CSR and Notes (4.50) |

| 171 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/13/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 172 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/14/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 173 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/15/2024 | 1.00 | 109.25 | $ | 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 174 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/15/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 175 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/16/2024 | 1.00 | 109.25 | $ 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 176 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/19/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 177 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/20/2024 | 2.00 | 109.25 | $ 218.50 | Mailed merge data upload (2.00) |
| 178 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/20/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 179 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/20/2024 | 1.00 | 109.25 | $ 109.25 | Collateral Source ANOD ACA and CSR Update (1.00) |
| 180 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/21/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 181 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/21/2024 | 3.50 | 109.25 | $ 382.38 | Mailed merge data upload (3.50) |
| 182 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/21/2024 | 3.00 | 109.25 | $ 327.75 | Collateral Source ANOD ACA and CSR Update (3.00) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 183 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/22/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 184 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/22/2024 | 0.50 | 109.25 | $ 54.63 | Mailed merge data upload (0.50) |
| 185 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/22/2024 | 1.00 | 109.25 | $ 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 186 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/23/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 187 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/23/2024 | 1.00 | 109.25 | $ 109.25 | Server migration planning and discussion (1.00) |
| 188 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/26/2024 | 0.50 | 109.25 | $ 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 189 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/26/2024 | 1.00 | 109.25 | $ | 109.25 | Execute image recognition process which imports any data collected from Proof of Claim and/or Certification Form submissions into the appropriate processing portal and also imports images into the online processing systems (1.00); Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 190 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/27/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 191 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/28/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 192 | Sandeep Singh | CA-CD PROCESS | CD Claim Processing | 2/29/2024 | 0.50 | 109.25 | $ | 54.63 | Execute computer code for the claims processing portal updates which exchanges any claim updates from the online claims processing portal server to our internal proprietary claims database server and vice versa. The updates include name, address and account number changes as well as updates to total claim and allowed claim amounts (0.50) |
| 193 | Sandeep Singh | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 4.00 | 109.25 | $ | 437.00 | Generate Distribution 10A merge and system compare report (4.00) |
| 194 | Satori Wilson | DS-DISTPREP | Distribution Preparation | 2/2/2024 | 0.25 | 71.25 | $ | 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 195 | Satori Wilson | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 0.25 | 71.25 | $ | 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 196 | Satori Wilson | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 197 | Satori Wilson | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 0.25 | 71.25 | $ 17.81 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.25) |
| 198 | Satori Wilson | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.50) |
| 199 | Satori Wilson | DS-DISTPREP | Distribution Preparation | 2/21/2024 | 0.50 | 71.25 | $ 35.63 | Fielded 1 claimant inquiry received via toll-free line and updated case software with call log description (0.50) |
| 200 | Satori Wilson | DS-DISTPREP | Distribution Preparation | 2/23/2024 | 0.10 | 71.25 | $ 7.13 | Fielded 1 claimant inquiry (inquiries, if more than 1) received via toll-free line and updated case software with call log description (0.25) |
| 201 | Stephen Duggan | CA-CD PROCESS | CD Claim Processing | 2/5/2024 | 1.00 | 166.25 | 166.25 | Coordinate on server migration |
| 202 | Stephen Duggan | CA-CD PROCESS | CD Claim Processing | 2/6/2024 | 1.00 | 166.25 | 166.25 | Coordinate on server migration |
| 203 | Stephen Duggan | CA-CD PROCESS | CD Claim Processing | 2/9/2024 | 1.00 | 166.25 | 166.25 | Coordinate on server migration |
| 204 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | 2/1/2024 | 0.50 | 71.25 | $ 35.63 | Executed payee updates and generated new Cert Form for 1 group (0.50) |
| 205 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | 2/20/2024 | 6.00 | 71.25 | 427.50 | Executed payee updates for 21 transfer claim groups (approximately 52 claims) and generated updated Certification Forms (6:00) |
| 206 | Yessica Alvarez | CA-CD PROCESS | CD Claim Processing | 2/29/2024 | 2.00 | 71.25 | 142.50 | Performed review of Snyder Address Report and made updates as necessary (2.00) |
| 207 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 1.25 | 71.25 | $ 89.06 | Generated report of ██████ and provide ██████ (0.25); Reviewed and processed Cert Forms received via SMB for 5 groups (1.00) |
| 208 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/2/2024 | 0.25 | 71.25 | $ 17.81 | Generated report of ██████ and provide ██████ (0.25) |
| 209 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 0.50 | 71.25 | $ 35.63 | Generated report of ██████ and provide ██████ (0.50) |
| 210 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/8/2024 | 4.25 | 71.25 | 302.81 | Prepared mid-month Wire Re-Issue/Re-Dist files, submitted FAST and obtained approval from MF (4.00); Generated report of ██████ and provide ██████ (0.25) |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 211 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 0.25 | 71.25 | $ 17.81 | Generated report of ████████ and provide (0.25) |
| 212 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/12/2024 | 5.75 | 71.25 | $ 409.69 | Combined H&M's February re-issue requests and prepared Names_Add tab (3.00); Prepared distribution files for Distributions 1-9 (2.50); Generated report of ████████ and provide (0.25) |
| 213 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/13/2024 | 5.25 | 71.25 | $ 374.06 | Prepared Void files for February Check/Wire Re-Issue/Re-Distribution requests (5.00); Generated report of ████████ and provide ████ (0.25) |
| 214 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/14/2024 | 6.25 | 71.25 | $ 445.31 | Prepared February Wire/Check Re-Issue/Re-Distribution payment files, implemented courier/wire fees, re-imbursed courier fees as needed (7.00); Generated report of ████████ and provide ████ (0.25) |
| 215 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/15/2024 | 6.25 | 71.25 | $ 445.31 | Finalized February Check/Wire Re-Issue and Re-Distribution request sheets (2.00); Prepared Household and UPS Files tabs for Check files (4:00); Generated report of ████████ and provide ████ (0.25) |
| 216 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/16/2024 | 7.25 | 71.25 | $ 516.56 | Reviewed Feb Re-issue/Re-Dist files, made corrections as needed and submitted FASTs (3.00); Executed payee name/address updates for 20 groups (approximately 42 claims) (4.00); Generated report of ████████ and provide ████ (0.25) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 217 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 6.75 | 71.25 | $ 480.94 | Prepared February 9F Distribution files, obtained approval from MF, and submitted FAST (1.00); Provided H&M with review files for Feb Re-Issue/Re-Dist batch (0.50); Executed payee name/address updates for 26 groups (approximately 48 claims) (5.00) ; Generated report of ████████ and provide ████████ (0.25) |
| 218 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/20/2024 | 0.25 | 71.25 | $ 17.81 | Generated report of ████████ and provide ████████ (0.25) |
| 219 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/21/2024 | 1.75 | 71.25 | $ 124.69 | Executed payee name/address updates for 20 groups (approximately 18 claims) (1.50); Generated report of ████████ and provide ████████ (0.25) |
| 220 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/22/2024 | 0.25 | 71.25 | $ 17.81 | Generated report of ████████ and provide ████████ (0.25) |
| 221 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/23/2024 | 3.25 | 71.25 | $ 231.56 | Requested funding for Feb Re-Dist batches, addressed wiring instruction issues for group 9251 with Banking and BB (3.00); Generated report of ████████ and provide ████████ (0.25) |
| 222 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 3.75 | 71.25 | $ 267.19 | Requested funding for Feb Dist 9F (0.50); Performed review of 9A payment status report and made updates as necessary (3.00); Generated report of ████████ and provide ████████ (0.25) |
| 223 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 0.25 | 71.25 | $ 17.81 | Generated report of ████████ and provide ████████ (0.25) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 224 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/28/2024 | 0.75 | 71.25 | $ 53.44 | Generated report of ████ and provide (0.25); Reviewed ████ (0.50) |
| 225 | Yessica Alvarez | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 0.25 | 71.25 | $ 17.81 | Generated report of ████ and provide (0.25) |
| 226 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/1/2024 | 0.50 | 109.25 | $ 54.63 | Begin reconciling payment register in preparation of ████ |
| 227 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/7/2024 | 1.00 | 109.25 | $ 109.25 | Continue reconciling payment register in preparation of ████. |
| 228 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/9/2024 | 0.50 | 109.25 | $ 54.63 | Clear OFAC Alert for ████ |
| 229 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/12/2024 | 1.75 | 109.25 | $ 191.19 | Continue reconciling payment register in preparation of ████ |
| 230 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/13/2024 | 4.25 | 109.25 | $ 464.31 | Reconcile and update cash management report for ████ account, with the recent distributions (4.25) |
| 231 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/15/2024 | 7.75 | 109.25 | $ 846.69 | Continue reconciling payment register in preparation of ████ |
| 232 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/16/2024 | 3.50 | 109.25 | $ 382.38 | Continue reconciling payment register in preparation of ████. |
| 233 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/19/2024 | 2.00 | 109.25 | $ 218.50 | Continue reconciling payment register in preparation of ████. |
| 234 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/26/2024 | 4.50 | 109.25 | $ 491.63 | Review and prepare distributions according to requests for initial check batch. Distribution data work for banking and print vendor requirements (1.50); Review and prepare distributions according to request for re-issue anfd distribution batches. Distribution data work for banking and print vendor requirements (3.00) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 235 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/27/2024 | 6.75 | 109.25 | $ | 737.44 | Complete review of distribution set up to confirm compliance with vendor data specifications, import data into system that generates the payments, and map out the couriered packages for multiple re-issue and re-distribution batches (1.75); Perform review of distribution set up to confirm compliance with vendor data specifications, import data into system that generates the payments, and map out the couriered packages for initial check batch (1.50); Continue reconciling payment register in preparation of ███████████ |
| 236 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/28/2024 | 4.75 | 109.25 | $ | 518.94 | Coordination with print vendor regarding print data and proofing. Print proof review and coordination with case managers. Production coordination with print vendor and ████████████ (0.50); Compile and analyze check data to be added to the cash management report (4.25) |
| 237 | Yun Lee | DS-DISTPREP | Distribution Preparation | 2/29/2024 | 4.25 | 109.25 | $ | 464.31 | Continue reconciling payment register in preparation of ████████████. |
| | | | | | **326.44** | | | **$ 36,952.21** | |

# EXHIBIT I

PREBILL REPORT    PRINTED:  08 JAN 2024 AT 10:28am    FOR FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS L    PAGE NO.    1

```
CLIENT : 7081          CURRENT FEES              $0.00      ------------  PREBILL INFORMATION  -------------
CASE   : 001           CURRENT COSTS            378.20      INVOICE CYCLE      : monthly (M)
DATE   : 01/03/24      PRIOR ACCOUNT BALANCE     $0.00      DATE INITIATED     : 09/23/10
INVOICE:                                     -------------  INVOICE FORMAT     : Narr./Time Det./Cost Summ (3)
                       TOTAL BALANCE DUE       $378.20      FEE DISPLAY FORMAT : DETAIL BY DATE (D)
                                                            FEE DETAIL FORMAT  : BOTH - TIME AND DOLLARS (B)
Peggy Roif Rotstain, Guthrie Abbott et al.                  FEE RECAP FORMAT   : RECAP FEES BY ATTORNEY (A)
c/o Peter Morgenstern, Esq.                                 COST DETAIL FORMAT : PRINT FOLLOWING FEES (F)
885 Third Avenue                                            BALANCE FWD. FORMAT: PRINT TOTAL ONLY (T)
New York, New York  10022

                                                            DATE OF THE LAST INVOICE    :     12/04/23
                                                            DATE OF THE LAST PAYMENT    :     11/08/23
                                                            PRIOR ACCOUNT BALANCE       :        $0.00

                                                            CASE-TO-DATE:      .......FEES ......COSTS .L/CHG
                                                              BILLED                  0    228,533        0
ATTORNEY: Scott M. Berman                                     CASH RECEIPTS           0   -227,356        0
                                                              APPLIED ADVANCES        0       -100        0
  FOR COSTS ADVANCED                                          WRITE UPS/DOWNS         0          0        0
                                INVOICE#:                   WORK-IN-PROCESS HELD      0          0
    Peggy Roif Rotstain, Guthrie Abbott et al.        DATE: 01/03/24
RE: Bank Litigation
```

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2023, including:

| ..DATE.. ....................COSTS ADVANCED..................... ......AMOUNT | REF.NO. | Page Reference |
|---|---|---|
| 11/30/23 Research services - 102/122819,12/13/23           $378.20 | 9765 Summarized | Page 2-3 |
| CourtAlert.com, Inc. | | |

```
                                                  --------------
                    TOTAL CURRENT COSTS              $378.20


                    CURRENT INVOICE DUE              $378.20

                                                  --------------

                                                  ==============
```

```
CLIENT : 7081                 CURRENT FEES            $0.00    ------------  PREBILL INFORMATION  ------------
CASE   : 001                  CURRENT COSTS          366.64    INVOICE CYCLE      : monthly (M)
DATE   : 02/05/24             PRIOR ACCOUNT BALANCE    $0.00    DATE INITIATED     : 09/23/10
INVOICE:                                           -----------  INVOICE FORMAT     : Narr./Time Det./Cost Summ (3)
                              TOTAL BALANCE DUE      $366.64    FEE DISPLAY FORMAT : DETAIL BY DATE (D)
                                                                FEE DETAIL FORMAT  : BOTH - TIME AND DOLLARS (B)
Peggy Roif Rotstain, Guthrie Abbott et al.                     FEE RECAP FORMAT   : RECAP FEES BY ATTORNEY (A)
c/o Peter Morgenstern, Esq.                                    COST DETAIL FORMAT : PRINT FOLLOWING FEES (F)
885 Third Avenue                                               BALANCE FWD. FORMAT: PRINT TOTAL ONLY (T)
New York, New York  10022
                                                               DATE OF THE LAST INVOICE   :    01/03/24
                                                               DATE OF THE LAST PAYMENT   :    11/08/23
                                                               PRIOR ACCOUNT BALANCE      :       $0.00

                                                               CASE-TO-DATE:      ......FEES ......COSTS .L/CHG
                                                                 BILLED                 0    228,911        0
------------------------------------------------------------    CASH RECEIPTS          0   -227,356        0
ATTORNEY: Scott M. Berman                                       APPLIED ADVANCES       0       -100        0
                                                                 WRITE UPS/DOWNS       0          0        0
FOR COSTS ADVANCED                                             WORK-IN-PROCESS HELD     0          0        0
                                              INVOICE#:
    Peggy Roif Rotstain, Guthrie Abbott et al.      DATE: 02/05/24
RE: Bank Litigation
```

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2024, including:

| ..DATE.. | ...............COSTS ADVANCED.................. | ......AMOUNT | REF.NO. | Page Reference |
|---|---|---|---|---|
| 12/31/23 | Research services - 102/122960,01/10/24 CourtAlert.com, Inc. | $366.64 | 9775 Summarized | Page 2-3 |
| | | ------------- | | |
| | TOTAL CURRENT COSTS | $366.64 | | |
| | CURRENT INVOICE DUE | $366.64 | | |
| | | ------------- | | |

```
PREBILL REPORT    PRINTED: 11 MAR 2024 AT 12:56pm    FOR FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS L    PAGE NO.    1


        CLIENT : 7081      CURRENT FEES            $0.00    ------------- PREBILL INFORMATION  -------------
        CASE   : 001       CURRENT COSTS          755.45    INVOICE CYCLE     :monthly (M)
        DATE   : 03/05/24  PRIOR ACCOUNT BALANCE    0.00    DATE INITIATED    :09/23/10
        INVOICE:                                            INVOICE FORMAT    :Narr./Time Det./Cost Summ (3)
                           TOTAL BALANCE DUE      $755.45   FEE DISPLAY FORMAT :DETAIL BY DATE (D)
                                                            FEE DETAIL FORMAT  :BOTH - TIME AND DOLLARS (B)
    Peggy Roif Rotstain, Guthrie Abbott et al.              FEE RECAP FORMAT   :RECAP FEES BY ATTORNEY (A)
    c/o Peter Morgenstern, Esq.                             COST DETAIL FORMAT :PRINT FOLLOWING FEES (F)
    885 Third Avenue                                        BALANCE FWD. FORMAT: PRINT TOTAL ONLY (T)
    New York, New York  10022
                                                            DATE OF THE LAST INVOICE    :    02/05/24
                                                            DATE OF THE LAST PAYMENT    :    02/29/24
                                                            PRIOR ACCOUNT BALANCE       :    $0.00

                                                            CASE-TO-DATE:    .......FEES ......COSTS .L/CHG
                                                              BILLED              0    229,278        0
    ------------------------------------------------------    CASH RECEIPTS       0   -228,433        0
    ATTORNEY: Scott M. Berman                                 APPLIED ADVANCES    0       -100        0
                                                              WRITE UPS/DOWNS     0          0        0
      FOR COSTS ADVANCED                                    WORK-IN-PROCESS HELD  0          0
                                              INVOICE#:
        Peggy Roif Rotstain, Guthrie Abbott et al.        DATE: 03/05/24
    RE: Bank Litigation



        FOR PROFESSIONAL SERVICES RENDERED through February 29, 2024, including:


    ..DATE.. ....................COSTS ADVANCED....................  .......AMOUNT    REF.NO.            Reference page
    01/31/24 Research services - 102/123054,02/07/24                    $395.35      9790 Summarized    Page 2-3
             CourtAlert.com, Inc.
    02/29/24 Research services - 102/123126,03/04/24                     360.10      9810 Summarized    Page 4- 5
             CourtAlert.com, Inc.

             ................. COST RECAP ........................AMOUNT
             Research services                              $755.45
                                                        --------------
                            TOTAL CURRENT COSTS             $755.45


                            CURRENT INVOICE DUE             $755.45


                                                        --------------

                                                        =============
```

# EXHIBIT E

# EXHIBIT E-1

APP. 0562

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES** | § | |
| **AND EXCHANGE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE HEARTLAND GROUP VENTURES, LLC;** | § | |
| **HEARTLAND PRODUCTION AND RECOVERY** | § | |
| **LLC; HEARTLAND PRODUCTION AND** | § | |
| **RECOVERY FUND LLC; HEARTLAND** | § | |
| **PRODUCTION AND RECOVERY FUND II LLC;** | § | |
| **THE HEARTLAND GROUP FUND III, LLC;** | § | |
| **HEARTLAND DRILLING FUND I, LP; CARSON** | § | |
| **OIL FIELD DEVELOPMENT FUND II, LP;** | § | |
| **ALTERNATIVE OFFICE SOLUTIONS, LLC;** | § | |
| **ARCOOIL CORP.; BARRON PETROLEUM** | § | |
| **LLC; JAMES IKEY; JOHN MURATORE;** | § | |
| **THOMAS BRAD PEARSEY; MANJIT SINGH** | § | No. 4-21CV-1310-O |
| **(AKA ROGER) SAHOTA; and RUSTIN** | § | |
| **BRUNSON,** | § | |
| | § | |
| **Defendants,** | § | |
| | § | |
| | § | |
| **and** | § | |
| | § | |
| **DODSON PRAIRIE OIL & GAS LLC; PANTHER** | § | |
| **CITY ENERGY LLC; MURATORE FINANCIAL** | § | |
| **SERVICES, INC.; BRIDY IKEY; ENCYPHER** | § | |
| **BASTION, LLC; IGROUP ENTERPRISES LLC;** | § | |
| **HARPRIT SAHOTA; MONROSE SAHOTA;** | § | |
| **SUNNY SAHOTA; BARRON ENERGY** | § | |
| **CORPORATION; DALLAS RESOURCES INC.;** | § | |
| **LEADING EDGE ENERGY, LLC; SAHOTA** | § | |
| **CAPITAL LLC; and 1178137 B.C. LTD.,** | § | |
| | § | |
| **Relief Defendants.** | § | |
| | § | |
| | § | |

1

APP. 0563

**RECEIVER'S FIRST FEE APPLICATION FOR SERVICES PERFORMED BETWEEN
DECEMBER 2, 2021 AND DECEMBER 31, 2021 AND BRIEF IN SUPPORT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE REED O'CONNOR:

Pursuant to the *Order Approving Employment of Dykema Gossett PLLC as Counsel to the
Receiver Effective as of December 3, 2021* [ECF No. 19] (the "Dykema Employment Order"), the
*Order Approving Employment of Rose L. Romero of the Law Offices of Romero | Kozub as Local
Counsel to Receiver Effective December 3, 2021* [ECF No. 24] (the "Romero Employment
Order"), and the Order approving the *Application to Employ Law Practice of Darrell R. Jones,
PLLC as Counsel to Receiver Effective December 2, 2021* [ECF No. 87] (the "Jones Employment
Order"), Deborah D. Williamson, in her capacity as the Court-appointed Receiver (the "Receiver")
for the Receivership Parties (as defined in the *Order Appointing Receiver* [ECF No. 17] (the
"Receivership Order")[1]) and receivership estates (collectively, the "Receivership Estates") in the
above-captioned case (the "Case"), hereby submits this *First Fee Application for Services
Performed Between December 2, 2021 through December 31, 2021 and Brief in Support* (the
"Application") of Deborah D. Williamson, as Receiver, Dykema Gossett PLLC ("Dykema"), Rose
L. Romero with the Law Offices of Romero | Kozub ("Romero"), and Darrell R. Jones with the
Law Practice of Darrell R. Jones, PLLC ("Jones").  In support of the Application, the Receiver
respectfully states as follows:

## I.      RELIEF REQUESTED

1.      This Application seeks authorization from the Court to pay on an interim basis fees
and expenses for professional services performed from December 2, 2021 through December 31,

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed in the
Receivership Order or the First Report (as defined herein).

APP. 0564

2021 (the "Application Period") by the Receiver in the amount of $87,446.25 for fees and in the amount of $1,374.72 for out-of-pocket expenses; Dykema as lead counsel to the Receiver in the amount of $231,227.71 for fees and in the amount of $20,120.15 for out-of-pocket expenses; Romero as local counsel to the Receiver in the amount of $1,572.50; and Jones as oil and gas counsel to the Receiver in the amount of $9,717.50. The Receiver respectfully requests this Court approve the proposed order attached hereto as **Exhibit B**, approving this Application on an interim basis.

2. The Receivership Order at ¶ 62 requires that the "Receiver and Retained Personnel shall apply to the Court for compensation and expense reimbursement from the Receivership Estates" within forty-five (45) days of the end of each calendar quarter. As a result, this Application covers December 2, 2021 through December 2021.

## II. GENERAL BACKGROUND

3. This Application is submitted in accordance with the Receivership Order, the local rules of this Court, and the *Billing Instructions for Receivers in Civil Actions Commenced by the United States Securities and Exchange Commission* (the "Commission Billing Instructions"), and other applicable orders of this Court. Dykema, Romero, Jones, and the Receiver have not previously submitted a fee application to this Court in this Case. Neither the Receiver nor Dykema, Romero, and Jones have been paid for any services performed on behalf of the Receiver in this Case. In accordance with the Commission Billing Instructions, the Receiver submitted this Application to the Commission (as defined below) for review prior to submission to the Court.

APP. 0565

## A.    Procedural History

4.      On December 1, 2021 (the "Commission Application Date"), Plaintiff, the Securities and Exchange Commission (the "Commission"), filed its application for the appointment of a receiver for the Receivership Parties (the "Commission Application").

5.      In its Complaint, the Commission alleges that this Case "concerns an oil and gas offering fraud conducted over three years." *See* ECF No. 1, at ¶ 1.  Further, the Commission's Complaint alleges that various Defendants "fraudulently raised approximately $122 million from more than 700 investors nationwide, purportedly for working over existing wells or drilling new wells in Texas, through five unregistered securities offerings[.]" *Id.*

6.      On December 2, 2021, this Court determined that entry of an order appointing a receiver over the Receivership Parties was both necessary and appropriate to marshal, conserve, hold, and operate all of the Receivership Parties' assets pending further order of this Court. Accordingly, the Court entered the Receivership Order on December 2, 2021, appointing Deborah D. Williamson of Dykema as the Receiver over the Receivership Estates in this Case.

7.      The Receivership Order directs the Receiver to retain Romero as local counsel.  *See* Receivership Order at ¶ 2.  Accordingly, the Receiver engaged Romero on December 3, 2021 and has employed Romero on matters beyond local counsel, including obtaining advice on matters related to the Commission and the relief sought by the Commission.

8.      Further, the Receivership Order authorizes the Receiver to "engage and employ persons in the Receiver's discretion to assist the Receiver in carrying out the Receiver's duties and responsibilities[.]"  *Id.* at ¶ 8(H).  Thus, the Receiver engaged Dykema as her lead counsel on December 3, 2021, and Jones as her oil and gas counsel effective on the same date.

APP. 0566

9. On December 3, 2021, the Receiver filed under seal her *Application to Employ Dykema Gossett PLLC as Counsel to Receiver Effective as of December 3, 2021* [ECF No. 18] (the "Dykema Application"). As detailed in the Dykema Application, the Receiver agreed to significantly discounted rates for Dykema professionals through 2022 in this Case.[2]

10. On December 6, 2021, this Court entered the Dykema Employment Order.

11. On December 7, 2021, the Receiver filed under seal her *Application to Employ Law Offices of Romero | Kozub as Local Counsel to Receiver Effective as of December 3, 2021* (the "Romero Application"). Ms. Romero also discounted her hourly rate in this Case.

12. On the same date, the Receiver filed under seal her *Application to Employ Law Practice of Darrell R. Jones, PLLC as Counsel to Receiver Effective as of December 2, 2021* [ECF No. 22] (the "Jones Application"). As detailed in the Jones Application, Mr. Jones discounted his standard hourly rate through 2022 in this Case, which is an additional discount to the Receivership Estates.

13. On December 8, 2021, this Court entered the Romero Employment Order and the *Order Approving Plaintiff United States Securities and Exchange Commission's Motion to Unseal Case* [ECF No. 23], unsealing the docket in this Case.

14. Also on December 8, 2021, this Court entered an Order directing the Receiver to "file additional information regarding Jones's application." *See* ECF No. 26. In response, the

---

[2] The Receiver's standard hourly rate for 2021 was $840.00, and the Receiver's standard hourly rate for 2022 is $880.00. Dykema members' and senior counsels' standard hourly rates for 2021 ranged from $425.00-$925.00, and their standard hourly rates for 2022 range from $425.00-$1,400.00. Dykema associates' standard hourly rates for 2021 ranged from $370.00-$505.00, and associates' standard hourly rates for 2022 range from $395.00-$530.00.

APP. 0567

Receiver filed a supplemental reply in support of the Jones Application. *See generally* ECF No. 31.

15. On December 23, 2021, this Court entered an Order referring the Jones Application and briefing to United States Magistrate Judge Ray ("Judge Ray"). *See* ECF No. 62.

16. On December 27, 2021, the Receiver filed a second supplemental reply in support of the Jones Application. *See generally* ECF No. 67.

17. On December 28, 2021, this Court set the Jones Application, among other things, for a telephonic hearing on January 4, 2022, at 10:00 a.m. Central.

18. After considering the Jones Application at the January 4, 2022 hearing, Judge Ray entered the Jones Employment Order on January 4, 2022. *See* ECF No. 87.

**B. Work Performed During the Application Period**

19. Since the beginning, the tasks and challenges presented by this Case have been numerous and, in many instances, complex and time-consuming despite the short Application Period. The efforts of the Receiver and her Retained Personnel during the Application Period resulted in tangible progress evidenced in the month and thereafter. The primary work for the Receiver's counsel, which comprises the bulk of the fees sought in this Application, has revolved around site inspections, data gathering, asset analysis and recovery, and analysis of the operations of the Receivership Parties. This process has been undertaken with obstacles, due in no small part to the internal record-keeping (or lack thereof) of the Receivership Parties. The Receiver and her counsel have continued their significant efforts to communicate with investors and potential creditors in this Case.

APP. 0568

20.     The Receiver incorporates by reference the *Receiver's First Quarterly Report for Receivership Estates* [ECF No. 124] (the "<u>First Report</u>") for information regarding the case status, as required by the Commission Billing Instructions and the Receivership Order.

21.     Generally, the bulk of Dykema's services rendered during the Application Period included daily assistance in recovery and analysis of Receivership Assets relating to recovery of electronics, foreign and domestic real property, and various personal property located across the state, including Dallas Cowboys tickets, a helicopter, a jet, trucks, equipment, and office furniture. There was also time spent obtaining production of bank account statements and transfer of funds to the Receiver's new account; analysis of various documents and evidence recovered from the Receivership Parties; filing notices of receivership in jurisdictions across the nation; recovery of and transfer of title of certain Receivership Assets in the Receiver's name; negotiating with landlords; identifying assets which could be monetized; development of proposed processes for sale or other disposition of such assets and assisting the Receiver in preparing for meetings and interviews. Dykema did not charge the Receivership Estates for time preparing this Application or the underlying billing statements. A full description of Dykema's services during the Application Period is detailed below.

22.     Romero's services rendered during the Application Period included preparation for and attendance at hearings before this Court, analysis of various pleadings filed on the docket in this Case, and communications with the Receiver regarding the status of and issues in this Case.

23.     Jones's services rendered during the Application Period included communications with field and operation personnel regarding operational, environmental, and regulatory issues, analysis of the Receivership Parties' oil and gas assets and related equipment and other personal property located across the state, supervision of the Receivership Parties' communications with

APP. 0569

governmental agencies, solicitation of potential auction personnel, and communications with the Receiver regarding this Case.

**C.** **Fees and Expenses Summary During the Application Period**

24. The Receiver expended an aggregate of 134.50 hours on this Case during the Application Period. The Receiver's fees for the Application total $87,446.25, and her out-of-pocket expenses incurred in connection with this Case during the Application Period total $1,374.72.

25. Through this Application, Dykema seeks approval on an interim basis for fees and expenses incurred by the Receiver and other Dykema professionals. Dykema expended an aggregate of 592.70 hours on this Case during the Application Period. At Dykema's discounted hourly rates, Dykema's fees for the Application total $231,227.71 and out-of-pocket expenses incurred in connection with services performed on behalf of the Receiver during the Application Period total $20,120.15.[3] Of the attorney hours expended by Dykema (exclusive of the Receiver), 39.33% was attributable to members and 60.66% was attributable to associates.[4] During the Application Period, the blended hourly rate for Dykema attorneys was $394.24.

---

[3] Dykema advanced out-of-pocket expenses for the benefit of the Receivership Estates prior to the opening of the Receiver's new bank accounts. Details for out-of-pocket expenses of Dykema during the Application Period can be found on the Dykema invoice attached hereto as **Exhibit E-1**. Examples of the expenses advanced by Dykema for the benefit of the Receivership Estates include locksmith services, filing fees for the initial batch of 28 U.S.C. § 754 notices, towing services, and static-shield bags and cases for electronic devices recovered by the Receiver and her team from various Receivership Parties.

[4] Paraprofessional time is excluded from these values.

8

26.     Romero expended an aggregate of 3.7 hours[5] on this Case during the Application Period.  At Romero's hourly rate of $425.00 per hour, Romero's fees for the Application Period total $1,572.50.  Through this Application, the Receiver seeks approval on an interim basis of the fees for compensation for services Romero rendered as local counsel to the Receiver during the Application Period in the amount of $1,572.50.

27.     Jones expended an aggregate of 29.9 hours on this Case during the Application Period.  At Jones's discounted standard hourly rate of $325.00 per hour, Jones's fees for the Application Period total $9,717.50.  Through this Application, the Receiver seeks approval on an interim basis of the fees for compensation of services Jones rendered as oil and gas counsel to the Receiver during the Application Period in the amount of $9,717.50.

### III.     RECORDS SUPPORTING THIS APPLICATION

28.     No agreement or understanding, written or oral, express or implied, exists between Dykema, Romero, or Jones and any other person or entity concerning the amount of compensation paid or to be paid from the Receivership Estates, or any sharing thereof, for services rendered in connection with this Case.

29.     The Receiver, Dykema, Romero, and Jones have kept contemporaneous time records on a daily basis and have tracked their billings on a tenth-of-an-hour basis with time charges allocated accordingly.

30.     All legal services performed by Dykema, Romero, and Jones were performed for and on the behalf of the Receiver and not on behalf of any other individual or entity.  Dykema's,

---

[5] Romero's involvement was limited in some aspects due to preparation for defense in an impending criminal trial.

9

APP. 0571

Romero's, and Jones's services have been substantial, necessary, and beneficial to the Receiver and the Receivership Estates already despite the short Application Period.

31.     Dykema, Romero, and Jones have maintained written records of the time expended in the rendition of professional services to the Receiver.  The Receiver has also maintained written records of the time expended in the rendition of professional services in this Case.  Attached hereto as **Exhibit C** is the *Summary of Fees by Timekeeper*, which summarizes the time and fees of the professionals of each law firm who performed services on behalf of the Receiver during the Application Period.  The total amount for each firm represents the amount of time expended by each professional at the respective firm multiplied by the applicable hourly rate.

32.     In addition, Dykema, Romero, and Jones have categorized their services by task. Attached hereto as **Exhibit D** is the *Summary of Fees by Task for All Matters*, which summarizes the number of hours incurred relative to each task category for each law firm.  It contains individualized and detailed descriptions of the daily services rendered and the hours expended by the professionals employed on behalf of the Receiver in this Case during the Application Period. During this Application Period, the Receiver incurred $1,374.72 in out-of-pocket expenses in connection with this Case, and Dykema incurred $20,120.15 in out-of-pocket expenses in connection with the rendition of services on behalf of the Receiver.  Romero and Jones did not incur any out-of-pocket expenses in connection with the rendition of services on behalf of the Receiver during the Application Period.

33.     Attached hereto as **Exhibit E-1** is the invoice of Dykema, with the Receiver's time and travel separated out, during the Application Period.  Attached hereto as **Exhibit E-2** is the invoice of Romero during the Application Period.  Attached hereto as **Exhibit E-3** is the invoice of Jones during the Application Period.  The Receiver has reviewed and approved these time

records, and based on the complexity of this Case, the Receiver respectfully submits that the requested compensation is reasonable.

34.     Dykema, Romero, and Jones have worked to keep the number of professionals involved in this Case to a minimum at all stages to (a) maximize familiarity with various issues and avoid duplication of efforts, (b) employ special expertise in a given field of law, and (c) maximize economic use of professionals consistent with sound legal representation and supervision.

## IV.     <u>STANDARDIZED FUND ACCOUNTING REPORT</u>

35.     Pursuant to the terms of the Commission Billing Instructions, the Receiver discloses that no distributions were made and no funds were collected during this Application Period by Romero or Jones on her behalf.  However, Dykema attorneys assisted the Receiver in the recovery of Receivership Assets and the disbursement of funds in the ordinary course of the Receivership Parties' businesses in accordance with the Receivership Order.  A copy of the Standardized Fund Accounting Report for the Application Period of the Receivership Estates is attached hereto as **Exhibit A** in compliance with the Commission Billing Instructions.

## V.     <u>BRIEF IN SUPPORT OF APPLICATION</u>

36.     The Receivership Order directs the Receiver's Retained Personnel (as defined in the Receivership Order) to apply for compensation and expense reimbursement from the Receivership Estates "[w]ithin forty-five (45) days after the end of each calendar quarter." Receivership Order, at ¶ 62.  Accordingly, the Receiver files this Application and requests that the Court approve the fees for services performed by the Receiver, Dykema, Romero, and Jones during the Application Period.

37.     Under governing law, following a determination that services were rendered and costs were expended in furtherance of the Case, the Court may award compensation for the presented fees based on the lodestar method of calculation. *See SEC v. EFS, LLC*, No. 3:06-CV-1097-M, 2007 WL 649008, at \*13 (N.D. Tex. Jan. 24, 2007) (internal citations omitted). Under the lodestar method, "a party seeking an award of attorney's fees has the burden of proving the reasonableness of the hours expended and the rates charged, and the district court must be able to determine the reasonable number of hours expended and the reasonable hourly rate for each participating attorney." *SEC v. Megafund Corp.*, No. 3:05-CV-01328-L, 2006 WL 42367, at \*4 (N.D. Tex. Jan. 9, 2006). When determining whether the time spent, services performed, expenses incurred, and hourly rates charged are reasonable and necessary under the factors set forth by the Fifth Circuit, courts consider (1) the time and labor required for the litigation; (2) the novelty and complication of the issues; (3) the skill required to properly litigate the issues; (4) whether the attorney was precluded from other employment by acceptance of the case; (5) the attorney's customary fee; (6) whether the fee is fixed or contingent; (7) whether the client or the circumstances imposed time limitations; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorney; (10) the "undesirability" of the case; (11) the nature and length of the attorney-client relationship; and (12) awards in similar cases. *Johnson v. Ga. Hwy. Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974). *See, e.g.*, *SEC v. Millennium Bank, et al.*, No. 7:09-CV-00050-O (ECF Nos. 193, 197, 296); *SEC v. Megafund Corp.*, 2008 WL 2839998, at \*2 (N.D. Tex. June 24, 2008); *SEC v. Funding Res. Grp.*, 3:98-CV-02689-M, 2003 WL 145411, at \*1 (N.D. Tex. Jan. 15, 2003). In applying the *Johnson* factors, the district court should explain its findings and the reasons upon which an award is based, but "it is not required to address fully each of the 12 factors." *Curtis v. Bill Hanna Ford, Inc.*, 822 F.2d 549, 552 (5th Cir.

12

APP. 0574

1987) (citation omitted). This examination of reasonable and necessity should take into account all of the circumstances surrounding the case. *See SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd*, 519 F.2d 1087 (5th Cir. 1975). The court should analyze the fees and expenses relative to each receivership case. *See SEC v. Tanner*, No. 05-04057, 2007 WL 2013606, at *3 (D. Kan. May 22, 2007).

38. The complexity and difficulty associated with the receivership case are highly relevant factors in determining the reasonableness of professional fees. *See W.L. Moody & Co.*, 374 F. Supp. at 484; *SEC v. Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973). Here, the Receiver and her team have had to conduct their work without meaningful assistance from many of the Defendants and Relief Defendants, exacerbated by the inability to access the various Receivership Parties' accounting and regulatory books, records, and software.

39. The degree of success or recovery achieved in solving the issues presented in a receivership case should be considered when calculating the fees awarded. *See Johnson*, 488 F.2d at 718; *W.L. Moody & Co.*, 374 F. Supp. at 484–85; *Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. at 1222. The application must prove the exercise of billing judgment in calculating the hours expended. *See SEC v. AmeriFirst Funding, Inc.*, No. 3:07-CV-0118-D, 2008 WL 2185193, at *7 (N.D. Tex. May 7, 2008) (internal citations omitted). "Billing judgment requires documentation of the hours charged[.]" *Id.* The Receiver, Dykema, Romero, and Jones have provided documentation for all hours billed and have exercised business judgment in the submission of the invoices attached to this Application.

40. Here, despite the short Application Period, the Receiver and her team have successfully recovered Receivership Assets from the Receivership Parties' bank accounts and transferred those funds to the Receiver's new account. The Receiver and her team monetized

tickets for Dallas Cowboys football games, resulting in $27,715.00 to the Receivership Estates. The Receiver and her team began the process for the sale of three light use vehicles and the settlement of the Heartland Fort Worth Office lease. After the Application Period, Judge Ray approved these efforts, which resulted in an additional recovery of nearly $200,000 for the Receivership Estates. The Receiver and her team began the process to sell the jet and helicopter. The Receiver and her team have continued to identify Receivership Assets and formulate a plan of recovery and/or liquidation going forward.

41.     Courts also examine the credentials, experience, reputation, and other professional qualities required to carry out a receiver's duties and responsibilities when assessing the reasonableness of the rates charged for services in a receivership. *See W.L. Moody & Co.*, 374 F. Supp. at 481; *SEC v. Aquacell Batteries, Inc.*, No. 6:07-cv-608-Orl-22DAB, 2008 WL 276026, at *4 (M.D. Fla. Jan. 31, 2008) ("The Receiver retained well qualified, experienced counsel and such representation does not come cheap."). Biographies of all Retained Personnel of the Receiver are attached hereto as **Exhibits F-1, F-2, F-3, and F-4** for the Receiver, Dykema, Romero, and Jones, respectively.[6]

42.     The Receiver delegated tasks appropriately to her Retained Personnel and utilized information provided by them to develop and execute plans to maximize the value of the Receivership Estates while still accomplishing the tasks required of them. *See Johnson*, 488 F.2d at 718.

---

[6] By way of example, in the *Flexible Funding Ltd. Liability Co.* bankruptcy case currently pending in the United States District Court for the Northern District of Texas, Fort Worth Division (Case No. 21-42215-MXM-11), Fort Worth-based firm Forshey & Prostok, LLP recently filed an application to be employed as lead counsel. In that application, Mr. Prostok sought approval of his current hourly rate of $725.00 per hour. Mr. Prostok was admitted to practice two years after the Receiver.

43.     When a receivership commands full-time attention and prevents professionals from accepting other engagements, the fee award should reflect it.  *See W.L. Moody & Co.*, 374 F. Supp. at 483–84, 486.  Similarly, the court should consider the usual and customary fees charged and the evidence presented to support the application for fees.  *See Johnson*, 488 F.2d at 718; *Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. at 1222.  Here, the Receiver and her team have devoted considerable time to conducting the many tasks required in this Case, including, but not limited to, conducting on site visits in Eldorado, San Angelo, Mansfield, Graham, and Fort Worth, drafting and prosecuting motions, identifying, securing, and recovering Receivership Assets, communicating with hundreds of investors, opposing counsel, the Commission, and various governmental authorities—all at a discounted rate.

44.     The time spent, services performed, hourly rates charged, and expenses incurred by the Receiver's Retained Personnel have been at all times reasonable and necessary, and indeed essential, for the Receiver to perform her Court-ordered duties.  The Receiver respectfully suggests the qualifications set forth in this Application for Romero's and Jones's fees and the Receiver's and Dykema's fees and expenses during the Application Period meet the criteria for interim compensation when considering the *Johnson* factors.

**Dykema**

45.     The fees charged by Dykema for Ms. Williamson's work as the Receiver include all compensation being paid for her services during the Application Period and is included in Dykema's invoice attached hereto as **Exhibit E-1**, separate and apart from the other Dykema professionals.

46.     Dykema is a national law firm with offices throughout the United States.  Dykema has provided critical legal expertise and manpower for every aspect of this Case to date.  The

15

**APP. 0577**

attorneys working on this Case have included members, associates, paraprofessionals, and support staff as warranted by the relevant tasks. *See Johnson*, 488 F.2d at 718–19. While ensuring proper and effective representation, the Receiver has only utilized the services of a limited team of Dykema professionals and paraprofessionals in order to limit fees and ensure a lean and nimble team. The Receiver delegated categorical tasks to certain Dykema professionals to limit duplication and overlap of services. The Receiver has further reduced fees by placing primary responsibility for research and drafting on associates.

47. The Receiver and Dykema endeavored to avoid duplication of services. The chart below details the respective Dykema professional in charge of various aspects of this Case in its representation of the Receiver during the Application Period:

APP. 0578

| ASSIGNED PROFESSIONAL | PRIMARY ASSIGNMENT AREA |
|---|---|
| Jeffrey R. Fine | Heartland Fort Worth Office, Dallas Cowboys tickets and licenses, Heartland Parties' Light Use Trucks, Demand Letters and Turnover of Former Counsel Files |
| Alison R. Ashmore | Bahamas property and Aircraft (Jet and Helicopter) |
| Israel R. Silvas | Graham Vehicles and Equipment |
| Danielle N. Rushing | Eldorado Property, San Angelo Property, Sahota Parties' Vehicles, Cash and Bank Accounts, Electronic and Data Analysis and Recovery, Jewelry, Maintenance of Website and Addressing Elevated Investor Communications and Inquiries, Fee Applications, Insurance, Retained Personnel, Former Employees and Independent Contractors, Subpoenas, 28 U.S.C. § 754 Notices, Data Room, Investigative Meetings, Vendor Communications, and Exhibits and Document Collection |
| Alexandria R. Rahn | Coins/Currency, Jade, Storage Units, Graham Property, and AOS Office |
| Paraprofessionals | Investor Inquiries and Communications |

48.     During the Application Period, Dykema undertook numerous tasks to further the goals of the Case, including, but not limited to:

(a)     Drafted and filed necessary notices in various federal districts around the country where assets of the Receivership Parties may or are believed to be located;

(b)     Obtained records through informal discovery methods for asset analysis and recovery;

(c)     Retrieved electronic devices from the Receivership Parties and coordinated imaging of these devices with the Commission or the Commission's designee;

(d)    Communicated with investors of the various Receivership Parties, including, but not limited to, via website (www.heartlandreceivership.com), email (heartlandreceivership@dykema.com), and telephone (210-554-5845);

(e)    Researched, drafted, and filed various motions, corresponding proposed orders, responses, replies, and supporting documentation, as applicable;

(f)    Represented the Receiver in various matters before this Court and Judge Ray;

(g)    Negotiated transactions and procedures for the sale of light use vehicles;

(h)    Took possession of two aircraft and arranged for re-location to a secure hangar;

(i)    Re-possessed vehicles and machinery from a tow yard;

(j)    Began negotiations which led to a settlement relating to the Heartland Fort Worth Office lease with a new tenant; and

(k)    Facilitated administrative and daily operational tasks requested by the Receiver.

49.    Dykema has served as lead counsel to the Receiver throughout this Case and has represented the Receiver in all proceedings, in addition to Romero. The matters presented in this Case have required expertise in a variety of legal subject matters. *See Johnson*, 488 F.2d at 718; *Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. at 1222.

**Romero**

50.    During the Application Period, Romero served as the Receiver's counsel in this Case in accordance with the Receivership Order. Romero communicated with the Receiver

APP. 0580

throughout the Application Period regarding open issues in the Case and prepared, strategized, and participated in hearings before this Court and Judge Ray.

**Jones**

51.     During the Application Period, Jones served as the Receiver's oil and gas counsel in this Case.  Jones coordinated and oversaw field personnel and operations of the oil and gas-related Receivership Assets and communicated with the Receiver throughout the Application Period regarding open operational and regulatory issues in the Case.

**Fees and Expenses of Receiver's Retained Personnel**

52.     The Receiver and her Retained Personnel have performed a considerable amount of work despite such a short Application Period; however, there is a substantial amount of work to be done in this Case so that recoveries can be made for the hundreds of investors.

53.     The Receiver, Dykema, Romero, and Jones have incurred reasonable fees and/or expenses consistent with the Receivership Order in the best interests of the Receivership Estates, and payment is appropriate and warranted in consideration of the services performed in this Case during the Application Period.

54.     The chart below depicts the total fees and expenses requested by the Receiver, Dykema, Romero, and Jones during the Application Period for services rendered and/or out-of-pocket expenses incurred on behalf of the Receiver in connection with this Case:

| PROFESSIONAL | TOTAL HOURS | TOTAL FEES | TOTAL EXPENSES |
|---|---|---|---|
| Deborah D. Williamson, Receiver | 134.50 hours | $87,446.25 | $1,374.72 |
| Dykema Gossett PLLC | 592.70 hours | $231,227.71 | $20,120.15 |
| Law Offices of Romero \| Kozub | 3.70 hours | $1,572.50 | $0.00 |
| Law Practice of Darrell R. Jones, PLLC | 29.90 hours | $9,717.50 | $0.00 |

55.     As of the filing of the Application, the Receivership Estates have sufficient funds to pay all of the Retained Personnel's fees and expenses requested herein.  The Receiver's First Report details the Receiver's bank account balances for the Application Period confirming the same.

56.     The fees associated with complex receivership cases often have been substantial percentages of the total assets found.  *See, e.g.*, *Megafund*, 2008 WL 2839998, at *2 (N.D. Tex. June 24, 2008); *Funding Res. Grp.*, 2003 WL 145411, at *1 (N.D. Jan. 15, 2003).  As the Court can see in Exhibits E-1, E-2, and E-3, the Receiver and her Retained Personnel have been mindful of keeping fees expended to a minimum, while ensuring that the goals and needs of the Case, particularly, the hundreds of investors, are met.  If the fees are approved and paid as requested, remaining amounts will exceed $1,986,855.25, without taking into account sales proceeds for any asset disposition other than the Dallas Cowboys tickets.

## VI.     CONCLUSION

57.     For the reasons stated herein, the Receiver requests that the Court enter an order (a) approving on an interim basis and authorizing payment of (i) all fees incurred by the Receiver during the Application Period, totaling **$87,446.25**; (ii) all fees incurred by Dykema as counsel to the Receiver during the Application Period, totaling **$231,227.71**; (iii) all fees incurred by Romero as counsel to the Receiver during the Application Period, totaling **$1,572.50**; and (iv) all fees incurred by Jones as oil and gas counsel to the Receiver during the Application Period, totaling **$9,717.50**; (b) approving on an interim basis and authorizing payment of (i) all out-of-pocket expenses incurred by the Receiver in connection with this Case during the Application Period, totaling **$1,374.72**; and (ii) all out-of-pocket expenses incurred by Dykema in connection with services rendered as lead counsel to the Receiver during the Application Period, totaling

20

**$20,120.15**; (c) authorizing the Receiver to pay (i) all authorized outstanding fee amounts to Dykema, including the Receiver's fees, totaling **$318,673.96**; (ii) all authorized outstanding fee amounts to Romero, totaling **$1,572.50**; and (iii) all authorized outstanding fee amounts to Jones, totaling **$9,717.50**; and (d) authorizing the Receiver to pay all out-of-pocket expenses incurred by Dykema in connection with services rendered as counsel to the Receiver and/or by the Receiver during the Application Period, totaling **$21,494.87**; (e) awarding such other and further relief that this Court deems just and proper.

APP. 0583

Dated: February 14, 2022

Respectfully submitted,

By: */s/ Deborah D. Williamson*
    Deborah D. Williamson
    *(Receiver)*
    State Bar No. 21617500
    dwilliamson@dykema.com
    **DYKEMA GOSSETT PLLC**
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

    Jeffrey R. Fine
    *(Lead Counsel)*
    State Bar No. 07008410
    jfine@dykema.com
    **DYKEMA GOSSETT PLLC**
    1717 Main Street, Suite 4200
    Dallas, Texas 75201
    Telephone: (214) 462-6400
    Facsimile: (214) 462-6401

    and

    Rose L. Romero
    State Bar No. 17224700
    Rose.Romero@RomeroKozub.com
    **LAW OFFICES OF ROMERO | KOZUB**
    235 N.E. Loop 820, Suite 310
    Hurst, Texas 76053
    Telephone: (682) 267-1351

    and

    Darrell R. Jones
    State Bar No. 24029642
    drj@oilesquire.com
    **LAW PRACTICE OF**
    **DARRELL R. JONES, PLLC**
    5300 Memorial Drive, Suite 475
    Houston, Texas 77007
    Telephone: (832) 302-5373

    **COUNSEL TO RECEIVER**

APP. 0584

## CERTIFICATE OF CONFERENCE

The Receiver and/or her counsel has reached out to counsel for Plaintiff, Securities and Exchange Commission regarding the relief requested herein.  The SEC supports the relief requested in the Application.

*/s/ Deborah D. Williamson*
Deborah D. Williamson

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, a true and correct copy of the foregoing document was served via this Court's CM/ECF system.

*/s/ Danielle N. Rushing*
Danielle N. Rushing

APP. 0585

## APPLICATION CERTIFICATION

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in my fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     I have not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which was justifiably purchased or contracted for from a third party, I request reimbursement only for the amount billed by the third-party vendor and paid for by the Receiver to such vendor.  I certify that I am not making a profit on such reimbursable service.

*/s/ Deborah D. Williamson*
Deborah D. Williamson, Receiver
Dykema Gossett PLLC
Applicant

APP. 0586

## <u>APPLICATION CERTIFICATION</u>

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees and expenses disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in Dykema's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     Dykema has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which Dykema justifiably purchased or contracted for from a third party, Dykema requests reimbursement only for the amount billed by the third-party vendor and paid for by Dykema to such vendor.  If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

*/s/ Jeffrey R. Fine*
Jeffrey R. Fine
Dykema Gossett PLLC
Applicant

APP. 0587

## **APPLICATION CERTIFICATION**

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in Romero's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     Romero has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which Romero justifiably purchased or contracted for from a third party, Romero requests reimbursement only for the amount billed by the third-party vendor and paid for by Romero to such vendor.  If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

*/s/ Rose L. Romero*
Rose L. Romero
Law Offices of Romero | Kozub
Applicant

26

## <u>APPLICATION CERTIFICATION</u>

I hereby certify that:

(a)    I have read the Application;

(b)    To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)    All fees contained in the Application are based on the rates listed in Jones's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)    Jones has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)    In seeking reimbursement for a service which Jones justifiably purchased or contracted for from a third party, Jones requests reimbursement only for the amount billed by the third-party vendor and paid for by Jones to such vendor. If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

*/s/ Darrell R. Jones*
Darrell R. Jones
Law Practice of Darrell R. Jones, PLLC
Applicant

27

**EXHIBIT A**

STANDARDIZED FUND ACCOUNTING REPORT for The Heartland Group Ventures, LLC, Et Al.- Cash Basis
Receivership; Civil Court Docket No. 4-21CV-1310-O
Reporting Period 12/02/2021 to 12/31/2021

| FUND ACCOUNTING (See Instructions): | | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| Line 1 | Beginning Balance (As of 12/02/2021): | | 0.00 | 0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | Deposit of Production Payments | 17,360.60 | 17,360.60 |
| Line 3 | **Cash and Securities** | Recovery of Cash and Receivership Parties' Account Funds | 454,026.82 | 454,026.82 |
| Line 4 | **Interest/Dividend Income** | | 0.00 | 0.00 |
| Line 5 | **Business Asset Liquidation** | | 0.00 | 0.00 |
| Line 6 | **Personal Asset Liquidation** | | 0.00 | 0.00 |
| Line 7 | **Third-Party Litigation Income** | | 0.00 | 0.00 |
| Line 8 | **Miscellaneous - Other** | | 0.00 | 0.00 |
| | **Total Funds Available (Lines 1 - 8):** | | 471,387.42 | 471,387.42 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | | 0.00 | 0.00 |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | 0.00 | 0.00 |
| Line 10b | *Business Asset Expenses* | ACH/Wire Fees, Check Order Fees, Independent Contractor – Pumpers | 9,223.49 | 9,223.49 |
| Line 10c | *Personal Asset Expenses* | | 0.00 | 0.00 |
| Line 10d | *Investment Expenses* | | 0.00 | 0.00 |
| Line 10e | *Third-Party Litigation Expenses* | | 0.00 | 0.00 |
| | 1. Attorney Fees | | 0.00 | 0.00 |
| | 2. Litigation Expenses | | 0.00 | 0.00 |
| | *Total Third-Party Litigation Expenses* | | 0.00 | 0.00 |
| Line 10f | *Tax Administrator Fees and Bonds* | | 0.00 | 0.00 |
| Line l0g | *Federal and State Tax Payments* | | 0.00 | 0.00 |
| | **Total Disbursements for Receivership Operations** | | 9,223.49 | 9,223.49 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | 0.00 | 0.00 |
| | Fund Administrator | | 0.00 | 0.00 |
| | Independent Distribution Consultant (IDC) | | 0.00 | 0.00 |
| | Distribution Agent | | 0.00 | 0.00 |
| | Consultants | | 0.00 | 0.00 |
| | Legal Advisers | | 0.00 | 0.00 |
| | Tax Advisers | | 0.00 | 0.00 |
| | 2. Administrative Expenses | | 0.00 | 0.00 |
| | 3. Miscellaneous | | 0.00 | 0.00 |
| | *Total Plan Development Expenses* | | 0.00 | 0.00 |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | 0.00 | 0.00 |
| | Fund Administrator | | 0.00 | 0.00 |
| | IDC | | 0.00 | 0.00 |
| | Distribution Agent | | 0.00 | 0.00 |
| | Consultants | | 0.00 | 0.00 |
| | Legal Advisers | | 0.00 | 0.00 |
| | Tax Advisers | | 0.00 | 0.00 |
| | 2. Administrative Expenses | | 0.00 | 0.00 |
| | 3. Investor Identification: | | 0.00 | 0.00 |
| | Notice/Publishing Approved Plan | | 0.00 | 0.00 |
| | Claimant Identification | | 0.00 | 0.00 |
| | Claims Processing | | 0.00 | 0.00 |
| | Web Site Maintenance/Call Center | | 0.00 | 0.00 |
| | 4. Fund Administrator Bond | | 0.00 | 0.00 |
| | 5. Miscellaneous | | 0.00 | 0.00 |
| | 6. Federal Account for Investor Restitution | | 0.00 | 0.00 |
| | (FAIR) Reporting Expenses | | 0.00 | 0.00 |
| | *Total Plan Implementation Expenses* | | 0.00 | 0.00 |

APP. 0591

STANDARDIZED FUND ACCOUNTING REPORT for The Heartland Group Ventures, LLC, Et Al.- Cash Basis
Receivership; Civil Court Docket No. 4-21CV-1310-O
Reporting Period 12/02/2021 to 12/31/2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Total Disbursements for Distribution Expenses Paid by the Fund |  | 0.00 | 0.00 |
|  |  |  |  |  |
| Line 12 | Disbursement to Court/Other: |  | 0.00 | 0.00 |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  | 0.00 | 0.00 |
| Line 12b | *Federal Tax Payments* |  | 0.00 | 0.00 |
|  | **Total Disbursement to Court/Other:** |  | 0.00 | 0.00 |
|  | Total Funds Disbursed (Lines 9 – 11): |  | 9,223.49 | 9,223.49 |
| Line 13 | Ending Balance (As of 12/31/2021): |  | 462,163.93 | 462,163.93 |
| Line 14 | **Ending Balance of Fund — Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* |  | 462,163.93 | 462,163.93 |
| Line 14b | *Investments* |  | 0.00 | 0.00 |
| Line 14c | *Other Assets or Uncleared Funds* |  | 0.00 | 0.00 |
|  | **Total Ending Balance of Fund — Net Assets** |  | 462,163.93 | 462,163.93 |
|  |  |  |  |  |
| **OTHER SUPPLEMENTAL INFORMATION:** |  |  |  |  |
|  |  | Detail | Subtotal | Grand Total |
|  | ***Report of Items NOT To Be Paid by the Fund:*** |  |  |  |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund** |  | 0.00 | 0.00 |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  | 0.00 | 0.00 |
|  | Fund Administrator |  | 0.00 | 0.00 |
|  | IDC |  | 0.00 | 0.00 |
|  | Distribution Agent |  | 0.00 | 0.00 |
|  | Consultants |  | 0.00 | 0.00 |
|  | Legal Advisers |  | 0.00 | 0.00 |
|  | Tax Advisers |  | 0.00 | 0.00 |
|  | 2. Administrative Expenses |  | 0.00 | 0.00 |
|  | 3. Miscellaneous |  | 0.00 | 0.00 |
|  | *Total Plan Development Expenses Not Paid by the Fund* |  | 0.00 | 0.00 |
|  |  |  |  |  |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  | 0.00 | 0.00 |
|  | Fund Administrator |  | 0.00 | 0.00 |
|  | IDC |  | 0.00 | 0.00 |
|  | Distribution Agent |  | 0.00 | 0.00 |
|  | Consultants |  | 0.00 | 0.00 |
|  | Legal Advisers |  | 0.00 | 0.00 |
|  | Tax Advisers |  | 0.00 | 0.00 |
|  | 2. Administrative Expenses |  | 0.00 | 0.00 |
|  | 3. Investor Identification: |  | 0.00 | 0.00 |
|  | Notice/Publishing Approved Plan |  | 0.00 | 0.00 |
|  | Claimant Identification |  | 0.00 | 0.00 |
|  | Claims Processing |  | 0.00 | 0.00 |
|  | Web Site Maintenance/Call Center |  | 0.00 | 0.00 |
|  | 4. Fund Administrator Bond |  | 0.00 | 0.00 |
|  | 5. Miscellaneous |  | 0.00 | 0.00 |
|  | 6. FAIR Reporting Expenses |  | 0.00 | 0.00 |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  | 0.00 | 0.00 |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund |  | 0.00 | 0.00 |
|  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** |  | 0.00 | 0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** |  |  |  |
| Line 16a | Investment Expenses/CRIS Fees |  | 0.00 | 0.00 |
| Line 16b | Federal Tax Payments |  | 0.00 | 0.00 |
|  | **Total Disbursements to Court/Other Not Paid by the Fund:** |  | 0.00 | 0.00 |
| Line 17 | **DC & State Tax Payments** |  | 0.00 | 0.00 |
| Line 18 | **No. of Claims:** |  |  |  |
| Line 18a | *0 of Claims Received This Reporting Period* |  |  |  |
| Line 18b | *0 of Claims Received Since Inception of Fund* |  |  |  |

2

APP. 0592

STANDARDIZED FUND ACCOUNTING REPORT for The Heartland Group Ventures, LLC, Et Al.- Cash Basis
Receivership; Civil Court Docket No. 4-21CV-1310-O
Reporting Period 12/02/2021 to 12/31/2021

| Line 19 | No. of Claimants/Investors: |
|---|---|
| Line 19a | 0 of Claimants/Investors Paid This Reporting Period... |
| Line 19b | 0 of Claimants/Investors Paid Since Inception of Fund |

Receiver:

By: _Deborah D. Williamson_ (signature)
(Signature)

Deborah D. Williamson
(printed name)

Receiver, Civil Case No. 4-21cv-1310-O
(Title)

Date: 2/15/2022

3

APP. 0593

**EXHIBIT B**

APP. 0594

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| THE HEARTLAND GROUP VENTURES, LLC; HEARTLAND PRODUCTION AND RECOVERY LLC; HEARTLAND PRODUCTION AND RECOVERY FUND LLC; HEARTLAND PRODUCTION AND RECOVERY FUND II LLC; THE HEARTLAND GROUP FUND III, LLC; HEARTLAND DRILLING FUND I, LP; CARSON OIL FIELD DEVELOPMENT FUND II, LP; ALTERNATIVE OFFICE SOLUTIONS, LLC; ARCOOIL CORP.; BARRON PETROLEUM LLC; JAMES IKEY; JOHN MURATORE; THOMAS BRAD PEARSEY; MANJIT SINGH (AKA ROGER) SAHOTA; and RUSTIN BRUNSON, | § § § § § § § § § § § § § § § § | No. 4-21CV-1310-O |
| Defendants, | § § § | |
| and | § § | |
| DODSON PRAIRIE OIL & GAS LLC; PANTHER CITY ENERGY LLC; MURATORE FINANCIAL SERVICES, INC.; BRIDY IKEY; ENCYPHER BASTION, LLC; IGROUP ENTERPRISES LLC; HARPRIT SAHOTA; MONROSE SAHOTA; SUNNY SAHOTA; BARRON ENERGY CORPORATION; DALLAS RESOURCES INC.; LEADING EDGE ENERGY, LLC; SAHOTA CAPITAL LLC; and 1178137 B.C. LTD., | § § § § § § § § § § § § | |
| Relief Defendants. | § § § | |

1

**APP. 0595**

### ORDER APPROVING RECEIVER'S FIRST FEE APPLICATION FOR SERVICES PERFORMED BETWEEN DECEMBER 2, 2021 AND DECEMBER 31, 2021

Before the Court is the *First Fee Application for Services Performed Between December 2, 2021 and December 31, 2021* (the "Application"),[7] filed by Deborah D. Williamson, Court-appointed Receiver in the Case, pursuant to the Court's *Order Appointing Receiver*, entered on December 2, 2021, in this Case, requesting approval and authorization of fees and expenses incurred by Deborah D. Williamson, as Receiver; Dykema Gossett PLLC ("Dykema"); the Law Offices of Romero | Kozub ("Romero"); and Law Practice of Darrell R. Jones, PLLC ("Jones") during the Application Period. Upon consideration of the Application, the Court finds that: (i) it has subject matter jurisdiction over the Application; (ii) it has personal jurisdiction over the Receivership Parties; (iii) the Receiver, Dykema, Romero, and Jones have provided reasonable services at reasonable rates that have benefitted the Receivership Estates during the Application Period; (iv) the relief requested in the Application is in the best interests of the Receivership Estates and all parties-in-interest thereof; (v) proper and adequate notice of the Application has been given and that no other or further notice is necessary; and (vi) the deadline for filing objections to the Application has expired and no objection to the Application was filed with this Court; accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.    The Application is **APPROVED** to the extent set forth herein.

2.    The Receiver's fees incurring during the Application Period are approved on an interim basis and allowed in the amount of **$87,446.25**.

---

[7] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed in the Application.

APP. 0596

3.      Dykema's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$231,227.71**.

4.      Romero's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$1,572.50**.

5.      Jones's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$9,717.50**.

6.      The Receiver's out-of-pocket expenses incurred during the Application Period in connection with this Case are approved on an interim basis and allowed in the amount of **$1,374.72**.

7.      Dykema's out-of-pocket expenses incurred during the Application Period in connection with services rendered on behalf of the Receiver are approved on an interim basis and allowed in the amount of **$20,120.15**.

8.      The Receiver is hereby authorized to pay all outstanding fee and expense amounts approved herein for the Application Period to Dykema (inclusive of the Receiver), Romero, and Jones from the available funds of the Receivership Estates.


**SO ORDERED.**

[_____], 2022.



                                          _____
                                          REED O'CONNOR
                                          UNITED STATES DISTRICT JUDGE

Prepared and submitted by:
Deborah D. Williamson
*(Receiver)*
State Bar No. 21617500
dwilliamson@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

Jeffrey R. Fine
*(Lead Counsel)*
State Bar No. 07008410
jfine@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

and

Rose L. Romero
State Bar No. 17224700
Rose.Romero@RomeroKozub.com
**LAW OFFICES OF ROMERO|KOZUB**
235 N.E. Loop 820, Suite 310
Hurst, Texas 76053
Telephone: (682) 267-1351

and

Darrell R. Jones
State Bar No. 24029642
drj@oilesquire.com
**LAW PRACTICE OF**
**DARRELL R. JONES, PLLC**
5300 Memorial Drive, Suite 475
Houston, Texas 77007
Telephone: (832) 302-5373

**COUNSEL TO RECEIVER**

APP. 0598

# EXHIBIT C

*Summary of Fees by Timekeeper*

## Receiver

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Deborah D. Williamson | 124.60 hours | $675.00 | $84,105.00 |
| Deborah D. Williamson (travel) | 9.90 hours | $337.50 | $3,341.25 |

## Dykema Gossett PLLC

| TIMEKEEPER | TITLE | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|
| Jeffrey R. Fine | Member | 67.50 hours | $675.00 | $45,562.50 |
| Jeffrey R. Fine (travel) | Member | 1.0 hours | $337.50 | $337.50 |
| Dulske, John C. | Member | 11.20 hours | $508.00 | $5,689.60 |
| Dulske, John C. (travel) | Member | 10.60 hours | $254.00 | $2,692.40 |
| Ashmore, Alison R. | Member | 48.20 hours | $464.00 | $22,364.80 |
| Ashmore, Alison R. (travel) | Member | 5.30 hours | $232.00 | $1,229.60 |
| Ross, Jason M. | Member | 9.40 hours | $508.50 | $4,779.90 |
| Ross, Jason M. (travel) | Member | 3.0 hours | $254.25 | $762.76 |
| Silvas, Israel R. | Member | 55.30 hours | $454.00 | $25,106.20 |
| Silvas, Israel R. (travel) | Member | 14.70 hours | $227.00 | $3,336.90 |
| Garcia, Oscar | Associate | 2.60 hours | $370.00 | $962.00 |
| Rushing, Danielle N. | Associate | 175.30 hours | $350.00 | $61,355.60 |
| Rushing, Danielle N. (travel) | Associate | 7.60 hours | $175.00 | $1,330.00 |
| Sileo Lawhorn, Caroline | Associate | 1.10 hours | $346.50 | $381.15 |
| Sileo Lawhorn, Caroline (travel) | Associate | 1.80 hours | $173.25 | $311.85 |
| Rahn, Alexandria R. | Associate | 141.60 hours | $333.00 | $47,152.80 |
| Rahn, Alexandria R. (travel) | Associate | 18.80 hours | $166.50 | $3,130.20 |
| Dick, Theresa E. | Paralegal | 17.70 hours | $256.50 | $4,540.05 |

## Law Offices of Romero | Kozub

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Rose L. Romero | 3.7 hours | $425.00 | $1,572.50 |

## Law Practice of Darrell R. Jones, PLLC

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Darrell R. Jones | 29.9 hours | $325.00 | $9,717.50 |

122686.000002 4865-9807-0028.1

## EXHIBIT D

*Summary of Fees by Task for All Matters*

### Receiver

| Category Description | Total Billable Time | Total Billable Amount |
|---|---|---|
| Case Administration | 58.40 hours | $36,078.75 |
| Asset Analysis and Recovery | 47.10 hours | $31,792.50 |
| Business Operations | 14.50 hours | $9,787.50 |
| Asset Disposition | 6.10 hours | $4,117.50 |
| Status Reports | 8.40 hours | $5,670.00 |
| **TOTAL** | **134.50 hours** | **$87,446.25** |

### Dykema Gossett PLLC

| Category Description | Total Billable Time | Total Billable Amount |
|---|---|---|
| Case Administration | 145.00 hours | $48,825.25 |
| Asset Analysis and Recovery | 422.00 hours | $173,185.76 |
| Business Operations | 19.90 hours | $7,079.40 |
| Asset Disposition | 5.80 hours | $1,934.80 |
| **TOTAL** | **592.70 hours** | **$231,025.21** |

### Law Offices of Romero | Kozub

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Case Administration | $1,402.50 | 3.3 hours |
| Asset Analysis and Recovery | $170.00 | 0.4 hours |
| **TOTAL** | **$1,572.50** | **3.7 hours** |

### Law Practice of Darrell R. Jones, PLLC

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Case Administration | $5,232.50 | 16.1 hours |
| Asset Analysis and Recovery | $3,737.50 | 11.5 hours |
| Asset Disposition | $747.50 | 2.3 hours |
| **TOTAL** | **$9,717.50** | **29.9 hours** |

**EXHIBIT E-1**

APP. 0601

# Dykema

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

**DUE UPON RECEIPT**

FEBRUARY 7, 2022
MATTER #: 122686.000001
INVOICE #: 3435984

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: RECEIVER'S TIME**

| | | |
|---|---|---|
| FEES | $ | 84,105.00 |
| **INVOICE TOTAL** | **$** | **84,105.00** |

**APP. 0602**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 2

FEBRUARY 7, 2022

## RE: RECEIVER'S TIME

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/03/21 | DDW | MULTIPLE TELEPHONE CONFERENCES (3) WITH MS. ROMERO REGARDING ENGAGEMENT AND SEC REQUESTS TO CONSENT TO INJUNCTION. | B110 | 0.90 | 607.50 |
| 12/03/21 | DDW | MEETING WITH SEC COUNSEL. | B110 | 2.00 | 1,350.00 |
| 12/03/21 | DDW | TELEPHONE CONFERENCE WITH COUNSEL FOR MR. BRUNSON ET AL. REGARDING LOCATION OF VEHICLES, COMPUTERS AND OTHER ISSUES. | B120 | 0.80 | 540.00 |
| 12/03/21 | DDW | TAKE POSSESSION OF AND INSPECT HEARTLAND LOCATION AT 777 MAIN. | B120 | 2.40 | 1,620.00 |
| 12/03/21 | DDW | MULTIPLE TELEPHONE CONFERENCES AND EMAILS WITH MS. RUSHING, MR. FINE, MR. SILVA AND MS. ASHMORE REGARDING RESULTS OF SERVICE OF PROCESS, TAKING POSSESSION OF PROPERTY INCLUDING ELECTRONIC DEVICES (PHONES, COMPUTERS, ETC), PAPER RECORDS, AIRCRAFT, ETC. | B120 | 1.60 | 1,080.00 |
| 12/03/21 | DDW | REVIEW ORDER APPOINTING RECEIVER. | B110 | 0.60 | 405.00 |
| 12/03/21 | DDW | DRAFT EMAIL TO ENCRYPT FORTRESS REGARDING PRESERVATION OF INFORMATION ON SERVERS. | B120 | 0.30 | 202.50 |
| 12/03/21 | DDW | DRAFT AND RESPOND TO EMAILS WITH SEC REGARDING STATUS OF SERVING OF SUBPOENAS AND OTHER ISSUES. | B110 | 0.40 | 270.00 |
| 12/03/21 | DDW | TELEPHONE CONFERENCES WITH FIRST NATIONAL BANK OF GRAHAM (2). | B120 | 0.40 | 270.00 |
| 12/04/21 | DDW | TELEPHONE CONFERENCE WITH MS. RUSHING REGARDING INSPECTION AT THE DALLAS RESOURCES LOCATIONS IN EL DORADO AND SAN ANGELO. | B120 | 0.30 | 202.50 |
| 12/04/21 | DDW | TELEPHONE CONFERENCE WITH SEC REGARDING VARIOUS ISSUES INCLUDING RESULTS OF INSPECTIONS. | B120 | 1.00 | 675.00 |
| 12/04/21 | DDW | REVIEW OF PROPOSED CONTRACT FOR INSPECTION OF OIL AND GAS PROPERTIES. | B210 | 0.30 | 202.50 |
| 12/04/21 | DDW | TELEPHONE CONFERENCE WITH MR. JONES REGARDING OIL AND GAS OPERATIONS. | B210 | 0.30 | 202.50 |
| 12/06/21 | DDW | REVIEW OF DRAFT ENGAGEMENT LETTER FROM MS. ROMERO (.20); DRAFT AND RESPOND TO EMAILS WITH SEC COUNSEL REGARDING SAME (.10); TELEPHONE CONFERENCE WITH MS. | B110 | 0.80 | 540.00 |

APP. 0603

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 3

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | ROMERO REGARDING ENGAGEMENT (.20); REVIEW OF DRAFT EMPLOYMENT APPLICATION FOR MS. ROMERO (.30). | | | |
| 12/06/21 | DDW | PREPARE FOR AND ATTEND MEETING WITH MR. BRUNSON AND HIS COUNSEL. | B120 | 3.30 | 2,227.50 |
| 12/06/21 | DDW | DRAFT AND RESPOND TO MULTIPLE EMAILS AND TELEPHONE CONFERENCES WITH SEC, DYKEMA PERSONNEL AND COUNSEL FOR THIRD PARTIES REGARDING RESULTS OF SEARCHES ON 12/3, CREATION OF WEBSITE AND EMAIL ADDRESS REGARDING ASSET IDENTIFICATION, DOCUMENTATION, ETC. | B120 | 2.70 | 1,822.50 |
| 12/06/21 | DDW | REVIEW OF DRAFT AGREEMENT REGARDING INSPECTION OF OIL AND GAS PROPERTIES; DRAFT AND RESPOND TO EMAILS WITH MR. JONES REGARDING SAME. | B210 | 0.70 | 472.50 |
| 12/07/21 | DDW | REVIEW AND REVISE PROPOSED MASTER SERVICES AGREEMENT FOR INSPECTION OF OIL AND GAS PROPERTIES (.80); TELEPHONE CONFERENCE WITH MR. JONES REGARDING SAME (.60). | B210 | 1.40 | 945.00 |
| 12/07/21 | DDW | TELEPHONE CONFERENCE AND EMAILS WITH SEC REGARDING VARIOUS ADMINISTRATIVE ISSUES INCLUDING ACCOUNT FREEZES, INFORMATION OBTAINED FROM RECEIVERSHIP ENTITIES, AND OIL AND GAS OPERATIONS. | B110 | 1.30 | 877.50 |
| 12/07/21 | DDW | REVIEW OF DRAFT MOTION TO EXTEND TRO AND PROPOSED ORDER AND DRAFT AND RESPOND TO EMAILS TO MS. ROMERO REGARDING CONSENT TO SAME. | B110 | 0.70 | 472.50 |
| 12/07/21 | DDW | DRAFT UPDATED "ACTION" LIST FOR DYKEMA TEAM. | B110 | 0.60 | 405.00 |
| 12/07/21 | DDW | TELEPHONE CONFERENCE AND EMAILS WITH MR. JONES REGARDING MASTER SERVICE AGREEMENT (.90); REVIEW AND REVISE SAME (.6). | B210 | 1.50 | 1,012.50 |
| 12/07/21 | DDW | REVIEW OF MOTION TO EXTEND TIME UNDER 529 (5); DRAFT AND RESPOND TO EMAILS REGARDING SAME (.4). | B120 | 0.90 | 607.50 |
| 12/08/21 | DDW | DRAFT AND RESPOND TO EMAILS WITH DYKEMA ATTORNEYS REGARDING DALLAS COWBOY TICKETS AND OTHER TICKETS. | B120 | 0.60 | 405.00 |
| 12/08/21 | DDW | MEETING WITH LANDLORD OF 777 MAIN REGARDING INCREASED ACCESS AND PROCESS FOR DISPOSITION OF CONTENTS. | B130 | 0.50 | 337.50 |
| 12/08/21 | DDW | CONFERENCE WITH MR. FINE REGARDING COWBOY TICKETS AND LICENSES. | B120 | 0.40 | 270.00 |
| 12/08/21 | DDW | CONDUCT INSPECTION OF 777 MAIN STREET INCLUDING IDENTIFICATION OF DOCUMENTS AND PROPERTY TO BE SENT | B120 | 0.90 | 607.50 |

APP. 0604

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 4

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | TO GRAHAM AND TO BE SENT TO DYKEMA'S OFFICE. | | | |
| 12/08/21 | DDW | CONFERENCES WITH D. RUSHING REGARDING CHANGING OF THE LOCKS ON A PALO PINTO LOCATION. | B120 | 0.60 | 405.00 |
| 12/08/21 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH THE SEC REGARDING THE STATUS OF VARIOUS MATTERS INCLUDING THE DECEMBER 14, 2021 HEARING AND OTHER MATTERS. | B110 | 0.60 | 405.00 |
| 12/08/21 | DDW | VARIOUS CONFERENCES REGARDING THE 777 MAIN STREET LEASE INCLUDING WITH POTENTIAL SUB-LESSOR AND REVIEW OF LEASE TO DETERMINE ABILITY TO ASSIGN, SECURITY DEPOSIT AND OTHER ISSUES. | B120 | 0.70 | 472.50 |
| 12/09/21 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH MR. EDMUNDSON (COUNSEL FOR MR. ROGER SAHOTA) AND MS. RUSHING REGARDING INFORMATION REQUESTS. | B120 | 0.90 | 607.50 |
| 12/09/21 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH MS. ROMERO AND MS. RUSHING REGARDING DECEMBER 14, 2021 HEARING AND OTHER MATTERS. | B110 | 0.50 | 337.50 |
| 12/09/21 | DDW | TELEPHONE CONFERENCES (2) AND MULTIPLE EMAILS WITH COUNSEL FOR THE SEC REGARDING   ASSET LOCATION, ELECTRONICS, AND RELATED ISSUES. | B120 | 0.80 | 540.00 |
| 12/09/21 | DDW | REVIEW AND REVISE SUPPLEMENTAL RESPONSE AND SUPPLEMENTAL DECLARATION REGARDING EMPLOYMENT OF LAW OFFICES OF DARRELL JONES AND DRAFT AND RESPOND TO EMAILS WITH SEC AND MR. JONES REGARDING SAME. | B110 | 2.40 | 1,620.00 |
| 12/09/21 | DDW | REVIEW AND REVISE DRAFT NOTICE TO INVESTORS. | B110 | 1.10 | 742.50 |
| 12/09/21 | DDW | MULTIPLE CONFERENCES REGARDING WEBSITE AND EMAIL FOR COMMUNICATIONS WITH INVESTORS. | B110 | 0.60 | 405.00 |
| 12/09/21 | DDW | DRAFT AND RESPOND TO EMAILS WITH COUNSEL FOR MR. LEWIS, MR. SAHOTA AND MR. BRUNSON. | B120 | 0.60 | 405.00 |
| 12/09/21 | DDW | MULTIPLE TELEPHONE CONFERENCES WITH MR. JONES AND MS. RUSHING REGARDING RIGS. | B210 | 0.60 | 405.00 |
| 12/09/21 | DDW | REVIEW OF CHECKS GATHERED FROM VARIOUS OFFICES AND DRAFT AND RESPOND TO EMAILS REGARDING OPENING OF BANK ACCOUNTS AND TRACKING OF DEPOSITS. | B120 | 0.90 | 607.50 |
| 12/10/21 | DDW | MULTIPLE CONFERENCES AND EMAILS REGARDING AIRCRAFT AND POTENTIAL PURCHASERS. | B130 | 0.50 | 337.50 |
| 12/10/21 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCES (2) WITH SEC. | B110 | 1.40 | 945.00 |

APP. 0605

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 5

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/10/21 | DDW | MULTIPLE CONFERENCES REGARDING ADDITIONAL ITEMS FROM MANSFIELD LOCATION. | B120 | 0.40 | 270.00 |
| 12/10/21 | DDW | MULTIPLE MEETINGS AND EMAILS REGARDING OPENING BANK ACCOUNTS. | B210 | 2.90 | 1,957.50 |
| 12/10/21 | DDW | MULTIPLE EMAILS REGARDING PUMPER AND OTHER OIL AND GAS OPERATIONAL ISSUES. | B210 | 0.90 | 607.50 |
| 12/11/21 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH MR. ARNOLD, MR. JONES, SEC, ET AL. | B120 | 1.40 | 945.00 |
| 12/12/21 | DDW | DRAFT, REVIEW AND REVISE INITIAL STATUS REPORT AND REVIEW OF COMMENTS FROM DYKEMA ON SAME. | BT155 | 5.50 | 3,712.50 |
| 12/12/21 | DDW | TELEPHONE CONFERENCE WITH PROPOSED ADVISOR AND REVIEW OF PROPOSAL FROM SECOND PROPOSED ADVISOR. | B110 | 0.60 | 405.00 |
| 12/13/21 | DDW | TELEPHONE CONFERENCES WITH MULTIPLE INVESTORS REGARDING STATUS. | B110 | 0.90 | 607.50 |
| 12/13/21 | DDW | OFFICE CONFERENCE WITH MR. FINE REGARDING STATUS OF VARIOUS MATTERS IN MADISON. | B110 | 0.40 | 270.00 |
| 12/13/21 | DDW | FINALIZE STATUS REPORT AND DRAFT EMAILS TO SEC COUNSEL REGARDING SAME (.90); TELEPHONE CALL WITH SEC REGARDING SAME (.60). | BT155 | 1.50 | 1,012.50 |
| 12/13/21 | DDW | REVIEW AND RESPOND TO EMAILS WITH MR. JONES REGARDING STATUS OF CONTRACTORS AND EQUIPMENT ISSUES. | B210 | 0.40 | 270.00 |
| 12/13/21 | DDW | REVIEW OF SUMMARY OF DOCUMENTS REGARDING GUATEMALA PROPERTY. | B120 | 0.50 | 337.50 |
| 12/13/21 | DDW | TELEPHONE CALL WITH MS. PALMOUR REGARDING HEARTLAND ACCOUNTING. | B120 | 0.40 | 270.00 |
| 12/13/21 | DDW | MULTIPLE EMAILS REGARDING PERSONAL PROPERTY AT 777 MAIN. | B120 | 0.30 | 202.50 |
| 12/13/21 | DDW | MULTIPLE CONFERENCES REGARDING ACCESS TO PANAMA SERVERS. | B120 | 0.40 | 270.00 |
| 12/13/21 | DDW | CONFERENCES AND EMAILS REGARDING JAMES IKEY INCLUDING REQUEST TO RELEASE FUNDS. | B110 | 0.40 | 270.00 |
| 12/13/21 | DDW | OFFICE CONFERENCE WITH MR. FINE REGARDING PROPERTY IN STORAGE INCLUDING COINS, WATCHES, CHECKS, ETC. | B120 | 0.40 | 270.00 |
| 12/13/21 | DDW | COMMUNICATIONS WITH MS. ROMERO REGARDING HEARING ON DECEMBER 14, 2021 AND CANCELLATION OF SAME. | B110 | 0.30 | 202.50 |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 6

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/13/21 | DDW | OFFICE CONFERENCE WITH MS. RAHN REGARDING VISIT TO 777 MAIN AND OTHER ISSUES. | B120 | 0.30 | 202.50 |
| 12/14/21 | DDW | COMMUNICATIONS WITH MULTIPLE INVESTORS (ELECTRONIC AND PHONE) REGARDING STATUS OF RECEIVERSHIP. | B110 | 1.60 | 1,080.00 |
| 12/14/21 | DDW | COMMUNICATIONS (ELECTRONIC AND PHONE) WITH COUNSEL FOR CHILDRESS FAMILY REGARDING LEASES AND  TELEPHONE CONFERENCE WITH MR. JONES REGARDING EXPIRATION OF PRIMARY TERM OF ONE LEASE. | B210 | 0.80 | 540.00 |
| 12/14/21 | DDW | MEETING WITH IBC REGARDING DEPOSITS AND OTHER BANK RELATED ISSUES. | B210 | 1.00 | 675.00 |
| 12/14/21 | DDW | COMMUNICATIONS REGARDING PENDING LITIGATION AND PLAINTIFF'S NOTICE OF DEPOSITION; DRAFT EMAIL TO MS. ROMEO REGARDING SAME; REVIEW AND RESPOND TO EMAILS WITH  MR.  FINE  REGARDING  STATE  COURT  JUDGE COMMUNICATIONS. | B110 | 0.40 | 270.00 |
| 12/14/21 | DDW | INTERNAL  COMMUNICATIONS  REGARDING  SITE  VISITS, SECURITY ISSUES, DOWNLOAD OF INFORMATION FROM PANAMA, ETC. | B120 | 1.20 | 810.00 |
| 12/14/21 | DDW | TELEPHONE CONFERENCE WITH MS. PALMOUR REGARDING SERVICES RENDERED TO HEARTLAND AND POTENTIAL TO ASSIST IN OTHER COMPANIES | B120 | 0.40 | 270.00 |
| 12/15/21 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH SEC. | B110 | 1.00 | 675.00 |
| 12/15/21 | DDW | MULTIPLE COMMUNICATIONS REGARDING DATA SECURITY INCLUDING PANAMA RELATED ISSUES. | B120 | 0.80 | 540.00 |
| 12/15/21 | DDW | REVIEW OF PROPOSAL FROM MS. PALMOUR REGARDING ACCOUNTING SERVICES. | B110 | 0.50 | 337.50 |
| 12/15/21 | DDW | DRAFT UPDATE OF ISSUES/ACTION ITEMS FOR RECEIVERSHIP. | B110 | 1.10 | 742.50 |
| 12/15/21 | DDW | PREPARE  FOR  AND  ATTEND  INTERNAL  CONFERENCE REGARDING  STATUS  OF  VARIOUS  MATTERS  INCLUDING AIRCRAFT, LITIGATION, 777 LEASE, EQUIPMENT, ETC. | B120 | 1.00 | 675.00 |
| 12/15/21 | DDW | REVIEW AND RESPOND TO LANDLORD'S REQUEST FOR ESTOPPEL CERTIFICATE AND COMMUNICATIONS WITH MR. FINE REGARDING SAME. | B120 | 0.40 | 270.00 |
| 12/15/21 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH COUNSEL FOR MR. SAHOTA. | B120 | 0.50 | 337.50 |
| 12/15/21 | DDW | COMMUNICATIONS WITH INVESTORS. | B110 | 0.60 | 405.00 |

APP. 0607

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 7

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/15/21 | DDW | MULTIPLE COMMUNICATIONS REGARDING OIL AND GAS PROPERTIES. | B120 | 0.30 | 202.50 |
| 12/16/21 | DDW | DRAFT AND RESPOND TO COMMUNICATIONS REGARDING VEHICLES INCLUDING PALO PINTO PROPERTY SECURITY. | B120 | 0.30 | 202.50 |
| 12/16/21 | DDW | COMMUNICATIONS WITH INVESTORS. | B110 | 2.20 | 1,485.00 |
| 12/16/21 | DDW | MULTIPLE CONFERENCES REGARDING STATUS OF OIL AND GAS PROPERTIES. | B120 | 0.60 | 405.00 |
| 12/16/21 | DDW | DRAFT AND UPDATE INVESTOR CALL LOG. | B110 | 1.30 | 877.50 |
| 12/16/21 | DDW | PREPARE FOR AND ATTEND INTERVIEW WITH SEC AND CANDIDATE FOR DATA RETRIEVAL FROM PANAMA. | B120 | 0.80 | 540.00 |
| 12/16/21 | DDW | MULTIPLE CONFERENCES REGARDING BANK ACCOUNTS, EIN NUMBERS AND OTHER ISSUES. | B120 | 0.60 | 405.00 |
| 12/16/21 | DDW | REVIEW OF DRAFT COMMUNICATION WITH COUNSEL FOR MR. SAHOTA. | B120 | 0.10 | 67.50 |
| 12/16/21 | DDW | REVIEW OF REPORT ON INVESTORS AND FEEDER FUNDS. | B110 | 0.40 | 270.00 |
| 12/16/21 | DDW | DRAFT, REVIEW AND REVISE RECEIVERSHIP STATUS UPDATE. | BT155 | 1.40 | 945.00 |
| 12/16/21 | DDW | REVIEW AND RESPOND TO EMAILS WITH SEC REGARDING SUMMONS. | B110 | 0.40 | 270.00 |
| 12/16/21 | DDW | MULTIPLE COMMUNICATIONS REGARDING ELECTRONIC DEVICES. | B120 | 0.30 | 202.50 |
| 12/17/21 | DDW | TELEPHONE CONFERENCE WITH MR. JONES REGARDING STATUS OF INSPECTION OF OIL PROPERTIES AND PROCESS TOWARD SALE OF RIGS AND REVIEW AND RESPOND TO EMAILS REGARDING SAME. | B120 | 0.90 | 607.50 |
| 12/17/21 | DDW | TELEPHONE CONFERENCE WITH MS. ROMERO REGARDING FEE APPLICATIONS AND DRAFT EMAIL REGARDING SAME. | B110 | 0.40 | 270.00 |
| 12/17/21 | DDW | TELEPHONE CONFERENCES (2) AND EMAILS (4) WITH INVESTORS AND/OR COUNSEL TO INVESTORS/ADVISORS. | B110 | 1.20 | 810.00 |
| 12/17/21 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING POTENTIAL INTEREST IN PURCHASING AIRCRAFT. | B130 | 0.30 | 202.50 |
| 12/17/21 | DDW | MULTIPLE CONFERENCES REGARDING ACCESS TO PALO PINTO PROPERTY AND OTHER OPERATIONAL ISSUES. | B210 | 0.40 | 270.00 |
| 12/17/21 | DDW | MULTIPLE COMMUNICATIONS REGARDING MOVING OF EQUIPMENT AT TOW YARD INCLUDING COST, PAYMENT STRUCTURE, AND TIMING. | B120 | 0.40 | 270.00 |

APP. 0608

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 8

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/17/21 | DDW | CONFERENCE WITH MS. RUSHING REGARDING PHONE CALL WITH COUNSEL FOR MR. SAHOTA. | B110 | 0.30 | 202.50 |
| 12/17/21 | DDW | REVIEW AND RESPOND TO EMAILS WITH ENCRYPT FORTRESS AND REVIEW OF PROPOSAL FOR SERVER RETRIEVAL. | B120 | 0.40 | 270.00 |
| 12/17/21 | DDW | CONFERENCES REGARDING SALE AND PRICING OF COWBOY TICKETS. | B130 | 0.30 | 202.50 |
| 12/20/21 | DDW | EXECUTE RETURNS OF SERVICE OF SUMMONS FOR RECEIVERSHIP PARTIES. | B110 | 0.40 | 270.00 |
| 12/20/21 | DDW | MULTIPLE CONFERENCES AND EMAILS WITH INVESTORS AND/OR THEIR ADVISORS AND UPDATE INVESTOR CONTACT LOG. | B110 | 1.20 | 810.00 |
| 12/20/21 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH BDO AND SEC REGARDING PANAMA COMPUTERS. | B120 | 1.00 | 675.00 |
| 12/20/21 | DDW | MULTIPLE EMAILS WITH MR. FINE REGARDING STATUS OF 777 MAIN OFFICE AND DECISION TO TERMINATE LEASE AND OBTAIN ESTIMATES OF VALUE OF OFFICE FURNITURE. | B120 | 0.40 | 270.00 |
| 12/20/21 | DDW | EMAILS WITH MR. JONES REGARDING LEASES OWNED BY LEADING EDGE ENERGY AND REVIEW OF DRAFT DOCUMENTS REGARDING SALE POTENTIAL. | B120 | 0.90 | 607.50 |
| 12/20/21 | DDW | REVIEW OF UPDATES REGARDING AIRCRAFT. | B120 | 0.20 | 135.00 |
| 12/20/21 | DDW | REVIEW OF PROPOSALS FROM POTENTIAL ACCOUNTANTS AND/OR FINANCIAL ADVISORS. | B110 | 0.90 | 607.50 |
| 12/20/21 | DDW | REVIEW AND REVISE INITIAL DRAFT OF PLEADINGS SEEKING APPROVAL OF PROCEDURES TO DISPOSE OF ASSETS. | B130 | 0.60 | 405.00 |
| 12/20/21 | DDW | APPROVE REQUEST TO PAY FOR POST RECEIVERSHIP COMPENSATION. | B210 | 0.40 | 270.00 |
| 12/20/21 | DDW | MULTIPLE TELEPHONE CALLS AND EMAILS REGARDING "PORTAL" AND OTHER DATA LEASES. | B120 | 0.90 | 607.50 |
| 12/20/21 | DDW | REVIEW OF INFORMATION REGARDING TRANSFER OF FUNDS. | B120 | 0.20 | 135.00 |
| 12/20/21 | DDW | REVIEW OF UPDATES REGARDING LEASES. | B120 | 0.30 | 202.50 |
| 12/20/21 | DDW | REVIEW OF UPDATES REGARDING OWNERS AND POTENTIAL SALES OF VARIOUS REAL PROPERTY. | B120 | 0.30 | 202.50 |
| 12/20/21 | DDW | REVIEW OF UPDATES REGARDING INSURANCE POLICIES. | B210 | 0.30 | 202.50 |
| 12/20/21 | DDW | REVIEW OF UPDATES REGARDING EQUIPMENT. | B210 | 0.20 | 135.00 |
| 12/21/21 | DDW | TELEPHONE CONFERENCES (2) WITH SEC REGARDING STATUS | B110 | 0.90 | 607.50 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 9

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | OF VARIOUS MATTERS. | | | |
| 12/21/21 | DDW | TELEPHONE CONFERENCES WITH INVESTORS/ADVISOR. | B110 | 0.80 | 540.00 |
| 12/21/21 | DDW | RECEIPT AND REVIEW OF LETTER TO MR. MASSEY REGARDING WELL LOGS. | B120 | 0.20 | 135.00 |
| 12/21/21 | DDW | REVIEW AND RESPOND TO EMAILS FROM WELLS FARGO. | B120 | 0.30 | 202.50 |
| 12/21/21 | DDW | DRAFT AND RESPOND TO EMAILS WITH SEC REGARDING CONSENT TO SELL FURNITURE AT 777 MAIN. | B130 | 0.20 | 135.00 |
| 12/21/21 | DDW | REVIEW OF RESEARCH REGARDING TAX FILING OBLIGATIONS. | B210 | 0.30 | 202.50 |
| 12/21/21 | DDW | TELEPHONE CALL WITH MR. JONES REGARDING STATUS OF OIL AND GAS PROPERTIES. | B120 | 0.50 | 337.50 |
| 12/21/21 | DDW | TELEPHONE CALL WITH MS. PALMOUR REGARDING POTENTIAL ENGAGEMENT AND DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B110 | 0.60 | 405.00 |
| 12/21/21 | DDW | REVIEW OF POTENTIAL PROCEDURES FOR DISPOSITION OF VARIOUS ASSETS AND DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B130 | 1.10 | 742.50 |
| 12/22/21 | DDW | REVIEW AND REVISE PROPOSED ENGAGEMENT LETTER FOR BDO (1.0); DRAFT AND RESPOND TO EMAILS REGARDING SAME (.3). | B110 | 1.30 | 877.50 |
| 12/22/21 | DDW | REVIEW AND REVISE PROPOSED APPLICATION TO EMPLOY BDO AND DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B110 | 0.90 | 607.50 |
| 12/22/21 | DDW | DRAFT EMAIL TO MS. ROMERO REGARDING POTENTIAL LITIGATION. | B110 | 0.20 | 135.00 |
| 12/22/21 | DDW | TELEPHONE CONFERENCES WITH INVESTORS AND/OR ADVISORS. | B110 | 0.90 | 607.50 |
| 12/22/21 | DDW | REVIEW OF RESEARCH REGARDING TEXAS PROPERTY TAXES ON AIRCRAFT. | B120 | 0.40 | 270.00 |
| 12/22/21 | DDW | TELEPHONE CONFERENCE WITH SEC REGARDING BDO; REVIEW OF BDO PROPOSAL AND DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B110 | 0.90 | 607.50 |
| 12/22/21 | DDW | UPDATE RECEIVERSHIP ISSUES SUMMARY. | B110 | 0.70 | 472.50 |
| 12/22/21 | DDW | TELEPHONE CONFERENCE WITH INVESTOR. | B110 | 0.40 | 270.00 |
| 12/23/21 | DDW | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH BDO AND FORTRESS ENCRYPT (PANAMA). | B120 | 1.10 | 742.50 |
| 12/23/21 | DDW | REVIEW THE PROPOSED BDO ENGAGEMENT LETTER AND | B110 | 1.60 | 1,080.00 |

APP. 0610

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 10

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | APPROVE REVISIONS, FINALIZE THE BDO APPLICATION. | | | |
| 12/23/21 | DDW | TELEPHONE CONFERENCE WITH INVESTOR AND REVIEW OF MCDANIEL REPORT AND OTHER INFORMATION. | B110 | 0.80 | 540.00 |
| 12/24/21 | DDW | TELEPHONE CONFERENCE WITH BDO REGARDING RETRIEVAL OF INFORMATION FROM PANAMA AND REVIEW AND RESPOND TO EMAILS REGARDING SAME. | B120 | 1.00 | 675.00 |
| 12/24/21 | DDW | MULTIPLE EMAILS REGARDING PRICING AND SALE OF COWBOY TICKETS. | B130 | 0.40 | 270.00 |
| 12/25/21 | DDW | MULTIPLE TELEPHONE CONFERENCES AND EMAILS REGARDING CONTACT BY TEXAS RAILROAD COMMISSION REGARDING POTENTIAL LEAK. | B210 | 0.90 | 607.50 |
| 12/26/21 | DDW | MULTIPLE EMAILS REGARDING SALE AND PRICING OF COWBOY TICKETS. | B130 | 0.20 | 135.00 |
| 12/27/21 | DDW | REVIEW AND REVISE SECOND SUPPLEMENTAL REPLY REGARDING EMPLOYMENT OF DARRELL JONES, DRAFT AND RESPOND TO EMAILS REGARDING SAME AND APPROVE REVISIONS FROM MR. JONES. | B110 | 1.20 | 810.00 |
| 12/27/21 | DDW | PREPARE FOR CALL AND MEETING WITH INTERNAL DYKEMA TEAM REGARDING STATUS OF VARIOUS ASSIGNMENTS INCLUDING INSURANCE POLICIES, EQUIPMENT AND VEHICLE IDENTIFICATION AND STATUS, REAL PROPERTY STATUS AND RENTED PROPERTY | B120 | 0.80 | 540.00 |
| 12/27/21 | DDW | TELEPHONE CONFERENCES AND EMAILS WITH INVESTORS. | B110 | 0.40 | 270.00 |
| 12/27/21 | DDW | REVIEW AND REVISE VARIOUS CORRESPONDENCE REGARDING INSURANCE, ACCOUNTS AND CREDIT CARDS, DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B210 | 0.40 | 270.00 |
| 12/27/21 | DDW | REVIEW OF UPDATE REGARDING PROCESS FOR SELLING 3 TRUCKS. | B130 | 0.60 | 405.00 |
| 12/27/21 | DDW | REVISE FAQ FOR WEBSITE. | B110 | 0.90 | 607.50 |
| 12/27/21 | DDW | UPDATE RECEIVER'S LIST OF "ACTION" ITEMS. | B110 | 0.60 | 405.00 |
| 12/27/21 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING SALE OF COWBOY TICKETS. | B130 | 0.30 | 202.50 |
| 12/27/21 | DDW | DRAFT AND RESPOND TO EMAILS REGARDING OWNERSHIP OF JADE. | B120 | 0.40 | 270.00 |
| 12/27/21 | DDW | REVIEW AND RESPOND TO PROPOSALS REGARDING AIRCRAFT INCLUDING APPRAISALS, LISTINGS, ETC. | B120 | 0.30 | 202.50 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 11

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/27/21 | DDW | RESPOND TO EMAILS AND PHONE CALLS WITH INVESTORS. | B110 | 0.40 | 270.00 |
| 12/28/21 | DDW | CONFERENCE WITH MS. TUBALINAL AND MS. RUSHING REGARDING DATA RETRIEVAL AND ACCESS. | B120 | 0.40 | 270.00 |
| 12/28/21 | DDW | REVIEW AND APPROVE WITNESS AND EXHIBIT LIST FOR JANUARY 4, 2022 HEARING. | B110 | 0.60 | 405.00 |
| 12/28/21 | DDW | COMMUNICATIONS WITH MR. FINE REGARDING FILES OF PRE-RECEIVERSHIP COUNSEL. | B110 | 0.30 | 202.50 |
| 12/28/21 | DDW | REVIEW OF COMMUNICATIONS FROM WELLS FARGO REGARDING DOCUMENT PRODUCTION AND OTHER ISSUES. | B120 | 0.30 | 202.50 |
| 12/28/21 | DDW | CONFERENCES (EMAIL AND PHONE) WITH VARIOUS INVESTORS. | B110 | 0.50 | 337.50 |
| 12/28/21 | DDW | APPROVE RECOMMENDATION REGARDING INTERNET SERVICE AT GRAHAM OFFICE. | B210 | 0.10 | 67.50 |
| 12/28/21 | DDW | APPROVE PROPOSED PRICING FOR COWBOY TICKETS. | B120 | 0.30 | 202.50 |
| 12/28/21 | DDW | APPROVE FILING OF ADDITIONAL 529 NOTICES IN DISTRICTS WHERE INVESTORS ARE PRESENT. | B120 | 0.20 | 135.00 |
| 12/28/21 | DDW | CONFERENCE WITH MR. ROMERO, MS. RUSHING AND MR. FINE REGARDING HEARING ON JANUARY 4, 2022 AND POTENTIAL TESTIMONY. | B110 | 0.60 | 405.00 |
| 12/29/21 | DDW | TELEPHONE CONFERENCE WITH MS. ASHMORE REGARDING MEETING WITH POTENTIAL PURCHASER OF AIRCRAFT AND SALE PROCESS. | B130 | 0.40 | 270.00 |
| 12/29/21 | DDW | CONFERENCE WITH MS. RAHN REGARDING  ITEMS IN STORAGE, IN MADISON INCLUDING JADE (2). | B120 | 0.30 | 202.50 |
| 12/29/21 | DDW | REVIEW AND RESPOND TO MULTIPLE COMMUNICATIONS WITH MR. JONES AND MR. CHILDRESS REGARDING EXTENSION OF PRIMARY TERMS ON LEASES AND REVIEW OF RELATED DOCUMENTS. | B210 | 0.70 | 472.50 |
| 12/29/21 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH MS. RUSHING AND SEC. | B110 | 1.20 | 810.00 |
| 12/29/21 | DDW | CONFERENCES AND EMAILS WITH MS. RUSHING REGARDING COMMUNICATIONS WITH INVESTORS. | B110 | 0.30 | 202.50 |
| 12/29/21 | DDW | REVIEW AND RESPOND TO MULTIPLE EMAILS REGARDING OIL AND GAS PROPERTIES. | B120 | 0.40 | 270.00 |
| 12/29/21 | DDW | DRAFT AND RESPOND TO EMAILS WITH POTENTIAL PURCHASERS OF AIRCRAFT. | B130 | 0.30 | 202.50 |

APP. 0612

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 12

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/29/21 | DDW | DRAFT AND RESPOND TO COMMUNICATIONS WITH INVESTORS REGARDING FEEDER FUNDS. | B110 | 0.40 | 270.00 |
| 12/29/21 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING AOS ACCOUNTING. | B110 | 0.20 | 135.00 |
| 12/30/21 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING PROCESS FOR ENGAGING APPRAISER FOR AIRCRAFT AND APPROVE SAME; TELEPHONE CALL WITH PROPOSED AIRCRAFT PURCHASER AND TELEPHONE CALL WITH MS. ASHMORE REGARDING SAME. | B120 | 1.40 | 945.00 |
| 12/30/21 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING COWBOY PLAYOFF TICKETS. | B120 | 0.40 | 270.00 |
| 12/30/21 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING MEETINGS WITH MR. IKEY, MR. BRUNSON, AND MR. SAHOTA. | B110 | 0.50 | 337.50 |
| 12/30/21 | DDW | REVIEW OF INFORMATION FROM MR. EDMUNDSON REGARDING VAL VERDE AND CROCKETT COUNTY ASSETS AND DRAFT AND RESPOND TO EMAILS WITH MR. JONES REGARDING SAME. | B120 | 0.50 | 337.50 |
| 12/30/21 | DDW | REVIEW OF PROPOSALS AND ELECT PROCESS FOR SELLING TRUCKS. | B130 | 0.40 | 270.00 |
| 12/30/21 | DDW | TELEPHONE CONFERENCE WITH MR. MCDANIEL REGARDING OIL AND GAS ASSETS. | B120 | 0.30 | 202.50 |
| 12/31/21 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING STORAGE AREA. | B120 | 0.20 | 135.00 |
| | | **TOTAL** | | **124.60** | **$84,105.00** |

APP. 0613

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 13

FEBRUARY 7, 2022

**BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|------------|-------|-------|------|--------|
| DDW | DEBORAH WILLIAMSON | MEMBER | 124.60 | 675.00 | 84,105.00 |
| | **TOTAL** | | **124.60** | | **$84,105.00** |

APP. 0614

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3435984
PAGE 14

FEBRUARY 7, 2022

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 48.50 | 32,737.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 47.10 | 31,792.50 |
| B130 | ASSET DISPOSITION | 6.10 | 4,117.50 |
| B210 | BUSINESS OPERATIONS | 14.50 | 9,787.50 |
| BT155 | STATUS REPORTS | 8.40 | 5,670.00 |
| | **TOTAL** | **124.60** | **84,105.00** |

APP. 0615



400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

**DUE UPON RECEIPT**

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

FEBRUARY 7, 2022
MATTER #: 122686.000004
INVOICE #: 3435986

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: RECEIVER'S TRAVEL TIME**

| | | |
|---|---|---|
| FEES | $ | 3,341.25 |
| DISBURSEMENTS | | 1,374.72 |
| **INVOICE TOTAL** | **$** | **4,715.97** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

APP. 0616

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000004
INVOICE #: 3435986
PAGE 2

FEBRUARY 7, 2022

**RE: RECEIVER'S TRAVEL TIME**

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/08/21 | DDW | RETURN FROM FORT WORTH AFTER APPOINTMENT AS RECEIVER. | B110 | 4.40 | 1,485.00 |
| 12/13/21 | DDW | TRAVEL TO FORT WORTH FOR STATUS CONFERENCE AND MEETING WITH SEC. | B110 | 2.50 | 843.75 |
| 12/13/21 | DDW | RETURN FROM FORT WORTH. | B110 | 3.00 | 1,012.50 |
| | | **TOTAL** | | **9.90** | **$3,341.25** |

**APP. 0617**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000004
INVOICE #: 3435986
PAGE 3

FEBRUARY 7, 2022

**BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| DDW | DEBORAH WILLIAMSON | MEMBER | 9.90 | 337.50 | 3,341.25 |
| | **TOTAL** | | **9.90** | | **$3,341.25** |

APP. 0618

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000004
INVOICE #: 3435986
PAGE 4

FEBRUARY 7, 2022

## DISBURSEMENTS

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|---------:|-----:|-------:|
| 12/04/21 | VENDOR: DEBORAH D. WILLIAMSON INVOICE#: 69967 DATE: 12/4/2021 SWA AIR FARE TO AND FROM SAT/DAL | 0.00 | 0.00 | 615.97 |
| 12/08/21 | VENDOR: DEBORAH D. WILLIAMSON INVOICE#: 69738 DATE: 12/8/2021 MILEAGE FROM FORT WORTH TX TO SA TX | 0.00 | 0.00 | 154.68 |
| 12/13/21 | VENDOR: DEBORAH D. WILLIAMSON INVOICE#: 69810 DATE: 12/13/2021 SAT PARKING FEE | 0.00 | 0.00 | 25.00 |
| 12/13/21 | VENDOR: DEBORAH D. WILLIAMSON INVOICE#: 69810 DATE: 12/13/2021 HERTZ RENTAL CAR | 0.00 | 0.00 | 155.11 |
| 12/13/21 | VENDOR: DEBORAH D. WILLIAMSON INVOICE#: 69810 DATE: 12/13/2021 SWA AIR FARE | 0.00 | 0.00 | 423.96 |

**TOTAL DISBURSEMENTS** **1,374.72**

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000004
INVOICE #: 3435986
PAGE 5

FEBRUARY 7, 2022

### TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 9.90 | 3,341.25 |
| | **TOTAL** | **9.90** | **3,341.25** |

### EXPENSE SUMMARY

| | | |
|---|---|---|
| TRAVEL-AIR ONLY | | 1,039.93 |
| TRAVEL-EXCEPT AIRFARE, HOTELS AND MEALS | | 334.79 |
| **TOTAL** | | **1,374.72** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

APP. 0620



400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

**DUE UPON RECEIPT**

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

FEBRUARY 7, 2022
MATTER #: 122686.000002
INVOICE #: 3435926

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RECEIVERSHIP FOR THE HEARTLAND GROUP VENTURES LLC, ET AL**

| | | |
|---|---|---|
| FEES | $ | 218,096.50 |
| DISBURSEMENTS | | 19,266.56 |
| **INVOICE TOTAL** | **$** | **237,363.06** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

APP. 0621

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 2

FEBRUARY 7, 2022

**RE: REPRESENTATION OF RECEIVERSHIP FOR THE HEARTLAND GROUP VENTURES LLC, ET AL**

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/03/21 | ARA | RECEIVE AND REVIEW INFORMATION RELATING TO LOCATION OF AIRCRAFT AND TRACKING BY TAIL NUMBER. | B120 | 0.50 | 232.00 |
| 12/03/21 | ARA | REVIEW RECEIVERSHIP ORDER, AUTHORIZATION FROM RECEIVER, AND TEMPORARY RESTRAINING ORDER. | B120 | 0.50 | 232.00 |
| 12/03/21 | ARA | MEETINGS AT NORTH TEXAS REGIONAL AIRPORT INCLUDING SPEAKING WITH DIRECTOR OF BUSINESS, CURRENT PILOT OF HELICOPTER, AIRPORT LINE MANAGER, AND INSPECTION OF CHALLENGER JET AND AGUSTA 109 HELICOPTER. | B120 | 3.10 | 1,438.40 |
| 12/03/21 | ARA | CALL WITH FORMER MANAGER OF AIRPLANE, M. CARAVELLA. | B120 | 0.30 | 139.20 |
| 12/03/21 | ARA | CALL WITH ASSISTANT MANAGER OF THE AIRPLANE, T. MARSZALEK | B120 | 0.20 | 92.80 |
| 12/03/21 | JCDU | CONDUCT INSPECTION AND RECOVER ASSETS LOCATED AT EL DORADO BUSINESS ADDRESS; ACCOMPANIED BY D. RUSHING AND U.S. MARSHAL. | B120 | 5.00 | 2,540.00 |
| 12/03/21 | JCDU | CONFERENCE WITH U.S. MARSHAL, SCHLEICHER COUNTY SHERIFF, AND TEXAS GAME WARDEN REGARDING EL DORADO BUSINESS LOCATION AND PLAN OF ENTRY OF PREMISES; ACCOMPANIED BY D. RUSHING. | B120 | 0.80 | 406.40 |
| 12/03/21 | JCDU | CONDUCT INSPECTION AND RECOVER ASSETS LOCATED AT SAN ANGELO BUSINESS LOCATION; ACCOMPANIED BY D. RUSHING AND U.S. MARSHAL. | B120 | 2.20 | 1,117.60 |
| 12/03/21 | JRF | EXTENDED CALL WITH SEC PERSONNEL, RUSTIN BRUNSON, HIS COUNSEL AND RECEIVER REGARDING WHERE RECEIVERSHIP PROPERTY LOCATED, BACKGROUND INFORMATION REGARDING SAME (.8). | B120 | 0.80 | 540.00 |
| 12/03/21 | JRF | MULTIPLE CALLS COORDINATING SEIZURES IN GRAHAM TEXAS WITH ISRAEL SILVAS AND OF 2 AIRCRAFT IN DENNISON WITH ALISON ASHMORE (.8). | B120 | 0.80 | 540.00 |
| 12/03/21 | JRF | OBTAIN INFORMATION ON ROSE ROMERO APPOINTED LOCAL COUNSEL (.3). | B120 | 0.30 | 202.50 |
| 12/03/21 | JRF | ASSEMBLE TEAM OF ALISON ASHMORE (AIRCRAFT), ISRAEL SILVAS (GRAHAM OFFICE), AND ALEX RAHN (MANSFIELD OFFICES) TO TAKE IMMEDIATE POSSESSION OF RECEIVERSHIP PROPERTY AND REVIEW BACK GROUND OF RECEIVERSHIP, | B120 | 1.80 | 1,215.00 |

APP. 0622

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 3

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----------|------|-------|--------|
| | | PLACES RECEIVERSHIP PROPERTY LOCATED AND STRATEGY FOR OBTAINING POSSESSION (1.8). | | | |
| 12/03/21 | JRF | FINALIZE DYKEMA APPLICATION OF EMPLOYMENT, REVIEW SAME WITH RECEIVER, SIGN AND ORGANIZE SAME FOR FILING (.8). | B120 | 0.80 | 540.00 |
| 12/03/21 | JRF | ATTENTION TO DOCUMENT AUTHORIZING AGENTS FOR RECEIVER FOR EACH AGENT TO TAKE (.4). | B120 | 0.40 | 270.00 |
| 12/03/21 | JRF | LENGTHY MEETING WITH JAMES IKEY REGARDING AOS AND ENCYPHER BASTION, TOUR HIS OFFICES AND INVENTORY MATERIALS, SEIZE 8 CELLPHONES, 5 LAPTOPS, DOCUMENTATION SEIZED--ALSO DOCUMENT SERVERS AND OTHER MATERIALS LEFT BEHIND (4.5). | B120 | 4.50 | 3,037.50 |
| 12/03/21 | ARRA | WITH JEFF FINE, SERVING MR. JAMES IKEY WITH ASSET FREEZE ORDER, RESTRAINING ORDER, AND ORDER APPOINTING RECEIVER AND SEIZING ASSETS FROM 400 INDUSTRIAL SUITE 202 MANSFIELD, TX. | B120 | 2.00 | 666.00 |
| 12/03/21 | ARRA | CONFERENCE CALL WITH DEBORAH WILLIAMSON AND COUNSEL FOR RUSTIN BRUNSON ABOUT THE RECEIVERSHIP IN THE CAR ON THE WAY BACK FROM AOS OFFICE AT 400 INDUSTRIAL MANSFIELD, TX. | B110 | 1.00 | 333.00 |
| 12/03/21 | ARRA | DRAFTING SEIZURE LIST WITH ITEMS SEIZED FROM MR. IKEY AND THE AOS OFFICE AND REVIEWING PAPERWORK SEIZED FROM THE OFFICE. | B120 | 1.00 | 333.00 |
| 12/03/21 | IRS | FILE APPLICATION FOR APPOINTMENT OF RECEIVER. | B110 | 1.50 | 681.00 |
| 12/03/21 | IRS | PLAN, PREPARE FOR, AND TAKE POSSESSION OF ARCOOIL FACILITIES AND ELECTRONIC EQUIPMENT. | B120 | 1.30 | 590.20 |
| 12/03/21 | IRS | PREPARE INVENTORY OF ITEMS AT GRAHAM, TEXAS FACILITY. | B120 | 0.50 | 227.00 |
| 12/03/21 | IRS | SERVE ARCOOIL EMPLOYEE WITH SERVICE OF PROCESS AND CONFER WITH OPPOSING COUNSEL REGARDING SAME. | B210 | 0.50 | 227.00 |
| 12/03/21 | IRS | CORRESPOND WITH JEFF FINE AND DEBORAH WILLIAMSON REGARDING SERVICE OF PROCESS TO ARCOOIL EMPLOYEE AND CONFERENCE WITH OPPOSING COUNSEL REGARDING SAME. | B110 | 0.50 | 227.00 |
| 12/03/21 | JRF | RECEIVER DEBORAH APPOINTED AND REVIEW RECEIVERSHIP ORDER (.5). | B120 | 0.50 | 337.50 |
| 12/03/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING STORAGE LOCKERS AND ASSETS FROM RANCH AND SUNNY'S HOUSE. | B120 | 0.30 | 105.00 |

APP. 0623

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 4

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/03/21 | DNR | MEET WITH U.S. MARSHAL, SCHLEICHER COUNTY SHERIFF, AND TEXAS GAME WARDEN WITH JOHN DULSKE BEFORE HEADING TO ELDORADO PROPERTY. | B120 | 0.80 | 280.00 |
| 12/03/21 | JCDU | PRELIMINARY LEGAL REVIEW AND ANALYSIS OF TRO AND RECEIVER APPOINTMENT ORDER TO DETERMINE SCOPE OF AUTHORITY FOR ASSET RECOVERY AT BUSINESS LOCATIONS IN EL DORADO TEXAS AND SAN ANGELO TEXAS. | B120 | 0.80 | 406.40 |
| 12/03/21 | ARA | RECEIVE AND REVIEW INFORMATION RELATING TO LOCATION OF AIRCRAFT; REVIEW RECEIVERSHIP ORDER; NOTE TAIL NUMBER AND LOCATION INFORMATION OF AIRCRAFT; TAKE POSSESSION OF CHALLENGER JET AND AGUSTA 109 HELICOPTER; SPEAK WITH DIRECTOR OF BUSINESS AT AIRPORT; SPEAK WITH CURRENT PILOT OF HELICOPTER; CALLS WITH FORMER MANAGER AND ASSISTANT MANAGER OF THE AIRCRAFT. | B120 | 7.50 | 3,480.00 |
| 12/03/21 | ARRA | CONFER WITH DEBORAH WILLIAMSON AND JEFFREY FINE ABOUT CASE. | B120 | 0.30 | 99.90 |
| 12/03/21 | IRS | CONFER WITH JEFF FINE, ALISON ASHMORE, AND ALEX RAHN REGARDING APPOINTMENT OF RECEIVERSHIP AND REVIEW RELATED PLEADINGS. | B110 | 1.50 | 681.00 |
| 12/03/21 | DNR | SEIZE AND SEARCH ELDORADO PROPERTY WITH JOHN DULSKE AND U.S. MARSHAL. | B120 | 5.00 | 1,750.00 |
| 12/03/21 | DNR | SEIZE AND SEARCH SAN ANGELO PROPERTY WITH JOHN DULSKE AND U.S. MARSHAL. | B120 | 2.20 | 770.00 |
| 12/03/21 | DNR | PREPARE SERVICE MATERIALS FOR U.S. MARSHAL. | B120 | 0.50 | 175.00 |
| 12/03/21 | DNR | REPORT FOR CALL WITH U.S. MARSHAL, DEBORAH WILLIAMSON, AND SEC COUNSEL REGARDING SERVICE AND SEIZURE PLAN. | B120 | 0.30 | 105.00 |
| 12/03/21 | DNR | NUMEROUS TELEPHONE CONFERENCES WITH DEBORAH WILLIAMSON REGARDING ASSETS AT PROPERTY AND RECEIVERSHIP ORDER. | B120 | 1.00 | 350.00 |
| 12/03/21 | DNR | COORDINATE LOGISTICS REGARDING SUMMONS AND SERVICE PACKAGES WITH SEC COUNSEL. | B120 | 0.60 | 210.00 |
| 12/03/21 | ARRA | RESEARCHING HOW TO FILE A MOTION TO EMPLOY COUNSEL IN A SEALED CASE IN THE NORTHERN DISTRICT OF TEXAS AND GOING THROUGH ACTION ITEMS WITH JEFFREY FINE AND GETTING INSTRUCTIONS FOR SERVING THE IKEYS AND SEIZING THEIR COMPUTERS AND CELL PHONES. | B110 | 1.80 | 599.40 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 5

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/04/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING LICENSE PLATES. | B120 | 0.30 | 105.00 |
| 12/04/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON REGARDING TASK ASSIGNMENTS. | B110 | 0.10 | 35.00 |
| 12/04/21 | DNR | REPORT FOR CALL WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING SITE VISITS TO ELDORADO AND SAN ANGELO. | B120 | 1.10 | 385.00 |
| 12/04/21 | JCDU | PRELIMINARY REVIEW AND ANALYSIS OF BUSINESS DOCUMENTS AND ASSETS RECOVERED FROM PRIOR DAY'S INSPECTIONS; INITIAL ORGANIZATION AND CATEGORIZATION OF SAME. | B120 | 2.40 | 1,219.20 |
| 12/05/21 | JRF | REVIEW LARGE VOLUME OF SEC DOCUMENTATION SENT TO RECEIVER INCLUDING COMPLAINT, BACKGROUND MATERIALS AND OTHER PREPARATORY MATERIALS (2.0) | B120 | 2.00 | 1,350.00 |
| 12/05/21 | DNR | COORDINATE EMAIL AND RECEIVERSHIP WEBSITE LOGISTICS WITH DEBORAH WILLIAMSON. | B110 | 0.20 | 70.00 |
| 12/05/21 | ARRA | EMAILING DEBORAH WILLIAMSON AND JEFF FINE REGARDING THE TO DO LIST AND ACTION ITEMS FOR MONDAY. | B110 | 0.20 | 66.60 |
| 12/05/21 | JRF | DETAILED FOLLOW-UP EMAILS TO TEAM REGARDING DOCUMENTING SEIZURES ON FRIDAY, DECEMBER 3 AND TASKS TO BE DONE (.5). | B120 | 0.50 | 337.50 |
| 12/06/21 | JRF | FOLLOW-UP ON ADDITIONAL ITEMS TO BE SEIZED IN GRAHAM FACILITY AND IN MANSFIELD, INCLUDING REVIEWING PICTURES OF SAME, MEETING WITH ISRAEL SILVAS REGARDING GRAHAM FACILITY AND ALEX RAHN REGARDING MANSFIELD (1.8). | B120 | 1.80 | 1,215.00 |
| 12/06/21 | DNR | REVIEW CORRESPONDENCE FROM VARIOUS DEFENDANTS' COUNSEL REGARDING DIGITAL DISCOVERY UPDATE. | B110 | 0.20 | 70.00 |
| 12/06/21 | DNR | CORRESPONDENCE FROM SEC COUNSEL REGARDING DEFENDANT IKEY REPRESENTATION. | B110 | 0.10 | 35.00 |
| 12/06/21 | DNR | CORRESPONDENCE FROM RUSTIN BRUNSON AND DEBORAH WILLIAMSON REGARDING EMPLOYEES OF HEARTLAND AND INFORMATION NEEDED REGARDING SAME. | B120 | 0.30 | 105.00 |
| 12/06/21 | ARRA | DISCUSSING SEIZING OF ASSETS WITH ISRAEL SILVAS AND JEFFREY FINE. | B120 | 0.50 | 166.50 |
| 12/06/21 | ARRA | COORDINATING MEETINGS AND SAVING IMAGES TAKEN AT 400 INDUSTRIAL BLVD, SUITE 202 (AOS) ON DECEMBER 3, 2021 | B110 | 1.80 | 599.40 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 6

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | TO A FOLDER AND OTHER CASE ADMINISTRATION TASKS. | | | |
| 12/06/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING ROGER SAHOTA AND NEW CONTACT INFORMATION. | B110 | 0.30 | 105.00 |
| 12/06/21 | DNR | COORDINATE CALL INFORMATION WITH RUSTIN BRUNSON'S COUNSEL. | B110 | 0.30 | 105.00 |
| 12/06/21 | DNR | COORDINATE LOGISTICS AND TIMING REGARDING MOTION TO LIFT SEAL WITH SEC COUNSEL AND DEBORAH WILLIAMSON. | B110 | 0.30 | 105.00 |
| 12/06/21 | DNR | REVIEW CORRESPONDENCE FROM DEBORAH WILLIAMSON AND RUSTIN BRUNSON'S COUNSEL REGARDING INSURANCE POLICIES AND COVERAGE. | B120 | 0.30 | 105.00 |
| 12/06/21 | ARRA | DRAFTING APPLICATION AND ORDER TO EMPLOY ROMERO AS LOCAL COUNSEL AND EDITING APPLICATION TO EMPLOY JONES AS COUNSEL. | B110 | 4.20 | 1,398.60 |
| 12/06/21 | DNR | CORRESPONDENCE WITH DARRELL JONES AND DEBORAH WILLIAMSON REGARDING OIL FIELD COVERAGE AND INSURANCE ISSUES. | B120 | 0.30 | 105.00 |
| 12/06/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING MOTION TO UNSEAL AND FILING WITH CLERK'S OFFICE. | B110 | 0.40 | 140.00 |
| 12/06/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING CONTACT LISTS AND ELECTRONIC STORAGE. | B120 | 0.40 | 140.00 |
| 12/06/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING DOCUMENTATION OF HEARTLAND LEASE. | B120 | 0.10 | 35.00 |
| 12/06/21 | DNR | REPORT FOR STRATEGY AND UPDATE DISCUSSION WITH DEBORAH WILLIAMSON. | B110 | 1.50 | 525.00 |
| 12/06/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING SEIZURE LIST AND OUTSTANDING ITEMS FOR ASSETS. | B120 | 0.30 | 105.00 |
| 12/06/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING COUNSEL FOR DEFENDANT IKEY AND DETAILED UPDATE ON SAME. | B110 | 0.20 | 70.00 |
| 12/06/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING MICROSOFT CLOUD ACCESS FOR DOMAINS. | B120 | 0.20 | 70.00 |
| 12/06/21 | DNR | CORRESPONDENCE FROM DARRELL JONES REGARDING CONTRACT OPERATOR RETENTION ITEMS. | B110 | 0.10 | 35.00 |
| 12/06/21 | DNR | CORRESPONDENCE WITH DARRELL JONES REGARDING WELL FILES AND DRILLING LOGS. | B120 | 0.40 | 140.00 |

APP. 0626

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 7

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/06/21 | DNR | REVIEW AND PROVIDE COMMENTS TO PROPOSED ORDER GRANTING MOTION TO UNSEAL. | B110 | 0.30 | 105.00 |
| 12/06/21 | ARRA | DRAFTING PROPOSED ORDER ON MOTION TO UNSEAL. | B110 | 0.40 | 133.20 |
| 12/06/21 | ARRA | MEETING WITH DEBORAH WILLIAMSON, JEFF FINE, ISRAEL SILVAS, ALISON ASHMORE, AND DANIELLE RUSHING TO DISCUSS SEC RECEIVERSHIP, ACTION ITEMS FOR THE DAY AND DELEGATING WHO WILL WORK ON WHAT. | B120 | 1.50 | 499.50 |
| 12/06/21 | DNR | REPORT FOR MEETING WITH RUSTIN BRUNSON AND COUNSEL, SEC COUNSEL, AND DEBORAH WILLIAMSON. | B120 | 3.60 | 1,260.00 |
| 12/06/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING QUICKBOOKS ACCOUNTS. | B120 | 0.20 | 70.00 |
| 12/06/21 | DNR | CORRESPONDENCE TO SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING U.S. MARSHAL DOCUMENTATION ON SUNNY AND ROGER SAHOTA. | B110 | 0.10 | 35.00 |
| 12/06/21 | ARRA | CONFERRING WITH DEBORAH WILLIAMSON, JEFFREY FINE, AND ISRAEL SILVAS REGARDING ITEMS AND INFORMATION THAT NEEDS TO BE SEIZED FROM AOS AND ABOUT FILING DOCUMENTS AT THE COURT THE FOLLOWING DAY. | B120 | 1.10 | 366.30 |
| 12/06/21 | JRF | TEAMS MEETING WITH RECEIVER, ALEX RAHN, DANIELLE RUSHING, ALISON ASHMORE AND ISRAEL SILVAS ON WHAT HAS BEEN DONE, WHAT NEEDS TO BE SEIZED, NEW ISSUES TO BE ADDRESSED BY RECEIVER COUNSEL, APPLICATIONS FOR EMPLOYMENT BY ROMERO AND JENKINS (DRAFTING POINTS FOR APPLICATIONS) (1.5). | B120 | 1.50 | 1,012.50 |
| 12/06/21 | JRF | CALLS TO COUNSEL FOR IKEY ANGELA BROWN WITH ALISON ASHMORE (.5). | B120 | 0.50 | 337.50 |
| 12/06/21 | JRF | MEETINGS WITH ISRAEL SILVAS REGARDING LOGISTICS AND DECISION TO CHANGE LOCKS ON ADDITIONAL PROPERTY IN GRAHAM (.5). | B120 | 0.50 | 337.50 |
| 12/06/21 | JRF | ARRANGE FOR LOCKED ROOM FOR SEIZED RECEIVERSHIP PROPERTY AND TO MAINTAIN CHAIN OF CUSTODY (.3). | B120 | 0.30 | 202.50 |
| 12/06/21 | JRF | MEETING WITH RECEIVER AND ALISON ASHMORE REGARDING LITIGATION ISSUES (.4). | B120 | 0.40 | 270.00 |
| 12/06/21 | JRF | MEETING WITH SEC PERSONNEL, RECORDED INTERVIEW OF MR. BRUNSON WITH RECEIVER AND BRUNSON'S COUNSEL, INCLUDING TURNOVER OF ADDITIONAL SIGNIFICANT ASSETS BY HEARTLAND OF CARS, CHECKS AND ADDITIONAL PROPERTY (4.5). | B120 | 4.50 | 3,037.50 |

APP. 0627

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 8

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/06/21 | JRF | SECURE SEIZED RECEIVERSHIP PROPERTY IN LOCKED ROOM WITH ISRAEL SILVAS (.3). | B120 | 0.30 | 202.50 |
| 12/06/21 | JRF | MEETING WITH DEBORAH WILLIAMSON, RECEIVER, REGARDING STRATEGY FOR RECEIVERSHIP FOLLOW-UP SEIZURE ACTIVITIES, REVIEW OF WHAT WAS ALREADY ACCOMPLISHED AND WHAT NEEDS TO BE DONE NEXT, AND ASSIGNMENTS TO PERSONNEL REGARDING SAME (1.0). | B120 | 1.00 | 675.00 |
| 12/06/21 | IRS | DRAFT AND REVISE INVENTORY OF MATERIALS SEIZED IN GRAHAM, TEXAS. | B120 | 1.50 | 681.00 |
| 12/06/21 | IRS | CORRESPOND WITH NATE BRIGNON AT COTTON BLEDSOE, COUNSEL OF RECORD FOR ARCO OIL, CONCERNING CASE STATUS OF JOHN ROGERS LAWSUIT; FOLLOW UP WITH RECEIVER REGARDING SAME; REVIEW RELATED PLEADINGS. | B110 | 0.50 | 227.00 |
| 12/06/21 | IRS | PLAN AND PREPARE FOR SITE VISIT TO GRAHAM AND MANSFIELD. | B110 | 1.60 | 726.40 |
| 12/06/21 | ARA | MEETING WITH D. WILLIAMSON, D. RUSHING, J. FINE, I. SILVAS, AND A. RAHN RE: PROPERTY RECENTLY SEIZED, NEAR TERM TASKS FOR CONTINUING TO MAINTAIN POSSESSION OF PROPERTY, AND ADDITIONAL TASKS FOR OBTAINING RECORDS AND FILES. | B120 | 1.80 | 835.20 |
| 12/06/21 | ARA | CALL TO C. DAVIS AND CALL WITH A. BROWN AND J. FINE RE: WHETHER THEY REPRESENT PARTICULAR ENTITIES OR INDIVIDUALS AND FOLLOW UP INQUIRY WITH EMAIL CORRESPONDENCE AND REQUEST FOR TURNOVER OF FILES. | B120 | 1.10 | 510.40 |
| 12/06/21 | ARA | DRAFT INVENTORY OF ITEMS SEIZED AND SECURE AIRCRAFT REGISTRATIONS AND LOGS. | B120 | 0.70 | 324.80 |
| 12/06/21 | ARA | BEGIN DRAFTING MEMORANDUM REGARDING SEIZURE. | B120 | 0.40 | 185.60 |
| 12/07/21 | ARRA | MET ISRAEL SILVAS AT DYKEMA DALLAS OFFICE TO HEAD OUT PROPERTY GRAHAM, WHILE ON THE WAY THERE REVIEW AND COMPILE LIST OF ITEMS THAT WE NEEDED TO PHOTOGRAPH OR SEIZE AT THE DIFFERENT LOCATION THROUGHOUT THE DAY INCLUDING AT THE GRAHAM PROPERTY AND THE AOS OFFICE AND STORAGE UNIT IN MANSFIELD. | B120 | 2.50 | 832.50 |
| 12/07/21 | ARRA | MET THE LOCKSMITH AT THE GRAHAM PROPERTY AND GOT THE LOCKS CHANGED ON THE RESIDENCE, SEARCHED THROUGH DOCUMENTS ON THE DESKS IN THE OFFICE, AND TOOK THOSE THAT SEEMED PARTICULARLY PRESSING AND RELEVANT, AND SEARCHED THROUGH AND PHOTOGRAPHED OTHER HALF--RESIDENCE SIDE--OF GRAHAM PROPERTY, AND SEIZED ASSETS OF VALUE SUCH AS ELECTRONICS AND | B120 | 2.60 | 865.80 |

APP. 0628

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 9

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | STORAGE DEVICES, JEWELRY, AND PAPERWORK. | | | |
| 12/07/21 | ARRA | BRIEFING JEFF FINE REGARDING GRAHAM PROPERTY AND THE ASSETS RECOVERED. | B120 | 0.20 | 66.60 |
| 12/07/21 | ARRA | FILING MOTION TO UNSEAL, MOTION TO EMPLOY ROMERO, AND MOTION TO EMPLOY JONES AT THE FEDERAL COURTHOUSE IN FORT WORTH, TEXAS. | B110 | 0.30 | 99.90 |
| 12/07/21 | ARRA | SPOKE WITH FABIANA BAUM FROM PROVOST UMPHREY, WHO CALLED ME ON BEHALF OF PERSONAL INJURY LITIGANT JOHN ROGERS WHO HAS A CASE AGAINST BARRON AND ARCOOIL. | B110 | 0.10 | 33.30 |
| 12/07/21 | ARRA | SPEAKING WITH JAMES IKEY TO GET PASSWORDS AND INFORMATION NOT PREVIOUSLY PROVIDED AND SEIZING COMPUTERS AND HIS PERSONAL CELL PHONE. | B120 | 1.60 | 532.80 |
| 12/07/21 | ARRA | SPEAKING WITH JEFF FINE REGARDING SEIZING OF ITEMS FROM MR. IKEY WHILE TRAVELING FORM AOS OFFICE TO CUBESMART STORAGE CENTER. | B120 | 0.30 | 99.90 |
| 12/07/21 | ARRA | PHOTOGRAPHING JADE IN JAMES IKEY'S PERSONAL STORAGE UNIT, ATTEMPTING TO GET A COPY OF THE STORAGE BOXES KEY, AND WAITING FOR IKEY'S SON TO BRING THE TITLE TO IKEY'S VEHICLE TO US AT THE CUBESMART AS A PART OF SEIZING THE IKEY'S TRUCK. | B120 | 0.80 | 266.40 |
| 12/07/21 | ARRA | UNLOADING AND ORGANIZING SEIZED AOS COMPUTERS AND PAPERWORK AND OTHER ITEMS SEIZED AT THE GRAHAM PROPERTIES INTO THE DYKEMA LAMPASES CONFERENCE ROOM. | B120 | 0.50 | 166.50 |
| 12/07/21 | IRS | UNLOADING AND ORGANIZING SEIZED AOS COMPUTERS AND PAPERWORK AND OTHER ITEMS SEIZED AT THE GRAHAM PROPERTIES INTO THE DYKEMA LAMPASES CONFERENCE ROOM. | B120 | 0.50 | 227.00 |
| 12/07/21 | IRS | DRIVING FROM CUBESMART IN MANSFIELD, TEXAS TO DALLAS DYKEMA OFFICE. | B120 | 0.80 | 363.20 |
| 12/07/21 | IRS | PHOTOGRAPHING JADE IN JAMES IKEY'S PERSONAL STORAGE UNIT, ATTEMPTING TO GET A COPY OF THE STORAGE BOXES KEY, AND WAITING FOR IKEY'S SON TO BRING THE TITLE TO IKEY'S VEHICLE TO US AT THE CUBESMART AS A PART OF SEIZING THE IKEY'S TRUCK. | B120 | 0.80 | 363.20 |
| 12/07/21 | IRS | SPEAKING WITH JAMES IKEY TO GET PASSWORDS AND INFORMATION NOT PREVIOUSLY PROVIDED AND SEIZING COMPUTERS AND HIS PERSONAL CELL PHONE. | B120 | 1.60 | 726.40 |

APP. 0629

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 10

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/07/21 | IRS | OBTAIN PASSWORD INFORMATION FROM JAMES IKEY. | B120 | 0.10 | 45.40 |
| 12/07/21 | IRS | SPOKE WITH FABIANA BAUM FROM PROVOST UMPHREY, WHO CALLED ME ON BEHALF OF PERSONAL INJURY LITIGANT JOHN ROGERS WHO HAS A CASE AGAINST BARRON AND ARCOOIL. | B120 | 0.10 | 45.40 |
| 12/07/21 | IRS | FILING MOTION TO UNSEAL, MOTION TO EMPLOY ROMERO, AND MOTION TO EMPLOY JONES AT THE FEDERAL COURTHOUSE IN FORT WORTH, TEXAS. | B110 | 0.30 | 136.20 |
| 12/07/21 | IRS | DRIVING WITH ALEX RAHN FROM GRAHAM, TEXAS PROPERTY TO FEDERAL COURTHOUSE IN FORT WORTH, TEXAS. | B120 | 2.50 | 1,135.00 |
| 12/07/21 | IRS | BRIEFING JEFF FINE REGARDING GRAHAM PROPERTY AND THE ASSETS RECOVERED. | B110 | 0.20 | 90.80 |
| 12/07/21 | IRS | MET THE LOCKSMITH AT THE GRAHAM PROPERTY AND GOT THE LOCKS CHANGED ON THE RESIDENCE, SEARCHED THROUGH DOCUMENTS ON THE DESKS IN THE OFFICE, AND TOOK THOSE THAT SEEMED PARTICULARLY PRESSING AND RELEVANT, AND SEARCHED THROUGH AND PHOTOGRAPHED OTHER HALF--RESIDENCE SIDE--OF GRAHAM PROPERTY, AND SEIZED ASSETS OF VALUE SUCH AS ELECTRONICS AND STORAGE DEVICES, JEWELRY, AND PAPERWORK. | B120 | 2.60 | 1,180.40 |
| 12/07/21 | IRS | MET ALEX RAHN AT DYKEMA DALLAS OFFICE TO HEAD OUT PROPERTY GRAHAM, WHILE ON THE WAY THERE REVIEW AND COMPILE LIST OF ITEMS THAT WE NEEDED TO PHOTOGRAPH OR SEIZE AT THE DIFFERENT LOCATION THROUGHOUT THE DAY INCLUDING AT THE GRAHAM PROPERTY AND THE AOS OFFICE AND STORAGE UNIT IN MANSFIELD. | B120 | 2.50 | 1,135.00 |
| 12/07/21 | ARA | REVIEW DOCUMENTS FOUND IN PLANE WITH INFORMATION REGARDING CHALLENGER AIRCRAFT AND ITS PURCHASE (.4). | B120 | 0.40 | 185.60 |
| 12/07/21 | ARA | CALL TO J. NOLAND RE: MAINTENANCE ON HELICOPTER AND RETRIEVING LOGBOOKS (0.2) | B120 | 0.20 | 92.80 |
| 12/07/21 | JRF | EFFECTUATE SEC REQUEST TO PLACE ALL SEIZED ELECTRONICS AND PHONES IN AIRPLANE MODE (.4). | B120 | 0.40 | 270.00 |
| 12/07/21 | JRF | EXTENDED CALL WITH KYLE ROSEN, DIRECTOR OF AUCTIONS FOR ROSEN SYSTEMS REGARDING AUCTIONING OFFICE FURNITURE, ELECTRONICS AND OTHER ITEMS INCLUDING REASONABLE AUCTION AND SALE METHODS REGARDING SAME (.4). | B120 | 0.40 | 270.00 |
| 12/07/21 | JRF | EXTENDED CALL WITH ANGELA BROWN OF GRAY REED, FORMER ATTORNEY FOR MR. IKEY AND AOS ENTITIES REGARDING CONFIRMING THEY ARE NO LONGER COUNSEL | B120 | 0.40 | 270.00 |

APP. 0630

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 11

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | AND NO SUBSTITUTE COUNSEL, WHAT DOCUMENTS THEY HAVE FOR TURNOVER, AND RELATED ISSUES (.4). | | | |
| 12/07/21 | JRF | CONFER WITH ALISON ASHMORE REGARDING LEGAL PROCESS FOR SALE OF SEIZED AIRCRAFT AND METHODS TO DO SAME (.4). | B120 | 0.40 | 270.00 |
| 12/07/21 | JRF | CONFER WITH RECEIVER REGARDING EXTENSION OF TI AND STATUS OF SEIZURE OF RECEIVERSHIP ASSETS (.3). | B120 | 0.30 | 202.50 |
| 12/07/21 | JRF | REVIEW WITH ALEX RAHN AND ISRAEL SILVAS HUGE LOAD OF ADDITIONAL ELECTRONICS AND DOCUMENTS SEIZED FROM GRAHAM FACILITY AND FROM MANSFIELD ON 12/7 (1.5). | B120 | 1.50 | 1,012.50 |
| 12/07/21 | DNR | COORDINATE SUBMISSION OF PROPOSED ORDERS ON SEC'S MOTION TO UNSEAL DOCKET WITH ALEX RAHN. | B110 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING MOTION TO UNSEAL AND FILING ITEMS ON SAME. | B110 | 0.20 | 70.00 |
| 12/07/21 | DNR | RECEIVE UPDATE FROM SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING HEARTLAND CFO AND COUNSEL INFORMATION. | B110 | 0.20 | 70.00 |
| 12/07/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING TASK ASSIGNMENTS FOR HEARTLAND WEBSITE AND EMAIL ADDRESS. | B110 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON, HIS COUNSEL, AND DEBORAH WILLIAMSON REGARDING HEARTLAND EMAIL ADDRESS AND ACCESS ISSUES. | B110 | 0.60 | 210.00 |
| 12/07/21 | DNR | CONTACT MICROSOFT REGARDING CLOUD AND DOMAIN ACCESS AND ACCOUNT INFORMATION REQUEST. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | REPORT TO SEC MATTER REGARDING MICROSOFT ACCOUNT ACCESS STATUS. | B120 | 0.10 | 35.00 |
| 12/07/21 | DNR | REVISE EX PARTE MOTION TO EXTEND DEADLINE TO FILE NOTICES UNDER 28 U.S.C. 754. | B110 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING DRAFT EX PARTE MOTION TO EXTEND DEADLINE TO FILE NOTICES UNDER 28 U.S.C. 754. | B110 | 0.10 | 35.00 |
| 12/07/21 | DNR | CORRESPONDENCE TO ALISON ASHMORE REGARDING BAHAMAS PROPERTY WIRE INFORMATION. | B120 | 0.10 | 35.00 |
| 12/07/21 | DNR | REPORT FOR CALL WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING CASE UPDATE, ELECTRONICS AND EQUIPMENT INFORMATION, AND COUNSEL CONTACTS. | B120 | 1.20 | 420.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 12

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/07/21 | DNR | INVENTORY ELECTRONICS AND COMPUTERS SEIZED FROM RANCH AND SUNNY'S HOUSE AND PREPARE SPREADSHEET FOR SEC COUNSEL AND DEBORAH WILLIAMSON. | B120 | 2.50 | 875.00 |
| 12/07/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING PRIVILEGE ISSUES. | B110 | 0.10 | 35.00 |
| 12/07/21 | DNR | CORRESPONDENCE FROM SEC COUNSEL REGARDING EQUIPMENT PURCHASES FROM DALLAS RESOURCES. | B120 | 0.10 | 35.00 |
| 12/07/21 | DNR | REVIEW EQUIPMENT PURCHASES FROM DALLAS RESOURCES INVOICES SENT BY SEC COUNSEL. | B120 | 0.10 | 35.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING NEW BANK ACCOUNT FOUND AND CALL ON SAME AND OUTSTANDING ITEMS. | B120 | 0.30 | 105.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING HEARTLAND EMAIL CORRESPONDENCE AND MEDIA ISSUES. | B110 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE TO JUDGE'S CHAMBERS REGARDING PROPOSED ORDER GRANTING MOTION TO UNSEAL. | B110 | 0.10 | 35.00 |
| 12/07/21 | DNR | TELEPHONE CONFERENCE WITH ALEX RAHN REGARDING FILING OF SEALED APPLICATION TO EMPLOY LOCAL COUNSEL AND TRANSACTIONAL COUNSEL AND MOTION TO UNSEAL. | B110 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE TO SEC COUNSEL AND DEBORAH WILLIAMSON SAN ANTONIO ELECTRONICS INVENTORY LIST. | B120 | 0.10 | 35.00 |
| 12/07/21 | DNR | REVISE NOTICE UNDER 28 U.S.C. 754 FOR THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | REVISE NOTICE UNDER 28 U.S.C. 754 FOR THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | REVISE NOTICE UNDER 28 U.S.C. 754 FOR U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | REVISE NOTICE UNDER 28 U.S.C. 754 FOR U.S. DISTRICT COURT FOR THE DISTRICT OF WYOMING. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | REVISE NOTICE UNDER 28 U.S.C. 754 FOR U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING ADDITIONAL FINANCIAL DOCUMENTATION FROM ROGER SAHOTA TAKEN FROM RANCH. | B120 | 0.10 | 35.00 |
| 12/07/21 | DNR | CORRESPONDENCE FROM SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING AIRCRAFT REGISTRATION AND | B120 | 0.20 | 70.00 |

APP. 0632

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 13

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | CONTACTS. | | | |
| 12/07/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING SAN ANGELO HOUSE TITLE AND CLOSING DOCUMENTS. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING RANCH PROPERTY DOCUMENTS. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | REVIEW CORRESPONDENCE FROM SEC COUNSEL, LOCAL COUNSEL, AND DEBORAH WILLIAMSON REGARDING DRAFT PRELIMINARY INJUNCTION PLEADINGS. | B110 | 0.30 | 105.00 |
| 12/07/21 | DNR | REVIEW BANK ACCOUNT RELEASE AND HOLD CORRESPONDENCE FROM DEBORAH WILLIAMSON AND SEC COUNSEL. | B120 | 0.20 | 70.00 |
| 12/07/21 | JRF | RESPOND TO QUESTIONS RAISED DURING THE DAY BY ISRAEL SILVAS AND ALEX RAHN WHILE THEY WERE SEIZING ITEMS FROM THE GRAHAM 471 HWY 67 PROPERTY AND FROM MANSFIELD AOS PROPERTY (.9). | B120 | 0.90 | 607.50 |
| 12/07/21 | DNR | CORRESPONDENCE TO SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING FILING UPDATE FOR SEALED PLEADINGS ON DECEMBER 7, 2021 AND PROPOSED ORDER SUBMISSION TO CHAMBERS. | B110 | 0.10 | 35.00 |
| 12/07/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING DALLAS COWBOYS TICKETS. | B120 | 0.10 | 35.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING SAHOTA DEFENDANTS' COUNSEL AND INFORMATION NEEDED FROM ROGER AND/OR SUNNY SAHOTA. | B120 | 0.30 | 105.00 |
| 12/07/21 | DNR | CORRESPONDENCE FROM SEC COUNSEL REGARDING DOCUMENTATION NEEDED FOR QUICKBOOKS ACCESS. | B120 | 0.10 | 35.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING GUNS AND DOCUMENTATION OF SAME. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | CREATE QUICKBOOKS ACCOUNT FOR RECEIVER. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING EQUIPMENT LIST TAKEN FROM RANCH AND SUNNY'S HOUSE. | B120 | 0.20 | 70.00 |
| 12/07/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING GOOGLE WORKSPACES INVOICE OF HEARTLAND. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | RECEIVE UPDATE FROM DEBORAH WILLIAMSON REGARDING COWBOYS TICKETS AND SEIZURE OF ACCESS. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING | B110 | 0.20 | 70.00 |

APP. 0633

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 14

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | PROPOSED ORDERS SUBMITTED TO COURT ON DECEMBER 7. 2021. | | | |
| 12/08/21 | DNR | UPDATE SEIZURE LIST FOR INVENTORY OF EQUIPMENT AND DEVICES TAKEN FROM RANCH AND SUNNY'S HOUSE. | B120 | 0.40 | 140.00 |
| 12/08/21 | DNR | REVIEW ORDER UNSEALING CASE. | B110 | 0.10 | 35.00 |
| 12/08/21 | DNR | REVIEW ORDER APPROVING EMPLOYMENT OF ROSE ROMERO AS LOCAL COUNSEL TO THE RECEIVER. | B110 | 0.10 | 35.00 |
| 12/08/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING LANDLORD'S COUNSEL AND CONTACT ITEMS. | B120 | 0.30 | 105.00 |
| 12/08/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING JAMES IKEY'S PHONE AND PRESERVATION ISSUES ON SAME. | B120 | 0.50 | 175.00 |
| 12/08/21 | DNR | RECEIVE UPDATE FROM DEBORAH WILLIAMSON REGARDING AIRCRAFT TITLE AND TASKS REGARDING SAME. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | REVIEW ORDER CHANGING TIME FOR HEARING ON DECEMBER 14, 2021. | B110 | 0.10 | 35.00 |
| 12/08/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING INVENTORY AT ELECTRA FACILITY. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | TELEPHONE CONFERENCE WITH SEC COUNSEL AND JEFF FINE REGARDING PHONE ANALYSIS AND PROTOCOL ON SAME FOR ALL SEIZED DEVICES. | B120 | 0.30 | 105.00 |
| 12/08/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING SIGNATURE PAGE OF DEBORAH WILLIAMSON REGARDING PRELIMINARY INJUNCTION. | B110 | 0.10 | 35.00 |
| 12/08/21 | DNR | CORRESPONDENCE WITH SAHOTA'S COUNSEL REGARDING REQUEST FOR CALL WITH RECEIVER. | B110 | 0.20 | 70.00 |
| 12/08/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING STATUS UPDATE CALL ON SEIZED RECEIVERSHIP ASSETS. | B120 | 0.40 | 140.00 |
| 12/08/21 | DNR | REVISE 28 USC 754 NOTICE FOR SOUTHERN DISTRICT OF INDIANA. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | REVISE 28 USC 754 NOTICE FOR DISTRICT OF WYOMING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | REVISE 28 USC 754 NOTICE FOR CENTRAL DISTRICT OF CALIFORNIA. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | REVISE 28 USC 754 NOTICE FOR EASTERN DISTRICT OF | B120 | 0.10 | 35.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 15

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | CALIFORNIA. | | | |
| 12/08/21 | DNR | REVISE 28 USC 754 NOTICE FOR NORTHERN DISTRICT OF CALIFORNIA. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | REVISE 28 U.S.C. 754 NOTICE FOR DISTRICT OF COLORADO. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | REVISE 28 U.S.C. 754 NOTICE FOR WESTERN DISTRICT OF WASHINGTON. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | REVISE 28 U.S.C. 754 NOTICE FOR SOUTHERN DISTRICT OF TEXAS. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | REVISE 28 U.S.C. 754 NOTICE FOR WESTERN DISTRICT OF TEXAS. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | REVISE 28 U.S.C. 754 NOTICE FOR EASTERN DISTRICT OF TEXAS. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR CENTRAL DISTRICT OF CALIFORNIA FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR EASTERN DISTRICT OF CALIFORNIA FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR NORTHERN DISTRICT OF CALIFORNIA FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR DISTRICT OF WYOMING FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | PREPARE LETTER TO CLERK'S OFFICES REGARDING 28 U.S.C. 754 NOTICES. | B110 | 0.10 | 35.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR DISTRICT OF COLORADO FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR SOUTHERN DISTRICT OF INDIANA FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR SOUTHERN DISTRICT OF TEXAS FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR WESTERN DISTRICT OF TEXAS FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR EASTERN DISTRICT OF TEXAS FOR MAILING TO CLERK'S OFFICE FOR | B120 | 0.10 | 35.00 |

APP. 0635

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 16

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | FILING. | | | |
| 12/08/21 | DNR | FINALIZE AND COMPILE 28 U.S.C. 754 NOTICE FOR WESTERN DISTRICT OF WASHINGTON FOR MAILING TO CLERK'S OFFICE FOR FILING. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | TELEPHONE CONFERENCES (2) WITH JEFF FINE AND BRANDON ROBERSON WITH BLACK BANDANA ENERGY SERVICES LLC REGARDING CHANGED LOCKS AND ACCESS ISSUES REGARDING METERS AT PALO PINTO, TEXAS. | B120 | 0.60 | 210.00 |
| 12/08/21 | DNR | TELEPHONE CONFERENCE WITH DARRELL JONES REGARDING CHANGED LOCKS AND ACCESS ISSUES REGARDING METERS AT PALO PINTO, TEXAS. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | NUMEROUS TELEPHONE CONFERENCES WITH JEFF FINE AND DEBORAH WILLIAMSON REGARDING CHANGED LOCKS AND ACCESS ISSUES REGARDING METERS AT PALO PINTO, TEXAS AND ISSUES ON SAME. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | REVISE, FINALIZE, AND FILE RECEIVER'S EX PARTE MOTION TO EXTEND DEADLINES TO FILE NOTICES UNDER 28 U.S.C. 754. | B110 | 0.20 | 70.00 |
| 12/08/21 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING PROPOSED ORDER GRANTING RECEIVER'S EX PARTE MOTION TO EXTEND DEADLINES TO FILE NOTICES UNDER 28 U.S.C. 754. | B110 | 0.10 | 35.00 |
| 12/08/21 | DNR | CORRESPONDENCE WITH BRANDON ROBERSON WITH BLACK BANDANA ENERGY SERVICES LLC REGARDING ACCESS TO PROPERTY ISSUES IN PALO PINTO, TEXAS. | B120 | 0.50 | 175.00 |
| 12/08/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON AND DARRELL JONES REGARDING PALO PINTO PROPERTY ACCESS AND LOCK ISSUES ON SAME. | B120 | 0.30 | 105.00 |
| 12/08/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING MAIL NOTICES FOR 777 MAIN STREET, FORT WORTH. | B110 | 0.20 | 70.00 |
| 12/08/21 | DNR | PROVIDE UPDATE TO DEBORAH WILLIAMSON REGARDING RECEIVERSHIP PRODUCTION BY OPERATOR. | B120 | 0.10 | 35.00 |
| 12/08/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING INTERESTED PURCHASER FOR HEARTLAND LEASED SPACE. | B130 | 0.10 | 35.00 |
| 12/08/21 | DNR | RECEIVE INSTRUCTIONS FROM DEBORAH WILLIAMSON REGARDING HEARTLAND LEASED PREMISES AND ISSUES ON SAME. | B120 | 0.20 | 70.00 |
| 12/08/21 | DNR | CORRESPONDENCE WITH LOCAL COUNSEL AND DEBORAH WILLIAMSON REGARDING HEARING ITEMS ON DECEMBER 14, | B110 | 0.20 | 70.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 17

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | 2021. | | | |
| 12/08/21 | DNR | CORRESPONDENCE TO SEC COUNSEL, SEC PROFESSIONALS, AND DEBORAH WILLIAMSON REGARDING CALL REQUEST FOR PREPARATION FOR DECEMBER 14, 2021 HEARING. | B110 | 0.10 | 35.00 |
| 12/08/21 | DNR | RECEIVE INVOICES AND DEPOSIT INFORMATION FROM DEBORAH WILLIAMSON REGARDING HEARTLAND FORT WORTH LOCATION. | B120 | 0.20 | 70.00 |
| 12/08/21 | JRF | INITIAL CALL TO COWBOYS TICKET OFFICES (.3). | B120 | 0.70 | 472.50 |
| 12/08/21 | JRF | IDENTIFY POTENTIAL VALUABLE DALLAS COWBOY SEAT LICENSES AND SEASON TICKETS HELD BY BARRON PETROLEUM AND SEARCH FOR CONTACTS REGARDING SAME (.4). | B120 | 0.40 | 270.00 |
| 12/08/21 | JRF | SPEAK WITH STR MARKETING (THE HUB WHERE COWBOYS SEAT LICENSES ARE ADMINISTERED) REGARDING IDENTIFYING AND FREEZING TRANSFER ACCESS TO AFFECTED SEAT LICENSES (.5). | B120 | 0.50 | 337.50 |
| 12/08/21 | JRF | SPEAK AT LENGTH WITH NICK ACKELS OF DALLAS COWBOIYS REGARDING SEAT LICENSES IN BARRON PETROLEUM AND OTHER ENTITIES (.4). | B120 | 0.40 | 270.00 |
| 12/08/21 | JRF | DRAFT VERY LENGTHY EMAIL TO COWBOYS REGARDING IDENTIFYING AND FREEZING THE LICENSES AND TICKETS, AND RELATED REQUESTS (.8). | B120 | 0.80 | 540.00 |
| 12/08/21 | JRF | FOLLOW-UP EMAIL TO COWBOYS AND CONFER WITH RECEIVER REGARDING SAME (.1). | B120 | 0.10 | 67.50 |
| 12/08/21 | JRF | TALK WITH SEC STEPHANIE AND OBTAIN CLARIFICATION FROM SEC REGARDING WHAT TO DO WITH CELL PHONE SEIZED ON 12/7 AND REPORT TO RECEIVER REGARDING SAME (.3). | B120 | 0.30 | 202.50 |
| 12/08/21 | JRF | DISCUSS STRATEGY WITH RECEIVER REGARDING HOW TO MAXIMIZE VALUE OF 777 MAIN STREET OFFICE LEASE AND FURNISHINGS (.3). | B120 | 0.30 | 202.50 |
| 12/08/21 | JRF | DISCUSS STRATEGY WITH RECEIVER REGARDING CLARIFYING LEGAL OWNERSHIP OF LARGE QUANTITY OF JADE IN STORAGE SPACE (.1). | B120 | 0.10 | 67.50 |
| 12/08/21 | JRF | ATTENTION TO DEMAND BY PRIVATE CAR OWNER REGARDING ACCESS TO HIS VEHICLE IN SEIZED PROPERTY IN GRAHAM (.1). | B120 | 0.10 | 67.50 |
| 12/08/21 | JRF | EXTENDED EMERGENCY CALLS AND FOLLOW-UP REGARDING BANDERA EMPLOYEE SEEKING ACCESS TO APPARENTLY SABOTAGED GATE NEAR GAS METERS ON DALLAS RESOURCE PROPERTY IN PALO PINTO (.6). | B120 | 0.60 | 405.00 |

APP. 0637

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 18

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/08/21 | JRF | REPORT TO RECEIVER AND DARREL JONES REGARDING SAME AND PLAN FOR WHAT MAY BE OTHER SABOTAGE EVENTS (.4). | B120 | 0.40 | 270.00 |
| 12/08/21 | JRF | MAKE CONTACT WITH KROLL RICH PLANSKY REGARDING PROJECT TO IMAGE CELL PHONE AND BIDDING TO IMAGE DOZENS OF ELECTRONICS (.3). | B120 | 0.30 | 202.50 |
| 12/08/21 | JRF | FOLLOW-UP EMAIL TRAFFIC WITH KROLL REGARDING SAME (.2). | B120 | 0.20 | 135.00 |
| 12/08/21 | JRF | STRATEGY WITH RECEIVER REGARDING DEALING WITH EXTENSIVE OFFICE FURNISHINGS (.3). | B120 | 0.30 | 202.50 |
| 12/08/21 | JRF | REVIEW VARIOUS SEIZED ITEMS IN LOCKED ROOM TO DETERMINE WHAT TO DO WITH SAME (.3). | B120 | 0.30 | 202.50 |
| 12/08/21 | JRF | REVIEW UNSEALED DOCKET AND ADVISE REGARDING DARRELL JONES (.2). | B120 | 0.20 | 135.00 |
| 12/08/21 | JRF | STRATEGIZE WITH RECEIVER REGARDING NEGOTIATION WITH POTENTIAL TAKEOVER TENANT AND PARAMETERS REGARDING 777 MAIN LEASE (.3). | B120 | 0.30 | 202.50 |
| 12/08/21 | JRF | SUPERVISE ALEX RAHN REGARDING ENSURING CHAIN OF CUSTODY REGARDING ALL SEIZED RECEIVERSHIP PROPERTY, DOCUMENTS AND INFORMATION (.6). | B120 | 0.60 | 405.00 |
| 12/08/21 | JRF | CONFER WITH ISRAEL SILVAS REGARDING SAME (.3). | B120 | 0.30 | 202.50 |
| 12/08/21 | ARRA | UPLOADING AND ORGANIZING PICTURES TAKEN FROM THE PREVIOUS DAY AT THE GRAHAM PROPERTY AND AOS OFFICE AND SCANNING FILE STAMPED MOTIONS FILED THE PREVIOUS DAY. | B110 | 2.00 | 666.00 |
| 12/08/21 | ARRA | PHOTOGRAPHING AND INVENTORING FURNITURE AT 777 MAIN STREET FORT WORTH, TX  AND OTHER TASKS NECESSARY TO GET ACCESS TO THE OFFICE SPACE. | B120 | 3.00 | 999.00 |
| 12/08/21 | ARRA | UNLOADING AND ORGANIZING ASSETS SEIZED FROM THE HEARTLAND GROUP OFFICE AT 777 MAIN ST. SUITE 2160. | B120 | 0.90 | 299.70 |
| 12/08/21 | ARRA | ORGANIZING PHOTOGRAPHS OF FURNITURE FROM 777 MAIN STREET SUITE 2160 INTO A PDF THAT JEFF FINE CAN SEND TO BROKER OR AUCTIONEER. | B120 | 2.10 | 699.30 |
| 12/08/21 | IRS | DRAFT AND REVISE REPORT TO RECEIVER REGARDING ACTIVITIES TAKEN IN GRAHAM, TEXAS, INCLUDING SEIZURE OF ASSETS AND LOCKDOWN OF FACILITIES. | B110 | 2.50 | 1,135.00 |
| 12/08/21 | IRS | DRAFT AND REVISE INVENTORY OF MATERIALS SEIZED IN GRAHAM & MANSFIELD TEXAS. | B120 | 1.30 | 590.20 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 19

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/08/21 | IRS | CORRESPOND WITH RECEIVER, THE SEC, AND MR. IKEY REGARDING IMAGING OF PHONE. | B110 | 0.80 | 363.20 |
| 12/08/21 | IRS | DRAFT PETITION, AND CONFER WITH TARA KERN REGARDING SAME. | B110 | 0.80 | 363.20 |
| 12/08/21 | IRS | CORRESPOND WITH RECEIVER AND MR. COLIN EDWARDS REGARDING RECOVERY OF BLACK FORD SEDAN STORED AT ARCOOIL GRAHAM FACILITY. | B110 | 0.70 | 317.80 |
| 12/08/21 | ARA | OBTAIN AND SECURE FLIGHT AND MAINTENANCE LOGS FOR AGUSTA 109 AIRCRAFT. | B120 | 2.30 | 1,067.20 |
| 12/08/21 | ARA | REVIEW HELICOPTER LOGS AND INFORMATION RECEIVED AND ATTENTION TO INVENTORY OF SAME. | B120 | 0.50 | 232.00 |
| 12/09/21 | IRS | CORRESPOND WITH RECEIVER REGARDING IKEY COMMUNICATIONS. | B110 | 0.30 | 136.20 |
| 12/09/21 | IRS | WORK ON PRESERVATION OF ELECTRONIC EQUIPMENT SEIZED IN GRAHAM AND MANSFIELD. | B120 | 0.50 | 227.00 |
| 12/09/21 | IRS | REVIEW CHECKS RECOVERED FROM GRAHAM ARCOOIL FACILITY, PREPARE INVENTORY, AND CORRESPOND WITH RECEIVER REGARDING SAME. | B110 | 1.30 | 590.20 |
| 12/09/21 | IRS | CORRESPOND WITH JEFF FINE AND COLIN EDWARDS REGARDING LOCATION OF EQUIPMENT REMOVED FROM GRAHAM FACILITY. | B110 | 0.50 | 227.00 |
| 12/09/21 | IRS | FINALIZE REPORT TO RECEIVER REGARDING FIRST DAY RECEIVER ACTIVITIES IN GRAHAM, TEXAS. | B120 | 1.50 | 681.00 |
| 12/09/21 | ARRA | GOING INTO CELL PHONES AND COMPUTERS SEIZED FROM AOS AND THROUGH OTHER ITEMS SEIZED FROM THE GRAHAM PROPERTY AND FILLING IN SPREADSHEET WITH MANUFACTURER AND OTHER IDENTIFYING INFORMATION. | B120 | 3.30 | 1,098.90 |
| 12/09/21 | ARRA | COORDINATING THE MAILING OF JAMES IKEY'S CELL PHONE TO THE SEC. | B110 | 2.30 | 765.90 |
| 12/09/21 | ARRA | ORGANIZING AND PHOTOGRAPHING THE LAMPASES CONFERENCE ROOM TO DOCUMENT THE STORAGE OF SEIZED INVENTORY. | B120 | 1.40 | 466.20 |
| 12/09/21 | ARA | CALL WITH M. CARAVELLA RE: ISSUES TO BE ADDRESSED TO MAINTAIN THE VALUE OF THE CHALLENGER AIRCRAFT. | B120 | 0.40 | 185.60 |
| 12/09/21 | ARA | CONTINUE DRAFTING MEMORANDUM SUMMARIZING STEPS TAKEN TO SEIZE AIRCRAFT. | B120 | 1.40 | 649.60 |
| 12/09/21 | JRF | RESPOND TO VARIOUS SEC REQUESTS REGARDING | B120 | 1.00 | 675.00 |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 20

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | ELECTRONICS AND PRESERVATION OF INFORMATION, (1.0). | | | |
| 12/09/21 | JRF | CALL WITH PALO PINTO PUMPER BLACK BANDANA AND THEIR ATTORNEY WILSON WALLACE REGARDING SABOTAGE TO THE FENCE ACCESS FOR GAS METER READINGS (.6). | B120 | 0.60 | 405.00 |
| 12/09/21 | JRF | SUPERVISE SEC REQUIREMENTS FOR FORWARDING CELL PHONE FOR FORENSIC STUDY, MAINTENANCE OF CHAIN OF CUSTODY AND OTHER RELATED MATTERS (.6). | B120 | 0.60 | 405.00 |
| 12/09/21 | JRF | FOLLOW-UP WITH DALLAS COWBOYS DEPUTY GENERAL COUNSEL KALEISHA STUART REGARDING REQUEST TO FIND AND FREEZE SEAT LICENSES AND TICKETS OF RECEIVERSHIP PARTIES (.6). | B120 | 0.60 | 405.00 |
| 12/09/21 | JRF | FURTHER CALL REGARDING SAME WITH COWBOYS GENERAL COUNSEL JASON COHEN (.6). | B120 | 0.60 | 405.00 |
| 12/09/21 | JRF | FOLLOW-UP EMAIL WITH MR. COHEN REGARDING SEARCHING AND FREEZING OTHER REMAINING RECEIVERSHIP PARTIES (.8). | B120 | 0.80 | 540.00 |
| 12/09/21 | JRF | OBTAIN INFORMATION FROM TERMINATED EMPLOYEE OF LOCATION OF MAJOR PIECES OF EQUIPMENT THAT HAD BEEN MOVED FROM GRAHAM YARD AND INFORMATION REGARDING OTHER EQUIPMENT AND SITES (.7). | B120 | 0.70 | 472.50 |
| 12/09/21 | JRF | FOLLOW-UP CALL WITH BIG DOG WRECKER SERVICE LOCATING 9 SIGNIFICANT PIECES OF BARRON PETROLEUM EQUIPMENT SEIZED BY A CREDITOR (.8). | B120 | 0.80 | 540.00 |
| 12/09/21 | JRF | TRY TO PIECE TOGETHER INFORMATION ON THE SEIZED EQUIPMENT AT BIG DOG, WHAT TO DO WITH IT, AND APPARENT LARGE PIECES OF OTHER EQUIPMENT IN PALO PINTO (.7). | B120 | 0.70 | 472.50 |
| 12/09/21 | JRF | COORDINATE WITH PERSONNEL SEARCH AND CONTEMPLATED SEIZURES OF PROPERTY FROM IKEY RESIDENCE AND ADDRESSING SERIOUS ISSUES REGARDING SAME (.9). | B120 | 0.90 | 607.50 |
| 12/09/21 | JRF | REPORTS TO RECEIVER REGARDING RECENTLY DISCOVERED COWBOYS LICENSES AND TICKETS, EFFORTS REGARDING SAME AND EQUIPMENT IN GRAHAM AND PALO PINTO AND EFFORTS TO OBTAIN SAME (.6). | B120 | 0.60 | 405.00 |
| 12/09/21 | JRF | REVIEW DARRELL JONES' APPLICATION AND DECLARATION (.1). | B120 | 0.10 | 67.50 |
| 12/09/21 | DNR | TELEPHONE CONFERENCE WITH RUSTIN BRUNSON AND DEBORAH WILLIAMSON REGARDING HEARTLAND CHECKS PRE- | B120 | 0.10 | 35.00 |

APP. 0640

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 21

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|------------|------|-------|--------|
| | | RECEIVERSHIP AND ISSUES ON SAME. | | | |
| 12/09/21 | DNR | ACCESS HEARTLAND EMAIL ADDRESSES AND CREATE AUTOMATIC RECEIVERSHIP INQUIRY RESPONSE. | B110 | 0.20 | 70.00 |
| 12/09/21 | DNR | COORDINATE WEBSITE FOR RECEIVERSHIP AND CONTENT ON SAME. | B110 | 0.20 | 70.00 |
| 12/09/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON AND DEBORAH WILLIAMSON REGARDING HEARTLAND ACCESS REGARDING WEBSITE AND PORTAL. | B110 | 0.30 | 105.00 |
| 12/09/21 | DNR | RECEIVE TASK INSTRUCTIONS FROM DEBORAH WILLIAMSON REGARDING HEARTLAND SERVERS AND WEBSITE. | B120 | 0.10 | 35.00 |
| 12/09/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND YAIR BARAHONA REGARDING SERVER ACCESS AND INVOICES FOR ENCRYPT FORTRESS. | B120 | 0.20 | 70.00 |
| 12/09/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING COMPUTER EQUIPMENT AND PHONE PROTOCOL. | B120 | 0.30 | 105.00 |
| 12/09/21 | DNR | REPORT FOR CALL WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING STATUS UPDATES AND NEW DEVELOPMENTS. | B110 | 0.80 | 280.00 |
| 12/09/21 | DNR | RECEIVE MASTER SERVICES AGREEMENT FROM DARRELL JONES. | B210 | 0.10 | 35.00 |
| 12/09/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING FARADAY BAGS AND TRANSPORT AND SUBMISSION OF DEFENDANT IKEY'S PHONE TO SEC OFFICE IN DC. | B120 | 0.30 | 105.00 |
| 12/09/21 | DNR | RECEIVE TASKS FROM DEBORAH WILLIAMSON REGARDING PROOF OF PRODUCTION PAYMENT FOR PANTHER ENERGY. | B120 | 0.10 | 35.00 |
| 12/09/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON AND ROGER SAHOTA'S COUNSEL REGARDING INFORMATION AND DOCUMENTATION REQUESTS OF HIS CLIENTS FOR ACCESS TO BANK ACCOUNTS AND ELECTRONIC DEVICES. | B120 | 0.70 | 245.00 |
| 12/09/21 | DNR | CALL WITH STETSON HALL AND WILSON WALLACE REGARDING BLACK BANDANA PROPERTY ACCESS ISSUES IN PALO PINTO, TEXAS. | B120 | 0.40 | 140.00 |
| 12/09/21 | DNR | TELEPHONE CONFERENCE WITH RECEIVER AND LOCAL COUNSEL REGARDING INSTRUCTIONS AND PROTOCOL FOR COUNSEL RELATIONSHIPS. | B120 | 0.40 | 140.00 |

APP. 0641

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 22

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/09/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING LUXURY LIFESTYLE LLC. | B120 | 0.20 | 70.00 |
| 12/09/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING PRELIMINARY INJUNCTION UPDATE. | B110 | 0.20 | 70.00 |
| 12/09/21 | DNR | CORRESPONDENCE WITH ROGER SAHOTA'S COUNSEL REGARDING DECEMBER 14, 2021 HEARING AND PALO PINTO, TEXAS PROPERTY ACCESS. | B120 | 0.30 | 105.00 |
| 12/09/21 | DNR | PROVIDE UPDATE TO LOCAL COUNSEL REGARDING PRELIMINARY INJUNCTION STATUS AND DECEMBER 14, 2021 HEARING. | B110 | 0.10 | 35.00 |
| 12/09/21 | DNR | RECEIVE INVOICES FROM DEBORAH WILLIAMSON REGARDING ENCRYPT FORTRESS. | B210 | 0.10 | 35.00 |
| 12/09/21 | DNR | CORRESPONDENCE TO SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING INVENTORY LIST FROM SAN ANTONIO OFFICE. | B120 | 0.10 | 35.00 |
| 12/09/21 | DNR | TELEPHONE CONFERENCE WITH DARRELL JONES REGARDING VAL VERDE COUNTY RIG UPDATE. | B120 | 0.20 | 70.00 |
| 12/09/21 | DNR | REPORT FOR FOLLOW UP CALL WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING DECEMBER 14, 2021 HEARING. | B110 | 0.70 | 245.00 |
| 12/09/21 | DNR | REVIEW ORDER GRANTING MOTION TO EXTEND RECEIVER'S DEADLINE TO FILE NOTICES UNDER 28 U.S.C. 754. | B110 | 0.10 | 35.00 |
| 12/09/21 | JRF | EXTENDED CALL WITH POTENTIAL CYBER AND FORENSICS VENDOR KROLL WITH DIRECTOR MICHAEL QUINN (.4). | B120 | 0.40 | 270.00 |
| 12/09/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING IKEY'S BUSINESS AND BITCOIN MINING. | B120 | 0.40 | 140.00 |
| 12/10/21 | DNR | REVIEW COURT ORDER CHANGING TIME OF DECEMBER 14, 2021 HEARING. | B110 | 0.10 | 35.00 |
| 12/10/21 | DNR | INFORM SEC COUNSEL OF TIME CHANGE BY COURT FOR DECEMBER 14, 2021 HEARING. | B110 | 0.10 | 35.00 |
| 12/10/21 | DNR | TELEPHONE CONFERENCE WITH RUSTIN BRUNSON'S COUNSEL REGARDING HEARTLAND GROUP VENTURES CORPORATE DOCUMENTS. | B210 | 0.10 | 35.00 |
| 12/10/21 | DNR | TELEPHONE CONFERENCE WITH TEXAS MUTUAL OPERATOR REGARDING REQUEST FOR LEGAL CONTACT AND POLICYHOLDER DOCUMENTATION. | B120 | 0.40 | 140.00 |
| 12/10/21 | DNR | DRAFT CORRESPONDENCE TO TEXAS MUTUAL IN-HOUSE | B120 | 0.20 | 70.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 23

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | COUNSEL REGARDING DOCUMENT AND PAYMENT REQUEST OF RECEIVER. | | | |
| 12/10/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND DARRELL JONES REGARDING EQUIPMENT YARDS AND FORMER EMPLOYEE ISSUES. | B120 | 0.30 | 105.00 |
| 12/10/21 | DNR | TELEPHONE CONFERENCE WITH ROGER SAHOTA'S COUNSEL REGARDING INSURANCE AND EMPLOYEE INFORMATION. | B210 | 0.50 | 175.00 |
| 12/10/21 | DNR | CORRESPONDENCE TO DARRELL JONES REGARDING CONTACT LIST FOR FIELD EMPLOYEES. | B210 | 0.10 | 35.00 |
| 12/10/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING EMPLOYEES OF SAHOTA ENTITIES. | B210 | 0.10 | 35.00 |
| 12/10/21 | DNR | CORRESPONDENCE WITH ROGER SAHOTA'S COUNSEL REGARDING EMPLOYEE CONTACT LIST. | B210 | 0.20 | 70.00 |
| 12/10/21 | DNR | TELEPHONE CONFERENCE WITH U.S. DISTRICT CLERK FOR WESTERN DISTRICT OF WASHINGTON REGARDING NOTICE OF RECEIVERSHIP FILING. | B120 | 0.10 | 35.00 |
| 12/10/21 | DNR | PREPARE AND SUBMIT CHANGE OF ADDRESS FORMS FOR ALL RECEIVERSHIP PARTY ENTITIES WITH USPS. | B120 | 1.00 | 350.00 |
| 12/10/21 | DNR | REPORT FOR STATUS CALL WITH DEBORAH WILLIAMSON AND SEC COUNSEL. | B110 | 1.00 | 350.00 |
| 12/10/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING VEHICLES FROM RANCH AND SUNNY'S HOUSE. | B120 | 0.20 | 70.00 |
| 12/10/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING INVESTOR ADDRESSES AND ISSUES ON SAME. | B110 | 0.20 | 70.00 |
| 12/10/21 | JSM | ATTORNEY CONFERENCE WITH MR. FINE TO PREPARE FOR IN-PERSON VISIT TO JAMES IKEY RESIDENCE. | B120 | 0.40 | 203.40 |
| 12/10/21 | JSM | TELEPHONE CONFERENCE WITH US MARSHAL JOHN SPAULDING TO PREPARE FOR IN-PERSON VISIT TO JAMES IKEY RESIDENCE. | B120 | 0.10 | 50.85 |
| 12/10/21 | JRF | SET UP ACCOUNT WITH SEAT GEEK REGARDING ADVICE OF COWBOY'S OGC (.3). | B120 | 0.30 | 202.50 |
| 12/10/21 | JRF | EXTENDED CALL FROM JAMES IKEY WITH 4 REQUESTS (.4). | B120 | 0.40 | 270.00 |
| 12/10/21 | JRF | EMAIL TO RECEIVER REGARDING SAME AND RECOMMENDATIONS BASED ON IKEY'S CALL (.3). | B120 | 0.30 | 202.50 |
| 12/10/21 | JRF | BRIEF JASON ROSS AND ALEX RAHN ON INSPECTION OF IKEY HOME ON MONDAY WITH US MARSHALS AND DEVELOP LIST OF ITEMS WITH THEM TO BE OBTAINED AND REQUESTED | B120 | 1.20 | 810.00 |

APP. 0643

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 24

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | DURING THE SEARCH (1.2). | | | |
| 12/10/21 | JRF | CONFIRM CHAIN OF CUSTODY AND SECURE PHONES AND OTHER MATERIALS IN THE LOCKED ROOM (.3). | B120 | 0.30 | 202.50 |
| 12/10/21 | JRF | MEETING WITH OSCAR MUNOZ REGARDING TRANSLATING GUATEMALA DOCUMENTS AND ASCERTAINING VALUE FOR THE RECEIVERSHIP (.5). | B120 | 0.50 | 337.50 |
| 12/10/21 | DNR | DRAFT NOTICE OF INITIAL INVESTOR LETTER. | B110 | 0.20 | 70.00 |
| 12/10/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING DRAFT NOTICE OF INITIAL INVESTOR LETTER. | B110 | 0.10 | 35.00 |
| 12/10/21 | DNR | CORRESPONDENCE FROM AND TELEPHONE CONFERENCE WITH DARRELL JONES REGARDING MISSING EQUIPMENT AND VEHICLES. | B120 | 0.20 | 70.00 |
| 12/10/21 | DNR | PREPARE LOG OF AND TAG ELECTRONICS INVENTORY TAKEN FROM RANCH AND SUNNY'S HOUSE IN FORM REQUESTED BY SEC COUNSEL. | B120 | 1.50 | 525.00 |
| 12/10/21 | DNR | CORRESPONDENCE TO RUSTIN BRUNSON REGARDING REQUEST FOR INVESTOR CONTACT INFORMATION. | B110 | 0.10 | 35.00 |
| 12/10/21 | DNR | CORRESPONDENCE FROM SEC COUNSEL REGARDING HEARTLAND AMEX STATEMENTS. | B120 | 0.10 | 35.00 |
| 12/10/21 | IRS | PLAN AND PREPARE FOR VISIT TO MR. IKEY IN MANSFIELD, TEXAS. | B110 | 0.50 | 227.00 |
| 12/10/21 | ARRA | CHECKING SEIZED PHONES FROM AOS FOR CRYPTO WALLETS AND LOOKING THROUGH JAMES IKEY'S ENCRYPT MAILBOX FOR EMAILS RELEVANT TO THE CASE. | B120 | 1.20 | 399.60 |
| 12/10/21 | ARRA | CONVERSING WITH JEFF FINE AND JASON ROSS REGARDING GOING TO THE JAMES IKEY'S HOUSE THE UPCOMING MONDAY AND ITEMS THAT NEED TO BE SEIZED AND OTHER INFORMATION THAT WE NEEDED TO ACQUIRE. | B120 | 0.50 | 166.50 |
| 12/10/21 | ARRA | CALLING STORAGE COMPANY IN ALEDO REGARDING PAYING THE BILL AND DRAFT EMAIL TO DEBORAH WILLIAMSON EXPLAINING THAT I WAS UNABLE TO GET IN TOUCH BUT LEFT A MESSAGE WITH STORAGE FACILITY. | B110 | 0.20 | 66.60 |
| 12/10/21 | ARRA | CONTACTING JOHN SPAULDING WITH THE U.S. MARSHAL'S OFFICE TO COORDINATE AN ESCORT TO JAMES IKEY'S HOUSE FOR MONDAY, DECEMBER 13. | B120 | 0.20 | 66.60 |
| 12/10/21 | ARRA | LOOKING INTO THE CONTACT INFORMATION FOR THE BOX.COM AND EMAILING JEFF FINE AND DEBORAH WILLIAMSON REGARDING NEXT STEPS FOR GETTING ACCESS | B120 | 0.70 | 233.10 |

APP. 0644

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 25

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | TO THE BOX.COM ACCOUNT. | | | |
| 12/10/21 | JRF | CONFER WITH COWBOY'S OGC REGARDING TAKING CONTROL OF SEAT LICENSES AND COWBOY TICKETS (.4). | B120 | 0.40 | 270.00 |
| 12/10/21 | ARA | MULTIPLE CALLS AND TEXT MESSAGES WITH M. CARAVELLA RE: SECURING AIRPLANE AND HANGAR SPACE FOR THE PLAN AND HELICOPTER. | B120 | 0.60 | 278.40 |
| 12/10/21 | ARA | MULTIPLE EMAILS RE: RELOCATING THE HELICOPTER AND PLANE, ALTERNATIVE HANGAR SPACE AND PILOTS TO MOVE THE AIRCRAFT. | B120 | 0.70 | 324.80 |
| 12/11/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON, SEC COUNSEL, SEC PROFESSIONALS, AND DARRELL JONES REGARDING PREPARATION FOR DECEMBER 14, 2021 HEARING AND REPORT FROM FIELD OPERATIONS AND ASSET DISCOVERY. | B120 | 1.10 | 385.00 |
| 12/12/21 | DNR | CORRESPONDENCE TO RUSTIN BRUNSON REGARDING INVESTOR CONTACT SPREADSHEET. | B110 | 0.10 | 35.00 |
| 12/12/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING EDITS AND COMMENTS TO DRAFT FIRST 10-DAY STATUS REPORT. | B110 | 0.20 | 70.00 |
| 12/12/21 | OG | REVIEW AND ANALYZE THE PUBLIC DEED NUMBER 55 DATED SEPTEMBER 30, 2019, ISSUED IN THE MUNICIPALITY OF PUERTO BARRIOS, IZABAL DEPARTMENT, GUATEMALA BY MISS MARLENE YANIRA REYES MAYEN, NOTARY, THAT CONTAINS THE PROPERTY DEED OF FINCA EL ESFUERZO, OWNED BY LILIAN RAQUEL PEREZ FIGUEROA. | B120 | 0.30 | 111.00 |
| 12/12/21 | OG | REVIEW AND ANALYZE THE PUBLIC DEED NUMBER 56 DATED SEPTEMBER 30, 2019, ISSUED IN THE MUNICIPALITY OF PUERTO BARRIOS, IZABAL DEPARTMENT, GUATEMALA BY MISS MARLENE YANIRA REYES MAYEN, NOTARY, THAT CONTAINS THE TRANSFER OF IMPROVEMENTS AND FIXTURES BUILT INSIDE FINCA EL ESFUERZO, OWNED BY LILIAN RAQUEL PEREZ FIGUEROA. | B120 | 0.20 | 74.00 |
| 12/12/21 | OG | REVIEW AND ANALYZE THE FINCA EL ESFUERZO BLUEPRINTS APPROVAL NUMBER 18-04-2019-01036-AP, DATED SEPTEMBER 18, 2019, ISSUED BY THE CADASTRAL INFORMATION REGISTRY OF GUATEMALA. | B120 | 0.10 | 37.00 |
| 12/12/21 | OG | REVIEW AND ANALYZE THE PUBLIC DEED NUMBER 29 DATED JANUARY 14, 1991, ISSUED IN THE CITY OF CHIQUIMULA, GUATEMALA BY MR. ROBERTO SALVADOR CUELLAR ESTRADA, NOTARY, THAT CONTAINS THE PROPERTY DEED OF FINCA EL | B120 | 0.30 | 111.00 |

APP. 0645

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 26

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | ESFUERZO, OWNED BY RAMIRO LEMUS VILLEDA. | | | |
| 12/12/21 | OG | REVIEW AND ANALYZE THE PUBLIC DEED NUMBER 54 DATED SEPTEMBER 30, 2019, ISSUED IN THE MUNICIPALITY OF PUERTO BARRIOS, IZABAL DEPARTMENT, GUATEMALA BY MISS MARLENE YANIRA REYES MAYEN, NOTARY, THAT CONTAINS THE POWER OF ATTORNEY GRANTED TO VERONICA LIBERTAD ORTIZ LOPEZ. | B120 | 0.20 | 74.00 |
| 12/12/21 | OG | PREPARE A FIRST DRAFT REPORT WITH THE ANALYSIS OF THE FOLLOWING DOCUMENTS ISSUED IN GUATEMALA: (I) PUBLIC DEED NUMBER 55 DATED SEPTEMBER 30, 2019; (II) PUBLIC DEED NUMBER 56 DATED SEPTEMBER 30, 2019; (III) FINCA EL ESFUERZO BLUEPRINTS APPROVAL NUMBER 18-04-2019-01036-AP, DATED SEPTEMBER 18, 2019, ISSUED BY THE GUATEMALA CADASTRAL INFORMATION REGISTRY; (IV) PUBLIC DEED NUMBER 29 DATED JANUARY 14, 1991; AND (V) PUBLIC DEED NUMBER 54 DATED SEPTEMBER 30, 2019. | B120 | 1.50 | 555.00 |
| 12/12/21 | ARRA | COMPILING NOTES FROM SEIZURE THAT TOOK PLACE ON DECEMBER 3, 2021 AT THE AOS OFFICE AT 400 INDUSTRIAL SUITE 202, MANSFIELD, TX AND PUTTING TOGETHER SEIZURE LIST FOR SEIZURE THAT WILL TAKE PLACE AS JAMES IKEY'S HOME ON 12/13/2021. | B120 | 1.20 | 399.60 |
| 12/12/21 | ARRA | PREPARING AND PLANNING ACTION ITEMS FOR 12/13 IN MANSFIELD AT THE IKEY'S PROPERTY INCLUDING REVIEWING THE IKEY'S DEPOSITION TRANSCRIPTS FOR OTHER RELEVANT ITEMS THAT NEED TO BE SEIZED. | B120 | 1.10 | 366.30 |
| 12/12/21 | JRF | REVIEW AND REVISE RECEIVER'S INITIAL REPORT (.2). | B120 | 0.20 | 135.00 |
| 12/12/21 | ARA | COMMUNICATIONS WITH M. CARAVELLA RE: MOVING AIRCRAFT TO ALTERNATIVE HANGAR LOCATION, INFORMATION NEEDED TO MOVE HELICOPTER, AND LOGISTICS FOR LEASE SPACE. | B120 | 0.50 | 232.00 |
| 12/12/21 | ARA | REVIEW DRAFT REPORT OF RECEIVER WITH PARTICULAR ATTENTION TO INFORMATION REGARDING AIRCRAFT. | B120 | 0.40 | 185.60 |
| 12/12/21 | JSM | REVIEW AND ANALYZE DEPOSITION OF JAMES IKEY TO PREPARE FOR IN-PERSON VISIT OF RESIDENCE. | B120 | 1.80 | 915.30 |
| 12/12/21 | JSM | REVIEW AND ANALYZE DEPOSITION OF BRIDY IKEY TO PREPARE FOR IN-PERSON VISIT OF RESIDENCE. | B120 | 1.10 | 559.35 |
| 12/13/21 | JSM | CONDUCT INTERVIEW OF JAMES IKEY AND INSPECTION OF IKEY RESIDENCE TO IDENTIFY ASSETS AND AOS DOCUMENTS. | B120 | 1.80 | 915.30 |
| 12/13/21 | JSM | SEARCH AND OBTAIN FILES FROM AOS OFFICE. | B120 | 2.00 | 1,017.00 |

APP. 0646

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 27

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/13/21 | JSM | ATTEMPT TO ACCESS STORAGE UNIT - JAMES IKEY SUPPLIED WRONG KEY. | B120 | 0.20 | 101.70 |
| 12/13/21 | JSM | REVIEW CONTENTS OF AOS STORAGE UNIT. | B120 | 0.40 | 203.40 |
| 12/13/21 | JRF | AT REQUEST OF SEC REVIEW ALL SEIZED PHONES, SECURE FOR SEC REVIEW (.4). | B120 | 0.40 | 270.00 |
| 12/13/21 | JRF | CALL FROM MR. IKEY REGARDING HIS PHONE AND OTHER MATTERS (.3). | B120 | 0.30 | 202.50 |
| 12/13/21 | JRF | REVIEW GUATEMALA PROPERTY REPORT (TRANSLATED) (.2). | B120 | 0.20 | 135.00 |
| 12/13/21 | JRF | CALL WITH JW LAWYER WILLIAM JENKINS REGARDING WHETHER JW INTERESTED IN TAKING 777 MAIN LEASE (.3). | B120 | 0.30 | 202.50 |
| 12/13/21 | JRF | REVIEW RECEIVER 10 DAY REPORT (.2). | B120 | 0.20 | 135.00 |
| 12/13/21 | JRF | OVERSEE DYKEMA PERSONNEL RAHN AND ROSS REGARDING MORNING SEIZURE LED BY US MARSHALS INCLUDING CALLS WITH BOTH DURING EVENT (.5). | B120 | 0.50 | 337.50 |
| 12/13/21 | JRF | REVIEW IKEY MOTION TO RELEASE FUNDS (.2). | B120 | 0.20 | 135.00 |
| 12/13/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING PHONE ACCESS AND INCORRECT CODE ISSUES. | B110 | 0.20 | 70.00 |
| 12/13/21 | DNR | FINALIZE, COMPILE, AND FILE NOTICE OF INITIAL INVESTOR LETTER. | B110 | 0.20 | 70.00 |
| 12/13/21 | DNR | CORRESPONDENCE WITH DARRELL JONES REGARDING FIELD OPERATIONS ISSUES AND LANDOWNER CONCERNS. | B210 | 0.20 | 70.00 |
| 12/13/21 | DNR | REVIEW BANK RECORDS SENT BY SEC COUNSEL REGARDING HEARTLAND AMEX CARDS. | B110 | 0.40 | 140.00 |
| 12/13/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND BANK REPRESENTATIVES REGARDING PAYMENT OF AARON ERWIN, PUMPER, AND BANK ACCOUNT INFORMATION. | B210 | 0.60 | 210.00 |
| 12/13/21 | DNR | REVISE, FINALIZE, AND FILE RECEIVER'S 10-DAY STATUS REPORT. | B110 | 0.80 | 280.00 |
| 12/13/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON, LOCAL COUNSEL, AND SEC COUNSEL REGARDING PREP CALL BEFORE DECEMBER 14, 2021 HEARING. | B110 | 0.20 | 70.00 |
| 12/13/21 | DNR | TELEPHONE CONFERENCES WITH DEBORAH WILLIAMSON AND JESSE MUNOZ REGARDING WIRE TRANSFER AND BANK ACCOUNTS OF RECEIVERSHIP. | B210 | 0.30 | 105.00 |
| 12/13/21 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR AND DARRELL JONES REGARDING PAYMENT OF PUMPER VIA WIRE | B210 | 0.10 | 35.00 |

APP. 0647

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 28

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | TRANSFER. | | | |
| 12/13/21 | DNR | CORRESPONDENCE WITH IBC BANK CONTACT REGARDING PAYMENT OF PUMPER VIA WIRE. | B210 | 0.20 | 70.00 |
| 12/13/21 | DNR | DRAFT 8 LETTERS TO OIL AND GAS COMPANIES REGARDING ACCOUNT AND PAYMENT TURNOVER TO RECEIVER, COMPILE EXHIBITS, AND MAIL. | B120 | 0.80 | 280.00 |
| 12/13/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING DRAFT LETTERS TO OIL AND GAS COMPANIES REGARDING ACCOUNT AND PAYMENT TURNOVER TO RECEIVER. | B120 | 0.10 | 35.00 |
| 12/13/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL, DEBORAH WILLIAMSON, AND LOCAL COUNSEL REGARDING DRAFT INITIAL 10-DAY RECEIVER REPORT. | B110 | 0.30 | 105.00 |
| 12/13/21 | DNR | REVIEW CORRESPONDENCE FROM CREDITOR COUNSEL REGARDING ASSETS TAKEN BASED UNDER STATE COURT RULING. | B120 | 0.10 | 35.00 |
| 12/13/21 | DNR | TELEPHONE CONFERENCE WITH XOCHITL ESPARZA WITH FIRST NATIONAL BANK OF ELDORADO REGARDING ACCOUNT TRANSFER REQUEST TO RECEIVER'S NEW BANK ACCOUNT. | B120 | 0.10 | 35.00 |
| 12/13/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING BANK ACCOUNT TASKS. | B120 | 0.10 | 35.00 |
| 12/13/21 | DNR | DRAFT LETTER TO FIRST NATIONAL BANK OF ELDORADO REGARDING BANK ACCOUNT FUND TRANSFER AND ACCOUNT CLOSURE. | B120 | 0.40 | 140.00 |
| 12/13/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING LETTER TO FIRST NATIONAL BANK OF ELDORADO REGARDING BANK ACCOUNT FUND TRANSFER AND ACCOUNT CLOSURE. | B120 | 0.10 | 35.00 |
| 12/13/21 | DNR | REPORT FOR HEARING PREPARATION CALL WITH SEC COUNSEL, LOCAL COUNSEL, AND DEBORAH WILLIAMSON. | B110 | 0.90 | 315.00 |
| 12/13/21 | DNR | RECEIVE CORRESPONDENCE FROM SEC COUNSEL REGARDING ACCOUNTANT FOR SAHOTA ENTITIES CONTACT. | B110 | 0.10 | 35.00 |
| 12/13/21 | DNR | CORRESPONDENCE FROM ROGER SAHOTA'S COUNSEL REGARDING INFORMATION FOR HEALTH INSURANCE. | B210 | 0.10 | 35.00 |
| 12/13/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING COURT ORDER CANCELING DECEMBER 14, 2021 HEARING. | B110 | 0.10 | 35.00 |
| 12/13/21 | DNR | DRAFT LETTER TO FIRST FINANCIAL BANK REGARDING BANK ACCOUNT FUND TRANSFER AND ACCOUNT CLOSURE. | B120 | 0.40 | 140.00 |

APP. 0648

# Dykema

| | |
|---|---|
| DEBORAH D WILLIAMSON | MATTER #: 122686.000002 |
| DEBORAH WILLIAMSON | INVOICE #: 3435926 |
| | PAGE 29 |

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/13/21 | DNR | COORDINATE SIGNAGE ON LEASED PROPERTIES FOR RECEIVERSHIP. | B210 | 0.20 | 70.00 |
| 12/13/21 | DNR | REVIEW CORRESPONDENCE FROM JAMES IKEY REGARDING CONSENT REGARDING AOS DATA TRANSFER. | B120 | 0.10 | 35.00 |
| 12/13/21 | TED | SET UP ACCOUNT ON GO DAYDDY; ATTEMPTING TO LOG-IN. | B110 | 0.10 | 25.65 |
| 12/13/21 | ARRA | PRINTING AND GATHERING BOXES AND OTHER INFORMATION NEEDED TO GO OUT TO MR. IKEY'S HOME IN MANSFIELD WITH THE U.S. MARSHALS. | B120 | 0.70 | 233.10 |
| 12/13/21 | ARRA | SEARCHING AND SEIZING ASSETS FROM JAMES IKEY'S HOME AND SPEAKING WITH MR. IKEY. | B120 | 1.80 | 599.40 |
| 12/13/21 | ARRA | WITH JASON ROSS, SEARCHING THE AOS OFFICE AT 400 INDUSTRIAL, SUITE 202 MANSFIELD, TEXAS AND SEIZING PAPERWORK AND OTHER ASSETS FROM THE OFFICE. | B120 | 2.00 | 666.00 |
| 12/13/21 | ARRA | ATTEMPTING TO ACCESS STORAGE UNIT WITH JADE USING KEY PROVIDED BY MR. IKEY, BUT INCORRECT KEY SUPPLIED. | B120 | 0.20 | 66.60 |
| 12/13/21 | ARRA | ACCESSING AOS STORAGE UNIT #F218 AND PHOTOGRAPHING THE CONTENTS OF THE UNIT. | B120 | 0.40 | 133.20 |
| 12/13/21 | ARRA | SPOKE WITH FABIANA BAUM, ATTORNEY FOR LITIGANT WITH PERSONAL INJURY LAWSUIT AGAINST BARRON PETROLEUM AND ARCOOIL. | B110 | 0.10 | 33.30 |
| 12/13/21 | ARRA | ORGANIZING NOTES TAKEN DURING VISIT TO MR. IKEY'S HOME, AOS OFFICE, AND AOS STORAGE UNITS. | B120 | 0.50 | 166.50 |
| 12/13/21 | ARRA | CALLED BACK FABIANA BAUM WITH MR. JEFF FINE TO ANSWER HER QUESTIONS REGARDING HER PERSONAL INJURY LAWSUIT AGAINST BARRON PETROLEUM AND ARCOOIL. | B110 | 0.40 | 133.20 |
| 12/13/21 | ARRA | REVIEWING AND ORGANIZING DOCUMENTS IN THE LAMPASES ROOM TO PRIORITIZE THE DOCUMENTS THAT NEED TO GET SCANNED IN. | B120 | 1.50 | 499.50 |
| 12/13/21 | IRS | ANALYZE HEARTLAND RECEIVERSHIP STATUS REPORT AND CORRESPONDING UPDATES. | B110 | 1.30 | 590.20 |
| 12/13/21 | JRF | PREPARE FOR 12/14 DISTRICT COURT HEARING (.2). | B120 | 0.20 | 135.00 |
| 12/14/21 | ARRA | TYPING UP NOTES AND DRAFTING OUTLINE FOR REPORT REGARDING SEIZURES MADE FROM JAMES IKEY AND AOS OFFICE ON DECEMBER 13, 2021. | B120 | 1.50 | 499.50 |
| 12/14/21 | ARRA | SORTING THROUGH DOCUMENTS SEIZED FROM THE AOS OFFICE AND PULLING DOCUMENTS THAT SHOULD GET SCANNED AND SAVED TO NETDOCS FIRST. | B120 | 1.00 | 333.00 |

APP. 0649

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 30

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/14/21 | ARRA | LOOKING UP INFORMATION ABOUT SEIZED CARS. | B120 | 0.20 | 66.60 |
| 12/14/21 | ARRA | WORKING ON SELLING COWBOYS TICKETS. | B110 | 0.90 | 299.70 |
| 12/14/21 | ARRA | COORDINATING GETTING DOCUMENTS SCANNED IN AND ORGANIZED ON NETDOCS. | B120 | 0.40 | 133.20 |
| 12/14/21 | ARRA | WORKING ON GETTING COWBOYS TICKETS POSTED FOR SALE. | B110 | 0.20 | 66.60 |
| 12/14/21 | ARRA | DRAFTING EMAIL TO THE SEC REGARDING SEIZURE THAT OCCURRED ON DECEMBER 13, 2021, AS WELL AS GETTING MR. IKEY'S TITLE SCANNED AND SENT TO THEM. | B110 | 0.70 | 233.10 |
| 12/14/21 | ARRA | PREPARING INVENTORY OF EQUIPMENT IN THE LAMPASES ROOM. | B120 | 0.70 | 233.10 |
| 12/14/21 | ARRA | CONVERSING WITH JEFF FINE REGARDING THE LOCATION AND PREPARATIONS TO SELL THE SEIZED VEHICLES. | B110 | 0.20 | 66.60 |
| 12/14/21 | ARRA | CONVERSING WITH DANIELLE RUSHING REGARDING NAMING AND ORGANIZING SEIZED DOCUMENTS SCANNED INTO THE COMPUTER. | B110 | 0.20 | 66.60 |
| 12/14/21 | ARRA | PREPARING INVENTORY OF ELECTRONICS AND ASSETS BEING STORED IN THE LAMPASES CONFERENCE ROOM. | B120 | 3.20 | 1,065.60 |
| 12/14/21 | TED | REVIEW OF RECEIVER BILLING INSTRUCTIONS AND EMAIL REGARDING SAME. | B110 | 0.20 | 51.30 |
| 12/14/21 | IRS | PREPARE INVENTORY FOR MATERIALS SEIZED IN MANSFIELD AND GRAHAM. | B120 | 1.30 | 590.20 |
| 12/14/21 | ARA | REVIEW HELICOPTER RECORDS FOR 30 DAY INSPECTIONS. | B120 | 0.50 | 232.00 |
| 12/14/21 | ARA | COMMUNICATIONS WITH M. CARAVELLA RE: INFORMATION NEEDED TO TRANSPORT AIRCRAFT. | B120 | 0.40 | 185.60 |
| 12/14/21 | ARA | MEETING WITH STEVE WILSON AT JET TEN RE: HANGAR ARRANGEMENTS FOR AIRCRAFT AND VIEW SECURED HANGARS. | B120 | 0.80 | 371.20 |
| 12/14/21 | ARA | MEETING WITH M. LIVEZEY AT NORTH TEXAS REGIONAL AIRPORT. | B120 | 0.50 | 232.00 |
| 12/14/21 | ARA | INSPECT AIRCRAFT AND OVERSEE TRANSFER OF AIRCRAFT FROM DENNISON TO ADDISON, TEXAS AND SECURING OF SAME. | B120 | 2.70 | 1,252.80 |
| 12/14/21 | DNR | RECEIVE UPDATE FROM DEBORAH WILLIAMSON REGARDING ITEMS TAKEN FROM JAMES IKEY'S HOUSE. | B130 | 0.10 | 35.00 |
| 12/14/21 | DNR | CORRESPONDENCE WITH INVESTORS REGARDING CONTACT INFORMATION. | B110 | 0.20 | 70.00 |

APP. 0650

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 31

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/14/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING DATA SERVER COMPANIES AND ISSUES REGARDING AOS. | B120 | 0.30 | 105.00 |
| 12/14/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND YAIR BAHAHONA REGARDING ENCRYPT FORTRESS DATA TRANSFER. | B120 | 0.20 | 70.00 |
| 12/14/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING SAHOTA ACCOUNTANT INFORMATION. | B120 | 0.10 | 35.00 |
| 12/14/21 | DNR | DRAFT LETTER TO PLAINSCAPITAL BANK REGARDING BANK ACCOUNT FUND TRANSFER AND ACCOUNT CLOSURE. | B120 | 0.40 | 140.00 |
| 12/14/21 | DNR | DRAFT LETTER TO FIRST STATE BANK OF GRAHAM REGARDING BANK ACCOUNT FUND TRANSFER AND ACCOUNT CLOSURE. | B120 | 0.40 | 140.00 |
| 12/14/21 | DNR | DRAFT LETTER TO BANK OF AMERICA REGARDING BANK ACCOUNT FUND TRANSFER AND ACCOUNT CLOSURE. | B120 | 0.40 | 140.00 |
| 12/14/21 | DNR | DRAFT LETTER TO JPMORGAN CHASE BANK REGARDING BANK ACCOUNT FUND TRANSFER AND ACCOUNT CLOSURE. | B120 | 0.40 | 140.00 |
| 12/14/21 | DNR | REVIEW SEC'S REPLY TO IKEY'S MOTION TO RELEASE BANK ACCOUNTS. | B110 | 0.10 | 35.00 |
| 12/14/21 | DNR | REVIEW CORRESPONDENCE FROM DAVID CHILDRESS REGARDING CARSON/CHILDRESS LEASES. | B110 | 0.10 | 35.00 |
| 12/14/21 | DNR | REVIEW CORRESPONDENCE FROM LOCAL COUNSEL AND DEBORAH WILLIAMSON REGARDING DEPOSITION AND STAY ISSUES REGARDING ROGERS V. ARCOOIL CORP, ET AL. | B110 | 0.20 | 70.00 |
| 12/14/21 | DNR | RECEIVE TASK ASSIGNMENTS FROM DEBORAH WILLIAMSON REGARDING FEED FUND SPREADSHEETS. | B110 | 0.20 | 70.00 |
| 12/14/21 | DNR | MEETING WITH DEBORAH WILLIAMSON AND JESSE MUNOZ AT IBC REGARDING RECEIVERSHIP BANK ACCOUNT INFORMATION AND ACCESS. | B110 | 0.90 | 315.00 |
| 12/14/21 | DNR | CORRESPONDENCE WITH MICROSOFT COUNSEL REGARDING ACCOUNT ACCESS AND DOMAINS. | B120 | 0.20 | 70.00 |
| 12/14/21 | DNR | REVISE AND SEND LETTER TO FIRST FINANCIAL BANK REGARDING FUND TRANSFER AND ACCOUNT CLOSURE. | B120 | 0.20 | 70.00 |
| 12/14/21 | DNR | CORRESPONDENCE WITH REPRESENTATIVE AT FIRST FINANCIAL BANK REGARDING LETTER FROM RECEIVER. | B120 | 0.20 | 70.00 |
| 12/14/21 | DNR | RECEIVE ADDITIONAL SITE VISIT TASKS FROM DEBORAH WILLIAMSON. | B120 | 0.30 | 105.00 |
| 12/14/21 | JRF | EXTENDED CALL FROM YOUNG COUNTY DISTRICT JUDGE BRISTOW REGARDING THE SEC RECEIVERSHIP AND EXPLAIN SAME TO HIM AND FOLLOW-UP EMAIL TO JUDGE BRISTOW | B120 | 0.40 | 270.00 |

APP. 0651

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 32

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | (.7). | | | |
| 12/14/21 | TED | ATTEMPTING TO LOG-IN TO ACCOUNT ON GO DADDY; TELEPHONE CONFERENCE WITH MS. VASQUEZ REGARDING SAME. | B110 | 0.20 | 51.30 |
| 12/14/21 | DNR | CORRESPONDENCE FROM YAIR BARAHONA REGARDING DATA RETRIEVAL ISSUES. | B120 | 0.10 | 35.00 |
| 12/14/21 | JRF | CALL FROM CREDITOR LAWYER DAN DE LA CRUZ REGARDING PENDING YOUNG COUNTY BREACH OF CONTRACT LAWSUIT AND IMPLICATIONS OF SEC RECEIVERSHIP (.4). | B120 | 0.40 | 270.00 |
| 12/14/21 | JRF | CALL FROM NATE BRIGNON OF COTTON BLEDSOE LAW FIRM REPRESENTING ARCOIL AND BARRON PETROLEUM IN PENDING YOUNG COUNTY TORT CASE REGARDING IMPLICATIONS OF SEC RECEIVERSHIP TO LAWSUIT AND THEIR $7,500 RETAINER (.5). | B120 | 0.50 | 337.50 |
| 12/14/21 | JRF | MEETING IN FORT WORTH AT 777 MAIN PREMISES WITH FORMER EMPLOYEES KRISTINE SANDOVAL AND KODY WALKER (1.0). | B120 | 1.00 | 675.00 |
| 12/14/21 | JRF | MEETING WITH JACKSON WALKER ATTORNEY WILLIAM JENKIN REGARDING JW TAKING OVER LEASE AND ISSUES REGARDING SAME (1.0). | B120 | 1.00 | 675.00 |
| 12/14/21 | JRF | FIND AND SECURE F150 TRUCK IN 777 MAIN NORTH GARAGE AND GET INFORMATION FROM SAME TO MAKE AVAILABLE TO SELL (.8). | B120 | 0.80 | 540.00 |
| 12/14/21 | JRF | REPORT TO RECEIVER REGARDING 777 MAIN ST. NEGOTIATIONS, INFORMATION FROM EMPLOYEES, AND STATUS OF 2 PENDING YOUNG COUNTY LAWSUITS (.5). | B120 | 0.50 | 337.50 |
| 12/15/21 | JSM | ORGANIZE PHOTOS FROM IKEY RESIDENCE AND AOS OFFICE AND PREPARE MEMORANDUM DESCRIBING AND IDENTIFYING SAME. | B120 | 1.60 | 813.60 |
| 12/15/21 | JRF | REVIEW AND RESPOND TO EMAIL REGARDING PENDING TORT LITIGATION IN YOUNG COUNTY AND CONTRACT LAWSUIT IN YOUNG COUNTY (.4). | B120 | 0.40 | 270.00 |
| 12/15/21 | JRF | REVIEW REQUESTED ESTOPPEL LETTER FOR 777 MAIN ST. LEASE AND ANALYZE WHY IT CANNOT BE SIGNED BY RECEIVER (.5). | B120 | 0.50 | 337.50 |
| 12/15/21 | JRF | PARTICIPATE IN PLANNING CALL WITH COUNSEL REGARDING ANALYSIS OF WHAT NEEDS TO BE DONE IN RECEIVERSHIP (.5). | B120 | 0.50 | 337.50 |
| 12/15/21 | JRF | UNSOLICITED CALL FROM YOUNG COUNTY JUDGE BRISTOW (.3). | B120 | 0.30 | 202.50 |

APP. 0652

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 33

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/15/21 | JRF | CALL REGARDING LIQUIDATING OR TRANSFERRING 777 MAIN LEASE (.2). | B120 | 0.20 | 135.00 |
| 12/15/21 | JRF | ANALYZE HOW TO GET BEST PRICE FOR COWBOY SEATS AND LICENSES (.4). | B120 | 0.40 | 270.00 |
| 12/15/21 | TED | INTERNAL CONFERENCE CALL WITH RECEIVER REGARDING STATUS UPDATE AND TASK ASSIGNMENTS. | B110 | 0.60 | 153.90 |
| 12/15/21 | DNR | TELEPHONE CONFERENCE WITH JOE SHICKICH REGARDING MICROSOFT DOMAIN ACCESS. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | CORRESPONDENCE WITH JOE SHICKICH REGARDING RECEIVER ORDER, TRO, ASSET FREEZE ORDER, AND COMPLAINT. | B110 | 0.20 | 70.00 |
| 12/15/21 | DNR | COORDINATE CALL WITH SEC COUNSEL AND DEBORAH WILLIAMSON FOR STATUS UPDATE. | B110 | 0.20 | 70.00 |
| 12/15/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING HEARTLAND DATA SERVER ISSUES AND VENDOR MEETINGS. | B120 | 0.40 | 140.00 |
| 12/15/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING PHONE ACCESS CODE ISSUES. | B120 | 0.10 | 35.00 |
| 12/15/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING HEARTLAND INVESTOR AND OTHER CONTACT SPREADSHEETS. | B110 | 0.10 | 35.00 |
| 12/15/21 | DNR | RECEIVE PLEADINGS FROM DEFENSE COUNSEL IN ROGERS V. ARCOOIL CORP. | B110 | 0.10 | 35.00 |
| 12/15/21 | DNR | CORRESPONDENCE FROM YAIR BARAHONA AND DEBORAH WILLIAMSON REGARDING DATA SERVER ACCESS AND PROTOCOL. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING PHONE SUBMISSIONS SECOND BATCH FOR IMAGING. | B120 | 0.30 | 105.00 |
| 12/15/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON REGARDING SATELLITE PHONES. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING UPDATE ON SATELLITE PHONES. | B120 | 0.10 | 35.00 |
| 12/15/21 | DNR | CORRESPONDENCE WITH MASON VAUGHAN REGARDING RECEIVER'S LETTER DATED DECEMBER 14, 2021. | B120 | 0.30 | 105.00 |
| 12/15/21 | DNR | REPORT FOR CALL WITH RECEIVER REGARDING STATUS UPDATE AND TASK ASSIGNMENTS. | B110 | 0.60 | 210.00 |
| 12/15/21 | DNR | TELEPHONE CONFERENCE WITH MASON VAUGHAN REGARDING BANK ACCOUNT FUND TRANSFER. | B120 | 0.20 | 70.00 |

APP. 0653

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 34

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/15/21 | DNR | CORRESPONDENCE WITH XOCHITL ESPARZA REGARDING BANK ACCOUNT STATEMENTS TURNOVER. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON AND ROGER SAHOTA'S COUNSEL REGARDING INFORMATION REQUESTS AND ASSET LOCATION. | B120 | 0.60 | 210.00 |
| 12/15/21 | DNR | CORRESPONDENCE TO DARRELL JONES REGARDING INSURANCE POLICIES. | B120 | 0.10 | 35.00 |
| 12/15/21 | DNR | DISCUSS INFORMATION REQUESTS AND ACCOUNT ACCESS ISSUES WITH DEBORAH WILLIAMSON. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING EMPLOYEE LISTS AND CONTRACTORS. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | RECEIVE UPDATE FROM DEBORAH WILLIAMSON REGARDING AIRCRAFT LOCATION AND INSURANCE. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | CORRESPONDENCE WITH LOCAL COUNSEL AND DEBORAH WILLIAMSON REGARDING ASSETS AND PENDING LITIGATION ISSUES REGARDING YOUNG V. ARCOOIL CORP, ET AL. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | TELEPHONE CONFERENCE WITH MAYCEE SHORT REGARDING OFFICE MANAGEMENT ACCOUNTS. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING INVOICES REGARDING PALATIUM CONSULTING. | B120 | 0.10 | 35.00 |
| 12/15/21 | DNR | REVIEW PHOTOS FROM VISIT TO JAMES IKEY'S HOUSE AND AOS OFFICE. | B120 | 0.30 | 105.00 |
| 12/15/21 | DNR | REVIEW LETTER AND LIST OF ASSETS FROM JAMES IKEY SENT TO SEC COUNSEL ON DECEMBER 14, 2021. | B120 | 0.10 | 35.00 |
| 12/15/21 | DNR | PROVIDE UPDATE TO DEBORAH WILLIAMSON REGARDING CALL WITH MAYCEE SHORT AND ACCOUNTING LOGIN INFORMATION. | B120 | 0.10 | 35.00 |
| 12/15/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON REGARDING TIEP INVESTOR AND FEEDER FUND CONTACT INFORMATION REQUEST. | B120 | 0.20 | 70.00 |
| 12/15/21 | DNR | TELEPHONE CONFERENCE WITH WELLS FARGO REPRESENTATIVE REGARDING ASSET TURNOVER TO RECEIVER AND PROTOCOL. | B120 | 0.40 | 140.00 |
| 12/15/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND DARRELL JONES REGARDING GATE SIGNAGE AND PROTECTION OF ASSETS. | B120 | 0.20 | 70.00 |
| 12/15/21 | ARRA | CONTINUING TO UPDATE SEIZURE INVENTORY LIST WITH ALL | B120 | 1.90 | 632.70 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 35

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | OF THE ITEMS IN THE LAMPASES ROOM. | | | |
| 12/15/21 | ARRA | CONFERENCE CALL WITH DYKEMA TEAM ON THE CASE TO DISCUSS ACTION ITEMS AND TO GET ON THE SAME PAGE REGARDING NEXT STEPS IN THE RECEIVERSHIP PROCESS. | B110 | 0.60 | 199.80 |
| 12/15/21 | ARRA | REVIEWING DOCUMENTS SEIZED FROM THE GRAHAM FACILITY AND PULLING OUT INSURANCE DOCUMENTS AND OTHER RELEVANT DOCUMENTS TO BE IMMEDIATELY SCANNED. | B120 | 1.00 | 333.00 |
| 12/15/21 | ARRA | PACKING UP THE IKEY PHONES TO BE MAILED TO THE SEC FOR CLONING. | B110 | 0.60 | 199.80 |
| 12/15/21 | ARRA | WORKING ON SETTING POST COWBOYS TICKETS FOR SALE ON SEAT GEEK. | B110 | 0.50 | 166.50 |
| 12/15/21 | ARRA | REVIEWING AND ORGANIZING INSURANCE DOCUMENTS TO ENSURE THAT WE HAVE ALL DOCUMENTS SEIZED SCANNED AND SENT TO DEBORAH WILLIAMSON. | B120 | 0.30 | 99.90 |
| 12/15/21 | ARRA | CONFERRING WITH ISRAEL SILVAS TO PREPARE TRIP TO MANSFIELD, FORT WORTH, AND GRAHAM, TEXAS ON DECEMBER 16. | B120 | 0.30 | 99.90 |
| 12/15/21 | IRS | PARTICIPATE IN CONFERENCE CALL WITH RECEIVER REGARDING STATUS UPDATES (.75); PLAN AND PREPARE FOR RECOVERY OF ASSETS IN FORT WORTH AND GRAHAM (1). | B110 | 1.80 | 817.20 |
| 12/15/21 | ARA | CALL WITH C. PRITCHARD RE: HELICOPTER KEYS, MAINTENANCE, AND INSURANCE. | B120 | 0.60 | 278.40 |
| 12/15/21 | ARA | CALL WITH RECEIVER RE: STATUS AND LOCATION OF VARIOUS ASSETS. | B120 | 0.60 | 278.40 |
| 12/15/21 | ARA | DRAFT AND SEND EMAIL TO INSURANCE BROKER REGARDING INSURANCE POLICIES FOR HELICOPTER AND AIRPLANE. | B120 | 0.30 | 139.20 |
| 12/16/21 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CASE INFORMATION AND DOCUMENTATION REQUEST. | B110 | 0.30 | 105.00 |
| 12/16/21 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CASE INFORMATION. | B110 | 0.20 | 70.00 |
| 12/16/21 | DNR | TELEPHONE CONFERENCE WITH COLIN EDWARDS REGARDING GRAHAM FACILITY AND PRE-RECEIVERSHIP TIME CARDS. | B210 | 0.10 | 35.00 |
| 12/16/21 | DNR | RECEIVE RIG UPDATE FROM DARRELL JONES. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | PROVIDE UPDATE ON CALL WITH COLIN EDWARDS TO DEBORAH WILLIAMSON REGARDING GRAHAM FACILITY AND LOCK ISSUES. | B210 | 0.10 | 35.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 36

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/16/21 | DNR | CORRESPONDENCE WITH COLLIN EDWARDS REGARDING TIME SHEETS FOR WORK DONE PRE-RECEIVERSHIP. | B210 | 0.10 | 35.00 |
| 12/16/21 | ARRA | PREPARING MATERIALS AND BOXES FOR TRIP TO MANSFIELD, FORT WORTH, AND GRAHAM WITH ISRAEL SILVAS. | B120 | 0.80 | 266.40 |
| 12/16/21 | ARRA | PREPARING PLAN FOR THE DAY WITH ISRAEL SILVAS WHILE DRIVING OUT TO MANSFIELD TO THE AOS OFFICE TO PICK UP JAMES IKEY'S SEIZED TRUCK. | B120 | 1.20 | 399.60 |
| 12/16/21 | ARRA | LOADING DOCUMENTS FROM 777 MAIN ST. HEARTLAND OFFICE INTO THE CAR TO TAKE TO THE GRAHAM PROPERTY FOR STORAGE. | B110 | 1.00 | 333.00 |
| 12/16/21 | ARRA | REVIEWING AND PACKING UP ADMINISTRATIVE DOCUMENTS FROM THE GRAHAM FACILITY WITH ISRAEL SILVAS. | B120 | 1.30 | 432.90 |
| 12/16/21 | ARRA | VISITED BIG DOG'S TOW YARD WITH ISRAEL SILVAS AND PREPARED INVENTORY OF SEIZED EQUIPMENT. | B120 | 0.50 | 166.50 |
| 12/16/21 | ARRA | CONFERRING WITH ISRAEL SILVAS AND DEBORAH WILLIAMSON REGARDING THE EQUIPMENT AT BIG DOG'S TOWING AND PLANS FOR TRANSPORTING BACK TO THE GRAHAM PROPERTY. | B120 | 0.50 | 166.50 |
| 12/16/21 | ARRA | UNLOADING DOCUMENTS SEIZED FROM GRAHAM PROPERTY WITH KEANNA WIGGINS. | B120 | 0.50 | 166.50 |
| 12/16/21 | ARRA | SEARCHING FOR ENTITY EINS AND INSURANCE DOCUMENTS IN DOCUMENTS SEIZED AND BEING STORED IN THE LAMPASES ROOM. | B120 | 2.00 | 666.00 |
| 12/16/21 | IRS | CONFERRING WITH ALEX RAHN AND DEBORAH WILLIAMSON REGARDING THE EQUIPMENT AT BIG DOG'S TOWING AND PLANS FOR TRANSPORTING BACK TO THE GRAHAM PROPERTY. | B120 | 0.50 | 227.00 |
| 12/16/21 | IRS | VISITED BIG DOG'S TOW YARD WITH ALEX RAHN AND PREPARED INVENTORY OF SEIZED EQUIPMENT. | B120 | 0.50 | 227.00 |
| 12/16/21 | IRS | REVIEWING AND PACKING UP ADMINISTRATIVE DOCUMENTS FROM THE GRAHAM FACILITY WITH ALEX RAHN. | B120 | 1.30 | 590.20 |
| 12/16/21 | IRS | LOADING DOCUMENTS FROM 777 MAIN ST. HEARTLAND OFFICE INTO THE CAR TO TAKE TO THE GRAHAM PROPERTY FOR STORAGE. | B110 | 1.00 | 454.00 |
| 12/16/21 | IRS | WITH ALEX RAHN, TRANSPORTING MR. IKEY'S SEIZED TRUCK FROM THE AOS OFFICE IN MANSFIELD TO THE PARKING GARAGE IN FORT WORTH, TEXAS. | B120 | 0.70 | 317.80 |
| 12/16/21 | IRS | PREPARING PLAN FOR THE DAY WITH ALEX RAHN WHILE DRIVING OUT TO MANSFIELD TO THE AOS OFFICE TO PICK UP | B120 | 1.20 | 544.80 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 37

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | JAMES IKEY'S SEIZED TRUCK. | | | |
| 12/16/21 | IRS | PREPARING MATERIALS AND BOXES FOR TRIP TO MANSFIELD, FORT WORTH, AND GRAHAM WITH ALEX RAHN. | B120 | 0.80 | 363.20 |
| 12/16/21 | ARA | COMMUNICATIONS WITH M. CARAVELLA RE: SAN ANGELO HANGAR AND TUBS OF DOCUMENTS STORED THERE. | B120 | 0.30 | 139.20 |
| 12/16/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING TIEP INVESTOR CONTACT INFORMATION UPDATE. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | CORRESPONDENCE FROM JASON RILEY REGARDING AIRCRAFT INSURANCE ITEMS. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | TELEPHONE CONFERENCE WITH WELLS FARGO REGARDING ACCOUNT BALANCE TRANSFER. | B120 | 0.80 | 280.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH FIRST NATIONAL BANK ELDORADO REGARDING WIRE TRANSFER AND BANK STATEMENTS. | B120 | 0.60 | 210.00 |
| 12/16/21 | DNR | PROVIDE UPDATE REGARDING WIRE FROM FIRST NATIONAL BANK ELDORADO TO DEBORAH WILLIAMSON. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH FAA CONTACT REGARDING AIRCRAFT AND CALL ON OPEN ITEMS FOR SAME. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING ELECTRONICS DELIVERY TO SEC HQ. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | RECEIVE FAA CONTACT FROM SEC COUNSEL. | B110 | 0.10 | 35.00 |
| 12/16/21 | DNR | RECEIVE UPDATE FROM DEBORAH WILLIAMSON REGARDING IKEY'S TRUCK. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING IMAGING OF LAPTOPS AND ELECTRONIC DELIVERY OF SAME. | B120 | 0.70 | 245.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING LIFE SETTLEMENTS AND INVESTOR CONTACT. | B120 | 0.40 | 140.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING BANK STATEMENTS FROM FIRST NATIONAL BANK ELDORADO. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | CORRESPONDENCE FROM SEC COUNSEL REGARDING IKEY'S TITLE AND STORAGE KEYS. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING CREDIT CARDS WITH BANK OF AMERICA AND STATEMENTS FOR SAME. | B120 | 0.30 | 105.00 |
| 12/16/21 | DNR | TELEPHONE CONFERENCE WITH BANK OF AMERICA LEGAL | B120 | 0.50 | 175.00 |

APP. 0657

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 38

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | REPRESENTATIVE REGARDING ACCOUNT FUNDS, BANK STATEMENTS, AND WIRE PAYMENT INFORMATION REQUESTS. | | | |
| 12/16/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING EINS AND WELLS FARGO BANK ACCOUNT ISSUES. | B120 | 0.30 | 105.00 |
| 12/16/21 | DNR | SECOND TELEPHONE CALL WITH WELLS FARGO REGARDING BANK ACCOUNT FUND TRANSFER AND EINS FOR ACCOUNT HOLDERS. | B120 | 0.40 | 140.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING TEXAS AUTO TRUCK EQUIPMENT REPAIR INC. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH KEVIN EDMUNDSON, DEBORAH WILLIAMSON, AND SEC COUNSEL REGARDING OPEN DOCUMENTATION AND INFORMATION REQUESTS. | B120 | 0.30 | 105.00 |
| 12/16/21 | DNR | REVIEW RECEIVER'S MEMO REGARDING INVESTMENT ADVISORS AND FEEDER CONTACTS. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | CORRESPONDENCE FROM SEC COUNSEL REGARDING INVOICES DUE FROM PALATIUM CONSULTING. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | PREPARE CORRESPONDENCE AND SEND TO BANK OF AMERICA REGARDING CREDIT CARD STATEMENT AND ACCOUNTING REQUEST. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | REVIEW RECEIVER'S ASSET RECOVERY STATUS LIST AND PROVIDE EDITS. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | TELEPHONE CONFERENCES WITH ERIC NOWALK AT COLT MIDSTREAM REGARDING PALO PINTO PROPERTY ACCESS ISSUES. | B120 | 0.50 | 175.00 |
| 12/16/21 | DNR | CORRESPONDENCE TO STETSON HALL REGARDING PALO PINTO PROPERTY ACCESS. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH FRANK WILLIAMS AT BANK OF AMERICA REGARDING ACCOUNT FUNDS AND DOCUMENTATION REQUESTS. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING BANK OF AMERICA ACCOUNT ISSUES. | B120 | 0.10 | 35.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING MISSING CAR AT GRAHAM. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON REGARDING ADVISOR CONTACTS. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | PROVIDE ADVISOR CONTACTS TO SEC COUNSEL. | B120 | 0.10 | 35.00 |

**APP. 0658**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 39

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/16/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING SAN ANTONIO ELECTRONICS LIST. | B120 | 0.20 | 70.00 |
| 12/16/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING BANK OF AMERICA ACCOUNT ISSUES. | B120 | 0.10 | 35.00 |
| 12/17/21 | JRF | REVIEW LEASE AT 777 MAIN ST. REGARDING SAME (.3). | B120 | 0.30 | 202.50 |
| 12/17/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING LIFE SETTLEMENTS DATA AND ISSUES WITH AOS. | B120 | 0.20 | 70.00 |
| 12/17/21 | DNR | COORDINATE PAYMENT OF STORAGE FACILITY INVOICES WITH DEBORAH WILLIAMSON. | B210 | 0.20 | 70.00 |
| 12/17/21 | DNR | CORRESPONDENCE WITH BLACK BANDANA REGARDING PALO PINTO PROPERTY ACCESS ISSUES. | B210 | 0.20 | 70.00 |
| 12/17/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING LEASE AT 777 MAIN STREET. | B120 | 0.10 | 35.00 |
| 12/17/21 | DNR | RECEIVE UPDATE REGARDING RIG LOCATION AND PURCHASE INFORMATION FROM DARRELL JONES. | B120 | 0.10 | 35.00 |
| 12/17/21 | DNR | INVENTORY ITEMS FROM SEC COUNSEL LIST FOR VENDOR PICKUP AND CORRESPONDENCE REGARDING SAME WITH SEC COUNSEL. | B120 | 0.50 | 175.00 |
| 12/17/21 | DNR | REVIEW CORRESPONDENCE FROM HOLLAND & KNIGHT REGARDING DIGITAL DISCOVERY COLLECTION. | B120 | 0.10 | 35.00 |
| 12/17/21 | DNR | REVIEW CORRESPONDENCE FROM GRAY REED REGARDING DIGITAL DISCOVERY COLLECTION. | B120 | 0.10 | 35.00 |
| 12/17/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING TABLET IMAGING AND PROTOCOL TO SEC'S HQ. | B120 | 0.30 | 105.00 |
| 12/17/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING JAMES IKEY'S PHONE ANALYSIS. | B120 | 0.30 | 105.00 |
| 12/17/21 | DNR | TELEPHONE CONFERENCE WITH KEVIN EDMUNDSON REGARDING OUTSTANDING RECEIVABLES FROM ROGER AND SUNNY SAHOTA REGARDING ASSETS. | B120 | 1.00 | 350.00 |
| 12/17/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING UPDATE ON INFORMATION OUTSTANDING FROM ROGER SAHOTA. | B120 | 0.40 | 140.00 |
| 12/17/21 | DNR | TELEPHONE CONFERENCE WITH MAYCEE SHORT REGARDING BUSINESS ADMINISTRATION AND OPERATIONS. | B210 | 0.40 | 140.00 |
| 12/17/21 | DNR | TELEPHONE CONFERENCE WITH KEMPER HEALTH REGARDING | B210 | 0.10 | 35.00 |

APP. 0659

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 40

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | INSURANCE AND RECEIVERSHIP ORDER. | | | |
| 12/17/21 | DNR | TELEPHONE CONFERENCES WITH SEC ELECTRONICS IMAGING VENDOR REGARDING SITE VISITS. | B120 | 0.50 | 175.00 |
| 12/17/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING UPDATE ON CALL WITH MAYCEE SHORT. | B210 | 0.30 | 105.00 |
| 12/17/21 | DNR | DRAFT LETTER TO KEMPER HEALTH REGARDING HEALTH INSURANCE COVERAGE AND TERMINATION OF SAME. | B210 | 0.30 | 105.00 |
| 12/17/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING LETTER TO KEMPER HEALTH REGARDING TERMINATION OF HEALTH INSURANCE COVERAGE. | B210 | 0.10 | 35.00 |
| 12/17/21 | DNR | RECEIVE INFORMATION AND TASKS FROM DEBORAH WILLIAMSON REGARDING GRAHAM YARD AND TOWING. | B120 | 0.20 | 70.00 |
| 12/17/21 | DNR | CORRESPONDENCE WITH LOCAL COUNSEL REGARDING PENDING APPLICATIONS AND ORDERS BEFORE THE COURT. | B110 | 0.20 | 70.00 |
| 12/17/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND YAIR BARAHONA REGARDING SERVER AND DATA RETRIEVAL FROM PANAMA. | B120 | 0.20 | 70.00 |
| 12/17/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING BAHAMAS PROPERTY REAL ESTATE AND BROKER DOCUMENTS. | B120 | 0.50 | 175.00 |
| 12/17/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING WAIVER OF SERVICE AND SIGNATURE REQUEST OF RECEIVER. | B110 | 0.30 | 105.00 |
| 12/17/21 | ARRA | REVIEWING DOCUMENTS SCANNED IN ON 12-16-21 SEARCHING FOR NEW INSURANCE INFORMATION THAT WE DID NOT ALREADY HAVE SAVED. | B120 | 0.10 | 33.30 |
| 12/17/21 | ARRA | CONFERRING WITH TAYLOR MITCHELL WITH SELF STORAGE PLACE IN ALIETO REGARDING PAYMENT OF OUTSTANDING INVOICE AND EMAILING DEBORAH REGARDING THAT CONVERSATION. | B110 | 0.20 | 66.60 |
| 12/17/21 | ARRA | DRAFTING AND SENDING EMAIL TO REPRESENTATIVE FOR TICKET SALES WITH THE DALLAS COWBOYS TO SEE ABOUT RESELLING THE TICKETS. | B110 | 0.30 | 99.90 |
| 12/17/21 | ARRA | REVIEWING SEIZED DOCUMENTS FROM GRAHAM FACILITY ON DECEMBER 16, 2021 AND PRIORITIZING DOCUMENTS TO BE SCANNED. | B110 | 1.70 | 566.10 |
| 12/17/21 | ARRA | COORDINATING A TIME WITH JAMES IKEY TO GET HIM TO SIGN OVER THE TITLE TO HIS CAR AND GIVE ME THE CORRECT | B110 | 0.20 | 66.60 |

APP. 0660

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 41

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | STORAGE KEY. | | | |
| 12/17/21 | ARRA | WORKING ON POSTING AND POSTING DALLAS COWBOYS TICKETS TO NFL TICKET EXCHANGE AND SEAT GEEK. | B110 | 0.90 | 299.70 |
| 12/17/21 | ARRA | PREPARING CHART LISTING ENTITIES, FEEDER FUNDS AND CORRESPONDING ADDRESS, ADVISORS AND EINS. | B110 | 2.60 | 865.80 |
| 12/17/21 | ARRA | SAVING INSURANCE POLICIES TO NETDOCS AND SENDING DEBORAH AN EMAIL UPDATING HER REGARDING THE NEW INSURANCE POLICIES FOUNDS. | B110 | 0.70 | 233.10 |
| 12/17/21 | IRS | CORRESPOND WITH RECEIVER REGARDING REMOVAL OF EDWARD'S FORD SEDAN FROM ARCOOIL PROPERTY IN GRAHAM, TEXAS (.6); PLAN AND PREPARE TO TRANSFER VEHICLES FROM TOW YARD TO ARCOOIL'S YARD IN GRAHAM, TEXAS (1.9). | B110 | 2.50 | 1,135.00 |
| 12/17/21 | ARA | REVIEW DOCUMENTS FOUND IN GRAHAM RELATED TO AIRPLANE MAINTENANCE AND RELATED TO BAHAMAS PROPERTIES. (.3) | B120 | 0.30 | 139.20 |
| 12/17/21 | ARA | CALL WITH J. RILEY, BROKER ON INSURANCE FOR PLANE AND HELICOPTER. | B120 | 0.30 | 139.20 |
| 12/17/21 | ARA | CALL WITH RICHARD GLADDEN RE: INFORMATION ON BAHAMIAN PROPERTIES. | B120 | 0.60 | 278.40 |
| 12/17/21 | ARA | CALL TO ALEXIOU KNOWLES FIRM IN BAHAMAS. | B120 | 0.20 | 92.80 |
| 12/17/21 | ARA | REVIEW PAPERS RELATED TO PURCHASE OF GREENWOOD PROPERTY IN THE BAHAMAS AND CREATION OF COOK ISLANDS TRUST AND INVESTIGATION OF PROPERTIES. | B120 | 1.40 | 649.60 |
| 12/17/21 | ARA | CONTINUE DRAFTING MEMORANDUM SUMMARIZING STEPS TAKEN TO SECURE AND MOVE AIRCRAFT AND PRESERVE THEIR VALUE. | B120 | 3.40 | 1,577.60 |
| 12/17/21 | JRF | CALL WITH BRIANA JAMES, COUNSEL TO 777 MAIN STREET LANDLORD REGARDING WHETHER FURNITURE OWNED BY LANDLORD (.3). | B120 | 0.30 | 202.50 |
| 12/20/21 | DNR | MEETING WITH SEC ELECTRONICS VENDOR REGARDING ELECTRONICS TAKEN FROM RANCH AND SAN ANGELO HOUSE. | B120 | 1.20 | 420.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING EXECUTION OF SUMMONS. | B110 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH INVESTOR REGARDING INCORRECT ADDRESS. | B110 | 0.20 | 70.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH TEXAS MUTUAL INSURANCE LEGAL | B120 | 0.20 | 70.00 |

APP. 0661

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 42

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | CONTACT REGARDING REQUEST FOR POLICYHOLDER DOCUMENTATION. | | | |
| 12/20/21 | DNR | TELEPHONE CONFERENCE WITH PROGRESSIVE REGARDING RECEIVERSHIP PARTIES AND REQUEST FOR POLICY DOCUMENTATION. | B120 | 0.90 | 315.00 |
| 12/20/21 | DNR | TELEPHONE CONFERENCE WITH TEXAS MUTUAL IN-HOUSE COUNSEL REGARDING DOCUMENT REQUESTS AND POLICY INFORMATION. | B120 | 0.50 | 175.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING INVESTOR SPREADSHEETS. | B110 | 0.30 | 105.00 |
| 12/20/21 | ARRA | REVIEWING SEIZED DOCUMENTS AND PREPARING SPREADSHEET WITH ENTITIES AND FEEDER FUNDS ALONG WITH ADDRESS, EINS AND ADVISOR ASSOCIATED THEREWITH. | B110 | 4.90 | 1,631.70 |
| 12/20/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON REGARDING INVESTOR PORTAL STATUS QUESTION. | B120 | 0.30 | 105.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING OIL AND GAS COMPANIES AND NOTICE OF RECEIVERSHIP. | B120 | 0.20 | 70.00 |
| 12/20/21 | ARRA | RESEARCHING FEDERAL EQUITY RECEIVERSHIP LAW ABOUT ASSUMING AND REJECTING A LEASE. | B110 | 2.90 | 965.70 |
| 12/20/21 | TED | EMAILS REGARDING WHETHER MS. DARDI WAS AN INVESTOR; RESEARCH REGARDING SAME; REMOVAL OF MS. DARDI FROM HEARTLAND INVESTORS SPREADSHEET; | B110 | 0.10 | 25.65 |
| 12/20/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING COWBOYS TICKETS AND SALE FOR UPCOMING GAME ISSUES. | B120 | 0.30 | 105.00 |
| 12/20/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND RUSTIN BRUNSON REGARDING UPDATE ON PALO PINTO GATHERING LINE LEAK AND ISSUE. | B210 | 0.20 | 70.00 |
| 12/20/21 | DNR | REPORT FOR CALL WITH RECEIVER AND BDO REGARDING SERVER DATA RETRIEVAL. | B120 | 0.80 | 280.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING BDO CALL AND FOLLOW UP ON SAME. | B120 | 0.30 | 105.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH STATE FARM AGENT REGARDING POLICY DECLARATIONS. | B210 | 0.20 | 70.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON REGARDING TIEP INVESTOR CONTACT INFORMATION. | B120 | 0.20 | 70.00 |
| 12/20/21 | TED | REVIEW OF SAHOTA ENTITY STATE FARM POLICIES; | B110 | 0.20 | 51.30 |

APP. 0662

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 43

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| | | ORGANIZATION OF SAME ON NDS. | | | |
| 12/20/21 | DNR | TELEPHONE CONFERENCE WITH US RISK BROKER REGARDING ENVIRONMENTAL POLICY. | B120 | 0.20 | 70.00 |
| 12/20/21 | DNR | BRIEF REVIEW OF INSURANCE POLICY DECLARATIONS PROVIDED BY STATE FARM. | B120 | 0.20 | 70.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO DARRELL JONES REGARDING INSURANCE COVERAGE ON OIL FIELD EQUIPMENT. | B210 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO U.S. RISK REGARDING REQUEST FOR POLICY DOCUMENTATION. | B210 | 0.30 | 105.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO CASON BURDETT REGARDING ENVIRONMENTAL POLICY. | B210 | 0.10 | 35.00 |
| 12/20/21 | DNR | TELEPHONE CONFERENCE WITH TEXAS SELECT INSURANCE AND TRAVELERS INSURANCE REGARDING FARM AND RANCH POLICY. | B210 | 0.30 | 105.00 |
| 12/20/21 | DNR | DRAFT LETTER TO TEXAS SELECT INSURANCE COMPANY REGARDING FARM AND RANCH POLICY DOCUMENTATION REQUEST. | B210 | 0.30 | 105.00 |
| 12/20/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON REGARDING HEARTLAND INVESTOR DATABASE. | B210 | 0.30 | 105.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON REGARDING ADMINISTRATIVE DOCUMENTS ON HEARTLAND PORTAL. | B120 | 0.20 | 70.00 |
| 12/20/21 | DNR | RECEIVE UPDATE FROM DEBORAH WILLIAMSON REGARDING 777 MAIN STREET LEASE. | B120 | 0.20 | 70.00 |
| 12/20/21 | DNR | CORRESPONDENCE FROM TEXAS SELECT INSURANCE REGARDING FARM AND RANCH POLICY. | B210 | 0.10 | 35.00 |
| 12/20/21 | DNR | DRAFT LETTER TO JOHN DURHAM REGARDING REQUEST FOR INSURANCE POLICY DOCUMENTATION. | B120 | 0.30 | 105.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO JOHN DURHAM REGARDING REQUEST FOR INSURANCE POLICY DOCUMENTATION. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | REPORT FOR CALL REGARDING HEARTLAND PORTAL AND DATA RETRIEVAL WITH DEBORAH WILLIAMSON. | B120 | 0.30 | 105.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH MICROSOFT COUNSEL REGARDING CLOUD AND DOMAIN ACCESS STATUS. | B120 | 0.50 | 175.00 |
| 12/20/21 | ARRA | REVIEWING VEHICLE DOCUMENTS FROM GRAHAM PROPERTY AND ORGANIZING THE INFORMATION INTO A SPREADSHEET. | B120 | 1.30 | 432.90 |
| 12/20/21 | DNR | MEETING WITH DEBORAH WILLIAMSON REGARDING REAL | B120 | 0.50 | 175.00 |

APP. 0663

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 44

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | ESTATE RECORDS FOUND AND RECEIVE TASK ASSIGNMENTS REGARDING SAME. | | | |
| 12/20/21 | DNR | CORRESPONDENCE TO OSMAN LAW LLC REGARDING REAL ESTATE LIEN NOTE FOR ELDORADO PROPERTY. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | DISCUSS HEARTLAND PORTAL DATA ITEMS WITH DEBORAH WILLIAMSON. | B120 | 0.30 | 105.00 |
| 12/20/21 | DNR | TELEPHONE CONFERENCE WITH BANK OF JACKSON HOLE REGARDING STATUS OF ACCOUNT BALANCE TRANSFER. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | TELEPHONE CONFERENCE WITH WELLS FARGO REGARDING FOLLOW UP ON DECEMBER 14, 2021 LETTER FROM RECEIVER REGARDING ACCOUNT TRANSFER. | B120 | 0.20 | 70.00 |
| 12/20/21 | DNR | FAX TO WELLS FARGO REGARDING DECEMBER 14, 2021 LETTER FROM RECEIVER. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | FAX TO JPMORGAN CHASE BANK REGARDING DECEMBER 14, 2021 LETTER FROM RECEIVER. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO SAHOTA COUNSEL REGARDING MICROSOFT GLOBAL ADMINISTRATOR QUESTION. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING COLLIN EDWARDS' REQUEST FOR BACKPAY. | B210 | 0.40 | 140.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING CA PROPERTY TAX STATUS. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | DRAFT LETTER TO SAN BERNARDINO COUNTY TAX COLLECTOR REGARDING TAX STATUS REPORT REQUEST FOR 2014-2020. | B120 | 0.30 | 105.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING MICROSOFT REQUEST TO AMEND RECEIVERSHIP ORDER. | B110 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO BANK CONTACT REGARDING CASHIER'S CHECK REQUEST FOR TAX STATUS REPORTS. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING DRAFT LETTER REGARDING TAX STATUS REPORTS. | B120 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO COLLIN EDWARDS REGARDING BANK ACCOUNT INFORMATION FOR ACH TRANSFER FOR BACKPAY. | B210 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING CANADA POST ISSUES. | B110 | 0.10 | 35.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING COIN APPRAISAL INFORMATION. | B120 | 0.20 | 70.00 |
| 12/20/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING | B120 | 0.20 | 70.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 45

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|------------|------|-------|--------|
| | | INVESTOR CONTACTS AND NOTICES OF ASSETS. | | | |
| 12/20/21 | JRF | IDENTIFY AND ANALYZE CASE LAW AND ADVISE RECEIVER AS TO HER POWERS UNDER FEDERAL EQUITY RECEIVERSHIP TO REPUDIATE A LEASE OR CONTRACT (2.5). | B120 | 2.50 | 1,687.50 |
| 12/20/21 | ARA | CALL WITH BEAU BRUHWILER, RYAN LANDERS, AND D. WILLIAMSON RE: CHANGING TITLE AND REGISTRATION OF AIRCRAFT AND PROCESS FOR EXPEDITING SAME. | B120 | 0.20 | 92.80 |
| 12/20/21 | ARA | COMMUNICATIONS WITH M. CARAVELLA RE: HIS COMMUNICATIONS RECEIVED FROM MONROSE SEHOTA (.2) | B120 | 0.20 | 92.80 |
| 12/20/21 | IRS | PLAN AND PREPARE FOR MOVE OF TRUCKS AND HEAVY EQUIPMENT IN GRAHAM, TEXAS. | B110 | 0.90 | 408.60 |
| 12/20/21 | IRS | CORRESPOND WITH MILLER'S TOWING REGARDING MOVE LOGISTICS. | B110 | 1.40 | 635.60 |
| 12/20/21 | IRS | CORRESPOND WITH BIG DOG TOW YARD REGARDING MOVE LOGISTICS. | B110 | 0.60 | 272.40 |
| 12/20/21 | IRS | REVIEW INVENTORY OF VEHICLES HELD BY ARCOOIL. | B120 | 0.80 | 363.20 |
| 12/20/21 | IRS | REVIEW CASE FILE. | B110 | 0.60 | 272.40 |
| 12/20/21 | JRF | CALL WITH JW LAWYER WILLIAM JENKINS REGARDING THEIR NEGOTIATION FOR SUITE 2160 TAKEOVER AND A BID FOR THE FURNITURE (.4). | B120 | 0.40 | 270.00 |
| 12/20/21 | JRF | EMAIL TO AUCTIONEER REGARDING VALUE OF THE SUITE 2160 FURNITURE (.1). | B120 | 0.10 | 67.50 |
| 12/21/21 | TED | SETTING UP FILE FOR MS. BESZCYZYNSKI IN NDS AND SAVING DOCUMENTS TO SAME. | B110 | 0.10 | 25.65 |
| 12/21/21 | DNR | CORRESPONDENCE WITH IBC BANK REGARDING CASHIER'S CHECK REQUEST. | B110 | 0.30 | 105.00 |
| 12/21/21 | DNR | REVIEW ORDER REFERRING MOTION TO RELEASE FUNDS TO MAGISTRATE JUDGE. | B110 | 0.10 | 35.00 |
| 12/21/21 | TED | CREATING FOLDERS FOR MR. BARAHONA AND ALTERNATIVE OFFICE SOLUTIONS; UPLOADING INVOICES REGARDING SAME. | B110 | 0.30 | 76.95 |
| 12/21/21 | DNR | CORRESPONDENCE FROM SAHOTA COUNSEL REGARDING MICROSOFT CREDENTIALS REQUEST. | B120 | 0.10 | 35.00 |
| 12/21/21 | ARRA | RESEARCHING JUDGE O'CONNOR'S PRIOR RULINGS ON REJECTING A LEASE IN A RECEIVERSHIP. | B110 | 0.40 | 133.20 |
| 12/21/21 | ARRA | PREPARING A SPREADSHEET LISTING EQUIPMENT, VIN NUMBERS, AND OTHER INFORMATION ABOUT THE ITEMS. | B120 | 5.70 | 1,898.10 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 46

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/21/21 | ARRA | GETTING JASON PROFANCIK,, THE SEC FORENSIC ANALYST SET UP. | B110 | 0.90 | 299.70 |
| 12/21/21 | DNR | TELEPHONE CONFERENCE WITH KEVIN MURPHY REGARDING INSURANCE DOCUMENTATION REQUEST OF MITSUI. | B120 | 0.20 | 70.00 |
| 12/21/21 | DNR | TELEPHONE CONFERENCES WITH DELAIN STONE REGARDING BUSINESS OPERATIONS AND PAYROLL. | B210 | 1.00 | 350.00 |
| 12/21/21 | DNR | RECEIVE UPDATE ON RECEIVER'S CHECKS FROM BANK. | B110 | 0.10 | 35.00 |
| 12/21/21 | DNR | CORRESPONDENCE WITH CASON BURDETT REGARDING ENVIRONMENTAL AND GENERAL LIABILITY POLICY DOCUMENTS. | B210 | 0.30 | 105.00 |
| 12/21/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING CHECK UPDATE. | B210 | 0.10 | 35.00 |
| 12/21/21 | DNR | REVIEW LETTER FROM WELLS FARGO REGARDING ASSET TURNOVER AND CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING SAME. | B120 | 0.20 | 70.00 |
| 12/21/21 | TED | CREATING FOLDER FOR U.S. RISK POLICY NO. MKLV4ENV103084 DOCUMENTS AND SAVING DOCUMENTS TO SAME. | B110 | 0.30 | 76.95 |
| 12/21/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING BDO TECH PROPOSAL. | B110 | 0.40 | 140.00 |
| 12/21/21 | TED | CREATING FILE FOR GENERAL LIABILITY POLICIES FOR APRIL 24, 2021 - APRIL 24, 2022; UPLOADING DOCUMENTS TO SAME. | B110 | 0.30 | 76.95 |
| 12/21/21 | DNR | REPORT FOR CALL WITH SEC COUNSEL REGARDING ASSET RECOVERY STATUS. | B120 | 0.80 | 280.00 |
| 12/21/21 | TED | BEGAN CREATING SPREADSHEETS FOR INVESTORS BY STATE. | B110 | 2.60 | 666.90 |
| 12/21/21 | TED | TELEPHONE CONFERENCE TO MS. RAHN RE FREQUENTLY ASKED QUESTIONS FOR THE WEBSITE. | B110 | 0.10 | 25.65 |
| 12/21/21 | DNR | CORRESPONDENCE FROM BDO AND DEBORAH WILLIAMSON REGARDING PROPOSAL FOR SERVER DATA RETRIEVAL. | B120 | 0.20 | 70.00 |
| 12/21/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON AND DARRELL JONES REGARDING OIL AND GAS ASSETS AND UPDATE ON REPORTS. | B120 | 0.80 | 280.00 |
| 12/21/21 | TED | BEGAN GATHERING FREQUENTLY ASKED QUESTIONS IN PREPARATION FOR WEBSITE. | B110 | 1.50 | 384.75 |
| 12/21/21 | DNR | REVIEW CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING WELLS FARGO REGARDING ACCOUNT | B120 | 0.10 | 35.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 47

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| | | STATEMENTS. | | | |
| 12/21/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING WELLS FARGO ACCOUNT BALANCES. | B120 | 0.10 | 35.00 |
| 12/21/21 | DNR | CORRESPONDENCE FROM KEVIN EDMUNDSON REGARDING MICROSOFT ACCESS. | B120 | 0.10 | 35.00 |
| 12/21/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING MICROSOFT ACCESS ISSUES. | B120 | 0.10 | 35.00 |
| 12/21/21 | ARRA | WORKING WITH JASON PROFANCIK TO GET HIM WHAT HE NEEDS TO GET THE DATA OF THE SEIZED ELECTRONICS. | B120 | 0.30 | 99.90 |
| 12/21/21 | DNR | CORRESPONDENCE TO KEVIN EDMUNDSON AND SEC COUNSEL REGARDING LETTER TO KEMPER HEALTH. | B210 | 0.10 | 35.00 |
| 12/21/21 | DNR | REPORT FOR CALL WITH SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING TELEPHONE CONFERENCE WITH DELAIN STONE AND OPERATIONS UPDATES. | B210 | 0.70 | 245.00 |
| 12/21/21 | DNR | TELEPHONE CONFERENCE WITH MAYCEE SHORT REGARDING REVENUE PAYMENTS AND WOLFEPAK ITEMS. | B210 | 0.10 | 35.00 |
| 12/21/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND VICKI PALMOUR REGARDING WOLFEPAK AND REVENUE PAYMENT OPERATION INFORMATION. | B210 | 0.30 | 105.00 |
| 12/21/21 | DNR | CORRESPONDENCE TO DARRELL JONES REGARDING DRAFT LETTER TO BRAD MASSEY REGARDING LOG RETRIEVAL. | B120 | 0.10 | 35.00 |
| 12/21/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING POTENTIAL SALE OF ITEMS AT 777 MAIN. | B110 | 0.30 | 105.00 |
| 12/21/21 | DNR | CORRESPONDENCE FROM KEVIN MURPHY REGARDING REQUEST FOR SUBPOENA FOR DOCUMENTS REGARDING INSURANCE POLICIES. | B120 | 0.10 | 35.00 |
| 12/21/21 | DNR | REPORT TO DEBORAH WILLIAMSON REGARDING MITSUI INSURANCE REQUEST FOR SUBPOENA FOR DOCUMENTS REGARDING INSURANCE POLICIES. | B120 | 0.10 | 35.00 |
| 12/21/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING MOTION TO CLARIFY RECEIVERSHIP ORDER REGARDING MICROSOFT LOGINS. | B110 | 0.40 | 140.00 |
| 12/21/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING WASHINGTON HOUSE ADDRESS. | B120 | 0.20 | 70.00 |
| 12/21/21 | DNR | RECEIVE UPDATE FROM DARRELL JONES AND DEBORAH WILLIAMSON REGARDING RIGS AND VALUE POTENTIAL FOR | B120 | 0.20 | 70.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 48

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | SAME. | | | |
| 12/21/21 | ARRA | SEIZING POWER CORDS AND COMPUTER MONITORS WITH CAROLINE LAWHORN FROM AOS OFFICE IN MANSFIELD, TEXAS. | B120 | 0.80 | 266.40 |
| 12/21/21 | ARRA | UNLOADING SEIZED COMPUTER POWER CORDS AND MONITORS FROM CAR TO THE LAMPASES CONFERENCE ROOM AT THE DYKEMA DALLAS OFFICE. | B120 | 0.30 | 99.90 |
| 12/21/21 | DNR | RESEARCH 29 PALMS, CA PROPERTY TAX INFORMATION. | B120 | 0.30 | 105.00 |
| 12/21/21 | JRF | CALL WITH LANDLORD LAWYER JOEL HYDENBURK OF JW REGARDING 2160 LEASE RESOLUTION AND PREPARE LETTER PROPOSAL TO JOEL HYDENBURK REGARDING RESOLVING ALL SUITE 2160 OBLIGATIONS AND MATTERS. | B120 | 1.50 | 1,012.50 |
| 12/21/21 | CSIL | SEIZE POWER CORDS AN COMPUTER MONITORS WITH ALEXANDRIA RAHN FROM AOS OFFICE IN MANSFIELD, TEXAS. | B120 | 0.80 | 277.20 |
| 12/21/21 | CSIL | UNLOAD SEIZED COMPUTER POWER CORDS AND MONITORS FROM CAR TO THE LAMPASES CONFERENCE ROOM AT THE DYKEMA DALLAS OFFICE. | B120 | 0.30 | 103.95 |
| 12/21/21 | ARA | CALL WITH T. HANCOCK RE: POTENTIAL PURCHASER FOR CHALLENGER. | B120 | 0.10 | 46.40 |
| 12/21/21 | ARA | CALL WITH T. MARSZALEK RE: CHALLENGER STATUS REPORT AND DUE LIST AND FOLLOW UP WITH EMAIL. | B120 | 0.10 | 46.40 |
| 12/21/21 | ARA | CALL TO C. PRITCHARD AND FOLLOW WITH EMAIL REGARDING STATUS REPORT AND DUE LIST FOR HELICOPTER. | B120 | 0.10 | 46.40 |
| 12/21/21 | ARA | RESEARCH FEES FOR AIRCRAFT REGISTRATION APPLICATIONS AND RECORDING FOR PROOF OF OWNERSHIP AND COMPLETE FORMS | B120 | 0.70 | 324.80 |
| 12/21/21 | ARA | EMAIL CORRESPONDENCE WITH D. WILLIAMSON, D. RUSHING, T. MARSZALEK, AND C. PRITCHARD RE: CHANGE OF REGISTRATION, STATUS REPORTS FOR AIRCRAFT AND MAINTENANCE DUE SHEETS. | B120 | 0.30 | 139.20 |
| 12/21/21 | IRS | SUPERVISE AND DIRECT RECOVERY OF NINE TRUCKS / HEAVY EQUIPMENT. | B120 | 3.30 | 1,498.20 |
| 12/21/21 | IRS | RETRIEVE FILES FROM ARCOOIL. | B120 | 0.70 | 317.80 |
| 12/22/21 | TED | CREATING FOLDER FOR BIG DOG TOWING AND UPLOADING INVOICES TO SAME. | B110 | 0.10 | 25.65 |
| 12/22/21 | ARRA | GETTING JASON PROFANCIK SET UP AND OPENING THE PELICAN BOX SENT BY THE SEC WITH IKEY'S PERSONAL PHONE. | B110 | 0.50 | 166.50 |

APP. 0668

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 49

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| 12/22/21 | ARRA | ADDING NOTES TO EQUIPMENT SPREADSHEET AND WORKING ON GETTING PICKUP TRUCK INFORMATION COMPILED FOR JEFF FINE. | B120 | 4.30 | 1,431.90 |
| 12/22/21 | DNR | RESEARCH ARLINGTON, WA HOUSE AND PROPERTY TAX INFORMATION. | B120 | 0.30 | 105.00 |
| 12/22/21 | DNR | CORRESPONDENCE TO SEC COUNSEL AND DEBORAH WILLIAMSON REGARDING ARLINGTON, WA PROPERTY TAX INFORMATION. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | CORRESPONDENCE WITH KINDER MORGAN COUNSEL REGARDING RECEIVERSHIP LETTER AND ASSET ENTITIES ISSUE. | B120 | 0.20 | 70.00 |
| 12/22/21 | TED | CONTINUED WITH PREPARATION OF FREQUENTLY ASKED QUESTIONS REGARDING WEBSITE; EMAIL TO MS. RAHN WITH SAME. | B110 | 1.80 | 461.70 |
| 12/22/21 | TED | CREATING FOLDER IN NDS REGARDING SAHOTA VEHICLE VIN INFORMATION AND UPLOADING DOCUMENTS TO SAME. | B110 | 0.20 | 51.30 |
| 12/22/21 | TED | CREATING FOLDER FOR ARLINGTON, WA HOUSE INFORMATION; DOWNLOADING RECEIPTS FROM SNOHOMISH COUNTY AND UPLOADING OF SAME TO NDS FILE. | B110 | 0.30 | 76.95 |
| 12/22/21 | TED | UPLOADING VEHICLE SPREADSHEET TO SHOATA SAHOTA VEHICLE VIN INFORMATION FILE. | B110 | 0.10 | 25.65 |
| 12/22/21 | DNR | TELEPHONE CONFERENCE WITH KINDER MORGAN COUNSEL REGARDING PREVIOUSLY-ISSUED SUBPOENA FROM SEC AND ADDRESS UPDATE. | B120 | 0.10 | 35.00 |
| 12/22/21 | ARRA | WORK ON SUMMARY REPORT ON WORK DONE FROM DECEMBER 3 TO DECEMBER 21. | B110 | 1.60 | 532.80 |
| 12/22/21 | DNR | DRAFT APPLICATION TO EMPLOY BDO AS FORENSIC EXPERT AND INVESTIGATIVE CONSULTANT TO RECEIVER AND CORRESPONDING PROPOSED ORDER. | B110 | 0.70 | 245.00 |
| 12/22/21 | DNR | CORRESPONDENCE AND TELEPHONE CONFERENCES WITH COLLIN EDWARDS REGARDING BANK INFORMATION AND BACKPAY OUTSTANDING ITEMS. | B110 | 0.80 | 280.00 |
| 12/22/21 | DNR | REVIEW DRAFT ENGAGEMENT LETTER FROM BDO AND RECEIVER'S CORRESPONDENCE REGARDING COMMENTS ON SAME. | B110 | 0.30 | 105.00 |
| 12/22/21 | DNR | CORRESPONDENCE TO DARRELL JONES REGARDING LETTER TO BRAD MASSEY REGARDING LOG RETRIEVAL. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | RECEIVE DEBORAH WILLIAMSON'S EDITS TO LETTER TO BRAD | B120 | 0.10 | 35.00 |

APP. 0669

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 50

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | MASSEY REGARDING LOG RETRIEVAL. | | | |
| 12/22/21 | DNR | COMPILE AND FINALIZE FAA APPLICATIONS FOR CHANGE OF REGISTRATION FOR AIRPLANE AND HELICOPTER TO DEBORAH WILLIAMSON. | B120 | 0.30 | 105.00 |
| 12/22/21 | DNR | CORRESPONDENCE TO BRAD MASSEY REGARDING LOG RETRIEVAL. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING ELECTRONIC RETRIEVAL AND PELICAN CASES TO HQ. | B120 | 0.30 | 105.00 |
| 12/22/21 | DNR | CORRESPONDENCE TO PCNET REGARDING INVOICE RECEIVED ON BEHALF OF ARCOOIL CORP. | B210 | 0.10 | 35.00 |
| 12/22/21 | DNR | PROVIDE UPDATE REGARDING KINDER MORGAN AND DOCUMENT REQUEST TO DEBORAH WILLIAMSON. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | DRAFT LETTER TO FAA REGARDING AIRCRAFT REGISTRATION APPLICATIONS. | B120 | 0.20 | 70.00 |
| 12/22/21 | DNR | PREPARE CHAIN OF CUSTODY FORM FOR ELECTRONIC DEVICE SUBMISSION TO SEC HQ. | B110 | 0.20 | 70.00 |
| 12/22/21 | DNR | PREPARE SELECT ELECTRONIC DEVICES AND PACKAGE FOR SUBMISSION TO SEC HQ. | B120 | 0.50 | 175.00 |
| 12/22/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING TEXTS FROM RELIEF DEFENDANT REGARDING AIRCRAFT MOVEMENT. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | EMAIL FAA CONTACT REGARDING AIRCRAFT REGISTRATION APPLICATION PACKAGES. | B120 | 0.10 | 35.00 |
| 12/22/21 | ARRA | UPDATE SEIZURE LIST WITH ITEMS SEIZED FROM AOS OFFICE ON 12.21.21. | B120 | 0.30 | 99.90 |
| 12/22/21 | DNR | CORRESPONDENCE WITH KEVIN EDMUNDSON REGARDING SERVICE OF MONROSE SAHOTA. | B110 | 0.20 | 70.00 |
| 12/22/21 | TED | RESEARCH REGARDING MS. BEENING AS AN INVESTOR. | B110 | 0.10 | 25.65 |
| 12/22/21 | DNR | CORRESPONDENCE WITH KEVIN EDMUNDSON REGARDING WAIVER OF SERVICE OF SUMMONS OF MONROSE SAHOTA. | B110 | 0.30 | 105.00 |
| 12/22/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING WAIVER OF SERVICE OF SUMMONS OF MONROSE SAHOTA. | B110 | 0.10 | 35.00 |
| 12/22/21 | DNR | TELEPHONE CONFERENCES (2) WITH INVESTOR REGARDING PURPORTED WEBSITE ISSUES. | B110 | 0.40 | 140.00 |
| 12/22/21 | ARRA | MET WITH MR. IKEY TO RETURN HIS PERSONAL PHONE AND TO GET HIM TO SIGN OVER THE TITLE TO HIS VEHICLE AND TO PROVIDE A WORKING STORAGE KEY, AND WROTE AN EMAIL | B110 | 1.40 | 466.20 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 51

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | TO THE RECEIVERSHIP TEAM SUMMARIZING MY EXCHANGE WITH MR. IKEY. | | | |
| 12/22/21 | DNR | TELEPHONE CONFERENCE WITH PCNET REGARDING INVOICE RECEIVED AND SERVICES PROVIDED TO ARCOOIL CORP. | B120 | 0.20 | 70.00 |
| 12/22/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING PCNET MONITORING. | B120 | 0.30 | 105.00 |
| 12/22/21 | DNR | CREATE ACH DRAFT FOR COLLIN EDWARDS FOR HOURLY WAGES FOR PERIOD FROM DECEMBER 1-9, 2021. | B210 | 0.10 | 35.00 |
| 12/22/21 | DNR | MEETING WITH DEBORAH WILLIAMSON REGARDING APPROVAL OF ACH PAYMENT REQUEST FOR COLLIN EDWARDS. | B210 | 0.10 | 35.00 |
| 12/22/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING PRODUCTION OF WELL LOGS. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | CORRESPONDENCE TO DARRELL JONES AND SCOTT ROBINOWITZ REGARDING ACH PAYMENT TO COLLIN EDWARDS FOR WAGES. | B210 | 0.10 | 35.00 |
| 12/22/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND BDO REGARDING CALL TO DISCUSS DATA SERVER ISSUES. | B120 | 0.20 | 70.00 |
| 12/22/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND SEC COUNSEL REGARDING RESERVE REPORTS. | B120 | 0.20 | 70.00 |
| 12/22/21 | DNR | CORRESPONDENCE WITH DARRELL JONES, SEC COUNSEL, AND DEBORAH WILLIAMSON REGARDING WELL LOGS RETRIEVAL ISSUES. | B120 | 0.40 | 140.00 |
| 12/22/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING TERMINATION OF SERVICES PROVIDED BY PCNET. | B210 | 0.20 | 70.00 |
| 12/22/21 | DNR | DRAFT LETTER TO PCNET REGARDING TERMINATION OF SERVICES AND RECEIVERSHIP ORDER. | B210 | 0.20 | 70.00 |
| 12/22/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND LOCAL COUNSEL REGARDING APPLICATION TO EMPLOY BDO. | B110 | 0.20 | 70.00 |
| 12/22/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING COMMENTS TO BDO LETTTER OF ENGAGEMENT. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | DISCUSS JADE UPDATE WITH DEBORAH WILLIAMSON. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | RECEIVE TASK ASSIGNMENT REGARDING BANK AND CREDIT CARD STATEMENTS FROM DEBORAH WILLIAMSON. | B120 | 0.10 | 35.00 |
| 12/22/21 | DNR | CORRESPONDENCE WITH VICKI PALMOUR REGARDING WOLFEPAK LOGIN ISSUES. | B210 | 0.20 | 70.00 |
| 12/22/21 | DNR | CORRESPONDENCE FROM TIM MARSZALEK REGARDING DUE | B120 | 0.10 | 35.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 52

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | LIST AND STATUS REPORT FOR AIRPLANE. | | | |
| 12/22/21 | DNR | CORRESPONDENCE TO KEVIN MURPHY REGARDING DOCUMENT REQUESTS. | B120 | 0.10 | 35.00 |
| 12/22/21 | TED | CONTINUED PREPARATION OF SPREADSHEET OF INVESTORS BY STATE. | B110 | 4.10 | 1,051.65 |
| 12/22/21 | JRF | IDENTIFY KELLY BLUE BOOK INSTANT CASH SYSTEM TO EXPOSE TRUCKS TO 45 DEALERS (.4). | B120 | 0.40 | 270.00 |
| 12/22/21 | ARA | CALL WITH D. RUSHING REGARDING AIRCRAFT ASSETS, VARIOUS PERSONS CLAIMED TO BE OWED FUNDS, AND COMMUNICATIONS BETWEEN M. CARAVELLA AND M. SEHOTA. | B120 | 0.50 | 232.00 |
| 12/22/21 | ARA | COMMUNICATIONS BY EMAIL WITH PERSONS INTERESTED IN PURCHASE OF THE AIRCRAFT. | B120 | 0.30 | 139.20 |
| 12/22/21 | ARA | DRAFT UPDATE TO MEMORANDUM ON ASSET INVESTIGATION AND SEIZURE RELATED TO AIRCRAFT. | B120 | 0.50 | 232.00 |
| 12/22/21 | ARA | CALL WITH M. CARAVELLA RE: MONEY OWED TO VARIOUS PILOTS BY DALLAS RESOURCES AND STARTING CLAIM PROCESS AND REGARDING ENGINE CONTRACT AND APU. | B120 | 0.20 | 92.80 |
| 12/22/21 | ARA | CALL WITH JOE NOLAND RE: HELICOPTER COMPONENT SPREADSHEET MAINTENANCE INFORMATION AND FOLLOW UP ON EMAIL REGARDING SAME. | B120 | 0.40 | 185.60 |
| 12/22/21 | ARA | RECEIVE AND REVIEW INFORMATION ON CHALLENGER FROM T. MARSZALEK. | B120 | 0.20 | 92.80 |
| 12/22/21 | ARA | REVIEW INFORMATION FROM C. PRITCHARD RE: AGUSTA MAINTENANCE | B120 | 0.10 | 46.40 |
| 12/22/21 | ARA | EMAIL CORRESPONDENCE WITH B. DE LA GARZA RE: ARRANGEMENTS TO INSPECT AIRCRAFT. | B120 | 0.10 | 46.40 |
| 12/22/21 | JRF | CALL WITH JOE VARGAS OF WESTWAY FORD REGARDING A BID ON THE F150 (.3). | B120 | 0.30 | 202.50 |
| 12/22/21 | JRF | CALL WITH SPORT CITY TOYOTA REGARDING BIDS ON ALL 3 TRUCKS (.3). | B120 | 0.30 | 202.50 |
| 12/22/21 | JRF | CALL WITH MIKE KEMP, RITCHIE BROS. AUCTION MANAGER REGARDING PROCEDURE AND STRATEGY TO SELL LARGE AMOUNT OF VEHICLE AND OTHER EQUIPMENT (.3). | B120 | 0.30 | 202.50 |
| 12/22/21 | JRF | EMAIL REPORT TO RECEIVER REGARDING SAME (.3). | B120 | 0.30 | 202.50 |
| 12/23/21 | TED | CREATING AIRCRAFT FOLDER AND UPLOADING DOCUMENTS TO SAME. | B110 | 0.10 | 25.65 |

APP. 0672

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 53

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/23/21 | TED | CREATING FOLDER FOR TEXT MESSAGES FROM MR. CARAVELA TO MR. SAHOTA AND UPLOADING MESSAGES TO SAME. | B110 | 0.10 | 25.65 |
| 12/23/21 | ARRA | SETTING UP JASON PROFANCIK, SEC FORENSIC AND DATA RECOVERY EXPERT, FOR THE DAY. | B110 | 0.20 | 66.60 |
| 12/23/21 | ARRA | UPDATE EQUIPMENT AND VEHICLE SPREADSHEET WITH INFORMATION FROM THE EQUIPMENT INSURANCE VALUE BINDER AND OTHER EQUIPMENT FILES SEIZED FROM THE GRAHAM OFFICE. | B120 | 5.40 | 1,798.20 |
| 12/23/21 | TED | COMPLETED SPREADSHEET OF INVESTORS BY STATE. | B110 | 1.30 | 333.45 |
| 12/23/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING EXECUTED WAIVERS OF SERVICE OF SUMMONS BY DEBORAH WILLIAMSON. | B110 | 0.40 | 140.00 |
| 12/23/21 | DNR | TELEPHONE CONFERENCE WITH CHASE BANK REGARDING ACCOUNT STATEMENTS. | B120 | 0.10 | 35.00 |
| 12/23/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON AND BDO REGARDING ENGAGEMENT LETTER AND APPLICATION TO EMPLOY. | B120 | 0.20 | 70.00 |
| 12/23/21 | DNR | REVIEW LETTER FROM BANK OF AMERICA REGARDING SUBPOENA RESPONSE PROTOCOL AND INVOICE ON SAME. | B120 | 0.10 | 35.00 |
| 12/23/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING BANK OF AMERICA BANK STATEMENT REQUEST INVOICE. | B120 | 0.20 | 70.00 |
| 12/23/21 | DNR | CORRESPONDENCE WITH FAA CONTACT REGARDING AIRPLANE REGISTRATION APPLICATIONS. | B120 | 0.20 | 70.00 |
| 12/23/21 | DNR | CORRESPONDENCE WITH KEVIN MURPHY REGARDING INSURANCE POLICY REQUESTS. | B120 | 0.20 | 70.00 |
| 12/23/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND BDO REGARDING DATA SERVER CALL AND ISSUES REGARDING PANAMA ENTITY. | B120 | 0.30 | 105.00 |
| 12/23/21 | DNR | REVIEW EXECUTED ENGAGEMENT LETTER OF RECEIVER WITH BDO. | B120 | 0.10 | 35.00 |
| 12/23/21 | DNR | REVIEW COURT ORDER REGARDING REFERRAL OF APPLICATION TO EMPLOY DARRELL JONES TO MAGISTRATE JUDGE. | B110 | 0.10 | 35.00 |
| 12/23/21 | ARRA | DRAFT SUMMARY OF WORK PERFORMED FOR THE RECEIVERSHIP SINCE DECEMBER 3, 2021. | B110 | 1.30 | 432.90 |
| 12/23/21 | DNR | REVIEW JAMES IKEY'S BRIEF SUPPORTING MOTION TO RELEASE BANK ACCOUNTS. | B110 | 0.10 | 35.00 |

APP. 0673

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 54

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/23/21 | DNR | CORRESPONDENCE FROM SEC REGARDING OIL AND GAS DOCUMENTS PRODUCED BY BRAD MASSEY. | B120 | 0.10 | 35.00 |
| 12/23/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON AND DARRELL JONES REGARDING OIL AND GAS DOCUMENT PRODUCTION FROM BRAD MASSEY TO SEC. | B120 | 0.10 | 35.00 |
| 12/23/21 | DNR | REPORT FOR CALL WITH IT REGARDING HEARTLAND GROUP VENTURES GMAIL, HEARTLAND PORTAL, AND WEBSITE ISSUES. | B120 | 0.80 | 280.00 |
| 12/23/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND BDO REGARDING RETRIEVAL OF GMAIL AND AOL EMAIL ITEMS. | B120 | 0.40 | 140.00 |
| 12/23/21 | DNR | CORRESPONDENCE WITH CHASE BANK REGARDING DOCUMENT PRODUCTION TO DANIELLE RUSHING ON BEHALF OF RECEIVER. | B120 | 0.20 | 70.00 |
| 12/23/21 | DNR | DOWNLOAD DOCUMENT PRODUCTION FROM CHASE BANK ON DECEMBER 23, 2021. | B120 | 0.10 | 35.00 |
| 12/23/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING CHASE BANK DOCUMENT PRODUCTION. | B120 | 0.10 | 35.00 |
| 12/23/21 | DNR | REPORT FOR CALL WITH SEC COUNSEL, ENCRYPT FORTESS, DEBORAH WILLIAMSON, AND BDO REGARDING DATA RETRIEVAL FROM PANAMA SERVER AND BACKGROUND OF SERVICES PROVIDED. | B120 | 1.20 | 420.00 |
| 12/23/21 | JRF | CALL FROM ANA FUENTES OF KELLY BLUE BOOK REGARDING SELLING ALL 3 PICKUP TRUCKS (.3). | B120 | 0.30 | 202.50 |
| 12/23/21 | ARA | EMAIL CORRESPONDENCE WITH B. BRUHWILER OF FAA RE: RECEIPT AND EXPEDITING OF REGISTRATION APPLICATION. | B120 | 0.10 | 46.40 |
| 12/23/21 | ARA | EMAIL CORRESPONDENCE WITH B. DE LA GARZA PROVIDING REQUESTED INFORMATION ABOUT MAINTENANCE OF AIRCRAFT. | B120 | 0.30 | 139.20 |
| 12/23/21 | ARA | EMAIL CORRESPONDENCE WITH S. WILSON PROVIDING REQUESTED INFORMATION ABOUT MAINTENANCE OF AIRCRAFT. | B120 | 0.10 | 46.40 |
| 12/24/21 | DNR | DRAFT LETTER TO AMERICAN EXPRESS REGARDING CREDIT CARD STATEMENT REQUESTS. | B120 | 0.30 | 105.00 |
| 12/24/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING AMEX LETTER FOR CREDIT CARD STATEMENTS. | B120 | 0.20 | 70.00 |
| 12/24/21 | DNR | CORRESPONDENCE TO BDO AND DEBORAH WILLIAMSON REGARDING INVOICES RECEIVED FROM ENCRYPT FORTRESS. | B120 | 0.10 | 35.00 |
| 12/24/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING | B120 | 0.20 | 70.00 |

APP. 0674

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 55

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | DOCUMENTS PRODUCED BY JPMORGAN CHASE ON DECEMBER 23, 2021. | | | |
| 12/24/21 | DNR | CORRESPONDENCE TO BDO REGARDING LIST OF PARTIES INVOLVED IN CASE. | B110 | 0.10 | 35.00 |
| 12/24/21 | DNR | COMPILE LIST OF DEFENDANTS, RELIEF DEFENDANTS, AND RECEIVERSHIP PARTIES. | B110 | 0.20 | 70.00 |
| 12/24/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON AND BDO REGARDING PANAMA DATA RETRIEVAL PLAN AND TIMING. | B120 | 0.80 | 280.00 |
| 12/24/21 | DNR | CORRESPONDENCE WITH BDO REGARDING GMAIL EMAIL RETRIEVAL. | B120 | 0.40 | 140.00 |
| 12/24/21 | DNR | CORRESPONDENCE FROM CASEY PRITCHARD REGARDING UNPAID INVOICES OF PILOTS AND REVIEW OF SAME. | B210 | 0.40 | 140.00 |
| 12/27/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING UNPAID PILOT INVOICES. | B210 | 0.20 | 70.00 |
| 12/27/21 | DNR | CORRESPONDENCE TO TRACY SPERL REGARDING ASSET TRANSFER CORRESPONDENCE REQUEST OF RECEIVER. | B120 | 0.10 | 35.00 |
| 12/27/21 | DNR | TELEPHONE CONFERENCE WITH BANK OF JACKSON HOLE REGARDING RECEIVER CORRESPONDENCE DATED DECEMBER 14, 2021. | B120 | 0.10 | 35.00 |
| 12/27/21 | DNR | CORRESPONDENCE TO KYLEIGH BEYER REGARDING RECEIVER CORRESPONDENCE DATED DECEMBER 14, 2021. | B120 | 0.10 | 35.00 |
| 12/27/21 | DNR | TELEPHONE CONFERENCE WITH FIRST FINANCIAL BANK OF ABILENE REGARDING RECEIVER CORRESPONDENCE DATED DECEMBER 14, 2021. | B120 | 0.10 | 35.00 |
| 12/27/21 | DNR | TELEPHONE CONFERENCE WITH STEVE HOLT REGARDING RECEIVER CORRESPONDENCE DATED DECEMBER 14, 2021. | B120 | 0.40 | 140.00 |
| 12/27/21 | DNR | CORRESPONDENCE TO FIRST STATE BANK OF GRAHAM REGARDING RECEIVER CORRESPONDENCE DATED DECEMBER 14, 2021. | B120 | 0.10 | 35.00 |
| 12/27/21 | DNR | TELEPHONE CONFERENCE WITH CRYSTAL AT FIRST FINANCIAL BANK REGARDING ACCOUNT REQUESTS AND BALANCE INFORMATION. | B120 | 0.10 | 35.00 |
| 12/27/21 | DNR | PREPARE COVER LETTER AND PACKAGE REGARDING INVOICE FOR BANK STATEMENTS TO BANK OF AMERICA. | B120 | 0.20 | 70.00 |
| 12/27/21 | DNR | REVIEW RECEIVER MAIL RECEIVED ON DECEMBER 27, 2021. | B110 | 0.40 | 140.00 |
| 12/27/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING | B110 | 0.10 | 35.00 |

APP. 0675

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 56

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | SECOND SUPPLEMENTAL REPLY OF RECEIVER. | | | |
| 12/27/21 | DNR | REVIEW BANK STATEMENTS FROM BANK OF AMERICA DOCUMENT PRODUCTION. | B120 | 0.40 | 140.00 |
| 12/27/21 | DNR | RECEIVE UPDATE FROM RECEIVER REGARDING HEARTLAND AND IKEY VEHICLES AND QUOTES FOR SALE OF SAME. | B120 | 0.20 | 70.00 |
| 12/27/21 | DNR | CORRESPONDENCE TO SAHOTA COUNSEL REGARDING REQUEST FOR PERSONAL PROPERTY LIST. | B120 | 0.10 | 35.00 |
| 12/27/21 | DNR | CORRESPONDENCE WITH MICROSOFT COUNSEL REGARDING PROPOSED LANGUAGE IN ORDER REGARDING CLOUDS AND DOMAINS OF RECEIVERSHIP ENTITIES. | B120 | 0.20 | 70.00 |
| 12/27/21 | DNR | FINALIZE AND SEND LETTER TO AMERICAN EXPRESS REGARDING DOCUMENT REQUEST. | B120 | 0.20 | 70.00 |
| 12/27/21 | DNR | TELEPHONE CONFERENCE WITH BRAZOS COMMUNICATIONS REGARDING COMMUNICATIONS ACCOUNT INFORMATION. | B210 | 0.10 | 35.00 |
| 12/27/21 | DNR | DRAFT AND SEND LETTER TO BRAZOS COMMUNICATIONS REGARDING ACCOUNT DOCUMENTATION REQUEST. | B210 | 0.30 | 105.00 |
| 12/27/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON REGARDING ASSET LOCATION TASKS AND OPEN ITEMS. | B120 | 0.80 | 280.00 |
| 12/27/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING WELL LOG RETRIEVAL UPDATE. | B120 | 0.20 | 70.00 |
| 12/27/21 | DNR | CORRESPONDENCE TO BRAZOS COMMUNICATIONS REGARDING DOCUMENT REQUEST. | B120 | 0.10 | 35.00 |
| 12/27/21 | ARRA | MICROSOFT TEAMS MEETING WITH DEBORAH WILLIAMSON, DANIELLE RUSHING, THERESA DICK, AND LAUREN VASQUEZ TO REVIEW TO DO LIST AND ACTION ITEMS FOR THIS WEEK. | B110 | 0.80 | 266.40 |
| 12/27/21 | ARRA | UPDATE EQUIPMENT SPREADSHEET TO INCLUDE AN ADDITIONAL TAB FOR INSURANCE AND ADDITIONAL COLUMNS FOR INFORMATION REQUESTED BY RECEIVER AND EMAIL UPDATED SPREADSHEET TO RECEIVERSHIP TEAM. | B120 | 0.40 | 133.20 |
| 12/27/21 | ARRA | LIST TICKETS TO CARDINALS VERSUS COWBOYS GAME ON JANUARY 2, 2022 FOR SALE ON SEATGEEK AND NFL TICKET EXCHANGE. | B120 | 0.20 | 66.60 |
| 12/27/21 | ARRA | DRAFT FREQUENTLY ASKED QUESTIONS AND RESPONSES FOR THE HEARTLAND RECEIVERSHIP WEBSITE. | B110 | 2.80 | 932.40 |
| 12/27/21 | DNR | TELEPHONE CONFERENCE WITH TXND CLERK'S OFFICE REGARDING TRANSMITTAL LETTER TO JUDGE RAY AND FILING OF SAME. | B110 | 0.10 | 35.00 |

APP. 0676

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 57

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/27/21 | DNR | FINALIZE AND FILE SECOND SUPPLEMENTAL REPLY IN SUPPORT OF DARRELL JONES'S APPLICATION TO EMPLOY AND TRANSMITTAL LETTER TO JUDGE RAY FOR SAME. | B110 | 0.30 | 105.00 |
| 12/27/21 | DNR | CORRESPONDENCE TO JUDGE RAY REGARDING PROPOSED ORDER REGARDING DARRELL JONES EMPLOYMENT APPLICATION. | B110 | 0.10 | 35.00 |
| 12/27/21 | ARRA | DRAFT REPORT REGARDING SALE OF COWBOYS TICKETS FOR GAME PLAYED ON DECEMBER 26, 2021. | B110 | 1.60 | 532.80 |
| 12/27/21 | DNR | CORRESPONDENCE TO CASEY PRITCHARD REGARDING OUTSTANDING PILOT INVOICES. | B210 | 0.10 | 35.00 |
| 12/27/21 | ARRA | DRAFT SUMMARY OF ACTIVITIES WORKED ON FOR THE ESTATE SINCE DECEMBER 3, 2021. | B110 | 0.70 | 233.10 |
| 12/27/21 | DNR | CORRESPONDENCE TO AND TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING TEXAS WORKFORCE COMMISSION LETTERS RESPONSIVE TO NOTICE OF APPLICATION OF UNEMPLOYMENT BENEFITS. | B210 | 0.20 | 70.00 |
| 12/27/21 | DNR | DRAFT LETTER TO TEXAS WORKFORCE COMMISSION REGARDING NOTICE OF APPLICATION OF UNEMPLOYMENT BENEFITS FOR MAYCEE SHORT. | B210 | 0.30 | 105.00 |
| 12/27/21 | DNR | DRAFT LETTER TO TEXAS WORKFORCE COMMISSION REGARDING NOTICE OF APPLICATION OF UNEMPLOYMENT BENEFITS FOR COLLIN EDWARDS. | B210 | 0.30 | 105.00 |
| 12/27/21 | DNR | COMPILE AND FAX LETTER RESPONDING TO MAYCEE SHORT'S UNEMPLOYMENT BENEFITS APPLICATION NOTICE. | B210 | 0.10 | 35.00 |
| 12/27/21 | DNR | COMPILE AND FAX LETTER RESPONDING TO COLLIN EDWARDS'S UNEMPLOYMENT BENEFITS APPLICATION NOTICE. | B210 | 0.10 | 35.00 |
| 12/27/21 | ARRA | REVIEW JAMES IKEY'S AND BRIDY IKEY'S DEPOSITIONS FOR THEIR DISCUSSION OF THE JADE. | B120 | 0.80 | 266.40 |
| 12/27/21 | DNR | CORRESPONDENCE TO NICOLE PETRELLI AT MARKEL INSURANCE REGARDING CORRESPONDENCE DATED DECEMBER 14, 2021 TO RECEIVER REGARDING CLAIM WITH DATE OF LOSS OF DECEMBER 7, 2021. | B120 | 0.20 | 70.00 |
| 12/27/21 | TED | CONFERENCE CALL WITH MS. WILLIAMSON, MS. RUSHING, AND MS. RASH WITH STATUS UPDATE AND WORK TO BE DONE. | B110 | 0.60 | 153.90 |
| 12/27/21 | TED | BEGAN REVIEW AND REVISING OF SPREADSHEET REGARDING INVESTORS BY STATE. | B110 | 1.00 | 256.50 |

APP. 0677

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 58

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/27/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING JADE PROPERTY. | B120 | 0.30 | 105.00 |
| 12/27/21 | ARA | CALL WITH S. WILSON AT JET TEN RE: HELICOPTER AND CHALLENGER VALUES. | B120 | 0.40 | 185.60 |
| 12/27/21 | ARA | RESEARCH VALUES OF AUGUSTA AND CHALLENGERS WITH SIMILAR TOTAL TIMES AND REVIEW 12 MONTH MAINTENANCE DUE LIST. | B120 | 0.50 | 232.00 |
| 12/27/21 | IRS | REVIEW CORRESPONDENCE REGARDING JADE PURPORTEDLY BELONGING TO MR. IKEY. | B110 | 0.50 | 227.00 |
| 12/27/21 | JRF | REPORT AND STRATEGY PLAN REGARDING SALE OF 3 TRUCKS TO EXCEED $175,000 VALUE (.6). | B120 | 0.60 | 405.00 |
| 12/27/21 | JRF | PLAN DALLAS COWBOY TICKET PRICES TO MAXIMIZE JANUARY 2 GAMES SALES (.3). | B120 | 0.30 | 202.50 |
| 12/27/21 | JRF | CONFER WITH BRUNSON COUNSEL REGARDING SECURING DELIVERY AND SEIZURE OF F250 TRUCK HELD BY BRUNSON (.4). | B120 | 0.40 | 270.00 |
| 12/27/21 | JRF | ATTENTION TO COWBOY ACCOUNT BANK INFORMATION TO CONFIRM IT IS NO LONGER CONTROLLED BY SAHOTA (.3). | B120 | 0.30 | 202.50 |
| 12/28/21 | DNR | REPORT FOR CALL WITH DEBORAH WILLIAMSON REGARDING DOCUMENT MANAGEMENT DATABASE. | B110 | 0.60 | 210.00 |
| 12/28/21 | DNR | DISCUSSION WITH DEBORAH WILLIAMSON REGARDING COUNSEL DESIGNATION REQUIREMENTS OF TXND. | B110 | 0.10 | 35.00 |
| 12/28/21 | DNR | DRAFT CASD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT DISTRICT OF ARIZONA NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT DISTRICT OF CONNECTICUT NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | ARRA | DRAFT SUMMARY OF WORK DONE FOR THE RECEIVERSHIP SINCE DECEMBER 3, 2021. | B110 | 1.30 | 432.90 |
| 12/28/21 | ARRA | COMPILE PICTURES OF 3 TRUCKS STORED IN FORT WORTH AND EMAIL THEM TO JEFF FINE. | B120 | 0.20 | 66.60 |
| 12/28/21 | ARRA | PHOTOGRAPH JAMES IKEY'S PICKUP TRUCK, F150 PICKUP TRUCK, AND F250 PICKUP TRUCK FOR JEFFREY FINE TO SHARE WITH POTENTIAL PURCHASERS; MET RUSTIN BRUNSON SO HE COULD TURN OVER THE F250 PICKUP TRUCK INTO MY POSSESSION; INVENTORY, ORGANIZE, AND PACK UP ITEMS | B120 | 4.00 | 1,332.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 59

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | REMAINING IN SUITE 2160, 777 MAIN STREET, FORT WORTH, TEXAS; AND LOAD ITEMS INTO MY CAR TO TAKE BACK TO THE LAMPASES CONFERENCE ROOM AT THE DYKEMA DALLAS OFFICE. | | | |
| 12/28/21 | ARRA | UNLOAD ITEMS FROM HEARTLAND GROUP OFFICE FROM MY CAR INTO THE LAMPASES CONFERENCE ROOM, ASK OFFICE SERVICES TO SCAN FILE PROVIDED TO ME BY RUSTIN BRUNSON AND UPDATE JEFF FINE. | B120 | 0.90 | 299.70 |
| 12/28/21 | ARRA | CONFER WITH JEFFREY FINE REGARDING ACTION ITEMS AND NEEDS IN THE CASE. | B110 | 0.50 | 166.50 |
| 12/28/21 | DNR | CORRESPONDENCE TO IBC BANK REGARDING DEBIT CARD. | B210 | 0.10 | 35.00 |
| 12/28/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING VARIOUS DEFENDANTS' COUNSEL INFORMATION. | B110 | 0.40 | 140.00 |
| 12/28/21 | ARRA | DRAFT MOTION TO APPROVE PROCEDURE AND AUTHORIZE THE SALE OF VEHICLES. | B110 | 0.70 | 233.10 |
| 12/28/21 | DNR | DRAFT ALND NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT ALSD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT ARED NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT ARWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT DISTRICT OF COLUMBIA NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT FLSD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT FLMD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | DRAFT FLND NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | REVISE RECEIVER'S SPREADSHEET OF TASKS AND ASSIGNMENTS FOR OPEN ITEMS. | B110 | 0.50 | 175.00 |
| 12/28/21 | DNR | PREPARE AND FILE TRANSMITTAL LETTER TO MAGISTRATE JUDGE RAY REGARDING RECEIVER'S WITNESS AND EXHIBIT LIST AND EXHIBITS FOR JANUARY 4, 2022 HEARING. | B110 | 0.20 | 70.00 |

APP. 0679

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 60

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/28/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING WELLS FARGO CASHIERS CHECK. | B120 | 0.10 | 35.00 |
| 12/28/21 | DNR | CORRESPONDENCE TO SEC COUNSEL AND JAMES IKEY REGARDING RECEIVER'S WITNESS AND EXHIBIT LIST AND CORRESPONDING EXHIBITS FOR JANUARY 4, 2022 HEARING. | B110 | 0.10 | 35.00 |
| 12/28/21 | DNR | CORRESPONDENCE TO LOCAL COUNSEL REGARDING TRANSMITTAL LETTER TO JUDGE RAY REGARDING JANUARY 4, 2022 HEARING EXHIBITS. | B110 | 0.10 | 35.00 |
| 12/28/21 | DNR | RECEIVE DOCUMENT PRODUCTION FROM WELLS FARGO DATED DECEMBER 28, 2021. | B120 | 0.20 | 70.00 |
| 12/28/21 | DNR | PROVIDE UPDATE TO DEBORAH WILLIAMSON REGARDING DOCUMENTS RECEIVED FROM WELLS FARGO. | B120 | 0.10 | 35.00 |
| 12/28/21 | TED | ADDING TAB TO SPREADSHEET REGARDING INVESTORS BY STATES REGARDING ENTRIES OUT OF STATE OR QUESTIONABLE. | B110 | 0.30 | 76.95 |
| 12/28/21 | JRF | PLAN PRESENTATION TO MAGISTRATE WITH RECEIVER FOR 1/4/2022 HEARINGS (1.0). | B120 | 1.00 | 675.00 |
| 12/28/21 | IRS | CORRESPOND WITH LOCKSMITH REGARDING INSTALLATION OF SURVEILLANCE SYSTEM AT GRAHAM FACILITY. | B210 | 0.60 | 272.40 |
| 12/28/21 | TED | COMPLETED REVIEW AND REVISION OF SPREADSHEET OF INVESTORS BY STATE; EMAIL TO MS. RUSHING WITH COPY OF SAME. | B110 | 1.00 | 256.50 |
| 12/28/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING 529 NOTICES AND LOCATION OF POTENTIAL ASSETS. | B120 | 0.30 | 105.00 |
| 12/28/21 | DNR | CORRESPONDENCE WITH JAN HOBSON REGARDING DECEMBER 2021 AND JANUARY 2022 INVOICES FOR INTERNET AT GRAHAM LOCATION. | B210 | 0.40 | 140.00 |
| 12/28/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING FIBER INTERNET IN GRAHAM. | B210 | 0.20 | 70.00 |
| 12/28/21 | DNR | CORRESPONDENCE WITH NICKI PETRELLI REGARDING NEW CLAIM ON INSURANCE POLICY OF MARKEL. | B120 | 0.40 | 140.00 |
| 12/28/21 | DNR | CORRESPONDENCE TO DARRELL JONES REGARDING INSURANCE CLAIM MADE ON DECEMBER 7, 2021. | B120 | 0.10 | 35.00 |
| 12/28/21 | ARRA | FIND PICTURES OF AOS OFFICE #1 AND PICTURES OF WINE TO SEND TO RECEIVER DEBORAH WILLIAMSON. | B120 | 0.30 | 99.90 |
| 12/28/21 | DNR | TELEPHONE CONFERENCE WITH JAN HOBSON REGARDING OUTSTANDING INVOICES AND ADDRESS CHANGE. | B210 | 0.10 | 35.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 61

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----------|------|-------|--------|
| 12/28/21 | DNR | CORRESPONDENCE WITH BRAZOS COMMUNICATIONS REGARDING ACCOUNT ACCESS AND PAYMENT INFORMATION. | B210 | 0.40 | 140.00 |
| 12/28/21 | DNR | REVIEW ORDER SETTING HEARING ON APPLICATIONS TO EMPLOY BDO AND DARRELL JONES AND MOTION TO RELEASE BANK ACCOUNTS. | B110 | 0.10 | 35.00 |
| 12/28/21 | DNR | TELEPHONE CONFERENCE WITH SEC COUNSEL REGARDING TUESDAY, JANUARY 4, 2022 HEARING. | B110 | 0.30 | 105.00 |
| 12/28/21 | DNR | CORRESPONDENCE WITH BDO REGARDING ORDER SETTING EMPLOYMENT APPLICATION FOR HEARING ON JANUARY 4, 2022. | B110 | 0.20 | 70.00 |
| 12/28/21 | DNR | CORRESPONDENCE TO DARRELL JONES REGARDING JANUARY 4, 2022 HEARING ON APPLICATION TO EMPLOY DARRELL JONES. | B110 | 0.10 | 35.00 |
| 12/28/21 | DNR | CORRESPONDENCE TO LOCAL COUNSEL REGARDING JANUARY 4, 2022 HEARING SET BY COURT. | B110 | 0.10 | 35.00 |
| 12/28/21 | DNR | REVIEW OUTSTANDING INVOICES AND PREPARE PAYMENT AND LETTER REGARDING SAME TO BRAZOS COMMUNICATIONS FOR DECEMBER 2021 AND JANUARY 2022 INTERNET AT GRAHAM. | B210 | 0.30 | 105.00 |
| 12/28/21 | DNR | REVISE FAQS FOR INVESTORS AND REQUEST POSTING TO WEBSITE. | B110 | 1.00 | 350.00 |
| 12/28/21 | DNR | TELEPHONE CONFERENCE WITH TXND CLERK'S OFFICE REGARDING WITNESS AND EXHIBIT LIST FILING PROTOCOL. | B110 | 0.10 | 35.00 |
| 12/28/21 | DNR | CORRESPONDENCE WITH JAN HOBSON REGARDING CUSTOMER ACCOUNT FORMS. | B210 | 0.20 | 70.00 |
| 12/28/21 | DNR | MEETING WITH DEBORAH WILLIAMSON REGARDING OUTSTANDING OPERATION ITEMS. | B210 | 0.50 | 175.00 |
| 12/28/21 | DNR | TELEPHONE CONFERENCE WITH DARRELL JONES REGARDING JANUARY 4, 2022 HEARING. | B110 | 0.10 | 35.00 |
| 12/28/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND INVESTOR REGARDING FAQ AND WEBSITE. | B110 | 0.20 | 70.00 |
| 12/28/21 | DNR | PREPARE, REVISE, AND FILE WITNESS AND EXHIBIT LIST OF RECEIVER FOR JANUARY 4, 2022 HEARING. | B110 | 0.50 | 175.00 |
| 12/28/21 | DNR | PREPARE AND COMPILE RECEIVER'S EXHIBITS FOR JANUARY 4, 2022 HEARING. | B110 | 0.20 | 70.00 |
| 12/29/21 | DNR | MONITOR WEBSITE REGARDING FAQS. | B110 | 0.10 | 35.00 |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 62

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/29/21 | ARRA | CORRESPOND WITH DANIELLE RUSHING AND DEBORAH RUSHING ABOUT LOGGING INTO AOS QUICKBOOKS AND ATTEMPT TO GET ACCESS TO AOS'S QUICKBOOKS. | B120 | 1.80 | 599.40 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING INVESTOR FEEDER FUND CORRESPONDENCE. | B110 | 0.40 | 140.00 |
| 12/29/21 | ARRA | REVIEW SEC COMPLAINT AND ORDER APPOINTING RECEIVER AND DRAFT MOTION TO APPROVE PROCEDURES AND AUTHORIZE SALE OF VEHICLES. | B130 | 2.60 | 865.80 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND DARRELL JONES REGARDING OIL AND GAS RESERVE REPORTS. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND DARRELL JONES REGARDING OIL AND GAS LEASE ISSUES. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DARRELL JONES REGARDING ACCESS TO DOCUMENTS FOR OIL AND GAS LEASES. | B210 | 0.20 | 70.00 |
| 12/29/21 | DNR | TELEPHONE CONFERENCE WITH REALTOR REGARDING PALO PINTO PROPERTY ACCESS ISSUES. | B120 | 0.20 | 70.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING SECURITY CAMERAS AND RELATED ITEMS FOR GRAHAM. | B210 | 0.30 | 105.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING QUICKBOOKS ACCESS ISSUES. | B210 | 0.30 | 105.00 |
| 12/29/21 | DNR | CORRESPONDENCE AND TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING NOTICE OF DEFAULT RECEIVED FROM INVESTOR. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | REVIEW AND RESPOND TO INVESTOR EMAIL INQUIRIES. | B110 | 2.50 | 875.00 |
| 12/29/21 | DNR | PROVIDE UPDATE TO DEBORAH WILLIAMSON REGARDING PALO PINTO PROPERTY REALTOR CALL. | B120 | 0.10 | 35.00 |
| 12/29/21 | ARRA | CONFER WITH DEBORAH WILLIAMSON AND JAMES IKEY REGARDING IKEY'S STORAGE UNITS. | B110 | 0.70 | 233.10 |
| 12/29/21 | DNR | DRAFT DISTRICT OF KANSAS NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF IDAHO NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT GASD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT GAND NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |

APP. 0682

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 63

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/29/21 | DNR | DRAFT GAMD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF MASSACHUSETTS NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF MARYLAND NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF MINNESOTA NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF MONTANA NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF NORTH DAKOTA NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF NEW JERSEY NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF NEW HAMPSHIRE NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING STATUS OF CASE AND ASSET INFORMATION. | B110 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF NEBRASKA NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF NEVADA NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF NEW MEXICO NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF OREGON NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT DISTRICT OF SOUTH CAROLINA NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT IASD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | DRAFT IAND NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND VICKI PALMOUR REGARDING WOLFEPAK INFORMATION. | B210 | 0.40 | 140.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH SAHOTA COUNSEL REGARDING PERSONAL PROPERTY LIST AND OTHER ASSET ITEMS. | B120 | 0.40 | 140.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 64

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/29/21 | DNR | CORRESPONDENCE WITH FIRST STATE BANK OF GRAHAM REGARDING BANK STATEMENT PRODUCTION AND INVOICE. | B120 | 0.20 | 70.00 |
| 12/29/21 | DNR | DOWNLOAD BANK STATEMENTS FROM FIRST STATE BANK OF GRAHAM. | B120 | 0.20 | 70.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND DARRELL JONES REGARDING OIL AND GAS FILES FROM RUSTIN BRUNSON. | B120 | 0.20 | 70.00 |
| 12/29/21 | DNR | CORRESPONDENCE FROM 777 MAIN LANDLORD REGARDING MAILBOX ISSUES. | B210 | 0.10 | 35.00 |
| 12/29/21 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING BANK STATEMENTS. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | REPORT FOR CATCH UP CALL REGARDING ASSETS WITH SEC COUNSEL AND DEBORAH WILLIAMSON. | B120 | 0.90 | 315.00 |
| 12/29/21 | ARRA | DRAFT PROPOSED ORDER ON MOTION TO APPROVE PROCEDURE AND AUTHORIZE SALE OF VEHICLES. | B130 | 0.50 | 166.50 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING AIRCRAFT SALE AND APPRAISALS. | B120 | 0.20 | 70.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING BAHAMAS PROPERTIES TITLE AND BROKER. | B120 | 0.20 | 70.00 |
| 12/29/21 | ARRA | DRAFT MOTION TO APPROVE PROCEDURES TO SELL CERTAIN PERSONAL PROPERTY VIA PUBLIC AUCTION OR ESTATE SALE. | B110 | 1.10 | 366.30 |
| 12/29/21 | DNR | TELEPHONE CONFERENCE WITH SAHOTA COUNSEL REGARDING REQUEST FOR ASSET INFORMATION. | B120 | 0.40 | 140.00 |
| 12/29/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING UPDATE ON CALL WITH SAHOTA COUNSEL REGARDING ASSET INFORMATION. | B120 | 0.10 | 35.00 |
| 12/29/21 | DNR | DETAILED CORRESPONDENCE TO SEC COUNSEL REGARDING UPDATE ON ASSET INFORMATION AND MEETINGS WITH VARIOUS DEFENDANTS. | B120 | 0.30 | 105.00 |
| 12/29/21 | DNR | CORRESPONDENCE FROM DANIEL LEONARD AND DEBORAH WILLIAMSON REGARDING OIL AND GAS ASSETS. | B120 | 0.20 | 70.00 |
| 12/29/21 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING AOS SERVICES AGREEMENTS. | B210 | 0.20 | 70.00 |
| 12/29/21 | ARA | RESEARCH SALE PROCEDURES FOR AIRCRAFT AND POSSIBLE LISTINGS (.6) | B120 | 0.60 | 278.40 |
| 12/29/21 | ARA | MEETING WITH POTENTIAL PURCHASERS OF AIRCRAFT TO | B120 | 1.80 | 835.20 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 65

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | INSPECT SAME. | | | |
| 12/29/21 | ARA | EMAIL CORRESPONDENCE AND CALL WITH Q. BRASIE RE: TYPES AND COSTS OF APPRAISAL. (.3) | B120 | 0.30 | 139.20 |
| 12/29/21 | ARA | EMAIL CORRESPONDENCE WITH J. DORROUGH RE: POSSIBLE APPRAISALS (.2). | B120 | 0.20 | 92.80 |
| 12/29/21 | IRS | CORRESPOND WITH RECEIVER AND LOCKSMITH REGARDING INSTALLATION OF SURVEILLANCE SYSTEM AT GRAHAM FACILITY. | B110 | 0.90 | 408.60 |
| 12/29/21 | JRF | COORDINATE RETREAT FROM 777 MAIN LEASE AND SIMULTANEOUS SEIZURE AND SECURING BRUNSON F250 (.5). | B120 | 0.50 | 337.50 |
| 12/30/21 | DNR | CORRESPONDENCE TO DAVID CHILDRESS REGARDING ACCESS TO CARSON LEASE AND OTHER DOCUMENTS. | B120 | 0.20 | 70.00 |
| 12/30/21 | ARRA | RESPOND TO EMAILS ABOUT AOS QUICKBOOKS AND TASKS THAT NEED TO BE DONE, AND UPDATED RECEIVERSHIP STATUS DOCUMENT. | B110 | 0.80 | 266.40 |
| 12/30/21 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.50 | 175.00 |
| 12/30/21 | ARRA | EMAIL DALLAS COWBOY'S TICKET REPRESENTATIVE TO DETERMINE COST FOR PLAYOFF TICKETS AND SET UP PAYMENT FOR PAY AS YOU PLAY. | B130 | 0.40 | 133.20 |
| 12/30/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING AIRCRAFT APPRAISAL INFORMATION. | B120 | 0.30 | 105.00 |
| 12/30/21 | DNR | CORRESPONDENCE FROM DEBORAH WILLIAMSON REGARDING POTENTIAL MEETING WITH RUSTIN BRUNSON REGARDING ASSET INFORMATION. | B120 | 0.10 | 35.00 |
| 12/30/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING MEETING AND CORRESPONDENCE WITH JAMES IKEY REGARDING ASSETS. | B120 | 0.20 | 70.00 |
| 12/30/21 | ARRA | WORK WITH MR. IKEY TO GET STORAGE UNIT ASSIGNED TO THE RECEIVERSHIP. | B120 | 0.10 | 33.30 |
| 12/30/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING OIL AND GAS REPORT UPDATE. | B120 | 0.20 | 70.00 |
| 12/30/21 | DNR | CORRESPONDENCE WITH RUSTIN BRUNSON AND DEBORAH WILLIAMSON REGARDING GUATEMALA PROPERTY. | B120 | 0.40 | 140.00 |
| 12/30/21 | DNR | TELEPHONE CONFERENCE WITH RANDY HAMMOND SR. REGARDING OUTSTANDING AMOUNTS DUE FOR PAY. | B210 | 0.20 | 70.00 |
| 12/30/21 | DNR | CORRESPONDENCE WITH FIRST FINANCIAL BANK REGARDING | B120 | 0.30 | 105.00 |

APP. 0685

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 66

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | ACCOUNT FUND TRANSFER. | | | |
| 12/30/21 | DNR | CORRESPONDENCE WITH DARRELL JONES AND RUSTIN BRUNSON REGARDING SCHLEICHER COUNTY ASSETS. | B120 | 0.60 | 210.00 |
| 12/30/21 | ARRA | CORRESPOND WITH MANSFIELD CUBESMART ABOUT SETTING UP A NEW ACCOUNT FOR THE IKEY STORAGE UNIT UNDER THE RECEIVER'S NAME. | B120 | 0.50 | 166.50 |
| 12/30/21 | ARRA | DRAFT PROPOSED ORDER THAT CORRESPONDS TO MOTION TO SELL PERSONAL PROPERTY AND MAKE EDITS TO MOTION. | B110 | 0.60 | 199.80 |
| 12/30/21 | DNR | CORRESPONDENCE FROM SEC COUNSEL REGARDING AGREED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR SAHOTA DEFENDANTS. | B110 | 0.10 | 35.00 |
| 12/30/21 | DNR | TELEPHONE CONFERENCE AND CORRESPONDENCE WITH STATE FARM REGARDING NON-OWNED AUTO POLICY AND OUTSTANDING INVOICES. | B210 | 0.30 | 105.00 |
| 12/30/21 | DNR | TELEPHONE CONFERENCE WITH DEBORAH WILLIAMSON REGARDING AUTO INSURANCE POLICY COVERAGE REGARDING EMPLOYEES. | B210 | 0.10 | 35.00 |
| 12/30/21 | DNR | TELEPHONE CONFERENCE WITH CORELOGIC TAX SOLUTIONS REGARDING REQUEST FOR PAYMENT HISTORY OF WA TAXES. | B120 | 0.20 | 70.00 |
| 12/30/21 | ARRA | DRAFT MOTION TO APPROVE PROCEDURES TO SELL AIRCRAFT AND PROPOSED ORDER. | B130 | 1.70 | 566.10 |
| 12/30/21 | DNR | CORRESPONDENCE TO DEBORAH WILLIAMSON REGARDING CORELOGIC TAX LETTER. | B120 | 0.10 | 35.00 |
| 12/30/21 | DNR | DRAFT LETTER TO CORELOGIC REGARDING TAX PAYMENT HISTORY REQUEST. | B120 | 0.20 | 70.00 |
| 12/30/21 | DNR | REVIEW CORRESPONDENCE FROM AIRCRAFT APPRAISER. | B120 | 0.10 | 35.00 |
| 12/30/21 | DNR | TELEPHONE CONFERENCE WITH QUICKBOOKS REGARDING ADMIN ACCESS FOR SAHOTA ENTITIES FOR TSHEETS APPLICATION. | B210 | 1.60 | 560.00 |
| 12/30/21 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING STATUS OF CASE AND TIMING FOR FUNDING. | B110 | 0.20 | 70.00 |
| 12/30/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING SECOND BATCH OF FILING FEES FOR 754 NOTICES. | B120 | 0.20 | 70.00 |
| 12/30/21 | ARRA | CONFER WITH JEFF FINE REGARDING MOTION TO APPROVE PROCEDURES AND AUTHORIZE SALE OF VEHICLES AND EMAIL RECEIVER REGARDING THE MOTION. | B110 | 0.40 | 133.20 |

APP. 0686

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 67

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-------------|------|-------|--------|
| 12/30/21 | ARRA | DRAFT REPORT OF ACTIONS TAKEN FOR RECEIVERSHIP SINCE DECEMBER 3, 2021. | B110 | 0.60 | 199.80 |
| 12/30/21 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON AND DARRELL JONES REGARDING DOCUMENTATION SENT BY SAHOTA COUNSEL FOR OIL AND GAS ASSETS. | B120 | 0.30 | 105.00 |
| 12/30/21 | DNR | CORRESPONDENCE FROM SAHOTA COUNSEL REGARDING LETTER TO RECEIVER AND DOCUMENTS REGARDING OIL AND GAS ASSETS. | B120 | 0.20 | 70.00 |
| 12/30/21 | ARRA | SPOKE WITH JAMES IKEY ABOUT THE ASSUMPTION AND ASSIGNMENT AGREEMENT FOR THE STORAGE UNIT AT CUBESMART AND SENT AN EMAIL UPDATING THE RECEIVER THAT MR. IKEY HAD SIGNED THE AGREEMENT AND THAT I WOULD FIGURE OUT WHAT WE NEEDED TO DO NEXT. | B120 | 0.40 | 133.20 |
| 12/30/21 | ARA | EMAIL CORRESPONDENCE WITH POTENTIAL APPRAISERS AND WITH RECEIVER RE: QUOTES FOR AIRCRAFT APPRAISALS AND ENGAGING SAME. | B120 | 0.70 | 324.80 |
| 12/30/21 | ARA | CONSIDERATION OF AND DRAFT REPORTS REGARDING PROCEDURES AND FACTORS CONSIDERED FOR SALE OF AIRCRAFT. | B120 | 1.30 | 603.20 |
| 12/30/21 | ARA | CORRESPONDENCE WITH INTERESTED PARTY RE: INFORMATION RELATED TO HELICOPTER. (.2) | B120 | 0.20 | 92.80 |
| 12/30/21 | ARA | REVIEW AND REVISE DRAFT MOTION TO APPROVE SALE PROCESS AND EMAIL CORRESPONDENCE WITH RECEIVER RE: SAME AND VALUATION OF THE AIRCRAFT (1.1). | B120 | 1.10 | 510.40 |
| 12/30/21 | JRF | REVIEW AND REVISE DRAFT MOTIONS TO SELL TRUCKS AND OTHER VEHICLES.  CONFER WITH ALEX RAHN REGARDING SAME. | B120 | 1.50 | 1,012.50 |
| 12/31/21 | DNR | DRAFT DISTRICT OF UTAH NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT ILND NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT ILSD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT INND NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT KYED NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |

APP. 0687

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 68

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/31/21 | DNR | DRAFT MIED OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT MIWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT MOWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT MOED NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT NCMD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT NCED NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT NCWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT NYWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT NYED NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT NYSD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT NYWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT OHND NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT OHSD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT PAMD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT PAED NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT PAWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT TNED NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT VAED NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |

APP. 0688

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 69

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/31/21 | DNR | DRAFT VAWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT WIWD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | DNR | DRAFT WVSD NOTICE OF RECEIVERSHIP ORDER REGARDING 28 U.S.C. 754. | B120 | 0.30 | 105.00 |
| 12/31/21 | ARRA | SPOKE WITH CUBESMART MANAGER ABOUT GETTING THE RECEIVER'S PORTION OF THE ASSUMPTION AND ASSIGNMENT AGREEMENT COMPLETED AND AN INVOICE FOR MR. IKEY'S STORAGE UNIT THAT WILL TRANSFERRED TO THE RECEIVERSHIP AND EMAILED DEBORAH WILLIAMSON AND JEFF FINE REGARDING THE SAME. | B130 | 0.40 | 133.20 |
| 12/31/21 | ARA | EMAIL CORRESPONDENCE WITH APPRAISER RE: INSPECTION. | B120 | 0.20 | 92.80 |
| | | **TOTAL** | | **529.90** | **$218,096.50** |

APP. 0689

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 70

FEBRUARY 7, 2022

### BILLING SUMMARY

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| ARA | ALISON R. ASHMORE | MEMBER | 48.20 | 464.00 | 22,364.80 |
| JCDU | JOHN C. DULSKE | MEMBER | 11.20 | 508.00 | 5,689.60 |
| JRF | JEFFREY R. FINE | MEMBER | 67.50 | 675.00 | 45,562.50 |
| JSM | JASON M. ROSS | PARTICIPATING MEMBER | 9.40 | 508.50 | 4,779.90 |
| IRS | ISRAEL R. SILVAS | PARTICIPATING MEMBER | 55.30 | 454.00 | 25,106.20 |
| OG | OSCAR GARCIA | ASSOCIATE | 2.60 | 370.00 | 962.00 |
| ARRA | ALEXANDRIA R. RAHN | ASSOCIATE | 141.60 | 333.00 | 47,152.80 |
| DNR | DANIELLE N. RUSHING | ASSOCIATE | 175.30 | 350.00 | 61,355.00 |
| CSIL | CAROLINE SILEO LAWHORN | ASSOCIATE | 1.10 | 346.50 | 381.15 |
| TED | THERESA E. DICK | PARALEGAL | 17.70 | 256.50 | 4,540.05 |
| | **TOTAL** | | **529.90** | | **$218,096.50** |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 71

FEBRUARY 7, 2022

## **DISBURSEMENTS**

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 12/03/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69673 DATE: 12/3/2021 PAYMENT FOR LOCKSMITH TO RECOVER AND SECURE ASSETS. | 0.00 | 0.00 | 643.77 |
| 12/03/21 | VENDOR: ALEXANDRIA R. RAHN INVOICE#: 70118 DATE: 12/3/2021 MAILING OF FEDERAL EXPRESS PACKAGE | 0.00 | 0.00 | 11.21 |
| 12/04/21 | VENDOR: JOHN C. DULSKE INVOICE#: 69665 DATE: 12/4/2021 REPLACED WATER DAMAGED BOXES WITH NEW BOXES FOR STORAGE | 0.00 | 0.00 | 64.93 |
| 12/07/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69673 DATE: 12/3/2021  USED LOCKSMITH TO RECOVER ADDITIONAL ASSETS. | 0.00 | 0.00 | 378.88 |
| 12/08/21 | VENDOR: UNITED STATES DISTRICT COURT FOR THE EAS; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: UNITED STATES DISTRICT COURT; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: UNITED STATES DISTRICT CLERK; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: UNITED STATES DISTRICT COURT OF WYOMING; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: UNITED STATES DISTRICT COURT - COLORADO; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: U.S. DISTRICT CLERK, WESTERN DISTRICT OF; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: CLERK, US DISTRICT COURT; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: CLERK, CENTRAL DISTRICT OF CALIFORNIA; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: CLERK U.S. DISTRICT COURT; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/08/21 | VENDOR: CLERK OF THE U.S. DISTRICT COURT; INVOICE#: 12082021; DATE: 12/8/2021  - COURT FILING FEE | 1.00 | 49.00 | 49.00 |
| 12/09/21 | VENDOR: JACK ROGERS INVOICE#: 69716 DATE: 12/9/2021  PELICAN CASES FOR SHIPMENT OF IPHONE | 0.00 | 0.00 | 57.37 |
| 12/10/21 | VENDOR: DKC*DIGI KEY CORP INVOICE#: 70286 DATE: 12/10/2021 STATIC SHIELD BAGS. | 0.00 | 0.00 | 44.59 |
| 12/11/21 | VENDOR: DKC*DIGI KEY CORP   VENDOR INVOICE#: 70285 DATE: 12/11/2021  STATIC SHIELD BAGS. | 0.00 | 0.00 | 50.65 |

APP. 0691

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 72

FEBRUARY 7, 2022

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 12/13/21 | VENDOR: U.S. DISTRICT COURT, NORTHERN DISTRICT O; INVOICE#: 12132021; DATE: 12/13/2021  -  PRO HAC VICE FILING FEE FOR DARRELL R. JONES. | 1.00 | 100.00 | 100.00 |
| 12/15/21 | VENDOR: JACK ROGERS INVOICE#: 69872 DATE: 12/15/2021  PELICAN CASES FOR SHIPMENT OF IPHONE | 0.00 | 0.00 | 104.12 |
| 12/15/21 | VENDOR: JOSHUA R. ALVARADO INVOICE#: 69871 DATE: 12/15/2021 PURCHASE OF PELICAN CASES TO SHIP CELL PHONES | 0.00 | 0.00 | 103.92 |
| 12/20/21 | VENDOR: MILLER'S TOWING & RECOVERY; INVOICE#: 122021; DATE: 12/20/2021 - RECEIVERSHIP ASSET RECOVERY | 1.00 | 3,000.00 | 3,000.00 |
| 12/20/21 | VENDOR: BIG DOG TOWING AND RECOVERY SERVICES LLC; INVOICE#: 21-00728; DATE: 12/20/2021 - RECEIVERSHIP RECOVERY COSTS | 1.00 | 6,290.45 | 6,290.45 |
| 12/21/21 | VENDOR: CDW DIRECT, LLC INVOICE#: Q031315 DATE: 12/21/2021 CDW DIRECT, LLC - PELICAN CASE | 0.00 | 0.00 | 411.55 |
| 12/22/21 | VENDOR: FAA AIRCRAFT REGISTRATION BRANCH; INVOICE#: 12222021-1; DATE: 12/22/2021  -  FILING FEE FOR CHALLENGER AIRCRAFT REG APP | 1.00 | 10.00 | 10.00 |
| 12/22/21 | VENDOR: FAA AIRCRAFT REGISTRATION BRANCH; INVOICE#: 12222021-2; DATE: 12/22/2021 - FILING FEE FOR AGUSTA AIRCRAFT REG APP | 1.00 | 10.00 | 10.00 |
| 12/23/21 | VENDOR: CDW DIRECT, LLC INVOICE#: Q155954 DATE: 12/23/2021 CDW DIRECT, LLC - PELICAN CASE | 0.00 | 0.00 | 823.11 |
| 12/31/21 | VENDOR: INTELLIGENT DISCOVERY SOLUTIONS, INC. INVOICE#: 12-2021 DATE: 12/31/2021   INTELLIGENT DISCOVERY SOLUTIONS, INC. - FARADAY BAGS. | 0.00 | 0.00 | 1,026.00 |
|  | FEDERAL EXPRESS/DELIVERY | 15.00 | 21.99 | 329.81 |
|  | PHOTOCOPIES | 2,003.00 | 0.15 | 300.45 |
|  | POSTAGE | 3.00 | 235.32 | 705.95 |
|  | PRINTING EXPENSES | 25,883.00 | 0.15 | 3,882.45 |
|  | SCANNING | 2,847.00 | 0.15 | 427.05 |

**TOTAL DISBURSEMENTS**                                                                           **19,266.56**

APP. 0692

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3435926
PAGE 73

FEBRUARY 7, 2022

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B110 | CASE ADMINISTRATION | 132.60 | 46,454.05 |
| B120 | ASSET ANALYSIS AND RECOVERY | 371.60 | 162,425.75 |
| B130 | ASSET DISPOSITION | 5.80 | 1,934.80 |
| B210 | BUSINESS OPERATIONS | 19.90 | 7,079.40 |
| | **TOTAL** | **529.90** | **217,894.00** |

## EXPENSE SUMMARY

| | |
|---|---|
| FILING FEES AND RELATED CHARGES | 610.00 |
| CREDIT CHECK/COLLECTION COSTS | 9,290.45 |
| COURIERS/DELIVERY SERVICES | 11.21 |
| INVESTIGATIVE EXPENSES | 161.49 |
| MISCELLANEOUS EXPENSE | 2,524.75 |
| PROFESSIONAL SERVICES | 1,022.65 |
| PHOTOCOPIES | 300.45 |
| SCANNING | 427.05 |
| PRINTING EXPENSES | 3,882.45 |
| FEDERAL EXPRESS/DELIVERY | 329.81 |
| POSTAGE | 705.95 |
| **TOTAL** | **19,266.56** |

APP. 0693



400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

**DUE UPON RECEIPT**

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

FEBRUARY 7, 2022
MATTER #: 122686.000003
INVOICE #: 3435985

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: COUNSEL TRAVEL TIME**

|  |  |  |
|---|---|---|
| FEES | $ | 13,131.21 |
| DISBURSEMENTS | | 853.59 |
| **INVOICE TOTAL** | **$** | **13,984.80** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

**APP. 0694**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000003
INVOICE #: 3435985
PAGE 2

FEBRUARY 7, 2022

## RE: COUNSEL TRAVEL TIME

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/03/21 | ARRA | TRAVEL TO MANSFIELD FOR ASSET ANALYSIS AND RECOVERY. | B120 | 1.00 | 166.50 |
| 12/03/21 | JCDU | TRAVEL BY PERSONAL VEHICLE FROM SAN ANTONIO OFFICE TO EL DORADO TEXAS WITH D. RUSHING AND U.S. MARSHALL DEPUTY FOR PROPERTY SEARCH AND ASSET RECOVERY. | B120 | 3.00 | 762.00 |
| 12/03/21 | JCDU | TRAVEL FROM SAN ANTONIO OFFICE TO EL DORADO TEXAS TO CONDUCT INSPECTION AND ASSET RECOVERY FROM DEFENDANT'S BUSINESS LOCATION. | B120 | 3.00 | 762.00 |
| 12/03/21 | JCDU | TRAVEL FROM EL DORADO TO SAN ANGELO WITH DANIELLE RUSHING AND U.S. MARSHAL TO DEFENDANT'S SAN ANGELO BUSINESS LOCATION. | B120 | 1.00 | 254.00 |
| 12/03/21 | JCDU | TRAVEL BACK TO SAN ANTONIO OFFICE UPON INSPECTION AND ASSET RECOVERY FROM DEFENDANT'S SAN ANGELO OFFICE. | B120 | 2.50 | 635.00 |
| 12/03/21 | DNR | TRAVEL TO SAN ANGELO PROPERTY FROM ELDORADO PROPERTY. | B110 | 1.00 | 175.00 |
| 12/03/21 | ARA | TRAVEL TO AND FROM DENISON, TEXAS TO LOCATE AIRCRAFT, SERVE PAPERS, AND SECURE POSSESSION OF AIRCRAFT. | B120 | 3.30 | 765.60 |
| 12/03/21 | DNR | TRAVEL FROM SAN ANTONIO TO ELDORADO PROPERTY WITH JOHN DULSKE AND U.S. MARSHAL. | B110 | 3.00 | 525.00 |
| 12/03/21 | DNR | TRAVEL BACK TO SAN ANTONIO OFFICE FROM ELDORADO AND SAN ANGELO PROPERTIES. | B110 | 2.50 | 437.50 |
| 12/03/21 | IRS | TRAVEL TO AND FROM ARCOOIL FACILITY IN GRAHAM, TEXAS. | B110 | 4.00 | 908.00 |
| 12/03/21 | JRF | TRAVEL TO MANSFIELD (1.00). | B120 | 1.00 | 337.50 |
| 12/04/21 | JCDU | TRAVEL BACK TO SAN ANTONIO FROM ELDORADO AND SAN ANGELO PROPERTIES. | B120 | 1.10 | 279.40 |
| 12/04/21 | DNR | TRAVEL BACK TO SAN ANTONIO OFFICE FROM ELDORADO AND SAN ANGELO PROPERTIES. | B110 | 1.10 | 192.50 |
| 12/07/21 | IRS | DRIVING FROM FORT WORTH FEDERAL COURTHOUSE TO 400 INDUSTRIAL SUITE 202, MANSFIELD, TX, THE LOCATION OF THE AOS OFFICE TO SEIZE COMPUTERS FROM THE OFFICE. | B120 | 0.40 | 90.80 |
| 12/07/21 | ARRA | TRAVEL WITH ISRAEL SILVAS FROM GRAHAM, TEXAS PROPERTY TO FEDERAL COURTHOUSE IN FORT WORTH, TEXAS. | B120 | 2.50 | 416.25 |

APP. 0695

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000003
INVOICE #: 3435985
PAGE 3

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/07/21 | ARRA | TRAVEL FROM FORT WORTH FEDERAL COURTHOUSE TO AOS OFFICE TO SEIZE COMPUTERS AND GET PASSWORD INFORMATION FROM JAMES IKEY. | B120 | 0.50 | 83.25 |
| 12/07/21 | ARRA | TRAVEL FROM CUBESMART IN MANSFIELD, TEXAS TO DALLAS DYKEMA OFFICE. | B120 | 0.80 | 133.20 |
| 12/07/21 | IRS | SPEAKING WITH JEFF FINE REGARDING SEIZING OF ITEMS FROM MR. IKEY WHILE TRAVELING FORM AOS OFFICE TO CUBESMART STORAGE CENTER. | B120 | 0.30 | 68.10 |
| 12/08/21 | ARRA | TRAVEL FROM DYKEMA DALLAS TO 777 MAIN STREET FORT WORTH, TX TO MEET DEBORAH WILLIAMSON. | B110 | 0.80 | 133.20 |
| 12/08/21 | ARRA | TRAVEL BACK FROM 777 MAIN ST., SUITE 2160 TO DALLAS DYKEMA OFFICE. | B120 | 0.90 | 149.85 |
| 12/13/21 | ARRA | TRAVEL TO MANSFIELD TO MEET JASON ROSS AND THE U.S. MARSHALS TO SEIZE ASSETS FROM JAMES IKEY'S HOME. | B120 | 1.40 | 233.10 |
| 12/13/21 | ARRA | TRAVEL FROM MR. IKEY'S HOME TO THE AOS OFFICE. | B120 | 0.30 | 49.95 |
| 12/13/21 | ARRA | TRAVEL FROM THE AOS OFFICE TO AOS'S STORAGE UNIT. | B120 | 0.20 | 33.30 |
| 12/13/21 | ARRA | TRAVEL FROM AOS STORAGE UNIT TO ADDITIONAL AOS STORAGE UNIT LOCATED AT CUBESMART. | B120 | 0.40 | 66.60 |
| 12/13/21 | ARRA | TRAVEL BACK FROM AOS STORAGE TO THE DYKEMA DALLAS OFFICE. | B120 | 1.00 | 166.50 |
| 12/13/21 | JSM | TRAVEL TO IKEY RESIDENCE. | B120 | 1.10 | 279.68 |
| 12/13/21 | JSM | TRAVEL FROM IKEY RESIDENCE TO AOS OFFICE. | B120 | 0.30 | 76.28 |
| 12/13/21 | JSM | TRAVEL FROM AOS OFFICE TO STORAGE UNIT. | B120 | 0.20 | 50.85 |
| 12/13/21 | JSM | TRAVEL FROM FIRST STORAGE UNIT TO SECOND STORAGE UNIT. | B120 | 0.40 | 101.70 |
| 12/13/21 | JSM | TRAVEL FROM STORAGE UNIT TO DYKEMA OFFICE. | B120 | 1.00 | 254.25 |
| 12/14/21 | ARA | TRAVEL FOR TRANSPORT OF AIRCRAFT FROM DENNISON TO ADDISON, TEXAS. | B120 | 2.00 | 464.00 |
| 12/16/21 | ARRA | WITH ISRAEL SILVAS, TRANSPORTING MR. IKEY'S SEIZED TRUCK FROM THE AOS OFFICE IN MANSFIELD TO THE PARKING GARAGE IN FORT WORTH, TEXAS. | B120 | 0.70 | 116.55 |
| 12/16/21 | ARRA | TRAVEL FROM FORT WORTH TO GRAHAM, TEXAS WITH ISRAEL SILVAS TO TRANSPORT DOCUMENTS FROM FORT WORTH OFFICE TO GRAHAM FOR STORAGE AND TO RECOVER ADDITIONAL DOCUMENTS FROM GRAHAM FACILITY. | B120 | 2.20 | 366.30 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000003
INVOICE #: 3435985
PAGE 4

FEBRUARY 7, 2022

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/16/21 | ARRA | TRAVEL BACK WITH ISRAEL SILVAS FROM THE GRAHAM PROPERTY TO THE DALLAS DYKEMA OFFICE. | B120 | 2.50 | 416.25 |
| 12/16/21 | IRS | TRAVEL BACK WITH ALEX RAHN FROM THE GRAHAM PROPERTY TO THE DALLAS DYKEMA OFFICE. | B120 | 2.50 | 567.50 |
| 12/16/21 | IRS | TRAVEL FROM FORT WORTH TO GRAHAM, TEXAS WITH ALEX RAHN TO TRANSPORT DOCUMENTS FROM FORT WORTH OFFICE TO GRAHAM FOR STORAGE AND TO RECOVER ADDITIONAL DOCUMENTS FROM GRAHAM FACILITY. | B120 | 2.20 | 499.40 |
| 12/21/21 | ARRA | TRAVEL TO AOS OFFICE IN MANSFIELD, TEXAS TO SEIZE POWER CORDS FOR COMPUTERS AND MONITORS FOR DATA RETRIEVAL FROM SEIZED DEVICES. | B120 | 1.00 | 166.50 |
| 12/21/21 | ARRA | TRAVEL BACK FROM AOS OFFICE IN MANSFIELD WITH CAROLINE LAWHORN. | B120 | 0.80 | 133.20 |
| 12/21/21 | IRS | TRAVEL TO TOW YARD AND ARCOOIL FACILITY TO RECOVER HEAVY EQUIPMENT. | B120 | 2.50 | 567.50 |
| 12/21/21 | CSIL | TRAVEL TO AOS OFFICE IN MANSFIELD, TEXAS WITH ALEXANDRIA RAHN TO SEIZE POWER CORDS FOR COMPUTERS AND MONITORS FOR DATA RETRIEVAL FROM SEIZED DEVICES. | B120 | 1.00 | 173.25 |
| 12/21/21 | CSIL | TRAVEL BACK FROM AOS OFFICE IN MANSFIELD WITH ALEXANDRIA RAHN. | B120 | 0.80 | 138.60 |
| 12/21/21 | IRS | TRAVEL FROM GRAHAM, TEXAS TO DALLAS DYKEMA OFFICE TO DELIVER FILES. | B120 | 2.80 | 635.60 |
| 12/28/21 | ARRA | TRAVEL FROM DOWNTOWN DALLAS TO 777 MAIN STREET, TO MEET RUSTIN BRUNSON AND TAKE POSSESSION OF HIS TRUCK, PHOTOGRAPH TRUCKS, AND CLEAN OUT MARKETING MATERIALS AND THE REST OF THE PAPERWORK FROM THE HEARTLAND GROUP OFFICE. | B120 | 0.80 | 133.20 |
| 12/28/21 | ARRA | TRAVEL FROM 777 MAIN STREET, TO DYKEMA DALLAS OFFICE. | B120 | 1.00 | 166.50 |
| | | **TOTAL** | | **62.80** | **$13,131.21** |

APP. 0697

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000003
INVOICE #: 3435985
PAGE 5

FEBRUARY 7, 2022

**BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| ARA | ALISON R. ASHMORE | MEMBER | 5.30 | 232.00 | 1,229.60 |
| JCDU | JOHN C. DULSKE | MEMBER | 10.60 | 254.00 | 2,692.40 |
| JRF | JEFFREY R. FINE | MEMBER | 1.00 | 337.50 | 337.50 |
| JSM | JASON M. ROSS | PARTICIPATING MEMBER | 3.00 | 254.25 | 762.76 |
| IRS | ISRAEL R. SILVAS | PARTICIPATING MEMBER | 14.70 | 227.00 | 3,336.90 |
| ARRA | ALEXANDRIA R. RAHN | ASSOCIATE | 18.80 | 166.50 | 3,130.20 |
| DNR | DANIELLE N. RUSHING | ASSOCIATE | 7.60 | 175.00 | 1,330.00 |
| CSIL | CAROLINE          SILEO LAWHORN | ASSOCIATE | 1.80 | 173.25 | 311.85 |
| | **TOTAL** | | **62.80** | | **$13,131.21** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000003
INVOICE #: 3435985
PAGE 6

FEBRUARY 7, 2022

## DISBURSEMENTS

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 12/03/21 | VENDOR: JOHN C. DULSKE INVOICE#: 69683 DATE: 12/3/2021  TRAVEL TO EL DORADO, TEXAS FOR INSPECTION AND DOCUMENT RETRIEVAL | 0.00 | 0.00 | 255.88 |
| 12/03/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69673 DATE: 12/3/2021  MEALS WHILE WORKING TO RECOVER ASSETS. | 0.00 | 0.00 | 12.32 |
| 12/03/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69673 DATE: 12/3/2021  TRAVEL TO GRAHAM, TX TO SEIZE ASSETS. | 0.00 | 0.00 | 140.30 |
| 12/03/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69673 DATE: 12/3/2021  MEALS WHILE RECOVERING ASSETS IN GRAHAM, TEXAS. | 0.00 | 0.00 | 1.98 |
| 12/07/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69673 DATE: 12/3/2021  TRAVEL TO GRAHAM, TX TO RECOVER ASSETS. | 0.00 | 0.00 | 140.30 |
| 12/07/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69673 DATE: 12/3/2021  MEALS WHILE RECOVERING ASSETS. | 0.00 | 0.00 | 20.21 |
| 12/08/21 | VENDOR: ALEXANDRIA R. RAHN  INVOICE#: 70117  DATE: 12/8/2021 PARKING EXPENSE - FORT WORTH, TX | 0.00 | 0.00 | 24.00 |
| 12/09/21 | VENDOR: JACK ROGERS INVOICE#: 69716 DATE: 12/9/2021  TRIP TO REI STORE FOR STORAGE CASES. | 0.00 | 0.00 | 8.05 |
| 12/14/21 | VENDOR:  JEFFREY  R.  FINE  INVOICE#:  70116  DATE:  12/14/2021 PARKING RE SEC RECEIVERSHIP CASE | 0.00 | 0.00 | 24.00 |
| 12/15/21 | VENDOR: JACK ROGERS INVOICE#: 69872 DATE: 12/15/2021  TRIP TO REI STORE FOR STORAGE CASES. | 0.00 | 0.00 | 28.18 |
| 12/15/21 | VENDOR: JOSHUA R. ALVARADO INVOICE#: 69892 DATE: 12/15/2021 MILEAGE FOR TRAVEL TO REI AND FROM OFFICE | 0.00 | 0.00 | 12.65 |
| 12/16/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69921 DATE: 12/16/2021  LUNCH DURING RECOVERY AT GRAHAM AND MANSFIELD FACILITIES. | 0.00 | 0.00 | 16.32 |
| 12/21/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69921 DATE: 12/16/2021  MEALS WHILE WORKING ON THE TRANSPORTATION OF ARCOOIL TRUCKS. | 0.00 | 0.00 | 7.56 |
| 12/21/21 | VENDOR:  ISRAEL  R.  SILVAS  INVOICE#:  69921  DATE:  12/16/2021 TRAVEL  WHILE  WORKING  ON  THE  TRANSPORTATION  OF  ARCOOIL TRUCKS. | 0.00 | 0.00 | 147.20 |
| 12/21/21 | VENDOR: ISRAEL R. SILVAS INVOICE#: 69921 DATE: 12/16/2021  MEALS WHILE WORKING ON THE TRANSPORTATION OF ARCOOIL TRUCKS. | 0.00 | 0.00 | 14.64 |

**TOTAL DISBURSEMENTS**         **853.59**

APP. 0699

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000003
INVOICE #: 3435985
PAGE 7

FEBRUARY 7, 2022

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 12.40 | 2,371.20 |
| B120 | ASSET ANALYSIS AND RECOVERY | 50.40 | 10,760.01 |
| | **TOTAL** | **62.80** | **13,131.21** |

## EXPENSE SUMMARY

| | | |
|---|---|---|
| MEALS/ENTERTAINMENT EXPENSE | 73.03 | |
| MISCELLANEOUS EXPENSE | 24.00 | |
| TRAVEL-EXCEPT AIRFARE, HOTELS AND MEALS | 756.56 | |
| **TOTAL** | **853.59** | |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

**EXHIBIT E-2**

**Law Offices of Romero | Kozub**
235 N.E. Loop 820, Ste 310
Fort Worth, Texas 76120
United States
817.616.3067

Law Offices of Romero | Kozub

**Deborah D Williamson**
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
United States

| | |
|---|---|
| **Balance** | $1,572.50 |
| **Invoice #** | 00157 |
| **Invoice Date** | January 31, 2022 |
| **Payment Terms** | |
| **Due Date** | |

---

### SEC v. The Heartland Group Ventures, LLC, et al.

For services rendered between
December 01, 2021 and December 31, 2021

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|------|-----|----------|-------------|------|-------|------------|
| 12/03/2021 | RR | Asset Analysis & Recovery | Telephone conference with D. Williamson regarding SEC matter and Receivership entities and properties | $425.00 | 0.4 | $170.00 |
| 12/06/2021 | RR | Case Administration | Telephone conference with D. Williamson regarding engagement .20 | $425.00 | 0.2 | $85.00 |
| 12/07/2021 | RR | Case Administration | Review and analyze Supplement Reply in Support of Receiver's Application to Employ Law Practice of Darrell R. Jones, PLLC and Supplemental Declaration of Darrell R. Jones; Review of draft Motion to extend TRO and proposed order and draft and response to emails to D. Williamson regarding consent to same | $425.00 | 1.0 | $425.00 |
| 12/08/2021 | RR | Case Administration | Review and analyze six preliminary injunctions against all defendants proposed by the SEC and their corresponding motions | $425.00 | 0.5 | $212.50 |
| 12/09/2021 | RR | Case Administration | Prepare for and attend telephone conference with D. Williamson and D. Rushing regarding December 14, 2021 hearing and other matters | $425.00 | 0.5 | $212.50 |
| 12/13/2021 | RR | Case Administration | Communications with D. Williamson regarding hearing on December 14, 2021 and cancellation of same | $425.00 | 0.3 | $127.50 |
| 12/17/2021 | RR | Case Administration | Telephone conference with D. Williamson regarding fee applications | $425.00 | 0.2 | $85.00 |
| 12/28/2021 | RR | Case Administration | Conference with Ms. Williamson, D. Rushing, and J. Fine regarding hearing on January 4, 2022 and potential testimony | $425.00 | 0.6 | $255.00 |

| | | |
|---|---|---|
| Totals: | **3.7** | **$1,572.50** |

| | |
|---|---:|
| Time Entry Sub-Total: | $1,572.50 |
| **Sub-Total:** | $1,572.50 |
| | |
| **Total:** | $1,572.50 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$1,572.50** |

**EXHIBIT E-3**

APP. 0704

**Law Practice of Darrell R. Jones, PLLC**
34 E Wedgemere Cir
Spring, TX 77381
8323025373

January 30, 2022

**Deborah Williamson**
Dykema Gossett PLLC
112 E. Pecan St.
Ste 1800
San Antonio, TX 78205

**Invoice Number: 651**
Invoice Period: 12-01-2021 - 12-31-2021

Payment Terms: Upon Receipt
Make check payable to the Law Practice of Darrell R. Jones, PLLC

**RE: Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-06-2021 | Darrell Jones | B210 - Business Operations | 3.40 | 325.00 | 1,105.00 |
| | | Preparation of interim agreement with Grand Oil/COGO; meetings with S. Robinowitz related to same. | | | |
| 12-06-2021 | Darrell Jones | B210 - Business Operations | 4.00 | 325.00 | 1,300.00 |
| | | Participate in debriefing meeting of R. Brunson.  Start gathering quotes for oilfield insurance package for client. | | | |
| 12-08-2021 | Darrell Jones | B120 - Asset Analysis and Recovery | 1.00 | 325.00 | 325.00 |
| | | Pursue efforts to gain access to drilling rigs' storage location so as to inventory equipment and arrange for transportation. | | | |
| 12-08-2021 | Darrell Jones | B210 - Business Operations | 1.00 | 325.00 | 325.00 |
| | | Meetings with attorneys for client to discuss Palo Pinto matter. | | | |
| 12-08-2021 | Darrell Jones | B210 - Business Operations | 2.60 | 325.00 | 845.00 |
| | | Multiple phone meetings with S. Robinowitz of COGO to discuss operational assessment and transition matters developing in real time. | | | |
| 12-09-2021 | Darrell Jones | B120 - Asset Analysis and Recovery | 4.80 | 325.00 | 1,560.00 |
| | | Attention to multiple lease access and landowner identification issues in both Graham, Texas and Val Verde asset areas.  Begin identifying rig transportation options, and work on location of drilling rigs in West Texas. | | | |
| 12-14-2021 | Darrell Jones | B120 - Asset Analysis and Recovery | 3.20 | 325.00 | 1,040.00 |
| | | Attention to Val Verde lease access, equipment inspection and valuation and related issues. | | | |
| 12-15-2021 | Darrell Jones | B210 - Business Operations | 1.00 | 325.00 | 325.00 |
| | | Meeting with D. Childress, counsel for Val Verde landowners, to discuss lease contractual matters and access issues, as well as needed documentation. | | | |

Page   1   of   4

APP. 0705

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-16-2021 | Darrell Jones | B210 - Business Operations | 1.30 | 325.00 | 422.50 |
| | Debrief with S. Robinowitz after Val Verde wells field inspection. | | | | |
| 12-17-2021 | Darrell Jones | B130 - Asset Disposition | 2.30 | 325.00 | 747.50 |
| | Locate oilfield heavy equipment auction firm and meet to discuss rig and other equipment sales. | | | | |
| 12-20-2021 | Darrell Jones | B210 - Business Operations | 0.50 | 325.00 | 162.50 |
| | Attention to emails from S. Robinowitz re: equipment issues and employee pay matters. | | | | |
| 12-20-2021 | Darrell Jones | B210 - Business Operations | 0.50 | 325.00 | 162.50 |
| | Review rig sales price documentation received from Permian International. | | | | |
| 12-22-2021 | Darrell Jones | B120 - Asset Analysis and Recovery | 1.20 | 325.00 | 390.00 |
| | Attention to retention of consulting reservoir engineer and other matters; guidance regarding well logs. | | | | |
| 12-24-2021 | Darrell Jones | B210 - Business Operations | 1.80 | 325.00 | 585.00 |
| | Attention to spill report and reponse in North TX asset. | | | | |
| 12-30-2021 | Darrell Jones | B120 - Asset Analysis and Recovery | 0.60 | 325.00 | 195.00 |
| | Discussion of draft asset survey and evaluation with S. Robinowitz. | | | | |
| 12-30-2021 | Darrell Jones | B120 - Asset Analysis and Recovery | 0.70 | 325.00 | 227.50 |
| | Review SWD facility disclosure and evaluate options. | | | | |
| | | **Total** | | | 9,717.50 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Darrell Jones | 29.90 | 9,717.50 |
| **Total** | | 9,717.50 |

| | | |
|---|---|---|
| **Total for this Invoice** | | 9,717.50 |

APP. 0706

# Client Statement of Account

As of 01-31-2022

| Matter | Balance Due |
|---|---|
| Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities | 9,717.50 |
| **Total Amount to Pay** | **9,717.50** |

## Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 01-30-2022 | Invoice 651 | | | 9,717.50 |
| | | | **Balance** | **9,717.50** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 01-30-2022 | Invoice 651 | 9,717.50 | | 9,717.50 |
| | | | **Balance** | **9,717.50** |

APP. 0707

**Deborah Williamson**
Dykema Gossett PLLC
112 E. Pecan St.
Ste 1800
San Antonio, TX 78205

January 30, 2022

**Law Practice of Darrell R. Jones, PLLC**
34 E Wedgemere Cir
Spring, TX 77381

**Invoice Number: 651**
Invoice Period: 12-01-2021 - 12-31-2021

## REMITTANCE COPY

**RE: Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities**

| | |
|---|---:|
| **Fees** | 9,717.50 |
| **Total for this Invoice** | 9,717.50 |
| **Previous Balance** | 0.00 |

| Matter | Balance Due |
|---|---:|
| Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities | 9,717.50 |
| **Total Amount to Pay** | **9,717.50** |

### Open Invoices and Credits

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---|---|---|
| 01-30-2022 | Invoice 651 | Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities | 9,717.50 | | 9,717.50 |
| | | | | **Balance** | **9,717.50** |

Make check payable to the Law Practice of Darrell R. Jones, PLLC.

APP. 0708

**EXHIBIT F-1**

APP. 0709

 

‹ Professionals Search

# Deborah D. Williamson

Member



**Overview**  |  Experience  |  News and Insights

 

For more than 30 years, clients have turned to Deborah Williamson for leadership and advice on bankruptcy and restructuring matters. Deborah is a national leader in bankruptcy law, and she leverages her experience and insight to advise clients across industries on counter-party risk, bankruptcy litigation, and asset acquisition.

Deborah is widely recognized as one of the top bankruptcy lawyers in the United States and one of the top lawyers—period—in Texas. She was selected to serve on the American Bankruptcy Institute (ABI) Bankruptcy Reform Commission, received lifetime achievement awards from both ABI and *The San Antonio Business Journal*, and is recognized in legal publications such as *Chambers USA: America's Leading Lawyers for Business*, *The Best Lawyers in America*, and *Super Lawyers*.

In 2016, Deborah authored the second edition of *When Gushers Go Dry, The Essentials of Oil & Gas Bankruptcy* to address new realities in the oil fields, the first guide to oil and gas bankruptcy. She had

APP. 0710

previously co-authored *Bankruptcy Litigation for the Commercial Litigator*.

Deborah has been named a leader in her field by *Chambers USA* since 2003. She was listed by *Texas Super Lawyers* among the "Top 100 Lawyers in Texas," the "Top 50 Women Lawyers in Texas," and the "Top 50 Lawyers in Central Texas" since that honor's inception. She has also been included in *The Best Lawyers in America*©for more than 20 years.

She has served as co-chair of the Bankruptcy and Insolvency Litigation Committee of the Litigation Section of the American Bar Association and chair of the SBOT Bankruptcy Law Section.

> "...a powerhouse and a formidable adversary"

—*Client feedback, Chambers USA: America's Leading Lawyers for Business*

## Education ＋

- University of Houston Law Center, J.D., *cum laude*, 1981
- The University of Texas at El Paso, B.A., *with honors*, 1977

## Bar and Court Admissions ＋

**Bar Admissions**

- Texas, 1982

**Court Admissions**

- United States Court of Appeals Fifth Circuit
- United States District Court Northern, Southern, Western and Eastern Districts of Texas

## Professional Recognition ＋

- Named to "Lawdragon 500 Leading U.S. Bankruptcy & Restructuring Lawyers," 2020 and 2022

- Recognized by *San Antonio Magazine* in "San Antonio's Top Attorneys" for Bankruptcy & Workout, 2019-2021

- Recipient of the *San Antonio Business Journal's* 2019 Outstanding Lawyers Award

- Martindale-Hubbell® AV® Preeminent[TM] Peer Review Rating, 1993-present

- Finalist in Bankruptcy for the "Go-To-Guide," Texas Lawyer, 2007 and 2012

**APP. 0711**

- American Bankruptcy Institute, "Lifetime Achievement Award", 2011

- Named "San Antonio Bankruptcy & Creditor-Debtor Rights Lawyer of the Year," *The Best Lawyers In America®*

- Recognized in *The Best Lawyers in America®* for Bankruptcy and Creditor Debtor Law, Insolvency and Reorganization Law, 1995-Present. Copyright 2015 by Woodward/White, Inc., Aiken, SC

- Recognized in *Texas Super Lawyers®* for Bankruptcy: Business, 2003-Present

- Selected for inclusion in the "Top 50 Women Lawyers in Texas," *Law and Politics Magazine*

- Selected for inclusion in the "Top 50 Women Lawyers in Texas" *Texas Super Lawyers®*

- Selected for inclusion as a "Top Lawyer," *Corporate Counsel® - January 2010 Annual Guide*

- Named a Leading Bankruptcy/Restructuring Lawyer by *Chambers USA,* 2003-2021

- *Euromoney Guide to Leading U.S. Insolvency Lawyers*

- Recognized by *S.A. Scene* in "San Antonio's Best Lawyers" for Bankruptcy

- Recipient of the *Michelle A. Mendez Award of Excellence* for outstanding service to the Bankruptcy Law Section, 2017

- *Strathmore's Who's Who*

---

# Affiliations                                                          +

- State Bar of Texas, Bankruptcy Law Section, Chair, 2006-2007

- Texas Bar Foundation, Life Fellow

- American College of Bankruptcy, Fellow (1998) and Director, 2013-present

- American Bankruptcy Institute, President, 1997-1998

- US Mexico Bar Association, Board of Directors, 2008-2013

- American Board of Certification, Treasurer, 2007

- Texas Board of Certification, Bankruptcy Law Commission, Chair, 2003-2006

- American Bar Association Litigation Section, Bankruptcy and Insolvency Litigation Committee, Chair, 2010-2013

- Former Dykema Managing Director

- Dykema Management Advisory Committee

## Community

- San Antonio Public Library Foundation, former Director and Member of the Executive Committee

- Hope for the Future, Board Member, 2015 - Present

## Related Employment +

- Managing Director, Cox Smith

# Contact

 in

San Antonio

210-554-5275

dwilliamson@dykema.com

# Areas of client focus

## Practices

Government Reorganization and Restructuring

Restructuring and Bankruptcy

## Industries

Energy and Natural Resources

Financial Services

Loan Workouts, Restructuring, and Bankruptcy

Oil and Gas

# Latest News and Insights

| **PRESS RELEASES** | **1.26.22** |
| --- | --- |

Toby and Williamson Included in the 2022 Lawdragon 500 Leading
Bankruptcy & Restructuring Lawyers Listing

APP. 0713

**EXHIBIT F-2**



‹ Professionals Search

# Jeffrey R. Fine

Member



**Overview** | Experience | News and Insights

 

Jeffrey R. Fine works with clients to resolve complex business issues, focusing on insolvency, bankruptcy, receiver and receivership, and creditor workout areas. He has wide experience in defense of officer and director fiduciary liability cases, insolvency related litigation matters, and representation of receiverships (federal equity and state).

Jeffrey advises debtors, lenders, creditors and other stakeholders on a wide array of bankruptcy issues ranging from the purchase of assets out of bankruptcy, loan workout, and general business bankruptcy matters. He also appears frequently in energy, healthcare and real estate complex Chapter 11 cases representing creditors, debtors and creditor committees. Jeffrey combines litigation skills and a wealth of diverse experience in providing practical business advice to represent clients throughout the United States. Jeffrey formerly served as a member of Dykema's Executive Committee.

**APP. 0715**

Jeffrey has been repeatedly recognized as a "Best Lawyer in Dallas" and a "Super Lawyer" in Texas in the area of Bankruptcy and Restructuring. Jeffrey has significant experience counseling boards of charitable nonprofit and tax-exempt organizations including private schools and houses of worship.

Prior to joining Dykema, Jeffrey was a partner at an *AmLaw 100* firm in Dallas, Texas.

## Education 

- Benjamin N. Cardozo School of Law, J.D.
- Columbia University, B.A.

## Bar and Court Admissions +

**Bar Admissions**

- Texas
- New York

**Court Admissions**

- U.S. District Court, Eastern District of Texas
- U.S. District Court, Northern District of Texas
- U.S. District Court, Southern District of Texas
- U.S. District Court, Western District of Texas
- U.S. District Court, Northern District of California
- U.S. District Court, District of Colorado
- U.S. Court of Appeals, 5th Circuit
- U.S. Court of Appeals, 11th Circuit
- U.S. Supreme Court

## Professional Recognition +

- Recognized in *The Best Lawyers in America*® for Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law, 2019-Present. Copyright 2015 by Woodward/White, Inc., Aiken, SC

- Named a "Best Lawyer in Dallas" by *D Magazine* for Bankruptcy & Workout, 2012-2020

- Recognized in *Texas Super Lawyers*® for Bankruptcy: Business, Business/Corporate, and Business Litigation, 2012-Present

- Recipient of an AV® Preeminent™ Rating by *Martindale-Hubbell*

## Affiliations +

- American Bar Association, Business Law Section, Business Bankruptcy

- Dallas Bar Association, Business Law Section, Business Bankruptcy

APP. 0716

- American Bankruptcy Institute
- Northern District of Texas, Criminal Justice Act Panel

## Community           +

- Member of a number of nonprofit boards

## Contact



Dallas

214-462-6455

jfine@dykema.com

## Areas of client focus

### Practices

Private Equity, Venture Capital, and Mezzanine Finance

Restructuring and Bankruptcy

Government Reorganization and Restructuring

Corporate and Finance

### Industries

Financial Services

Dental Service Organizations (DSO)

Loan Workouts, Restructuring, and Bankruptcy

# Latest News and Insights



APP. 0717



**Dykema**

< Professionals Search

# John C. Dulske

Member



Overview | News and Insights

 

John Dulske advises federal, state, and local government contractors on the procurement process, contract administration, and contract termination. He helps them compete fairly, maintain properly awarded contracts, challenge improperly conducted evaluations and awards, and navigate an ever-changing sea of statutory and regulatory requirements.

With his counsel, John's clients to continue to meet their mission of providing the best possible services and supplies to government agencies and those directly benefiting from these contracts.

John's representative clients include construction, facility management, and food services companies that support military bases, hospitals, and other government operations. Because their revenues largely or wholly

APP. 0718

depend on taxpayer funds, he is committed to safeguarding the honesty and integrity of the procurement process and keeping the playing field level before and after contract awards.

Most of John's practice focuses on bid protests and post-award disputes before administrative agencies and in state and federal courts.

For clients awarded government contracts, he defends each award's legitimacy, helps with compliance requirements, and files claims seeking payment for work performed outside a contract's scope.

John also fights to set aside contracts awarded to companies that misrepresent their small business status, sidestep contract requirements, or unfairly participate in or manipulate the bid process.

John has established close working relationships with his clients, many of which enjoy special SBA status as disabled-, veteran-, minority-, and women-owned businesses.

They rely on his pragmatism, broad perspective, and experience advising a range of companies across various industries in bid protest and compliance matters. What they value most is his honest feedback; rather than tell them what they want to hear, John is the first person to provide honest counsel and direction in the very complex and risky government contract industry.

> "My clients' biggest concern is making sure the mission is completed successfully, and the men and women of our armed forces are taken care of. To these clients, it's more than making a buck. I work harder knowing that."

## Education       +

- St. Mary's University School of Law, J.D., 1992
- Kenyon College, B.A., 1985

## Bar and Court Admissions       +

**Bar Admissions**

- Texas

**Court Admissions**

- U.S. Court of Appeals, 5th Circuit
- U.S. Court of Federal Claims
- U.S. Court of Appeals, Federal Circuit
- U.S. District Court, District of Columbia
- U.S. District Court, Western District of Texas

APP. 0719



- U.S. District Court, Eastern District of Texas
- U.S. District Court, Southern District of Texas
- U.S. District Court, Northern District of Texas

## Professional Recognition +



- Recognized by *San Antonio Magazine* in "San Antonio's Top Attorneys" for Government & Administrative, 2019 and 2020

## Affiliations +

- Board of Contract Appeals Bar Association

- Court of Federal Claims Bar Association

- Federal Bar Association

- Federal Bar Association, San Antonio Chapter, President

- San Antonio Bar Association, Litigation Section and Construction Law Section

# Contact



San Antonio
210-554-5505
jdulske@dykema.com

# Areas of client focus

## Practices

Government Solutions
Government Contracts and Procurement
Litigation

## Industries

Construction

APP. 0720

# Latest News and Insights



‹ Professionals Search

# Alison R. Ashmore

Member



**Overview** | Experience | News and Insights

 

Few trial lawyers walk into a courtroom as prepared and with as much competitive zeal as Alison Ashmore. An accomplished business litigator known for her ability to craft compelling arguments and effective strategies, she is regularly called upon by clients in a wide range of industries when complex and consequential disputes arise.

While Alison relishes her time before judges and juries, she also recognizes that the optimal outcome in a given case often involves more nuance than "winning" and "losing."

With creativity and consideration of each client's specific objectives, culture, risk tolerance, and overall business interests, Alison develops tailored, holistic litigation approaches that account for the bigger picture along with the smallest details. Clients appreciate her candor and clarity, which allows them to make informed decisions about how best to proceed.

APP. 0721

The depth and breadth of Alison's business litigation experience allow her to effectively and efficiently address business disputes of every size and complexity.

She regularly brings her formidable advocacy skills to cases between partners, owners, and shareholders, as well as those between employers and employees.

Alison's practical approach to dispute resolution has facilitated favorable results in matters involving breach of contract, breach of fiduciary duty, fraud, fraudulent transfer, unfair competition, misappropriation of trade secrets, and other business claims.

Alison also protects and advances her clients' interests in bankruptcy matters, including adversary proceedings and preference challenges and disputes.

She regularly represents clients at the appellate level, where her persuasive writing and oral advocacy skills have led to a strong track record of success. Recognized by her peers for her professionalism and trial skills, Alison is the consummate business litigator.

---

> "Business owners need to have trust and confidence in their litigation counsel. That is a product not only of courtroom success but also candid advice that doesn't sugarcoat the risks or overstate the rewards."

---

## Education ✛

- Baylor Law School, J.D., *cum laude,* Law Review, Notes and Comments Editor
- Hardin-Simmons University, B.A., *magna cum laude*

## Bar and Court Admissions ✛

**Bar Admissions**

- Texas

**Court Admissions**

- U.S. Supreme Court
- U.S. Court of Appeals, Fifth Circuit
- U.S. District Court, Northern District of Texas
- U.S. District Court, Eastern District of Texas
- U.S. District Court, Western District of Texas
- U.S. District Court, Southern District of Texas
- U.S. District Court, District of Colorado

APP. 0722

## Professional Recognition ✛

- Recognized in *The Best Lawyers in America®* for Commercial Litigation, 2021-Present. Copyright 2015 by Woodward/White, Inc., Aiken, SC

- Recognized by the National Diversity Council and the Texas Diversity Council as one of the "2019 Dallas Top Women in Legal"

- Recognized in *Texas Super Lawyers®* as a Rising Star for Business Litigation; Bankruptcy: Business; and Employment Litigation: Defense*,* 2012-Present

- Recognized in *Texas Super Lawyers®* "Up and Coming 100: 2017-2022," and "Up and Coming 50: 2017-2022 Women Texas Rising Stars" Lists

- Named a "Best Lawyer in Dallas" by *D Magazine*, 2017-2021

- Named a "Best Lawyer Under 40" by *D Magazine*, 2018-2021

- 2018 Outstanding Young Alumni Award, Hardin-Simmons University

## Affiliations ✛

- Dallas Women Lawyers Association, Treasurer 2017-present, Board Member 2013-present

- Dallas Bar Association, Business Litigation Section Council 2019, WE LEAD class of 2018

- Dallas Association of Young Lawyers, Leadership Class 2010-11, Co-Chair Lawyers Serving Children Committee 2012

- Patrick E. Higginbotham Inn of Court, Barrister 2016-2018, Associate 2008-2009

- Hardin-Simmons University Board of Young Associates 2008-2013, Auxiliary 2013-2019

## Community ✛

- Dallas CASA Court Appointed Special Advocate

- Claremont Addition Neighborhood Association, Board Member, 2009-2016

# Contact



Dallas
214-462-6454

APP. 0723

## Areas of client focus

### Practices

Litigation

Commercial Litigation

Non-Compete, Unfair Competition, and Trade Secrets

Restructuring and Bankruptcy

Real Estate Disputes

# Latest News and Insights



**SPEAKING ENGAGEMENTS**                                    **12.2.21**

*Success is not one size fits all*, Dallas Women Lawyers Association

Alison Ashmore was a featured panelist for the Dallas Women Lawyers Association event, "Success is...

**READ MORE**

APP. 0724

**Dykema**

‹ Professionals Search

# Jason M. Ross

Member



**Overview** | Experience | News and Insights

 

Jason Ross represents publicly traded corporations, private companies, and individuals in high-stakes litigation, including government investigations and defense of white-collar criminal actions. Despite the many victories he's won in federal and state courts and before administrative agencies, you probably haven't heard about many of his most significant wins—and that is just the way his clients want it.

When individual and corporate clients seek Jason's counsel, they may be facing incarceration, substantial fines, loss of licenses and livelihoods, or significant civil liability. Even if an executive is familiar with the demands of business litigation, a criminal charge can be terrifying. Jason's clients appreciate his tremendous empathy and personal attention, and they rely on his take-charge, proactive approach to finding swift and quiet resolutions. Rather than responding to plaintiffs' and prosecutors' moves, he develops and plans to achieve the most favorable outcomes for clients given the circumstances.

APP 0725

Jason's practice focuses on the healthcare and energy industries, with additional work in telecommunications, software, electronics, banking and insurance spaces.

When whistleblowers step forward or other internal allegations of wrongdoing arise, he conducts interviews, reviews documents, and collects facts to advise corporations proactively and effectively. Jason assumes the role of the Department of Justice, FBI, SEC, FTC, Labor Department, and EPA to identify serious issues and helps implement internal responses to avoid government actions.

When the government does come calling, Jason defends clients in pre- and post-indictment proceedings and any parallel civil litigation. Over his career, he has fostered mutually respectful professional relationships with agency officials who know he is a worthy adversary they can trust to achieve workable solutions.

The measure of Jason's accomplishments is difficult to convey because many of his wins consist of pre-indictment dismissals, post-indictment acquittals, confidential settlements, or no action at all. He may have one of the most successful—yet least known—practices in his field, which is perfectly fine with him and the clients he represents.

> "Our criminal justice system operates on an unfair playing field tilted in the government's favor. They have virtually unlimited resources to investigate and pursue charges against my clients. We may not be able to out-litigate or out-spend them, but I can out-think them."

## Education     +

- University of Texas School of Law, J.D., Articles Editor, *Texas Law Review*
- The Louisiana Scholars' College at Northwestern State University, B.A., *with highest distinction*
- Catholic University of Nijmegen, Nijmegen, The Netherlands, study abroad

## Bar and Court Admissions     +

**Bar Admissions**

- Texas

**Court Admissions**

- U.S. District Court, Northern District of Texas
- U.S. District Court, Southern District of Texas
- U.S. District Court, Eastern District of Texas
- U.S. District Court, Western District of Texas

- U.S. District Court, Central District of Illinois
- U.S. Court of Appeals, Fifth Circuit

## Professional Recognition 

- Recognized in *The Best Lawyers in America*® for Appellate Practice and Criminal Defense: White-Collar, 2021. Copyright 2015 by Woodward/White, Inc., Aiken, SC

- Recognized in *Texas Super Lawyers* as a Rising Star for Criminal Defense: White Collar, Securities Litigation and Civil Litigation Defense, 2010-2015

- Named a "Best Lawyer in Dallas" by *D Magazine*, 2020

## Affiliations 

- State Bar of Texas

- Co-Chair, American Bar Association White Collar Crime Regional Subcommittee

- Federal Bar Association, Dallas Chapter, Executive Committee Member and Co-Founder, White Collar Crime Committee Member

- Dallas Bar Association

- Dallas Association of Young Lawyers

# Contact

 **in**

Dallas
214-462-6417
jross@dykema.com

# Areas of client focus

## Practices

Litigation
Appellate and Critical Motions
Commercial Litigation
Government Investigations and Corporate Compliance
Pro Bono

**APP. 0727**



‹ Professionals Search

# Israel R. Silvas

Member



**Overview** | Experience | News and Insights

 

Few industries involve as much risk and reward as the oil and gas sector. Minimizing the former and facilitating the latter is at the heart of Israel Silvas' practice. A seasoned and successful litigator and consummate problem-solver, Israel leverages his deep and diverse oil and gas industry knowledge to help his clients navigate the challenges they face every day.

Israel's clients turn to him after issues or disputes arise, knowing that his extensive trial experience, advocacy skills, and strategic decision-making position them for positive outcomes in their most complex and consequential matters. His clients have relied on him to represent them in high-stakes litigation—from obtaining restraining orders through trial. But he also prides himself on his ability to identify and address potential problems well before they become actual liabilities. Invested in his clients and their success, Israel delivers honest, accurate, and actionable counsel that forms the bedrock of his long-term industry relationships.

APP. 0728

Israel's experience extends to almost all aspects of the oil and gas industry, including the acquisition of mineral interests, litigation and bankruptcy matters, and his clients include mineral buyers, operators, and service providers.

In the field and in the courtroom, Israel gives his clients the confidence they need to pursue lucrative endeavors or parry threats to their operations. He provides game plans that consider all possible contingencies and executes on those plans expeditiously and efficiently.

With a litigation background that extends across every type of forum, Israel represents plaintiffs and defendants in environmental, energy, class action, antitrust, tortious interference, deceptive trade practices, unfair competition, *qui tam*, contract, probate, securities, and fraud matters.

A native Spanish speaker, Israel also represents clients with business disputes in Mexico. His approach to conflict and litigation is in part a product of his time spent as a law clerk for a federal judge, where he learned that effective advocacy isn't a matter of being showy or the loudest voice in the room. Rather, it is a product of hard work, well-crafted and logical arguments, and the ability to anticipate and counter your opponent's next moves.

> "I recognize how much trust and confidence my clients invest in me to help them find a path forward or solve a problem. They know that I can be counted on to develop—and execute on—a winning strategy."

## Education ＋

- Harvard Law School, J.D., 2004
- University of Texas at El Paso, B.A., *summa cum laude*, 2001

## Bar and Court Admissions ＋

**Bar Admissions**

- Texas

**Court Admissions**

- United States District Court for the Northern District of Texas
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the Western District of Texas
- United States Court of Appeals for the Fifth Circuit
- United States Supreme Court

APP. 0729

## Professional Recognition 

- Recognized in *Texas Super Lawyers*® for Business Litigation and Energy & Natural Resources, 2019-Present

- Selection to the list of Thomson Reuters' "Texas Super Lawyers" as published in Texas Monthly and Texas Super Lawyers magazine, 2019

- Selected as one of the "Top 50 Multicultural Lawyers in Dallas" by the National Diversity Council, 2017

- Selected to the Dallas Association of Young Lawyers 2013 Leadership Program; served as the Marketing Co-Chair for the 2014 DAYL Charity Ball benefiting EPIC and Habitat for Humanity (which raised $50,000 and helped to build a home through the Carter Work Project)

## Affiliations 

- State Bar of Texas

- Dallas Bar Association

## Related Employment +

- Clerk for Hon. Judge Philip R. Martinez of the U.S. District Court for the Western District of Texas

## Languages +

- Spanish

# Contact



Dallas

214-698-7812

isilvas@dykema.com

# Areas of client focus

## Practices

Commercial Litigation

International Business Disputes

Litigation



< Professionals Search

# Oscar Garcia-Isita Munoz

Associate



**Overview**

 

Oscar Garcia-Isita is an attorney in Dykema's Dallas office in our Business Services and Corporate Finance Groups.

Oscar, who is dual-qualified in Texas and Mexico, has substantive experience advising clients of all sizes, including Fortune 500, in a wide variety of business transactions.

Oscar focuses his practice on mergers and acquisitions, corporate finance, joint ventures and strategic partnerships, corporate governance, commercial contractual, and cross-border transactions.

Oscar has experience in various industries, particularly retail, food and beverage, hospitality, and technology, identifying related complex legal issues, developing business-oriented alternative solutions, and implementing resolutions.

APP. 0731

Oscar has centered his cross-border corporate M&A work on representing clients regarding their investments in Mexico and Latin America. He fully understands U.S. and Latin American business cultures and has developed skills bridging the cultural gap while doing business in Latin America.

## Education    **+**

- Instituto Tecnológico Autónomo de México, J.D.
- Southern Methodist University Dedman School of Law, LL.M., Comparative and International Law
- Centro Universitario México, B.Soc.Sc.

## Bar and Court Admissions    **+**

**Bar Admissions**

- Texas
- Mexico

## Affiliations    **+**

- State Bar of Texas, Member

- International Law Section, Member

- Texas Young Lawyers Association, Member

## Languages    **+**

- Spanish

# Contact



Dallas

214-698-7814

ogarcialsita@dykema.com

# Areas of client focus

## Practices

Corporate and Finance

Governance

Mergers and Acquisitions

APP. 0732



**Dykema**

‹ Professionals Search

# Danielle N. Rushing

Associate



**Overview**  |  News and Insights

 

Danielle N. Rushing is an associate in Dykema's San Antonio office, focusing her practice on bankruptcy and restructuring matters. She currently represents several multi-million dollar businesses, particularly in the oil and gas/energy, retail, national fitness chain, healthcare, and transportation industry. Danielle has drafted and argued various motions in state and federal courts.

Prior to joining the firm, Danielle clerked for the Honorable Craig A. Gargotta, United States Bankruptcy Judge for the Western District of Texas, and practiced as a commercial litigation associate with a civil litigation firm in San Antonio. While in law school, Danielle interned in the chambers of the Honorable Craig A. Gargotta and the Honorable Catherine M. Stone, Chief Justice (Ret.) of the Fourth Court of Appeals of Texas, and with the Department of Justice's U.S. Trustee Program. Additionally, Danielle served as a Senior Associate Editor for the *St. Mary's Law Journal*.

# Education

- St. Mary's University School of Law, J.D., 2016
- Louisiana State University, B.S., 2013

# Bar and Court Admissions  +

**Bar Admissions**

- Texas, 2016

**Court Admissions**

- U.S. Bankruptcy Court, Eastern District of Michigan
- U.S. Bankruptcy Court, Northern District of Texas
- U.S. Bankruptcy Court, Eastern District of Texas
- U.S. Bankruptcy Court, Southern District of Texas
- U.S. Bankruptcy Court, Western District of Texas
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Northern District of Texas
- U.S. District Court, Eastern District of Texas
- U.S. District Court, Southern District of Texas
- U.S. District Court, Western District of Texas

# Professional Recognition  

- Recipient of the American Bar Association 20/20 Partners Rising Young Leader Award, 2021

- Recognized by *San Antonio Magazine* in "San Antonio's Top Attorneys" for Bankruptcy & Workout, 2019-2021

- Recognized by *S.A. Scene* in "San Antonio's Best Lawyers" for Bankruptcy

- *S.A. Scene*, "San Antonio Rising Star"

- Selected as a member of the Bexar County Women's Bar Foundation's LEAD Academy's 2019 class

# Affiliations  +

- ABA Young Lawyers Division Bankruptcy Law Committee Chair (2021-2022)

- Class of 2020-21 LeadershipSBOT

- BCWBF Autumn Affair Chairwoman, 2020

- Texas Bar Foundation, Fellow

**APP. 0734**

- San Antonio Bar Foundation, Member, 2020 SABF Fellows Program

- State Bar of Texas, Member of the State Bar's Minimum Continuing Legal Education Committee, Bankruptcy Section's Young Lawyers Committee, Communications Liaison (2021), Non-Lawyer Outreach Liaison (2020), Women in Law Section, Member, Bankruptcy Section, Member

- San Antonio Bar Association

- San Antonio Young Lawyers Association and Foundation, Board Member

- Bexar County Women's Bar Association and Foundation, Director (2018), Secretary (2019), Vice President (2020), President-Elect (2021), President; BCWBF LEAD Academy Steering Committee (2022)

- American Bankruptcy Institute, Member

- Larry E. Kelly American Bankruptcy Inn of Court, Achieving Excellence Committee

- Junior League of San Antonio's Paving New Paths Assistant Chair, 2021-2022

- William S. Sessions American Inn of Court

- American Bar Association

- Texas Young Lawyers Association

- Texas Bar College

- Phi Kappa Phi

- St. Mary's University Law Alumni Association

## Community                                                              +

- San Antonio Stock Show & Rodeo Fajita Corral Committee, Life Member

- San Antonio Stock Show & Rodeo Fajita Corral Committee

# Contact



San Antonio

210-554-5528

drushing@dykema.com

# Areas of client focus

APP. 0735

## Practices

Corporate and Finance

Healthcare

Litigation

Restructuring and Bankruptcy

## Industries

Energy and Natural Resources

Financial Services

Financial Services Litigation

Loan Workouts, Restructuring, and Bankruptcy

# Latest News and Insights



**PRESS RELEASES**                                          **11.19.21**

### Rushing and Mosqueda De La Garza Elected to Leadership Positions with Bexar County Women's Bar

Dykema, a leading national law firm, today announced that two of its attorneys were elected to...

**READ MORE**



‹ Professionals Search

# Caroline S. Lawhorn

Associate



**Overview**

 

Caroline Lawhorn is an associate in Dykema's Dallas office. She focuses her practice on commercial litigation matters.

## Education 

- Southern Methodist University Dedman School of Law, J.D., 2017
- Louisiana State University, B.A., 2014

## Bar and Court Admissions 

**Bar Admissions**

- Texas

# Affiliations

- Dallas Bar Association

- Dallas Young Lawyers Association

- William "Mac" Taylor American Inn of Court

- International Law Review Association

- International Law Review Association

# Contact



Dallas
214-698-7885
clawhorn@dykema.com

# Areas of client focus

## Practices

Litigation

Commercial Litigation

# SUBSCRIBE TO OUR LATEST THINKING

People

Knowledge Center

Careers

Diversity

Alumni

Privacy Policy

Services

About Us

Offices

Pro Bono

Terms of Use



 

‹ Professionals Search

# Alexandria R. Rahn

Associate



**Overview**

 

Alexandria R. Rahn is an associate attorney in Dykema's Dallas office, focusing her practice on bankruptcy and restructuring matters.

Alex graduated *cum laude* from Southern Methodist University Dedman School of Law and Cox School of Business with a J.D./M.B.A. in May 2018. She received a B.A. degree from Tulane University in May 2013. While in law school, Alex competed in several interscholastic moot court competitions, served as the Chair of the Executive Counsel of the Board of Advocates, and received the Order of Barristers distinction for her commitment to advocacy. Alex also externed for The Honorable Stacey G.C. Jernigan, Bankruptcy Judge for the Northern District of Texas.

Upon graduating from law school, Alex clerked for The Honorable Elizabeth W. Magner, Chief Bankruptcy Judge for the Eastern District of Louisiana. As a law clerk, Alex had the opportunity to work closely with Judge Magner and assist her in presiding over various bankruptcy cases and adversary proceedings.

Education

APP. 0739



- Southern Methodist University Dedman School of Law, J.D., *cum laude*, 2018
- Southern Methodist University Dedman School of Law, M.B.A, *cum laude*, 2018
- Tulane University, B.A., 2013

## Bar and Court Admissions $+$

**Bar Admissions**

- Texas, 2018
- Louisiana, 2020

**Court Admissions**

- U.S. District Court, Eastern District of Louisiana
- U.S. Bankruptcy Court, Eastern District of Louisiana
- U.S. District Court, Northern District of Texas
- U.S. District Court, Southern District of Texas
- U.S. District Court, Eastern District of Texas
- U.S. District Court, Western District of Texas
- U.S. Bankruptcy Court, Eastern District of Texas
- U.S. Bankruptcy Court, Northern District of Texas

## Professional Recognition $+$

- Order of the Barristers

## Affiliations $+$

- The Honorable John C. Ford American Inn of Court, Member

- State Bar of Texas

- State Bar of Louisiana

- American Bankruptcy Institute, Member

- American Bar Association

# Contact



Dallas

214-698-7862

arahn@dykema.com

**APP. 0740**

# Areas of client focus

## Practices

Restructuring and Bankruptcy

Corporate and Finance

## Industries

Loan Workouts, Restructuring, and Bankruptcy

## SUBSCRIBE TO OUR LATEST THINKING



People                              Services

Knowledge Center                    About Us

Careers                             Offices

Diversity                           Pro Bono

Alumni                              Terms of Use

Privacy Policy

© 2022 Dykema Gossett PLLC. All Rights Reserved





**Theresa Dick**
Business Litigation Paralegal
201 Townsend Street, Suite 900
Lansing, MI 48933
(616) 776-7546
TDick@dykema.com

Theresa has 15 years of experience as a litigation paralegal, including second chair of 6 successful trials. Her experience includes working on cases related to product liability defense, employment litigation, and business/commercial litigation. She has thorough understanding of the litigation process from beginning to end, and has extensive experience managing document intensive cases. She routinely provides assistance with e-discovery, review and analysis of medical records and deposition transcripts, and helps prepare trial exhibits. In addition, she drafts discovery requests, responses, initial disclosures and subpoenas, and helps with witness interviews.

## Education
- Certified Paralegal, ABA approved, St. Mary's College of Moraga, CA

**EXHIBIT F-3**

# Rose L. Romero



**Attorney and Counselor at Law**

Romero | Kozub
235 N.E. Loop 820, Suite 310
Hurst, Texas 76053
817.616.3067
817.887.2288 (fax)
RRomero@rrdklegal.com

Rose Romero, a former Executive Assistant United States Attorney in the Northern District of Texas and Regional Director in the Securities and Exchange Commission's Fort Worth Office, is a Managing Attorney at the Law Offices of Romero | Kozub in the Dallas–Fort Worth Metroplex. She concentrates her practice on white–collar grand jury investigations, SEC examinations and investigations, general state and federal criminal matters and cybersecurity issues. She is a frequent contributor to panels and publications concerning new developments in white–collar issues, securities enforcement matters, and the cybersecurity area

Prior to joining the Law Offices of Romero | Kozub, Rose was a Partner at Thompson & Knight's Dallas Office where she served as the co–chair of Thompson & Knight's cross–practice Data Privacy and CyberSecurity team, and counseled clients on data privacy solutions, cybersecurity regulatory developments, the development of effective cybersecurity compliance programs and incident response plans.

Rose served as the Regional Director for the Fort Worth office of the U.S. Securities and Exchange Commission, where she led the Enforcement and Examination Programs for the Southwestern Region and served on the Enforcement Division's National Leadership Team. Rose directed regulatory examinations of investment advisers and broker– dealers and managed enforcement actions involving violations of the Foreign Corrupt Practices Act, insider trading, accounting and corporate reporting violations, and fraud involving investment advisers, hedge funds, and broker– dealers.

Before her service with the SEC, Rose spent sixteen years prosecuting cases involving all levels of corporate fraud, including financial, healthcare, and mortgage. As the Executive Assistant U.S. Attorney, she oversaw a number of cyber intrusion investigations and prosecutions. She personally tried more than 60 federal criminal cases to favorable jury verdicts and conducted numerous grand jury investigations and prosecutions in conjunction with the Department of Justice's Criminal Division.

Rose has served on special assignments for the Department of Justice, including serving as an advisor and instructor for the Overseas Prosecution Development and Assistance Program in Ecuador, Colombia, Argentina, Brazil, Venezuela, Peru, Honduras, and Mexico. She investigated terrorism cases and frequently appeared before the Foreign Intelligence Surveillance Court.

## Practices Areas

White Collar Criminal Litigation
Securities Litigation and SEC Enforcement
Corporate Governance and Internal Investigations
Data Privacy and CyberSecurity
Government Litigation
Government and Regulatory
Immigration
Trial

## Education

J.D., 1987, SMU Dedman School of Law

B.S., 1980, Texas Christian University

## Admissions

Texas
U.S. Ct. of App., Fifth Circuit
U.S. Dist. Ct., N. Dist. Texas

## Languages

Spanish

# Rose L. Romero

## Prior Experience

- Partner, Thompson & Knight LLC, 2011–2015
- Regional Director, Securities and Exchange Commission, Fort Worth, Texas, 2006–2011
- Assistant United States Attorney, Northern District of Texas, Fort Worth and Dallas, Texas, 1989–2006
- Assistant District Attorney, Tarrant County District Attorney's Office, Fort Worth, Texas, 1987–1989
- Police Officer, Fort Worth Police Department, Fort Worth, Texas, 1980–1985
- United States Air Force, 1974–1978

## Distinctions/Honors

- Prosecutor of the Year
- Chief Postal Inspectors Award
- Drug Enforcement Administration's Director's Award for Excellence
- Numerous commendations and awards from government agencies, including the Department of Justice, FBI, U.S. Customs Service, and the IRS

## Activities (Memberships/Affiliations)

- Member, State Bar of Texas
- Member, Dallas Bar Association
- Member, Tarrant County Bar Association
- Member, Texas Wall Street Women

## Publications

| | |
|---|---|
| "Walking the Straight and Narrow: Strategies to Comply with State, Federal, and International Privacy Laws" | October 16, 2014 |
| "Cybersecurity: What Attorneys (and Their Clients) Need to Know" | October 9–10, 2014 |
| "Strategies for Preventing and Prosecuting Cyberstalking or Harassment Crimes" | 2014 |
| Client Alert: Spear Phishing Scams Targeting Corporate Executives | June 10, 2014 |
| "What Every Executive Should Know About Cybersecurity" | May 19, 2014 |
| Client Alert: SEC Tells Investment Advisers and Private Equity Firms to Prepare for Cyber Attacks | May 19, 2014 |

# Rose L. Romero

| | |
|---|---|
| "The Anatomy of a Data Breach Response: The Steps You Need to Take in the First Hours and Days Following a Breach and Why it is Critical to Get it Right" | May 9, 2014 |
| "Are You Ready?" | February 27, 2014 |
| "Cyber Security in the Retail Industry: Answering a Strategic Threat" | February 19, 2014 |
| "Emerging Hacking Trends Impacting Retailers" | January 29, 2014 |
| Client Alert: Preparing for the Cybersecurity Challenges of 2014 | January 21, 2014 |
| "Cyber Crime: Risks and Liabilities to Banks and the Financial Services Industry" | November 14, 2013 |
| "Impact of Cyber Attack – Legal, Prosecution and Risk Management Perspectives" | October 29, 2013 |
| "That Cyber-Attack May Be an Inside Job" | October/November 2013 |
| "Cyber Crime and Incident Round Table" | June 27, 2013 |
| "Cybercrime: Investigations and Litigation" | June 18, 2013 |
| "Foreign Corrupt Practices Act: There is No Turning Back" | May 30, 2013 |
| "The Cyber War on U.S. Companies: Protecting Your Company and Your Data from Cyber Attacks" | April 25, 2013 |
| "Who is Spying & Stealing from You? Protecting your Documents & Secrets Abroad" | March 21, 2013 |
| "What's Hot with the Feds: Update on FCPA, Dodd-Frank Whistleblower, and Tax Fraud" | December 6, 2012 |
| Client Alert: DOJ and SEC Release FCPA Resource Guide that Emphasizes the Need for Updated Compliance Plans | November 20, 2012 |
| "A CyberCrime Primer" | October 11, 2012 |
| "From Twitter to the Global Economy: Changes in the Trade Secret Landscape" | Fall 2012 |
| "Industrial Espionage and Theft of Trade Secrets" | August 1, 2012 |
| "Combating Global Intellectual Property Crimes: Theft of Trade Secrets, Digital Piracy, and Trafficking of Counterfeit Goods" | June 21, 2012 |
| "The Cost of Doing Business: Managing FCPA Risks in Latin America" | April 10, 2012 |
| "Energy Companies Find Profits, Peril in Latin America" | April 9, 2012 |

# Rose L. Romero

| | |
|---|---|
| "Corporate Governance: Dilemmas & Challenges" | March 24, 2011 |
| "SEC Perspectives, including New Tools for Identifying and Investigating Enforcement  Issues" | February 11, 2011 |
| "Current Trends and SEC Enforcement Initiatives" | February 2011 |
| Foreign Corrupt Practices Act Seminar | Texas 2010 |
| "Developments, Trends and Expectations in Securities Fraud Investigations and  Prosecutions" | June 10, 2010 |
| "The FCPA: It's not just another Four Letter Word" | October 16, 2009 |
| SEC Enforcement Developments (panelist), Practicing Law Institute's "SEC Speaks," Washington, D.C. | February 2007 |

## News

| | |
|---|---|
| Rose Romero Quoted in *The Dallas Morning News* on Data Breaches<br>In the News | March 17, 2014 |
| Rose Romero Quoted on CBS on The Cloud<br>In the News | February 17, 2014 |
| Rose Romero Interviewed by KLIF-AM on Bitcoin-Related Fraud<br>In the News | July 30, 2013 |
| Rose Romero Featured in *Texas Lawbook* on Corporate Cybersecurity<br>In the News | July 17, 2013 |
| Rose Romero and Richard Roper Interviewed by KLIF-AM on Cybersecurity<br>In the News | June 22, 2013 |
| T&K Launches Dedicated Initiative to Help Companies Reduce Cyberrisks, Respond to Data Breaches<br>Press Release | June 18, 2013 |
| Rose Romero Quoted in *Dallas Business Journal* on Cyber Attacks<br>In the News | June 14, 2013 |
| Rose Romero Interviewed by FOX DFW on Arlington Police Officer Investigation<br>In the News | June 13, 2013 |
| Rose Romero Quoted in *The Huffington Post* on ATM Cybercrimes<br>In the News | May 10, 2013 |
| Rose Romero Interviewed by MyFOX DFW on | June 15, 2012 |

# Rose L. Romero

| | |
|---|---|
| Immigration Law<br>In the News | |
| T&K Partners Publish Article on FCPA Enforcement in Latin America<br>Press Release | April 17, 2012 |
| Rose Romero Interviewed by *Fort Worth Business Press* on Health Care Fraud<br>In the News | November 11, 2011 |
| Ricky Raven and Rose Romero Mentioned in *Texas Lawyer* on New Appointments and Positions<br>In the News | October 17, 2011 |
| Rose Romero Featured in *Fort Worth Business Press* on Joining T&K<br>In the News | October 10, 2011 |
| Rose Romero Featured in *Law360* on Joining T&K<br>In the News | September 27, 2011 |
| Former SEC Regional Director Joins T&K<br>Press Release | September 21, 2011 |

APP. 0748

**EXHIBIT F-4**

APP. 0749

# Darrell R. Jones

Phone: 832-302-5373; email: drj@oilesquire.com

---

**Work Experience**

*Law Practice of Darrell R. Jones, PLLC (December 2014 – present)*

> Solo practitioner serving energy clients across a broad spectrum of legal and commercial consulting needs.

- Assist clients with matters such as acquisitions and divestitures of producing and non-producing properties, from cash transactions, to joint ventures to acreage trades; negotiating and documenting long-term gathering and processing contracts; documentation and negotiation of typical commodity price hedging transactions; advising clients on the pursuit of assets from insolvent companies, as well as on restructuring matters generally; guiding, negotiating and documenting clients' MSA and similar risk management and insurance programs; and providing guidance and advice to clients on land and leasing matters. Extensive experience with ordinary and specialty midstream and terminal agreements (hydrocarbon/water offtake, terminal access and storage contracts).

- Current active client base ranges from supermajor company to multiple private equity portfolio companies to large privately held companies and family-owned oil companies.

> Representative matters include:

- Co-counsel for Silverback Exploration, LLC's $855 million divestiture to Centennial Resource Development in 2016.

- Sole counsel for EnCap Investment, L.P. portfolio company's anchor asset acquisition and subsequent bolt-on acquisitions.

- Documentation and negotiation of numerous hydrocarbon and produced water disposal midstream commercial contracts, representing E&P operators in some cases and disposal operators in others.

- Numerous sophisticated acreage trades in the Delaware Basin for a supermajor company, involving customized JOA's and other agreements (ongoing).

- Outside general counsel to a private equity portfolio company during its out-of-court restructuring of significant midstream contractual liabilities, leading to a successful sales process. This included the documentation and renegotiation of sophisticated long-term midstream agreements for gathering, processing and transportation (2018).

*Senior Legal Counsel, Newfield Exploration Company (January 2008 – March 2014)*

> Corporate HQ and multi-business unit responsibilities. Reported directly to the General Counsel until 2Q 2013 when department was restructured, then to Deputy General Counsel.

> Primary responsibility for the structure, documentation and legal negotiation of all significant transactions for the company (other than securities offerings), including acquisitions and divestitures, complex crude oil and natural gas gathering, transportation and marketing arrangements, joint ventures and large-scale operating agreements, and commodity hedging agreements (ISDA & NAESB).

> Full responsibility for all legal matters pertaining to Texas Gulf Coast, Rocky Mountains (Williston and Uinta Basins) and Appalachian business units, providing support, guidance and judgment for land, asset management and

APP. 0750

operations teams. This included documentation and negotiation of typical industry agreements such as sophisticated oil and gas leases, operating agreements, land trades, surface use and water supply agreements, easements and the like, as well as including the management of all litigation and controversy matters.

> Representative matters include:

- Lead attorney/principal negotiator for numerous (>30) A&D transactions totaling several billion dollars in value. Among these matters was Newfield's acquisition of substantially all assets of TXCO Resources, Inc. from bankruptcy.

- Lead lawyer/principal negotiator for 160,000-acre joint venture in the Marcellus Shale, consisting of development and negotiation of custom uniform lease (with surface use provisions) for 1,400+ leases, joint venture agreement and sophisticated operating agreement.

- Co-lead negotiator and lead attorney for multi-billion-dollar long term crude oil sales and refinery expansion agreements with Tesoro Petroleum and HollyFrontier Refining; included development of unique deal structures to accommodate all parties' commercial positions.

- Co-lead of the team that developed Newfield's first counterparty risk management program.

- Successful resolution of numerous actual and threatened lawsuits from landowners, industry partners and the like. I have a proven ability to navigate and manage high-stakes energy litigation skillfully in a variety of contexts.

- Design and legal oversight of entire company's MSA and drilling contracts program.


***Shareholder, Cox Smith, San Antonio, Texas (March 2001 – January 2008)***

- Practice consisted primarily of "wellhead E&P" matters and various asset acquisitions and divestitures. Extensive experience with land title examination, sophisticated oil and gas leasing matters, operating agreements, surface agreements and other common industry arrangements, as well as numerous A&D matters.

- Significant experience with operations contracts (*e.g.* MSAs and drilling contracts).

- Approximately one-third of practice consisted of oil and gas litigation and controversy matters.


Unit Manager, Federal Correctional Institution - Three Rivers, Texas (1992 – 1998); no relevant experience.

Managing Director of Relentless Production & Development, LLC from March 2014 to December 2014. I did not practice law at this start-up E&P company.

<u>Education and Credentials</u>

J.D., University of Houston Law Center (December 2000), *cum laude*; licensed to practice in May 2001.

M.S. in Criminal Justice, Northeastern University, Boston, MA (1991).

B.S. in Public Justice, St. Mary's University, San Antonio, TX (1990).

Board Certified in Oil, Gas and Mineral Law, State Bar of Texas (2007).


I am recognized as possessing a solid legal skill set tempered by good judgment, commercial sense and grasp of industry fundamentals. References available from a broad spectrum of professional disciplines.

# EXHIBIT E-2

APP. 0752

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES** | § | |
| **AND EXCHANGE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE HEARTLAND GROUP VENTURES, LLC;** | § | |
| **HEARTLAND PRODUCTION AND RECOVERY** | § | |
| **LLC; HEARTLAND PRODUCTION AND** | § | |
| **RECOVERY FUND LLC; HEARTLAND** | § | |
| **PRODUCTION AND RECOVERY FUND II LLC;** | § | |
| **THE HEARTLAND GROUP FUND III, LLC;** | § | |
| **HEARTLAND DRILLING FUND I, LP; CARSON** | § | |
| **OIL FIELD DEVELOPMENT FUND II, LP;** | § | |
| **ALTERNATIVE OFFICE SOLUTIONS, LLC;** | § | |
| **ARCOOIL CORP.; BARRON PETROLEUM** | § | |
| **LLC; JAMES IKEY; JOHN MURATORE;** | § | |
| **THOMAS BRAD PEARSEY; MANJIT SINGH** | § | **No. 4-21CV-1310-O-BP** |
| **(AKA ROGER) SAHOTA; and RUSTIN** | § | |
| **BRUNSON,** | § | |
| | § | |
| **Defendants,** | § | |
| | § | |
| | § | |
| **and** | § | |
| | § | |
| **DODSON PRAIRIE OIL & GAS LLC; PANTHER** | § | |
| **CITY ENERGY LLC; MURATORE FINANCIAL** | § | |
| **SERVICES, INC.; BRIDY IKEY; ENCYPHER** | § | |
| **BASTION, LLC; IGROUP ENTERPRISES LLC;** | § | |
| **HARPRIT SAHOTA; MONROSE SAHOTA;** | § | |
| **SUNNY SAHOTA; BARRON ENERGY** | § | |
| **CORPORATION; DALLAS RESOURCES INC.;** | § | |
| **LEADING EDGE ENERGY, LLC; SAHOTA** | § | |
| **CAPITAL LLC; and 1178137 B.C. LTD.,** | § | |
| | § | |
| **Relief Defendants.** | § | |
| | § | |
| | § | |

1

APP. 0753

## RECEIVER'S FEE APPLICATION FOR SERVICES PERFORMED BETWEEN OCTOBER 1, 2023 AND DECEMBER 31, 2023, AND BRIEF IN SUPPORT

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE HAL R. RAY, JR.:

Pursuant to the *Order Approving Employment of Dykema Gossett PLLC as Counsel to the Receiver Effective as of December 3, 2021* [ECF No. 19] (the "Dykema Employment Order"), the *Order Approving Employment of Rose L. Romero of the Law Offices of Romero | Kozub as Local Counsel to Receiver Effective December 3, 2021* [ECF No. 24] (the "Romero Employment Order"), the *Order* [ECF No. 87] (the "Jones Employment Order") approving the *Application to Employ Law Practice of Darrell R. Jones, PLLC as Counsel to Receiver Effective December 2, 2021*, the *Order* [ECF No. 106] (the "Palmour Employment Order") approving the *Application to Employ Vicki Palmour Consulting, LLC as Oil and Gas Consultant to Receiver Effective January 1, 2022*, the *Order* [ECF No. 180] (the "Ahuja Employment Order") approving the *Application to Employ Ahuja & Clark, PLLC as Accountants to Receiver Effective April 1, 2022*, and the *Order* [ECF No. 331] (the "Stretto Employment Order") approving the *Receiver's Application to Employ Bankruptcy Management Solutions Inc. d/b/a Stretto as Claims and Disbursement Agent*, Deborah D. Williamson, in her capacity as the Court-appointed Receiver (the "Receiver") for the Receivership Parties (as defined in the *Order Appointing Receiver* [ECF No. 17] (the "Receivership Order"))[1] and receivership estates (collectively, the "Receivership Estates") in the above-captioned case (the "Case" or the "Receivership"), hereby submits this *Receiver's Fee Application for Services Performed Between October 1, 2023 and December 31, 2023, and Brief in Support* (the "Application") of Deborah D. Williamson, as Receiver, Dykema Gossett PLLC ("Dykema"), Rose L. Romero with the Law Offices of Romero | Kozub ("Romero"), the Law

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed in the Receivership Order or the Ninth Report (as defined herein).

APP. 0754

Practice of Darrell R. Jones, PLLC ("Jones"), Vicki Palmour Consulting, LLC ("Palmour"), Ahuja & Clark, PLLC ("Ahuja"),[2] and Bankruptcy Management Solutions Inc. d/b/a Stretto ("Stretto"). In support of the Application, the Receiver respectfully states as follows:

## I.     OVERVIEW

1.       As more fully detailed in the *Receiver's Ninth Quarterly Report for Receivership Estates (October 1, 2023 – December 31, 2023)* [ECF No. 452] (the "Ninth Report"), the Receiver, with the assistance of her Retained Personnel, prosecuted the claims process motion and obtained Court approval of such process, continued to identify and attempt to resolve issues with the Railroad Commission of Texas ("RRC"), identified and attempted to resolve pre-receivership reporting issues with the Texas General Land Office (the "GLO"), closed on the Eldorado ranch, held an online, public auction of personal property pursuant to Court-approved procedures, and abandoned, pursuant to Court authorization, certain oil and gas properties throughout seven (7) counties in Texas (not including Val Verde and Crockett counties).  Amounts owed for production to third parties unaffiliated with any Receivership Party continued to be identified and final royalty payments have begun to be issued.  A substantial amount of time was spent in the fourth quarter of 2023 on the claims process, including production of approximately 726 transaction schedules for each known investor,[3] and related communications with various creditors, including investors (potential and known), vendors, and governmental agency contacts.  At the conclusion of the claims process, the Receiver will propose a distribution methodology for Court approval.

---

[2] Effective January 25, 2024, Ahuja changed its name to "Ahuja & Consultants, Inc."  All materials included herein reflect "Ahuja & Clark, PLLC" given the Application Period (defined below).

[3] During the claims process, the Receiver became aware of numerous individuals or entities who thought their money had been paid to one or more of the Heartland investment funds prior to the Receivership when, in fact, the funds were retained by third parties, including alleged investment advisors and/or feeder funds.

APP. 0755

Additionally, the Receiver and her team continue to analyze various records relating to other potential assets and/or claims of the Estates.

2.    Communications with investors, vendors, and other creditors heavily increased throughout the Application Period (defined below) as claims packages were received by investors and known non-investor creditors.  Specifically, Ms. Behrends, on behalf of the Receiver, held approximately 150 telephone conferences with known and potential investors (not including calls with non-investor creditors) regarding the claims process, including the proof of claim forms and questions on their respective transaction schedule and/or net transaction amount.  The Receiver and her team continued daily communications with investors (known and potential), vendors, creditors, and other stakeholders via email regarding Case status and the claims process.  The website ([www.heartlandreceivership.com](http://www.heartlandreceivership.com)) is continuously updated with key court documents, notices, and reports.

3.    The Receiver remains very cognizant of the need to balance performance of her duties with costs.  Comparing this Application Period (as defined below) to the prior, the Receiver's hours decreased from 136.40 hours in the third quarter of 2023 to 115.50 hours in this Application Period.  Dykema has also voluntarily reduced the requested reimbursement by $19,810.55, including time spent by the Receiver and by Dykema attorneys during the Application Period.

4.    At the beginning of the fourth quarter of 2023, the Receiver had $9,086,361.25 on deposit.  At the end of the fourth quarter of 2023, the amount on deposit was $10,036,025.67 after payments of operating expenses and Court-approved fees and expenses.  As of the filing of this Application (February 13, 2024), $10,117,064.78 is in the Receivership bank accounts.

## II. <u>RELIEF REQUESTED</u>

5.    This Application seeks authorization from the Court to pay on an interim basis fees and expenses for professional services performed from October 1, 2023 through December 31, 2023 (the "<u>Application Period</u>"), by the Receiver in the amount of $77,962.50 for fees; Dykema, as lead counsel to the Receiver, in the amount of $225,718.65 for fees and in the amount of $8,673.20 for expenses; Romero, as local counsel to the Receiver, in the amount of $680.00 for fees; Jones, as oil and gas transactional counsel to the Receiver, in the amount of $9,945.00 for fees; Palmour, as oil and gas consultant to the Receiver, in the amount of $6,025.00 for fees; Ahuja, as tax and forensic accountants to the Receiver, in the amount of $80,806.50 for fees and in the amount of $15.00 for expenses; and Stretto, as claims and disbursement agent to the Receiver, in the amount of $102,398.25 for fees and in the amount of $7,718.54 for expenses.  The Receiver respectfully requests this Court enter the proposed order attached hereto as **<u>Exhibit B</u>**, approving this Application on an interim basis and authorizing the Receiver to pay outstanding amounts approved thereunder.

6.    The Receivership Order at ¶ 62 requires that the "Receiver and Retained Personnel shall apply to the Court for compensation and expense reimbursement from the Receivership Estates" within forty-five (45) days of the end of each calendar quarter.  Thus, this Application covers October 1, 2023 through December 31, 2023.

## III. <u>GENERAL BACKGROUND</u>

7.    This Application is submitted in accordance with the Receivership Order, the local rules of this Court, and the *Billing Instructions for Receivers in Civil Actions Commenced by the United States Securities and Exchange Commission* (the "<u>Commission Billing Instructions</u>"), and other applicable orders of this Court.  The Receiver, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto have previously submitted fee applications to this Court in this Case.

APP. 0757

*See generally* ECF Nos. 132, 198, 245, 280, 334, 361, 386, 427. Through the fourth quarter of 2023, the Receiver, Dykema, Romero, Palmour, Jones, Ahuja, and Stretto have been paid on an interim basis for services performed on behalf of the Receiver in this Case, all to the extent authorized by this Court. *See generally* ECF Nos. 163, 216, 259, 265, 290, 348, 372, 407, 439. The Receiver submitted this Application to the Commission (as defined below) for review prior to submission to the Court.

### A.    Procedural History

8.      On December 1, 2021 (the "Commission Application Date"), Plaintiff, the Securities and Exchange Commission (the "Commission"), filed its application for the appointment of a receiver for the Receivership Parties (the "Commission Application").

9.      In its *Complaint*, the Commission alleges that this Case "concerns an oil and gas offering fraud conducted over three years." *See* ECF No. 1, at ¶ 1. Further, the Commission's *Complaint* alleges that various Defendants "fraudulently raised approximately $122 million from more than 700 investors nationwide, purportedly for working over existing wells or drilling new wells in Texas, through five unregistered securities offerings[.]" *Id.*

10.      On December 2, 2021, this Court determined that entry of an order appointing a receiver over the Receivership Parties was both necessary and appropriate to marshal, conserve, hold, and operate all of the Receivership Parties' assets pending further order of this Court. Accordingly, the Court entered the Receivership Order on December 2, 2021, appointing Deborah D. Williamson of Dykema as the Receiver over the Receivership Estates in this Case.

11.      The Receivership Order directs the Receiver to retain Romero as local counsel. *See* Receivership Order at ¶ 2. Accordingly, the Receiver engaged Romero on December 3, 2021, and

APP. 0758

has employed Romero on matters beyond local counsel, including obtaining advice on matters related to the Commission and the relief sought by the Commission.

12.     Further, the Receivership Order authorizes the Receiver to "engage and employ persons in the Receiver's discretion to assist the Receiver in carrying out the Receiver's duties and responsibilities[.]"  *Id.* at ¶ 8(H).  Thus, the Receiver engaged Dykema as her lead counsel on December 3, 2021, and Jones as her oil and gas transactional counsel effective on the same date.

13.     On December 3, 2021, the Receiver filed under seal her *Application to Employ Dykema Gossett PLLC as Counsel to Receiver Effective as of December 3, 2021* [ECF No. 18] (the "Dykema Application").  As detailed in the Dykema Application, the Receiver agreed to significantly discounted rates for Dykema professionals through 2022 in this Case.[4]  Dykema has agreed to keep the discounted rates through 2023.

14.     On December 6, 2021, this Court entered the Dykema Employment Order [ECF No. 19].

15.     On December 7, 2021, the Receiver filed under seal her *Application to Employ Law Offices of Romero | Kozub as Local Counsel to Receiver Effective as of December 3, 2021* [ECF No. 21] (the "Romero Application").  Ms. Romero also discounted her hourly rate in this Case.

16.     On the same date, the Receiver filed under seal her *Application to Employ Law Practice of Darrell R. Jones, PLLC as Counsel to Receiver Effective as of December 2, 2021* [ECF No. 22] (the "Jones Application").  As detailed in the Jones Application, Mr. Jones

---

[4] The Receiver's standard hourly rate for 2021 was $840.00, the Receiver's standard hourly rate for 2022 was $880.00, the Receiver's standard hourly rate for 2023 was $950.00, and the Receiver's standard hourly rate for 2024 is $980.00. Dykema members' and senior counsels' standard hourly rates ranged from $425.00-$925.00 for 2021, $425.00-$1,400.00 for 2022, and $470.00-$1,400.00 for 2023.  Dykema members' and senior counsels' standard hourly rates range from $515.00-$1,095.00 for 2024.  Dykema associates' and senior attorneys' standard hourly rates ranged from $370.00-$505.00 for 2021, $395.00-$530.00 for 2022, and $395.00-$610.00 for 2023.  Dykema associates and senior attorneys' standard hourly rates range from $435.00-$625.00 for 2024.

discounted his standard hourly rate through 2022 in this Case, which is an additional discount to the Receivership Estates.

17.     On December 8, 2021, the Court entered the Romero Employment Order [ECF No. 24] and the *Order Approving Plaintiff United States Securities and Exchange Commission's Motion to Unseal Case* [ECF No. 23], unsealing the docket in this Case.

18.     Also on December 8, 2021, the Court entered an Order directing the Receiver to "file additional information regarding Jones's application." *See* ECF No. 26. In response, the Receiver filed a supplemental reply in support of the Jones Application. *See generally* ECF No. 31.

19.     On December 27, 2021, the Receiver filed a second supplemental reply in support of the Jones Application. *See generally* ECF No. 67.

20.     After considering the Jones Application at the January 4, 2022 hearing, this Court entered the Jones Employment Order [ECF No. 87].

21.     On January 11, 2022, the Receiver filed her *Application to Employ Vicki Palmour Consulting, LLC as Oil and Gas Consultant to Receiver Effective as of January 1, 2022* [ECF No. 98] (the "Palmour Application").

22.     After considering the Palmour Application at the January 19, 2022 hearing, this Court entered the Palmour Employment Order [ECF No. 106].

23.     On April 6, 2022, the Receiver filed her *Application to Employ Ahuja & Clark, PLLC as Accounts to Receiver Effective as of April 1, 2022* [ECF No. 179] (the "Ahuja Application").

24.     After considering the Ahuja Application at the April 22, 2022 hearing, this Court entered the Ahuja Employment Order [ECF No. 187].

APP. 0760

25.     On December 20, 2022, the Receiver filed her *Receiver's Application to Employ Bankruptcy Management Solutions Inc. d/b/a Stretto as Claims and Disbursement Agent* [ECF No. 302] (the "Stretto Application").

26.     On February 10, 2023, after considering the Stretto Application at the February 9, 2023 hearing, this Court entered the Stretto Employment Order [ECF No. 331].

**B.     Work Performed During the Application Period**

27.     Since the beginning of this Case, the tasks and challenges presented have been numerous and, in many instances, novel, complex, and time-consuming.  The efforts of the Receiver and her Retained Personnel during the Application Period resulted in approval of a claims process and in tangible progress towards a distribution to investors and other creditors, as evidenced herein.

28.     The Receiver incorporates by reference the *Receiver's First Quarterly Report for Receivership Estates* [ECF No. 126], the *Receiver's Second Quarterly Report for Receivership Estates* [ECF No. 189], the *Receiver's Third Quarterly Report for Receivership Estates* [ECF No. 242], the *Receiver's Fourth Quarterly Report for Receivership Estates* [ECF No. 274], the *Receiver's Fifth Quarterly Report for Receivership Estates* [ECF No. 320], the *Receiver's Sixth Quarterly Report for Receivership Estates* [ECF No. 350], the *Receiver's Seventh Quarterly Report for Receivership Estates* [ECF No. 380], the *Receiver's Eighth Quarterly Report for Receivership Estates* [ECF No. 426], and the Ninth Report (together, the "Receiver's Quarterly Reports") for information regarding the case status, as required by the Commission Billing Instructions and the Receivership Order.

29.     Generally, the bulk of Dykema's services rendered during the Application Period included drafting motions, notices, and other pleadings with the Court and appearing before the

Court at various hearings, including on the claims process motion; working with Ahuja and Stretto on various aspects of the claims procedure and associated notices, forms, and other documents for investors and non-investor creditors; assisting the Receiver with mitigation of risks; obtaining executed division orders for various operators prior to the effective date of abandonment; issuing final royalty packages to royalty owners and processing returned packages for inclusion in the escheatment process; formulating and coordinating escheatment issues with Palmour and Jones; investigating potential causes of action; investigating and settling causes of action on behalf of the Receiver with respect to the alleged assumption, assignment, and payment of Texas International Energy Production, Inc. ("TIEP") promissory notes by Receivership Party The Heartland Group Fund III, LLC and/or payments to TIEP investors made by Receivership Party Heartland Production and Recovery Fund LLC; responding to a substantial number of investor (potential and known), other creditor, and federal and state governmental agency correspondences, particularly relating to the claims procedure and related notices, including transaction schedules for known investors; selling certain real and personal property through Court-approved sale procedures; and identifying and attempting to resolve issues with the RRC. Dykema did not charge the Receivership Estates for time preparing this Application or the underlying billing statements. A full description of Dykema's services during the Application Period is detailed below.

30. Romero's services rendered during the Application Period included preparation for and attendance at hearings before this Court and communications with the Receiver regarding the claims process.

31. Jones's services rendered during the Application Period included communications with field and operation personnel regarding operational, environmental, and regulatory issues through the date of abandonment of certain oil and gas properties, pursuant to Court approval;

supervision of the Receivership Parties' communications with governmental agencies and farmout process; communications with potential escheatment contractors; and communications with the Receiver regarding this Case.

32.     Palmour's services rendered during the Application Period included regulatory reporting through the date of abandonment of certain oil and gas properties to various state agencies, including, but not limited to, the RRC, the GLO, and the Texas Comptroller of Public Accounts (the "Comptroller"). Palmour also played an integral role in preparation and issuance of final royalty packages to royalty owners through the date of abandonment. Palmour's regulatory reporting and management included, but was not limited to:

(a)     Reviewing daily mail, e-mails, etc. from the RRC regarding alleged violations, including field or filing violations;

(b)     Conference calls, as needed, with the Receiver and her team regarding operations and compliance;

(c)     Filing production reports on Barron Petroleum LLC ("Barron Petroleum"), Arcooil Corp., Panther City Energy LLC ("Panther City") and Dodson Prairie Oil & Gas LLC, and Leading Edge Energy LLC wells through the effective date of abandonment;

(d)     Reviewing alleged RRC violation letters and severances on various wells for all operators;

(e)     Preparing and filing of natural gas monthly tax reports for various operators with the Comptroller;

(f)     Organizing abandoned well lists in order to distribute oil and gas well signs to respective contractor for placement on abandoned oil and gas properties;

(g)     Corresponding with the RRC regarding a buyer's withdrawal of various P-4s (Certificate of Compliance and Transportation Authority);

(h)     Researching and reviewing production and suspense reports for Barron Petroleum and Panther City; and

(i)     Researching, preparing, and filing GLO-2 and GLO-3 forms with the GLO for Sutton County through the date of abandonment.

APP. 0763

33.     Ahuja's services rendered during the Application Period included finalizing and filing five (5) Texas franchise tax returns and associated reports; responding to various notices from the Internal Revenue Service, Social Security Administration, and other governmental authorities for various Receivership Parties; researching the tax implication of abandonment of certain assets; researching and analyzing multiple intercompany transfers notes on certain Receivership Parties' financial records and determining the potential tax implication of such transfers; and assisting the Receiver and her counsel throughout the claims process, including confirming interest payments of investors in Heartland's investment funds, whether the Receivership Parties received such funds, responding to specific investor inquiries on transaction schedules, and providing preliminary guidance on disputed investor claim submissions.

34.     Stretto's services rendered during the Application Period included review of the claims and balances of the Receivership accounts and other claims-related documents, processing materials and information available to formulate and open the claims database, preparing and revising investor and non-investor matrices, and serving various notices, claim forms, and known non-investor and investor claim packages (both known and potential).

**C.      Fees and Expenses Summary During the Application Period**

35.     The Receiver expended an aggregate of 115.50 hours on this Case during the Application Period.  The Receiver's fees for the Application Period total $77,962.50.

36.     Through this Application, Dykema seeks approval on an interim basis for fees and expenses incurred by the Receiver and other Dykema professionals.  Dykema expended an aggregate of 548.90 hours on this Case during the Application Period.  At Dykema's discounted hourly rates and after other voluntary reductions, Dykema's fees for the Application Period total $225,718.65 and expenses incurred in connection with services performed on behalf of the

Receiver during the Application Period total $8,673.20.[5]  Of the attorney hours expended by Dykema (exclusive of the Receiver), approximately 31.5% was attributable to members/senior counsel and approximately 68.5% was attributable to senior attorneys/associates.[6]

37.     Romero reported an aggregate of 1.60 hours on this Case during the Application Period.  At Romero's hourly rate of $425.00 per hour, Romero's fees for the Application Period total $680.00.  Romero did not incur any expenses during the Application Period.

38.     Jones expended an aggregate of 30.60 hours on this Case during the Application Period.  At Jones's discounted standard hourly rate of $325.00 per hour for all counsel, Jones's fees for the Application Period total $9,945.00.  Jones did not incur any expenses during the Application Period.

39.     Palmour expended an aggregate of 60.25 hours on this Case during the Application Period.  Palmour's fees for the Application Period total $6,025.00.  Palmour did not incur any expenses during the Application Period.

40.     Ahuja expended an aggregate of 326.00 hours on this Case during the Application Period.  Ahuja's fees for the Application Period total $80,806.50, and Ahuja's expenses incurred in connection with services performed on behalf of the Receiver during the Application Period total $15.00.

41.     Stretto expended an aggregate of 645.70 hours on this case during the Application Period.  Stretto's fees for the Application Period total $102,398.25, and Stretto's expenses incurred

---

[5] Dykema advanced expenses for the benefit of the Receivership Estates.  Details for expenses of Dykema during the Application Period can be found on the Dykema invoice attached hereto as **Exhibit E-1**.  Dykema does not charge for photocopy projects of less than 10 pages.

[6] Paraprofessional and litigation support staff time is excluded from these values.

APP. 0765

in connection with services performed on behalf of the Receiver during the Application Period total $7,718.54.

## IV.   RECORDS SUPPORTING THIS APPLICATION

42.     No agreement or understanding, written or oral, express or implied, exists between Dykema, Romero, Jones, Palmour, Ahuja, or Stretto and any other person or entity concerning the amount of compensation paid or to be paid from the Receivership Estates, or any sharing thereof, for services rendered in connection with this Case.

43.     The Receiver, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto kept contemporaneous time records on a daily basis and tracked their billings on a tenth-of-an-hour basis with time charges allocated accordingly.

44.     All services performed by Dykema, Romero, Jones, Palmour, Ahuja, and Stretto were performed for and on the behalf of the Receiver and not on behalf of any other individual or entity.   Dykema's, Romero's, Jones's, Palmour's, Ahuja's, and Stretto's services have been substantial, necessary, and beneficial to the Receiver and the Receivership Estates.

45.     Dykema, Romero, Jones, Palmour, Ahuja, and Stretto have maintained written records of the time expended in the rendition of professional services to the Receiver.   The Receiver has also maintained written records of the time expended in the rendition of professional services in this Case.  Attached hereto as **Exhibit C** is the *Summary of Fees by Timekeeper*, which summarizes the time and fees of the professionals of each firm who performed services on behalf of the Receiver during the Application Period.   The total amount represents the amount of time expended by each professional at the respective firm multiplied by the applicable hourly rate.

46.     In addition, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto have categorized their services by task.   Attached hereto as **Exhibit D** is the *Summary of Fees by Task for All Matters*, which summarizes the number of hours incurred relative to each task category for each

firm during the Application Period. It contains individualized and detailed descriptions of the daily services rendered and the hours expended by the professionals employed on behalf of the Receiver in this Case. During this Application Period, Dykema incurred $8,673.20 in expenses in connection with the rendition of services on behalf of the Receiver, Ahuja incurred $15.00 in expenses in connection with the rendition of services on behalf of the Receiver, and Stretto incurred $7,718.54 in expenses in connection with the rendition of services on behalf of the Receiver. The Receiver, Romero, Jones, and Palmour did not incur any expenses during the Application Period.

47.     Attached hereto as **Exhibit E-1** is the invoice of Dykema, with the Receiver's time and any travel separated out, during the Application Period. Attached hereto as **Exhibit E-2** is the invoice of Romero during the Application Period. Attached hereto as **Exhibit E-3** is the invoice of Jones during the Application Period. Attached hereto as **Exhibit E-4** is the invoice of Palmour during the Application Period. Attached hereto as **Exhibit E-5** is the invoice of Ahuja during the Application Period. Attached hereto as **Exhibit E-6** is the invoice of Stretto during the Application Period. The Receiver has reviewed and approved these time records, and based on the complexity and novelty of issues presented (some of which are of first impression for this Court) in this Case, the Receiver respectfully submits that the requested compensation is reasonable.

48.     Dykema, Romero, Jones, Palmour, Ahuja, and Stretto have worked to keep the number of professionals involved in this Case to a minimum at all stages to: (a) maximize familiarity with various issues and avoid duplication of efforts; (b) employ special expertise in a given field or area; and (c) maximize economic use of professionals consistent with sound representation and supervision.

APP. 0767

## V.    STANDARDIZED FUND ACCOUNTING REPORT

49.     Dykema attorneys assisted the Receiver in the continued recovery of Receivership Assets and the disbursement of funds in the ordinary course of the Receivership Parties' businesses in accordance with the Receivership Order.  A copy of the *Standardized Fund Accounting Report* for the Application Period of the Receivership Estates is attached hereto as **Exhibit A** in compliance with the Commission Billing Instructions.

## VI.    BRIEF IN SUPPORT OF APPLICATION

50.     The Receivership Order directs the Receiver's Retained Personnel (as defined in the Receivership Order) to apply for compensation and expense reimbursement from the Receivership Estates "[w]ithin forty-five (45) days after the end of each calendar quarter." Receivership Order, at ¶ 62.  Accordingly, the Receiver files this Application and requests that the Court approve the fees for services performed by the Receiver, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto during the Application Period.

51.     Under governing law, following a determination that services were rendered and costs were expended in furtherance of the Case, the Court may award compensation for the presented fees based on the lodestar method of calculation.  *See SEC v. EFS, LLC*, No. 3:06-CV-1097-M, 2007 WL 649008, at *13 (N.D. Tex. Jan. 24, 2007) (internal citations omitted).  Under the lodestar method, "a party seeking an award of attorney's fees has the burden of proving the reasonableness of the hours expended and the rates charged, and the district court must be able to determine the reasonable number of hours expended and the reasonable hourly rate for each participating attorney."  *SEC v. Megafund Corp.*, No. 3:05-CV-01328-L, 2006 WL 42367, at *4 (N.D. Tex. Jan. 9, 2006).  When determining whether the time spent, services performed, expenses incurred, and hourly rates charged are reasonable and necessary under the factors set forth by the Fifth Circuit, courts consider: (1) the time and labor required for the litigation; (2) the novelty and

APP. 0768

complication of the issues; (3) the skill required to properly litigate the issues; (4) whether the attorney was precluded from other employment by acceptance of the case; (5) the attorney's customary fee; (6) whether the fee is fixed or contingent; (7) whether the client or the circumstances imposed time limitations; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorney; (10) the "undesirability" of the case; (11) the nature and length of the attorney-client relationship; and (12) awards in similar cases. *Johnson v. Ga. Hwy. Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974); *see, e.g.*, *SEC v. Millennium Bank, et al.*, No. 7:09-CV-00050-O (ECF Nos. 193, 197, 296); *SEC v. Megafund Corp.*, 2008 WL 2839998, at *2 (N.D. Tex. June 24, 2008); *SEC v. Funding Res. Grp.*, 3:98-CV-02689-M, 2003 WL 145411, at *1 (N.D. Tex. Jan. 15, 2003). In applying the *Johnson* factors, the district court should explain its findings and the reasons upon which an award is based, but "it is not required to address fully each of the 12 factors." *Curtis v. Bill Hanna Ford, Inc.*, 822 F.2d 549, 552 (5th Cir. 1987) (citation omitted). This examination of reasonable and necessity should take into account all of the circumstances surrounding the case. *See SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd*, 519 F.2d 1087 (5th Cir. 1975). The court should analyze the fees and expenses relative to each receivership case. *See SEC v. Tanner*, No. 05-04057, 2007 WL 2013606, at *3 (D. Kan. May 22, 2007).

52.    The complexity and difficulty associated with the receivership case are highly relevant factors in determining the reasonableness of professional fees. *See W.L. Moody & Co.*, 374 F. Supp. at 484; *SEC v. Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973). Since the inception of this Case, the Receiver and her team have had to conduct their work without meaningful assistance from nearly all of the Defendants and Relief Defendants, exacerbated by the inability to access the various Receivership Parties' accounting and regulatory

books, records, and software. The Receiver and her Retained Personnel have spent significant time and resources attempting to narrow and resolve various state and federal governmental agency issues, mostly notably involving the RRC. The plethora of RRC issues presented in this Case, as the Court is aware, are of first impression with respect to oil and gas abandonment within the receivership context.

53.     The Receiver and her Retained Personnel diligently worked on and spent substantial time during the Application Period on the Court-approved claims process and ensuring that it is as simplified as possible for the Case's known investors and other creditors. Many known investors in this Case do not own computers or have access to email or the internet. Thus, the claims process provides for both electronic and hardcopy noticing to known investors and other creditors, while also protecting the name and contact information of known investors. The claims process also places as little burden as possible on known investors. As approved by this Court, if a known investor agrees with the Receiver's proposed claim amount, then the known investor does not need to submit a proof of claim with supporting documentation to Stretto. However, if a known investor disputes the Receiver's proposed claim amount, then the known investor would be required to submit a proof of claim, along with supporting documentation, to Stretto on or before the proposed claims bar date. Keeping the claims process as simple as possible for the known investors required the Receiver and her Retained Personnel to trace funds, review books and records, and reconcile transactions of over 726 known investors. Additionally, the Receiver and her Retained Personnel drafted notices, forms, and/or schedules for both known investors and other non-investor creditors. Dykema ensured that the Court-approved publication notice was published in various newspapers throughout November and December 2023. Dykema also updated the Receivership's website with investor and non-investor notices and claim forms and relevant time

APP. 0770

periods on the "Claims Process" page. Stretto served the Court-approved notices and claim forms on all known non-investor creditors and all potential and known investors in hard copy on or around November 20, 2023. Stretto also created unique investor credentials for the potential and known investors, which were included in the electronic and hard copy investor claim packages. Stretto also worked with Dykema and Ahuja, as necessary, on investor inquiries and claim package noticing. Ms. Behrends of Dykema specifically spoke to over 150 investors via telephone during the Application Period on inquiries relating to the claims process and/or transaction schedules. Ms. Behrends continued to respond to correspondence from investors and non-investor creditors on the claims process during the Application Period. As of the claims bar date, less than 85 investors disagreed with the Receiver's proposed claim amount.

54.     The degree of success or recovery achieved in solving the issues presented in a receivership case should be considered when calculating the fees awarded. *See Johnson*, 488 F.2d at 718; *W.L. Moody & Co.*, 374 F. Supp. at 484–85; *Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. at 1222. The application must prove the exercise of billing judgment in calculating the hours expended. *See SEC v. AmeriFirst Funding, Inc.*, No. 3:07-CV-0118-D, 2008 WL 2185193, at *7 (N.D. Tex. May 7, 2008) (internal citations omitted). "Billing judgment requires documentation of the hours charged[.]" *Id.* The Receiver, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto have provided documentation for all hours billed and have exercised business judgment in the submission of the invoices attached to this Application.

55.     Since December 2021, the Receiver and her team have successfully recovered over $10 million dollars from auctions of personal property and the sale of real property. The Receiver and her team have continued to identify Receivership Assets and formulate a plan of recovery and/or liquidation going forward. During the Application Period, the Receiver and her Retained

Personnel sold real property and obtained rulings in favor of the Receivership Estates, many of which are described herein.

56.    Judge O'Connor issued his September 5, 2023 *Order* [ECF No. 404] (the "Abandonment Order") accepting Judge Ray's *Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge* [ECF No. 388] with respect to the Receiver's request to abandon certain oil and gas properties.  On October 9, 2023, the Receiver executed *Notices of Abandonment* with respect to certain oil and gas properties pursuant to the Abandonment Order, which were submitted for recording in seven (7) counties across Texas.  As a result, the Receiver and her Retained Personnel completed the orderly abandonment process during the Application Period so as to leave the abandoned oil and gas properties in a reasonable state with appropriate signage alerting observers to the need to contact the RRC for visible crises.  Stickers were applied at each abandoned oil and gas property throughout seven (7) counties.  The Receiver's Retained Personnel also continued to evaluate lingering escheat issues in light of abandonment.

57.    Courts also examine the credentials, experience, reputation, and other professional qualities required to carry out a receiver's duties and responsibilities when assessing the reasonableness of the rates charged for services in a receivership.  *See W.L. Moody & Co.*, 374 F. Supp. at 481; *SEC v. Aquacell Batteries, Inc.*, No. 6:07-cv-608-Orl-22DAB, 2008 WL 276026, at *4 (M.D. Fla. Jan. 31, 2008) ("The Receiver retained well qualified, experienced counsel and such representation does not come cheap.").  Biographies of all Retained Personnel of the Receiver are

APP. 0772

attached hereto as **Exhibits F-1, F-2, F-3, F-4, F-5, F-6, and F-7** for the Receiver, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto, respectively.[7]

58.     The Receiver delegated tasks appropriately to her Retained Personnel and utilized information provided by them to develop and execute plans to maximize the value of the Receivership Estates while still accomplishing the tasks required of them. *See Johnson*, 488 F.2d at 718.

59.     When a receivership commands full-time attention and prevents professionals from accepting other engagements, the fee award should reflect it. *See W.L. Moody & Co.*, 374 F. Supp. at 483–84, 486. Similarly, the court should consider the usual and customary fees charged and the evidence presented to support the application for fees. *See Johnson*, 488 F.2d at 718; *Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. at 1222. During the Application Period and throughout this Case, the Receiver and her team have devoted substantial time to conducting the many tasks required in this Case, including, but not limited to drafting and prosecuting applications and motions; identifying, securing, and recovering Receivership Assets; selling various Receivership Assets upon Court approval; formulating and executing the Court-approved claims process; and communicating with hundreds of investors, opposing counsel, the Commission, the RRC, the GLO, the Comptroller, and other various other state and federal governmental agencies—all at a discounted rate.

---

[7] By way of example, in the *Flexible Funding Ltd. Liability Co.* bankruptcy case currently pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (Case No. 21-42215-MXM-11), Fort Worth-based firm Forshey & Prostok, LLP is employed as lead counsel. The case status is post-confirmation; thus, fee applications are no longer filed in the case. However, prior to confirmation, Mr. Prostok, a partner in the firm, obtained court approval of a currently hourly rate of $725.00 per hour. Mr. Prostok was admitted to practice two years after the Receiver.

60.     The time spent, services performed, hourly rates charged, and expenses incurred by the Receiver's Retained Personnel have been at all times reasonable and necessary, and indeed critical, for the Receiver to perform her Court-ordered duties.  The Receiver respectfully suggests the qualifications set forth in this Application for the Receiver's, Dykema's, Romero's, Jones's, Palmour's, Ahuja's, and Stretto's fees and expenses, as applicable, during the Application Period meet the criteria for interim compensation when considering the *Johnson* factors.

**Dykema**

61.     The fees charged by Dykema for Ms. Williamson's work as the Receiver include all compensation being paid for her services during the Application Period and are included in Dykema's invoice attached hereto as **Exhibit E-1**, separate and apart from the other Dykema professionals.

62.     Dykema is a national law firm with offices throughout the United States.  Dykema has provided critical legal expertise and manpower for every aspect of this Case to date.  The attorneys working on this Case have included members, senior attorneys, senior counsel, associates, paraprofessionals, and support staff as warranted by the relevant tasks.  *See Johnson*, 488 F.2d at 718–19.  While ensuring proper and effective representation, the Receiver has only utilized the services of a limited team of Dykema professionals and paraprofessionals in order to limit fees and ensure a lean and nimble team.  The Receiver delegated categorical tasks to certain Dykema professionals to limit duplication and overlap of services.  The Receiver has further reduced fees by placing primary responsibility for research and drafting on associates/senior attorneys.

63.    As detailed above, during the Application Period, Dykema undertook numerous tasks to further the goals of the Case, including, but not limited to:

(a)    Communicating with hundreds of investors (both known and potential), creditors, and other state and federal governmental authorities regarding various Receivership Parties, including, but not limited to, via website (www.heartlandreceivership.com), email (heartlandreceivership@dykema.com), and telephone (210-554-5845);

(b)    Researching, drafting, and filing various pleadings and proposed orders, notices, and supporting documentation, as applicable;

(c)    Representing the Receiver in various matters before the Court;

(d)    Facilitating administrative and daily operational tasks requested by the Receiver;

(e)    Selling certain real and personal property pursuant to Court-approved sale procedures;

(f)    Attempting to narrow and resolve issues relating to various governmental agencies;

(g)    Mitigating risks of the Receiver;

(h)    Investigating and pursuing causes of action held by the Receivership Estates; and

(i)    Executing the Court-approved claims process in this Case.

64.    Dykema has served as lead counsel to the Receiver throughout this Case and has represented the Receiver in all proceedings, in addition to Romero.  The matters presented in this

Case have required expertise in a variety of legal subject matters. *See Johnson*, 488 F.2d at 718; *Fifth Ave. Coach Lines, Inc.*, 364 F. Supp. at 1222.

**Romero**

65. During the Application Period, Romero served as the Receiver's counsel in this Case in accordance with the Receivership Order. Romero communicated with the Receiver throughout the Application Period regarding open issues in the Case and prepared and participated in hearings before the Court.

**Jones**

66. During the Application Period, Jones served as the Receiver's oil and gas transactional counsel in this Case. Jones coordinated with field personnel and operations of the oil and gas-related Receivership Assets through the effective date of abandonment, assisted with the abandonment and escheatment processes, and was point of contact regarding the farmout process. In addition, Jones communicated with the Receiver throughout the Application Period regarding open operational and regulatory issues in the Case, particularly in light of abandonment. Jones also contacted vendors to begin the escheatment process after issuance of final royalty packages.

**Palmour**

67. During the Application Period, Palmour served as the Receiver's oil and gas consultant in this Case and was instrumental in submitting regulatory reports on behalf of the Receiver to various governmental agencies through the date of abandonment. Palmour also continued analyzing oil and gas documentation on various Receivership Party wells and prepared documentation requested by the Receiver and/or her counsel to issue final royalty packages to royalty owners.

APP. 0776

**Ahuja**

68.     During the Application Period, Ahuja served as the Receiver's accountants in this Case to analyze and review available tax and bank records of Receivership Parties.  As detailed above, Ahuja responded to various notices from the Internal Revenue Service, Social Security Administration, and other governmental authorities for various Receivership Parties, in addition to finalizing and filing the Texas franchise tax returns and Texas public information reports for various Receivership Parties, analyzing multiple intercompany transfers noted on certain Receivership Parties' financial records, and determining the potential tax implication of such transfers.

69.     With respect to forensic accounting, Ahuja provided preliminary responses to the disputed investor claim submissions and answered specific investment inquiries at the request of the Receiver and/or her counsel.  Ahuja also supported the Receiver, her counsel, and Stretto by providing various financial information as part of the claims process.

**Stretto**

70.     During the Application Period, Stretto served as the Receiver's claims and disbursement agent in this Case.  Stretto communicated with the Receiver and her Retained Personnel throughout the Application Period regarding the claims process and associated forms and notices and opened the claims database, which required the undertaking of substantial time and various departmental resources.  Stretto also facilitated service of the claims packages to known non-investor creditors and investors (potential and known).  Stretto processed technical inquiries with respect to the claims database and submission of claims.  Stretto continued to update investor contact information during the Application Period at the request of the Receiver's counsel.

**Fees and Expenses of Receiver's Retained Personnel**

71.     The Receiver and her Retained Personnel have performed a considerable amount of work during the Application Period; however, there is a substantial amount of work to be done in this Case so that recoveries can be made for investors, creditors, and other stakeholders.

72.     The Receiver, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto have incurred reasonable fees and/or expenses consistent with the Receivership Order in the best interests of the Receivership Estates, and payment is appropriate and warranted in consideration of the services performed in this Case during the Application Period.

73.     The chart below depicts the total fees and expenses requested by the Receiver, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto during the Application Period for services rendered and/or expenses incurred on behalf of the Receiver in connection with this Case:

| PROFESSIONAL | TOTAL HOURS | TOTAL FEES | TOTAL EXPENSES |
|---|---|---|---|
| Deborah D. Williamson, Receiver | 115.50 hours | $77,962.50 | $0.00 |
| Dykema Gossett PLLC | 548.90 hours | $225,718.65 | $8,673.20 |
| Law Offices of Romero | Kozub | 1.60 hours | $680.00 | $0.00 |
| Law Practice of Darrell R. Jones, PLLC | 30.60 hours | $9,945.00 | $0.00 |
| Vicki Palmour Consulting, LLC | 60.25 hours | $6,025.00 | $0.00 |
| Ahuja & Clark, PLLC | 326.00 hours | $80,806.50 | $15.00 |
| Bankruptcy Management Solutions Inc. d/b/a Stretto | 645.70 hours | $102,398.25 | $7,718.54 |

74.     As of the filing of the Application, the Receivership Estates have sufficient funds to pay all of the Retained Personnel's fees and expenses requested herein.  The Receiver's Quarterly Reports detail the Receiver's bank account balances for the Application Period and confirm the same.

APP. 0778

75. The fees associated with complex receivership cases often have been substantial percentages of the total assets found. *See, e.g.*, *Megafund*, 2008 WL 2839998, at *2 (N.D. Tex. June 24, 2008); *Funding Res. Grp.*, 2003 WL 145411, at *1 (N.D. Jan. 15, 2003). As the Court can see in **Exhibits E-1, E-2, E-3, E-4, E-5, and E-6**, the Receiver and her Retained Personnel have been mindful of keeping fees expended to a minimum, while ensuring that the goals and needs of the Case, particularly, the hundreds of investors and other creditors, are met. If the fees and expenses are approved and paid as requested, remaining amounts will exceed $9.5 million, without taking into account sales proceeds for subsequent auctions or sales of remaining personal property.

## VII. CONCLUSION

76. For the reasons stated herein, the Receiver requests that the Court enter an order (a) approving on an interim basis and authorizing payment of (i) all fees incurred by the Receiver during the Application Period, totaling $77,962.50, (ii) all fees incurred by Dykema as counsel to the Receiver during the Application Period, totaling $225,718.65, (iii) all fees incurred by Romero as counsel to the Receiver during the Application Period, totaling $680.00, (iv) all fees incurred by Jones as oil and gas transactional counsel to the Receiver during the Application Period, totaling $9,945.00, (v) all fees incurred by Palmour as oil and gas consultant to the Receiver during the Application Period, totaling $6,025.00, (vi) all fees incurred by Ahuja as tax and forensic accountants to the Receiver during the Application Period, totaling $80,806.50, and (vii) all fees incurred by Stretto as claims and disbursement agent to the Receiver during the Application Period, totaling $102,398.25; (b) approving on an interim basis and authorizing payment of (i) all expenses incurred by Dykema in connection with services rendered as lead counsel to the Receiver during the Application Period, totaling $8,673.20, (ii) all expenses incurred by Ahuja in connection with services rendered as tax and forensic accountants to the Receiver during the Application Period,

totaling $15.00, and (iii) all expenses incurred by Stretto in connection with services rendered as claims and disbursement agent to the Receiver during the Application Period, totaling $7,718.54; (c) authorizing the Receiver to pay (i) all authorized outstanding fee amounts to Dykema, including the Receiver's fees, totaling $303,681.15, (ii) all authorized outstanding fee amounts to Romero, totaling $680.00, (iii) all authorized outstanding fee amounts to Jones, totaling $9,945.00, (iv) all authorized outstanding fee amounts to Palmour, totaling $6,025.00, (v) all authorized outstanding fee amounts to Ahuja, totaling $80,806.50, and (vi) all authorized outstanding fee amounts to Stretto, totaling $102,398.25; (d) authorizing the Receiver to pay (i) all authorized outstanding expenses of Dykema, totaling $8,673.20, (ii) all authorized outstanding expenses of Ahuja, totaling $15.00, and (iii) all authorized outstanding expenses of Stretto, totaling $7,718.54; and (e) awarding such other and further relief that this Court deems just and proper.

Dated: February 13, 2024

Respectfully submitted,

By: */s/ Deborah D. Williamson*
    Deborah D. Williamson
    *(Receiver)*
    State Bar No. 21617500
    dwilliamson@dykema.com
    **DYKEMA GOSSETT PLLC**
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

    Danielle R. Behrends
    State Bar No. 24086961
    dbehrends@dykema.com
    **DYKEMA GOSSETT PLLC**
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

    and

    Rose L. Romero
    State Bar No. 17224700
    Rose.Romero@RomeroKozub.com
    **LAW OFFICES OF ROMERO | KOZUB**
    235 N.E. Loop 820, Suite 310
    Hurst, Texas 76053
    Telephone: (682) 267-1351

    and

    Darrell R. Jones
    State Bar No. 24029642
    drj@oilesquire.com
    **LAW PRACTICE OF**
    **DARRELL R. JONES, PLLC**
    5300 Memorial Drive, Suite 475
    Houston, Texas 77007
    Telephone: (832) 302-5373

    **COUNSEL TO RECEIVER**

APP. 0781

and

Vicki Palmour
**VICKI PALMOUR CONSULTING, LLC**
P.O. Box 1925
Graham, Texas 76450
Telephone: (940) 549-0131

**OIL AND GAS CONSULTANT
TO RECEIVER**

and

Madhu Ahuja
**AHUJA & CLARK, PLLC**
2901 N. Dallas Parkway, Suite 320
Plano, Texas 75093
Telephone: (469) 467-4660

**ACCOUNTANT TO RECEIVER**

and

Sheryl Betance
**BANKRUPTCY MANAGEMENT
SOLUTIONS INC. D/B/A STRETTO**
410 Exchange, Suite 100
Irvine, California 92602
Telephone: (714) 716-1872

**CLAIMS AND DISBURSEMENT
AGENT TO RECEIVER**

## <u>CERTIFICATE OF CONFERENCE</u>

The Receiver and/or her counsel has conferred with counsel for Plaintiff, Securities and Exchange Commission (the "<u>Commission</u>") regarding the relief requested herein. The Commission supports the relief requested herein.

*/s/ Danielle Rushing Behrends*
Danielle Rushing Behrends

APP. 0782

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, the foregoing document was served via CM/ECF on all parties appearing in this case and via email on the following unrepresented parties on this Court's docket:

James Ikey
james.ikeyrcg@gmail.com

Bridy Ikey
bridydikey@gmail.com

IGroup Enterprises LLC
c/o James Ikey
james.ikeyrcg@gmail.com

John Muratore
jmuratore6@gmail.com

Muratore Financial Services, Inc.
c/o John Muratore
jmuratore6@gmail.com

Thomas Brad Pearsey
bradpearsey@aol.com

Manjit Singh (aka Roger) Sahota
Harprit Sahota
Monrose Sahota
rogersahota207@gmail.com

Sunny Sahota
sunnysanangelo@gmail.com

*/s/ Danielle Rushing Behrends*
Danielle Rushing Behrends

APP. 0783

## APPLICATION CERTIFICATION

I hereby certify that:

(a)      I have read the Application;

(b)      To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)      All fees contained in the Application are based on the rates listed in my fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)      I have not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)      In seeking reimbursement for a service which was justifiably purchased or contracted for from a third party, I request reimbursement only for the amount billed by the third-party vendor and paid for by the Receiver to such vendor. I certify that I am not making a profit on such reimbursable service.

*/s/ Deborah D. Williamson*
Deborah D. Williamson, Receiver
Dykema Gossett PLLC
Applicant

APP. 0784

## **APPLICATION CERTIFICATION**

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees and expenses disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in Dykema's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     Dykema has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which Dykema justifiably purchased or contracted for from a third party, Dykema requests reimbursement only for the amount billed by the third-party vendor and paid for by Dykema to such vendor.  If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

*/s/ Danielle Rushing Behrends*
Danielle Rushing Behrends
Dykema Gossett PLLC
Applicant

APP. 0785

## <u>APPLICATION CERTIFICATION</u>

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in Romero's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     Romero has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which Romero justifiably purchased or contracted for from a third party, Romero requests reimbursement only for the amount billed by the third-party vendor and paid for by Romero to such vendor. If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

*/s/ Rose L. Romero*
Rose L. Romero
Law Offices of Romero | Kozub
Applicant

APP. 0786

## <u>APPLICATION CERTIFICATION</u>

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in Jones's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     Jones has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which Jones justifiably purchased or contracted for from a third party, Jones requests reimbursement only for the amount billed by the third-party vendor and paid for by Jones to such vendor.  If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

*/s/ Darrell R. Jones*
Darrell R. Jones
Law Practice of Darrell R. Jones, PLLC
Applicant

APP. 0787

## <u>APPLICATION CERTIFICATION</u>

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in Palmour's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     Palmour has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which Palmour justifiably purchased or contracted for from a third party, Palmour requests reimbursement only for the amount billed by the third-party vendor and paid for by Palmour to such vendor.  If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

*/s/ Vicki Palmour*
Vicki Palmour
Vicki Palmour Consulting, LLC
Applicant

APP. 0788

## <u>APPLICATION CERTIFICATION</u>

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in Ahuja's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     Ahuja has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which Ahuja justifiably purchased or contracted for from a third party, Ahuja requests reimbursement only for the amount billed by the third-party vendor and paid for by Ahuja to such vendor. If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

*/s/ Madhu Ahuja*
Madhu Ahuja
Ahuja & Clark, PLLC
Applicant

APP. 0789

## APPLICATION CERTIFICATION

I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as noted in the Application, the Application and all fees disclosed therein are true and accurate and comply with the Commission Billing Instructions;

(c)     All fees contained in the Application are based on the rates listed in Stretto's fee schedule attached to the Application, and such fees are reasonable, necessary, and commensurate with the skill and expertise required for the activity performed;

(d)     Stretto has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

(e)     In seeking reimbursement for a service which Stretto justifiably purchased or contracted for from a third party, Stretto requests reimbursement only for the amount billed by the third-party vendor and paid for by Stretto to such vendor.  If such services are performed by the Receiver, the Receiver will certify that she is not making a profit on such reimbursable service.

> */s/ Sheryl Betance*
> Sheryl Betance
> Bankruptcy Management Solutions Inc.
> d/b/a Stretto
> Applicant

APP. 0790

**EXHIBIT A**

122686.000002  4870-4960-7551.4

The Heartland Group Ventures, LLC, et al., - Cash Basis
Civil Action No.: 4:21-CV-01310-O
Standardized Fund Accounting Report
Reporting Period: 10/1/2023 to 12/31/2023

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| 1 | Beginning Balance (October 1, 2023): |  |  | $ 9,086,361.25 |
| 2 | Business Income | Operations payments | 16,450.48 | 16,450.48 |
| 3 | Cash and Cash Equivalents | Funds turned over to Receiver | 72,156.50 | 72,156.50 |
| 4 | Interest/Dividend Income |  | 40,283.24 | 40,283.24 |
| 5 | Business Asset Liquidation | Property and asset sales | 1,327,761.67 | 1,327,761.67 |
| 6 | Personal Asset Liquidation |  | - | - |
| 7 | Third-Party Litigation Income |  | - | - |
| 8 | Miscellaneous - Other | Refunds | 2,272.46 | 2,272.46 |
|  | **Total Funds Available** |  |  | $ 10,545,285.60 |
| 9 | Disbursements to Investors |  | - | - |
| 10 | Disbursements for Receivership Operations |  |  | 509,259.93 |
| 10a | Disbursements to Receiver or Other Professionals | Payments to Attorneys, Accountants, Receiver | 451,276.84 |  |
| 10b | Business Asset and Operating Expenses | Utilities, Insurance Premiums, Operator/Independent Contractor payments, filing/recording fees, storage fees, royalty payments | 48,572.44 |  |
| 10c | Personal Asset Expenses |  | - |  |
| 10d | Investment Expenses |  | - |  |
| 10e | Third-Party Litigation Expenses |  | - |  |
| 10f | Tax Administrator Fees and Bonds |  | 1,430.00 |  |
| 10g | Federal and State Tax Expenses | Texas State Comptroller, US Treasury | 7,980.65 |  |
| 11 | Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
| 11a | Distribution Plan Development Expenses |  | - |  |
| 11b | Distribution Plan Implementation Expenses |  | - |  |
| 12 | Disbursements to Court/Other |  |  |  |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund |  | - |  |
| 12b | Federal income taxes |  | - |  |
|  | **Total Funds Disbursed** |  |  | $ 509,259.93 |
| 13 | **Ending Balance (December 31, 2023)** |  |  | $ 10,036,025.67 |
| 14 | Ending Balance of Fund - Net Assets |  |  |  |
| 14a | Cash & Cash Equivalents |  |  | $ 10,036,025.67 |
| 14b | Investments |  |  |  |
| 14c | Other Assets or Uncleared Funds |  |  |  |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
| 15a | Plan Development Expenses Not Paid by the Fund |  |  | - |
| 15b | Plan Implementation Expenses Not Paid by the Fund |  |  | - |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund |  |  | - |
| 16 | Disbursements to Court/Other Not Paid by the Fund |  |  | - |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund |  |  | - |
| 16b | Federal income taxes |  |  | - |
| 17 | DC & State Tax Payments |  |  | - |
| 18 | No. of Claims |  |  |  |
| 18a | the number of claims received from investors during this reporting period |  |  |  |

The Heartland Group Ventures, LLC, et al., - Cash Basis
Civil Action No.: 4:21-CV-01310-O
Standardized Fund Accounting Report
Reporting Period: 10/1/2023 to 12/31/2023

|     |                                                                                                           | Detail | Subtotal | Grand Total |
|-----|-----------------------------------------------------------------------------------------------------------|--------|----------|-------------|
| 18b | the number of claims received from investors as a result of all orders since the inception of the Fund     |        |          |             |
|     |                                                                                                           |        |          |             |
| 19  | No. of Claimants/Investors                                                                                 |        |          |             |
| 19a | the number of claimants/investors receiving distributions during the reporting period                     |        |          |             |
| 19b | the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the |        |          |             |

APP. 0793

**EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES<br>AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | |
| THE HEARTLAND GROUP VENTURES, LLC;<br>HEARTLAND PRODUCTION AND RECOVERY<br>LLC; HEARTLAND PRODUCTION AND<br>RECOVERY FUND LLC; HEARTLAND<br>PRODUCTION AND RECOVERY FUND II LLC;<br>THE HEARTLAND GROUP FUND III, LLC;<br>HEARTLAND DRILLING FUND I, LP; CARSON<br>OIL FIELD DEVELOPMENT FUND II, LP;<br>ALTERNATIVE OFFICE SOLUTIONS, LLC;<br>ARCOOIL CORP.; BARRON PETROLEUM<br>LLC; JAMES IKEY; JOHN MURATORE;<br>THOMAS BRAD PEARSEY; MANJIT SINGH<br>(AKA ROGER) SAHOTA; and RUSTIN<br>BRUNSON, | § § § § § § § § § § § § § § § | No. 4-21CV-1310-O-BP |
| Defendants, | § § § | |
| and | § § | |
| DODSON PRAIRIE OIL & GAS LLC; PANTHER<br>CITY ENERGY LLC; MURATORE FINANCIAL<br>SERVICES, INC.; BRIDY IKEY; ENCYPHER<br>BASTION, LLC; IGROUP ENTERPRISES LLC;<br>HARPRIT SAHOTA; MONROSE SAHOTA;<br>SUNNY SAHOTA; BARRON ENERGY<br>CORPORATION; DALLAS RESOURCES INC.;<br>LEADING EDGE ENERGY, LLC; SAHOTA<br>CAPITAL LLC; and 1178137 B.C. LTD., | § § § § § § § § § § § | |
| Relief Defendants. | § § § | |

1

## ORDER APPROVING RECEIVER'S FEE APPLICATION FOR SERVICES
## PERFORMED BETWEEN OCTOBER 1, 2023 AND DECEMBER 31, 2023

Before the Court is the *Fee Application for Services Performed Between October 1, 2023 and December 31, 2023* (the "Application"),[1] filed by Deborah D. Williamson, Court-appointed Receiver in the Case, pursuant to the Court's *Order Appointing Receiver*, entered on December 2, 2021, in this Case, requesting approval and authorization of fees and expenses incurred by Deborah D. Williamson, as Receiver; Dykema Gossett PLLC ("Dykema"); the Law Offices of Romero | Kozub ("Romero"); Law Practice of Darrell R. Jones, PLLC ("Jones"); Vicki Palmour Consulting, LLC ("Palmour"); Ahuja & Clark, PLLC ("Ahuja"); and Bankruptcy Management Solutions Inc. d/b/a Stretto ("Stretto"), during the Application Period. Upon consideration of the Application, the Court finds that: (i) it has subject matter jurisdiction over the Application; (ii) it has personal jurisdiction over the Receivership Parties; (iii) the Receiver, Dykema, Romero, Jones, Palmour, Ahuja, and Stretto have provided reasonable services at reasonable rates that have benefitted the Receivership Estates during the Application Period; (iv) the relief requested in the Application is in the best interests of the Receivership Estates and all parties-in-interest thereof; (v) proper and adequate notice of the Application has been given and that no other or further notice is necessary; and (vi) the deadline for filing objections to the Application has expired and no objection to the Application was filed with this Court; accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Application is **APPROVED** to the extent set forth herein.

2.      The Receiver's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$77,962.50**.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed in the Application.

APP. 0796

3.      Dykema's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$225,718.65**.

4.      Romero's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$680.00**.

5.      Jones's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$9,945.00**.

6.      Palmour's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$6,025.00**.

7.      Ahuja's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$80,806.50**.

8.      Stretto's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$102,398.25**.

9.      Dykema's expenses incurred during the Application Period in connection with services rendered on behalf of the Receiver are approved on an interim basis and allowed in the amount of **$8,673.20**.

10.     Ahuja's expenses incurred during the Application Period in connection with services rendered on behalf of the Receiver are approved on an interim basis and allowed in the amount of **$15.00**.

11.     Stretto's expenses incurred during the Application Period in connection with services rendered on behalf of the Receiver are approved on an interim basis and allowed in the amount of **$7,718.54**.

APP. 0797

12.     The Receiver is hereby authorized to pay all outstanding fee and expense amounts approved herein for the Application Period to Dykema (inclusive of the Receiver), Romero, Jones, Palmour, Ahuja, and Stretto from the available funds of the Receivership Estates.

**SO ORDERED.**

[_____], 2024.

 

 

_____

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

<u>Prepared and submitted by</u>:
Deborah D. Williamson
*(Receiver)*
State Bar No. 21617500
dwilliamson@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

Danielle Rushing Behrends
State Bar No. 24086961
dbehrends@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

and

Rose L. Romero
State Bar No. 17224700
Rose.Romero@RomeroKozub.com
**LAW OFFICES OF ROMERO | KOZUB**
235 N.E. Loop 820, Suite 310
Hurst, Texas 76053
Telephone: (682) 267-1351

and

Darrell R. Jones
State Bar No. 24029642
drj@oilesquire.com
**LAW PRACTICE OF
DARRELL R. JONES, PLLC**
5300 Memorial Drive, Suite 475
Houston, Texas 77007
Telephone: (832) 302-5373

**COUNSEL TO RECEIVER**

APP. 0799

## EXHIBIT C

*Summary of Fees by Timekeeper*

**Receiver**

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Deborah D. Williamson | 115.50 hours | $675.00 | $77,962.50 |

**Dykema Gossett PLLC**

| TIMEKEEPER | TITLE | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|
| Cumming, Michael G. | Member | 4.20 hours | $648.00 | $2,721.60 |
| Giltner, Teresa E. | Member | 18.50 hours | $526.50 | $9,740.25 |
| Huffstickler, Patrick L. | Member | 148.90 hours | $544.50 | $81,076.05 |
| Lieberman, Richard L. | Senior Counsel | 1.10 hours | $553.50 | $608.85 |
| Behrends, Danielle Rushing | Senior Attorney | 373.50 hours | $350.00 | $130,725.00 |
| Dominguez, Alanna M. | Associate | 2.10 hours | $330.00 | $693.00 |
| Dick, Theresa E. | Paralegal | 0.60 hours | $256.50 | $153.90 |

**Law Offices of Romero | Kozub**

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Rose L. Romero | 1.60 hours | $425.00 | $680.00 |

**Law Practice of Darrell R. Jones, PLLC**

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Darrell R. Jones | 6.00 hours | $325.00 | $1,950.00 |
| Eric Hillerman | 24.60 hours | $325.00 | $7,995.00 |

**Vicki Palmour Consulting, LLC**

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Palmour, Vicki | 13.25 hours | $100.00 | $1,325.00 |
| Amburn, Amy | 32.75 hours | $100.00 | $3,275.00 |
| Jobe, Tammy | 4.50 hours | $100.00 | $450.00 |
| Gober, Tyna | 5.75 hours | $100.00 | $575.00 |
| Riggins, Jennifer | 4.00 hours | $100.00 | $400.00 |

122686.000002 4870-4960-7551.4

**Ahuja & Clark, PLLC**

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Ahuja, Madhu | 37.20 hours | $325.00 | $12,090.00 |
| Blevins, Jeanne-Marie | 30.80 hours | $120.00 | $3,696.00 |
| Bremer, Carolyn | 25.80 hours | $325.00 | $8,385.00 |
| Cecil, Anthony | 43.40 hours | $250.00 | $10,850.00 |
| Huser, Stacey | 92.90 hours | $250.00 | $23,225.00 |
| Kandy, Linu Dayaran | 19.10 hours | $180.00 | $3,438.00 |
| Peterson, Dawn | 0.50 hours | $95.00 | $47.50 |
| Shetty, Divya | 76.30 hours | $250.00 | $19,075.00 |

**Bankruptcy Management Solutions Inc. d/b/a Stretto[1]**

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|
| Alcantar, Staphany | 5.60 hours | $40.00 | $224.00 |
| Alcantar, Staphany | 3.60 hours | $97.50 | $351.00 |
| Aragon, Pauline | 4.60 hours | $30.00 | $138.00 |
| Aragon, Pauline | 7.80 hours | $65.00 | $507.00 |
| Arellano, Monica | 0.10 hours | $65.00 | $6.50 |
| Betance, Sheryl | 21.40 hours | $210.00 | $4,494.00 |
| Bribiesca, David | 2.10 hours | $97.50 | $204.75 |
| Chacaqua, Alberto | 5.30 hours | $97.50 | $516.75 |
| Contreras, Keny | 2.90 hours | $30.00 | $87.00 |
| Contreras, Keny | 3.30 hours | $65.00 | $214.50 |
| Cruz, Jose | 1.60 hours | $65.00 | $104.00 |
| Delgado, Stephanie | 1.70 hours | $130.00 | $221.00 |
| De Guzman, Jessie | 0.50 hours | $135.00 | $67.50 |
| Dombar, Jason | 0.30 hours | $150.00 | $45.00 |
| Gonzalez, Luz | 0.20 hours | $65.00 | $13.00 |
| Ingram, Jacob | 2.10 hours | $65.00 | $136.50 |
| IT Staff | 305.20 hours | $165.00 | $50,358.00 |
| Litt, Lindsay | 0.40 hours | $30.00 | $12.00 |
| Mam, Nancy | 0.10 hours | $30.00 | $3.00 |
| Mam, Nancy | 1.00 hours | $65.00 | $65.00 |
| Marshall, Aimee | 1.40 hours | $130.00 | $182.00 |
| McElhinney, Dan | 74.70 hours | $210.00 | $15,687.00 |
| Membrino, Melissa | 2.80 hours | $175.00 | $490.00 |
| Morales, Stephanie | 8.70 hours | $40.00 | $348.00 |
| Morales, Stephanie | 0.50 hours | $97.50 | $48.75 |
| Quang, Ricky | 0.70 hours | $65.00 | $45.50 |
| Ramirez, Daniel | 23.5 hours | $130.00 | $3,055.00 |
| Rodriguez, Naomi | 1.60 hours | $65.00 | $104.00 |
| Rubio, Antonio | 0.70 hours | $65.00 | $45.50 |
| Saraceni, Robert | 70.90 hours | $185.00 | $13,116.50 |
| Tondreault, Laura | 3.40 hours | $50.00 | $170.00 |
| Wasserman, Kevin | 83.50 hours | $130.00 | $10,855.00 |
| Westmorland, Alexa | 0.50 hours | $185.00 | $92.50 |
| Wheeler, Charles | 3.00 hours | $130.00 | $390.00 |

[1] Increased hourly rates for Stretto's professionals represent personnel promotions during the Application Period.

## EXHIBIT D

*Summary of Fees by Task for All Matters*

**Receiver**

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Case Administration | $10,125.00 | 15.00 hours |
| Asset Analysis and Recovery | $2,497.50 | 3.70 hours |
| Asset Disposition | $14,580.00 | 21.60 hours |
| Business Operations | $13,905.00 | 20.60 hours |
| Tax Issues | $11,812.50 | 17.50 hours |
| Claims Administration and Objection | $11,542.50 | 17.10 hours |
| Data Analysis | $202.50 | 0.30 hours |
| Status Reports | $1,080.00 | 1.60 hours |
| Litigation Consulting | $12,217.50 | 18.10 hours |
| **TOTAL** | **$77,962.50** | **115.50 hours** |

**Dykema Gossett PLLC**

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Case Administration | $32,423.90 | 92.80 hours |
| Asset Analysis and Recovery | $85,724.05 | 162.30 hours |
| Asset Disposition | $31,125.25 | 79.60 hours |
| Business Operations | $29,365.00 | 83.90 hours |
| Tax Issues | $15,230.45 | 39.30 hours |
| Claims Administration and Objection | $19,810.00 | 56.60 hours |
| Data Analysis | $70.00 | 0.20 hours |
| Status Reports | $2,660.00 | 7.60 hours |
| Litigation Consulting | $9,310.00 | 26.60 hours |
| **TOTAL** | **$225,718.65** | **548.90 hours** |

**Law Offices of Romero | Kozub**

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Case Administration | $382.50 | 0.90 hours |
| Claims Administration | $297.50 | 0.70 hours |
| **TOTAL** | **$680.00** | **1.60 hours** |

**Law Practice of Darrell R. Jones, PLLC**

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Asset Disposition | $3,737.50 | 11.50 hours |
| Business Operations | $5,882.50 | 18.10 hours |
| Status Reports | $325.00 | 1.00 hours |
| **TOTAL** | **$9,945.00** | **30.60 hours** |

**Vicki Palmour Consulting, LLC**

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Regulatory Work | $2,700.00 | 27.00 hours |
| Accounting Work | $3,325.00 | 33.25 hours |
| **TOTAL** | **$6,025.00** | **60.25 hours** |

**Ahuja & Clark, PLLC**

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Accounting/Auditing | $18,335.00 | 75.90 hours |
| Tax Issues | $34,325.50 | 132.10 hours |
| Forensic Accounting | $28,146.00 | 118.00 hours |
| **TOTAL** | **$80,806.50** | **326.00 hours** |

**Bankruptcy Management Solutions Inc. d/b/a Stretto**

| Category Description | Total Billable Amount | Total Billable Time |
|---|---|---|
| Case Administration | $94,925.25 | 591.90 hours |
| Claims Administration and Objections | $7,473.00 | 53.80 hours |
| **TOTAL** | **$102,398.25** | **645.70 hours** |

## **EXHIBIT E-1**



400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

**DUE UPON RECEIPT**

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

FEBRUARY 6, 2024
MATTER #: 122686.000001
INVOICE #: 3567327

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: RECEIVER'S TIME**

|  |  |  |
|---|---|---|
| FEES | $ | 38,812.50 |
| **INVOICE TOTAL** | **$** | **38,812.50** |

APP. 0806

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567327
PAGE 2

FEBRUARY 6, 2024

## RE: RECEIVER'S TIME

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/02/23 | DDW | REVISE NOTICES OF ABANDONMENT (OIL AND GAS PROPERTIES AND PIPELINE); CONFERENCES REGARDING SAME. | B130 | 1.20 | 810.00 |
| 10/02/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE REGARDING PROCESS FOR ABANDONMENT AND RELATED ISSUES. | B130 | 1.00 | 675.00 |
| 10/02/23 | DDW | APPROVE PAYMENTS. | B210 | 0.30 | 202.50 |
| 10/02/23 | DDW | REVIEW OF COMMUNICATION FROM INVESTOR/ADVISOR; CONFERENCE REGARDING SAME. | B110 | 0.40 | 270.00 |
| 10/03/23 | DDW | REVIEW AND REVISE NOTICES OF ABANDONMENT AND CONFERENCES REGARDING SAME. | B130 | 1.10 | 742.50 |
| 10/03/23 | DDW | CONFERENCES REGARDING SALE OF JEWELRY. | B130 | 0.50 | 337.50 |
| 10/03/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH AHUJA AND CLARK REGARDING TAXES, CLAIMS AND OTHER ACCOUNTING ISSUES. | B240 | 1.00 | 675.00 |
| 10/03/23 | DDW | APPROVE PAYMENTS. | B210 | 0.40 | 270.00 |
| 10/04/23 | DDW | REVIEW OF OFFER ON ELDORADO PROPERTY; CONFERENCE REGARDING COUNTER-OFFER AND TERMS OF OFFER. | B130 | 0.60 | 405.00 |
| 10/04/23 | DDW | REVIEW AND REVISE NOTICE OF ABANDONMENT; DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B130 | 0.90 | 607.50 |
| 10/04/23 | DDW | REVIEW AND REVISE TIEP DEMAND LETTER; CONFERENCE REGARDING SAME. | B120 | 0.80 | 540.00 |
| 10/05/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE REGARDING SPARKS AND RELATED POTENTIAL TRANSFERS. | B130 | 0.40 | 270.00 |
| 10/05/23 | DDW | REVIEW OF CORRESPONDENCE FROM AHUJA AND CLARK REGARDING STATUS OF VARIOUS ACCOUNTING MATTERS. | B240 | 0.40 | 270.00 |
| 10/05/23 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING PAYMENTS IN SUSPENSE DUE FROM COLT MIDSTREAM. | B210 | 0.50 | 337.50 |
| 10/06/23 | DDW | CONFERENCES AND EMAILS REGARDING ABANDONMENT, PAYMENTS AND OTHER ISSUES. | B130 | 0.60 | 405.00 |
| 10/06/23 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING ASSIGNMENTS. | B120 | 0.40 | 270.00 |
| 10/06/23 | DDW | REVIEW AND RESPOND TO INQUIRIES REGARDING POTENTIAL WITNESS. | BT160 | 0.40 | 270.00 |
| 10/06/23 | DDW | REVIEW OF PROPOSED REVISIONS TO CONTRACT FOR | B130 | 0.50 | 337.50 |

APP. 0807

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567327
PAGE 3

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-------------|------|-------|--------|
| | | ELDORADO PROPERTY; DRAFT AND RESPOND TO EMAILS REGARDING SAME. | | | |
| 10/06/23 | DDW | DRAFT AND RESPOND TO EMAILS REGARDING PAYMENT FROM COLT. | B210 | 0.40 | 270.00 |
| 10/09/23 | DDW | PREPARE FOR AND ATTEND MEETING REGARDING OPERATIONAL ISSUES INCLUDE ABANDONMENT, SIGNAGE AND OTHER ISSUES. | B210 | 0.80 | 540.00 |
| 10/09/23 | DDW | EXECUTE NOTICES OF ABANDONMENT. | B130 | 0.50 | 337.50 |
| 10/09/23 | DDW | APPROVE NUMEROUS PAYMENTS. | B210 | 1.10 | 742.50 |
| 10/09/23 | DDW | REVIEW AND APPROVE COUNTER-OFFER FOR ELDORADO PROPERTY. | B130 | 0.80 | 540.00 |
| 10/10/23 | DDW | CONFERENCE REGARDING INVESTOR COMMUNICATIONS AND REVIEW OF EMAILS REGARDING SAME. | B110 | 0.40 | 270.00 |
| 10/10/23 | DDW | REVIEW AND APPROVE WITNESS AND EXHIBIT LIST FOR 10/16 HEARING. | B110 | 0.40 | 270.00 |
| 10/10/23 | DDW | REVIEW AND RESPOND TO OFFER FOR ELDORADO; DRAFT AND AUTHORIZE COUNTER-OFFER. | B130 | 0.90 | 607.50 |
| 10/10/23 | DDW | APPROVE AGREEMENT WITH AUCTIONEER REGARDING JEWELRY. | B130 | 0.40 | 270.00 |
| 10/10/23 | DDW | REVIEW AND REVISE DECLARATION OF C. BREMER; DRAFT AND RESPOND TO EMAILS REGARDING SAME; CONFERENCE REGARDING SAME. | B310 | 1.10 | 742.50 |
| 10/13/23 | DDW | CONFERENCES REGARDING CLAIMS HEARING, COMMUNICATIONS WITH INVESTORS AND OTHER ISSUES. | B110 | 0.40 | 270.00 |
| 10/16/23 | DDW | PREPARE FOR AND ATTEND HEARING ON CLAIMS PROCESS. | B310 | 1.10 | 742.50 |
| 10/16/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE REGARDING ABANDONMENT, ROYALTY CLAIMS AND OTHER OPERATIONAL ISSUES. | B210 | 0.90 | 607.50 |
| 10/16/23 | DDW | CONFERENCES REGARDING COMMUNICATIONS WITH INVESTORS. | B110 | 0.30 | 202.50 |
| 10/16/23 | DDW | BEGIN REVIEW OF OPERATING REPORT. | BT155 | 0.50 | 337.50 |
| 10/16/23 | DDW | REVIEW AND RESPOND REGARDING REQUEST FOR INFORMATION REGARDING MEDIATION. | BT160 | 0.40 | 270.00 |
| 10/17/23 | DDW | APPROVE PAYMENTS. | B210 | 0.40 | 270.00 |
| 10/17/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH AHUJA AND CLARK REGARDING TAXES AND OTHER ISSUES. | B240 | 0.50 | 337.50 |

APP. 0808

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567327
PAGE 4

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/17/23 | DDW | REVIEW AND REVISE CORRESPONDENCE WITH TEXAS GENERAL LAND OFFICE AND TEXAS RAILROAD COMMISSION REGARDING ABANDONMENT AND CLAIMS PROCESS. | B130 | 1.00 | 675.00 |
| 10/17/23 | DDW | CONFERENCES REGARDING INVESTOR CALLS AND OTHER COMMUNICATIONS AND POSTING OF INFORMATION ON WEBSITE. | B110 | 0.40 | 270.00 |
| 10/17/23 | DDW | CONFERENCES REGARDING REAL PROPERTY AND OTHER TAXES. | B240 | 0.40 | 270.00 |
| 10/17/23 | DDW | REVIEW AND REVISE LETTER TO TEXAS GENERAL LAND OFFICE. | B130 | 0.40 | 270.00 |
| 10/17/23 | DDW | REVIEW AND REVISE COMMUNICATION TO TEXAS RAILROAD COMMISSION. | B130 | 0.40 | 270.00 |
| 10/17/23 | DDW | CONFERENCE REGARDING DATA HOSTING TRANSITION. | BT150 | 0.30 | 202.50 |
| 10/18/23 | DDW | REVIEW OF PELINI COMPLAINT; REVIEW AND REVISE PROPOSED CORRESPONDENCE REGARDING RESPONSE TO MR. VERNER; CONFERENCE REGARDING SAME. | BT160 | 0.90 | 607.50 |
| 10/18/23 | DDW | REVIEW OF CORRESPONDENCE FROM COUNSEL FOR G. SPARKS; CONFERENCE REGARDING SAME. | B130 | 0.40 | 270.00 |
| 10/18/23 | DDW | APPROVE PAYMENTS INCLUDING TAX PAYMENTS. | B210 | 0.50 | 337.50 |
| 10/18/23 | DDW | REVIEW AND RESPOND TO INQUIRIES REGARDING MEDIATION; PREPARE FOR AND ATTEND CONFERENCE WITH REID COLLINS REGARDING MEDIATION AND OTHER POTENTIAL LITIGATION. | BT160 | 0.70 | 472.50 |
| 10/18/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH SEC. | B110 | 1.10 | 742.50 |
| 10/18/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH AJUHA AND CLARK REGARDING SOCIAL SECURITY AND OTHER TAX ISSUES. | B240 | 0.50 | 337.50 |
| 10/18/23 | DDW | REVIEW OF COMPLAINT AGAINST INVESTMENT ADVISORS; CONFERENCE REGARDING SAME. | BT160 | 0.50 | 337.50 |
| 10/18/23 | DDW | PREPARE FOR AND MEET WITH AUCTIONEER. | B130 | 0.50 | 337.50 |
| 10/19/23 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING ELDORADO PROPERTY AND COUNTER-OFFER. | B130 | 0.40 | 270.00 |
| 10/23/23 | DDW | REVIEW AND APPROVE NUMEROUS PAYMENTS INCLUDING ROYALTY PAYMENTS. | B210 | 1.10 | 742.50 |
| 10/23/23 | DDW | CONFERENCE REGARDING 2022 FRANCHISE TAX RETURNS; REVIEW OF DRAFTS OF SAME; CONFERENCE WITH AHUJA & CLARK REGARDING SAME. | B240 | 1.60 | 1,080.00 |
| 10/23/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH SEC REGARDING CLAIMS. | B110 | 0.70 | 472.50 |

APP. 0809

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567327
PAGE 5

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/23/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE REGARDING ELDORADO INCLUDING REVIEW OF PRIOR APPRAISALS AND OTHER INFORMATION. | B130 | 1.00 | 675.00 |
| 10/23/23 | DDW | PRELIMINARY ANALYSIS OF ISSUES TO BE ADDRESSED IN DISTRIBUTION PROCEDURES AND CONFERENCES REGARDING SAME. | B310 | 0.80 | 540.00 |
| 10/24/23 | DDW | REVIEW AND APPROVE NOTICES REGARDING SALE OF JEWELRY; REVIEW AND RESPOND TO EMAILS REGARDING SAME. | B130 | 0.50 | 337.50 |
| 10/24/23 | DDW | CONFERENCES (4) REGARDING VARIOUS ISSUES INCLUDING RECORDING  OF NOTICES OF ABANDONMENT, FINALIZATION OF TAX ISSUES AND OTHER ISSUES, STATE OF IOWA, ETC. | B110 | 0.50 | 337.50 |
| 10/25/23 | DDW | REVIEW OF UPDATE REGARDING VAL VERDE/CROCKETT COUNTY OPERATIONS; DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B210 | 0.40 | 270.00 |
| 10/25/23 | DDW | CONFERENCE REGARDING BAHAMAS PROPERTY. | B120 | 0.30 | 202.50 |
| 10/25/23 | DDW | CONFERENCE REGARDING RAILROAD COMMISSION NOTICES AND DEMANDS; REVIEW OF SAME. | B130 | 0.30 | 202.50 |
| 10/25/23 | DDW | REVIEW AND EXECUTE FRANCHISE TAX RETURNS. | B240 | 0.70 | 472.50 |
| 10/25/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE ON ELDORADO. | B130 | 1.20 | 810.00 |
| 10/25/23 | DDW | REVIEW AND APPROVE LETTER REGARDING TIEP CLAIMS. | B120 | 0.20 | 135.00 |
| 10/25/23 | DDW | REVIEW AND APPROVE PAYMENTS. | B210 | 0.40 | 270.00 |
| 10/25/23 | DDW | REVIEW AND SIGN FRANCHISE TAX RETURNS. | B240 | 0.80 | 540.00 |
| 10/25/23 | DDW | REVIEW AND EXECUTE COUNTER-OFFER FOR ELDORADO PROPERTY. | B130 | 0.70 | 472.50 |
| 10/25/23 | DDW | REVIEW OF SEPTEMBER TIME; CONFERENCES REGARDING FEE APPLICATION (DO NOT BILL) . | B110 | 0.90 | 607.50 |
| 10/26/23 | DDW | REVIEW AND EXECUTE COUNTER-OFFER ON ELDORADO; DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B130 | 0.80 | 540.00 |
| 10/26/23 | DDW | REVIEW AND APPROVE PAYMENTS. | B210 | 0.50 | 337.50 |
| 10/26/23 | DDW | REVIEW AND REVISE OPERATING REPORT; CONFERENCE REGARDING SAME. | BT155 | 1.10 | 742.50 |
| 10/26/23 | DDW | REVIEW AND APPROVE TIME ENTRIES FOR FEE APPLICATION DO NOT BILL. | B110 | 1.10 | 742.50 |
| 10/26/23 | DDW | REVIEW AND EXECUTE TOLLING AGREEMENT; REVIEW AND RESPOND TO EMAILS REGARDING SAME. | BT160 | 0.50 | 337.50 |

APP. 0810

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567327
PAGE 6

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/26/23 | DDW | CONFERENCE WITH AHUJA & CLARK AND STRETTO REGARDING CLAIMS. | B310 | 0.80 | 540.00 |
| 10/27/23 | DDW | CONFERENCE REGARDING TIEP AND OFFER TO REMIT FUNDS; REVIEW AND RESPOND TO EMAILS REGARDING SAME. | B120 | 0.50 | 337.50 |
| 10/27/23 | DDW | REVIEW AND RESPOND TO EMAILS WITH REID COLLINS REGARDING MEDIATION AND OTHER ISSUES. | BT160 | 0.60 | 405.00 |
| 10/27/23 | DDW | CONFERENCE REGARDING PROCESS FOR CERTAIN TRADE CREDITORS. | B310 | 0.30 | 202.50 |
| 10/27/23 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING SALE PROCESS FOR ELDORADO RANCH; CONFERENCES REGARDING SAME. | B130 | 0.70 | 472.50 |
| 10/27/23 | DDW | REVIEW AND APPROVE NOTICE REGARDING ELDORADO RANCH CONTRACT. | B130 | 0.40 | 270.00 |
| 10/30/23 | DDW | PREPARE FOR AND ATTEND MEETING REGARDING ABANDONMENT, RRC AND OTHER ISSUES. | B130 | 0.90 | 607.50 |
| 10/30/23 | DDW | REVIEW OF FEE APPLICATION; CONFERENCES REGARDING SAME (DO NOT BILL). | B110 | 1.60 | 1,080.00 |
| 10/30/23 | DDW | REVIEW OF CORRESPONDENCE FROM RRC AND EVALUATE PROPOSED RESPONSES. | B210 | 0.40 | 270.00 |
| 10/30/23 | DDW | TELEPHONE CONFERENCE WITH INVESTOR. | B110 | 0.30 | 202.50 |
| 10/30/23 | DDW | COMMUNICATIONS WITH AND ABOUT INVESTORS. | B110 | 0.60 | 405.00 |
| 10/30/23 | DDW | CONFERENCE REGARDING TIEP AND RESPONSES. | B120 | 0.30 | 202.50 |
| 10/30/23 | DDW | REVIEW OF LETTER FROM IRS; DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B240 | 0.40 | 270.00 |
| 10/31/23 | DDW | CONFERENCE REGARDING POTENTIAL RESOLUTION OF TIEP CLAIMS AND ANALYSIS OF SETTLEMENT PARAMETERS. | B120 | 0.60 | 405.00 |
| 10/31/23 | DDW | REVIEW OF TRANSACTION SCHEDULES REGARDING "NET WINNERS". | B310 | 0.30 | 202.50 |
| 10/31/23 | DDW | PRELIMINARY ANALYSIS OF TAX ISSUES TO BE ADDRESSED IN SETTLEMENTS, LITIGATION RECOVERIES AND OTHER SITUATIONS; CONFERENCE REGARDING SAME. | B240 | 0.80 | 540.00 |
| 10/31/23 | DDW | CONFERENCES REGARDING MEDIATION AND REQUESTED INFORMATION. | BT160 | 0.50 | 337.50 |
| 10/31/23 | DDW | REVIEW AND APPROVE PAYMENTS. | B210 | 0.30 | 202.50 |
| | | **TOTAL** | | **57.50** | **$38,812.50** |

APP. 0811

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

FEBRUARY 6, 2024

MATTER #: 122686.000001
INVOICE #: 3567327
PAGE 7

**BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| DDW | DEBORAH WILLIAMSON | MEMBER | 57.50 | 675.00 | 38,812.50 |
| | **TOTAL** | | **57.50** | | **$38,812.50** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567327
PAGE 8

FEBRUARY 6, 2024

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 9.10 | 6,142.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 3.10 | 2,092.50 |
| B130 | ASSET DISPOSITION | 19.00 | 12,825.00 |
| B210 | BUSINESS OPERATIONS | 8.40 | 5,670.00 |
| B240 | TAX ISSUES | 7.10 | 4,792.50 |
| B310 | CLAIMS ADMINISTRATION & OBJECT | 4.40 | 2,970.00 |
| BT150 | DATA ANALYSIS | 0.30 | 202.50 |
| BT155 | STATUS REPORTS | 1.60 | 1,080.00 |
| BT160 | LITIGATION CONSULTING | 4.50 | 3,037.50 |
| | **TOTAL** | **57.50** | **38,812.50** |

APP. 0813



400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

**DUE UPON RECEIPT**

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

FEBRUARY 6, 2024
MATTER #: 122686.000001
INVOICE #: 3567328

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: RECEIVER'S TIME**

|  |  |  |
|---|---|---|
| FEES | $ | 19,912.50 |
| **INVOICE TOTAL** | **$** | **19,912.50** |

APP. 0814

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567328
PAGE 2

FEBRUARY 6, 2024

## RE: RECEIVER'S TIME

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/01/23 | DDW | REVIEW OF LETTERS REGARDING FRANCHISE TAX AND RELATED EMAILS. | B240 | 0.40 | 270.00 |
| 11/01/23 | DDW | REVIEW AND APPROVE PAYMENTS. | B210 | 0.40 | 270.00 |
| 11/02/23 | DDW | CONFERENCE REGARDING POTENTIAL TIEP LITIGATION. | BT160 | 0.60 | 405.00 |
| 11/02/23 | DDW | CONFERENCE REGARDING INTEREST CALCULATIONS. | B310 | 0.20 | 135.00 |
| 11/03/23 | DDW | REVIEW OF SUMMARY OF INTEREST PAYMENTS; DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B310 | 0.60 | 405.00 |
| 11/03/23 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING GAS PURCHASES AND ABANDONMENT. | B210 | 0.30 | 202.50 |
| 11/03/23 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING TIEP CREDITORS; RESPOND TO "ADVISOR". | B110 | 0.40 | 270.00 |
| 11/06/23 | DDW | CONFERENCE REGARDING PROPOSAL TO CONSOLIDATE LEASES AND POTENTIAL EFFECT ON ORRI. | B210 | 0.80 | 540.00 |
| 11/06/23 | DDW | APPROVE PAYMENTS. | B210 | 0.50 | 337.50 |
| 11/06/23 | DDW | REVIEW OF ORDER ACCEPTING REPORT AND RECOMMENDATION ON CLAIMS PROCESS MOTION; CONFERENCES AND EMAILS REGARDING SAME. | B310 | 0.90 | 607.50 |
| 11/06/23 | DDW | REVIEW OF TEXAS RAILROAD COMMISSION COMMUNICATIONS AND CONFERENCE REGARDING DEMAND FOR MONETARY PENALTY. | B210 | 0.70 | 472.50 |
| 11/07/23 | DDW | CONFERENCE REGARDING TIEP SETTLEMENT OFFER. | BT160 | 0.40 | 270.00 |
| 11/07/23 | DDW | CONFERENCES REGARDING NOTICES REGARDING CLAIMS BAR DATES. | B310 | 0.60 | 405.00 |
| 11/07/23 | DDW | VARIOUS EMAILS AND CONFERENCES REGARDING CLAIMS. | B310 | 1.20 | 810.00 |
| 11/07/23 | DDW | APPROVE PAYMENTS. | B210 | 0.30 | 202.50 |
| 11/07/23 | DDW | BEGIN CLAIMS OF DRAFT OUTLINE OF DISTRIBUTION ISSUES. | B310 | 1.30 | 877.50 |
| 11/08/23 | DDW | PREPARE FOR AND ATTEND MEETING WITH STRETTO AND AHUJA AND CLARK REGARDING CLAIMS FORMS AND PROCESS. | B310 | 1.30 | 877.50 |
| 11/08/23 | DDW | UPDATE ON CLOSING OF ELDORADO RANCH. | B130 | 0.30 | 202.50 |
| 11/08/23 | DDW | CONFERENCE REGARDING NOTICES TO ROYALTY CLAIMANTS AND ANALYSIS OF RELATED INFORMATION. | B310 | 0.50 | 337.50 |

APP. 0815

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567328
PAGE 3

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/08/23 | DDW | REVIEW AND APPROVE PAYMENTS AND ADVERTISEMENT PLACEMENT. | B210 | 0.40 | 270.00 |
| 11/08/23 | DDW | REVIEW AND REVISE NOTICE TO POTENTIAL INVESTORS; CONFERENCES REGARDING SAME. | B310 | 0.90 | 607.50 |
| 11/08/23 | DDW | REVIEW AND RESPOND TO REID COLLINS REGARDING MEDIATION. | BT160 | 0.60 | 405.00 |
| 11/09/23 | DDW | CONFERENCE REGARDING CLOSING ON SALE OF ELDORADO | B130 | 0.30 | 202.50 |
| 11/09/23 | DDW | COMMUNICATIONS WITH INVESTOR REGARDING REQUIRED MINIMUM DISTRIBUTION AND OTHER ISSUES. | B110 | 0.40 | 270.00 |
| 11/10/23 | DDW | COMMUNICATIONS REGARDING MEDIATION. | BT160 | 0.20 | 135.00 |
| 11/13/23 | DDW | APPROVE PAYMENTS AND RELATED ISSUES. | B210 | 0.30 | 202.50 |
| 11/13/23 | DDW | CONFERENCES AND EMAILS REGARDING CLOSING ON ELDORADO PROPERTY. | B130 | 0.50 | 337.50 |
| 11/13/23 | DDW | BEGIN REVIEW OF YEAR END/2024 TAX ISSUES AND ANALYSIS. | B240 | 0.90 | 607.50 |
| 11/13/23 | DDW | APPROVE PAYMENTS. | B210 | 0.40 | 270.00 |
| 11/14/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH AHUJA AND CLARK REGARDING TAX PLANNING. | B240 | 2.30 | 1,552.50 |
| 11/14/23 | DDW | CONFERENCE REGARDING WOLFEPAK, ROYALTIES, AND RELATED ISSUES. | B210 | 0.40 | 270.00 |
| 11/14/23 | DDW | REVIEW AND EXECUTE CLOSING DOCUMENTS FOR ELDORADO PROPERTY; EMAILS AND CONFERENCES REGARDING SAME. | B130 | 0.60 | 405.00 |
| 11/14/23 | DDW | APPROVE PAYMENTS AND DEPOSITS. | B210 | 0.40 | 270.00 |
| 11/14/23 | DDW | REVIEW AND APPROVE LETTER AND EMAILS REGARDING TAX DEMANDS AND OTHER RELATED ISSUES. | B240 | 0.40 | 270.00 |
| 11/15/23 | DDW | CONFERENCE AND EMAILS REGARDING CLOSING ON ELDORADO PROPERTY. | B130 | 0.40 | 270.00 |
| 11/21/23 | DDW | CONFERENCES (4) REGARDING FORMS FOR CLAIMS. | B310 | 0.40 | 270.00 |
| 11/21/23 | DDW | CONFERENCE REGARDING TIEP CLAIMS. | BT160 | 0.20 | 135.00 |
| 11/27/23 | DDW | APPROVE PAYMENTS. | B210 | 0.50 | 337.50 |
| 11/27/23 | DDW | NEW CLAIMS CONFERENCES REGARDING CLAIMS PROCESS AND ISSUES. | B310 | 0.60 | 405.00 |
| 11/28/23 | DDW | REVIEW AND APPROVE PAYMENTS. | B210 | 0.40 | 270.00 |
| 11/29/23 | DDW | CONFERENCE WITH MS. PALMOUR REGARDING ROYALTIES AND PAYMENTS RELATED TO CROCKETT/VAL VERDE; OFFICE CONFERENCE WITH MS. BEHRENDS REGARDING SAME. | B210 | 0.50 | 337.50 |

APP. 0816

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567328
PAGE 4

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/29/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH STRETTO AND MS. BREMER REGARDING CLAIMS PROCESS AND FILED CLAIM INCLUDING REVIEW OF EMAILS AND DRAFT CLAIMS ANALYSIS. | B310 | 1.20 | 810.00 |
| 11/29/23 | DDW | REVISE FAQS. | B110 | 1.00 | 675.00 |
| 11/29/23 | DDW | REVIEW AND APPROVE PAYMENTS. | B210 | 0.40 | 270.00 |
| 11/29/23 | DDW | CONFERENCE REGARDING TIEP AND COMMUNICATIONS RAISED REGARDING DEFENSES. | BT160 | 0.30 | 202.50 |
| 11/29/23 | DDW | CONFERENCES REGARDING CLAIMS PROCESS AND "NET WINNER" SCHEDULES. | B310 | 0.40 | 270.00 |
| 11/30/23 | DDW | PREPARE FOR AND ATTEND HEARING INCLUDING UPDATE FOR COURT. | B110 | 1.00 | 675.00 |
| 11/30/23 | DDW | REVISE FAQS. | B110 | 0.50 | 337.50 |
| 11/30/23 | DDW | REVIEW OF UPDATED REPORT ON VAL VERDE/CROCKETT OPERATIONS. | B210 | 0.40 | 270.00 |
| 11/30/23 | DDW | TELEPHONE CALL WITH INVESTOR REGARDING CLAIMS. | B110 | 0.20 | 135.00 |
| 11/30/23 | DDW | CONFERENCES REGARDING CLAIMS AND RELATED ISSUES. | B310 | 0.40 | 270.00 |
| | | **TOTAL** | | **29.50** | **$19,912.50** |

APP. 0817

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567328
PAGE 5

FEBRUARY 6, 2024

### BILLING SUMMARY

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| DDW | DEBORAH WILLIAMSON | MEMBER | 29.50 | 675.00 | 19,912.50 |
| | **TOTAL** | | **29.50** | | **$19,912.50** |

APP. 0818

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567328
PAGE 6

FEBRUARY 6, 2024

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 3.50 | 2,362.50 |
| B130 | ASSET DISPOSITION | 2.10 | 1,417.50 |
| B210 | BUSINESS OPERATIONS | 7.10 | 4,792.50 |
| B240 | TAX ISSUES | 4.00 | 2,700.00 |
| B310 | CLAIMS ADMINISTRATION & OBJECT | 10.50 | 7,087.50 |
| BT160 | LITIGATION CONSULTING | 2.30 | 1,552.50 |
| | **TOTAL** | **29.50** | **19,912.50** |

APP. 0819



400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

**DUE UPON RECEIPT**

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

FEBRUARY 6, 2024
MATTER #: 122686.000001
INVOICE #: 3567329

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: RECEIVER'S TIME**

| | | |
|---|---|---|
| FEES | $ | 19,237.50 |
| **INVOICE TOTAL** | **$** | **19,237.50** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

APP. 0820

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567329
PAGE 2

FEBRUARY 6, 2024

## RE: RECEIVER'S TIME

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/01/23 | DDW | CONFERENCES REGARDING CALCULATION OF NET TRANSACTION AMOUNT AND COMMUNICATIONS WITH INVESTORS REGARDING SAME. | B310 | 0.70 | 472.50 |
| 12/01/23 | DDW | CONFERENCE WITH MR. HUFFSTICKLER REGARDING POTENTIAL SETTLEMENT WITH TIEP INVESTOR; REVIEW OF RELEVANT CASE AND STATUTORY AUTHORITY. | BT160 | 1.00 | 675.00 |
| 12/01/23 | DDW | REVIEW OF ORDERS. | B110 | 0.10 | 67.50 |
| 12/05/23 | DDW | REVIEW AND REVISE COMMUNICATION WITH IOWA ENFORCEMENT BUREAU, IOWA INSURANCE DIVISION. | B110 | 0.20 | 135.00 |
| 12/05/23 | DDW | CONFERENCE REGARDING REQUESTS FROM THE IOWA INSURANCE DIVISION, ENFORCEMENT BUREAU. | B110 | 0.40 | 270.00 |
| 12/05/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH AHUJA AND CLARK REGARDING TAX ISSUES. | B240 | 0.90 | 607.50 |
| 12/05/23 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING MEDIATION. | BT160 | 0.40 | 270.00 |
| 12/05/23 | DDW | REVIEW AND APPROVE CONFIDENTIALITY AGREEMENT. | BT160 | 0.40 | 270.00 |
| 12/05/23 | DDW | REVIEW OF REPORT FOR AUCTION. | B130 | 0.20 | 135.00 |
| 12/06/23 | DDW | REVIEW AND APPROVE PAYMENTS AND DEPOSITS. | B210 | 0.40 | 270.00 |
| 12/06/23 | DDW | REVIEW OF INFORMATION RELATED TO LOANS AND TRANSFERS; CONFERENCES REGARDING SAME. | B120 | 0.60 | 405.00 |
| 12/06/23 | DDW | CONFERENCE REGARDING CLAIMS AND CLAIMS ISSUES. | B110 | 0.20 | 135.00 |
| 12/06/23 | DDW | REVIEW AND APPROVE SETTLEMENT AGREEMENT REGARDING TIEP; CONFERENCE REGARDING SAME. | BT160 | 0.50 | 337.50 |
| 12/07/23 | DDW | CONFERENCES REGARDING ANALYSIS OF POTENTIAL CLAIMS. | BT160 | 0.40 | 270.00 |
| 12/07/23 | DDW | REVIEW AND RESPOND REGARDING SETTLEMENT OFFERS. | BT160 | 0.50 | 337.50 |
| 12/07/23 | DDW | CONFERENCES AND EMAILS REGARDING INVESTOR INQUIRIES AND OBJECTIONS. | B110 | 0.60 | 405.00 |
| 12/08/23 | DDW | CONFERENCE REGARDING MEDIATION; REVIEW AND RESPOND TO EMAILS REGARDING SAME. | BT160 | 0.30 | 202.50 |
| 12/08/23 | DDW | CONFERENCE REGARDING TEXAS ATTORNEY GENERAL AND TEXAS RAIL ROAD COMMISSION. | B210 | 0.50 | 337.50 |
| 12/08/23 | DDW | REVIEW AND RESPOND TO EMAILS REGARDING CLAIMS | B310 | 0.60 | 405.00 |

APP. 0821

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567329
PAGE 3

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | PROCESS AND ISSUES; CONFERENCE REGARDING SAME. | | | |
| 12/08/23 | DDW | REVIEW AND RESPOND TO SETTLEMENT OFFER. | BT160 | 0.30 | 202.50 |
| 12/11/23 | DDW | REVIEW AND APPROVE PAYMENTS AND INVOICES. | B210 | 0.50 | 337.50 |
| 12/11/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE REGARDING TEXAS RAILROAD COMMISSION AND OTHER RELATED ISSUES. | B210 | 0.40 | 270.00 |
| 12/11/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE REGARDING TAX ISSUES. | B240 | 1.10 | 742.50 |
| 12/11/23 | DDW | CONFERENCES AND EMAILS REGARDING TAX ISSUES INCLUDING REVIEW OF RELEVANT AUTHORITIES. | B240 | 1.70 | 1,147.50 |
| 12/12/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE REGARDING ANALYSIS OF TAX ISSUES INCLUDING CODI, EQUITY CHARACTERIZATION AND OTHER ISSUES. | B240 | 0.50 | 337.50 |
| 12/12/23 | DDW | REVIEW AND APPROVE PAYMENTS. | B210 | 0.30 | 202.50 |
| 12/12/23 | DDW | CONFERENCES AND EMAILS REGARDING VAL VERDE/CROCKETT PRODUCTION, ROYALTY PAYMENTS AND OUTSTANDING CLAIMS. | B210 | 0.50 | 337.50 |
| 12/14/23 | DDW | REVIEW AND RESPOND TO COMMUNICATIONS REGARDING MEDIATION; CONFERENCES REGARDING SAME. | BT160 | 1.10 | 742.50 |
| 12/14/23 | DDW | CONFERENCE REGARDING SETTLEMENT PROPOSALS FOR TIEP CLAIMS. | BT160 | 0.40 | 270.00 |
| 12/15/23 | DDW | REVIEW OF UPDATED CLAIMS REPORT; DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B310 | 0.50 | 337.50 |
| 12/15/23 | DDW | APPROVE PAYMENTS. | B210 | 0.30 | 202.50 |
| 12/15/23 | DDW | REVIEW OF TEXAS RAILROAD COMMISSION COMMUNICATIONS INCLUDING NEW POSITION ON PALO PINTO PIPELINE; DRAFT AND RESPOND TO EMAILS REGARDING SAME. | B210 | 0.40 | 270.00 |
| 12/18/23 | DDW | APPROVE PAYMENTS. | B210 | 0.40 | 270.00 |
| 12/18/23 | DDW | DRAFT AND RESPOND TO EMAILS REGARDING MEDIATION; CONFERENCE REGARDING SAME. | BT160 | 0.50 | 337.50 |
| 12/18/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH THE OFFICE OF THE TEXAS ATTORNEY GENERAL ON BEHALF OF RAILROAD COMMISSION. | B210 | 0.50 | 337.50 |
| 12/18/23 | DDW | REVIEW OF CORRESPONDENCE FROM TEXAS RAILROAD COMMISSION; DRAFT EMAILS REGARDING SAME. | B210 | 0.30 | 202.50 |
| 12/19/23 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH AHUJA AND CLARK REGARDING TAX AND OTHER ISSUES; DRAFT AND | B240 | 2.20 | 1,485.00 |

APP. 0822

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567329
PAGE 4

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----------|------|-------|--------|
| | | RESPOND TO EMAILS REGARDING SAME. | | | |
| 12/19/23 | DDW | REVIEW AND RESPOND TO COMMUNICATIONS REGARDING MEDIATION AND POTENTIAL TAX ISSUES; CONFERENCES REGARDING SAME. | BT160 | 1.20 | 810.00 |
| 12/19/23 | DDW | REVIEW OF CLAIMS REPORT. | B310 | 0.40 | 270.00 |
| 12/20/23 | DDW | REVIEW AND REVISE INVESTOR UPDATE LETTER; CONFERENCE REGARDING SAME. | B110 | 0.90 | 607.50 |
| 12/20/23 | DDW | REVIEW OF MEDIATION UPDATE; MULTIPLE CONFERENCES AND EMAILS REGARDING SAME, INCLUDING TAX ANALYSIS. | BT160 | 2.80 | 1,890.00 |
| 12/20/23 | DDW | REVIEW AND APPROVE PAYMENTS TO ROYALTY OWNERS. | B210 | 0.40 | 270.00 |
| 12/21/23 | DDW | CONFERENCES REGARDING TIEP SETTLEMENT PROCESS AND PROPOSALS. | BT160 | 0.50 | 337.50 |
| 12/21/23 | DDW | REVIEW OF REPORT REGARDING AUCTION AND DEPOSIT. | B130 | 0.30 | 202.50 |
| 12/22/23 | DDW | CONFERENCE REGARDING SETTLEMENT PROPOSALS REGARDING TIEP. | BT160 | 0.30 | 202.50 |
| 12/22/23 | DDW | REVIEW AND RESPOND TO UPDATE REGARDING SDMB AND PRODUCTION. | B210 | 0.20 | 135.00 |
| 12/22/23 | DDW | REVIEW AND RESPOND TO COMMUNICATION REGARDING MEDIATION AND POTENTIAL SETTLEMENT. | BT160 | 0.70 | 472.50 |
| | | **TOTAL** | | **28.50** | **$19,237.50** |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567329
PAGE 5

FEBRUARY 6, 2024

**BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| DDW | DEBORAH WILLIAMSON | MEMBER | 28.50 | 675.00 | 19,237.50 |
| | **TOTAL** | | **28.50** | | **$19,237.50** |

**APP. 0824**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000001
INVOICE #: 3567329
PAGE 6

FEBRUARY 6, 2024

**TASK SUMMARY**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 2.40 | 1,620.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 0.60 | 405.00 |
| B130 | ASSET DISPOSITION | 0.50 | 337.50 |
| B210 | BUSINESS OPERATIONS | 5.10 | 3,442.50 |
| B240 | TAX ISSUES | 6.40 | 4,320.00 |
| B310 | CLAIMS ADMINISTRATION & OBJECT | 2.20 | 1,485.00 |
| BT160 | LITIGATION CONSULTING | 11.30 | 7,627.50 |
| | **TOTAL** | **28.50** | **19,237.50** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



400 Renaissance Center ▪ Detroit, MI 48243 ▪ EIN# 38-1446628

**DUE UPON RECEIPT**

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

FEBRUARY 6, 2024
MATTER #: 122686.000002
INVOICE #: 3567330

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RECEIVERSHIP FOR THE HEARTLAND GROUP VENTURES LLC, ET AL**

| | | |
|---|---|---|
| FEES | $ | 77,837.50 |
| DISBURSEMENTS | | 4,768.80 |
| **INVOICE TOTAL** | **$** | **82,606.30** |

APP. 0826


# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 2

FEBRUARY 6, 2024

**RE: REPRESENTATION OF RECEIVERSHIP FOR THE HEARTLAND GROUP VENTURES LLC, ET AL**

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/02/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 10/02/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING INQUIRY SUBMITTED REGARDING CLAIMS WEBSITE. | B310 | 0.40 | 140.00 |
| 10/02/23 | DNR | REVISE DRAFT NOTICE OF ABANDONMENT FOR OIL AND GAS PROPERTIES AND DRAFT NOTICE OF ABANDONMENT OF PIPELINE. | B130 | 0.40 | 140.00 |
| 10/02/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS MOTION QUESTIONS. | B110 | 0.10 | 35.00 |
| 10/02/23 | DNR | TELEPHONE CONFERENCE WITH FORMER EMPLOYEE REGARDING QUESTIONS ON CLAIMS MOTION. | B110 | 0.10 | 35.00 |
| 10/02/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR COUNSEL REGARDING CLAIMS PROCESS AND INVESTMENT-SPECIFIC QUESTIONS. | B110 | 0.20 | 70.00 |
| 10/02/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING INTERNATIONAL WIRE; DRAFT SAME FOR DATA HOSTING. | B210 | 0.30 | 105.00 |
| 10/02/23 | DNR | CORRESPONDENCE WITH TITLE COMPANY, BROKER, AND TERESA E. GILTNER REGARDING ELECTRA CLOSING AND OUTSTANDING ITEMS FROM BUYER. | B130 | 0.50 | 175.00 |
| 10/02/23 | DNR | REPORT FOR CALL WITH COMPLIANCE TEAM. | B210 | 0.80 | 280.00 |
| 10/02/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON BANK ACCOUNT INFORMATION. | B210 | 0.10 | 35.00 |
| 10/02/23 | DNR | REVISE AND SEND LETTER TO MR. AND MRS. SAHOTA REGARDING REVISED PROFIT AND LOSS STATEMENT FOR BARRON PETROLEUM FOR 2022. | B240 | 0.20 | 70.00 |
| 10/02/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING LETTER TO SAHOTAS FOR 2022 TAX YEAR. | B240 | 0.10 | 35.00 |
| 10/02/23 | DNR | TELEPHONE CONFERENCE WITH ROYALTY OWNER REGARDING STATUS OF PRODUCTION. | B110 | 0.40 | 140.00 |
| 10/02/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING WELL SIGNS. | B210 | 0.30 | 105.00 |
| 10/02/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING INVESTOR-SPECIFIC INVESTMENT QUESTIONS. | B120 | 0.20 | 70.00 |

APP. 0827

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 3

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/02/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 10/02/23 | DNR | SEND RAILROAD COMMISSION MAIL RECEIVED TO COMPLIANCE TEAM. | B210 | 0.10 | 35.00 |
| 10/02/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING ROYALTY DISTRIBUTION REPORTS. | B210 | 0.20 | 70.00 |
| 10/02/23 | TEG | CONTINUE WORK ON ELECTRA CLOSING MATTERS. | B130 | 0.50 | 263.25 |
| 10/02/23 | PLH | REVIEW SEC COMPLAINT AND OTHER INFORMATION ON TRANSACTIONS AND PAYMENTS WITH TIEP INVESTORS IN CONNECTION WITH DRAFTING DEMAND LETTERS TO TIEP INVESTORS. | B120 | 1.20 | 653.40 |
| 10/02/23 | PLH | DRAFT FORM OF DEMAND LETTER FOR TIEP INVESTORS PAID BY HEARTLAND FUND III. | B120 | 1.30 | 707.85 |
| 10/03/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON OIL AND GAS OPERATOR ISSUES. | B210 | 0.40 | 140.00 |
| 10/03/23 | DNR | RECEIVE AND REVIEW OPERATIONS PERSONNEL PAYMENT SPREADSHEETS FROM AHUJA & CLARK. | B210 | 0.20 | 70.00 |
| 10/03/23 | DNR | TELEPHONE CONFERENCE WITH CONTRACT OPERATOR REGARDING OPERATING ENTITY ROYALTY ISSUES. | B210 | 0.20 | 70.00 |
| 10/03/23 | DNR | CORRESPONDENCE WITH INVESTOR COUNSEL REGARDING INVESTMENT-SPECIFIC QUESTIONS. | B110 | 0.40 | 140.00 |
| 10/03/23 | DNR | TELEPHONE CONFERENCE WITH VENDOR COUNSEL REGARDING QUESTIONS ON CLAIMS PROCESS; CORRESPONDENCE TO SAME REGARDING CLAIMS MOTION AND NOTICE OF HEARING. | B110 | 0.40 | 140.00 |
| 10/03/23 | DNR | RECEIVE AND REVIEW WESTERN ALLIANCE BANK STATEMENT; SEND TO AHUJA & CLARK. | B210 | 0.20 | 70.00 |
| 10/03/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING DISTRIBUTION REPORTS. | B210 | 0.20 | 70.00 |
| 10/03/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND AHUJA & CLARK REGARDING TAX AND ACCOUNTING ISSUES. | B240 | 0.50 | 175.00 |
| 10/03/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING GENERAL LAND OFFICE UNAPPLIED FUNDS. | B210 | 0.20 | 70.00 |
| 10/03/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER AND TITLE COMPANY REGARDING CLOSING DOCUMENTS FOR ELECTRA. | B130 | 0.40 | 140.00 |
| 10/03/23 | DNR | UPDATE DEBORAH D. WILLIAMSON ON CLOSING OF ELECTRA PROPERTY. | B130 | 0.10 | 35.00 |
| 10/03/23 | DNR | CORRESPONDENCE WITH AUCTIONEER REGARDING DATES FOR | B130 | 0.20 | 70.00 |

APP. 0828

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 4

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | SUBSEQUENT AUCTION. | | | |
| 10/03/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON OPTIONS FOR SALE OF JEWELRY. | B130 | 0.20 | 70.00 |
| 10/03/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING OFFER FOR ELDORADO RANCH. | B130 | 0.20 | 70.00 |
| 10/03/23 | DNR | CORRESPONDENCE TO TERESA E. GILTNER AND DEBORAH D. WILLIAMSON REGARDING ELDORADO APPRAISALS. | B130 | 0.10 | 35.00 |
| 10/03/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING WELL SIGNS. | B210 | 0.10 | 35.00 |
| 10/03/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON CLAIMS MOTION. | B110 | 0.20 | 70.00 |
| 10/03/23 | PLH | OFFICE CONFERENCES MS. WILLIAMSON ON ISSUES RELATED TO DEMAND LETTER TO TIEP INVESTORS, INCLUDING CLAIMS FOR INTEREST PAID BY PAR. | B120 | 0.60 | 326.70 |
| 10/03/23 | PLH | REVIEW TIEP INVESTOR PAYMENT INFORMATION FROM ACCOUNTANTS TO REVISED TIEP DEMAND LETTERS FOR TIEP INVESTORS TO ADDRESS PAYMENTS BY FUND III AND PAR. | B120 | 1.40 | 762.30 |
| 10/03/23 | PLH | REVIEW TUFTA PROVISIONS RELATED TO INSOLVENCY AND OFFICE CONFERENCE MS. WILLIAMSON ON SAME. | B120 | 0.40 | 217.80 |
| 10/04/23 | DNR | REVISE NOTICES OF ABANDONMENT; PREPARE EXHIBITS OF REMAINING WELLS FOR SAME OF ALL OPERATORS IN SEVEN COUNTIES. | B130 | 2.50 | 875.00 |
| 10/04/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING FINAL NOTICES OF ABANDONMENT AND EXHIBITS OF REMAINING WELLS. | B130 | 0.30 | 105.00 |
| 10/04/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 10/04/23 | DNR | DISCUSS COUNTEROFFER REGARDING ELDORADO WITH DEBORAH D. WILLIAMSON. | B130 | 0.10 | 35.00 |
| 10/04/23 | DNR | DISCUSS WITH TERESSA E. GILTNER CONTRACT FOR ELDORADO AND RESPONSES BACK TO SAME. | B130 | 0.30 | 105.00 |
| 10/04/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING ROYALTY OWNER QUESTION. | B210 | 0.10 | 35.00 |
| 10/04/23 | DNR | CORRESPONDENCE WITH POTENTIAL AUCTIONEER REGARDING ESTATE AUCTION. | B130 | 0.20 | 70.00 |
| 10/04/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING PREVIOUS COUNTEROFFER FOR ELDORADO. | B130 | 0.30 | 105.00 |
| 10/04/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER | B130 | 0.20 | 70.00 |

APP. 0829

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 5

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|------|-------------|------|-------|--------|
| | | REGARDING ELDORADO OFFERS. | | | |
| 10/04/23 | DNR | TELEPHONE CONFERENCE WITH OIL AND GAS COUNSEL REGARDING NOTICES OF ABANDONMENT AND EXHIBIT ITEMS OUTSTANDING. | B130 | 0.20 | 70.00 |
| 10/04/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING TIEP SPREADSHEET. | B120 | 0.20 | 70.00 |
| 10/04/23 | DNR | DISCUSS WITH PATRICK L. HUFFSTICKLER TIEP RECOVERY ITEMS. | B120 | 0.10 | 35.00 |
| 10/04/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR AND OIL AND GAS COUNSEL REGARDING ASSIGNMENT OF CERTAIN OIL AND GAS ASSETS. | B130 | 0.20 | 70.00 |
| 10/04/23 | DNR | TELEPHONE CONFERENCE WITH OIL AND GAS COUNSEL REGARDING ABANDONMENT NOTICES AND PROCESS. | B130 | 0.20 | 70.00 |
| 10/04/23 | PLH | REVIEW NEW INFORMATION FROM ACCOUNTANTS RELATED TO TIEP INVESTOR PAYMENTS FOR DEMAND LETTERS. | B120 | 0.80 | 435.60 |
| 10/04/23 | PLH | OFFICE CONFERENCE MS. BEHRENDS AND REVIEW E-MAILS ON TIEP INVESTOR PAYMENTS FROM MS. BEHRENDS AND MS. BREMER. | B120 | 0.30 | 163.35 |
| 10/04/23 | PLH | FURTHER REVISION TO TIEP DEMAND LETTERS FOR TIEP INVESTORS PAID BY FUND III AND PAR. | B120 | 1.20 | 653.40 |
| 10/04/23 | TEG | REVIEW / REVISE DRAFT FARM AND RANCH CONTRACT AND RELATED EXHIBITS / ADDENDUM, TELEPHONE CONFERENCES WITH D. BEHRENDS REGARDING SAME. | B130 | 2.00 | 1,053.00 |
| 10/04/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING ABANDONMENT AND ASSIGNMENT OF OIL AND GAS PROPERTIES ISSUES. | B130 | 0.50 | 175.00 |
| 10/04/23 | DNR | PREPARE FINAL ROYALTY PACKAGES FOR PANTHER CITY. | B130 | 2.50 | 875.00 |
| 10/05/23 | TEG | CONTINUE WORK ON FARM AND RANCH CONTRACT MATTERS. | B130 | 1.00 | 526.50 |
| 10/05/23 | DNR | CALL WITH COMPLIANCE TEAM REGARDING ABANDONMENT PROCESS AND FILINGS. | B130 | 0.60 | 210.00 |
| 10/05/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON ABANDONMENT NOTICES AND PACKAGES TO COUNTIES. | B130 | 0.20 | 70.00 |
| 10/05/23 | DNR | REVIEW COUNTEROFFER FOR ELDORADO; CORRESPONDENCE WITH TERESA E. GILTNER REGARDING NEXT STEPS. | B130 | 0.30 | 105.00 |
| 10/05/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING EDITS TO COUNTEROFFER FOR ELDORADO. | B130 | 0.10 | 35.00 |
| 10/05/23 | DNR | CORRESPONDENCE WITH BROKER AND TERESA E. GILTNER | B130 | 0.20 | 70.00 |

APP. 0830

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 6

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----------|------|-------|--------|
| | | REGARDING COUNTEROFFER AND NEXT STEPS FOR ELDORADO. | | | |
| 10/05/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.60 | 210.00 |
| 10/05/23 | DNR | RECEIVE AHUJA & CLARK QUARTERLY REPORT CONTENT FOR 3Q2023. | BT155 | 0.10 | 35.00 |
| 10/05/23 | DNR | RECEIVE VICKI PALMOUR CONSULTING QUARTERLY REPORT CONTENT FOR 3Q2023; CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING SAME. | BT155 | 0.20 | 70.00 |
| 10/05/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS MOTION QUESTIONS. | B110 | 0.10 | 35.00 |
| 10/05/23 | DNR | TELEPHONE CONFERENCE WITH FORMER VENDOR REGARDING QUESTIONS ON CLAIMS MOTION. | B110 | 0.10 | 35.00 |
| 10/05/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 10/05/23 | DNR | SEND COMPLIANCE TEAM RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.10 | 35.00 |
| 10/05/23 | DNR | RECEIVE AND PROCESS VENDOR INVOICES. | B210 | 0.30 | 105.00 |
| 10/05/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON CLAIMS PROCEDURE AND HEARING TIMELINE. | B110 | 0.10 | 35.00 |
| 10/05/23 | DNR | PREPARE FINAL ROYALTY PACKAGES FOR BARRON PETROLEUM. | B130 | 3.50 | 1,225.00 |
| 10/05/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING COLT ROYALTY ISSUES. | B210 | 0.30 | 105.00 |
| 10/05/23 | PLH | DRAFT DEMAND LETTER FOR TIEP  INVESTORS PAID BY PAR. | B120 | 1.20 | 653.40 |
| 10/06/23 | TEG | CONTINUE WORK ON FARM AND RANCH CONTRACT MATTERS. | B130 | 1.00 | 526.50 |
| 10/06/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING COLT REVENUE AND PRODUCTION ITEMS REGARDING SAME. | B210 | 0.80 | 280.00 |
| 10/06/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER AND BROKER REGARDING ELDORADO COUNTEROFFER AND EDITS TO SAME. | B130 | 0.50 | 175.00 |
| 10/06/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 10/06/23 | DNR | CORRESPONDENCE TO STRETTO REGARDING UPDATES TO CREDITOR MATRIX. | B310 | 0.10 | 35.00 |
| 10/06/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING WELL SIGNS. | B210 | 0.30 | 105.00 |
| 10/06/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING POTENTIAL CAUSES OF ACTION. | BT160 | 0.10 | 35.00 |
| 10/06/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID | BT160 | 0.30 | 105.00 |

APP. 0831

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 7

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| | | COLLINS REGARDING PRE-LITIGATION UPDATE. | | | |
| 10/06/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING ABANDONMENT PROCESS. | B130 | 0.40 | 140.00 |
| 10/06/23 | DNR | REVIEW CORRESPONDENCE TO ENERGYNET REGARDING RELEASE OF ASSIGNMENT. | B130 | 0.10 | 35.00 |
| 10/06/23 | PLH | REVIEW UPDATED PAYMENT INFORMATION FROM MS. BREMER AND UNDERLYING DOCUMENTATION ON SYSTEM IN CONNECTION WITH TIEP DEMAND LETTERS. | B120 | 0.80 | 435.60 |
| 10/06/23 | PLH | REVISE PAR PAYMENT DEMAND LETTER TO TIEP INVESTORS. | B120 | 0.60 | 326.70 |
| 10/06/23 | PLH | REVIEW OF POTENTIAL RECOVERY REMEDIES UNDER TUFTA FOR TIEP INVESTOR CLAIMS. | B120 | 0.50 | 272.25 |
| 10/07/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING PRODUCTION REVENUE PAYMENT INFORMATION. | B210 | 0.20 | 70.00 |
| 10/09/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS MOTION QUESTIONS. | B110 | 0.20 | 70.00 |
| 10/09/23 | DNR | CORRESPONDENCE FROM CONTRACT OPERATOR REGARDING QUARTERLY REPORT FOR 3Q2023. | BT155 | 0.10 | 35.00 |
| 10/09/23 | DNR | FINALIZE, COMPILE EXHIBITS, AND PROCESS NOTICES OF OIL AND GAS PROPERTY ABANDONMENT FOR STEPHENS, PALO PINTO, WICHITA, YOUNG, JACK, SUTTON, AND HARDEMAN COUNTIES; PREPARE AND SEND PACKAGES TO SAME FOR RECORDING. | B130 | 2.50 | 875.00 |
| 10/09/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING STATUS OF MEDIATION. | BT160 | 0.20 | 70.00 |
| 10/09/23 | DNR | NUMEROUS CALLS WITH TERESA E. GILTNER REGARDING COUNTEROFFER FOR ELDORADO RANCH. | B130 | 0.40 | 140.00 |
| 10/09/23 | DNR | CALL WITH AHUJA & CLARK AND STRETTO REGARDING TRANSACTION SCHEDULES. | B310 | 0.30 | 105.00 |
| 10/09/23 | DNR | CONTINUE SENDING FINAL ROYALTY PACKAGES FOR PANTHER CITY AND BARRON. | B210 | 2.00 | 700.00 |
| 10/09/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON COUNTEROFFER FOR ELDORADO AND ISSUES REGARDING SAME. | B130 | 0.50 | 175.00 |
| 10/09/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.00 | 350.00 |
| 10/09/23 | DNR | REPORT FOR CALL WITH COMPLIANCE TEAM. | B210 | 0.70 | 245.00 |
| 10/09/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING GENERAL LAND OFFICE REPORT EMAIL RECEIVED. | B210 | 0.20 | 70.00 |

APP. 0832

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 8

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/09/23 | DNR | CORRESPONDENCE FROM GENERAL LAND OFFICE REGARDING OUTSTANDING REPORT. | B210 | 0.10 | 35.00 |
| 10/09/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B110 | 0.50 | 175.00 |
| 10/09/23 | DNR | CORRESPONDENCE WITH LOCAL COUNSEL REGARDING HEARING ON OCTOBER 16, 2023. | B110 | 0.20 | 70.00 |
| 10/09/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER AND BROKER REGARDING RECEIVER'S COUNTEROFFER FOR ELDORADO. | B130 | 0.40 | 140.00 |
| 10/09/23 | DNR | TELEPHONE CONFERENCE WITH LOCAL COUNSEL REGARDING CLAIMS MOTION. | B310 | 0.10 | 35.00 |
| 10/09/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING NOTICE OF ABANDONMENT PACKAGES FOR 7 COUNTIES. | B130 | 0.10 | 35.00 |
| 10/09/23 | DNR | CORRESPONDENCE WITH DARRELL R. JONES REGARDING QUARTERLY REPORT. | BT155 | 0.20 | 70.00 |
| 10/09/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.10 | 35.00 |
| 10/09/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK AND STRETTO REGARDING SAMPLE TRANSACTION SCHEDULES AND ISSUES ON SAME. | B310 | 0.40 | 140.00 |
| 10/09/23 | PLH | REVIEW NEW INFORMATION FROM ACCOUNTANTS TO ADDRESS TIEP INVESTOR DEMAND LETTERS INCLUDING SOURCE OF PAYMENT INFORMATION. | B120 | 1.30 | 707.85 |
| 10/10/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND AHUJA & CLARK REGARDING DRAFT DECLARATION IN SUPPORT OF CLAIMS MOTION. | B310 | 0.50 | 175.00 |
| 10/10/23 | DNR | REVISE DRAFT DECLARATION IN SUPPORT OF CLAIMS MOTION. | B310 | 0.40 | 140.00 |
| 10/10/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON CLAIMS MOTION. | B110 | 0.10 | 35.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH FARMEE AND COUNSEL REGARDING FINAL ROYALTY PAYMENT LETTERS. | B130 | 0.20 | 70.00 |
| 10/10/23 | DNR | CORRESPONDENCE FROM CONTRACT OPERATOR REGARDING ELECTRIC METERS. | B210 | 0.10 | 35.00 |
| 10/10/23 | DNR | FINALIZE, COMPILE, AND FILE DECLARATION OF CAROLYN BREMER, CPA IN SUPPORT OF CLAIMS MOTION. | B310 | 0.20 | 70.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH OIL AND GAS COUNSEL AND DEBORAH D. WILLIAMSON REGARDING ABANDONMENT LETTERS TO RAILROAD COMMISSION AND GENERAL LAND OFFICE. | B130 | 0.20 | 70.00 |

APP. 0833

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 9

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/10/23 | DNR | TELEPHONE CONFERENCE WITH AUCTIONEER REGARDING PERSONAL PROPERTY AUCTION. | B130 | 0.20 | 70.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH LANDOWNER REGARDING OIL AND GAS ABANDONMENT. | B110 | 0.50 | 175.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH AUCTIONEER REGARDING ORDER ON PERSONAL PROPERTY SALE PROCEDURES AND NEXT STEPS. | B130 | 0.20 | 70.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING AUCTIONEER ENGAGEMENT. | B130 | 0.20 | 70.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING COUNTEROFFER FOR ELDORADO RANCH. | B130 | 0.40 | 140.00 |
| 10/10/23 | DNR | TELEPHONE CONFERENCES WITH VICKI PALMOUR CONSULTING REGARDING UPDATED SUSPENSE REPORTS; REVIEW SPREADSHEET ON SAME. | B210 | 0.50 | 175.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING TRANSACTION SCHEDULES AND REVIEW OF MATERIALS SENT. | B310 | 0.30 | 105.00 |
| 10/10/23 | DNR | DRAFT LETTER TO GENERAL LAND OFFICE REGARDING NOTICE OF ABANDONMENT. | B130 | 0.40 | 140.00 |
| 10/10/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.20 | 420.00 |
| 10/10/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON ELDORADO RANCH OFFERS. | B130 | 0.10 | 35.00 |
| 10/10/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON AND TERESA E. GILTNER REGARDING ELDORADO RANCH. | B130 | 0.20 | 70.00 |
| 10/10/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS MOTION QUESTIONS AND INVESTMENT INQUIRY. | B110 | 0.40 | 140.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING OUTSTANDING REVENUE. | B210 | 0.30 | 105.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING NEW SUSPENSE REPORTS AND FINAL ROYALTY DISTRIBUTION ITEMS FOR PANTHER CITY. | B210 | 0.40 | 140.00 |
| 10/10/23 | DNR | DRAFT DECLARATION OF CAROLYN BREMER OF AHUJA & CLARK IN SUPPORT OF CLAIMS MOTION. | B310 | 1.00 | 350.00 |
| 10/10/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B110 | 0.30 | 105.00 |
| 10/10/23 | DNR | TELEPHONE CONFERENCE WITH OIL AND GAS COUNSEL REGARDING NOTICES OF ABANDONMENT AND SUBMISSION TO GENERAL LAND OFFICE AND RAILROAD COMMISSION. | B130 | 0.20 | 70.00 |
| 10/10/23 | DNR | REVISE LETTER TO RAILROAD COMMISSION REGARDING | B130 | 0.30 | 105.00 |

APP. 0834

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 10

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | NOTICES OF ABANDONMENT. | | | |
| 10/10/23 | DNR | TELEPHONE CONFERENCE WITH REID COLLINS REGARDING MEDIATION STATUS. | BT160 | 0.20 | 70.00 |
| 10/10/23 | DNR | CALLS WITH DEBORAH D. WILLIAMSON AND AHUJA & CLARK REGARDING REVISIONS TO DRAFT DECLARATION IN SUPPORT OF CLAIMS MOTION. | B310 | 0.20 | 70.00 |
| 10/10/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON CLAIMS PROCESS AND MOTION. | B110 | 0.40 | 140.00 |
| 10/10/23 | DNR | CORRESPONDENCE FROM ENERGYNET REGARDING RELEASE OF ASSIGNMENT. | B130 | 0.10 | 35.00 |
| 10/10/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RELEASE OF ASSIGNMENTS AND NOTICES OF ABANDONMENT. | B130 | 0.10 | 35.00 |
| 10/10/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON CLAIMS PROCESS. | B110 | 0.10 | 35.00 |
| 10/10/23 | DNR | PREPARE AND FILE WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 16, 2023; COMPILE EXHIBITS FOR SAME. | B110 | 0.50 | 175.00 |
| 10/10/23 | DNR | SERVE EXHIBITS ON UNREPRESENTED PARTIES FOR HEARING ON OCTOBER 16, 2023. | B110 | 0.10 | 35.00 |
| 10/10/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING PRODUCTION STATEMENT FOR AUGUST 2023. | B210 | 0.20 | 70.00 |
| 10/11/23 | DNR | CORRESPONDENCE FROM BOND COMPANY REGARDING ARCOOIL CORP. | B210 | 0.10 | 35.00 |
| 10/11/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING ARCOOIL BOND. | B210 | 0.20 | 70.00 |
| 10/11/23 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING INVESTOR CORRESPONDENCE SUBMITTED TO JUDGE RAY. | B110 | 0.20 | 70.00 |
| 10/11/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING INVESTOR CORRESPONDENCE SUBMITTED TO JUDGE RAY. | B110 | 0.20 | 70.00 |
| 10/12/23 | PLH | REVIEW INFORMATION ON SOURCE OF PAYMENTS TO TIEP INVESTORS COMPILED BY ACCOUNTANTS AND DRAFT NUMEROUS DEMAND LETTERS TO INDIVIDUAL TIEP INVESTORS. | B120 | 5.80 | 3,158.10 |
| 10/12/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING ELDORADO COUNTER. | B130 | 0.20 | 70.00 |
| 10/12/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING NOTICE OF ABANDONMENT PROCESS. | B130 | 0.20 | 70.00 |

APP. 0835

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 11

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/12/23 | DNR | CORRESPONDENCE WITH GULF COAST AND CONTRACT OPERATOR REGARDING GAS STATEMENT. | B210 | 0.20 | 70.00 |
| 10/13/23 | PLH | REVIEW PAYMENT INFORMATION PREPARED BY ACCOUNTANTS AND CONTINUE PREPARATION OF NUMEROUS TIEP INVESTOR DEMAND LETTERS. | B120 | 3.60 | 1,960.20 |
| 10/13/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK AND STRETTO REGARDING TRANSACTION SCHEDULES OF INVESTORS. | B310 | 0.30 | 105.00 |
| 10/13/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.80 | 280.00 |
| 10/13/23 | DNR | RECEIVE AND REVIEW NEW FLUSH REPORTS FROM WOLFEPAK. | B210 | 0.20 | 70.00 |
| 10/13/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING ELDORADO RANCH AND OFFERS. | B130 | 0.30 | 105.00 |
| 10/13/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING DOCUMENT REQUESTS FOR QUARTERLY REPORT EXHIBIT. | BT155 | 0.20 | 70.00 |
| 10/16/23 | DNR | RECEIVE AND PROCESS UTILITY BILL FOR ELECTRA. | B210 | 0.20 | 70.00 |
| 10/16/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.80 | 280.00 |
| 10/16/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.10 | 35.00 |
| 10/16/23 | DNR | APPEAR BEFORE THE HONORABLE HAL R. RAY, JR. ON CLAIMS MOTION. | B310 | 0.90 | 315.00 |
| 10/16/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING ROYALTY OWNER CONTACT INFORMATION. | B210 | 0.10 | 35.00 |
| 10/16/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON 2023 TAX STATEMENT RECEIVED AND SOLD ASSETS. | B240 | 0.10 | 35.00 |
| 10/16/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS MOTION QUESTIONS. | B110 | 0.10 | 35.00 |
| 10/16/23 | DNR | CORRESPONDENCE TO SCHLEICHER CAD COUNSEL REGARDING 2023 TAX STATEMENT. | B240 | 0.10 | 35.00 |
| 10/16/23 | DNR | TELEPHONE CONFERENCE AND SUBSEQUENT CORRESPONDENCE WITH SCHLEICHER CAD REGARDING SALE OF ASSETS AND 2023 TAX STATEMENT. | B240 | 0.20 | 70.00 |
| 10/16/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.60 | 210.00 |
| 10/16/23 | DNR | RECEIVE AND REVIEW AUGUST 2023 STATEMENT FROM GULF COAST; SEND TO COMPLIANCE TEAM. | B210 | 0.20 | 70.00 |
| 10/16/23 | DNR | TELEPHONE CONFERENCE WITH MINERAL OWNER REGARDING FINAL ROYALTY PAYMENT. | B110 | 0.10 | 35.00 |
| 10/16/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER | B130 | 0.10 | 35.00 |

APP. 0836

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 12

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | REGARDING DOCUMENTS RECEIVED FROM TITLE COMPANY REGARDING ELECTRA SALE. | | | |
| 10/16/23 | DNR | RECEIVE AND REVIEW IBC BANK ACCOUNT ANALYSIS; SEND TO AHUJA & CLARK. | B210 | 0.20 | 70.00 |
| 10/16/23 | DNR | REPORT FOR CALL WITH COMPLIANCE TEAM. | B210 | 0.50 | 175.00 |
| 10/16/23 | DNR | PREPARE FOR HEARING ON CLAIMS MOTION. | B310 | 1.10 | 385.00 |
| 10/16/23 | DNR | REVIEW REPORT AND RECOMMENDATION FROM JUDGE RAY RECOMMENDING JUDGE O'CONNOR GRANT CLAIMS MOTION. | B310 | 0.10 | 35.00 |
| 10/16/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING SUSPENSE REPORTS. | B210 | 0.20 | 70.00 |
| 10/16/23 | DNR | CORRESPONDENCE WITH LANDOWNER REGARDING NOTICE OF ABANDONMENT. | B110 | 0.20 | 70.00 |
| 10/16/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR COUNSEL REGARDING POTENTIAL DISTRIBUTION ITEMS. | B110 | 0.30 | 105.00 |
| 10/16/23 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING CALL ON CASE STATUS. | B110 | 0.20 | 70.00 |
| 10/16/23 | DNR | PREPARE AND ISSUE FINAL ROYALTY PAYMENTS FOR PANTHER CITY. | B210 | 0.50 | 175.00 |
| 10/16/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON CLAIMS MOTION AND HEARING. | B110 | 0.10 | 35.00 |
| 10/16/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK AND STRETTO REGARDING TRANSACTION SCHEDULES. | B310 | 0.40 | 140.00 |
| 10/17/23 | PLH | REVIEW INFORMATION ON TIEP INVESTOR PAYMENTS FROM ACCOUNTANTS AND UNDERLYING TIEP INVESTOR RELATED DOCUMENTS AND PREPARE NUMEROUS TIEP INVESTOR DEMAND LETTERS. | B120 | 3.20 | 1,742.40 |
| 10/17/23 | DNR | REVIEW CORRESPONDENCE WITH REID COLLINS REGARDING QUESTIONS ON DOCUMENTS FROM OPPOSING COUNSEL. | BT160 | 0.50 | 175.00 |
| 10/17/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CREDITOR MATRIX UPDATE AND CLAIMS MOTION SERVICE REQUEST. | B310 | 0.20 | 70.00 |
| 10/17/23 | DNR | CORRESPONDENCE WITH OIL AND GAS COUNSEL REGARDING ABANDONMENT. | B130 | 0.20 | 70.00 |
| 10/17/23 | DNR | CORRESPONDENCE TO AHUJA & CLAKR REGARDING SOCIAL SECURITY ADMINISTRATION LETTER REGARDING MISSING WAGE REPORT FOR TAX YEAR 2021. | B240 | 0.10 | 35.00 |
| 10/17/23 | DNR | REVISE ABANDONMENT LETTERS TO RAILROAD COMMISSION AND GENERAL LAND OFFICE. | B130 | 0.60 | 210.00 |

APP. 0837

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 13

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/17/23 | DNR | TELEPHONE CONFERENCE WITH CONTRACT OPERATOR REGARDING OIL AND GAS ABANDONMENT. | B210 | 0.10 | 35.00 |
| 10/17/23 | DNR | TELEPHONE CONFERENCE WITH AUCTIONEER REGARDING MEETING FOR PERSONAL PROPERTY INSPECTION. | B130 | 0.10 | 35.00 |
| 10/17/23 | DNR | DISCUSS PAYMENT OF TAXES FOR 2023 WITH DEBORAH D. WILLIAMSON. | B240 | 0.20 | 70.00 |
| 10/17/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND AHUJA & CLARK REGARDING OUTSTANDING TAX AND ACCOUNTING ITEMS. | B240 | 0.40 | 140.00 |
| 10/17/23 | DNR | PREPARE AND SEND LETTER TO SOCIAL SECURITY ADMINISTRATION REGARDING RESPONSE OF RECEIVER TO CORRESPONDENCE. | B240 | 0.50 | 175.00 |
| 10/17/23 | DNR | FINALIZE, REVISE, AND SEND LETTER TO GENERAL LAND OFFICE REGARDING NOTICE OF ABANDONMENT AND CLAIMS PROCESS. | B130 | 0.40 | 140.00 |
| 10/17/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING SOCIAL SECURITY ADMINISTRATION RESPONSE LETTER OF THE RECEIVER. | B240 | 0.10 | 35.00 |
| 10/17/23 | DNR | FINALIZE, REVISE, AND SEND LETTER TO RAILROAD COMMISSION AND OFFICE OF ATTORNEY GENERAL REGARDING NOTICE OF ABANDONMENT AND CLAIMS PROCESS. | B130 | 0.70 | 245.00 |
| 10/17/23 | DNR | REVIEW LETTER RECEIVED BY AHUJA & CLARK FROM IRS REGARDING BARRON PETROLEUM. | B240 | 0.20 | 70.00 |
| 10/17/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING IRS MAIL RECEIVED. | B240 | 0.10 | 35.00 |
| 10/17/23 | DNR | CORRESPONDENCE TO RAILROAD COMMISSION AND OFFICE OF ATTORNEY GENERAL REGARDING ABANDONMENT NOTICES AND CLAIMS PROCESS. | B130 | 0.10 | 35.00 |
| 10/17/23 | DNR | CORRESPONDENCE FROM BUYER COUNSEL REGARDING ASSIGNMENT OF OIL AND GAS DOCUMENT. | B130 | 0.10 | 35.00 |
| 10/17/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.50 | 175.00 |
| 10/17/23 | DNR | CORRESPONDENCE WITH LANDOWNER REGARDING LEASES AND ABANDONMENT. | B110 | 0.50 | 175.00 |
| 10/17/23 | DNR | CORRESPONDENCE FROM STRETTO REGARDING VENDOR CLAIM RECEIVED AND REVIEW OF SAME. | B310 | 0.20 | 70.00 |
| 10/17/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING CLAIM SUBMITTED BY VENDOR. | B310 | 0.10 | 35.00 |

APP. 0838

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 14

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/17/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING TRANSACTION SCHEDULES. | B310 | 0.20 | 70.00 |
| 10/17/23 | DNR | CORRESPONDENCE TO AUCTIONEER REGARDING PERSONAL PROPERTY AUCTION. | B130 | 0.10 | 35.00 |
| 10/17/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING EXEMPTION EXPIRATION FOR ELDORADO. | B210 | 0.10 | 35.00 |
| 10/17/23 | DNR | REVIEW BANK DOCUMENTS AND PROVIDE INFORMATION TO AHUJA & CLARK TO COMPILE QUARTERLY REPORT EXHIBIT. | BT155 | 0.50 | 175.00 |
| 10/17/23 | DNR | TELEPHONE CONFERENCE WITH ROYALTY OWNER REGARDING FINAL ROYALTY PACKAGE AND QUESTIONS ON ABANDONMENT. | B110 | 0.20 | 70.00 |
| 10/17/23 | DNR | CORRESPONDENCE WITH OIL AND GAS COUNSEL REGARDING MINERAL TAX STATEMENTS FOR 2023. | B240 | 0.20 | 70.00 |
| 10/17/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING NOTICES OF ABANDONMENT LETTERS. | B130 | 0.20 | 70.00 |
| 10/17/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.60 | 210.00 |
| 10/17/23 | DNR | PROCESS AND SEND 2023 TAX STATEMENT PACKAGE TO CITY OF QUANAH AND QUANAH ISD. | B240 | 0.40 | 140.00 |
| 10/17/23 | DNR | PROCESS AND SEND 2023 TAX STATEMENT PACKAGE TO HARDEMAN COUNTY TAX OFFICE. | B240 | 0.40 | 140.00 |
| 10/17/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING INVESTORS AND SPECIFIC INVESTMENTS LOG. | B310 | 0.20 | 70.00 |
| 10/17/23 | DNR | RECEIVE AND REVIEW UPDATED SUSPENSE LISTING FOR PANTHER CITY. | B130 | 0.30 | 105.00 |
| 10/18/23 | TED | ADDRESS INVESTOR INQUIRIES. | B110 | 0.20 | 51.30 |
| 10/18/23 | PLH | PREPARE TRACKING CHART FOR TIEP CLAIMS. | B120 | 0.90 | 490.05 |
| 10/18/23 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING UPDATE CALL. | B110 | 0.20 | 70.00 |
| 10/18/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK AND STRETTO REGARDING INVESTOR MATRIX AND TRANSACTION SCHEDULE ITEMS. | B310 | 0.20 | 70.00 |
| 10/18/23 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING LITIGATION FILED OUTSIDE RECEIVERSHIP CASE. | B110 | 0.20 | 70.00 |
| 10/18/23 | DNR | CALL WITH AHUJA & CLARK AND DEBORAH D. WILLIAMSON REGARDING IRS MAIL RECEIVED AND NEXT STEPS. | B240 | 0.50 | 175.00 |
| 10/18/23 | DNR | RECEIVE AND REVIEW UPDATED ROYALTY PRODUCTION | B210 | 0.30 | 105.00 |

APP. 0839

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 15

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | REPORT FROM VICKI PALMOUR CONSULTING. | | | |
| 10/18/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING INTEREST PAYMENT CALCULATION. | B120 | 0.10 | 35.00 |
| 10/18/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING REQUESTS OF OPPOSING COUNSEL. | BT160 | 0.70 | 245.00 |
| 10/18/23 | DNR | CORRESPONDENCE WITH LITIGATION SUPPORT REGARDING DATA HOSTING AND MIGRATION. | BT150 | 0.20 | 70.00 |
| 10/18/23 | DNR | PROCESS AND SEND 2023 TAX STATEMENT PACKAGE TO CROCKETT COUNTY TAX OFFICE. | B240 | 0.30 | 105.00 |
| 10/18/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING SUSPENSE REPORTS. | B210 | 0.20 | 70.00 |
| 10/18/23 | DNR | PROCESS AND SEND 2023 TAX STATEMENTS PACKAGE TO PALO PINTO COUNTY TAX OFFICE. | B240 | 0.30 | 105.00 |
| 10/18/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING BAHAMAS DEMAND LETTERS. | B120 | 0.10 | 35.00 |
| 10/18/23 | DNR | CORRESPONDENCE WITH INVESTOR COUNSEL REGARDING CALL REQUEST AND COMPLAINT. | B110 | 0.20 | 70.00 |
| 10/18/23 | DNR | PREPARE AND SEND LETTER TO COMPTROLLER REGARDING NOTICES OF ABANDONMENT AND CLAIMS PROCESS. | B130 | 0.60 | 210.00 |
| 10/18/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS HEARING OUTCOME. | B110 | 0.10 | 35.00 |
| 10/18/23 | DNR | MEETING WITH AUCTIONEER REGARDING PERSONAL PROPERTY ITEMS. | B130 | 0.30 | 105.00 |
| 10/18/23 | DNR | CORRESPONDENCE WITH BUYER COUNSEL REGARDING MOTION, ORDER, AND NOTICES OF ABANDONMENT. | B130 | 0.40 | 140.00 |
| 10/18/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING LETTERS REGARDING NOTICES OF ABANDONMENT. | B130 | 0.10 | 35.00 |
| 10/18/23 | DNR | CALL WITH DEBORAH D. WILLLIAMSON AND SEC COUNSEL REGARDING CASE UPDATE. | B110 | 1.00 | 350.00 |
| 10/18/23 | DNR | CORRESPONDENCE TO COMPTROLLER COUNSEL REGARDING LETTER ON ABANDONMENT AND CLAIMS PROCESSES. | B130 | 0.10 | 35.00 |
| 10/18/23 | DNR | CORRESPONDENCE WITH RECEIVER TEAM REGARDING OPPOSING COUNSEL QUESTIONS. | BT160 | 0.50 | 175.00 |
| 10/18/23 | DNR | PROCESS AND SEND 2023 TAX STATEMENT PACKAGE TO SUTTON COUNTY. | B240 | 0.40 | 140.00 |
| 10/18/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |

APP. 0840

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 16

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/18/23 | DNR | RECEIVE AND REVIEW UPDATED SUSPENSE REPORT FOR PANTHER CITY. | B210 | 0.20 | 70.00 |
| 10/18/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR COUNSEL REGARDING COMPLAINT FILED AGAINST RECEIVERSHIP PARTY. | B110 | 0.20 | 70.00 |
| 10/18/23 | DNR | CALL WITH THERESA DICK REGARDING INVESTOR CALLS AND CLAIMS MOTION HEARING UPDATE. | B110 | 0.20 | 70.00 |
| 10/18/23 | DNR | DISCUSS WITH RECEIVER BUYER COUNSEL CORRESPONDENCE. | B130 | 0.30 | 105.00 |
| 10/18/23 | DNR | DRAFT AND SEND LETTER TO INVESTOR COUNSEL REGARDING STAY PROVISION AND VIOLATION OF RECEIVERSHIP ORDER. | B110 | 0.60 | 210.00 |
| 10/19/23 | PLH | REVIEW INFORMATION FROM ACCOUNTANTS AND FINALIZE NUMEROUS TIEP INVESTOR DEMAND LETTERS. | B120 | 2.40 | 1,306.80 |
| 10/19/23 | PLH | OFFICE CONFERENCE WITH MS. BEHRENDS ON TIEP INVESTOR DEMAND LETTER ISSUES. | B120 | 0.40 | 217.80 |
| 10/19/23 | DNR | CORRESPONDENCE WITH INVESTOR COUNSEL ON CORRESPONDENCE ON BEHALF OF RECEIVER. | B110 | 0.20 | 70.00 |
| 10/19/23 | DNR | TELEPHONE CONFERENCE WITH BROKER REGARDING ELDORADO RANCH. | B130 | 0.20 | 70.00 |
| 10/19/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING ELDORADO RANCH STATUS. | B130 | 0.10 | 35.00 |
| 10/19/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING CLEANUP MEMORANDUM. | B210 | 0.20 | 70.00 |
| 10/19/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING ELDORADO COUNTEROFFER. | B130 | 0.20 | 70.00 |
| 10/19/23 | DNR | REVIEW ENVIRONMENTAL MEMORANDUM. | B210 | 0.20 | 70.00 |
| 10/19/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.60 | 210.00 |
| 10/19/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING OUTCOME OF CLAIMS MOTION HEARING. | B110 | 0.10 | 35.00 |
| 10/19/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING REVISED TRANSACTION SCHEDULES; REVIEW AND PROVIDE COMMENTS ON SAME. | B310 | 0.50 | 175.00 |
| 10/19/23 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING BANK RECORDS. | B120 | 0.20 | 70.00 |
| 10/19/23 | DNR | TELEPHONE CONFERENCE WITH CONTRACT OPERATOR REGARDING CLEANUP STATUS. | B210 | 0.10 | 35.00 |
| 10/19/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING INVESTOR CLAIM SPREADSHEET ITEMS. | B310 | 0.20 | 70.00 |

APP. 0841

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 17

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/19/23 | DNR | CORRESPONDENCE TO BOND COMPANY REGARDING NON-RENEWAL OF BONDS AND NOTICES OF ABANDONMENT. | B130 | 0.40 | 140.00 |
| 10/19/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.50 | 175.00 |
| 10/19/23 | DNR | TELEPHONE CONFERENCE WITH JACK COUNTY CLERK REGARDING RETURNED RECORDING PACKAGE. | B130 | 0.10 | 35.00 |
| 10/19/23 | DNR | PREPARE AND REISSUE NOTICE OF ABANDONMENT PACKAGE TO JACK COUNTY CLERK. | B130 | 0.30 | 105.00 |
| 10/19/23 | DNR | CORRESPONDENCE WITH AUCTIONEER REGARDING UPCOMING PERSONAL PROPERTY AUCTIONS. | B130 | 0.40 | 140.00 |
| 10/19/23 | DNR | CORRESPONDENCE TO IRS APPEALS OFFICER REGARDING LETTER RECEIVED FOR BARRON PETROLEUM. | B240 | 0.10 | 35.00 |
| 10/19/23 | DNR | PREPARE QUARTERLY REPORT FOR 3Q2023. | BT155 | 3.50 | 1,225.00 |
| 10/20/23 | PLH | REVIEW INFORMATION ON TIEP INVESTORS NOT PARTY TO ASSIGNMENT AGREEMENTS FOR DEMAND LETTERS TO SUCH TIEP INVESTORS. | B120 | 0.80 | 435.60 |
| 10/22/23 | DNR | BEGIN PROCESSING FINAL DISTRIBUTION PAYMENTS FOR PANTHER CITY ON UPDATED SUSPENSE LIST. | B210 | 2.50 | 875.00 |
| 10/23/23 | DNR | RECEIVE AND PROCESS CONTRACT OPERATOR'S SEPTEMBER 2023 INVOICE. | B210 | 0.20 | 70.00 |
| 10/23/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 10/23/23 | DNR | PROCESS AND SEND 2023 TAX STATEMENT PACKAGE TO STEPHENS COUNTY TAX OFFICE. | B240 | 0.40 | 140.00 |
| 10/23/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING SEPTEMBER 2023 INVOICE. | B210 | 0.20 | 70.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING OUTCOME OF CLAIMS MOTION HEARING. | B110 | 0.10 | 35.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON PROPOSED CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 10/23/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING DOCUMENT REQUESTS OF OPPOSING COUNSEL. | BT160 | 0.20 | 70.00 |
| 10/23/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.70 | 245.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH ROYALTY OWNER REGARDING DIVISION ORDER PACKAGE. | B110 | 0.20 | 70.00 |
| 10/23/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING INVESTMENT AND ADVISOR ANALYSIS. | B120 | 0.10 | 35.00 |
| 10/23/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING | B210 | 0.20 | 70.00 |

APP. 0842

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 18

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----------|------|-------|--------|
| | | REGARDING TAX ID INFORMATION FOR ROYALTY OWNER. | | | |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON CLAIMS MOTION HEARING. | B110 | 0.10 | 35.00 |
| 10/23/23 | DNR | CONTINUE DRAFTING QUARTERLY REPORT FOR 3Q2023. | BT155 | 1.00 | 350.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS MOTION QUESTIONS. | B110 | 0.10 | 35.00 |
| 10/23/23 | DNR | RECEIVE AND REVIEW REVISED DALLAS RESOURCES FRANCHISE TAX RETURN. | B240 | 0.20 | 70.00 |
| 10/23/23 | DNR | REVIEW DRAFT FRANCHISE TAX REPORTS AND RETURNS FROM AHUJA & CLARK; DISCUSS BRIEFLY WITH DEBORAH D. WILLIAMSON. | B240 | 0.40 | 140.00 |
| 10/23/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND AHUJA & CLARK REGARDING TEXAS FRANCHISE TAX RETURNS AND COMMENTS TO SAME. | B240 | 0.40 | 140.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING COMMENTS ON LATEST SUSPENSE REPORT FOR PANTHER CITY. | B210 | 0.10 | 35.00 |
| 10/23/23 | DNR | RESEARCH AND PROVIDE INFORMATION TO VICKI PALMOUR CONSULTING FOR REVISED SUSPENSE REPORT FOR PANTHER CITY. | B210 | 0.80 | 280.00 |
| 10/23/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING UPDATING INVESTOR INFORMATION ON MATRIX. | B310 | 0.10 | 35.00 |
| 10/23/23 | DNR | RECEIVE AND REVIEW DEED AND FIELD NOTES FROM BROKER REGARDING ELDORADO. | B130 | 0.10 | 35.00 |
| 10/23/23 | DNR | CORRESPONDENCE TO BROKER REGARDING ELDORADO APPRAISALS. | B130 | 0.10 | 35.00 |
| 10/23/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON, TERESA E. GILTNER, AND BROKER REGARDING ELDORADO PROPERTY. | B130 | 0.50 | 175.00 |
| 10/23/23 | DNR | PROCESS AND SEND 2023 TAX STATEMENT PACKAGES TO VAL VERDE COUNTY TAX OFFICE. | B240 | 0.50 | 175.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING ELDORADO TITLE SEARCH. | B130 | 0.10 | 35.00 |
| 10/23/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING FINAL TEXAS FRANCHISE TAX RETURNS. | B240 | 0.20 | 70.00 |
| 10/23/23 | TEG | TELEPHONE CONFERENCE WITH D. WILLIAMSON, D. BEHRENDS, AND BROKER REGARDING ELDORADO RANCH. | B130 | 0.50 | 263.25 |
| 10/23/23 | TEG | BEGIN TITLE RESEARCH REGARDING ELDORADO RANCH. | B130 | 1.20 | 631.80 |

APP. 0843

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 19

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/23/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING COMPLIANCE CALL. | B210 | 0.20 | 70.00 |
| 10/23/23 | DNR | PREPARE AND REISSUE NOTICE OF ABANDONMENT PACKAGES TO PALO PINTO COUNTY CLERK AT DIRECTION OF CLERK. | B130 | 0.40 | 140.00 |
| 10/23/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL. | B210 | 0.10 | 35.00 |
| 10/23/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND SEC COUNSEL REGARDING POTENTIAL CAUSES OF ACTION. | BT160 | 0.40 | 140.00 |
| 10/23/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON ELDORADO PROPERTY. | B130 | 0.20 | 70.00 |
| 10/23/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING REVISED TRANSACTION SCHEDULES. | B310 | 0.20 | 70.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING MAILING ADDRESS FOR NOTICES. | B110 | 0.10 | 35.00 |
| 10/23/23 | DNR | CORRESPONDENCE WITH INVESTOR COUNSEL REGARDING DISMISSAL OF RECEIVERSHIP PARTY FROM COMPLAINT. | B110 | 0.30 | 105.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING REVISION TO COUNTEROFFER FOR ELDORADO. | B130 | 0.10 | 35.00 |
| 10/23/23 | DNR | REVIEW DALLAS RESOURCES FRANCHISE TAX BACKUP. | B240 | 0.10 | 35.00 |
| 10/23/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING FRANCHISE TAX RETURNS AND UPDATED MATERIALS. | B240 | 0.20 | 70.00 |
| 10/23/23 | DNR | REVIEW CORRESPONDENCE TO COMPTROLLER REGARDING FRANCHISE TAX RETURN SUBMISSIONS. | B240 | 0.10 | 35.00 |
| 10/23/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING OUTCOME OF CLAIMS MOTION HEARING. | B110 | 0.20 | 70.00 |
| 10/23/23 | PLH | OFFICE CONFERENCE MS. BEHRENDS ON OBTAINING ACCURATE CONTACT INFORMATION FOR CERTAIN TIEP INVESTORS FOR DEMAND LETTERS. | B120 | 0.30 | 163.35 |
| 10/23/23 | PLH | PREPARE DEMAND LETTERS FOR TRANSFER RECIPIENTS WITHOUT TIEP ASSIGNMENT AGREEMENTS  AND NO OTHER KNOWN BASIS FOR TRANSFERS. | B120 | 1.30 | 707.85 |
| 10/23/23 | TED | ADDRESS INVESTOR INQUIRIES. | B110 | 0.10 | 25.65 |
| 10/24/23 | DNR | CORRESPONDENCE FROM CONTRACT PUMPER REGARDING CLEANUP INVOICE; CORRESPONDENCE TO CONTRACT OPERATOR REGARDING SAME. | B210 | 0.20 | 70.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING FRANCHISE TAX FILING FORMS. | B240 | 0.30 | 105.00 |

APP. 0844

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 20

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/24/23 | DNR | DRAFT LETTER TO COMPTROLLER REGARDING TEXAS FRANCHISE TAX RETURNS AND PAYMENT. | B240 | 0.20 | 70.00 |
| 10/24/23 | DNR | DRAFT, COMPILE, AND FILE NOTICE OF PROPOSED PERSONAL PROPERTY AUCTION ON DECEMBER 2, 2023. | B130 | 0.40 | 140.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING AUCTION NOTICES. | B130 | 0.20 | 70.00 |
| 10/24/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 10/24/23 | DNR | TELEPHONE CONFERENCE WITH OIL AND GAS COUNSEL REGARDING NOTICES OF ABANDONMENT. | B130 | 0.20 | 70.00 |
| 10/24/23 | DNR | TELEPHONE CONFERENCE WITH OFFICE OF THE ATTORNEY GENERAL REGARDING NOTICES OF ABANDONMENT. | B130 | 0.10 | 35.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING INVESTOR MATRIX ANALYSIS. | B310 | 0.20 | 70.00 |
| 10/24/23 | DNR | TELEPHONE CONFERENCE WITH CONTRACT OPERATOR REGARDING RAILROAD COMMISSION REINSPECTION STATUS. | B210 | 0.20 | 70.00 |
| 10/24/23 | DNR | PREPARE AND SEND FINAL ROYALTY PACKAGES FOR PANTHER CITY. | B210 | 2.50 | 875.00 |
| 10/24/23 | DNR | RECEIVE AND REVIEW SEPTEMBER 2023 STATEMENT FROM GULF COAST; SEND TO COMPLIANCE TEAM. | B210 | 0.20 | 70.00 |
| 10/24/23 | DNR | CORRESPONDENCE FROM COMPTROLLER REGARDING FRANCHISE TAX PAYMENT. | B240 | 0.10 | 35.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING UPDATING INVESTOR INFORMATION. | B310 | 0.20 | 70.00 |
| 10/24/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.90 | 315.00 |
| 10/24/23 | DNR | REVIEW REVISED FRANCHISE TAX RETURNS AND FORMS. | B240 | 0.40 | 140.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING RAILROAD COMMISSION DISTRICT CONTACTS AND NOTICES OF ABANDONMENT ITEMS. | B130 | 0.30 | 105.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH IRS COUNSEL REGARDING STATUS OF STIPULATION/NEXT STEPS. | B240 | 0.20 | 70.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH AUCTIONEER REGARDING INVENTORY LIST; REVIEW SAME FOR UPCOMING AUCTIONS. | B130 | 0.30 | 105.00 |
| 10/24/23 | DNR | DRAFT, COMPILE, AND FILE NOTICE OF PROPOSED PERSONAL PROPERTY AUCTION ON JANUARY 1, 2024. | B130 | 0.40 | 140.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING NON-INVESTOR MATRIX. | B310 | 0.20 | 70.00 |

APP. 0845

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 21

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/24/23 | DNR | TELEPHONE CONFERENCE WITH IOWA REGULATOR COUNSEL REGARDING CASE STATUS. | B110 | 0.40 | 140.00 |
| 10/24/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS MOTION HEARING OUTCOME. | B110 | 0.20 | 70.00 |
| 10/24/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING REGULATOR CALL AND REQUESTS. | B110 | 0.20 | 70.00 |
| 10/24/23 | DNR | TELEPHONE CONFERENCES WITH DEBORAH D. WILLIAMSON REGARDING NOTICES OF ABANDONMENT. | B130 | 0.30 | 105.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH OFFICE OF THE ATTORNEY GENERAL REGARDING LETTERS REGARDING NOTICES OF ABANDONMENT AND CLAIMS PROCESS. | B310 | 0.40 | 140.00 |
| 10/24/23 | DNR | CORRESPONDENCE TO FARMEE AND COUNSEL REGARDING SEPTEMBER 2023 STATEMENT FROM GULF COAST. | B210 | 0.10 | 35.00 |
| 10/24/23 | DNR | PREPARE ADDITIONAL NOTICE OF ABANDONMENT PACKAGES FOR YOUNG, SUTTON, STEPHENS, WICHITA, AND HARDEMAN COUNTIES. | B130 | 0.80 | 280.00 |
| 10/24/23 | DNR | CORRESPONDENCE WITH IRS COUNSEL REGARDING FEDERAL TAX LIEN HEARING ISSUES. | B240 | 0.10 | 35.00 |
| 10/24/23 | DNR | RESEARCH INFORMATION FOR TIEP DEMAND LETTERS. | B120 | 0.40 | 140.00 |
| 10/24/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING BARRON SUSPENSE REPORT. | B210 | 0.10 | 35.00 |
| 10/24/23 | PLH | OFFICE CONFERENCE WITH MS. BEHRENDS REGARDING METHOD FOR DETERMINATION OF ADDRESSES FOR SEVERAL TIEP INVESTORS WHERE ACCOUNTANTS HAD NO ADDRESS INFORMATION FOR SUCH PARTIES. | B120 | 0.40 | 217.80 |
| 10/24/23 | PLH | REVIEW INFORMATION AND DOCUMENTS RELATED TO TIEP INVESTORS TO ADDRESS DEMAND LETTERS TO PARTIES WITH UNKNOWN ADDRESSES. | B120 | 0.80 | 435.60 |
| 10/24/23 | PLH | REVISE DEMAND LETTERS FOR SEVERAL TIEP INVESTORS WHERE BASIS FOR PAYMENTS TO SUCH PARTIES IS UNCERTAIN. | B120 | 1.20 | 653.40 |
| 10/25/23 | TEG | CONFERENCE CALL REGARDING ELDORADO RANCH SALE, RELATED DOCUMENTS. | B130 | 0.50 | 263.25 |
| 10/25/23 | TEG | REVISE ADDENDUM. | B130 | 0.50 | 263.25 |
| 10/25/23 | TEG | BEGIN REVIEW OF UPDATED CONTRACT. | B130 | 0.50 | 263.25 |
| 10/25/23 | PLH | REVIEW ADDRESS INFORMATION AND CONFIRM SAME FOR ADDITIONAL TIEP INVESTOR DEMAND LETTERS. | B120 | 1.00 | 544.50 |

APP. 0846

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 22

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/25/23 | PLH | DRAFT ADDITIONAL TIEP DEMAND LETTERS FOR PARTIES WITH RECENTLY DISCOVERED ADDRESSES. | B120 | 1.40 | 762.30 |
| 10/25/23 | PLH | OFFICE CONFERENCES WITH MS. BEHRENDS ON ADDITIONAL TIEP DEMAND LETTERS AND NEW ADDRESS INFORMATION. | B120 | 0.40 | 217.80 |
| 10/25/23 | PLH | TELEPHONE CONFERENCE WITH MS. BAZEMORE ON TIEP DEMAND LETTER AND POTENTIAL CLAIMS ASSERTED AND FACTS RELATED TO SUCH CLAIMS. | B120 | 0.50 | 272.25 |
| 10/25/23 | PLH | OFFICE CONFERENCE WITH MS. BEHRENDS REGARDING CLAIMS AGAINST THE TIEP INVESTORS AND UNDERLYING FACTS AND ISSUES RELATED TO SUCH CLAIMS. | B120 | 0.30 | 163.35 |
| 10/25/23 | PLH | UPDATE CALL LOG FOR CALL WITH MS. BAZEMORE. | B120 | 0.10 | 54.45 |
| 10/25/23 | DNR | DISCUSS AND PROCESS 2023 TEXAS FRANCHISE TAX RETURNS WITH DEBORAH D. WILLIAMSON. | B240 | 0.20 | 70.00 |
| 10/25/23 | DNR | PREPARE AND SEND TO AHUJA & CLARK PACKAGE OF TEXAS WEBFILE AUTHORIZATION FORMS. | B240 | 0.20 | 70.00 |
| 10/25/23 | DNR | TELEPHONE CONFERENCE WITH IRS COUNSEL REGARDING BARRON PETROLEUM TIN. | B240 | 0.10 | 35.00 |
| 10/25/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING SIGNED FRANCHISE FILING FORMS AND TAX RETURNS. | B240 | 0.10 | 35.00 |
| 10/25/23 | DNR | TELEPHONE CONFERENCE WITH AHUJA & CLARK REGARDING CALL WITH IRS COUNSEL. | B240 | 0.10 | 35.00 |
| 10/25/23 | DNR | CORRESPONDENCE TO DEBORAH D. WILLIAMSON REGARDING RAILROAD COMMISSION EMAILS AND NOTICES OF ABANDONMENT. | B130 | 0.10 | 35.00 |
| 10/25/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING AG EXEMPTION AND ELDORADO. | B210 | 0.40 | 140.00 |
| 10/25/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 10/25/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON ELDORADO OFFERS AND APPRAISAL VALUES. | B130 | 0.20 | 70.00 |
| 10/25/23 | DNR | TELEPHONE CONFERENCE WITH SWTEC REGARDING AG EXEMPTION AND QUESTIONS ON ELECTRICITY BILL. | B210 | 0.10 | 35.00 |
| 10/25/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON, TERESA E. GILTNER, AND BROKER REGARDING ELDORADO RANCH AND SALE ITEMS. | B130 | 0.80 | 280.00 |
| 10/25/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING ELDORADO TITLE DOCUMENTS. | B130 | 0.20 | 70.00 |
| 10/25/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.30 | 105.00 |

APP. 0847

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 23

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/25/23 | DNR | CORRESPONDENCE WITH BROKER, TERESA E. GILTNER, AND DEBORAH D. WILLIAMSON REGARDING REVISED ELDORADO COUNTEROFFER AND SALE DOCUMENTS. | B130 | 0.50 | 175.00 |
| 10/25/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING FARMEE UPDATE. | B130 | 0.10 | 35.00 |
| 10/25/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING EXHIBIT TO QUARTERLY REPORT. | BT155 | 0.10 | 35.00 |
| 10/25/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING STATUS OF MEDIATION. | BT160 | 0.30 | 105.00 |
| 10/25/23 | DNR | RECEIVE AND REVIEW UPDATE FROM FARMEE. | B130 | 0.10 | 35.00 |
| 10/26/23 | PLH | REVIEW MESSAGES FROM TIEP INVESTORS WHO RECEIVED DEMAND LETTERS. | B120 | 0.20 | 108.90 |
| 10/26/23 | PLH | REVIEW ADDITIONAL INFORMATION ON TIEP INVESTORS RELATED TO UNKNOWN ADDRESSES FOR DEMAND LETTERS. | B120 | 0.70 | 381.15 |
| 10/26/23 | PLH | OFFICE CONFERENCE AND EMAIL MS. BEHRENDS ON TIEP INVESTOR DEMAND LETTER ISSUES, INCLUDING DETERMINING ADDRESSES AND INFORMATION ON FINANCIAL ACCOUNTS WHERE PAYMENTS SENT. | B120 | 0.60 | 326.70 |
| 10/26/23 | PLH | REVIEW FINANCIAL ACCOUNT INFORMATION RELATED TO TIEP INVESTORS IN CONNECTION WITH TIEP DEMAND LETTERS AND POTENTIAL SETTLEMENT OF CLAIMS. | B120 | 0.80 | 435.60 |
| 10/26/23 | DNR | CORRESPONDENCE FROM IRS COUNSEL REGARDING STATUS OF INSOLVENCY CONTACT DESIGNATION. | B240 | 0.10 | 35.00 |
| 10/26/23 | DNR | DRAFT NOTICE OF PROPOSED SALE OF REAL PROPERTY REGARDING ELDORADO. | B130 | 0.30 | 105.00 |
| 10/26/23 | DNR | TELEPHONE CONFERENCE WITH PALO PINTO COUNTY CLERK REGARDING NOTICES OF ABANDONMENT. | B110 | 0.20 | 70.00 |
| 10/26/23 | DNR | CORRESPONDENCE WITH REID COLLINS AND DEBORAH D. WILLIAMSON REGARDING TOLLING AGREEMENT EXTENSION; REVIEW SAME. | BT160 | 0.30 | 105.00 |
| 10/26/23 | DNR | RECEIVE EXECUTED CONTRACT FOR ELDORADO; CORRESPONDENCE WITH TERESA E. GILTNER REGARDING SAME. | B130 | 0.20 | 70.00 |
| 10/26/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING EDITS TO ELDORADO CONTRACT. | B130 | 0.40 | 140.00 |
| 10/26/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING EXHIBIT TO QUARTERLY REPORT AND BACKUP FOR SAME. | BT155 | 0.30 | 105.00 |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

APP. 0848

# Dykema

| | |
|---|---|
| DEBORAH D WILLIAMSON<br>DEBORAH WILLIAMSON | MATTER #: 122686.000002<br>INVOICE #: 3567330<br>PAGE 24 |

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/26/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL. | B210 | 0.30 | 105.00 |
| 10/26/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 10/26/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING TIMELINE FOR NOTICE OF PROPOSED SALE OF REAL PROPERTY. | B130 | 0.10 | 35.00 |
| 10/26/23 | DNR | RECEIVE UPDATED CONTRACT FOR ELDORADO. | B130 | 0.10 | 35.00 |
| 10/26/23 | DNR | RECEIVE AND REVIEW UPDATED SUSPENSE LIST AND ROYALTY DISTRIBUTION REPORT FOR PANTHER CITY FROM VICKI PALMOUR CONSULTING. | B210 | 0.40 | 140.00 |
| 10/26/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON AND PROCESS SIGNED ELDORADO CONTRACT WITH ADDENDUM. | B130 | 0.20 | 70.00 |
| 10/26/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER AND BROKER REGARDING ELDORADO FINAL CONTRACT AND ADDENDUM. | B130 | 0.20 | 70.00 |
| 10/26/23 | DNR | CORRESPONDENCE TO AUCTIONEER REGARDING FILED AUCTION NOTICES. | B130 | 0.10 | 35.00 |
| 10/26/23 | DNR | CORRESPONDENCE WITH VENDOR REGARDING CLAIMS PROCESS. | B110 | 0.40 | 140.00 |
| 10/26/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING INVESTOR MATRIX AND RECONCILIATION ITEMS. | B310 | 0.40 | 140.00 |
| 10/26/23 | DNR | CORRESPONDENCE TO IBC BANK REGARDING CHECKS. | B210 | 0.10 | 35.00 |
| 10/26/23 | DNR | TELEPHONE CONFERENCE WITH VENDOR REGARDING CLAIMS PROCESS. | B110 | 0.20 | 70.00 |
| 10/26/23 | DNR | RECEIVE AND REVIEW GAS STATEMENT FOR SEPTEMBER 2023; SEND TO COMPLIANCE TEAM. | B210 | 0.20 | 70.00 |
| 10/26/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 10/26/23 | DNR | CALL WITH AHUJA & CLARK AND STRETTO REGARDING INVESTOR NOTICING AND RECONCILIATION OF MATRICES FOR INVESTORS AND NON-INVESTORS. | B310 | 1.10 | 385.00 |
| 10/26/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING TIEP DEMANDS. | B120 | 0.10 | 35.00 |
| 10/26/23 | DNR | TELEPHONE CONFERENCE WITH PATRICK L. HUFFSTICKLER REGARDING TIEP DEMAND LETTER ISSUES. | B120 | 0.20 | 70.00 |
| 10/26/23 | TEG | CONTINUE WORK ON CONTRACT MATTERS. | B130 | 2.00 | 1,053.00 |
| 10/27/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING NOTICE OF PROPOSED SALE OF REAL PROPERTY. | B130 | 0.20 | 70.00 |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 25

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/27/23 | DNR | REVISE, FINALIZE, AND FILE NOTICE OF PROPOSED SALE OF REAL PROPERTY REGARDING ELDORADO. | B130 | 0.20 | 70.00 |
| 10/27/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER AND BROKER REGARDING CLOSING DETAILS AND EXECUTED CONTRACT. | B130 | 0.30 | 105.00 |
| 10/27/23 | DNR | RECEIVE AND REVIEW FULLY EXECUTED TOLLING AGREEMENT EXTENSION. | BT160 | 0.20 | 70.00 |
| 10/27/23 | DNR | TELEPHONE CONFERENCES WITH DEBORAH D. WILLIAMSON AND PATRICK L. HUFFSTICKLER REGARDING TIEP FUNDS RETURN. | B120 | 0.20 | 70.00 |
| 10/27/23 | DNR | TELEPHONE CONFERENCE WITH BROKER REGARDING EARNEST MONEY. | B130 | 0.10 | 35.00 |
| 10/27/23 | DNR | CORRESPONDENCE WITH BROKER, TERESA E. GILTNER, AND DEBORAH D. WILLIAMSON REGARDING EARNEST MONEY AND ELDORADO CONTRACT. | B130 | 0.20 | 70.00 |
| 10/27/23 | DNR | CORRESPONDENCE TO PATRICK L. HUFFSTICKLER REGARDING WIRE INSTRUCTIONS FOR RETURN OF FUNDS. | B120 | 0.10 | 35.00 |
| 10/27/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 10/27/23 | DNR | TELEPHONE CONFERENCE WITH OIL AND GAS COUNSEL REGARDING QUARTERLY REPORT CONTENT. | BT155 | 0.10 | 35.00 |
| 10/27/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING INVESTOR MATRIX ANALYSIS. | B310 | 0.20 | 70.00 |
| 10/27/23 | DNR | RECEIVE AND REVIEW SUSPENSE REPORT FOR BARRON FROM VICKI PALMOUR CONSULTING. | B210 | 0.30 | 105.00 |
| 10/27/23 | DNR | REVISE QUARTERLY REPORT. | BT155 | 0.70 | 245.00 |
| 10/27/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING WEEKLY CALL. | B210 | 0.20 | 70.00 |
| 10/27/23 | DNR | TELEPHONE CONFERENCE WITH OFFICE OF ATTORNEY GENERAL REGARDING CLAIMS PROCESS AND CONTACT REQUEST FOR AGENCY REGARDING CASH DEPOSITS. | B310 | 0.30 | 105.00 |
| 10/27/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING TAX ITEMS AND RETURNED TIEP FUNDS. | B240 | 0.10 | 35.00 |
| 10/27/23 | DNR | PROVIDE UPDATE TO DEBORAH D. WILLIAMSON REGARDING OFFICE OF ATTORNEY GENERAL CALL ON CLAIMS PROCESS FOR RAILROAD COMMISSION. | B310 | 0.10 | 35.00 |
| 10/27/23 | TEG | CONTINUE WORK ON CONTRACT MATTERS. | B130 | 0.50 | 263.25 |
| 10/27/23 | PLH | TELEPHONE CONFERENCES WITH MR. COX ON DEMAND LETTER, CLAIMS ASSERTED AND REPAYMENT OF TRANSFERS. | B120 | 0.60 | 326.70 |

APP. 0850

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 26

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/27/23 | PLH | TELEPHONE CONFERENCE WITH MS. PLANT ON DEMAND LETTER AND CLAIMS ASSERTED. | B120 | 0.50 | 272.25 |
| 10/27/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING P-4 TRANSFER LOG. | B130 | 0.20 | 70.00 |
| 10/27/23 | DNR | REVIEW P-4 TRANSFER SPREADSHEET. | B130 | 0.10 | 35.00 |
| 10/27/23 | DNR | REVISE, FINALIZE, COMPILE, AND FILE 3Q2023 QUARTERLY REPORT. | BT155 | 0.50 | 175.00 |
| 10/29/23 | DNR | RECEIVE EMAILS FROM GENERAL LAND OFFICE REGARDING STATEMENTS OF ACCOUNT; SEND TO COMPLIANCE TEAM. | B210 | 0.30 | 105.00 |
| 10/30/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 10/30/23 | DNR | CORRESPONDENCE TO RAILROAD COMMISSION DIRECTORS REGARDING LETTER REGARDING NOTICES OF ABANDONMENT. | B130 | 0.10 | 35.00 |
| 10/30/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK AND STRETTO REGARDING CLAIMS PACKAGES FOR CERTAIN PARTIES IN INTEREST AND ADDRESS ISSUES. | B310 | 0.70 | 245.00 |
| 10/30/23 | DNR | CORRESPONDENCE WITH STRETTO AND DEBORAH D. WILLIAMSON REGARDING NON-INVESTOR AND NON-CREDITOR NOTICING PROTOCOL. | B310 | 0.30 | 105.00 |
| 10/30/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING TRANSACTION SCHEDULE ISSUES. | B310 | 0.30 | 105.00 |
| 10/30/23 | DNR | CALL WITH COMPLIANCE TEAM. | B210 | 0.50 | 175.00 |
| 10/30/23 | DNR | RECEIVE AND REVIEW LETTER OF TERMINATION OF SDMB RESOURCES WITH GULF COAST. | B130 | 0.10 | 35.00 |
| 10/30/23 | DNR | UPDATE SEC COUNSEL REGARDING FARMOUT. | B130 | 0.10 | 35.00 |
| 10/30/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING LETTER RECEIVED FROM IRS AND NEXT STEPS. | B240 | 0.30 | 105.00 |
| 10/30/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.10 | 35.00 |
| 10/30/23 | DNR | CORRESPONDENCE TO STRETTO REGARDING CALL ON CLAIMS WEBSITE PREVIEW. | B310 | 0.10 | 35.00 |
| 10/30/23 | DNR | REISSUE FINAL ROYALTY PACKAGES TO OWNERS AT NEW ADDRESSES. | B210 | 0.30 | 105.00 |
| 10/30/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND OIL AND GAS COUNSEL REGARDING CLAIM INQUIRY. | B310 | 0.20 | 70.00 |
| 10/30/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON AND SEND INITIAL RETAINER TO REID COLLINS. | B110 | 0.20 | 70.00 |

APP. 0851

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 27

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/30/23 | DNR | CORRESPONDENCE FROM RAILROAD COMMISSION REGARDING RESPONSE TO NOTICES OF ABANDONMENT. | B130 | 0.10 | 35.00 |
| 10/30/23 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING RAILROAD COMMISSION RESPONSE TO ABANDONMENT NOTICES. | B130 | 0.20 | 70.00 |
| 10/30/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.80 | 280.00 |
| 10/30/23 | DNR | UPDATE VICKI PALMOUR CONSULTING REGARDING RETURNED FINAL ROYALTY PACKAGES. | B210 | 0.10 | 35.00 |
| 10/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING OUTCOME OF CLAIMS MOTION HEARING. | B110 | 0.20 | 70.00 |
| 10/30/23 | DNR | RECEIVE EXECUTED CONTRACT AND RECEIPTED INFORMATION FROM BROKER REGARDING ELDORADO. | B130 | 0.10 | 35.00 |
| 10/30/23 | DNR | CORRESPONDENCE WITH BROKER AND TERESA E. GILTNER REGARDING EARNEST MONEY AND OPTION PERIOD FOR ELDORADO. | B130 | 0.30 | 105.00 |
| 10/30/23 | DNR | PREPARE AND SEND 2023 TAX STATEMENT PACKAGE TO PALO PINTO COUNTY FOR DODSON PRAIRIE. | B240 | 0.30 | 105.00 |
| 10/30/23 | DNR | CORRESPONDENCE TO IRS COUNSEL REGARDING INSOLVENCY STATUS. | B240 | 0.10 | 35.00 |
| 10/30/23 | DNR | PREPARE AND SEND 2023 TAX STATEMENT PACKAGE TO YOUNG CAD. | B240 | 0.30 | 105.00 |
| 10/30/23 | DNR | DRAFT AND UPLOAD CONTENT FOR WEBSITE. | B110 | 0.40 | 140.00 |
| 10/30/23 | PLH | REVIEW VOICEMAIL AND TELEPHONE CONFERENCE WITH TIEP INVESTOR ON FURTHER DEMAND LETTER AND CLAIMS ISSUES. | B120 | 0.30 | 163.35 |
| 10/30/23 | PLH | OFFICE CONFERENCES MS. WILLIAMSON ON COMMUNICATIONS WITH TIEP INVESTOR ON DEMAND LETTER AND OTHER DEMAND LETTER ISSUES. | B120 | 0.40 | 217.80 |
| 10/30/23 | PLH | TELEPHONE CONFERENCE MS. BEHRENDS AND REVIEW E-MAILS ON CLAIMS AGAINST VARIOUS TIEP INVESTORS AND INFORMATION RELATED TO SAME. | B120 | 0.60 | 326.70 |
| 10/30/23 | PLH | REVIEW VOICEMAIL AND TELEPHONE CONFERENCE MR. NITTI ON DEMAND LETTER ISSUES RELATED TO INVESTOR. | B120 | 0.30 | 163.35 |
| 10/30/23 | PLH | REVIEW UNDERLYING PAYMENT INFORMATION AND ACCOUNTANT NOTES RELATED TO PAYMENTS FOR CLAIMS AGAINST TIEP INVESTORS. | B120 | 0.80 | 435.60 |
| 10/30/23 | PLH | REVIEW VOICEMAIL AND CLAIM INFORMATION AND TELEPHONE CONFERENCE WITH INVESTOR ON TIEP DEMAND LETTER AND CLAIMS ASSERTED AGAINST HIM. | B120 | 0.30 | 163.35 |

APP. 0852

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 28

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 10/31/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.50 | 175.00 |
| 10/31/23 | DNR | RESEARCH INFORMATION FOR DEMAND LETTERS. | B120 | 0.50 | 175.00 |
| 10/31/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING TIEP INFORMATION. | B120 | 0.20 | 70.00 |
| 10/31/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING SELLER DOCUMENTATION. | B130 | 0.10 | 35.00 |
| 10/31/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 10/31/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING SELLER DOCUMENTATION AND TITLE COMPANY ITEMS. | B130 | 0.20 | 70.00 |
| 10/31/23 | DNR | PREPARE AND SEND SELLER DOCUMENTATION PACKAGE TO TITLE COMPANY REGARDING ELDORADO. | B130 | 0.30 | 105.00 |
| 10/31/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING TAX TASKS REQUESTED BY RECEIVER. | B240 | 0.10 | 35.00 |
| 10/31/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING PAYMENT CALCULATIONS. | B120 | 0.20 | 70.00 |
| 10/31/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING PAYMENT CALCULATIONS. | B120 | 0.10 | 35.00 |
| 10/31/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING COMMENTS TO BARRON SUSPENSE REPORTS AND FINAL PRODUCTION PAYMENT NEXT STEPS. | B210 | 0.20 | 70.00 |
| 10/31/23 | DNR | RECEIVE AND REVIEW REVISED CERTAIN TRANSACTION SCHEDULES. | B310 | 0.40 | 140.00 |
| 10/31/23 | DNR | TELEPHONE CONFERENCE WITH CA FRANCHISE TAX BOARD REPRESENTATIVE REGARDING CLAIMS PROCESS AND STATUS OF SAME. | B310 | 0.10 | 35.00 |
| 10/31/23 | DNR | PROVIDE UPDATE TO AHUJA & CLARK REGARDING CA FRANCHISE TAX BOARD CALL REGARDING TAX AMOUNTS OWING. | B240 | 0.10 | 35.00 |
| 10/31/23 | DNR | RESEARCH INFORMATION NEEDED FOR ROYALTY OWNERS AND PROVIDE COMMENTS TO SUSPENSE REPORT FOR BARRON PETROLEUM. | B210 | 1.50 | 525.00 |
| 10/31/23 | DNR | TELEPHONE CONFERENCE WITH AHUJA & CLARK REGARDING PAYMENT CALCULATIONS. | B120 | 0.20 | 70.00 |
| 10/31/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING COMMENTS ON TRANSACTION SCHEDULES. | B310 | 0.30 | 105.00 |
| 10/31/23 | PLH | REVIEW E-MAILS OF MS. BEHRENDS AND DYKEMA'S LITIGATION INFORMATION GROUP AND OFFICE CONFERENCE | B120 | 0.50 | 272.25 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 29

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | WITH MS. BEHRENDS ON INFORMATION RELATED TO NEW ADDRESSES FOR TIEP DEMAND LETTERS AND DISCUSSIONS WITH TIEP INVESTORS RELATED TO DEMANDS. | | | |
| 10/31/23 | PLH | TELEPHONE CONFERENCE WITH INVESTORS ON TIEP INVESTOR DEMAND LETTER AND CLAIMS RAISED IN THE DEMAND LETTER. | B120 | 0.50 | 272.25 |
| 10/31/23 | PLH | OFFICE CONFERENCES WITH MS. WILLIAMSON ON RESPONSES RECEIVED TO VARIOUS DEMAND LETTERS AND STRATEGY TO PURSUE CLAIMS AND RECOVERY OF FUNDS. | B120 | 0.60 | 326.70 |
| 10/31/23 | PLH | REVIEW RECEIVERSHIP ORDER TO ADDRESS ISSUES AND STRATEGY TO PURSUE TIEP INVESTOR CLAIMS. | B120 | 0.40 | 217.80 |
| 10/31/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON INVESTOR INQUIRY RESPONSES. | B110 | 0.10 | 35.00 |
| 10/31/23 | DNR | DISCUSS UPCOMING TAX ISSUES WITH DEBORAH D. WILLIAMSON. | B240 | 0.10 | 35.00 |
| 10/31/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING STATUS OF MEDIATION. | BT160 | 0.50 | 175.00 |
| 10/31/23 | DNR | CORRESPONDENCE FROM STRETTO REGARDING CLAIMS DATABASE STATUS. | B310 | 0.10 | 35.00 |
| | | **TOTAL** | | **192.60** | **$77,837.50** |

APP. 0854

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 30

FEBRUARY 6, 2024

**BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| PLH | PATRICK HUFFSTICKLER | MEMBER | 44.50 | 544.50 | 24,230.25 |
| TEG | TERESA GILTNER | PARTICIPATING MEMBER | 10.20 | 526.50 | 5,370.30 |
| DNR | DANIELLE R. BEHRENDS | SENIOR ATTORNEY | 137.60 | 350.00 | 48,160.00 |
| TED | THERESA E. DICK | PARALEGAL | 0.30 | 256.50 | 76.95 |
| | **TOTAL** | | **192.60** | | **$77,837.50** |

APP. 0855

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 31

FEBRUARY 6, 2024

## DISBURSEMENTS

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| | FEDERAL EXPRESS/DELIVERY | 2.00 | 19.90 | 39.80 |
| | PHOTOCOPIES | 3,908.00 | 0.10 | 390.80 |
| | PRINTING EXPENSES | 6,832.00 | 0.10 | 683.20 |
| | RELATIVITY DATA HOSTING | 1.00 | 3,320.00 | 3,320.00 |
| | SCANNING | 3,264.00 | 0.10 | 326.40 |
| | **TOTAL DISBURSEMENTS** | | | **4,768.80** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

APP. 0856

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567330
PAGE 32

FEBRUARY 6, 2024

**TASK SUMMARY**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 23.70 | 8,266.95 |
| B120 | ASSET ANALYSIS AND RECOVERY | 47.70 | 25,350.25 |
| B130 | ASSET DISPOSITION | 50.50 | 19,475.30 |
| B210 | BUSINESS OPERATIONS | 32.80 | 11,480.00 |
| B240 | TAX ISSUES | 11.40 | 3,990.00 |
| B310 | CLAIMS ADMINISTRATION & OBJECT | 14.40 | 5,040.00 |
| BT150 | DATA ANALYSIS | 0.20 | 70.00 |
| BT155 | STATUS REPORTS | 7.50 | 2,625.00 |
| BT160 | LITIGATION CONSULTING | 4.40 | 1,540.00 |
| | **TOTAL** | **192.60** | **77,837.50** |

**EXPENSE SUMMARY**

| | | |
|---|---|---|
| PHOTOCOPIES | | 390.80 |
| SCANNING | | 326.40 |
| PRINTING EXPENSES | | 683.20 |
| FEDERAL EXPRESS/DELIVERY | | 39.80 |
| RELATIVITY DATA HOSTING | | 3,320.00 |
| **TOTAL** | | **4,768.80** |

APP. 0857



400 Renaissance Center ▪ Detroit, MI 48243 ▪ EIN# 38-1446628

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

**DUE UPON RECEIPT**

FEBRUARY 6, 2024
MATTER #: 122686.000002
INVOICE #: 3567331

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RECEIVERSHIP FOR THE HEARTLAND GROUP VENTURES LLC, ET AL**

| | | |
|---|---|---|
| FEES | $ | 76,171.00 |
| DISBURSEMENTS | | 3,634.90 |
| **INVOICE TOTAL** | **$** | **79,805.90** |

APP. 0858

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 2

FEBRUARY 6, 2024

RE: REPRESENTATION OF RECEIVERSHIP FOR THE HEARTLAND GROUP VENTURES LLC, ET AL

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/01/23 | DNR | CORRESPONDENCE FROM IRS COUNSEL REGARDING INSOLVENCY CONTACT. | B240 | 0.10 | 35.00 |
| 11/01/23 | DNR | DRAFT, COMPILE, AND FILE NOTICE OF FILING RECEIVER'S NOTICES OF ABANDONMENT. | B130 | 0.50 | 175.00 |
| 11/01/23 | DNR | CORRESPONDENCE WITH OFFICE OF THE ATTORNEY GENERAL REGARDING ASSIGNMENT OF COUNSEL FOR RAILROAD COMMISSION CLAIM. | B310 | 0.20 | 70.00 |
| 11/01/23 | DNR | TELEPHONE CONFERENCE WITH CONTRACT OPERATOR REGARDING VENDOR PAYMENT. | B210 | 0.20 | 70.00 |
| 11/01/23 | DNR | CORRESPONDENCE TO GULF COAST REGARDING STATUS OF AUGUST 2023 PRODUCTION PAYMENT. | B210 | 0.10 | 35.00 |
| 11/01/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 11/01/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING ELDORADO CLOSING DOCUMENTS AND TIMELINE. | B130 | 0.10 | 35.00 |
| 11/01/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING COURT ORDERS AND PACKAGE TO TITLE COMPANY REGARDING ELDORADO. | B130 | 0.20 | 70.00 |
| 11/01/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING PUBLICATION NOTICE. | B310 | 0.20 | 70.00 |
| 11/01/23 | DNR | RECEIVE AND REVIEW OCTOBER 2023 BANK STATEMENTS FROM IBC BANK; SEND TO AHUJA & CLARK. | B210 | 0.40 | 140.00 |
| 11/01/23 | DNR | CORRESPONDENCE WITH IBC BANK REGARDING CHECKS FOR PRODUCTION ACCOUNT. | B210 | 0.20 | 70.00 |
| 11/01/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING RETURNED ROYALTY OWNER PACKAGE AND RESUBMISSION OF SAME. | B210 | 0.10 | 35.00 |
| 11/01/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 11/01/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON PUBLICATION ITEMS FOR CLAIMS PROCESS. | B310 | 0.10 | 35.00 |
| 11/01/23 | DNR | CORRESPONDENCE WITH VENDOR REGARDING PROOF OF PAYMENT OF INVOICE. | B210 | 0.30 | 105.00 |
| 11/01/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING LETTERS RECEIVED FROM COMPTROLLER. | B240 | 0.20 | 70.00 |

APP. 0859

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 3

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/01/23 | DNR | RECEIVE AND REVIEW OCTOBER 2023 STATEMENT FROM WESTERN ALLIANCE BANK; SEND TO AHUJA & CLARK. | B210 | 0.30 | 105.00 |
| 11/01/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON BANK ACCOUNTS. | B210 | 0.10 | 35.00 |
| 11/01/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING 1099S FOR ROYALTY OWNERS. | B210 | 0.10 | 35.00 |
| 11/01/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING PRODUCTION AND SUSPENSE ITEMS FOR PANTHER CITY AND BARRON. | B210 | 0.20 | 70.00 |
| 11/01/23 | PLH | TELEPHONE CONFERENCE WITH MR. BISHOP ON DEMAND LETTER SENT TO MARANATHA TABERNACLE AND CLAIMS ASSERTED THEREIN. | B120 | 0.40 | 217.80 |
| 11/02/23 | DNR | CORRESPONDENCE WITH GULF COAST REGARDING PAYMENTS DUE TO RECEIVER. | B210 | 0.30 | 105.00 |
| 11/02/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING WOLFEPAK ACCESS AND ISSUES ON SAME. | B210 | 0.50 | 175.00 |
| 11/02/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.70 | 245.00 |
| 11/02/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER AND BROKER REGARDING TITLE COMPANY DOCUMENTS AND NEXT STEPS FOR ELDORADO. | B130 | 0.20 | 70.00 |
| 11/02/23 | DNR | REVIEW ORDER SETTING HEARING ON NOVEMBER 30, 2023. | B110 | 0.10 | 35.00 |
| 11/02/23 | DNR | CORRESPONDENCE FROM AHUJA & CLARK REGARDING STATUS OF PAYMENT CALCULATIONS. | B120 | 0.10 | 35.00 |
| 11/02/23 | DNR | DRAFT, COMPILE, AND FILE NOTICE OF HEARING ON NOVEMBER 30, 2023. | B110 | 0.30 | 105.00 |
| 11/02/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON, STRETTO, AND AHUJA & CLARK REGARDING UPDATED TRANSACTION SCHEDULES. | B310 | 0.30 | 105.00 |
| 11/02/23 | PLH | RESEARCH FRAUDULENT TRANSFER ISSUES FOR CLAIMS AGAINST TIEP INVESTORS. | B120 | 1.00 | 544.50 |
| 11/02/23 | PLH | OFFICE CONFERENCES WITH MS. WILLIAMSON REGARDING TIEP INVESTOR CLAIM ISSUES. | B120 | 0.30 | 163.35 |
| 11/02/23 | PLH | REVIEW PAYMENT AND ADDRESS INFORMATION AND PREPARE ADDITIONAL TIEP INVESTOR DEMAND LETTERS FOR PARTIES WITH NEWLY DISCOVERED ADDRESSES. | B120 | 1.30 | 707.85 |
| 11/02/23 | PLH | TELEPHONE CONFERENCE WITH INVESTOR REGARDING TIEP DEMAND LETTER AND CLAIMS ASSERTED THEREIN. | B120 | 0.50 | 272.25 |
| 11/02/23 | PLH | TELEPHONE CONFERENCE WITH MS. WILLIAMSON ON TIEP | B120 | 0.10 | 54.45 |

APP. 0860

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 4

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | DEMAND LETTER ISSUES FOR NEWLY LOCATED ADDRESSES. | | | |
| 11/02/23 | PLH | REVISE TIEP INVESTOR DEMAND LETTERS FOR PARTIES WITH NEW ADDRESSES. | B120 | 0.40 | 217.80 |
| 11/03/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 11/03/23 | DNR | CORRESPONDENCE WITH COMPTROLLER REGARDING FRANCHISE TAX SUBMISSION. | B240 | 0.20 | 70.00 |
| 11/03/23 | DNR | CORRESPONDENCE WITH IA REGULATORY COUNSEL REGARDING REQUEST FOR DOCUMENTS; REVIEW DOCUMENTATION ON SAME; SEND TO DEBORAH D. WILLIAMSON. | B110 | 0.60 | 210.00 |
| 11/03/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND PATRICK L. HUFFSTICKLER REGARDING TIEP INVESTMENT-SPECIFIC INQUIRY. | B120 | 0.40 | 140.00 |
| 11/03/23 | DNR | TELEPHONE CONFERENCE WITH PATRICK L. HUFFSTICKLER REGARDING TIEP INVESTMENT ANALYSIS. | B120 | 0.10 | 35.00 |
| 11/03/23 | DNR | RECEIVE AND REVIEW INTEREST ANALYSIS SPREADSHEET. | B120 | 0.40 | 140.00 |
| 11/03/23 | DNR | RECEIVE AND REVIEW REVISED TRANSACTION SCHEDULE SPREADSHEET. | B310 | 0.50 | 175.00 |
| 11/03/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING UPDATED TRANSACTION SCHEDULES. | B310 | 0.20 | 70.00 |
| 11/03/23 | DNR | DRAFT LETTER TO RANGER GAS REGARDING NOTICE OF ABANDONMENT IN STEPHENS COUNTY. | B130 | 0.40 | 140.00 |
| 11/03/23 | DNR | ANALYZE LATEST GAS STATEMENTS RECEIVED FOR STEPHENS AND SUTTON COUNTIES. | B210 | 0.30 | 105.00 |
| 11/03/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING GAS PURCHASER ITEMS AND STEPHENS COUNTY. | B210 | 0.10 | 35.00 |
| 11/03/23 | DNR | DRAFT LETTER TO GULF COAST GAS REGARDING NOTICE OF ABANDONMENT IN SUTTON COUNTY. | B130 | 0.40 | 140.00 |
| 11/03/23 | DNR | CORRESPONDENCE WITH OIL AND GAS COUNSEL AND CONTRACT OPERATOR REGARDING LETTERS TO GAS GATHERERS. | B130 | 0.20 | 70.00 |
| 11/03/23 | PLH | REVIEW E-MAIL REGARDING POTENTIAL CLAIMS AGAINST INVESTOR AND E-MAILS WITH MS. WILLIAMSON AND MS. BEHRENDS ON SAME. | B120 | 0.50 | 272.25 |
| 11/03/23 | PLH | TELEPHONE CONFERENCE WITH INVESTOR REGARDING REPAYMENT OF TRANSFERS SET OUT IN DEMAND LETTER. | B120 | 0.40 | 217.80 |
| 11/03/23 | PLH | REVIEW VOICE-MAIL AND TELEPHONE CONFERENCE WITH | B120 | 0.60 | 326.70 |

APP. 0861

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 5

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | INVESTOR REGARDING CLAIMS. | | | |
| 11/03/23 | PLH | TELEPHONE CONFERENCE WITH INVESTOR ON DEMAND LETTER AND FACTS AND CLAIMS SET OUT THEREIN. | B120 | 0.50 | 272.25 |
| 11/03/23 | PLH | REVIEW ACCOUNTANT NOTES ON INVESTOR CLAIMS AND TELEPHONE CONFERENCE MS. BEHRENDS ON SAME. | B120 | 0.30 | 163.35 |
| 11/03/23 | PLH | REVIEW INFORMATION FROM ACCOUNTANTS AND ADDRESS ISSUES ON REMAINING POTENTIAL DEMAND LETTERS FOR TIEP INVESTORS. | B120 | 0.40 | 217.80 |
| 11/03/23 | PLH | TELEPHONE CONFERENCE WITH INVESTOR REGARDING DEMAND LETTER SENT AND FACTS AND BASIS OF CLAIMS ASSERTED IN THE DEMAND LETTER. | B120 | 0.50 | 272.25 |
| 11/06/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 1.00 | 350.00 |
| 11/06/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.30 | 455.00 |
| 11/06/23 | DNR | REPORT FOR COMPLIANCE CALL WITH TEAM. | B210 | 0.50 | 175.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH OIL AND AS COUNSEL REGARDING NOTICES OF ABANDONMENT AND PALO PINTO COUNTY. | B130 | 0.20 | 70.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH YAIR BARAHONA REGARDING NOVEMBER 2023 WIRE. | B210 | 0.20 | 70.00 |
| 11/06/23 | DNR | CORRESPONDENCE TO DEBORAH D. WILLIAMSON REGARDING DATA HOSTING WIRE FOR NOVEMBER 2023. | B210 | 0.10 | 35.00 |
| 11/06/23 | DNR | PROCESS DATA HOSTING WIRE FOR NOVEMBER 2023. | B210 | 0.10 | 35.00 |
| 11/06/23 | DNR | TELEPHONE CONFERENCE WITH MINERAL INTEREST OWNER REGARDING FINAL ROYALTY PACKAGE. | B110 | 0.10 | 35.00 |
| 11/06/23 | DNR | TELEPHONE CONFERENCE WITH ROYALTY OWNER REGARDING ABANDONMENT QUESTIONS. | B110 | 0.10 | 35.00 |
| 11/06/23 | DNR | REISSUE FINAL ROYALTY PAYMENTS FOR ROYALTY OWNERS. | B210 | 0.30 | 105.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH IBC REGARDING STOP PAYMENT ON CHECK. | B210 | 0.40 | 140.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH VENDOR REGARDING REISSUANCE OF CHECK. | B210 | 0.20 | 70.00 |
| 11/06/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON BAHAMAS MOTION AND POTENTIAL COUNSEL. | B120 | 0.20 | 70.00 |
| 11/06/23 | DNR | CORRESPONDENCE TO AUCTIONEER REGARDING UPCOMING AUCTIONS. | B130 | 0.10 | 35.00 |
| 11/06/23 | DNR | SEND LETTERS TO GAS PURCHASERS REGARDING ABANDONMENT TO COMPLIANCE TEAM. | B130 | 0.10 | 35.00 |

APP. 0862

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 6

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/06/23 | DNR | CORRESPONDENCE WITH OIL AND GAS COUNSEL AND VICKI PALMOUR CONSULTING REGARDING SUSPENSE LIST FOR PANTHER CITY. | B210 | 0.30 | 105.00 |
| 11/06/23 | DNR | REVIEW JUDGE O'CONNOR'S ORDER GRANTING CLAIMS MOTION. | B310 | 0.10 | 35.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.50 | 175.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING CALL TO DISCUSS CLAIMS TIMELINE. | B310 | 0.20 | 70.00 |
| 11/06/23 | DNR | CALCULATE CLAIMS PROCEDURE TIMELINE. | B310 | 0.30 | 105.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING MEDIATION STATUS. | BT160 | 0.20 | 70.00 |
| 11/06/23 | DNR | CORRESPONDENCE TO TRUSTEE AGENT REGARDING FINAL ROYALTY PAYMENT. | B110 | 0.10 | 35.00 |
| 11/06/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING SOCIAL SECURITY ADMINISTRATION LETTER RECEIVED FOR VENTURES. | B240 | 0.10 | 35.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING INVESTOR AND NON-INVESTOR MATRIX UPDATES. | B310 | 0.30 | 105.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING CLOSING TIMELINE AND OUTSTANDING ITEMS REGARDING ELDORADO. | B130 | 0.30 | 105.00 |
| 11/06/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING TITLE COMMITMENT AND TIMELINE FOR CLOSING ISSUES. | B130 | 0.10 | 35.00 |
| 11/06/23 | DNR | TELEPHONE CONFERENCE WITH MINERAL OWNER REGARDING FINAL ROYALTY CHECK. | B110 | 0.10 | 35.00 |
| 11/06/23 | DNR | CORRESPONDENCE FROM OIL AND GAS COUNSEL REGARDING REVISION TO GAS PURCHASER LETTERS; DISCUSS WITH DEBORAH D. WILLIAMSON. | B130 | 0.20 | 70.00 |
| 11/06/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON VENDOR CHECK ISSUE. | B210 | 0.10 | 35.00 |
| 11/06/23 | DNR | REVISE, FINALIZE, COMPILE, AND SEND LETTER TO RANGER GAS GATHERING REGARDING NOTICE OF ABANDONMENT - STEPHENS COUNTY. | B130 | 0.40 | 140.00 |
| 11/06/23 | DNR | REVISE, FINALIZE, COMPILE, AND SEND LETTER TO GULF COAST GAS GATHERING REGARDING NOTICE OF ABANDONMENT - SUTTON COUNTY. | B130 | 0.40 | 140.00 |
| 11/06/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON | B210 | 0.20 | 70.00 |

APP. 0863

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 7

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | REGARDING COMPLAINT OF RAILROAD COMMISSION. | | | |
| 11/06/23 | PLH | REVIEW PAYMENT INFORMATION AND ACCOUNTANT NOTES ON TIEP INVESTOR PAYMENTS AND RELATED ISSUES IN CONNECTION WITH DISCUSSIONS WITH TIEP INVESTORS REGARDING DEMAND LETTERS AND CLAIMS ASSERTED BY RECEIVER. | B120 | 1.60 | 871.20 |
| 11/06/23 | PLH | OFFICE CONFERENCE WITH MS. WILLIAMSON AND E-MAIL ON TIEP DEMAND LETTER ISSUES. | B120 | 0.20 | 108.90 |
| 11/07/23 | DNR | TELEPHONE CONFERENCE WITH CITY OF ELECTRA REGARDING PROCESSING OF FINAL INVOICE. | B210 | 0.10 | 35.00 |
| 11/07/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON CLAIMS PROCEDURE AND TIMELINE. | B310 | 0.20 | 70.00 |
| 11/07/23 | DNR | CORRESPONDENCE WITH FORT WORTH TELEGRAM REGARDING QUOTE FOR PUBLICATION NOTICE. | B310 | 0.30 | 105.00 |
| 11/07/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.30 | 105.00 |
| 11/07/23 | DNR | TELEPHONE CONFERENCE AND CORRESPONDENCE WITH GRAHAM LEADER, BRECKENRIDGE AMERICAN, AND JACKSBORO HERALD-GAZETTE REGARDING PUBLICATION NOTICE QUOTES. | B310 | 0.50 | 175.00 |
| 11/07/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 11/07/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 11/07/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING CLOSING STATEMENT FOR SALE OF ELECTRA. | B130 | 0.10 | 35.00 |
| 11/07/23 | DNR | CORRESPONDENCE TO IRS COUNSEL REGARDING STATUS OF FEDERAL TAX LIEN HEARING AND INSOLVENCY CONTACT. | B240 | 0.10 | 35.00 |
| 11/07/23 | DNR | CALL WITH AHUJA & CLARK REGARDING TAX AND ACCOUNTING ISSUES. | B240 | 1.00 | 350.00 |
| 11/07/23 | DNR | CORRESPONDENCE WITH ELDORADO SUCCESS REGARDING PUBLICATION NOTICE QUOTE. | B310 | 0.20 | 70.00 |
| 11/07/23 | DNR | UPDATE WEBSITE WITH CLAIMS PROCEDURE TIMELINE AND RELATED INFORMATION. | B310 | 0.50 | 175.00 |
| 11/07/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING TITLE COMPANY AND STATUS OF COMMITMENT. | B130 | 0.30 | 105.00 |
| 11/07/23 | DNR | REVISE PUBLICATION NOTICE. | B310 | 0.10 | 35.00 |
| 11/07/23 | DNR | REVISE INVESTOR AND NON-INVESTOR CLAIM FORMS AND NOTICES. | B310 | 0.60 | 210.00 |

APP. 0864

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 8

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|------------|------|-------|--------|
| 11/07/23 | DNR | CORRESPONDENCE FROM AUCTIONEER REGARDING UPCOMING AUCTIONS. | B130 | 0.10 | 35.00 |
| 11/07/23 | DNR | CORRESPONDENCE TO DEBORAH D. WILLIAMSON AND STRETTO REGARDING UPDATED CLAIM FORMS AND NOTICES. | B310 | 0.10 | 35.00 |
| 11/07/23 | DNR | TELEPHONE CONFERENCE WITH PATRICK L. HUFFSTICKLER REGARDING TIEP BACKGROUND AND CONNECTION TO HEARTLAND. | B120 | 0.30 | 105.00 |
| 11/07/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CLAIMS PROCEDURE AND NOTICING FOR SUBSET OF MATRIX. | B310 | 0.20 | 70.00 |
| 11/07/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.20 | 70.00 |
| 11/07/23 | DNR | CORRESPONDENCE WITH ROYALTY OWNER REGARDING FINAL PAYMENT PACKAGE. | B110 | 0.40 | 140.00 |
| 11/07/23 | PLH | REVIEW PAYMENT INFORMATION AND TELEPHONE CONFERENCE WITH TIEP INVESTOR REGARDING TIEP DEMAND LETTER ISSUES AND CLAIMS. | B120 | 0.80 | 435.60 |
| 11/07/23 | PLH | TELEPHONE CONFERENCES WITH MS. BEHRENDS ON TIEP INVESTOR DEMAND LETTER ISSUES AND INFORMATION ON TIEP TRANSACTIONS. | B120 | 0.20 | 108.90 |
| 11/07/23 | PLH | REVIEW PAYMENT INFORMATION AND DOCUMENTS RELATED TO CLAIMS AND TELEPHONE CONFERENCES REGARDING TIEP DEMAND LETTER CLAIMS AND RESOLUTION OF CLAIMS. | B120 | 0.90 | 490.05 |
| 11/07/23 | PLH | TELEPHONE CONFERENCE WITH MS. WILLIAMSON REGARDING ISSUES RELATED TO RESOLUTION OF CLAIMS AGAINST TIEP INVESTOR. | B120 | 0.20 | 108.90 |
| 11/07/23 | PLH | REVIEW PAYMENT INFORMATION AND TELEPHONE CONFERENCE ON TIEP INVESTOR DEMAND LETTER AND CLAIMS AND RESOLUTION OF SAME. | B120 | 0.60 | 326.70 |
| 11/07/23 | PLH | REVIEW DOCUMENTS RELATED TO CLAIMS AND E-MAIL FROM TIEP INVESTOR ON SAME. | B120 | 0.40 | 217.80 |
| 11/07/23 | PLH | REVIEW CORRESPONDENCE FROM MS. SNOAP, COUNSEL FOR INVESTOR, REGARDING TIEP DEMAND LETTER ISSUES AND REVIEW DOCUMENTS FROM ACCOUNTANT. | B120 | 0.40 | 217.80 |
| 11/07/23 | PLH | REVIEW E-MAIL FROM TIEP INVESTOR ON TIEP DEMAND LETTER AND RETENTION OF COUNSEL. | B120 | 0.10 | 54.45 |
| 11/07/23 | PLH | REVIEW INFORMATION, INCLUDING INTERVIEW TRANSCRIPT REGARDING TIEP INFORMATION RELATED TO TIEP DEMAND LETTER PROCESS AND CLAIMS ASSERTED AGAINST TIEP | B120 | 1.20 | 653.40 |

APP. 0865

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 9

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | INVESTORS. | | | |
| 11/07/23 | PLH | TELEPHONE CONFERENCE AND REVIEW E-MAIL FROM MS. BEHRENDS REGARDING UNDERLYING INFORMATION AND DOCUMENTS SUPPORTING TIEP INVESTOR DEMANDS AND CLAIMS. | B120 | 0.30 | 163.35 |
| 11/08/23 | AMDO | DRAFT MOTION TO ENFORCE COURT'S ORDER (BAHAMIAN PROPERTIES). | B120 | 2.10 | 693.00 |
| 11/08/23 | TEG | BEGIN WORK ON DRAFT CONVEYANCE DEED. | B130 | 0.30 | 157.95 |
| 11/08/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING WILL AND TRANSFER OF ROYALTY INTEREST. | B210 | 0.10 | 35.00 |
| 11/08/23 | DNR | CORRESPONDENCE WITH ROYALTY OWNER SUCCESSOR REGARDING TRANSFER OF INTEREST AND REQUISITE DOCUMENTATION; REVIEW PROBATED WILL. | B110 | 0.60 | 210.00 |
| 11/08/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 11/08/23 | DNR | CORRESPONDENCE WITH NORTH TEXAS NEWSPAPER CIRCULATION REGARDING QUOTE AND NEXT STEPS FOR 3 REGIONAL PUBLICATIONS; REVIEW AND APPROVE PROOF. | B310 | 0.50 | 175.00 |
| 11/08/23 | DNR | CORRESPONDENCE WITH ELDORADO SUCCESS REGARDING PUBLICATION NOTICE QUOTE AND INVOICING; REVIEW AND APPROVE PROOF. | B310 | 0.50 | 175.00 |
| 11/08/23 | DNR | CALL WITH AHUJA & CLARK AND STRETTO REGARDING CLAIMS BETA DATABASE. | B310 | 1.00 | 350.00 |
| 11/08/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING WOLFEPAK ACCESS. | B210 | 0.10 | 35.00 |
| 11/08/23 | DNR | RECEIVE AND PROCESS INVOICE TO PALO PINTO COMMUNICATIONS. | B210 | 0.20 | 70.00 |
| 11/08/23 | DNR | RECEIVE AND PROCESS INVOICE TO ELDORADO SUCCESS. | B210 | 0.20 | 70.00 |
| 11/08/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.80 | 280.00 |
| 11/08/23 | DNR | CORRESPONDENCE WITH IRS COUNSEL REGARDING BARRON PETROLEUM FEDERAL TAX LIEN HEARING. | B240 | 0.20 | 70.00 |
| 11/08/23 | DNR | CORRESPONDENCE TO BROKER REGARDING STATUS OF TITLE COMMITMENT. | B130 | 0.10 | 35.00 |
| 11/08/23 | DNR | DISCUSS STATUS OF ELDORADO CLOSING AND OTHER OUTSTANDING ITEMS WITH DEBORAH D. WILLIAMSON. | B130 | 0.10 | 35.00 |
| 11/08/23 | DNR | TELEPHONE CONFERENCE WITH BROKER REGARDING ELDORADO TITLE. | B130 | 0.10 | 35.00 |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

APP. 0866

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 10

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/08/23 | DNR | PREPARE AND FILE CERTIFICATE OF NO OBJECTION TO JANUARY 2024 AUCTION NOTICE. | B130 | 0.30 | 105.00 |
| 11/08/23 | DNR | PREPARE AND FILE CERTIFICATE OF NO OBJECTION TO DECEMBER 2023 AUCTION NOTICE. | B130 | 0.30 | 105.00 |
| 11/08/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER REGARDING INFORMATION FOR ELDORADO DEED. | B130 | 0.10 | 35.00 |
| 11/08/23 | DNR | REISSUE FINAL ROYALTY PACKAGES. | B210 | 0.50 | 175.00 |
| 11/08/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING RETURNED MAIL AND REISSUANCE OF FINAL ROYALTY PACKAGES. | B210 | 0.10 | 35.00 |
| 11/08/23 | DNR | CALL WITH STRETTO REGARDING NON-INVESTOR DATABASE AND CLAIM PROCEDURE. | B310 | 0.70 | 245.00 |
| 11/08/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING MEDIATION STATUS. | BT160 | 0.40 | 140.00 |
| 11/08/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 11/08/23 | DNR | DRAFT NOTICE TO POTENTIAL INVESTOR; DISCUSS WITH DEBORAH D. WILLIAMSON. | B310 | 0.60 | 210.00 |
| 11/08/23 | DNR | CORRESPONDENCE WITH STRETTO AND DEBORAH D. WILLIAMSON REGARDING POTENTIAL INVESTOR NOTICE. | B310 | 0.40 | 140.00 |
| 11/08/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING VENDOR INVOICE AND SUBMISSION IN OCTOBER. | B210 | 0.40 | 140.00 |
| 11/08/23 | PLH | REVIEW INFORMATION RELATED TO TIEP TRANSACTIONS WITH TIEP INVESTORS IN CONNECTION WITH TIEP INVESTOR DEMAND LETTERS AND NEGOTIATIONS TO RESOLVE SUCH CLAIMS. | B120 | 1.60 | 871.20 |
| 11/08/23 | PLH | OFFICE CONFERENCE WITH MS. BEHRENDS ON TIEP INVESTOR DEMAND LETTER ISSUES. | B120 | 0.30 | 163.35 |
| 11/09/23 | TEG | BEGIN REVIEW OF TITLE, DRAFT RELEASES AND REVISIONS TO DRAFT DEED. | B130 | 1.50 | 789.75 |
| 11/09/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING REVISIONS TO POTENTIAL INVESTOR NOTICE. | B310 | 0.30 | 105.00 |
| 11/09/23 | DNR | CORRESPONDENCE WITH INVESTOR COUNSEL REGARDING STATUS OF DISMISSAL OF VENTURES FROM COMPLAINT. | B110 | 0.20 | 70.00 |
| 11/09/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.00 | 350.00 |
| 11/09/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER AND BROKER REGARDING TITLE COMMITMENT AND TITLE COMPANY ITEMS. | B130 | 0.70 | 245.00 |

APP. 0867

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 11

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| 11/09/23 | DNR | TELEPHONE CONFERENCES WITH TERESA E. GILTNER REGARDING LIENS ON ELDORADO TITLE. | B130 | 0.20 | 70.00 |
| 11/09/23 | DNR | TELEPHONE CONFERENCE WITH BROKER RELEASES AND TITLE COMPANY ISSUES FOR ELDORADO. | B130 | 0.20 | 70.00 |
| 11/09/23 | DNR | REVISE NOTICE TO POTENTIAL INVESTOR. | B310 | 0.10 | 35.00 |
| 11/09/23 | DNR | CORRESPONDENCE WITH BROKER AND TERESA E. GILTNER REGARDING RELEASES OF LIENS. | B130 | 0.30 | 105.00 |
| 11/09/23 | DNR | CORRESPONDENCE WITH BROKER AND TERESA E. GILTNER REGARDING CLOSING TIMELINE AND ISSUES ON SAME. | B130 | 0.30 | 105.00 |
| 11/09/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING CLOSING ISSUES ON ELDORADO. | B130 | 0.20 | 70.00 |
| 11/09/23 | DNR | RECEIVE, REVIEW, AND COMMENT ON BETA CLAIMS DATABASE CONTENT. | B310 | 0.30 | 105.00 |
| 11/09/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING LANDING PAGE AND CLAIMS WEBSITE. | B310 | 0.70 | 245.00 |
| 11/09/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING WEBSITE AND CLAIMS NOTICES AND FORMS. | B310 | 0.20 | 70.00 |
| 11/09/23 | DNR | ADD CLAIMS PROCEDURE CONTENT, NOTICES, AND FORMS TO CLAIMS PROCESS WEBSITE. | B310 | 0.50 | 175.00 |
| 11/09/23 | DNR | REVISE AND FINALIZE CLAIMS NOTICES AND FORMS FOR NON-INVESTOR AND INVESTORS. | B310 | 0.40 | 140.00 |
| 11/09/23 | DNR | SEND DETAILED EMAIL TO COMPLIANCE TEAM REGARDING ESCHEATMENT AND OUTSTANDING ROYALTY ISSUES. | B210 | 0.20 | 70.00 |
| 11/09/23 | DNR | TELEPHONE CONFERENCE WITH OIL AND GAS COUNSEL REGARDING ESCHEATMENT. | B210 | 0.10 | 35.00 |
| 11/09/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING WOLFEPAK INVOICE AND ACCESS ISSUES. | B210 | 0.20 | 70.00 |
| 11/09/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING ESCHEATMENT AND WOLFEPAK ISSUES. | B210 | 0.10 | 35.00 |
| 11/09/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING TAX ITEMS FOR TIEP RETURNED FUNDS. | B240 | 0.10 | 35.00 |
| 11/09/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING TITLE COMMITMENT AND DRAFT RELEASES OF LIEN. | B130 | 0.20 | 70.00 |
| 11/09/23 | DNR | RECEIVE AND REVIEW DRAFT RELEASES OF LIENS FOR ELDORADO PROPERTY. | B130 | 0.30 | 105.00 |

APP. 0868

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 12

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/09/23 | DNR | CORRESPONDENCE WITH TITLE COMPANY REGARDING TITLE COMMITMENT AND CLOSING DOCUMENTATION FOR ELDORADO. | B130 | 0.20 | 70.00 |
| 11/09/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 11/09/23 | PLH | E-MAILS WITH MS. BEHRENDS ON TIEP INVESTOR SETTLEMENT WIRE PAYMENT MATTERS. | B120 | 0.30 | 163.35 |
| 11/09/23 | PLH | REVIEW INFORMATION FROM MS. BEHRENDS ON TIEP DEMAND LETTER AND CLAIMS ASSERTED. | B120 | 0.70 | 381.15 |
| 11/09/23 | PLH | REVIEW INFORMATION ON DEMAND LETTER CLAIMS AND TELEPHONE CONFERENCES ON SAME. | B120 | 0.40 | 217.80 |
| 11/09/23 | PLH | TELEPHONE CONFERENCE AND E-MAIL REGARDING TIEP DEMAND LETTER SETTLEMENT ISSUES AND PAYMENT OF SETTLEMENT FUNDS. | B120 | 0.60 | 326.70 |
| 11/09/23 | PLH | TELEPHONE CONFERENCE REGARDING TIEP DEMAND LETTER, CLAIMS ASSERTED AND FACTS RELATED TO CLAIMS AND REVIEW DOCUMENTS RELATED TO INVESTOR CLAIMS. | B120 | 0.80 | 435.60 |
| 11/09/23 | PLH | REVIEW AND RESPOND TO E-MAILS ON TIEP DEMAND LETTER SENT TO INVESTOR AND REVIEW PAYMENT INFORMATION AND TIEP RELATED DOCUMENTS. | B120 | 0.60 | 326.70 |
| 11/10/23 | TEG | CONTINUE WORK ON ELDORADO SALE MATTERS. | B130 | 1.00 | 526.50 |
| 11/10/23 | PLH | REVIEW ACCOUNTANT PROVIDED INFORMATION AND E-MAIL AND TELEPHONE CONFERENCES WITH MS. BEHRENDS REGARDING VARIOUS ISSUES IN CONNECTION WITH DOCUMENTS TO SUPPORT TIEP DEMAND LETTERS AND REQUESTS FOR SAME BY COUNSEL FOR TIEP INVESTORS. | B120 | 1.00 | 544.50 |
| 11/10/23 | PLH | REVIEW E-MAIL OF INVESTOR COUNSEL REGARDING CLAIMS IN DEMAND LETTER SENT TO INVESTOR. | B120 | 0.20 | 108.90 |
| 11/10/23 | PLH | REVIEW E-MAIL ON DEMAND LETTER AND CLAIMS ASSERTED. | B120 | 0.20 | 108.90 |
| 11/10/23 | PLH | REVIEW CLAIM INFORMATION AND TELEPHONE CONFERENCE REGARDING CLAIMS AGAINST INVESTOR AND POTENTIAL SETTLEMENT OF SAME. | B120 | 0.50 | 272.25 |
| 11/10/23 | DNR | RECEIVE AND REVIEW SUTTON COUNTY STATEMENT FOR SEPTEMBER 2023 FROM GULF COAST; SEND TO COMPLIANCE TEAM. | B210 | 0.20 | 70.00 |
| 11/10/23 | DNR | RECEIVE AND REVIEW LIST OF OWNERS AND ALL CONTACT INFORMATION IN WOLFEPAK FOR PANTHER CITY. | B210 | 0.40 | 140.00 |
| 11/10/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING, AHUJA & CONSULTING, AND OIL AND GAS COUNSEL | B210 | 0.40 | 140.00 |

APP. 0869

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 13

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | REGARDING WOLFEPAK AND 2023 TAX YEAR REPORTING ITEMS FOR OPERATORS. | | | |
| 11/10/23 | DNR | REVISE AND UPDATE FAQS. | B110 | 1.40 | 490.00 |
| 11/10/23 | DNR | REVIEW DRAFT DEED FOR ELDORADO. | B130 | 0.20 | 70.00 |
| 11/10/23 | DNR | CORRESPONDENCE TO DEBORAH D. WILLIAMSON REGARDING REVISED FAQS. | B110 | 0.10 | 35.00 |
| 11/10/23 | DNR | TELEPHONE CONFERENCE WITH OIL AND GAS COUNSEL REGARDING ESCHEATMENT. | B210 | 0.30 | 105.00 |
| 11/10/23 | DNR | TELEPHONE CONFERENCE WITH PATRICK L. HUFFSTICKLER REGARDING DEMAND LETTERS AND STATUS OF SAME. | B120 | 0.10 | 35.00 |
| 11/10/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING AND AHUJA & CONSULTING REGARDING WOLFEPAK AND OIL AND GAS ACCOUNTING ISSUES. | B210 | 0.30 | 105.00 |
| 11/10/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING UPDATE ON DISMISSAL OF VENTURES. | B110 | 0.10 | 35.00 |
| 11/10/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING WOLFEPAK INVOICE AND RELATED ISSUES. | B210 | 0.20 | 70.00 |
| 11/10/23 | DNR | REVIEW MEDIATION UPDATE FROM REID COLLINS. | BT160 | 0.10 | 35.00 |
| 11/10/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CLAIMS WEBSITE AND FAQS. | B310 | 0.40 | 140.00 |
| 11/10/23 | DNR | CORRESPONDENCE FROM AHUJA & CLARK REGARDING TAX RESEARCH. | B240 | 0.10 | 35.00 |
| 11/10/23 | DNR | CORRESPONDENCE FROM GULF COAST REGARDING REVENUE DEPOSIT. | B210 | 0.10 | 35.00 |
| 11/10/23 | DNR | CORRESPONDENCE WITH OIL AND GAS COUNSEL REGARDING GAS REVENUE. | B210 | 0.10 | 35.00 |
| 11/10/23 | DNR | TELEPHONE CONFERENCE WITH PATRICK L. HUFFSTICKLER REGARDING BANK RECORDS. | B120 | 0.20 | 70.00 |
| 11/12/23 | DNR | CORRESPONDENCE WITH VENDOR REGARDING PROOF OF MAILING AND INVOICE REMITTANCE. | B210 | 0.30 | 105.00 |
| 11/13/23 | TEG | CONTINUE WORK ON CLOSING DOCUMENTS / CLOSING MATTERS. | B130 | 2.50 | 1,316.25 |
| 11/13/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING TIEP CALL. | B120 | 0.20 | 70.00 |
| 11/13/23 | DNR | RECEIVE AND REVIEW CONTRACT ASSIGNMENT FROM BROKER REGARDING ELDORADO. | B130 | 0.20 | 70.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 14

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/13/23 | DNR | REVIEW AND PROVIDE EDITS TO STRETTO TECHNICAL FAQS; CORRESPONDENCE WITH STRETTO REGARDING SAME. | B310 | 0.40 | 140.00 |
| 11/13/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 11/13/23 | DNR | RECEIVE AND PROCESS VENDOR INVOICES. | B210 | 0.40 | 140.00 |
| 11/13/23 | DNR | TELEPHONE CONFERENCE WITH TEXAS GAME WARDEN REGARDING CASE STATUS. | B110 | 0.10 | 35.00 |
| 11/13/23 | DNR | CORRESPONDENCE TO OFFICE OF THE ATTORNEY GENERAL REGARDING CLAIMS PROCESS AND STIPULATION REQUEST. | B110 | 0.10 | 35.00 |
| 11/13/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON AND PROCESS AMENDMENT FOR SALE OF ELDORADO RANCH; SEND TO TERESA E. GILTNER AND BROKER. | B130 | 0.30 | 105.00 |
| 11/13/23 | DNR | DRAFT AND SEND RESPONSE LETTER WITH ENCLOSURES TO SOCIAL SECURITY ADMINISTRATION FOR VENTURES. | B240 | 0.50 | 175.00 |
| 11/13/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.10 | 35.00 |
| 11/13/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 11/13/23 | DNR | CALL WITH INVESTOR COUNSEL REGARDING CLAIMS PROCESS. | B110 | 0.30 | 105.00 |
| 11/13/23 | DNR | CALL WITH PATRICK L. HUFFSTICKLER AND AHUJA & CLARK REGARDING TIEP BANK RECORDS. | B120 | 0.70 | 245.00 |
| 11/13/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING BANK DETAIL AND RECORDS. | B120 | 0.20 | 70.00 |
| 11/13/23 | DNR | CORRESPONDENCE WITH IRS COUNSEL REGARDING INSOLVENCY ASSIGNMENT. | B240 | 0.30 | 105.00 |
| 11/13/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK AND DEBORAH D. WILLIAMSON REGARDING IRS CASE ASSIGNMENT. | B240 | 0.10 | 35.00 |
| 11/13/23 | DNR | TELEPHONE CONFERENCE TO IRS APPEALS OFFICER REGARDING FEDERAL TAX LIEN HEARING ISSUES. | B240 | 0.10 | 35.00 |
| 11/13/23 | DNR | TELEPHONE CONFERENCE TO IRS INSOLVENCY SPECIALIST REGARDING RECEIVERSHIP CASE ASSIGNMENT. | B240 | 0.10 | 35.00 |
| 11/13/23 | DNR | CALLS WITH TERESA E. GILTNER REGARDING CLOSING DOCUMENTATION FOR ELDORADO. | B130 | 0.40 | 140.00 |
| 11/13/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCESS. | B110 | 0.10 | 35.00 |
| 11/13/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON DEED FOR ELDORADO AND PROCESS. | B130 | 0.20 | 70.00 |
| 11/13/23 | DNR | CORRESPONDENCE WITH UTILITY COMPANY REGARDING SALE | B130 | 0.30 | 105.00 |

APP. 0871

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 15

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | OF ELDORADO RANCH; CORRESPONDENCE TO BROKER REGARDING TRANSFER FOR SAME. | | | |
| 11/13/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING LETTER RESPONDING TO SOCIAL SECURITY ADMINISTRATION FOR VENTURES. | B240 | 0.10 | 35.00 |
| 11/13/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR AND CONTRACTOR REGARDING STICKER INVOICE. | B210 | 0.40 | 140.00 |
| 11/13/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER, BROKER, AND TITLE COMPANY REGARDING ELDORADO CLOSING DOCUMENTATION AND REVISED VERSIONS OF SAME. | B130 | 0.80 | 280.00 |
| 11/13/23 | DNR | CORRESPONDENCE WITH TERESA E. GILTNER AND BROKER REGARDING RELEASES OF LIENS. | B130 | 0.30 | 105.00 |
| 11/13/23 | PLH | REVIEW E-MAIL REGARDING TIEP DEMAND LETTER AND CLAIMS ASSERTED. | B120 | 0.20 | 108.90 |
| 11/13/23 | PLH | REVIEW CORRESPONDENCE REGARDING TIEP DEMAND LETTER SENT TO INVESTOR, CLAIMS ASSERTED AND OFFER TO SETTLE AND REVIEW CLAIM INFORMATION. | B120 | 0.30 | 163.35 |
| 11/13/23 | PLH | REVIEW E-MAIL REGARDING CLAIMS ASSERTED AGAINST INVESTOR IN DEMAND LETTER. | B120 | 0.20 | 108.90 |
| 11/13/23 | PLH | REVIEW VOICEMAIL AND ADDRESS DEMAND LETTER ISSUES. | B120 | 0.40 | 217.80 |
| 11/13/23 | PLH | CALL WITH MS. BREMER, MR. CECIL AND MS. BEHRENDS REGARDING TIEP INVESTOR PAYMENTS AND BACKUP DOCUMENTATION MATTERS. | B120 | 0.60 | 326.70 |
| 11/13/23 | PLH | REVIEW E-MAIL MS. BREMER ON INVESTOR'S PAYMENT DOCUMENTS AND REVIEW ATTACHED DOCUMENTS. | B120 | 0.30 | 163.35 |
| 11/13/23 | PLH | OFFICE CONFERENCE WITH MS. WILLIAMSON ON TIEP INVESTORS CLAIM ISSUES AND POTENTIAL MOTION FOR APPROVAL TO INITIATE LITIGATION. | B120 | 0.20 | 108.90 |
| 11/13/23 | PLH | REVIEW VOICEMAIL ON TIEP DEMAND LETTER. | B120 | 0.10 | 54.45 |
| 11/13/23 | PLH | OFFICE CONFERENCES WITH MS. BEHRENDS ON TIEP DEMAND LETTERS AND SUPPORTING DOCUMENTS REQUESTED BY TIEP INVESTORS' COUNSEL. | B120 | 0.30 | 163.35 |
| 11/13/23 | PLH | REVIEW E-MAIL AND RESPOND TO SAME ON CLAIMS AGAINST INVESTOR. | B120 | 0.20 | 108.90 |
| 11/13/23 | PLH | REVIEW E-MAIL ON DEMAND LETTER AND REVIEW REPORTS TO ADDRESS ISSUES RAISED IN THE E-MAIL. | B120 | 0.40 | 217.80 |
| 11/14/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING IRS | B240 | 0.10 | 35.00 |

APP. 0872

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 16

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | APPEALS OFFICER CALL. | | | |
| 11/14/23 | DNR | CORRESPONDENCE WITH TITLE COMPANY AND TERESA E. GILTNER REGARDING CLOSING DOCUMENTS FOR SELLER AND REVISIONS TO SAME. | B130 | 0.70 | 245.00 |
| 11/14/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING DEED FOR ELDORADO. | B130 | 0.10 | 35.00 |
| 11/14/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.70 | 245.00 |
| 11/14/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING TIEP RETURNED FUNDS. | B120 | 0.10 | 35.00 |
| 11/14/23 | DNR | REISSUE FINAL ROYALTY PAYMENTS FOR PANTHER CITY. | B210 | 0.50 | 175.00 |
| 11/14/23 | DNR | REVIEW DRAFT CLOSING DOCUMENTS SENT BY TITLE COMPANY AND PROVIDE COMMENTS TO TERESA E. GILTNER. | B130 | 0.20 | 70.00 |
| 11/14/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CLAIMS DATABASE AND DEMO FOR SAME. | B310 | 0.20 | 70.00 |
| 11/14/23 | DNR | CORRESPONDENCE WITH COMPTROLLER REGARDING FRANCHISE TAXES AND ISSUES REGARDING ARCOOIL CORP. | B240 | 0.50 | 175.00 |
| 11/14/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING RECORDING OF LIENS AND ISSUES ON EXECUTION OF SAME. | B130 | 0.10 | 35.00 |
| 11/14/23 | DNR | CORRESPONDENCE TO IBC BANK REGARDING BANK ACCOUNT COSTS. | B210 | 0.10 | 35.00 |
| 11/14/23 | DNR | CALL WITH AHUJA & CLARK AND DEBORAH D. WILLIAM REGARDING TAX AND ACCOUNTING ITEMS. | B240 | 1.70 | 595.00 |
| 11/14/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING CLOSING PACKAGE TO TITLE COMPANY. | B130 | 0.10 | 35.00 |
| 11/14/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON RESPONSE TO IRS CIVIL PENALTY LETTER. | B240 | 0.10 | 35.00 |
| 11/14/23 | DNR | CORRESPONDENCE TO WOLFEPAK REGARDING TERM EXTENSION AND OUTSTANDING INVOICE. | B210 | 0.10 | 35.00 |
| 11/14/23 | DNR | CALL WITH OIL AND GAS COUNSEL, VICKI PALMOUR CONSULTING, DEBORAH D. WILLIAMSON, AND AHUJA & CLARK REGARDING OIL AND GAS ACCOUNTING AND TAX ITEMS FOR 2023 TAX YEAR. | B240 | 0.70 | 245.00 |
| 11/14/23 | DNR | CORRESPONDENCE FROM AHUJA & CLARK REGARDING WELLS SPREADSHEET FOR TAX RETURNS AND REVIEW OF SAME. | B240 | 0.20 | 70.00 |
| 11/14/23 | DNR | CALL WITH IRS APPEALS OFFICER REGARDING FEDERAL TAX LIEN AND RECEIVERSHIP CASE BACKGROUND. | B240 | 0.70 | 245.00 |

APP. 0873

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 17

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/14/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING REVISIONS TO SELLER DOCUMENTATION. | B130 | 0.10 | 35.00 |
| 11/14/23 | DNR | CORRESPONDENCE WITH BUYER'S AGENT REGARDING UTILITY TRANSFER. | B130 | 0.10 | 35.00 |
| 11/14/23 | DNR | CORRESPONDENCE WITH BROKER REGARDING RELEASES OF LIENS AND CLOSING ISSUES. | B130 | 0.80 | 280.00 |
| 11/14/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 11/14/23 | DNR | CORRESPONDENCE TO DEBORAH D. WILLIAMSON REGARDING COMPTROLLER CORRESPONDENCE AND NEXT STEPS FOR ARCOOIL. | B240 | 0.10 | 35.00 |
| 11/14/23 | DNR | DRAFT LETTER TO TITLE COMPANY REGARDING SELLER DOCUMENTATION FOR CLOSING ON ELDORADO; REVISE SAME TO INCLUDE ESCROW REQUIREMENTS; COMPILE AND SEND PACKAGE FOR CLOSING. | B130 | 1.00 | 350.00 |
| 11/14/23 | DNR | TELEPHONE CONFERENCE WITH BROKER REGARDING TITLE COMPANY ITEMS AND RECORDING OF LIEN ISSUES. | B130 | 0.10 | 35.00 |
| 11/14/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCESS. | B110 | 0.10 | 35.00 |
| 11/14/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING DOCUMENTS SUPPORTING TAX RETURNS. | B240 | 0.20 | 70.00 |
| 11/14/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING PROCESSING OF PROBATED WILL AND ISSUANCE OF FINAL ROYALTY PAYMENT. | B210 | 0.10 | 35.00 |
| 11/14/23 | DNR | CORRESPONDENCE FROM VICKI PALMOUT CONSULTING REGARDING WOLFEPAK INVOICE. | B210 | 0.10 | 35.00 |
| 11/14/23 | DNR | CORRESPONDENCE WITH UTILITY COMPANY REGARDING TRANSFER OF METER AND RETURN OF ACCOUNT BALANCE POST-CLOSING. | B130 | 0.30 | 105.00 |
| 11/14/23 | DNR | DISCUSS SELLER DOCUMENTATION WITH DEBORAH D. WILLIAMSON FOR ELDORADO AND PROCESS. | B130 | 0.30 | 105.00 |
| 11/14/23 | DNR | CORRESPONDENCE TO BROKER AND TITLE COMPANY REGARDING SELLER DOCUMENTATION PACKAGE FOR PROOF VIA FEDEX. | B130 | 0.10 | 35.00 |
| 11/14/23 | DNR | DRAFT DETAILED CORRESPONDENCE IN RESPONSE TO JP MORGAN CHASE LETTER REGARDING FINAL ROYALTY PAYMENT AS AGENT FOR ROYALTY OWNER. | B110 | 0.40 | 140.00 |
| 11/14/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING AND CONTRACT OPERATOR REGARDING ABANDONED WELLS. | B130 | 0.10 | 35.00 |

APP. 0874

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 18

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/14/23 | PLH | REVIEW CORRESPONDENCE FROM INVESTOR ON PAYMENT OF DEMAND LETTER CLAIMS AND ADDRESS DEPOSIT OF ENCLOSED CHECK. | B120 | 0.20 | 108.90 |
| 11/14/23 | PLH | OFFICE CONFERENCES WITH MS. BEHRENDS TO ADDRESS ISSUES RELATED TO RECEIPT OF SETTLEMENT FUNDS FROM TIEP INVESTORS SETTLING DEMAND LETTER CLAIMS. | B120 | 0.40 | 217.80 |
| 11/14/23 | PLH | REVIEW SETTLEMENT CHART TO TRACK SETTLEMENT PAYMENTS RECEIVED IN RESPONSE TO TIEP DEMAND LETTERS. | B120 | 0.30 | 163.35 |
| 11/14/23 | PLH | REVIEW DOCUMENTS RELATED TO CLAIMS AGAINST INVESTOR AND E-MAIL ON SAME AND CLAIMS ASSERTED IN DEMAND LETTER. | B120 | 0.40 | 217.80 |
| 11/14/23 | PLH | REVIEW E-MAIL ON CLAIMS AGAINST INVESTOR AND DOCUMENTS RELATED TO CLAIMS. | B120 | 0.30 | 163.35 |
| 11/14/23 | TEG | [ELDORADO] CONTINUE WORK ON CLOSING DOCUMENTS, EMAIL CORRESPONDENCE; TELEPHONE CONFERENCE REGARDING THE SAME. | B130 | 2.00 | 1,053.00 |
| 11/15/23 | DNR | CALL WITH STRETTO REGARDING CLAIMS DATABASE AND REVISIONS FOR PUBLIC-FACING SITE. | B310 | 0.70 | 245.00 |
| 11/15/23 | DNR | TELEPHONE CONFERENCES WITH TERESA E. GILTNER REGARDING TITLE COMPANY EMAIL AND CLOSING ISSUES. | B130 | 0.40 | 140.00 |
| 11/15/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING NON-INVESTOR CLAIM PRE-CLAIMS PROCESS. | B210 | 0.30 | 105.00 |
| 11/15/23 | DNR | CORRESPONDENCE WITH COMPTROLLER REGARDING FRANCHISE TAX REFUND. | B240 | 0.20 | 70.00 |
| 11/15/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING FRANCHISE TAX UPDATE FROM COMPTROLLER. | B240 | 0.20 | 70.00 |
| 11/15/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.60 | 210.00 |
| 11/15/23 | DNR | REVIEW CM/ECF NOTICES ISSUED BY CLERK'S OFFICE. | B110 | 0.10 | 35.00 |
| 11/15/23 | DNR | TELEPHONE CONFERENCE WITH TERESA E. GILTNER REGARDING TITLE COMPANY UPDATE. | B130 | 0.10 | 35.00 |
| 11/15/23 | DNR | TELEPHONE CONFERENCE AND CORRESPONDENCE WITH TITLE COMPANY REGARDING UPDATE ON RELEASES OF LIENS. | B130 | 0.30 | 105.00 |
| 11/15/23 | DNR | RECEIVE AND REVIEW IBC ACCOUNT ANALYSIS STATEMENT; SEND TO AHUJA & CLARK. | B210 | 0.30 | 105.00 |
| 11/15/23 | DNR | RESEARCH DOCUMENTS AND PROVIDE SAME TO PATRICK L. HUFFSTICKLER REGARDING TIEP PAYMENTS. | B120 | 0.50 | 175.00 |
| 11/15/23 | DNR | CORRESPONDENCE WITH TITLE COMPANY AND BROKER | B130 | 0.40 | 140.00 |

**APP. 0875**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 19

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | REGARDING CLOSING ISSUES AND RECORDING ITEMS. | | | |
| 11/15/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING CLOSING UPDATE. | B130 | 0.10 | 35.00 |
| 11/15/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING WELLS IN FARMOUT AGREEMENT. | B210 | 0.20 | 70.00 |
| 11/15/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR, VICKI PALMOUR CONSULTING, AND AHUJA & CONSULTING REGARDING SOLD AND ABANDONED OIL AND GAS PROPERTIES AND INFORMATION FOR TAX RETURNS. | B240 | 0.70 | 245.00 |
| 11/15/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND PATRICK L. HUFFSTICKLER REGARDING SETTLEMENT AGREEMENTS IN RESPONSE TO DEMAND LETTERS. | B120 | 0.20 | 70.00 |
| 11/15/23 | DNR | CORRESPONDENCE WITH REID COLLINS AND DEBORAH D. WILLIAMSON REGARDING MEDIATION UPDATE. | BT160 | 0.30 | 105.00 |
| 11/15/23 | TEG | CONTINUE WORK ON ELDORADO CLOSING MATTERS. | B130 | 1.00 | 526.50 |
| 11/15/23 | PLH | REVIEW E-MAIL AND DOCUMENTS ATTACHED RELATED TO PAYMENT OF TIEP DEBT. | B120 | 0.40 | 217.80 |
| 11/15/23 | PLH | TELEPHONE CONFERENCE WITH MS. BEHRENDS ON LOCATING INVESTOR PAYMENT DOCUMENTS FOR TIEP DEBT. | B120 | 0.20 | 108.90 |
| 11/15/23 | PLH | REVIEW HEARTLAND DOCUMENTS RELATED TO INVESTOR PAYMENTS. | B120 | 0.30 | 163.35 |
| 11/15/23 | PLH | REVISE SETTLEMENT AGREEMENT AND E-MAIL MS. WILLIAMSON ON SAME. | B120 | 0.60 | 326.70 |
| 11/15/23 | PLH | REVIEW DOCUMENTS AND E-MAIL ON DEMAND LETTER ISSUES AND DOCUMENTS SHOWING PAYMENT BY HEARTLAND. | B120 | 0.30 | 163.35 |
| 11/15/23 | PLH | REVIEW E-MAIL AND E-MAIL MS. WILLIAMSON REGARDING POTENTIAL SETTLEMENT ISSUES. | B120 | 0.20 | 108.90 |
| 11/15/23 | PLH | FINALIZE SETTLEMENT AGREEMENT AND E-MAIL INVESTOR ON SETTLEMENT AGREEMENT. | B120 | 0.30 | 163.35 |
| 11/15/23 | PLH | REVIEW CORRESPONDENCE FROM COUNSEL FOR INVESTOR AND REVIEW TIEP DOCUMENTS RELATED TO CLAIMS AGAINST INVESTOR. | B120 | 0.40 | 217.80 |
| 11/15/23 | PLH | REVIEW E-MAIL FROM COUNSEL FOR INVESTOR AND ADDRESS FACTUAL ISSUES RAISED WITH RESPECT TO TRANSFERS TO INVESTOR. | B120 | 0.30 | 163.35 |
| 11/15/23 | PLH | REVIEW DOCUMENTS RELATED TO INVESTOR TRANSFERS AND CLAIMS ARISING OUT OF SAME. | B120 | 0.40 | 217.80 |

APP. 0876

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 20

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/15/23 | PLH | REVIEW DEMAND LETTER INFORMATION CHART TO ADDRESS ISSUES RAISED BY DEMAND LETTER RECIPIENTS WITH RESPECT TO TRANSFERS. | B120 | 0.30 | 163.35 |
| 11/16/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING EMAIL NOTICING AND CLAIMS PORTAL ITEMS. | B310 | 1.00 | 350.00 |
| 11/16/23 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING INVESTOR EMAIL TO JUDGE RAY. | B110 | 0.20 | 70.00 |
| 11/16/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING INVESTOR CORRESPONDENCE TO CHAMBERS. | B110 | 0.20 | 70.00 |
| 11/16/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.70 | 245.00 |
| 11/16/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING DISTRIBUTION METHODOLOGY. | B310 | 0.30 | 105.00 |
| 11/16/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING STATUS OF MEDIATION. | BT160 | 0.30 | 105.00 |
| 11/16/23 | DNR | CORRESPONDENCE WITH LAND/ROYALTY OWNER REGARDING RECORDED NOTICE OF ABANDONMENT AND ROYALTY PAYMENTS. | B110 | 0.40 | 140.00 |
| 11/16/23 | DNR | CORRESPONDENCE WITH TITLE COMPANY REGARDING RELEASE OF LIEN STATUS AND SCHLEICHER COUNTY ISSUES. | B130 | 0.80 | 280.00 |
| 11/16/23 | DNR | CORRESPONDENCE TO WOLFEPAK REGARDING RECEIVER'S INVOICE. | B210 | 0.10 | 35.00 |
| 11/16/23 | DNR | REVIEW REDLINES OF NOTICES AND FORMS FROM STRETTO. | B310 | 0.50 | 175.00 |
| 11/16/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON NOTICING AND EMAIL ISSUES FOR CLAIMS PROCEDURE. | B310 | 0.20 | 70.00 |
| 11/16/23 | DNR | TELEPHONE CONFERENCE WITH WOLFEPAK ACCOUNT MANAGER REGARDING INVOICE AND ACCOUNT ACCESS ISSUES. | B210 | 0.20 | 70.00 |
| 11/16/23 | DNR | UPDATE OIL AND GAS COUNSEL AND VICKI PALMOUR CONSULTING REGARDING CALL WITH WOLFEPAK. | B210 | 0.10 | 35.00 |
| 11/16/23 | PLH | REVIEW VOICEMAIL OF INVESTOR ON DEMAND LETTER ISSUES AND RETURN CALL AND LEFT MESSAGE. | B120 | 0.10 | 54.45 |
| 11/16/23 | PLH | REVIEW VOICEMAIL AND RETURN CALL AND LEFT MESSAGE ON CLAIMS ASSERTED AGAINST INVESTOR. | B120 | 0.20 | 108.90 |
| 11/16/23 | PLH | REVIEW VOICEMAIL OF INVESTOR'S COUNSEL AND RETURN CALL AND LEFT MESSAGE ON CLAIMS AGAINST HIS INVESTOR CLIENT. | B120 | 0.20 | 108.90 |
| 11/16/23 | PLH | REVIEW E-MAIL OF COUNSEL FOR INVESTOR ON DEMAND | B120 | 0.40 | 217.80 |

APP. 0877

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 21

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|------------|------|-------|--------|
| | | LETTER CLAIMS ASSERTED AGAINST INVESTOR AND CONFERENCE ON SAME. | | | |
| 11/16/23 | PLH | REVIEW E-MAIL AND CONFERENCE MS. BEHRENDS ON TIEP ISSUES RELATED TO INVESTOR. | B120 | 0.20 | 108.90 |
| 11/16/23 | PLH | REVIEW VOICEMAIL, COUNSEL FOR INVESTOR RELATED TO DEMAND LETTER AND CLAIMS AND RETURN A CALL. | B120 | 0.10 | 54.45 |
| 11/16/23 | PLH | CONFERENCE MS. WILLIAMSON REGARDING VARIOUS FACTUAL AND LEGAL ISSUES RAISED BY COUNSEL FOR TIEP INVESTORS. | B120 | 0.20 | 108.90 |
| 11/17/23 | PLH | E-MAIL WITH COUNSEL FOR INVESTOR ON RECEIVER CLAIM ISSUES. | B120 | 0.20 | 108.90 |
| 11/17/23 | PLH | CONFERENCE WITH MS. WILLIAMSON REGARDING VARIOUS ADDITIONAL FACTUAL AND LEGAL ISSUES RAISED BY COUNSEL FOR TIEP INVESTORS TO CLAIMS OF RECEIVER SET OUT IN DEMAND LETTERS. | B120 | 0.20 | 108.90 |
| 11/17/23 | DNR | PREPARE AND FILE CNO REGARDING SALE OF ELDORADO RANCH. | B130 | 0.30 | 105.00 |
| 11/17/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING AND OIL AND GAS COUNSEL REGARDING WOLFEPAK ACCESS AND INVOICING ISSUES. | B210 | 0.20 | 70.00 |
| 11/17/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON SALE AND CLOSING ITEMS FOR ELDORADO. | B130 | 0.20 | 70.00 |
| 11/17/23 | DNR | CORRESPONDENCE WITH LANDOWNER REGARDING ABANDONMENT OF OIL AND GAS PROPERTIES. | B110 | 0.20 | 70.00 |
| 11/17/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING MEDIATION. | BT160 | 0.20 | 70.00 |
| 11/17/23 | DNR | TELEPHONE CONFERENCE WITH TITLE COMPANY REGARDING CLOSING AUTHORIZATION FOR ELDORADO; UPDATE DEBORAH D. WILLIAMSON ON SAME. | B130 | 0.20 | 70.00 |
| 11/17/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING VERSIONS OF INVESTOR PORTAL AND COMMENTS ON SAME; DISCUSS ISSUES WITH AHUJA & CLARK ON SAME. | B310 | 1.00 | 350.00 |
| 11/17/23 | DNR | SEND ELDORADO CLOSING DOCUMENTS TO AHUJA & CLARK. | B310 | 0.10 | 35.00 |
| 11/17/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING GENERAL LAND OFFICE REPORTING FOR SEPTEMBER 2023 AND PAYMENT ITEMS. | B210 | 0.40 | 140.00 |
| 11/17/23 | DNR | CORRESPONDENCE WITH TITLE COMPANY REGARDING CLOSING AND FUNDING ITEMS FOR ELDORADO. | B130 | 0.30 | 105.00 |

APP. 0878

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 22

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/17/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 11/18/23 | PLH | REVIEW E-MAIL AND CORRESPONDENCE WITH COUNSEL FOR INVESTOR, REGARDING DEMAND LETTER ISSUES AND CLAIMS AND RESPOND TO E-MAIL. | B120 | 0.30 | 163.35 |
| 11/19/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING REVISED TRANSACTION SCHEDULES FOR NET WINNERS; REVIEW INFORMATION AND DATABASE ITEMS ON SAME. | B310 | 0.50 | 175.00 |
| 11/19/23 | DNR | REVIEW REVISED NOTICES AND PROOF OF CLAIM DOCUMENTS FOR MAILING FROM STRETTO; CORRESPONDENCE WITH COMMENTS ON SAME. | B310 | 0.70 | 245.00 |
| 11/20/23 | DNR | CORRESPONDENCE WITH OIL AND GAS COUNSEL REGARDING LANDOWNER INQUIRY RESPONSE. | B210 | 0.20 | 70.00 |
| 11/20/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CREDENTIALS FOR SUBSETS OF CREDITORS AND EMAIL NOTICING. | B310 | 0.40 | 140.00 |
| 11/20/23 | DNR | CORRESPONDENCE AND TELEPHONE CONFERENCE WITH PATRICK L. HUFFSTICKLER REGARDING TIEP BANK RECORDS REGARDING TRANSFER OF FUNDS. | B120 | 0.40 | 140.00 |
| 11/20/23 | DNR | RECEIVE AND REVIEW RECORDED SALE DOCUMENTS FROM TITLE COMPANY FOR ELDORADO. | B130 | 0.20 | 70.00 |
| 11/20/23 | DNR | RESEARCH TIEP BANK RECORDS FOR SPECIFIC INVESTOR. | B120 | 0.60 | 210.00 |
| 11/20/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.20 | 70.00 |
| 11/20/23 | DNR | CORRESPONDENCE TO LANDOWNER REGARDING METER NUMBER. | B110 | 0.10 | 35.00 |
| 11/20/23 | DNR | CORRESPONDENCE TO DEBORAH D. WILLIAMSON REGARDING UPCOMING DECEMBER 2023 AUCTION. | B130 | 0.10 | 35.00 |
| 11/20/23 | DNR | RECEIVE AND REVIEW DRAFT INSOLVENCY TAX SPREADSHEET FROM AHUJA & CLARK. | B240 | 0.30 | 105.00 |
| 11/20/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND AHUJA & CLARK REGARDING INSOLVENCY DEBT AND TAX RETURN ITEMS. | B240 | 0.70 | 245.00 |
| 11/20/23 | DNR | REVIEW CORRESPONDENCE WITH INVESTOR COUNSEL REGARDING DEMAND LETTER. | B120 | 0.30 | 105.00 |
| 11/20/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING ROLLOVER FUNDS AND CLAIM AMOUNT. | B310 | 0.10 | 35.00 |
| 11/20/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.60 | 210.00 |
| 11/20/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CLAIMS NOTICING AND WEBSITE. | B310 | 0.40 | 140.00 |

APP. 0879

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 23

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/20/23 | DNR | CORRESPONDENCE AND TELEPHONE CONFERENCE WITH PATRICK L. HUFFSTICKLER REGARDING INSOLVENCY ANALYSIS. | B120 | 0.30 | 105.00 |
| 11/20/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING SPECIFIC INVESTOR INQUIRY AND RESPONSE. | B110 | 0.20 | 70.00 |
| 11/20/23 | PLH | E-MAILS WITH INVESTOR ON FULLY EXECUTED SETTLEMENT AGREEMENT. | B120 | 0.20 | 108.90 |
| 11/20/23 | PLH | TELEPHONE CONFERENCE WITH MS. BEHRENDS AND E-MAIL WITH MS. BEHERENDS ON INVESTOR DOCUMENTS TO FORWARD TO INVESTOR COUNSEL. | B120 | 0.30 | 163.35 |
| 11/20/23 | PLH | REVIEW DOCUMENTS FROM ACCOUNTANTS AND COMPILE SAME FOR SETTLEMENT DISCUSSIONS WITH TIEP INVESTORS' COUNSEL. | B120 | 0.70 | 381.15 |
| 11/20/23 | PLH | TELEPHONE CONFERENCE WITH INVESTOR REGARDING SETTLEMENT OF CLAIMS. | B120 | 0.40 | 217.80 |
| 11/20/23 | PLH | OFFICE CONFERENCE WITH MS. WILLIAMSON REGARDING OFFER TO SETTLE CLAIMS. | B120 | 0.30 | 163.35 |
| 11/20/23 | PLH | FURTHER E-MAILS WITH MS. BEHRENDS ON INVESTOR DOCUMENTS RELATED TO TIEP PAYMENT. | B120 | 0.20 | 108.90 |
| 11/20/23 | PLH | REVIEW AND RESPOND TO E-MAILS OF INVESTOR COUNSEL REGARDING REQUESTS FOR DOCUMENTS AND CLAIMS OF RECEIVER. | B120 | 0.40 | 217.80 |
| 11/20/23 | PLH | OFFICE CONFERENCES WITH MS. WILLIAMSON AND TELEPHONE CONFERENCE AND E-MAILS WITH MS. BEHRENDS ON DOCUMENT REQUESTS REGARDING SOLVENCY ANALYSIS AND RELATED CLAIM ISSUES. | B120 | 0.40 | 217.80 |
| 11/20/23 | PLH | REVIEW SOLVENCY ANALYSIS FROM ACCOUNTANTS FOR PAR AND FUND III IN CONNECTION WITH TIEP DEMAND LETTERS AND NEGOTIATIONS ON SAME. | B120 | 0.80 | 435.60 |
| 11/20/23 | PLH | TELEPHONE CONFERENCES ON DEMAND LETTER AND CLAIMS AGAINST INVESTOR. | B120 | 0.40 | 217.80 |
| 11/20/23 | PLH | TELEPHONE CONFERENCE ON RECEIVER CLAIMS. | B120 | 0.20 | 108.90 |
| 11/21/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 2.80 | 980.00 |
| 11/21/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING TRANSACTION SCHEDULES AND INVESTOR INQUIRIES ON SAME. | B310 | 1.00 | 350.00 |
| 11/21/23 | DNR | REVISE FAQS. | B110 | 0.30 | 105.00 |
| 11/21/23 | DNR | CORRESPONDENCE TO DEBORAH D. WILLIAMSON REGARDING REVISED FAQS. | B110 | 0.10 | 35.00 |

APP. 0880

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 24

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/21/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING INVESTOR INQUIRIES REGARDING TRANSACTION SCHEDULES. | B110 | 0.30 | 105.00 |
| 11/21/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING MEDIATION UPDATE. | BT160 | 0.40 | 140.00 |
| 11/21/23 | DNR | CORRESPONDENCE TO ROYALTY OWNER AGENT REGARDING FINAL ROYALTY PACKAGE. | B110 | 0.10 | 35.00 |
| 11/21/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.60 | 210.00 |
| 11/21/23 | DNR | CORRESPONDENCE TO IBC BANK REGARDING LETTER REGARDING DATA BREACH OF VENDOR. | B210 | 0.10 | 35.00 |
| 11/21/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL RECEIVED. | B210 | 0.10 | 35.00 |
| 11/21/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING AND OIL AND GAS COUNSEL REGARDING CONVEYANCE AND ROYALTY LETTER RECEIVED. | B210 | 0.20 | 70.00 |
| 11/21/23 | TED | ADDRESS INVESTOR INQUIRIES. | B110 | 0.10 | 25.65 |
| 11/21/23 | PLH | REVIEW CORRESPONDENCE AND INFORMATION ON THE PAYMENTS MADE TO INVESTOR AND TELEPHONE CONFERENCE WITH COUNSEL ON CLAIMS. | B120 | 0.60 | 326.70 |
| 11/21/23 | PLH | REVIEW INFORMATION REGARDING PAYMENTS TO INVESTOR AND TELEPHONE CONFERENCE REGARDING DEMAND LETTER AND CLAIMS ASSERTED. | B120 | 0.70 | 381.15 |
| 11/21/23 | PLH | OFFICE CONFERENCES WITH MS. WILLIAMSON ON SETTLEMENT PARAMETERS RELATED TO TIEP DEMAND LETTERS AND ASSOCIATED ISSUES. | B120 | 0.20 | 108.90 |
| 11/21/23 | PLH | TELEPHONE CONFERENCE AND REVIEW E-MAIL WITH MS. BEHRENDS ON SOLVENCY ANALYSIS RELATED TO TIEP INVESTOR CLAIMS AND NEGOTIATIONS FOR SETTLEMENT. | B120 | 0.30 | 163.35 |
| 11/21/23 | PLH | REVIEW SOLVENCY INFORMATION AND SPREADSHEETS PREPARED BY ACCOUNTANTS RELATED TO TIEP INVESTOR CLAIMS. | B120 | 0.80 | 435.60 |
| 11/21/23 | PLH | REVIEW E-MAILS ON CLAIMS OF INVESTOR RELATED TO TIEP MATTERS OF MS. BEHRENDS AND MS. WILLIAMSON. | B120 | 0.20 | 108.90 |
| 11/21/23 | PLH | TELEPHONE CONFERENCE WITH MS. BEHRENDS AND OFFICE CONFERENCE WITH MS. WILLIAMSON ON INFORMATION RELATED TO HEARTLAND MARKETING GROUP. | B120 | 0.30 | 163.35 |
| 11/21/23 | PLH | REVIEW VOICEMAIL ON TIEP DEMAND LETTER INVESTOR. | B120 | 0.10 | 54.45 |

APP. 0881

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 25

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| 11/21/23 | PLH | REVIEW E-MAIL AND CORRESPONDENCE ON DEMAND LETTER AND CLAIMS ASSERTED THEREIN AND REVIEW INFORMATION ON SOELTER PAYMENTS AND RELATED TIEP DOCUMENTS. | B120 | 0.70 | 381.15 |
| 11/21/23 | PLH | REVIEW E-MAI ON TIEP DEMAND LETTER AND CLAIMS RAISED. | B120 | 0.20 | 108.90 |
| 11/22/23 | PLH | REVIEW INFORMATION ON PAYMENTS TO INVESTORS AND TELEPHONE CONFERENCE WITH THEIR COUNSEL   TIEP INVESTOR DEMAND LETTER AND CLAIMS MATTERS. | B120 | 0.80 | 435.60 |
| 11/22/23 | PLH | E-MAILS ON DEMAND LETTER CLAIMS AGAINST INVESTOR. | B120 | 0.20 | 108.90 |
| 11/22/23 | PLH | REVIEW COUNSEL RESPONSES AND IDENTIFY ISSUES RELATED TO TIEP INVESTOR DEMAND LETTER CLAIMS AND PULL RELEVANT DOCUMENTS FROM FILES SENT BY ACCOUNTANTS RELATED TO SAME. | B120 | 0.80 | 435.60 |
| 11/22/23 | PLH | REVIEW E-MAIL OF ON CLAIMS ASSERTED IN TIEP INVESTOR DEMAND LETTER. | B120 | 0.20 | 108.90 |
| 11/22/23 | DNR | CORRESPONDENCE WITH OIL AND GAS COUNSEL AND VICKI PALMOUR CONSULTING REGARDING ROYALTY PACKAGE ISSUES. | B210 | 0.30 | 105.00 |
| 11/24/23 | PLH | REVIEW AND COMPILE DOCUMENTS AND E-MAIL ON DOCUMENTS RELATED TO CLAIMS AGAINST INVESTORS. | B120 | 0.40 | 217.80 |
| 11/24/23 | PLH | E-MAILS ON DEMAND LETTER ISSUES. | B120 | 0.20 | 108.90 |
| 11/24/23 | PLH | REVIEW OF RESEARCH REGARDING DEFENSE RAISED BY TIEP INVESTORS. | B120 | 0.90 | 490.05 |
| 11/26/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND OIL AND GAS COUNSEL REGARDING COMPLIANCE CALL AND OUTSTANDING ITEMS. | B210 | 0.20 | 70.00 |
| 11/27/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 4.00 | 1,400.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS EMAIL AND ISSUES ON SAME. | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | RECEIVE AND REVIEW OCTOBER 2023 STATEMENT FROM GULF COAST;  CORRESPONDENCE  TO  COMPLIANCE  TEAM REGARDING SAME. | B210 | 0.30 | 105.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND CASE STATUS. | B110 | 0.30 | 105.00 |
| 11/27/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL CLAIMS NOTICING AND UPDATES TO CONTACTS FOR | B310 | 0.90 | 315.00 |

APP. 0882

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 26

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | INVESTORS. | | | |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING NET TRANSACTION AMOUNT AND CLAIMS PROCEDURE. | B110 | 0.20 | 70.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING UPDATING CONTACT INFORMATION AND NET TRANSACTION AMOUNT. | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | CORRESPONDENCE WITH COMPLIANCE TEAM REGARDING FARMOUT UPDATE. | B210 | 0.30 | 105.00 |
| 11/27/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.50 | 175.00 |
| 11/27/23 | DNR | CORRESPONDENCE WITH UTILITY COMPANY REGARDING ELDORADO RANCH DEPOSIT AND TRANSFER. | B130 | 0.30 | 105.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND NET TRANSACTION SCHEDULES. | B110 | 0.30 | 105.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS SUBMISSION. | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | CORRESPONDENCE WITH INVESTOR REGARDING 2022 TAX DOCUMENTATION FOR K-1. | B110 | 0.20 | 70.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS TIMELINE. | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING EMAIL ISSUES AND CLAIMS PROCESS. | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR'S CHILD REGARDING PROBATED WILL AND INVESTMENT INFORMATION. | B110 | 0.20 | 70.00 |
| 11/27/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING AND OIL AND GAS COUNSEL REGARDING RETURNED FINAL ROYALTY PACKAGES. | B210 | 0.20 | 70.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH OIL AND GAS COUNSEL REGARDING ESCHEATMENT AND FARMOUT ITEMS. | B210 | 0.40 | 140.00 |
| 11/27/23 | DNR | UPDATE WEBSITE CONTENT ON CLAIMS PROCESS PAGE. | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR AND TRUSTEE REGARDING CLAIMS NOTICING AND TRANSACTION SCHEDULES. | B110 | 0.40 | 140.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND DATABASE QUESTIONS. | B110 | 0.20 | 70.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS DATABASE | B110 | 0.10 | 35.00 |

APP. 0883

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 27

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING NET TRANSACTION SCHEDULE AND DUPLICATIVE SUBMISSIONS IN DATABASE | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING INVESTOR DATABASE | B110 | 0.10 | 35.00 |
| 11/27/23 | DNR | RESEARCH ROYALTY OWNER INFORMATION TO REISSUE FINAL PACKAGES. | B210 | 0.30 | 105.00 |
| 11/27/23 | DNR | CORRESPONDENCE TO GULF COAST REGARDING PAYMENT TO RECEIVER. | B210 | 0.10 | 35.00 |
| 11/27/23 | DNR | CORRESPONDENCE TO FARMEE REGARDING PAYMENT TO GULF COAST. | B210 | 0.10 | 35.00 |
| 11/27/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON FARMOUT ITEMS AND FUND TRANSFER. | B210 | 0.20 | 70.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND NOTICING ISSUES. | B110 | 0.20 | 70.00 |
| 11/27/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING DATABASE ACCESS AND CREDENTIALS ISSUES. | B110 | 0.10 | 35.00 |
| 11/27/23 | PLH | REVIEW CORRESPONDENCE ON DEMAND LETTERS. | B120 | 0.30 | 163.35 |
| 11/27/23 | PLH | TELEPHONE CONFERENCE WITH MS. BEHRENDS ON ISSUES RAISED RELATED TO ARCOOIL AND TIEP BY TIEP INVESTOR COUNSEL. | B120 | 0.20 | 108.90 |
| 11/27/23 | PLH | REVIEW OF DECISIONS REGARDING POTENTIAL DEFENSES UNDER TUFTA. | B120 | 1.40 | 762.30 |
| 11/27/23 | TED | ADDRESS INVESTOR INQUIRIES. | B110 | 0.10 | 25.65 |
| 11/28/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.50 | 525.00 |
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PACKAGE. | B110 | 0.10 | 35.00 |
| 11/28/23 | DNR | CORRESPONDENCE WITH GULF COAST REGARDING PRODUCTION PAYMENT AND ABANDONMENT LETTER. | B210 | 0.50 | 175.00 |
| 11/28/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING SUBMISSION OF CLAIMS AND PROCESS FOR ANALYSIS OF SAME. | B310 | 0.40 | 140.00 |
| 11/28/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL CLAIMS NOTICING AND UPDATES TO CONTACTS FOR INVESTORS. | B310 | 0.80 | 280.00 |
| 11/28/23 | DNR | CORRESPONDENCE WITH OFFICE OF THE ATTORNEY GENERAL REGARDING CONTACT FOR RAILROAD COMMISSION CLAIM. | B310 | 0.20 | 70.00 |

APP. 0884

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 28

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH IRS INSOLVENCY CONTACT REGARDING RECEIVERSHIP CASE ASSIGNMENT. | B240 | 0.10 | 35.00 |
| 11/28/23 | DNR | CORRESPONDENCE TO IRS INSOLVENCY SPECIALIST REGARDING RECEIVERSHIP ORDER, CLAIMS MOTION AND ORDER, AND RECEIVERSHIP INFORMATION. | B240 | 0.20 | 70.00 |
| 11/28/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON TAX STATEMENT FROM WICHITA COUNTY. | B240 | 0.10 | 35.00 |
| 11/28/23 | DNR | PREPARE AND SEND 2023 TAX STATEMENT PACKAGE TO WICHITA COUNTY. | B240 | 0.30 | 105.00 |
| 11/28/23 | DNR | ANALYZE CONVEYANCE DOCUMENTS RECEIVED AND REISSUE ROYALTY PAYMENT TO NEW OWNER. | B210 | 0.30 | 105.00 |
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING DATABASE ACCESS ISSUES. | B110 | 0.10 | 35.00 |
| 11/28/23 | DNR | PREPARE AND SUBMIT LEGAL CONTENT FOR FORT WORTH TELEGRAM FOR PUBLICATION NOTICE. | B310 | 0.50 | 175.00 |
| 11/28/23 | DNR | CORRESPONDENCE WITH FORT WORTH TELEGRAM REGARDING PUBLICATION OF LEGAL NOTICE. | B310 | 0.10 | 35.00 |
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCESS AND TIMELINE. | B110 | 0.30 | 105.00 |
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PACKAGE AND UPDATED CONTACT INFORMATION. | B110 | 0.20 | 70.00 |
| 11/28/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING CDP HEARING FOR BARRON PETROLEUM. | B240 | 0.20 | 70.00 |
| 11/28/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING BANK ACCOUNT ISSUES AND CORRESPONDENCE FROM BANK. | B210 | 0.20 | 70.00 |
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE TIMELINE. | B110 | 0.10 | 35.00 |
| 11/28/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 11/28/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING TAX CALL AND OUTSTANDING ITEMS. | B240 | 0.30 | 105.00 |
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PACKAGE AND REISSUANCE. | B110 | 0.10 | 35.00 |
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING REISSUANCE OF ROYALTY PAYMENT AND UPDATING OWNER INFORMATION. | B210 | 0.10 | 35.00 |
| 11/28/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING | B310 | 0.40 | 140.00 |

APP. 0885

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 29

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| | | TRANSACTION SCHEDULE AND CLAIMS PROCEDURE QUESTIONS. | | | |
| 11/28/23 | PLH | OFFICE CONFERENCE WITH MS. WILLIAMSON ON TIEP INVESTOR CLAIMS AND SETTLEMENT ISSUES INCLUDING INITIATING LITIGATION AND POTENTIAL DEFENSES AND OFFICE CONFERENCE WITH MS. BEHRENDS ON SAME. | B120 | 0.80 | 435.60 |
| 11/28/23 | PLH | E-MAIL REGARDING DEMAND LETTER CLAIMS AGAINST TIEP INVESTOR CLIENT. | B120 | 0.20 | 108.90 |
| 11/28/23 | PLH | E-MAIL ON POTENTIAL SETTLEMENT OF TIEP INVESTOR DEMAND LETTER CLAIMS AGAINST INVESTOR CLIENT. | B120 | 0.20 | 108.90 |
| 11/29/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.50 | 525.00 |
| 11/29/23 | DNR | CORRESPONDENCE TO IRS APPEALS OFFICER REGARDING APPEALS HEARING FORM OF RECEIVER. | B240 | 0.10 | 35.00 |
| 11/29/23 | DNR | CORRESPONDENCE FROM COURTROOM DEPUTY REGARDING CREDENTIALS FOR HEARING ON NOVEMBER 30, 2023. | B110 | 0.10 | 35.00 |
| 11/29/23 | DNR | TELEPHONE CONFERENCES WITH INVESTOR REGARDING INVESTMENT-SPECIFIC INQUIRY. | B110 | 0.30 | 105.00 |
| 11/29/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING COMBINED INVESTOR FILE. | B310 | 0.20 | 70.00 |
| 11/29/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND TRANSACTION SCHEDULE QUESTIONS. | B110 | 0.20 | 70.00 |
| 11/29/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING DATABASE ACCESS AND RELATED ISSUES FOR INVESTORS AND ADDITIONAL NOTICING. | B310 | 0.40 | 140.00 |
| 11/29/23 | DNR | CORRESPONDENCE FROM GENERAL LAND OFFICE REGARDING ACCOUNT STATEMENTS; SEND TO VICKI PALMOUR CONSULTING. | B210 | 0.30 | 105.00 |
| 11/29/23 | DNR | TELEPHONE CONFERENCE WITH IBC BANK REGARDING FRAUD FLAG ON ACCOUNT. | B210 | 0.20 | 70.00 |
| 11/29/23 | DNR | UPDATE DEBORAH D. WILLIAMSON ON IBC BANK ACCOUNT ITEMS. | B210 | 0.10 | 35.00 |
| 11/29/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING SUBMISSION OF CLAIMS AND RELATED ISSUES. | B310 | 0.50 | 175.00 |
| 11/29/23 | DNR | APPEAR ON BEHALF OF RECEIVER AT IRS APPEAL HEARING ON BARRON PETROLEUM FEDERAL TAX LIEN. | B240 | 0.40 | 140.00 |
| 11/29/23 | DNR | REVIEW MATERIALS AND PREPARE FOR FEDERAL TAX LIEN | B240 | 0.30 | 105.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 30

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | APPEALS HEARING. | | | |
| 11/29/23 | DNR | TELEPHONE CONFERENCE WITH AHUJA & CLARK REGARDING IRS FORM RECEIVED AFTER TAX APPEAL HEARING. | B240 | 0.10 | 35.00 |
| 11/29/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING RESPONSE TO IRS LETTER REGARDING CIVIL PENALTY. | B240 | 0.10 | 35.00 |
| 11/29/23 | DNR | RECEIVE AND REVIEW FAX FROM IRS REGARDING FEDERAL TAX LIEN APPEAL HEARING; DISCUSS SAME WITH DEBORAH D. WILLIAMSON. | B240 | 0.40 | 140.00 |
| 11/29/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING MEDIATION STATUS. | BT160 | 0.20 | 70.00 |
| 11/29/23 | DNR | ANALYZE BANK RECORDS FOR INVESTOR-SPECIFIC INQUIRY; DISCUSS SAME WITH DEBORAH D. WILLIAMSON. | B120 | 0.60 | 210.00 |
| 11/29/23 | DNR | CALL WITH STRETTO, AHUJA & CLARK, AND DEBORAH D. WILLIAMSON REGARDING CLAIMS RECONCILIATION AND ANALYSIS PROCESSES. | B310 | 0.70 | 245.00 |
| 11/29/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING PREVIOUS LETTER TO GLO REGARDING APPLICATION REQUEST OF UNAPPLIED FUNDS AND OUTSTANDING BALANCE NOT REFLECTIVE OF SAME. | B210 | 0.40 | 140.00 |
| 11/29/23 | DNR | RECEIVE AND REVIEW CLAIMS REPORT AS OF NOVEMBER 29, 2023. | B310 | 0.30 | 105.00 |
| 11/29/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING MEDIATION. | BT160 | 0.20 | 70.00 |
| 11/29/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING DATA HOSTING WIRE. | B210 | 0.10 | 35.00 |
| 11/29/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCESS AND ABANDONMENT OF OIL AND GAS. | B110 | 0.40 | 140.00 |
| 11/29/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING TRANSACTION SCHEDULE ITEMS. | B310 | 0.20 | 70.00 |
| 11/29/23 | DNR | TELEPHONE CONFERENCE WITH AHUJA & CLARK REGARDING TRANSACTION SCHEDULE ITEMS. | B310 | 0.20 | 70.00 |
| 11/29/23 | PLH | REVIEW E-MAIL ON TIEP INVESTOR REPRESENTATION IN CONNECTION WITH DEMAND LETTER. | B120 | 0.20 | 108.90 |
| 11/29/23 | PLH | REVIEW INFORMATION ON TIEP INVESTOR CLAIMS TO ADDRESS WITH INVESTOR'S COUNSEL. | B120 | 0.30 | 163.35 |
| 11/29/23 | PLH | E-MAIL AND TELEPHONE CONFERENCE REGARDING CLAIMS AGAINST TIEP INVESTOR CLIENT AND POTENTIAL RESOLUTION | B120 | 0.60 | 326.70 |

APP. 0887

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 31

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | OF SAME. | | | |
| 11/30/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.70 | 245.00 |
| 11/30/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING INVESTOR SUBMISSIONS AND ISSUES ON DATABASE. | B110 | 0.70 | 245.00 |
| 11/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 11/30/23 | DNR | APPEAR BEFORE THE HON. HAL R. RAY, JR. AT NOVEMBER 30, 2023 HEARING. | B110 | 0.70 | 245.00 |
| 11/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE TIMELINE. | B110 | 0.10 | 35.00 |
| 11/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND QUESTIONS ON CASE. | B110 | 0.10 | 35.00 |
| 11/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND TRANSACTION SCHEDULE ISSUES. | B110 | 0.20 | 70.00 |
| 11/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE QUESTIONS. | B110 | 0.20 | 70.00 |
| 11/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND TRANSACTION SCHEDULE QUESTIONS. | B110 | 0.20 | 70.00 |
| 11/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CHECK DEPOSITED BY FINANCIAL ADVISOR AND TRANSACTION SCHEDULE. | B110 | 0.20 | 70.00 |
| 11/30/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCESS QUESTIONS. | B110 | 0.10 | 35.00 |
| 11/30/23 | DNR | REVISE FAQS. | B110 | 0.70 | 245.00 |
| 11/30/23 | DNR | PREPARE FOR HEARING ON NOVEMBER 30, 2023. | B110 | 0.50 | 175.00 |
| 11/30/23 | PLH | REVIEW E-MAIL AND RELATED DOCUMENTS IN CONNECTION WITH NEGOTIATIONS TO SETTLE CLAIMS OF COUNSEL'S CLIENTS WHO WERE TIEP INVESTORS. | B120 | 0.80 | 435.60 |
| 11/30/23 | PLH | REVIEW RESEARCH REGARDING ADDITIONAL DEFENSES RAISED TO DEMAND LETTERS BY TIEP INVESTORS' COUNSEL. | B120 | 1.20 | 653.40 |
| 11/30/23 | PLH | ADDRESS FACTUAL ISSUES RAISED BY TIEP INVESTORS AND COUNSEL IN RESPONSE TO DEMAND LETTERS, INCLUDING REVIEW OF ACCOUNTANT PREPARED INFORMATION AND RELATED DOCUMENTS. | B120 | 1.50 | 816.75 |
| | | **TOTAL** | | **185.00** | **$76,171.00** |

**APP. 0888**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

FEBRUARY 6, 2024

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 32

APP. 0889

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 33

FEBRUARY 6, 2024

**BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| PLH | PATRICK HUFFSTICKLER | MEMBER | 51.50 | 544.50 | 28,041.75 |
| TEG | TERESA GILTNER | PARTICIPATING MEMBER | 8.30 | 526.50 | 4,369.95 |
| DNR | DANIELLE R. BEHRENDS | SENIOR ATTORNEY | 122.90 | 350.00 | 43,015.00 |
| AMDO | ALANNA M. DOMINGUEZ | ASSOCIATE | 2.10 | 330.00 | 693.00 |
| TED | THERESA E. DICK | PARALEGAL | 0.20 | 256.50 | 51.30 |
| | **TOTAL** | | **185.00** | | **$76,171.00** |

APP. 0890

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 34

FEBRUARY 6, 2024

## DISBURSEMENTS

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| | PHOTOCOPIES | 727.00 | 0.10 | 72.70 |
| | PRINTING EXPENSES | 1,554.00 | 0.10 | 155.40 |
| | RELATIVITY DATA HOSTING | 1.00 | 3,320.00 | 3,320.00 |
| | SCANNING | 848.00 | 0.10 | 84.80 |
| | **TOTAL DISBURSEMENTS** | | | **3,634.90** |

APP. 0891



DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567331
PAGE 35

FEBRUARY 6, 2024

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 34.40 | 12,021.30 |
| B120 | ASSET ANALYSIS AND RECOVERY | 59.50 | 30,799.75 |
| B130 | ASSET DISPOSITION | 26.70 | 10,809.95 |
| B210 | BUSINESS OPERATIONS | 24.80 | 8,680.00 |
| B240 | TAX ISSUES | 12.30 | 4,305.00 |
| B310 | CLAIMS ADMINISTRATION & OBJECT | 25.00 | 8,750.00 |
| BT160 | LITIGATION CONSULTING | 2.30 | 805.00 |
| | **TOTAL** | **185.00** | **76,171.00** |

## EXPENSE SUMMARY

| | | |
|------|-----------------|--------|
| PHOTOCOPIES | | 72.70 |
| SCANNING | | 84.80 |
| PRINTING EXPENSES | | 155.40 |
| RELATIVITY DATA HOSTING | | 3,320.00 |
| **TOTAL** | | **3,634.90** |

APP. 0892



400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

**DUE UPON RECEIPT**

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON
112 E. PECAN
STE. 1800
SAN ANTONIO, TX 78205

FEBRUARY 6, 2024
MATTER #: 122686.000002
INVOICE #: 3567332

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RECEIVERSHIP FOR THE HEARTLAND GROUP VENTURES LLC, ET AL**

| | | |
|---|---|---|
| FEES | $ | 71,710.15 |
| DISBURSEMENTS | | 269.50 |
| **INVOICE TOTAL** | **$** | **71,979.65** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 2

FEBRUARY 6, 2024

### RE: REPRESENTATION OF RECEIVERSHIP FOR THE HEARTLAND GROUP VENTURES LLC, ET AL

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/01/23 | DNR | SUBMIT PROPOSED ORDER TO JUDGE RAY. | B110 | 0.10 | 35.00 |
| 12/01/23 | DNR | CORRESPONDENCE WITH YAIR BARAHONA REGARDING DATA HOSTING FOR DECEMBER 2023. | B210 | 0.20 | 70.00 |
| 12/01/23 | DNR | CORRESPONDENCE WITH PATRICK HUFFSTICKLER REGARDING CONFIDENTIALITY AGREEMENT. | BT160 | 0.20 | 70.00 |
| 12/01/23 | DNR | DISCUSS POTENTIAL SETTLEMENTS ON CAUSES OF ACTION. | BT160 | 0.20 | 70.00 |
| 12/01/23 | DNR | REVIEW ORDER FROM NOVEMBER 30, 2023 HEARING. | B110 | 0.10 | 35.00 |
| 12/01/23 | DNR | UPDATE WEBSITE CONTENT. | B110 | 0.30 | 105.00 |
| 12/01/23 | DNR | CORRESPONDENCE WITH DEBORAH WILLIAMSON REGARDING CLAIMS PROCEDURE PLEADINGS AND ITEMS ON SAME; REVIEW AND ANALYZE SAME TO RESPOND. | B310 | 0.70 | 245.00 |
| 12/01/23 | DNR | REVISE FAQS. | B110 | 0.40 | 140.00 |
| 12/01/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING INVESTOR INQUIRIES AND ADDITIONAL NOTICING FOR CLAIMS PACKAGES. | B310 | 0.20 | 70.00 |
| 12/01/23 | DNR | RECEIVE AND REVIEW IBC BANK STATEMENTS; SEND TO AHUJA & CLARK. | B210 | 0.30 | 105.00 |
| 12/01/23 | DNR | RECEIVE AND REVIEW WESTERN ALLIANCE BANK STATEMENT; SEND TO AHUJA & CLARK. | B210 | 0.30 | 105.00 |
| 12/01/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 12/01/23 | PLH | REVIEW EMAIL OF MR. GRECO AND EMAIL WITH MS. WILLIAMSON ON SETTLEMENT PROPOSED BY MR. GRECO FOR TIEP INVESTOR CLIENT. | B120 | 0.30 | 163.35 |
| 12/01/23 | PLH | EMAILS WITH MS. BEHRENDS ON CONFIDENTIALITY AGREEMENT FOR TIEP INVESTOR CLAIMS. | B120 | 0.20 | 108.90 |
| 12/01/23 | PLH | EMAILS WITH MR. CORNISH ON CONFIDENTIALITY AGREEMENT ISSUES FOR SETTLEMENT DISCUSSIONS ON TIEP INVESTOR CLIENT. | B120 | 0.20 | 108.90 |
| 12/01/23 | PLH | DRAFT CONFIDENTIALITY AGREEMENT FOR INSOLVENCY SPREADSHEET DISCLOSURE IN CONNECTION WITH SETTLEMENT NEGOTIATIONS WITH TIEP INVESTORS AND THEIR COUNSEL. | B120 | 2.30 | 1,252.35 |

APP. 0894

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 3

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/01/23 | PLH | REVIEW TUFTA CASELAW AND TELEPHONE CALL AND EMAIL WITH MS. WILLIAMSON ON SAME. | B120 | 0.60 | 326.70 |
| 12/01/23 | PLH | FURTHER EMAILS WITH MR. CORNISH ON SETTLEMENT OF CLAIM AGAINST HIS TIEP CLIENT AND CONFIDENTIALITY ISSUES FOR INSOLVENCY SPREADSHEET. | B120 | 0.30 | 163.35 |
| 12/01/23 | PLH | EMAILS WITH MR. MILLS REGARDING CLAIMS AND POTENTIAL RESOLUTION OF SAME FOR HIS TIEP CLIENT. | B120 | 0.20 | 108.90 |
| 12/01/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 2.60 | 910.00 |
| 12/03/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA AND CLARK REGARDING SUBMITTED CLAIMS AND DATABASE ISSUES. | B310 | 0.30 | 105.00 |
| 12/04/23 | DNR | PROCESS AND ISSUE VENDOR PAYMENTS. | B210 | 0.80 | 280.00 |
| 12/04/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.00 | 350.00 |
| 12/04/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE QUESTIONS. | B110 | 0.20 | 70.00 |
| 12/04/23 | DNR | CORRESPONDENCE TO AUCTIONEER REGARDING RESULTS REQUEST. | B130 | 0.10 | 35.00 |
| 12/04/23 | DNR | TELEPHONE CONFERENCE WITH GENERAL LAND OFFICE REGARDING UNAPPLIED FUNDS AND ASSOCIATED ISSUES WITH BARRON PETROLEUM ACCOUNT. | B210 | 0.20 | 70.00 |
| 12/04/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIM FORM AND REISSUANCE OF SAME. | B110 | 0.10 | 35.00 |
| 12/04/23 | DNR | CORRESPONDENCE WITH OFFICE OF THE ATTORNEY GENERAL REGARDING REQUEST FOR CASE CONTACT AND CALL TO DISCUSS CLAIMS PROCESS. | B310 | 0.30 | 105.00 |
| 12/04/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING NET TRANSACTION AMOUNT AND DISPUTED TRANSACTION SCHEDULE. | B110 | 0.20 | 70.00 |
| 12/04/23 | DNR | CORRESPONDENCE WITH ELDORADO SUCCESS REGARDING PAYMENT AND PUBLICATION NOTICE ITEMS. | B310 | 0.30 | 105.00 |
| 12/04/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 12/04/23 | DNR | DRAFT LETTER TO IOWA REGULATOR COUNSEL REGARDING REQUESTS FOR INFORMATION OF RECEIVER. | BT160 | 0.50 | 175.00 |
| 12/04/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL NOTICING AND DATABASE ACCESS ISSUES. | B310 | 0.30 | 105.00 |
| 12/04/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE QUESTIONS AND NET TRANSACTION AMOUNT. | B110 | 0.10 | 35.00 |

APP. 0895

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 4

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/04/23 | DNR | CORRESPONDENCE TO GENERAL LAND OFFICE REGARDING PREVIOUS REQUEST FOR APPLICATION OF UNAPPLIED FUNDS AND OUTSTANDING AMOUNTS FOR BARRON PETROLEUM. | B210 | 0.20 | 70.00 |
| 12/04/23 | DNR | RECEIVE UPDATE REGARDING MEDIATION FROM REID COLLINS. | BT160 | 0.10 | 35.00 |
| 12/04/23 | DNR | DRAFT AND FAX LETTER TO IRS AS REQUESTED REGARDING RECEIVERSHIP PARTY INFORMATION. | B240 | 0.50 | 175.00 |
| 12/04/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING SALE OF ASSETS AND CLAIMS PROCEDURE. | B110 | 0.20 | 70.00 |
| 12/04/23 | DNR | TELEPHONE CONFERENCE WITH GENERAL LAND OFFICE REGARDING ACCOUNT RECONCILIATION. | B210 | 0.30 | 105.00 |
| 12/04/23 | DNR | TELEPHONE CONFERENCE WITH GENERAL LAND OFFICE COUNSEL REGARDING CLAIMS PROCEDURE AND RECEIVERSHIP ENTITY'S STATE LEASE AND ABANDONMENT OF SAME. | B210 | 0.10 | 35.00 |
| 12/04/23 | DNR | PROVIDE UPDATE TO VICKI PALMOUR CONSULTING REGARDING GENERAL LAND OFFICE AND APPLICATION OF UNAPPLIED FUNDS. | B210 | 0.10 | 35.00 |
| 12/04/23 | DNR | CORRESPONDENCE FROM STRETTO REGARDING DELAYED CLAIMS REPORT. | B310 | 0.10 | 35.00 |
| 12/04/23 | DNR | CORRESPONDENCE TO WOLFEPAK REGARDING ACCESS ISSUES. | B210 | 0.10 | 35.00 |
| 12/04/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON REQUESTS FOR INFORMATION. | BT160 | 0.20 | 70.00 |
| 12/04/23 | DNR | REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO REQUESTS OF THE RECEIVER. | BT160 | 1.50 | 525.00 |
| 12/04/23 | PLH | DRAFT CONFIDENTIALITY AGREEMENT FOR INSOLVENCY INFORMATION RELATED TO TIEP DEMAND LETTER CLAIMS. | B120 | 1.20 | 653.40 |
| 12/04/23 | PLH | REVIEW E-MAILS OF MR. GRECCO ON THE CLAIMS AGAINST TIEP INVESTOR CLIENT AND ADDRESS SETTLEMENT ISSUES. | B120 | 0.50 | 272.25 |
| 12/04/23 | PLH | REVIEW MESSAGE FROM MR. CHANG AND REVIEW E-MAIL ON FINANCIAL INFORMATION RELATED TO POTENTIAL SETTLEMENT WITH HIS TIEP INVESTOR CLIENT. | B120 | 0.50 | 272.25 |
| 12/05/23 | DNR | RECEIVE AND REVIEW RECONCILIATION FROM AUCTIONEER REGARDING DECEMBER 2, 2023 AUCTION; CORRESPONDENCE WITH AUCTIONEER REGARDING SAME AND COMMISSION; REVIEW REVISED RECONCILIATION OF DECEMBER AUCTION. | B130 | 0.60 | 210.00 |
| 12/05/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.20 | 420.00 |
| 12/05/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING | B210 | 0.20 | 70.00 |

APP. 0896

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 5

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | REGARDING WOLFEPAK ACCESS. | | | |
| 12/05/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING AND AHUJA & CLARK REGARDING 1099S AND TAX DOCUMENTS FOR ROYALTY OWNERS. | B240 | 0.30 | 105.00 |
| 12/05/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON NET TRANSACTION AMOUNT. | B110 | 0.20 | 70.00 |
| 12/05/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.20 | 70.00 |
| 12/05/23 | DNR | RECEIVE UPDATE FROM CONTRACT OPERATOR REGARDING RAILROAD COMMISSION COMPLAINT. | B210 | 0.10 | 35.00 |
| 12/05/23 | DNR | RECEIVE AND REVIEW UPDATE FROM REID COLLINS ON MEDIATION STATUS. | BT160 | 0.10 | 35.00 |
| 12/05/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING FARMOUT STATUS AND CLAIMS PROCEDURE. | B110 | 0.20 | 70.00 |
| 12/05/23 | DNR | CORRESPONDENCE WITH INVESTOR COUNSEL REGARDING COMMUNICATION WITH INVESTORS. | B110 | 0.20 | 70.00 |
| 12/05/23 | DNR | CORRESPONDENCE WITH ELDORADO SUCCESS REGARDING PUBLICATION NOTICE CHECK AND ISSUES REGARDING RECEIPT FROM USPS. | B310 | 0.40 | 140.00 |
| 12/05/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING ABANDONMENT STICKERS. | B130 | 0.20 | 70.00 |
| 12/05/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING TAX CALL. | B240 | 0.20 | 70.00 |
| 12/05/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON TAX OUTSTANDING ITEMS. | B240 | 0.10 | 35.00 |
| 12/05/23 | DNR | REVIEW UPDATE ON SETTLEMENT OF TIEP FUNDS. | B120 | 0.10 | 35.00 |
| 12/05/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING VENDOR INVOICES. | B210 | 0.20 | 70.00 |
| 12/05/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING DECEMBER 2, 2023 AUCTION RESULTS. | B130 | 0.20 | 70.00 |
| 12/05/23 | DNR | REVISE LETTER TO IOWA REGULATORY COUNSEL REGARDING REQUESTS OF RECEIVER. | BT160 | 0.30 | 105.00 |
| 12/05/23 | DNR | TAX CALL WITH AHUJA & CLARK AND DEBORAH D. WILLIAMSON. | B240 | 0.80 | 280.00 |
| 12/05/23 | DNR | RESEARCH BANK RECORDS AND FIND DOCUMENTS RELEVANT TO TIEP INVESTOR PAYMENT. | B120 | 0.30 | 105.00 |

**APP. 0897**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 6

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/05/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND QUESTIONS ON TRANSACTION SCHEDULE. | B110 | 0.50 | 175.00 |
| 12/05/23 | DNR | DRAFT REPORT REGARDING FIRST AUCTION OF PERSON PROPERTY BY VOGT. | B130 | 0.50 | 175.00 |
| 12/05/23 | DNR | CONSULT WITH PATRICK L. HUFFSTICKLER REGARDING TIEP DEMANDS AND SETTLEMENT ITEMS. | BT160 | 0.60 | 210.00 |
| 12/05/23 | PLH | REVIEW E-MAIL OF MR. CHANG AND FINANCIAL INFORMATION OF TIEP INVESTOR CLIENT FOR SETTLEMENT NEGOTIATIONS. | B120 | 0.40 | 217.80 |
| 12/05/23 | PLH | REVIEW E-MAIL OF MR. PORTEOUS ON REPRESENTATION OF SEVERAL TIEP INVESTORS WITH RESPECT TO RECEIVER CLAIMS AND REVIEW INFORMATION RELATED TO CLAIMS. | B120 | 0.60 | 326.70 |
| 12/05/23 | PLH | PREPARE SETTLEMENT AGREEMENT FOR SETTLEMENT OF TIEP INVESTOR CLAIMS AGAINST CLIENT OF MR. GRECCO. | B120 | 1.00 | 544.50 |
| 12/05/23 | PLH | REVIEW AND RESPOND TO E-MAILS OF TIEP INVESTOR REGARDING SETTLEMENT OF CLAIMS THROUGH LIQUIDATION OF ACCOUNT AND PAYMENT OF FUNDS. | B120 | 0.30 | 163.35 |
| 12/05/23 | PLH | E-MAILS WITH MR. GRECCO REGARDING SETTLEMENT AND REVISIONS TO SETTLEMENT AGREEMENT AND PAYMENT OF SETTLEMENT AGREEMENT OBLIGATION. | B120 | 0.30 | 163.35 |
| 12/05/23 | PLH | FURTHER REVISIONS TO CONFIDENTIALITY AGREEMENT FOR TIEP INVESTORS RELATED TO INSOLVENCY INFORMATION. | B120 | 0.70 | 381.15 |
| 12/05/23 | PLH | REVIEW CORRESPONDENCE OF MR. PATIL AND TELEPHONE CONFERENCE WITH MR. PATIL REGARDING THE FACTS, CLAIMS AND OPTIONS TO ADDRESS THE CLAIMS ASSERTED AGAINST HIS TIEP INVESTOR CLIENT. | B120 | 0.80 | 435.60 |
| 12/05/23 | PLH | REVIEW FURTHER INFORMATION AND E-MAIL MR. PATIL IN CONNECTION WITH CLAIMS AGAINST TIEP INVESTOR CLIENT. | B120 | 0.40 | 217.80 |
| 12/05/23 | PLH | OFFICE CONFERENCE WITH MS. BEHRENDS REGARDING TIEP INVESTOR CLAIM FACTS, ISSUES AND DOCUMENTS. | B120 | 0.80 | 435.60 |
| 12/05/23 | PLH | OFFICE CONFERENCE WITH MS. WILLIAMSON REGARDING CONFIDENTIALITY AGREEMENT AND SETTLEMENT ISSUES RELATED TO TIEP INVESTOR CLAIMS. | B120 | 0.30 | 163.35 |
| 12/06/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.60 | 210.00 |
| 12/06/23 | DNR | TELEPHONE CONFERENCE WITH IOWA INSURANCE DIVISION COUNSEL REGARDING REQUESTS FROM RECEIVER. | BT160 | 0.10 | 35.00 |
| 12/06/23 | DNR | TELEPHONE CONFERENCE WITH ELDORADO SUCCESS REGARDING AFFIDAVIT OF PUBLICATION. | B310 | 0.10 | 35.00 |

APP. 0898

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 7

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/06/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 12/06/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING RESUBMISSION OF CLAIMS PACKAGE AND NOT RECEIVED. | B110 | 0.10 | 35.00 |
| 12/06/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON DOCUMENTS AND POTENTIAL CAUSES OF ACTION. | BT160 | 0.20 | 70.00 |
| 12/06/23 | DNR | RESEARCH AND ANALYZE DOCUMENTS REGARDING POTENTIAL CAUSES OF ACTION. | BT160 | 1.50 | 525.00 |
| 12/06/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL. | B210 | 0.10 | 35.00 |
| 12/06/23 | DNR | REVISE FAQS. | B110 | 0.30 | 105.00 |
| 12/06/23 | DNR | UPDATE WEBSITE CONTENT FOR INVESTORS. | B110 | 0.20 | 70.00 |
| 12/06/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON FORM SUBMITTED BY INVESTOR CREATED BY FINANCIAL ADVISOR. | B110 | 0.20 | 70.00 |
| 12/06/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING INVESTOR FORM AND FINANCIAL ADVISOR ISSUES. | B110 | 0.10 | 35.00 |
| 12/06/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING COMMISSION ANALYSIS. | B120 | 0.10 | 35.00 |
| 12/06/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON COMMISSION AND FEE ISSUES FOR INVESTMENTS. | B120 | 0.40 | 140.00 |
| 12/06/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING QUESTIONS ON NET TRANSACTION AMOUNT AND CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 12/06/23 | DNR | COMPILE DOCUMENTS TO PRODUCE TO IA INSURANCE DIVISION COUNSEL; FINALIZE AND SEND SAME. | BT160 | 0.70 | 245.00 |
| 12/06/23 | DNR | RECEIVE UPDATE ON SETTLEMENT AGREEMENT. | BT160 | 0.10 | 35.00 |
| 12/06/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 12/06/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING POTENTIAL CAUSES OF ACTION. | B110 | 0.10 | 35.00 |
| 12/06/23 | DNR | CORRESPONDENCE TO PATRICK L. HUFFSTICKLER REGARDING RECEIPT OF SETTLEMENT FUNDS. | BT160 | 0.10 | 35.00 |
| 12/06/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE TIMELINE. | B110 | 0.10 | 35.00 |
| 12/06/23 | DNR | REVISE BAHAMAS MOTION. | B120 | 0.60 | 210.00 |
| 12/06/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING FORM PREPARED BY FINANCIAL ADVISOR AND TRANSACTION | B110 | 0.20 | 70.00 |

APP. 0899

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 8

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | SCHEDULE. | | | |
| 12/06/23 | PLH | REVIEW E-MAILS FROM COUNSEL AND REVIEW INFORMATION AND DOCUMENTS IN CONNECTION WITH CALLS WITH COUNSEL TO ADDRESS POTENTIAL SETTLEMENT OF DEMAND LETTER CLAIMS. | B120 | 1.20 | 653.40 |
| 12/06/23 | PLH | E-MAILS WITH MR. GRECCO AND OFFICE CONFERENCE WITH MS. WILLIAMSON ON SETTLEMENT AGREEMENT EXECUTION AND WIRE OF FUNDS. | B120 | 0.40 | 217.80 |
| 12/06/23 | PLH | E-MAIL AND TELEPHONE CONFERENCE WITH MS. BEHRENDS ON WIRE OF FUNDS RELATED TO TIEP INVESTOR SETTLEMENT BY GRECCO CLIENT. | B120 | 0.20 | 108.90 |
| 12/07/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON CALL FROM INVESTOR. | B110 | 0.20 | 70.00 |
| 12/07/23 | DNR | REVIEW LETTER FROM VENDOR COUNSEL REGARDING CLAIMS PROCEDURE QUESTIONS. | B110 | 0.10 | 35.00 |
| 12/07/23 | DNR | TELEPHONE CONFERENCE WITH VENDOR COUNSEL REGARDING QUESTIONS ON CLAIMS PROCEDURE AND TIMELINE FOR DISBURSEMENT. | B110 | 0.20 | 70.00 |
| 12/07/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK AND DEBORAH D. WILLIAMSON REGARDING COMMISSIONS AND FINDER FEES. | B120 | 0.30 | 105.00 |
| 12/07/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING INVESTOR COMMUNICATIONS | B110 | 0.40 | 140.00 |
| 12/07/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING MEDIATION. | BT160 | 0.30 | 105.00 |
| 12/07/23 | DNR | PREPARE UPDATE LETTER TO INVESTORS. | B110 | 1.00 | 350.00 |
| 12/07/23 | DNR | CORRESPONDENCE WITH VENDOR COUNSEL REGARDING CLAIMS PROCEDURE QUESTIONS. | B110 | 0.20 | 70.00 |
| 12/07/23 | DNR | REVIEW AFFIDAVIT AND TEAR SHEETS FROM ELDORADO SUCCESS. | B310 | 0.40 | 140.00 |
| 12/07/23 | DNR | CORRESPONDENCE WITH ELDORADO SUCCESS REGARDING PUBLICATION OF CLAIMS NOTICE AND COMPLETION. | B310 | 0.20 | 70.00 |
| 12/07/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND CONCERNS REGARDING FEES. | B110 | 0.30 | 105.00 |
| 12/07/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CERTIFICATE OF SERVICE ON CLAIMS PACKAGES. | B310 | 0.20 | 70.00 |
| 12/07/23 | DNR | PREPARE AND FILE NOTICE OF PUBLISHER'S AFFIDAVIT REGARDING ELDORADO SUCCESS. | B310 | 0.30 | 105.00 |

APP. 0900

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 9

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/07/23 | DNR | UPDATE WEBSITE CONTENT. | B110 | 0.20 | 70.00 |
| 12/07/23 | DNR | REVIEW ADVISOR FEE SPREADSHEET FROM AHUJA & CLARK. | B120 | 0.20 | 70.00 |
| 12/07/23 | DNR | CORRESPONDENCE TO WOLFEPAK REGARDING ACCESS AND ACCOUNT ISSUES. | B210 | 0.10 | 35.00 |
| 12/07/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 12/07/23 | PLH | E-MAILS WITH MR. PORTEOUS WITH RESPECT TO CLAIMS AGAINST HIS TIEP INVESTOR CLIENTS AND REVIEW INFORMATION AND DOCUMENTS ON CLAIMS. | B120 | 1.00 | 544.50 |
| 12/07/23 | PLH | E-MAIL WITH MR. CORNISH AND E-MAIL WITH MS. WILLIAMSON ON SETTLEMENT PROPOSAL FOR MR. CORNISH TIEP CLIENT. | B120 | 0.20 | 108.90 |
| 12/07/23 | PLH | TELEPHONE CONFERENCE WITH MR. STONE REGARDING FACTS, CLAIMS, AND OPTIONS TO ADDRESS DEMAND LETTER CLAIMS AGAINST HIS TIEP INVESTOR CLIENT. | B120 | 0.70 | 381.15 |
| 12/08/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND PATRICK L. HUFFSTICKLER REGARDING POTENTIAL CAUSES OF ACTION AND THEORIES FOR SAME. | BT160 | 0.40 | 140.00 |
| 12/08/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING RAILROAD COMMISSION MAIL. | B210 | 0.10 | 35.00 |
| 12/08/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL CLAIM DOCUMENTATION RECEIVED FROM INVESTOR. | B310 | 0.20 | 70.00 |
| 12/08/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL NOTICING OF CLAIMS PACKAGE TO INVESTOR AND ISSUES ON SAME. | B310 | 0.40 | 140.00 |
| 12/08/23 | DNR | CORRESPONDENCE WITH PATRICK L. HUFFSTICKLER REGARDING SETTLEMENT OFFER. | BT160 | 0.20 | 70.00 |
| 12/08/23 | DNR | RECEIVE AND REVIEW LETTER AND NOTICE OF WITHDRAWAL OF P-4 FROM BUYER'S COUNSEL. | B130 | 0.30 | 105.00 |
| 12/08/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING NOTICE OF WITHDRAWAL OF P-4. | B130 | 0.10 | 35.00 |
| 12/08/23 | DNR | RECEIVE AND REVIEW CLAIMS PACKAGES CERTIFICATE OF SERVICE AND FILE. | B310 | 0.50 | 175.00 |
| 12/08/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING WOLFEPAK ISSUES. | B210 | 0.10 | 35.00 |
| 12/08/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING CALL WITH OFFICE OF THE ATTORNEY GENERAL REGARDING RAILROAD COMMISSION CLAIM. | B310 | 0.20 | 70.00 |

APP. 0901

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 10

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/08/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING MEDIATION. | BT160 | 0.20 | 70.00 |
| 12/08/23 | DNR | TELEPHONE CONFERENCE WITH DEBORAH D. WILLIAMSON REGARDING OFFER. | BT160 | 0.10 | 35.00 |
| 12/08/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING BALANCE SHEETS. | B210 | 0.10 | 35.00 |
| 12/08/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 12/08/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.60 | 560.00 |
| 12/08/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CLAIMS REPORT AND CERTIFICATE OF SERVICE FOR CLAIMS PACKAGES. | B310 | 0.60 | 210.00 |
| 12/08/23 | DNR | UPDATE WEBSITE CONTENT FOR CLAIMS PROCESS. | B110 | 0.40 | 140.00 |
| 12/08/23 | DNR | CALL WITH OFFICE OF THE ATTORNEY GENERAL REGARDING RAILROAD COMMISSION AND CLAIMS PROCESS. | B310 | 1.20 | 420.00 |
| 12/08/23 | DNR | TELEPHONE CONFERENCE WITH WOLFEPAK REGARDING ACCESS ISSUES. | B210 | 0.20 | 70.00 |
| 12/08/23 | PLH | REVIEW INFORMATION RELATED TO CLAIMS AGAINST TIEP INVESTOR CLIENTS OF FAEGRE BIDDLE AND TELEPHONE CONFERENCE MR. PORTEOUS AND MR. HOSMER REGARDING FACTS, CLAIMS, AND POSSIBLE RESOLUTION OF CLAIMS AGAINST FIVE (5) TIEP INVESTOR CLIENTS. | B120 | 1.30 | 707.85 |
| 12/08/23 | PLH | REVIEW AND RESPOND TO E-MAILS WITH MS. BEHRENDS AND MS. WILLIAMSON ON RECEIVERSHIP DISGORGEMENT CASE AND CLAIMS AGAINST TIEP INVESTORS AND REVIEW FIRST CIRCUIT CASE. | B120 | 1.20 | 653.40 |
| 12/08/23 | PLH | E-MAILS WITH TIEP INVESTOR REGARDING DEMAND LETTER AND CLAIMS ASSERTED AND CALL TO ADDRESS. | B120 | 0.30 | 163.35 |
| 12/08/23 | PLH | E-MAILS WITH MR. CHANG RELATED TO POTENTIAL SETTLEMENT OF CLAIMS AGAINST HIS TIEP INVESTOR CLIENT AND REVIEW ATTACHED FINANCIAL STATEMENT AND E-MAILS WITH MS. WILLIAMSON ON SETTLEMENT OFFER AND COUNTER-OFFER TO MR. CHANG'S PROPOSAL. | B120 | 1.20 | 653.40 |
| 12/08/23 | PLH | E-MAIL WITH TIEP INVESTOR ON DEMAND LETTER CLAIMS AND CONTACT BY HER COUNSEL TO ADDRESS SAME. | B120 | 0.20 | 108.90 |
| 12/11/23 | DNR | COMPLIANCE CALL WITH TEAM. | B210 | 0.40 | 140.00 |
| 12/11/23 | DNR | CORRESPONDENCE WITH CONTRACT OPERATOR REGARDING OCTOBER AND NOVEMBER INVOICES. | B210 | 0.30 | 105.00 |
| 12/11/23 | DNR | PROCESS VENDOR INVOICES; DISCUSS SAME WITH DEBORAH | B210 | 0.50 | 175.00 |

APP. 0902

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 11

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | D. WILLIAMSON. | | | |
| 12/11/23 | DNR | CORRESPONDENCE WITH WOLFEPAK REGARDING SHORT TERM AGREEMENT AND ISSUES ON ACCESS. | B210 | 0.60 | 210.00 |
| 12/11/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING INVESTOR INQUIRY. | B310 | 0.20 | 70.00 |
| 12/11/23 | DNR | RECEIVE UPDATE FROM REID COLLINS REGARDING MEDIATION. | BT160 | 0.10 | 35.00 |
| 12/11/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING SIGNATURE AS POWER OF ATTORNEY QUESTIONS. | B110 | 0.10 | 35.00 |
| 12/11/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING TRANSACTION SCHEDULE. | B110 | 0.10 | 35.00 |
| 12/11/23 | DNR | RECEIVE AND REVIEW FROM STRETTO CLAIM RESPONSE TRACKER AND OUTSTANDING ITEMS ON SAME. | B310 | 0.40 | 140.00 |
| 12/11/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND SUBMISSION OF CLAIM QUESTIONS. | B110 | 0.30 | 105.00 |
| 12/11/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND TIMELINE FOR SAME. | B110 | 0.20 | 70.00 |
| 12/11/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 12/11/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING REISSUED ROYALTY PAYMENT AND UPDATING ADDRESSES. | B210 | 0.10 | 35.00 |
| 12/11/23 | DNR | RECEIVE AND REVIEW GULF COAST STATEMENT FOR OCTOBER; SEND TO COMPLIANCE TEAM. | B210 | 0.30 | 105.00 |
| 12/11/23 | DNR | TAX CALL WITH DEBORAH D. WILLIAMSON AND AHUJA & CLARK. | B240 | 0.60 | 210.00 |
| 12/11/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING TAX RETURN AND BALANCE SHEET ITEMS. | B240 | 0.30 | 105.00 |
| 12/11/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE QUESTIONS. | B110 | 0.20 | 70.00 |
| 12/11/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR COUNSEL REGARDING CLAIMS PROCESS. | B110 | 0.30 | 105.00 |
| 12/11/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING TAX CHARACTERIZATION ITEMS. | B240 | 0.20 | 70.00 |
| 12/11/23 | DNR | REVIEW MATERIALS FROM AHUJA & CLARK REGARDING TAX CHARACTERIZATION. | B240 | 0.60 | 210.00 |
| 12/11/23 | DNR | CORRESPONDENCE WITH TAX COUNSEL REGARDING TAX | B240 | 0.20 | 70.00 |

APP. 0903

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 12

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| | | COURT OPINION. | | | |
| 12/11/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS AMOUNT AND QUESTIONS ON PROOF OF CLAIM. | B110 | 0.40 | 140.00 |
| 12/11/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 12/11/23 | DNR | REISSUE FINAL ROYALTY PAYMENTS. | B210 | 0.20 | 70.00 |
| 12/11/23 | PLH | REVIEW INFORMATION ON PAYMENT AND TELEPHONE CONFERENCE WITH TIEP INVESTOR ON DEMAND LETTER CLAIMS AND OPTIONS TO ADDRESS. | B120 | 0.80 | 435.60 |
| 12/11/23 | PLH | REVIEW E-MAIL FROM TIEP INVESTOR COUNSEL, MR. CORNISH, AND REVIEW DOCUMENTS RELATED TO CLAIMS. | B120 | 0.70 | 381.15 |
| 12/11/23 | PLH | REVIEW INFORMATION AND DOCUMENTS FROM ACCOUNTANTS RELATED TO FIVE TIEP CLIENTS OF MR. PORTEOUS TO ADDRESS POTENTIAL SETTLEMENT. | B120 | 1.00 | 544.50 |
| 12/11/23 | PLH | TELEPHONE CONFERENCE WITH TIEP INVESTOR ON DEMAND LETTER CLAIMS AND REVIEW FINANCIAL INFORMATION PROVIDED TO ADDRESS SETTLEMENT. | B120 | 0.80 | 435.60 |
| 12/12/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.60 | 210.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.20 | 70.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING GULF COAST STATEMENTS. | B210 | 0.20 | 70.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH VENDOR REGARDING CASE STATUS. | B110 | 0.10 | 35.00 |
| 12/12/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON ROYALTY AND REVENUE ITEMS. | B210 | 0.20 | 70.00 |
| 12/12/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL NOTICING REQUESTS AND INVESTOR CLAIM PACKETS. | B310 | 0.70 | 245.00 |
| 12/12/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING EXTENSION OF TOLLING AGREEMENT. | BT160 | 0.20 | 70.00 |
| 12/12/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON FARMOUT AND REIMBURSEMENT ISSUES. | B210 | 0.30 | 105.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PACKAGE AND ISSUES PRESENTED BY FINANCIAL ADVISOR. | B110 | 0.30 | 105.00 |
| 12/12/23 | DNR | CALL WITH TAX COUNSEL, DEBORAH D. WILLIAMSON, AND AHUJA & CLARK REGARDING TAX IMPLICATIONS AND CHARACTERIZATION. | B240 | 0.50 | 175.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 13

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|----|-----|------|-------|--------|
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING BENEFICIARY ISSUES REGARDING CLAIM PROCEDURE. | B110 | 0.20 | 70.00 |
| 12/12/23 | DNR | RECEIVE UPDATE REGARDING MEDIATION FROM REID COLLINS. | BT160 | 0.10 | 35.00 |
| 12/12/23 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING POTENTIAL CAUSES OF ACTION. | B110 | 0.20 | 70.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCESS AND QUESTIONS ON DISBURSEMENT TIMELINE. | B110 | 0.30 | 105.00 |
| 12/12/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.50 | 175.00 |
| 12/12/23 | DNR | SEND RAILROAD COMMISSION MAIL TO COMPLIANCE TEAM. | B210 | 0.10 | 35.00 |
| 12/12/23 | DNR | CORRESPONDENCE WITH GULF COAST REGARDING REVENUE PAYMENT. | B210 | 0.20 | 70.00 |
| 12/12/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON REVENUE PAYMENT. | B210 | 0.10 | 35.00 |
| 12/12/23 | DNR | CORRESPONDENCE WITH FARMEE AND COUNSEL REGARDING GULF COAST INVOICE. | B210 | 0.30 | 105.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING TRANSACTION SCHEDULE. | B110 | 0.10 | 35.00 |
| 12/12/23 | DNR | CORRESPONDENCE FROM WOLFEPAK REGARDING ACCESS; SEND TO VICKI PALMOUR CONSULTING. | B210 | 0.20 | 70.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING HARD COPY NOTICE REQUEST. | B110 | 0.10 | 35.00 |
| 12/12/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON AND REVIEW TOLLING AGREEMENT EXTENSION. | BT160 | 0.20 | 70.00 |
| 12/12/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON AND PROCESS VENDOR INVOICE. | B210 | 0.20 | 70.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING ROYALTY DISTRIBUTION. | B210 | 0.30 | 105.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND REISSUANCE OF CLAIMS PACKET. | B110 | 0.20 | 70.00 |
| 12/12/23 | DNR | REVIEW TAX COURT OPINION REGARDING CHARACTERIZATION OF DEBT V. EQUITY. | B240 | 0.30 | 105.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING LETTER PREPARED BY FINANCIAL ADVISOR AND QUESTIONS ON TRANSACTION SCHEDULE AND CLAIMS TIMELINE. | B110 | 0.10 | 35.00 |
| 12/12/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING LETTER PREPARED BY FINANCIAL ADVISOR AND QUESTIONS ON | B110 | 0.10 | 35.00 |

**APP. 0905**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 14

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | TRANSACTION SCHEDULE. | | | |
| 12/12/23 | PLH | REVIEW E-MAILS AND CORRESPONDENCE FROM TIEP INVESTORS RELATED TO DEMAND LETTER CLAIMS AND DOCUMENTS RELATED TO CLAIMS TO ADDRESS SETTLEMENT OF SUCH CLAIMS. | B120 | 1.40 | 762.30 |
| 12/12/23 | RLL | PARTICIPATE IN CALL TO DISCUSS FEDERAL INCOME TAX QUESTIONS. | B240 | 0.40 | 221.40 |
| 12/13/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 12/13/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 12/13/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL NOTICING REQUESTS AND INVESTOR CLAIM PACKETS. | B310 | 0.20 | 70.00 |
| 12/13/23 | DNR | CORRESPONDENCE TO RECEIVER'S PERSONNEL REGARDING 4Q2023 QUARTERLY REPORT. | BT155 | 0.10 | 35.00 |
| 12/13/23 | DNR | CORRESPONDENCE FROM FORT WORTH TELEGRAM REGARDING AFFIDAVIT OF PUBLICATION FOR CLAIMS PROCESS. | B310 | 0.10 | 35.00 |
| 12/13/23 | DNR | REVIEW FORT WORTH TELEGRAM AFFIDAVIT OF PUBLICATION. | B310 | 0.10 | 35.00 |
| 12/13/23 | DNR | DRAFT AND FILE NOTICE OF FILING PUBLISHER'S AFFIDAVIT OF FORT WORTH STAR-TELEGRAM. | B310 | 0.40 | 140.00 |
| 12/13/23 | DNR | UPDATE WEBSITE CONTENT REGARDING CLAIMS PROCEDURE. | B310 | 0.20 | 70.00 |
| 12/13/23 | DNR | ANALYZE RECEIVERSHIP RECORDS AND RESPOND TO SEC COUNSEL. | B110 | 0.70 | 245.00 |
| 12/13/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING AUGUST 2023 GAS STATEMENT. | B210 | 0.10 | 35.00 |
| 12/13/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING WOLFEPAK ACCESS AND SUSPENSE REPORT FOR BARRON PETROLEUM. | B210 | 0.40 | 140.00 |
| 12/13/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE TIMELINE AND AGREEMENT WITH TRANSACTION AMOUNT. | B110 | 0.30 | 105.00 |
| 12/13/23 | DNR | REISSUE FINAL ROYALTY PACKAGE. | B210 | 0.20 | 70.00 |
| 12/13/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING BARRON UPDATED SUSPENSE REPORT AND DISTRIBUTION PAPERWORK. | B210 | 0.30 | 105.00 |
| 12/13/23 | DNR | REVIEW ADVISOR INFORMATION. | B120 | 0.20 | 70.00 |

**APP. 0906**

# Dykema

| DEBORAH D WILLIAMSON | MATTER #: 122686.000002 |
|---|---|
| DEBORAH WILLIAMSON | INVOICE #: 3567332 |
| | PAGE 15 |

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/13/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING BARRON PETROLEUM ROYALTY DISTRIBUTION. | B210 | 0.20 | 70.00 |
| 12/13/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE AND CASE STATUS. | B110 | 0.30 | 105.00 |
| 12/13/23 | DNR | RECEIVE UPDATED BARRON DISTRIBUTION PAPERWORK FROM VICKI PALMOUR CONSULTING. | B110 | 0.10 | 35.00 |
| 12/13/23 | DNR | TELEPHONE CONFERENCE WITH RANGER GAS REGARDING ACCOUNT STATEMENT AND ABANDONMENT. | B210 | 0.20 | 70.00 |
| 12/13/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON ROYALTY AND ABANDONMENT ISSUES. | B210 | 0.20 | 70.00 |
| 12/13/23 | PLH | E-MAILS AND TELEPHONE CONFERENCES WITH MR. CHANG ON SETTLEMENT AND DRAFT SETTLEMENT AGREEMENT FOR SETTLING TIEP INVESTOR DEMAND LETTER CLAIMS WITH MR. CHANG'S CLIENT. | B120 | 1.60 | 871.20 |
| 12/13/23 | PLH | TELEPHONE CONFERENCE WITH TIEP INVESTOR ON DEMAND LETTER CLAIMS AND OPTIONS TO ADDRESS AND REVIEW INFORMATION RELATED TO CLAIM. | B120 | 0.80 | 435.60 |
| 12/13/23 | PLH | TELEPHONE CONFERENCE WITH MS. HALL REGARDING DEMAND LETTER CLAIMS ASSERTED AGAINST HER TIEP INVESTOR CLIENT, FACTS SUPPORTING SAME AND OPTIONS TO ADDRESS. | B120 | 0.50 | 272.25 |
| 12/14/23 | DNR | CORRESPONDENCE WITH REID COLLINS AND DEBORAH D. WILLIAMSON REGARDING MEDIATION UPDATE. | BT160 | 0.50 | 175.00 |
| 12/14/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING AND AHUJA & CLARK REGARDING 1099S AND OTHER ROYALTY DOCUMENTS. | B210 | 0.30 | 105.00 |
| 12/14/23 | DNR | DRAFT NON-MONETARY TERMS FOR ANY POTENTIAL SETTLEMENT OF CERTAIN CAUSES OF ACTION. | BT160 | 0.80 | 280.00 |
| 12/14/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING DISPUTED TRANSACTION SCHEDULE. | B110 | 0.10 | 35.00 |
| 12/14/23 | DNR | ANALYZE DOCUMENTS RELEVANT TO POTENTIAL CAUSES OF ACTION. | BT160 | 0.50 | 175.00 |
| 12/14/23 | DNR | CORRESPONDENCE WITH OFFICE OF THE ATTORNEY GENERAL REGARDING CASE CALL. | B110 | 0.20 | 70.00 |
| 12/14/23 | DNR | RECEIVE AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.80 | 280.00 |
| 12/14/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |
| 12/14/23 | DNR | CORRESPONDENCE TO COMPLIANCE TEAM REGARDING | B210 | 0.10 | 35.00 |

APP. 0907

# Dykema

| | | | | | |
|---|---|---|---|---|---|
| DEBORAH D WILLIAMSON | | | MATTER #: 122686.000002 | | |
| DEBORAH  WILLIAMSON | | | INVOICE #: 3567332 | | |
| | | | PAGE 16 | | |

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | RAILROAD COMMISSION MAIL. | | | |
| 12/14/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING BALANCE SHEET OUTSTANDING ITEMS. | B240 | 0.20 | 70.00 |
| 12/14/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL CLAIMS PACKET REQUESTS. | B310 | 0.20 | 70.00 |
| 12/14/23 | DNR | CALL WITH AHUJA & CLARK REGARDING BALANCE SHEETS. | B240 | 0.50 | 175.00 |
| 12/14/23 | DNR | CORRESPONDENCE AND CALL WITH VICKI PALMOUR CONSULTING REGARDING GULF COAST METER RECONCILIATION; REVIEW DRAFT OF SAME. | B210 | 0.70 | 245.00 |
| 12/14/23 | DNR | ANALYZE BANK AND INVOICE DOCUMENTS. | B210 | 0.30 | 105.00 |
| 12/14/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON CAUSES OF ACTION AND POTENTIAL SETTLEMENT. | BT160 | 0.20 | 70.00 |
| 12/14/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING INVESTOR INQUIRY. | B110 | 0.10 | 35.00 |
| 12/14/23 | DNR | RECEIVE CLAIM REPORT FROM STRETTO. | B310 | 0.10 | 35.00 |
| 12/14/23 | PLH | REVIEW INFORMATION FROM MR. SEIFFERT AND DOCUMENTS RELATED TO CLAIMS AGAINST MR. SEIFERT'S TIEP INVESTOR CLIENT; E-MAIL WITH MR. SEIFERT ON A CALL TO ADDRESS CLAIMS AND POTENTIAL SETTLEMENT OFFICE CONFERENCE WITH MS. WILLIAMSON ON CLAIMS AND POTENTIAL SETTLEMENT. | B120 | 1.70 | 925.65 |
| 12/14/23 | PLH | OFFICE CONFERENCE WITH MS. WILLIAMSON REGARDING SETTLEMENT PROPOSALS FOR SEVERAL TIEP INVESTORS AND ADDRESS RELATED SETTLEMENT PROPOSAL ISSUES. | B120 | 1.00 | 544.50 |
| 12/14/23 | PLH | E-MAILS WITH MR. CHANG ON SETTLEMENT OF HIS CLIENT'S TIEP INVESTOR CLAIMS. | B120 | 0.20 | 108.90 |
| 12/14/23 | PLH | REVIEW INFORMATION RELATED TO CLAIMS AGAINST TIEP INVESTORS (DP AND JG) AND CORRESPONDENCE FROM SAME RELATED TO POTENTIAL SETTLEMENT OF CLAIMS. | B120 | 0.50 | 272.25 |
| 12/15/23 | DNR | CORRESPONDENCE WITH GRAHAM LEADER REGARDING STATUS OF PUBLICATION AFFIDAVIT. | B310 | 0.30 | 105.00 |
| 12/15/23 | DNR | RECEIVE AND REVIEW ACCOUNT ANALYSIS STATEMENT; SEND TO AHUJA & CLARK. | B210 | 0.30 | 105.00 |
| 12/15/23 | DNR | CORRESPONDENCE WITH STRETTO AND AHUJA & CLARK REGARDING QUESTIONS ON CLAIM LOG. | B310 | 0.50 | 175.00 |
| 12/15/23 | DNR | RECEIVE AND REVIEW PACKET FROM RAILROAD COMMISSION SENT TO DEBORAH D. WILLIAMSON REGARDING PIPELINE CLOSING SUMMARY; CORRESPONDENCE WITH COMPLIANCE | B210 | 0.60 | 210.00 |

APP. 0908

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 17

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | TEAM REGARDING SAME. | | | |
| 12/15/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING GENERAL LAND OFFICE REPORT FOR OCTOBER 2023 AND REMAINING ISSUES. | B210 | 0.40 | 140.00 |
| 12/15/23 | DNR | REVIEW GENERAL LAND OFFICE REPORT FOR OCTOBER 1-10, 2023. | B210 | 0.10 | 35.00 |
| 12/15/23 | DNR | CORRESPONDENCE TO GENERAL LAND OFFICE REGARDING APPLICATION OF UNAPPLIED FUNDS FOR BARRON PETROLEUM. | B210 | 0.10 | 35.00 |
| 12/15/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING WOLFEPAK INVOICE AND SHORT-TERM ACCESS ITEMS. | B210 | 0.30 | 105.00 |
| 12/15/23 | DNR | RECEIVE AND REVIEW WOLFEPAK INVOICE. | B210 | 0.20 | 70.00 |
| 12/15/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 12/15/23 | PLH | EMAIL AND TELEPHONE CONFERENCE WITH MR. CHANG AND REVISE SETTLEMENT AGREEMENT TO ADDRESS COMMENTS OF MR. CHANG RELATED TO SETTLEMENT WITH MR. CHANG'S TIEP INVESTOR CLIENT. | B120 | 0.80 | 435.60 |
| 12/15/23 | PLH | REVIEW E-MAILS AND DOCUMENTS FROM TIEP INVESTOR AND MR. SEIFERT IN CONNECTION WITH SETTLEMENT DISCUSSIONS RELATED TO TIEP INVESTOR DEMAND LETTER CLAIMS. | B120 | 0.70 | 381.15 |
| 12/15/23 | PLH | REVIEW DOCUMENTS FROM TIEP INVESTOR; TELEPHONE CONFERENCES TIEP INVESTOR REGARDING SETTLEMENT OF RECEIVER'S CLAIMS ASSERTED IN DEMAND LETTER. | B120 | 1.00 | 544.50 |
| 12/15/23 | PLH | ADDRESS TIEP INVESTOR DEMAND LETTER CLAIMS AND REVIEW INFORMATION RELATED TO POTENTIAL SETTLEMENT OF SEVERAL TIEP INVESTOR CLAIMS. | B120 | 0.80 | 435.60 |
| 12/18/23 | DNR | CORRESPONDENCE FROM REID COLLINS REGARDING NON-MONETARY TERMS COMMENTS. | BT160 | 0.10 | 35.00 |
| 12/18/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE. | B110 | 0.10 | 35.00 |
| 12/18/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING DISPUTE OF BOOKS AND RECORDS AND CLAIMS PROCEDURE QUESTIONS. | B110 | 0.40 | 140.00 |
| 12/18/23 | DNR | PREPARE AND FILE NOTICE OF FILING OF PUBLISHER'S AFFIDAVIT REGARDING JACKSBORO HERALD-GAZETTE. | B310 | 0.30 | 105.00 |
| 12/18/23 | DNR | UPDATE WEBSITE CONTENT. | B110 | 0.30 | 105.00 |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 18

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/18/23 | PLH | EMAILS WITH MR. CHANG ON SETTLEMENT AGREEMENT COMMENTS AND REVISE SETTLEMENT AGREEMENT FOR HIS TIEP INVESTOR CLIENT. | B120 | 0.90 | 490.05 |
| 12/18/23 | PLH | PREPARE SETTLEMENT AGREEMENT FOR TIEP INVESTOR AND EMAIL ON SAME. | B120 | 1.00 | 544.50 |
| 12/18/23 | PLH | REVIEW DOCUMENTS AND TELEPHONE CONFERENCE MR. SEIBERT ON CLAIMS AGAINST AND ISSUES RELATED THERETO FOR HIS TIEP INVESTOR CLIENT. | B120 | 0.80 | 435.60 |
| 12/18/23 | PLH | REVIEW DOCUMENTS RELATED TO CLAIMS AGAINST MR. CORNISH'S TIEP CLIENT IN CONNECTION WITH SETTLEMENT OFFER AND EMAIL MR. CORNISH ON CALL TO ADDRESS SAME. | B120 | 0.60 | 326.70 |
| 12/18/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 12/18/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING INVESTOR INQUIRY. | B110 | 0.10 | 35.00 |
| 12/18/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL NOTICING. | B310 | 0.10 | 35.00 |
| 12/18/23 | DNR | PREPARE AND ISSUE VENDOR INVOICE FOR WOLFEPAK ACCESS ON FINAL TERM. | B210 | 0.30 | 105.00 |
| 12/18/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING ROYALTY TRANSFER LETTER AND ABANDONMENT ISSUES. | B210 | 0.40 | 140.00 |
| 12/18/23 | DNR | RECEIVE AND REVIEW PUBLISHER'S AFFIDAVIT AND TEAR SHEETS FROM BRECKENRIDGE AMERICAN. | B310 | 0.30 | 105.00 |
| 12/18/23 | DNR | RECEIVE AND REVIEW PUBLISHER'S AFFIDAVIT AND TEAR SHEETS FROM JACKSBORO HERALD-GAZETTE. | B310 | 0.30 | 105.00 |
| 12/18/23 | DNR | RECEIVE AND REVIEW PUBLISHER'S AFFIDAVIT AND TEAR SHEETS FROM GRAHAM LEADER. | B310 | 0.30 | 105.00 |
| 12/18/23 | DNR | PREPARE AND FILE NOTICE OF FILING OF PUBLISHER'S AFFIDAVIT REGARDING BRECKENRIDGE AMERICAN. | B310 | 0.30 | 105.00 |
| 12/18/23 | DNR | PREPARE AND FILE NOTICE OF FILING OF PUBLISHER'S AFFIDAVIT REGARDING GRAHAM LEADER. | B310 | 0.30 | 105.00 |
| 12/18/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND OFFICE OF THE ATTORNEY GENERAL REGARDING RAILROAD COMMISSION CLAIM AND CASH DEPOSITS. | B310 | 0.50 | 175.00 |
| 12/18/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING RETURNED ROYALTY PAYMENTS. | B210 | 0.20 | 70.00 |
| 12/18/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.40 | 140.00 |

APP. 0910

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 19

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/18/23 | DNR | REVIEW SETTLEMENT UPDATE FROM PATRICK HUFFSTICKLER REGARDING TIEP INVESTOR. | BT160 | 0.10 | 35.00 |
| 12/18/23 | DNR | CORRESPONDENCE FROM OFFICE OF THE ATTORNEY GENERAL REGARDING OPEN RAILROAD COMMISSION DOCKETS. | B210 | 0.10 | 35.00 |
| 12/18/23 | DNR | RECEIVE AND REVIEW PIPELINE CORRESPONDENCE TO RECEIVER FROM RAILROAD COMMISSION. | B210 | 0.20 | 70.00 |
| 12/18/23 | DNR | CORRESPONDENCE WITH OFFICE OF THE ATTORNEY GENERAL REGARDING PIPELINE CORRESPONDENCE AND PREVIOUS COURT-ADMITTED EXHIBITS. | B210 | 0.30 | 105.00 |
| 12/18/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING STATUS OF MEDIATION. | BT160 | 0.30 | 105.00 |
| 12/18/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING SETTLEMENT FUNDS FOR TIEP TAX ALLOCATION. | B240 | 0.10 | 35.00 |
| 12/18/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING PRODUCTION CHECKS. | B210 | 0.10 | 35.00 |
| 12/18/23 | DNR | BEGIN ISSUANCE OF FINAL ROYALTY PACKAGES FOR BARRON PETROLEUM. | B210 | 1.00 | 350.00 |
| 12/19/23 | MGC | REVIEW EMAIL FROM MS. WILLIAMSON REGARDING TAXATION OF POTENTIAL RECOVERY; REVIEW OF ATTACHED TAX RESEARCH; CONSIDERATION OF RELATED TAXATION MATTERS; RELATED ADDITIONAL EMAILS; SUPPLEMENTAL LEGAL RESEARCH. | B240 | 1.50 | 972.00 |
| 12/19/23 | PLH | REVIEW INFORMATION AND DOCUMENTS FROM MR. CORNISH TO ADDRESS SETTLEMENT OFFER AND FURTHER REVIEW OF DOCUMENTS AND INFORMATION FROM ACCOUNTANTS ON SAME. | B120 | 0.70 | 381.15 |
| 12/19/23 | PLH | OFFICE CONFERENCE WITH MS. BEHRENDS ON CONNECTIONS BETWEEN MR. CORNISH'S TIEP INVESTOR CLIENT AND HEARTLAND. | B120 | 0.20 | 108.90 |
| 12/19/23 | PLH | REVIEW SETTLEMENT OFFER AND TELEPHONE CONFERENCE WITH MR. CORNISH ON SAME RELATED TO TIEP INVESTOR CLIENT. | B120 | 0.20 | 108.90 |
| 12/19/23 | PLH | TELEPHONE CONFERENCE WITH MR. MILLS REGARDING CLAIMS AGAINST HIS TIEP INVESTOR CLIENT AND POTENTIAL DEFENSES. | B120 | 0.30 | 163.35 |
| 12/19/23 | PLH | REVIEW INFORMATION AND DOCUMENTS RELATED TO CLAIMS AGAINST MR. MILLS' TIEP INVESTOR CLIENT AND ANALYZE POTENTIAL DEFENSES RAISED BY MR. MILLS AND TELEPHONE CONFERENCE REGARDING SAME. | B120 | 1.20 | 653.40 |

APP. 0911

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 20

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/19/23 | PLH | TELEPHONE CONFERENCE WITH TIEP INVESTOR REGARDING SETTLEMENT ISSUES AND LOGISTICS AND EMAIL ON SAME. | B120 | 0.50 | 272.25 |
| 12/19/23 | PLH | EMAIL WITH MR. CHANG ON SETTLEMENT ISSUES FOR HIS TIEP INVESTOR CLIENT. | B120 | 0.10 | 54.45 |
| 12/19/23 | PLH | EMAILS WITH MR. PORTEOUS ON RECEIVER'S TIEP INVESTOR CLAIMS RELATED TO HIS FIVE TIEP INVESTOR CLIENTS. | B120 | 0.20 | 108.90 |
| 12/19/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING MEDIATOR PROPOSAL AND RESPONSE. | BT160 | 0.50 | 175.00 |
| 12/19/23 | DNR | TELEPHONE CONFERENCE WITH POTENTIAL INVESTOR REGARDING CLAIM FORM AND TRACING OF FUNDS. | B110 | 0.30 | 105.00 |
| 12/19/23 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING POTENTIAL INVESTOR INQUIRY. | B110 | 0.50 | 175.00 |
| 12/19/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON TAX IMPLICATIONS ON SETTLEMENT PROCEEDS. | B240 | 0.30 | 105.00 |
| 12/19/23 | DNR | CORRESPONDENCE TO SEC COUNSEL REGARDING IOWA REGULATORY RESPONSE OF RECEIVER. | B110 | 0.10 | 35.00 |
| 12/19/23 | DNR | TELEPHONE CONFERENCE WITH SEC COUNSEL REGARDING POTENTIAL INVESTOR ISSUES. | B110 | 0.30 | 105.00 |
| 12/19/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING FINAL ROYALTY PACKAGES FOR BARRON. | B210 | 0.10 | 35.00 |
| 12/19/23 | DNR | ISSUE FINAL ROYALTY PACKAGES FOR BARRON PETROLEUM. | B210 | 2.50 | 875.00 |
| 12/19/23 | DNR | ANALYZE AHUJA & CLARK COMMENTS ON CLAIMS REPORT AS OF DECEMBER 14, 2023. | B310 | 0.40 | 140.00 |
| 12/19/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING CLAIMS REPORT COMMENTS. | B310 | 0.20 | 70.00 |
| 12/19/23 | DNR | RECEIVE UPDATE REGARDING SETTLEMENT FUNDS OF TIEP INVESTOR FROM PATRICK L. HUFFSTICKLER. | BT160 | 0.10 | 35.00 |
| 12/19/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 12/19/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING ELDORADO SALE DOCUMENTS. | B130 | 0.10 | 35.00 |
| 12/19/23 | DNR | CORRESPONDENCE WITH TAX COUNSEL AND DEBORAH D. WILLIAMSON REGARDING SETTLEMENT PROCEEDS AND TAX LIABILITY. | B240 | 0.40 | 140.00 |
| 12/19/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND AHUJA & CLARK REGARDING TAX ALLOCATION AND REPORTING ITEMS. | B240 | 2.80 | 980.00 |
| 12/19/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING TIEP | B240 | 0.10 | 35.00 |

APP. 0912

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 21

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| | | SETTLEMENT CHECK. | | | |
| 12/19/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 12/20/23 | RLL | PARTICIPATE IN CALL WITH MS. WILLIAMSON, MS. BEHRENS AND MR. CUMMING TO DISCUSS TAX MATTERS. | B240 | 0.70 | 387.45 |
| 12/20/23 | MGC | REVIEW OF DOCUMENTS AND LEGAL/ TAX ANALYSIS REGARDING TAXATION OF SETTLEMENT PROCEEDS INCLUDING FURTHER TAX RESEARCH AND REVIEW OF RELATED DOCUMENTS; MEETING WITH MS. WILLIAMSON, MS. BEHRENDS AND MR. LIEBERMAN REGARDING SAME. | B240 | 2.70 | 1,749.60 |
| 12/20/23 | PLH | REVIEW DOCUMENTS RELATED TO CLAIMS AGAINST TIEP INVESTORS REPRESENTED BY MR. PORTEOUS TO PREPARE FOR CALL TO ADDRESS POTENTIAL SETTLEMENT. | B120 | 0.80 | 435.60 |
| 12/20/23 | PLH | REVIEW E-MAILS AND ATTACHMENTS OF SETTLING TIEP INVESTOR AND RESPOND TO SAME. | B120 | 0.30 | 163.35 |
| 12/20/23 | PLH | REVIEW E-MAILS OF MR. CHARPENTIER AND INFORMATION RELATED TO CLAIMS AGAINST HIS TIEP INVESTOR CLIENT IN CONNECTION WITH POTENTIAL SETTLEMENT. | B120 | 0.50 | 272.25 |
| 12/20/23 | PLH | EMAILS WITH MS. BEHRENDS ON TIEP INVESTOR SETTLEMENTS AND REVIEW EMAILS ON SAME OF MS. BEHRENDS AND MS. BREMER. | B120 | 0.20 | 108.90 |
| 12/20/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING MEDIATOR PROPOSAL. | BT160 | 0.30 | 105.00 |
| 12/20/23 | DNR | CORRESPONDENCE TO REID COLLINS REGARDING SETTLEMENT APPROVAL PLEADINGS. | BT160 | 0.10 | 35.00 |
| 12/20/23 | DNR | RECEIVE AND REVIEW MEDIATOR'S PROPOSAL. | BT160 | 0.30 | 105.00 |
| 12/20/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 12/20/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING INVESTOR INQUIRY AND ADDITIONAL NOTICING. | B310 | 0.30 | 105.00 |
| 12/20/23 | DNR | REVISE LETTER TO INVESTORS. | B110 | 0.60 | 210.00 |
| 12/20/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING SERVICE OF INVESTOR LETTER. | B110 | 0.60 | 210.00 |
| 12/20/23 | DNR | CORRESPONDENCE WITH SEC COUNSEL REGARDING LETTER TO INVESTORS. | B110 | 0.20 | 70.00 |
| 12/20/23 | DNR | DRAFT NOTICE OF INVESTOR LETTER. | B110 | 0.20 | 70.00 |
| 12/20/23 | DNR | CORRESPONDENCE WITH TAX COUNSEL REGARDING MEDIATION DOCUMENTS. | B240 | 0.10 | 35.00 |

**APP. 0913**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 22

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/20/23 | DNR | RECEIVE UPDATE REGARDING SETTLEMENT ON TIEP FUNDS FROM PATRICK L. HUFFSTICKLER. | BT160 | 0.10 | 35.00 |
| 12/20/23 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND TAX COUNSEL REGARDING TAX IMPLICATIONS AND SETTLEMENT PROCEEDS. | B240 | 0.80 | 280.00 |
| 12/20/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING POTENTIAL SETTLEMENT. | BT160 | 0.30 | 105.00 |
| 12/20/23 | DNR | REVIEW KNOWN INVESTOR SPREADSHEET FROM STRETTO. | B110 | 0.30 | 105.00 |
| 12/21/23 | PLH | REVIEW EMAIL MS. HALL WITH RESPECT TO POTENTIAL SETTLEMENT OF CLAIMS AGAINST HER TIEP INVESTOR CLIENT. | B120 | 0.20 | 108.90 |
| 12/21/23 | PLH | REVIEW DOCUMENTS FOR MR. PORTEOUS' CLIENTS AND TELEPHONE CONFERENCE MR. PORTEOUS REGARDING CLAIMS ISSUES AND POTENTIAL SETTLEMENT FOR HIS FIRM'S TIEP CLIENTS. | B120 | 1.20 | 653.40 |
| 12/21/23 | PLH | REVIEW EMAIL OF MR. CORNISH ON SETTLEMENT PROPOSAL FOR HIS TIEP INVESTOR CLIENT AND OFFICE CONFERENCES WITH MS. WILLIAMSON ON SAME; DRAFT SETTLEMENT AGREEMENT. | B120 | 2.20 | 1,197.90 |
| 12/21/23 | PLH | REVIEW EMAIL MR. CHARPENTIER AND FINANCIAL INFORMATION FROM HIS TIEP INVESTOR CLIENT IN CONNECTION WITH SETTLEMENT NEGOTIATIONS. | B120 | 0.40 | 217.80 |
| 12/21/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING TAX DOCUMENTS FOR 2023. | B240 | 0.10 | 35.00 |
| 12/21/23 | DNR | CORRESPONDENCE WITH INVESTOR COUNSEL REGARDING TRANSACTION SCHEDULE AND SUBMISSION OF CLAIM. | B110 | 0.20 | 70.00 |
| 12/21/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING INVESTOR-SPECIFIC INQUIRIES. | B310 | 0.40 | 140.00 |
| 12/21/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING SERVICE OF INVESTOR CORRESPONDENCE. | B110 | 0.40 | 140.00 |
| 12/21/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.40 | 140.00 |
| 12/21/23 | DNR | UPDATE INVESTOR CONTENT ON WEBSITE. | B110 | 0.20 | 70.00 |
| 12/21/23 | DNR | CORRESPONDENCE WITH OFFICE OF THE ATTORNEY GENERAL REGARDING RAILROAD COMMISSION DOCKETS BEFORE COMMISSION. | B210 | 0.40 | 140.00 |
| 12/21/23 | DNR | CORRESPONDENCE FROM STRETTO REGARDING CLAIMS REPORT AS OF DECEMBER 20, 2023. | B310 | 0.10 | 35.00 |
| 12/21/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR REGARDING CLAIMS PROCEDURE TIMELINE. | B110 | 0.20 | 70.00 |

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 23

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/21/23 | DNR | REVIEW CLAIMS REPORT AS OF DECEMBER 20, 2023. | B310 | 0.30 | 105.00 |
| 12/21/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CERTIFICATE OF SERVICE REGARDING INVESTOR LETTER. | B110 | 0.20 | 70.00 |
| 12/21/23 | DNR | RECEIVE, REVIEW, AND FILE CERTIFICATE OF SERVICE REGARDING INVESTOR LETTER. | B110 | 0.30 | 105.00 |
| 12/21/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING RAILROAD CONSULTING DOCKETS. | B210 | 0.10 | 35.00 |
| 12/21/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON REVENUE AND ROYALTY ISSUES. | B210 | 0.20 | 70.00 |
| 12/21/23 | DNR | CORRESPONDENCE TO VICKI PALMOUR CONSULTING REGARDING ROYALTY SPREADSHEET COMMENTS. | B210 | 0.10 | 35.00 |
| 12/21/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON POTENTIAL DISTRIBUTION PAYMENT PROCESS. | B310 | 0.10 | 35.00 |
| 12/21/23 | DNR | TELEPHONE CONFERENCE WITH INVESTOR COUNSEL REGARDING CLAIMS PROCEDURE TIMELINE. | B110 | 0.30 | 105.00 |
| 12/21/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 12/21/23 | DNR | REVISE AND FILE NOTICE OF INVESTOR LETTER. | B110 | 0.30 | 105.00 |
| 12/21/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON CLAIM SUBMITTED BY INVESTOR. | B310 | 0.10 | 35.00 |
| 12/21/23 | DNR | RESEARCH RAILROAD COMMISSION WEBSITE FOR DOCKETS PENDING BEFORE COMMISSION ON JANUARY 30, 2024. | B210 | 0.40 | 140.00 |
| 12/21/23 | DNR | RECEIVE AND REVIEW FROM VICKI PALMOUR CONSULTING ROYALTY ALLOCATION SPREADSHEET. | B210 | 0.30 | 105.00 |
| 12/22/23 | DNR | RECEIVE AND REVIEW GULF COAST STATEMENT FOR NOVEMBER 2023; SEND TO COMPLIANCE TEAM. | B210 | 0.30 | 105.00 |
| 12/22/23 | DNR | CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING GAS STATEMENT FOR NOVEMBER 2023. | B210 | 0.40 | 140.00 |
| 12/22/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL CLAIMS NOTICING. | B310 | 0.80 | 280.00 |
| 12/22/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.20 | 70.00 |
| 12/22/23 | DNR | TELEPHONE CONFERENCE WITH VICKI PALMOUR CONSULTING REGARDING ROYALTY SPREADSHEET AND ISSUES REGARDING FARMEE. | B210 | 0.30 | 105.00 |
| 12/22/23 | DNR | RECEIVE AND REVIEW REVISED ROYALTY DISTRIBUTION SPREADSHEET FOR VAL VERDE; CORRESPONDENCE WITH VICKI PALMOUR CONSULTING REGARDING COMMENTS ON SAME. | B210 | 0.30 | 105.00 |

APP. 0915

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 24

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/22/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON REGARDING NOTICING TO FEEDER FUNDS REGARDING CLAIMS PROCEDURE. | B310 | 0.40 | 140.00 |
| 12/22/23 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND REID COLLINS REGARDING SETTLEMENT ACCEPTANCE AND NEXT STEPS. | BT160 | 0.40 | 140.00 |
| 12/22/23 | DNR | REVIEW SPREADSHEET REGARDING CLAIMS PACKAGE NOTICING OR FEEDER FUNDS. | B310 | 0.20 | 70.00 |
| 12/22/23 | DNR | RECEIVE AND PROCESS RECEIVER'S MAIL. | B210 | 0.30 | 105.00 |
| 12/22/23 | DNR | SEND RAILROAD COMMISSION MAIL TO COMPLIANCE TEAM. | B210 | 0.10 | 35.00 |
| 12/22/23 | PLH | OFFICE CONFERENCE WITH MS. WILLIAMSON REGARDING SETTLEMENT MATTERS WITH RESPECT TO VARIOUS TIEP INVESTOR CLAIMS. | B120 | 0.30 | 163.35 |
| 12/22/23 | PLH | REVIEW E-MAIL OF MR. CORNISH ON SETTLEMENT; REVISE SETTLEMENT AGREEMENT AND SEVERAL FURTHER EMAILS WITH MR. CORNISH WITH RESPECT TO ISSUES FOR SETTLEMENT WITH HIS TIEP INVESTOR CLIENTS. | B120 | 1.50 | 816.75 |
| 12/26/23 | DNR | REVISE AND FILE REPORT REGARDING FIRST AUCTION OF PERSONAL PROPERTY WITH VOGT. | B130 | 0.30 | 105.00 |
| 12/26/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 2.20 | 770.00 |
| 12/26/23 | DNR | UPDATE WEBSITE CONTENT. | B110 | 0.40 | 140.00 |
| 12/26/23 | DNR | CORRESPONDENCE WITH AHUJA & CLARK REGARDING TAX CALL. | B240 | 0.20 | 70.00 |
| 12/26/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING CLAIM INQUIRY OF INVESTOR. | B310 | 0.20 | 70.00 |
| 12/26/23 | PLH | REVIEW EMAIL FROM TIEP INVESTOR AND RESPOND TO SAME ON FINANCIAL INFORMATION PROVIDED IN CONNECTION WITH SETTLEMENT OFFER. | B120 | 0.30 | 163.35 |
| 12/27/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 0.90 | 315.00 |
| 12/27/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON SETTLEMENT AGREEEMENT. | BT160 | 0.10 | 35.00 |
| 12/27/23 | DNR | PROCESS SETTLEMENT AGREEMENT FOR RECEIVER WITH TIEP INVESTOR. | BT160 | 0.10 | 35.00 |
| 12/27/23 | DNR | CORRESPONDENCE TO AHUJA & CLARK REGARDING SETTLEMENT PROCEEDS FOR TAX PURPOSES. | B240 | 0.10 | 35.00 |
| 12/27/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING SERVICE OF CLAIMS PACKAGES. | B310 | 0.20 | 70.00 |

APP. 0916

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 25

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/27/23 | DNR | REVIEW AND FILE CERTIFICATE OF SERVICE COMPLETED BY STRETTO. | B310 | 0.20 | 70.00 |
| 12/27/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON REGARDING SETTLEMENT MOTION. | BT160 | 0.10 | 35.00 |
| 12/27/23 | DNR | CORRESPONDENCE WITH REID COLLINS REGARDING SETTLEMENT MOTION EXHIBITS. | BT160 | 0.40 | 140.00 |
| 12/27/23 | DNR | UPDATE CLAIMS PROCESS PAGE ON WEBSITE. | B110 | 0.20 | 70.00 |
| 12/27/23 | DNR | BEGIN DRAFTING SETTLEMENT MOTION. | BT160 | 1.00 | 350.00 |
| 12/27/23 | PLH | REVIEW EMAIL FROM TIEP INVESTOR AND FINANCIAL INFORMATION AND RESEARCH BANKRUPTCY BY TIEP INVESTOR IN CONNECTION WITH POTENTIAL SETTLEMENT. | B120 | 1.10 | 598.95 |
| 12/27/23 | PLH | REVIEW SETTLEMENT CORRESPONDENCE AND DOCUMENTS AND CHECK FROM TIEP INVESTOR AND E-MAILS ON SAME WITH TIEP INVESTOR, MS. BEHRENDS, AND MS. WILLIAMSON. | B120 | 0.80 | 435.60 |
| 12/27/23 | PLH | REVIEW CORRESPONDENCE FROM COUNSEL FOR TIEP INVESTOR RELATED TO FINANCIAL INFORMATION AND POTENTIAL SETTLEMENT. | B120 | 0.50 | 272.25 |
| 12/27/23 | PLH | REVIEW EMAIL FROM MR. FABER ON CLAIMS AGAINST HIS TIEP INVESTOR CLIENTS. | B120 | 0.20 | 108.90 |
| 12/27/23 | TED | ADDRESS INVESTOR INQUIRIES. | B110 | 0.10 | 25.65 |
| 12/28/23 | PLH | REVIEW CORRESPONDENCE ON FINANCIAL CONDITION AND REVIEW EMAIL TIEP INVESTOR AND EMAILS WITH MS. WILLIAMSON AND MS. BEHRENDS ON SETTLEMENT ISSUES. | B120 | 0.40 | 217.80 |
| 12/28/23 | PLH | REVIEW INFORMATION FROM TIEP INVESTORS AND COUNSEL TO ADDRESS POTENTIAL SETTLEMENT OF RECEIVER'S CLAIMS. | B120 | 1.20 | 653.40 |
| 12/28/23 | DNR | REVIEW AND RESPOND TO INVESTOR INQUIRIES. | B110 | 1.10 | 385.00 |
| 12/28/23 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON INVESTOR INQUIRY. | B110 | 0.20 | 70.00 |
| 12/28/23 | DNR | RECEIVE FROM VICKI PALMOUR CONSULTING AND REVIEW UPDATED SUSPENSE REPORTS FOR BARRON PETROLEUM AND PANTHER CITY. | B210 | 0.50 | 175.00 |
| 12/28/23 | DNR | CORRESPONDENCE WITH STRETTO REGARDING ADDITIONAL CLAIMS PACKET NOTICING AND INVESTOR INQUIRY. | B310 | 0.50 | 175.00 |
| 12/28/23 | DNR | RECEIVE UPDATE REGARDING POTENTIAL TIEP SETTLEMENT FROM PATRICK L. HUFFSTICKLER. | BT160 | 0.10 | 35.00 |
| 12/28/23 | DNR | CORRESPONDENCE FROM STRETTO REGARDING CLAIMS REPORT AS OF DECEMBER 27, 2023. | B310 | 0.10 | 35.00 |

APP. 0917

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 26

FEBRUARY 6, 2024

| DATE | ID | DESCRIPTION | TASK | HOURS | AMOUNT |
|------|-----|-------------|------|-------|--------|
| 12/28/23 | DNR | DRAFT SETTLEMENT MOTION AND REID COLLINS' COMPENSATION REQUEST; RESEARCH CASE LAW SUPPORTING SAME; DISCUSS SAME WITH DEBORAH D. WILLIAMSON. | BT160 | 5.30 | 1,855.00 |
| | | **TOTAL** | | **171.30** | **$71,710.15** |

APP. 0918

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 27

FEBRUARY 6, 2024

**BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|-----------|-------|-------|------|--------|
| MGC | MICHAEL G. CUMMING | MEMBER | 4.20 | 648.00 | 2,721.60 |
| PLH | PATRICK HUFFSTICKLER | MEMBER | 52.90 | 544.50 | 28,804.05 |
| RLL | RICHARD L. LIEBERMAN | SENIOR COUNSEL | 1.10 | 553.50 | 608.85 |
| DNR | DANIELLE R. BEHRENDS | SENIOR ATTORNEY | 113.00 | 350.00 | 39,550.00 |
| TED | THERESA E. DICK | PARALEGAL | 0.10 | 256.50 | 25.65 |
| | **TOTAL** | | **171.30** | | **$71,710.15** |

**APP. 0919**

# Dykema

DEBORAH D WILLIAMSON
DEBORAH WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 28

FEBRUARY 6, 2024

## DISBURSEMENTS

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| | PHOTOCOPIES | 589.00 | 0.10 | 58.90 |
| | PRINTING EXPENSES | 1,703.00 | 0.10 | 170.30 |
| | SCANNING | 403.00 | 0.10 | 40.30 |
| | **TOTAL DISBURSEMENTS** | | | **269.50** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

APP. 0920

# Dykema

DEBORAH D WILLIAMSON
DEBORAH  WILLIAMSON

MATTER #: 122686.000002
INVOICE #: 3567332
PAGE 29

FEBRUARY 6, 2024

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 34.70 | 12,135.65 |
| B120 | ASSET ANALYSIS AND RECOVERY | 55.10 | 29,574.05 |
| B130 | ASSET DISPOSITION | 2.40 | 840.00 |
| B210 | BUSINESS OPERATIONS | 26.30 | 9,205.00 |
| B240 | TAX ISSUES | 15.60 | 6,935.45 |
| B310 | CLAIMS ADMINISTRATION & OBJECT | 17.20 | 6,020.00 |
| BT155 | STATUS REPORTS | 0.10 | 35.00 |
| BT160 | LITIGATION CONSULTING | 19.90 | 6,965.00 |
| | **TOTAL** | **171.30** | **71,710.15** |

## EXPENSE SUMMARY

| | AMOUNT |
|---|--------|
| PHOTOCOPIES | 58.90 |
| SCANNING | 40.30 |
| PRINTING EXPENSES | 170.30 |
| **TOTAL** | **269.50** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

**APP. 0921**

# EXHIBIT E-2

**Law Offices of Romero | Kozub**
235 N.E. Loop 820, Ste 105
Fort Worth, Texas 76120
United States
682-267-1351

Law Offices of Romero | Kozub

**Deborah D Williamson**
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
United States

| | |
|---|---|
| **Balance** | $680.00 |
| **Invoice #** | 00174 |
| **Invoice Date** | January 31, 2024 |
| **Payment Terms** | |
| **Due Date** | |

**SEC v. The Heartland Group Ventures, LLC, et al.**

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 10/10/2023 | RR | Case Administration | Review and analyze Witness and Exhibit list for hearing on October 16, 2023. | $425.00 | 0.5 | $212.50 |
| 10/16/2023 | RR | Claims Administration & Objection | Attend Motion regarding Entry of an Order Setting Claims Bar Date, Establishing Claims Procedure, and Approving Notification Process hearing. | $425.00 | 0.7 | $297.50 |
| 11/30/2023 | RR | Case Administration | Attend hearing. | $425.00 | 0.4 | $170.00 |
| | | | | Totals: | **1.6** | **$680.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $680.00 |
| **Sub-Total:** | $680.00 |
| | |
| **Total:** | $680.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$680.00** |

**EXHIBIT E-3**

Law Practice of Darrell R. Jones, PLLC
drj@oilesquire.com
(832) 302-5373

November 02, 2023

**Deborah Williamson**
Dykema Gossett PLLC
112 E. Pecan St.
Ste 1800
San Antonio, TX 78205

**Invoice Number: 903**
Invoice Period: 10-01-2023 - 10-31-2023

Payment Terms: Upon Receipt
Make check payable to the Law Practice of Darrell R. Jones, PLLC

**RE: Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|------:|-----:|-------:|
| 10-02-2023 | Eric Hillerman | B130 - Asset Disposition | 1.50 | 325.00 | 487.50 |
| | | Work regarding abandonment issues (notice, safety, royalty, signage , TRRC). | | | |
| 10-02-2023 | Darrell Jones | B210 - Business Operations | 0.80 | 325.00 | 260.00 |
| | | Weekly staff meeting; prepare for risk analysis discussion therein. | | | |
| 10-02-2023 | Darrell Jones | B210 – Business Operations | 0.50 | 325.00 | 162.50 |
| | | Discuss regulatory options re: tanks, with team members. | | | |
| 10-03-2023 | Eric Hillerman | B130 - Asset Disposition | 0.20 | 325.00 | 65.00 |
| | | Work regarding abandonment issues and handling royalty and payments. | | | |
| 10-04-2023 | Eric Hillerman | B130 - Asset Disposition | 2.40 | 325.00 | 780.00 |
| | | Work regarding abandonment issues with gas purchasers and royalty owners. Work regarding notices on wells and pipeline. Work regarding Grant Sparks assignments. | | | |
| 10-04-2023 | Darrell Jones | B130 - Asset Disposition | 1.00 | 325.00 | 325.00 |
| | | Meeting with Eric H ref: Sparks assignment vs abandonment issues; review Sparks EnergyNet documents. | | | |
| 10-05-2023 | Eric Hillerman | B130 - Asset Disposition | 1.90 | 325.00 | 617.50 |
| | | Work regarding abandonment issues, royalty issues, GLO, Sparks/Energynet deal. | | | |
| 10-06-2023 | Eric Hillerman | B130 - Asset Disposition | 0.80 | 325.00 | 260.00 |
| | | Work regarding abandonment midstream, royalty and surface issues. | | | |
| 10-09-2023 | Eric Hillerman | B130 - Asset Disposition | 2.00 | 325.00 | 650.00 |
| | | Work regarding abandonment issues and notice letters to pipelines, and govt entities. Conf with surface owner regarding pipeline and plugging issues. | | | |
| 10-09-2023 | Darrell Jones | B210 - Business Operations | 1.40 | 325.00 | 455.00 |

APP. 0925

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Weekly team meeting with client and other consultants ref: winding down, abandonment, and field risk management. | | | |
| 10-09-2023 | Darrell Jones | BT155 – Status Reports | 1.00 | 325.00 | 325.00 |
| | | Draft relevant textual inserts for quarterly report to USDC. | | | |
| 10-10-2023 | Eric Hillerman | B130 - Asset Disposition | 0.70 | 325.00 | 227.50 |
| | | Work regarding notices to parties regarding abandonment and Sparks Energy. | | | |
| 10-12-2023 | Eric Hillerman | B130 - Asset Disposition | 0.20 | 325.00 | 65.00 |
| | | Work re abandonment-Wichita County and Arcooil bond. | | | |
| 10-16-2023 | Eric Hillerman | B130 - Asset Disposition | 0.50 | 325.00 | 162.50 |
| | | Work regarding abandonment issues, royalties, and owners with bad addresses. | | | |
| 10-16-2023 | Darrell Jones | B210 - Business Operations | 0.80 | 325.00 | 260.00 |
| | | Weekly team meeting; prepare. | | | |
| 10-17-2023 | Eric Hillerman | B210 - Business Operations | 0.70 | 325.00 | 227.50 |
| | | Work regarding claims process, misc claims. Work regarding Sparks issues. | | | |
| 10-18-2023 | Eric Hillerman | B130 - Asset Disposition | 0.30 | 325.00 | 97.50 |
| | | Work regarding Sparks issues regarding abandonment. | | | |
| 10-19-2023 | Eric Hillerman | B210 - Business Operations | 0.30 | 325.00 | 97.50 |
| | | Work regarding Waggoner lease cleanup and bonding. | | | |
| 10-24-2023 | Eric Hillerman | B210 - Business Operations | 0.30 | 325.00 | 97.50 |
| | | Work regarding TRRC notices and work regarding abandonment recordings and notices. | | | |
| 10-30-2023 | Darrell Jones | B210 - Business Operations | 0.50 | 325.00 | 162.50 |
| | | Regular team meeting. | | | |
| 10-30-2023 | Eric Hillerman | B210 - Business Operations | 0.50 | 325.00 | 162.50 |
| | | Work regarding surface owner inquiries and Bob Hughes issues. Work regarding TRRC issues. | | | |
| | | **Total** | | | 5,947.50 |

## Time Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| Darrell Jones | 6.00 | 1,950.00 |
| Eric Hillerman | 12.30 | 3,997.50 |
| **Total** | | 5,947.50 |

| | | |
|--|--|--|
| **Total for this Invoice** | | 5,947.50 |

APP. 0926

Law Practice of Darrell R. Jones, PLLC

drj@oilesquire.com

(832) 302-5373

December 04, 2023

**Deborah Williamson**
Dykema Gossett PLLC
112 E. Pecan St.
Ste 1800
San Antonio, TX 78205

**Invoice Number: 913**
Invoice Period: 11-01-2023 - 11-30-2023

Payment Terms: Upon Receipt
Make check payable to the Law Practice of Darrell R. Jones, PLLC

**RE: Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11-06-2023 | Eric Hillerman | B210 – Business Operations | 1.00 | 325.00 | 325.00 |
| | | Work regarding royalty/gas purchaser/surface issues. Work regarding TRRC notices and complaints. | | | |
| 11-09-2023 | Eric Hillerman | B210 – Business Operations | 1.00 | 325.00 | 325.00 |
| | | Work regarding escheat issues. | | | |
| 11-10-2023 | Eric Hillerman | B210 – Business Operations | 1.60 | 325.00 | 520.00 |
| | | Continue work regarding Escheat situation and potential contractors. | | | |
| 11-13-2023 | Eric Hillerman | B210 – Business Operations | 1.00 | 325.00 | 325.00 |
| | | Work regarding escheat/royalty issues. | | | |
| 11-14-2023 | Eric Hillerman | B210 – Business Operations | 1.50 | 325.00 | 487.50 |
| | | Work regarding escheat contractor issues and agreements. Work regarding royalty issues. | | | |
| 11-15-2023 | Eric Hillerman | B210 – Business Operations | 0.50 | 325.00 | 162.50 |
| | | Work regarding escheat and TRRC notices. | | | |
| 11-16-2023 | Eric Hillerman | B210 – Business Operations | 0.30 | 325.00 | 97.50 |
| | | Work regarding royalty and escheat issues. | | | |
| 11-20-2023 | Eric Hillerman | B210 – Business Operations | 0.30 | 325.00 | 97.50 |
| | | Work regarding royalty owner issues, Panther City and Leading Edge issues. | | | |
| 11-22-2023 | Eric Hillerman | B210 – Business Operations | 0.20 | 325.00 | 65.00 |
| | | Work regarding to royalty payment issue. | | | |
| 11-27-2023 | Eric Hillerman | B210 – Business Operations | 0.80 | 325.00 | 260.00 |
| | | Work regarding royalty owners issues and issue with Val Verde farmout. | | | |

APP. 0927

| Date | Professional | Task | | Hours | Rate | Amount |
|------|--------------|------|--|-------|------|--------|
| 11-28-2023 | Eric Hillerman | B210 – Business Operations | | 0.20 | 325.00 | 65.00 |
| | | Work regarding royalty payments. | | | | |
| | | | **Total** | | | 2,730.00 |

## Time Summary

| Professional | Hours | Amount |
|--------------|-------|--------|
| Eric Hillerman | 8.40 | 2,730.00 |
| **Total** | | 2,730.00 |

| | | |
|--|--|--|
| **Total for this Invoice** | | 2,730.00 |

APP. 0928

## Law Practice of Darrell R. Jones, PLLC
drj@oilesquire.com
(832) 302-5373

January 02, 2024

**Deborah Williamson**
Dykema Gossett PLLC
112 E. Pecan St.
Ste 1800
San Antonio, TX 78205

**Invoice Number: 924**
Invoice Period: 12-01-2023 - 12-31-2023

Payment Terms: Upon Receipt
Make check payable to the Law Practice of Darrell R. Jones, PLLC

**RE: Receiver for Barron Petroleum LLC, Barron Energy Corporation and Affiliated Entities**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-05-2023 | Eric Hillerman | B210 – Business Operations | 0.20 | 325.00 | 65.00 |
| | | Work regarding environmental issue. | | | |
| 12-11-2023 | Eric Hillerman | B210 – Business Operations | 0.90 | 325.00 | 292.50 |
| | | Work regarding issues with Texas AG office; TRRC continual notices and escheat. | | | |
| 12-12-2023 | Eric Hillerman | B210 – Business Operations | 0.40 | 325.00 | 130.00 |
| | | Work regarding revenue payments regarding multiple payors and software agreement. | | | |
| 12-14-2023 | Eric Hillerman | B210 – Business Operations | 0.30 | 325.00 | 97.50 |
| | | Work regarding TRRC notices, revenue  and farmout agreement. | | | |
| 12-15-2023 | Eric Hillerman | B210 – Business Operations | 0.60 | 325.00 | 195.00 |
| | | Work regarding AG's office and escheatment. | | | |
| 12-22-2023 | Eric Hillerman | B210 – Business Operations | 0.40 | 325.00 | 130.00 |
| | | Work regarding gas statements, Sahota, farmout and escheat. | | | |
| 12-27-2023 | Eric Hillerman | B210 – Business Operations | 0.50 | 325.00 | 162.50 |
| | | Work regarding escheatment contractors and required data. | | | |
| 12-28-2023 | Eric Hillerman | B210 – Business Operations | 0.60 | 325.00 | 195.00 |
| | | Work regarding escheatment data with consultants. | | | |
| | | | **Total** | | 1,267.50 |

## Time Summary

| Professional | Hours | Amount |
|--------------|-------|--------|
| Eric Hillerman | 3.90 | 1,267.50 |
| **Total for this Invoice** | | 1,267.50 |

122686.000002  4884-6101-2379.1

APP. 0929

**EXHIBIT E-4**

VICKI PALMOUR CONSULTING LLC
QUARTERLY ACCOUNTING
(OCTOBER, NOVEMBER, DECEMBER 2023)
INVOICE # 19621, 19755, 19901)

| | | HOURS | | TOTAL BILLED |
|---|---|---|---|---|
| BT210 | VICKI PALMOUR | 12.75 | $ | 1,275.00 |
| BT210 | TAMMY JOBE | 4.5 | $ | 450.00 |
| BT210 | JENNIFER RIGGINS | 4 | $ | 400.00 |
| BT210 | TYNA GOBER | 5.75 | $ | 575.00 |
| BT210 | AMY AMBURN | 0 | $ | - |
| | **TOTAL REGULATORY** | 27 | $ | 2,700.00 |
| | | | | |
| BT120 | AMY AMBURN | 32.75 | $ | 3,275.00 |
| BT120 | TAMMY JOBE | 0 | $ | - |
| BT120 | VICKI PALMOUR | 0.5 | $ | 50.00 |
| BT120 | JENNIFER RIGGINS | 0 | $ | - |
| | **TOTAL ACCOUNTING** | 33.25 | $ | 3,325.00 |
| | REIMBURSED EXPENSES | | $ | - |
| | **TOTAL** | | $ | 6,025.00 |

APP. 0931

# Vicki Palmour Consulting, LLC

PO Box 1925
Graham Texas 76450

| Date | Invoice # |
|------|-----------|
| 10/31/2023 | 19621 |

| Bill To |
|---------|
| Heartland Receivership<br>Deborah Williamson, Receiver<br>Dykema Law Firm<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205 |

| Terms |
|-------|
| Due on receipt |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | **REGULATORY WORK** | | |
| 3 | BT210 - VP - 10/3/23 - Research Signs; Determine Number of Signs Needed; Order Signs, etc. | 100.00 | 300.00 |
| 3 | BT210 - VP - 10/4/23 - Work on New P-4's from Leading Edge/ArcoOil to Sparks Resources TX, Inc. | 100.00 | 300.00 |
| 0.5 | BT210 - VP - 10/5/23 - Conference Call with Danielle, Deborah, Scott, Eric Regarding Abandonment, etc. | 100.00 | 50.00 |
| 2 | BT210 - VP - 10/5/23 - Review Exhibits of Wells attached to Notice of Abandonment Filings, etc. | 100.00 | 200.00 |
| 1.5 | BT210 - VP - 10/7/23 - Pick up Signs, Divide and Organize Signs by County, District, Worker, etc. | 100.00 | 150.00 |
| 0.75 | BT210 - VP - 10/9/23 - Conference Call with Danielle, Deborah, Scott, Eric, Darrell | 100.00 | 75.00 |
| 1.5 | BT210 - JR - 10/10/23 - Package/Address Boxes of Stickers and Mail to Sonora and Iowa Park, etc. | 100.00 | 150.00 |
| 1.5 | BT210 - TJ - 10/13/23 - File August Production Reports on Dodson Prairie, Panther City, ArcoOil, Leading Edge and Barron | 100.00 | 150.00 |
| 0.5 | BT210 - VP - 10/16/23 -Conference Call with Danielle, Deborah, Scott, Eric, Darrell | 100.00 | 50.00 |
| 1.5 | BT210 - TG - 10/16/23 - File GLO 2 and GLO 3 on Shurley Wells | 100.00 | 150.00 |
| 1.25 | BT210 - TG - 10/27/23 - Pull P-4 Transfers Showing Effective Date and Processed Date | 100.00 | 125.00 |
| 0.5 | BT210 - VP - 10/30/23 - Conference Call with Danielle, Deborah, Scott, Eric, Darrell | 100.00 | 50.00 |
| | **ACCOUNTING WORK** | | |
| 2 | BT120 - AA - 10/1/23 - Organize Owner List  for Possible Additional Revenue Distribution | 100.00 | 200.00 |

| Total |
|-------|
| |

APP. 0932

# Vicki Palmour Consulting, LLC

PO Box 1925
Graham Texas 76450

| Date | Invoice # |
|---|---|
| 10/31/2023 | 19621 |

| Bill To |
|---|
| Heartland Receivership<br>Deborah Williamson, Receiver<br>Dykema Law Firm<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205 |

| | Terms |
|---|---|
| | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.5 | BT120 - AA - 10/1/23 - Phone Conference with Danielle Regarding Owner Questions | 100.00 | 50.00 |
| 2.5 | BT120 - AA - 10/6/23 - Research Owners Suspense to Add Addresses, etc. | 100.00 | 250.00 |
| 2 | BT120 - AA - 10/6/23 - Research Colt Gas Payments, Sales for Baron and Panther City Regarding Outstanding Suspense Money Due Receiver, etc. | 100.00 | 200.00 |
| 2 | BT120 - AA - 10/10/23 - Distribution Suspense Work | 100.00 | 200.00 |
| 1 | BT120 - AA - 10/11/23 - Panther City Flush of Revenue | 100.00 | 100.00 |
| 3.5 | BT120 - AA - 10/17/23 and 10/18/23 - Prepare Suspense Spreadsheet on Panther City with Owner Total, Addresses, Codes, etc. | 100.00 | 350.00 |
| 3.5 | BT120 - AA - 10/18/23 and 10/19/23 - Prepare Suspense Spreadsheet with Owner Total, Addresses, Codes, etc for Barron Petroleum; Run Flush, etc. | 100.00 | 350.00 |
| 1 | BT120 - AA - 10/25/23 - Additional Suspense Work on Panther City | 100.00 | 100.00 |
| 1 | BT120 - AA - 10/26/23 - Additional Suspense Flush for Panther City | 100.00 | 100.00 |
| 2 | BT120 - AA - 10/27/23 - Updated Suspense Research for Barron Petroleum | 100.00 | 200.00 |
| | Sales Tax | 6.75% | 0.00 |

| Total | $3,850.00 |
|---|---|

APP. 0933

# Vicki Palmour Consulting, LLC

PO Box 1925
Graham Texas 76450

| Date | Invoice # |
|------|-----------|
| 11/30/2023 | 19755 |

**Bill To**

Heartland Receivership
Deborah Williamson, Receiver
Dykema Law Firm
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205

| Terms |
|-------|
| Due on receipt |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | **REGULATORY WORK** | | |
| 1.5 | BT210 - TJ - 11/1/23 - Prepare and File PR for September 2023 on Barron Petroleum; ArcoOil; Leading Edge; Dodson Prairie and Panther City | 100.00 | 150.00 |
| 0.75 | BT210 - VP - 11/6/23 - Conference Call with Danielle, Deborah, Scott, Eric | 100.00 | 75.00 |
| 1.5 | BT210 - TG - 11/10/23 - Prepare and Upload GLO 2 and GLO 3 on Shurley for September 2023 | 100.00 | 150.00 |
| 2.5 | BT210 - JR - 11/20/23 - Prepare and File Comptroller Reports | 100.00 | 250.00 |
| 0.25 | BT210 - VP - 11/30/23 - Phone Hearing with Judge, Deborah, Danielle, Darrell, etc. Regarding 3rd Quarter 2023 Billing | 100.00 | 25.00 |
| | **ACCOUNTING WORK** | | |
| 1.25 | BT120 - AA - 11/1/23 - Prepare Suspense Owner Updates on PCE Wells | 100.00 | 125.00 |
| 2 | BT120 - AA - 11/9/23 - Merge All Owner List with Suspense | 100.00 | 200.00 |
| 0.5 | BT120 - VP - 11/14/23 - Conference Call with Danielle, Deborah, Eric, Amy, CPA Regarding 1099, Escheatment, etc. | 100.00 | 50.00 |
| 0.5 | BT120 - AA - 11/14/23 - Conference Call with Danielle, Deborah, Eric, Vicki, CPA Regarding 1099, Escheatment, etc. | 100.00 | 50.00 |
| | **Sales Tax** | **6.75%** | 0.00 |

| Total | $1,075.00 |
|-------|-----------|

APP. 0934

# Vicki Palmour Consulting, LLC

PO Box 1925
Graham Texas 76450

| Date | Invoice # |
|---|---|
| 12/31/2023 | 19901 |

**Bill To**

Heartland Receivership
Deborah Williamson, Receiver
Dykema Law Firm
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205

| Terms |
|---|
| Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | **REGULATORY WORK** | | |
| 1.5 | BT210 - TJ - 12/12/23 - File October 2023 (Final) PR's on Barron, ArcoOil, Leading Edge, Dodson Prairie, Panther City | 100.00 | 150.00 |
| 1.5 | BT210 - TG - 12/14/23 - File Final GLO 2 and GLO 3 on Shurley Wells | 100.00 | 150.00 |
| | **ACCOUNTING WORK** | | |
| 4.5 | BT120 - AA - 12/5/23 - Void Returned Checks; Add Notes to Owners Accounts, etc. | 100.00 | 450.00 |
| 1.5 | BT120 - AA - 12/13/23 - Suspense Work on Barron Petroleum; Revenue Entered on Barron Petroleum, etc. | 100.00 | 150.00 |
| 2 | BT120 - AA - 12/28/23 - Prepare Final Suspense Sheet for Escheatment for Eric on Panther City and Barron | 100.00 | 200.00 |
| | Sales Tax | 6.75% | 0.00 |

| | **Total** | **$1,100.00** |
|---|---|---|

APP. 0935

**EXHIBIT E-5**



**Ahuja & Clark, PLLC**
*Certified Public Accountants*
Tax & Accounting • Business Valuation • Business Interruption • Forensic Accounting

# Ahuja & Clark, PLLC

2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8230.HL

**Invoice Date:** 12/31/2023

**Due Date:** 01/31/2023

Bill To:

Dykema
Attn: Deborah Williamson

| Date | ID | Description | Task | Hours | Amount |
|------|----|-------------|------|-------|--------|
| 10/02/23 | TC | Perform research as requested by the Receiver to determine if an investor submitted funds to Heartland | 4900 | 0.50 | $125.00 |
| 10/03/23 | MA | Research tax law to see if abandonment loss rules apply to Heartland entities | 3900 | 1.00 | $325.00 |
| 10/03/23 | MA | Call with Ms. Behrends, Ms. Williamson, Ms. Huser, Mr. Cecil, and Ms. Bremer | 3900 | 0.50 | $162.50 |
| 10/03/23 | SH | Update meeting with Ms. Behrends, Ms. Williamson, Ms. Bremer, Mr. Cecil, and Ms. Ahuja to discuss pending items | 2900 | 0.50 | $125.00 |
| 10/03/23 | CB | Receivership update with Ms. Williamson, Ms. Huser, Ms. Ahuja, and Mr. Cecil. | 4900 | 0.50 | $162.50 |
| 10/03/23 | SH | Transaction reports for various vendors, per Ms. Behrend's request; Q3 accounting | 2900 | 1.40 | $350.00 |
| 10/03/23 | TC | Receivership update with Ms. Williamson, Ms. Huser, Ms. Ahuja, and Ms. Bremer. | 4900 | 0.50 | $125.00 |
| 10/04/23 | CB | Drafted A&C's process for claims for claim motion | 4900 | 1.20 | $390.00 |
| 10/04/23 | CB | Drafted 3rd quarter summary for forensics | 4900 | 0.40 | $130.00 |
| 10/04/23 | CB | Review of final TIEP file to send to Receiver | 4900 | 0.40 | $130.00 |
| 10/05/23 | CB | Drafted claims process for claims motion | 4900 | 3.50 | $1,137.50 |
| 10/05/23 | SH | Prepare debt & equity fund list for Carson Oil Field Development and The Heartland Group Fund III entities | 4900 | 0.30 | $75.00 |
| 10/06/23 | CB | Incorporate edits and final review of declaration for claims process | 4900 | 0.70 | $227.50 |
| 10/06/23 | TC | Review draft of A&C declaration regarding Net Claims process. | 4900 | 1.30 | $325.00 |
| 10/09/23 | CB | Call with Ms. Behrends and Stretto team on transaction schedule templates for claims process. | 4900 | 0.50 | $162.50 |
| 10/09/23 | CB | Review of transaction schedule examples from Stretto. | 4900 | 0.40 | $130.00 |
| 10/09/23 | SH | Q3 2023 accounting and account reconciliations | 2900 | 2.50 | $625.00 |
| 10/10/23 | SH | Begin preparation of Q3 receipts and disbursements report | 2900 | 2.00 | $500.00 |
| 10/10/23 | JB | Receipts and disbursements for Q3 SFAR | 2900 | 3.10 | $372.00 |
| 10/10/23 | CB | Reviewed and revised draft of declaration in support of claims motion. | 4900 | 1.00 | $325.00 |
| 10/10/23 | TC | Review assumptions included in the A&C draft declaration regarding Net Claims process. | 4900 | 0.90 | $225.00 |
| 10/11/23 | JB | Completed draft Q3 2023 SFAR | 2900 | 2.00 | $240.00 |
| 10/12/23 | SH | Prepare draft receipts and disbursements report for review | 2900 | 0.70 | $175.00 |
| 10/13/23 | CB | Review of sample transactions schedules from Stretto. | 4900 | 0.30 | $97.50 |
| 10/16/23 | CB | SEC hearing on claims process | 4900 | 0.70 | $227.50 |
| 10/16/23 | CB | Reviewed revised transaction schedules from Stretto | 4900 | 0.30 | $97.50 |
| 10/16/23 | LD | Prepare combined Texas Franchise Tax return for Arcooil Corp, Leading Edge Energy LLC and Barron Petroleum LLC. Searched in TX SOS to verify the registered agent. | 3900 | 1.50 | $270.00 |

APP. 0937

| Date | ID | Description | Task | Hours | Amount |
|------|-----|-------------|------|-------|--------|
| 10/16/23 | LD | Research Section 1254 gain/loss reporting and the tax consequence on the disposition of oil and gas property for Ms. Ahuja's meeting. | 3900 | 2.20 | $396.00 |
| 10/17/23 | CB | Review of proposed responses from Mr. Cohen and Ms. Menchaca related to advisor fees and interest. | 4900 | 0.40 | $130.00 |
| 10/17/23 | CB | Receivership update call with Ms. Behrends, Ms. Williamson, Ms. Ahuja, and Ms. Huser. | 4900 | 0.30 | $97.50 |
| 10/17/23 | LD | Prepare combined Texas Franchise Tax return for following entities: The Heartland Group Fund III, The Heartland Drilling Fund I, Carson Oil Field Development LLC, The Heartland Group ventures, Dodson Prairie Oil and Gas, Panther City Energy LLC. Searched TX Secretary of State to verify the registered agent. | 3900 | 2.80 | $504.00 |
| 10/17/23 | LD | Prepare combined Texas Franchise Tax return for following entities: Encypher Bastion LLC and Alternative Office Solutions LLC. Searched in TX Secretary of State to verify the registered agent. | 3900 | 1.40 | $252.00 |
| 10/17/23 | MA | Call with Ms. Williamson, Ms. Behrends, Ms. Huser and Ms. Bremer | 3900 | 0.50 | $162.50 |
| 10/17/23 | SH | Addressing questions from attorneys regarding interest and advisor fees | 4900 | 3.50 | $875.00 |
| 10/17/23 | SH | Update call with Ms. Behrends, Ms. Williamson, Ms. Ahuja., and Ms. Bremer | 2900 | 0.50 | $125.00 |
| 10/18/23 | CB | Communication on investor information requests from Ms. Menchaca. | 4900 | 0.40 | $130.00 |
| 10/18/23 | JB | Reviewed Stretto list of investors with no claim amounts and reconciled with A&C's master file. | 4900 | 4.70 | $564.00 |
| 10/18/23 | JB | Update Q3 2023 SFAR with additional information received | 2900 | 0.40 | $48.00 |
| 10/18/23 | DS | Reviewed Texas Franchise Tax reports for Dallas Resources Inc, Sahota Capital LLC, Arcooil Corp, The Heartland Group Fund III LLC and Encypher Bastion LLC. | 3900 | 4.60 | $1,150.00 |
| 10/18/23 | LD | Downloaded IRS response received in the email for 2021 Forms W2, 1099-NEC, 940, 941, property tax notices, diesel fuel notice and form 12257. Saved in the respective folder and updated tracker | 3900 | 1.60 | $288.00 |
| 10/18/23 | LD | Prepared combined reporting work paper by saving all the supporting documents and updated combined reporting calculation. | 3900 | 1.30 | $234.00 |
| 10/18/23 | LD | Prepared Texas Franchise Tax return for Sahota Capital. Searched in TX Secretary of State to verify the registered agent. | 3900 | 0.80 | $144.00 |
| 10/18/23 | LD | Prepared TX Franchise Tax return for Dallas Resources. Analyzed the gain on sale. Searched in TX Secretary of State to verify the registered agent. | 3900 | 1.20 | $216.00 |
| 10/18/23 | LD | Work on Arcooil Texas Franchise tax return | 3900 | 0.50 | $90.00 |
| 10/18/23 | MA | Call with Ms. Williamson, Ms. Behrends, Ms. Huser regarding IRS notices (30 min); review prior notices in conjunction with new correspondence received | 3900 | 1.50 | $487.50 |
| 10/18/23 | SH | Call with Ms. Williamson, Ms. Behrends, and Ms. Ahuja to discuss various IRS/SSA notices | 2900 | 0.50 | $125.00 |
| 10/18/23 | SH | Communication on information requests from Ms. Menchaca; begin calculations of applicable interest payments per request | 4900 | 3.70 | $925.00 |
| 10/18/23 | SH | Review of IRS/SSA notices, SFAR/Receipts and Disbursements drafts | 2900 | 1.00 | $250.00 |
| 10/18/23 | DS | Project update meeting with Ms. Ahuja, Ms. Huser, and Ms. Behrends. | 3900 | 0.50 | $125.00 |
| 10/19/23 | CB | Review of transaction schedules and comments to Stretto. | 4900 | 0.40 | $130.00 |
| 10/19/23 | JB | Reviewed Stretto list of investors with no claim amounts and reconciled with A&C's master file. | 4900 | 3.80 | $456.00 |
| 10/19/23 | DS | Review Texas Franchise Tax return - Arco, Barron Petroleum, Leading Edge, Sahota capital, Encypher Bastion. AOS, Dallas Resource Inc., The Heartland Group Fund III, Heartland Group Ventures, Carson, Heartland Group Fund I | 3900 | 3.00 | $750.00 |
| 10/19/23 | LD | Updated combined Texas Franchise tax return for the updated Barron Petroleum transactions. | 3900 | 1.00 | $180.00 |

APP. 0938

| Date | ID | Description | Task | Hours | Amount |
|------|-----|-------------|------|-------|--------|
| 10/19/23 | LD | Prepared the entity reporting structure for Texas franchise tax preparation and saved the reporting structure and XT number document in the engagement for the following entities: Arcooil Corp, Alternative Office Solutions LLC, Barron Petroleum LLC, Carson Oil Field Development LLC, Dallas Resources LLC, Heartland Drilling Fund I, LP, The Heartland Group Ventures, LLC, The Heartland Group Fund III, LLC, Sahota Capital LLC, Panther City Energy LLC and Leading Edge Energy, LLC | 3900 | 0.60 | $108.00 |
| 10/19/23 | LD | Barron Petroleum: updated financials for the sale of airplane. | 3900 | 0.50 | $90.00 |
| 10/19/23 | LD | Barron Petroleum - update franchise tax return and update partner information for all returns. | 3900 | 1.30 | $234.00 |
| 10/20/23 | LD | Printed drafts and released the following TX franchise tax returns to be sent to Receiver: Sahota Capital LC, Dallas Resources LLC, Arcooil combined return, The Heartland Group Fund III LLC combined return, Encypher Bastion LLC combined return. | 3900 | 1.50 | $270.00 |
| 10/20/23 | DP | Release of draft Texas Franchise tax returns for the following entities: Arcooil Corp, Dallas Resources, Encypher Bastion, Sahota Capital and The Heartland Group Fund III | 3900 | 0.50 | $47.50 |
| 10/23/23 | DS | Dallas Resource Inc - Review Texas Franchise tax return & update the return for the estimated taxes paid | 3900 | 1.00 | $250.00 |
| 10/23/23 | DS | Dallas Resource Inc - Review the Texas Franchise tax forms | 3900 | 1.00 | $250.00 |
| 10/23/23 | TC | Review email string from Stretto regarding Net Claims process and transaction schedules. | 4900 | 1.00 | $250.00 |
| 10/23/23 | TC | Call with Ms. Menchaca regarding Heartland interest payments after July 2020. | 4900 | 0.50 | $125.00 |
| 10/24/23 | MA | Review of outstanding items and research for abandonment of oil and gas wells | 3900 | 2.00 | $650.00 |
| 10/25/23 | JB | Calculations on interest payments from July 2020-September 2021. | 4900 | 1.20 | $144.00 |
| 10/26/23 | SH | Finalize Q3 Standard Fund Accounting Report and Receipts and Disbursements Report | 2900 | 1.00 | $250.00 |
| 10/26/23 | TC | Review the No Investment Amount schedule prepared by Stretto and verify status of each investor included on schedule. | 4900 | 4.90 | $1,225.00 |
| 10/26/23 | TC | Call with Receiver and Stretto team to discuss the results of A&C's review of the No Investment Amounts schedule prepared by Stretto. | 4900 | 1.00 | $250.00 |
| 10/26/23 | JB | Calculations on interest payments from July 2020-September 2021. | 4900 | 3.00 | $360.00 |
| 10/27/23 | JB | Calculations on interest payments from July 2020-September 2021. | 4900 | 4.00 | $480.00 |
| 10/27/23 | TC | Research investors discussed on call with Receiver and Stretto; develop email with explanations to the Receiver and Stretto team regarding investors with no investment amounts. | 4900 | 2.80 | $700.00 |
| 10/30/23 | JB | Gather information on investors that require a demand letter. | 4900 | 2.60 | $312.00 |
| 10/30/23 | JB | Calculations on interest payments from July 2020-September 2021, with new population. | 4900 | 6.00 | $720.00 |
| 10/30/23 | SH | Review of interest calculations for period July 2020 to Sept 2021 | 4900 | 1.00 | $250.00 |
| 10/30/23 | TC | Review transaction schedules prepared by Stretto; complete search for investor addresses for demand letters. | 4900 | 3.50 | $875.00 |
| 10/30/23 | CB | Reviewing interest file requested by Reid Collins | 4900 | 1.40 | $455.00 |
| 10/30/23 | CB | Discussion with Mr. Cecil on status and responses to outstanding tasks related to Stretto file and interest calculations. | 4900 | 0.50 | $162.50 |
| 10/30/23 | TC | Discussion with Ms. Bremer on status and responses to outstanding tasks related to Stretto file and interest calculations. | 4900 | 0.50 | $125.00 |
| 10/31/23 | DS | Review the asset listing for different entities & determine if there are carryover losses | 3900 | 1.00 | $250.00 |
| 10/31/23 | SH | Review and edits of interest payment schedule | 4900 | 3.70 | $925.00 |
| 10/31/23 | CB | Review interest payment schedule for Reid Collings. | 4900 | 0.80 | $260.00 |
| 10/31/23 | TC | Review emails from Receiver and Stretto regarding the status of the investor transaction schedules. | 4900 | 2.20 | $550.00 |
| 10/31/23 | CB | Review example of transaction schedules from Stretto. | 4900 | 0.60 | $195.00 |
| 11/01/23 | TC | Reconcile interest calculations to Heartland Portal interest amounts and research variances. | 4900 | 6.40 | $1,600.00 |

| Date | ID | Description | Task | Hours | Amount |
|------|-----|-------------|------|-------|--------|
| 11/01/23 | CB | Reviewed interest calculations for Reid Collins | 4900 | 0.90 | $292.50 |
| 11/01/23 | SH | Prepare schedule calculating HL interest payments per year, investigate variances | 4900 | 6.00 | $1,500.00 |
| 11/02/23 | SH | Discussions with Ms. Ahuja on assets and TIEP funds, interest payments, and how they were recorded in QuickBooks; assets | 2900 | 1.00 | $250.00 |
| 11/02/23 | SH | Discussions with Ms. Huser on assets and TIEP funds, interest payments, and how they were recorded in QuickBooks; assets | 2900 | 1.00 | $325.00 |
| 11/02/23 | TC | Prepare schedule of adjustments to be made to investor transaction schedules. | 4900 | 2.10 | $525.00 |
| 11/02/23 | SH | Discussion with Ms. Bremer and Mr. Cecil on interest in HL records versus actual payments | 4900 | 0.80 | $200.00 |
| 11/02/23 | CB | Discussion with Mr. Cecil and Ms. Huser on interest in HL records versus actual payments. | 4900 | 0.80 | $260.00 |
| 11/02/23 | TC | Call with Ms. Bremer and Ms. Huser to discuss the results of review of interest calculations. | 4900 | 0.80 | $200.00 |
| 11/02/23 | SH | Update interest payment schedule, related research | 4900 | 3.00 | $750.00 |
| 11/02/23 | LD | Saved the penalty waiver letter received for Alternative Office Solutions and updated tracker. | 3900 | 0.30 | $54.00 |
| 11/02/23 | CB | Confirmed interest payments on early maturities with interest schedules and bank statement. | 4900 | 2.90 | $942.50 |
| 11/02/23 | DS | All Heartland Entities - list the assets & liabilities of the entities | 3900 | 4.50 | $1,125.00 |
| 11/03/23 | DS | Continue work on assets & liabilities for Heartland Entities for tax planning purpose | 3900 | 5.50 | $1,375.00 |
| 11/03/23 | TC | Update transaction schedules for each investor requiring an interest adjustment; send updated information to Stretto. | 4900 | 4.10 | $1,025.00 |
| 11/03/23 | SH | Update and summarize interest schedule | 4900 | 1.50 | $375.00 |
| 11/03/23 | SH | Tracing for asset history for sold property and corresponding tax return impact | 2900 | 5.00 | $1,250.00 |
| 11/03/23 | MA | Review cancellation of debt income from intercompany transactions, abandonment loss initial calculations | 3900 | 2.00 | $650.00 |
| 11/03/23 | CB | Reviewed edits to interest schedule and changes to claim calculations related to interest. | 4900 | 1.50 | $487.50 |
| 11/06/23 | SH | Review of asset entries for tax planning and potential closing entries, related discussions | 2900 | 2.00 | $500.00 |
| 11/06/23 | DS | Continue work on assets & liabilities for Heartland Entities and close out entries | 3900 | 4.00 | $1,000.00 |
| 11/06/23 | MA | Continue work on research for questions asked by the Receiver. | 3900 | 2.00 | $650.00 |
| 11/07/23 | CB | Update call with Ms. Behrends, Ms. Ahuja, and Ms. Huser. | 4900 | 0.50 | $162.50 |
| 11/07/23 | SH | Review of assets for Heartland entities, preparation of schedules for discussion; update meeting with Ms. Behrends, Ms. Ahuja, and Ms. Bremer | 2900 | 3.50 | $875.00 |
| 11/07/23 | LD | Review tax notices for Arcooil Corp, Barron Petroleum LLC and The Heartland Group Ventures LLC and update the tracker | 3900 | 0.60 | $108.00 |
| 11/07/23 | MA | Project update meeting with Ms. Behrends, Ms. Huser, and Ms. Bremer | 3900 | 0.90 | $292.50 |
| 11/07/23 | DS | Continue work on assets & liabilities for Heartland Entities and close out entries & project update meeting with Ms. Ahuja, Ms. Huser, Ms. Behrends and Ms. Bremer | 3900 | 3.00 | $750.00 |
| 11/08/23 | TC | Discussion with Ms. Behrends, Ms. Williamson, Ms. Bremer, and Stretto team to discuss the online Proof of Claims process. | 4900 | 1.00 | $250.00 |
| 11/08/23 | CB | Discussion with Ms. Behrends, Ms. Williamson, Mr. Cecil, and Stretto team to discuss the online Proof of Claims process. | 4900 | 1.00 | $325.00 |
| 11/10/23 | MA | Research requested by Receiver for cancellation of debt income and debt vs equity. | 3900 | 5.00 | $1,625.00 |
| 11/10/23 | MA | Review of balance sheet items with Ms. Shetty | 3900 | 0.50 | $162.50 |
| 11/10/23 | SH | Update and finalize tax planning work paper | 2900 | 3.50 | $875.00 |
| 11/10/23 | DS | Discussion of intercompany transactions spreadsheet with Ms. Ahuja | 3900 | 0.50 | $125.00 |
| 11/13/23 | TC | Call with Ms. Behrends, Mr. Huffstickler and Ms. Bremer to discuss TIEP payments to investors from Heartland entities. | 4900 | 0.50 | $125.00 |

APP. 0940

| Date | ID | Description | Task | Hours | Amount |
|------|-----|-------------|------|-------|--------|
| 11/13/23 | TC | Review TIEP payments to identify sources of payments to prepare for call with Receiver team regarding Demand Letters | 4900 | 0.50 | $125.00 |
| 11/13/23 | CB | Call with Ms. Behrends, Mr. Huffstickler and Ms. Cecil to discuss TIEP payments to investors from Heartland entities. | 4900 | 0.50 | $162.50 |
| 11/14/23 | DS | Determine the nature of intercompany transactions with Ms. Huser and Ms. Ahuja | 3900 | 2.00 | $500.00 |
| 11/14/23 | MA | Calculation of debt income review and analysis. | 3900 | 2.00 | $650.00 |
| 11/14/23 | MA | Call with Receiver regarding tax issues. | 3900 | 1.50 | $487.50 |
| 11/14/23 | MA | Finalize format for spreadsheet to present to the Receiver for possible cancellation of debt income, Bad Debt expense and tax impact | 3900 | 1.00 | $325.00 |
| 11/14/23 | MA | Meeting with Ms. Williamson, Ms. Behrends, Ms. Huser, Ms. Palmour, and Mr. Hillerman to discuss Barron Petroleum end of year planning | 3900 | 0.50 | $162.50 |
| 11/14/23 | SH | Project update meeting with Ms. Behrends, Ms. Williamson, Ms. Ahuja, and Ms. Bremer | 2900 | 1.50 | $375.00 |
| 11/14/23 | CB | Update call with Ms. Behrends, Ms. Wiliamson, Ms. Ahuja, and Ms. Huser (18 minutes only) | 4900 | 0.30 | $97.50 |
| 11/14/23 | SH | Review and discussions regarding estimated income due to abandonment and potential cancellation of debt | 2900 | 3.50 | $875.00 |
| 11/14/23 | SH | Meeting with Ms. Williamson, Ms. Behrends, Ms. Ahuja, Ms. Palmour, and Mr. Hillerman to discuss Barron Petroleum end of year planning | 2900 | 0.50 | $125.00 |
| 11/15/23 | SH | Review of Intercompany transactions for Receivership entities for tax planning purposes and related discussions regarding cancellation of debt. | 2900 | 7.00 | $1,750.00 |
| 11/15/23 | MA | Review spreadsheet after notations from Ms. Shetty | 3900 | 1.00 | $325.00 |
| 11/15/23 | DS | Review of Intercompany transaction for Heartland Entities for tax planning purpose | 3900 | 6.80 | $1,700.00 |
| 11/16/23 | SH | Preparation, review, and discussions regarding draft schedule for cancellation of inter-receivership debt, bad debt expense, abandonment of oil and gas property | 2900 | 7.00 | $1,750.00 |
| 11/16/23 | MA | Review spreadsheet after input from accounting regarding nature of certain transactions | 3900 | 1.00 | $325.00 |
| 11/17/23 | MA | Review of balance sheet for all entities | 3900 | 1.00 | $325.00 |
| 11/17/23 | SH | Build schedule of inter-receivership transactions | 2900 | 5.00 | $1,250.00 |
| 11/17/23 | CB | Review of Net Winner schedule with comments to Ms. Behrends. | 4900 | 0.30 | $97.50 |
| 11/20/23 | SH | Meeting with Ms. Williamson, Ms. Behrends, Ms. Shetty, and Ms. Ahuja regarding inter-receivership activity and potential tax impact; review of documents | 2900 | 1.20 | $300.00 |
| 11/20/23 | MA | Review calculations, partnership agreement for HGFI - meeting with Ms. Shetty to calculate loss. | 3900 | 2.00 | $650.00 |
| 11/20/23 | MA | Meeting with D. Behrends, D. Williamson, D. Shetty, and S. Huser to discuss inter-receivership transactions. | 3900 | 0.70 | $227.50 |
| 11/20/23 | DS | Update the work paper for losses in 2021 & 2022 for Heartland Drilling Fund I & Meeting with Ms. Williamson, Ms. Behrends, Ms. Ahuja & Ms. Huser (1.15hrs) | 3900 | 3.30 | $825.00 |
| 11/29/23 | TC | Access the Stretto Box and begin to review the Claim.PDF folder and documents. | 4900 | 1.20 | $300.00 |
| 11/29/23 | TC | Discussion with Ms. Behrends, Ms. Williamson, Ms. Bremer, and Stretto to review Claim documents and summary claim reporting by Stretto. | 4900 | 0.70 | $175.00 |
| 11/29/23 | TC | Discuss disputed claims with Ms. Bremer | 4900 | 0.50 | $125.00 |
| 11/29/23 | SH | Tax planning - review and discussion on transactions recorded in Heartland Group Fund III | 2900 | 1.00 | $250.00 |
| 11/29/23 | CB | Discussion with Ms. Behrends, Ms. Williamson, Mr. Cecil, and Stretto to review Claim documents and summary claim reporting by Stretto. | 4900 | 0.70 | $227.50 |
| 11/29/23 | CB | Discuss disputed claims with Mr. Cecil. | 4900 | 0.50 | $162.50 |
| 11/29/23 | MA | Prepare and attend CDP hearing | 3900 | 1.00 | $325.00 |
| 11/29/23 | DS | Heartland Group Fund III - Analyze accounts on Balance Sheet for transaction details and note it if to be accounted as Bad debt/ Abandoned/ CODI or to be retained | 3900 | 4.00 | $1,000.00 |

APP. 0941

| Date | ID | Description | Task | Hours | Amount |
|------|-----|-------------|------|-------|--------|
| 11/30/23 | DS | Heartland Group Ventures, Heartland Drilling Fund I, Encypher Bastion LLC, Alternate office Solutions LLC, Carson Oil Field Development II, LP, Barron Energy Corporation - Analyze accounts on Balance Sheet for transaction details. Add notations if the account must be adjusted as Bad debt/ Abandoned/ CODI or to be retained | 3900 | 4.70 | $1,175.00 |
| 11/30/23 | SH | Asset entry tracing and discussions to determine potential tax impact | 2900 | 1.00 | $250.00 |
| 12/01/23 | DS | Dallas Resources - Analyze accounts on Balance Sheet for transaction details. Add notations if the account must be adjusted as Bad debt/ Abandoned/ CODI or to be retained | 3900 | 2.20 | $550.00 |
| 12/04/23 | DS | Arcooil Corp -Analyze accounts on Balance Sheet for transaction details. Add notations if the account must be adjusted as Bad debt/ Abandoned/ CODI or to be retained | 3900 | 4.70 | $1,175.00 |
| 12/04/23 | SH | 2023 tax planning; review and discussions on treatment of transactions for various entities to determine potential bad debt/abandoned assets/CODI | 2900 | 2.50 | $625.00 |
| 12/05/23 | SH | Matching intercompany transactions for Arcooil and Barron Petroleum; related discussions | 2900 | 1.50 | $375.00 |
| 12/05/23 | SH | Q4 accounting | 2900 | 2.50 | $625.00 |
| 12/05/23 | TC | Update call with Ms. Williamson, Ms. Behrends, Ms. Ahuja, Mr. Cecil, and Ms. Huser. | 4900 | 0.10 | $25.00 |
| 12/05/23 | MA | Update call with Ms. Williamson, Ms. Behrends, Ms. Bremer, Mr. Cecil, Ms. Shetty, and Ms. Huser. | 3900 | 0.80 | $260.00 |
| 12/05/23 | MA | Review of 2023 planning items with Ms. Shetty | 3900 | 1.50 | $487.50 |
| 12/05/23 | DS | Project update meeting with Ms. Ahuja, Ms. Huser, Ms. Behrends and Ms. Bremer | 3900 | 0.80 | $200.00 |
| 12/05/23 | SH | Project update and planning meeting with Ms. Williamson, Ms. Behrends, Ms. Ahuja & Ms. Shetty | 2900 | 0.80 | $200.00 |
| 12/05/23 | CB | Update call with Ms. Williamson, Ms. Behrends, Ms. Ahuja, Mr. Cecil, and Ms. Huser. | 4900 | 0.10 | $32.50 |
| 12/05/23 | DS | Internal Meeting with Ms. Ahuja regarding 2023 tax planning (1.30 mins), Matching intercompany transactions for Arcooil Corp & Barron Petroleum | 3900 | 3.00 | $750.00 |
| 12/06/23 | SH | Q4 accounting | 2900 | 2.50 | $625.00 |
| 12/06/23 | DS | Analyze of intercompany balance to be treated as loans or additional paid in capital; review notations added by Ms. Ahuja & update the questionnaire | 3900 | 0.50 | $125.00 |
| 12/07/23 | TC | Respond to Ms. Behrends request for chart of advisor and feeder fund fees. | 4900 | 0.30 | $75.00 |
| 12/11/23 | MA | Update call with Ms. Williamson, Ms. Behrends, and Ms. Shetty | 3900 | 0.50 | $162.50 |
| 12/11/23 | DS | Project update meeting with Ms. Ahuja, Ms. Behrends and Ms. Bremer, and meetings with Ms. Ahuja to determine next action steps | 3900 | 0.80 | $200.00 |
| 12/12/23 | SH | Balance Sheet data review and discussions for: Leading Edge, Barron Petroleum, Arcooil, Panther City, and Dodson Prairie | 2900 | 2.50 | $625.00 |
| 12/12/23 | MA | Continue review balance sheet to analyze cancelation of debt income, abandonment loss, bad debt or write offs | 3900 | 2.00 | $650.00 |
| 12/12/23 | DS | Leading Edge, Barron Petroleum, Arcooil, Panther City & Dodson Prairie - Prepare Balance Sheet | 3900 | 4.30 | $1,075.00 |
| 12/13/23 | TC | Review latest claims report from Stretto; research and document claim disputes | 4900 | 2.20 | $550.00 |
| 12/13/23 | DS | Heartland Group Fund III, Carson Oil Field Development II, LP - trace the transaction for intercompany entries | 3900 | 2.30 | $575.00 |
| 12/13/23 | CB | Reviewed responses to disputed claims. | 4900 | 0.40 | $130.00 |
| 12/14/23 | DS | Internal meeting on intercompany transactions and Balance Sheet items that is to be presented for Railroad Commission | 3900 | 1.70 | $425.00 |
| 12/14/23 | SH | Balance Sheet implications regarding 2023 transaction activity with Ms. Ahuja and Ms. Shetty | 2900 | 2.00 | $500.00 |
| 12/14/23 | MA | Review balance sheet to analyze cancelation of debt income, abandonment loss, bad debt or write offs | 3900 | 2.00 | $650.00 |
| 12/14/23 | SH | Call with Ms. Behrends to discuss operating entity balance sheets | 2900 | 0.50 | $125.00 |
| 12/18/23 | DS | Heartland Entities - Represent the Balance Sheet transactions | 3900 | 1.50 | $375.00 |

APP. 0942

| Date | ID | Description | Task | Hours | Amount |
|------|-----|-------------|------|-------|--------|
| 12/19/23 | TC | Complete review of the latest claims report; research and document disputed claims; send updated schedule documenting claims dispute to the Receiver. | 4900 | 3.00 | $750.00 |
| 12/19/23 | TC | Discussion related to claim process and disputed investor claims with Ms. Williamson, Ms. Behrends, Ms. Huser, Ms. Ahuja, and Ms. Bremer | 4900 | 0.40 | $100.00 |
| 12/19/23 | MA | Update call with Ms. Williamson, Ms. Behrends, and Ms. Shetty | 3900 | 1.80 | $585.00 |
| 12/19/23 | CB | Review of investor disputed items and A&C response. | 4900 | 0.30 | $97.50 |
| 12/19/23 | SH | Planning and project update meeting with Ms. Williamson, Ms. Behrends, Ms. Ahuja, Ms. Shetty, Mr. Cecil, and Ms. Bremer | 2900 | 1.80 | $450.00 |
| 12/19/23 | DS | Heartland Entities - Represent the Balance Sheet transactions | 3900 | 3.30 | $825.00 |
| 12/19/23 | CB | Discussion related to claim process and disputed investor claims with Ms. Williamson, Ms. Behrends, Ms. Huser, Ms. Ahuja, and Mr. Cecil. | 4900 | 0.40 | $130.00 |
| 12/19/23 | DS | Project update meeting with Ms. Ahuja, Ms. Huser, Ms. Behrends and Ms. Bremer | 3900 | 1.80 | $450.00 |

**Total**      **$80,806.50**

**Balance Due**      **$80,806.50**

**NOTE:** Total Fees are net of write off fees of $4,223.00.

APP. 0943



**Ahuja & Clark, PLLC**

2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8230.HL

**Invoice Date:** 12/31/2023

**Due Date:** 01/31/2023

Bill To:
Dykema
Attn: Deborah Williamson

## BILLING SUMMARY

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|----|------------|-------|-------|------|--------|
| CB | Carolyn Bremer | Engagement Leader | 25.80 | $325.00 | $8,385.00 |
| DP | Dawn Peterson | Associate | 0.50 | $95.00 | $47.50 |
| DS | Divya Shetty | CPA | 76.30 | $250.00 | $19,075.00 |
| JB | Jeanne-Marie Blevins | Associate | 30.80 | $120.00 | $3,696.00 |
| LD | Linu Dayaran Kandy | Senior Associate | 19.10 | $180.00 | $3,438.00 |
| MA | Madhu Ahuja | Engagement Leader | 37.20 | $325.00 | $12,090.00 |
| SH | Stacey Huser | Manager | 92.90 | $250.00 | $23,225.00 |
| TC | Tony Cecil | CPA/CFE | 43.40 | $250.00 | $10,850.00 |

**TOTAL**          **326.00**          **$80,806.50**

APP. 0944



**Ahuja & Clark, PLLC**
Certified Public Accountants
Tax & Accounting • Business Valuation • Business Interruption • Forensic Accounting

# Ahuja & Clark, PLLC

2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8230.HL

**Invoice Date:** 12/31/2023

**Due Date:** 01/31/2023

Bill To:
Dykema
Attn: Deborah Williamson

## <u>TASK SUMMARY</u>

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| 2900 | Accounting/Auditing | 75.90 | $18,335.00 |
| 3900 | Tax Issues | 132.10 | $34,325.50 |
| 4900 | Forensic Accounting | 118.00 | $28,146.00 |

**TOTAL**      **326.00**      **$80,806.50**

APP. 0945



**Ahuja & Clark, PLLC**

2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8230.HL

**Invoice Date:** 12/31/2023

**Due Date:** 01/31/2023

Bill To:
Dykema
Attn: Deborah Williamson

Expense Reimbursement

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 11/16/2023 | Texas Secretary of State Inquiry | 1 | $15.00 | $15.00 |
|  |  |  |  |  |

**TOTAL** **$15.00**

APP. 0946

**EXHIBIT E-6**

 STRETTO

410 Exchange, Ste 100
Irvine, CA 92602
855.812.6112

| | |
|---|---|
| **Invoice:** | 9539 |
| **Date:** | 11/02/2023 |
| **Due Date:** | 12/02/2023 |
| **Terms:** | Net 30 |

**Bill To**:
Heartland

| Item | Quantity | Unit Price | Amount |
|---|---|---|---|
| October 23 Invoice | | | |
| Hourly Fees | | | $18,988.50 |

| | |
|---|---|
| **TOTAL DUE** | $18,988.50 |
| | THANK YOU. |

**For wire/ACH payments:**

Bank Name – Pacific Western Bank
Bank Address – 110 West A Street,
Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

**Remit Check Payments to:**

Stretto
Attn: Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

1 of 1

APP. 0948

# STRETTO

**Case Name:** Heartland

# Summary of Hourly Fees

**Date Range:** 10/01/2023 - 10/31/2023

| Role | Hours | Rate | Total |
|------|-------|------|-------|
| Analyst I | 1.0 | $30.00 | $30.00 |
| Analyst II | 0.1 | $40.00 | $4.00 |
| Associate | 3.2 | $130.00 | $416.00 |
| Director | 1.8 | $185.00 | $333.00 |
| Managing Director | 14.8 | $210.00 | $3,108.00 |
| Senior Associate | 91.5 | $165.00 | $15,097.50 |
| | | **Total** | **$18,988.50** |

APP. 0949

**STRETTO**

**Case Name:** Heartland

# Time Detail

**Date Range:** 10/01/2023 - 10/31/2023

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/01/2023 | Robert Saraceni | Director | Case Administration | Address file and transaction file review | 1.2 |
| | | | | **Subtotal 10/01/2023** | **1.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/03/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| | | | | **Subtotal 10/03/2023** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/04/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.0 |
| 10/04/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form - QA - Initial Mobile Responsiveness tests with the Investor and Non-Investor forms | 0.8 |
| 10/04/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 0.8 |
| | | | | **Subtotal 10/04/2023** | **2.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/05/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.5 |
| 10/05/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form - QA - Check if Table was fixed on Investor Form for Mobile | 0.5 |
| 10/05/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| | | | | **Subtotal 10/05/2023** | **2.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/06/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| | | | | **Subtotal 10/06/2023** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/09/2023 | IT Staff | Senior Associate | Case Administration | Receivership Claim Portals - Meeting | 0.8 |
| 10/09/2023 | IT Staff | Senior Associate | Case Administration | General Project Management | 0.5 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/09/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| | | | | **Subtotal 10/09/2023** | **1.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/10/2023 | IT Staff | Senior Associate | Case Administration | Exhibit A (Transaction Schedule) | 4.8 |
| 10/10/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| | | | | **Subtotal 10/10/2023** | **5.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/11/2023 | IT Staff | Senior Associate | Case Administration | Authentication | 1.3 |
| 10/11/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| | | | | **Subtotal 10/11/2023** | **1.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/12/2023 | IT Staff | Senior Associate | Case Administration | Authentication | 1.0 |
| 10/12/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| | | | | **Subtotal 10/12/2023** | **1.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/13/2023 | IT Staff | Senior Associate | Case Administration | Authentication | 6.7 |
| 10/13/2023 | IT Staff | Senior Associate | Case Administration | PDF Submissions to Box | 0.8 |
| 10/13/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| | | | | **Subtotal 10/13/2023** | **7.8** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/16/2023 | IT Staff | Senior Associate | Case Administration | PDF Submissions to Box | 3.8 |
| 10/16/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 2.0 |
| 10/16/2023 | IT Staff | Senior Associate | Case Administration | Investment/referral/payment | 1.8 |
| 10/16/2023 | IT Staff | Senior Associate | Case Administration | Email Template - Investor Claim Form Submission Confirmation | 1.5 |
| 10/16/2023 | IT Staff | Senior Associate | Case Administration | Email Template - Investor Notice | 0.3 |
| 10/16/2023 | IT Staff | Senior Associate | Case Administration | Exhibit A | 0.3 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/16/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 0.3 |
| 10/16/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.4 |

**Subtotal 10/16/2023 10.4**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/17/2023 | IT Staff | Senior Associate | Case Administration | Email Template - Investor Claim Form Submission Confirmation | 2.0 |
| 10/17/2023 | IT Staff | Senior Associate | Case Administration | Investment/referral/payment | 1.8 |
| 10/17/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form - QA | 0.8 |
| 10/17/2023 | IT Staff | Senior Associate | Case Administration | Investment referral payment QA | 0.5 |
| 10/17/2023 | IT Staff | Senior Associate | Case Administration | Exhibit A | 0.3 |
| 10/17/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 0.3 |
| 10/17/2023 | Pauline Aragon | Analyst | Case Administration | Coordinate service re: docket no. 4268 per USPS forwarding instructions | 1.0 |
| 10/17/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |

**Subtotal 10/17/2023 7.0**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/18/2023 | Dan McElhinney | Managing Director | Case Administration | Review and provide comments on claim portals to dev. staff (.8); emails with dev. staff re same and related data issues (.2) | 1.0 |
| 10/18/2023 | IT Staff | Senior Associate | Case Administration | Authentication | 3.8 |
| 10/18/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 0.8 |
| 10/18/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |

**Subtotal 10/18/2023 5.8**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/19/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 2.5 |
| 10/19/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 2.3 |
| 10/19/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 1.8 |
| 10/19/2023 | IT Staff | Senior Associate | Case Administration | Authentication | 0.8 |
| 10/19/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |

**Subtotal 10/19/2023 7.7**

APP. 0952

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/20/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 2.5 |
| 10/20/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.0 |
| | | | | **Subtotal 10/20/2023** | **3.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/22/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 0.8 |
| 10/22/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 0.5 |
| 10/22/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| | | | | **Subtotal 10/22/2023** | **1.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/23/2023 | IT Staff | Senior Associate | Case Administration | QA - Investor Form - Feedback from Client (10/20/23) - QA | 1.5 |
| 10/23/2023 | IT Staff | Senior Associate | Case Administration | QA - Non-Investor Form - Feedback from Client (10/20/23) - QA | 1.3 |
| 10/23/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 0.5 |
| 10/23/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 0.3 |
| 10/23/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| | | | | **Subtotal 10/23/2023** | **3.8** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/24/2023 | Dan McElhinney | Managing Director | Case Administration | Prep transaction data file and detailed email re same to dev. staff (1.1); cons. SRS staff re same (.2); T/c with ███ ██████ re data-related issues (.3); cons. SRS team re same (.3) | 1.9 |
| 10/24/2023 | IT Staff | Senior Associate | Case Administration | Scheduled Data Load | 1.3 |
| 10/24/2023 | IT Staff | Senior Associate | Case Administration | Scheduled Data Load | 0.5 |
| 10/24/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 0.3 |
| 10/24/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| | | | | **Subtotal 10/24/2023** | **4.3** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/25/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 3.3 |
| 10/25/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 0.5 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 10/25/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| | | | | **Subtotal 10/25/2023** | **4.0** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 10/26/2023 | Dan McElhinney | Managing Director | Case Administration | Review and prep transfer data and address files to be posted to Box (.9); cons. B. Saraceni and K. Wasserman re same (.2); respond to ▮▮▮▮▮ questions relating to claim portal (.2); prep email notice template and forward to dev. staff (.6) | 1.9 |
| 10/26/2023 | IT Staff | Senior Associate | Case Administration | Authentication | 1.8 |
| 10/26/2023 | IT Staff | Senior Associate | Case Administration | Add Cosmos Forms to Cello | 1.5 |
| 10/26/2023 | Robert Saraceni | Director | Case Administration | Review and respond to inquiry re assignment of IDs to Non-Investor creditors and follow-up discussion | 0.3 |
| 10/26/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.5 |
| | | | | **Subtotal 10/26/2023** | **6.0** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 10/27/2023 | Dan McElhinney | Managing Director | Case Administration | Review and provide comments to dev. staff on current version of online claim portal screens for investor and non-investor creditor claims (1.5); prep email to dev. staff re data structure and protocol for No Transfer Investors (.4); cons. SRS staff re same (.2); respond to questions from dev, staff re landing page and email look-up feature (.3) | 2.4 |
| 10/27/2023 | IT Staff | Senior Associate | Case Administration | Authentication | 1.3 |
| 10/27/2023 | IT Staff | Senior Associate | Case Administration | Landing Page | 0.8 |
| 10/27/2023 | IT Staff | Senior Associate | Case Administration | Scheduled Data Load | 0.5 |
| 10/27/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| | | | | **Subtotal 10/27/2023** | **5.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 10/30/2023 | Dan McElhinney | Managing Director | Case Administration | Prep email to and respond to emails from dev. staff re email notcing issues (.2); cons. SRS team re online claim portal deliverables (.2) | 0.4 |
| 10/30/2023 | IT Staff | Senior Associate | Case Administration | Schedule DataLoad | 2.5 |
| 10/30/2023 | IT Staff | Senior Associate | Case Administration | Email Template - No Match Found | 1.5 |
| 10/30/2023 | IT Staff | Senior Associate | Case Administration | Landing Page | 0.3 |
| 10/30/2023 | IT Staff | Senior Associate | Case Administration | Landing Page - QA | 0.3 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 10/30/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |

**Subtotal 10/30/2023 5.3**

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 10/31/2023 | Dan McElhinney | Managing Director | Case Administration | Prep matrix spreadsheet givering noticing to investors and creditors (.3); prep email to development staff defining noticing workflow and details (.5); cons. SRS team re same (.2); draft, review and revise email notice templates and send to dev. staff (.7); draft additional notice of claims bar date for non-transaction investors (.3); cons. SRS team re same and related deliverables (.3) | 2.3 |
| 10/31/2023 | Daniel Ramirez | Associate | Case Administration | Review of transaction reports for Heartland | 0.5 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Authentication | 9.8 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 4.0 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.0 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 1.0 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 0.8 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date | 0.8 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Email Template - Investor Claim Form Submission Confirmation | 0.5 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Email Template - No Match Found | 0.3 |
| 10/31/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 0.3 |
| 10/31/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 2.7 |
| 10/31/2023 | Robert Saraceni | Director | Case Administration | Review, research and respond to internal inquiries regarding status of address files, creation of case in Stretto database, posting current data to shared environment | 0.3 |
| 10/31/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.6 |
| 10/31/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

**Subtotal 10/31/2023 25.0**

**Total 10/01/2023 - 10/31/2023 112.4**

APP. 0955

 STRETTO

410 Exchange, Ste 100
Irvine, CA 92602
855.812.6112

| | |
|---|---|
| **Invoice:** | 9667 |
| **Date:** | 11/02/2023 |
| **Due Date:** | 12/02/2023 |
| **Terms:** | Net 30 |

**Bill To:**
Heartland - FEE APP

| Item | Quantity | Unit Price | Amount |
|---|---|---|---|
| October 23 Invoice | | | |
| Hourly Fees | | | $4,336.50 |

| | |
|---|---|
| **TOTAL DUE** | $4,336.50 |
| | THANK YOU. |

**For wire/ACH payments:**

Bank Name – Pacific Western Bank
Bank Address – 110 West A Street,
Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

**Remit Check Payments to:**

Stretto
Attn: Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

1 of 1

**APP. 0956**

# STRETTO

**Case Name:** Heartland

# Summary of Hourly Fees

**Date Range:** 10/01/2023 - 10/31/2023

| Role | Hours | Rate | Total |
|------|-------|------|-------|
| Analyst I | 3.5 | $30.00 | $105.00 |
| Analyst II | 1.7 | $40.00 | $68.00 |
| Associate I | 0.3 | $65.00 | $19.50 |
| Associate III | 14.0 | $130.00 | $1,820.00 |
| Director | 11.2 | $185.00 | $2,072.00 |
| Managing Director | 1.2 | $210.00 | $252.00 |
| | | **Total** | **$4,336.50** |

APP. 0957

**STRETTO**

**Case Name:** Heartland

# Time Detail

**Date Range:** 10/01/2023 - 10/31/2023

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/01/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 0.4 |
| | | | | **Subtotal 10/01/2023** | **0.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/02/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.2 |
| | | | | **Subtotal 10/02/2023** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/03/2023 | Naomi Rodriguez | Associate | Case Administration | Administrative review of mailing details | 0.2 |
| 10/03/2023 | Pauline Aragon | Analyst | Case Administration | Coordinate service re: docket no. 4268 per USPS forwarding instructions | 1.5 |
| 10/03/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 10/03/2023** | **1.8** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/04/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |
| 10/04/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 10/04/2023** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/05/2023 | Dan McElhinney | Managing Director | Case Administration | Review and import investor addresses to Master Schedule | 0.9 |
| | | | | **Subtotal 10/05/2023** | **0.9** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/06/2023 | Dan McElhinney | Managing Director | Case Administration | Prep report to identify investor matrix parties not in Non TEIP Investor report (.3) | 0.3 |
| 10/06/2023 | Kevin Wasserman | Associate | Case Administration | Format transaction schedules. | 0.8 |

**APP. 0958**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/06/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 10/06/2023** | **1.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/09/2023 | Kevin Wasserman | Associate | Case Administration | Meet with claim portal development team. | 1.0 |
| 10/09/2023 | Kevin Wasserman | Associate | Case Administration | Attend meeting with Receiver. | 1.0 |
| 10/09/2023 | Robert Saraceni | Director | Claims Administration and Objections | Review claim filed by ▮▮▮▮▮ and provide to Receiver | 0.1 |
| 10/09/2023 | Robert Saraceni | Director | Case Administration | Prepare update Investor Matrix file | 0.3 |
| | | | | **Subtotal 10/09/2023** | **2.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/10/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 0.6 |
| 10/10/2023 | Robert Saraceni | Director | Claims Administration and Objections | Data team call to discuss file format s for address and transaction records to be imported into database | 0.7 |
| 10/10/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 10/10/2023** | **1.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/11/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 0.1 |
| 10/11/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 10/11/2023** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/12/2023 | Robert Saraceni | Director | Case Administration | Prepare updated version of Investors matrix (.2); Review Investor Matrix and prepare report listing Investors without matches to the A&C transaction reports (.3) | 0.5 |
| | | | | **Subtotal 10/12/2023** | **0.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/13/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.2 |
| | | | | **Subtotal 10/13/2023** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/16/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 0.2 |
| 10/16/2023 | Pauline Aragon | Analyst | Case Administration | Coordinate service re: docket no. 4268 per USPS forwarding instructions | 1.0 |
| 10/16/2023 | Robert Saraceni | Director | Claims Administration and Objections | Review corr. re address update for ▮▮▮▮▮. Update Investor Matrix with email address change. | 0.2 |

**APP. 0959**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/16/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.2 |

| | | | | **Subtotal 10/16/2023** | **1.6** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/17/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 0.2 |
| 10/17/2023 | Robert Saraceni | Director | Case Administration | Review corr. from Receiver regarding request for claims motion. Respond to receiver and draft email to investor containing claims motion. | 0.2 |
| 10/17/2023 | Robert Saraceni | Director | Case Administration | Review revised Transaction Reports and draft internal correspondence regarding additional changes needed. | 0.3 |

| | | | | **Subtotal 10/17/2023** | **0.7** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/19/2023 | Pauline Aragon | Analyst | Case Administration | Coordinate service re: docket no. 4268 per USPS forwarding instructions | 0.5 |
| 10/19/2023 | Robert Saraceni | Director | Case Administration | Review corr. from D. Behrends and C. Bremer re remaining Investor records unmatched to transaction reports to determine treatment. | 0.1 |

| | | | | **Subtotal 10/19/2023** | **0.6** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/20/2023 | Kevin Wasserman | Associate | Case Administration | Correspondence  regarding claim portal. | 0.3 |
| 10/20/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

| | | | | **Subtotal 10/20/2023** | **0.4** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/23/2023 | Robert Saraceni | Director | Case Administration | Review and confirm latest match of transaction reports to Matrix addresses | 0.6 |
| 10/23/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

| | | | | **Subtotal 10/23/2023** | **0.7** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/24/2023 | Daniel Ramirez | Associate | Case Administration | Internal call discussing Heartland online claim portal | 0.3 |
| 10/24/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 0.6 |
| 10/24/2023 | Pauline Aragon | Analyst | Case Administration | Coordinate service re: docket no. 4268 per USPS forwarding instructions | 0.5 |
| 10/24/2023 | Robert Saraceni | Director | Case Administration | Prepare revised Non-Investor and Investor matrix address files . | 0.4 |
| 10/24/2023 | Robert Saraceni | Director | Case Administration | Review corr. re address change request (.1); update Investor Matrix for address updates and confirm with Receiver (.2) | 0.3 |
| 10/24/2023 | Robert Saraceni | Director | Case Administration | Respond to corr. regarding status of email addresses in non-Investor Creditor Matrix | 0.1 |
| 10/24/2023 | Robert Saraceni | Director | Case Administration | Internal distribution of current Investor Matrix and Non-Investor Creditor Matrix | 0.1 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/24/2023 | Robert Saraceni | Director | Case Administration | Corr. with D. McElhinney re current version of Investor Transaction Reports (.1); research and forward current version of reports (.1) | 0.2 |
| 10/24/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 10/24/2023** | **2.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/25/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 10/25/2023** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/26/2023 | Kevin Wasserman | Associate | Claims Administration and Objections | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 6.7 |
| 10/26/2023 | Ricky Quang | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 10/26/2023 | Robert Saraceni | Director | Case Administration | Review final Investor file for import and match IDs, names and dollar values back to transaction reports. | 1.1 |
| 10/26/2023 | Robert Saraceni | Director | Case Administration | Conduct preliminary review of Bar Date Notice and email notices for Investor and creditor email campaign. | 0.2 |
| 10/26/2023 | Robert Saraceni | Director | Case Administration | Review and respond to internal inquiry re Non-Investor IDs (.1); review and respond to internal inquiry regarding addition of A&C IDs to final matrix file (.1) | 0.2 |
| 10/26/2023 | Robert Saraceni | Director | Case Administration | Attend call with Receiver to discuss Investor Matrix and updates to files. | 1.2 |
| 10/26/2023 | Robert Saraceni | Director | Case Administration | Update Investor Matrix files | 2.0 |
| 10/26/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 10/26/2023** | **11.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/30/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 1.8 |
| 10/30/2023 | Robert Saraceni | Director | Case Administration | Draft corr. to D. Behrends re solution to notice to No Transfer Investors | 0.2 |
| 10/30/2023 | Robert Saraceni | Director | Case Administration | Review corr. from A&C re Investor Transaction Schedule issues. Review all issues and respond. | 0.8 |
| 10/30/2023 | Robert Saraceni | Director | Case Administration | Respond to development team on Investor Matrix file import. | 0.1 |
| 10/30/2023 | Robert Saraceni | Director | Case Administration | Corr. with development team regarding import of No Transfer notice files | 0.1 |
| 10/30/2023 | Robert Saraceni | Director | Case Administration | Corr. to A&C re transaction report issues. | 0.1 |
| 10/30/2023 | Robert Saraceni | Director | Case Administration | Corr. with development team re file imports | 0.2 |
| 10/30/2023 | Robert Saraceni | Director | Case Administration | Update notice only no transfer file and corr. with development team | 0.7 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|

| | | | | **Subtotal 10/30/2023** | **4.0** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 10/31/2023 | Robert Saraceni | Director | Case Administration | Review and edit noticing grid and instructions. | 0.2 |

| | | | | **Subtotal 10/31/2023** | **0.2** |

| | | | | **Total 10/01/2023 - 10/31/2023** | **31.9** |

APP. 0962


# STRETTO

| | **Invoice:** | 9835 |
|---|---|---|
| | **Date:** | 12/02/2023 |
| | **Due Date:** | 01/02/2024 |
| | **Terms:** | Net 30 |

410 Exchange, Ste 100
Irvine, CA 92602
855.812.6112

**Bill To:**
Heartland

| Item | Quantity | Unit Price | Amount |
|---|---|---|---|
| November 23 Invoice | | | |
| Hourly Fees | | | $45,158.50 |
| Printing | 35,074 | $0.10 | $3,507.40 |
| Postage | | | $2,078.58 |
| Envelopes and Packaging – See Noticing Summary for details | | | $211.65 |
| Robotic Process Automation - Includes ECF docket automation, subscription-based docket notifications, USPS bulk mail operations, address validation, e-filing transactions, cloud computing charges, and related activities | | | $702.90 |

| | | |
|---|---|---|
| **TOTAL DUE** | $51,659.03 |
| | THANK YOU. |

**For wire/ACH payments:**

Bank Name – Pacific Western Bank
Bank Address – 110 West A Street,
Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

**Remit Check Payments to:**

Stretto
Attn: Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

1 of 1

**APP. 0963**

# STRETTO

**Case Name:** Heartland

# Summary of Hourly Fees

**Date Range:** 11/01/2023 - 11/30/2023

| Role | Hours | Rate | Total |
|------|-------|------|-------|
| Director | 2.9 | $185.00 | $536.50 |
| Managing Director | 67.7 | $210.00 | $14,217.00 |
| Senior Associate II | 0.3 | $150.00 | $45.00 |
| Senior Associate III | 184.0 | $165.00 | $30,360.00 |
| | | **Total** | **$45,158.50** |

APP_0964

**STRETTO**

**Case Name:** Heartland

# Time Detail

**Date Range:** 11/01/2023 - 11/30/2023

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/01/2023 | IT Staff | Senior Associate | Case Administration | Exhibit A (Transaction Schedule) | 0.3 |
| 11/01/2023 | IT Staff | Senior Associate | Case Administration | Project Management - Call with Stretto Team | 1.0 |
| 11/01/2023 | IT Staff | Senior Associate | Case Administration | Follow-up Call | 1.3 |
| 11/01/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.3 |
| 11/01/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 2.0 |
| 11/01/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.4 |
| | | | | **Subtotal 11/01/2023** | **6.3** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/02/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 2.8 |
| 11/02/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| | | | | **Subtotal 11/02/2023** | **3.0** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/03/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 1.0 |
| 11/03/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| | | | | **Subtotal 11/03/2023** | **1.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/06/2023 | Dan McElhinney | Managing Director | Case Administration | Cons. team re entry of claims process order; notify dev. team re same and timeline (.2); review update to on-line form and transaction schedules (.3); emails to/from Stretto team re same (.1) | 0.6 |
| 11/06/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 0.3 |
| 11/06/2023 | IT Staff | Senior Associate | Case Administration | Exhibit A (Transaction Schedule) | 1.5 |
| 11/06/2023 | IT Staff | Senior Associate | Case Administration | Email Template - Non-Investor Notice | 1.8 |

APP_0965

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/06/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 2.0 |
| 11/06/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 7.0 |
| 11/06/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.5 |

**Subtotal 11/06/2023    13.7**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/07/2023 | Dan McElhinney | Managing Director | Case Administration | Review non-investor portal and provide comments to dev. team (.4); respond to dev. team re outstanding items (.1) | 0.5 |
| 11/07/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 0.5 |
| 11/07/2023 | IT Staff | Senior Associate | Case Administration | Scheduled Data Load | 0.5 |
| 11/07/2023 | IT Staff | Senior Associate | Case Administration | Exhibit A (Transaction Schedule) | 0.8 |
| 11/07/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |

**Subtotal 11/07/2023    2.6**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/08/2023 | Dan McElhinney | Managing Director | Case Administration | Prep for and present demo of on-line claim portal (1.0); follow-up with Stretto team re same (.3); review export detail in TXT file and provide comments to dev. team (.4); | 1.7 |
| 11/08/2023 | IT Staff | Senior Associate | Case administration | Investor Notice | 0.3 |
| 11/08/2023 | IT Staff | Senior Associate | Case Administration | Investor Claim Form updates - Outstanding items - QA | 0.8 |
| 11/08/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Notice | 0.8 |
| 11/08/2023 | IT Staff | Senior Associate | Case Administration | QA - Investor Form - Transaction Schedule - Changes Needed | 0.8 |
| 11/08/2023 | IT Staff | Senior Associate | Case Administration | PDF Submissions to Box | 1.0 |
| 11/08/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date | 1.5 |
| 11/08/2023 | IT Staff | Senior Associate | Case Administration | Investor Claim Form updates - Outstanding items | 1.8 |
| 11/08/2023 | IT Staff | Senior Associate | Case Administration | Investor Claim form | 2.5 |
| 11/08/2023 | IT Staff | Senior Associate | Case Administration | Non-investor Claim form | 3.0 |
| 11/08/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.6 |

**Subtotal 11/08/2023    14.8**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/09/2023 | Dan McElhinney | Managing Director | Case Administration | Emails to/from dev. team re Box folder docs (.1); prep draft of updated log-in screen (.2); prep & respond re emails with D. Behrends re login-screen and other portal-related comments (.3); prep and send comments from demo to dev team and cons. Stretto and dev. team re same (2.5); cons. D. Ramirez re check between online and portal claim forms (.2) | 3.3 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 0.3 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date (Investor Notice) | 0.3 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Email Template - Non-Investor Claim Form Submission Confirmation | 0.5 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Notice | 0.5 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | QA | 0.8 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.0 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date (Investor Notice) | 2.0 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 2.5 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 3.0 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Scheduled Data Load | 3.0 |
| 11/09/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 5.0 |
| 11/09/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.6 |

**Subtotal 11/09/2023**    **22.8**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/10/2023 | Dan McElhinney | Managing Director | Case Administration | Prep draft and send technical FAQ to counsel for review (.6); review claim portal (.8); prep and send emails to dev team re same (.5); cons. Stretto team re same (.3) | 2.2 |
| 11/10/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 0.8 |
| 11/10/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 1.0 |
| 11/10/2023 | IT Staff | Senior Associate | Case Administration | Make Claim form open | 1.3 |
| 11/10/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 1.3 |
| 11/10/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.8 |
| 11/10/2023 | IT Staff | Senior Associate | Case Administration | Non Investor and Investor Claim Form | 6.0 |
| 11/10/2023 | Jason Dombar | Senior Associate | Case Administration | Asist with updating website | 0.3 |

**APP_0967**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/10/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.5 |

**Subtotal 11/10/2023    15.2**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/11/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |

**Subtotal 11/11/2023    0.1**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/12/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |

**Subtotal 11/12/2023    0.1**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/13/2023 | Dan McElhinney | Managing Director | Case Administration | Prep and send email to dev team re outstanding issues (.2); t/c with ███████ (PM) re same (.2); emails to/ from. D. Behrends re FAQ (.1); follow-up emails with dev team re transaction schedules (.2); review and prep form of notice for email campaign (1.3); prep instruction email to dev. team re same (.2) | 2.2 |
| 11/13/2023 | IT Staff | Senior Associate | Case Administration | Net Winner Investors | 0.3 |
| 11/13/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Notice | 0.5 |
| 11/13/2023 | IT Staff | Senior Associate | Case Administration | Potential Investor Notice | 1.0 |
| 11/13/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date (Investor Notice) | 1.3 |
| 11/13/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 3.0 |
| 11/13/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 5.0 |
| 11/13/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.5 |

**Subtotal 11/13/2023    13.8**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/14/2023 | Dan McElhinney | Managing Director | Case Administration | Cons. dev. team re email notices and edits to transaction schedule (1.1); prep, review and revise versions of same (.8); cons. Stretto team re update email to counsel and related issues (.3) | 2.2 |
| 11/14/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date (Investor Notice) | 2.3 |
| 11/14/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 6.0 |
| 11/14/2023 | IT Staff | Senior Associate | Case Administration | Net Winner Investors | 6.5 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/14/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.6 |

**Subtotal 11/14/2023    17.6**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/15/2023 | Dan McElhinney | Managing Director | Case Administration | Review and review email notice forms for investor and non-investors; cons. Stretto team re same (.6); prep docs for links included in email notices (.3); prep for and present updated client demo (1.0); cons. Stretto and dev team re same (.3); review and provide comments on investor and non-investor portals (1.0) | 3.2 |
| 11/15/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.3 |
| 11/15/2023 | IT Staff | Senior Associate | Case Administration | Net Winner Investors | 1.3 |
| 11/15/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Notice | 1.3 |
| 11/15/2023 | IT Staff | Senior Associate | Case Administration | Potential Investor Notice | 1.8 |
| 11/15/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 2.8 |
| 11/15/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 3.3 |
| 11/15/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 3.8 |
| 11/15/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.6 |

**Subtotal 11/15/2023    19.4**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/16/2023 | Dan McElhinney | Managing Director | Case Administration | Prep and send forms of email notices to counsel (1.1); emails to/from D. Behrends re same (.2); prep updated templates re same (.6); cons. Stretto and dev teams re same (.4); respond to D. Behrends questions to email noticing (.2) ; review updates to portals and provide comments to dev team re same (1.8); prep detailed email to counsel re updates to portals (.8); cons. dev team re non-credentialed form of POC (.3); | 5.4 |
| 11/16/2023 | IT Staff | Senior Associate | Case Administration | Feedback 11/15/23 | 0.1 |
| 11/16/2023 | IT Staff | Senior Associate | Case Administration | Potential Investor Notice | 2.8 |
| 11/16/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 6.5 |
| 11/16/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.5 |

**Subtotal 11/16/2023    15.3**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|

APP_0969

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/17/2023 | Dan McElhinney | Managing Director | Case Administration | User acceptance testing on production versions of investor and non-investor claim portals (including consultation with Stretto and dev. team re bugs and other comments to forms) (5.0); cons. D. Behrends re net winner transaction schedule; cons. dev. team re updates to same (.5); prep noticing grid and cons. Stretto ream re physical noticing and merge requirements (.6) | 6.1 |
| 11/17/2023 | IT Staff | Senior Associate | Case Administration | Scheduled Data Load | 2.3 |
| 11/17/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date (Investor Notice) | 3.0 |
| 11/17/2023 | IT Staff | Senior Associate | Case Administration | Potential Investor Notice | 5.8 |
| 11/17/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.6 |

| | | | | **Subtotal 11/17/2023** | **17.8** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/18/2023 | Dan McElhinney | Managing Director | Case Administration | Additional user acceptance testing (including review of updates and bug fixes) (3.5); cons. with Stretto and dev teams re same (.8); cons. B. Saraceni re data check (.4) | 4.7 |
| 11/18/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 1.8 |
| 11/18/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.4 |

| | | | | **Subtotal 11/18/2023** | **6.9** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/19/2023 | Dan McElhinney | Managing Director | Case Administration | Additional user acceptance testing; cons. (3.0); cons. dev team re transaction schedule updates and related issues (.6); cons. Stretto team re noticing (1.0); review and revises notices; cons. counsel re same (1.1); cons Stretto team re hard-copy noticing and schedules prep (.8) | 6.5 |
| 11/19/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 2.8 |
| 11/19/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.6 |

| | | | | **Subtotal 11/19/2023** | **9.9** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/20/2023 | Dan McElhinney | Managing Director | Case Administration | Emails to/from D. Behrends re noticing issues (.2); cons. B. Saraceni re same (1); Cons. Stretto team re schedule prep and mail merge for hard-copy noticing (1.5); manage final modifications to online claim portal; review data files; cons. dev. team re various UAT issues; coordinate email campaign and website update; cons. with B. Saraceni on hard-copy noticing (7.0) | 8.8 |
| 11/20/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Notice | 0.5 |
| 11/20/2023 | IT Staff | Senior Associate | Case Administration | Project Management - Meeting with Dan | 0.5 |
| 11/20/2023 | IT Staff | Senior Associate | Case Administration | Date range not showing | 0.8 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/20/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form | 1.3 |
| 11/20/2023 | IT Staff | Senior Associate | Case Administration | Potential Investor Notice | 1.3 |
| 11/20/2023 | IT Staff | Senior Associate | Case Administration | Net Winner Investors | 1.5 |
| 11/20/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 2.8 |
| 11/20/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 4.8 |
| 11/20/2023 | Sheryl Betance | Managing Director | Case Administration | Facilitate service of Heartland Receivership Notice & POC Mailing (Notice Only – Investor) mailing | 0.4 |
| 11/20/2023 | Sheryl Betance | Managing Director | Case Administration | Facilitate service of Heartland Receivership Notice & POC Mailing (Non-Investor) mailing | 0.4 |
| 11/20/2023 | Sheryl Betance | Managing Director | Case Administration | Facilitate service of Heartland Receivership Notice & POC Mailing (Investor) mailing | 0.5 |
| 11/20/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.8 |

**Subtotal 11/20/2023  24.4**

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/21/2023 | Dan McElhinney | Managing Director | Case Administration | Attend to investor inquiries (.4); cons. dev team re related issues (.4); cons. Stretto team re post-noticing tasks (.3); | 1.1 |
| 11/21/2023 | IT Staff | Senior Associate | Case Administration | Unable to submit when using the investor open portal | 0.3 |
| 11/21/2023 | IT Staff | Senior Associate | Case Administration | Production - User Access Code Error | 0.5 |
| 11/21/2023 | IT Staff | Senior Associate | Case Administration | Unable to submit when using the investor open portal | 1.3 |
| 11/21/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |

**Subtotal 11/21/2023  3.4**

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/22/2023 | Dan McElhinney | Managing Director | Case Administration | Attend to post-noticing issues (.5); cons. dev team re filed claims and related issues (.2); review posted claim files (.2) | 0.9 |
| 11/22/2023 | IT Staff | Senior Associate | Case Administration | Create Cello Creds for Dan McElhinney | 0.3 |
| 11/22/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date (Investor Notice) | 1.3 |
| 11/22/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |

**Subtotal 11/22/2023  2.7**

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/24/2023 | Dan McElhinney | Managing Director | Case Administration | Attend to investor inquiries; cons. dev. team re same (.3) | 0.3 |

**Subtotal 11/24/2023  0.3**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/27/2023 | Dan McElhinney | Managing Director | Case Administration | Attend to investor inquiries; cons. Dykema re same; cons. dev team re re-issuing emails; cons. Stretto team re same and related issues (.7); address webpage URL issue with dev team and resolve (.5); follow-up emails with dev team re bug issues (.2) | 1.4 |
| 11/27/2023 | IT Staff | Senior Associate | Case Administration | UAT link posted on stretto webpage | 0.3 |
| 11/27/2023 | IT Staff | Senior Associate | Case Administration | Resend initial campaign emails | 0.5 |
| 11/27/2023 | IT Staff | Senior Associate | Case Administration | Step 1 checkbox not working | 1.0 |
| 11/27/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| | | | | **Subtotal 11/27/2023** | **3.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/28/2023 | Dan McElhinney | Managing Director | Case Administration | Attend to investor inquiries; address open items with dev team; cons. Stretto team re claim filings and related reporting issues (1.1) | 1.1 |
| 11/28/2023 | IT Staff | Senior Associate | Case Administration | Create Daily Reporting Process | 0.3 |
| 11/28/2023 | IT Staff | Senior Associate | Case Administration | Notice-of-Claims-Bar-Date-Retry | 0.8 |
| 11/28/2023 | IT Staff | Senior Associate | Case Administration | Access Issue | 1.5 |
| 11/28/2023 | IT Staff | Senior Associate | Case Administration | Remove username from link in Match Found emails | 1.5 |
| 11/28/2023 | IT Staff | Senior Associate | Case Administration | Resend initial campaign emails | 1.5 |
| 11/28/2023 | IT Staff | Senior Associate | Case Administration | Step 1 checkbox not working | 1.8 |
| 11/28/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 2.0 |
| 11/28/2023 | Robert Saraceni | Director | Case Administration | Review and respond to update requests, remails, update status tracker and request updates from development, corr with development team re updates. | 2.9 |
| 11/28/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.5 |
| | | | | **Subtotal 11/28/2023** | **13.9** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/29/2023 | Dan McElhinney | Managing Director | Case Administration | Attend to Investor inquiries; reporting issues; coordinate with dev team re bug fixes and related issues (.8); prep draft claim report (1.1); prep for and attend status call with Dykema and A&C (.8) | 2.7 |
| 11/29/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form - Paper Version | 1.5 |
| 11/29/2023 | IT Staff | Senior Associate | Case Administration | Requested Email and Physical Address Updates to System | 1.5 |
| 11/29/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.5 |
| | | | | **Subtotal 11/29/2023** | **6.2** |

**APP_0972**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/30/2023 | Dan McElhinney | Managing Director | Case Administration | Attend to Investor inquiries; email D. Behrends re same; cons. Stretto team re same (.9); respond to T. Cecil at A&C re open question on report; review same and cons. with Stretto team re same (.3) | 1.2 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form | 0.3 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Investor Spreadsheet | 0.5 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form - Paper Version | 0.8 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form - Paper Version | 1.0 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Net Transaction amount issue | 1.0 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form - Paper Version | 1.0 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Investor Spreadsheet | 1.3 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Requested Email and Physical Address Updates to System | 1.3 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Non-Investor Creditor Claim Form - QA | 2.0 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Investor Creditor Claim Form - QA | 2.3 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Step 1 checkbox not working | 3.3 |
| 11/30/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 3.5 |
| 11/30/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.6 |

**Subtotal 11/30/2023**    **20.1**

**Total 11/01/2023 - 11/30/2023**    **254.9**

APP_0973



**Noticing Detail**

| Date of Service | Document(s) or Mailing Description | Number of Recipients | Method(s) of Service |
|---|---|---|---|
| 11/20/2023 | Heartland Receivership Notice & POC Mailing (Non-Investor) | 477 | First Class Mail |
| 11/20/2023 | Heartland Receivership Notice & POC Mailing (Notice Only – Investor) | 202 | First Class Mail |
| 11/20/2023 | Heartland Receivership Notice & POC Mailing (No Transfer – Investor) | 3 | First Class Mail |
| 11/20/2023 | Heartland Receivership Notice & POC Mailing (Investor) | 726 | First Class Mail |
| 11/28/2023 | Heartland Receivership Notice & POC Mailing (Investor) One Off 11.28.23 | 2 | First Class Mail |
| 11/29/2023 | Heartland Receivership Notice & POC Mailing (Investor) One Off 11.29.23 | 1 | First Class Mail |

 **STRETTO**

410 Exchange, Ste 100
Irvine, CA 92602
855.812.6112

| | |
|---|---:|
| **Invoice:** | 9965 |
| **Date:** | 12/02/2023 |
| **Due Date:** | 01/02/2024 |
| **Terms:** | Net 30 |

**Bill To:**
Heartland - FEE APP

| Item | Quantity | Unit Price | Amount |
|---|---|---|---:|
| November 23 Invoice | | | |
| Hourly Fees | | | $19,260.75 |

| | | |
|---|---|---:|
| **TOTAL DUE** | | $19,260.75 |
| | | THANK YOU. |

**For wire/ACH payments:**

Bank Name – Pacific Western Bank
Bank Address – 110 West A Street,
Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

**Remit Check Payments to:**

Stretto
Attn: Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

1 of 1

APP. 0975

# STRETTO

**Case Name:** Heartland

# Summary of Hourly Fees

**Date Range:** 11/01/2023 - 11/30/2023

| Role | Hours | Rate | Total |
|------|------:|-----:|------:|
| Analyst I | 2.2 | $30.00 | $66.00 |
| Analyst II | 0.9 | $40.00 | $36.00 |
| Analyst III | 0.8 | $50.00 | $40.00 |
| Associate I | 7.6 | $65.00 | $494.00 |
| Associate III | 6.5 | $97.50 | $633.75 |
| Associate III | 75.8 | $130.00 | $9,854.00 |
| Director I | 1.9 | $175.00 | $332.50 |
| Director II | 40.8 | $185.00 | $7,548.00 |
| Managing Director | 0.9 | $210.00 | $189.00 |
| Senior Associate | 0.5 | $135.00 | $67.50 |
| | | **Total** | **$19,260.75** |

APP_0976

STRETTO

**Case Name:** Heartland

# Time Detail

**Date Range:** 11/01/2023 - 11/30/2023

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/01/2023 | Dan McElhinney | Managing Director | Case Administration | Prep for and attend call re on-line claim filing system and noticing (.6); prep, send and respond to emails and Teams messages to / from B. Saraceni, K. Wasserman and D. Ramirez re noticing and claim filing dev. issues (.3) | 0.9 |
| 11/01/2023 | Daniel Ramirez | Associate | Case Administration | Draft and send corr. to D. Behrends re publication notice | 0.1 |
| 11/01/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 2.3 |
| 11/01/2023 | Robert Saraceni | Director | Case Administration | Prepare for and attend call re on-line claim filing system and noticing | 1.2 |
| 11/01/2023 | Robert Saraceni | Director | Case Administration | Review and update Non-Investor Matrix file to remove duplicate email addresses (.6); draft and send confirmation to dev. team of posting of updated file (.1); revise noticing grid (.2) | 0.9 |
| 11/01/2023 | Robert Saraceni | Director | Case Administration | Review email templates and follow up with team to confirm all templates are final. | 0.5 |
| 11/01/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 11/01/2023** | **6.0** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/02/2023 | Robert Saraceni | Director | Case Administration | Review Receivership website and draft internal corr. re website review | 0.1 |
| | | | | **Subtotal 11/02/2023** | **0.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/03/2023 | Robert Saraceni | Director | Case Administration | Review revised transfer report and apply changes to verify net changes. | 0.6 |
| 11/03/2023 | Robert Saraceni | Director | Case Administration | Review Updated Tranaction Schedules forwarded by T. Cecil of A&C, substitute revised amounts and confirm new grand total for Net Investment, corr. with team re same | 0.5 |
| | | | | **Subtotal 11/03/2023** | **1.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/06/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 1.4 |
| 11/06/2023 | Robert Saraceni | Director | Case Administration | Review Receivership and District Court websites for additional pleadings filed | 0.1 |

APP_0977

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/06/2023 | Robert Saraceni | Director | Case Administration | Review draft claims portal | 0.5 |
| 11/06/2023 | Robert Saraceni | Director | Case Administration | Review email from D. Behrends re address updates (.1), update Investor and Non-Investor Master Files and create updated versions for development team (.5), upload files and corr. with development team (.1) | 0.7 |
| 11/06/2023 | Robert Saraceni | Director | Case Administration | Begin review of changes to transaction records for updates provided by A. Cecil of A&C | 0.3 |
| 11/06/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.2 |
| | | | | **Subtotal 11/06/2023** | **3.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/07/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 4.2 |
| 11/07/2023 | Robert Saraceni | Director | Case Administration | Complete review of transaction record updates and confirm with team. | 0.8 |
| 11/07/2023 | Robert Saraceni | Director | Case Administration | Test Non-Investor Creditor OnLine Claims Entry Portal and provide comment. | 0.4 |
| | | | | **Subtotal 11/07/2023** | **5.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/08/2023 | Daniel Ramirez | Associate | Claims Administration and Objections | Internal discussion re upcoming Heartland claim portal | 0.5 |
| 11/08/2023 | Daniel Ramirez | Associate | Case Administration | Call with Dykema and Ahuja Clark regarding Heartland claim portal and Investor Matrix. | 1.0 |
| 11/08/2023 | Jacob Ingram | Associate | Case Administration | Administrative review of mailing details | 0.2 |
| 11/08/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 4.5 |
| 11/08/2023 | Robert Saraceni | Director | Case Administration | Review and edit hard copy Investor and Non-Investor Creditor POC forms and edit, run multiple portal tests. | 1.3 |
| 11/08/2023 | Robert Saraceni | Director | Case Administration | Attend call with Receiver to review claims portal , open items. Follow-up call with team. | 1.2 |
| 11/08/2023 | Robert Saraceni | Director | Case Administration | Attend call with D. Behrends to discuss notice to "No Transaction" Parties | 0.8 |
| | | | | **Subtotal 11/08/2023** | **9.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/09/2023 | Daniel Ramirez | Associate | Case Administration | Heartland online portal review (data fields, language, accuracy) between Investor/Non-Investor POC vs. online portal | 1.5 |
| 11/09/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 3.2 |
| 11/09/2023 | Robert Saraceni | Director | Case Administration | Review "No Transaction" notice and provide comment. | 0.4 |
| | | | | **Subtotal 11/09/2023** | **5.1** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 11/10/2023 | Alexa Westmoreland | Director | Case Administration | Add documents to case website; correspondence with case team re: same | 0.2 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/10/2023 | Jacob Ingram | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 11/10/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 3.2 |
| | | | | **Subtotal 11/10/2023** | **3.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/11/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 1.6 |
| | | | | **Subtotal 11/11/2023** | **1.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/12/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. Correspondence with IT. | 2.6 |
| | | | | **Subtotal 11/12/2023** | **2.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/13/2023 | Alexa Westmoreland | Director | Case Administration | Correspondence with case team re: URL redirect | 0.1 |
| 11/13/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 2.4 |
| | | | | **Subtotal 11/13/2023** | **2.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/14/2023 | Jacob Ingram | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 11/14/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. - Scheduled call for demo. | 3.4 |
| 11/14/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |
| | | | | **Subtotal 11/14/2023** | **3.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/15/2023 | Daniel Ramirez | Associate | Case Administration | Walkthrough call with D. Behrends re online claim portal for investor/non-investor | 0.5 |
| 11/15/2023 | Jessie De Guzman | Senior Associate | Case Administration | Respond to creditor inquiries via phone re: Settlement documents received | 0.5 |
| 11/15/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. - Testing Portal | 1.2 |
| 11/15/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.1 |
| 11/15/2023 | Robert Saraceni | Director | Case Administration | Review notice parameters and record counts | 0.3 |
| 11/15/2023 | Robert Saraceni | Director | Case Administration | Prep for and attend call with Receiver to demo current iteration of claims portal. | 0.6 |
| 11/15/2023 | Robert Saraceni | Director | Case Administration | Review files downloaded by development team on site and draft internal corr. to team. | 0.1 |
| 11/15/2023 | Robert Saraceni | Director | Case Administration | Review and confirm Halliburton inclusion on Non-Creditor address file. | 0.1 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/15/2023 | Robert Saraceni | Director | Case Administration | Test Portal for Non-Investor Email Notices | 0.5 |

**Subtotal 11/15/2023  3.9**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/16/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Heartland Motion Mailing per USPS forwarding instructions | 0.5 |
| 11/16/2023 | Robert Saraceni | Director | Case Administration | Prepare updated Proposed Investor Matrix file to include email addresses | 0.4 |
| 11/16/2023 | Robert Saraceni | Director | Case Administration | Internal Corr. from D. McElhinney re email notice issue with Potential Investors and record count for Investors receiving blank POC (.1); TC re same (.2); research issues and provide answers to D. McElhinney via email (1.1) | 1.4 |
| 11/16/2023 | Robert Saraceni | Director | Case Administration | Corr. with D. McElhinney re Potential Investor updated file. | 0.1 |

**Subtotal 11/16/2023  2.4**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/17/2023 | Daniel Ramirez | Associate | Case Administration | Call with development team re online POC and QA | 0.6 |
| 11/17/2023 | Daniel Ramirez | Associate | Case Administration | Draft procedures and instructions for Operations team handling data intake | 1.7 |
| 11/17/2023 | Robert Saraceni | Director | Case Administration | Research and send corr. to development team on question re Potential Creditor List | 0.2 |
| 11/17/2023 | Robert Saraceni | Director | Case Administration | Attend call with development team to discuss open issues and QA transaction schedules to system | 5.4 |
| 11/17/2023 | Robert Saraceni | Director | Case Administration | Perform additional QA of email notices and draft corr. to team. | 0.9 |

**Subtotal 11/17/2023  8.8**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/18/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. - Notice and POC mailing | 0.7 |
| 11/18/2023 | Robert Saraceni | Director | Case Administration | Review final word version of notices and POCs for mailing and draft corr. to team detailing updates that should be made to each version of notice and POC (.9); create mailing grid and overview and draft corr. to team detailing data points to be included in each custom mailing (1.2) | 2.1 |
| 11/18/2023 | Robert Saraceni | Director | Case Administration | Review word version redlines of notices and POCs | 0.4 |
| 11/18/2023 | Robert Saraceni | Director | Case Administration | Review merge data for mailings and review net balances. | 0.5 |

**Subtotal 11/18/2023  3.7**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/19/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. - Notice and POC mailing | 6.4 |
| 11/19/2023 | Robert Saraceni | Director | Case Administration | Complete preparation of net balance variance report and forward to team. Begin researching interest payments on transaction reports. | 1.4 |

**APP_0980**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/19/2023 | Robert Saraceni | Director | Case Administration | TC with D. McElhinney to discuss open issues regarding notices and POCs and exported data | 1.0 |
| 11/19/2023 | Robert Saraceni | Director | Case Administration | TC with K. Wasserman to discuss service details | 0.5 |
| 11/19/2023 | Robert Saraceni | Director | Case Administration | TC with D. McElhinney re mailing | 0.5 |
| 11/19/2023 | Robert Saraceni | Director | Case Administration | QA online portal environment for accuracy | 1.3 |
| 11/19/2023 | Robert Saraceni | Director | Case Administration | TC with D. McElhinney re final review of portal, documents for mailing and mail file | 0.5 |

| | | | | **Subtotal 11/19/2023** | **11.6** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/20/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Non-Investor) mailing including printing and fulfillment | 0.1 |
| 11/20/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Notice Only – Investor) mailing including printing and fulfillment | 0.1 |
| 11/20/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (No Transfer – Investor) mailing including printing and fulfillment | 0.1 |
| 11/20/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) mailing including printing and fulfillment | 0.3 |
| 11/20/2023 | Alberto Chachagua | Associate | Case Administration | Generate custom merge for Heartland Receivership Notice & POC Mailing (Notice Only – Investor) including mail data merging and printing | 0.5 |
| 11/20/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Notice Only – Investor) mailing including printing and fulfillment | 0.5 |
| 11/20/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Non-Investor) mailing including printing and fulfillment | 0.6 |
| 11/20/2023 | Alberto Chachagua | Associate | Case Administration | Generate custom merge for Heartland Receivership Notice & POC Mailing (No Transfer – Investor) including mail data merging and printing | 0.3 |
| 11/20/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (No Transfer – Investor) mailing including printing and fulfillment | 0.3 |
| 11/20/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) mailing including printing and fulfillment | 1.0 |
| 11/20/2023 | Antonio Rubio | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Non-Investor) mailing including printing and fulfillment | 0.7 |
| 11/20/2023 | Charles Wheeler | Associate | Case Administration | Generate custom merge for Heartland Receivership Notice & POC Mailing including mail data merging and printing | 2.0 |
| 11/20/2023 | Daniel Ramirez | Associate | Case Administration | Coordinate service re: FCM for (Non-Investor Creditor, No Transfer-Investor, Notice Only - Investor) | 3.2 |
| 11/20/2023 | Daniel Ramirez | Associate | Case Administration | Coordinate service re: FCM for (Investor) | 1.9 |
| 11/20/2023 | Daniel Ramirez | Associate | Case Administration | Review of physical Notice POC and Transaction Schedules to ensure accuracy | 2.5 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/20/2023 | David Bribiesca | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) mailing including printing and fulfillment | 1.5 |
| 11/20/2023 | Jacob Ingram | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) mailing including printing and fulfillment | 1.5 |
| 11/20/2023 | Jose Cruz | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) mailing including printing and fulfillment | 0.7 |
| 11/20/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. - Notice and POC mailing | 11.7 |
| 11/20/2023 | Melissa Membrino | Director | Case Administration | Coordinate service of Heartland Receivership Notice & POC Mailing (Notice Only – Investor) mailing including printing and fulfillment | 0.5 |
| 11/20/2023 | Melissa Membrino | Director | Case Administration | Coordinate service of Heartland Receivership Notice & POC Mailing (Non-Investor) mailing including printing and fulfillment | 0.5 |
| 11/20/2023 | Melissa Membrino | Director | Case Administration | Coordinate service of Heartland Receivership Notice & POC Mailing (Investor) mailing including printing and fulfillment | 0.8 |
| 11/20/2023 | Ricky Quang | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Notice Only – Investor) mailing including printing and fulfillment | 0.3 |
| 11/20/2023 | Ricky Quang | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (No Transfer – Investor) mailing including printing and fulfillment | 0.1 |
| 11/20/2023 | Robert Saraceni | Director | Case Administration | Review Investor mailing file against merge file and portal for accuracy, review transaction schedules against portal | 3.6 |
| 11/20/2023 | Staphany Alcantar | Analyst | Case Administration | Correspondence with Stretto team re: processing correspondence | 0.1 |
| 11/20/2023 | Stephanie Morales | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) mailing including printing and fulfillment | 0.5 |

**Subtotal 11/20/2023 35.9**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 11/21/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.2 |
| 11/21/2023 | Jacob Ingram | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 11/21/2023 | Robert Saraceni | Director | Case Administration | Review D. Behrends request for ██████ transaction schedule, research and extract schedule and forward. | 0.2 |
| 11/21/2023 | Robert Saraceni | Director | Case Administration | Review and respond to D. Behrends request for ██████ transaction schedule | 0.1 |
| 11/21/2023 | Robert Saraceni | Director | Case Administration | Corr. to D. Behrends re ██████ response (.1); Corr to ██████ (.1) | 0.2 |
| 11/21/2023 | Robert Saraceni | Director | Case Administration | Review request for ██████ portal access credentials, research and provide to requestor | 0.3 |
| 11/21/2023 | Robert Saraceni | Director | Case Administration | Corr. to ██████ re ██████ claaim | 0.1 |
| 11/21/2023 | Robert Saraceni | Director | Case Administration | Research and corr. with ██████ re PIN Code | 0.2 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/21/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 11/21/2023** | **1.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/22/2023 | Robert Saraceni | Director | Case Administration | Revise and update status tracker for additional responses. | 0.6 |
| | | | | **Subtotal 11/22/2023** | **0.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/23/2023 | Robert Saraceni | Director | Case Administration | Update status tracker | 0.2 |
| | | | | **Subtotal 11/23/2023** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/24/2023 | Naomi Rodriguez | Associate | Case Administration | Administrative review of mailing details | 0.4 |
| 11/24/2023 | Robert Saraceni | Director | Case Administration | Update Status tracker for ▮▮▮▮ response. | 0.1 |
| | | | | **Subtotal 11/24/2023** | **0.5** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/27/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 3.2 |
| 11/27/2023 | Pauline Aragon | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 11/27/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 11/27/2023** | **3.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/28/2023 | Daniel Ramirez | Associate | Case Administration | Coordinate service re: Notice and Proof of Claim One - Offs on 11.28.23 | 0.4 |
| 11/28/2023 | Keny Contreras | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 1.5 |
| 11/28/2023 | Keny Contreras | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 1.0 |
| 11/28/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 2.6 |
| 11/28/2023 | Melissa Membrino | Director | Case Administration | Administrative review of mailing details | 0.1 |
| 11/28/2023 | Ricky Quang | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) One Off 11.28.23 mailing including printing and fulfillment | 0.2 |
| 11/28/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.4 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/28/2023 | Staphany Alcantar | Analyst | Case Administration | Correspondence with Stretto team re: processing correspondence | 0.1 |

| | | | | **Subtotal 11/28/2023** | **6.3** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/29/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) One Off 11.29.23 mailing including printing and fulfillment | 0.1 |
| 11/29/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Receivership Notice & POC Mailing (Investor) One Off 11.29.23 mailing including printing and fulfillment | 0.2 |
| 11/29/2023 | Daniel Ramirez | Associate | Case Administration | Coordinate service re: Notice and Proof of Claim One - Offs on 11.29.23 | 0.4 |
| 11/29/2023 | Daniel Ramirez | Associate | Case Administration | Calls regarding Submitted Claims and Database Logistics on 11.29.23 | 0.7 |
| 11/29/2023 | Keny Contreras | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.4 |
| 11/29/2023 | Keny Contreras | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.6 |
| 11/29/2023 | Keny Contreras | Associate | Claims Administration and Objections | Review proofs of claim input in case management system for accuracy and completeness | 0.2 |
| 11/29/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. & Meeting with receiver. | 3.3 |
| 11/29/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.7 |
| 11/29/2023 | Robert Saraceni | Director | Claims Administration and Objections | Review questions from operations team regarding entry of claims and certain issues arising in hard copies filed. Draft and forward response. | 0.6 |
| 11/29/2023 | Robert Saraceni | Director | Case Administration | Internal corr. re data entry questions. | 0.2 |
| 11/29/2023 | Robert Saraceni | Director | Case Administration | Review email correspondence and begin responding to close open item list. Review status tracker. | 0.7 |
| 11/29/2023 | Robert Saraceni | Director | Case Administration | Review and respond to Dykema update requests, remails, update status tracker and request updates from development. | 4.1 |
| 11/29/2023 | Robert Saraceni | Director | Case Administration | Attend call with Receiver and A&C to discuss reporting and claims filed to date. | 0.7 |
| 11/29/2023 | Robert Saraceni | Director | Case Administration | Review and Respond to D. Behrends inquiry into ███ █████ data | 0.1 |
| 11/29/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.7 |
| 11/29/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

| | | | | **Subtotal 11/29/2023** | **13.8** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/30/2023 | Keny Contreras | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.2 |

**APP_0984**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 11/30/2023 | Keny Contreras | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.4 |
| 11/30/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Notice & Proof of Claim per USPS forwarding instructions | 0.5 |

**Subtotal 11/30/2023**    **1.1**

**Total 11/01/2023 - 11/30/2023**    **137.9**


# STRETTO

410 Exchange, Ste 100
Irvine, CA 92602
855.812.6112

| | |
|---|---|
| **Invoice:** | 10117 |
| **Date:** | 01/02/2024 |
| **Due Date:** | 12/02/2023 |
| **Terms:** | Net 30 |

**Bill To:**
Heartland

| Item | Quantity | Unit Price | Amount |
|---|---|---|---|
| December 23 Invoice | | | |
| Hourly Fees | | | $14,654.00 |
| Printing | 5,191 | $0.10 | $519.10 |
| Postage | | | $575.46 |
| Envelopes and Packaging – See Noticing Summary for details | | | $123.45 |

| | |
|---|---|
| **TOTAL DUE** | $15,872.01 |
| | THANK YOU. |

**For wire/ACH payments:**

Bank Name – Pacific Western Bank
Bank Address – 110 West A Street,
Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

**Remit Check Payments to:**

Stretto
Attn: Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

1 of 1

APP. 0986

## STRETTO

**Case Name:** Heartland

# Summary of Hourly Fees

**Date Range:** 12/01/2023 - 12/31/2023

| Role | Hours | Rate | Total |
|------|-------|------|-------|
| Analyst I | 1.3 | $30.00 | $39.00 |
| Analyst II | 11.6 | $40.00 | $464.00 |
| Analyst III | 2.6 | $50.00 | $130.00 |
| Associate I | 11.2 | $65.00 | $728.00 |
| Associate III | 5.0 | $97.50 | $487.50 |
| Associate III | 20.1 | $130.00 | $2,613.00 |
| Director I | 0.9 | $175.00 | $157.50 |
| Director II | 14.7 | $185.00 | $2,719.50 |
| Managing Director | 11.5 | $210.00 | $2,415.00 |
| Senior Associate | 29.7 | $165.00 | $4,900.50 |
| | | **Total** | **$14,654.00** |

APP_0987

**STRETTO**

**Case Name:** Heartland

# Time Detail

**Date Range:** 12/01/2023 - 12/31/2023

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/01/2023 | Dan McElhinney | Managing Director | Claims Administration and Objections | Review and revise data-entry version of claim portal (.6); cons. █ re comments to same (.3): prep email to Stretto team re updates to form (.1) | 1.0 |
| 12/01/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Non-Investor Creditor Claim Form - Paper Version | 0.3 |
| 12/01/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Cello Access | 0.8 |
| 12/01/2023 | IT Staff | Senior Associate | Claims Administration and Objections | █████ request. - email template | 1.0 |
| 12/01/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Cello Report | 1.5 |
| 12/01/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Non-Investor Creditor Claim Form - Paper Version | 1.5 |
| 12/01/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 3.8 |
| 12/01/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 2.8 |
| 12/01/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.2 |
| 12/01/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Investor and Non-Investor Notice per USPS forwarding instructions | 1.5 |
| 12/01/2023 | Robert Saraceni | Director | Claims Administration and Objections | Attend to follow-up with select Investors on access issues and provide Notice and claim documentation (.4); draft confirmation emails (.6); update tracker (.6) | 1.6 |
| 12/01/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.5 |
| 12/01/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| | | | | **Subtotal 12/01/2023** | **16.6** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/02/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 0.8 |
| | | | | **Subtotal 12/02/2023** | **0.8** |

APP_0988

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/03/2023 | Dan McElhinney | Managing Director | Claims Administration and Objections | Review and prep response to A&C re ███████ claim question (.4) | 0.4 |

**Subtotal 12/03/2023    0.4**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/04/2023 | Dan McElhinney | Managing Director | Claims Administration and Objections | Cons. Stretto team re hard copy data entry process (.5) | 0.5 |
| 12/04/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 0.3 |
| 12/04/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Confirmation Email template and specific user info | 0.5 |
| 12/04/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Investor Creditor Claim Form | 0.8 |
| 12/04/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Email update | 1.3 |
| 12/04/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. | 3.1 |
| 12/04/2023 | Robert Saraceni | Director | Claims Administration and Objections | Review and provide comment on claims register | 0.7 |
| 12/04/2023 | Robert Saraceni | Director | Case Administration | TC with team to discuss mailing status and test mailing. | 0.3 |
| 12/04/2023 | Robert Saraceni | Director | Claims Administration and Objections | Attend to corr. review and response with respect to Heartland Investor accounts and balances | 0.6 |
| 12/04/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| 12/04/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

**Subtotal 12/04/2023    8.5**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/05/2023 | Dan McElhinney | Managing Director | Claims Administration and Objections | Follow-up with █ re output format and related UAT issues (.4) | 0.4 |
| 12/05/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Cello Report updates | 0.5 |
| 12/05/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Investor Creditor Claim Form | 0.5 |
| 12/05/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.2 |
| 12/05/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Forward returned mail per USPS forwarding instructions | 1.5 |
| 12/05/2023 | Robert Saraceni | Director | Claims Administration and Objections | Update status tracker, draft corr. to ███████ regarding contact for finding out when distributions would be made. | 0.8 |
| 12/05/2023 | Robert Saraceni | Director | Case Administration | TC with ██████ regarding claim status | 0.5 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/05/2023 | Robert Saraceni | Director | Claims Administration and Objections | Follow-up TC with ███████ regarding credentials for filing claim (.1), Draft email to ███████ regarding revised credentials. (.1) | 0.2 |
| 12/05/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| 12/05/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.2 |
| 12/05/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.3 |
| 12/05/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

| | | | | **Subtotal 12/05/2023** | **5.4** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/06/2023 | Dan McElhinney | Managing Director | Claims Administration and Objections | Review claim form and request update form ██ re required fields in Part II (.4) | 0.4 |
| 12/06/2023 | Daniel Ramirez | Associate | Case Administration | Creating FAQ and general responses for email requests | 0.9 |
| 12/06/2023 | IT Staff | Senior Associate | Case Administration | Create seperate page for DEV | 0.5 |
| 12/06/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Investor Creditor Claim Form | 0.8 |
| 12/06/2023 | Keny Contreras | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.3 |
| 12/06/2023 | Keny Contreras | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.4 |
| 12/06/2023 | Keny Contreras | Associate | Claims Administration and Objections | Review duplicate proofs of claim for accuracy and completeness | 0.3 |
| 12/06/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.4 |
| 12/06/2023 | Robert Saraceni | Director | Claims Administration and Objections | Review claims register and provide comment. | 0.2 |
| 12/06/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| 12/06/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Case file case related documents | 2.2 |
| 12/06/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Correspondence with Stretto team re: processing correspondence | 0.1 |
| 12/06/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.5 |
| 12/06/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.4 |

| | | | | **Subtotal 12/06/2023** | **7.7** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/07/2023 | Dan McElhinney | Managing Director | Claims Administration and Objections | Cons. ■ re Heartland claim for update (.3); draft, review and revise COS for claims package mailing; cons. Stretto team re same (1.2) | 1.5 |
| 12/07/2023 | Daniel Ramirez | Associate | Case Administration | Drafting Certificate of Service with Exhibits for Notice and Claims | 1.3 |
| 12/07/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Investor Creditor Claim Form | 0.3 |
| 12/07/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Investor Creditor Claim Form | 1.3 |
| 12/07/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.1 |
| 12/07/2023 | Robert Saraceni | Director | Case Administration | Prepare revised COS exhibits including redaction of Investor names and addresses. Prep excel and pdf versions | 1.1 |
| 12/07/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| 12/07/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process and upload electronic proofs of claim | 0.2 |
| 12/07/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.2 |
| 12/07/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

| | | | | **Subtotal 12/07/2023** | **6.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/08/2023 | Dan McElhinney | Managing Director | Claims Administration and Objections | Prep, review and revise claim report; prep email with metrics (Prep claim report and email with metrics (1.8) | 1.8 |
| 12/08/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 3.0 |
| 12/08/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Investor No transfer form | 3.3 |
| 12/08/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. -- Claim report preparation | 1.2 |
| 12/08/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Various docket nos. per USPS forwarding instructions | 1.0 |
| 12/08/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.4 |
| 12/08/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.3 |
| 12/08/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.1 |
| 12/08/2023 | Stephanie Delgado | Associate | Case Administration | Oversee incoming undeliverable mail for accuracy and completeness | 0.4 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/08/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |

| | | | | **Subtotal 12/08/2023** | **11.6** |
|--|--|--|--|--|--|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/11/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Notice + POC One Off POTENTIAL INVESTOR Mailing – 12.11.23 mailing including printing and fulfillment | 0.2 |
| 12/11/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Notice + POC One Off INVESTOR Mailing – 12.11.23 mailing including printing and fulfillment | 0.2 |
| 12/11/2023 | Daniel Ramirez | Associate | Case Administration | Coordination with production for one off mailing 12.11.23 | 0.1 |
| 12/11/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Investor No transfer form | 0.8 |
| 12/11/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Post-Submission Supporting Document Upload | 0.8 |
| 12/11/2023 | IT Staff | Senior Associate | Claims Administration and Objections | Investor No transfer form | 2.5 |
| 12/11/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.4 |
| 12/11/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Non-Investor Creditor per USPS forwarding instructions | 0.5 |
| 12/11/2023 | Robert Saraceni | Director | Case Administration | Attend to remails of Notice and POC and tracker updates. | 0.3 |
| 12/11/2023 | Robert Saraceni | Director | Claims Administration and Objections | TC with ████████ | 0.2 |
| 12/11/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| 12/11/2023 | Staphany Alcantar | Analyst | Case Administration | Case file case related documents | 0.3 |
| 12/11/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.5 |
| 12/11/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.4 |
| 12/11/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |
| 12/11/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

| | | | | **Subtotal 12/11/2023** | **7.7** |
|--|--|--|--|--|--|

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/12/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Notice + POC One Off Mailing – 12.12.23 mailing including printing and fulfillment | 0.2 |
| 12/12/2023 | Alexa Westmoreland | Director | Case Administration | Correspondence with D. Ramirez re: claims reconciliation management | 0.2 |
| 12/12/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.1 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 12/12/2023 | Daniel Ramirez | Associate | Case Administration | Coordination with production for one off mailing 12.12.23 | 0.1 |
| 12/12/2023 | IT Staff | Senior Associate | Case Administration | Project Management | 3.3 |
| 12/12/2023 | Jose Cruz | Associate | Case Administration | Generate service of Heartland Notice + POC One Off Mailing – 12.12.23 mailing including printing and fulfillment | 0.2 |
| 12/12/2023 | Keny Contreras | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.3 |
| 12/12/2023 | Keny Contreras | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.4 |
| 12/12/2023 | Robert Saraceni | Director | Claims Administration and Objections | Review and respond to D. Behrends email regarding remail to ▇▇▇▇. Coordinate remail and update tracker | 0.2 |
| 12/12/2023 | Robert Saraceni | Director | Case Administration | Attend to address updates and remails, update status tracker, corr. with D. Behrends re same | 0.6 |
| 12/12/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.4 |
| 12/12/2023 | Stephanie Delgado | Associate | Case Administration | Oversee incoming undeliverable mail for accuracy and completeness | 1.0 |
| 12/12/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 12/12/2023 | Stephanie Morales | Analyst | Case Administration | Record and track undeliverable mail re: various mailings | 3.5 |
| 12/12/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |

**Subtotal 12/12/2023   10.7**

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 12/13/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Notice + POC One Off Mailing – 12.13.23 mailing including printing and fulfillment | 0.1 |
| 12/13/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Notice + POC One Off Mailing – 12.13.23 mailing including printing and fulfillment | 0.2 |
| 12/13/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 12/13/2023 | Daniel Ramirez | Associate | Case Administration | Coordination with production for one off mailing 12.12.23 | 0.4 |
| 12/13/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.3 |
| 12/13/2023 | Lindsay Litt | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 12/13/2023 | Robert Saraceni | Director | Case Administration | Review and confirm all address updates, confirm ▇▇▇▇ Notice mailing, request ▇▇▇▇ address updates, update tracker | 0.8 |
| 12/13/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| 12/13/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.3 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 12/13/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.3 |

| | | | | **Subtotal 12/13/2023** | **2.7** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 12/14/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 12/14/2023 | Kevin Wasserman | Associate | Case Administration | Coordination and compliance activities, including preparation of reports to the court, investor inquiries, etc. -- Claim report preparation | 1.3 |
| 12/14/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.3 |
| 12/14/2023 | Lindsay Litt | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 12/14/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Investor Notice per USPS forwarding instructions | 0.8 |
| 12/14/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| 12/14/2023 | Stephanie Delgado | Associate | Case Administration | Oversee incoming changes of address for accuracy and completeness | 0.3 |
| 12/14/2023 | Stephanie Morales | Analyst | Case Administration | Record and track undeliverable mail re: various mailings | 0.1 |
| 12/14/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |
| 12/14/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

| | | | | **Subtotal 12/14/2023** | **3.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 12/15/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Potential Investor Notice + POC Remail One Off 12.15.23 mailing including printing and fulfillment | 0.1 |
| 12/15/2023 | Dan McElhinney | Managing Director | Claims Administration and Objections | Respond to query from A&C / Dykema re claims report (.2) | 0.2 |
| 12/15/2023 | Daniel Ramirez | Associate | Case Administration | Coordinate with production for one-off mailing 12.15.23 | 0.1 |
| 12/15/2023 | Daniel Ramirez | Associate | Case Administration | Format and compile addresses for service list. | 1.5 |
| 12/15/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| 12/15/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.2 |
| 12/15/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.2 |
| 12/15/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/15/2023 | Stephanie Morales | Analyst | Case Administration | Record and track undeliverable mail re: various mailings | 0.1 |

**Subtotal 12/15/2023    2.6**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/18/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland POC + Notice Mailing One Off 12.18.23 mailing including printing and fulfillment | 0.1 |
| 12/18/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 12/18/2023 | Jose Cruz | Associate | Case Administration | Generate service of Heartland POC + Notice Mailing One Off 12.18.23 mailing including printing and fulfillment | 0.2 |
| 12/18/2023 | Keny Contreras | Analyst | Case Administration | Case file case related documents | 0.2 |
| 12/18/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.1 |
| 12/18/2023 | Robert Saraceni | Director | Case Administration | Review and process remails, update correspondence tracker | 0.4 |
| 12/18/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |

**Subtotal 12/18/2023    1.2**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/19/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 12/19/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness. | 0.1 |
| 12/19/2023 | Naomi Rodriguez | Associate | Case Administration | Administrative review of mailing details | 0.4 |
| 12/19/2023 | Robert Saraceni | Director | Case Administration | Review and respond to emails, update tracker and request address updates. | 0.4 |
| 12/19/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| 12/19/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.2 |
| 12/19/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.2 |

**Subtotal 12/19/2023    1.5**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/20/2023 | IT Staff | Senior Associate | Case Administration | Address Updates - 12/20/23 | 0.3 |
| 12/20/2023 | Luz Gonzalez | Associate | Case Administration | Administrative review of mailing details | 0.2 |
| 12/20/2023 | Naomi Rodriguez | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 12/20/2023 | Robert Saraceni | Director | Claims Administration and Objections | Review and respond to emails, update tracker and request address updates. | 0.2 |
| 12/20/2023 | Robert Saraceni | Director | Case Administration | Review and prepare mailing files for 12.21.2023 Known Investor Letter mailing | 1.0 |

**APP_0995**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/20/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| 12/20/2023 | Stephanie Morales | Analyst | Case Administration | Record and track undeliverable mail re: various mailings | 0.1 |
| 12/20/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |

**Subtotal 12/20/2023  2.1**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/21/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Known Investors Mailing – 12.21.23 mailing including printing and fulfillment | 0.1 |
| 12/21/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland_Notice+POC Remail One-off 12.21.23 mailing including printing and fulfillment | 0.1 |
| 12/21/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Known Investors Mailing – 12.21.23 mailing including printing and fulfillment | 0.7 |
| 12/21/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland_Notice+POC Remail One-off 12.21.23 mailing including printing and fulfillment | 0.2 |
| 12/21/2023 | Dan McElhinney | Managing Director | Case Administration | Cons. team re email bounceback and bad mail report (.2); review and revise email re same (.1) | 0.3 |
| 12/21/2023 | Daniel Ramirez | Associate | Case Administration | Coordination with production for one off mailing 12.21.23 | 0.4 |
| 12/21/2023 | Daniel Ramirez | Associate | Case Administration | Drafting COS for Known Investor mailing on 12.21.23 | 0.8 |
| 12/21/2023 | Daniel Ramirez | Associate | Case Administration | Coordination with production of COS for Known Investor mailing on 12.21.23 | 0.6 |
| 12/21/2023 | Jacob Ingram | Associate | Case Administration | Generate service of Heartland Known Investors Mailing – 12.21.23 mailing including printing and fulfillment | 0.1 |
| 12/21/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.2 |
| 12/21/2023 | Lindsay Litt | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 12/21/2023 | Melissa Membrino | Director | Case Administration | Coordinate service of Heartland Known Investors Mailing – 12.21.23 mailing including printing and fulfillment | 0.6 |
| 12/21/2023 | Naomi Rodriguez | Associate | Case Administration | Administrative review of mailing details | 0.2 |
| 12/21/2023 | Robert Saraceni | Director | Case Administration | Prepare Exhibit for COS re 12.21.2023 Known Investor Letter Mailing | 0.3 |
| 12/21/2023 | Robert Saraceni | Director | Claims Administration and Objections | Review and respond to ███ inquiry | 0.1 |
| 12/21/2023 | Robert Saraceni | Director | Case Administration | Provide ███ Notice and POC to D. Behrends as requested. | 0.1 |
| 12/21/2023 | Robert Saraceni | Director | Case Administration | Retrieve and email Notice and POC to ███ as per D. Behrends. Set up first class mail of same | 0.2 |
| 12/21/2023 | Robert Saraceni | Director | Case Administration | Update status tracker | 0.2 |
| 12/21/2023 | Sheryl Betance | Managing Director | Case Administration | Facilitate service of Heartland Known Investors Mailing – 12.21.23 mailing | 0.5 |
| 12/21/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.3 |
| 12/21/2023 | Stephanie Morales | Analyst | Case Administration | Record and track undeliverable mail re: various mailings | 0.1 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 12/21/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 12/21/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |

| | | | | **Subtotal 12/21/2023** | **6.4** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 12/22/2023 | Aimee Marshall | Associate | Case Administration | Generate service of HEARTLAND RECEIVERSHIP Notice & POC Mailing Feeder Funds 12.22.23 mailing including printing and fulfillment | 0.1 |
| 12/22/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 12/22/2023 | Daniel Ramirez | Associate | Case Administration | Coordination with production for Feeder Fund mailing 12.22.23 | 1.5 |
| 12/22/2023 | David Bribiesca | Associate | Case Administration | Generate service of HEARTLAND RECEIVERSHIP Notice & POC Mailing Feeder Funds 12.22.23 mailing including printing and fulfillment | 0.6 |
| 12/22/2023 | Jose Cruz | Associate | Case Administration | Generate service of HEARTLAND RECEIVERSHIP Notice & POC Mailing Feeder Funds 12.22.23 mailing including printing and fulfillment | 0.5 |
| 12/22/2023 | Melissa Membrino | Director | Case Administration | Coordinate service of HEARTLAND RECEIVERSHIP Notice & POC Mailing Feeder Funds 12.22.23 mailing including printing and fulfillment | 0.3 |
| 12/22/2023 | Robert Saraceni | Director | Case Administration | Corr. to D. Behrends re feeder funds, format file for mailing, review notice and POC and coordinate mailing | 2.1 |
| 12/22/2023 | Robert Saraceni | Director | Case Administration | Prepare COS Exhibit for feeder fund mailing. | 0.3 |
| 12/22/2023 | Sheryl Betance | Managing Director | Case Administration | Facilitate service of HEARTLAND RECEIVERSHIP Notice & POC Mailing Feeder Funds 12.22.23 mailing | 0.2 |
| 12/22/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| 12/22/2023 | Stephanie Morales | Analyst | Case Administration | Record and track undeliverable mail re: various mailings | 0.1 |
| 12/22/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |

| | | | | **Subtotal 12/22/2023** | **6.1** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 12/26/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.1 |
| 12/26/2023 | Dan McElhinney | Managing Director | Case Administration | Respond to query from D. Behrends re ▓▓▓▓▓▓ ▓▓▓▓▓ (.1) | 0.1 |

| | | | | **Subtotal 12/26/2023** | **0.2** |
|---|---|---|---|---|---|

| Date | Employee Name | Role | Task | Description | Hours |
|------|--------------|------|------|-------------|-------|
| 12/27/2023 | Lindsay Litt | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 12/27/2023 | Nancy Mam | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 12/27/2023 | Naomi Rodriguez | Associate | Case Administration | Administrative review of mailing details | 0.3 |
| 12/27/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Investor Notice per USPS forwarding instructions | 1.0 |

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/27/2023 | Robert Saraceni | Director | Case Administration | Review email and update status tracker (.2); Follow-up with D. Ramirez regarding COS on notice mailing to feeder funds (.1) | 0.3 |
| 12/27/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.1 |
| 12/27/2023 | Staphany Alcantar | Analyst | Claims Administration and Objections | Process, scan, and upload proofs of claim | 0.4 |
| 12/27/2023 | Staphany Alcantar | Associate | Claims Administration and Objections | Input proofs of claim received into case management system | 0.4 |
| 12/27/2023 | Stephanie Morales | Analyst | Case Administration | Record and track undeliverable mail re: various mailings | 0.1 |
| 12/27/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |
| 12/27/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |

**Subtotal 12/27/2023**     **3.0**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/28/2023 | Aimee Marshall | Associate | Case Administration | Generate service of Heartland Notice + POC One Off Mailing – 12.28.23 mailing including printing and fulfillment | 0.1 |
| 12/28/2023 | Alberto Chachagua | Associate | Case Administration | Generate service of Heartland Notice + POC One Off Mailing – 12.28.23 mailing including printing and fulfillment | 0.2 |
| 12/28/2023 | Laura Tondreault | Analyst | Case Administration | Prepare and organize general case documents for accuracy and completeness | 0.3 |
| 12/28/2023 | Monica Arellano | Associate | Case Administration | Coordinate service re: Investor Notice per USPS forwarding instructions | 0.1 |
| 12/28/2023 | Nancy Mam | Associate | Case Administration | Coordinate service re: Investor Notice per USPS forwarding instructions | 1.0 |
| 12/28/2023 | Pauline Aragon | Associate | Case Administration | Coordinate service re: Investor Notice per USPS forwarding instructions | 0.5 |
| 12/28/2023 | Robert Saraceni | Director | Claims Administration and Objections | TC with Investor, ███████, to walk him through process of submitting claim through the portal. | 0.8 |
| 12/28/2023 | Sheryl Betance | Managing Director | Case Administration | Senior management oversight of case activity including team correspondence, filed documents and client requests; check-in with case team | 0.2 |
| 12/28/2023 | Stephanie Morales | Analyst | Case Administration | Record and track undeliverable mail re: various mailings | 0.1 |
| 12/28/2023 | Stephanie Morales | Analyst | Case Administration | Sort and manage incoming mail re: various mailings | 0.1 |
| 12/28/2023 | Stephanie Morales | Analyst | Case Administration | Capture and track undeliverable mail images | 0.1 |

**Subtotal 12/28/2023**     **3.5**

| Date | Employee Name | Role | Task | Description | Hours |
|------|---------------|------|------|-------------|-------|
| 12/29/2023 | Charles Wheeler | Associate | Case Administration | Administrative review of mailing details | 0.1 |

**Subtotal 12/29/2023**     **0.1**

**Total 12/01/2023 - 12/31/2023**     **108.6**

APP_0998



**Noticing Detail**

| Date of Service | Document(s) or Mailing Description | Number of Recipients | Method(s) of Service |
|---|---|---|---|
| 12/11/2023 | Heartland Notice + POC One Off POTENTIAL INVESTOR Mailing – 12.11.23 | 1 | First Class Mail |
| 12/11/2023 | Heartland Notice + POC  One Off INVESTOR Mailing – 12.11.23 | 1 | First Class Mail |
| 12/12/2023 | Heartland Notice + POC One Off Mailing – 12.12.23 | 1 | First Class Mail |
| 12/13/2023 | Heartland Notice + POC One Off Mailing – 12.13.23 | 1 | First Class Mail |
| 12/15/2023 | Heartland Potential Investor Notice + POC Remail One Off 12.15.23 | 1 | First Class Mail |
| 12/18/2023 | Heartland POC + Notice Mailing One Off 12.18.23 | 1 | First Class Mail |
| 12/21/2023 | Heartland_Notice+POC Remail One-off 12.21.23 | 1 | First Class Mail |
| 12/21/2023 | Heartland Known Investors Mailing – 12.21.23 | 739 | First Class Mail |
| 12/22/2023 | HEARTLAND RECEIVERSHIP Notice & POC Mailing Feeder Funds 12.22.23 | 72 | First Class Mail |
| 12/28/2023 | Investor Notice (USPS FORWARD) | 4 | First Class Mail |
| 12/28/2023 | Heartland Notice + POC One Off Mailing – 12.28.23 | 1 | First Class Mail |

**APP. 0999**

**EXHIBIT F-1**

APP. 1000

# Deborah D. Williamson

## Member



## Contact

San Antonio
210-554-5275
dwilliamson@dykema.com

## Overview

For more than 30 years, clients have turned to Deborah Williamson for leadership and advice on bankruptcy and restructuring matters. Deborah is a national leader in bankruptcy law, and she leverages her experience and insight to advise clients across industries on counter-party risk, bankruptcy litigation, and asset acquisition.

Deborah is widely recognized as one of the top bankruptcy lawyers in the United States and one of the top lawyers—period—in Texas. She was selected to serve on the American Bankruptcy Institute (ABI) Bankruptcy Reform Commission, received lifetime achievement awards from both ABI and *The San Antonio Business Journal*, and is recognized in legal publications such as *Chambers USA: America's Leading Lawyers for Business*, *The Best Lawyers in America*, and *Super Lawyers*.

In 2016, Deborah authored the second edition of *When Gushers Go Dry, The Essentials of Oil & Gas Bankruptcy* to address new realities in the oil fields, the first guide to oil and gas bankruptcy. She had previously co-authored *Bankruptcy Litigation for the Commercial Litigator*.

Deborah has been named a leader in her field by *Chambers USA* since 2003 and clients recognize her as the "go to" practitioner in the insolvency ad restructuring space. She was listed by *Texas Super Lawyers* among the "Top 100 Lawyers in Texas," the "Top 50 Women Lawyers in Texas," and the "Top 50 Lawyers in Central Texas" since that honor's inception. She has also been included in *The Best Lawyers in America*©for more than 20 years.

She has served as co-chair of the Bankruptcy and Insolvency Litigation Committee of the Litigation Section of the American Bar Association and chair of the SBOT Bankruptcy Law Section.

## Areas of client focus

**Practices**

Government Reorganization and Restructuring
Restructuring and Bankruptcy

**Industries**

Energy and Natural Resources
Financial Services
Loan Workouts, Restructuring, and Bankruptcy
Oil and Gas

APP. 1001

## Experience

### Receivership

Appointed to serve as Receiver in an action brought by the SEC against Heartland Group Ventures and a number of related entities in connection with five fraudulent, unregistered oil and gas offerings.

### Litigation

**TXCO Resources Inc. v Peregrine Petroleum, LLC, Adversary Case No. 09-05125-rbk, the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.**

Trial counsel to post confirmation TXCO Resources, Inc., a publicly traded exploration and production (E&P) company in successful prosecution of trade secret misappropriation claims against Peregrine Petroleum, LLC.  Following a 41-day trial, the Court awarded judgment in favor of RTXCO (Reorganized through Chapter 11) on its claims for misappropriation of trade secrets and entered a multimillion dollar damage award.

***In re The Heritage Organization, Chapter 11 Bankruptcy Case No. 04-35574, pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division***

Dykema is special litigation counsel to the chapter 11 trustee, Dennis Faulkner, in this adversary proceeding. The trustee retained us to prosecute avoidance actions, fraud actions and various D&O actions against the former officers and professionals who worked for The Heritage Organization. In January 2009, Deborah was co-counsel in a two-week trial which ultimately resulted in a Judgment in favor of the Trustee for $61 million. Faulkner v. Kornman (*In re Heritage Org. L.L.C.*), 413 B.R. 438 (Bankr. N.D. Tex. 2009)

### Bankruptcy and Restructuring — Energy

**In re TXCO Resources Inc., Chapter 11 Bankruptcy Case No. 09-51807, pending in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division**

Lead counsel to an exploration and production company who were Debtors in jointly administered chapter 11 bankruptcy case. Dykema began to assist TXCO's management in negotiations with their lenders beginning in March 2009. Once a commitment for post-petition financing was obtained in an amount sufficient to avoid the need for immediate liquidation, Chapter 11 was filed on May 17, 2009. Dykema played an instrumental role throughout the bankruptcy case, including obtaining approval of the $32,000,000 in debtor-in-possession financing over numerous objections, putting in place a sale process, introducing potential purchasers, and ultimately negotiating the terms of a sale for approximately $310,000,000 of significantly all of the assets of debtors, which provided for the payment in full of the creditors' claims with interest and a multi-million dollar return to equity.

***In re Flying J Inc., et al*., Chapter 11 Bankruptcy Case No. 08-13384 (MFW), pending in the United States Bankruptcy Court for the District of Delaware**

Counsel to a member of the Official Committee of Unsecured Creditors.

Creditors' Committee counsel in the Fort Worth bankruptcy cases of an international generator and marketer of electricity.

***In re Aloha Airlines, Inc.,* Case No. 08-00337; Chapter 7 bankruptcy case pending in the United States Bankruptcy Court for the District of Hawaii, Honolulu Division**

We represented a multi-national maintenance, repair and overhaul company in connection with its claims against Aloha Airlines.

## Bankruptcy and Restructuring — Healthcare

***In re Fort Worth Osteopathic Hospital, Inc., dba Osteopathic Medical Center of Texas*, Case No. 05-41513, Chapter 7 bankruptcy cases pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division**

We represented MBIA Insurance Corporation ("MBIA") in connection with the default, foreclosure and chapter 7 bankruptcy of the last osteopathic hospital in the state of Texas. MBIA was the insurer of over $70,000,000 in unsecured bond obligations. This case involved issues related to the bankruptcy of a not-for-profit corporation and related for-profit affiliates, some of whom were co-debtors. Other issues included potential liability of former officers, directors and advisors to the not-for-profit corporations and analysis of potential claims, and defense of a third party claim brought against MBIA ultimately resulting in a dismissal of the claims against MBIA.

Representation of a multi-state nursing and assisted living company in connection with its re-structuring of secured obligations.

## Bankruptcy and Restructuring — Retail

***In re Hardwood P-G, Inc.*, Custom Forest Products, Ltd., and Customer Forest Transportation, Inc., Chapter 11 bankruptcy cases jointly administered under Case No. 06-50057, pending in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division**

The Firm was counsel to the secured lender, Webster Business Credit Corp.

Counsel to a Chapter 11 trustee, a non-bank trustee, of an Austin-based e-commerce company and multi-state mortgage originator.

Representation of a Chapter 11 bankruptcy estate in sale and licensing of intellectual property assets.

Creditors' Committee counsel in the Austin bankruptcy case of the parent company of multi-national restaurant chains.

Liquidating Trustee and Creditors' Committee counsel in AgriBioTech, Inc., a Las Vegas bankruptcy case of an international developer and distributor of turf and forage seeds.

Debtor's counsel for Avado Brands, Inc. in the Dallas case of two multi-state restaurant chains.

Debtor's counsel for a multi-state pharmacy franchisee in a pre-packaged bankruptcy.

**Investor Oversight Board ("IOB") for I.G. Services, Ltd. ("IGS") and IWG Services, Ltd. ("IWG") pursuant to the Joint Plan of Liquidation proposed by Len B. Blackwell for IGS and IWG which filed for bankruptcy in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division and in the Grand Court of the Cayman Islands**

We represented the post-confirmation Investment Oversight Board ("IOB") which consisted of Mexican investors. We advised the IOB with regard to the pursuit of claims and causes of action.

## Bankruptcy and Restructuring — Real Estate

***In re Villaje Del Rio, Ltd.*, Case No. 06-50797, Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division**



The Firm represented Colina Del Rio, LP in connection with its role as an assignee of a non-recourse note secured by an uncompleted, multi-million dollar, mixed-use development property. Issues involved liability of assignee for alleged claims and causes of action asserted against the original holder of the note in connection with construction of property, including the ability to offset, prohibit or limit rights of secured creditor's credit bid and opposition to attempts by the secured lender to foreclose the property. Representation included defending an appeal to the Fifth Circuit on an issue of first impression. *Villaje Del Rio, Ltd. v. Colina Del Rio*, *LP (In re Villaje Del Rio, Ltd.),* 283 Fed.Appx. 263 (5th Cir. June 25, 2008).

***In re Joseph D. Milanowski*, Case No. 07-13162, Involuntary Chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the District of Nevada**

We were lead counsel in the representation of the Chapter 11 Trustee, Ford Elsaesser in the case of Joseph Milanowski. Mr. Milanowski was a principal in three entities which brokered commercial mortgages and/or acquired commercial properties around the United States. Contingent and liquidated liabilities exceeded $300,000,000.

Creditors' Committee counsel in the Corpus Christi bankruptcy case of an international distributor of rice.

### Asset Acquisition

### Dee Howard Aircraft

Our client, a Singapore-based aviation maintenance company, acquired leasehold interests and assets out of a bankruptcy estate. We assisted our clients in the initial bid proposal, negotiation through auction and closing of this transaction. We also guided our client through the complex regulatory and national-security related requirements.

### Acquisition of Assets from Financially Distressed National Retailer of Computer Equipment and Software

We assisted our client, an international telecommunications/media company, in its acquisition of certain assets from a financially distressed national retailer of computer equipment and software used in its computer services division. We worked closely with company counsel to evaluate insolvency risk and structure the transaction to reduce the risk to our client.

### Fairchild Aircraft

Lead counsel for the Buyers in the acquisition of the various assets, including a commuter aircraft manufacturer and airline maintenance, repair and overhaul facility.

***In re Physicians Specialty Hospital of El Paso East, LP*, Case No. 07-30633, Chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Western District of Texas, El Paso Division**

Our client was the purchaser of a hospital in El Paso.

### Fee Examiner

Professional fee examiner in El Paso Refinery.

### Plan Mediator

Plan Mediator for Cordillera, a golf resort and development in Colorado.



## Credentials

**Education**

- University of Houston Law Center, J.D., *cum laude*, 1981
- The University of Texas at El Paso, B.A., *with honors*, 1977

**Bar Admissions**

- Texas, 1982

**Professional Recognition**

- Martindale-Hubbell® AV® Preeminent™ Peer Review Rating, 1993-Present
- Recognized in *The Best Lawyers in America*® for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 1995-2024
- Named to "Lawdragon 500 Leading U.S. Bankruptcy & Restructuring Lawyers," 2020, 2022, and 2023
- Recognized by *San Antonio Magazine* in "San Antonio's Top Attorneys" for Bankruptcy & Workout, 2019-2023
- Named a Texas Leading Lawyer in Bankruptcy/Restructuring by *Chambers USA*, 2003-2023
- Named to *The American Lawyer's* "South Trailblazers" list, 2022
- Recognized by *S.A. Scene*, as an "Outstanding Women in Law" for Bankruptcy, 2022
- Recognized as one of the "Top 50 Lawyers in Central/West Texas," *Texas Super Lawyers*®, 2022 and 2023
- Recognized in *Texas Super Lawyers*® for Bankruptcy: Business, 2003-2022
- Recipient of the *San Antonio Business Journal's* 2019 Outstanding Lawyers Award
- Recipient of the *Michelle A. Mendez Award of Excellence* for outstanding service to the Bankruptcy Law Section, 2017
- Finalist in Bankruptcy for the "Go-To-Guide," Texas Lawyer, 2007 and 2012
- American Bankruptcy Institute, "Lifetime Achievement Award", 2011
- Named "San Antonio Bankruptcy & Creditor-Debtor Rights Lawyer of the Year," *The Best Lawyers In America*®, 2011
- Selected for inclusion as a "Top Lawyer," *Corporate Counsel*® - January 2010 Annual Guide
- Selected for inclusion in the "Top 50 Women Lawyers in Texas," *Law and Politics Magazine*
- Selected for inclusion in the "Top 50 Women Lawyers in Texas" *Texas Super Lawyers*®
- *Euromoney Guide to Leading U.S. Insolvency Lawyers*
- Recognized by *S.A. Scene* in "San Antonio's Best Lawyers" for Bankruptcy
- *Strathmore's Who's Who*

## Affiliations

**Professional**

- State Bar of Texas, Bankruptcy Law Section, Chair, 2006-2007

Dykema

- Texas Bar Foundation, Life Fellow
- American College of Bankruptcy, Fellow (1998), Director, and Board of Regents, 2013-present
- American Bankruptcy Institute, President, 1997-1998
- US Mexico Bar Association, Board of Directors, 2008-2013
- American Board of Certification, Treasurer, 2007
- Texas Board of Certification, Bankruptcy Law Commission, Chair, 2003-2006
- American Bar Association Litigation Section, Bankruptcy and Insolvency Litigation Committee, Chair, 2010-2013
- National Association of Federal Equity Receivers (NAFER), Member
- Former Dykema Managing Director
- Dykema Management Advisory Committee

**Community**

- San Antonio Public Library Foundation, former Director and Member of the Executive Committee
- Hope for the Future, Board Member, 2015 - Present

**Related Employment**

- Managing Director, Cox Smith

**EXHIBIT F-2**

# Michael G. Cumming

## Member



## Contact

Bloomfield Hills
248-203-0740
mcumming@dykema.com

## Overview

No disrespect to other tax lawyers, but Mike Cumming's clients actually enjoy talking to him. He's personable, approachable, funny, and can translate complicated tax rules and structures into language his high-end, high-net-worth individuals can easily understand.

As head of the firm's tax practice group, Mike's clients include family offices, C-suite executives, and others with substantial means who want to maximize personal and multi-generational wealth while minimizing taxes. His practice involves estate planning, probate and trust administration, sophisticated tax strategies, business successions, and negotiation of premarital agreements.

Mike excels at restructuring clients' privately owned businesses and estates to preserve assets and reduce tax exposure. Every matter Mike handles poses different challenges, such as ever-changing tax laws, non-traditional families, and unusual assets.

He not only methodically disassembles and reconfigures clients' financial lives but has an uncanny ability to get them excited about implementing the changes.

Although he leads the effort, Mike doesn't work alone. He frequently collaborates with corporate and finance, real estate, and litigation colleagues at Dykema as well as his clients' CPAs, financial advisors, and insurance agents to craft and execute each new plan.

Despite careful planning, disagreements and disputes can arise. When they do, Mike represents individuals, fiduciaries, and estates in will and trust contests and probate litigation, striving to find amicable solutions whenever possible to preserve families and businesses.

## Areas of client focus

**Practices**

Tax
Estate Planning and Administration
Public Retirement
Corporate and Finance

## Credentials

**Education**

- University of Notre Dame, J.D.
- University of Michigan, B.B.A., with high distinction

**Bar Admissions**

- Michigan, 1984

**Professional Recognition**

- Recognized in *Chambers High Net Worth Guide* for Michigan, Private Wealth Law, 2020
- Recognized in *The Best Lawyers in America*® for Trusts and Estates, 2003-Present. Copyright 2015 by Woodward/White, Inc., Aiken, SC
- Named a Michigan Leading Lawyer in the areas of Trust, Will & Estate Planning Law by the *Leading Lawyers Network*, 2014-2017. Law Bulletin Publishing Company
- Named a Top Lawyer by *dbusiness Magazine*  for Trusts and Estates, 2010-2011, 2013-2014, 2016, 2018
- Recognized in *Michigan Super Lawyers*® for Estate Planning & Probate and Tax, 2006-Present
- Recipient of an AV® Preeminent™ Rating by *Martindale-Hubbell*

## Affiliations

**Professional**

- Legal/Financial Network Group of the Community Foundation for Southeastern Michigan, Member
- American College of Trust and Estate Counsel, Fellow
- State Bar of Michigan, Probate and Estate Planning Council, Member, 1991-1997; Michigan and Federal Estate Tax Committee, Chair, 1995-1997; Transfer Taxes Committee, Member, 1998-present; *Michigan Probate and Estate Planning Journal*, Editor, 1992-1993; Amicus Curiae Committee, Chair, 1995-1997; Fees and Compensation Committee, Chair, 1991-1992; *Michigan Probate and Estate Planning Journal*, Associate Editor, 1991-1992; Estates and Protected Individuals Code Legislative Enactment Group, Member, 1995-1997; Section Lobbying Liaison, 1995-1997; Michigan Inheritance Tax Committee, Member, 1990-1992; Ethics Committee, Member, 1991-1992; Standing Committee on Code, Procedure and Rules, Member,  1988-1995; Estates and Protected Individuals Code Article 2 Drafting Subcommittee, Member, 1990-1995; Estate Tax Apportionment Statute Drafting Subcommittee, Member, 1995
- The Financial and Estate Planning Council of Metropolitan Detroit, Member
- Taxation Section of the American Bar Association, Member
- Taxation Section of the State Bar of Michigan, Member
- Michigan Chamber of Commerce, Tax Policy Committee, Member

**Dykema**

# Teresa Ereon Giltner

**Member**



## Contact

Dallas
214-698-7870
tgiltner@dykema.com

## Overview

To effectively serve her real estate, banking, and corporate finance clients in their most consequential matters, Teresa Ereon Giltner pays meticulous attention to the smallest details while seeing the bigger picture. And she has seen it all during the decades she has provided candid counsel and facilitated countless transactions.

Teresa's experience, insights, and ability to anticipate and address potential problems have made her an invaluable asset for institutional lenders, private equity interests, developers, and others involved in complex commercial real estate and financing matters. She advises clients on complicated real estate acquisitions, leasing, development and finance projects, and associated land-use challenges.

Teresa also assists the bankruptcy and creditors' rights team on real estate, personal property, and corporate finance matters.

Committed to timeless qualities like honesty, loyalty, responsiveness, and respect, Teresa develops and sustains long-term relationships with her clients.

They appreciate her precision when tailoring documents or establishing the structures that protect and advance their interests. But they also value the clarity of her guidance, even if that guidance means changing directions on a project or acquisition.

Teresa is board-certified in commercial real estate law by the Texas Board of Legal Specialization. She has earned not only the trust of her clients but the admiration of her peers, who have consistently recognized her for her professionalism and success in real estate and finance matters.

## Areas of client focus

**Practices**

Real Estate
Restructuring and Bankruptcy

**Industries**

Financial Services

## Experience

**Bankruptcy – Regional Homebuilders**

Member of a team representing regional homebuilders in Chapter 11 cases, which allowed the debtors to complete construction on dozens of otherwise unfinished houses, pay down lenders through ordinary course sales of finished houses and sell substantially all of the company's assets through bulk sales of the remaining houses and lots.

**In re Renaissance Hospital – Grand Prairie, Inc. et al., Bankruptcy Case No. 08-43775-11, pending in the United States Bankruptcy Court for the Northern District of Texas, Ft. Worth Division**

Representation of an equipment lessor/financier.

**Bankruptcy – Restaurant Chain Acquisition**

Member of a team representing an acquirer of numerous leases/assets and real property through a Chapter 11 proceeding.

**Gasoline Stations – Acquisitions**

- Acquisition from Shell Oil Products US of 278 of its service stations in Southern California, with a transaction value in excess of $230 million. Transaction was significant not only because of the dollar amount involved and the number of sites involved, but also because of the significant time constraints.

- Acquisition from USA Petroleum Corporation of over 100 of its service stations in Southern California, Washington and New Mexico, with a transaction value in excess of $270 million. Transaction was significant not only because of the dollar amount involved and the number of sites involved, but also because of the significant time constraints.

**Public-Private Partnership Negotiation**

Representation of the City of San Marcos in connection with a public-private partnership for the development of a 250-room hotel and adjacent 80,000 square foot conference facility.

**East Texas Timber Ranch – Acquisition**

Significant East Texas timber land/ranch acquisition project that included review, research and resolution as to over 300 title exceptions, numerous survey and access issues, timber cutting agreements, lands allocated to the preservation of endangered species, easements, pipelines, mineral development history, and review of current water rights issues. The project was unique due to the nature and history of the property.

**Texas Land Acquisition and Development**

Texas land acquisition and development project that included all aspects of land acquisition, as well as review and resolution of water rights, title claims and lawsuits, lawsuits affecting title to the property, environmental issues, financing components, and complicated title and local development issues. Project also included coordination of entity formation and tax advice. Project closed in 2007 after approximately eight months of diligence and issue resolution.

**Retail Leasing**

- Representation of a 500+ store national retailer in connection with store leases nationwide.

- Representation of a 1,000+ location global telecommunications company with retail leases nationwide.

**Dykema**

APP. 1011

**Commercial Leasing**

- Representation of landlords in connection with commercial office leases.
- Representation of tenants in connection with commercial office leases including lease negotiations, default (eviction) and lease termination matters.

**Financings**

- Numerous acquisition and development loans for residential subdivisions for throughout Texas.
- Line of Credit loans for homebuilders ranging in size from $5 million to $150 million
- Commercial loans ranging in size from under $1 million to $50 million.
- Representation of a private investor as an asset-based lender in a debtor-in-possession financing transaction through a bankruptcy reorganization.
- Representation of a large publicly traded company as a proposed purchaser/lender in a debtor-in-possession financing transaction through a bankruptcy reorganization.

**Financial Hedging**

- Commercial real estate loans involving financial hedges and related documents.

## Credentials

**Education**

- University of Notre Dame Law School, J.D., 1986
- Grand Valley State University, B.A., 1983

**Bar Admissions**

- Texas

**Professional Recognition**

- Recognized in *The Best Lawyers in America*® for Real Estate Law; Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2021-Present
- Martindale-Hubbell® AV® Preeminent™ Peer Review Rating
- Selected as a "Texas Super Lawyer," 2003, 2009, 2010 and 2011
- CREW San Antonio Eva Rosow Award Recipient–Outstanding Woman in Commercial Real Estate, 2008
- *S.A. Scene*, "San Antonio's Best Lawyers," 2007-2008

## Affiliations

**Professional**

- Dykema Women's Business Initiative, National WBI Co-Leader
- Dallas Bar Association
- Texas Board of Law Examiners, Appointed eff. Sept. 1, 2011
- San Antonio Bar Association

**Dykema**

**Community**

- CREW Dallas, President Elect, 2015
- CREW Dallas, Board Member, 2013, 2014
- CREW Dallas, Member, 2009- present
- Catholic Charities of Dallas, Inc., Advisory Board of Directors, 2009-2013
- CREW San Antonio, President, 2007-2008
- Archdiocese of San Antonio, Catholic Charities, Inc., Director, 2004-2008
- Attorneys Serving the Community, 2010-present

# Patrick L. Huffstickler

## Member



### Contact

San Antonio
210-554-5273
phuffstickler@dykema.com

### Overview

Patrick Huffstickler advises clients on a wide range of bankruptcy, landlord/tenant, Uniform Commercial Code (UCC), and other commercial litigation matters.

He provides counsel on issues related to the commercial real estate industry, including ongoing representation of commercial landlords and tenants of retail malls and shopping centers in national, regional and local bankruptcy cases. His bankruptcy and restructuring experience also spans many other industries, including technology, financial services and aviation.

### Areas of client focus

**Practices**

Restructuring and Bankruptcy

**Industries**

Financial Services
Loan Workouts, Restructuring, and Bankruptcy

### Experience

**TXCO Liquidating Trust**

Counsel to a trust formed pursuant to the plan of reorganization confirmed in bankruptcy cases of TXCO Resources Inc., a mid-size exploration and production company. Dykema assisted in the liquidation of the trust's assets, including the sale of oil and gas properties located in multiple states. The liquidation resulted in a $17,500,000 payment to former holders of equity in TXCO and a multi-million dollar return to the beneficiary of the trust.

**In re TXCO Resources Inc., Chapter 11 Bankruptcy Case No. 09-51807, pending in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division**

Counsel to an exploration and production company who were Debtors in their chapter jointly administered 11 bankruptcy cases. Dykema began to assist TXCO's management in negotiations with their lenders beginning in March 2009. Once a commitment for post-petition financing was obtained in an amount sufficient to avoid the need for immediate liquidation, chapter 11 was filed on May 17, 2009. Dykema played an instrumental role throughout the bankruptcy case, including obtaining approval of the $32,000,000 in debtor-in-possession financing over numerous objections, putting in place a sale process, introducing potential purchasers, and ultimately negotiating the terms of a sale for approximately $310,000,000 of

significantly all of the assets of debtors, which provided for the payment in full of the creditors' claims with interest and a multi-million dollar return to equity.

**Counsel to Creditor – Emerging Technology Venture Fund**

Lead counsel for emerging technology venture fund which was the primary creditor in a chapter 11 bankruptcy case of a specialized candle and gift company in Austin, Texas.

**Counsel to Unsecured Creditors**

Counsel for official committees of unsecured creditors in national and regional bankruptcy cases.

**Bankruptcy – E-commerce**

Counsel for the chapter 11 trustee in a national e-commerce bankruptcy case in Austin, Texas.

**Bankruptcy – Retail**

- Ongoing representation of commercial landlords, including retail malls and shopping centers, in national, regional and local bankruptcy cases. Additionally, ongoing representation of numerous clients in connection with executory contract and lease issues as well as operational and claims matters related to those contracts and leases in national, regional and local bankruptcy cases.

- Ongoing representation of commercial landlords, including retail malls and shopping centers, in national, regional and local bankruptcy cases.

- Representation of debtor tenants and other parties regarding real estate lease issues in significant, complex chapter 11 bankruptcy cases. Experience includes representation in chapter 11 reorganizations of a regional discount retailer with 48 store leases and a national mall-based retailer with 711 store leases, including assumption/rejection, modification and claims issues.

- Representation of a computer maintenance and repair company in its chapter 11 case involving 80 real property leases.

**Debt Restructuring Counsel – Home Health Agencies**

Representation of home health agencies, including debt restructuring through chapter 11 and negotiations with the Department of Health and Human Services regarding Medicare overpayments and other matters.

**Video Production and Media**

Ongoing representation of full-service video production company and other media clients.

**Debt Restructuring – Apartment Complexes**

Debt restructuring through chapter 11 reorganizations of several limited partnerships owning apartment complexes and handling of landlord/tenant issues related to the tenant leases.

**Counsel to Commercial Landlords**

Representation of commercial landlords in the termination and modification of real property leases, including negotiating and drafting termination and modification agreements, in both bankruptcy and non-bankruptcy matters.

**Property and Sales Tax Matters**

Representation of various clients regarding personal property and sales tax matters.



## Credentials

**Education**

- The University of Texas School of Law, J.D., *with honors*, 1986
- Trinity University, B.A., *cum laude*, 1983

**Bar Admissions**

- Texas, 1986

**Professional Recognition**

- Named "Lawyer of the Year" by *The Best Lawyers in America*® for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2024
- Recognized in *The Best Lawyers in America*® for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2020-2024
- Recognized by *San Antonio Magazine* in "San Antonio's Top Attorneys" for Bankruptcy & Workout, 2019-2022
- *S.A. Scene,* "San Antonio's Best Lawyers," Bankruptcy, 2005-2011, 2016, 2018
- Recognized by *S.A. Scene* in "San Antonio's Best Lawyers" for Bankruptcy
- Martindale-Hubbell® AV® Preeminent™ Peer Review Rating

## Affiliations

**Professional**

- State Bar of Texas
- American Bar Association
- San Antonio Bar Association
- American Bankruptcy Institute
- San Antonio Bankruptcy Bar Association
- Turnaround Management Association

# Richard L. Lieberman

## Senior Counsel



### Contact

Chicago
312-627-2250
rlieberman@dykema.com

### Overview

Richard Lieberman is a senior counsel in the Chicago office of Dykema. Richard advises individuals and private and public companies in all aspects of tax planning for business and investment activities.

He concentrates his practice on the tax aspects of complex business transactions, including mergers and acquisitions, joint ventures, and leveraged buyouts as well as recapitalizations, partnership and corporate restructurings, and general tax advice and planning, handling transactions which range in size from several million dollars to more than $500 million.

Richard's practice also focuses on executive compensation matters in connection with mergers and acquisitions and other business transactions, including the design and implementation of equity and cash incentive compensation and retention programs, and the negotiation of executive employment, change in control and separation agreements.

### Areas of client focus

**Practices**

Corporate and Finance
Employee Benefits and Executive Compensation
Federal Tax
Nonprofits and Tax-Exempt Organizations
Real Estate Tax Incentives and Economic Development
State and Local Tax
Tax

**Industries**

Dental Service Organizations (DSO)
Healthcare M&A
Managed Service Organizations
Veterinary Service Organizations (VSO)

### Experience

- Provided tax counsel to private equity funds in the formation and acquisition of Dental and Medical Service Organizations valued in the aggregate in excess of $1 billion.
- Restructured dental and medical practices in advance of sales to private equity fund buyers valued in the aggregate in excess of $1 billion.
- Reorganized medical and dental practices in a tax-efficient manner for operational purposes.
- Restructured private health care organization valued in excess of $300 million in advance of sale to ESOP.

**Dykema**

dykema.com

- Advised private equity fund and structured acquisitions of health care businesses valued in excess of $250 million.

- Represented family office in $100 million acquisition of Dental Service Organization and restructured acquired DSO to obtain optimal tax efficiency.

- Represented diversified Tier 1 automotive supplier in its tax-free spin-off of brakes division.

- Represented multiple real estate partnerships in IRS audits of conservation easement donations, including filing of Tax Court and IRS Appeals petitions.

- Represented various real estate partnerships in completing like-kind exchanges under IRC Section 1031.

- Advised private retail company on the tax consequences of its $70 million sale to private equity buyer.

- Advised publicly traded energy company on tax consequences of lender's debt for equity exchange.

- Advised privately held energy company on its acquisition by publicly traded energy company.

- Restructured private theme park in advance of its $275 million sale to publicly traded theme park operator.

- Advised publicly traded Clearday, Inc in its acquisition and merger with Allied Integral United, Inc., including drafting the tax opinion for the reverse merger, reverse stock split and true-up distribution transactions.

- Advised consortium of publicly traded banks on creation of Delaware Statutory Trust, and drafted liquidation trust agreement for transaction valued in excess of $500 million.

- Advised publicly traded financial institution on executive compensation matters related to senior officers.

- Advised Germany-based aircraft manufacturer on tax issues associated with its U.S. initial public offering, including inbound U.S. tax structuring.

- Advised private U.S. corporation on its acquisition of UK-based subsidiary, including tax structuring and executive compensation.

- Formed and structured numerous Management Feeder partnerships allowing profits interests holders to retain employee status.

- Represented real estate fund sponsors forming single asset and multi-asset Qualified Opportunity Zone funds.

- Represented investors investing deferred gains into Qualified Opportunity Funds.

- Represented real estate developers in the organization of single asset and multi-asset Qualified Opportunity Zone funds.

- Represented real estate investors in the design and implementation of a like-kind exchange for hotel property requiring the use of a unique partnership division to accomplish the exchange.

- Represented the owners of a family-owned business in their $120 million sale of the business, which required the use of multiple F reorganizations, multiple formless conversions and a one-day note payment structure.

- Represented a not-for-profit charter school in organizing a new structure to operate multiple charter schools across multiple states.

- Represented a municipal corporation in its $25 million affordable housing project using both federal low-income housing tax credits and Illinois affordable housing tax credits.

## Credentials

**Education**

- DePaul University College of Law, LL.M., Taxation, 1990
- New York University School of Law, LL.M., International Legal Studies, 1984
- ITT Chicago-Kent College of Law, J.D., *magna cum laude*, 1983
- University of Wisconsin-Madison, B.B.A., Accounting and Finance, 1980

**Bar Admissions**

- Illinois

**Professional Recognition**

- Recognized as a "Leading Individual" by the International Tax Review, World Tax Edition, 2001-2005

## Affiliations

**Community**

- Member of Law360's Tax Authority Federal Advisory Board, 2020
- American Bar Association, Section of Taxation, member
- Adjunct Professor, IIT/Chicago-Kent College of Law, 1993–1996
- Editorial Board of the Journal of Multistate Taxation, 1991-1999

# Danielle Rushing Behrends

## Senior Attorney



### Contact

San Antonio
210-554-5528
dbehrends@dykema.com

### Overview

When clients face bankruptcy and restructuring and receivership matters, Danielle is sensitive to their difficult financial situations and immerses herself as their advocate. She is driven by the opportunity to provide clients with successful solutions to address their complex legal and financial needs.

Clients rely on Danielle for her resourceful, creative, and effective in and out of court restructuring advice. She looks for practical solutions and works to build a strategic plan that aligns with her client's needs. Her experience includes several multi-million dollar businesses, particularly in the oil and gas/energy, retail, national fitness chain, healthcare, and transportation industries, Chapter 11 Trustees, and a federal court-appointed receiver. In particular, she has drafted and argued numerous motions and examined adverse and friendly witnesses in state and federal courts.

Drawing on multiple judicial internships and a clerkship and commercial litigation experience with a civil litigation firm, Danielle provides clients with a 360-degree perspective on navigating the U.S. Bankruptcy Code. Early on, Danielle had the honor and privilege of learning from the Honorable Craig A. Gargotta, (now Chief) United States Bankruptcy Judge for the Western District of Texas, the Honorable Catherine M. Stone, Chief Justice (Ret.) of the Fourth Court of Appeals of Texas, and the Department of Justice's U.S. Trustee Program.

### Areas of client focus

**Practices**

Corporate and Finance
Healthcare
Litigation
Restructuring and Bankruptcy

**Industries**

Energy and Natural Resources
Financial Services
Financial Services Litigation
Loan Workouts, Restructuring, and Bankruptcy

### Experience

**Chapter 11 Debtor Representation**

- Counseled Gold's Gym and related entities in the expedited and successful auction, sale, and confirmation processes during the global pandemic, resulting in $100 million sale and projected 100% payout for creditors and anticipated dividend for equity. In re GGI Holdings, Lead Case No. 20-31318 (Bankr. N.D. Tex.).

- Initiated a sale process for one the largest continuing care retirement communities in the country. In re Henry Ford Village, Inc., Case No. 20-51066 (Bankr. E.D. Mich.).

- Guided client in compliance and sale of land that went into bankruptcy to avoid foreclosure and the mounting costs of litigation related a failed sale process in Los Angeles, California. In re 110 West Properties, LLC, Case No. 19-24048 (Bankr. C.D. Cal.).

- Counseled a privately held oil and gas company with significant acreage in the Bakken region of North Dakota. Helped client run a sale process with several bidders for the debtor's oil and gas assets during global pandemic. In re New Emerald Energy, LLC, Case No. 20-41754 (Bankr. N.D. Tex.).

- Guided oil and gas exploration and production company and affiliate with $146.5M book value and 38,000 leased acres in Oklahoma through sale and confirmation processes, complicated by numerous pre-petition class-action earthquake lawsuits. In re Red Fork (USA) Investments, Inc., Lead Case No. 18-70116 (Bankr. W.D. Tex.).

- Advised independent oil company, exploration and production company, and power company debtors with state-of-the-art steam flood operations in Kern River Valley, California, and estimated enterprise value of $175M-$195M through sale and confirmation processes. In re All American Oil & Gas Incorporated, Lead Case No. 18-52693 (Bankr. W.D. Tex.).

**Chapter 7 Debtor Representation**

- Counseled non-profit arts corporation through Chapter 7 bankruptcy, resulting from failed labor negotiations. In re Symphony Society of San Antonio, Case No. 22-50656 (Bankr. W.D. Tex.).

**Receivership**

- First chair counsel to federal court-appointed receiver in an action brought by the SEC against 10 entities and 5 individuals in connection with alleged $122 million oil and gas offering fraud. SEC v. The Heartland Group Ventures, LLC, et al., No. 4:21cv-1310 (N.D. Tex.).

**Committee and Trustee Representation**

- Represented Chapter 11 Trustee over former lawyer and law firm in one of largest cases filed in San Antonio. In re Chris Pettit & Associates, P.C. & Christopher John Pettit, Lead Case No. 22-50591 (Bankr. W.D. Tex.).

**Creditor Representation**

- Assisting a multinational food-products corporation in bankruptcy strategy and representation as unsecured and secured creditor.

- Counseling a Fortune 100 technology company in bankruptcy strategy and representation as unsecured and secured creditor.

- Assisting a multinational food-products corporation in bankruptcy strategy and representation as unsecured and secured creditor.

- Counseling a Fortune 50 energy company in bankruptcy strategy and representation as unsecured and secured creditor.

- Advising national small business lender in bankruptcy strategy and representation as secured creditor.



## Credentials

**Education**

- St. Mary's University School of Law, J.D., 2016, Senior Associate Editor for the St. Mary's Law Journal
- Louisiana State University, B.S., 2013

**Bar Admissions**

- Texas, 2016

**Professional Recognition**

- Bexar County Women's Bar Association and Foundation – Belva Lockwood Outstanding Young Lawyer Award (2023)
- Named to *Best Lawyers'* "Ones to Watch" list for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law; Litigation - Bankruptcy, 2023 and 2024
- Recipient of the St. Mary's University School of Law Graduate of the Last Decade (GOLD) 10 Under 10 Award, 2022
- Recognized by *S.A. Scene*, as an "Outstanding Women in Law" for Bankruptcy, 2022
- Recognized by *San Antonio Magazine* in "San Antonio's Top Attorneys" for Bankruptcy & Workout, 2019-2022
- Recipient of the American Bar Association 20/20 Partners Rising Young Leader Award, 2021
- Recognized by *S.A. Scene* in "San Antonio's Best Lawyers" for Bankruptcy
- Recognized by *S.A. Scene*, as a "San Antonio Rising Star" for Bankruptcy
- Selected as a member of the Bexar County Women's Bar Foundation's LEAD Academy's 2019 class
- Featured in *San Antonio Woman Magazine* for volunteer pro bono service, 2022
- Featured in *Texas Bar Journal* as Access to Justice Pro Bono Champion, Apr. 2020


## Affiliations

**Professional**

- National Conference of Bankruptcy Judges – Next Generation Program, Class of 2023
- NAFER, Young Professionals Committee, Conference Committee, and Judicial Outreach Committee
- Dykema Women's Business Initiative, Texas Leader
- Class of 2020-21 LeadershipSBOT
- Texas Bar Foundation, Fellow
- San Antonio Bar Foundation, Fellow Class of 2020
- State Bar of Texas, Member of the State Bar's Minimum Continuing Legal Education Committee, Bankruptcy Section's Young Lawyers Committee, Communications Liaison (2021), Non-Lawyer Outreach Liaison (2020), Women in Law Section, Member, Bankruptcy Section, Member
- San Antonio Bar Association
- San Antonio Young Lawyers Association and Foundation, Director and Board Member (2018-2022)
- Bexar County Women's Bar Association and Foundation, Director (2018), Secretary (2019), Vice President (2020), President-Elect (2021), President; BCWBF LEAD Academy Steering Committee (2022)

**Dykema**

- American Bankruptcy Institute; Strength in Diversity Editorial Board
- Larry E. Kelly American Bankruptcy Inn of Court (2015-present) ○ Judge Monroe and Judge McConnell Scholarship and Writing Competition Selection Committee
- William S. Sessions American Inn of Court (2018-2021)
- American Bar Association - ABA Young Lawyers Division Bankruptcy Law Committee Chair (2021-2022)
- Texas Young Lawyers Association
- Texas Bar College
- Phi Kappa Phi
- St. Mary's University Law Alumni Association
- San Antonio Legal Services Association (formerly San Antonio Bar Association's Community Justice Program), Board Member, Volunteer Pro Bono Attorney
- Texas Rio Grande Legal Aid, Volunteer Pro Bono Attorney
- National Association of Federal Equity Receivers (NAFER), Member

**Community**

- San Antonio Stock Show & Rodeo Auction Committee—Barrow Subcommittee (present)
- San Antonio Stock Show & Rodeo Fajita Corral Committee (2017-2022)
- Junior League of San Antonio's Paving New Paths, benefiting Clarity Child Guidance Center, Chair and Board Member (2022-2023), Assistant Chair (2021-2022)

# Alanna M. Dominguez

## Associate



## Contact

San Antonio
210-554-5237
adominguez@dykema.com

## Overview

Alanna Dominguez is an associate in Dykema's San Antonio office. She focuses her practice on commercial litigation matters.

## Areas of client focus

**Practices**

Commercial Litigation
Litigation

## Credentials

**Education**

- St. Mary's University School of Law, 2023
- St. Martin's University, MBA, 2000
- United States Military Academy at West Point, B.S., 1992

**Bar Admissions**

- Texas

**Dykema**

APP. 1024

# Dykema



**Theresa Dick**
Business Litigation Paralegal
201 Townsend Street, Suite 900
Lansing, MI 48933
(616) 776-7546
TDick@dykema.com

Theresa has 15 years of experience as a litigation paralegal, including second chair of 6 successful trials. Her experience includes working on cases related to product liability defense, employment litigation, and business/commercial litigation. She has thorough understanding of the litigation process from beginning to end, and has extensive experience managing document intensive cases. She routinely provides assistance with e-discovery, review and analysis of medical records and deposition transcripts, and helps prepare trial exhibits. In addition, she drafts discovery requests, responses, initial disclosures and subpoenas, and helps with witness interviews.

## Education

- Certified Paralegal, ABA approved, St. Mary's College of Moraga, CA

**EXHIBIT F-3**

122686.000002 4870-4960-7551.4

# Rose L. Romero



### Attorney and Counselor at Law

Romero | Kozub
235 N.E. Loop 820, Suite 310
Hurst, Texas 76053
817.616.3067
817.887.2288 (fax)
RRomero@rrdklegal.com

**Practices Areas**

White Collar Criminal Litigation
Securities Litigation and SEC
Enforcement
Corporate Governance and
Internal Investigations
Data Privacy and CyberSecurity
Government Litigation
Government and Regulatory
Immigration
Trial

**Education**

J.D., 1987, SMU Dedman
School of Law

B.S., 1980, Texas Christian
University

**Admissions**

Texas
U.S. Ct. of App., Fifth Circuit
U.S. Dist. Ct., N. Dist. Texas

**Languages**

Spanish

Rose Romero, a former Executive Assistant United States Attorney in the Northern District of Texas and Regional Director in the Securities and Exchange Commission's Fort Worth Office, is a Managing Attorney at the Law Offices of Romero | Kozub in the Dallas-Fort Worth Metroplex. She concentrates her practice on white-collar grand jury investigations, SEC examinations and investigations, general state and federal criminal matters and cybersecurity issues. She is a frequent contributor to panels and publications concerning new developments in white-collar issues, securities enforcement matters, and the cybersecurity area

Prior to joining the Law Offices of Romero | Kozub, Rose was a Partner at Thompson & Knight's Dallas Office where she served as the co-chair of Thompson & Knight's cross-practice Data Privacy and CyberSecurity team, and counseled clients on data privacy solutions, cybersecurity regulatory developments, the development of effective cybersecurity compliance programs and incident response plans.

Rose served as the Regional Director for the Fort Worth office of the U.S. Securities and Exchange Commission, where she led the Enforcement and Examination Programs for the Southwestern Region and served on the Enforcement Division's National Leadership Team. Rose directed regulatory examinations of investment advisers and broker- dealers and managed enforcement actions involving violations of the Foreign Corrupt Practices Act, insider trading, accounting and corporate reporting violations, and fraud involving investment advisers, hedge funds, and broker- dealers.

Before her service with the SEC, Rose spent sixteen years prosecuting cases involving all levels of corporate fraud, including financial, healthcare, and mortgage. As the Executive Assistant U.S. Attorney, she oversaw a number of cyber intrusion investigations and prosecutions. She personally tried more than 60 federal criminal cases to favorable jury verdicts and conducted numerous grand jury investigations and prosecutions in conjunction with the Department of Justice's Criminal Division.

Rose has served on special assignments for the Department of Justice, including serving as an advisor and instructor for the Overseas Prosecution Development and Assistance Program in Ecuador, Colombia, Argentina, Brazil, Venezuela, Peru, Honduras, and Mexico. She investigated terrorism cases and frequently appeared before the Foreign Intelligence Surveillance Court.

# Rose L. Romero

## Prior Experience

- Partner, Thompson & Knight LLC, 2011–2015
- Regional Director, Securities and Exchange Commission, Fort Worth, Texas, 2006–2011
- Assistant United States Attorney, Northern District of Texas, Fort Worth and Dallas, Texas, 1989–2006
- Assistant District Attorney, Tarrant County District Attorney's Office, Fort Worth, Texas, 1987–1989
- Police Officer, Fort Worth Police Department, Fort Worth, Texas, 1980–1985
- United States Air Force, 1974–1978

## Distinctions/Honors

- Prosecutor of the Year
- Chief Postal Inspectors Award
- Drug Enforcement Administration's Director's Award for Excellence
- Numerous commendations and awards from government agencies, including the Department of Justice, FBI, U.S. Customs Service, and the IRS

## Activities (Memberships/Affiliations)

- Member, State Bar of Texas
- Member, Dallas Bar Association
- Member, Tarrant County Bar Association
- Member, Texas Wall Street Women

## Publications

| | |
|---|---|
| "Walking the Straight and Narrow: Strategies to Comply with State, Federal, and International Privacy Laws" | October 16, 2014 |
| "Cybersecurity: What Attorneys (and Their Clients) Need to Know" | October 9–10, 2014 |
| "Strategies for Preventing and Prosecuting Cyberstalking or Harassment Crimes" | 2014 |
| Client Alert: Spear Phishing Scams Targeting Corporate Executives | June 10, 2014 |
| "What Every Executive Should Know About Cybersecurity" | May 19, 2014 |
| Client Alert: SEC Tells Investment Advisers and Private Equity Firms to Prepare for Cyber Attacks | May 19, 2014 |

# Rose L. Romero

| | |
|---|---|
| "The Anatomy of a Data Breach Response: The Steps You Need to Take in the First Hours and Days Following a Breach and Why it is Critical to Get it Right" | May 9, 2014 |
| "Are You Ready?" | February 27, 2014 |
| "Cyber Security in the Retail Industry: Answering a Strategic Threat" | February 19, 2014 |
| "Emerging Hacking Trends Impacting Retailers" | January 29, 2014 |
| Client Alert: Preparing for the Cybersecurity Challenges of 2014 | January 21, 2014 |
| "Cyber Crime: Risks and Liabilities to Banks and the Financial Services Industry" | November 14, 2013 |
| "Impact of Cyber Attack – Legal, Prosecution and Risk Management Perspectives" | October 29, 2013 |
| "That Cyber-Attack May Be an Inside Job" | October/November 2013 |
| "Cyber Crime and Incident Round Table" | June 27, 2013 |
| "Cybercrime: Investigations and Litigation" | June 18, 2013 |
| "Foreign Corrupt Practices Act: There is No Turning Back" | May 30, 2013 |
| "The Cyber War on U.S. Companies: Protecting Your Company and Your Data from Cyber Attacks" | April 25, 2013 |
| "Who is Spying & Stealing from You? Protecting your Documents & Secrets Abroad" | March 21, 2013 |
| "What's Hot with the Feds: Update on FCPA, Dodd-Frank Whistleblower, and Tax Fraud" | December 6, 2012 |
| Client Alert: DOJ and SEC Release FCPA Resource Guide that Emphasizes the Need for Updated Compliance Plans | November 20, 2012 |
| "A CyberCrime Primer" | October 11, 2012 |
| "From Twitter to the Global Economy: Changes in the Trade Secret Landscape" | Fall 2012 |
| "Industrial Espionage and Theft of Trade Secrets" | August 1, 2012 |
| "Combating Global Intellectual Property Crimes: Theft of Trade Secrets, Digital Piracy, and Trafficking of Counterfeit Goods" | June 21, 2012 |
| "The Cost of Doing Business: Managing FCPA Risks in Latin America" | April 10, 2012 |
| "Energy Companies Find Profits, Peril in Latin America" | April 9, 2012 |

# Rose L. Romero

| | |
|---|---|
| "Corporate Governance: Dilemmas & Challenges" | March 24, 2011 |
| "SEC Perspectives, including New Tools for Identifying and Investigating Enforcement Issues" | February 11, 2011 |
| "Current Trends and SEC Enforcement Initiatives" | February 2011 |
| Foreign Corrupt Practices Act Seminar | Texas 2010 |
| "Developments, Trends and Expectations in Securities Fraud Investigations and Prosecutions" | June 10, 2010 |
| "The FCPA: It's not just another Four Letter Word" | October 16, 2009 |
| SEC Enforcement Developments (panelist), Practicing Law Institute's "SEC Speaks," Washington, D.C. | February 2007 |

## News

| | |
|---|---|
| Rose Romero Quoted in *The Dallas Morning News* on Data Breaches<br>In the News | March 17, 2014 |
| Rose Romero Quoted on CBS on The Cloud<br>In the News | February 17, 2014 |
| Rose Romero Interviewed by KLIF-AM on Bitcoin-Related Fraud<br>In the News | July 30, 2013 |
| Rose Romero Featured in *Texas Lawbook* on Corporate Cybersecurity<br>In the News | July 17, 2013 |
| Rose Romero and Richard Roper Interviewed by KLIF-AM on Cybersecurity<br>In the News | June 22, 2013 |
| T&K Launches Dedicated Initiative to Help Companies Reduce Cyberrisks, Respond to Data Breaches<br>Press Release | June 18, 2013 |
| Rose Romero Quoted in *Dallas Business Journal* on Cyber Attacks<br>In the News | June 14, 2013 |
| Rose Romero Interviewed by FOX DFW on Arlington Police Officer Investigation<br>In the News | June 13, 2013 |
| Rose Romero Quoted in *The Huffington Post* on ATM Cybercrimes<br>In the News | May 10, 2013 |
| Rose Romero Interviewed by MyFOX DFW on | June 15, 2012 |

# Rose L. Romero

Immigration Law
In the News

T&K Partners Publish Article on FCPA Enforcement in
Latin America
Press Release

April 17, 2012

Rose Romero Interviewed by *Fort Worth Business
Press* on Health Care Fraud
In the News

November 11, 2011

Ricky Raven and Rose Romero Mentioned in *Texas
Lawyer* on New Appointments and Positions
In the News

October 17, 2011

Rose Romero Featured in *Fort Worth Business Press*
on Joining T&K
In the News

October 10, 2011

Rose Romero Featured in *Law360* on Joining T&K
In the News

September 27, 2011

Former SEC Regional Director Joins T&K
Press Release

September 21, 2011

APP. 1031

**EXHIBIT F-4**

APP. 1032

# Darrell R. Jones

Phone: 832-302-5373; email: drj@oilesquire.com

---

## Work Experience

*Law Practice of Darrell R. Jones, PLLC (December 2014 – present)*

> Solo practitioner serving energy clients across a broad spectrum of legal and commercial consulting needs.

- Assist clients with matters such as acquisitions and divestitures of producing and non-producing properties, from cash transactions, to joint ventures to acreage trades; negotiating and documenting long-term gathering and processing contracts; documentation and negotiation of typical commodity price hedging transactions; advising clients on the pursuit of assets from insolvent companies, as well as on restructuring matters generally; guiding, negotiating and documenting clients' MSA and similar risk management and insurance programs; and providing guidance and advice to clients on land and leasing matters. Extensive experience with ordinary and specialty midstream and terminal agreements (hydrocarbon/water offtake, terminal access and storage contracts).
- Current active client base ranges from supermajor company to multiple private equity portfolio companies to large privately held companies and family-owned oil companies.

> Representative matters include:

- Co-counsel for Silverback Exploration, LLC's $855 million divestiture to Centennial Resource Development in 2016.
- Sole counsel for EnCap Investment, L.P. portfolio company's anchor asset acquisition and subsequent bolt-on acquisitions.
- Documentation and negotiation of numerous hydrocarbon and produced water disposal midstream commercial contracts, representing E&P operators in some cases and disposal operators in others.
- Numerous sophisticated acreage trades in the Delaware Basin for a supermajor company, involving customized JOA's and other agreements (ongoing).
- Outside general counsel to a private equity portfolio company during its out-of-court restructuring of significant midstream contractual liabilities, leading to a successful sales process. This included the documentation and renegotiation of sophisticated long-term midstream agreements for gathering, processing and transportation (2018).

*Senior Legal Counsel, Newfield Exploration Company (January 2008 – March 2014)*

> Corporate HQ and multi-business unit responsibilities. Reported directly to the General Counsel until 2Q 2013 when department was restructured, then to Deputy General Counsel.

> Primary responsibility for the structure, documentation and legal negotiation of all significant transactions for the company (other than securities offerings), including acquisitions and divestitures, complex crude oil and natural gas gathering, transportation and marketing arrangements, joint ventures and large-scale operating agreements, and commodity hedging agreements (ISDA & NAESB).

> Full responsibility for all legal matters pertaining to Texas Gulf Coast, Rocky Mountains (Williston and Uinta Basins) and Appalachian business units, providing support, guidance and judgment for land, asset management and

operations teams. This included documentation and negotiation of typical industry agreements such as sophisticated oil and gas leases, operating agreements, land trades, surface use and water supply agreements, easements and the like, as well as including the management of all litigation and controversy matters.

> Representative matters include:

- Lead attorney/principal negotiator for numerous (>30) A&D transactions totaling several billion dollars in value. Among these matters was Newfield's acquisition of substantially all assets of TXCO Resources, Inc. from bankruptcy.

- Lead lawyer/principal negotiator for 160,000-acre joint venture in the Marcellus Shale, consisting of development and negotiation of custom uniform lease (with surface use provisions) for 1,400+ leases, joint venture agreement and sophisticated operating agreement.

- Co-lead negotiator and lead attorney for multi-billion-dollar long term crude oil sales and refinery expansion agreements with Tesoro Petroleum and HollyFrontier Refining; included development of unique deal structures to accommodate all parties' commercial positions.

- Co-lead of the team that developed Newfield's first counterparty risk management program.

- Successful resolution of numerous actual and threatened lawsuits from landowners, industry partners and the like. I have a proven ability to navigate and manage high-stakes energy litigation skillfully in a variety of contexts.

- Design and legal oversight of entire company's MSA and drilling contracts program.

*Shareholder, Cox Smith, San Antonio, Texas (March 2001 – January 2008)*

- Practice consisted primarily of "wellhead E&P" matters and various asset acquisitions and divestitures. Extensive experience with land title examination, sophisticated oil and gas leasing matters, operating agreements, surface agreements and other common industry arrangements, as well as numerous A&D matters.

- Significant experience with operations contracts (*e.g.* MSAs and drilling contracts).

- Approximately one-third of practice consisted of oil and gas litigation and controversy matters.

Unit Manager, Federal Correctional Institution - Three Rivers, Texas (1992 – 1998); no relevant experience.

Managing Director of Relentless Production & Development, LLC from March 2014 to December 2014. I did not practice law at this start-up E&P company.

## Education and Credentials

J.D., University of Houston Law Center (December 2000), *cum laude*; licensed to practice in May 2001.

M.S. in Criminal Justice, Northeastern University, Boston, MA (1991).

B.S. in Public Justice, St. Mary's University, San Antonio, TX (1990).

Board Certified in Oil, Gas and Mineral Law, State Bar of Texas (2007).

I am recognized as possessing a solid legal skill set tempered by good judgment, commercial sense and grasp of industry fundamentals. References available from a broad spectrum of professional disciplines.

# Eric A. Hillerman
7200 Dallas Parkway #0935
Plano, Texas 75024
(c) 918-704-7202
eric@oilesquire.com

---

## High level legal and business leader with record of delivering exceptional legal and business results

-Trustworthy counsel with strategic mind and ability to refine legal issues and place in proper risk management context melding both legal and business experience

-History of leading and elevating performance of both legal and business teams by building culture of execution, teamwork, alignment, and use of technology

-Unique experience in forming and leading highly successful special development teams requiring cooperation and teamwork among engineering, land, regulatory, and business strategy groups

-Exceptionally broad experience in commercial law and litigation including, large acquisitions and divestitures, complex litigation, midstream agreements, firm transportation, master service agreements, regulatory, and title

---

## Professional Experience

### Law Practice of Darrell R. Jones, PLLC

-Counsel:  3/22-Present

> -provide advice and consulting on select oil and gas legal issues

### *East Shore Investments LLC:*

-General Counsel:  4/19-Present

> -execute all risk management, contracts, legal and land functions for oil and gas investment company

### *Newfield Exploration* Company (S&P 500 Company):

-Vice-President Land:  7/16 to 2/19 (until merger with Ecana Corporation now Ovintiv)

-transformed Land department from several independent teams with separate standards, processes, and cultures to one high performing, aligned, and supportive department

-drove enormous upgrade of land data quality and accessibility, land processes, and use of technology across Land and Land Admin organizations

-lead Land department to new level of influence in driving deal flow and streamlining execution and collaboration with both legal and commercial development teams

-Deputy General Counsel:  7/15 to 6/16
-Associate General Counsel:  6/13-6/15

-lead team of all on-shore E&P and A&D lawyers; tenure highlights included multiple billions in A&D, joint venture commitments as well as large midstream dedication agreements

-ultimate manager of all company litigation; tenure included successful arbitrations of major litigation, obtaining dismissal or positive resolution of class action claims, and implementation of goals that significantly reduced company case count

-intimate working relationship with executive leadership, personal recruitment of new lawyers, and accelerated development of young legal talent

**Newfield Exploration Mid-Continent Inc.:**

-Legal Counsel & Assistant Corporate Secretary: 8/06-6/13

-active member of and counsel to mid-continent divisional management team during most accelerated growth period in company  history including development of Anadarko and Arkoma basins

-built and lead legal team which managed all legal needs for division including oil and gas operational, A&D, midstream, regulatory, real estate, employment, water management and recycling, and litigation

-participated in company legislative projects including protection of horizontal tax credits and energy litigation reform act

-Newfield Appalachia LLC-directed company legal activities in Pennsylvania primarily relating to multi-state administrative bodies, local regulatory entities, and activist environmental groups

-Oil and Gas Marketing Supervisor (9/09-9/12) and Records Management Supervisor (9/12-6/13):

-provided strategic direction to mid-con oil and gas marketing team of six professionals which included restructuring of long term gas supply agreements and reaching arrangement with oil transporter for special bobtail truck project which drastically reduced oil inventory

-supervised and provided strategic direction to mid-con records management team and staff of 12 records professionals

**_Sprouse, Shrader, Smith P.C._:** Shareholder (1996-2006); Associate (1990-1996) multi-state oil and gas practice representing major and large independent energy companies in both litigation and transactional matters; won several significant cases including appeals to the Texas Supreme Court: *Anadarko Petroleum Company v. Thompson,* 94 S.W.3d 550 (Tex. 2002) (lease termination case), *Natural Gas Clearinghouse v. Midgard Energy Company,* 113 S.W. 3d 400 (Tex. App.-Amarillo 2003) (multi-million dollar award relating to a gas purchase contract), *Anadarko Petroleum Company v. Krabbe,* 46 S.W. 3d 308 (Tex. App.- Amarillo 2001) (lease termination case) and, *Taylor v. Brigham Oil & Gas L.P.,* 2002 WL 58423 (Tex. App.- Amarillo 2002) (seismic operations/trespass)

## Education & Admissions

Rice University-Jones School of Business: Advanced Management Program
University of Oklahoma: J. D.
Oklahoma State University: B.S. (Guy R. Donnell Scholarship)

State Bar of Texas
Oklahoma Bar Association

## Industry Activities

Member of HLMA- industry group of VP level land professionals from select companies (2016-2019)
OKC ADAM (A&D Group)-Speaker October 23rd, 2018
Legal Committee Member for Oklahoma Mid-Continent Oil and Gas Association
Legal Committee Member for Oklahoma Independent Producer's Association
Oklahoma Mineral Law Section
Oil, Gas and Mineral Law Section of Texas Bar Association
Houston Bar Association Energy and Mineral Law Section

## Other Management and Leadership Experience

Newfield Benefits Plan Committee (selected by NFX Executive leadership)
Newfield Vision Team (selected by NFX Executive leadership)
Past Chairman of the Board to Better Business Bureau of Amarillo

## Civic Activities

USO of Houston: Volunteer-Bush IAH
Volunteer consulting attorney for Patrol Base Abbate (nationwide veteran's organization)

**EXHIBIT F-5**

APP. 1039

VICKI PALMOUR CONSULTING, LLC

**VICKI PALMOUR**
Has 45 years experience as an oil and gas regulatory consultant.  VPC has approximately 100 clients that we currently do work for monthly either for regulatory, accounting or regulatory and accounting needs.
Married
She and her husband own Texas Energy & Equipment LLP, an oil and gas tubular business, importing new pipe as well as buying used casing to drift, test and inspect.

**AMY AMBURN**
Married
Mother of 3 (14 year old and 10 year old twins)
After graduating college worked as a bank auditor before quiting to have children.  Has worked for VPC 2-1/2 years.  Handles approximately 20 WolfePak accounts

**JENNIFER RIGGINS**
Divorced
Mother of 2 boys (1 in college and 1 in high school)
Attended college.  Worked for attorney for 12 years prior to coming to work for VPC.  Has worked for VPC for 4-1/2 years.  Handles all Comptroller filings, some regulatory work and handles WolfePak accounting for a first purchaser of crude oil.

**TAMMY JOBE**
Married
Mother and grandmother
Has 20 years oil and gas experience.  Handles two WolfePak accounts and files all monthly production reports to RRC.
Has worked for VPC for 5-1/2 years.

**TYNA GOBER**
Married
Mother of 4 and grandmother
Has worked in oil industry in some capacity for 20+ years in the Permian Basin (West Texas), including working for some major oil companies.  Handles regulatory filings with RRC and SOS.  Moved from Midland and went to work for VPC in July 2021.

**EXHIBIT F-6**

122686.000002  4870-4960-7551.4



# Madhu Ahuja, CPA, ABV, CVA, CFE

**President**
**Ahuja & Clark, PLLC**
mahuja@ahujaclark.com
(469) 467-4660

Madhu Ahuja is the President and founder of Ahuja & Clark, PLLC and has over 22 years of public accounting, tax and forensic experience. She specializes in complex financial investigations, forensic accounting, business income loss calculations, calculation of economic damages, business valuations and litigation support.

## EDUCATION

Master of Science - Management & Administrative Sciences
*The University of Texas at Dallas, Richardson, Texas*

Post Graduate Diploma in Business Administration, Finance
*Institute of Productivity Management, Kanpur, India*

## CERTIFICATIONS

Certified Public Accountant (CPA), Texas
Accredited in Business Valuation (ABV)
Certified Valuation Analyst (CVA)
Certified Fraud Examiner (CFE)

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Ahuja & Clark, PLLC | 2003 - Present |
| PricewaterhouseCoopers, LLP | 1996 - 2002 |

## SERVICE EXPERTISE

- Tracing and characterization of assets, and Fraud Analysis for Receivership
  - Reconstruction of financial records for Court appointed receivers
  - Tracing and reporting on misappropriation of funds
  - Winners and losers analysis
  - Claims management
  - Fraud analysis
- Ponzi analysis Fraud Analysis for Bankruptcy
  - Court appointed accountant by bankruptcy trustee
  - Solvency analysis
  - Fraudulent conveyance
  - Preference analysis
  - Ponzi analysis
- Business Interruption Calculation Covered by Insurance Policy
  - Engaged by insurance companies, insured's and attorneys to calculate business interruption loss

and extra expense for a covered loss event
- ○ Completed over 100 Business Interruption Claim Calculations and Reports
- ○ Assisted with mediation involving business interruption calculation losses
- ○ Fidelity Claims Loss Calculation Covered by Insurance Policy
- ○ Forensic Accounting Services
- ○ Investigation of fraud allegation
- ○ Monetary loss fraud investigations
- Economic Loss Assessment
  - ○ Economic damage quantification in breach of contract, construction delays and personal injury/death
- Business Valuations
  - ○ Partner buy-outs
  - ○ Medical practices
  - ○ Franchises
  - ○ Minority discount calculation
  - ○ Marital dissolution
  - ○ Gift tax returns & estate taxes
- Advanced Financial Analysis
  - ○ Quality of Earnings
  - ○ Financial Due Diligence
  - ○ Net present value
  - ○ Internal rate of return
  - ○ Financial ratios
  - ○ Cost of capital
  - ○ Discounted cash flow applications
- Audit of Financial Statements
  - ○ Audits of title company for Texas Department of Insurance
  - ○ Audits of nonpublic companies
- Review and Compilation of Financial Statements
  - ○ Preparation of detailed reports, professional presentations, and training
  - ○ Detailed analysis of cash balances and other assets to discover irregularities
  - ○ Understanding of complex financial transactions
- Tax Compliance & Special Reporting
  - ○ Federal compliance, including corporations and foreign entities
  - ○ Multi-state tax
  - ○ State tax apportionment calculations
  - ○ International compliance, including Forms 5471 and IRS amnesty programs
- Tax Research & Planning
  - ○ Corporate reorganizations
  - ○ Multi-state sales & use tax - audit management & support
  - ○ State nexus rules
  - ○ Taxation of shareholders
  - ○ Joint ventures

## PROFESSIONAL MEMBERSHIPS

- Member of American Institute of Certified Public Accountants (AICPA)

- Texas Society of Certified Public Accountants (TSCPA)

- Member of National Association of Certified Valuators and Analysts (NACVA)

- Member of Association of Certified Fraud Examiners (ACFE)

- National Association of Federal Equity Receivers (NAFER)



# Carolyn Bremer, CPA

**Managing Director, Advisory Department**
**Ahuja & Clark, PLLC**
cbremer@ahujaclark.com
(469) 467-4660

Carolyn Bremer is the Managing Director of the Advisory Department at Ahuja & Clark, PLLC. She brings over 23 years of experience in public accounting and forensic accounting. She specializes in fraud investigations, business disputes, data analytics, and compliance consulting. She works with a wide range of clients and industries to include legal counsel, private and public companies, public sector and governmental agencies.

## EDUCATION

Master of Science - Accountancy
*San Diego State University, San Diego, CA*

Bachelor of Arts, English and Business Administration
*Louisiana State University, Baton Rouge, LA*

## CERTIFICATIONS

Certified Public Accountant (CPA), Texas, Virgina

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Ahuja & Clark, PLLC | 2021 - Present |
| Armanino LLP | 2016-2020 |
| Weaver LLP | 2012-2015 |
| MoneyGram | 2012-2012 |
| Deloitte LLP | 2007-2011 |
| Resources Global Professionals | 2005-2007 |
| KPMG LLP | 2002-2005 |
| CNA Financial Corporation | 2000-2002 |
| KPMG LLP | 1998-2000 |

## SERVICE EXPERTISE

- Business Interruption and Income Loss Calculation
  - Calculation of business income loss resulting from a covered business interruption
  - Estimation of projected business income loss for litigation purposes
  - Calculation of spoilage and extra expense coverage resulting from covered damaging events
  - Forensic analysis of client documents and correspondence with insured and insurer
  - Preparation of detailed report summarizing calculations, methodologies, and reasoning
- Fraud Investigation
  - Financial accounting fraud
  - Employee theft
  - Embezzlement
  - Vendor fraud
  - Misappropriation of assets
- Business Disputes
  - Earnout agreements
  - Contract breach

- ○ Buy/Sell disputes
- Forensic Accounting
  - ○ Reconstruction of financial records
  - ○ Tracing of funds
  - ○ Data anomaly detection
  - ○ Claims management
  - ○ Fraud analysis
  - ○ Interviews
  - ○ Email review
- Compliance
  - ○ BSA/AML compliance
  - ○ Transaction monitoring
  - ○ Suspicious activity reporting (SARs)
  - ○ Purchasing compliance
  - ○ Vendor compliance
  - ○ Risk management
  - ○ Internal controls
- Data Analytics
  - ○ Anomaly detection
  - ○ Trend analysis
  - ○ Fund Tracing
  - ○ Reconciliations

## PROFESSIONAL MEMBERSHIPS

- Member of American Institute of Certified Public Accountants (AICPA)

- Texas Society of Certified Public Accountants (TSCPA)

- Member of Association of Certified Fraud Examiners (ACFE)

- Society of Corporate Compliance and Ethics (SCCE)

## REPRESENTATIVE PROJECTS

- **Fraudulent Claims Audits**
  - ○ Performed audits to determine legitimacy of insurance claims for one of the largest U.S. commercial property and casualty insurance companies.
- **Restatement Audit**
  - ○ Managed the restatement audit of a multi-billion telecommunications company emerging from bankruptcy by coordinating the audit plan and monitoring milestones across three separate U.S. locations.
  - ○ Reviewed hundreds of leasing agreements for corresponding proper accounting treatment.
  - ○ Drafted and reviewed hundreds of adjusting entries related to the corresponding fraud.
- **International Investigation**
  - ○ Engaged by manufacturer of semiconductor and computer technology to perform a joint investigation at an international plant location regarding the theft of semiconductor chips and other internal control issues.
- **Bankruptcy Proceedings**
  - ○ Worked with Trustee and SIPC through bankruptcy proceedings of the largest failed investment

bank in U.S. history.

○ Managed the securities claim process, which resulted in a total customer reimbursement of billions of dollars and all securities customer claims being 100 percent fulfilled.

● **Expense Validation for Deepwater Horizon Oil Spill**

○ Analyzed data anomalies to assist in the validation of claims and to target recoveries related to a multi-billion-dollar oil spill.

○ Defined informational requirements for development of a reporting structure for various internal and external parties in the wake of the incident.

● **Vendor Contract Review**

○ Identified conflict of interest in the contract negotiation of a vendor contract for a large telecommunications company, and lack of proper monitoring on behalf of the vendor.

○ Resulted in recommendation to renegotiate the contract and a future cost savings of several million dollars.

● **Financial Services Compliance**

○ Managed a team of twenty-two analysts monitoring daily transactional data for identification of patterns/trends of suspicious activity as it relates to risks associated with BSA violations, to include money laundering, fraud, terrorist financing, and global sanctions lists.

○ Redefined rules utilized to target suspicious transactional activity resulting in increased effectiveness in SAR reporting

● **School District Investigation of Tutor Program Vendors**

○ Investigated several vendors providing tutoring services under the SES program for a Texas school district. Uncovered falsified documentation supporting fraudulent claims for services never provided. Resulted in vendor terminations, recovery of funds and guilty plea from two former tutoring company owners in federal court.

● **Investigation of School District Bond Program**

○ Performed a forensic audit of a $388 million bond construction program for a Texas school district which included a review of over five years of construction project records and over 70 interviews with school administrators, finance personnel, and construction project managers.

○ Coordinated with both the FBI and the District Attorney's office.

● **Construction Fraud and Employee Theft**

○ Conducted a dual investigation for an investment firm around the construction of several elderly care facilities and a $500,000 internal employee fraud.

○ Reviewed bank statements, credit card statements, and fraudulent reconciliations related to the employee fraud resulting in coordination with postal inspectors and recommendation for recovery of funds.

○ Reviewed invoice support and construction progress reports related to the elderly care facilities which resulted in litigation with the General Contractor.

● **Oil & Gas Vendor Fraud**

○ Investigated the vendor expenses related to a large pipeline project.

- ○ Uncovered expenses for several ghost vendor employees and other falsified expens resulted in a $2 million recovery.
- **Earnout Dispute**
  - ○ Performed analysis and provided support for an earnout dispute related to the sale of a family owned appliance supply business resulting in a $1.3 million-dollar payout to the seller.
- **Investigation into School District Purchasing**
  - ○ Provided forensic investigation services related to allegations of improper purchases by a Texas school district.
  - ○ Resulted in over 40 investigative interviews, analysis of hundreds of documents, and review of hundreds of emails with a final report to the School Board.
- **Non-Profit Employee Embezzlement**
  - ○ Conducted an investigation into employee embezzlement at a nonprofit organization occurring over a 10-year period and resulting in over $700k in losses.
  - ○ Assisted the organization with filing an insurance claim to recover losses and filed report with the local District Attorney's office.



# Stacey Huser

**Manager, Accounting Department**
**Ahuja & Clark, PLLC**
shuser@ahujaclark.com
(469) 467-4660

Stacey Huser is the Manager of the Accounting department for Ahuja & Clark, PLLC, overseeing the forensic, audit, and general accounting areas of the practice. Stacey's background includes over 20 years of accounting experience in both public & private accounting. She assists with reviewing financial statements, asset tracing, and analysis of complex financial transactions.

## EDUCATION

Bachelor of Science - Accounting
*Oklahoma State University, Stillwater, OK*

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Ahuja & Clark, PLLC | 2016–Present |
| Aly Centrifuge, Inc. | 2014-2016 |
| Quest Events, LLC | 2012-2014 |
| Ahuja & Clark, PLLC | 2007-2012 |
| Ritchie Bros. Auctioneers (America) Inc. | 2002-2005 |
| MCS | 1998-2001 |

## SERVICE EXPERTISE

- Forensic Accounting Services
  - Tracing and characterization of assets
  - Investigation of fraud allegation
  - Monetary loss fraud investigations
  - Discovery and reporting of misappropriation of funds
- Economic Loss Assessment
  - Economic damage of business interruption
  - Business Interruption Calculation Covered by Insurance Policy
- Audit of Financial Statements
  - Audits of title company for Texas Department of Insurance
  - Audits of nonpublic companies
- Review and Compilation of Financial Statements
  - Preparation of detailed reports, professional presentations, and training
  - Detailed analysis of cash balances and other assets to discover irregularities
  - Understanding of complex financial transactions
- Tax Compliance & Special Reporting
  - Multi-state tax
  - State tax apportionment calculations
- Tax Research
  - Multi-state sales & use tax
  - State nexus rules
- Audit Management & Support
  - Information document requests

- o Drafting of responses to states
- o Research of tax issues
- Advanced Financial Analysis
  - o Net present value
  - o Internal rate of return
  - o Financial ratios
  - o Cost of capital
  - o Discounted cash flow applications
- Accounting
  - o Intercompany consolidations
  - o Payroll processing and reconciliations
  - o Budgeting and variance analysis
  - o Software implementation
  - o Acquisition integrations

## PROFESSIONAL MEMBERSHIPS/POSITIONS

Member of Association of Certified Fraud Examiners (ACFE)

*Ahuja & Clark, PLLC | 2901 N. Dallas Parkway | Suite 320 | Plano, TX 75093 | (469) 467-4660 | www.ahujaclark.com*     **2**

**APP. 1049**



# Ahuja & Clark, PLLC
## Certified Public Accountants
Tax & Accounting • Business Valuation • Business Interruption • Forensic Accounting

**Ahuja & Clark Staff Supporting Fee Application**

**Dr. Anthony Cecil**

Tony will serve as forensic support staff for this engagement. He specializes in complex financial investigations, forensic accounting, financial analysis, compliance consulting, and litigation support. He works with a wide range of clients and industries to include legal counsel, private and public companies and governmental agencies. He also teaches graduate courses in Forensic Accounting, Financial Investigations and Fraud Auditing.

**Dawn Peterson**

Dawn will serve as administrative support for this engagement.  She has experience in managing projects in a wide variety of industries and has been at A&C for more than 2 years.

**Divya Shetty**

Divya will serve as accounting and tax support staff for this engagement.  She specializes in accounting and auditing and has done so exclusively for 8 years.  As noted above, Divya is a Certified Public Accountant.

**Jeanne-Marie Blevins**

Jeanne-Marie will serve as forensic support staff for this engagement. Jeanne-Marie is highly skilled in data analytics, is extremely detail-oriented and has 10 years of accounting experience. Jeanne-Marie has supported multiple other forensic projects.

**Linu Dayaran Kandy**

Linu will serve as tax support for this engagement.  She is a Senior Staff Accountant at Ahuja & Clark, PLLC and has over 7 years of experience in Tax Compliance.

**EXHIBIT F-7**

**Daniel McElhinney**

As Managing Director, Daniel McElhinney brings more than 20 years of corporate restructuring expertise, operational insight and case-management know-how to his role. While an attorney at Willkie Farr & Gallagher LLP, his representative experience in complex restructuring matters include Converse, Inc., Maxxim Medical Group, Inc., and Classic Communications, Inc. Building on his subject-matter expertise, Dan was the co-founder of the market's leading firm specializing in analyzing, pursuing, and defending preference actions. Previously Dan was a law clerk to the Honorable Arthur J. Gonzalez, former Chief Bankruptcy Judge in the Southern District of New York.

**Robert Saraceni**

With over forty years of diverse accounting and financial-restructuring experience, Robert Saraceni brings considerable knowledge to his role of Director of Operations. As an integral part of Stretto's Recovery Services Team, he assists clients in navigating complex engagements to maximize recoveries. Bob's focus is on overseeing data gathering, due diligence, defense analysis, and support required to pursue or defend preference actions. Drawing on decades of claims-administration operations expertise, Bob has been involved in numerous high-profile cases, including Lehman Brothers Holdings, Inc., Puerto Rico Electric Power Authority (PREPA), Delta Air Lines, Inc., Enron Corporation, and WorldCom. Prior to joining Stretto, Bob served as Managing Director at Acumen Recovery Services LLC, and Director of Claims Administration at Jamesway Corporation, Petrie Retail, and Joan & David.

**Kevin Wasserman**

Kevin Wasserman is a skilled associate specializing in managing all aspects of administrative operations in matters pertaining to preference analysis, recovery, and defense. Before joining Stretto, Kevin worked at Acumen Recovery Services, LLC, the predecessor firm to Stretto's Recovery Services Group. There he assisted on several notable preference recovery and defense matters, including Sears Holdings Corporation, High Ridge Brands, Inc., and Charming Charlie, LLC., where he managed the administrative operations.

**Daniel Ramirez**

Daniel Ramirez is a dedicated associate with over 5 years of corporate restructuring experience. His problem-solving approach and operational experience greatly contribute to his effectiveness. Previously, Daniel worked on several notable preference recovery and defense matters while at Acumen Recovery Services, LLC, the predecessor to Stretto's Recovery Services group, including Sears Holdings Corporation, High Ridge Brands, Inc., and Charming Charlie, LLC.

**Sheryl Betance**

In her role as Senior Managing Director, Sheryl keeps Stretto's Corporate-Restructuring Teams focused on claims and noticing operations and consultative services. With over 20 years of significant industry experience, she understands the right combination of internal resources is crucial to seamless case-management and has a deft approach when making case assignments. She is hands-on with professional development, offering one-on-one training and collaborating with her team members to develop and implement standard procedures that maximize efficiency. Sheryl is respected by her colleagues as an industry veteran and expert on designing streamlined infrastructure to ensure the highest levels of department productivity. She is an active member of ABI and IWIRC.

**Alexa Westmoreland**

In her role as Director, Alexa oversees the day-to-day logistics of case management. Particularly adept at pre-filing preparation, Schedules/SOFA, and solicitation, Alexa is knowledgeable on the technical, start-to-finish aspects of claims administration. Clients value Alexa's unwavering responsiveness and ability to offer onsite assistance whenever needed to ensure there is minimal disruption to their business operations. Alexa develops training materials and conducts educational sessions on effective case management to ensure a consistent approach. She also serves as a leader and mentor to the more junior members of the team, offering practical assistance and guidance to further their professional development.

**Melissa Membrino**

In her role as Director of Operations, Melissa oversees the administrative-operations and legal-noticing teams supporting Stretto's Chapter 11 and Chapter 7 business solutions. She brings over 15 years of subject-matter expertise with a particular focus on workflow efficiency, corporate-change initiatives, and project management. Working with clients across various sectors, Melissa leverages her extensive bankruptcy-industry experience to identify and implement process efficiencies so busy turnaround professionals can focus on more substantive case issues. Junior colleagues rely on her hands-on leadership and deft approach to professional development. While directing a skilled team of full-service operators, Melissa also manages third-party provider and vendor relationships, cultivating Stretto's robust network of industry partnerships.

**Pauline Aragon**

In her role as Intake Specialist in Operations, Pauline is responsible for providing administrative support services including scanning and inputting data for ballots, claims, returned mail and any other documentation.

**David Bribiesca**

In his role as Print Production Associate in Production, David is responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information.

**Alberto Chacaqua**

In his role as Print Production Associate in Production, Alberto is responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information.

**Jacob Ingram**

In his role as Print Production Associate in Production, Jacob is responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information.

**Aimee Marshall**

In her Role as Quality Assurance Associate in Production, Aimee Jis responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information.

**Stephanie Morales**

In her role as Intake Specialist in Operations, Stephanie is responsible for providing administrative support services including scanning and inputting data for ballots, claims, returned mail and any other documentation.

**Ricky Quang**

In his role as Print Production Associate in Production, Ricky is responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information.

**Naomi Rodriguez**

In her role as Print Production Associate in Production, Naomi is responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information.

**Antonio Rubio**

In his role as Print Production Associate in Production, Antonio is responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information.

**Charles Wheeler**

In his role as Senior Production Associate, Charles is responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information.

**Jessie De Guzman**

In her role as Associate, Jessie De Guzman is responsible for responding to calls and email inquiries regarding general information about the case, which includes providing information resources, representing Stretto as the claims and noticing agent.

**IT Staff**

IT Staff responsibilities are the development, implementation and maintenance of the secure, custom online claims portal.

**Jason Dombar**

Jason Dombar is a Senior Associate in Corporate Restructuring. In his role, Jason responds to creditor inquiries, reviews mailings and affidavits of service, assists with SOFA and Schedule preparation, updates the claims register, reviews and updates the website and reviews the docket and all new documents filed.

**Jose Cruz**

In his role as Print Production Associate in Production, Jose is responsible for managing and maintaining production printers and inserters to produce quality mail pieces meeting all client requirements, postal regulations, and Stretto standards protecting the integrity of all confidential information

**Keny Contreras**

In her role as Intake Specialist in Operations, Keny is responsible for providing administrative support services including scanning and inputting data for ballots, claims, returned mail and documentation

**Laura Tondreault**

In her role as Intake Specialist in Operations, Laura is responsible for providing administrative support services including scanning and inputting data for ballots, claims, returned mail and any other documentation

APP. 1055

**Lindsay Litt**

In her role as Intake Specialist in Operations, Lindsay is responsible for providing administrative support services including scanning and inputting data for ballots, claims, returned mail and any other documentation

**Luz Gonzalez**

In her role as Intake Specialist in Operations, Luz is responsible for providing administrative support services including scanning and inputting data for ballots, claims, returned mail and any other documentation

**Monica Arellano**

Moneca Arellano is an Intake Specialist in Operations responsible for reviewing and updating changes of address and coordinating forwarding of various mailings per USPS forwarding instructions

**Nancy Mam**

In her role as Associate in Production Nancy 's responsibilities including generating mailings, updating addresses per USPS forwarding instructions, and sorting and managing incoming mail

**Staphany Alcantar**

Stephany Alcantar is an Intake Specialist in Operations responsible for review and input of incoming claims, processing, scanning and uploading claims to the case management system

**Stephanie Delgado**

Stephanie Delgado is Assistant Operations Manager in Operations responsible for overseeing claims intake and input, correspondence review and filing, review and processing of undeliverable mail and processing address changes.

# EXHIBIT E-3

APP. 1057

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-01310-O |
| THE HEARTLAND GROUP VENTURES, LLC, *et al.*, | § § § | |
| Defendants. | § § | |

## <u>ORDER</u>

Before the Court is Receiver's Fee Application for Services Performed Between October 1, 2023 and December 31, 2023, and Brief in Support ("Application"). ECF No. 453. The Application requests approval and authorization of fees and expenses incurred by Deborah D. Williamson, as Receiver; Dykema Gossett PLLC ("Dykema"); the Law Offices of Romero | Kozub ("Romero"); Law Practice of Darrell R. Jones, PLLC ("Jones"); Ahuja & Clark, PLLC ("Ahuja"); Vicki Palmour Consulting, LLC ("Palmour"); and Bankruptcy Management Solutions Inc. d/b/a Stretto ("Stretto") between October 1, 2023 and December 31, 2023 (the "Application Period").

The Court conducted a telephonic hearing on March 19, 2024 to consider the Application. After reviewing the Application, the arguments of counsel at the hearing, and applicable legal authorities, the Court **GRANTS** the Application. Upon consideration of the Application, the Court finds: (i) it has subject matter jurisdiction over the Application; (ii) it has personal jurisdiction over the Receivership Parties; (iii) the Receiver, Dykema, Romero, Jones, Ahuja, Palmour, and Stretto have provided reasonable services at reasonable rates that have benefitted the Receivership Estates during the Application Period; (iv) the relief requested in the Application is in the best interests of the Receivership Estates and all parties-in-interest; (v) proper and adequate notice of the

Application has been given and no other or further notice is necessary; and (vi) the deadline for filing objections to the Application has expired, and no objection to the Application was filed with this Court. Accordingly, it is **ORDERED** that:

1.  The Application is **APPROVED** to the extent set forth in this order.

2.  The Receiver's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of $77,962.50.

3.  Dykema's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of $225,718.65.

4.  Romero's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of $680.00.

5.  Jones's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of $9,945.50.

6.  Palmour's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of $6,025.00.

7.  Ahuja's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of $80,806.50.

8.  Stretto's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of $102,398.25.

9.  Dykema's expenses incurred during the Application Period in connection with services rendered on behalf of the Receiver are approved on an interim basis and allowed in the amount of $8,673.20.

APP. 1059

10.     Ahuja's expenses incurred during the Application Period in connection with services rendered on behalf of the Receiver are approved on an interim basis and allowed in the amount of $15.00.

11.     Stretto's expenses incurred during the Application Period in connection with services rendered on behalf of the Receiver are approved on an interim basis and allowed in the amount of $7,718.54.

12.     The Receiver is hereby authorized to pay all outstanding fee and expense amounts approved in this order for the Application Period to Dykema (inclusive of the Receiver), Romero, Jones, Ahuja, Palmour, and Stretto from the available funds of the Receivership Estates.

It is so **ORDERED** on March 20, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE

APP. 1060

# EXHIBIT F

# EXHIBIT F-1

APP. 1062

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SECURITIES AND EXCHANGE COMMISSION,   §
        §   Civil Action No. 5:22-cv-114-C
V.              §
        §
BORON CAPITAL, LLC, et al.      §

## RECEIVER'S FOURTH INTERIM FEE APPLICATION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

      Receiver Albert C. Black III ("Receiver") submits this Fourth Interim Fee Application, respectfully stating:

### Amount Sought

      1.    This Application seeks the Court's approval of the fees and expenses incurred during the period of April 1, 2023 through June 30, 2023.

      2.    During this period, the Receiver, his accountants, other administrative personnel and his counsel have incurred fees and expenses totaling $51,548.02.

### Services Provided

      3.    In summary, the work during the second quarter of 2023 pertained to addressing certain litigation against a receivership defendant, addressing a suit by a receivership defendant, continuing to make reports and addressing administrative matters, working through disputes as to the marketing of the Fairwood property, working on the implementation of the distribution plan order as to the Dallas Oasis, managing the Dallas Oasis, providing accounting support, and interacting regularly with the Defendants and the Plaintiff.

      4.    For further detail, the Receiver has provided in an accompanying appendix invoices for the professional services rendered that detail the work done, the time spent, the rates,

APP. 1063

and the amount charged.  The Receiver incorporates these invoices by reference.  The invoices are summarized as follows:

| Firm | Month | Amount |
|---|---|---|
| Receiver (New Horizons) | April | 2,520.00 |
| Receiver (New Horizons) | May | 2,412.00 |
| Receiver (New Horizons) | June | 3,546.00 |
| New Horizons | April | 8,670.66 |
| New Horizons | May | 13,772.16 |
| New Horizons | June | 7,310.80 |
| Munsch Hardt | April | 1,610.00 |
| Munsch Hardt | May | 8,406.40 |
| Munsch Hardt | June | 3,300.00 |
| | | 51,548.02 |

### Application of Johnson Factors

5.      The primary concern in regard to professional fees is that the fee awarded be reasonable. *Blum v. Stenson,* 465 U.S. 886, 893 (1984).  In this Circuit, the applicable test is set forth in *Johnson v. Georgia Hwy. Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).  Under that test, a court must first determine the loadstar amount by multiplying the reasonable number of hours billed by a reasonable billing rate. That amount can then be adjusted by various factors.

6.      The following reviews this Application with regard to each of the *Johnson* factors:

(a)      <u>The time and labor required</u>. The time and labor required are set forth in detail in the statements contained in the accompanying appendix.

(b)      <u>The novelty and difficulty of the questions</u>.  The questions addressed by the professionals herein are common to enforcement receiverships generally, but they are not easy issues to assess, and the level of difficulty of the issues was such that many of them required the attention of a more senior professional.

(c)    <u>The requisite skill to perform the service</u>.  The Receiver believes that the services performed in this case have required individuals possessing considerable experience in business transactions, investment fraud, litigation, equity receiverships and liquidations. The Receiver, his counsel, his accountants and support staff have considerable experience in these areas.

(d)    <u>The preclusion of other employment due to the acceptance of the case</u>. The Receiver and his professionals have not declined any representation solely because of their services as Receiver and counsel for the Receiver.

(e)    <u>The customary fee</u>. The hourly rates sought herein are at least commensurate with the rates charged by other practitioners of similar experience levels in the Northern District of Texas and in the case of the Receiver and his professionals.  Both the Receiver and his counsel have discounted their standard rates by ten percent, and have agreed to cap this first request.

(f)    <u>Whether the fee is fixed or contingent</u>. The Receiver and his professionals' fees are fixed insofar as monies exist by way of receivership assets from which to pay such fees. Payment of such fees, however, is subject to Court approval, and is contingent upon the availability of receivership assets.

(g)    <u>Time limitations imposed by the Client or other circumstances</u>. The time requirements during the period covered by this Application have been substantial, although they have decreased from the emergent nature of the first few weeks of the receivership.

(h)    <u>The amount involved and the results obtained</u>.  The amount involved in this case can be measured in a number of ways.  First, this case involves invested funds of approximately $27 million.  Second, the remaining assets have a presently estimated market value of approximately $10 million, and a consensual distribution plan has been presented that

addresses the unique circumstances of this case and maximizes the return to investors with full disclosure to investors.

(i)     <u>The experience, reputation and ability of the attorneys</u>.  Munsch Hardt is a broad-based commercial firm with substantial experience in the handling of matters generally related to civil trial law, dispute resolution, bankruptcy and general workout matters. The practice of the attorneys specifically in this case regularly includes the representation of investors and other persons involved in business transactions in which the investors or other parties are victims or aggrieved in some fashion.  The Receiver and his counsel have also served as receivers or participated in other receiverships. The reputations of the Receiver and his counsel are recognized and respected in their community and area of practice.

(j)     <u>The undesirability of the case</u>.   The service as Receiver and the representation of the Receiver incident to this case has not been undesirable.

(k)     <u>The nature and length of the professional relationship with the client</u>. This is not a factor with regard to this engagement.

(l)     <u>Award in similar cases</u>.  The Receiver submits that the fees requested in this case are commensurate with awards approved in comparable cases in this district.

## **Certification**

The undersigned hereby certifies that the fees and expenses incurred herein and reflected on this Application were incurred in the best interests of the Receivership Estate; and (with the exception of the Billing Instructions agreed to with the Commission) the Receiver has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation to be paid or to be paid from the Receivership Estate, or any sharing thereof.  Additionally, as required by the Billing Instructions, the undersigned hereby additionally certifies that he has read this Application, that to the best of his knowledge,

information and belief formed after a reasonable inquiry, the Application and all fees and expenses herein are true and accurate and comply with the Billing Instructions, that all fees contained in the Application are based on the rates listed in the Applicant's original fee schedule and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed, that he has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent such may exist in the permitted allowable amounts set forth in the Billing Instructions with regard to photocopies), and in seeking reimbursement for a service which was justifiably purchased or contracted for a professional from a third party, he requests reimbursement only for the amount billed by and paid to the vendor and he is not making a profit on any reimbursable services provided by him.

### Conclusion

WHEREFORE, PREMISES CONSIDERED, the Receiver requests that this Court approve the fees and expenses as set forth herein and approve payment in the amount requested.

Respectfully submitted,

*/s/ Dennis Roossien*
Dennis L. Roossien, Jr.
Tex. Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
(214) 740-5108
(214) 855-7584 (facsimile)

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that the required 30-day notice has been given to the Securities and Exchange Commission, and Defendants' counsel, despite inquiry, has not stated a position on this motion.

/s/ Dennis Roossien
Dennis Roossien

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 30, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Dennis Roossien
Dennis Roossien

APP. 1068

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SECURITIES AND EXCHANGE COMMISSION, §
§
V. § Civil Action No. 5:22-cv-114-C
§
BORON CAPITAL, LLC, et al. §

## ORDER ON FOURTH INTERIM FEE APPLICATION

BEFORE THE COURT is the Receiver's Fourth Interim Fee Application, and the Court, finding the motion well-taken based upon the grounds stated and the evidence submitted, grants the motion. The Receiver is hereby authorized to pay $51,548.02 to himself and his professionals according to the table provided in the application, as compensation for services rendered during the period April 1, 2023 through June 30, 2023.

SO ORDERED.

Signed this __day of _____, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

# EXHIBIT F-2

APP. 1070

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § | |
| | § | Civil Action No. 5:22-cv-114-C |
| V. | § | |
| | § | |
| BORON CAPITAL, LLC, et al. | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S FOURTH INTERIM FEE APPLICATION**

Respectfully submitted,

*/s/ Dennis Roossien*
Dennis L. Roossien, Jr.
Tex. Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
(214) 740-5108
(214) 855-7584 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sends a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Dennis Roossien*
Dennis Roossien

# NEW H RIZONS
## ASSET MANAGEMENT SERVICES

---

*For Professional Services through April 2023*

Total Professional Fees        $2,520.00

Total Fees, Expenses and Charges        $0.00

**Total Invoice Balance Due**        **$2,520.00**

**APP. 1072**

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

April 30, 2023

Invoice submitted to:                                             Invoice No: 007
Securities and Exchange Commission v. Boron Capital, LLC,
BC Holdings 2017, LLC, United BNB Fund 2018, LLC, and Blake Robert Templeton
Civil Action No. 5-22-cv-114-C

In reference to:  BILLING FOR THE MONTH OF April 30, 2023

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| 4/3/23 | TB | Cash management meeting to discuss depleting cash balance | 1.3 | $468.00 |
| 4/6/23 | TB | Paid payroll and reviewed cash balances | 0.50 | $180.00 |
| 4/7/23 | TB | Weekly internal meeting to receive update of boron operation | 0.30 | $108.00 |
| 4/11/23 | TB | Visited with finance/accounting personnel regarding payroll acct and Dallas Oasis activity | 0.75 | $270.00 |
| 4/13/23 | TB | Reviewed information regarding insurance litigation | 0.70 | $252.00 |
| 4/14/23 | TB | Weekly internal meeting to receive update of Boron operation | 0.40 | $144.00 |
| 4/17/23 | TB | Weekly internal meeting to receive update of Boron operation | 0.60 | $216.00 |
| 4/18/23 | TB | Cash management meeting to discuss depleting cash balance | 0.55 | $198.00 |
| 4/20/23 | TB | Processed payroll for Boron entities | 0.15 | $54.00 |
| 4/21/23 | TB | Reviewed and signed checks for Boron and related entities | 0.30 | $108.00 |
| 4/24/23 | TB | Discussed minor Fairwood property make ready updated | 0.25 | $90.00 |
| 4/28/23 | TB | Weekly internal meeting to receive update of Boron operation | 1.20 | $432.00 |

***Total Time and Rate of $360 p/h for Receiver, Tré Black***     ***7.00***     ***$2,520.00***

APP. 1073

# NEW H⬤RIZONS
## ASSET MANAGEMENT SERVICES

---

*For Professional Services through May 31, 2023*

Total Professional Fees                                  $2,412.00

Total Fees, Expenses and Charges                     $0.00

**Total Invoice Balance Due**                            **$2,412.00**

**APP. 1074**

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

May 31, 2023

Invoice submitted to:                                                                                    Invoice No: 008
Securities and Exchange Commission v. Boron Capital, LLC,
BC Holdings 2017, LLC, United BNB Fund 2018, LLC, and Blake Robert Templeton
Civil Action No. 5-22-cv-114-C

In reference to:  BILLING FOR THE MONTH OF May 31, 2023

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| 5/1/23 | TB | Call with Ahuja & Clark regarding tax matters | 1.40 | $504.00 |
| 5/2/23 | TB | Cash management meeting to discuss depleting cash balance | 0.25 | $90.00 |
| 5/3/23 | TB | Visited with finance/accounting personnel regarding payroll acct and Dallas Oasis activity | 0.30 | $108.00 |
| 5/4/23 | TB | Reviewed and signed checks for Boron | 0.10 | $36.00 |
| 5/5/23 | TB | Weekly internal meeting to receive update of Boron operation | 1.50 | $540.00 |
| 5/8/23 | TB | Discussed distribution plan execution timeline | 1.20 | $432.00 |
| 5/9/23 | TB | Call with Ahuja & Clark regarding tax matters | 0.70 | $252.00 |
| 5/10/23 | TB | Discussed listing of Fairwood and the staging of property | 1.10 | $396.00 |
| 5/12/23 | TB | Reviewed and signed checks for Boron | 0.15 | $54.00 |
| | | ***Total Time and Rate of $360 p/h for Receiver, Tré Black*** | **6.70** | **$2,412.00** |

APP. 1075

# NEW H RIZONS
## ASSET MANAGEMENT SERVICES

---

*For Professional Services through June - July 15, 2023*

Total Professional Fees                                      $3,546.00

Total Fees, Expenses and Charges                                $0.00

**Total Invoice Balance Due**                           **$3,546.00**

**APP. 1076**

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

June 30, 2023

Invoice submitted to:                                                                    Invoice No: 009
Securities and Exchange Commission v. Boron Capital, LLC,
BC Holdings 2017, LLC, United BNB Fund 2018, LLC, and Blake Robert Templeton
Civil Action No. 5-22-cv-114-C

In reference to:  BILLING FOR THE MONTH OF June and July 15, 2023

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| 5/31/23 | TB | Cash management meeting to discuss depleting cash balance | 0.45 | $162.00 |
| 6/2/23 | TB | Reviewed and signed checks for Boron | 0.30 | $108.00 |
| 6/7/23 | TB | Cash management meeting to discuss depleting cash balance | 0.20 | $72.00 |
| 6/9/23 | TB | Reviewed Boron payables regarding wedding venue and ranch | 1.50 | $540.00 |
| 6/13/23 | TB | Visited with Linda regarding remaining Fairwood matters, including GC fee | 1.30 | $468.00 |
| 6/19/23 | TB | Prepared key items for receives report | 0.55 | $198.00 |
| 6/27/23 | TB | Discussed insurance mediation matter and next steps | 0.75 | $270.00 |
| 6/28/23 | TB | Cash management meeting to discuss depleting cash balance | 0.30 | $108.00 |
| 6/30/23 | TB | Reviewed and signed checks for Boron | 0.10 | $36.00 |
| 7/5/23 | TB | Visited with Linda regarding Fairwood property | 1.15 | $414.00 |
| 7/6/23 | TB | Cash management meeting to discuss depleting cash balance | 0.80 | $288.00 |
| 7/7/23 | TB | Reviewed and signed checks for Boron | 0.50 | $180.00 |
| 7/11/23 | TB | Discussed Fairwood appraisals | 0.65 | $234.00 |
| 7/12/23 | TB | Cash management meeting to discuss depleting cash balance | 1.20 | $432.00 |
| 7/14/23 | TB | Reviewed and signed checks for Boron | 0.10 | $36.00 |

*Total Time and Rate of $360 p/h for Receiver, Tré Black*    **9.85**    **3,546.00**

**APP. 1077**

# NEW H RIZONS

### ASSET MANAGEMENT SERVICES

---

*For Professional Services through April 30, 2023*

| | |
|---|---|
| **Total Professional Fees** | **$8,381.45** |
| • Lorene Smith | $402.50 |
| • Scott Sessions | $69.00 |
| • Kenneth Weithers | $1,840.00 |
| • Georgie Cornelius | $1,902.45 |
| • LaToya Ellzey | $577.50 |
| • Robert Novak | $3,330.00 |
| • Stephanie Bartlett | $260.00 |
| | |
| **Total Fees, Expenses and Charges** | **$289.21** |
| • Postage | |
|     ○ UPS Delivery | $85.21 |
|     ○ UPS Store totals | $193.80 |
|     ○ USPS Weekly Mail | $10.20 |

**Total Invoice Balance Due**      **$8,670.66**

**APP. 1078**

# NEW HORIZONS
### ASSET MANAGEMENT SERVICES

April 30, 2023

Invoice submitted to:                                                      Invoice No: 011
Mr. Tré Black. Receiver

In reference to:        Securities and Exchange Commission v. Boron Capital, LLC, BC Holdings
2017, LLC, United BNB Fund 2018, LLC, and Blake Robert Templeton
Civil Action No. 5-22-cv-114-C
BILLING FOR THE MONTH OF APRIL 2023

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Case Administration* | | | | |
| 4/7/23 | LS | Process bi-weekly payroll.  Pay date: 4/7/2023 | 0.75 | $172.50 |
| 4/21/23 | LS | Process bi-weekly payroll.  Pay date: 4/21/2023 | 0.50 | $115.00 |
| 4/28/23 | LS | Weekly meeting with Tre Black, Blake Templeton, Zach Morrow and to discuss personnel and HR matters | 0.50 | $115.00 |

**Timekeeper Summary and Rate**
**Lorene Smith, Executive, HR / Compliance – Rate: $230**      **1.75**      **$402.50**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Case Administration* | | | | |
| 4/11/23 | SS | Participate in conference call with Ahuja & Clark re: preparation of 3/31/23 financial reports of Midland Corporate Ranch | 0.30 | $69.00 |

**Timekeeper Summary and Rate**
**Scott Sessions, Executive, HR / Compliance – Rate: $230**      **0.30**      **$69.00**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Accounting / Auditing* | | | | |
| 4/3 – 4/10 | KW | Meetings with receiver to discuss accounting status, recordkeeping; meetings with staff, Robert and Stephanie on documentation/bookkeeping and statements | 1.50 | $345.00 |
| 4/11/23 | KW | Began researching and compiling Interim Cash Report for all entities as of 04/10 | 1.25 | $287.50 |

APP. 1079

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| 4/13/23 | KW | E-mails and telephones conversations with Blake, including Marsha on transferring funds from various accts | 0.50 | $115.00 |
|---|---|---|---|---|
| 4/20/23 | KW | Communications with Truist Bank Concerning Paycor's reverse wire for Dallas Oasis and Boron Capital payrolls | 0.50 | $115.00 |
| | | Updated Excel file with most recent Truist Bank transaction data for all entities and e-mailed to all parties | 0.50 | $115.00 |
| | | Handled and resolved payroll funding problem to Paycor when reverse wire from 04/21 Truist did not go thru. Did a manual transfer and employees were paid late Friday. | 2.50 | $575.00 |
| 4/25/23 | KW | Teleconference call with Marsha and Stacey on update of (1) transaction of accounting roles and (2) status of 03/31/2023 financial statements | 0.25 | $57.50 |
| 4/26/23 | KW | Responded and researched on various e-mails and messages on bank transactions | 0.50 | $115.00 |
| 4/28/23 | KW | Updated, corrected, and issued Excel file containing Truist Bank transactions for all entities | 0.50 | $115.00 |

**Timekeeper Summary and Rate**
**Kenneth Weithers, Controller – Rate: $230**   **8.00**   **$1,840.00**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| *Business Operations* | | | | |
| 4/3/23 | GLC | Email with Blake Templeton RE: reimbursement for Dallas Oasis marketing | 0.10 | $16.50 |
| 4/4/23 | GLC | Email with accounting team and Blake Templeton RE: reimbursement for Dallas Oasis Marketing | 0.10 | $16.50 |
| 4/5/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.50 | $82.50 |
| | | Weekly conference call with Linda Barckow RE: Fairwood property, final repairs, clean up and matters of concern to share with Receiver | 0.50 | $82.50 |
| | | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.75 | $123.75 |
| 4/13/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.50 | $82.50 |
| | | Weekly discussion with UPS store manager, Dakota Beaudoin regarding mail forwarding to Dallas | 0.10 | $16.50 |
| | | Weekly conference call with Linda Barckow RE: Fairwood property, final repairs, clean up and matters of concern to share with Receiver | 0.30 | $49.50 |

# NEW HORIZONS

## ASSET MANAGEMENT SERVICES

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.50 | $82.50 |
| 4/14/23 | GLC | Email correspondence with Blake Templeton RE: Weekly meeting with OTSL Support team and Receiver | 0.10 | $16.50 |
| 4/17/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.50 | $82.50 |
| | | Weekly discussion with UPS store manager, Dakota Beaudoin regarding mail forwarding to Dallas | 0.10 | $16.50 |
| 4/19/23 | GLC | Weekly conference call with Linda Barckow RE: Fairwood property and matters of concern to share with Receiver; repairs at Midland Corporate Ranch and wrapping up at Fairwood | 1.25 | $206.25 |
| | | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.50 | $82.50 |
| | | Email with Linda Barckow and Lorene Smith RE: Ms. Barckow's payroll not being deposited into her account | 0.50 | $82.50 |
| 4/20/23 | GLC | Email with Dennis Roossien and Lisa Garrett RE: 3rd Interim Receiver's report | 0.20 | $33.00 |
| 4/24/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.50 | $82.50 |
| | | Weekly discussion with UPS store manager, Dakota Beaudoin regarding mail forwarding to Dallas | 0.10 | $16.50 |
| 4/26/23 | GLC | Weekly check-in via email with Linda Barckow RE: Fairwood property and matters of concern to share with Receiver. | 1.50 | $247.50 |
| | | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.50 | $82.50 |
| 4/28/23 | GLC | Conference with Receiver, Blake Templeton, and Zach Morrow to discuss outstanding administrative issues | 0.18 | |

### *Case Administration*
| | | | | |
|---|---|---|---|---|
| 5/1/23 | GLC | Prepared Receiver, Tré Black's invoice and expenses for the month of April 2023 | 0.75 | $123.75 |
| | | OTSL Support Services reports to the Receiver and made corrections for March | 0.50 | $82.50 |
| | | Completed April 2023 billing for OTSL Support Services Team | 1.00 | $165.00 |

### *Timekeeper Summary and Rate*
**Georgie Cornelius, Director Admin. Services – Rate: $165**   **11.53**   **$1,902.45**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|

*Asset Analysis*

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| 4/4/23 | LE | Researched investor files in order to locate specific investors per the Receiver's request | 2.00 | $330.00 |
| 4/5/23 | LE | Continued to research investor files | 1.50 | $247.50 |

**Timekeeper Summary and Rate**
**LaToya Ellzey, Support Services Manager – Rate: $165**  **3.50**  **$577.50**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Business Operations* | | | | |
| 4/11/23 | SB | Verified receipts of funds for Dallas Oasis for commission purposes | 1.30 | $130.00 |
| 4/19/23 | SB | Worked on compiling a list of commercial appraisers for MCR and Dallas Oasis | 1.50 | $100.00 |
| 4/20/23 | SB | Worked on compiling a list of commercial appraisers for MCR and Dallas Oasis | 0.30 | $30.00 |

**Timekeeper Summary and Rate**
**Stephanie Bartlett, Accounting Support Staff- Rate: $100**  **3.10**  **$260.00**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Business Operations* | | | | |
| 4/3/23 | RN | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.75 | $175.00 |
| | | Met with T Black to sign Dallas Oasis checks 4786 - 4791, 4793 and Boron Capital check 13569. | 0.25 | $25.00 |
| | | Met with Ashlee from Dallas Oasis to pick up signed checks 4783 - 4784, 4786 - 4791 | 0.08 | $8.00 |
| 4/4/23 | RN | Email correspondence with B Templeton and K Weithers updating status of reimbursement checks sent to Lubbock via UPS. | 0.08 | $8.00 |
| 4/5/23 | | Review checks received from M Swink. Dallas Oasis checks 4792, 4794 - 4802 and BC Holdings check 9510. Log check information into excel. | 1.08 | $108.00 |
| | | Met with T Black to sign Dallas Oasis checks 4792, 4794 - 4802 and BC Holdings check 9510. | 0.25 | $25.00 |
| | | Update Truist outstanding checks list for BC Holdings (5707), Dallas Oasis (5723). | 0.67 | $67.00 |
| 4/6/23 | RN | Met with S Gifford from Dallas Oasis to pick up signed checks 4792, 4794 - 4800 and 4802 | 0.08 | $8.00 |
| | | Prepared UPS envelopes for mailing Dallas Oasis check 4801 to B Templeton and BC Holdings check 9510 to L Barckow. Dropped off envelopes at UPS Access Point 150 E Illinois Ave Dallas, TX 75216 | 0.50 | $50.00 |

**APP. 1082**

# NEW HORIZONS

## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Paid AT&T invoices online for Midland Corporate Ranch units 1-10 | 0.75 | $75.00 |
| | | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with  L Barckow requesting approval of Midland Corporate invoices received. | 0.75 | $75.00 |
| | | Email correspondence with J Wallace confirming Midland Corporate Ranch check 1343 to DCS Janitorial printed. | 0.08 | $8.00 |
| 4/10/23 | RN | Download Midland Corporate Ranch Ambit Energy invoices for units 1 - 10 and email correspondence with L Barckow requesting payment approval for these invoices | 0.47 | $47.00 |
| 4/13/23 | RN | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of the Boron Capital, BC Holdings and Dallas Oasis invoices in the secure folder for payment. Email correspondence | 2.00 | $200.00 |
| | | Review checks received from M Swink.  Dallas Oasis checks 4803 - 4810 and Boron Capital checks 13570 - 13575. Log check information into excel. | 3.00 | $300.00 |
| 4/14/23 | RN | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.00 | $100.00 |
| | | Email correspondence with J Wallace to print Midland Corporate Ranch checks | 0.08 | $8.00 |
| | | Met with T Black and K Weithers to discuss SEC cash reports and for T Black to sign Dallas Oasis checks 4803 - 4810, Boron Capital checks 13570 - 13575 and Midland Corporate Ranch checks 1343 -1348, 1350 | 0.50 | $50.00 |
| | | Scanned signed checks for Dallas Oasis checks 4803 - 4810, Boron Capital checks 13570 - 13575 and Midland Corporate Ranch checks 1343 -1348, 1350 to the SEC folder. | 0.25 | $25.00 |
| | | Paid Midland Corporate Ranch AT&T invoice online and download confirmation to SEC secure folder. | 0.17 | $17.00 |
| | | Phone call to Michael Berg Insurance Agency to pay Foremost County Mutual policies 7750-09 and 7751-09 for Midland Corporate Ranch units 1 -10. Download payment confirmation to secure folder. | 0.25 | $25.00 |
| | | Met with A Maclin from Dallas Oasis to pick up checks 4803 - 4809. | 0.08 | $8.00 |
| | | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.00 | $100.00 |

APP. 1083

# NEW HORIZONS

### ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Prepared UPS envelopes for mailing Dallas Oasis check 4810 to B Templeton and Boron Capital checks 13570 - 13572, 13574 - 13575 and Midland Corporate Ranch check 1343 to L Barckow. Take envelopes to Telecom for UPS pickup. | 0.25 | $25.00 |
| | | Prepared envelopes to mail checks via USPS for Boron Capital check 13573 and Midland Corporate Ranch checks 1343 - 1345, 1347 - 1348 and 1350. | 0.17 | $17.00 |
| 4/17/23 | RN | Phone call with L Barckow to discuss rent payments for Midland Corporate Ranch units 1-10 and BC Holdings units Washington, Jefferson and Lincoln. | 0.38 | $38.00 |
| | | Research rent payments made to Midland Corporate Ranch by Lightning, Oil States and Team Housing for units 1-10. Print bank statements to verify deposits. | 1.00 | $100.00 |
| | | Research rent payments made to BC Holdings by Ryan Construction and Team Housing for Washington and Lincoln units. Print bank statements to verify deposits. | 1.00 | $100.00 |
| | | Research rent payments made to Boron Capital for Hanger and 4804 60th St properties. Print bank statements to verify deposits. | 0.50 | $50.00 |
| | | Email correspondence with J Wallace to notify her that the Midland Corporate Ranch Truist statement for 04/05/2023 is available in the secure folder. | 0.08 | $8.00 |
| | | Email correspondence with J Wallace to answer questions related to Midland Corporate Ranch Truist bank transactions on 03/10/2023 an 03/13/2023. | 0.17 | $17.00 |
| | | Email correspondence with J Wallace to provide information requested regarding Midland Corporate Ranch payments to Foremost County Mutual on 03/15/2023 | 0.17 | $17.00 |
| | | Email correspondence with L Barckow requesting current rent rates for Oil States for Midland Corporate Ranch units 6 - 8. | 0.08 | $8.00 |
| | | Email correspondence with B Templeton to answer rent roll questions. | 0.08 | $8.00 |
| | | Email correspondence with L Barckow to follow up on Oil States rental at Midland Corporate Ranch and to request a summary from Team Housing for Midland Corporate Ranch/BC Holdings rental since receivership began. | 1.08 | $108.00 |
| 4/18/23 | RN | Check availability of AT&T invoices online for Midland Corporate Ranch units 1-10. | 0.25 | $25.00 |
| | | Email correspondence with L Barckow to confirm Ryan Construction rent deposit to BC Holdings October 2022. | 0.08 | $8.00 |
| | | Email correspondence with L Barckow to request BC Holdings Washington unit March 2023 rent information for Team Housing. | 0.08 | $8.00 |

**APP. 1084**

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Email correspondence with L Barckow to asking if the BC Holdings Washington unit was occupied from June 2022 to October 2022 | 0.08 | $8.00 |
| 4/19/23 | RN | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of the Boron Capital, BC Holdings and Dallas Oasis invoices in the secure folder for payment. Email correspondence with L Barckow requesting approval of Midland Corporate invoices received. | 1.50 | $150.00 |
| | | Phone call with Jeremy at Affordable Pest Control to discuss Midland Corporate Ranch check 1323 issued 01/26/2023 and BC Holdings check issued 01/25/2023. | 0.13 | $13.00 |
| | | Follow up phone call with Rusty at Affordable Pest Control to discuss Midland Corporate Ranch check 1323 issued 01/26/2023 and BC Holdings check issued 01/25/2023. | 0.17 | $17.00 |
| 4/20/23 | RN | Email correspondence with J Wallace to print Midland Corporate Ranch checks | 0.08 | $8.00 |
| | | Email correspondence with J Wallace to confirm that Midland Corporate Ranch check 1351 had printed correctly. | 0.08 | $8.00 |
| | | Scan documentation requested by M Swink to the SEC secure drive for completion of SEC financials. | 0.67 | $67.00 |
| | | Review checks received from M Swink. Dallas Oasis checks 4811 - 4821 and Boron Capital checks 13576 - 13577. Log check information into excel. | 1.00 | $100.00 |
| | | Email correspondence with S Gifford requesting information about Dallas Oasis checks 4813 - 4814, 4816 and 4919 for wedding planner luncheon on 04/26/2023. | 0.17 | $17.00 |
| | | Email correspondence with S Gifford requesting a picture of the gate construction to support Dallas Oasis check 4815 to a Oasis Landscaping invoice number 6295. | 0.08 | $8.00 |
| | | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 0.75 | $75.00 |
| 4/21/23 | RN | Met with T Black to sign Dallas Oasis checks 4811 - 4821, Midland Corporate Ranch check 1351 and Boron Capital check 13576. Boron Capital check 13577 held for review per T Black. | 0.17 | $17.00 |
| | | Scanned signed checks for Dallas Oasis checks 4811 - 4821, Boron Capital check 13576 and Midland Corporate Ranch checks 1351 to the SEC folder. | 0.20 | $20.00 |
| | | Met with S Gifford to pick up Dallas Oasis checks 4811 - 4820. | 0.08 | $8.00 |

APP. 1085

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Prepared UPS envelope for mailing Dallas Oasis check 4821 to B Templeton. Take envelope to Telecom for UPS pickup. | 0.25 | $25.00 |
| | | Prepared envelopes to mail checks via USPS for Boron Capital check 13576 and Midland Corporate Ranch 1351. | 0.17 | $17.00 |
| | | Email correspondence with L Barckow requesting information about BC Holdings Washington unit rent for April 2023. | 0.08 | $8.00 |
| | | Email correspondence with B Templeton, T Black and D Roossien with a link to the 2023 rent roll for Midland Corporate Ranch and BC Holdings 2017. | 0.08 | $8.00 |
| 4/25/23 | RN | Download AT&T invoices for Midland Corporate Ranch units 2-10. Email correspondence with L Barckow to approve the AT&T invoices. | 1.00 | $100.00 |
| | | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of the Boron Capital and Dallas Oasis invoices in the secure folder for payment. Email correspondence with L Barckow requesting approval of Midland Corporate invoices received. | 2.00 | $200.00 |
| 4/27/23 | RN | Email correspondence with J Wallace to print Midland Corporate Ranch checks | 0.08 | $8.00 |
| | | Review checks received from M Swink.  Dallas Oasis checks 4822 - 4834 and Boron Capital checks 13578. Log check information into excel. | 1.25 | $125.00 |
| | | Email Correspondence with M Swink concerning the need to possibly void Dallas Oasis check number 4833 to Culligan Water since this vendor is on auto draft. | 0.08 | $8.00 |
| | | Email correspondence with J Wallace to confirm that Midland Corporate Ranch check 1352 had printed correctly. Requested that this check be voided and re-issued with an invoice date of 04/27/2023 | 0.08 | $8.00 |
| | | Email correspondence with J Wallace to confirm that Midland Corporate Ranch check 1353 had printed correctly. | 0.08 | $8.00 |
| 4/28/23 | RN | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.50 | $150.00 |
| | | Download AT&T invoice for Midland Corporate Ranch unit 1. Email correspondence with L Barckow to approve the AT&T invoices. | 0.17 | $17.00 |
| | | Met with T Black to sign Dallas Oasis checks 4822 - 4834, Midland Corporate Ranch check 1353 and Boron Capital check 13578. | 0.25 | $25.00 |

**APP. 1086**

# NEW H⦿RIZONS

### ASSET MANAGEMENT SERVICES

| | | |
|---|---|---|
| Scanned signed checks for Dallas Oasis checks 4822 - 4834, Boron Capital check 13578 and Midland Corporate Ranch checks 1353 to the SEC folder. | 0.17 | $17.00 |
| Met with Bailey to pick up Dallas Oasis checks 4822 - 4833. | 0.08 | $8.00 |
| Prepared UPS envelope for mailing Dallas Oasis check 4834 to B Templeton. Take envelope to Telecom for UPS pickup. | 0.25 | $25.00 |
| Email correspondence with L Barckow for approval of Midland Corporate Ranch AT&T invoice for unit 1. | 0.08 | $8.00 |

### *Timekeeper Summary and Rate*

**Robert Novak, Accounting Support Staff – Rate: $100**      **33.30**    **$3,330.00**

# NEW HORIZONS
### ASSET MANAGEMENT SERVICES

---

*For Professional Services through May 31, 2023*

| | |
|---|---:|
| **Total Professional Fees** | **$13,077.75** |
| • Lorene Smith | $1,955.00 |
| • Scott Sessions | $115.00 |
| • Kenneth Weithers | $3,382.50 |
| • Georgie Cornelius | $1,014.75 |
| • LaToya Ellzey | $3,283.50 |
| • Robert Novak | $3,117.00 |
| • Stephanie Bartlett | $210.00 |
| | |
| **Total Fees, Expenses and Charges** | **$694.41** |
| • Postage | |
|     o UPS Delivery | $200.46 |
|     o UPS Store totals | $484.95 |
|     o USPS Weekly Mail | $9.00 |
| | |
| **Total Invoice Balance Due** | **$13,772.16** |

APP. 1088

# NEW HORIZONS

## ASSET MANAGEMENT SERVICES

May 31, 2023

Invoice submitted to:                                                    Invoice No: 012
Mr. Tré Black. Receiver

In reference to:          Securities and Exchange Commission v. Boron Capital, LLC, BC Holdings
                         2017, LLC, United BNB Fund 2018, LLC, and Blake Robert Templeton
                         Civil Action No. 5-22-cv-114-C
                         BILLING FOR THE MONTH OF May 2023

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Case Administration* | | | | |
| 5/1/23 | LS | Emails with Marsha Swink regarding additional pay runs in January and February.  Attempting to reconcile transactions made by Paycor. | 0.75 | $175.50 |
| 5/3/23 | LS | Processed bi-weekly payroll.  Pay date: 05/05/2023 | 1.00 | $230.00 |
| 5/5/23 | LS | Email with Serena Gifford regarding payroll matters.  Process additional pay run. | 0.50 | $115.00 |
| 5/8/23 | LS | Phone call with Paycor regarding first quarter payroll transactions | 0.75 | $172.50 |
| 5/10/23 | LS | Emails with Marsha Swink and Ken Weithers regarding bank reconciliation items for Boron | 1.00 | $230.00 |
| 5/11/23 | LS | Researching Paycor first quarter payroll transactions | 2.50 | $575.00 |
| 5/16/23 | LS | Processed bi-weekly payroll.  Pay date: 05/19/2023 | 0.50 | $115.00 |
| 5/30/23 | LS | Processed bi-weekly payroll.  Pay date: 06/02/2023 | 0.50 | $115.00 |
| | LS | Emails with Marsha Swink and research regarding charges from Paycor in April | 1.00 | $230.00 |

### *Timekeeper Summary and Rate*
**Lorene Smith, Executive, HR / Compliance – Rate: $230**          **8.50**     **$1,955.00**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Case Administration* | | | | |
| 5/24/23 | SS | Conference call with Ahuja & Clark re: financial statements preparation and related matters | 0.50 | $115.00 |

### *Timekeeper Summary and Rate*
**Scott Sessions, Executive, HR / Compliance – Rate: $230**          **0.50**     **$115.00**

APP. 1089

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **Accounting / Auditing** | | | | |
| 5/3/23 | KW | Requested Truist Bank to transfer funds and provide confirmation draw down for reverse wire to Paycor was made | 0.50 | $115.00 |
| 5/4/23 | KW | Received bank account transaction detail; updated bank balance file; emails file to Marsha, Stacey and Blake | 0.50 | $115.00 |
| 5/10/23 | KW | Researched and submitted to Marsha and Stacey details for various Paycor payrolls | 0.75 | $172.50 |
| 5/11/23 | KW | Received bank account transaction detail; updated bank balance file; emails file to Marsha, Stacey and Blake | 0.50 | $115.00 |
| 5/23/23 | KW | Received Fin. Stmt from Marsha and Stacey and began compiling 1st quarter for all Blake Templeton entities | 4.50 | $1,125.00 |
| | | Communications and meeting with forensic accountant engaged by the Receiver | 0.50 | $115.00 |
| 5/24/23 | KW | Continued work on compiling 1st QTR financial statements for all Blake Templeton entities | 2.00 | $500.00 |
| 5/25/23 | KW | Received bank account transaction detail; updated bank balance file; emails file to Marsha, Stacey and Blake | 0.50 | $125.00 |
| | | Continued work on compiling 1st QTR financial statements for all Blake Templeton entities | 1.25 | $312.50 |
| | | Began developing Interim Cash reports for 1st QTR and for YTD period ended 05/25 | 2.00 | $500.00 |
| 5/26/23 | KW | Finalized combined financial statements and interim cash reports and submitted same to Receiver and attorney | 0.75 | $187.50 |

**Timekeeper Summary and Rate**
**Kenneth Weithers, Controller – Rate: $230**     **13.75**    **$3,382.50**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **Business Operations** | | | | |
| 5/1/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.33 | $54.45 |
| 5/3/23 | GLC | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.75 | $123.75 |
| 5/8/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.25 | $41.25 |
| | | Weekly discussion with UPS store manager, Dakota Beaudoin regarding mail forwarding to Dallas | 0.08 | $13.20 |
| 5/10/23 | GLC | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.33 | $54.45 |
| 5/15/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.25 | $41.25 |

**APP. 1090**

# NEW HORIZONS

## ASSET MANAGEMENT SERVICES

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Weekly discussion with UPS store manager, Dakota Beaudoin regarding mail forwarding to Dallas | 0.08 | $13.20 |
| 5/17/23 | GLC | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.50 | $82.50 |
| 5/22/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.25 | $41.25 |
|  |  | Weekly discussion with UPS store manager, Dakota Beaudoin regarding mail forwarding to Dallas | 0.08 | $13.20 |
| 5/24/23 | GLC | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.50 | $82.50 |
| 5/31/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.25 | $41.25 |
|  |  | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.50 | $82.50 |

***Case Administration***

|  |  |  |  |  |
|---|---|---|---|---|
| 6/1/23 | GLC | Prepared Receiver, Tré Black's invoice and expenses for the month of May 2023 | 1.00 | $165.00 |
|  |  | Completed May 2023 billing for OTSL Support Services Team | 1.00 | $165.00 |

***Timekeeper Summary and Rate***
**Georgie Cornelius, Director Admin. Services – Rate: $165** **6.15** **$1,014.75**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ***Asset Analysis*** | | | | |
| 5/1/23 | LE | Gathering time sheets from the team and going over progress from the previous week | 0.80 | $132.00 |
| 5/9/23 | LE | Gathering time sheets from the team and going over progress from the previous week | 0.80 | $132.00 |
| 5/15/23 | LE | Gathering time sheets from the team and going over progress from the previous week | 0.80 | $132.00 |
| 5/22/23 | LE | Scanned files into folders, oversite of team, removal and put away of scanned files | 4.00 | $660.00 |
| 5/23/23 | LE | Scanned files into folders, oversite of team, removal and put away of scanned files | 4.00 | $660.00 |
| 5/24/23 | LE | Scanned files into folders, oversite of team, removal and put away of scanned files | 4.00 | $660.00 |
| 5/25/23 | LE | Scanned files into folders, oversite of team, removal and put away of scanned files | 5.50 | $907.50 |

***Timekeeper Summary and Rate***
**LaToya Ellzey, Support Services Manager – Rate: $165** **19.90** **$3,283.50**

**APP. 1091**

# NEW HORIZONS

### ASSET MANAGEMENT SERVICES

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| **Business Operations** | | | | |
| 5/4/23 | SB | Went through paperwork from beginning of receivership looking for anything referencing Kimberly Honorof or her investments. | 1.00 | $100.00 |
| 5/8/23 | SB | Went through paperwork from beginning of receivership looking for anything referencing Kimberly Honorof or her investments. | 0.50 | $50.00 |
| 5/17/23 | SB | Upgraded Quickbooks to 2023 in order to continue working with the MCR Data QB file. | 0.30 | $30.00 |
| 5/23/23 | SB | Installed updates for QuickBooks | 0.30 | $30.00 |

| | *Timekeeper Summary and Rate* | | |
|---|---|---|---|
| | **Stephanie Bartlett, Accounting Support Staff- Rate: $100** | **2.10** | **$210.00** |

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| **Business Operations** | | | | |
| 5/1/23 | RN | Email correspondence with R Dienda requesting invoice copies for the Lubbock office rental covering 03/01, 04/01 and 05/01. | 0.08 | $8.00 |
| | | Email correspondence with M Swink notifying her that the BC Holdings 2017, LLC Truist bank statement for 04/24/2023 is available in the Boron secure folder. | 0.08 | $8.00 |
| 5/3/23 | RN | Email correspondence with M Swink notifying her that the Fleming Investments invoices are available in the Boron secure folder. | 0.08 | $8.00 |
| 5/4/23 | RN | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of the Boron Capital and Dallas Oasis invoices in the secure folder for payment. Email correspondence with L Barckow requesting approval of Midland Corporate invoices received. | 1.00 | $100.00 |
| | | Review checks received from M Swink.  Dallas Oasis checks 4835 - 4841, BC Holdings checks 9511 - 9512, and Boron Capital checks 13579 - 13582. Log check information into excel. | 2.00 | $200.00 |
| | | Email correspondence with J Wallace notifying her that Midland Corporate Ranch vendor Greater Gardendale WSC is approved for payment. | 0.08 | $8.00 |
| | | Email correspondence with L Barckow requesting approval of Midland Corporate Ranch vendor invoices for DCS Janitorial. | 0.08 | $8.00 |

**APP. 1092**

# NEW HORIZONS
### ASSET MANAGEMENT SERVICES

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.50 | $150.00 |
|  |  | Email correspondence with S Gifford requesting pictures of work completed by Dallas Oasis vendor A Oasis Landscaping for invoice numbers 6322 and 6237. | 0.08 | $8.00 |
|  |  | Email correspondence with J Wallace notifying her that Midland Corporate Ranch vendor Greater DCS Janitorial is approved for payment. | 0.08 | $8.00 |
| 5/5/23 | RN | Met with T Black to sign Dallas Oasis checks 4835 - 4841, BC Holdings 2017, LLC checks 9511 - 9512 and Boron Capital checks 13579 - 13582. | 0.25 | $25.00 |
|  |  | Scanned signed checks for Dallas Oasis checks 4835 - 4841, BC Holdings 2017, LLC checks 9511 - 9512 and Boron Capital checks 13579 - 13582 to the SEC folder. | 0.20 | $20.00 |
|  |  | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 05/03/2023 were ready to be picked up. | 0.08 | $8.00 |
|  |  | Met with Ashlee to pick up Dallas Oasis checks 4835 - 4840. | 0.08 | $8.00 |
|  |  | Email correspondence with J Wallace to print Midland Corporate Ranch checks | 0.08 | $8.00 |
|  |  | Email correspondence with J Wallace to confirm that Midland Corporate Ranch check 1354 -1355 had printed correctly. | 0.08 | $8.00 |
|  |  | Prepared UPS envelope for mailing Dallas Oasis check 4841 to B Templeton. Prepared UPS envelope for mailing Boron Capital checks 13579 - 13581 to L Barckow. Take envelope to Telecom for UPS pickup. | 0.25 | $25.00 |
|  |  | Email correspondence with L Barckow confirming new mailing address and listing Boron Capital checks to be mailed to her. | 0.17 | $17.00 |
|  |  | Paid AT&T invoices online for Midland Corporate Ranch units 1-10. | 1.00 | $100.00 |
|  |  | Email correspondence with J Wallace notifying her that payment confirmations for AT&T Midland Corporate Ranch units 1-10 are in the secure folder. | 0.08 | $8.00 |
| 5/8/23 | RN | Email correspondence with M Swink notifying her that that Truist statements Boron Digital Large Cap Fund (6249), Boron Capital (4882) and Dallas Oasis (4866) were available in the Boron and Dallas Oasis secure folder. | 0.08 | $8.00 |
| 5/9/23 | RN | Log into Ambit Energy to check if invoices were available for Midland Corporate Ranch units 1-10 | 0.17 | $17.00 |
| 5/10/23 | RN | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. | 1.50 | $150.00 |

# NEW HORIZONS
### ASSET MANAGEMENT SERVICES

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Email correspondence with M Swink notifying her of the Boron Capital and Dallas Oasis invoices in the secure folder for payment. |  |  |
|  |  | Log into Ambit Energy to download invoices for Midland Corporate Ranch units 1-10. | 0.50 | $50.00 |
|  |  | Email correspondence with L Barckow requesting approval of Ambit Energy invoices and invoices received from Lubbock. | 0.08 | $8.00 |
|  |  | Email correspondence with J Wallace notifying her that Midland Corporate Ranch invoices are approved for payment. | 0.08 | $8.00 |
|  |  | Email correspondence with J Wallace confirming that Midland Corporate Ranch checks 1356 -1358 printed correctly. | 0.08 | $8.00 |
| 5/11/23 | RN | Prepare Midland Corporate Ranch checks 1356 - 1358 for approval by T Black by attaching invoice copies and L Barckow's approval. | 0.50 | $50.00 |
|  |  | Review checks received from M Swink.  Dallas Oasis checks 4835 - 4841, BC Holdings checks 9511 - 9512, and Boron Capital checks 13579 - 13582. Log check information into excel. | 2.00 | $200.00 |
| 5/12/23 | RN | Met with T Black to sign Dallas Oasis checks 4843 - 4846, Boron Capital checks 13583 - 13584 and Midland Corporate Ranch checks 1354 - 1358. | 0.25 | $25.00 |
|  |  | Scanned signed checks for Dallas Oasis checks 4843 - 4846, Boron Capital checks 13583 - 13584 and Midland Corporate Ranch checks 1354 - 1358 to the SEC folder | 0.20 | $20.00 |
|  |  | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 05/10/2023 were ready to be picked up. | 0.08 | $8.00 |
|  |  | Prepared UPS envelope for mailing Dallas Oasis check 4846 to B Templeton. Prepared UPS envelope for mailing Midland Corporate Ranch check 1355 to L Barckow. Take envelope to Telecom for UPS pickup. | 0.25 | $25.00 |
|  |  | Prepared envelopes for mailing Boron Capital checks 13583 -13584 and Midland Corporate Ranch checks 1354, 1356 - 1358 via USPS. | 0.25 | $25.00 |
|  |  | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.50 | $150.00 |
|  |  | Email correspondence with D Denison requesting a copy of Ahuja & Clark's W-9. | 0.08 | $8.00 |
|  |  | Email correspondence with D Bragg requesting a copy of Millard & Bragg's W-9. | 0.08 | $8.00 |
|  |  | Scanned Ahuja & Clark invoice numbers 8694 and 8228 to secure folder and attach a W-9 to each invoice. | 0.17 | $17.00 |

APP. 1094

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Met with Ashlee from Dallas Oasis to pick up checks 4843-4845 | 0.08 | $8.00 |
| | | Email correspondence with L Barckow notifying her that Midland Corporate Ranch check 1355 is being sent to her via UPS. | 0.08 | $8.00 |
| | | Email correspondence with R Dienda notifying her that Boron Capital check number 13582 was issued for payment of the March, April and May 2023 rent for suite 600/612. | 0.08 | $8.00 |
| 5/15/23 | RN | Phone call to Benchmark Insurance Group of Texas. Spoke with Kimberly requesting renewal information for policy BPGMO22053-00 expiring 06/07/2023 for Boron properties. | 0.22 | $22.00 |
| | | Update S Sessions via Teams on the insurance policy renewal for the Boron properties. | 0.08 | $8.00 |
| | | Phone call to Michael Berg Insurance Agency to pay Foremost County Mutual premiums for Midland Corporate Ranch units 1-10 policies 7550-09 and 7551-09. Spoke with Pat Davis. The system was slow and unable to process the payments. | 0.08 | $8.00 |
| | | Email correspondence with M Swink to follow up on her request for a W-9 for Millard & Bragg. | 0.08 | $8.00 |
| | | Phone call to Millard & Bragg requesting a W-9. | 0.03 | $3.00 |
| 5/16/23 | RN | Phone call to Michael Berg Insurance Agency to pay Foremost County Mutual premiums for Midland Corporate Ranch units 1-10 policies 7550-09 and 7551-09. | 0.18 | $18.00 |
| | | Saved email confirmations from Foremost County Mutual for Midland Corporate Ranch units 1-10 policies 7550-09 and 7551-09 to the SEC secure drive. | 0.08 | $8.00 |
| | | Email J Wallace notifying her of the confirmations from Foremost County Mutual for Midland Corporate Ranch units 1-10 policies 7550-09 and 7551-09 being saved to the SEC secure drive. | 0.08 | $8.00 |
| | | Email M Swink notifying her that the W-9 for Millard & Bragg is in the SEC secure folder. | 0.08 | $8.00 |
| | | Log into AT&T to pay invoice for Midland Corporate Ranch warehouse. Save confirmation to SEC secure drive. | 0.08 | $8.00 |
| 5/17/23 | RN | Email to Benchmark Insurance Group of Texas following up on the request for renewal information for policy BPGMO22053-00 expiring 06/07/2023 for Boron properties. | 0.17 | $17.00 |
| | | Email correspondence with M Swink notifying her Ahuja & Clark invoices are approved for payment and are located in the Boron secure folder as well as a copy of their W-9. | 0.17 | $17.00 |

APP. 1095

# NEW HORIZONS

## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Email correspondence with D Denison at Ahuja & Clark requesting if extensions referenced on invoice 8228.Bor were completed. | 0.08 | $8.00 |
| | | Email correspondence with M Swink providing requested information related for check issued to Millard & Bragg. | 0.08 | $8.00 |
| | | Scanned Midland Corporate Ranch Truist statement 05/03/2023 to SEC secure drive. Email correspondence with J Wallace notifying her that the statement is available. | 0.17 | $17.00 |
| | | Email correspondence with J Wallace providing information requested for April 2023 Paycor transactions. | 0.25 | $25.00 |
| | | Meeting with K Weithers to discuss cash balances for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731) and the need to transfer cash to Dallas Oasis (4866). | 0.50 | $50.00 |
| 5/17/23 | RN | Scanned Boron Fund 8 Truist Statement to the secure drive per Marsha's request | 0.08 | $8.00 |
| 5/18/23 | RN | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of the Boron Capital and Dallas Oasis invoices in the secure folder for payment.  Email correspondence with L Barckow requesting approval of Midland Corporate Ranch invoices. | 2.00 | $200.00 |
| | | Review checks received from M Swink.  Dallas Oasis checks 4847 - 4852, BC Holdings checks 9513 - 9514, and Boron Capital checks 13586. Log check information into excel. | 1.25 | $125.00 |
| 5/18/23 | RN | Email correspondence with J Wallace confirming information provided for Paycor was what she needed. | 0.08 | $8.00 |
| 5/19/23 | RN | Met with T Black to sign Dallas Oasis checks 4847 - 4852 Boron Capital checks 13586 and BC Holdings checks 9513 - 9514. | 0.25 | $25.00 |
| | | Scanned signed checks for Dallas Oasis checks 4847 - 48452 Boron Capital check 13586 and BC Holdings checks 9513 - 9514 to the SEC folder | 0.13 | $13.00 |
| | | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.00 | $100.00 |
| | | Prepared UPS envelope for mailing Dallas Oasis check 4852 to B Templeton. Prepared UPS envelope for mailing BC Holdings check 9514 to L Barckow. Take envelope to Telecom for UPS pickup. | 0.25 | $25.00 |
| | | Prepared envelopes for mailing Boron Capital check 13586 and BC Holdings 2017 LLC check 9513 via USPS. | 0.08 | $8.00 |

APP. 1096

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 05/17/2023 were ready to be picked up. | 0.08 | $8.00 |
| | | Met with Ashlee from Dallas Oasis to pick up checks 4847-4851 | 0.08 | $8.00 |
| | | Email correspondence with J Wallace confirming that Midland Corporate Ranch check 1359 printed correctly. | 0.08 | $8.00 |
| | | Phone call to Benchmark Insurance group of Texas. Left a message concerning an update for policy renewal for Boron Capital. | 0.03 | $3.00 |
| 5/22/23 | RN | Follow up phone call to Benchmark Insurance Group of Texas. Spoke with Kimberly requesting renewal information for policy BPGMO22053-00 expiring 06/07/2023 for Boron properties. Call transferred to Austin who would email the renewal information. | 0.17 | $17.00 |
| | | Save IRS extension information to Boron secure folder. Email correspondence with M Swink notifying her of the availability of the extensions. | 0.17 | $17.00 |
| 5/23/23 | RN | Copy Paycor Payroll Summary spreadsheets for 2022 and 2023 to Midland Corporate Ranch Secure drive. Follow up email correspondence with J Wallace requesting if the spreadsheets are sufficient or if she needs actual Paycor journal reports. | 0.50 | $50.00 |
| | | Email correspondence with L Smith requesting copies of Paycor Payroll Journals for Midland Corporate Ranch. | 0.08 | $8.00 |
| | | Follow up on Teams the status of Benchmark Insurance renewal for Boron Capital | 0.08 | $8.00 |
| | | Email correspondence with B Templeton requesting a copy of the Benchmark Insurance renewal. B Templeton received the renewal by email from Benchmark. Benchmark sent a follow up email to disregard the renewal. The email and renewal were deleted. | 0.08 | $8.00 |
| | | Left voicemail Benchmark Insurance to return call. | 0.03 | $3.00 |
| | | Phone call to Benchmark Insurance. Spoke with Austin to request resending insurance renewal information that was not received Monday. Information to be emailed to OTSL and B Templeton. | 0.15 | $15.00 |
| 5/24/23 | RN | Email correspondence with B Templeton requesting a copy of the Benchmark Insurance renewal. | 0.08 | $8.00 |
| | | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of the Boron Capital and Dallas Oasis invoices in the secure folder for payment. Email correspondence with L | 2.00 | $200.00 |

APP. 1097

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| Date | | Description | Qty | Amount |
|------|--|-------------|-----|--------|
| | | Barckow requesting approval of Midland Corporate Ranch invoices. | | |
| | | Download AT&T invoices for Midland Corporate Ranch units 2-10. Email correspondence with L Barckow to approve the AT&T invoices. | 1.00 | $100.00 |
| | | Met with T Black to sign Midland Corporate Ranch check 1359. Scan check to SEC folder. Prepared envelope for mailing. | 0.25 | $25.00 |
| | | Email correspondence with J Wallace notifying her that Midland Corporate Ranch invoices are approved for payment. | 0.08 | $8.00 |
| 5/25/23 | RN | Review checks received from M Swink. Dallas Oasis checks 4853 - 4859 and BC Holdings checks 9515.Log check information into excel. | 1.00 | $100.00 |
| | | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.00 | $100.00 |
| | | Email correspondence with J Wallace confirming that Midland Corporate Ranch check number 1360 printed correctly. | 0.08 | $8.00 |
| 5/26/23 | RN | Met with T Black to sign Dallas Oasis checks 4853 - 4859, Midland Corporate Ranch check 1360 and BC Holdings check 9515. Reviewed Boron interim cash report. | 0.25 | $25.00 |
| | | Scanned Dallas Oasis checks 4853 - 4859 Midland Corporate Ranch check 1360 and BC Holdings check 9515 to SEC Boron folder. | 0.25 | $25.00 |
| | | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 05/24/2023 were ready to be picked up. | 0.08 | $8.00 |
| | | Met with S Gifford from Dallas Oasis to pick up checks 4853- 4859 | 0.08 | $8.00 |
| | | Prepared envelopes for mailing BC Holdings check number 9515 and Midland Corporate Ranch check number 1360. | 0.17 | $17.00 |
| 5/30/23 | RN | Follow up phone call to Benchmark Insurance Group of Texas. Spoke with Mitchell requesting renewal information for policy BPGMO22053-00 expiring 06/07/2023 for Boron properties. | 0.13 | $13.00 |
| | | Email with S Sessions providing Benchmark insurance renewal information. | 0.08 | $8.00 |
| | | Email correspondence with M Swink requesting prior year payment amount to Benchmark insurance for Lubbock and Midland properties. | 0.08 | $8.00 |
| | | Email Correspondence with Mitchell at Benchmark Insurance notifying him that we are ready to proceed with renewing the insurance for 2023 - 2024 | 0.08 | $8.00 |

APP. 1098

# NEW HORIZONS

## ASSET MANAGEMENT SERVICES

*Timekeeper Summary and Rate*
**Robert Novak, Accounting Support Staff – Rate: $100          31.17    $3,117.00**

**APP. 1099**

# NEW HORIZONS
### ASSET MANAGEMENT SERVICES

---

*For Professional Services through June 30, 2023*

| | |
|---|---|
| **Total Professional Fees** | **$6,884.70** |
| • Lorene Smith | $747.50 |
| • Scott Sessions | $391.00 |
| • Kenneth Weithers | $1,667.50 |
| • Georgie Cornelius | $788.70 |
| • Stephanie Bartlett | $590.00 |
| • Robert Novak | $2,700.00 |
| | |
| **Total Fees, Expenses and Charges** | **$426.10** |
| • Postage | |
| ○ UPS Delivery | $31.77 |
| ○ UPS Store totals | $385.33 |
| ○ USPS Weekly Mail | $9.00 |
| | |
| **Total Invoice Balance Due** | **$7,310.80** |

**APP. 1100**

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

June 30, 2023

Invoice submitted to:                                                                  Invoice No: 013
Mr. Tré Black. Receiver

In reference to:          Securities and Exchange Commission v. Boron Capital, LLC, BC Holdings
                         2017, LLC, United BNB Fund 2018, LLC, and Blake Robert Templeton
                         Civil Action No. 5-22-cv-114-C
                         BILLING FOR THE MONTH OF June 2023

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Case Administration* | | | | |
| 6/5/23 | LS | Emails with Marsha Swink and Paycor regarding Texas Workforce Commission tax notice for 1Q23 | 0.15 | $34.50 |
| 6/9/23 | LS | Meeting with Receiver to discuss payroll related issues | 0.50 | $115.00 |
| 6/13/23 | LS | Processed bi-weekly payroll.  Pay date: 06/16/2023 | 1.00 | $230.00 |
| | | New hire onboarding in Paycor.  Bryanna Gilgreen | 0.30 | $69.00 |
| 6/20/23 | LS | Email and discussion with Controller regarding banking issues related to payroll | 0.20 | $46.00 |
| 6/23/23 | LS | Call with Controller regarding payroll for staff | 0.10 | $23.00 |
| 6/27/23 | LS | Meeting with Receiver to discuss issues with past due payroll | 0.50 | $115.00 |
| | LS | Processed bi-weekly payroll.  Pay date: 06/30/2023 | 0.50 | $115.00 |

### *Timekeeper Summary and Rate*
**Lorene Smith, Executive, HR / Compliance – Rate: $230**                    **3.25**      **$747.50**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| *Case Administration* | | | | |
| 6/14/23 | SS | Receipt and review of Dallas Oasis insurance renewal | 0.50 | 115.00 |
| 6/19/23 | SS | Meeting with T. Black and support team re: closing status of receivership, Dallas Oasis insurance renewal and related matters | 0.50 | $115.00 |
| 6/26/23 | SS | Receipt/review Order Approving Fees (2nd Interim Fee Application); meeting with internal accounting team re: reconciling fees to be paid with booked invoices to date | 0.70 | $161.00 |

### *Timekeeper Summary and Rate*
**Scott Sessions, Executive, HR / Compliance – Rate: $230**                    **1.70**      **$391.00**

**APP. 1101**

# NEW HORIZONS

### ASSET MANAGEMENT SERVICES

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| **Accounting / Auditing** | | | | |
| 6/8/23 | KW | Researched to find and submit banks Truist statements from paper to PDF for accountants' use, Marsha and Stacey | 2.50 | $575.00 |
| 6/22/23 | KW | Discussion with Truist on new set-up of Boron et all accounts, (1) Treasury Management and (2) Business checking | 0.50 | $115.00 |
| 6/2-6/28/23 | KW | Periodic transfer of funds; updating transactions by accounts; communications with Truist | 1.75 | $402.50 |
| 6/28/23 | KW | Deposits funds for Boron Capital and Boron Fund 8 at Truist Bank | 0.50 | $115.00 |
| 6/30/23 | KW | Began compiling monthly Interim Cash Report for all Boron entities | 2.00 | $460.00 |
| | | ***Timekeeper Summary and Rate*** | | |
| | | **Kenneth Weithers, Controller – Rate: $230** | **7.25** | **$1,667.50** |

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|------|-------|-------------|-------|--------|
| **Business Operations** | | | | |
| 6/2/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.10 | $16.50 |
| 6/5/23 | GLC | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.20 | $33.00 |
| 6/7/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.10 | $16.50 |
| | | Email with Linda Barckow RE: Cleaning service fee adjustment | 0.10 | $16.50 |
| 6/12/23 | GLC | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.33 | $54.45 |
| 6/14/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.25 | $41.25 |
| 6/19/23 | GLC | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.50 | $82.50 |
| 6/21/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.25 | $41.25 |
| 6/26/23 | GLC | Weekly receipt of and opening of mailed shipped from UPS store; distributed to OTSL Support Staff | 0.50 | $82.50 |
| 6/26/23 | GLC | Scheduled a meeting for the Receiver and Linda Barckow RE: pay adjustment for cleaning staff at Midland Corporate Ranch | 0.10 | $16.50 |
| | | Scheduled meeting with Linda Barckow and Receiver RE: Cleaning service fee adjustment | 0.10 | $16.50 |

**APP. 1102**

# NEW HORIZONS

### ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| 6/28/23 | GLC | Weekly review of emails on behalf of Receiver regarding investor requests and concerns | 0.25 | $41.25 |

***Case Administration***

| | | | | |
|---|---|---|---|---|
| 6/30/23 | GLC | Prepared Receiver, Tré Black's invoice and expenses for the month of May 2023 | 1.00 | $165.00 |
| | | Completed June 2023 billing for OTSL Support Services Team | 1.00 | $165.00 |

***Timekeeper Summary and Rate***
**Georgie Cornelius, Director Admin. Services – Rate: $165** **4.78** **$788.70**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ***Business Operations*** | | | | |
| 6/15/23 | SB | Sent emails regarding appraisal for 3910 Fairwood Ct. Midland, TX 79707 | 1.50 | $150.00 |
| 6/16/23 | SB | Filing for Dallas Oasis and MCR, corresponding with appraisers regarding the Fairwood property in Midland, TX | 2.00 | $200.00 |
| 6/26/23 | SB | Communicated with Marsha regarding transition of Boron QBooks file to On-Target Servers | 0.30 | $30.00 |
| 6/27/23 | SB | Reviewed plans with Ken regarding transitioning of the Boron books to Ahuja & Clark | 0.30 | $30.00 |
| 6/28/23 | SB | Reviewed invoices in GP with regards to how payments should be applied, copied files into a shared OneDrive folder for Ahuja & Clark to access for Boron and Dallas Oasis | 0.30 | $30.00 |
| 6/29/23 | SB | Worked on getting the QuickBooks files admin settings moved over to On-Target, worked on getting the file imported into QuickBooks and shared the QBox with A&C | 1.50 | $150.00 |

***Timekeeper Summary and Rate***
**Stephanie Bartlett, Accounting Support Staff- Rate: $100** **5.90** **$590.00**

| DATE | STAFF | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ***Accounting / Auditing*** | | | | |
| 6/1/23 | RN | Review checks received from M Swink. Dallas Oasis checks 4860 - 4862, 4864 - 4868 and Boron Capital checks 13587 - 13588. Log check information into excel. | 1.00 | $100.00 |
| 6/2/23 | RN | Met with T Black to sign Dallas Oasis checks 4860 - 4862, 4864 - 4868 and Boron Capital checks 13587 - 13588. | 0.17 | $17.00 |

**APP. 1103**

# NEW HORIZONS

## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Scanned Dallas Oasis checks 4860 - 4862, 4864 - 4868 and Boron Capital checks 13587 - 13588 to SEC folder. | 0.25 | $25.00 |
| | | Email correspondence with K Calhoun at Truist requesting detail for accounts Boron Fund 8 (9741), Boron Capital (4262), BC Holdings 2017 (5707), Midland Corporate Ranch (5731) and Dallas Oasis (5723) | 0.08 | $8.00 |
| | | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 0.50 | $50.00 |
| | | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 05/31/2023 were ready to be picked up. | 0.08 | $8.00 |
| | | Prepared envelopes for mailing Boron Capital checks 13587 – 13588 | 0.05 | $5.00 |
| | | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of the Boron Capital and Dallas Oasis invoices in the secure folder for payment. Email correspondence with L Barckow requesting approval of Midland Corporate Ranch invoices. | 1.00 | $100.00 |
| | | Met with S Gifford from Dallas Oasis to pick up checks 4860- 4868 | 0.02 | $2.00 |
| 6/5/23 | RN | Log onto AT&T to pay invoices for Midland Corporate Ranch units 1-10. Save payment confirmations for secure folder. | 0.75 | $75.00 |
| | | Email correspondence with J Wallace notifying her that the AT&T payments were made online, and the confirmations are in the secure folder. | 0.08 | $8.00 |
| | | Phone call to Michael Berg Insurance Agency to pay Midland Corporate Ranch quarterly premium. They were unable to log into the account. | 0.10 | $10.00 |
| 6/6/23 | RN | Phone call with Michael Berg Insurance Agency to pay Midland Corporate Ranch quarterly premium. | 0.08 | $8.00 |
| | | Phone call to Austin Conant at Benchmark Insurance of Texas. Left a voicemail to return my call concerning the Boron Capital Real Estate insurance renewal. | 0.03 | $3.00 |
| | | Phone call to Benchmark Insurance Group of Texas. Discussed the need for emailed renewal digital signature. Was promised that the documentation would be sent. | 0.12 | $12.00 |
| | | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with L Barckow requesting approval of Midland Corporate Ranch invoices. | 1.00 | $100.00 |

**APP. 1104**

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| | | Email correspondence with J Wallace notifying her that Midland Corporate Ranch invoices are approved for payment. | 0.08 | $8.00 |
| 6/7/23 | RN | Email correspondence with J Wallace confirming that Midland Corporate Ranch check numbers 1361, 1362 printed correctly. | 0.08 | $8.00 |
| | | Phone call to Benchmark Insurance Group of Texas. Spoke with Mitchell concerning not receiving renewal documentation. | 0.08 | $8.00 |
| | | Email correspondence with Benchmark Insurance Group of Texas requesting that the electronic signature for the policy renewal be changed from Blake Templeton to Albert C. Black III Receiver. | 0.10 | $10.00 |
| | | Email correspondence with S Gifford requesting an invoice from A Oasis to pay for repair rather than the proposal. | 0.08 | $8.00 |
| 6/8/23 | RN | Review checks received from M Swink.  Dallas Oasis checks 4869 - 4878, 4880 and Boron Capital checks 13589 - 13594. Log check information into excel. | 1.33 | $133.00 |
| | | Phone call to Benchmark Insurance Group of Texas to inquire on the billing of the renewed policy. | 0.13 | $13.00 |
| | | Email correspondence with K Calhoun requesting Truist screenshots for Boron associated accounts. | 0.08 | $8.00 |
| 6/9/23 | RN | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.00 | $100.00 |
| | | Met with T Black to sign Dallas Oasis checks 4869 - 4878, 4880, Boron Capital checks 13589 - 13594 and Midland Corporate checks 1361 - 1362. | 0.25 | $25.00 |
| | | Scan Dallas Oasis checks 4869 - 4878, 4880, Boron Capital checks 13589 - 13593 and Midland Corporate checks 1361 - 1362 to SEC folder. | 0.25 | $25.00 |
| | | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 06/07/2023 were ready to be picked up. | 0.08 | $8.00 |
| | | Met with S Gifford from Dallas Oasis to pick up checks 4869- 4878, 4880. | 0.08 | $8.00 |
| | | Prepared envelopes for mailing Midland Corporate Ranch checks 1361 - 1362. | 0.08 | $8.00 |
| 6/12/23 | RN | Log onto AT&T to pay invoices for Midland Corporate Ranch unit 5. Save payment confirmation for secure folder. | 0.08 | $8.00 |
| | | Email correspondence with L Barckow requesting approval of DCS Janitorial invoices for Midland Corporate Ranch May 2023. | 0.08 | $8.00 |

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Log onto Ambit Energy to download Midland Corporate Ranch invoices for units 1 - 10. | 0.50 | $50.00 |
| | | Email correspondence with L Barckow requesting approval of Ambit Energy Midland Corporate Ranch invoices for units 1 - 10. | 0.08 | $8.00 |
| | | Prepare UPS envelope to send Boron Capital checks 13589 - 13593 to L Barckow. Take envelope to Telecom for UPS pickup. | 0.25 | $25.00 |
| | | Email correspondence with J Wallace notifying her that Midland Corporate Ranch invoices for Ambit Energy and DCS Janitorial are approved for payment. | 0.08 | $8.00 |
| | | Phone call with Michael Berg Insurance Agency to pay Midland Corporate Ranch monthly premium. They took my message and phone number and would call back. | 0.02 | $2.00 |
| | | Scan Midland Corporate Ranch Truist Statement 5731 06/05/2023 to secure drive. Email correspondence with J Wallace notifying her that the statement is available. | 0.08 | $8.00 |
| 6/13/23 | RN | Phone call with M Hutchins from Benchmark Insurance Group of Texas to discuss the electronic signature for no losses or accidents at Boron properties between 06/07/2023 - 06/13/2023. | 0.03 | $3.00 |
| | | Phone call with Michael Berg Insurance Agency to pay Midland Corporate Ranch premiums for policies 5770-09 and 5771-09 | 0.12 | $12.00 |
| | | Email correspondence with J Wallace to confirm that Midland Corporate Ranch checks 1363 -1364 printed correctly. | 0.08 | $8.00 |
| | | Email correspondence with J Wallace to notify her that Midland Corporate Ranch premiums for policies 5770-09 and 5771-09 had been paid by phone that that approved invoice copies and payment confirmations were scanned to the secure folder. | 0.08 | $8.00 |
| 6/14/23 | RN | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of invoices scanned to the secure folder for payment. Email correspondence with L Barckow requesting approval of Midland Corporate Ranch invoices. | 1.50 | $150.00 |
| | | Email correspondence with L Barckow requesting approval of Midland Corporate Ranch AT&T invoice for the warehouse. | 0.08 | $8.00 |
| | | Pay Midland Corporate Ranch AT&T Warehouse account online | 0.08 | $8.00 |
| 6/15/23 | RN | Email correspondence with J Wallace notifying her that the Midland Corporate Ranch AT&T Warehouse account | 0.08 | $8.00 |

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | had been paid online and that the payment confirmation is saved to the secure drive. |  |  |
|  |  | Review checks received from M Swink. Dallas Oasis checks 4881 - 4887, BC Holdings check $1,263.00 and Boron Capital check 13595. Log check information into excel. | 1.50 | $150.00 |
|  |  | Email correspondence with Vanessa DeLagarza at Truist requesting weekly transaction details for BNF Boron Fund 8 (9741) BNF Boron Capital (4262) BNF BC Holdings 2017, LLC (5707) BNF Midland Corporate Ranch (5731) BNF Dallas Oasis (5723) Boron Capital (4882) Midland Corporate Ranch (4874) and Dallas Oasis (4866) | 0.08 | $8.00 |
|  |  | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 1.50 | $150.00 |
| 6/19/23 | RN | Met with T Black to sign Dallas Oasis checks 4881 - 4887, BC Holdings check 9516, Boron Capital checks 13594 - 13595 and Midland Corporate Ranch checks 1363 - 1367. | 0.08 | $8.00 |
|  |  | Scanned Dallas Oasis checks 4881 - 4887, BC Holdings check 9516, Boron Capital checks 13594 - 13595 and Midland Corporate Ranch checks 1363 - 1366 to the SEC folder. | 0.50 | $50.00 |
|  |  | Prepared envelopes for mailing Midland Corporate Ranch checks 1363, 1365 – 1366 | 0.25 | $25.00 |
| 6/20/23 | RN | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 06/14/2023 were ready to be picked up. | 0.08 | $8.00 |
|  |  | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 0.25 | $25.00 |
|  |  | Met with S Gifford from Dallas Oasis to pick up checks 4869- 4878, 4880. | 0.08 | $8.00 |
|  |  | Scan Midland Corporate Ranch Truist bank statements (4874) for February and March to secure folder. Email correspondence with J Wallace to notify her that the statements are available. | 0.17 | $17.00 |
|  |  | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with M Swink notifying her of invoices scanned to the secure folder for payment. | 0.50 | $50.00 |
|  |  | Reply to email correspondence with S Huser, M Swink, K Weithers and J Wallace concerning payment of Midland Corporate Ranch 2022 Property Taxes. | 0.08 | $8.00 |

# NEW HORIZONS
### ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Downloaded updated 2022 property tax statements from Midland Central Appraisal District for the Midland Corporate Ranch properties. | 0.22 | $22.00 |
| | | Email correspondence with J Wallace concerning voiding Midland Corporate Ranch check 1321 and re-issuing a new check for property taxes. | 0.17 | $17.00 |
| | | Email correspondence with J Wallace confirming that Midland Corporate Ranch check 1368 printed correctly. | 0.08 | $8.00 |
| 6/21/23 | RN | Email correspondence with D Denison requesting Ahuja & Clark invoices for Boron Capital, Mercury and PetroRock. | 0.08 | $8.00 |
| | | Email correspondence with J Wallace notifying her that Boron Capital invoices from Ahuja & Clark were approved and ready to be paid. | 0.08 | $8.00 |
| | | Review checks received from M Swink. Dallas Oasis checks 4888 - 4896 and Boron Capital checks 13596 - 13597. Log check information into excel. | 1.50 | $150.00 |
| 6/22/23 | | Meeting with Vanessa DeLagarza and K Weithers to discuss online access to accounts Secure Purpose (5758) Boron Capital (4262) BC Holdings 2017 (5707) Boron Holding (5715) Boron fund 8 (9741)  Midland Corporate ranch (5731) Dallas Oasis (5723) Boron Capital | 0.50 | $50.00 |
| | | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 0.50 | $50.00 |
| | | Email correspondence with J Wallace confirming that Midland Corporate Ranch check 1369 printed correctly. | 0.08 | $8.00 |
| 6/23/23 | RN | Met with T Black to sign Dallas Oasis checks 4888 - 4896, Boron Capital checks 13596 - 13597 and Midland Corporate Ranch checks 1368 - 1369. | 0.25 | $25.00 |
| | | Scan Dallas Oasis checks 4888 - 4896, Boron Capital checks 13596 - 13597 and Midland Corporate Ranch checks 1368 - 1369 to SEC Boron folder. | 0.50 | $50.00 |
| | | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 06/20/2023 were ready to be picked up. | 0.08 | $8.00 |
| | | Met with S Gifford from Dallas Oasis to pick up checks 4888 - 4896. | 0.08 | $8.00 |
| | | Prepared envelopes for mailing Boron Capital checks 13596 - 13597 and Midland Corporate Ranch check 1369. | 0.17 | $17.00 |
| | | Prepared UPS envelope for mailing Midland Corporate Ranch check 1368 to the Midland Central Appraisal District. Take envelope to Telecom for UPS pickup. | 0.25 | $25.00 |
| 6/26/23 | RN | Download AT&T invoices for Midland Corporate Ranch units 1-10. Email correspondence with L Barckow to approve the AT&T invoices. | 1.00 | $100.00 |

# NEW HORIZONS
## ASSET MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| | | Log onto Ambit Energy to confirm Midland Corporate Ranch check number 1363 had been applied to the account and that no balance was due. | 0.17 | $17.00 |
| | | Email correspondence with V DeLagarza requesting transaction activity for Truist accounts Boron Capital (4882), Dallas Oasis (4866) and Midland Corporate Ranch (4874). | 0.08 | $8.00 |
| 6/27/23 | RN | Email correspondence with M Swink concerning Boron Capital check numbers 13595 and 13596 issued to Ted Gilmore. | 0.08 | $8.00 |
| | | Left voicemail with Austin Barnard concerning a payment to reopen the email server to access Voyager. Follow up the voicemail with an email. | 0.17 | $17.00 |
| 6/28/23 | RN | Reviewed invoices forwarded to Dallas from Lubbock to determine the business unit that each invoice belonged to. Scanned invoices to the appropriate SEC secure folder. Email correspondence with S Huser and M Swink notifying them of invoices scanned to the secure folder for payment.  Email correspondence with L Barckow requesting approval of Midland Corporate Ranch invoices. | 1.50 | $150.00 |
| | | Email correspondence with J Wallace notifying her that Midland Corporate Ranch invoices for DIRECTV are approved for payment. | 0.08 | $8.00 |
| 6/29/23 | RN | Review checks received from M Swink.  Dallas Oasis checks 4897 - 4907. Log check information into excel. | 1.50 | $150.00 |
| | | Email correspondence with Vanessa DeLagarza at Truist requesting weekly transaction details for BNF Boron Fund 8 (9741) BNF Boron Capital (4262) BNF BC Holdings 2017, LLC (5707)  BNF Midland Corporate Ranch  (5731) BNF Dallas Oasis (5723) Boron | 0.08 | $8.00 |
| 6/30/23 | RN | Update Truist outstanding checks list for Boron Capital (4262), BC Holdings (5707), Dallas Oasis (5723) and Midland Corporate Ranch (5731). | 0.25 | $25.00 |
| | | Met with T Black to sign Dallas Oasis checks 4897 - 4907 | 0.10 | $10.00 |
| | | Scanned Dallas Oasis checks 4897 - 4907 to the SEC folder. | 0.08 | $8.00 |
| | | Email correspondence with S Gifford notifying her that Dallas Oasis checks issued 06/28/2023 were ready to be picked up. | 0.08 | $8.00 |

### *Timekeeper Summary and Rate*
**Robert Novak, Accounting Support Staff – Rate: $100**          **27.01**   **$2,701.00**



Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Albert C. Black, III, Receiver
1133 S. Madison Avenue
Dallas, TX 75208

| | |
|---|---|
| Invoice Date: | April 12, 2023 |
| Invoice Number: | 10496523 |
| Matter Number: | 004856.00021 |

*For Professional Services through **March 31, 2023***

**Client:** Securities and Exchange Commission
**Matter:** Boron

| | | |
|---|---|---|
| Total Fees | $ | 5,700.00 |
| **Total Amount Due This Invoice** | **$** | **5,700.00** |

**ACH and Wire Instructions:**
BOKF, NA (FFC Bank of Texas, NA)
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

Credit Card or eCheck: https://www.munsch.com/payment

Client or Matter Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**For billing inquiries, please contact accounting@munsch.com or (214) 740-5198.**

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00021
Invoice Number: 10496523
Matter Description: Boron

2 of 4
April 12, 2023

**Fee Detail**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/23 | DLR | Correspondence to defendants and counsel regarding responses of investors to distribution plan motion and inquiring as to TDO response. | 0.20 | 100.00 |
| 03/02/23 | DLR | Review and approve TDO comments; raise Fairwood issue with counsel for same. | 0.30 | 150.00 |
| 03/03/23 | DLR | Preparation of Third Interim Report; respond to inquiry from authorities; respond to inquiry from Lloyds case counsel. | 0.80 | 400.00 |
| 03/06/23 | DLR | Communications with Lloyds case lead counsel; review correspondence relative to distribution motion; review information supplied by Receiver and update response to authorities; various correspondence following up to seek to complete resolution of TDO approach to McCarty and Womble. | 0.50 | 250.00 |
| 03/07/23 | DLR | Review response from WOTO counsel; advise Defendants regarding same; respond to further inquiry from authorities; coordinate production of material to same; assess next steps relative to distribution plan motion; correspondence to Defendants detailing alternatives; review responses. | 1.20 | 600.00 |
| 03/08/23 | DLR | Communications with client regarding appraisers; receive documents from client and supplement response to authorities. | 0.20 | 100.00 |
| 03/09/23 | DLR | Telephone conference with investor counsel. | 0.10 | 50.00 |
| 03/14/23 | DLR | Confer with Defendant regarding status of open TDO items. | 0.10 | 50.00 |
| 03/15/23 | DLR | Confer further with Defendant regarding status of open TDO items. | 0.10 | 50.00 |
| 03/16/23 | DLR | Various correspondence with Defendants regarding distribution motion and related matters; continue preparation of Third Interim Report; various communications with Receiver regarding distribution motion and information needed for report; review and analyze Dallas Oasis accountings and inquire regarding discrepancies; work to gather necessary information on certain assets for Third Interim Report. | 1.00 | 500.00 |
| 03/17/23 | DLR | Review responses to information requests to Receiver's team; confer with Mr. Wei | 0.40 | 200.00 |
| 03/21/23 | DLR | Continue preparation of Third Interim Report; address correspondence from Defendants; address correspondence from WoTo; final revisions to distribution motion; correspondence to SEC regarding position on motion; add a certificate of conference; revise draft proposed order; final review and proof of motion and order; direct filing. | 4.30 | 2,150.00 |
| 03/22/23 | DLR | Confer with SEC counsel regarding motion to approve distribution plan; revise proposed order; respond to investor counsel inquiries; direct filing of motion and order. | 0.70 | 350.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00021
Invoice Number: 10496523
Matter Description: Boron

3 of 4
April 12, 2023

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/29/23 | DLR | Preparation of memorandum regarding cryptocurrency. | 1.50 | 750.00 |
| | | **Total** | **11.40** | **5,700.00** |

**Timekeeper Summary**

| Timekeeper Title | Name | Initials | Rate | Hours | Amount |
|------------------|------|----------|------|-------|--------|
| Shareholder | Dennis Roossien | DLR | 500.00 | 11.40 | 5,700.00 |
| | | | **Total** | **11.40** | **$5,700.00** |



**MUNSCH**
**HARDT**

DALLAS / HOUSTON / AUSTIN

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Albert C. Black, III, Receiver
1133 S. Madison Avenue
Dallas, TX 75208

| | |
|---|---|
| Invoice Date: | April 12, 2023 |
| Invoice Number: | 10496523 |
| Matter Number: | 004856.00021 |

*For Professional Services through* **March 31, 2023**

**Client:** Securities and Exchange Commission
**Matter:** Boron

| | | |
|---|---|---|
| Total Fees | $ | 5,700.00 |
| **Total Amount Due This Invoice** | **$** | **5,700.00** |

**ACH and Wire Instructions:**
BOKF, NA (FFC Bank of Texas, NA)
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

Credit Card or eCheck: https://www.munsch.com/payment

Client or Matter Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**For billing inquiries, please contact accounting@munsch.com or (214) 740-5198.**



**MUNSCH HARDT**

DALLAS / HOUSTON / AUSTIN

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Albert C. Black, III, Receiver
1133 S. Madison Avenue
Dallas, TX 75208

| | |
|---|---|
| Invoice Date: | May 8, 2023 |
| Invoice Number: | 10498831 |
| Matter Number: | 004856.00021 |

*For Professional Services through April 30, 2023*

**Client:** Securities and Exchange Commission
**Matter:** Boron

| | | |
|---|---|---|
| Total Fees | $ | 1,610.10 |
| **Total Amount Due This Invoice** | **$** | **1,610.10** |

**ACH and Wire Instructions:**
BOKF, NA (FFC Bank of Texas, NA)
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

Credit Card or eCheck: https://www.munsch.com/payment

Client or Matter Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**For billing inquiries, please contact accounting@munsch.com or (214) 740-5198.**

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00021
Invoice Number: 10498831
Matter Description: Boron

2 of 4
May 8, 2023

## Fee Detail

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/03/23 | DLR | Confer with client regarding open matters and next steps. | 0.20 | 100.00 |
| 04/07/23 | DLR | Preparation of materials for Fourth Interim Report; correspondence to Receiver regarding items needed; review response regarding Fairwood property; telephone conference with WOTO counsel regarding status and proposed course of action. | 0.80 | 400.00 |
| 04/12/23 | DLR | Telephone conference with client regarding Oasis suit. | 0.10 | 50.00 |
| 04/13/23 | DLR | Respond to inquiry from Defendant; put together correspondence to Plaintiffs' counsel in Dallas Oasis suit and direct Ms. Wise regarding follow-up attention to same; continue to monitor and assess Bitcoin developments and analyst views regarding same; review response from Plaintiffs' counsel to filed notice of stay; request from client documentation requested by Plaintiffs' counsel. | 0.80 | 400.00 |
| 04/13/23 | KEW | Preparation of Notice of Stay of Dallas County civil proceeding related to Dallas Oasis, LLC. | 0.90 | 260.10 |
| 04/16/23 | DLR | Check Bitcoin status and forecasts. | 0.20 | 100.00 |
| 04/17/23 | DLR | Exchange correspondence with Defendant regarding Fairwood; exchange correspondence with SEC regarding distribution plan. | 0.20 | 100.00 |
| 04/18/23 | DLR | Telephone conference with SEC regarding potential resolutions of claims against receivership defendants. | 0.30 | 150.00 |
| 04/26/23 | DLR | Telephone conference with Receiver regarding status and proposed course of action. | 0.10 | 50.00 |
| | | **Total** | **3.60** | **1,610.10** |

## Timekeeper Summary

| Timekeeper Title | Name | Initials | Rate | Hours | Amount |
|------------------|------|----------|------|-------|--------|
| Shareholder | Dennis Roossien | DLR | 500.00 | 2.70 | 1,350.00 |
| Senior Attorney | Kelly E. Wise | KEW | 289.00 | 0.90 | 260.10 |
| | | | **Total** | **3.60** | **$1,610.10** |



**MUNSCH HARDT**

DALLAS / HOUSTON / AUSTIN

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Albert C. Black, III, Receiver
1133 S. Madison Avenue
Dallas, TX 75208

| | |
|---|---|
| Invoice Date: | May 8, 2023 |
| Invoice Number: | 10498831 |
| Matter Number: | 004856.00021 |

*For Professional Services through* **April 30, 2023**

**Client:** Securities and Exchange Commission
**Matter:** Boron

| | | |
|---|---|---|
| Total Fees | $ | 1,610.10 |
| **Total Amount Due This Invoice** | **$** | **1,610.10** |

**ACH and Wire Instructions:**
BOKF, NA (FFC Bank of Texas, NA)
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

Credit Card or eCheck: https://www.munsch.com/payment

Client or Matter Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**For billing inquiries, please contact accounting@munsch.com or (214) 740-5198.**

**APP. 1116**



Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main  214.855.7500
Fax  214.855.7584
munsch.com

Albert C. Black, III, Receiver
1133 S. Madison Avenue
Dallas, TX 75208

| | |
|---|---|
| Invoice Date: | June 20, 2023 |
| Invoice Number: | 10502106 |
| Matter Number: | 004856.00021 |

*For Professional Services through **May 31, 2023***

**Client:** Securities and Exchange Commission
**Matter:** Boron

| | | |
|---|---|---|
| Total Fees | $ | 8,400.00 |
| Total Costs | $ | 6.40 |
| **Total Amount Due This Invoice** | **$** | **8,406.40** |

**ACH and Wire Instructions:**
BOKF, NA (FFC Bank of Texas, NA)
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

Credit Card or eCheck: https://www.munsch.com/payment

Client or Matter Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**For billing inquiries, please contact accounting@munsch.com or (214) 740-5198.**

**Fee Detail**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/01/23 | DLR | Brief legal research to support reply brief; communications with investor counsel; work on negotiating agreed order; draft and direct filing of reply. | 4.10 | 2,050.00 |
| 05/02/23 | DLR | Confirm filing of reply; update client regarding developments and intended next steps; follow-up with Receiver staff regarding needed financials; preparation of second fee application; circulate to counsel for certificate of conference purposes; review and consider investor counsel response. | 1.40 | 700.00 |
| 05/03/23 | DLR | Handle investor inquiry. | 0.70 | 350.00 |
| 05/05/23 | DLR | Review and consider McCarty sur-reply; draft motion to bifurcate and new proposed orders; correspondence to McCarty counsel regarding same; telephone conference with same; address Lloyds matter; work on documenting McCarty agreement. | 1.40 | 700.00 |
| 05/08/23 | DLR | Work through Honorof claim; receive update and review order on distribution motion; update client; correspondence Defendants regarding same and next steps to implement same; telephone conference with SEC regarding possible depositions; address Fairwood matters. | 1.30 | 650.00 |
| 05/09/23 | DLR | Communications with Mr. Templeton regarding Fairwood. | 0.40 | 200.00 |
| 05/10/23 | DLR | Review and consider inquiry from Defendant; communications with counsel for same; respond to further inquiry from Defendant; confer with client; further call with Defendant and defense counsel. | 0.90 | 450.00 |
| 05/15/23 | DLR | Confer with client regarding next report and fee application; review materials from same; communications with investor; correspondence to client regarding initial implementation of distribution order. | 0.40 | 200.00 |
| 05/16/23 | DLR | Preparation of fee application. | 0.30 | 150.00 |
| 05/17/23 | DLR | Review correspondence from McCarty counsel; correspondence with Defendant and client regarding same; exchange further correspondence regarding Fairwood sale status; review and respond to TDO counsel inquiry; draft motion to approve sale; correspondence to Defendants regarding same. | 2.30 | 1,150.00 |
| 05/19/23 | DLR | Respond to defendant inquiry; consideration of steps needed to complete TDO closing; call with TDO counsel regarding same; preparation of motion to confirm sale; circulate same to TDO counsel. | 1.30 | 650.00 |
| 05/23/23 | DLR | Telephone conference with McCarty counsel regarding sale procedures motion. | 0.20 | 100.00 |
| 05/25/23 | DLR | Receive correspondence relative to additional Fairwood item; check with client regarding same; analysis of particular investor claim; confer with SEC regarding same. | 0.70 | 350.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 004856.00021
Invoice Number: 10502106
Matter Description: Boron

3 of 5
June 20, 2023

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/26/23 | DLR | Receive update regarding financials available for Third Interim Report; pull additional background regarding investor claim and supplement report to SEC; attend call with SEC; communications with TDO relative to investor addresses; compile and provide list to same. | 1.40 | 700.00 |
| | | **Total** | **16.80** | **8,400.00** |

**Timekeeper Summary**

| Timekeeper Title | Name | Initials | Rate | Hours | Amount |
|------------------|------|----------|------|-------|--------|
| Shareholder | Dennis Roossien | DLR | 500.00 | 16.80 | 8,400.00 |
| | | | **Total** | **16.80** | **$8,400.00** |

**Cost Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 04/13/23 | FileTime LLC - Filing Fee - Submission# 74610337. DC-23-03742. Dallas County - 14th District Court. Albert Black. Dennis Roossien | 6.40 |
| | **Total** | **$6.40** |

**Cost Summary**

| Description | Amount |
|-------------|--------|
| Filing Fee | 6.40 |
| **Total** | **$6.40** |



**MUNSCH**
**HARDT**

DALLAS / HOUSTON / AUSTIN

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Albert C. Black, III, Receiver
1133 S. Madison Avenue
Dallas, TX 75208

| | |
|---|---|
| Invoice Date: | June 20, 2023 |
| Invoice Number: | 10502106 |
| Matter Number: | 004856.00021 |

*For Professional Services through **May 31, 2023***

**Client:** Securities and Exchange Commission
**Matter:** Boron

| | | |
|---|---|---|
| Total Fees | $ | 8,400.00 |
| Total Costs | $ | 6.40 |
| **Total Amount Due This Invoice** | **$** | **8,406.40** |

**ACH and Wire Instructions:**
BOKF, NA (FFC Bank of Texas, NA)
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659

Credit Card or eCheck: https://www.munsch.com/payment

Client or Matter Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**For billing inquiries, please contact accounting@munsch.com or (214) 740-5198.**

**APP. 1120**

# EXHIBIT F-3

APP. 1121

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| V. | § | Civil Action No. 5:22-cv-114-C |
| | § | |
| BORON CAPITAL, LLC, et al. | § | |

## ORDER ON FOURTH INTERIM FEE APPLICATION

BEFORE THE COURT is the Receiver's Fourth Interim Fee Application, and the Court,

finding the motion well-taken based upon the grounds stated and the evidence submitted, grants

the motion. The Receiver is hereby authorized to pay $51,548.02 to himself and his professionals

according to the table provided in the application, as compensation for services rendered during

the period April 1, 2023 through June 30, 2023.

SO ORDERED.

Signed this 5 day of ___Sept.___, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

**APP. 1122**