UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                                        No. 4:23-CV-1224-P

**AGRIDIME LLC, JOSHUA LINK,** AND
**JED WOOD,**

   Defendants.

## ORDER

Before the Court is the Joint Notice of Resolution of Motion to Show Cause by Steve Fahey, in his capacity as the Court-appointed Receiver ("Receiver"), and SCRS Fort Worth Industrial, LLC ("Landlord") (ECF No. 113).

In light of the Joint Notice of Resolution filed by the parties, the Court concludes the matters underlying the Receiver's Motion for Landlord SCRS Fort Worth Industrial, LLC to Show Cause (ECF No. 105) have been resolved consensually by the parties.

Accordingly, it is **ORDERED** the Motion to Show Cause is **DENIED as moot** and the Court's Order of July 23, 2024 (ECF No. 106), is hereby resolved.

**SO ORDERED on this 1st day of August 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE