**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Case No. 4:23-CV-1224 (P) |
| v. | § § | |
| AGRIDIME, LLC, JOSHUA LINK, JED WOOD, | § § § | |
| Defendants. | § § | |

**DEFENDANT JOSHUA LINK'S RESPONSE TO RECEIVER'S MOTION FOR PONZI DETERMINATION**

TO THE HONORABLE MARK T. PITTMAN:

Defendant Joshua Link files this Response to Receiver's Motion for Ponzi Determination ("Motion"). To Mr. Link's knowledge, Agridime conducted legitimate cattle business and was not a Ponzi scheme. Accordingly, he writes to state his strong opposition to Receiver's Motion for Ponzi Determination. Nevertheless, Mr. Link does not oppose the relief requested in Receiver's Motion with the understanding that obtaining this designation will assist Receiver in maximizing the value of the Receivership Estate and, in turn, work towards ensuring that Receiver will be able to pay back the purchasers of cattle contacts and any outstanding bills owed by Agridime.

Dated:  August 5, 2024.                          Respectfully submitted,

                                                 */s/ David W. Klaudt*
                                                 David W. Klaudt
                                                 State Bar No. 00796073
                                                 David.Klaudt@gtlaw.com
                                                 Robert Long
                                                 State Bar No. 24089210
                                                 rlong@gtlaw.com
                                                 Michael M. Besser
                                                 State Bar No. 24105464
                                                 Michael.Besser@gtlaw.com
                                                 **GREENBERG TRAURIG, LLP**
                                                 2200 Ross Avenue, Suite 5200
                                                 Dallas, TX 75201
                                                 Telephone:  (214) 665-3600
                                                 Facsimile:  (214) 665-5966

                                                 **ATTORNEYS FOR DEFENDANT
                                                 JOSHUA LINK**

## CERTIFICATE OF SERVICE

        I certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

                                                 */s/ David W. Klaudt*
                                                 David W. Klaudt