UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**

    Plaintiff,

v.                                                            **No. 4:23-CV-1224-P**

**AGRIDIME LLC, JOSHUA LINK, AND JED
WOOD,**

    Defendants.

### ORDER

Before the Court is Steve Fahey, in his capacity as the Court-appointed Receiver's ("Receiver") Motion for Ponzi Determination and Brief in Support (ECF No. 110). Having considered the Motion, attachments, relevant docket entries, Response, Reply, and applicable law, the Court **FINDS** that Agridime was operated as a Ponzi scheme as of October 1, 2021.

Accordingly, the Court concludes the Motion should be and hereby is **GRANTED**.

**SO ORDERED** on this **13th day of August 2024.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE