UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

v. **No. 4:23-cv-1224-P**

**AGRIDIME LLC ET AL.,**

Defendants.

**ORDER**

Before the Court is the Receiver's Motion for Order: (1) Approving Sale Procedures; (2) Authorizing Private Sale of Substantially All Assets; (3) Waiving Certain Requirements of 28 U.S.C. §§ 2001(b), 2004; (4) Setting Hearing Date to Confirm Private Sale; and (5) Approving Form and Manner of Notice (the "Motion"). ECF No. 121.

Accordingly, it is **ORDERED** that:

1. Any objection to the Motion shall be filed in writing with the Court on or before seven (7) days after the date of this Order and served on all parties who have appeared in this case and counsel to the Purchaser, Christina Wenko (at cwenko@mackoff.com via email).
2. If any objections are filed, the Receiver shall file a response with the Court on or before three (3) days after the date such objection is filed.
3. A hearing to confirm the private sale (the "Confirmation Hearing") shall be held on **Monday, October 7, 2024**, at **8:30 a.m.** in the Fourth Floor Courthouse of the Eldon Mahon United States Courthouse at 501 W. 10th St., Fort Worth, TX 76102.

4. The Receiver shall provide, and shall be deemed to have provided, notice of this Order and of the Confirmation Hearing by publication to all interested parties as described in paragraph 5.
5. The form and manner of the notice attached to the Motion as Exhibit D is approved and shall be published in the Fort Worth Star Telegram and at https://www.agridime.com/information-on-the-agridime-receivership at least ten (10) days before the Confirmation Hearing.

**SO ORDERED** on this **25th day** of **September 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE