UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.   No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

   The Court ordered Sheer Marketing, LLC to appear and **SHOW CAUSE** why it should not be sanctioned for failing to close the sale as required by the Asset-Purchase Agreement. Although the Receiver gave Sheer Marketing notice of the show-cause hearing, Sheer Marketing did not send a representative.

   The Court has considered what would be the least-severe sanction sufficient to reprove Sheer Marketing's breach of the agreement and its failure to appear at the hearing. After considering the available options, the Court **ORDERS** that Sheer Marketing, LLC pay, as a sanction, **$82,121.72** in attorney's fees reasonably incurred by the Receiver in connection with the Asset Purchase Agreement, as outlined in the Declaration of the Receiver's counsel Colin Benton (ECF No. 162-1). Attorney's fees in the amount of **$82,121.72** shall be payable to the Receiver by **July 31, 2025**.

   **SO ORDERED** on this **1st day of July 2025.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE