**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Securities and Exchange Commission** | § | |
| | § | |
| | § | |
| **vs.** | § | **4:23-cv-1224** |
| | § | |
| **Agridime LLC,** | § | |
| **Joshua Link, and** | § | |
| **Jed Wood** | § | |

<u>**Proposed Order re: Return of Property**</u>

Having considered Claimant Robert Shane's Motion for Return of Property, the Court finds that the Motion presents proper grounds for relief, specifically, that the $1.5 million transferred to Agridime is not an asset of the Receivership.  Therefore, the Court orders the Receiver to return the $1.5 million to Claimant Robert Shane by and through his attorney of record.

_____

United States District Judge