UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                                      No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

   Before the Court is the Receiver's Motion to Hold Sheer Marketing, LLC and Wylie Bice in Contempt. ECF No. 167. Having considered the Motion, the Court believes expedited briefing is warranted. Accordingly, the Court **ORDERS** Sheer Marketing, LLC and Bice to file a response to the Motion on or before **Friday, August 22, 2025**. Thereafter, the Receiver shall file a reply brief on or before **Tuesday, August 26, 2025**. The Court **SETS** the Motion for hearing on **Thursday, August 28, 2025**, at **1:00 p.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, 501 W. 10th St., Fort Worth, TX 76102.

   Additionally, it appears from the Receiver's Motion that Sheer Marketing, LLC and Bice are represented only by Mr. Joseph Slovacek, a Houston attorney. Sheer Marketing, LLC and Bice are hereby **ORDERED** to enter the appearance of local counsel, as required by and defined in Local Rule 83.10(a), before the day of the hearing.

   **SO ORDERED** on this **19th day of August 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE