UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                   No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

The Court set a hearing for the date of this Order on the Receiver's Motion to Show Cause. ECF No. 167. The Court received notice that the Receiver resolved the Motion with Mr. Wylie Bice and Sheer Marketing, LLC. ECF No. 170. Accordingly, the hearing on the Motion to Show Cause previously set for Thursday, August 28, 2025, at 1:00 p.m. is hereby **CANCELED**.

**SO ORDERED** on this **28th day of August 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE