# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:23-CV-1224p |
| AGRIDIME LLC, JOSHUA LINK, and JED WOOD | § § § § § | |
| *Defendants*. | § § | |

# **APPENDIX**

Come now, Lonnie Jaeger, Mario Ost, and Lance Lenton and file this Appendix in support of the North Dakota Ranchers' Brief in Support of Motion for Payment of Proceeds from Sale of Cattle Free and Clear of Claims from Feedyards and in support thereof do respectfully submit this Appendix with the following documents:

| | |
|---|---|
| Affidavit of Lonnie Jaeger and Exhibits | Page 1 |
| Affidavit of Mario Ost and Exhibits | Page 35 |
| Affidavit of Lance Lenton and Exhibits | Page 58 |
| Affidavit of Mark Western and Exhibit A<br><br>Mark Western's Affidavit Exhibit B, part 1 (beginning at page 121)<br><br>Mark Western's Affidavit Exhibit B, part 2 (beginning at page 227)<br><br>Mark Western's Affidavit Exhibit B, part 3 (beginning at page 333) | Page 76 |

| | |
|---|---|
| Mark Western's Affidavit Exhibit B, part 4 (beginning at page 439)<br><br>Mark Western's Affidavits Exhibits C through E (page 545) | |
| Affidavit of Gary Engstrom and Exhibits | Page 555 |
| Affidavit of Adam Monson and Exhibits | Page 564 |
| Affidavit of Clinton Haman | Page 578 |
| Affidavit of Corby Ward and Exhibits | Page 600 |
| Other Authorities -The Packers and Stockyards Statutory Trust and the Unpaid Cattle Supplier | Page 624 |

Respectfully submitted,

By: _____/s/Mark J. Petrocchi_____
Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
ATTORNEY FOR LONNIE JAEGER, MARIO OST, AND LANCE LENTON

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a true and correct copy of the foregoing instrument to be served via email upon those parties registered to receive documents via the ECF mailing

system of the Court on August 29, 2025. Based upon prior notices, the people to receive notice include the following.

David Lattimore Evans    evansdavidl@msn.com

Roland K Johnson (Terminated)    rolandjohnson@hfblaw.com, ccole@hfblaw.com, ccyrier@hfblaw.com, clacy@hfblaw.com, ctucker@hfblaw.com

David L LeBas    dlebas@namanhowell.com, jaucoin@namanhowell.com

Jackie Robinson    jrobinson@namanhowell.com, cjohn@namanhowell.com, mneal@namanhowell.com, prien@namanhowell.com

David Allen Klingler (Terminated)    klingler@sbep-law.com

Mark J Petrocchi (Terminated)    mpetrocchi@lawgjm.com, acamarena@lawgjm.com, mkidd@lawgjm.com, mpetrocchi@prodigy.net, mpetrocchi@yahoo.com

Peter C D'Apice (Terminated)    dapice@sbep-law.com

Arnold Augur Spencer (Terminated)    arnoldspencer75225@gmail.com

Jeffrey J Ansley    jansley@vedderprice.com, agoodman@vedderprice.com, ecfdadocket@vedderprice.com, kdevlin@vedderprice.com, nef-filings-4420@vedderprice.com, nstanley@vedderprice.com, phall@vedderprice.com, sdeau@vedderprice.com, tmurrell@vedderprice.com

David J Drez, III    david.drez@wickphillips.com, CourtMail@wickphillips.com, gwen.gonzales@wickphillips.com, samantha.tandy@wickphillips.com

John F Massouh    john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

Brant C Martin    brant.martin@wickphillips.com, CourtMail@wickphillips.com, karina.enriquez@wickphillips.com, samantha.tandy@wickphillips.com

Jacob Thomas Fain    jacob.fain@wickphillips.com, CourtMail@wickphillips.com, karina.enriquez@wickphillips.com, samantha.tandy@wickphillips.com

Matthew J Gulde-SEC    guldem@sec.gov, bernsteink@sec.gov, fairchildr@sec.gov, justicet@sec.gov, stewartan@sec.gov

Colin Patrick Benton    colin.benton@wickphillips.com, CourtMail@wickphillips.com, karina.enriquez@wickphillips.com, samantha.tandy@wickphillips.com

Paul Thomas Elkins    paul.elkins@wickphillips.com, CourtMail@wickphillips.com,

yessenia.rocha@wickphillips.com

Caroline Marie Cyrier (Terminated)   ccyrier@hfblaw.com, lriley@hfblaw.com

Tyson Mark Lies   liest@sec.gov, bernsteink@sec.gov, fairchildr@sec.gov, justicet@sec.gov, minnickd@sec.gov, stewartan@sec.gov

Schyler Paige Parker   schyler.parker@wickphillips.com, CourtMail@wickphillips.com, karina.enriquez@wickphillips.com, samantha.tandy@WickPhillips.com

Katherine Marie Devlin   kdevlin@vedderprice.com, asmith@vedderprice.com, ecfdadocket@vedderprice.com, nef-filings-4420@vedderprice.com

Emily Bibb   emily.bibb@wickphillips.com, CourtMail@wickphillips.com, yessenia.rocha@wickphillips.com

Stafford Powell Brantley   spbrantleylaw@gmail.com, karina.enriquez@wickphillips.com, samantha.tandy@wickphillips.com

Stephen Fahey   steve@sfaheylaw.com

Mark Robert Western (Terminated)   mark@fremstadlaw.com

By: */s/ Mark J. Petrocchi*  
Mark Petrocchi