IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:23-cv-1224 |
| ) | |
| v. ) | |
| ) | |
| **AGRIDIME LLC,** ) | |
| **JOSHUA LINK, and** ) | |
| **JED WOOD,** ) | |
| ) | |
| Defendants, ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF AGREED FINAL JUDGMENTS
AS TO DEFENDANTS AGRIDIME LLC AND JED WOOD**

Plaintiff Securities and Exchange Commission ("Commission") files this Motion for Entry of Agreed Final Judgments as to Defendants Agridime LLC ("Agridime") and Jed Wood ("Wood"). In support of this Motion, the Commission states as follows:

1. The Commission filed this civil action on December 11, 2023, asserting that Defendants committed violations of the federal securities laws. (*See* Doc. 1.)

2. The Commission has reached settlements with Agridime and Wood. Agridime and Wood have executed written consents (the "Consents") that set out the terms of the settlements. True and correct copies of the Consents are filed herewith as <u>Exhibits A and B</u>.

3. As set forth in the Consents, Agridime and Wood have agreed to the entry of the proposed Final Judgments ("Final Judgments") submitted herewith as <u>Exhibits C and D</u>. With regards to Agridime, the Final Judgment, among other things, (a) orders permanent injunctive relief, and (b) orders Agridime to pay disgorgement of $102,936,904, together with prejudgment interest thereon of $17,310,965.32, to be deemed satisfied by the Receiver's collection efforts in

1

this action.  With regards to Wood, the Final Judgment, among other things, (a) incorporates the permanent injunctive relief previously ordered by this Court against Wood in the Agreed Judgment entered on April 25, 2024 (doc. 93) in this matter, and (b) orders Wood to pay disgorgement of $1,959,309.67, together with prejudgment interest thereon of $373,676.49, and a civil penalty of $236,451.

4. The Commission respectfully requests that the Court enter the Final Judgments.

5. Pursuant to the Consents, Defendants have agreed that the Commission may present the proposed Final Judgments to the Court for signature and entry without further notice (*see* Exhibit A ¶ 15 *and* Exhibit B ¶ 15).

For all of these reasons, the Court should grant this Motion, enter the proposed Final Judgments submitted herewith, and grant the Commission such other or further relief to which it is justly entitled.

Dated: September 2, 2025                Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

*/s/ Tyson M. Lies*
Matthew J. Gulde
Illinois Bar No. 6272325
Tyson M. Lies
Texas Bar No. 24087927
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-1421 (Lies)
Facsimile:  (817) 978-4927
guldem@sec.gov
liest@sec.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 21 and 22, 2025, I conferred with counsel for Defendants Agridime LLC and Jed Wood regarding the content of this motion and they are not opposed to the relief sought by the SEC. I further certify that I attempted to contact Joshua Link via telephone on August 22 and September 2, but he did not answer or respond.

*/s/ Tyson M. Lies*
Tyson M. Lies

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, a copy of foregoing *Motion for Entry of Agreed Final Judgments as to Defendants Agridime LLC and Jed Wood* was filed electronically and served by mail as soon as practicable on anyone unable to accept electronic filing.

*/s/ Tyson M. Lies*
Tyson M. Lies
