UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**

   Plaintiff,

v.                                                                    No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

### ORDER

Before the Court is Robert Shane's Motion for Return of Property ("Motion"). ECF No. 166.

Robert Shane asks the Court to find that the $1.5 million he transferred to Agridime be returned to him on the grounds that the funds are not assets controlled by the Receivership. *See* ECF No. 166. Such a decision, however, would be premature. Stephen P. Fahey, the appointed Receiver, has not yet issued his final distribution plan. ECF No. 15. The Court authorized him to "receive and take into possession from third parties all Receivership Property …." and to take any actions which would have been previously permissible "by the officers, directors, partners, managers, trustees and agents of the Receivership Defendants …." ECF No. 15.

Before the Receiver submits to the Court his final distribution plan, the Receiver is entitled to have the opportunity to perform a thorough investigation on all the assets under his care. He is also entitled to have Mr. Shane respond to his requests for more information related to his investments in Agridime and wait for the final distribution plan just as the other investors are so required.

Having considered the Motion, the Response, relevant docket entries, and applicable law, the Court finds the Motion should be and hereby is **DENIED.**

**SO ORDERED** on this **11th day of September 2025.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE