UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

  Plaintiff,

v.                          No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

  Defendants.

## ORDER

Before the Court is Plaintiff Securities and Exchange Commission's Motion for Entry of Agreed Final Judgments as to Defendants Agridime LLC and Jed Wood, filed September 2, 2025. ECF No. 177. Having considered the motion and noting that Defendants have executed written consent agreements setting out the terms of their settlements with Plaintiff, the Court **GRANTS** the motion. The Court will enter the judgments against Agridime, LLC and Jed Wood by separate docket entry.

**SO ORDERED** on this **18th day of September 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE