UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                              No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiff Securities and Exchange Commission's Motion for Monetary Remedies and Entry of Final Judgment as to Defendant Joshua Link, filed September 2, 2025. ECF No. 176. Having considered the motion, the Court **GRANTS** the motion.

**SO ORDERED** on this **18th day of September 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE