UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                               No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is Steve Fahey's, in his capacity as the Court-appointed Receiver, Motion for Extension of Time to File Response to the North Dakota Ranchers' Motion for Payment of Trust Claims. ECF No. 181.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the deadline for Receiver to file a response is **EXTENDED up to and including September 26, 2025.**

**SO ORDERED** on this **19th day of September 2025.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE