UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                        **No. 4:23-cv-01224-P**

**AGRIDIME, LLC, ET AL.,**

   Defendants.

## ORDER

   Before the Court is (1) North Dakota Ranchers Mario Ost, Lance Lenton, and Lonnie Jaeger's "Motion for Payment of Retained Ownership Cattle" [Doc. 172], and (2) Cattle Empire, LLC and Brookover Feed Yards, Inc.'s "Response to North Dakota Ranchers Motion for Payment of Retained Ownership Cattle and First Amended Cross-Motion for Summary Declaration of Priority, Alternative Motion for Imposition of the Doctrine of Marshaling, Alternative Motion for Scheduling Order for Further Discovery, and Alternative Motion for Court-Ordered Mediation" [Doc. ___], the parties' briefs, responses, any replies, and applicable record evidence. Having considered the Motions, the Court **DENIES** the North Dakota Ranchers' Motion [Doc. 172], and further **GRANTS** Cattle Empire, LLC, and Brookover Feed Yards, Inc.'s Cross-Motion for Summary Declaration of Priority [Doc. ___].

   It is, therefore, **ORDERED**, that North Dakota Ranchers Mario Ost, Lance Lenton, and Lonnie Jaeger's Motion for Relief from Stay [Doc. 172] is **DENIED**.

   It is further **ORDERED** that Cattle Empire LLC and Brookover Feed Yards, Inc. have priority security interests in, and, upon accounting, are entitled payment from the cattle sales proceeds received from the sale of cattle previously in their respective yards identified by lots 2828, 2855, 2856, 7641, 7652 and N220 (the "North Dakota Cattle Proceeds") in the

amounts owed on the financing for said lots of cattle pursuant to their respective agreements with Agridime [Doc. 108 at 2-15 (Cattle Empire); Doc. 108 at 23-27 (Brookover)], including principal and interest.

**SO ORDERED** on this \_\_\_\_ **day of** _____ **2025.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE