IN THE UNITED STATES COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Plaintiff, | § § |
| v. | § Civil Action No. 4:23-CV-1224-P § |
| AGRIDIME LLC, JOSHUA LINK, and JED WOOD, | § § § § |
| Defendants. | § |

# ORDER GRANTING
## CATTLE EMPIRE, LLC AND BROOKOVER FEED YARDS, INC.'S ALTERNATIVE MOTION FOR IMPOSITION OF THE DOCTRINE OF MARSHALING (DKT __)

Before the Court is Cattle Empire, LLC and Brookover Feed Yards, Inc.'s "Response to North Dakota Ranchers Motion for Payment of Retained Ownership Cattle and First Amended Cross-Motion for Summary Declaration of Priority, Alternative Motion for Imposition of the Doctrine of Marshaling, Alternative Motion for Scheduling Order for Further Discovery, and Alternative Motion for Court-Ordered Mediation" [Doc. ___], the parties' briefs, responses, any replies, and applicable record evidence. Having considered these motions, the Court **GRANTS** Cattle Empire, LLC, and Brookover Feed Yards, Inc.'s Alternative Motion for Imposition of the Doctrine of Marshaling.

It is, therefore, **ORDERED** that Mario Ost, Lance Lenton, and Lonnie Jaeger seek recovery for their claims first from Dealer Trust Assets in the Receivership other than those resulting from proceeds from cattle fed at the feedyards of Cattle Empire, LLC and Brookover Feed Yards, Inc.

It is further **ORDERED** that only after the depletion of all Dealer Trust Assets in the Receivership not resulting from proceeds from cattle fed at the feedyards of Cattle Empire, LLC and Brookover Feed Yards, Inc. may

Ost, Lenton, and Jaeger pursue recovery from Dealer Trust Assets resulting from such proceeds.

It is **SO ORDERED**.

Signed on this _____ of _____, 2024.

_____
**MARK T. PITTMAN**
**UNITED STATED DISTRICT JUDGE**