IN THE UNITED STATES COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  §§§§§ | |
| Plaintiff, § | |
| v. § | Civil Action No. 4:23-CV-1224-P |
| § | |
| AGRIDIME LLC, JOSHUA LINK, and JED WOOD, §§§§ | |
| Defendants. § | |

# ORDER SCHEDULING MEDIATION AND DISCOVERY PURSUANT TO
# CATTLE EMPIRE, LLC AND BROOKOVER FEED YARDS, INC.'S ALTERNATIVE MOTION FOR SCHEDULING ORDER FOR FURTHER DISCOVERY  (DKT __)

Before the Court is Cattle Empire, LLC and Brookover Feed Yards, Inc.'s "Response to North Dakota Ranchers Motion for Payment of Retained Ownership Cattle and First Amended Cross-Motion for Summary Declaration of Priority, Alternative Motion for Imposition of the Doctrine of Marshaling, Alternative Motion for Scheduling Order for Further Discovery, and Alternative Motion for Court-Ordered Mediation" [Doc. ___], the  parties' briefs, responses, any replies, and applicable record evidence.  Having considered these motions, the Court **GRANTS** Cattle Empire, LLC, and Brookover Feed Yards, Inc.'s Alternative Motion for Entry of Scheduling order for Discovery and Further Briefing on Relative Priority of Creditors, and GRANTS the Alternative Motion for Court-Ordered Mediation.

It is, therefore, **ORDERED** that Mario Ost, Lance Lenton, and Lonnie Jaeger, Cattle Empire, LLC, Brookover Feed Yards, Inc., and the Receiver, together with other interested parties (1) engage in good-faith mediation to attempt to resolve the issues set forth in Ost, Lenton, and Jaeger's Motion [Doc. 173] and Cattle Empire and Brookover's Response and Cross-Motion

[Doc. ___], and (2) file a joint status report regarding such mediation on or before the deadlines below.

It is further **ORDERED** that, in the event the disputes between such parties is not resolved at such mediation, the parties shall engage in discovery pursuant to the deadlines below.

It is further **ORDERED** that upon completion of such discovery deadlines, such parties may file amended motions and responses to Doc. 173 and Doc. ___ pursuant to the deadlines below.

| EVENT | DEADLINE |
|---|---|
| Deadline for all interested parties to engage in mediation. | 60 days from the date of this order |
| Deadline for all parties to the mediation to file a joint status report to this Court. | 14 days from the date of mediation |
| Deadline for completion of all discovery. | 120 days from the date of mediation |
| Deadline for all interested parties seeking affirmative relief related to Doc. 173 and Doc. ___ to file amended motions or briefs. | 30 days from discovery deadline |
| Deadline for all interested parties to file briefs in response affirmative relief sought in Doc. 173 or Doc. ___, or the amended motions or briefs thereto. | 60 days from discovery deadline |
| Deadline for replies | 81 days from discovery deadline |

If any such deadline falls on a weekend or Court holiday, it is extended to the next business day.

This Order is binding on all parties and shall not be modified except by leave of the Court upon showing of good cause or by agreement of all Parties with notice to the Court.

It is **SO ORDERED**.

Signed on this \_\_\_\_ of _____, 2024.

_____
**MARK T. PITTMAN**
**UNITED STATED DISTRICT JUDGE**