IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-CV-1224-P |
| v. | § § | |
| AGRIDIME LLC, JOSHUA LINK, and JED WOOD, | § § § | |
| Defendants. | § § | |

**CATTLE EMPIRE, LLC AND BROOKOVER FEED YARDS, INC.'S OBJECTIONS TO EVIDENCE IN THE NORTH DAKOTA RANCHERS' APPENDIX TO MOTION FOR PAYMENT OF RETAINED OWNERSHIP CATTLE [Dkt. 175-4, -10, -11, -12, and -13]**

CATTLE EMPIRE, LLC and BROOKOVER FEED YARDS, INC. ("Feedyards"), object to certain evidence contained in affidavits submitted by the North Dakota Ranchers in support of their Motion for Payment of Retained Ownership Cattle, and Amended Motion for Declaration of Priority Or Alternative Motion for Scheduling Order for Further Discovery Evidence:  the Affidavit of Mark Western (Dkt. 175-4), the Affidavit of Gary Engstrom (Dkt. 175-10), the Affidavit of Adam Monson (Dkt. 175-11), the Affidavit of Clinton Haman (Dkt. 175-12), and the Affidavit of Corby Ward (Dkt. 175-13).

## AFFIDAVIT OF MARK WESTERN (Dkt. 175-4)

**Objections to Paragraphs 10-22:**

1.      Feedyards object to Paragraphs No. 10-22 because they are hearsay and affiant has no personal knowledge.

a. "10. "I have prepared a spreadsheet that attempts to compile all the relevant numbers for the North Dakota Ranchers' Motion that were derived from the documents from Exhibits "Western A", "Western B", and "Western C". The spreadsheet that I prepared is attached to this Affidavit as Exhibit "Western D" and is intended to be an illustrative exhibit that compiles information from the documents provided by the North Dakota Ranchers, the Feedyards or the USDA for the Court's information and convenience.

11 . "I am not claiming to have personal knowledge of the events that underline the numbers in the attached documents, I only have applied the numbers expressed in the attached documents into the illustrative exhibit spreadsheet.

12. "The remainder of this Affidavit seeks to explain where and how the numbers in Exhibit "Western D" came from, excepting the USDA Packer/Dealer Trust claims, which are contained in the contemporaneously filed Affidavits of the North Dakota Ranchers.

13. "The first column of the spreadsheet, entitled "Rancher or Lot Number," identifies that the numbers in further corresponding columns relating to each Rancher, or for Lonnie Jaeger, by lot number and feedyard.

14. "As set forth in greater detail below, the second column of the spreadsheet, labeled "Pounds of Harvested Cattle," sets out the

*pounds of harvested cattle for each North Dakota Rancher or lot number, as applicable.*

*15. "As set forth in greater detail below, the third column of the spreadsheet, labeled "Agridime/Rancher Retained Ownership Contracted Price," sets out the Agridime/Rancher Retained Ownership Contract price, which in each instance was $202 per hundred weight or $2.02 per pound of harvested cattle, excepting the Jaeger 70 head already harvested cattle, which had a contract price of $1.72 per pound.*

*16. "As set forth in greater detail below, the fourth column of the spreadsheet, labeled "Projected Retained Ownership Contract Amount" sets out what each Rancher or Lot would have received had Agridime fulfilled the Retained Ownership Contracts. Said another way, the amounts in the fourth column are the total pounds of harvested cattle multiplied by the Agridime/Retained Ownership Contracted Price of $2.02 per pound.*

*17. "As set forth in greater detail below, the fifth column of the spreadsheet, labeled "Amounts Received by Feedyards from Sale of Harvested Cattle" are the actual amounts that the feedyards received for sale of each lot of Retained Ownership Cattle at issue here.*

*18. "As set forth in greater detail below, the sixth column of the spreadsheet, labeled "Feed, Care, & Interest Deducted by Feedyards" illustrates the amount of gross proceeds that either*

*Brookover or Cattle Empire retained after the sale of the North Dakota Ranchers' Retained Ownership Cattle.*

*19. "As set forth in greater detail below, the seventh column of the spreadsheet, labeled "Amounts Remitted by Feedyards to Agridime" illustrates the net amounts for each lot or each North Dakota Rancher were remitted by either Brookover or Cattle Empire pursuant to the Court's Order of April 26, 2024 (Doc. ID No. 95) requiring the feedyards to disburse sale proceeds of the Retained Ownership Cattle to the Receiver, less the costs of feed and care. With respect to the Jaeger 70 head already harvested cattle, it is our understanding that Agridime received the funds pre-receivership and not subject to a Court Order.*

*20. "As set forth in greater detail below, the eighth column of the spreadsheet, labeled "USDA Packer/Dealer Trust Filed Claims" sets out the amounts claimed by each of the North Dakota Ranchers for each lot of Retained Ownership Cattle at issue.*

*21. "As set forth in greater detail below, the ninth column of the spreadsheet, labeled "USDA 'Apparently Valid'" sets out the analysis of the United States Department of Agriculture regarding the amounts of the North Dakota Ranchers' USDA Packer/Dealer Trust Claims it deemed to be "apparently valid" for each lot or respective North Dakota Rancher. [See Exhibit "Western C"].*

*22. As the preceding paragraphs have described each column of the spreadsheet, the subsequent paragraphs seek to set out where the numbers in each column are derived.*

**Objections to Paragraphs 23-29:**

2.    Feedyards object to Paragraphs 23-29 because they are hearsay and affiant has no personal knowledge.

  *a. "Lance Lenton*

*23. "Lance Lenton entered into a Retained Ownership Agreement with Agridime, LLC dated November 6, 2023, for the eventual sale of" 131 +- Heifers" for $202 per hundred weight, or $2.02 per pound of harvested cattle. [See Doc. ID No. 65-3, at 5 (Exhibit "l" to Affidavit of Lance Lenton filed March 22, 2024)].*

*24. "Lance Lenton had a total of 131 head of Retained Ownership Cattle that were situated at Cattle Empire prior to their harvesting/slaughter. Prior to harvesting, two head died and were not counted further for sale. [See Affidavit of Lance Lenton, filed contemporaneously herewith, See also, Exhibit "Western B", at Cattle Empire 00072, noting "Received, 131" and "Shipped" 129" and 2 dead, See also, Exhibit "Western B", at Cattle Empire 000055 (stating "Head Out: 129")].*

*25. "Lance Lenton's cattle were primarily sold to Tyson and according to the documents provided by Cattle Empire, Lance*

*Lenton's cattle were harvested at a weight of 185,779 pounds. [See Exhibit "Western B", at Cattle Empire 000063, 000064, See also Exhibit "Western B", at Cattle Empire 000424 (compilation prepared by Cattle Empire)].*

*26. "Tyson paid Cattle Empire a total of $365,171.07 for the 129 head of cattle. [See Exhibit "B" at Cattle Empire 000062 (total in handwriting), See also Exhibit "Western B" at Cattle Empire 0000424].*

*27. "After deducting $82,116.38 for feeding, interest, and care, Cattle Empire remitted $283,054.69 to the Receiver from the proceeds of the sale of Lenton Retained Ownership Cattle. [See Exhibit "Western B", at Cattle Empire 000062 (amount to receiver in handwriting), See also Western "B", at Cattle Empire 000424].*

*28. "Lance Lenton filed USDA Dealer/Packer Trust Claims in the amount of $293,157.20. [See contemporaneously filed Affidavit of Lance Lenton, See also Exhibit "Western C", USDA Dealer Packer Trust Analysis].*

*29. "After determining that Lance Lenton's Packer/Dealer Trust Claims were filed timely, the USDA further determined that an amount of $293,157.20 was "apparently valid." [See Exhibit "Western C", USDA Dealer Packer Trust Analysis].*

**Objections to Paragraphs 30-36:**

3.      Feedyards object to Paragraphs 30-36 because they are hearsay and affiant has no personal knowledge.

> a.  *"**Mario Ost***
>
> *30. "Mario Ost entered into a Retained Ownership Agreement with Agridime, LLC dated November 13, 2023, for the eventual sale of" 120 +- Heifers/Steers" for $202 per hundred weight, or $2.02 per pound of harvested cattle. [See Doc. ID No. 65-2, at 5_(Exhibit "l" to Affidavit of Mario Ost filed March 22, 2024)].*
>
> *31. "Mario Ost had a total of 127 head of Retained Ownership Cattle that were situated at Cattle Empire prior to their harvesting/slaughter. [See Affidavit of Mario Ost, filed contemporaneously herewith, See also, Exhibit "Western B", at Cattle Empire 000106 (stating "Head Out: 127")].*
>
> *32. "Mario Ost's Retained Ownership cattle were primarily sold to Tyson and according to the documents provided by Cattle Empire, Mario Ost's Tyson cattle were harvested at a weight of 170,079 pounds. [See Exhibit "Western B", at Cattle Empire 124, See also Exhibit "Western B", at Cattle Empire 000424 (compilation prepared by Cattle Empire)]. Two additional head of Ost Retained Ownership cattle were sold to H & B Packing, Co., and the proceeds received from the sale of the two head of cattle were later applied by Cattle Empire to the feeding and care of the remaining cattle. [See Exhibit*

*"Western B" at Cattle Empire 000124, See also, Exhibit "Western B" at Cattle Empire 000424]. One other head of cattle was a "railer", for which Cattle Empire received nothing. See id*

*33. "Tyson paid Cattle Empire a total of $318,738.47 for the 124 head of Ost Retained Ownership cattle. [See Exhibit "Western B" at Cattle Empire 000114 (total in handwriting) 000124, See also Exhibit "Western B" at Cattle Empire 0000424].*

*34. "After deducting $82,82,618.18 for feeding, interest, and care, Cattle Empire remitted $236,120.29 to the Receiver from the proceeds ofthe sale of Ost Retained Ownership Cattle. [See Exhibit "Western B", at Cattle Empire 000114 (amount to receiver in handwriting), See also Cattle Empire 000424].*

*35. "Mario Ost filed USDA Dealer/Packer Trust Claims in the amount of $387,840. [See contemporaneously filed Affidavit of Mario Ost, See also Exhibit "Western C", USDA Dealer Packer Trust Analysis].*

*36. "After determining that Mario Ost's Packer/Dealer Trust Claims were filed timely, the USDA further determined that an amount of $260,941.40 was "apparently valid." [See Exhibit "Western C" USDA Dealer Packer Trust Claim Analysis].*

**Objections to Paragraphs 37-38:**

4.    Feedyards object to Paragraphs 37-38 because they are hearsay and affiant has no personal knowledge.

> a.  *"**Lonnie Jaeger- Retained Ownership Contract***
>
> *37. "Lonnie Jaeger entered into a Retained Ownership Agreement with Agridime, LLC dated December 1, 2023, for the eventual sale of "600 +- Heifers and Steers" for $202 per hundred weight, or $2.02 per pound of harvested cattle. [See Doc. ID No. 65-1, at 7 (Exhibit "l" to Affidavit of Lonnie Jaeger filed March 22, 2024)].*
>
> *38. "The Lonnie Jaeger cattle subject to the Retained Ownership Agreement with Agridime were situated both at Cattle Empire and at Brookover Feed Yards. The following sections break down the cattle numbers by lot, by feedyard."*

**Objections to Paragraphs 39-66:**

5.    Feedyards object to Paragraphs 39-66 because they are hearsay and affiant has no personal knowledge.

> a.  *"33. "Tyson paid Cattle Empire a total of $318,738.47 for the 124 head of Ost Retained Ownership cattle. [See Exhibit "Western B" at Cattle Empire 000114 (total in handwriting) 000124, See also Exhibit "Western B" at Cattle Empire 0000424].*
>
> *34. "After deducting $82,82,618.18 for feeding, interest, and care, Cattle Empire remitted $236,120.29 to the Receiver from the*

*proceeds of the sale of Ost Retained Ownership Cattle. [See Exhibit "Western B", at Cattle Empire 000114 (amount to receiver in handwriting), See also Cattle Empire 000424].*

*35. "Mario Ost filed USDA Dealer/Packer Trust Claims in the amount of $387,840. [See contemporaneously filed Affidavit of Mario Ost, See also Exhibit "Western C", USDA Dealer Packer Trust Analysis].*

*36. "After determining that Mario Ost's Packer/Dealer Trust Claims were filed timely, the USDA further determined that an amount of $260,941.40 was "apparently valid." [See Exhibit "Western C" USDA Dealer Packer Trust Claim Analysis].*

**Lonnie Jaeger- Retained Ownership Contract**

*37. "Lonnie Jaeger entered into a Retained Ownership Agreement with Agridime, LLC dated December 1, 2023, for the eventual sale of "600 +- Heifers and Steers" for $202 per hundred weight, or $2.02 per pound of harvested cattle. [See Doc. ID No. 65-1, at 7 (Exhibit "l" to Affidavit of Lonnie Jaeger filed March 22, 2024)].*

*38. "The Lonnie Jaeger cattle subject to the Retained Ownership Agreement with Agridime were situated both at Cattle Empire and at Brookover Feed Yards. The following sections break down the cattle numbers by lot, by feedyard.*

**Lonnie Jaeger- Brookover**

39. *"Lonnie Jaeger had a total of 272 head of Retained Ownership Cattle that were situated at Brookover prior to their harvesting/slaughter. The 272 head were divided into two lots, Lot No. 7641 and Lot No. 7642. [See Affidavit of Lonnie Jaeger, filed contemporaneously herewith, See Exhibit "Western A" at Brookover 000023, Brookover 000029 ("Head Count"), See also, Exhibit "Western A", at Brookover 35 (compilation document prepared by Brookover)].*

***Jaeger, Brookover- Lot 7641***

40. *"Lonnie Jaeger's Brookover Retained Ownership cattle from Lot 7641 were primarily sold to JBS and according to the documents provided by Brookover, Lonnie Jaeger's Brookover Lot 7641 Retained Ownership Cattle were harvested at a total weight of 191,386 pounds. [See Exhibit "Western A", at Brookover 00023, See also Exhibit "A", at Brookover 00035 (compilation prepared by Brookover)].*

41. *"JBS paid Brookover a total of $348,186.52. for the 136 head of Jaeger cattle. [See Exhibit "Western A" at Brookover 00023, See also Exhibit "Western A" at Brookover 000035].*

42. *"After deducting $90,432.23 for feeding, interest, and care, Brookover remitted $257,754.29 to the Receiver from the proceeds of the sale of Jaeger Retained Ownership Cattle, Lot 7642. [See Exhibit*

*"Western A", at Brookover 00023, See also Exhibit "Western A", at Brookover 00035].*

***Jaeger, Brookover Lot 7642***

*43. "Lonnie Jaeger's Brookover Retained Ownership cattle from Lot 7642 were primarily sold to Cargill and according to the documents provided by Brookover, Lonnie Jaeger's Brookover Lot 7642 Retained Ownership Cattle were harvested at a total weight of 191,357 pounds. [See Exhibit "Western A", at Brookover 00029, See also Exhibit "Western A", at Brookover 00035 (compilation prepared by Brookover)].*

*44. "Cargill paid Brookover a total of $348, 133.74. for the 136 head of Lot 7642 Jaeger cattle. [See Exhibit "Western A" at Brookover 00029, See also Exhibit "Western A" at Brookover 000035].*

*45. "After deducting $90,711,49 for feeding, interest, and care, Brookover remitted $257,422.25 to the Receiver from the proceeds of the sale of Jaeger Retained Ownership Cattle, Lot 7642. [See Exhibit "Western A", at Brookover 00029, See also Exhibit "Western A", at Brookover 00035].*

***Jaeger USDA Packer Dealer Trust Claims, Brookover***

*46. "Lonnie Jaeger filed USDA Dealer/Packer Trust Claims for Brookover Lot 7641 in the amount of $304,221.23. [See contemporaneously filed Affidavit of Lonnie Jaeger, See also Exhibit "C", USDA Dealer Packer Trust Analysis]. In their analysis, the*

*USDA determined the entire amount claimed to be "Apparently Valid" along with being timely filed. [See also Exhibit "C", USDA Dealer Packer Trust Analysis].*

*47. "Lonnie Jaeger filed USDA Dealer/Packer Trust Claims for Brookover Lot 7642 in the amount of $303,881.37. In their analysis, the USDA determined the entire amount claimed to be "Apparently Valid" along with being timely filed. [See also Exhibit "C", USDA Dealer Packer Trust Analysis].*

**Lonnie Jaeger- Cattle Empire**

*48. "Lonnie Jaeger had a total of 266 head of Retained Ownership Cattle that were situated at Cattle Empire prior to their harvesting/slaughter. The 266 head were divided into two lots, Lot No. 2855 (123 head) and Lot No. 2856 (144 head). [See Affidavit of Lonnie Jaeger, filed contemporaneously herewith, See also Exhibit "Western B" at Cattle Empire 000165 (regarding Lot 2855), Cattle Empire 000223 (regarding Lot 2856), and See also, Exhibit "Western B", at Cattle Empire 000424 (compilation document prepared by Cattle Empire)]. Two head of Lot 2856 were split off and sold with a different lot, which will be discussed under Lot 2856.*

**Lonnie Jaeger- Cattle Empire Lot 2855**

*49. "Lonnie Jaeger's Cattle Empire Retained Ownership cattle from Lot 2855 were primarily sold to Tyson and according to the documents provided by Cattle Empire, Lonnie Jaeger's Cattle Empire*

*Lot 2855 Retained Ownership Cattle were harvested at a total weight of 200,243 pounds. [See Exhibit "Western B", at Cattle Empire 00174 ("Net Live Wgt"), See also Exhibit "Western B", at Cattle Empire 000424 (compilation prepared by Cattle Empire)].*

*50. "Tyson paid Cattle Empire a total of $375,618.44 for the 123 head of Jaeger Retained Ownership cattle, Lot 2855. [See Exhibit "Western B" at Cattle Empire 000172 (in handwriting), Cattle Empire 000173, See also Exhibit "Western B" at Cattle Empire 000424]. One head of cattle was sold to H & B for $595.05, but that amount was deducted from the Feed and Care expenses directly as an offset. [See Exhibit "Western B" at Cattle Empire 000171-72].*

*51. "After deducting $98,689.68 for feeding, interest, and care ($99,284.73 minus applying the proceeds of one "railer" towards feed & care in the amount of$595.05) Cattle Empire remitted $276,928.76 to the Receiver from the proceeds of the sale of Jaeger Retained Ownership Cattle, Lot 2855. [See Exhibit "Western B", at Cattle Empire 000172, See also Exhibit "Western B", at Cattle Empire 00424].*

***Lonnie Jaeger, Cattle Empire Lot 2856***

*52. "Lonnie Jaeger's Cattle Empire Retained Ownership cattle from Lot 2856 were primarily sold to Tyson and according to the documents provided by Cattle Empire, Lonnie Jaeger's Cattle Empire Lot 2856 Retained Ownership Cattle were harvested at a total weight*

*of 207,525 pounds. [See Exhibit "Western B", at Cattle Empire 000238 ("Net Live Wgt"), See also Exhibit "B", at Cattle Empire 000424 (compilation prepared by Cattle Empire)].*

*53. "Tyson paid Cattle Empire a total of $395,888.25. for the 141 head of Jaeger Retained Ownership cattle, Lot 2856. [See Exhibit "Western B" at Cattle Empire 000273 (in handwriting), Cattle Empire 000173, See also Exhibit "Western B" at Cattle Empire 000424].*

*54. "After deducting $108,741.27 for feeding, interest, and care, Cattle Empire remitted $287,416.98 to the Receiver from the proceeds of the sale of Jaeger Retained Ownership Cattle, Lot 2856. [See Exhibit "Western B", at Cattle Empire 000237, See also Exhibit "Western B", at Cattle Empire 00424].*

***Lonnie Jaeger, Cattle Empire Lot 2856, Pen 212***

*55. "There were two head from Lot 2856 not counted above that were sold later with a separate Lot. [See Affidavit of Lonnie Jaeger, filed contemporaneously herewith]. The two additional head were harvested separately as a part of Lot 2832. [See Exhibit "Western B" at Cattle Empire 000228-000229, See also, Exhibit "Western B" at Cattle Empire 000424].*

*56. "The two head of Lot 2856, Pen 212 were sold to Tyson for a total of $5,293.75. The weight of the two head from Pen 212 were average from the rest of Lot 2832. [See Affidavit of Lonnie Jaeger,*

*filed contemporaneously herewith, See Exhibit "Western B", at Cattle Empire 000230]. Ultimately, Cattle Empire determined the weight for the two head to be 2,706 pounds. [See Exhibit "Western B", at Cattle Empire 000424].*

57. *"After deducting $261.69 for feed, care, and interest, Cattle Empire remitted $5,032.06 to the Receiver representing the net proceeds of the two head from Lot 2856, Pen 212. [See Exhibit "Western B", at Cattle Empire 000228-229, See also Cattle Empire 000424].*

***Lonnie Jaeger USDA Packer/Dealer Trust Claims, Cattle Empire***

58. *"Lonnie Jaeger filed USDA Dealer/Packer Trust Claims for Cattle Empire Lot 2855 in the amount of $310,729.23. [See contemporaneously filed Affidavit of Lonnie Jaeger, See also Exhibit "Western C", USDA Dealer Packer Trust Analysis]. In their analysis, the USDA determined the entire amount claimed to be "Apparently Valid" along with being timely filed. [See also Exhibit "Western C", USDA Dealer Packer Trust Analysis].*

59. *"Lonnie Jaeger filed USDA Dealer/Packer Trust Claims for Cattle Empire Lot 2856 in the amount of $305,801.18. [See contemporaneously filed Affidavit of Lonnie Jaeger]. In their analysis, the USDA determined the entire amount claimed to be "Apparently Valid" along with being timely filed. [See also Exhibit "Western C", USDA Dealer Packer Trust Analysis].*

60. "Lonnie Jaeger also filed a separate USDA Dealer/Packer Trust Claim for the 2 additional head that were in Pen 212 of Lot 2856 in the amount of $5,204.17. [See contemporaneously filed Affidavit of Lonnie Jaeger]. In their analysis, the USDA determined the entire amount claimed to be "Apparently Valid" along with being timely filed. [See also Exhibit "Western C", USDA Dealer Packer Trust Analysis].

***Lonnie Jaeger- 70 Head of Already Harvested Cattle***

61. "Lonnie Jaeger also had 70 head of pre-Receivership Retained Ownership Cattle that were already harvested for which he has not been paid. According to Receiver Steve Fahey, the 70 head already harvested were contained in Cattle Empire Lot 2514. Attached to this Affidavit as Exhibit "Western E" is a true and accurate copy of an e-mail I received from Receiver Fahey on or about March 22, 2024, along with seven pages of documents.

62. "Three head of the seventy head died prior to harvest. [See page 3 of 6]. The total pay weight ofthe harvested cattle amounted to 95,386 pounds. Id.

63. "The remaining 67 cattle were sold to Greater Omaha by Cattle Empire for $187,213.50. Id., at 4 (in handwriting).

64. "After deducting $60,229.82 for feeding and care (id.), Cattle Empire remitted by wire to Agridime the sum of $126,913.68 from sale of the 67 head remaining from the original 70 head. Id., at 4.

*65. "Lonnie Jaeger made a USDA Dealer/Packer Trust claim for the 70 head already harvested in the amount of $112,206.47, which was not deemed to be timely filed nor was it deemed to be "Apparently Valid" by the USDA. [See contemporaneously filed Affidavit of Lonnie Jaeger, See Exhibit "Western C", USDA Analysis].*

*66. "I make this Affidavit based on my own personal knowledge, and for no improper purpose whatsoever."*

## AFFIDAVIT OF GARY ENGSTROM (Dkt. 175-10)

**Objections to Paragraph 8:**

6.     Feedyards object to Paragraph 8 because it contains a legal conclusion in the language underlined below.

> a. *"On or about November 17, 2023, I personally delivered <u>Mario Ost's</u> cattle to Cattle Empire. My company delivered 63 <u>Ost</u> heifers to Cattle Empire."*

**Objections to Paragraph 10:**

7.     Feedyards object to Paragraph 10 because it contains a legal conclusion in the language underlined below.

a.     *"Attached to this Affidavit as Exhibit "B" is a true and accurate copy of the brand paper for <u>Mario Ost's</u> cattle I presented to the Cattle Empire yard manager."*

## **AFFIDAVIT OF ADAM MONSON (Dkt. 175-11)**

**Objections to Paragraph 8:**

8.    Feedyards object to Paragraph 8 because it contains a legal conclusion in the language underlined below.

> a.   *"On or about November 10, 2023, I personally delivered <u>Lance Lenton's</u> cattle to Cattle Empire. My company delivered 131 heifers to Cattle Empire."*

**Objections to Paragraph 9:**

9.    Feedyards object to Paragraph 9 because it contains a legal conclusion in the language outlined below.

> a.   *"Attached to this Affidavit as Exhibit "A" is a true and accurate copy of the health paper for <u>Lance Lenton's</u> cattle that I presented to the Cattle Empire yard manager."*

**Objections to Paragraph 10:**

10.    Feedyards object to Paragraph 10 because it cotains a legal conclusion in the language underlined below.

> a.   *"Attached to this Affidavit as Exhibit "B" is a true and accurate copy of the brand paper for <u>Lance Lenton's</u> cattle I presented lo the Cattle Empire yard manager."*

**Objections to Paragraph 15:**

11.    Feedyards object to Paragraph 15 because it contains a legal conclusion in the language underlined below.

> a.  *"Attached to this Affidavit as Exhibit "F" is a true and accurate copy of the weigh ticket I received from Brookover for the <u>Jaeger cattle</u> I delivered."*

**Objections to Paragraph 16:**

12.    Feedyards object to Paragraph 16 because it contains a legal conclusion in the language underlined below.

> a.  *"Attached to this Affidavit as Exhibit "G" are true and accurate copies of invoices to Lonnie Jaeger for the <u>Jaeger cattle</u> I caused to be delivered to Brookover."*

## **AFFIDAVIT OF CLINTON HAMAN (Dkt. 175-12)**

**Objections to Paragraph 8:**

13.    Feedyards object to Paragraph 8 because it contains a legal conclusion in the language underlined below.

> a.  *"On or about November 17, 2023, I personally delivered some of <u>Mario Ost's cattle</u> to Cattle Empire. My company delivered 65 <u>Ost heifers</u> to Cattle Empire. Gary Engstrom delivered the remaining <u>Ost cattle</u>."*

### AFFIDAVIT OF CORBY WARD (Dkt. 175-13)

**Objections to Paragraph 3:**

14.    Feedyards object to Paragraph 3 because it contains a legal conclusion in the language underlined below.

> a.    *"North Dakota is considered a "brand state." Pursuant to North Dakota law, every time an owner of cattle transfers possession of their cattle to a third party, either through sale, harvest, or a feedlot, the brand papers, more formally known as a "Local Inspection Certificate" must accompany the cattle. Brand papers are similar to a title for the cattle."*

**Objections to Paragraph 4:**

15.    Feedyards object to Paragraph 4 because it contains a legal conclusion in the language underlined below.

> a.    *"In order to receive North Dakota brand papers, cattle must be inspected by a trained brand inspector who is employed by the North Dakota Stockmen's Association. The brand inspector personally inspects each head of cattle, reviews the brand and compiles the number of branded cattle whose possession is to be transferred to another party."*

**Objections to Paragraph 7:**

16.    Feedyards object to Paragraph 7 because it contains a legal conclusion in the language underlined below and is not relevant.

> a.    *"Attached to this Affidavit as Exhibits "A" through "U" are true and accurate copies of brand papers for Mr. Jaeger, Mr. Ost, and Mr. Lenton between 2021 and 2023 that were for cattle whose possession were transferred to Agridime, LLC, <u>but whose ownership was retained by either Mr. Jaeger, Mr. Ost, or Mr. Lenton</u>. The retained ownership designation is expressly stated in the brand papers. <u>It is my understanding that all of the attached exhibits are brand papers from cattle shipments that occurred prior to the cattle and retained ownership contracts that are at dispute in this Receivership.</u>"*

WHEREFORE, Feedyards pray that the above objections be sustained, and that Feedyards have such other and further relief to which they are justly entitled.

Respectfully submitted,


NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901
**Email:  dlebas@namanhowell.com**

By:   */s/ David L. LeBas*
        David L. LeBas
        SBN 12098600

Jackie Robinson, SBN 17092250
jrobinson@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
1300 Summit Ave., Suite 700
Fort Worth, Texas 76102
(817) 509-2025; FAX (817) 509-2060

***Attorneys for Cattle Empire, LLC and
Brookover Feed Yards, Inc.***


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2025, a copy of the foregoing

document was filed and served via the CM/ECF filing system on all counsel of record.

                    */s/ David L. LeBas*
                    **DAVID L. LEBAS**

## <u>CERTIFICATE OF CONFERENCE</u>

       This is to certify that the undersigned counsel conferred with and sought to further counsel for the North Dakota Ranchers and Receiver as follows:  On September 18, 2025, I attempted to confer with counsel for the North Dakota Ranchers by telephone regarding the relief sought in our response to their motion [Dkt. 173] and our cross-motion, alternative motion for marshaling, and the alternative motion for scheduling order [Dkt 189].  Counsel indicated by email on September they were opposed.  My partner Michael Duncan further sought to confer specifically as to the objections set forth herein on September 19, 2025, by email, but we were unable to get an additional response in time, however, given the Ranchers opposition to our response and cross-motion, we beleive they are opposed to these objections.

*/s/ David L. LeBas*
**DAVID L. LEBAS**
