UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                                    **No. 4:23-cv-01224-P**

**AGRIDIME, LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court are Cattle Empire, LLC and Brookover Feed Yards, Inc.'s "Objections to Evidence in the North Dakota Ranchers' Appendix to Motion for Payment of Retained Ownership Cattle [Doc. 175-4, -10, -11, -12, and -13]" [Doc. ___], the parties' briefs, responses, any replies, and applicable record evidence. Having considered the Objections, the Court **SUSTAINS** such Objections as to:

- Affidavit of Mark Western [Doc. 175-4], Paragraphs 10-22, 23-29, 30-36, 37-38, and 39-66;

- Affidavit of [Doc. 175-10], Paragraphs 8 and 10;

- Affidavit of Adam Monson [Doc. 175-11], Paragraphs 8, 9, 10, 15, and 16;

- Affidavit of Clinton Haman [Doc. 175-12], Paragraph 8; and

- Affidavit of Corby Ward [Doc. 175-13], Paragraphs 3, 4, and 7.

It is, therefore, **ORDERED**, that such paragraphs are no-evidence and are stricken from the record.

   **SO ORDERED** on this _____ **day of** _____ **2025.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE