UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                      **No. 4:23-cv-01224-P**

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is North Dakota Ranchers' Mario Ost, Lance Lenton, and Lonnie Jaeger's Motion for Payment of Retained Ownership Cattle (Motion for Payment of Trust Claims). ECF No. 173. The Court hereby **SETS** the Motion for a hearing at **3:00 p.m.** on **Thursday, October 2, 2025**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Court, 501 W 10th St., Fort Worth, Texas, 76102. Counsel should be prepared to discuss the Motion.

**SO ORDERED** on this **26th day of September 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE