UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                     No. 4:23-cv-01224-P

AGRIDIME, LLC, ET AL.,

    Defendants.

## ORDER

Before the Court is Cattle Empire, LLC and Brookover Feed Yards, Inc.'s Unopposed Motion to Continue the Hearing Set for the North Dakota Ranchers Mario Ost, Lance Lenton, and Lonnie Jaeger's "Motion for Payment of Retained Ownership Cattle" [Doc. 173], currently set for Thursday, October 2, 2025.

It is further **ORDERED** that Cattle Empire LLC and Brookover Feed Yards, Inc.'s motion to continue is GRANTED and a new hearing date of Wednesday, October 1, 2025 at ~~is set~~ 1:00 p.m.

SO ORDERED on this 29 day of September 2025.

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE

→ No FURTHER Continuances or requests to re-set the hearing will be granted.