**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS
FORT WORTH DIVISION**



| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | § § § § | |
| *Plaintiff,* | § § § | **Civil Action No. 4:23-cv-1224-P** |
| v. | § § | |
| **AGRIDIME LLC, JOSHUA LINK, and JED WOOD,** | § § § § | |
| *Defendants.* | § § § | |

**NORTH DAKOTA RANCHERS' EXPERT DISLCOSURES**

TO:  ALL PARTIES AND PARTIES IN INTEREST BY AND THROUGH THEIR COUNSEL OF RECORD:

1.      Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's Scheduling Order dated November 4, 2025 (Index 199), Parties in Interest, Lonnie Jaeger, Mario Ost, and Lance Lenton ("North Dakota Ranchers") hereby make a Disclosure of Expert Witnesses as follows:

    a.      Mr. John Mott

    b.      Mr. Kraig Roesch

    c.      Mr. Caleb Bott

2.      Mr. Mott is a retired former Senior Marketing Specialist from the Packers and Stockyards Division of the USDA.  He is expected to offer opinions regarding the USDA Dealer Trust Claim Analysis document prepared in April 2025, and filed as an exhibit (Index 175-9) in support of the North Dakota Rancher's Motion for Payment of

Trust Claims (Index 173). This witness has not provided a statement. His specific opinions are unknown to the North Dakota Ranchers. This witness is anticipated to be a fact witness. Because the witness has knowledge, education, training and experience concerning the procedures of the USDA related to Packer/Dealer claims it is anticipated he may provide expert analysis of the procedures followed by the USDA and of the relevant claims filed by the North Dakota Ranchers. It is anticipated that he would confirm the claims asserted by the North Dakota Ranchers are presumptively valid trust claims consistent with the chart previously circulated. His designation as an expert is made of an abundance of caution.

3.     Mr. Roesch is an Agent Supervisor of Complex Investigations from the Western Regional Office of the USDA. Mr. Roesch may offer opinions regarding the Packer/Dealer Trust Claims filed by the North Dakota Ranchers, and USDA Dealer Trust Claim Analysis document prepared in April, 2025, and filed as an exhibit (Index 175-9) in support of the North Dakota Rancher's Motion for Payment of Trust Claims (Index 173) and may offer other opinions based on any additional information he is provided. This witness has not provided a statement. His specific opinions are unknown to the North Dakota Ranchers. This witness is anticipated to be a fact witness. Because the witness has knowledge, education, training and experience concerning the procedures of the USDA related to Packer/Dealer claims it is anticipated he may provide expert analysis of the procedures followed by the USDA and of the relevant claims filed by the North Dakota Ranchers. It is anticipated that he would confirm the claims asserted by the North Dakota

Ranchers are presumptively valid trust claims consistent with the chart previously circulated. His designation as an expert is made of an abundance of caution.

4.      Mr. Bott is an employee of the USDA in Marketing for the Grain Inspection, Packer & Stockyards Administration Department from the Western Regional Office of the USDA. Mr. Bott may offer opinions regarding the Packer/Dealer Trust Claims filed by the North Dakota Ranchers, and USDA Dealer Trust Claim Analysis document prepared in April, 2025, and filed as an exhibit (Index 175-9) in support of the North Dakota Rancher's Motion for Payment of Trust Claims (Index 173) and may offer other opinions based on any additional information he is provided. This witness has not provided a statement.  His specific opinions are unknown to the North Dakota Ranchers. This witness is anticipated to be a fact witness.  Because the witness has knowledge, education, training and experience concerning the procedures of the USDA related to Packer/Dealer claims it is anticipated he may provide expert analysis of the procedures followed by the USDA and of the relevant claims filed by the North Dakota Ranchers. It is anticipated that he would confirm the claims asserted by the North Dakota Ranchers are presumptively valid trust claims consistent with the chart previously circulated. His designation as an expert is made of an abundance of caution.

Dated: November 20, 2025.

By: /s/ Mark J. Petrocchi
Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forst Park Blvd.
Fort Worth, TX 76110
Phone (817)926-2500
Fax (817)926-2505
mpetrocchi@lawgjm.com

/s/ Mark Western
Mark Western (ND ID# 06181)
(*pro hac vice*)
FREMSTAD LAW FIRM
P. O. Box 3143
Fargo, North Dakota 58108-3143
Phone: (701) 478-7620
mark@fremstadlaw.com

ATTORNEYS FOR LONNIE JAEGER,
MARIO OST, and LANCE LENTON