UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                   No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is Receiver Steve Fahey's Motion for Leave to File Plaintiff's Original Complaint against the Agridime Sale Representatives. ECF No. 200. The Motion is hereby **GRANTED**.

**SO ORDERED** on this **21st day of November 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE