UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.                                            No. 4:23-CV-1224-P

AGRIDIME LLC, JOSHUA LINK, AND JED
WOOD,

    Defendants.

## ORDER

Before the Court is Steve Fahey, in his capacity as the Court-appointed Receiver's ("Receiver") Motion for Order Reappointing Receiver (ECF No. 208). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

Therefore, it is **ORDERED** that Steve Fahey is hereby reappointed to serve as receiver for the estates of Defendants Agridime LLC, Joshua Link, and Jed Wood, in accordance with the terms set forth in the Order Appointing Receiver (ECF No. 15) and as amended.

SO ORDERED on this **31** day of December 2025.

*Mark T. Pittman*
U.S. District Judge