UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND**
**EXCHANGE COMMISSION,**

   Plaintiff,

v.                                                            No. 4:23-cv-1224-P

**AGRIDIME LLC, JOSHUA LINK, AND JED**
**WOOD,**

   Defendants.

# ORDER

   Before the Court is Steve Fahey, in his capacity as the Court-appointed Receiver's ("Receiver") Unopposed 2024 Third Quarter through 2025 Third Quarter Fee Application ("Application") (ECF No. 210). Having considered the Application and supporting exhibits, relevant docket entries, and applicable law, the Court finds that the Application should be and hereby is **GRANTED.**

   Therefore, it is **ORDERED** that the Receiver is **AUTHORIZED** to pay from the Receivership assets the following fees and expenses:

   1. The sum of $61,845.00 shall be paid to Stephen Fahey for his services as Receiver from June 1, 2024 through September 31, 2025;

   2. The sum of $157,655.00 shall be paid to Wick Phillips Gould & Martin, LLP for its services as counsel for the Receiver from June 1, 2024 through September 31, 2025;

   3. The sum of $65,657.00 shall be paid to Sprouse Shrader Smith for its services as counsel for the Receiver related to agricultural-specific legal matters from June 1, 2024 through September 31, 2025; and

4. The sum of $143,386.80 shall be paid to Ahuja & Consultants, Inc. for its accounting services rendered for the Receiver and expenses incurred from June 1, 2024 through September 31, 2025.

**SO ORDERED** on this **2nd day of January 2026.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE