UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is the North Dakota Ranchers' Mario Ost, Lance Lenton, and Lonnie Jaeger's Amended Renewed Motion for Payment of Retained Ownership Cattle. ECF No. 215. Having considered the Motion, the Court believes expedited briefing is warranted. Accordingly, the Court **ORDERS** a response to the Motion on or before January 12, 2026. Thereafter, a reply brief shall be filed on or before January 20, 2026.

**SO ORDERED** on this **6th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE