UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                               No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

On December 29, 2025, the Court granted the Receiver's Motion for Leave to File Plaintiff's Original Complaint for Declaratory Relief. ECF No. 207. In light of that Order, the Court also hereby **ORDERS** that the current scheduling order, ECF No. 199, which includes a mediation deadline of January 21, 2026, is **VACATED**.

**SO ORDERED** on this **8th day of January 2026.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE