UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                                     No. 4:23-cv-01224-P

**AGRIDIME LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is the North Dakota Ranchers' Mario Ost, Lance Lenton, and Lonnie Jaeger's Amended Renewed Motion for Payment of Retained Ownership Cattle. ECF No. 215. The Motion is hereby **DENIED without prejudice**.

**SO ORDERED** on this **13th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE