UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**

   Plaintiff,

v.                                                     **No. 4:23-cv-1224-P**

**AGRIDIME LLC, JOSHUA LINK, AND JED
WOOD,**

   Defendants.

## ORDER

Before the Court is Steve Fahey, in his capacity as the Court-appointed Receiver's ("Receiver") Unopposed 2025 Fourth Quarter through 2026 First Quarter Fee Application ("Application") (ECF No. 225). Having considered the Application and supporting exhibits, relevant docket entries, and applicable law, the Court finds that the Application should be and hereby is **GRANTED.**

Therefore, it is **ORDERED** that the Receiver is **AUTHORIZED** to pay from the Receivership assets the following fees and expenses:

1. The sum of $3,975.00 shall be paid to Stephen Fahey for his services as Receiver from October 1, 2025 through March 31, 2026;

2. The sum of $140,541.39 shall be paid to Wick Phillips Gould & Martin, LLP for its services as counsel for the Receiver from October 1, 2025 through March 31, 2026

3. The sum of $22,660.00 shall be paid to Sprouse Shrader Smith for its services as counsel for the Receiver related to agricultural-specific legal matters from October 1, 2025 through March 31, 2026; and

4.  The sum of $7,356.27 shall be paid to Ahuja & Consultants, Inc. for its accounting services rendered for the Receiver and expenses incurred from October 1, 2025 through March 31, 2026.

**SO ORDERED** on this **9th day of June 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE